AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated

*Plaintiff(s)*

v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

*Defendant(s)*

Civil Action No. 14-cv-05484 EJD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC
2960 W. Sahara Avenue, Ste. 100, Las Vegas, NV  89102
c/o C T Corporation System (agent for service of process)
818 West Seventh Street
2nd Floor
Los Angeles, CA  90017
Phone: 213-627-8252

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    See Attachment.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date:  12/17/2014

*Cynthia Vargas*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 14-cv-05484 EJD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

Joseph R. Saveri
Joshua P. Davis
Andrew M. Purdy
Kevin E. Rayhill
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street
Suite 625
San Francisco, CA 94111
(415) 500-6800

Benjamin D. Brown
Hiba Hafiz
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
(202) 408-4600

Eric L. Cramer
Michael Dell'Angelo
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Robert C. Maysey
Jerome K. Elwell
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
255 E. Camelback Road, Suite 800
Phoenix, AZ 85016
(602) 264-7101

Frederick S. Schwartz
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
(818) 986-2407