Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Kevin E. Rayhill (State Bar No. 267496)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                jdavis@saverilawfirm.com
                apurdy@saverilawfirm.com
                krayhill@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, and Jon Fitch*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **CUNG LE, NATHAN QUARRY, JON FITCH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**ZUFFA, LLC**, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05484-EJD<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON ZUFFA, LLC** |

1   Joseph R. Saveri, Bar No: 130064          (415) 500-6800
    Joseph Saveri Law Firm, Inc.
2   505 Montgomery Street
    San Francisco, CA  94111
3

4   Representing: Plaintiff             File No.1023-1

5

6

7

8              United States District Court, Northern District of California

9                 Northern District of California - District - San Jose

10

11

12   Cung Le, Nathan Quarry, Jon Fitch                    Case No: 14-cv-05484

13                                        )
                                          )          Proof of Service of:
14           Plaintiff/Petitioner         )             Attached List
                                          )
15               vs.                      )
                                          )
16   Zuffa, LLC,                          )
                                          )
17                                        )
           Defendant/Respondent           )
18   _____  )
                                                 Service on:
19                                                  Zuffa, LLC Ultimate Fighting Championship and
                                                    UFC
20

21

22                                               Hearing Date:

23                                               Hearing Time:

24                                               Div/Dept:

25

26

27

28


                                  PROOF OF SERVICE

OL# 7369657

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>  Joseph R. Saveri, 130064<br>  Joseph Saveri Law Firm, Inc.<br>  505 Montgomery Street<br>  San Francisco, CA  94111 | | TELEPHONE NO.:<br>(415) 500-6800 | FOR COURT USE ONLY |
|---|---|---|---|
| ATTORNEY FOR (Name):  Plaintiff | | Ref. No. or File No.<br>1023-1 | |
| Insert name of court, judicial district or branch court, if any:<br>  United States District Court, Northern District of California<br>  280 S. First St. #2112<br>  San Jose, CA  95113-3008 | | | |
| PLAINTIFF:<br>  Cung Le, Nathan Quarry, Jon Fitch | | | |
| DEFENDANT:<br>  Zuffa, LLC, | | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>14-cv-05484 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Attached List

# BY FAX

2. Party  Served:            Zuffa, LLC Ultimate Fighting Championship and UFC

3. Person Served:           Vivian Imperial - CT Corporation System - Person authorized to accept service of process

4. Date & Time of Delivery:   12/18/2014            3:05 PM

5. Address, City and State:    818 West Seventh Street 2nd Floor
                               Los Angeles, CA  90017

6. Manner of Service:         Personal Service - By personally delivering copies.

Fee for Service: $ 37.95

Registered California process server.
County:  LOS ANGELES
Registration No.: 4553

Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/18/2014 at Los Angeles, California.

Signature: _____
                        Jimmy Lizama

OL# 7369657

*Attached List*

*Complaint,*

*Summons,*

*Order Setting Initial Case Management
Conference and ADR Deadlines,*

*Standing Order for All Judges of the
Northern District of California - Contents
rof Joint Case Management Conference Statement,*

*Standing Order re Case Management in Civil Cases,*

*Standing Order re Preliminary and Final Pretrial Conferences
and Trial Preparation in Civil Cases,*

*Consenting to a Magistrate Judge's Jurisdiction in the NDCA,*

*Consent or Declination to Magistrate Judge Jurisdiction,*

*Filing Procedures - San Jose,*

*Notice of a Lawsuit and Request to Waive Service of a Summons,*

*Waiver of the Service of Summons,*

*ECF Registration Information,*

*Civil Case Cover Sheet*