UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>   Defendant. | Case No. 5:14-cv-05484-EJD<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>   Defendant. | Case No. 5:14-cv-05591-PSG |

This matter came before the Court on Plaintiffs Cung Le, Nathan Quarry, Jon Fitch's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11, filed on December 23, 2014.

Having considered the Motion, the papers submitted in support, and good cause appearing, the Court hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that *Vazquez et al. v. Zuffa, LLC,* Case No. 5:15-cv-05591-PSG, is related to *Le et al. v. Zuffa, LLC*, Case No. 5:14-cv-05484-EJD, and is assigned to the undersigned Judge for all purposes.

DATED:

                                                Edward J. Davila
                                        United States District Judge