UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CUNG LE, NATHAN QUARRY, JON FITCH, on behalf of themselves and all others similarly situated

Plaintiffs,

v.

ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC

Defendant

Case No: 14-05484-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Eric L. Cramer, an active member in good standing of the bar of Supreme Court of PA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs, Cung Le, Nathan Quarry, Jon Fitch in the above-entitled action. My local co-counsel in this case is Joseph R. Saveri, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Berger & Montague, P.C. 1622 Locust St., Philadelphia, PA 19103 | Joseph Saveri Law Firm, Inc., 505 Montgomery St., Suite 625, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 875-3009 | (415) 500-6800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ecramer@bm.net | jsaveri@saverilawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 69289.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/29/14

Eric L. Cramer
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Eric L. Cramer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                              *October 2012*



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Eric L. Cramer, Esq.*

DATE OF ADMISSION

*December 1, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 22, 2014

John W. Person Jr., Esq.
Deputy Prothonotary