Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Kevin E. Rayhill (State Bar No. 267496)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (State Bar No. 202545)
Hiba Hafiz (*pro hac vice* pending)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408 4699
bbrown@cohenmilstein.com
hhafiz@cohenmilstein.com

Eric L. Cramer (*pro hac vice* pending)
Michael Dell'Angelo (*pro hac vice* pending)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

*Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry and Jon Fitch*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case No. 5:14-cv-05484-EJD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L. R. 3-12 AND 7-11** |

| | |
|---|---|
| **Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,**<br><br>               **Plaintiffs,**<br><br>      v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>               **Defendant.** | Case No. 5:14-cv-05621-NC |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch (collectively, "Plaintiffs") submit this administrative motion requesting the Court to consider whether *Vera et al v. Zuffa, LLC*, Case No. 5:14-cv-05621-NC (the "*Vera* Action"), filed in this District on December 24, 2014, should be related to this action, *Le et al. v. Zuffa LLC*, Case No. 5:14-cv-05484-EJD (the "*Le* Action"), filed December 16, 2014.

Civil Local Rule 3-12(a) provides that actions are related when (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

The *Vera* Action should be related to the *Le* Action because these actions together readily meet the criteria for relation set forth above. Indeed, no substantive difference exists between the allegations and claims for relief pleaded in the two actions. The *Vera* Action alleges facts and asserts claims involving the same scheme of anticompetitive behavior as that alleged in the *Le* Action. The plaintiffs in both the *Vera* and *Le* Actions have filed suit to seek recovery on behalf of the same two classes: (1) the "Bout Class"—Elite Professional Mixed Martial Arts ("MMA") Fighters who fought in at least one bout promoted by defendant Zuffa, LLC ("Zuffa")[1]; and (2) the "Identity Class"—Elite Professional MMA Fighters whose Identity was expropriated or exploited by Zuffa. Both the *Vera* and *Le* plaintiffs seek class damages and injunctive relief for monopolization under Section 2 of the Sherman Act, 15 U.S.C. § 2. Plaintiffs in both

---

[1] This includes Zuffa and its registered trademarks, Ultimate Fighting Championship® and UFC®.

these cases also allege a class period running from December 16, 2010 to the present.

The class period, the material allegations, the relief sought, and the Defendant—Zuffa—are the same in these two cases. These two cases therefore will require adjudication of the same questions of law and fact. Relation of the *Vera* Action to the first-filed *Le* Action will promote the conservation of judicial and party resources in these cases and will ensure efficiency in their prosecution and final disposition. On the other hand, were the *Vera* Action to proceed separately from the *Le* Action, the Court and the parties would experience unduly burdensome duplication of labor and expenses and would face the possibility of conflicting results.

There is another Administrative Motion to Consider Whether Cases Should Be Related pending in this case. That motion (Dkt. 9, filed Dec. 23, 2014) seeks to relate *Vazquez et al. v. Zuffa, LLC*, Case No. 5:14-cv-05591-PSG, to this action. No opposition has been filed and no order has been issued by the Court on the motion.

Because the class period, material allegations, relief sought, and defendant are the same in these two cases, Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch respectfully request that the Court relate the *Vera* Action to the *Le* Action.

Dated: December 30, 2014                JOSEPH SAVERI LAW FIRM, INC.

By:     */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Kevin E. Rayhill (State Bar No. 267496)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
krayhill@saverilawfirm.com

Robert C. Maysey (State Bar No. 205769)
Jerome K. Elwell (*pro hac vice* pending)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Facsimile:  (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Benjamin D. Brown (State Bar No. 202545)
Hiba Hafiz (*pro hac vice* pending)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408 4699
bbrown@cohenmilstein.com
hhafiz@cohenmilstein.com

Eric L. Cramer (*pro hac vice* pending)
Michael Dell'Angelo (*pro hac vice* pending)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

Frederick S. Schwartz (State Bar No. 145351)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone:  (818) 986-2407
Facsimile:  (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry and Jon Fitch*

CASE NOS. 5:14-CV-05484-EJD, 5:14-CV-05621-NC        4
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

# CERTIFICATE OF SERVICE

I am over 18 years of age and am not a party to these proceedings or any of the actions that are the subject of these proceedings. My business address is 505 Montgomery Street, Suite 625, San Francisco, CA 94111.

I am readily familiar with Joseph Saveri Law Firm's practice for collection and processing of documents for mailing with the United States Postal Service, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

I am also readily familiar with Joseph Saveri Law Firm's practice for collection and processing of documents for service via e-mail, and that practice is that the documents are attached to an e-mail and sent to the recipient's e-mail account the same day as the date listed on the Certificate of Service.

This certificate of service concerns the following document(s):

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11**

Pursuant to Civil Local Rule 5-1(h)(2), on Tuesday, December 30, 2014, I served a true and correct copy of the document(s) on the following parties via First Class mail through the U.S. Postal Service and by e-mail:

Kirk Hendrick
ZUFFA, LLC
2960 W. Sahara Avenue, Suite 100
Las Vegas, Nevada 89102
khendrick@ufc.com

John F. Cove Jr.
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
jcove@bsfllp.com

Date: December 30, 2014

/s/ *Kevin E. Rayhill*
Kevin E. Rayhill