# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case No. 5:14-cv-05484-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case No. 5:14-cv-05621-NC |

This matter came before the Court on Plaintiffs Cung Le, Nathan Quarry, Jon Fitch's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11, filed on December 23, 2014.

1  Having considered the Motion, the papers submitted in support, and good cause appearing, the
2  Court hereby **GRANTS** the Motion.
3  **IT IS HEREBY ORDERED** that *Vera et al. v. Zuffa, LLC,* Case No. 5:14-cv-05621-NC, is
4  related to *Le et al. v. Zuffa, LLC*, Case No. 5:14-cv-05484-EJD, and is assigned to the undersigned Judge
5  for all purposes.
6  DATED:

_____
Edward J. Davila
United States District Judge