BERGER & MONTAGUE, P.C.
Michael C. Dell'Angelo  (Pa. State Bar No. 80910)
1622 Locust Street
Philadelphia, PA  19103
Telephone:  215-875-3000
Facsimile:  215-875-4604
mdellangelo@bm.net

*Attorney for Plaintiffs Cung Le, Nathan Quarry and Jon Fitch*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br><br>             v.<br><br>ZUFFA, LLC., d/b/a Ultimate Fighting Championship and UFC,<br><br>                                Defendants. | Case No. 14-cv-05484 EJD<br><br><br><br><br><br>**NOTICE OF APPEARANCE OF MICHAEL C. DELL'ANGELO** |

         PLEASE TAKE NOTICE THAT Michael C. Dell'Angelo (mdellangelo@bm.net) of Berger & Montague, P.C., hereby enters his appearance as counsel on behalf of Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch in the above-captioned action, and requests that copies of all future notices, pleadings and other documents filed in this action be provided to him via the Court's ECF system.  The Court has granted Mr. Dell'Angelo's *pro hac vice* application on December 29, 2014 (Dkt. 11).

Dated:  January 7, 2015                                      Respectfully submitted,

                                                                              BERGER & MONTAGUE, P.C.

                                                                              By:   /s/ *Michael C. Dell'Angelo*
                                                                                       Michael C. Dell'Angelo
                                                                              1622 Locust Street
                                                                              Philadelphia, PA  19103
                                                                              Telephone:  215-875-3000
                                                                              Facsimile:  215-875-4604
                                                                              mdellangelo@bm.net

                                                                              *Attorney for Plaintiffs Cung Le, Nathan Quarry and Jon Fitch*