1 | Joseph R. Saveri (State Bar No. 130064)
2 | Joshua P. Davis (State Bar No. 193254)
  | Andrew M. Purdy (State Bar No. 261912)
3 | Kevin E. Rayhill (State Bar No. 267496)
  | Matthew S. Weiler (State Bar No. 236052)
4 | JOSEPH SAVERI LAW FIRM, INC.
  | 505 Montgomery Street, Suite 625
5 | San Francisco, California 94111
  | Telephone:   (415) 500-6800
6 | Facsimile:   (415) 395-9940
  | Email:       jsaveri@saverilawfirm.com
7 |              jdavis@saverilawfirm.com
  |              apurdy@saverilawfirm.com
8 |              krayhill@saverilawfirm.com
  |              mweiler@saverilawfirm.com

9 | Benjamin D. Brown (State Bar No. 202545)
  | Hiba Hafiz (pro hac vice pending)
10 | COHEN MILSTEIN SELLERS & TOLL, PLLC
   | 1100 New York Ave., N.W., Suite 500, East Tower
11 | Washington, DC 20005
   | Telephone:   (202) 408-4600
12 | Facsimile:   (202) 408 4699
   |              bbrown@cohenmilstein.com
13 |              hhafiz@cohenmilstein.com

14 | Eric L. Cramer (pro hac vice)
   | Michael Dell'Angelo (pro hac vice)
15 | BERGER & MONTAGUE, P.C.
   | 1622 Locust Street
16 | Philadelphia, PA 19103
   | Telephone:   (215) 875-3000
17 | Facsimile:   (215) 875-4604
   |              ecramer@bm.net
18 |              mdellangelo@bm.net

*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, and Jon Fitch*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC**, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05484-EJD<br><br>**NOTICE OF APPEARANCE OF MATTHEW S. WEILER** |

1  PLEASE TAKE NOTICE that Matthew S. Weiler of Joseph Saveri Law Firm, Inc., 505 Montgomery Street, Suite 625, San Francisco, California 94111, hereby appears as counsel of record in the above-titled action on behalf of Plaintiffs CUNG LE, NATHAN QUARRY, and JON FITCH, and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

Dated:  January 7, 2015

JOSEPH SAVERI LAW FIRM, INC.

By:    /s/ Matthew S. Weiler
          Matthew S. Weiler

*Attorney for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch*