Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Kevin E. Rayhill (State Bar No. 267496)
Matthew S. Weiler (State Bar No. 236052)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             jdavis@saverilawfirm.com
             apurdy@saverilawfirm.com
             krayhill@saverilawfirm.com
             mweiler@saverilawfirm.com

Benjamin D. Brown (State Bar No. 202545)
Hiba Hafiz (pro hac vice pending)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408 4699
             bbrown@cohenmilstein.com
             hhafiz@cohenmilstein.com

Eric L. Cramer (pro hac vice)
Michael Dell'Angelo (pro hac vice)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:   (215) 875-3000
Facsimile:   (215) 875-4604
             ecramer@bm.net
             mdellangelo@bm.net

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch**, on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>          v.<br><br>**Zuffa, LLC**, d/b/a Ultimate Fighting Championship and UFC,<br><br>                     Defendant. | Case No. 5:14-cv-05484-EJD<br><br>**PROOF OF SERVICE OF SUBPOENA TO GOOGLE, INC.** |

| | |
|---|---|
| 1 | Kevin Rayhill, Bar No: 267496    (415) 500-6800 |
| 2 | Joseph Saveri Law Firm, Inc. |
|   | 505 Montgomery Street |
| 3 | San Francisco, CA 94111 |
| 4 | Representing: Plaintiff    File No.1023 |

United States District Court, Northern District of California

Northern District of California - District - San Jose

| | | |
|---|---|---|
| Cung Le et al. | ) | Case No: 5:14-cv-05484-EJD |
| | ) | |
| Plaintiff/Petitioner | ) | Proof of Service of: |
| vs. | ) | Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises in a Civil Action |
| Zuffa, LLC | ) | |
| | ) | |
| Defendant/Respondent | ) | |

Service on:
Google, Inc., by serving Becky DeGeorge at CSC Corp., person authorized to accept service.

Hearing Date:

Hearing Time:

Div/Dept:

BY FAX

PROOF OF SERVICE

OL# 7371132

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Kevin Rayhill, 267496<br>Joseph Saveri Law Firm, Inc.<br>505 Montgomery Street<br>San Francisco, CA 94111 | (415) 500-6800 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: 1023 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF: Cung Le et al.

DEFENDANT: Zuffa, LLC

**PROOF OF SERVICE**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 5:14-cv-05484-EJD |
|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises in a Civil Action

2. Party Served: Google, Inc., by serving Becky DeGeorge at CSC Corp., person authorized to accept service.

3. Person Served: CSC-Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery: 1/7/2015   1:51 PM

5. Address, City and State: 2710 N Gateway Oaks Dr Ste 150
Sacramento, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 37.95

Registered California process server.
County: SACRAMENTO
Registration No.: 2014-11

Christine E. Martin
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 1/7/2015 at Sacramento, California.

Signature: _____
Christine E. Martin

OL# 7371132