Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Kevin E. Rayhill (State Bar No. 267496)
Matthew S. Weiler (State Bar No. 236052)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      jdavis@saverilawfirm.com
                      apurdy@saverilawfirm.com
                      krayhill@saverilawfirm.com
                      mweiler@saverilawfirm.com

Benjamin D. Brown (State Bar No. 202545)
Hiba Hafiz (pro hac vice pending)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone:     (202) 408-4600
Facsimile:      (202) 408 4699
                      bbrown@cohenmilstein.com
                      hhafiz@cohenmilstein.com

Eric L. Cramer (pro hac vice)
Michael Dell'Angelo (pro hac vice)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:     (215) 875-3000
Facsimile:      (215) 875-4604
                      ecramer@bm.net
                      mdellangelo@bm.net

*Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, and Jon Fitch*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC**, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05484-EJD<br><br>**PROOF OF SERVICE OF SUBPOENA ON TWITTER, INC.** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Kevin Rayhill, 267496<br>Joseph Saveri Law Firm, Inc.<br>505 Montgomery Street<br>San Francisco, CA  94111 | | (415) 500-6800 | | |
| ATTORNEY FOR (Name): Plaintiff | | Ref. No. or File No.<br>1023 | | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court, Northern District of California<br>280 S. First St. #2112<br>San Jose, CA  95113-3008 | | | | |
| PLAINTIFF:<br>Cung Le, et al. | | | | |
| DEFENDANT:<br>Zuffa, LLC | | | | |
| **PROOF OF HAND DELIVERY** | DATE:<br>1/16/2015 | TIME:<br>5:00 PM | DEPT/DIV: | CASE NUMBER:<br>5:14-cv-05484-EJD |

I delivered copies of the following:   Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Civil Action

NAME OF PARTY: Twitter, Inc.

DELIVERED TO: CT Corporation - Kirstin Edralin - Person Authorized to Accept

DATE & TIME OF DELIVERY: 1/7/2015           3:05 PM

ADDRESS, CITY, AND STATE:   818 West Seventh Street 2nd Floor
Los Angeles, CA  90017

By Fax

Date: 1/8/2015

Jimmy Lizama

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606                    Signature:   _____

982(a)(23)[New July 1, 1987]

OL# 7371130