1  WILLIAM A. ISAACSON
   (*Pro Hac Vice* application to be filed)
2  (wisaacson@bsfllp.com)
   BOIES, SCHILLER & FLEXNER LLP
3  5301 Wisconsin Ave, NW
   Washington, DC 20015
4  Telephone: (202) 237-2727
5  Facsimile: (202) 237-6131

6  JOHN F. COVE, JR. #212213
   (jcove@bsfllp.com)
7  STEVEN C. HOLTZMAN #144177
   (sholtzman@bsfllp.com)
8  PERRY M. GROSSMAN #260570
9  (pgrossman@bsfllp.com)
   SUZANNE E. JAFFE #284894
10 (sjaffe@bsfllp.com)
   BOIES, SCHILLER & FLEXNER LLP
11 1999 Harrison Street, Suite 900
12 Oakland, CA 94612
   Telephone: (510) 874-1000
13 Facsimile: (510) 874-1460

14 *Attorneys for Defendant Zuffa, LLC*

15                UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA
17                       SAN JOSE DIVISION
18

19 | Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05484 EJD |
   |---|---|
   | Plaintiffs, | **NOTICE OF APPEARANCE FOR JOHN F. COVE, JR.** |
   | v. | Judge: Honorable Edward John Davila |
   | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
   | Defendant. | |

| | | |
|---|---|---|
| 1 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05591 PSJ |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | | |
| 6 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 7 | Defendant. | |
| 8 | | |
| 9 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05621 NC |
| 10 | Plaintiffs, | |
| 11 | | |
| 12 | v. | |
| 13 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 14 | | |
| 15 | Defendant. | |

NOTICE OF APPEARANCE FOR JOHN F. COVE, JR.

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT John F. Cove, Jr. (jcove@bsfllp.com) of Boies, Schiller & Flexner LLP hereby enters his appearance in the above-captioned matters as counsel for Defendant Zuffa, LLC.

Dated: January 15, 2015            Respectfully submitted,

                                         BOIES, SCHILLER & FLEXNER LLP

                                         By: */s/ John F. Cove, Jr.*
                                               John F. Cove, Jr.

                                         Attorneys for Defendant Zuffa, LLC