WILLIAM A. ISAACSON
(*Pro Hac Vice* application to be filed)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
STEVEN C. HOLTZMAN #144177
(sholtzman@bsfllp.com)
PERRY M. GROSSMAN #260570
(pgrossman@bsfllp.com)
SUZANNE E. JAFFE #284894
(sjaffe@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendant Zuffa, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**NOTICE OF APPEARANCE FOR STEVEN C. HOLTZMAN**<br><br>Judge:   Honorable Edward John Davila |

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　Defendant. | Case No.  5:14-cv-05591 PSJ |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　Defendant. | Case No.  5:14-cv-05621 NC |

NOTICE OF APPEARANCE FOR STEVEN C. HOLTZMAN

1 | TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 |     PLEASE TAKE NOTICE THAT Steven C. Holtzman (sholtzman@bsfllp.com) of Boies,

3 | Schiller & Flexner LLP hereby enters his appearance in the above-captioned matters as counsel for

4 | Defendant Zuffa, LLC.

5 | Dated: January 15, 2015            Respectfully submitted,

6 |                                BOIES, SCHILLER & FLEXNER LLP

8 |                                By: */s/ Steven C. Holtzman*

9 |                                      Steven C. Holtzman

10 |                                Attorneys for Defendant Zuffa, LLC