```
 1   WILLIAM A. ISAACSON
     (Pro Hac Vice application to be filed)
 2   (wisaacson@bsfllp.com)
     BOIES, SCHILLER & FLEXNER LLP
 3   5301 Wisconsin Ave, NW
     Washington, DC 20015
 4   Telephone: (202) 237-2727
 5   Facsimile: (202) 237-6131

 6   JOHN F. COVE, JR. #212213
     (jcove@bsfllp.com)
 7   STEVEN C. HOLTZMAN #144177
     (sholtzman@bsfllp.com)
 8   PERRY M. GROSSMAN #260570
 9   (pgrossman@bsfllp.com)
     SUZANNE E. JAFFE #284894
10   (sjaffe@bsfllp.com)
     BOIES, SCHILLER & FLEXNER LLP
11   1999 Harrison Street, Suite 900
     Oakland, CA 94612
12   Telephone: (510) 874-1000
13   Facsimile: (510) 874-1460

14   Attorneys for Defendant Zuffa, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05484 EJD |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE FOR PERRY M. GROSSMAN** |
| v. | Judge: Honorable Edward John Davila |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

NOTICE OF APPEARANCE FOR PERRY M. GROSSMAN

| | | |
|---|---|---|
| 1 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05591 PSJ |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | | |
| 6 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 7 | Defendant. | |
| 8 | | |
| 9 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05621 NC |
| 10 | Plaintiffs, | |
| 11 | | |
| 12 | v. | |
| 13 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 14 | | |
| 15 | Defendant. | |

NOTICE OF APPEARANCE FOR PERRY M. GROSSMAN

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE THAT Perry M. Grossman (pgrossman@bsfllp.com) of Boies,

3  Schiller & Flexner LLP hereby enters his appearance in the above-captioned matters as counsel for

4  Defendant Zuffa, LLC.

5  Dated: January 15, 2015                  Respectfully submitted,

6                                          BOIES, SCHILLER & FLEXNER LLP

8                                          By:  */s/ Perry M. Grossman*
9                                               Perry M. Grossman

10                                         Attorneys for Defendant Zuffa, LLC

1

NOTICE OF APPEARANCE FOR PERRY M. GROSSMAN