| | |
|---|---|
| 1 | WILLIAM A. ISAACSON |
| 2 | (*Pro Hac Vice* application to be filed)<br>(wisaacson@bsfllp.com) |
| 3 | BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave, NW |
| 4 | Washington, DC 20015<br>Telephone: (202) 237-2727 |
| 5 | Facsimile: (202) 237-6131 |

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
STEVEN C. HOLTZMAN #144177
(sholtzman@bsfllp.com)
PERRY M. GROSSMAN #260570
(pgrossman@bsfllp.com)
SUZANNE E. JAFFE #284894
(sjaffe@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendant Zuffa, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　　Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**NOTICE OF APPEARANCE FOR SUZANNE E. JAFFE**<br><br>Judge:   Honorable Edward John Davila |

NOTICE OF APPEARANCE FOR SUZANNE E. JAFFE

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No. 5:14-cv-05591 PSJ |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No. 5:14-cv-05621 NC |

NOTICE OF APPEARANCE FOR SUZANNE E. JAFFE

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE THAT Suzanne E. Jaffe (sjaffe@bsfllp.com) of Boies,

3  Schiller & Flexner LLP hereby enters her appearance in the above-captioned matters as counsel for

4  Defendant Zuffa, LLC.

5  Dated: January 15, 2015    Respectfully submitted,

6      BOIES, SCHILLER & FLEXNER LLP

8      By: */s/ Suzanne E. Jaffe*
9          Suzanne E. Jaffe

10      Attorneys for Defendant Zuffa, LLC

1
NOTICE OF APPEARANCE FOR SUZANNE E. JAFFE