Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Kevin E. Rayhill (State Bar No. 267496)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (State Bar No. 202545)
Richard Koffman (*pro hac vice* pending)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408 4699
bbrown@cohenmilstein.com
RKoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
Michael Dell'Angelo (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:   (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Vazquez,*
*Dennis Hallman, Brandon Vera and Pablo Garza*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case No. 5:14-cv-05484-EJD<br>Case No. 5:14-cv-05591-EJD<br>Case No. 5:14-cv-05621-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S RESPONSE DEADLINES** |

|     |                                                                                                                            |
| --- | -------------------------------------------------------------------------------------------------------------------------- |
| 1   | CASE NO. 5:14-CV-05484-EJD                                                                                                 |
| 2   | **Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,**               |
| 3   |                                                                                                                            |
| 4   | Plaintiffs,                                                                                                                |
| 5   | v.                                                                                                                         |
| 6   | **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**                                                              |
| 7   | Defendant.                                                                                                                 |
| 8   | **Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,**                               |
| 9   |                                                                                                                            |
| 10  | Plaintiffs,                                                                                                                |
| 11  | v.                                                                                                                         |
| 12  | **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**                                                              |
| 13  | Defendant.                                                                                                                 |

16  Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Vazquez, Dennis Hallman, Brandon Vera and Pablo Garza (collectively, "Plaintiffs") and Defendant Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC ("Zuffa"), pursuant to Civil Local Rule 6-2, request that the Court enter the parties' stipulation below extending the time for Zuffa to respond to the complaints in this case (the "Stipulation"). This Stipulation is verified by the concurrently filed declaration of Joseph R. Saveri.

### FACTS UNDERLYING THE PARTIES' STIPULATION

In support of their Stipulation, the parties offer the following facts:

A. On December 16, 2014, Plaintiffs Le, Quarry and Fitch filed their Complaint captioned *Le, et al. v. Zuffa, LLC*, No. 5:14-cv-05484-EJD ("*Le*").

B. On December 22, 2014, Plaintiffs Vazquez and Hallman filed their Complaint captioned *Vazquez, et al. v. Zuffa, LLC*, No 5:14-cv-05591-EJD ("*Vazquez*").

C. On December 24, 2014, Plaintiffs Vera and Garza filed their Complaint captioned *Vera, et al. v. Zuffa, LLC*, No. 5:14-cv-05621-EJD ("*Vera*").

D. Plaintiffs in *Le* filed a motion to relate the case on the grounds of the close similarity in the material allegations of the *Le*, *Vazquez* and *Vera* Complaints.

E. On January 7, 2015, the Court issued an order relating *Vazquez* to *Le*. (Dct. 18).

F. On January 7, 2015, the Court issued an order relating *Vera* to *Le*. (Dct. 19).

G. The parties agree that party and judicial efficiency would be best served by permitting Zuffa to have an extension to file a responsive pleading to the three pending Complaints and by establishing a consensual unified briefing schedule as to such pleading.

H. No previous extension has been sought.

## STIPULATION

In light of the above facts, the parties jointly request that the Court enter the following Stipulation as the Order of the Court.

1. Undersigned counsel for Zuffa agrees to accept service of the Summonses and Complaints in *Le*, *Vazquez* and *Vera* on behalf of Zuffa. Service is deemed effective as of the date the Court enters the [Proposed] Order on the parties' Stipulation.

2. Zuffa will answer, file a motion, or otherwise respond to the Complaints in this action on or before Friday, February 27, 2015.

3. Plaintiffs' opposition brief shall be filed on or before Friday, April 10, 2015.

4. Zuffa's reply brief shall be filed on or before Friday, May 1, 2015.

5. Should this case be referred to the Judicial Panel on Multidistrict Litigation ("JPML") and transferred, Zuffa's answer, motion or other response shall be due within 45 days of receipt of written notice from Plaintiffs stating that they do not intend to file a consolidated or amended complaint, unless the transferee court sets a different schedule.

6. If this action is referred to the JPML and a Motion to Transfer is ultimately denied, Zuffa's time to answer, file motions, or otherwise respond shall be 45 days after Plaintiffs either file a consolidated complaint or give Zuffa written notice that they do not intend to file a consolidated or amended complaint.

