# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant(s).

Case No: 5:14-cv-05484 EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jerome Keith Elwell, an active member in good standing of the bar of the State of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Joseph R. Saveri, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2555 E. Camelback Road, Suite 800<br>Phoenix, Arizona 85016 | 505 Montgomery Street, Suite 625<br>San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD:<br>(602) 264-7101 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 500-6800 |
| MY EMAIL ADDRESS OF RECORD:<br>jelwell@warnerangle.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jsaveri@saverilawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 012699.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/07/15

Jerome Keith Elwell
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jerome Keith Elwell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/20/2015

UNITED STATES DISTRICT JUDGE