Case 2:15-cv-01045-RFB-BNW   Document 31-23   Filed 01/30/15   Page 1 of 1



**NOTICE**

This document has been removed by order of the court.

For more information, please see the entire docket sheet, or contact the clerk's office, or consult chambers.