WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #114441
(*Admission to N.D. Cal. pending*)
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL (*Pro Hac Vice* to be filed)
(DJC@campbellandwilliams.com)
J. COLBY WILLIAMS (*Pro Hac Vice* to be filed)
(JCW@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05484 EJD<br><br>**DECLARATION OF JOHN F. COVE, JR. IN SUPPORT OF DEFENDANT ZUFFA, LLC'S ADMINISTRATIVE MOTION TO ADVANCE THE HEARING DATE ON ITS CONSOLIDATED MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a) (DK. 31)**<br><br>Judge:   Hon. Edward J. Davila |

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No. 5:14-cv-05591 EJD |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No. 5:14-cv-05621 EJD |

Cove Dec. ISO Zuffa's Admin Mot.　　　　　　　　　　　Case Nos. 5:14-cv-05484 EJD;
to Advance Hrg. Date　　　　　　　　　　　　　　　　5:14-cv-05591 EJD; 5:14-cv-05621 EJD

I, JOHN F. COVE, JR., declare as follows:

1. I am over 21 years old and have personal knowledge of the information in this declaration. I am a member of the bar of the State of California, and a partner with Boies, Schiller & Flexner LLP, counsel for Zuffa, LLC ("Zuffa"). I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

2. I submit this declaration in support Zuffa's Administrative Motion to Advance the Hearing Date for Defendant Zuffa, LLC's Consolidated Motion to Transfer Venue Under 28 U.S.C. § 1404(a) ("Motion to Transfer") on the grounds that an earlier hearing date will advance the interest of the parties and judicial economy by allowing the threshold question of where these actions will be heard to be presented at the outset, before the Court undertakes substantial efforts in these cases, and by helping ensure that the Court ultimately responsible for the cases supervises all important phases of the cases.

3. On January 26, 2015, I spoke on the phone with Joseph R. Saveri, counsel for Plaintiffs, to meet and confer on the hearing date for Zuffa's Motion to Transfer. Assuming a filing date of January 27 for the Motion to Transfer, I proposed that Plaintiffs' opposition be due on March 3, 2015 — 35 days from the date of filing and including a three-week extension from the fourteen days required by Civ. L.R. 7-3 — as well as a March 17, 2015 date for Zuffa's reply, and a March 26, 2015 hearing date (subject to the Court's availability). In an e-mail sent January 27, 2015 at 11:22 a.m., Mr. Saveri rejected the proposed briefing schedule, contending that the schedule for the Motion to Transfer was set forth in the January 16, 2015 Stipulation and Order Extending Defendant's Response Deadlines. In an e-mail sent January 27, 2015 at 12:44 p.m., I replied to Mr. Saveri, stating our position that the January 16, 2015 Stipulation and Order did not set the schedule for the Motion to Transfer, only for the motion to dismiss. In addition to the first briefing schedule I proposed, I also offered as possible hearing dates March 12, 19, and April 2. In an e-mail sent January 26, 2015 at 3:50pm, Mr. Saveri again rejected the proposed briefing schedule and all proposed hearing dates, stating that his position had not changed from his earlier

1

Cove Dec. ISO Zuffa's Admin Mot.  
to Advance Hrg. Date

Case Nos. 5:14-cv-05484 EJD  
5:14-cv-05591 EJD; 5:14-cv-05621 EJD

correspondence. My efforts to obtain a stipulation to the requested hearing date are memorialized in Exhibit A, which is a true and correct copy of my e-mail exchange with Mr. Saveri.

4. On January 30, I telephoned Mr. Saveri at approximately 11:40 a.m. to discuss this Administrative Motion. He was not in and I left a message asking him to return my call with the person who answered the telephone at his office. As of this filing, Mr. Saveri has not returned my telephone call and I have no reason to believe he has changed his position from earlier this week.

5. The only time modification thus far in this case has been the January 16, 2015 Stipulation and Order extending the time for Zuffa to respond to Plaintiffs' Complaints by answer or motion to dismiss.

6. The requested time modification would not affect any other scheduled matters in this case.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 30th day of January, 2015, in Oakland, California.

*/s/ John F. Cove, Jr.*

JOHN F. COVE, JR.