WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #114441
(*Admission to N.D. Cal. pending*)
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL (*Pro Hac Vice* to be filed)
(DJC@campbellandwilliams.com)
J. COLBY WILLIAMS (*Pro Hac Vice* to be filed)
(JCW@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ZUFFA, LLC'S ADMINISTRATIVE MOTION TO ADVANCE THE HEARING DATE ON ITS CONSOLIDATED MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a) (DK. 31)**<br><br>Judge:    Hon. Edward J. Davila |

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No. 5:14-cv-05591 EJD |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No. 5:14-cv-05621 EJD |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

**[PROPOSED] ORDER**

Before the Court is Defendant Zuffa, LLC's ("Zuffa") Administrative Motion to Advance the Hearing Date on Its Consolidated Motion to Transfer Venue Under 28 U.S.C. § 1404(a).

Having considered the parties' submissions, the record herein, and for good cause appearing,

IT IS HEREBY ORDERED that the motion to advance the hearing date for Zuffa's motion to transfer these actions is GRANTED. The Court will hear argument on Zuffa's Consolidated Motion to Transfer Venue Under 28 U.S.C. §1404(a) at 9:00 a.m. on Thursday, March 26, 2015. Plaintiffs are directed to file their opposition to Zuffa's Consolidated Motion to Transfer Venue Under 28 U.S.C. §1404(a) by March 6, 2015.

_____, 2015

THE HONORABLE EDWARD J. DAVILA
United States District Judge

Prop Order Granting Mot to Advance Hrg. Date         Case Nos. 5:14-cv-05484 EJD;
                                                                          5:14-cv-05591 EJD; 5:14-cv-05621 EJD