# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cung Le, et al.,<br><br>                    Plaintiff(s),<br><br>v.<br><br>Zuffa, LLC d/b/a Ultimate Fighting Champrionship and UFC<br>                    Defendant(s). | Case No: 5:14-cv-05484-EJD<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, __Donald J. Campbell__, an active member in good standing of the bar of __Nevada__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Defendant Zuffa, LLC__ in the above-entitled action. My local co-counsel in this case is __John F. Cove, Jr.__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>700 South Seventh Street<br>Las Vegas, Nevada 89101 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>1999 Harrison Street<br>Oakland, CA 94707 |
|---|---|
| MY TELEPHONE # OF RECORD: 702.382.5222 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: 510-874-1000 |
| MY EMAIL ADDRESS OF RECORD: djc@cwlawlv.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jcove@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __1216__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1-21-15

*[signature]*
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                October 2012

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that Donald J. Campbell, Bar Number 1216, was admitted by the Supreme Court of the State of Nevada on 09/25/1978 as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that Donald J. Campbell is now an Active member of the State Bar of Nevada in good standing.

DATED Wednesday, January 21, 2015.

*Laurie K. Scheffler*
Laurie K. Scheffler
Member Services Administrator
State Bar of Nevada