1  Joseph R. Saveri (State Bar No. 130064)
   Joshua P. Davis (State Bar No. 193254)
2  Matthew S. Weiler (State Bar No. 236052)
   JOSEPH SAVERI LAW FIRM, INC.
3  505 Montgomery Street, Suite 625
   San Francisco, California 94111
4  Telephone: (415) 500-6800
   Facsimile:  (415) 395-9940
5  jsaveri@saverilawfirm.com
   jdavis@saverilawfirm.com
6  mweiler@saverilawfirm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>　　　　　**Defendant.** | Case No.  5:14-cv-05484-EJD<br>　　　　　5:14-cv-05591- EJD<br>　　　　　5:14-cv-05621- EJD<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO UFC's ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE** |
| **Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,**<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>　　　　　**Defendant.** | |
| **Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,**<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>　　　　　**Defendant.** | |

I, Joseph R. Saveri, declare:

1.     I am the Founding Partner of the Joseph Saveri Law Firm, Inc. ("JSLF"). I am an attorney of record in these related matters for Plaintiffs Le, Quarry, Fitch, Vazquez, Hallman, Vera and Garza and a member in good standing with the State Bar of California.  I submit this Declaration in support of Plaintiffs' Opposition to the UFC's[1] Administrative Motion to Advance Hearing Date. Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to them.

2.     I conferred by telephone and email with counsel for UFC prior to entry of the stipulation on January 16 extending UFC's time to respond to the Complaints filed by Plaintiffs. *See* Docket No. 26. This stipulation represents the result of extensive negotiation between, and ultimately, the agreement of Plaintiffs and UFC.  In particular, the negotiations resulted in an agreement whereby Plaintiffs agreed to give UFC more time to prepare motions or other responses to the Complaints and provided both parties additional time to fully brief the issues raised by such motions and responses. The draft stipulation was drafted and re-drafted, reflecting the negotiation.  The final [Proposed] Stipulation and Order Extending Response Deadlines, entered as an Order in the Court's docket on January 16, 2015 (Dct. 26) (the "Stipulation"), represents the fully negotiated agreement of the parties.

3.     On January 26, 2015 counsel for UFC represented to me that UFC had drafted a motion to transfer, and asked Plaintiffs to agree to have the transfer motion heard on March 26, 2015. Prior to January 26, counsel for UFC had expressed no intention to have a transfer motion heard before May 7, the date set for the Case Management Conference. Plaintiffs were not informed prior to January 26 that the UFC intended to file a motion to transfer prior to filing other motions responsive to the Complaints.

4.     On January 27, I informed counsel for UFC that the Stipulation provided the schedule for UFC's transfer motion, as well as any other motion that UFC would bring in response to the Complaints.

5.     Attached at **Exhibit 1** is a true and correct copy of a subpoena served by JSLF on Twitter, Inc. ("Twitter") on or about January 8, 2015

---

[1] Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC ("UFC").

6.  Attached at **Exhibit 2** is a true and correct copy of a subpoena served by JSLF on Google, Inc. ("Google") on or about January 7, 2015.

7.  JSLF served subpoenas on Twitter and Google because it was informed that UFC President Dana White deleted "tweets" from his account immediately after the *Le* Complaint was filed.

8.  In addition to Twitter and Google, and named Plaintiff Mr. Le, JSLF is aware of several other witnesses who reside in the Northern District of California. On information and belief, Scott Coker, the founder of former UFC competitor Strikeforce, and current president of Bellator, operated Strikeforce from San Jose; Malcolm Bordelon, the Executive Vice President of Business Operations at Sharks Sports & Entertainment, fka Silicon Valley Sports & Entertainment (which had an ownership interest in Strikeforce), resides in or around San Jose; Finally, Electronic Artists ("EA") Sports, which created a UFC video game, has offices in this District. Additionally, several class members reside in this District.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in San Francisco, California on February 2, 2015.

*/s/ Joseph R. Saveri*
Joseph R. Saveri