Robert C. Maysey, (State Bar No. 205769)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON
  & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, Arizona  85016
Telephone:    (602) 264-7101
Facsimile:    (602) 234-0419
Email:        rmaysey@warnerangle.com
              jelwell@warnerangle.com

*Attorneys for Plaintiffs Cung Le, Nathan
Quarry, and Jon Fitch*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.  5:14-cv-05484-EJD<br><br>NOTICE OF APPEARANCE OF ROBERT C. MAYSEY |

PLEASE TAKE NOTICE that Robert C. Maysey of Warner Angle Hallam Jackson & Formanek PLC, hereby appears as counsel of record in the above-titled action on behalf of Plaintiffs CUNG LE, NATHAN QUARRY, and JON FITCH, and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

Dated:  February 3, 2015          WARNER ANGLE HALLAM JACKSON
                                    & FORMANEK PLC

                          By:      /s/ Robert C. Maysey
                                    Robert C. Maysey

                          *Attorneys for Plaintiffs Cung Le, Nathan
                          Quarry, and Jon Fitch*

*Warner Angle Hallam Jackson & Formanek PLC*