UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>      Plaintiffs,<br><br>      v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>      Defendant. | Case No.  5:14-cv-05484-EJD<br>             5:14-cv-05591- EJD<br>             5:14-cv-05621- EJD<br><br>**[PROPOSED] ORDER APPOINTING INTERIM CO-LEAD COUNSEL** |
| **Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,**<br><br>      Plaintiffs,<br><br>      v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>      Defendant. | |
| **Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,**<br><br>      Plaintiffs,<br><br>      v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>      Defendant. | |

1. Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court hereby appoints the following counsel as Plaintiffs' Interim Co-Lead Class Counsel: Berger & Montague, P.C.; Cohen Milstein Sellers & Toll PLLC; and the Joseph Saveri Law Firm, Inc.

2. Plaintiffs' Interim Co-Lead Class Counsel shall be responsible for performing work to advance the litigation for the common benefit of all plaintiffs and proposed class members, including all plaintiffs and proposed class members in related actions subsequently filed in or transferred to this District (collectively, "Plaintiffs"). Plaintiffs' Interim Co-Lead Class Counsel's responsibilities for coordinating and organizing Plaintiffs in the conduct of this litigation shall include:

    a. Organizing and conducting pretrial law and motion practice, including class certification;

    b. Organizing and conducting discovery, including the conduct of all discovery on behalf of Plaintiffs consistent with Fed. R. Civ. Pro 26;

    c. Acting as spokesperson at pretrial conferences;

    d. Entering into stipulations with opposing counsel, as necessary, for the conduct of litigation;

    e. Consulting with and retaining experts, as necessary;

    f. Conducting trial and post-trial proceedings;

    g. Acting as spokesperson at pretrial conferences;

    h. Entering into stipulations with opposing counsel, as necessary, for the conduct of the litigation;

    i. Encouraging cooperation and efficiency among all Plaintiffs' counsel;

    j. Calling meetings of Plaintiffs' counsel, when appropriate;

    k. Making all work assignments to Plaintiffs' counsel;

    l. Monitoring the activities of all Plaintiffs' counsel to ensure that the litigation is conducted effectively, efficiently, and economically;

    m. Ensuring that schedules are met, and that unnecessary, duplicative, or unproductive expenditures of time and expense are avoided;

    n. Negotiating with defense counsel with respect to settlement and other matters, if

and as appropriate; and

    o.    In the event of settlement or judgment in Plaintiffs' favor, applying to the Court for, *inter alia*, attorneys' fees and reimbursement of costs, and allocating any fees and costs awarded by the Court to Plaintiffs' co-counsel.

4.    Plaintiffs' Interim Co-Lead Counsel shall also be the contact between plaintiffs' counsel and counsel for the Defendant, as well as the spokespersons for plaintiffs' counsel, including plaintiffs' counsel in related actions subsequently filed in or transferred to this District.

5.    No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any Plaintiff except through Interim Co-Lead Counsel.

**IT IS SO ORDERED.**

Dated:                                               _____
HON. EDWARD J. DAVILA
United States District Judge