UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cung Le, et al.,

    Plaintiff(s),

v.

Zuffa, LLC d/b/a Ultimate Fighting Chamrionship and UFC

    Defendant(s).

Case No: 5:14-cv-05484-EJD

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, __J. Colby Williams__, an active member in good standing of the bar of __Nevada__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Defendant Zuffa, LLC__ in the above-entitled action. My local co-counsel in this case is __John F. Cove, Jr.__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 700 South Seventh Street Las Vegas, Nevada 89101 | 1999 Harrison Street Oakland, CA 94707 |
| MY TELEPHONE # OF RECORD: 702.382.5222 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: 510-874-1000 |
| MY EMAIL ADDRESS OF RECORD: jcw@cwlawlv.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jcove@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __5549__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1·21·15

                                                      APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/3/2015

                                       UNITED STATES DISTRICT JUDGE