UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Cung Le, et al.,

                            Plaintiff(s),

    v.

Zuffa, LLC d/b/a Ultimate Fighting
Champrionship and UFC
                            Defendant(s).

Case No: 5:14-cv-05484-EJD

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, _____Donald J. Campbell_____, an active member in good standing of the bar of
_Nevada_____, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: ___Defendant Zuffa, LLC_____ in the
above-entitled action. My local co-counsel in this case is ___John F. Cove, Jr._____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 700 South Seventh Street<br>Las Vegas, Nevada 89101 | 1999 Harrison Street<br>Oakland, CA 94707 |
| MY TELEPHONE # OF RECORD: 702.382.5222 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>510-874-1000 |
| MY EMAIL ADDRESS OF RECORD: djc@cwlawlv.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jcove@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: _1216_____.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: /- 2 /- 15

                                                    APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Donald J. Campbell___ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 2/3/2015

                                                    UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                        *October 2012*