WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #114441
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)
(DJC@campbellandwilliams.com)
J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)
(JCW@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting
Championship and UFC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>     v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>              Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**DEFENDANT ZUFFA, LLC'S CONSOLIDATED MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br><br>Judge:      Hon. Edward J. Davila |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

| | | |
|---|---|---|
| 1 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No.  5:14-cv-05591 EJD |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | | |
| 6 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 7 | Defendant. | |
| 8 | | |
| 9 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No.  5:14-cv-05621 EJD |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | | |
| 13 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 14 | Defendant. | |
| 15 | | |

16
17
18
19
20
21
22
23
24
25
26
27
28

Zuffa's Consolidated Mot to Remove
Incorrectly Filed Documents

Case Nos. 5:14-cv-05484 EJD
5:14-cv-05591 EJD; 5:14-cv-05621 EJD

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1    Zuffa, LLC ("Zuffa") hereby moves the Court to remove the following documents from

2 ECF, submitted electronically on January 30, 2015 in the following three related cases:

3

4    In case number 5:14-cv-05484-EJD: Exhibits B, C, E, G, H-V, X-Z to Zuffa's

5 Consolidated Motion to Transfer Venue Under 28 U.S.C. § 1404(a) [Docket Nos. 31-3, 31-4, 31-

6 6, 31-8, 31-9, 31-10, 31-11, 31-12, 31-13, 31-14, 31-15, 31-16, 31-17, 31-18, 31-19, 31-20, 31-

7 21, 31-22, 31-23, 31-25, 31-26, 31-27.]

8

9    In case number 5:14-cv-05591-EJD: Exhibits B, C, E, G, H-V, X-Z to Zuffa's

10 Consolidated Motion to Transfer Venue Under 28 U.S.C. § 1404(a) [Docket Nos. 18-3, 18-4, 18-

11 6, 18-8, 18-9, 18-10, 18-11, 18-12, 18-13, 18-14, 18-15, 18-16, 18-17, 18-18, 18-19, 18-20, 18-

12 21, 18-22, 18-23, 18-25, 18-26, 18-27.]

13

14    In case number 5:14-cv-05621-EJD: Exhibits B, C, E, G, H-V, X-Z to Zuffa's

15 Consolidated Motion to Transfer Venue Under 28 U.S.C. § 1404(a) [Docket Nos. 18-3, 18-4, 18-

16 6, 18-8, 18-9, 18-10, 18-11, 18-12, 18-13, 18-14, 18-15, 18-16, 18-17, 18-18, 18-19, 18-20, 18-

17 21, 18-22, 18-23, 18-25, 18-26, 18-27.]

18

19    These exhibits inadvertently contained confidential personal information that was not

20 properly redacted.  The ECF Help Desk has already been contacted and has been asked to block

21 access to the document in question, and is awaiting the Court's order to remove it from the

22 record.  Zuffa will today file properly redacted versions of these documents.

23

1

Zuffa's Consolidated Mot. To Remove          Case Nos. 5:14-cv-05484 EJD
Incorrectly Filed Documents                  5:14-cv-05591 EJD; 5:14-cv-05621 EJD

1    For the foregoing reasons, Zuffa respectfully requests that the Court grant Zuffa's

2   Consolidated Motion to Remove Incorrectly Filed Documents.

3

4   Dated: February 4, 2015               Respectfully Submitted,

5                                         BOIES, SCHILLER & FLEXNER LLP

6

7                                         By:  /s/ Perry M. Grossman

8                                         Perry M. Grossman
                                          BOIES, SCHILLER & FLEXNER LLP
9                                         1999 Harrison Street, Suite 900
                                          Oakland, CA 94612
10                                        Telephone: (510) 874-1000;
                                          Fax: (510) 874-1460
11                                        Email: pgrossman@bsfllp.com

12                                        *Attorneys for Defendant* Zuffa, LLC, d/b/a
                                          Ultimate Fighting Championship and UFC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Zuffa's Consolidated Mot. To Remove                    Case Nos. 5:14-cv-05484 EJD
Incorrectly Filed Documents                      5:14-cv-05591 EJD; 5:14-cv-05621 EJD