WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #114441
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)
(DJC@campbellandwilliams.com)
J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)
(JCW@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ZUFFA, LLC'S CONSOLIDATED MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Judge:    Hon. Edward J. Davila |

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05591 EJD |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05621 EJD |

# [PROPOSED] ORDER

Before the Court is Defendant Zuffa, LLC's ("Zuffa") consolidated motion to remove incorrectly filed documents on January 30, 2015.

Having considered Zuffa's motion, the Court GRANTS the motion. IT IS HEREBY ORDERED that the following documents shall be removed from the court's ECF system and docket:

In case number 5:14-cv-05484-EJD: Exhibits B, C, E, G, H-V, X-Z to Zuffa's Consolidated Motion to Transfer Venue Under 28 U.S.C. § 1404(a) [Docket Nos. 31-3, 31-4, 31-6, 31-8, 31-9, 31-10, 31-11, 31-12, 31-13, 31-14, 31-15, 31-16, 31-17, 31-18, 31-19, 31-20, 31-21, 31-22, 31-23, 31-25, 31-26, 31-27.]

In case number 5:14-cv-05591-EJD: Exhibits B, C, E, G, H-V, X-Z to Zuffa's Consolidated Motion to Transfer Venue Under 28 U.S.C. § 1404(a) [Docket Nos. 18-3, 18-4, 18-6, 18-8, 18-9, 18-10, 18-11, 18-12, 18-13, 18-14, 18-15, 18-16, 18-17, 18-18, 18-19, 18-20, 18-21, 18-22, 18-23, 18-25, 18-26, 18-27.]

In case number 5:14-cv-05621-EJD: Exhibits B, C, E, G, H-V, X-Z to Zuffa's Consolidated Motion to Transfer Venue Under 28 U.S.C. § 1404(a) [Docket Nos. 18-3, 18-4, 18-6, 18-8, 18-9, 18-10, 18-11, 18-12, 18-13, 18-14, 18-15, 18-16, 18-17, 18-18, 18-19, 18-20, 18-21, 18-22, 18-23, 18-25, 18-26, 18-27.]

_____, 2015

THE HONORABLE EDWARD J. DAVILA
United States District Judge

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1

Zuffa's Consolidated Mot. To Remove
Incorrectly Filed Documents

Case Nos. 5:14-cv-05484 EJD
5:14-cv-05591 EJD; 5:14-cv-05621 EJD