# EXHIBIT F

1

## ZUFFA, LLC
## BOUT AGREEMENT
## <u>UFC 156</u>

  **THIS BOUT AGREEMENT** is made as of the date set forth below (the **"Effective Date"**) by and between ZUFFA, LLC, a Nevada limited liability company d/b/a Ultimate Fighting Championship® with offices at 2960 W. Sahara Avenue, Las Vegas, NV 89102 (**"ZUFFA"**), and the mixed martial arts fighter, Jon Fitch, identified on <u>**Schedule A**</u> attached hereto (**"FIGHTER"**).

13. **Choice of Law/Exclusive Jurisdiction and Venue.** This Bout Agreement has been delivered at and shall be deemed to have been made at Las Vegas, Nevada, and shall be interpreted, and the rights and liabilities of the parties hereto determined, in accordance with the laws of the State of Nevada. **ZUFFA** and **FIGHTER** hereby (a) expressly consent to the exclusive personal jurisdiction and venue of the state and federal courts located in Clark County, Nevada for any action brought by either party to interpret or enforce any provision of this Bout Agreement and (b) agree not to assert (by way of motion, as a defense or otherwise) that such legal proceeding has been brought in an inconvenient forum. The undersigned, by execution and delivery of this Bout Agreement, expressly and irrevocably consent to the service of any complaint, summons, notice or other process relating to any such action or proceeding by delivery thereof to such party by hand or by certified mail, delivered or addressed to the address set forth in this Bout Agreement or the Promotional Agreement, as applicable.

**IN WITNESS WHEREOF**, the parties hereto have executed this Bout Agreement as of the dates set forth below, the later of which shall be the Effective Date.

ZUFFA, LLC

Signature: _____

Printed Name: Ike Lawrence Epstein, COO

Date: 12/21/12

Opponent: Demian Maia

Event: UFC 156

FIGHTER

Signature: _____

Printed Name: Jon Fitch

Date: 12-20-12

Social Security No.: _____

Passport No.: _____

Passport Expiration Date: _____

8