# EXHIBIT M

EXCLUSIVE PROMOTIONAL AND
ANCILLARY RIGHTS AGREEMENT

THIS EXCLUSIVE PROMOTIONAL AND ANCILLARY RIGHTS AGREEMENT ("**Agreement**") is made as of the date set forth below ("**Effective Date**") by and between **ZUFFA, LLC,** a Nevada limited liability company d/b/a Ultimate Fighting Championship® ("**ZUFFA**") and **Truth Enterprises, Incorporated,** a **California** corporation ("TEI") who employs Brandon Vera ("**Fighter**").

1

ARTICLE XXVI
CHOICE OF LAW/EXCLUSIVE JURISDICTION AND VENUE

26.1    This Agreement has been delivered at and shall be deemed to have been made at Las Vegas, Nevada, and shall be interpreted, and the rights and liabilities of the parties hereto determined, in accordance with the laws of the State of Nevada.

26.2    ZUFFA and **TEI** and Fighter agree that the exclusive jurisdiction and venue for the resolution of any dispute arising from or relating to this Agreement shall lie in the Eighth Judicial District Court for the State of Nevada, sitting in Las Vegas, Nevada. Each of the parties hereto irrevocably consents to the service of process in any such proceeding by the mailing of a copy of the summons and complaint by first-class mail to such party in accordance with the notice provisions of this Agreement.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the dates set forth below, the later of which shall be the Effective Date of this Agreement.

ZUFFA, LLC

Signature: [signature]
President

Printed Name: Dana White

Title: President

Date: DEC 0 7 2009

FIGHTER

Signature: Brandon Vera

Printed Name: Brandon Vera

Social Security No.: _____

Passport No.: N/A

Passport Expiration Date: N/A

Date: 12-3-09

Truth Enterprises, Incorporated:

Signature: _____

Brandon Vera
Print Name

_____
Title

Tax ID No. _____

Date: _____

APPROVED BY:

Signature: [signature]
Ike Lawrence Epstein
Executive Vice President and General Counsel

19

Fighter Com 2009 v2