# EXHIBIT O

## ZUFFA, LLC
## BOUT AGREEMENT
## <u>UFC 164</u>

**THIS BOUT AGREEMENT** is made as of the date set forth below (the "**Effective Date**") by and between ZUFFA, LLC, a Nevada limited liability company d/b/a Ultimate Fighting Championship® with offices at 2960 W. Sahara Avenue, Las Vegas, NV 89102 ("**ZUFFA**"), and the mixed martial arts fighter, Brandon Vera, identified on <u>**Schedule A**</u> attached hereto and **Truth Enterprises, Incorporated**, a California corporation (collectively "**FIGHTER**").

1

13. **Choice of Law/Exclusive Jurisdiction and Venue.** This Bout Agreement has been delivered at and shall be deemed to have been made at Las Vegas, Nevada, and shall be interpreted, and the rights and liabilities of the parties hereto determined, in accordance with the laws of the State of Nevada. **ZUFFA** and **FIGHTER** hereby (a) expressly consent to the exclusive personal jurisdiction and venue of the state and federal courts located in Clark County, Nevada for any action brought by either party to interpret or enforce any provision of this Bout Agreement and (b) agree not to assert (by way of motion, as a defense or otherwise) that such legal proceeding has been brought in an inconvenient forum. The undersigned, by execution and delivery of this Bout Agreement, expressly and irrevocably consent to the service of any complaint, summons, notice or other process relating to any such action or proceeding by delivery thereof to such party by hand or by certified mail, delivered or addressed to the address set forth in this Bout Agreement or the Promotional Agreement, as applicable.

IN WITNESS WHEREOF, the parties hereto have executed this Bout Agreement as of the dates set forth below, the later of which shall be the Effective Date.

**ZUFFA, LLC**
Signature: _/s/ Ike Lawrence Epstein_

Printed Name: Ike Lawrence Epstein, COO

Date: 8/22/13

Opponent: Ben Rothwell

Event: UFC 164

**FIGHTER**
Signature: _/s/ Brandon Vera_

Printed Name: Brandon Vera

Date: 5/15/13

Social Security No.: ___

Passport No.: ___

Passport Expiration Date: ___

Truth Enterprises, Incorporated:
Signature: _/s/ Brandon Vera_

Brandon Vera
Print Name

CEO
Title

Tax ID No. ___

Date: 5/15/13

8