# EXHIBIT V

# BOUT AGREEMENT
UFN 21

This Bout Agreement is made as of the date set forth below (the **"Effective Date"**) by and between ZUFFA, LLC, a Nevada limited liability company ("**ZUFFA**") d/b/a Ultimate Fighting Championship ("**UFC**"), and *FIGHTER*.

1

13. **Choice of Law/Exclusive Jurisdiction and Venue.** Any controversy arising from or relating to this Bout Agreement shall be subject to the governing law, exclusive jurisdiction and venue provisions set forth in the Promotional Agreement.

**IN WITNESS WHEREOF**, the parties hereto have executed this Bout Agreement, and the Term Sheet attached hereto as Exhibit "A", as of the dates set forth below, the later of which shall be the Effective Date.

**ZUFFA, LLC**

Signature: _____

Printed Name: Kirk D. Hendrick, COO

Date: _____

Opponent: Jorge Rivera

Event: UFN 21

*FIGHTER*

Signature: _/s/ NPC_

Printed Name: Nate Quarry

Date: 1-13-10

Social Security No.: _____

Passport No.: _____

Passport Expiration Date: ___

5