1  WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave, NW, Washington, DC 20015
3  Telephone: (202) 237-2727; Fax: (202) 237-6131

4
   JOHN F. COVE, JR. #212213
5  (jcove@bsfllp.com)
   BOIES, SCHILLER & FLEXNER LLP
6  1999 Harrison Street, Suite 900, Oakland, CA 94612
7  Telephone: (510) 874-1000; Fax: (510) 874-1460

8  RICHARD J. POCKER #114441
   (*Admission to N.D. Cal. pending*)
9  (rpocker@bsfllp.com)
   BOIES, SCHILLER & FLEXNER LLP
10 300 South Fourth Street, Suite 800, Las Vegas, NV 89101
11 Telephone: (702) 382 7300; Fax: (702) 382 2755

12 DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)
   (DJC@campbellandwilliams.com)
13 J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)
   (JCW@campbellandwilliams.com)
14 CAMPBELL & WILLIAMS
15 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
16
   *Attorneys for Defendant* Zuffa, LLC, d/b/a
17 Ultimate Fighting Championship and UFC

18

19                 UNITED STATES DISTRICT COURT

20         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO APPOINT CO-LEAD COUNSEL** |

Prop Ord Deny Admin Mtn                                    Case Nos. 5:14-cv-05484 EJD;
                                                            5:14-cv-05591 EJD; 5:14-cv-05621 EJD

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No. 5:14-cv-05591 EJD |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No. 5:14-cv-05621 EJD |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Administrative Motion to Appoint Interim Co-Lead Counsel. Having considered the parties' submissions, the record herein, and for good cause appearing,

IT IS HEREBY ORDERED that the administrative motion is DENIED without prejudice.

_____, 2015

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA