Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Kevin E. Rayhill (State Bar No. 267496)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (State Bar No. 202545)
Hiba Hafiz (pro hac vice pending)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408 4699
bbrown@cohenmilstein.com
hhafiz@cohenmilstein.com

Eric L. Cramer (pro hac vice pending)
Michael Dell'Angelo (pro hac vice pending)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:   (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

*Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo
Garza, Gabe Ruediger and Mac Danzig*

[Additional Counsel Listed On Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,** | **Case No. 5:14-cv-05484-EJD** |
| | **5:14-cv-05591-EJD** |
| **Plaintiffs,** | **5:14-cv-05621-EJD** |
| | **5:15-cv-00521-NC** |
| v. | |
| | **ADMINISTRATIVE MOTION TO** |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | **CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT** |
| | **TO CIVIL L. R. 3-12 AND 7-11** |
| **Defendant.** | |

5:14-cv-05484-EJD
5:14-cv-05591-EJD
5:14-cv-05621-EJD
5:15-cv-00521-NC

**Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

**Defendant.**

---

**Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

**Defendant.**

---

**Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

**Defendant.**

---

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger and Mac Danzig (collectively, "Plaintiffs") submit this administrative motion requesting the Court to consider whether *Ruediger et al v. Zuffa, LLC*, Case No. 5:15-cv-00521-NC (the "*Ruediger*

5:14-cv-05484-EJD
5:14-cv-05591-EJD
5:14-cv-05621-EJD
5:15-cv-00521-NC

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Action"), filed in this District on February 4, 2015, should be related to the instant and first filed action, *Le et al. v. Zuffa LLC*, Case No. 5:14-cv-05484-EJD (the "*Le* action"), filed December 16, 2014.

Civil Local Rule 3-12(a) provides that actions are related when (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

The *Ruediger* Action should be related to the instant action because these actions together readily meet the criteria for relation set forth above. Indeed, no substantive difference exists between the allegations and claims for relief in the *Ruediger* Action and in the instant action. The *Ruediger* Action alleges facts and asserts claims involving the same scheme of anticompetitive behavior as that alleged in the *Le* Action. As in the instant case, the *Ruediger* plaintiffs have filed suit to seek recovery on behalf of two classes: (1) "Bout Plaintiffs"—Elite Professional Mixed Martial Arts ("MMA") Fighters who fought in at least one bout promoted by defendant Zuffa[1]; and (2) "Identity Plaintiffs"—Elite Professional MMA Fighters whose Identity was expropriated or exploited by Zuffa. Identically to the *Le* plaintiffs, Plaintiffs Ruediger and Danzig seek class damages and injunctive relief for monopolization under Section 2 of the Sherman Act, 15 U.S.C. § 2. Like the *Le* Plaintiffs, Ruediger and Danzig allege a class period running from December 16, 2010 to the present.

The class period, the material allegations, the relief sought, and the defendant are the same in the two cases. As such, these two cases will require adjudication of the same questions of law and fact. Relation of the *Ruediger* Action to the first-filed *Le* Action therefore will promote the conservation of judicial and party resources in these cases and will ensure efficiency in their prosecution and final disposition. On the other hand, were the *Ruediger* Action to proceed separately from the *Le* Action, the Court and the parties would experience unduly burdensome duplication of labor and expenses and would face the possibility of conflicting results.

---

[1] "Zuffa" refers to Zuffa, LLC and its registered trademarks Ultimate Fighting Championship® and UFC®.

1    Therefore, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd

2    Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger and Mac Danzig respectfully request that the Court

3    relate the *Ruediger* Action to the *Le* Action.

4    Dated: February 9, 2015                                JOSEPH SAVERI LAW FIRM, INC.

5                                                           By:        */s/ Joseph R. Saveri*
                                                                           Joseph R. Saveri
6

7                                                           Joseph R. Saveri (State Bar No. 130064)
                                                            Joshua P. Davis (State Bar No. 193254)
8                                                           Andrew M. Purdy (State Bar No. 261912)
                                                            Matthew S. Weiler (State Bar No. 236052)
9                                                           Kevin E. Rayhill (State Bar No. 267496)
                                                            JOSEPH SAVERI LAW FIRM, INC.
10                                                          505 Montgomery Street, Suite 625
                                                            San Francisco, California 94111
11                                                          Telephone: (415) 500-6800
                                                            Facsimile:  (415) 395-9940
12                                                          jsaveri@saverilawfirm.com
                                                            jdavis@saverilawfirm.com
13                                                          apurdy@saverilawfirm.com
                                                            mweiler@saverilawfirm.com
14                                                          krayhill@saverilawfirm.com

15                                                          Robert C. Maysey (State Bar No. 205769)

16                                                          Jerome K. Elwell (*pro hac vice*)
                                                            WARNER ANGLE HALLAM JACKSON &
17                                                          FORMANEK PLC
                                                            2555 E. Camelback Road, Suite 800
18                                                          Phoenix, AZ 85016
                                                            Telephone:  (602) 264-7101
19                                                          Facsimile:  (602) 234-0419
                                                            rmaysey@warnerangle.com
20                                                          jelwell@warnerangle.com

21

22                                                          Benjamin D. Brown (State Bar No. 202545)
                                                            Richard A. Koffman (*pro hac vice*)
23                                                          Hiba Hafiz (*pro hac vice* pending)
                                                            COHEN MILSTEIN SELLERS & TOLL, PLLC
24                                                          1100 New York Ave., N.W., Suite 500, East Tower
                                                            Washington, DC 20005
25                                                          Telephone:  (202) 408-4600
26                                                          Facsimile:   (202) 408 4699
                                                            bbrown@cohenmilstein.com
27                                                          rkoffman@cohenmilstein.com
                                                            hhafiz@cohenmilstein.com

28
                                                                                   5:14-cv-05484-EJD
                                                                                   5:14-cv-05591-EJD
                                                                                   5:14-cv-05621-EJD
                                                    4                              5:15-cv-00521-NC

Eric L. Cramer (*pro hac vice*)
Michael C. Dell'Angelo (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Frederick S. Schwartz (State Bar No. 145351)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone:  (818) 986-2407
Facsimile:   (818) 995-4124
fred@fredschwartzlaw.com

Eugene A. Spector (*pro hac vice* pending)
Jeffrey J. Corrigan (*pro hac vice* pending)
Jay S. Cohen (*pro hac vice* pending)
William G. Caldes (*pro hac vice* pending)
SPECTOR ROSEMAN
KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA  19103
Telephone:   (215) 496-0300
Facsimile:   (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
bcaldes@srkw-law.com

*Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Dennis Lloyd Hallman, Brandon Vera,
Pablo Garza, Gabe Ruediger and Mac Danzig*