Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Kevin E. Rayhill (State Bar No. 267496)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (State Bar No. 202545)
Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:   (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice* pending)
Michael Dell'Angelo (*pro hac vice* pending)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:   (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger and Mac Danzig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case No. 5:14-cv-05484-EJD<br>         5:14-cv-05591-EJD<br>         5:14-cv-05621-EJD<br>         5:15-cv-00521-NC<br><br>**DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER RELATING CASES**<br><br>5:14-cv-05484-EJD<br>5:14-cv-05591-EJD<br>5:14-cv-05621-EJD<br>5:15-cv-00521-NC |

| | |
|---|---|
| **Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,**<br><br>                    Plaintiffs,<br><br>        v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>                    Defendant. | |
| **Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,**<br><br>                    Plaintiffs,<br><br>        v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>                    Defendant. | |
| **Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,**<br><br>                    Plaintiffs,<br><br>        v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>                    Defendant. | |

I, Kevin E. Rayhill, declare and state as follows,

1. I am a member in good standing of the California State Bar and an associate at the Joseph Saveri Law Firm, Inc. The Joseph Saveri Law Firm is counsel of record for the plaintiffs in both *Le et al. v. Zuffa, LLC*, Case No. 5:14-cv-05484 (the "*Le* Action"), and *Ruediger et al. v. Zuffa, LLC*, Case No. 5:14-cv-05621-NC (the "*Ruediger* Action"). I submit this Declaration in Support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related. I am over 18 years of age and have personal

knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. On December 18, 2014, Defendant Zuffa, LLC "(Zuffa") was served with a summons and Complaint in the *Le* action, which was filed on December 16, 2014. John F. Cove and William A. Isaacson of Boies, Schiller & Flexner LLP have since appeared in that case on behalf of Zuffa.

3. On February 4, 2015, the Saveri Law Firm filed a complaint in the *Ruediger* action. Service on Zuffa has been initiated and is expected to be completed on February 9, 2015.

4. Attached as Exhibit A is a true and correct copy of the complaint filed in *Le et al. v. Zuffa, LLC*, Case No. 5:14-cv-05484-EJD.

5. Attached as Exhibit B is a true and correct copy of the complaint filed in *Ruediger et al. v. Zuffa, LLC*, Case No. 5:15-cv-00521-NC.

6. Concurrently with the filing of Plaintiffs' Administrative Motion, Zuffa will be served with copies of the motion and all supporting documents concurrently filed with it.

7. Plaintiffs submit a proposed order in connection with this motion.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration is executed at San Francisco, California on February 9, 2015.

By:    */s/ Kevin E. Rayhill*
        Kevin E. Rayhill