UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CUNG LE, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ZUFFA, LLC,<br><br>        Defendant. | Case No. 5:14-cv-05484-EJD<br>Case No. 5:14-cv-05591-EJD<br>Case No. 5:14-cv-05621-EJD<br><br>**ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTIONS TO APPOINT COUNSEL** |
| LUIS JAVIER VASQUEZ, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ZUFFA, LLC,<br><br>        Defendant. | |
| BRANDON VERA, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ZUFFA, LLC,<br><br>        Defendant. | |

Because they request relief that is not suitable for resolution under Civil Local Rule 7-11,

1

Case Nos.: 5:14-cv-05484-EJD ; 5:14-cv-05591-EJD; 5:14-cv-05621-EJD
ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTIONS TO APPOINT COUNSEL

1  the administrative motions to appoint counsel in the above-referenced actions are DENIED

2  WITHOUT PREJUDICE.  Plaintiffs may re-file the motions pursuant to Civil Local Rule 7-2, and

3  shall notice the motions for hearing at 9:00 a.m. on June 11, 2015.

**IT IS SO ORDERED.**

Dated:  February 9, 2015



EDWARD J. DAVILA
United States District Judge

2

Case Nos.: 5:14-cv-05484-EJD ; 5:14-cv-05591-EJD; 5:14-cv-05621-EJD
ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTIONS TO APPOINT COUNSEL