Frederick S. Schwartz, Esq. SB# 145351
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Blvd., Suite 1040
Sherman Oaks, CA. 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
Email:    fred@fredschwartzlaw.com

*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, and Jon Fitch*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC**, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05484-EJD<br><br>**NOTICE OF APPEARANCE OF FREDERICK S. SCHWARTZ**<br><br>Hon. Edward J. Davila |

PLEASE TAKE NOTICE that Frederick S. Schwartz (Calif. State Bar No. 145351) of Law Office of Frederick S. Schwartz hereby appears as counsel of record in the above-titled action on behalf of Plaintiffs CUNG LE, NATHAN QUARRY, and JON FITCH, and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him. Copies of all pleadings, papers, correspondence, and electronic filing notices shall be directed to:

Frederick S. Schwartz, Esq.
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Blvd., Suite 1040
Sherman Oaks, CA. 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
Email:    fred@fredschwartzlaw.com

| | |
|---|---|
| 1  Dated: February 11, 2015 | LAW OFFICE OF FREDERICK S. SCHWARTZ |
| 2 | By:      /s/ Frederick S. Schwartz |
| 3 |              Frederick S. Schwartz |
| 4 | *Attorney for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch* |

Case No. 5:14-cv-05484-EJD                                              2

NOTICE OF APPEARANCE OF FREDERICK S. SCHWARTZ