1 | Robert C. Maysey, (State Bar No. 205769)
Jerome K. Elwell (pro hac vice)
2 | WARNER ANGLE HALLAM JACKSON
   & FORMANEK PLC
3 | 2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
4 | Telephone: (602) 264-7101
Facsimile: (602) 234-0419
5 | Email: rmaysey@warnerangle.com
         jelwell@warnerangle.com
6 |
7 | *Attorneys for Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch*

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

10 |

| | |
|---|---|
| 11 Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05484-EJD |
| 12 | **NOTICE OF APPEARANCE OF ROBERT C. MAYSEY** |
| 13 Plaintiffs, | |
| 14 v. | |
| 15 Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 16 | |
| 17 Defendant. | |
| Luis Javier Vazquez and Dennis Lloyd | Case No. 5:14-cv-05591 PSJ |
| 18 Hallman, on behalf of themselves and all others similarly situated, | |
| 19 | |
| 20 Plaintiffs, | |
| 21 v. | |
| 22 Zuffa, LLC, d/b/a Ultimate Fighting | |
| 23 Championship and UFC, | |
| 24 Defendant. | |

25

26

27

28

Warner Angle Hallam Jackson & Formanek PLC

NOTICE OF APPEARANCE OF ROBERT C. MAYSEY

Warner Angle Hallam Jackson & Formanek PLC

| | |
|---|---|
| 1 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05621 NC |

Brandon Vera and Pablo Garza, on behalf of
themselves and all others similarly situated,

                    Plaintiffs,

        v.

Zuffa, LLC, d/b/a Ultimate Fighting
Championship and UFC,

                    Defendant.

Case No. 5:14-cv-05621 NC

PLEASE TAKE NOTICE that Robert C. Maysey of Warner Angle Hallam Jackson & Formanek PLC, hereby appears as counsel of record in the above-titled action on behalf of Plaintiffs CUNG LE, NATHAN QUARRY, and JON FITCH, and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

Dated:  February 13, 2015        WARNER ANGLE HALLAM JACKSON
                                  & FORMANEK PLC

                          By:        /s/ Robert C. Maysey
                                     Robert C. Maysey

                          *Attorneys for Plaintiffs Cung Le, Nathan
                          Quarry, and Jon Fitch*

NOTICE OF APPEARANCE OF ROBERT C. MAYSEY