| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*) |
| 2 | (wisaacson@bsfllp.com)<br>BOIES, SCHILLER & FLEXNER LLP |
| 3 | 5301 Wisconsin Ave, NW, Washington, DC 20015<br>Telephone: (202) 237-2727; Fax: (202) 237-6131 |
| 4 | |
| 5 | JOHN F. COVE, JR. #212213<br>(jcove@bsfllp.com) |
| 6 | BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900, Oakland, CA 94612 |
| 7 | Telephone: (510) 874-1000; Fax: (510) 874-1460 |
| 8 | RICHARD J. POCKER #114441 |
| 9 | (rpocker@bsfllp.com)<br>BOIES, SCHILLER & FLEXNER LLP |
| 10 | 300 South Fourth Street, Suite 800, Las Vegas, NV 89101<br>Telephone: (702) 382 7300; Fax: (702) 382 2755 |
| 11 | |
| 12 | DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)<br>(DJC@campbellandwilliams.com) |
| 13 | J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)<br>(JCW@campbellandwilliams.com) |
| 14 | CAMPBELL & WILLIAMS<br>700 South 7th Street, Las Vegas, Nevada 89101 |
| 15 | Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| 16 | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| 17 | Ultimate Fighting Championship and UFC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05484 EJD<br><br>**ZUFFA, LLC'S CERTIFICATE OF INTERESTED PERSONS AND ENTITIES** |

Cert of Interested Persons & Entities

Case Nos. 5:14-cv-05484 EJD;
5:14-cv-05591 EJD; 5:14-cv-05621 EJD

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>              Defendant. | Case No.  5:14-cv-05591 EJD |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>              Defendant. | Case No.  5:14-cv-05621 EJD |

Cert of Interested Persons & Entities   Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD; 5:14-cv-05621 EJD

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of Zuffa, LLC, a Nevada limited liability company, that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Fertitta Business Management, LLC, owns an approximate 72% interest in Zuffa, LLC. Fertitta Business Management, LLC, is wholly owned by Fertitta family trusts.
- A Frank J. Fertitta III family trust owns an approximate 4.5% interest in Zuffa, LLC.
- A Lorenzo J. Fertitta family trust owns an approximate 4.5% interest in Zuffa, LLC.
- Dana White's family trusts own an approximate 9% interest in Zuffa, LLC.
- January Capital owns an approximate 10% interest in Zuffa, LLC. January Capital is owned by Flash Entertainment, FZ-LLC, which is in turn owned by the Executive Affairs Authority of Abu Dhabi.
- Zuffa Pipco 1, LLC, an entity established for an employee Participation Interest Plan, owns an approximate 0.08% interest in Zuffa, LLC.

Dated: February 13, 2015

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ John F. Cove, Jr.
John F. Cove, Jr.

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC