WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #114441
 (rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)
(DJC@campbellandwilliams.com)
J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)
(JCW@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**ZUFFA, LLC'S CONSOLIDATED STATEMENT OF NONOPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

Stmt of NonOpp to Plfs'
Admin Mtn to Relate Case

Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD
5:14-cv-05621 EJD

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No. 5:14-cv-05591 EJD |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No. 5:14-cv-05621 EJD |

Pursuant to Civil Local Rule 7-3(b), defendant Zuffa, LLC advises the Court that it does not oppose Plaintiffs' administrative motion to treat *Ruediger et al. v. Zuffa, LLC*, Case No. 5:15-cv-00521-NC (the "*Ruediger* action"), as a case related to *Le et al. v. Zuffa, LLC*, Case No. 5:14-cv-05484-EJD (*Le* Docket No. 49), *Vazquez et al. v. Zuffa, LLC*, Case No. 5:14-cv-05591 EJD (*Vazquez* Docket No. 26), and *Vera et al. v. Zuffa, LLC*, Case No. 5:14-cv-05621 EJD (*Vera* Docket No. 26).

Zuffa further advises the Court:

Since filing the instant motion, Plaintiffs have filed a motion to consolidate these actions for pretrial purposes only. *Le* Docket No. 52; *Vazquez* Docket No. 29; *Vera* Docket No. 29. Zuffa intends to oppose Plaintiffs' motion to consolidate for pretrial purposes only and to submit a motion to consolidate these cases for all purposes, including trial.

Zuffa also intends to file promptly a motion to transfer the *Ruediger* action to the United States District Court for the District of Nevada.

Dated: February 13, 2015            Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ John F. Cove, Jr.
       John F. Cove, Jr.

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC