1  WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave, NW, Washington, DC 20015
3  Telephone: (202) 237-2727; Fax: (202) 237-6131

4
   JOHN F. COVE, JR. #212213
5  (jcove@bsfllp.com)
   BOIES, SCHILLER & FLEXNER LLP
6  1999 Harrison Street, Suite 900, Oakland, CA 94612
   Telephone: (510) 874-1000; Fax: (510) 874-1460
7

8  RICHARD J. POCKER #114441
   (rpocker@bsfllp.com)
9  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
10 Telephone: (702) 382 7300; Fax: (702) 382 2755

11
   DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)
12 (DJC@campbellandwilliams.com)
   J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)
13 (JCW@campbellandwilliams.com)
   CAMPBELL & WILLIAMS
14 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
15

16 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
17

18                    UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

20

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**NOTICE OF APPEARANCE FOR RICHARD J. POCKER** |

NOTICE OF APPEARANCE                        Case Nos. 5:14-cv-05484 EJD;
FOR RICHARD J. POCKER                       5:14-cv-05591 EJD; 5:14-cv-05621 EJD

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.  5:14-cv-05591 EJD |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.  5:14-cv-05621 EJD |

NOTICE OF APPEARANCE  
FOR RICHARD J. POCKER

Case Nos. 5:14-cv-05484 EJD;  
5:14-cv-05591 EJD; 5:14-cv-05621 EJD

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE THAT Richard J. Pocker (rpocker@bsfllp.com) of Boies, Schiller & Flexner LLP hereby enters his appearance in the above-captioned matters as counsel for Defendant Zuffa, LLC.

Dated: February 13, 2015     Respectfully Submitted,

                BOIES, SCHILLER & FLEXNER LLP


                By: /s/ Richard J. Pocker
                   Richard J. Pocker

                Attorneys for Defendant Zuffa, LLC

1

NOTICE OF APPEARANCE         Case Nos. 5:14-cv-05484 EJD
FOR RICHARD J. POCKER         5:14-cv-05591 EJD; 5:14-cv-05621 EJD