2/12/2015 Robert C. Maysey, Phoenix Real Estate Lawyer, Warner Angle et al.

**Case 2:15-cv-01045-REB-BNW   Document 58-3   Filed 02/13/15   Page 1 of 1**




# WARNER ANGLE HALLAM JACKSON & FORMANEK PLC

Helping Businesses and Individuals Since 1959

(602) 264-7101

FIRM OVERVIEW | ATTORNEY PROFILES | PRACTICE AREAS | CONTACT US | HOME

Corporate and Business Law | Construction Law | Divorce and Family Law | Estate Planning, Tax and Probate | Real Estate | Commercial and Civil Litigation | Appeals | Personal Injury

## REAL ESTATE LAW



### Robert C. Maysey

Rob Maysey is an experienced <u>real estate</u>, <u>transactional</u> and <u>litigation</u> attorney. Rob practices in all areas of commercial real estate, including the representation of private investors and developers in the <u>acquisition, sale</u>, <u>development</u>, <u>leasing</u> and <u>financing</u> of office buildings, industrial parks and other projects.

Rob has considerable experience in representing borrowers in the negotiation of a wide variety of commercial real estate lending transactions. His practice also includes representation of both buyers and sellers in the negotiation of purchase and sale contracts, as well as both landlords and tenants in the negotiation of ground, office, retail, industrial and other commercial leases and subleases.

In addition to real estate transactions, Rob represents clients in various corporate transactions including the creation of corporate entities, asset and stock purchase transactions, negotiating and drafting employment and non-compete agreements, and in the development of franchise systems.

Rob also regularly represents clients in civil litigation matters including <u>business disputes</u>, <u>real estate disputes</u>, <u>appeals</u>, condemnation actions, valuation actions and business torts.

Rob is licensed to practice in Arizona, California and Minnesota (voluntarily inactive). He graduated with a Bachelor of Arts degree in Politics (with honors) from Whitman College and a J.D. from Cornell Law School. Rob was a Washington State Finalist for the Rhodes Scholarship and a member of the Whitman College Varsity Baseball team.

### SPORTS AND LAW

For more than 10 years, Rob has been actively involved in all facets of the Mixed Martial Arts (MMA) industry, assisting athletes and agents in litigation matters and in negotiating agreements. Rob has written extensively on a variety of topics affecting MMA athletes, including the need to apply the Muhammad Ali Boxing Reform Act of 2000 (the "Muhammad Ali Act") as amended, to the sport of MMA. Rob testified before the California State Assembly in support of a bill to extend similar legal protections enjoyed by boxers to mixed martial artists. Rob also testified before the California State Athletic Commission in support of enhanced regulation for the protection of amateur mixed martial artists.

Rob was a panelist on the ESPN "Outside the Lines" television program regarding pay for MMA athletes and was the featured speaker at a legal symposium on sports and law at the West Virginia College of Law. His work was cited in the WEST VIRGINIA LAW REVIEW. Rob has been featured in the New York Times, the Los Angeles Times, SI.Com, ESPN.com, The New Republic, Crain's New York Business and numerous other media outlets.

### VITAL RECORDS

**Areas of Practice**
<u>Real Estate Law</u>
<u>Real Estate Purchases and Sales</u>
<u>Commercial Real Estate Finance</u>
<u>Foreclosure, Loan Workouts and Restructuring</u>
<u>Commercial Landlord-Tenant</u>
<u>Real Estate Development</u>
<u>Corporate and Business Law</u>
<u>Corporations, Partnerships and LLCs</u>
<u>Homeowner and Community Associations</u>
<u>Mobile Home and RV Communities</u>
<u>Home and Building Inspections</u>
<u>Commercial Litigation</u>
<u>Appeals</u>
Franchise Law

**Professional Associations and Memberships**
American Bar Association
State Bar of Arizona

**Education**
J.D. Cornell University, 1999
B.A., Whitman College: Rhodes Scholarship Finalist

**Court Admissions**
California, 1999
Arizona, 2006
Minnesota, 2007 (voluntarily inactive)

© 2013-2015. Warner Angle Hallam Jackson & Formanek PLC.  •  2555 E. Camelback Rd., Suite 800, Phoenix, AZ 85016  •  602-264-7101

The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. We invite you to contact us and welcome your calls, letters and electronic mail. Contacting us does not create an attorney-client relationship. Please do not send any confidential information to us until such time as an attorney-client relationship has been established. The lawyers listed in this website practice law only in the jurisdictions where they are admitted. This website is regulated by the Arizona Rules of Professional Conduct.



The Best Lawyers in America® 2015. Copyright 2014 by Woodward/White, Inc., Aiken, SC

Martindale-Hubbell® Peer Review Ratings™ is a trademark of Reed Elsevier Properties Inc., used under license.
AV®, BV®, AV Preeminent® and BV Distinguished® are registered certification marks of Reed Elsevier Properties Inc.