WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #114441
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)
(DJC@campbellandwilliams.com)
J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)
(JCW@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ZUFFA, LLC'S CROSS-MOTION TO CONSOLIDATE FOR ALL PURPOSES** |

| | | |
|---|---|---|
| 1<br>2 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05591 EJD |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | | |
| 6 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 7 | Defendant. | |
| 8 | | |
| 9 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05621 EJD |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | | |
| 13 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 14 | Defendant. | |
| 15 | | |
| 16 | Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | Case No. 5:15-cv-00521 EJD |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 20 | | |
| 21 | Defendant. | |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

[Proposed] Order Granting Def.'s Cross-Motion to Consolidate

Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD; 5:14-cv-05621 EJD; 5:15-cv-00521 EJD

WHEREAS, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, and Mac Danzig ("Plaintiffs") have collectively filed four Complaints (the "Complaints") in the above-referenced related actions for alleged violations of the antitrust laws pursuant to Section 2 of the Sherman Act, 15 U.S.C. § 2, by Zuffa, LLC, d/b/a/ Ultimate Fighting Championship and UFC ("Zuffa");

WHEREAS, to promote judicial economy and avoid duplication, Defendant requests that the Court provide for the consolidation of the above-captioned actions and any other related actions that are filed in or transferred to this District (hereinafter referred to as the "Actions");

Now, therefore, good cause appearing, the Court HEREBY ORDERS as follows:

1. The Defendant's Cross-Motion to Consolidate is hereby **GRANTED** in all respects.
2. Civil Action Nos. 14-05484, 14-05591, 14-05621, 15-00521 are hereby **CONSOLIDATED,** pursuant to Federal Rule of Civil Procedure 42(a), for all purposes, including discovery and trial. All pleadings, motions, discovery, and other matters in all cases shall be filed at **Civil Action No. 14-05484 as the LEAD CASE.**
3. A copy of this Order shall be docketed at Civil Action Nos. 14-05484, 14-05591, 14-05621, 15-00521.
4. The Clerk of the Court is directed to **CLOSE** Civil Action Nos. 14-05591, 14-05621, 15-00521 **for all purposes.**
5. All papers filed in the consolidated action shall have the following caption:

| IN RE PROFESSIONAL MIXED MARTIAL ARTS ANTITRUST LITIGATION | Master Docket No. 5:14-cv-05484-EJD |
|---|---|

1

[Proposed] Order Granting Def.'s Cross-Motion to Consolidate

Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD; 5:14-cv-05621 EJD; 5:15-cv-00521 EJD

6. In light of the Defendant's intention to file a consolidated motion to dismiss all four Complaints, the Court will defer an order on the filing of a consolidated complaint, if any, until resolution of the motion to dismiss.

**IT IS SO ORDERED.**

_____, 2015

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge