1  WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  BOIES, SCHILLER & FLEXNER LLP
3  5301 Wisconsin Ave, NW, Washington, DC 20015
   Telephone: (202) 237-2727; Fax: (202) 237-6131
4
   JOHN F. COVE, JR. #212213
5  (jcove@bsfllp.com)
   BOIES, SCHILLER & FLEXNER LLP
6  1999 Harrison Street, Suite 900, Oakland, CA 94612
7  Telephone: (510) 874-1000; Fax: (510) 874-1460

8  RICHARD J. POCKER #114441
   (rpocker@bsfllp.com)
9  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
10 Telephone: (702) 382 7300; Fax: (702) 382 2755

11
   DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)
12 (djc@campbellandwilliams.com)
   J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)
13 (jcw@campbellandwilliams.com)
   CAMPBELL & WILLIAMS
14 700 South 7th Street, Las Vegas, Nevada 89101
15 Telephone: (702) 382-5222; Fax: (702) 382-0540

16 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
17

18                        UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

20

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**DEFENDANT ZUFFA LLC'S STATEMENT OF NON-OPPOSITION TO MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**<br><br>Date:     June 11, 2015<br>Time:     9:00 a.m.<br>Place:    Courtroom 4<br>Judge:    Hon. Edward J. Davila |

| | |
|---|---|
| 1  Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05591 EJD |
| 2 | |
| 3       Plaintiffs, | |
| 4       v. | |
| 5 | |
| 6  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 7 | |
| 8       Defendant. | |
| 9  Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05621 EJD |
| 10 | |
| 11       Plaintiffs, | |
| 12       v. | |
| 13  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 14 | |
| 15       Defendant. | |
| 16  Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | Case No. 5:15-cv-00521 EJD |
| 17 | |
| 18  Plaintiffs, v. | |
| 19 | |
| 20  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 21 | |
| 22 | |
| 23  Defendant. | |

| | |
|---|---|
| Statement of Non-Opposition to Mot. to Appoint Interim Counsel | Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD; 5:14-cv-05621 EJD; 5:15-cv-00521 EJD |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

Pursuant to Civil Local Rule 7-3(b), Defendant Zuffa, LLC ("Zuffa") hereby submits this statement of non-opposition to Plaintiffs' motion to appoint interim co-lead class counsel. (*Le* Dkt. 58; *Vazquez* Dkt. 34; *Vera* Dkt. 34).[1] Zuffa takes no position regarding the appropriateness of Berger & Montague, P.C., Cohen Milstein Sellers & Toll PLLC, and the Joseph Saveri Law Firm, Inc. to serve as interim co-lead class counsel. In taking no position on the appointment of interim counsel, Zuffa does not concede that these actions are properly brought as class actions nor does Zuffa waive the right to challenge the ability of class counsel to fairly and adequately represent the class. Also, this statement of non-opposition does not indicate Zuffa's acceptance of or agreement with any of the facts alleged or legal contentions raised in Plaintiffs' motion to appoint interim co-lead counsel and accompanying papers, and Zuffa reserves all rights to contest such allegations and contentions.

Dated: February 27, 2015           Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By: */s/ John F. Cove, Jr.*
       John F. Cove, Jr.
*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

---

[1] Plaintiffs' Notice of Motion states that the motion is brought on behalf of all Plaintiffs, including Plaintiffs Ruediger and Danzig, but it was not filed in the *Ruediger* case. Zuffa does not oppose the motion to the extent it is deemed filed in the *Ruediger* case as well.

1

Statement of Non-Opposition to Mot.        Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD;
to Appoint Interim Counsel                              5:14-cv-05621 EJD; 5:15-cv-00521 EJD