WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #114441
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>          Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ZUFFA, LLC'S CONSOLIDATED MOTION TO DISMISS PLAINTIFFS' COMPLAINTS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date:     July 23, 2015<br>Time:    9:00 a.m.<br>Place:    Courtroom 4<br>Judge:   Hon. Edward J. Davila |

| | | |
|---|---|---|
| 1 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05591 EJD |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | | |
| 6 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 7 | | |
| 8 | Defendant. | |
| 9 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05621 EJD |
| 10 | | |
| 11 | Plaintiffs, | |
| 12 | v. | |
| 13 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 14 | | |
| 15 | Defendant. | |
| 16 | Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | Case No. 5:15-cv-00521 EJD |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 20 | | |
| 21 | Defendant. | |

[PROPOSED] ORDER GRANTING ZUFFA'S MOTION TO DISMISS

Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD; 5:14-cv-05621 EJD; 5:15-cv-00521 EJD

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

# [PROPOSED] ORDER

Before the Court is Defendant Zuffa, LLC's consolidated motion to dismiss the above captioned actions pursuant to Fed. R. Civ. P. 12(b)(6).

Having considered the parties' submissions and argument, the record herein, and for good cause showing,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED.

_____, 2015

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge

1

[PROPOSED] ORDER GRANTING      Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD;
ZUFFA'S MOTION TO DISMISS                 5:14-cv-05621 EJD; 5:15-cv-00521 EJD

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA