WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #114441
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**DECLARATION OF SUZANNE E. JAFFE REGARDING APPENDIX A TO ZUFFA, LLC'S MOTION TO DISMISS AND IN SUPPORT OF ZUFFA, LLC'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:      July 23, 2015<br>Time:     9:00 a.m.<br>Place:     Courtroom 4<br>Judge:    Hon. Edward J. Davila |

JAFFE DECL. RE: APPX. A &                     Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD
ISO REQUEST FOR JUDICIAL NOTICE                      5:14-cv-05621 EJD; 5:15-cv-00521 EJD

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05591 EJD |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05621 EJD |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:15-cv-00521 EJD |

I, Suzanne E. Jaffe, declare as follows:

1. I am over 21 years old and have personal knowledge of the information in this declaration. I am a member of the bar of the State of California and of this court, and an associate with Boies, Schiller & Flexner LLP, counsel for Zuffa, LLC ("Zuffa"). I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

2. I submit this declaration in regards to Appendix A, attached to Defendant Zuffa, LLC's Consolidated Notice of Motion and Motion to Dismiss Plaintiffs' Complaints Pursuant to Fed. R. Civ. P. 12(b)(6), and in support of Zuffa's Request for Judicial Notice in support of its Motion to Dismiss Plaintiffs' Complaints Pursuant to Fed. R. Civ. P. 12(b)(6). Zuffa requests judicial notice of 10 documents identified as Exhibits A-J and attached to this Declaration.

3. On February 23, 2015, I accessed the Florida State Boxing Commission website at http://www.myfloridalicense.com/dbpr/pro/sbc/event-results.html and downloaded the official MMA results from an event promoted by "WSoF" that took place on July 5, 2014 and which included a bout between Jon Fitch and Dennis Hallman. Exhibit A is a true and correct copy of that record.

4. On February 23, 2015, I accessed the Nevada State Athletic Commission website at http://boxing.nv.gov/results/Results/ and downloaded the official MMA results from an event promoted by "WSOF, LLC/MMAWC, LLC" that took place on June 14, 2013 and which included a bout between Jonathan Parker Fitch and Joshua Ray Burkman. Exhibit B is a true and correct copy of that record.

5. On February 23, 2015, I accessed the Florida State Boxing Commission website at http://www.myfloridalicense.com/dbpr/pro/sbc/event-results.html and downloaded the official MMA results from an event promoted by "World Series of Fighting" that took place on October 26, 2013 and which included a bout between Jon Fitch and Marcelo Alfaya. Exhibit C is a true and correct copy of that record.

6. On February 23, 2015, I accessed the California State Athletic Commission website at http://www.dca.ca.gov/csac/events/results/2014.shtml and downloaded the official

1

MMA results from an event titled "WSOF 16," that took place on December 13, 2014 and which included a bout between Jon Fitch and Rousimar Palhares. Exhibit D is a true and correct copy of that record.

7. On February 23, 2015, I accessed the Missouri Division of Professional Registration Office of Athletics website at http://pr.mo.gov/athletics-mmaresults.asp and downloaded the official MMA results from an event promoted by "Titan Fighting Champ" that took place on August 30, 2013 and which included a bout between Dennis Hallman and Dan Hornbuckle. Exhibit E is a true and correct copy of that record.

8. On February 23, 2015, I accessed the California State Athletic Commission website at http://www.dca.ca.gov/csac/events/results/2013.shtml and downloaded the official MMA results from an event for promoter BAMMA that took place on May 31, 2013 and which included a bout between Gabriel Ruediger and Scott Catlin. Exhibit F is a true and correct copy of that record.

9. On February 23, 2015, I accessed the Nevada State Athletic Commission website at http://boxing.nv.gov/results/Results/ and downloaded the official MMA results from an event promoted by "MMAWS, LLC dba: WSOF" that took place on January 17, 2015 and which included a bout between Jake Sequoyah Shields and Brian E.L. Foster. Exhibit G is a true and correct copy of that record.

10. On February 17, 2015, I personally submitted an Open Public Records Act request to the State of New Jersey Office of the Attorney General in the Department of Law and Public Safety through their online system. I requested a public record of a bout between Quinton "Rampage" Jackson and Joey Beltran that took place in Atlantic City, New Jersey on November 15, 2013.

11. On February 18, 2015, I received an email from Bruce Solomon, Deputy Attorney General from the State of New Jersey responding to my request. Mr. Solomon provided three documents in response to my request: (1) the SACB- Scoring Detail for Jose Beltran v. Quinton Jackson 11/15/2013, (2) the 11152013 NJSACB Official Weights, Results, Suspensions and

2

JAFFE DECL. RE: APPX. A &   Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD
ISO REQUEST FOR JUDICIAL NOTICE   5:14-cv-05621 EJD; 5:15-cv-00521 EJD

1  Staff, and (3) a Receipt summarizing the records request and responsive documents. Exhibit H is
2  a true and accurate copy of a compilation of these documents.
3        12. On February 27, 2015, I used the Security and Exchange Commission's website
4  (http://www.sec.gov/edgar/searchedgar/companysearch.html) to search for Viacom Inc.'s public
5  filings. From the Security and Exchange Commission's website, I downloaded a copy of Viacom
6  Inc.'s Annual 10-K Report and exhibits filed November 13, 2014. Exhibit I is a true and accurate
7  copy of excerpts of this document.
8        13. On February 23, 2015, I downloaded from the Federal Trade Commission's
9  website the "Closing Letter to Counsel for Zuffa LLC," containing Matter Number 111 0136 and
10 dated January 25, 2012. This letter acknowledges the FTC closed its investigation into Zuffa's
11 acquisition of Explosion Entertainment, LLC (Strikeforce). I downloaded this Letter at
12 http://www.ftc.gov/enforcement/cases-proceedings/closing-letters/zuffa-llc-explosion-
13 entertainment-llc. Exhibit J is a true and accurate copy of this letter.
14       14. Additionally, Zuffa has attached Appendix A to its Motion to Dismiss as a
15 reference guide. Appendix A provides a chart of identical or substantially similar paragraphs
16 from the four Complaints in the above-captioned matters listed by paragraph number. Appendix
17 A treats the Complaint in *Le et al. v. Zuffa*, No. 5:14-cv-05484-EJD, as the master Complaint and
18 provides the corresponding identical or substantially similar paragraph numbers for the
19 Complaints in the three cases administratively related to *Le* — *Vazquez et al. v. Zuffa*, 5:14-cv-
20 05591-EJD, *Vera et al. v. Zuffa*, 5:14-cv-05621-EJD; and *Ruediger et al. v. Zuffa,* 5:15-cv-00521-
21 EJD.
22
23     I declare under penalty of perjury that the foregoing statements are true and correct.
24 Executed this 27th day of February, 2015 in Oakland, California.
25
26                                         /s/ Suzanne E. Jaffe
                                        SUZANNE E. JAFFE
27
28

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

3

JAFFE DECL. RE: APPX. A &      Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD
ISO REQUEST FOR JUDICIAL NOTICE     5:14-cv-05621 EJD; 5:15-cv-00521 EJD