# EXHIBIT A

| **Match Results** | **Date: 7/5/2014** | **Venue/Location: Covention Center -- Daytona** | **Promoter: MMAWC - WSoF** |
|---|---|---|---|

| Commissioners | **Judge:** Don Balas | **Referee:** Josh Rutgers | **Physician:** Dr. Robert Boltuch |
|---|---|---|---|
| Commissioners | **Judge:** Howard Reichbach | **Referee:** Telis Assimenios | **Physician:** Dr. Jerome Obed |
| Dr. Mark Williams, Chairman | **Judge:** Michael Ross | **Referee:** | **Knockdown Timekeeper:** |
| Dr. Wayne Kearney | **Judge:** Daniel Tores | **Referee:** | Alternate Referee |
| Mr. Antonius DeSisto | **Judge:** | **Referee:** | **Commissioners Present:** |
| Mr. Marco Lopez | **Judge:** | **Referee:** | |
| Mr. Tirso Martinez | **Judge:** | **Referee:** | |
| **Executive Director: Cynthia Hefren** | | **Referee:** | |
| **Asst. Executive Director: Frank Gentile** | **Timekeeper(s):** James Chittenden | | **Event Type: MIXED MARTIAL ARTS** |

| | Participants | Federal ID | Hometown | Weight | DOB | Sch Rds | Results | Officials | Suspensions and Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **1** | Rashaun Spencer | 105-638 | Lake City, FL | 200.8 lbs | 6/7/1990 | 3 | | Referee: Josh Rutgers; Judges: Howard Reichbach; Don Balas; Michael Ross | |
| | Muhammed DeReese | FL-137-396 | Titusville, FL | 206.2 lbs | 5/15/1988 | | **w-by Unanimous Decision** | | |
| **2** | Walber Brito de Barros | 139-631 | Brazil | 174.8 lbs | 2/41985 | 3 | | Referee: Telis Assimenios; Judges: Daniel Tores; Howard Reichbach; Don Balas | **Ins For R/Hand Injury** |
| | Jose Caceres | FL-116-291 | Miami, FL | 173.6 lbs | 6/5/1987 | | **w-by Unanimous Decision** | | |
| **3** | Dustin Holyko | FL-123-512 | Port Orange, FL | 175.8 lbs | 11/10/1989 | 3 | | Referee: Josh Rutgers; Judges: Michael Ross; Daniel Tores; Howard Reichbach | |
| | Neiman Gracie | NJ-134-675 | Re De Janerio, Brazil | 176 lbs | 12/12/1988 | | **w-by Tap Out Rd. 2 @ 2:21** | | **Ins Form: R/Foot Injury; Possible concussion** |
| **4** | Jake Heun | PS-125-236 | Coconut Creek, FL | 205 lbs | 8/24/1987 | 3 | **w- by Unanimous Decision** | Referee: Josh Rutgers; Judges: Don Balas; Michael Ross; Daniel Tores | **Ins Form: R/Fractured Clavicle** |
| | Kendrick Miree | GA-121-438 | Boca Raton, FL | 204.8 lbs | 4/15/1983 | | | | **30 Day Susp, Req ENT Clearance: Ins Form: Nasal Problem** |
| **5** | Pablo Alfonso | 106-625 | Miami, FL | 136 lbs | 5/9/1982 | 3 | | Referee: Josh Rutgers; Judges: Howard Reichbach; Don Balas; Michael Ross | **Ins Form for R/Shoulder injury Transport to Halifax Hosp** |
| | Cody Bollinger | CA-122-416 | Rancho, CA | 138.4 lbs | 3/18/1991 | | **w-by Tap Out Rd. 1 @ 2:37** | | |
| **6** | Melvin Guillard | 108-568 | New Orleans, LA | 157.2 lbs | 3/30/1983 | 3 | **w-by TKO Rd. 2 @ 2:36** | Referee: Telis Assimenios; Judges: Daniel Tores; Howard Reichbach; Don Balas | |
| | JZ Cavalcante aka. Gesias Souza | CA-121-642 | Rio-De-Janerio | 155.6 lbs | 7/6/1983 | | | | **30 Day Suspension** |
| **7** | Dennis Hallman | WA-103-031 | YELM, WA | 181.2 lbs | 12/2/1975 | 3 | | Referee: Josh Rutgers; Judges: Michael Ross; Daniel Tores; Howard Reichbach | **Indef Susp: Ins Form: Torn Bicep Ortho Clear Req.** |
| | Jon Fitch | 104-296 | Fort Wayne, IN | 183 lbs | 2/24/1978 | | **w-by Unanimous Decision** | | |
| **8** | Nick Newell | NH-116-475 | Springfield, MASS | 155 lbs | 3/17/1986 | 5 | | Referee: Telis Assimenios; Judges: Don Balas; Michael Ross; Daniel Tores | **60 Day Suspension** |
| | Justin Gaethje | CO-109-375 | Denver, CO | 154.8 lbs | 11/14/1988 | | **w-by TKO Rd.2 @ 3:09** | | **Title: Ins Form: R/Foot Injury** |
| **9** | | | | | | | | | |
| **10** | | | | | | | | | |