# EXHIBIT B

| STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY **ATHLETIC COMMISSION** | MIXED MARTIAL ARTS SHOW RESULTS |
|---|---|

STATE OF NEVADA
DEPARTMENT OF BUSINESS AND INDUSTRY
**ATHLETIC COMMISSION**

Telephone (702) 486-2575 Fax (702) 486-2577

**COMMISSION MEMBERS:**
Chairman: Bill Brady
Francisco V. Aguilar
Skip Avansino
T. J. Day
Pat Lundvall

EXECUTIVE DIRECTOR: Keith Kizer

**MIXED MARTIAL ARTS SHOW RESULTS**

**DATE:  June 14, 2013    LOCATION:  Hard Rock Hotel & Casino, Las Vegas**

Referee:  Steve Mazzagatti, Chris Tognoni, Kim Winslow

Judges:  Adalaide Byrd, Patricia Morse Jarman, Junichiro Kamijo,

Judges: Mark Smith, Glenn Trowbridge, Tony Weeks

Timekeepers: Steve Esposito & Ernie Jauregui

Ringside Doctors: Anthony Ruggeroli, William Berliner, Michael Enrico & Michael Gunter

Ring Announcer: Tim Hughes

Promoter: WSOF, LLC / MMAWC, LLC

Matchmaker:  Ray Sefo

| Contestants | Results | Federal ID Number | Rds | Date of Birth | Weight | Remarks |
|---|---|---|---|---|---|---|
| **JONATHAN PARKER FITCH** San Jose, CA  ----- vs. -----  **JOSHUA RAY BURKMAN** Holladay, UT | Burkman won by choke out 0:41 of the 1st round. (guillotine choke) | 104-296  102-207 | 3 | 02/24/78  04/10/80 | 171  170 | Suspend Fitch until 07/30/13 No contact until 07/15/13 – right eyebrow laceration  Burkman must have right hand 3rd digit x-rayed and cleared by Orthopedic Dr. – minimum suspension & no contest until 09/13/13 – no contact until 09/13/13 **Referee: Steve Mazzagatti** |
| **TYSON MITCHELL STEELE** Saskatoon, Saskatchewan, Canada  ----- vs. -----  **STEVEN JOSEPH CARL** Cedar Rapids, IA | Carl won by tap out 1:32 of the 1st round. (rear naked choke) | 130-586  11-723 | 3 | 10/28/86  12/20/84 | 170  169.5 | Suspend Steele until 07/06/13 No contact until 06/29/13  **Referee: Kim Winslow** |
| **JUSTIN RAY GAETHJE** Wheat Ridge, CO  ----- vs. -----  **BRIAN JOSEPH COBB** Bakersfield, CA | Gaethje won by TKO 2:19 of the 3rd round. | 109-375  104-719 | 3 | 11/14/88  09/03/80 | 156  155 | Cobb must have left knee cleared by Orthopedic Dr. or no contest until 12/12/13; minimum suspension - no contest until 07/15/13 – no contact until 07/06/13  **Referee: Steve Mazzagatti** |
| **JEFFREY MICHAEL SMITH** Mechantesburg, PA  ----- vs. -----  **JERROD A. SANDERS** Oklahoma City, OK | Sanders won by unanimous decision.  SANDERS  -  SMITH 30-27; 30-27; 30-27 P.M. Jarman – J. Kamijo – A. Byrd | 109-889  106-219 | 3 | 11/08/87  10/01/79 | 146.5  146 | Smith needs ENT Dr. clearance on nasal injury and right ribs x-rayed if positive then must be cleared by Dr. or no contest until 12/12/13; minimum suspension - no contest until 07/30/13 – no contact until 07/15/13  **Referee: Kim Winslow** |
| **JACOB JOSEPH VOLKMANN** Vadnais Heights, MN  ----- vs. -----  **LYLE B BEERBOHM** Spokane, WA | Volkmann won by unanimous decision.  VOLKMANN  -  BEERBOHM 30-27; 30-27; 29-28 P.M. Jarman – A. Byrd – M. Smith | 107-677  108-429 | 3 | 09/05/80  02/05/79 | 155.5  155 | Beerbohm must have right foot x-rayed & evaluated by Dr. or no contest until 12/12/13  **Referee: Chris Tognoni** |

| Contestants | Results | Federal ID Number | Rds | Date of Birth | Weight | Remarks |
|---|---|---|---|---|---|---|
| **DANIEL JAMES LAUZON** East Bridgewater, MA ----- vs. ----- **JOHN EDWARD GUNDERSON** Las Vegas, NV | Lauzon won by unanimous decision. LAUZON - GUNDERSON 30-27; 30-27; 30-27 M. Smith G. Trowbridge – T. Weeks | 101-189 109-371 | 3 | 03/30/88 05/01/79 | 156 154 | **Referee: Chris Tognoni** |
| **CARSON CONROY BEEBE** Burr Ridge, IL ----- vs. ----- **JOE MASAKATSC MURPHY** Huntington Beach, CA | Beebe won by unanimous decision. BEEBE - MURPHY 29-28; 29-28; 29-28 A. Byrd – J. Kamijo – G. Trowbridge | 113-827 122-085 | 3 | 06/13/88 09/20/87 | 135 135.5 | Suspend Murphy until 07/15/13 No contact until 07/06/13 – right knee pain **Referee: Steve Mazzagatti** |
| **KENDRICK MIREE** Deerfield Beach, FL ----- vs. ----- **KRASIMIR MLADENOV SAMARDZHIEVE** Las Vegas, NV | Mladenov won by unanimous decision. MLADENOV - MIREE 29-28; 30-27; 30-27 P.M. Jarman – M. Smith – T. Weeks | 121-438 119-838 | 3 | 04/15/83 04/11/86 | 185 185.5 | Miree must have left foot x-rayed & cleared by Dr. or no contest until 12/12/13 **Referee: Kim Winslow** |
| **BRENSON KEONI WAILEHUA HANSEN** Las Vegas, NV ----- vs. ----- **RICHARD JOSHUA MONTALVO** Las Vegas, NV | Hansen won by unanimous decision. HANSEN - MONTALVO 30-27; 30-27; 29-28 J. Kamijo – G. Trowbridge – T. Weeks | 132-172 119-837 | 3 | 11/19/89 04/23/88 | 146 145 | Suspend Montalvo until 07/30/13 No contact until 07/15/13 Left cheek laceration **Referee: Chris Tognoni** |

## PAGE TWO

## JUNE 14TH, 2013 @ HARD ROCK HOTEL

## MIXED MARTIAL ARTS RESULTS