# EXHIBIT C

| Match Results | Date: 10/26/2013 | Venue/Location: Bank United Center -- Coral Gables, FL | Promoter: World Series of Fighting |
|---|---|---|---|
| **Commissioners** | Judge: Rich Green | Referee: Troy Waugh | Physician: Dr. Stan Simpson |
| **Commissioners** | Judge: Tim Vannatta | Referee: Jorge Alonso | Physician: Dr. Donald Weiss |
| Dr. Mark Williams, Chairman | Judge: Mark Streisand | Referee: | Knockdown Timekeeper: |
| Dr. Wayne Kearney | Judge: Eliseo Rodriguez | Referee: | Alternate Referee |
| Mr. Antonius DeSisto | Judge: | Referee: | Commissioners Present: |
| Mr. Marco Lopez | Judge: | Referee: | |
| Mr. Tirso Martinez | Judge: | Referee: | |
| | | Referee: | |
| Executive Director: Cynthia Hefren | | | |
| Asst. Executive Director: Frank Gentile | Timekeeper(s): Tom Dowd | | Event Type: MIXED MARTIAL ARTS |

| # | Participants | Federal ID | Hometown | Weight | DOB | Sch Rds | Results | Officials | Suspensions and Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | JADE PORTER | AS-117-250 | TEMPE, AZ | 145.8 lbs | 9/27/1981 | 3 | W-Triangle Choke (R-3 @ 3:05) | Referee: Troy Waugh; Judges: Tim Vannatta; Eliseo Rodriguez; Mark Streisand | |
| | ALEXANDRE PIMENTEL | NJ-132-184 | RIO, BRAZIL | 146.2 lbs | 10/2/1978 | | | | |
| 2 | NICK LOBOSCO | MO-119-794 | ST.PETERS, MO | 145.4 lbs | 7/8/1984 | 3 | W-KO (R-1 @ 2:02) | Referee: Jorge Alonso; Judges: Mark Streisand; Rich Green; Tim Vannatta | |
| | FABIO MELLO | FL108-776 | COCONUT CREEK FL | 145.6 lbs | 06/28/146 | | | | 90 Days Suspension |
| 3 | Josh Rettinghouse | 122-461 | Spokane, WA | 135.8 lbs | 2/27/1990 | 3 | W-Unanimous Decision | Referee: Troy Waugh; Judges: Tim Vannatta; Rich Green; Eliseo Rodriguez | |
| | Alexis Vila | 111-185 | Miami, FL | 135.6 lbs | 3/12/1971 | | | | |
| 4 | ANDREW YATES | CS-104-303 | GREELEY, CO | 140.4 lbs | 3/21/1989 | 3 | W-KO (R-2@4:09) | Referee: Jorge Alonso; Judges: Rich Green; Tim Vannatta; Mark Streisand | 60 Days Suspension |
| | CHAD ROBICHAUX | TX-105-503 | MAGNOLIA, TX | 134.4 lbs | 8/18/1975 | | | | |
| 5 | JACOB VOLKMANN | IL-107-677 | WHITE BEAR LAKE, MN | 155.4 lbs | 9/5/1980 | 3 | W-Unanimous Decision | Referee: Troy Waugh; Judges: Tim Vannatta; Rich Green; Eliseo Rodriguez | |
| | LUIZ FRIMINO | FL-110-636 | RIO BRAZIL | 156 lbs | 3/18/1982 | | | | |
| 6 | FRANCISCO FRANCE | MO-100-047 | COLOMBIA, MO | 204.4 lbs | 1/21/1983 | 3 | Unanimous Draw / Unanimous Draw | Referee: Jorge Alonso; Judges: Tim Vannatta; Mark Streisand; Eliseo Rodriguez | |
| | HANS STRINGER | CS-134-124 | BOCA RATON,FL | 205 lbs | 7/6/1987 | | | | |
| 7 | Miguel Torres | 103-057 | Griffith, IN | 145.2 lbs | 1/18/1981 | 3 | W-Guillotine Choke (R-1@3:05) | Referee: Troy Waugh; Judges: Eliseo Rodriguez; Rich Green; Mark Streisand | |
| | Pablo Alfonso | 106-625 | Davie, FL | 145.4 lbs | 5/9/1982 | | | | |
| 8 | DAN LAUZON | NS-101-189 | BRIDGEWATER,MA | 158 lbs | 3/30/1988 | 3 | W-TKO (R-2@1:40) | Referee: Jorge Alonso; Judges: Mark Streisand; Rich Green; Eliseo Rodriguez | 30 Days Suspension |
| | JUSTIN GAETHJE | CS-109-375 | DENVER, CO | 155.8 lbs | 11/14/1988 | | | | |
| 9 | MARCELO ALFAYA | OP-106-655 | POMPANO, FL | 172 lbs | 12/19/1978 | 3 | W-Split Decision | Referee: Troy Waugh; Judges: Tim Vannatta; Rich Green; Eliseo Rodriguez | |
| | JON FITCH | NS-104-296 | FORT WAYNE, IN | 170.4 lbs | 2/24/1978 | | | | |
| 10 | CARSON BEEBE | IL-113-827 | SCHAUMBURG, IL | 136 lbs | 6/13/1988 | 3 | W-TKO (R-1@0:32) | Referee: Jorge Alonso; Judges: Rich Green; Mark Streisand; Tim Vannatta | 30 Days Suspension |
| | MARLON MORAES | NJ-125-123 | JUPITER, FL | 136 lbs | 4/26/1988 | | | | |

| Match Results | | Date: 10/26/2013 | | Venue/Location: Bank United Center -- Coral Gables, FL | | | | Promoter: World Series of Fighting | |
|---|---|---|---|---|---|---|---|---|---|
| Commissioners | | Judge: Rich Green | | Referee: | Troy Waugh | | Physician: | Dr. Stan Simpson | |
| Commissioners | | Judge: Tim Vannatta | | Referee: | Jorge Alonso | | Physician: | Dr. Donald Weiss | |
| Dr. Mark Williams, Chairman | | Judge: Mark Streisand | | Referee: | | | | Knockdown Timekeeper: | |
| Dr. Wayne Kearney | | Judge: Eliseo Roriguez | | Referee: | | | | Alternate Referee | |
| Mr. Antonius DeSisto | | Judge: | | Referee: | | | Commissioners Present: | | |
| Mr. Marco Lopez | | Judge: | | Referee: | | | | | |
| Mr. Tirso Martinez | | Judge: | | Referee: | | | | | |
| | | | | Referee: | | | | | |
| Executive Director: Cynthia Hefren | | | | | | | | | |
| Asst. Executive Director: Frank Gentile | | Timekeeper(s): | | Tom Dowd | | | Event Type: MIXED MARTIAL ARTS | | |

| | Participants | Federal ID | Hometown | Weight | DOB | Sch Rds | Results | Officials | Suspensions and Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | STEVEN CARL | TB-114-723 | BELLE PLAIN, IA | 169.6 lbs | 12/20/1984 | 5 | W-Triangle Choke (R-4@1:02) | Referee: Troy Waugh; Judges: Eliseo Roriguez; Tim Vannatta; Mark Streisand | TITLE |
| | JOSH BURKMAN | IL-102-207 | SALT LAKE CITY, UT | 169.6 lbs | 10/4/1980 | | | | TITLE |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |