# EXHIBIT D

# MIXED MARTIAL ARTS BOUT RESULTS

*not for use with other combat sports (boxing, kickboxing, grappling, etc)*

*\* Information circled in red is required*

**California State Athletic Commission**
2005 Evergreen St. Suite 2010 | Sacramento | CA | 95815
P: 916 263 2195   F: 916 263 2197   csac@dca.ca.gov

**EXECUTIVE DIRECTOR:** Andy Foster

**SUPPORTING OFFICIALS:**
- NAME: Bobby Judge — TITLE: Lead Inspector

**CITY:** Sacramento
**STATE/PROVINCE:** CA
**EVENT NAME:** WSOF 16
**DATE:** 12/13/2014
**VENUE:** McClellan Civic Center
**PROMOTER:** WSOF

**JUDGE(s):** 1. Wade Vierra  2. Brandon Saucedo  3. Susan Thomas-Gitlin  4. Brandt Filipe
**REFEREE(s):** 1. Milton Wallace  2. Dan Stell  3. David Shirley  4. Edward Collantes
**RINGSIDE DOCTOR(s):** 1. Gary Furness  2. Kevin Mitchell

**ANNOUNCER:**
**TIMEKEEPER:**
**MATCHMAKER:**

| BOUT # | RDS. | STATUS | FIGHTER NAME | MMA ID AND/OR DOB | WEIGHT | WINNER | RD. | TIME | METHOD | SUSPENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | Pro | Christian Espinosa | 139-562 / 12 21 1990 | 125 | | | | UNANIMOUS DECISION WINNER MORALES VIERRA 26-30 SAUCEDO 27-30 THOMAS-GATLIN 27-30 | 60 / 60/60 LACERATION IN SCALP |
| | | | Joeseph Morales | 139-300 / 8 22 1994 | 125 | ● | | | | 7 / 7 DAY MANDATORY FOR MMA |
| 2 | 3 | Pro | Jason Powell | 136-152 / 4 7 1993 | 145.8 | ● | | | UANIMOUS DECISION WINNER POWELL VIERRA 30-27 SAUCEDO 30-27 FILIPE 30-27 | 7 / 7 DAY MANDATORY FOR MMA |
| | | | Chris Avila | 139-577 / 1 16 1993 | 145.8 | | | | | 7 / 7 DAY MANDATORY FOR MMA |
| 3 | 3 | Pro | Erick Sanchez | 136-768 / 10 7 1990 | 145.6 | ● | | | UNANIMOUS DECISION WINNER SANCHEZ VIERRA 29-28 SAUCEDO 30-27 THOMAS-GITLIN 29-28 | 7 / 7 DAY MANDATORY FOR MMA |
| | | | Andrey Mitchell | 134-228 / 2 15 1988 | 148 | | | | | 7 / 7 DAY MANDATORY FOR MMA |
| 4 | 3 | Pro | Martin Sano | 116-279 / 5 30 1991 | 176 | | | | UNANIMOUS DECISION WINNER WATERS VIERRA 28-29 SAUCEDO 27-30 THOMAS-GITLIN 28-29 | 60 / 60/60 LACERATION OVER LEFT EYE |
| | | | Dominic Waters | 121-660 / 4 11 1989 | 174.8 | ● | | | | 7 / 7 DAY MANDATORY FOR MMA |

| BOUT # | RDS. | STATUS | FIGHTER NAME | MMA ID AND/OR DOB | WEIGHT | WINNER | RD. | TIME | METHOD | SUSPENSIONS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 3 | ● Pro ○ Am | David Mitchell | 106-294 / 10 1 1981 | 188.8 | ● | 1 | 1:44 | SUBMISSION BY TAPOUT REAR NAKED CHOKE WINNER MITCHELL RD1 1:144 | 7 | 7 DAY MANDATORY FOR MMA |
| | | | Justin Baesman | 132-885 / 6 3 1981 | 185 | ○ | | | | 7 | 7 DAY MANDATORY FOR MMA |
| 6 | 3 | ● Pro ○ Am | Dave Huckaba | 121-215 / 6 1 1974 | 266.4 | ● | 2 | 1:47 | TKO-- STRIKES WINNER HUCKABA RD 2 1:47 | 7 | 7 DAY MANDATORY FOR MMA |
| | | | CJ Leveque | 125-838 / 4 26 1985 | 295.4 | ○ | | | | 45 | 45/30 FOR TKO LOSS |
| 7 | 3 | ● Pro ○ Am | Lewis Gonzalez | 124-294 / 9 19 1987 | 170.6 | ● | | | SPLIT DECISION WINNER GONZALEZ VIERRA 30-27 FOR GONZALEZ SAUCEDO 28-29 FOR BUCHHOLZ THOMAS-GITLIN 29-28 FOR GONZALEZ | 7 | 7 DAY MANDATORY FOR MMA |
| | | | Justin Buchholz | 110-368 / 8 22 1983 | 169.8 | ○ | | | | 7 | 7 DAY MANDATORY FOR MMA |
| 8 | 3 | ● Pro ○ Am | Brenson Hansen | 132-172 / 11 19 1989 | 144.5 | ○ | | | UNANIMOUS DECISION WINNER BERKOVIC VIERRA 28-29 SAUCEDO 28-29 THOMAS-GITLIN 28-29 | 7 | 7 DAY MANDATORY FOR MMA |
| | | | Josh Berkovic | 133-515 / 7 14 1988 | 145.8 | ● | | | | 60 | 60/60 LACERATION LEFT EYE |
| 9 | 3 | ● Pro ○ Am | Sheymon daSilva Morae | 141-788 / 10 11 1990 | 136 | ● | | | SPLIT DECISION WINNER SHEYMON MOREAS VIERRA 29-28 FOR MOREAS SAUCEDO 28-29 FOR SOLORIO THOMAS-GITLIN 30-27 FOR MOREAS | 7 | 7 DAY MANDATORY FOR MMA |
| | | | Gabriel Solorio | 116-974 / 3 14 1989 | 135 | ○ | | | | 45 | 45/40 OTHER-- LARGE HEMOTOMA ON FORE |
| 10 | 3 | ● Pro ○ Am | Rick Glenn | 125-459 / 4 12 1989 | 145 | ○ | 3 | 3:09 | SUBMISION BY TAPOUT RD 3 3:09 WINNER PALMER BY REAR NAKED CHOKE | 7 | 7 DAY MANDATORY FOR MMA |
| | | | Lance Palmer | 123-604 / 2 7 1987 | 144.4 | ● | | | | 7 | 7 DAY MANDATORY FOR MMA |
| 11 | 3 | ● Pro ○ Am | Rousimar Palhares | 104-460 / 2 26 1980 | 169.2 | ● | 1 | 1:30 | SUBMISSION BY TAPOUT RD 1 1:30 WINNER PULHARES BY HEEL HOOK | 7 | 7 DAY MANDATORY FOR MMA |
| | | | Jon Fitch | 104-296 / 2 24 1978 | 169.6 | ○ | | | | 180 | 180 MUST BE CLEARED LEFT ACL/PCL INJURY |
| | | ○ Pro ○ Am | | MM DD YYYY | | ○ | | | | | |
| | | | | MM DD YYYY | | ○ | | | | | |

| BOUT # | RDS. | STATUS | FIGHTER NAME | MMA ID AND/OR DOB | WEIGHT | WINNER | RD. | TIME | METHOD | SUSPENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | | |