# EXHIBIT E

# MIXED MARTIAL ARTS BOUT RESULTS
*not for use with other combat sports (boxing, kickboxing, grappling, etc)*
*Information circled in red is required*

**Missouri Office of Athletics**
3605 Missouri Blvd | Jefferson City | MO | 65109
P: 573 751 0243  F: 573 751 5649  athletics@pr.mo.gov

**EXECUTIVE DIRECTOR:** Tim Lueckenhoff

**SUPPORTING OFFICIALS:**
| NAME | TITLE |
|---|---|
| KevanLager | Inspector |
| Kent Davis | Inspector |
| Anthony Rizzo | Inspector |
| Aaron Caskey | Inspector |
| | |
| | |

**CITY:** Kansas City  **DATE:** 8/30/2013
**STATE/PROVINCE:** MO   Attendance 794  **VENUE:** Union Station
**EVENT NAME:** Titan Fight   Event # 14-024  **PROMOTER:** Titan Fighting Champ

**JUDGE(s):** 1. Brett Miller  2. Henry Gueary  3. Jackson Harper  4.  5.  6.
**REFEREE(s):** 1. Mike England  2. Rusty Sullivan  3.  4.  5.
**RINGSIDE DOCTOR(s):** 1. Dr. Rance McClain  2. Dr. Alan Heincker  3.
**ANNOUNCER:** Steve St. John
**TIMEKEEPER:** Marcia Champion
**MATCHMAKER:** Joe Wooster

| BOUT # | RDS. | STATUS | FIGHTER NAME | MMA ID# and/or DOB | WEIGHT | WINNER | RD. | TIME | METHOD | SUSPENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | Pro | Derek Holly | 127860 / 09-16-1992 | 189 |  | 2 | 1:55 | Tap Out - Arm Bar | |
|   |   |    | Henry Chionuma | 112956 / 09-25-1984 | 182 | ● |  |  | Referee # 2 | |
| 2 | 3 | Pro | Zach Nolen | 131981 / 11-10-1981 | 144.6 | ● | 1 | 2:03 | Tap Out - Guillotine Choke | |
|   |   |    | Jeremy Smith | 129516 / 00-20-1984 | 145 |  |  |  | Referee # 1 | |
| 3 | 3 | Pro | Codale Ford | 105701 / 05-13-1979 | 164 |  |  |  | Unanimous Decision; Judge 1 Score 29-28; Judge 2 Score 29-28; Judge 3 Score 29-28 | |
|   |   |    | Bobby Cooper | 112958 / 06-13-1986 | 166 | ● |  |  | Referee # 1 | |
| 4 | 3 | Pro | Alex White | 127605 / 10-22-1988 | 145 | ● | 2 | 0:0 | Knock Out end of 2nd Round | |
|   |   |    | Roy Babcock | 105070 / 05-19-YYYY | 146 |  |  |  | Referee # 2 | 60 Days Suspension |

Case 2:15-cv-01045-RFB-BNW   Document 65-6   Filed 02/27/15   Page 3 of 4

| BOUT # | RDS. | STATUS | FIGHTER NAME | MMA ID# and/or DOB | WEIGHT | WINNER | RD. | TIME | METHOD | | | | SUSPENSIONS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 3 | ● Pro ○ Am | Kevin Croom | 104587 / 07-15-1987 | 145 | ● | 1 | 1:45 | Tap Out- Rear Naked Choke | | | | | |
| | | | Dustin Phillips | 103823 / 10-06-1978 | 145.4 | ○ | | | Judge# | Score | - | | | |
| | | | | | | | | | Judge# | Score | - | | | |
| | | | | | | | | | Judge# | Score | - | | | |
| | | | | | | | | | Referee # 1 | | | | | |
| 6 | 3 | ● Pro ○ Am | Dennis Hallman | 103031 / 12-02-1975 | 174.8 | ● | | | Majority Decision | | | | | |
| | | | Dan Hornbuckle | 114729 / 12-26-1980 | 174.3 | ○ | | | Judge# 1 | Score 28 | - | 28 | | |
| | | | | | | | | | Judge# 2 | Score 29 | - | 27 | | |
| | | | | | | | | | Judge# 3 | Score 29 | - | 27 | | |
| | | | | | | | | | Referee # 1 | | | | | |
| 7 | 3 | ● Pro ○ Am | Chance Rencountre | 121353 / 12-31-1986 | 169.1 | ● | 2 | :56 | TKO- Stikes | | | | | |
| | | | Jason Witt | 131070 / 11-07-1986 | 168.4 | ○ | | | Judge# | Score | - | | 30 | Days Suspension |
| | | | | | | | | | Judge# | Score | - | | | |
| | | | | | | | | | Judge# | Score | - | | | |
| | | | | | | | | | Referee # 2 | | | | | |

| BOUT # | RDS. | STATUS | FIGHTER NAME | MMA ID# and/or DOB | WEIGHT | WINNER | RD. | TIME | METHOD | SUSPENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ◯ Pro ◯ Am | | MM DD YYYY / MM DD YYYY | | ◯ / ◯ | | | Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Referee # | |
| | | ◯ Pro ◯ Am | | MM DD YYYY / MM DD YYYY | | ◯ / ◯ | | | Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Referee # | |
| | | ◯ Pro ◯ Am | | MM DD YYYY / MM DD YYYY | | ◯ / ◯ | | | Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Referee # | |
| | | ◯ Pro ◯ Am | | MM DD YYYY / MM DD YYYY | | ◯ / ◯ | | | Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Referee # | |
| | | ◯ Pro ◯ Am | | MM DD YYYY / MM DD YYYY | | ◯ / ◯ | | | Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Referee # | |
| | | ◯ Pro ◯ Am | | MM DD YYYY / MM DD YYYY | | ◯ / ◯ | | | Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Referee # | |
| | | ◯ Pro ◯ Am | | MM DD YYYY / MM DD YYYY | | ◯ / ◯ | | | Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Referee # | |
| | | ◯ Pro ◯ Am | | MM DD YYYY / MM DD YYYY | | ◯ / ◯ | | | Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Judge# __ Score __ - __ <br> Referee # | |