# EXHIBIT F

# MIXED MARTIAL ARTS BOUT RESULTS

*not for use with other combat sports (boxing, kickboxing, grappling, etc)*

*\* Information circled in red is required*

## California State Athletic Commission

2005 Evergreen Street, Sacramento, CA 95815
P: 916 263 2195   F: 916 263 2197   Andy.Foster@dca.ca.gov

**EXECUTIVE DIRECTOR:** Andy Foster
**SUPPORTING OFFICIALS:**

| CITY: | Commerce | DATE: | 05/31/2013 |
|---|---|---|---|
| STATE/PROVINCE: | CA | VENUE: | Commerce Casino |
| EVENT NAME: | BAMMA | PROMOTER: | Brett Roberts |

**JUDGE(s):** 1. Steve Davis  2. Mike Bell  3. Herb Dean  4. Mike Beltran
**REFEREE(s):** 1. Herb Dean  2. Mike Beltran  3. Mike Bell
**RINGSIDE DOCTOR(s):** 1. Paul Wallace  2. Blair Kranson
**ANNOUNCER:**
**TIMEKEEPER:** Willie Areolla
**MATCHMAKER:**

| BOUT # | RDS. | STATUS | FIGHTER NAME | MMA ID# and/or DOB | WEIGHT | WINNER | RD. | TIME | METHOD | SUSPENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | Pro | Tommy Gavin | NY120857 | 145.8 | | 2 | 2:51 | TKO ref stopped fight; Referee #1 | Gavin- 45/30 |
| | | | Reshan Sabartnam | 07/26/1982 | 144.8 | ● | | | | |
| 2 | 3 | Pro | Matthew Bahngte | CA106287 | 155.4 | | 3 | 3:00 | Split Decision; Judge#1 Score 28-29; Judge#2 Score 28-29; Judge#3 Score 29-28; Referee #2 | Bahngte- 60/60- cut L eyelid |
| | | | Christopher Costello | CA122073 | 156 | ● | | | | |
| 3 | 3 | Pro | Nick Jordan | CA129731 | 145.8 | ● | 3 | 3:00 | Unanimous Decision; Judge#1 Score 30-27; Judge#3 Score 30-27; Judge#4 Score 30-27; Referee #3 | |
| | | | Luis Iniguez-Lozano | ca133234 | 143.8 | | | | | |
| 4 | 3 | Pro | Robert Sanchez | 12/15/1984 | 138 | | 1 | 0:48 | KO; Referee #3 | Sanchez- 45/30 |
| | | | Terrion Ware | 03/31/1986 | 135.2 | ● | | | | |

| BOUT # | RDS. | STATUS | FIGHTER NAME | MMA ID# and/or DOB | WEIGHT | WINNER | RD. | TIME | METHOD | SUSPENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 3 | ● Pro ○ Am | Eric Winston | ca121605 | 135.6 | ● | 2 | 1:15 | Tap- armbar<br>Judge# / Score<br>Judge# / Score<br>Judge# / Score<br>Referee # 1 | |
| | | | Marvin Madariaga | ca133273 | 134.6 | ○ | | | | |
| 6 | 3 | ● Pro ○ Am | Eric Brown | ca122757 | 155 | ● | 1 | 0:57 | Tap- Heel Hook<br>Judge# / Score<br>Judge# / Score<br>Judge# / Score<br>Referee # 2 | |
| | | | Sevak Magakian | NV102520 | 154.2 | ○ | | | | |
| 7 | 3 | ● Pro ○ Am | Gabriel Rudiger | ca115817 | 160.4 | ● | 2 | 2:13 | Tap- Armbar<br>Judge# / Score<br>Judge# / Score<br>Judge# / Score<br>Referee # 3 | |
| | | | Scott Catlin | NV102518 | 160.4 | ○ | | | | |
| 8 | 3 | ● Pro ○ Am | Chris Culley | ca125913 | 150.2 | ● | 3 | 5:00 | Unanimous Decision<br>Judge# 1 Score 30 / 27<br>Judge# 2 Score 30 / 27<br>Judge# 3 Score 30 / 27<br>Referee # 1 | |
| | | | Justin Linn | NE113687 | 148.6 | ○ | | | | Linn- 60/60- below L eye |
| 9 | 5 | ● Pro ○ Am | Jorge Valdez | ca128957 | 154.6 | ○ | 3 | 4:00 | TKO, ref stopped fight<br>Judge# / Score<br>Judge# / Score<br>Judge# / Score<br>Referee # 2 | Valdez- 45/30 |
| | | | Ernest Chavez | ca116487 | 155 | ● | | | | |
| 10 | 3 | ● Pro ○ Am | Mike Gomez | ca133222 | 185.8 | ● | 1 | 1:37 | Tap- Armbar<br>Judge# / Score<br>Judge# / Score<br>Judge# / Score<br>Referee # 2 | |
| | | | Ronald Lebreton | ca105455 | 185.4 | ○ | | | | |

| BOUT # | RDS. | STATUS | FIGHTER NAME | MMA ID# and/or DOB | WEIGHT | WINNER | RD. | TIME | METHOD | SUSPENSIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | Judge#  Score<br>Judge#  Score<br>Judge#  Score<br>Referee # | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | Judge#  Score<br>Judge#  Score<br>Judge#  Score<br>Referee # | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | Judge#  Score<br>Judge#  Score<br>Judge#  Score<br>Referee # | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | Judge#  Score<br>Judge#  Score<br>Judge#  Score<br>Referee # | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | Judge#  Score<br>Judge#  Score<br>Judge#  Score<br>Referee # | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | Judge#  Score<br>Judge#  Score<br>Judge#  Score<br>Referee # | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | Judge#  Score<br>Judge#  Score<br>Judge#  Score<br>Referee # | |
| | | ○ Pro<br>○ Am | | MM DD YYYY<br>MM DD YYYY | | ○<br>○ | | | Judge#  Score<br>Judge#  Score<br>Judge#  Score<br>Referee # | |