# EXHIBIT G

| STATE OF NEVADA<br>DEPARTMENT OF BUSINESS AND INDUSTRY<br>**ATHLETIC COMMISSION**<br><br>Telephone (702) 486-2575 Fax (702) 486-2577<br><br>**COMMISSION MEMBERS:**<br>Chairman: Francisco Aguilar<br>Skip Avansino<br>Bill Brady<br>Pat Lundvall<br>Anthony A. Marnell, III<br><br>EXECUTIVE DIRECTOR: Bob Bennett | **MIXED MARTIAL ARTS SHOW RESULTS**<br>**DATE:** January 17, 2015   **LOCATION:** Planet Hollywood Resort, Las Vegas<br>Referee: Steve Mazzagatti, Mark Smith, Chris Tognoni & Kim Winslow<br>Judges: Patricia Morse Jarman, Junichiro Kamijo<br>Visiting Judges: Lester Griffin, Roy Silbert, Cardo Urso<br>Timekeepers: Jim Cavin & Steve Esposito<br>Ringside Doctors: Anthony Ruggeroli, Jay Coates, Brad Lee & Damon Zavala<br>Ring Announcer: Jaz Securo<br>Promoter: MMAWC, LLC dba: WSOF<br>Matchmaker: Ray Sefo |
|---|---|

| Contestants | Results | Federal ID Number | Rds | Date of Birth | Weight | Remarks |
|---|---|---|---|---|---|---|
| **JAKE SEQUOYAH SHIELDS**<br>Arnold, CA<br>----- vs. -----<br>**BRIAN E.L. FOSTER**<br>Muldrow, OK | Shields won by tap out 2:51 of the 1st round. (rear naked choke) | 104-761<br><br>100-718 | 3 | 01/09/79<br><br>04/03/84 | 170<br><br>169.8 | **Referee: Steve Mazzagatti** |
| **JONATHAN RAYMOND NUNEZ**<br>Las Vegas, NV<br>----- vs. -----<br>**JOSEPH MICHAEL CONDON**<br>Victorville, CA | Condon won by tap out 4:22 of the 3rd round. (guillotine choke) | 113-521<br><br>121-748 | 3 | 08/29/85<br><br>11/12/85 | 155.6<br><br>156 | **Referee: Mark Smith** |
| **KRASIMIR MLADENOV SAMARDZHIEV**<br>Las Vegas, NV<br>----- vs. -----<br>**BRENDAN TRAVERS KORNBERGER**<br>Vancouver, Canada | Mladenov won by unanimous decision.<br>MLADENOV  -  KORNBERGER<br>29-28; 30-27; 30-27<br>L. Griffin - C. Urso - P.M. Jarman | 119-838<br><br>140-694 | 3 | 04/11/86<br><br>10/16/84 | 185.8<br><br>185 | **Referee: Chris Tognoni** |
| **BRYSON I. HANSEN**<br>Las Vegas, NV<br>----- vs. -----<br>**RUDY ANTONIO MORALES**<br>Las Vegas, NV | Hansen won by unanimous decision.<br>HANSEN  -  MORALES<br>30-26; 30-25; 30-27<br>P.M. Jarman - R. Silbert - J. Kamijo | 138-013<br><br>120-843 | 3 | 04/19/86<br><br>12/05/84 | 135.2<br><br>135 | Suspend Hansen until 03/04/15<br>No contact until 02/17/15 - left eye laceration<br><br>Morales must have left knee cleared by Orthopedic Surgeon minimum suspension until 04/18/15<br>No contact until 03/19/15<br><br>**Referee: Kim Winslow** |
| **DANNY DAVIS, JR.**<br>Las Vegas, NV<br>----- vs. -----<br>**ADAM CHRISTOPHER CELLA**<br>Fenton, MO | Davis won by unanimous decision.<br>DAVIS  -  CELLA<br>29-27; 29-27; 29-27<br>L. Griffin - C. Urso - R. Silbert | 108-369<br><br>124-320 | 3 | 07/28/82<br><br>06/26/85 | 170<br><br>171.6 | **Referee: Steve Mazzagatti** |

| Contestants | Results | Federal ID Number | Rds | Date of Birth | Weight | Remarks |
|---|---|---|---|---|---|---|
| **JORDAN LUCAS RINALDI** <br> Las Vegas, NV <br> ----- vs. ----- <br> **SOSLAN ABANOKOV** <br> Las Vegas, NV | Rinaldi won by tap out 3:02 of the 3rd round. (arm bar) | 102-725 <br><br><br> 116-902 | 3 | 09/25/87 <br><br><br> 03/17/89 | 145.8 <br><br><br> 145.8 | Suspend Rinaldi until 03/04/15 <br> No contact until 02/17/15 - left eye laceration <br><br> Suspend Abanokov until 03/04/15 <br> No contact until 02/17/15 - right cheek laceration <br><br> **Referee:  Mark Smith** |
| **TAYLOR MONROE McCORRISTON** <br> Las Vegas, NV <br> ----- vs. ----- <br> **DONAVON JOVAN FRELOW** <br> Las Vegas, NV | Frelow won by unanimous decision. <br><br> FRELOW  -  MCCORRISTON <br> 29-28; 29-28; 29-28 <br> L. Griffin - R. Silbert - J. Kamijo | 108-958 <br><br><br> 137-760 | 3 | 01/22/85 <br><br><br> 01/20/85 | 126 <br><br><br> 125 | <br><br><br><br> **Referee:  Chris Tognoni** |
| **JAMES DALE POINT "JAMIE"** <br> Kingman, AZ <br> ----- vs. ----- <br> **CARLIE TREY ALONZO WILLIAMS** <br> Reno, NV | Williams won by TKO 3:52 of the 1st round. (anaconda choke) | 142-145 <br><br><br> 139-092 | 3 | 01/16/80 <br><br><br> 07/30/91 | 186 <br><br><br> 185.8 | **POINT - PRO DEBUT** <br><br> Point must have right hand 4th metacarpal fracture cleared by Orthopedic Dr or no contest until 04/18/15 <br><br> **Referee:  Kim Winslow** |

**PAGE TWO**

**JANUARY 17, 2015 @ PLANET HOLLYWOOD RESORT**

**MIXED MARTIAL ARTS RESULTS**