# EXHIBIT H



The New Jersey State Athletic Control Board Licensing and Event Management
System Date: 02-18-2015 ... NJSACB Staff: TOMASOVIC,CATHERINE ... Ver 1.0.42 ... Logout |
Search, New License or Event | Forms | Contracts | Licensee | License & Federal Id | Suspension | Medical | Event | Bout | Scoring | Attendance & Settlement | Tickets | Media | Reports | Help | Admin

## Scoring Detail

Fighter # 1: Jose Beltran
Fighter # 2: Quinton Jackson

| | |
|---|---|
| Event Id: | 3580 |
| Event Date: | 11-15-2013 |
| Event Type: | Martial Arts |
| Promoter: | Bellator Sports Worldwide Llc |
| Location: | Revel |
| City: | Atlantic City |
| Last Update By: | RUBIN,MICHAEL S |
| Last Updated: | 11-26-2013 |

**Select Bout:** 12

| | |
|---|---|
| Weight Class: | Heavy Weight |

| Judge #1 Red | Judge #1 Red | Judge #2 White | Judge #2 White | Judge #3 Blue | Judge #3 Blue |
|---|---|---|---|---|---|
| Colon | Colon | Tamburrino | Tamburrino | Urso | Urso |
| Fighter #1 | Fighter #2 | Fighter #1 | Fighter #2 | Fighter #1 | Fighter #2 |
| Beltran | Jackson | Beltran | Jackson | Beltran | Jackson |
| no scoring data found | no scoring data found | no scoring data found | no scoring data found | no scoring data found | no scoring data found |

## Fight Decision, Result & Suspensions

| EDIT DECISION | Edit |
|---|---|
| Bout #: | 12 |
| Fight Decision: | KO |
| Rounds: | 1 of 3 |
| Final Round: | 1 |
| Round Duration (m:ss): | 4:59 |
| Remarks: | |

| EDIT RESULT | Edit |
|---|---|
| Fight Result: | LOSER |
| Fighter: | Fighter # 1: Beltran, Jose |

| EDIT RESULT | Edit |
|---|---|
| Fight Result: | WINNER |
| Fighter: | Fighter # 2: Jackson, Quinton |

| EDIT SUSPENSION | Edit |
|---|---|
| Fighter: | Fighter # 1: Beltran, Jose |

| EDIT SUSPENSION | Edit |
|---|---|
| Fighter: | Fighter # 2: Jackson, Quinton |

## Infractions

| ☐ | Round | Fighter # 1 | Comment | Fighter # 2 | Comment |
|---|---|---|---|---|---|

Cancel Delete Round(s)

## Bout Officials

| Role | Judge # | Officials |
|---|---|---|
| Judge | Judge # 1 RED | Eric Colon |
| | Judge # 2 WHITE | Anthony Tamburrino |
| | Judge # 3 BLUE | Cardo Urso |
| Referee | | Dan Miragliotta |
| Timekeeper | | Fredric Blumstein |

## Event Officials

| Role | Official |
|---|---|
| Announcer | Michael Williams |
| Inspector | Anthony Lynn |
| | Arthur Henry |
| | Chantelle Perez |
| | Darryl Porter |
| | Dominick Carolei |
| | Ellen Rubin |
| | Gary Gudzak |
| | Henry Krawiec |
| | James Smith |
| | Kerri Kaminski |
| | Michael Dibella |
| | Robert Suchocki |
| | Samatha Pacheco |
| | Steve Cirone |
| | Vincent Dudley |
| Ringside Physician | Eric Wurmser |
| | Saurabh Patel |
| | Sherry Wulkan |
| | Steven Oxler |
| | Vinay Chopra |

**From:** Nick Lembo
**To:**
**Date:** 11/15/2013 11:06 PM
**Subject:** 11152013 NJSACB Official Weights, Results, Suspensions and Staff

EVENT-
Professional MMA
Friday, November 15, 2013
Bellator 108
Revel Hotel Casino Spa
Ovation Hall
Atlantic City

BOUTS-

12
210
Main Event
Three Rounds
Joey Beltran (107-311) vs. Quinton Jackson (103-762)
Beltran 208.5    Jackson 210
Ref Miragliotta
Judges Colon, Tamburrino and Urso
Beltran-Inspector Porter
Jackson-Inspector Dudley
Jackson wins via KO punch at 4:59 of round one.
Beltran suspended 30 days for KO.

11
265
Heavyweight World Title
Five Rounds
Vitaly Minakov (130-459) vs. Alexander Volkov (129-804)
Minakov 249.    Volkov 235
Ref Miragliotta
Judges Barry, Tamburrino and Urso
Minakow-Inspector Gudzak
Volkov-Inspector Carolei
Minakov wins via TKO referee stoppage at 2:57 of round one.
Volkov suspended 30 days for TKO.

