**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

---

**FORM 10-K**

---

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended <u>September 30, 2014</u>

OR

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission File Number 001-32686**
**VIACOM INC.**
**(Exact name of registrant as specified in its charter)**

| **DELAWARE** | **20-3515052** |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification Number)** |

**1515 Broadway**
**New York, NY 10036**
**(212) 258-6000**
**(Address, including zip code, and telephone number,**
**including area code, of registrant's principal executive offices)**

---

**Securities Registered Pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Class A Common Stock, $0.001 par value | NASDAQ Global Select Market |
| Class B Common Stock, $0.001 par value | NASDAQ Global Select Market |

**Securities Registered Pursuant to Section 12(g) of the Act:**
None
**(Title Of Class)**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒          Accelerated filer ☐          Non-accelerated filer ☐          Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

As of the close of business on March 31, 2014, the last business day of the registrant's most recently completed second fiscal quarter, there were 50,975,288 shares of the registrant's Class A common stock, par value $0.001 per share, and 380,363,277 shares of its Class B common stock, par value $0.001 per share, outstanding. The aggregate market value of Class A common stock held by non-affiliates as of March 31, 2014 was approximately $898.8 million (based upon the closing price of $85.26 per share as reported by the NASDAQ Global Select Market on March 31, 2014, the last trading day of the quarter). The aggregate market value of Class B common stock held by non-affiliates as of March 31, 2014 was approximately $32.1 billion (based upon the closing price of $84.99 per share as reported by the NASDAQ Global Select Market on March 31, 2014, the last trading day of the quarter).

As of November 5, 2014, 50,875,550 shares of our Class A common stock and 359,591,362 shares of our Class B common stock were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of Viacom Inc.'s Notice of 2015 Annual Meeting of Stockholders and Proxy Statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A of the Securities Exchange Act of 1934, as amended, are incorporated by reference into this Annual Report on Form 10-K (Portion of Item 5; Part III).

**TABLE OF CONTENTS**

**PART I**

| | | |
|---|---|---|
| Item 1. | Business. | 1 |
| Item 1A. | Risk Factors. | 17 |
| Item 1B. | Unresolved Staff Comments. | 23 |
| Item 2. | Properties. | 23 |
| Item 3. | Legal Proceedings. | 24 |
| Item 4. | Mine Safety Disclosures. | 24 |

**PART II**

| | | |
|---|---|---|
| Item 5. | Market for Viacom Inc.'s Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities. | 27 |
| Item 6. | Selected Financial Data. | 29 |
| Item 7. | Management's Discussion and Analysis of Results of Operations and Financial Condition. | 30 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk. | 49 |
| Item 8. | Financial Statements and Supplementary Data. | 50 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure. | 85 |
| Item 9A. | Controls and Procedures. | 85 |
| Item 9B. | Other Information. | 86 |

**PART III**

| | | |
|---|---|---|
| Item 10. | Directors, Executive Officers and Corporate Governance. | 86 |
| Item 11. | Executive Compensation. | 86 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters. | 86 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence. | 86 |
| Item 14. | Principal Accounting Fees and Services. | 86 |

**PART IV**

| | | |
|---|---|---|
| Item 15. | Exhibits, Financial Statement Schedules. | 87 |

Table of Contents

# PART I

**Item 1.** *Business.*

## OVERVIEW

Viacom is a leading global entertainment content company that connects with audiences in more than 165 countries and territories and creates compelling television programs, motion pictures, short-form video, applications ("apps"), games, brands for consumer products, social media and other entertainment content. We operate through two reporting segments: *Media Networks* and *Filmed Entertainment*. References in this document to "Viacom," "Company," "we," "us" and "our" mean Viacom Inc. and our consolidated subsidiaries, unless the context requires otherwise.

## Media Networks

Our Media Networks segment provides entertainment content and related branded products for consumers in targeted demographics attractive to advertisers, content distributors and retailers. We create, acquire and distribute programming and other content to our audiences across multiple platforms, which allows our audiences to engage and interact with our content in a variety of ways: through traditional cable and satellite distribution, on connected TVs, PCs, tablets and other mobile devices, and using apps, browsers and other interfaces.

Viacom Media Networks operates our media networks businesses through four brand groups: Music, Nickelodeon, Entertainment and BET Networks. Viacom Media Networks and its international operations reach approximately 700 million households in more than 165 countries and territories worldwide via more than 230 locally programmed and operated TV channels which include MTV®, VH1®, CMT®, Logo®, BET®, CENTRIC®, Nickelodeon®, Nick Jr.®, TeenNick®, Nicktoons®, Nick at Nite®, Comedy Central®, TV Land®, SPIKE®, Channel 5® (UK), Tr3s®, Paramount Channel™ and VIVA™, among others. Viacom Media Networks also provides extensive online, mobile and app experiences.

Our *Media Networks* segment generates revenues from advertising sales, affiliate fees and ancillary revenues. Revenues from the *Media Networks* segment accounted for 73%, 69% and 65% of our revenues for the fiscal years 2014, 2013 and 2012, respectively, after the elimination of intercompany revenues.

## Filmed Entertainment

Our *Filmed Entertainment* segment produces, finances, acquires and distributes motion pictures, television programming and other entertainment content under the Paramount Pictures®, Paramount Vantage®, Paramount Classics®, Insurge Pictures®, MTV Films®, Nickelodeon Movies™ and Paramount Television™ brands. Paramount Pictures, which celebrated its 100th anniversary in 2012, is a major global producer and distributor of filmed entertainment and has a library consisting of approximately 3,400 motion pictures and a small number of television programs. Paramount distributes motion pictures theatrically and on DVDs and Blu-ray discs, television, digital and other platforms in the United States and internationally for itself and for third parties. Paramount Television™, a new television production division, is focused on developing programming for television and digital platforms.

