1  Joseph R. Saveri (State Bar No. 130064)
   Joshua P. Davis (State Bar No. 193254)
2  JOSEPH SAVERI LAW FIRM, INC.
   505 Montgomery Street, Suite 625
3  San Francisco, California 94111
   Telephone: (415) 500-6800
4  Facsimile:  (415) 395-9940
   jsaveri@saverilawfirm.com
5  jdavis@saverilawfirm.com

6  Benjamin D. Brown (State Bar No. 202545)
   Hiba Hafiz (pro hac vice pending)
7  COHEN MILSTEIN SELLERS & TOLL, PLLC
   1100 New York Ave., N.W., Suite 500, East Tower
8  Washington, DC 20005
   Telephone: (202) 408-4600
9  Facsimile:  (202) 408 4699
   bbrown@cohenmilstein.com
10 hhafiz@cohenmilstein.com

11 Eric L. Cramer (pro hac vice pending)
   Michael Dell'Angelo (pro hac vice pending)
12 BERGER & MONTAGUE, P.C.
   1622 Locust Street
13 Philadelphia, PA 19103
   Telephone: (215) 875-3000
14 Facsimile:  (215) 875-4604
   ecramer@bm.net
15 mdellangelo@bm.net

16 *Attorneys for Individual and Representative Plaintiffs*
   *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
17 *Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo*
   *Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and*
18 *Darren Uyenoyama*

19 [Additional Counsel Listed On Signature Page]

20            **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
21                 **SAN JOSE DIVISION**

22 **Cung Le, Nathan Quarry, Jon Fitch, on behalf of**       **Case No. 5:14-cv-05484-EJD**
   **themselves and all others similarly situated,**               **5:14-cv-05591-EJD**
23                                                                **5:14-cv-05621-EJD**
                           **Plaintiffs,**                         **5:15-cv-00521-EJD**
24                                                                **5:15-cv-01324-PSG**
                     **v.**
25
   **Zuffa, LLC, d/b/a Ultimate Fighting**                   **ADMINISTRATIVE MOTION TO**
26 **Championship and UFC,**                                 **CONSIDER WHETHER CASES**
                                                             **SHOULD BE RELATED PURSUANT**
27                        **Defendant.**                      **TO CIVIL L. R. 3-12 AND 7-11**

28

5:14-cv-05484-EJD, 5:14-cv-05591-EJD ,
5:14-cv-05621-EJD, 5:15-cv-00521-EJD,
5:15-cv-01324-PSG
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,

                Plaintiffs,

     v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

                Defendant.

---

Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,

                Plaintiffs,

     v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

                Defendant.

---

Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,

                Plaintiffs,

     v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

                Defendant.

Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,

                Plaintiffs,

     v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

                Defendant.

5:14-cv-05484-EJD, 5:14-cv-05591-EJD , 5:14-cv-05621-EJD, 5:15-cv-00521-EJD, 5:15-cv-01324-PSG

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren Uyenoyama (collectively, "Plaintiffs") submit this administrative motion requesting the Court to consider whether *Kingsbury et al v. Zuffa, LLC*, Case No. 5:15-cv-01324-PSG (the "*Kingsbury* Action"), filed in this District on March 20, 2015, should be related to the instant and first filed action, *Le et al. v. Zuffa LLC*, Case No. 5:14-cv-05484-EJD (the "*Le* action"), filed December 16, 2014.[1]

Civil Local Rule 3-12(a) provides that actions are related when (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

