1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05484-EJD<br>5:14-cv-05591-EJD<br>5:14-cv-05621-EJD<br>5:15-cv-00521-EJD<br>5:15-cv-01324-PSG<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-PSG

[Proposed] Order Granting Plaintiffs' Administrative Motion To Consider Whether Cases Should Be Related

|   |   |
|---|---|
| 1 | **Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,** |
| 2 |   |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** |
| 6 | Defendant. |
| 7 |   |
| 8 | **Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,** |
| 9 | Plaintiffs, |
| 10 | v. |
| 11 | **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** |
| 12 |   |
| 13 | Defendant. |
| 14 | **Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,** |
| 15 |   |
| 16 | Plaintiffs, |
| 17 | v. |
| 18 | **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** |
| 19 |   |
| 20 | Defendant. |

This matter came before the Court on Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger Mac Danzig, Kyle Kingsbury and Darren Uyenoyama's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11, filed on February 9, 2015.

Having considered the Motion, the papers submitted in support, and good cause appearing, the Court hereby **GRANTS** the Motion.

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-PSG

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

**IT IS HEREBY ORDERED** that *Kingsbury et al. v. Zuffa, LLC,* Case No. 5:15-cv-01324-PSG, is related to *Le et al. v. Zuffa, LLC*, Case No. 5:14-cv-05484-EJD, and is assigned to the undersigned Judge for all purposes.

DATED: _____   By: _____
                                              Edward J. Davila
                                              United States District Judge