Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile: (202) 408-4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case Nos. 5:14-cv-05484-EJD, 5:14-cv-05591-EJD, 5:14-cv-05621-EJD; 5:15-cv-00521-EJD; 5:15-cv-01324-EJD<br><br>**DECLARATION OF PLAINTIFF KYLE KINGSBURY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE** |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

DECLARATION OF PLAINTIFF KYLE KINGSBURY

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

DECLARATION OF PLAINTIFF KYLE KINGSBURY

I, Kyle Kingsbury, declare that I am more than 18 years of age and I am competent to testify about the subjects declared herein, and that under the penalty of perjury, the following declarations are true and correct and based on my personal knowledge:

1. I am an Elite Professional MMA Fighter and proposed representative of the Bout and Identity Classes in the above-captioned matter. Along with Co-Plaintiff Darren Uyenoyama, I filed the complaint in the above-captioned *Kingsbury et al. v. Zuffa LLC*, No. 3:15-cv-01324, on March 20, 2015.

2. I currently reside in this District in Sunnyvale, California.

3. I competed in UFC-promoted bouts in the United States from December 2008 to July 2014. Specifically, I competed in "UFC 139" on November 19, 2011, and UFC on Fox 12" on July 26, 2014 at the HP Pavilion (currently the "SAP Center") in San Jose, California.

4. Along with residing and fighting in San Jose, California, I consistently trained for MMA bouts in San Jose.

5. My compensation for participation in UFC bouts was artificially suppressed due to the anticompetitive scheme alleged in the complaint.

6. I appeared in Topps Trading Card sets, including a series in 2012, which are still sold today.

7. My identity was expropriated and my compensation for appearing in UFC Licensed Merchandise and UFC Promotional Materials was artificially suppressed.

8. I was and continue to be injured as a result of the UFC's unlawful conduct.

9. I chose to file the above-captioned matter in this District because it was by far the most convenient forum to pursue my antitrust claim. I reside with my family and continue to train in this District, making it the most convenient forum for me to litigate this action. It would produce considerable hardship to be called to testify in an alternative, out-of-state forum.

Dated: April 10, 2015        By: _____
                                  Kyle Kingsbury

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD
3