```
 1  Joseph R. Saveri (State Bar No. 130064)
    JOSEPH SAVERI LAW FIRM, INC.
 2  505 Montgomery Street, Suite 625
    San Francisco, California 94111
 3  Telephone: (415) 500-6800
    Facsimile: (415) 395-9940
 4  jsaveri@saverilawfirm.com

 5  Richard A. Koffman (pro hac vice)
    COHEN MILSTEIN SELLERS & TOLL PLLC
 6  1100 New York Ave. NW
    Suite 500, West Tower
 7  Washington, DC 20005
    Telephone:  (202) 408-4600
 8  Facsimile: (202) 408-4699
    rkoffman@cohenmilstein.com
 9
    Eric L. Cramer (pro hac vice)
10  BERGER & MONTAGE, P.C.
    1622 Locust Street
11  Philadelphia, PA 19103
    Telephone: (215) 875-3000
12  Facsimile: (215) 875-4604
    ecramer@bm.net
13
14  Attorneys for Individual and Representative
    Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,
15  Luis Javier Vazquez, Dennis Lloyd Hallman,
    Brandon Vera, Pablo Garza, Gabe Ruediger,
16  Mac Danzig, Kyle Kingsbury, and Darren
    Uyenoyama
17
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case Nos. 5:14-cv-05484-EJD, 5:14-cv-05591-EJD, 5:14-cv-05621-EJD; 5:15-cv-00521-EJD; 5:15-cv-01324-EJD<br><br>**DECLARATION OF PLAINTIFF JON FITCH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE** |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

DECLARATION OF PLAINTIFF JON FITCH

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

DECLARATION OF PLAINTIFF JON FITCH

I, Jon Fitch, declare that I am more than 18 years of age and I am competent to testify about the subjects declared herein, and that under the penalty of perjury, the following declarations are true and correct and based on my personal knowledge:

1. I am an Elite Professional MMA Fighter and proposed representative of the Bout and Identity Classes in the above-captioned matter. Along with Co-Plaintiffs Cung Le and Nathan Quarry, I filed the complaint in the above-captioned matter on December 16, 2014.

2. I currently reside in Las Vegas, Nevada, but train at the American Kickboxing Academy ("AKA") in San Jose, California, along with several other members of the Bout and Identity Classes, including, without limitation, Cain Velasquez, Daniel Cormier, Luke Rockhold and Josh Thomson.

3. I competed in UFC-promoted bouts in the United States and elsewhere from October 2005 through February 2013. Those bouts included one competition in this District: "UFC 117" at the Oracle Arena in Oakland, California on August 7, 2010.

4. My compensation for participation in those UFC bouts was artificially suppressed due to the anticompetitive scheme alleged in the complaint.

5. I appeared in the first three versions of the UFC video game franchise, including *UFC Undisputed 2009, UFC Undisputed 2010*, and *UFC Undisputed 3*, debuting May 19, 2009, May 25, 2010, and February 14, 2013, respectively, each of which is still sold today. *UFC Undisputed 2009* has reportedly sold over 3.5 million units, *UFC Undisputed 2010* has reportedly sold over 2 million unites, and *UFC Undisputed 3* has reportedly sold 1.4 million units.

6. I also appeared in Round 5 action figure sets, including limited edition sets, Topps Trading Card sets, and JAKKS Pacific action figure sets.

7. When the UFC negotiated a deal with THQ, Inc. for the development of a UFC video game, the UFC required that I assign exclusively and in perpetuity my likeness rights

3

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

DECLARATION OF PLAINTIFF JON FITCH

8. for video game use without compensation. When I sought to negotiate this requirement, I was terminated.

9. My identity was expropriated and my compensation for appearing in UFC Licensed Merchandise and UFC Promotional Materials was artificially suppressed.

10. I was and continue to be injured as a result of the UFC's unlawful conduct.

11. I chose to file the above-captioned matter in this District because it was by far the most convenient forum to pursue my antitrust claim.

12. I own property in this District, and continue to train in this District. I chose to file the above-captioned matter in this District because it is a convenient forum to pursue my antitrust claim.

Dated: April 10, 2015    By: _____
                             Jon Fitch

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

4

DECLARATION OF PLAINTIFF JON FITCH IN SUPPORT OF