UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>        **Defendant.** | Case No.  5:14-cv-05484-EJD<br>               5:14-cv-05591-EJD<br>               5:14-cv-05621-EJD<br>               5:15-cv-00521-EJD<br>               5:15-cv-01324-EJD<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. 1404.** |
| **Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>        **Defendant.** | |

1

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

[Proposed] Order Denying Defendant's Motion to Transfer

**Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,**

        Plaintiffs,

    v.

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

        Defendant.

**Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,**

        Plaintiffs,

    v.

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

        Defendant.

**Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,**

        Plaintiffs,

    v.

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

        Defendant.

The Motion to Transfer filed by Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: _____        By: _____
                                                                                        Edward J. Davila
                                                                      United States District Judge

2

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

[Proposed] Order Denying Defendant's Motion to Transfer