1  Joseph R. Saveri (State Bar No. 130064)
   Joshua P. Davis (State Bar No. 193254)
2  Matthew S. Weiler (State Bar No. 236052)
   Kevin E. Rayhill (State Bar No. 276496)
3  JOSEPH SAVERI LAW FIRM, INC.
   505 Montgomery Street, Suite 625
4  San Francisco, California 94111
   Telephone: (415) 500-6800
5  Facsimile:  (415) 395-9940
   jsaveri@saverilawfirm.com
6  jdavis@saverilawfirm.com
   mweiler@saverilawfirm.com
7  krayhill@saverilawfirm.com

8  *Attorneys for Individual and Representative Plaintiffs
   Cung Le, Nathan Quarry, Jon Fitch, Luis Javier
9  Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo
   Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and
10 Daren Uyenoyama*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>    **Defendant.** | Case No.  5:14-cv-05484-EJD<br>           5:14-cv-05591-EJD<br>           5:14-cv-05621-EJD<br>           5:15-cv-00521-EJD<br>           5:15-cv-01324-EJD<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE UNDER**<br>**28 U.S.C. § 1404(a)** |
| **Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>    **Defendant.** | |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

DECLARATION OF JOSEPH R. SAVERI

| | |
|---|---|
| **Brandon Vera and Pablo Garza**, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | |
| Defendant. | |
| **Gabe Ruediger and Mac Danzig**, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | |
| Defendant. | |
| **Kyle Kingsbury and Darren Uyenoyama**, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | |
| Defendant. | |

I, Joseph R. Saveri, declare:

I am the Founding Partner of the Joseph Saveri Law Firm, Inc. ("JSLF"). I am an attorney of record in these related matters for Plaintiffs Le, Quarry, Fitch, Vazquez, Hallman, Vera, Garza, Ruediger, Danzig, Kingsbury and Uyenoyama, and a member in good standing with the State Bar of California. I submit this Declaration in support of Plaintiffs' Request for Judicial Notice in support of the Opposition to the Motion to Transfer filed by Defendant Zuffa LLC, d/b/a Ultimate Fighting Championship and UFC ("UFC"). I am a member of the California Bar in good standing and am admitted to practice before this Court. I have personal knowledge of the matters stated herein, and if called to testify I could and

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

1

DECLARATION OF JOSEPH R. SAVERI

would do so competently.

1. Attached hereto as Exhibit 1 is a true and correct copy of the undercard for "UFC 117," showing that Jon Fitch and Dennis Hallman fought at this promotion, downloaded at my direction and available at http://www.sherdog.com/events/UFC-117-Silva-vs-Sonnen-13310, last visited on April 3, 2015.

2. Attached hereto as Exhibit 2 is a true and correct copy of The UFC Official Webpage for "UFC 139," stating that Kyle Kingsbury fought at this promotion, downloaded at my direction and available at http://www.ufc.com/event/UFC139, last visited on March 31, 2015.

3. Attached hereto as Exhibit 3 is a true and correct copy of The UFC Official Webpage for "UFC 139", stating that Cung Le fought at this promotion, downloaded at my direction and available at http://www.ufc.com/event/UFC139, last visited on March 31, 2015.

4. Attached hereto as Exhibit 4 is a true and correct copy of The UFC Official Webpage for "UFC on Fuel TV 4," downloaded at my direction and available at http://www.ufc.com/event/FUEL4, last visited on March 31, 2015.

5. Attached hereto as Exhibit 5 is a true and correct copy of The UFC Official Webpage for "UFC on Fox 7," downloaded at my direction and available at http://www.ufc.com/event/FOX7, last visited on March 31, 2015.

6. Attached hereto as Exhibit 6 is a true and correct copy of The UFC Official Webpage for "UFC Fight Night, July 26, 2014", downloaded at my direction and available at http://www.ufc.com/event/FOX12, last visited on March 31, 2015.

7. Attached hereto as Exhibit 7 is a true and correct copy of an article entitled *Oral history of Strikeforce Part I,* downloaded at my direction and available at http://bleacherreport.com/articles/1479906-the-rise-and-fall-of-the-pepsi-to-ufcs-coke-a-strikeforce-oral-history, last visited March 31, 2015.

8. Attached hereto as Exhibit 8 is a true and correct copy of the Complaint from *Zuffa, LLC v. Dodson et al*, No. 4:13-cv-04004-DMR, ECF No. 1 (Aug 28, 2013 N.D. Cal.), downloaded at my direction and available from PACER.

9. Attached hereto as Exhibit 9 is a true and correct copy of the Answer and Counterclaim

2

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

DECLARATION OF JOSEPH R. SAVERI

1  from *BAM! Ent., Inc. v. Zuffa, LLC*, No. 5:01-cv-21207-PVT, ECF No. 8 (May 6, 2002, N.D. Cal.),
2  downloaded at my direction and available from PACER.

3        10.    Attached hereto as Exhibit 10 are pertinent portions of a true and correct copy of the
4  Federal Court Management Statistics ("FMCS") Judicial Caseload Profile Report for the District of
5  Nevada, September 2010, downloaded at my direction and available at available at
6  http://www.uscourts.gov/viewer.aspx?doc=/cgi-bin/cmsd2010Sep.pl,, last visited on April 3, 2015.

7        11.    Attached hereto as Exhibit 11 are pertinent portions of a true and correct copy of the
8  Federal Court Management Statistics ("FMCS") Judicial Caseload Profile Report for the Northern
9  District of California, September 2011, downloaded at my direction and available at available at
10 http://www.uscourts.gov/viewer.aspx?doc=/cgi-bin/cmsd2010Sep.pl, last visited on April 3, 2015.

11       12.    Attached hereto as Exhibit 12 are pertinent portions of a true and correct copy of the
12 Federal Court Management Statistics ("FMCS") Judicial Caseload Profile Report for all districts,
13 September 2012, downloaded at my direction and available at available at
14 http://www.uscourts.gov/viewer.aspx?doc=/uscourts/Statistics/FederalCourtManagementStatistics/201
15 1/District%20FCMS%20Profiles%20September%202011.pdf&page=1, last visited on April 3, 2015.

16       13.    Attached hereto as Exhibit are pertinent portions of a true and correct copy of the Federal
17 Court Management Statistics ("FMCS") Judicial Caseload Profile Report for all districts, September
18 2013, downloaded at my direction and available at available at
19 http://www.uscourts.gov/viewer.aspx?doc=/uscourts/Statistics/FederalCourtManagementStatistics/201
20 2/district-fcms-profiles-september-2012.pdf&page=1, last visited on April 3, 2015.

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

3

DECLARATION OF JOSEPH R. SAVERI

14. Attached hereto as Exhibit 14 are pertinent portions of a true and correct copy of the Federal Court Management Statistics ("FMCS") Judicial Caseload Profile Report for all districts, September 2014, downloaded at my direction and available at available at http://www.uscourts.gov/viewer.aspx?doc=/uscourts/Statistics/FederalCourtManagementStatistics/2013/district-fcms-profiles-september-2013.pdf&page=1, last visited on April 3, 2015.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in San Francisco, California on April 10, 2015.

By:   */s/ Joseph R. Saveri*
       Joseph R. Saveri

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

4

DECLARATION OF JOSEPH R. SAVERI