# EXHIBIT 1

www.sherdog.com/events/UFC-117-Silva-vs-Sonnen-13310 | jon fitch sherdog

Case 2:15-cv-01045-RFB-BNW   Document 70-2   Filed 04/10/15   Page 2 of 2

TiO2 Reveal Login | Lexis Advance Sign In | Complex Litigation Ma... | PACER | Google Scholar | CM/ECF for CISP JPML | Google Maps | Sterling HSA | Red Hous

# SHERDOG
THE GLOBAL AUTHORITY ON MIXED MARTIAL ARTS

LIVE IN: 18:51
SHERDOG RADIO
BEATDOWN AFTER THE BELL
UFC FIGHT NIGHT

Search Sherdog.com

NEWS | FEATURES | RANKINGS | FIGHT FINDER | ALL ACCESS | PICTURES | FORUM | BOXING

adChoices

## UFC 117 - SILVA VS. SONNEN
### Ultimate Fighting Championship
AUG 7, 2010
ORACLE ARENA, OAKLAND, CALIFORNIA, UNITED STATES

Like 97 | Tweet 4 | +1 0 | Share 4

### FIGHT CARD

**MAIN EVENT**

ANDERSON SILVA — WIN
34 - 6 - 0 (Win - Loss - Draw)

VS

CHAEL SONNEN — LOSS
28 - 14 - 1 (Win - Loss - Draw)

LIVE RESULTS PLAY-BY-PLAY

| MATCH | METHOD | | REFEREE | ROUND | TIME |
|---|---|---|---|---|---|
| 11 | Submission (Triangle Armbar) | | Josh Rosenthal | 5 | 3:10 |

| MATCH | FIGHTERS | | | METHOD | ROUND | TIME |
|---|---|---|---|---|---|---|
| 10 | Jon Fitch WIN | vs | Thiago Alves LOSS | Decision (Unanimous) Herb Dean | 3 | 5:00 |
| 9 | Clay Guida WIN | vs | Rafael dos Anjos LOSS | Submission (Jaw Injury) Herb Dean | 3 | 1:51 |
| 8 | Matt Hughes WIN | vs | Ricardo Almeida LOSS | Technical Submission (Anaconda Choke) Josh Rosenthal | 1 | 3:15 |
| 7 | Junior dos Santos WIN | vs | Roy Nelson LOSS | Decision (Unanimous) Marcos Rosales | 3 | 5:00 |
| 6 | Rick Story WIN | vs | Dustin Hazelett LOSS | TKO (Punches) Josh Rosenthal | 2 | 1:15 |
| 5 | Phil Davis WIN | vs | Rodney Wallace LOSS | Decision (Unanimous) Herb Dean | 3 | 5:00 |
| 4 | Johny Hendricks WIN | vs | Charlie Brenneman LOSS | TKO (Punches) Josh Rosenthal | 2 | 0:40 |
| 3 | Tim Boetsch WIN | vs | Todd Brown LOSS | Decision (Unanimous) Marcos Rosales | 3 | 5:00 |
| 2 | Stefan Struve WIN | vs | Christian Morecraft LOSS | KO (Punches) Herb Dean | 2 | 0:22 |
| 1 | Dennis Hallman WIN | vs | Ben Saunders LOSS | Decision (Unanimous) Marcos Rosales | 3 | 5:00 |

### FIGHT VIDEOS

**PLAY VIDEO** — Silva: Sonnen…
Anderson Silva told Marcelo Alonso that Chael Sonnen deserves the benefit of the doubt in...

**PLAY VIDEO** — Trainer…
Former UFC contender Matt Lindland saw his fighter Chael Sonnen execute a flawless game plan for...

**PLAY VIDEO** — Silva &…
Video courtesy of UFC.com.

VIEW MORE

### LATEST ARTICLES

UFC FIGHT NIGHT 'MENDES VS. LAMAS' NOTEBOOK: PATRIOT GAMES

PREVIEW: UFC FIGHT NIGHT 'MENDES VS. LAMAS'

SHERDOG PROSPECT WATCH: 10 UPSIDE PICKS

PREVIEW: PREMIER BOXING CHAMPIONS 'STEVENSON VS. BIKA'

## PICTURES

THUMBNAILS | FULL SCREEN | 1 out of 35