# EXHIBIT 2



# UFC® 139 LIVE ON PAY-PER-VIEW | SAT. NOV. 19, 2011

6PM/9PM PTET | San Jose, CA   FANTASY  TICKETS  HOW TO WATCH  PROGRAM  VIDEOS  NEWS  PRINT

**FIGHT CARD** | ODDS

## MAIN CARD

**Stephan Bonnar** VS **Kyle Kingsbury**
"American Psycho"   "Kingsbu"

| | | |
|---|---|---|
| 16-7-0 | RECORD | 11-2-0, 1NC |
| 0% | KO/TKO | 36% |
| 0% | SUB | 18% |
| 0% | DEC | 45% |
| 76 in | HEIGHT | 76 in |
| 205 lbs | WEIGHT | 205 lbs |

SIGNIFICANT STRIKES
| | | |
|---|---|---|
| 2.76 | LANDED PER MINUTE | 2.97 |
| 38.38% | ACCURACY | 40.86% |
| 3.01 | ABSORBED P/M | 3.8 |
| 52.49% | DEFENSE | 51.19% |

GRAPPLING
| | | |
|---|---|---|
| 1.32 | TAKEDOWN AVERAGE | 2.64 |
| 40.48% | TAKEDOWN ACCURACY | 41.86% |
| 60.29% | TAKEDOWNS DEFENDED | 52% |
| 1.01 | SUBMISSION AVERAGE | 000 |

## MAIN CARD — 6PM/9PM PTET

Rua vs **WIN** Henderson 
**WIN** Silva vs Le 
**WIN** Faber vs Bowles 
**WIN** Kampmann vs Story 
**WIN** Bonnar vs Kingsbury

### FEATURED PRELIMS PRELIMS — 6PM/9PM PTET

**WIN** Bader vs Brilz 
**WIN** McDonald vs Soto 

### ONLINE PRELIMS — 6PM/9PM PTET

Lawlor vs **WIN** Weidman 
**WIN** Tibau vs dos Anjos 
**WIN** Torres vs Pace 
Brown  Bailey 

*FIGHTS ARE VERY ??? AGREED UPON AND CARD MAY CHANGE AT ANY TIME. ??? MAY NOT BE BROADCAST.

## HOW TO WATCH

| CABLE/SATELLITE | TV/SET TOP BOX | WEB | TABLET/MOBILE |
|---|---|---|---|
| WATCH | WATCH | | |
| WATCH | | | |
| WATCH | | | |
| WATCH | | | |

PARTICIPATING BARS — FIND A BAR >

### TICKETS



UFC® FIGHT CLUB™ MEMBERS ▸
WEDNESDAY, SEPTEMBER 28 AT 10AM PT

UFC® NEWSLETTER SUBSCRIBERS ▸
THURSDAY, SEPTEMBER 29 AT 10AM PT

PUBLIC ON-SALE ▸
FRIDAY, SEPTEMBER 30 AT 10AM PT

BUY TICKETS ▸

### RELATED EVENTS

| | | | |
|---|---|---|---|
| ONT ON FIGHT NIGHT | SATURDAY, NOVEMBER 19 | 11:00AM ET | WATCH |
| MUNOZ @ ZANOTTO'S WILLOW GLEN | SATURDAY, NOVEMBER 19 | 12:00PM ET | WATCH |
| AFTER-PARTY @ EMPIRE LOUNGE | SATURDAY, NOVEMBER 19 | 10:00PM ET | WATCH |