# EXHIBIT 3

www.ufc.com/event/UFC139
w.ufc.com to run "Adobe Flash"?
Continue Blocking
Kyle Kingsbury UFC November 19

UFC BARS | FIGHT CLUB | UFC GYM | FAN EXPO | FEDERATIONS          UFC REWARDS: SIGN IN     Get Newsletter  GO    United States

**WELCOME TO THE UFC SHOW**    TV: UFC® Tonight Tomorrow at 8:00PM ET FOX Sports 1     Search UFC    MORE

SCHEDULE | TICKETS | FIGHTERS | NEWS | VIDEO | TUF | UFC.TV | FIGHT PASS | FANTASY | REWARDS | SHOP

# UFC® 139 LIVE ON PAY-PER-VIEW | SAT. NOV. 19, 2011

6PM/9PM PTET | San Jose, CA    FANTASY  TICKETS  HOW TO WATCH  PROGRAM  VIDEOS  NEWS  PRINT

**FIGHT CARD**   ODDS

## MAIN CARD

**Wanderlei Silva** VS **Cung Le**
"The Axe Murderer"

| | | |
|---|---|---|
| 33-11-1, 1NC | RECORD | 8-1-0 |
| 0% | KO/TKO | 89% |
| 0% | SUB | 0% |
| 0% | DEC | 11% |
| 71 in | HEIGHT | 70 in |
| 185 lbs | WEIGHT | 185 lbs |

**SIGNIFICANT STRIKES**

| | | |
|---|---|---|
| 2.79 | LANDED PER MINUTE | 4.36 |
| 40.04% | ACCURACY | 48.77% |
| 2.19 | ABSORBED P/M | 2.98 |
| 60.42% | DEFENSE | 66.5% |

**GRAPPLING**

| | | |
|---|---|---|
| 0.97 | TAKEDOWN AVERAGE | 1.37 |
| 53.85% | TAKEDOWN ACCURACY | 71.43% |
| 62.96% | TAKEDOWNS DEFENDED | 88.89% |
| 0.6 | SUBMISSION AVERAGE | 0.27 |

**UFC PICK'EM** — MAKE YOUR PICKS NOW! FANTASY UFC

## MAIN CARD                                                 6PM/9PM PTET

- Rua VS **WIN** Henderson
- **WIN** Silva VS Le
- **WIN** Faber VS Bowles
- **WIN** Kampmann VS Story
- **WIN** Bonnar VS Kingsbury

## FEATURED PRELIMS PRELIMS                       6PM/9PM PTET

- **WIN** Bader VS Brilz
- **WIN** McDonald VS Soto

## ONLINE PRELIMS                                          6PM/9PM PTET

- Lawlor VS **WIN** Weidman
- **WIN** Tibau VS dos Anjos
- **WIN** Torres VS Pace
- Brown VS Bailey

*FIGHTS ARE VERIFIED AS BEST UPON AVAILABLE DATA. CHANGE AT ANY TIME. SOME FIGHTS MAY NOT BE BROADCAST.

---

## FEATHERWEIGHT BOUT — MENDES VS LAMAS
## UFC PICK'EM
## LIGHTWEIGHT BOUT — MASVIDAL VS IAQUINTA
**MAKE YOUR PICKS NOW**

### TICKETS

**UFC® FIGHT CLUB™ MEMBERS**
WEDNESDAY, SEPTEMBER 28 AT 10AM PT

**UFC® NEWSLETTER SUBSCRIBERS**
THURSDAY, SEPTEMBER 29 AT 10AM PT

**PUBLIC ON-SALE**
FRIDAY, SEPTEMBER 30 AT 10AM PT

BUY TICKETS

## HOW TO WATCH

| CABLE/SATELLITE | TV/SET TOP BOX | WEB | TABLET/MOBILE |
|---|---|---|---|
| WATCH | WATCH | | |
| WATCH | | | |
| WATCH | | | |
| WATCH | | | |

PARTICIPATING BARS — FIND A BAR >

### RELATED EVENTS

| | | | |
|---|---|---|---|
| ONT ON FIGHT NIGHT | SATURDAY, NOVEMBER 19 | 11:00AM ET | WATCH |
| MUNOZ @ ZANOTTO'S WILLOW GLEN | SATURDAY, NOVEMBER 19 | 12:00PM ET | WATCH |
| AFTER-PARTY @ EMPIRE LOUNGE | SATURDAY, NOVEMBER 19 | 10:00PM ET | WATCH |