# EXHIBIT 4

www.ufc.com/event/FUEL4
TiO2 Reveal Login | Lexis Advance Sign In | Complex Litigation Ma... | PACER | Google Scholar | CM/ECF for CISP JPML | Google Maps | Sterling HSA | Red House

UFC BARS | FIGHT CLUB | UFC GYM | FAN EXPO | FEDERATIONS | UFC REWARDS: SIGN IN | Get Newsletter GO | United States

UFC WELCOME TO THE SHOW | TV: UFC Fight Night Pre-figh... Tomorrow at 10:00AM ET FOX | Search UFC | MORE

SCHEDULE | TICKETS | FIGHTERS | NEWS | VIDEO | TUF | UFC.TV | FIGHT PASS | FANTASY | REWARDS | SHOP

# UFC ON FUEL TV 4 | WED. JUL. 11, 2012

5PM/8PM PTET | San Jose, CA | FANTASY | TICKETS | HOW TO WATCH | PROGRAM | VIDEOS | NEWS | PRINT

FIGHT CARD | ODDS

## FUEL TV

**Mark Munoz** VS **Chris Weidman**

"The Filipino Wrecking Machine"

| Mark Munoz | | Chris Weidman |
|---|---|---|
| 12-2-0 | RECORD | 8-0-0 |
| 54% | KO/TKO | 42% |
| 0% | SUB | 25% |
| 46% | DEC | 33% |
| 72 in | HEIGHT | 74 in |
| 185 lbs | WEIGHT | 185 lbs |
| | **SIGNIFICANT STRIKES** | |
| 3.22 | LANDED PER MINUTE | 2.98 |
| 51.31% | ACCURACY | 40.67% |
| 2.19 | ABSORBED P/M | 2.03 |
| 57.46% | DEFENSE | 62.84% |
| | **GRAPPLING** | |
| 2.46 | TAKEDOWN AVERAGE | 3.69 |
| 24.39% | TAKEDOWN ACCURACY | 57.14% |
| 58.33% | TAKEDOWNS DEFENDED | 100% |
| 0.61 | SUBMISSION AVERAGE | 1.29 |

UFC PICK'EM
MAKE YOUR PICKS NOW!
FANTASY UFC

## FUEL TV 5PM/8PM PTET

## ONLINE 5PM/8PM PTET

*FIGHTS ARE VERBALLY AGREED UPON AND CARD MAY CHANGE AT ANY TIME. SOME FIGHTS MAY NOT BE BROADCAST.

Activate Adobe Flash.

## HOW TO WATCH

| CABLE/SATELLITE | TV/SET TOP BOX | WEB | TABLET/MOBILE |
|---|---|---|---|
| WATCH | | | |
| WATCH | | | |
| | | | PARTICIPATING BARS |
| | | | FIND A BAR > |

## TICKETS

UFC® FIGHT CLUB™ MEMBERS ▸
TUESDAY, MAY 22 AT 10AM PT

UFC® NEWSLETTER SUBSCRIBERS ▸
WEDNESDAY, MAY 23 AT 10AM PT

PUBLIC ON-SALE ▸
THURSDAY, MAY 24 AT 10AM PT

BUY TICKETS ▸

## RELATED EVENTS

| | | | |
|---|---|---|---|
| OFFICIAL WEIGH-IN | TUESDAY, JULY 10 | 7:00PM ET | WATCH |

