# EXHIBIT 5

www.ufc.com/event/FOX7

UFC BARS | FIGHT CLUB | UFC GYM | FAN EXPO | FEDERATIONS

UFC REWARDS: SIGN IN

Get Newsletter | GO

United States

# UFC WELCOME TO THE SHOW

TV: UFC® Tonight Tomorrow at 8:00PM ET FOX Sports 1

Search UFC | MORE

SCHEDULE | TICKETS | FIGHTERS | NEWS | VIDEO | TUF | UFC.TV | FIGHT PASS | FANTASY | REWARDS | SHOP

## UFC ON FOX 7 | SAT. APR. 20, 2013 | LIVE FROM SAN JOSE

5PM/8PM PTET | San Jose, CA

FANTASY | TICKETS | HOW TO WATCH | PROGRAM | VIDEOS | NEWS | PRINT

**FIGHT CARD** | ODDS

### FX

**Joseph Benavidez** VS **Darren Uyenoyama** "BC"

| | | |
|---|---|---|
| 17-3-0 | RECORD | 8-3-0 |
| 29% | KO/TKO | 13% |
| 43% | SUB | 50% |
| 29% | DEC | 38% |
| 64 in | HEIGHT | 66 in |
| 125 lbs | WEIGHT | 125 lbs |

**SIGNIFICANT STRIKES**

| | | |
|---|---|---|
| 3.21 | LANDED PER MINUTE | 1.34 |
| 32.08% | ACCURACY | 39.91% |
| 2.17 | ABSORBED P/M | 2.21 |
| 65.85% | DEFENSE | 66.43% |

**GRAPPLING**

| | | |
|---|---|---|
| 1.28 | TAKEDOWN AVERAGE | 1.42 |
| 26.56% | TAKEDOWN ACCURACY | 33.33% |
| 55.36% | TAKEDOWNS DEFENDED | 35.29% |
| 0.98 | SUBMISSION AVERAGE | 0.71 |

UFC PICK'EM — MAKE YOUR PICKS NOW! FANTASY UFC

### MAIN CARD — 5PM/8PM PTET




WIN Henderson VS Melendez | Mir VS WIN Cormier
Diaz VS WIN Thomson | WIN Brown VS Mein

### FX PRELIMS — 2PM/5PM PTET



WIN Mendes VS Elkins | WIN Carmont VS Larkin | Nijem VS WIN Jury
WIN Benavidez VS Uyenoyama | Means VS WIN Masvidal | WIN Dillashaw VS Viana

### ONLINE PRELIMS — 1PM/4PM PTET

 

WIN Njokuani VS Bowling | Starks VS WIN Romero

*FIGHTS ARE VERBALLY AGREED UPON AND CARD MAY CHANGE AT ANY TIME. SOME FIGHTS MAY NOT BE BROADCAST.

---



FEATHERWEIGHT BOUT MENDES VS LAMAS
UFC PICK'EM
LIGHTWEIGHT BOUT MASVIDAL VS IAQUINTA
MAKE YOUR PICKS NOW

**TICKETS**

UFC® FIGHT CLUB™ MEMBERS ▶
WEDNESDAY, FEBRUARY 13 AT 10AM PT

UFC® NEWSLETTER SUBSCRIBERS ▶
THURSDAY, FEBRUARY 14 AT 10AM PT

PUBLIC ON-SALE ▶
FRIDAY, FEBRUARY 15 AT 10AM PT

BUY TICKETS ▶ | VIP EXPERIENCE ▶

### HOW TO WATCH

| CABLE/SATELLITE | TV/SET TOP BOX | WEB | TABLET/MOBILE |
|---|---|---|---|
| WATCH | | | |
| WATCH | | | |
| WATCH | | | |
| WATCH | | | |

PARTICIPATING BARS — FIND A BAR >

**RELATED EVENTS**

| MUNOZ AT METROPCS STORE | FRIDAY, APRIL 19 | 12:00PM PT | WATCH |
| UFC ON FOX WEIGH-IN | FRIDAY, APRIL 19 | 4PM PT | WATCH |

