# EXHIBIT 6



# UFC FIGHT NIGHT | SAT. JUL. 26, 2014 | LAWLER VS. BROWN

**8PM/5PM ETPT** | San Jose, CA   FANTASY   TICKETS   HOW TO WATCH   PROGRAM   VIDEOS   NEWS   PRINT

**FIGHT CARD**   LIVE STATS   ODDS

## FOX



| | KYLE KINGSBURY | | PATRICK CUMMINS |
|---|---|---|---|
| | | ROUND 3 --:-- | WINNER DEC |
| | | Result | |
| | 00:19 | Control | 09:42 |
| | 0 | Knockdowns | 0 |
| | 22 of 85 25% | Total Strikes | 115 of 176 66% |
| | 22 of 85 25% | Significant Strikes | 73 of 129 57% |
| | 0 of 1 0% | Takedowns | 10 of 17 59% |
| | 0 | Submission Attempts | 0 |

1  2  3  ALL
SELECT VIEW, ROUNDS

STATISTICS PROVIDED BY FIGHTMETRIC

### FOX MAIN CARD   8PM/5PM ETPT



WIN Lawler VS Brown | WIN Johnson VS Nogueira
Guida VS WIN Bermudez | Thomson VS WIN Green

### FOX PRELIMS   6PM/3PM ETPT



Cruickshank VS W Masvidal | Kingsbury VS W Cummins | Perpetuo VS W Means | NC De La Torre VS NC Ortega

 EARLY PRELIMS    REPLAY ▶

Arreola VS W Trator | Stahl VS W Burns | Lima VS W Jedrzejczyk | Siler VS W Lahat

*FIGHTS ARE VERBALLY AGREED UPON AND CARD MAY CHANGE AT ANY TIME. SOME FIGHTS MAY NOT BE BROADCAST.



### HOW TO WATCH

| CABLE/SATELLITE | TV/SET TOP BOX | WEB | TABLET/MOBILE |
|---|---|---|---|
| FOX PRELIMS — WATCH | LG Smart TV — WATCH | FIGHT PASS EARLY PRELIMS — WATCH | Android Market — WATCH |
| FOX — WATCH | Roku — WATCH | | BlackBerry World — WATCH |
| | Samsung Apps — WATCH | | App Store — WATCH |

PARTICIPATING BARS
FIND A BAR ▶

Activate Adobe Flash.

### TICKETS

UFC® FIGHT CLUB PRESALE ▶
WEDNESDAY, JUNE 04 AT 10AM PT

UFC® NEWSLETTER PRESALE ▶
THURSDAY, JUNE 05 AT 10AM PT

PUBLIC ON-SALE ▶
FRIDAY, JUNE 06 AT 10AM PT

### RELATED EVENTS

| FIGHT CLUB Q&A | FRIDAY, JULY 25 | 5:00PM ET | WATCH |
| OFFICIAL WEIGH-IN | FRIDAY, JULY 25 | 7:00PM ET | WATCH |
| UFC FIGHT PASS EARLY PRELIMS | SATURDAY, JULY 26 | 4:15PM ET | WATCH |

BUY TICKETS ▶   VIP EXPERIENCE ▶

### NEWS AND VIDEO