# EXHIBIT 10

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 7,424 | 7,576 | 7,295 | 7,970 | 8,683 | 6,362 | U.S. | Circuit |
| | Terminations | | 8,640 | 7,403 | 7,402 | 6,777 | 6,983 | 6,966 | | |
| | Pending | | 7,327 | 8,579 | 8,882 | 9,005 | 8,157 | 6,557 | | |
| | % Change in Total Filings | Over Last Year | -2.0 | | | | | | 64 | 10 |
| | | Over Earlier Years | | | 1.8 | -6.9 | -14.5 | 16.7 | 14 | 5 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months** | | 33.9 | 22.0 | 5.9 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 530 | 541 | 521 | 569 | 620 | 455 | 22 | 7 |
| | | Civil | 435 | 433 | 441 | 505 | 558 | 390 | 16 | 4 |
| | | Criminal Felony | 52 | 64 | 42 | 33 | 37 | 39 | 64 | 10 |
| | | Supervised Release Hearings** | 43 | 44 | 38 | 31 | 25 | 26 | 20 | 7 |
| | Pending Cases | | 523 | 613 | 634 | 643 | 583 | 468 | 18 | 3 |
| | Weighted Filings** | | 593 | 607 | 592 | 624 | 621 | 543 | 16 | 5 |
| | Terminations | | 617 | 529 | 529 | 484 | 499 | 498 | 12 | 4 |
| | Trials Completed | | 12 | 6 | 6 | 8 | 8 | 10 | 80 | 12 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.7 | 6.9 | 11.2 | 12.4 | 11.2 | 12.6 | 42 | 7 |
| | | Civil** | 9.8 | 9.4 | 7.7 | 6.7 | 7.4 | 9.8 | 67 | 12 |
| | From Filing to Trial** (Civil Only) | | 21.5 | 24.5 | 30.0 | 24.9 | 25.0 | 28.0 | 23 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 837 | 1,220 | 488 | 393 | 528 | 530 | | |
| | | Percentage | 12.8 | 15.7 | 6.0 | 4.7 | 7.3 | 9.5 | 77 | 14 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.2 | 1.3 | 1.2 | 1.5 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 62.08 | 77.51 | 64.09 | 53.81 | 59.09 | 55.21 | | |
| | | Percent Not Selected or Challenged | 39.4 | 48.5 | 42.1 | 41.9 | 43.2 | 31.0 | | |

**2010 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 6092 | 102 | 298 | 1388 | 92 | 310 | 611 | 610 | 316 | 451 | 799 | 84 | 1031 |
| Criminal* | 721 | 16 | 92 | 276 | 87 | 129 | 20 | 25 | 5 | 12 | 20 | 20 | 19 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.

\*\* See "Explanation of Selected Terms."

Nature of Suit/Offense Codes

| CIVIL CODES | | CRIMINAL FELONY CODES | |
|---|---|---|---|
| A | Social Security | A | Marijuana |
| B | Personal Injury/Product Liability | B | All Other Drugs |
| C | Prisoner Petitions | C | Immigration |
| D | Forfeitures and Penalties and Tax Suits | D | Firearms and Explosives |
| E | Real Property | E | Fraud |
| F | Labor Suits | F | Violent Offenses |
| G | Contracts | G | Sex Offenses |
| H | Torts(other than Pers. Inj./Prod. Liab.) | H | Forgery and Counterfeiting |
| I | Copyright, Patent, and Trademark | I | Larceny and Theft |
| J | Civil Rights | J | Justice System Offenses |
| K | Antitrust | K | Regulatory Offenses |
| L | All Other Civil | L | All Other Crim.Felony Cases |

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEVADA** | | | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | | |
| OVERALL CASELOAD STATISTICS | | Filings* | 4,021 | 4,175 | 3,207 | 2,981 | 2,970 | 3,213 | U.S. | Circuit |
| | | Terminations | 3,726 | 3,439 | 3,070 | 2,923 | 2,671 | 3,115 | | |
| | | Pending | 4,213 | 4,001 | 3,431 | 3,379 | 3,375 | 3,226 | | |
| | % Change in Total Filings | Over Last Year | | -3.7 | | | | | 70 | 11 |
| | | Over Earlier Years | | | 25.4 | 34.9 | 35.4 | 25.1 | 8 | 3 |
| | Number of Judgeships | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | Vacant Judgeship Months** | | 7.1 | .5 | .0 | .0 | .8 | 6.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 574 | 597 | 459 | 426 | 424 | 459 | 16 | 5 |
| | | Civil | 442 | 475 | 370 | 352 | 326 | 344 | 15 | 3 |
| | | Criminal Felony | 95 | 79 | 52 | 46 | 69 | 85 | 24 | 8 |
| | | Supervised Release Hearings** | 37 | 43 | 37 | 28 | 29 | 30 | 25 | 9 |
| | Pending Cases | | 602 | 572 | 490 | 483 | 482 | 461 | 13 | 2 |
| | Weighted Filings** | | 603 | 577 | 465 | 478 | 476 | 490 | 13 | 3 |
| | Terminations | | 532 | 491 | 439 | 418 | 382 | 445 | 20 | 6 |
| | Trials Completed | | 22 | 22 | 23 | 14 | 15 | 13 | 44 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.1 | 10.0 | 13.5 | 14.2 | 11.6 | 10.4 | 48 | 9 |
| | | Civil** | 8.0 | 7.0 | 9.5 | 9.6 | 9.1 | 8.9 | 33 | 5 |
| | From Filing to Trial** (Civil Only) | | 28.4 | 42.8 | 35.0 | 29.5 | 29.5 | 27.0 | 49 | 7 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 257 | 153 | 166 | 146 | 121 | 113 | | |
| | | Percentage | 7.5 | 4.6 | 5.7 | 5.2 | 4.6 | 4.5 | 62 | 8 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.2 | 1.2 | 1.3 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 45.63 | 63.05 | 76.49 | 73.34 | 51.94 | 49.49 | | |
| | | Percent Not Selected or Challenged | 37.6 | 50.4 | 56.6 | 58.8 | 35.1 | 32.6 | | |

**2010 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3091 | 16 | 38 | 774 | 53 | 354 | 136 | 468 | 276 | 248 | 480 | 5 | 243 |
| Criminal* | 663 | 1 | 103 | 199 | 88 | 133 | 44 | 38 | 5 | 15 | 3 | 25 | 9 |

\*   Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.

\*\* See "Explanation of Selected Terms."