# EXHIBIT 11

**U.S. District Court -- Judicial Caseload Profile**

| | ALL DISTRICT COURTS | | | 12-Month Periods Ending September 30 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| **Overall Caseload Statistics** | | Filings* | | 335,868 | 335,655 | 349,969 | 363,774 | 372,673 | 378,604 |
| | | Terminations | | 350,807 | 317,277 | 317,056 | 349,727 | 399,121 | 393,527 |
| | | Pending | | 309,006 | 324,673 | 358,303 | 369,366 | 348,437 | 334,687 |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | | 1.6 | Over Last Year |
| | | | | 12.7 | 12.8 | 8.2 | 4.1 | | Over Earlier Years |
| | | Number of Judgeships | | 678 | 678 | 678 | 678 | 678 | 677 |
| | | Vacant Judgeship Months** | | 399.3 | 424.7 | 397.9 | 602.7 | 963.8 | 946.4 |
| **Actions per Judgeship** | Filings | | Total | 495 | 495 | 516 | 537 | 549 | 559 |
| | | | Civil | 383 | 380 | 394 | 408 | 417 | 427 |
| | | | Criminal Felony | 84 | 85 | 91 | 97 | 98 | 99 |
| | | | Supervised Release Hearings | 28 | 30 | 31 | 32 | 34 | 33 |
| | Pending Cases | | | 456 | 479 | 528 | 545 | 514 | 494 |
| | Weighted Filings** | | | 464 | 477 | 472 | 480 | 490 | 509 |
| | Terminations | | | 517 | 468 | 468 | 516 | 589 | 581 |
| | Trials Completed | | | 19 | 20 | 20 | 20 | 20 | 20 |
| **Median Time (Months)** | From Filing to Disposition | | Criminal Felony | 7.6 | 7.6 | 7.3 | 7.1 | 6.9 | 7.0 |
| | | | Civil** | 8.3 | 8.6 | 8.1 | 8.9 | 7.6 | 7.3 |
| | From Filing to Trial (Civil Only)** | | | 23.2 | 24.6 | 24.8 | 25.3 | 24.3 | 24.8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | | 27,574 | 17,446 | 21,820 | 35,824 | 45,010 | 40,435 |
| | | | | 11.0 | 6.6 | 7.3 | 11.7 | 15.8 | 14.9 |
| | Average Number of Felony Defendants Filed per Case | | | 1.4 | 1.4 | 1.3 | 1.3 | 1.3 | 1.4 |
| | Jurors | Average Present for Jury Selection | | 49.6 | 49.3 | 48.8 | 52.6 | 49.2 | 44.8 |
| | | Percent Not Selected or Challenged | | 38.1 | 37.3 | 37.4 | 39.9 | 38.7 | 37.7 |

For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below
Open the Fold-Out Page at the Back Cover

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 289,252 | 15,705 | 59,761 | 53,611 | 2,369 | 10,688 | 17,967 | 32,306 | 18,415 | 9,940 | 37,020 | 475 | 30,995 |
| Criminal* | 66,496 | 4,177 | 10,964 | 26,921 | 7,125 | 6,979 | 1,918 | 3,284 | 700 | 1,303 | 728 | 857 | 1,540 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
** See "Explanation of Selected Terms."

**U.S. District Court -- Judicial Caseload Profile**

### CALIFORNIA NORTHERN

| | | | 12-Month Periods Ending September 30 | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings* | | 8,683 | 7,970 | 7,295 | 7,576 | 7,424 | 7,733 | | |
| | Terminations | | 6,983 | 6,777 | 7,402 | 7,403 | 8,640 | 8,290 | | |
| | Pending | | 8,157 | 9,005 | 8,882 | 8,579 | 7,327 | 6,645 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | | | | | 4.2 | Over Last Year | 37 | 9 |
| | | | -11.0 | -3.0 | 6.0 | 2.1 | Over Earlier Years | | 81 | 13 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months** | | 0.0 | 0.0 | 5.9 | 22.0 | 33.9 | 18.7 | | |
| **Actions per Judgeship** | Filings | Total | 620 | 569 | 521 | 541 | 530 | 553 | 25 | 7 |
| | | Civil | 558 | 505 | 441 | 433 | 435 | 471 | 17 | 3 |
| | | Criminal Felony | 37 | 33 | 42 | 64 | 52 | 49 | 70 | 12 |
| | | Supervised Release Hearings | 25 | 31 | 38 | 44 | 43 | 33 | 30 | 10 |
| | Pending Cases | | 583 | 643 | 634 | 613 | 523 | 475 | 29 | 6 |
| | Weighted Filings** | | 621 | 624 | 592 | 607 | 593 | 631 | 16 | 5 |
| | Terminations | | 499 | 484 | 529 | 529 | 617 | 592 | 16 | 5 |
| | Trials Completed | | 8 | 8 | 6 | 6 | 12 | 17 | 64 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.2 | 12.4 | 11.2 | 6.9 | 8.7 | 9.5 | 52 | 10 |
| | | Civil** | 7.4 | 6.7 | 7.7 | 9.4 | 9.8 | 8.0 | 28 | 5 |
| | From Filing to Trial (Civil Only)** | | 25.0 | 24.9 | 30.0 | 24.5 | 21.5 | 34.3 | 70 | 8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | 528 | 393 | 488 | 1,220 | 837 | 516 | 70 | 10 |
| | | | 7.3 | 4.7 | 6.0 | 15.7 | 12.8 | 8.8 | | |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.2 | 1.3 | 1.2 | 1.2 | 1.4 | | |
| | Jurors | Average Present for Jury Selection | 59.1 | 53.8 | 64.1 | 77.5 | 62.1 | 64.5 | | |
| | | Percent Not Selected or Challenged | 43.2 | 41.9 | 42.1 | 48.5 | 39.4 | 35.5 | | |

**For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below
Open the Fold-Out Page at the Back Cover**

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6,591 | 131 | 186 | 1,537 | 34 | 499 | 575 | 672 | 310 | 561 | 857 | 68 | 1,161 |
| Criminal* | 679 | 7 | 116 | 249 | 92 | 113 | 12 | 22 | 10 | 9 | 16 | 17 | 16 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
** See "Explanation of Selected Terms."

**U.S. District Court -- Judicial Caseload Profile**

| | | | 12-Month Periods Ending September 30 | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEVADA** | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings* | | 2,970 | 2,981 | 3,207 | 4,175 | 4,021 | 3,882 | | |
| | Terminations | | 2,671 | 2,923 | 3,070 | 3,439 | 3,726 | 3,805 | | |
| | Pending | | 3,375 | 3,379 | 3,431 | 4,001 | 4,213 | 4,000 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | | | | | -3.5 | Over Last Year | 71 | 13 |
| | | | 30.7 | 30.2 | 21.0 | -7.0 | Over Earlier Years | | 13 | 5 |
| | Number of Judgeships | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | Vacant Judgeship Months** | | 0.8 | 0.0 | 0.0 | 0.5 | 7.1 | 4.2 | | |
| **Actions per Judgeship** | Filings | Total | 424 | 426 | 459 | 597 | 574 | 554 | 24 | 6 |
| | | Civil | 326 | 352 | 370 | 475 | 442 | 443 | 20 | 5 |
| | | Criminal Felony | 69 | 46 | 52 | 79 | 95 | 77 | 36 | 8 |
| | | Supervised Release Hearings | 29 | 28 | 37 | 43 | 37 | 34 | 27 | 9 |
| | Pending Cases | | 482 | 483 | 490 | 572 | 602 | 571 | 16 | 2 |
| | Weighted Filings** | | 476 | 478 | 465 | 577 | 603 | 575 | 23 | 7 |
| | Terminations | | 382 | 418 | 439 | 491 | 532 | 544 | 21 | 8 |
| | Trials Completed | | 15 | 14 | 23 | 22 | 22 | 26 | 23 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.6 | 14.2 | 13.5 | 10.0 | 9.1 | 9.5 | 52 | 10 |
| | | Civil** | 9.1 | 9.6 | 9.5 | 7.0 | 8.0 | 8.1 | 31 | 7 |
| | From Filing to Trial (Civil Only)** | | 29.5 | 29.5 | 35.0 | 42.8 | 28.4 | 36.3 | 75 | 10 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | 121 | 146 | 166 | 153 | 257 | 179 | 52 | 5 |
| | | | 4.6 | 5.2 | 5.7 | 4.6 | 7.5 | 5.5 | | |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.2 | 1.2 | 1.2 | 1.3 | | |
| | Jurors | Average Present for Jury Selection | 51.9 | 73.3 | 76.5 | 63.1 | 45.6 | 60.1 | | |
| | | Percent Not Selected or Challenged | 35.1 | 58.8 | 56.6 | 50.4 | 37.6 | 46.6 | | |

For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below
Open the Fold-Out Page at the Back Cover

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,103 | 24 | 29 | 749 | 38 | 406 | 133 | 529 | 299 | 193 | 427 | 3 | 273 |
| Criminal* | 539 | 7 | 98 | 122 | 99 | 59 | 42 | 56 | 5 | 19 | 7 | 5 | 20 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
** See "Explanation of Selected Terms."