# EXHIBIT 12

**United States District Courts — National Judicial Caseload Profile**

|  |  |  | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Sep 30 2007 | Sep 30 2008 | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 |
| **Overall Caseload Statistics** | | Filings [1] | 356,311 | 371,155 | 384,902 | 394,345 | 402,885 | 386,664 |
| | | Terminations | 337,435 | 337,761 | 369,801 | 419,178 | 414,739 | 382,837 |
| | | Pending | 352,278 | 386,347 | 397,943 | 377,952 | 366,740 | 365,760 |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 8.5 | 4.2 | 0.5 | -1.9 | -4.0 | |
| | | Number of Judgeships | 678 | 678 | 678 | 678 | 677 | 677 |
| | | Vacant Judgeship Months [2] | 424.6 | 397.9 | 602.5 | 964.1 | 947.1 | 768.0 |
| **Actions per Judgeship** | **Filings** | Total | 526 | 547 | 568 | 582 | 595 | 571 |
| | | Civil | 380 | 394 | 408 | 417 | 427 | 411 |
| | | Criminal Felony | 115 | 122 | 128 | 130 | 134 | 125 |
| | | Supervised Release Hearings | 30 | 31 | 32 | 34 | 33 | 35 |
| | Pending Cases | | 520 | 570 | 587 | 557 | 542 | 540 |
| | Weighted Filings [2] | | 477 | 472 | 480 | 490 | 509 | 520 |
| | Terminations | | 498 | 498 | 545 | 618 | 613 | 565 |
| | Trials Completed | | 20 | 20 | 20 | 20 | 20 | 20 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.5 | 7.1 | 7 | 6.9 | 7 | 7.2 |
| | | Civil [2] | 8.6 | 8.1 | 8.9 | 7.6 | 7.3 | 7.8 |
| | From Filing to Trial [2] (Civil Only) | | 24.6 | 24.8 | 25.3 | 24.3 | 24.8 | 25.5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 17,446 6.6 | 21,820 7.3 | 35,828 11.7 | 45,010 15.8 | 40,439 14.9 | 30,309 11.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.3 | 1.3 | 1.4 | 1.4 |
| | Jurors | Avg. Present For Jury Selection | 49.3 | 48.8 | 52.6 | 49.2 | 49.3 | 48.5 |
| | | Percent Not Selected or Challenged | 37.2 | 37.4 | 39.9 | 38.7 | 37.6 | 37.3 |

| 2012 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | |
|---|---|---|---|
| Total Civil | 278,441 | Total Criminal[1] | 84,307 |
| A-Social Security | 17,645 | A-Marijuana | 5,939 |
| B-Personal Injury/Product Liability | 43,083 | B-All Other Drugs | 21,814 |
| C-Prisoner Petitions | 54,299 | C-Immigration | 25,184 |
| D-Forfeitures and Penalties | 2,298 | D-Firearms and Explosives | 8,836 |
| E-Real Property | 12,960 | E-Fraud | 9,946 |
| F-Labor Suits | 19,440 | F-Violent Offenses | 2,500 |
| G-Contracts | 28,713 | G-Sex Offenses | 3,252 |
| H-Torts (other than Personal Injury/Product Liability) | 18,223 | H-Forgery and Counterfeiting | 892 |
| I-Copyright, Patent, and Trademark | 11,666 | I-Larceny and Theft | 1,503 |
| J-Civil Rights | 37,705 | J-Justice System Offenses | 849 |
| K-Antitrust | 702 | K-Regulatory Offenses | 1,254 |
| L-All Other Civil | 31,707 | L-All Other Criminal | 2,338 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | Sep 30 2007 | Sep 30 2008 | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 8,070 | 7,468 | 7,790 | 7,590 | 7,980 | 8,426 | | |
| | Terminations | | 6,966 | 7,595 | 7,573 | 8,824 | 8,471 | 7,875 | | |
| | Pending | | 9,394 | 9,240 | 8,959 | 7,665 | 7,039 | 7,348 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 4.4 | 12.8 | 8.2 | 11.0 | 5.6 | | 27 | 4 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 5.9 | 22.0 | 33.9 | 18.7 | 29.7 | | |
| **Actions per Judgeship** | Filings | Total | 576 | 533 | 556 | 542 | 570 | 602 | 23 | 6 |
| | | Civil | 505 | 441 | 433 | 435 | 471 | 510 | 12 | 3 |
| | | Criminal Felony | 40 | 54 | 79 | 64 | 66 | 64 | 76 | 14 |
| | | Supervised Release Hearings | 31 | 38 | 44 | 43 | 33 | 28 | 40 | 11 |
| | Pending Cases | | 671 | 660 | 640 | 548 | 503 | 525 | 33 | 4 |
| | Weighted Filings [2] | | 624 | 592 | 607 | 593 | 631 | 675 | 9 | 4 |
| | Terminations | | 498 | 543 | 541 | 630 | 605 | 563 | 23 | 7 |
| | Trials Completed | | 8 | 6 | 6 | 12 | 17 | 16 | 63 | 10 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.3 | 11.2 | 6.7 | 8.7 | 9.4 | 8.5 | 42 | 7 |
| | | Civil [2] | 6.7 | 7.7 | 9.4 | 9.8 | 8.0 | 6.4 | 11 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 24.9 | 30.0 | 24.5 | 21.5 | 34.3 | 32.7 | 63 | 7 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 393 4.7 | 488 6.0 | 1,220 15.7 | 837 12.8 | 516 8.8 | 476 7.8 | 66 | 9 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.2 | 1.2 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 53.8 | 64.1 | 77.5 | 62.1 | 64.5 | 65.8 | | |
| | | Percent Not Selected or Challenged | 41.9 | 42.1 | 48.5 | 39.4 | 35.5 | 43.6 | | |

| 2012 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7,145 | 126 | 476 | 1,376 | 29 | 612 | 797 | 753 | 296 | 543 | 869 | 68 | 1,200 |
| Criminal [1] | 885 | 26 | 247 | 175 | 117 | 144 | 41 | 31 | 14 | 12 | 22 | 30 | 26 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.
[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**NEVADA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2007 | Sep 30 2008 | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 3,064 | 3,272 | 4,300 | 4,172 | 4,039 | 3,856 | | |
| | | Terminations | 3,142 | 3,190 | 3,519 | 3,832 | 3,929 | 3,794 | | |
| | | Pending | 3,685 | 3,673 | 4,288 | 4,540 | 4,347 | 4,364 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 25.8 | 17.8 | -10.3 | -7.6 | -4.5 | | 67 | 13 |
| | | Number of Judgeships | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 0.0 | 0.5 | 7.1 | 4.2 | 17.6 | | |
| **Actions per Judgeship** | **Filings** | Total | 438 | 467 | 614 | 596 | 577 | 551 | 33 | 9 |
| | | Civil | 352 | 370 | 475 | 442 | 443 | 416 | 30 | 5 |
| | | Criminal Felony | 58 | 61 | 96 | 117 | 100 | 100 | 43 | 8 |
| | | Supervised Release Hearings | 28 | 37 | 43 | 37 | 34 | 35 | 30 | 10 |
| | Pending Cases | | 526 | 525 | 613 | 649 | 621 | 623 | 20 | 2 |
| | Weighted Filings [2] | | 478 | 465 | 577 | 603 | 575 | 547 | 31 | 8 |
| | Terminations | | 449 | 456 | 503 | 547 | 561 | 542 | 26 | 8 |
| | Trials Completed | | 14 | 23 | 22 | 22 | 26 | 18 | 56 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.7 | 13.3 | 9.9 | 9 | 9.5 | 11.8 | 71 | 13 |
| | | Civil [2] | 9.6 | 9.5 | 7.0 | 8.0 | 8.1 | 8.9 | 49 | 8 |
| | From Filing to Trial [2] (Civil Only) | | 29.5 | 35.0 | 42.8 | 28.4 | 36.3 | 37.6 | 68 | 9 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 146 5.2 | 166 5.7 | 153 4.6 | 257 7.5 | 179 5.5 | 236 7.3 | 63 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.2 | 1.2 | 1.3 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 73.3 | 76.5 | 63.1 | 45.6 | 60.1 | 68.5 | | |
| | | Percent Not Selected or Challenged | 58.8 | 56.6 | 50.4 | 37.6 | 46.6 | 44.0 | | |

| 2012 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,909 | 66 | 52 | 600 | 32 | 402 | 175 | 401 | 279 | 117 | 435 | 3 | 347 |
| Criminal [1] | 698 | 10 | 132 | 93 | 115 | 166 | 44 | 56 | 2 | 14 | 6 | 11 | 49 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."