# EXHIBIT 13

**United States District Courts — National Judicial Caseload Profile**

|  |  |  | \multicolumn{6}{c}{12-Month Periods Ending} |
|---|---|---|---|---|---|---|---|---|

| | | | Sep 30 2008 | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 | Sep 30 2013 |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings [1] | 371,155 | 384,902 | 394,345 | 402,885 | 386,664 | 391,652 |
| | | Terminations | 337,761 | 369,801 | 419,178 | 414,739 | 382,837 | 362,228 |
| | | Pending | 386,347 | 397,943 | 377,952 | 366,740 | 365,760 | 391,788 |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 5.5 | 1.8 | -0.7 | -2.8 | 1.3 | |
| | | Number of Judgeships | 678 | 678 | 678 | 677 | 677 | 677 |
| | | Vacant Judgeship Months [2] | 397.9 | 602.5 | 964.1 | 947.1 | 768.0 | 784.1 |
| **Actions per Judgeship** | Filings | Total | 547 | 568 | 582 | 595 | 571 | 579 |
| | | Civil | 394 | 408 | 417 | 427 | 411 | 420 |
| | | Criminal Felony | 122 | 128 | 130 | 134 | 125 | 120 |
| | | Supervised Release Hearings | 31 | 32 | 34 | 33 | 35 | 38 |
| | | Pending Cases | 570 | 587 | 557 | 542 | 540 | 579 |
| | | Weighted Filings [2] | 472 | 480 | 490 | 509 | 520 | 545 |
| | | Terminations | 498 | 545 | 618 | 613 | 565 | 535 |
| | | Trials Completed | 20 | 20 | 20 | 20 | 20 | 19 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.1 | 7.0 | 6.9 | 7.0 | 7.2 | 7.3 |
| | | Civil [2] | 8.1 | 8.9 | 7.6 | 7.3 | 7.8 | 8.5 |
| | From Filing to Trial [2] (Civil Only) | | 24.8 | 25.3 | 24.3 | 24.8 | 25.5 | 26.1 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | 21,820 7.3 | 35,828 11.7 | 45,010 15.8 | 40,439 14.9 | 30,309 11.0 | 27,087 9.0 |
| | | Average Number of Felony Defendants Filed per Case | 1.3 | 1.3 | 1.3 | 1.4 | 1.4 | 1.3 |
| | Jurors | Avg. Present For Jury Selection | 48.8 | 52.6 | 49.2 | 49.3 | 48.5 | 51.0 |
| | | Percent Not Selected or Challenged | 37.4 | 39.9 | 38.7 | 37.6 | 37.3 | 37.5 |

**2013 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| | | | |
|---|---:|---|---:|
| Total Civil | 284,604 | Total Criminal[1] | 81,289 |
| A-Social Security | 19,977 | A-Marijuana | 4,232 |
| B-Personal Injury/Product Liability | 49,526 | B-All Other Drugs | 22,006 |
| C-Prisoner Petitions | 56,955 | C-Immigration | 23,873 |
| D-Forfeitures and Penalties | 2,144 | D-Firearms and Explosives | 8,318 |
| E-Real Property | 10,762 | E-Fraud | 9,430 |
| F-Labor Suits | 18,043 | F-Violent Offenses | 2,525 |
| G-Contracts | 28,571 | G-Sex Offenses | 3,589 |
| H-Torts (other than Personal Injury/Product Liability) | 18,212 | H-Forgery and Counterfeiting | 819 |
| I-Copyright, Patent, and Trademark | 13,335 | I-Larceny and Theft | 1,964 |
| J-Civil Rights | 35,307 | J-Justice System Offenses | 832 |
| K-Antitrust | 817 | K-Regulatory Offenses | 1,201 |
| L-All Other Civil | 30,955 | L-All Other Criminal | 2,500 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

### CALIFORNIA NORTHERN

| | | | Sep 30 2008 | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 | Sep 30 2013 | Numerical Standing Within U.S. | Numerical Standing Within Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 7,468 | 7,790 | 7,590 | 7,980 | 8,426 | 7,373 | | |
| | Terminations | | 7,595 | 7,573 | 8,824 | 8,471 | 7,875 | 7,855 | | |
| | Pending | | 9,240 | 8,959 | 7,665 | 7,039 | 7,348 | 6,734 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -1.3 | -5.4 | -2.9 | -7.6 | -12.5 | | 86 | 12 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months [2] | | 5.9 | 22.0 | 33.9 | 18.7 | 29.7 | 37.0 | | |
| **Actions per Judgeship** | Filings | Total | 533 | 556 | 542 | 570 | 602 | 527 | 37 | 8 |
| | | Civil | 441 | 433 | 435 | 471 | 510 | 442 | 28 | 4 |
| | | Criminal Felony | 54 | 79 | 64 | 66 | 64 | 55 | 80 | 14 |
| | | Supervised Release Hearings | 38 | 44 | 43 | 33 | 28 | 30 | 49 | 11 |
| | Pending Cases | | 660 | 640 | 548 | 503 | 525 | 481 | 44 | 5 |
| | Weighted Filings [2] | | 592 | 607 | 593 | 631 | 675 | 618 | 20 | 5 |
| | Terminations | | 543 | 541 | 630 | 605 | 563 | 561 | 28 | 6 |
| | Trials Completed | | 6 | 6 | 12 | 17 | 16 | 10 | 86 | 12 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.2 | 6.7 | 8.7 | 9.4 | 8.5 | 10.8 | 65 | 10 |
| | | Civil [2] | 7.7 | 9.4 | 9.8 | 8.0 | 6.4 | 7.6 | 20 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 30.0 | 24.5 | 21.5 | 34.3 | 32.7 | 27.4 | 38 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 488 / 6.0 | 1,220 / 15.7 | 837 / 12.8 | 516 / 8.8 | 476 / 7.8 | 381 / 6.9 | 59 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.2 | 1.4 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 64.1 | 77.5 | 62.1 | 64.5 | 65.8 | 59.4 | | |
| | | Percent Not Selected or Challenged | 42.1 | 48.5 | 39.4 | 35.5 | 43.6 | 38.2 | | |

| 2013 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6,184 | 200 | 338 | 1,440 | 16 | 379 | 635 | 588 | 238 | 458 | 846 | 160 | 886 |
| Criminal [1] | 765 | 35 | 212 | 140 | 143 | 106 | 27 | 37 | 7 | 10 | 12 | 16 | 20 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

### NEVADA

| | | | Sep 30 2008 | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 | Sep 30 2013 | Numerical Standing Within U.S. | Numerical Standing Within Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 3,272 | 4,300 | 4,172 | 4,039 | 3,856 | 3,903 | | |
| | Terminations | | 3,190 | 3,519 | 3,832 | 3,929 | 3,794 | 3,659 | | |
| | Pending | | 3,673 | 4,288 | 4,540 | 4,347 | 4,364 | 4,599 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 19.3 | -9.2 | -6.4 | -3.4 | 1.2 | | 45 | 3 |
| | Number of Judgeships | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.5 | 7.1 | 4.2 | 17.6 | 24.1 | | |
| **Actions per Judgeship** | Filings | Total | 467 | 614 | 596 | 577 | 551 | 558 | 31 | 7 |
| | | Civil | 370 | 475 | 442 | 443 | 416 | 419 | 30 | 5 |
| | | Criminal Felony | 61 | 96 | 117 | 100 | 100 | 104 | 42 | 8 |
| | | Supervised Release Hearings | 37 | 43 | 37 | 34 | 35 | 35 | 36 | 10 |
| | Pending Cases | | 525 | 613 | 649 | 621 | 623 | 657 | 15 | 2 |
| | Weighted Filings [2] | | 465 | 577 | 603 | 575 | 547 | 557 | 27 | 7 |
| | Terminations | | 456 | 503 | 547 | 561 | 542 | 523 | 35 | 9 |
| | Trials Completed | | 23 | 22 | 22 | 26 | 18 | 24 | 28 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.3 | 9.9 | 9.0 | 9.5 | 11.8 | 10.1 | 58 | 8 |
| | | Civil [2] | 9.5 | 7.0 | 8.0 | 8.1 | 8.9 | 8.7 | 39 | 7 |
| | From Filing to Trial [2] (Civil Only) | | 35.0 | 42.8 | 28.4 | 36.3 | 37.6 | 39.7 | 68 | 8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 166 / 5.7 | 153 / 4.6 | 257 / 7.5 | 179 / 5.5 | 236 / 7.3 | 308 / 9.0 | 70 | 11 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.2 | 1.3 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 76.5 | 63.1 | 45.6 | 60.1 | 68.5 | 56.9 | | |
| | | Percent Not Selected or Challenged | 56.6 | 50.4 | 37.6 | 46.6 | 44.0 | 27.7 | | |

### 2013 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2,932 | 114 | 60 | 706 | 37 | 212 | 110 | 413 | 266 | 115 | 469 | 4 | 426 |
| Criminal [1] | 725 | 3 | 201 | 129 | 107 | 110 | 59 | 62 | 5 | 16 | 9 | 7 | 17 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.
[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
[2] See "Explanation of Selected Terms."