# EXHIBIT 14

**United States District Courts — National Judicial Caseload Profile**

|  |  |  | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 | Sep 30 2013 | Sep 30 2014 |
| **Overall Caseload Statistics** | | Filings [1] | 384,902 | 394,345 | 402,885 | 386,664 | 391,652 | 392,241 |
| | | Terminations | 369,801 | 419,178 | 414,739 | 382,837 | 362,228 | 359,835 |
| | | Pending | 397,943 | 377,952 | 366,740 | 365,760 | 391,788 | 423,082 |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 1.9 | -0.5 | -2.6 | 1.4 | 0.2 |  |
| | | Number of Judgeships | 678 | 678 | 677 | 677 | 677 | 677 |
| | | Vacant Judgeship Months [2] | 602.5 | 964.1 | 947.1 | 768.0 | 784.1 | 768.1 |
| **Actions per Judgeship** | **Filings** | Total | 568 | 582 | 595 | 571 | 579 | 579 |
| | | Civil | 408 | 417 | 427 | 411 | 420 | 436 |
| | | Criminal Felony | 128 | 130 | 134 | 125 | 120 | 107 |
| | | Supervised Release Hearings | 32 | 34 | 33 | 35 | 38 | 37 |
| | Pending Cases | | 587 | 557 | 542 | 540 | 579 | 625 |
| | Weighted Filings [2] | | 480 | 490 | 509 | 520 | 545 | 533 |
| | Terminations | | 545 | 618 | 613 | 565 | 535 | 532 |
| | Trials Completed | | 20 | 20 | 20 | 20 | 19 | 18 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.0 | 6.9 | 7.0 | 7.2 | 7.3 | 7.5 |
| | | Civil [2] | 8.9 | 7.6 | 7.3 | 7.8 | 8.5 | 8.3 |
| | From Filing to Trial [2] (Civil Only) | | 25.3 | 24.3 | 24.8 | 25.5 | 26.1 | 26.4 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | 35,828 11.7 | 45,010 15.8 | 40,439 14.9 | 30,309 11.0 | 27,087 9.0 | 30,407 9.0 |
| | | Average Number of Felony Defendants Filed per Case | 1.3 | 1.3 | 1.4 | 1.4 | 1.3 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 52.6 | 49.2 | 49.3 | 48.5 | 51.0 | 51.0 |
| | | Percent Not Selected or Challenged | 39.9 | 38.7 | 37.6 | 37.3 | 37.5 | 37.4 |

**2014 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense**

| Total Civil | 295,310 | Total Criminal[1] | 71,960 |
|---|---|---|---|
| A-Social Security | 19,146 | A-Marijuana | 3,320 |
| B-Personal Injury/Product Liability | 60,078 | B-All Other Drugs | 18,855 |
| C-Prisoner Petitions | 60,675 | C-Immigration | 21,926 |
| D-Forfeitures and Penalties | 1,901 | D-Firearms and Explosives | 7,435 |
| E-Real Property | 7,802 | E-Fraud | 8,523 |
| F-Labor Suits | 18,673 | F-Violent Offenses | 2,383 |
| G-Contracts | 28,557 | G-Sex Offenses | 3,297 |
| H-Torts (other than Personal Injury/Product Liability) | 19,912 | H-Forgery and Counterfeiting | 710 |
| I-Copyright, Patent, and Trademark | 13,420 | I-Larceny and Theft | 1,610 |
| J-Civil Rights | 35,274 | J-Justice System Offenses | 819 |
| K-Antitrust | 799 | K-Regulatory Offenses | 1,099 |
| L-All Other Civil | 29,073 | L-All Other Criminal | 1,983 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 | Sep 30 2013 | Sep 30 2014 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 7,790 | 7,590 | 7,980 | 8,426 | 7,373 | 7,021 | | |
| | Terminations | | 7,573 | 8,824 | 8,471 | 7,875 | 7,855 | 7,419 | | |
| | Pending | | 8,959 | 7,665 | 7,039 | 7,348 | 6,734 | 6,365 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -9.9 | -7.5 | -12.0 | -16.7 | -4.8 | | 48 | 8 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months [2] | | 22.0 | 33.9 | 18.7 | 29.7 | 37.0 | 14.7 | | |
| **Actions per Judgeship** | Filings | Total | 556 | 542 | 570 | 602 | 527 | 502 | 41 | 8 |
| | | Civil | 433 | 435 | 471 | 510 | 442 | 421 | 32 | 5 |
| | | Criminal Felony | 79 | 64 | 66 | 64 | 55 | 49 | 79 | 13 |
| | | Supervised Release Hearings | 44 | 43 | 33 | 28 | 30 | 31 | 46 | 12 |
| | Pending Cases | | 640 | 548 | 503 | 525 | 481 | 455 | 49 | 6 |
| | Weighted Filings [2] | | 607 | 593 | 631 | 675 | 618 | 593 | 19 | 4 |
| | Terminations | | 541 | 630 | 605 | 563 | 561 | 530 | 38 | 7 |
| | Trials Completed | | 6 | 12 | 17 | 16 | 10 | 12 | 79 | 12 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 6.7 | 8.7 | 9.4 | 8.5 | 10.8 | 11.9 | 73 | 11 |
| | | Civil [2] | 9.4 | 9.8 | 8.0 | 6.4 | 7.6 | 7.9 | 22 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 24.5 | 21.5 | 34.3 | 32.7 | 27.4 | 30.9 | 52 | 6 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,220 15.7 | 837 12.8 | 516 8.8 | 476 7.8 | 381 6.9 | 380 7.2 | 59 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.4 | 1.4 | 1.3 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 77.5 | 62.1 | 64.5 | 65.8 | 59.4 | 58.9 | | |
| | | Percent Not Selected or Challenged | 48.5 | 39.4 | 35.5 | 43.6 | 38.2 | 39.8 | | |

| 2014 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 5,900 | 180 | 190 | 1,442 | 23 | 290 | 541 | 545 | 340 | 456 | 904 | 96 | 893 |
| Criminal [1] | 676 | 25 | 169 | 85 | 131 | 116 | 40 | 11 | 12 | 9 | 20 | 22 | 36 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.
[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**NEVADA**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 | Sep 30 2013 | Sep 30 2014 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 4,300 | 4,172 | 4,039 | 3,856 | 3,903 | 3,545 | | |
| | | Terminations | 3,519 | 3,832 | 3,929 | 3,794 | 3,659 | 3,641 | | |
| | | Pending | 4,288 | 4,540 | 4,347 | 4,364 | 4,599 | 4,459 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -17.6 | -15.0 | -12.2 | -8.1 | -9.2 | | 67 | 10 |
| | | Number of Judgeships | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | | Vacant Judgeship Months [2] | 0.5 | 7.1 | 4.2 | 17.6 | 24.1 | 8.3 | | |
| **Actions per Judgeship** | **Filings** | Total | 614 | 596 | 577 | 551 | 558 | 506 | 39 | 7 |
| | | Civil | 475 | 442 | 443 | 416 | 419 | 399 | 35 | 6 |
| | | Criminal Felony | 96 | 117 | 100 | 100 | 104 | 74 | 51 | 8 |
| | | Supervised Release Hearings | 43 | 37 | 34 | 35 | 35 | 33 | 41 | 10 |
| | Pending Cases | | 613 | 649 | 621 | 623 | 657 | 637 | 14 | 2 |
| | Weighted Filings [2] | | 577 | 603 | 575 | 547 | 557 | 505 | 32 | 7 |
| | Terminations | | 503 | 547 | 561 | 542 | 523 | 520 | 42 | 8 |
| | Trials Completed | | 22 | 22 | 26 | 18 | 24 | 19 | 41 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.9 | 9.0 | 9.5 | 11.8 | 10.1 | 11.9 | 73 | 11 |
| | | Civil [2] | 7.0 | 8.0 | 8.1 | 8.9 | 8.7 | 9.2 | 42 | 9 |
| | From Filing to Trial [2] (Civil Only) | | 42.8 | 28.4 | 36.3 | 37.6 | 39.7 | 39.9 | 67 | 8 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 153 4.6 | 257 7.5 | 179 5.5 | 236 7.3 | 308 9.0 | 353 10.6 | 74 | 10 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.3 | 1.4 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 63.1 | 45.6 | 60.1 | 68.5 | 56.5 | 58.7 | | |
| | | Percent Not Selected or Challenged | 50.4 | 37.6 | 46.6 | 44.0 | 30.1 | 33.9 | | |

| 2014 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,795 | 106 | 38 | 719 | 75 | 135 | 83 | 404 | 279 | 119 | 421 | 4 | 412 |
| Criminal [1] | 517 | - | 122 | 97 | 90 | 61 | 38 | 61 | 1 | 19 | 5 | 8 | 15 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."