1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>        **Defendant.** | Case No.  5:14-cv-05484-EJD<br>           5:14-cv-05591-EJD<br>           5:14-cv-05621-EJD<br>           5:15-cv-00521-EJD<br>           5:15-cv-01324-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER** |
| **Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>        **Defendant.** | |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD
1
[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

| | |
|---|---|
| **Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,** | |
| Plaintiffs, | |
| v. | |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | |
| Defendant. | |
| **Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,** | |
| Plaintiffs, | |
| v. | |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | |
| Defendant. | |
| **Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,** | |
| Plaintiffs, | |
| v. | |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | |
| Defendant. | |

This Court hereby takes Judicial Notice of Exhibits 1-14 attached to the Declaration of Joseph R. Saveri In Support Of Plaintiffs' Opposition to Defendant's Motion To Transfer Venue Under 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

DATED: _____   By: _____
                                                                     Edward J. Davila
                                                                United States District Judge

2

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE