1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>        **Defendant.** | Case No.  5:14-cv-05484-EJD<br>              5:14-cv-05591-EJD<br>              5:14-cv-05621-EJD<br>              5:15-cv-00521-EJD<br>              5:15-cv-01324-EJD<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |
| **Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>        **Defendant.** | |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS

| | |
|---|---|
| **Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,** | |
| Plaintiffs, | |
| v. | |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | |
| Defendant. | |
| **Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,** | |
| Plaintiffs, | |
| v. | |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | |
| Defendant. | |
| **Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,** | |
| Plaintiffs, | |
| v. | |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | |
| Defendant. | |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD
2
[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS

The Motion to Dismiss filed by Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: _____  By: _____

Edward J. Davila
United States District Judge

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

3

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS