# EXHIBIT 5

ReedPOP
UFC Fan Expo
New York Comic Con
Chicago Comic & Entertainment Expo
Special Edition NYC
PAX Prime
PAX East
PAX Aus
STGCC
Star Wars Celebration

**UFC FAN EXPO: July 10-11, 2015**
**THE ULTIMATE FAN EXPERIENCE • SANDS EXPO & CONVENTION CENTER • LAS VEGAS**
**MENU**

Buy Tickets
Tickets
VIP Packages
What's Happening
Overview
UFC Fan Expo FAQs
Join Newsletter
Travel
Book Your Hotel
Directions
For Exhibitors
Interested In Exhibiting?
News & Press
Press Registration
Photo Archive
Home
Overview
UFC Fan Expo FAQs

# UFC Fan Expo FAQs

## About The Expo

### What is UFC Fan Expo?

UFC Fan Expo is the world's premier Ultimate Fighting Championship® fan event. Thousands of fans will celebrate their passion for America's fastest growing sport through participation in exhibitions, fighter autograph and training sessions, fan-inspired special events and competitions. Meet elite fighters and interact with industry icons. UFC Fan Expo 2015 in Las Vegas will feature more UFC fighters than any other UFC fan event ever. Be a part of this historic weekend!

### How long has UFC Fan Expo been bringing the Ultimate Fan Experience to UFC fans?

UFC Fan Expo started in 2009.



**100 DAYS, 20 HRS, 21 MINS, 58 SECS**

Enter Your Email Address

Like Us On Facebook
Follow Us On Twitter

UFC Fan Expo is the world's premier Ultimate Fighting Championship® fan event. Thousands of fans will celebrate their passion for America's fastest growing sport through participation in exhibitions, fighter autograph and training sessions, fan-inspired special events and competitions. Meet elite fighters and interact with industry icons.

© 2015 ZUFFA, LLC. ALL RIGHTS RESERVED.
Sitemap
Privacy Policy
Contact Us
ReedPOP
Careers
Reed Exhibitions