# EXHIBIT 6

[search]  [g+1] 0        More    Next Blog»                                        Create Blog   Sign In

# UFC-FORUMS.COM

**TUESDAY, JUNE 5, 2007**

## UFC-Forums.com

UFC-Forums.com is a free online community designed to share and discuss the exploding sport of mixed martial arts fighting.

visit us at: http://www.ufc-forums.com

http://www.myspace.com/ufcforums

http://www.youtube.com/ufcforums

About the UFC

WHAT is the ENTITY of the NEW UFC [ULTIMATE FIGHTING CHAMPIONSHIP
The entity of the New UFC [Ultimate Fighting Championship] is the world's leading mixed martial arts sports association, formed in January, 2001 by Zuffa, LLC. The New UFC features a strong ownership and a depth of management experience across a spectrum of live event sports, television production and ancillary business development. The New UFC is positioned well for the future as the standard bearer for the evolving and exciting sport of mixed martial arts.

WHAT is MIXED MARTIAL ARTS?
Mixed martial arts (MMA) is an intense and evolving combat sport in which competitors use interdisciplinary forms of fighting that include jiu-jitsu, judo, karate, boxing, kickboxing, wrestling and others to their strategic and tactical advantage in a supervised match. Scoring

**BLOG ARCHIVE**

▼ 2007 (1)

   ▼ June (1)

      UFC-Forums.com

**ABOUT ME**

UFC-FORUMS.COM

VIEW MY COMPLETE PROFILE

for mixed martial arts events in Nevada, New Jersey, Massachusetts, and Florida is based on athletic-commission approved definitions and rules for striking (blows with the hands, feet, knees or elbows) and grappling (submission, choke holds, throws or takedowns). No single discipline reigns.

WHAT is ULTIMATE FIGHTING in the UFC?
Ultimate Fighting is a proprietary term of the UFC. It is defined as mixed martial arts competition between high level professional fighters who utilize the disciplines of jiu-jitsu, karate, boxing, kickboxing, wrestling, and other forms in UFC live events. UFC competitors or "Ultimate Fighters" are among the best-trained and conditioned athletes in the world. While this is a highly intense sport, fighter safety is of paramount concern to UFC ownership and management: it is noteworthy that no competitor has ever been seriously injured in a UFC event.

WHAT is the NEW ULTIMATE FIGHTING CHAMPIONSHIP?
The new Ultimate Fighting Championship is a series of international competitive mixed martial arts events televised several times yearly and available live or tape-delayed on pay-per-view and other formats, seen domestically and internationally. The New Ultimate Fighting Championship is committed to providing the highest quality live event and television production available to entertain and engage viewers in a fascinating sport. The New Ultimate Fighting Championship distinguishes itself from the controversial spectacle of the last decade: The first event produced under new ownership and management was February 23, 2001.

The Ultimate Fighting Championship is produced exclusively in cooperation with Zuffa, LLC.

WHAT DISTINGUISHES UFC FROM ITS COMPETITORS?

The elite level of the competitor also known as an "Ultimate Fighter."

The UFC brings together the most talented martial arts experts in the world. UFC fighters come from the US, Canada, Brazil, Japan, Russia, Holland, England, etc. All UFC fighters have previous combat sports experience and many are world or Olympic champions. UFC athletes train up to six hours a day or more in preparation for an event. Almost all have studied martial arts as a lifelong vocation and many are college educated. In addition to their UFC careers, many of these men are business owners. They are also students, professionals or managers working for diverse types of companies. But it is the

success, discipline and focus of the Ultimate Fighter that makes him different from just about any other competitor in or out of mixed martial arts.

Absolute consistency of rules: presence of officials, judges, weight divisions, rounds, time limits
Leadership in obtaining commission approval for a new sport

Mandatory Equipment:
Competitors may only use UFC and commission approved 4-6 oz gloves, designed to protect the hand but not large enough to improve the striking surface or weight of the punch.
Commission approved MMA shorts and kickboxing trunks are the only uniforms allowed. Shirts, gis and shoes, and the problems they present for grabbing are not allowed.

The Octagon
The octagonal competition mat and cage design are registered trademarks and/or trade dress of Zuffa, LLC and are symbolic of the highest quality mixed martial arts events brought to you under the Ultimate Fighting Championship® brand name. In 1993, UFC events were the first to feature an eight-sided competition configuration which has become known worldwide as the UFC Octagon™

The UFC Octagon is unique from any other fighting arena because the octagonal shape and structure have become inherently associated with Zuffa and the UFC brand name among mixed martial arts consumers, other mixed martial arts organizations and the national media. The UFC Octagon is regularly featured on UFC Pay-per-view events, Ultimate Fight Night™ and The Ultimate Fighter® reality TV series. The UFC Octagon creates a neutral arena to showcase the skills of UFC mixed martial arts athletes. The UFC organization has a established a reputation for providing the maximum safety to the fighters with commission approved ring structures, canvas, and all safety padding and fences. Zuffa makes major investments to ensure the safety of competitors in the UFC Octagon -- as a result, when people see the Octagon they associate it with the reputation and quality delivered only by Zuffa at UFC events.

History of the UFC

Started in 1993, the Ultimate Fighting Championship® brand is in its

fourteenth year of operation as a professional mixed martial arts organization offering the premier series of MMA sports events.

The UFC organization follows a rich history and tradition of competitive MMA dating back to the Olympic Games in Athens. About 80 years ago, a Brazilian form of MMA known as Vale Tudo (anything goes) sparked local interest in the sport.

Then, the UFC organization brought MMA to the United States. The goal was to find "the Ultimate Fighting Champion" with a concept to have a tournament of the best athletes skilled in the various disciplines of all martial arts, including karate, jiu-jitsu, boxing, kickboxing, grappling, wrestling, sumo and other combat sports. The winner of the tournament would be crowned the champion.

Once the UFC brand was launched, MMA popularity surged in Brazil, followed by immense interest in Japan where these bouts became major events.

In January 2001, under the new ownership of Zuffa, LLC, the UFC brand completely restructured MMA into a highly organized and controlled combat sport. As a result, the UFC organization now offers twelve to fourteen live pay-per-view events annually through cable and satellite providers. UFC fight programs are also distributed internationally throughout the world, including broadcast on WOWOW, Inc. in Japan, MAIN EVENT in Australia, Globosat in Brazil and Bravo in the United Kingdom.

Response to the UFC brand of MMA has been tremendous, resulting in a growing fan base that has grown exponentially through the years.

Recently, a UFC event in Columbus, Ohio attracted more than 19, 000 people—the largest audience in North American to witness a mixed martial arts event. UFC popularity continues to reach new heights as the fifth season of the hit reality series The Ultimate Fighter® delivered record ratings in male 18-34 demographics for the Spike TV cable network.

The UFC organization and Spike TV also extended its two-year strategic partnership through 2008 to present four additional seasons of hit reality series The Ultimate Fighter®, as well as ten live UFC® Fight Night™ events and 26 taped programs of UFC: Unleashed™.

The UFC organization is regulated and recognized by the world's most prestigious sports regulatory bodies including the California, Florida, Nevada, New Jersey, Ohio and Pennsylvania State Athletic

Case 2:15-cv-01045-RFB-BNW   Document 72-7   Filed 04/10/15   Page 6 of 6

Commissions. The UFC organization strives for the highest levels of safety and quality in all aspects of the sport.

Under the strong leadership of owners Lorenzo Fertitta and Frank Fertitta III, and expertise of President Dana White, the UFC brand continues to thrive across a spectrum of live event sports, television production and ancillary business development.

POSTED BY UFC-FORUMS.COM AT 5:25 PM   2 COMMENTS:
LABELS: FORUM, MESSAGE BOARD, UFC

Newer Posts                              Home

Subscribe to: Posts (Atom)