# EXHIBIT 7



Login | Media Kit Search

**Home** | All Magazines | Regional Publications | Media Companies

+ add your publication | about adsprouts

Consumer » Sports » Martial Arts » UFC 360

# UFC 360 Magazine Micro MediaKit

| SECTOR & TYPE | PUBLISHED BY | ADSPROUTS CLASSIFICATION | REGION | FREQUENCY |
|---|---|---|---|---|
| Consumer National Magazine | Future US Inc. | Martial Arts | U.S. | Unknown |



### UFC 360 Magazine

**The singular voice of the country's fastest-growing sport and phenomenon.**

The Ultimate Fighting Championship (UFC) is the world's leading mixed martial arts organization. Over the past decade, the UFC has evolved into an internationally renowned sport organization with events taking place across the world. The devotion to develop an exciting product, featuring the world's greatest athletes, has positioned the UFC amongst the elite sports organizations -- surpassing Pay-Per-View records and selling out arenas from London to Los Angeles.

- Website
- Advertising Info

Editorial & Photo Credit: UFC 360 Magazine's website.

**Share this page**  ✉ 🖨 f t in                    Top ↑

## UFC 360 Magazine Micro MediaKit™ Metrics

| CIRCULATION | BRAND REACH | ESTIMATED PRINT RATE | DEMOGRAPHICS/READERS |
|---|---|---|---|
|  | 👤👤👤👤👤 | 🏷🏷🏷🏷🏷 | Athletes & Sport Enthusiasts  |
| N/A | N/A | N/A | |

Note: Circulation, Brand Reach and Rates are estimates only. These are not always available and may not be completely correct. There are many factors influencing current figures, so please contact the magazine's advertising team for today's exact figures.

## UFC 360 Magazine Competitive & Similar Publications

**Fight!**                              **Ultimate MMA**