# EXHIBIT 8

January 27, 2013

#HIRING:
@UFC - Marketing Manager - Ultimate Fighting Championship - Las Vegas, NV

Position Summary:

> This position is responsible for the development and execution of multi-platform marketing strategies across the full suite of UFC's core businesses from live events and the Ultimate Fighter reality franchise to its elite athlete roster, all tailored to the growth of UFC's exposure in the urban community.

Essential Functions:

1. Shapes all aspects of urban marketing strategy including but not limited to developing unique materials by collaborating with in-house creative, TV production, social media and digital departments.
2. Identifies fresh and innovative methods to reach new viewers of UFC's live events and television programming in the target demographic including but not limited to traditional media, online/interactive, OOH and retail partnerships.
3. Works closely with UFC's media buying agency related to target market activities including online, traditional, OOH and identify and evaluate media channels (cable networks, websites, print channels and radio networks/stations) that can be leveraged to support the urban outreach initiatives.
4. Works closely with the Affiliate Marketing Team, to develop multicultural co-op campaigns with cable/satellite affiliates which will complement the overall UFC media strategy.
5. Coordinates community activities and other promotional events relative to the target market(s).
6. Develops and manages budgets as needed for all relevant urban initiatives.
7. Works closely with the Public Relations team to target earned media relevant to targeted urban audiences and fans.
8. Works in conjunction with the Affiliate Marketing Managers and Research Team to capture and track event result data from cable/satellite affiliates and television ratings sources after each PPV event.