# EXHIBIT 9

















Advanced   

Business Services    Try Premium for free

### Corporate Benefits Administrator
Boyd Gaming
August 2009 – December 2011 (2 years 5 months)

Boyd Gaming operates 17 casino entertainment properties nationwide in Nevada, New Jersey, Mississippi, Louisiana, Indiana and Illinois. I served as one of the primary benefits contacts at their corporate headquarters in Las Vegas. My responsibilities included:

• Provide support to employees and on-site HR personnel with benefits issues, concerns, and\or questions to enhance understanding of Boyd's benefits package.
• Coordinate benefit setup, deduction, and compliance reporting issues with Information Systems, Human Resources, and Payroll personnel.
• Provide analytical and technical support in the delivery of the benefit programs.
• Audit the accuracy and performance of functions performed by benefits staff with plan audits, weekly\monthly\quarterly reporting.
• Implement and maintain Group Benefits databases and Lawson benefit records. Prepare regular benefit reports extracting data from the database.
• Coordinate transfer of data to external contacts for services, premiums and plan administration.

▸ 1 honor or award

### Human Resources Generalist
Consolidated Resorts, INC.
May 2008 – August 2009 (1 year 4 months)

Provided full life-cycle HR administration for the 500+ Sales division including: on-boarding, training, benefits administration, employee relations & investigations, performance reviews, exit interviews, and ensuring operational compliance.

In June 2009, due to economic constraints, I provided HR administration during the Company's closure. I also worked with staffing agencies and a network of recruiters to assist a number of displaced employees with their search for new employment.

▾ 1 recommendation

**Buflene Gebhardt**
Human Resources Director - TWI Group & Independent HR Consultant

I have always believed the attitude of a person is more important than experience. I recruited Susie away from another industry and introduced her to Human Resources soley based on her attitude. I wanted the opportunity to mentor her and felt she... View

### HR Benefits Coordinator
Consolidated Resorts, INC
April 2007 – May 2008 (1 year 2 months)

Once considered a major innovator in the vacation-ownership industry, Consolidated Resorts was a timeshare company that originated in Hawaii in 1980. At the height of the business, the company had over 200,000 timeshare owners,13 different assets in 3 states, and over 3000 employees.

Responsibilities of this role include:
• Conduct New Hire & Benefits Orientation.
• Prepare and maintain employee files, assuring accuracy, compliance, and confidentially including unemployment claims, verifications, I9 status and State regulations.
• Assist the Benefits Manager and Director of HR with special projects, including Open Enrollment implementation, Annual Reviews, Job Fairs & other recruitment projects.

### Fitness Counselor
24 Hour Fitness
December 2002 – April 2007 (4 years 5 months)

### Banker
Bank of America
May 2003 – July 2005 (2 years 3 months)

Organizations