7. In making this Stipulation, Zuffa does not waive any right, claim or defense, including but not limited to (i) any jurisdictional defenses that may be available under Fed. R. Civ. P. 12; (ii) any

affirmative defenses under Fed. R. Civ. P. 8; (iii) any other statutory or common law defenses that may be available to Zuffa in any currently filed or future related actions; or (iv) any right to seek or oppose any reassignment, transfer, or consolidated alternatives with respect to any of the currently filed or future related actions before the JPML or pursuant to 28 U.S.C. § 1404. Zuffa expressly reserves its right to raise any such defenses (or any other defense) in response to either the extant complaints or any amended and/or consolidated complaint that may be in any of the currently filed or future related actions.

8.  Nothing in this Stipulation precludes Plaintiffs or Zuffa from seeking to amend the filing deadlines set forth herein. In the event that the dates are set to file answers, motions or responses in any cases that pertain to the same subject matter as the Complaints in this action (whether currently filed or filed subsequently in this or other courts), Zuffa agrees to file its answer, motion, or response in this action no later than in any such other cases.

IT IS SO STIPULATED.

Dated: January 15, 2015

JOSEPH SAVERI LAW FIRM, INC.

By:     */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Kevin E. Rayhill (State Bar No. 267496)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
krayhill@saverilawfirm.com

| | |
|---|---|
| 1 | Robert C. Maysey (State Bar No. 205769) |
| 2 | Jerome K. Elwell (*pro hac vice* pending) |
|   | WARNER ANGLE HALLAM JACKSON & |
| 3 | FORMANEK PLC |
|   | 2555 E. Camelback Road, Suite 800 |
| 4 | Phoenix, AZ 85016 |
|   | Telephone: (602) 264-7101 |
| 5 | Facsimile:  (602) 234-0419 |
| 6 | rmaysey@warnerangle.com |
|   | jelwell@warnerangle.com |
| 7 | |
| 8 | Benjamin D. Brown (State Bar No. 202545) |
|   | Richard Koffman (*pro hac vice* pending) |
| 9 | Hiba Hafiz (*pro hac vice* pending) |
|   | COHEN MILSTEIN SELLERS & TOLL, PLLC |
| 10 | 1100 New York Ave., N.W., Suite 500, East Tower |
|    | Washington, DC 20005 |
| 11 | Telephone: (202) 408-4600 |
|    | Facsimile:  (202) 408 4699 |
| 12 | bbrown@cohenmilstein.com |
| 13 | hhafiz@cohenmilstein.com |
| 14 | Eric L. Cramer (*pro hac vice*) |
|    | Michael Dell'Angelo (*pro hac vice*) |
| 15 | Patrick Madden |
|    | BERGER & MONTAGUE, P.C. |
| 16 | 1622 Locust Street |
|    | Philadelphia, PA 19103 |
| 17 | Telephone:  (215) 875-3000 |
|    | Facsimile:   (215) 875-4604 |
| 18 | ecramer@bm.net |
| 19 | mdellangelo@bm.net |
| 20 | Frederick S. Schwartz (State Bar No. 145351) |
| 21 | LAW OFFICE OF FREDERICK S. SCHWARTZ |
|    | 15303 Ventura Boulevard, #1040 |
| 22 | Sherman Oaks, CA 91403 |
|    | Telephone:  (818) 986-2407 |
| 23 | Facsimile:   (818) 995-4124 |
| 24 | fred@fredschwartzlaw.com |
| 25 | *Attorneys for Individual and Representative Plaintiffs* |
|    | *Cung Le, Nathan Quarry, Jon Fitch, Luis Vazquez,* |
| 26 | *Dennis Hallman, Brandon Vera and Pablo Garza* |
| 27 | |
| 28 | |

|  |  |
|---|---|
| By: | */s/ John F. Cove, Jr.* |
|  | John F. Cove, Jr. |

John F. Cove (State Bar No. 212213)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile:  (510) 874-1460
jcove@bsfllp.com

William A. Isaacson (*pro hac vice* to be filed)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
wisaacson@bsfllp.com

*Attorneys for Defendant Zuffa, LLC*

Pursuant to Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

|  |  |
|---|---|
| Dated: January 15, 2015 | By:  */s/ Joseph R. Saveri* |
|  | Joseph R. Saveri |

Since these cases have not yet been consolidated but only related, counsel shall file pleadings applicable to all cases in each of the captioned cases.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 16, 2015         By: _____
                                Honorable Edward J. Davila
                                United States District Judge