10
135 plus 1
Three rounds
Tom McKenna (119-133) vs. Marcos Pereira (105-172)
McKenna 135.3.   Pereira 135.9
Ref Peterson
Judges Colon, Sinclair and Tamburrino
McKenna-Inspector Suchocki
Pereira-Inspector Krawiec
Pereira wins via TKO referee stoppage at 4:29 of round one.
McKenna suspended 60 days for TKO

9
145 plus 1
145 Tournament Final

Three rounds, with 4th in the event of a draw after 3rd
Justin Wilcox (121-141) vs. Patricio Freire (114-726)
Wilcox 145.5.     Freire 145.8
Ref Oliver
Judges Bilyk, Colon and Sinclair
Wilcox-Inspector Kaminski
Freire- Inspector DiBella
Freire wins via TKO referee stoppage at 2:23 of round one.
Wilcox suspended 30 days for TKO.

8
170
Three rounds
Chip Pollard (117-334) vs. Sam Oropeza (102-967)
Pollard 169.8.    Oropeza 173.8
Oropeza fined thirty percent of purse, payable on fight night to Pollard
Ref Peterson
Judges Barry, Bilyk and Sinclair
Pollard-Inspector Smith
Oropeza-Inspector Perez
Oropeza wins via TKO referee stoppage at 0:37 of round one.
Pollard suspended 30 days for TKO.

7
205 plus 1
Three rounds
Jason Lambert (121-600) vs. Tom DeBlass (106-968)
Lambert 203.5.    DeBlass 204.5
Ref Miragliotta
Judges Sinclair, Tamburrino and Urso
Lambert-Inspector Dudley
DeBlass-Inspector Porter
DeBlass wins via KO punch at 1:45 of round one.
Lambert suspended 30 days for KO.

6
180
Three rounds
Nah-Shon Burrell (110-770) vs. Jesus Martinez (110-980)
Burrell 179.3.    Martinez 179.5
Ref Oliver
Judges Barry, Bilyk and Sinclair
Burrell-Inspector Carolei
Martinez-Inspector Gudzak
Burrell wins unanimous decision in three rounds 30-27, 30-27 and 29-28 Sinclair.
Martinez suspended 45 days for facial lacerations
Martinez suspended indefinite pending x-ray and orthopaedic clearance of left thumb.

5
150
Three rounds
Anthony Morrison (103-981) vs. Kenny Foster (105-779)
Morrison 147.8.    Foster 149.7
Ref Peterson
Judges Colon, Tamburrino and Urso
Morrison-Inspector Krawiec

Foster-Inspector Suchocki
Morrison wins majority decision in three rounds 28-28 Urso, 29-27 Colon and 30-26 Tamburrino.
Morrison suspended indefinite pending orthopaedic clearance of left hand
Morrison suspended indefinite pending
scrotal ultrasound
Foster suspended 30 days for right cheek laceration

4
205 plus 1
Three rounds
Mojtaba Wali (127-209) vs. Liam McGeary (128-026)
Wali 205.   McGeary 204.5
Ref Miragliotta
Judges Barry, Bilyk and Sinclair
Wali-Inspector Pacheco
McGeary-Inspector Kaminski
McGeary wins via tap due to armbar at 1:31 of round one.
Wali suspended 45 days for left forehead laceration.

3
145 plus 1
Three rounds
Kevin Roddy (105-601) vs. Will Martinez (105-880)
Roddy 145.8.    Martinez 145.1
Ref Oliver
Judges Barry, Bilyk and Sinclair
Roddy-Inspector Smith
Martinez-Inspector Perez
Martinez wins via tap due to rear naked choke at 3:50 of round one.

2
145 plus 1
Three rounds
Daniel Matala (109-888) vs. Ryan Cafaro (107-978)
Matala 145.5.   Cafaro 146
Ref Oliver
Judges Barry, Bilyk and Sinclair
Matala-Inspector Dudley
Cafaro-Inspector Porter
Matala wins via TKO referee stoppage due to strikes at 3:52 of round two.
Cafaro suspended 30 days for TKO
Cafaro suspended indefinite pending CT head scan

1
135 plus 1
Three rounds
Sergio Da Silva (108-871) vs. Robert Sullivan (124-197)
DaSilva 136.  Sullivan 135.6
Ref Peterson
Judges Colon, Sinclair and Tamburrino
Da Silva-Inspector Gudzak
Sullivan-Inspector Carolei
Sullivan wins unanimous decision in three rounds 30-27, 30-27 and 29-28 Colon.
Sullivan suspended 30 days for forehead laceration
DaSilva suspended 30 days for left scalp laceration

NJSACB STAFF-

Referees Keith Peterson, Dan Miragliotta and Gasper Oliver

Judges Michael Barry, Jon Bilyk, Eric Colon, Vincent Sinclair, Tony Tamburrino, and Cardo Urso

Scorekeeper Ellen Rubin

Timekeeper Fred Blumstein

Ringside Physicians Dr. Stu Patel, Dr. Steven Oxler, Dr. Sherry Wulkan, Dr. Vinay Chopra and Dr. Eric Wurmser

Drug Testing Inspector Anthony Lynn

Medical Inspectors Steve Cirone and Arthur Henry

Bout Inspectors Donnie Carolei, Mike DiBella, Vincent Dudley, Gary Gudzak, Kerri Kaminski, Henry Krawiec, Darryl Porter, Chantelle Perez, James Smith and Rob Suchocki.

| | | |
|---|---|---|
| February 18, 2015  01:03 PM | State of New Jersey<br>Government Records Request<br>Receipt | Page: 1 of 2 |

| **Requestor Information** | **Request Number:** W94470 |
|---|---|
| Suzanne E Jaffe | **Request Status:** Filled Closed |
| | **Ready Date:** February 18, 2015 |
| 1999 Harrison St. Ste 900 | Custodian Contact Information |
| Oakland, CA 94612 | Office of the Attorney General |
| | Records Custodian |
| sjaffe@bsfllp.com | PO Box 081 |
| 510-874-2781 | 25 Market Street - 3rd Floor West |
| | Trenton, NJ 08625-0081 |
| | oag.records@lps.state.nj.us |
| Request Date:  February 17, 2015 | 609-984-6112 |
| Maximum Authorized Cost:     $25.00 | By |
| Email | _____ |

| **Status of Your Request** | **Cost Information** | |
|---|---|---|
| Your request for government records (# W94470) from the Office of the Attorney General has been reviewed and has been Filled Closed.  Detailed information as to the availability of the documents you requested appear below and on following pages as necessary. | Total Cost: | $0.00 |
| | Deposit: | $0.00 |
| The cost and any balance due for this request is shown to the right.  Any balance due must be paid in full prior to the release / mailing of the documents. | Total Amount Paid: | $0.00 |
| | Balance Due: | $0.00 |
| If you have any questions related to the disposition of this request please contact the Custodian of Records for the Office of the Attorney General.  The contact information is in the column to the right.  Please reference your request number in any contact or correspondence. | | |

Document Detail

| Div | Doc # | Doc Name | Redaction Req | Pages | Legal Size | Electronic Media | Other Cost |
|---|---|---|---|---|---|---|---|
| OAG | 0001 | 11152013 NJSACB Official Weights, Results, Suspensions and Staff | N | 4 | N | Y | |
| OAG | 0002 | SACB - Scoring Detail for Jose Beltran v. Quinton Jackson 11/15/2013 | N | 1 | N | Y | |

| | | |
|---|---|---|
| February 18, 2015  01:03 PM | State of New Jersey | Page: 2 of 2 |

Government Records Request

Receipt

You filed an OPRA request with the Department of Law and Public Safety (L&PS), Office of the Attorney General (OAG) seeking access to: "a copy of a public record of a mixed martial arts bout that took place in New Jersey.  Specifically, I am looking for a record showing that a bout between Quinton ¿Rampage¿ Jackson and Joey Beltran took place in Atlantic City, New Jersey on November 15, 2013."

The State Athletic Control Board, which is housed in OAG, searched its records.  The five pages of records listed above are responsive to your request.

Sincerely,
Bruce J. Solomon
OAG Custodian of Records

Your request for government records (# W94470) is as follows:

**expedited request**I am looking for a copy of a public record of a mixed martial arts bout that took place in New Jersey.  Specifically, I am looking for a record showing that a bout between Quinton ¿Rampage¿ Jackson and Joey Beltran took place in Atlantic City, New Jersey on November 15, 2013.  The promoter of the event was Bellator (Bjorn Rebney), and the title of the event was ¿Bellator 108.¿  A document with the bout results, the official bout agreement form between the fighters, or any other public record showing that this event took place is sufficient for my needs.  I am looking for a copy of this information.  E-mail delivery of this information is preferable.I am working under a relatively quick deadline.  If at all possible, I am hoping to obtain some information by Wednesday, February 25, 2015.  Please don't hesitate to contact me with any questions, thank you very much!Suzanne Jaffe