Our *Filmed Entertainment* segment generates revenues primarily from the release and/or distribution of motion pictures theatrically, through home entertainment, and through television and digital licensing and ancillary activities. Revenues from the *Filmed Entertainment* segment accounted for 27%, 31% and 35% of our revenues for fiscal years 2014, 2013 and 2012, respectively, after the elimination of intercompany revenues.

## Business Strategy

We develop and distribute television programming, motion pictures and other creative entertainment content to serve diverse audiences worldwide. We manage our global portfolio of brands with creativity, expertise and discipline to produce and distribute entertainment experiences across a wide variety of media platforms and engage consumers in many facets of their lives. With a strategic focus on content, we aim to:

- expand, enhance and evolve our brands worldwide by creating and acquiring popular content and other interactive experiences, building new networks and digital properties and innovating in other forms of entertainment;

- foster a creative, dynamic and diverse corporate culture that reflects the diverse audiences we serve and strengthens our position as a leader in entertainment for consumers around the world;

1

Table of Contents

- deepen our connection with audiences by investing wisely in content that fits our core businesses and brand portfolios and resonates with targeted audiences, leveraging our proprietary audience research to increase the level of original programming, building our content library, driving multi-platform engagement, and expanding our relationships with our advertising, distribution, licensing and production and talent partners;



**Nicktoons**

- Nicktoons is a leading cartoon destination targeting boys and featuring signature franchises such as *Dragon Ball Z Kai* and *Avatar: The Last Airbender*, as well as fan favorites such as *The Fairly OddParents* and *SpongeBob SquarePants*.

- Programming highlights included the series premiere of *Digimon Fusion* and new episode premieres of *Yu-Gi-Oh! ZEXAL*, as well as returning hits such as *NFL Rush Zone* and *Wild Grinders*.

- Nicktoons reached approximately 67.1 million domestic television households in September 2014.



**Nickelodeon Games Group**

- Nickelodeon develops and publishes mobile apps for its kids and family audiences, including apps distributed on Apple and Android platforms. Nickelodeon apps include top apps for preschoolers, leading the education category with the award-winning *Nick Jr. Draw and Play*, as well as *Umizoomi: Zoom Into Numbers*, *Dora Appisode: Perrito's Big Surprise* and *Bubble Guppies: Animal School Day*; hit game apps based on our hit shows like *SpongeBob Moves In* and *TMNT: Rooftop Run*; and apps based on original game characters such as *Scribble Hero*. As of September 30, 2014, Nickelodeon apps had been downloaded approximately 52 million times.

Other Nickelodeon properties include Nickelodeon Movies, Nickelodeon's motion picture brand, under which Paramount released *Teenage Mutant Ninja Turtles* in fiscal year 2014, and the Nickelodeon Animation Studio. In addition, Nickelodeon licenses its brands for recreation experiences such as hotels, cruises, theme parks and live tours.

*Entertainment*

The Entertainment group includes brands, content and services that generally target adult and male audiences. Our principal properties in this group include:



**COMEDY CENTRAL**

- Comedy Central is the destination for all things comedy, featuring award-winning "fake news" programs, stand-up and sketch comedy, sitcoms and animated programming. Comedy Central also operates a live comedy touring business.

- Programming highlights in fiscal year 2014 included the premiere of *@midnight*, where top comedians battle for the funniest take on the day's social media and pop culture, Emmy® and Peabody® Award-winning series *The Daily Show with Jon Stewart*, *The Colbert Report, Tosh.0, Workaholics, Inside Amy Schumer, South Park, Key & Peele, Futurama, Brickleberry, Drunk History* and *Nathan For You*.

- Comedy Central reached approximately 95.6 million domestic television households in September 2014.

7

**Table of Contents**

- Comedy Central's online, mobile and app experiences include Comedycentral.com, a leading online video platform featuring exclusive Comedy Central content; thedailyshow.com and Colbertnation.com, the official fan sites of *The Daily Show with Jon Stewart* and *The Colbert Report*; our interest in the official *South Park* website southparkstudios.com, which features the latest in *South Park* news and content; Jokes.com; and a number of apps such as *CC: Stand Up*. The Comedy Central "TV Everywhere" app, launched in fiscal year 2014, offers full episodes of its shows the day after they air, as well as stand-up specials, among other content. In the quarter ended September 30, 2014, the Comedy Central online properties averaged 10.2 million monthly unique visitors and approximately 23.4 million content video streams each month. As of September 30, 2014, the Comedy Central "TV Everywhere" app had been downloaded approximately 1.7 million times.



**SPIKE**

- SPIKE is a primarily male-oriented general entertainment brand featuring a mix of original and acquired programming, sports series, specials, live events and movies delivered on a linear cable television network, on demand, online and via other connected experiences.

- SPIKE programming highlights included favorites such as *Bar Rescue*, *Ink Master*, *Tattoo Nightmares*, *Catch a Contractor* and Bellator MMA; and tentpoles such as Spike's *Guys Choice Awards* and *One Night Only*.
- SPIKE reached approximately 95.1 million domestic television households in September 2014.
- SPIKE's online properties include SPIKE.com, the online destination featuring SPIKE content, and apps such as Bellator. In the quarter ended September 30, 2014, Spike.com averaged approximately 1.4 million monthly unique visitors and 2.7 million content video streams each month. As of September 30, 2014, Spike-branded apps had been downloaded approximately 217,000 times.



**TV Land**

- TV Land features a mix of original programming, classic and contemporary TV shows, specials and iconic movies designed to appeal to the entertainment needs and attitudes of adults in their 40s and 50s.
- Programming highlights included returning original favorites such as Emmy-nominated *Hot in Cleveland* and *The Exes*, *Jennifer Falls*, *Candid Camera* and *The Soul Man,* as well as acquisition favorites such as *Everybody Loves Raymond* and *The King of Queens*.
- TV Land reached approximately 94.3 million domestic television households in September 2014.
- TV Land's online properties include TVLand.com, TV Land's premiere destination for consumers in their 40s and 50s. In the quarter ended September 30, 2014, TVLand.com averaged approximately 260,000 monthly unique visitors and, according to internal data, 1.8 million content video streams each month.

Other Entertainment properties include a variety of additional apps and online services.

*BET Networks*

BET Networks is a leading provider of entertainment brands, content and services targeted to African-American audiences and consumers of Black culture worldwide. Our principal properties in this group include the flagship BET channel, CENTRIC, BET Gospel and BET Hip Hop.

8

**Table of Contents**



**BET**

- BET is the nation's leading television network providing entertainment, music, news and public affairs programming to African-American audiences. BET is a leading consumer brand in the urban marketplace with a diverse group of branded businesses, including BET, its core channel which focuses on young Black adults; BET Gospel, which features gospel music and spiritual programming; and BET Hip Hop, which spotlights hip hop music programming and performances.
- BET programming highlights in fiscal year 2014 included the premiere of *Being Mary Jane*; returning favorites such as *Real Husbands of Hollywood*, *The Game*, *106 & Park* and *Sunday Best*; and tentpoles such as the *BET Awards '14*, which was part of the second annual BET Experience, BET's three-day weekend celebration of music, entertainment and Black culture, which was attended by more than 150,000 people, *BET Honors Awards*, *Black Girls Rock*, *BET Hip Hop Awards*, *Soul Train Awards* and the *Celebration of Gospel*.



- BET reached approximately 89.5 million domestic television households in September 2014. According to internal data, BET Gospel and BET Hip Hop reached approximately 24.5 million and 2.9 domestic television households, respectively.
- BET.com is a leading online destination for African-American audiences and offers users content and interactive features for news, music, community, culture and other areas tailored to the unique interests and issues of African-Americans. BET.com also provides interactive entertainment content for BET Networks' program services. In the quarter ended September 30, 2014, BET.com averaged approximately 8.3 million monthly unique visitors.



- The BET Now app, launched in fiscal year 2014, provides fans access to a library of full episodes of current BET shows and classics. As of September 30, 2014, BET-branded apps had been downloaded approximately 3.5 million times.

demand, providing production services to third parties, primarily at Paramount's studio lot, licensing of its brands for consumer products and theme parks, and distribution of content specifically developed for digital platforms and game distribution.

Paramount releases films theatrically in domestic and international markets and generates revenues from audience ticket sales. Each motion picture is a separate and distinct product with its revenues, and ultimate profitability, dependent upon many factors, among which audience response is of fundamental importance. Theatrical revenues may be also affected by the number, timing and mix of competitive releases in any given period, consumer tastes and consumption habits, and overall economic conditions, including trends in discretionary spending. The theatrical success of a motion picture is a significant factor in determining the revenues it is likely to generate in home entertainment sales and licensing fees during the various other distribution windows. Revenues from motion picture theatrical releases tend to be cyclical with increases around the holidays that fall during the first quarter of our fiscal year, and in the summer months during our fourth quarter. Our home entertainment revenues may be affected by the number, timing and mix of home entertainment releases in any given period, consumer tastes and consumption habits, the prominence given by distributors and retailers to our releases compared to those of our competitors, and overall economic conditions, including consumer preference for rental or purchase and trends in discretionary spending. The mix of our revenues from home entertainment is shifting away from physical home entertainment toward digital forms of consumption.

*Filmed Entertainment* segment expenses consist of operating expenses, SG&A expenses and depreciation and amortization. Operating expenses principally include the amortization of film costs of our released feature films (including participations and residuals), print and advertising expenses and other distribution costs. We incur marketing costs before and throughout the theatrical release of a film and, to a lesser extent, other distribution windows. Such costs are incurred to generate public interest in our films and are expensed as incurred; therefore, we typically incur losses with respect to a particular film prior to and during the film's theatrical exhibition and profitability may not be realized until well after a film's theatrical release. Therefore, the results of the *Filmed Entertainment* segment can be volatile as films work their way through the various distribution windows. SG&A expenses include employee compensation, facility and occupancy costs, professional service fees and other overhead costs. Depreciation and amortization expense principally consists of depreciation of fixed assets.

## RESULTS OF OPERATIONS

### YEAR ENDED SEPTEMBER 30, 2014 vs. 2013

*Consolidated Results of Operations*

Our summary consolidated results of operations are presented below for the years ended September 30, 2014 and 2013.

| | Year Ended September 30, | | Better/(Worse) | |
|---|---|---|---|---|
| (in millions, except per share amounts) | **2014** | **2013** | **$** | **%** |
| Revenues | $ **13,783** | $ 13,794 | $ (11) | — % |
| Operating income | **4,082** | 3,836 | 246 | 6 |
| Adjusted operating income | **4,125** | 3,942 | 183 | 5 |
| Net earnings from continuing operations attributable to Viacom | **2,392** | 2,407 | (15) | (1) |
| Adjusted net earnings from continuing operations attributable to Viacom | **2,376** | 2,316 | 60 | 3 |
| Diluted EPS from continuing operations | **5.43** | 4.86 | 0.57 | 12 |
| Adjusted diluted EPS from continuing operations | $ **5.40** | $ 4.68 | $ 0.72 | 15 % |

Table of Contents

**Management's Discussion and Analysis
of Results of Operations and Financial Condition
(continued)**

See the section entitled *"Factors Affecting Comparability"* for a reconciliation of our adjusted measures to our reported results.

**Revenues**
Worldwide revenues were substantially flat at $13.783 billion in the year ended September 30, 2014. *Filmed Entertainment* revenues decreased $557 million, principally due to lower revenues across the distribution windows reflecting the number and mix of films. *Media Networks* contributed a partially offsetting increase in revenues of $515 million principally reflecting higher affiliate fees and advertising revenues.

**Operating Income**
Adjusted operating income increased $183 million, or 5%, to $4.125 billion in the year ended September 30, 2014. *Media Networks* adjusted operating income increased $175 million, reflecting higher revenues, partially offset by an increase in expenses. *Filmed Entertainment* adjusted

operating income decreased $29 million, reflecting the benefit of Marvel distribution rights sales in the prior year. Corporate expenses decreased 10% in the period, primarily due to lower deferred compensation costs. Adjusted results exclude the impact of a $43 million non-cash impairment charge in 2014 and the impact of $106 million of restructuring, asset impairment and other charges in 2013. Including these items in both years, operating income increased $246 million, or 6%.

See the section entitled *"Segment Results of Operations"* for a more in-depth discussion of the revenues, expenses and adjusted operating income for each of the *Media Networks* and *Filmed Entertainment* segments.

**Net Earnings from Continuing Operations Attributable to Viacom**
Adjusted net earnings from continuing operations attributable to Viacom increased $60 million, or 3%, to $2.376 billion in the year ended September 30, 2014. The increase in tax-effected adjusted operating income described above, higher equity in net earnings of investee companies and a lower effective income tax rate were partially offset by an increase in interest expense, reflecting higher levels of debt outstanding, and higher net earnings attributable to noncontrolling interests, which includes the renewal of a content distribution arrangement at a consolidated majority-owned joint venture.

Our effective income tax rate was 31.4% in 2014, as compared with 32.9% in 2013, excluding the impact of discrete tax items. The decrease in the effective income tax rate is principally due to incremental tax benefits associated with qualified production activities, as well as a change in the mix of domestic and international income.

Adjusted diluted EPS from continuing operations increased $0.72 per diluted share to $5.40, reflecting fewer outstanding shares and the impact of higher tax-effected adjusted operating income, partially offset by an increase in interest expense.

In addition to the operating items mentioned above, adjusted net earnings from continuing operations attributable to Viacom exclude a loss on the extinguishment of debt in 2014 and gains from the sales of our 20% interest in HBO Pacific Partners, V.O.F. ("HBO Pacific Partners") and our 22.5% interest in LAPTV, LLC ("LAPTV") in 2013, as well as discrete taxes in both years.

Including these items in both years, net earnings from continuing operations attributable to Viacom decreased $15 million, or 1%, and diluted EPS from continuing operations increased $0.57 per diluted share to $5.43.

*Segment Results of Operations*

Transactions between reportable segments are accounted for as third-party arrangements for the purposes of presenting segment results of operations. Typical intersegment transactions include the purchase of advertising by the *Filmed Entertainment* segment on *Media Networks'* properties and the purchase of *Filmed Entertainment's* feature films exhibition rights by *Media Networks*.

33

**Table of Contents**

**Management's Discussion and Analysis
of Results of Operations and Financial Condition
(continued)**

## Media Networks

| (in millions) | Year Ended September 30, | | | | Better/(Worse) | |
|---|---|---|---|---|---|---|
| | 2014 | | 2013 | | $ | % |
| **Revenues by Component** | | | | | | |
| Advertising | $ | 4,953 | $ | 4,855 | $ 98 | 2 % |
| Affiliate fees | | 4,660 | | 4,245 | 415 | 10 |
| Ancillary | | 558 | | 556 | 2 | — |
| Total revenues by component | $ | 10,171 | $ | 9,656 | $ 515 | 5 % |
| **Expenses** | | | | | | |
| Operating | $ | 3,622 | $ | 3,405 | $ (217) | (6)% |
| Selling, general and administrative | | 2,130 | | 2,011 | (119) | (6) |
| Depreciation and amortization | | 148 | | 144 | (4) | (3) |
| Total expenses | $ | 5,900 | $ | 5,560 | $ (340) | (6) |
| **Adjusted Operating Income** | $ | 4,271 | $ | 4,096 | $ 175 | 4 % |

**Revenues**

EX-21.1 2 exhibit211.htm SUBSIDIARIES OF VIACOM INC.

Exhibit 21.1

## Subsidiaries of Viacom Inc. (as of October 31, 2014)

| Subsidiary Name | Place of Incorporation or Organization |
| --- | --- |
| 365Gay LLC | Delaware |
| 37th Floor Productions Inc. | Delaware |
| 38th Floor Productions Inc. | Delaware |
| 5555 Communications Inc. | Delaware |
| Aardvark Productions, Inc. | Delaware |
| Acquisition Group West LLC | Delaware |
| Adoy LLC | Delaware |
| After School Productions Inc. | Delaware |
| AfterL.com LLC | Delaware |
| Air Realty Corporation | Delaware |
| Air Realty LLC | Delaware |
| All About Productions LLC | Delaware |
| Animated Productions Inc. | Delaware |
| Artcraft Productions Inc. | Delaware |
| Atom Digital Inc. | Delaware |
| Atom Entertainment, Inc. | Delaware |
| August Street Films Limited | United Kingdom |
| Awesomeness Inc. | Delaware |
| Babunga Inc. | Delaware |
| Beijing Yalian Online Network Technology Co. Ltd. | China |
| Belhaven Limited | Bahamas |
| Bellator Sport Worldwide LLC | Delaware |
| Benjamin Button Productions LLC | Louisiana |
| BET Acquisition Corp. | Delaware |
| BET Arabesque, LLC | Delaware |
| BET Comic View II, LLC | Delaware |
| BET Consumer Services, Inc. | Delaware |
| BET Creations, Inc. | Delaware |
| BET Development Company | Delaware |
| BET Documentaries, LLC | Delaware |
| BET Event Productions, LLC | Delaware |

| | |
|---|---|
| BET Holdings LLC | Delaware |
| BET Innovations Publishing, Inc. | Delaware |
| BET Interactive, LLC | Delaware |
| BET International, Inc. | Delaware |
| BET Live from LA, LLC | Delaware |
| BET Music Soundz, Inc. | Delaware |
| BET Oh Drama!, LLC | Delaware |
| BET Pictures II Development & Production, Inc. | Delaware |
| BET Pictures II Distribution, Inc. | Delaware |

1

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| BET Pictures II, LLC | Delaware |
| BET Productions II, Inc. | Delaware |
| BET Productions IV, LLC | Delaware |
| BET Productions V, Inc. | Delaware |
| BET Productions, LLC | Delaware |
| BET Satellite Services, Inc. | Delaware |
| BET Services, Inc. | District of Columbia |
| Beta Theatres Inc. | Delaware |
| BETN Theatre Ventures, LLC | Delaware |
| Big Shows Inc. | Delaware |
| Bikini Bottom Holdings Inc. | Delaware |
| Bikini Bottom Productions Limited Liability Company | New York |
| Black Entertainment Television LLC | District of Columbia |
| Blackout Productions Inc. | Delaware |
| Bling Productions Inc. | Delaware |
| Blue Sea Productions, Inc. | Delaware |
| Blue/White Productions, Inc. | Delaware |
| BN Productions Inc. | Delaware |
| Box Italy LLC, The | Delaware |
| Box Worldwide LLC, The | Delaware |
| Breakdown Productions Inc. | Delaware |
| Bronson Avenue LLC | Delaware |
| Bronson Gate Film Management GmbH | Germany |

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| Caper Productions LLC | Delaware |
| Capital Equipment Leasing Limited | United Kingdom |
| CC Direct Inc. | Delaware |
| Central Productions LLC | Delaware |
| Channel 5 Broadcasting Limited | United Kingdom |
| Channel 5 Interactive Limited | United Kingdom |
| Cinematic Arts B.V. | Netherlands |
| Cloverleaf Productions Inc. | Delaware |
| CMT Productions Inc. | Delaware |
| Columbus Circle Films LLC | Delaware |
| Comedy Partners | New York |
| Commerce Street Productions Inc. | Delaware |
| Country Music Television, Inc. | Tennessee |
| Country Network Enterprises, Inc. | Delaware |
| Country Services Inc. | Delaware |
| country.com, Inc. | Delaware |
| Cradle of Life Productions LLC | Delaware |
| Creative Mix Inc. | Delaware |
| CVV (Japan) B.V. | Netherlands |
| Danielle Productions LLC | Delaware |

2

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| Daza Productions Inc. | Delaware |
| DIGICO Inc. | Delaware |
| Direct Court Productions, Inc. | Delaware |
| DL Development LLC | Delaware |
| DM Holding Inc. | Delaware |
| DMS Holdco Inc. | Delaware |
| DTE Films LLC | Delaware |
| DW (Netherlands) B.V. | Netherlands |
| DW Distribution L.L.C. | Delaware |
| DW Dramatic Television L.L.C. | Delaware |
| DW Films L.L.C. | Delaware |
| DW Finance L.L.C. | Delaware |

| Subsidiary Name | Place of Incorporation or Organization |
| --- | --- |
| DW Funding, LLC | Delaware |
| DW Holdco LLC | Delaware |
| DW International Distribution L.L.C. | Delaware |
| DW International Productions L.L.C. | Delaware |
| DW Internet L.L.C. | Delaware |
| DW Music Publishing L.L.C. | Delaware |
| DW Music Publishing Nashville L.L.C. | Delaware |
| DW One Corp. | Delaware |
| DW Project Development L.L.C. | Delaware |
| DW SKG TV L.L.C. | Delaware |
| DW Studios L.L.C. | Delaware |
| DW Studios Productions L.L.C. | Delaware |
| DW Television Animation L.L.C. | Delaware |
| DW Television L.L.C. | Delaware |
| DW TV Finance I L.L.C. | Delaware |
| DW Two Corp. | Delaware |
| DWTT Productions Limited | New Zealand |
| Eighth Century Corporation | Delaware |
| Elevate Productions Inc. | Delaware |
| Emily Productions LLC | Delaware |
| Express Lane Productions Inc. | Delaware |
| Failure To Launch Productions LLC | Louisiana |
| Famous Orange Productions Inc. | Delaware |
| Famous Players International B.V. | Netherlands |
| Festival Inc. | Delaware |
| Films Paramount S.A.S. | France |
| Futa B.V. | Netherlands |
| Future General Corporation | Delaware |
| Game One SAS | France |
| Games Animation Inc. | Delaware |
| Games Productions Inc. | Delaware |

3

| Subsidiary Name | Place of Incorporation or Organization |
| --- | --- |
| GC Productions Inc. | Delaware |

| | |
|---|---|
| Gladiator Productions L.L.C. | Delaware |
| Global Film Distributors B.V. | Netherlands |
| Government Issue LLC | Louisiana |
| Grace Productions LLC | Delaware |
| Gramps Company Inc., The | Delaware |
| Hard Caliche LLC | New Mexico |
| Hey Yeah Productions Inc. | Delaware |
| High Command Productions Limited | United Kingdom |
| House of Yes Productions Inc. | Delaware |
| Hudson Street Productions, Inc. | Delaware |
| Ignite Media Brands Group Pty Limited | Australia |
| Imagine Radio, Inc. | California |
| Invisions Holding B.V. | Netherlands |
| Joseph Productions Inc. | Delaware |
| King Street Productions Inc. | Delaware |
| Ladies Man Productions USA Inc. | Delaware |
| Last Holiday Productions LLC | Louisiana |
| Lisarb Holding B.V. | Netherlands |
| Little Boston Company Inc. | Delaware |
| Long Branch Productions LLC | Louisiana |
| Long Road Productions | Illinois |
| Louisiana CMT LLC | Louisiana |
| Louisiana RPI LLC | Louisiana |
| MAD Production Trucking Company | Delaware |
| Magical Motion Pictures Inc. | Delaware |
| Magicam, Inc. | Delaware |
| Marathon Holdings Inc. | Delaware |
| Mattalex Two LLC | Delaware |
| MDP Productions, LLC | Delaware |
| Meadowland Parkway Associates | New Jersey |
| Melange Pictures LLC | Delaware |
| Michaela Productions Inc. | Delaware |
| Milano Design Studio S.r.l. | Italy |
| MMA Holdco Inc. | Delaware |
| MonkeyWurks LLC | Delaware |
| MoonMan Productions Inc. | Delaware |

| Subsidiary Name | Place of Incorporation or Organization |
| --- | --- |
| MTV Animation Inc. | Delaware |
| MTV Asia | Cayman Islands |
| MTV Asia Development Company Inc. | Delaware |
| MTV Asia Ownership One | Cayman Islands |
| MTV Asia Ventures (India) Pte. Limited | Mauritius |
| MTV Asia Ventures Co. | Cayman Islands |

4

| Subsidiary Name | Place of Incorporation or Organization |
| --- | --- |
| MTV Channel Espana S.L.U. | Spain |
| MTV DMS Inc. | Delaware |
| MTV Games Inc. | Delaware |
| MTV Hong Kong Limited | Hong Kong |
| MTV India | Cayman Islands |
| MTV Italia SRL | Italy |
| MTV Networks Africa (Pty) Limited | South Africa |
| MTV Networks Argentina LLC | Delaware |
| MTV Networks Argentina S.R.L. | Argentina |
| MTV Networks Canada, ULC | Canada |
| MTV Networks Colombia S.A.S. | Colombia |
| MTV Networks Company | Delaware |
| MTV Networks de Mexico, S. de R.L. de C.V. | Mexico |
| MTV Networks Enterprises Inc. | Delaware |
| MTV Networks Europe | Delaware |
| MTV Networks Europe Inc. | Delaware |
| MTV Networks Global Services Inc. | Delaware |
| MTV Networks Holdings SARL | France |
| MTV Networks Japan G.K. | Japan |
| MTV Networks Japan K.K. | Japan |
| MTV Networks Latin America Inc. | Delaware |
| MTV Networks, Lda | Portugal |
| MTV Networks MENA FZ-LLC | United Arab Emirates |
| MTV Networks Music Productions Inc. | Delaware |
| MTV Networks Nigeria Limited | Nigeria |
| MTV Networks On Campus Inc. | Delaware |

| | |
|---|---|
| MTV Networks s.r.o. | Czech Republic |
| MTV Networks Sarl | France |
| MTV NZ Limited | New Zealand |
| MTV Ownership (Portugal), LDA | Portugal |
| MTV Russia Holdings Inc. | Delaware |
| MTV S.A. LDC | Cayman Islands |
| MTV Songs Inc. | Delaware |
| MTV Taiwan LDC | Cayman Islands |
| MTVBVI Inc. | Delaware |
| MTVi Group, Inc., The | Delaware |
| MTVN Direct Inc. | Delaware |
| MTVN Online Partner I Inc. | Delaware |
| MTVN Social Gaming Inc. | Delaware |
| Music by Nickelodeon Inc. | Delaware |
| Music by Video Inc. | Delaware |
| N.V. Broadcasting (Canada) Inc. | Canada |
| Netherlands Management Services LLC | Delaware |

5

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| Netherlands Overseas Inc. | Delaware |
| Neutronium Inc. | Delaware |
| New 38th Floor Productions Inc. | Delaware |
| New Country Services Inc. | Delaware |
| New Creative Mix Inc. | Delaware |
| New Games Productions Inc. | Delaware |
| New International Mix Inc. | Delaware |
| New Nickelodeon Animation Studios Inc. | Delaware |
| New Not Before 10AM Productions Inc. | Delaware |
| New Open Door Productions Inc. | Delaware |
| New Pop Culture Productions Inc. | Delaware |
| New Remote Productions Inc. | Delaware |
| Newdon Productions | Illinois |
| Nick at Nite's TV Land Retromercials Inc. | Delaware |
| Nickelodeon Animation Studios Inc. | Delaware |

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| Nickelodeon Asia Holdings Pte Ltd | Singapore |
| Nickelodeon Australia | Australia |
| Nickelodeon Australia Inc. | Delaware |
| Nickelodeon Australia Management Pty Ltd. | Australia |
| Nickelodeon Brasil Inc. | Delaware |
| Nickelodeon Direct Inc. | Delaware |
| Nickelodeon Global Network Ventures Inc. | Delaware |
| Nickelodeon Huggings U.K. Limited | United Kingdom |
| Nickelodeon India Pvt Ltd | India |
| Nickelodeon International Limited | England |
| Nickelodeon Magazines Inc. | Delaware |
| Nickelodeon Movies Inc. | Delaware |
| Nickelodeon Notes Inc. | Delaware |
| Nickelodeon Online Inc. | Delaware |
| Nickelodeon U.K. Limited | United Kingdom |
| Nickelodeon UK Holdings LLC | Delaware |
| Nickelodeon Virtual Worlds LLC | Delaware |
| Night Falls Productions Inc. | Delaware |
| NM Classics Inc. | Delaware |
| Noggin LLC | Delaware |
| Not Before 10am Productions Inc. | Delaware |
| NP Domains, Inc. | Delaware |
| NV International, Inc. | Georgia |
| On Second Thought Productions Inc. | Canada |
| On-Site Productions Inc. | Delaware |
| OOO MTV Networks Entertainment Vostok | Russian Federation |
| OOO MTV Networks Music Vostok | Russian Federation |
| OOO MTV Networks Nick Vostok | Russian Federation |

6

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| OOO MTV Networks Vostok | Russian Federation |
| Open Door Productions Inc. | Delaware |
| Outdoor Entertainment, Inc. | Tennessee |
| Override Pictures LLC | Delaware |

| | |
|---|---|
| Paramount British Pictures Limited | United Kingdom |
| Paramount Channel Espana, S.L.U. | Spain |
| Paramount China B.V. | Netherlands |
| Paramount Comedy Channel Espana S.L.U. | Spain |
| Paramount Digital Entertainment Inc. | Delaware |
| Paramount Films of Australia Inc. | Delaware |
| Paramount Films of China, Inc. | Delaware |
| Paramount Films of India, Ltd. | Delaware |
| Paramount Films of Southeast Asia Inc. | Delaware |
| Paramount Home Entertainment (Australasia) Pty. Limited | Australia |
| Paramount Home Entertainment (Brazil) Limitada | Brazil |
| Paramount Home Entertainment (France) S.A.S. | France |
| Paramount Home Entertainment (Germany) GmbH | Germany |
| Paramount Home Entertainment (Italy) SRL | Italy |
| Paramount Home Entertainment (Mexico) S. de R.L. de C.V. | Mexico |
| Paramount Home Entertainment (Mexico) Services S. de R.L. de C.V. | Mexico |
| Paramount Home Entertainment (UK) | United Kingdom |
| Paramount Home Entertainment Distribution Inc. | Delaware |
| Paramount Home Entertainment Inc. | Delaware |
| Paramount Home Entertainment International (Holdings) B.V. | Netherlands |
| Paramount Home Entertainment International B.V. | Netherlands |
| Paramount Home Entertainment International Limited | United Kingdom |
| Paramount Images Inc. | Delaware |
| Paramount International (Netherlands) B.V. | Netherlands |
| Paramount Japan G.K. | Japan |
| Paramount LAPTV Inc. | Delaware |
| Paramount Latin America SRL | Argentina |
| Paramount Licensing Inc. | Delaware |
| Paramount NMOC LLC | Delaware |
| Paramount Overseas Productions, Inc. | Delaware |
| Paramount Pictures Australia Pty. Limited | Australia |
| Paramount Pictures Brasil Distribuidora de Filmes Ltda | Brazil |
| Paramount Pictures China Limited | Hong Kong |
| Paramount Pictures Corporation | Delaware |
| Paramount Pictures Corporation (Canada) Inc. | Canada |
| Paramount Pictures Entertainment Canada Inc. | Canada |

| | |
|---|---|
| Paramount Pictures France Sarl | France |
| Paramount Pictures Germany GmbH | Germany |
| Paramount Pictures International Limited | United Kingdom |

7

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| Paramount Pictures Louisiana Production Investments II LLC | Louisiana |
| Paramount Pictures Louisiana Production Investments III LLC | Louisiana |
| Paramount Pictures Louisiana Production Investments LLC | Louisiana |
| Paramount Pictures Mexico S. de R.L. de C.V. | Mexico |
| Paramount Pictures NZ | New Zealand |
| Paramount Pictures Services UK | United Kingdom |
| Paramount Pictures UK | United Kingdom |
| Paramount Production Support Inc. | Delaware |
| Paramount Productions Service Corporation | Delaware |
| Paramount Spain S.L.U. | Spain |
| Paramount Worldwide Productions Inc. | Delaware |
| Park Court Productions, Inc. | Delaware |
| Peanut Worm Productions Inc. | Delaware |
| Peppercorn Productions, Inc. | Tennessee |
| Pet II Productions Inc. | Delaware |
| Pop Channel Productions Inc. | Delaware |
| Pop Culture Productions Inc. | Delaware |
| Pop Toons Inc. | Delaware |
| PPC Film Management GmbH | Germany |
| PPG Holding 5 B.V. | Netherlands |
| PPG Holding 95 B.V. | Netherlands |
| Premiere House, Inc. | Delaware |
| Prime Directive Productions Inc. | Delaware |
| PT MTV Indonesia | Indonesia |
| RateMyProfessors.com International LLC | Delaware |
| RateMyProfessors.com LLC | Delaware |
| Remote Productions Inc. | Delaware |
| Sammarnick Insurance Corporation | New York |
| Screenlife Licensing, LLC | Nevada |

| | |
|---|---|
| Screenlife, LLC | Washington |
| See Yourself Productions Inc. | Delaware |
| Servicios Para Empresas de Entretenimiento, S. de R.L. de C.V. | Mexico |
| SFI Song Company | Delaware |
| SKG Louisiana L.L.C. | Louisiana |
| SKG Music L.L.C. | Delaware |
| SKG Music Nashville Inc. | Delaware |
| SKG Music Publishing L.L.C. | Delaware |
| SKG Productions L.L.C. | Louisiana |
| SKG Studios Canada Inc. | Canada |
| Social Project LLC | Delaware |
| SonicNet LLC | Delaware |
| South Park Digital Studios LLC | Delaware |
| Spelling Films Inc. | Delaware |

8

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| Spelling Films Music Inc. | Delaware |
| Spelling Pictures Inc. | Delaware |
| Spike Cable Networks Inc. | Delaware |
| Spike Digital Entertainment LLC | Delaware |
| Springy Productions Pty. Limited | Australia |
| Stepdude Productions LLC | Louisiana |
| Study Hall Films Inc. | Delaware |
| Sunday Best, LLC | Louisiana |
| Superstar Productions USA Inc. | Delaware |
| Talent Court Productions, Inc. | Delaware |
| Telenovelas Productions SRL | Barbados |
| The Box Holland B.V. | Netherlands |
| The Paramount UK Partnership | United Kingdom |
| Thinner Productions, Inc. | Delaware |
| Thunder, Inc. | Delaware |
| Timeline Films Inc. | Canada |
| TNN Classic Sessions, Inc. | Delaware |
| TNN Productions, Inc. | Delaware |

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| Top Up TV 1 Limited | Jersey |
| Tunes by Nickelodeon Inc. | Delaware |
| Turnip Productions LLC | Delaware |
| UE Site Acquisition LLC | Delaware |
| Untitled Productions II LLC | Delaware |
| Uptown Productions Inc. | Delaware |
| URGE PrePaid Cards Inc. | Virginia |
| Viacom (Deutschland) Beteiligungen GmbH | Germany |
| Viacom Animation of Korea Inc. | Delaware |
| Viacom Asia (Beijing) Advertising and Media Co. Ltd. | China |
| Viacom Asia Inc. | Delaware |
| Viacom Brand Solutions Limited | United Kingdom |
| Viacom Caledonia LP | United Kingdom |
| Viacom Camden Lock Inc. | Delaware |
| Viacom Camden Lock Limited | United Kingdom |
| Viacom Canadian Productions Holdings Inc. | Canada |
| Viacom Domains Limited | Canada |
| Viacom Global (Netherlands) B.V. | Netherlands |
| Viacom Global Hungary Kft. | Hungary |
| Viacom Global Limited | United Kingdom |
| Viacom Global Services Inc. | Delaware |
| Viacom Hearty Ha!Ha! LLC | Delaware |
| Viacom Holdings Germany LLC | Delaware |
| Viacom Holdings Italia S.r.l. | Italy |
| Viacom International Administration Inc. | Delaware |

9

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| Viacom International Hungary Kft. | Hungary |
| Viacom International Inc. | Delaware |
| Viacom International Inc. Political Action Committee Corporation | New York |
| Viacom International Media Networks (Malaysia) Sdn. Bhd. | Malaysia |
| Viacom International Media Networks Italia S.r.l. | Italy |
| Viacom International Services Inc. | Delaware |
| Viacom International Studios Inc. | Delaware |

| | |
|---|---|
| Viacom Limited | New Zealand |
| Viacom Limited | United Kingdom |
| Viacom Netherlands Management LLC | Delaware |
| Viacom Networks Brasil Programacao Televisiva E Publicidade Ltda. | Brazil |
| Viacom Networks Europe Inc. | Delaware |
| Viacom Networks Italia Limited | United Kingdom |
| Viacom Notes Inc. | Delaware |
| Viacom Overseas Finance C.V. | Netherlands |
| Viacom Overseas Holdings C.V. | Netherlands |
| Viacom Realty Corporation | Delaware |
| Viacom Songs Inc. | Delaware |
| Viacom Sterling Finance C.V. | Netherlands |
| Viacom Subsidiary Management Corp. | Delaware |
| Viacom Telecommunications LLC | Delaware |
| Viacom Tunes Inc. | Delaware |
| Viacom Ventures B.V. | Netherlands |
| Viacom Ventures Inc. | Delaware |
| VIMN Advertising and Brand Solutions S.r.l. | Italy |
| VIMN Australia Pty Limited | Australia |
| VIMN Belgium BvbA | Belgium |
| VIMN CP Services (UK) Limited | United Kingdom |
| VIMN CP Services, ULC | Canada |
| VIMN CP Serviços (Brasil) Ltda. | Brazil |
| VIMN Finance B.V. | Netherlands |
| VIMN Germany GmbH | Germany |
| VIMN Netherlands B.V. | Netherlands |
| VIMN Netherlands Holding B.V. | Netherlands |
| VIMN Nordic AB | Sweden |
| VIMN Poland sp. z o.o. | Poland |
| VIMN Polska B.V. | Netherlands |
| VIMN Switzerland AG | Switzerland |
| VIVA Media GmbH | Germany |
| VMN Digital Inc. | Delaware |
| Wilshire Court Productions LLC | Delaware |
| World Sports Enterprises | Tennessee |
| Worldwide Productions, Inc. | Delaware |

| Subsidiary Name | Place of Incorporation or Organization |
| --- | --- |
| Wuthering Heights, CA Productions Inc. | Delaware |
| Yellams LDC | Cayman Islands |
| Z+ Holding Asset Management Ltd. | Hungary |
| Zarina 99 Vermogensverwaltungs GmbH | Germany |
| Zoo Films LLC | Delaware |
| Zukor LLC | Delaware |

11