The *Kingsbury* Action should be related to the instant action because these actions together readily meet the criteria for relation set forth above. Indeed, no substantive difference exists between the allegations and claims for relief in the *Kingsbury* Action and in the instant action. The *Kingsbury* Action alleges facts and asserts claims involving the same scheme of anticompetitive behavior as that alleged in the *Le* Action. As in the instant case, the *Kingsbury* plaintiffs have filed suit to seek recovery on behalf of two classes: (1) "Bout Plaintiffs"—Elite Professional Mixed Martial Arts ("MMA") Fighters who fought in at least one bout promoted by defendant Zuffa[2]; and (2) "Identity Plaintiffs"—Elite Professional MMA Fighters whose Identity was expropriated or exploited by Zuffa. Identically to the *Le* plaintiffs, Plaintiffs Kingsbury and Uyenoyama seek class damages and injunctive relief for monopolization under Section 2 of the Sherman Act, 15 U.S.C. § 2. Like the *Le* Plaintiffs, Kingsbury and Uyenoyama allege a class period running from December 16, 2010 to the present.

---

[1] This Court has already related three other cases to the *Le* case: Vazquez et al. v. Zuff, LLC, No. 5:14-cv-05591-EJD; Vera et al. v. Zuffa.LLC, No. 5:14-cv-05621; and, Ruediger et al. v. Zuffa, LLC, No. 5:15-cv-00521-EJD. These three cases, like *Kingsbury,* involve the same class period, material allegations, relief sought and Defendant.

[2] "Zuffa" refers to Zuffa, LLC and its registered trademarks Ultimate Fighting Championship® and UFC®.

5:14-cv-05484-EJD, 5:14-cv-05591-EJD ,
5:14-cv-05621-EJD, 5:15-cv-00521-EJD,
5:15-cv-01324-PSG

3

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1    The class period, the material allegations, the relief sought, and the defendant are the same in the

2    two cases. As such, these two cases will require adjudication of the same questions of law and fact.

3    Relation of the *Kingsbury* Action to the first-filed *Le* Action therefore will promote the conservation of

4    judicial and party resources in these cases and will ensure efficiency in their prosecution and final

5    disposition. On the other hand, were the *Kingsbury* Action to proceed separately from the *Le* Action, the

6    Court and the parties would experience unduly burdensome duplication of labor and expenses and would

7    face the possibility of conflicting results.

8    Therefore, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd

9    Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren

10   Uyenoyama respectfully request that the Court relate the *Kingsbury* Action to the *Le* Action.

11   Dated: March 23, 2015

JOSEPH SAVERI LAW FIRM, INC.

By:       */s/ Joseph R. Saveri*
            Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
Kevin E. Rayhill (State Bar No. 267496)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

Robert C. Maysey (State Bar No. 205769)
Jerome K. Elwell (*pro hac vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone:  (602) 264-7101
Facsimile:  (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

5:14-cv-05484-EJD, 5:14-cv-05591-EJD ,
5:14-cv-05621-EJD, 5:15-cv-00521-EJD,
5:15-cv-01324-PSG

4

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Benjamin D. Brown (State Bar No. 202545)
Richard A. Koffman (*pro hac vice*)
Hiba Hafiz (*pro hac vice* pending)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
Michael C. Dell'Angelo (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Frederick S. Schwartz (State Bar No. 145351)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone:  (818) 986-2407
Facsimile:   (818) 995-4124
fred@fredschwartzlaw.com

5:14-cv-05484-EJD, 5:14-cv-05591-EJD ,
5:14-cv-05621-EJD, 5:15-cv-00521-EJD,
5:15-cv-01324-PSG
5

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eugene A. Spector (*pro hac vice* pending)
Jeffrey J. Corrigan (*pro hac vice* pending)
Jay S. Cohen (*pro hac vice* pending)
William G. Caldes (*pro hac vice* pending)
SPECTOR ROSEMAN
KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA  19103
Telephone:   (215) 496-0300
Facsimile:   (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
bcaldes@srkw-law.com

*Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Dennis Lloyd Hallman, Brandon Vera,
Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle
Kingsbury and Darren Uyenoyama*

5:14-cv-05484-EJD, 5:14-cv-05591-EJD ,
5:14-cv-05621-EJD, 5:15-cv-00521-EJD,
5:15-cv-01324-PSG
6
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED