# EXHIBIT 10

Case 2:15-cv-01045-RFB-BNW   Document 72-11   Filed 04/10/15   Page 2 of 3

# One-on-one with UFC President Dana White

**By Pramit Mohapatra**
Special to Baltimoresun.com

JANUARY 22, 2007

Ultimate Fighting Championship (UFC) President Dana White is nothing if not aggressive. Under his stewardship since 2001, the promotion has grown from an underground fight league with very limited mainstream acceptance to an outfit that is now synonymous with mixed martial arts in the United States.

UFC closed 2006 with a high-profile pay-per-view bout, UFC 66. In March, the company extended a strategic partnership with Spike TV and expanded its lineup of television programming. And the sport continued to gain fans, particularly in the 18-34 male demographic coveted by advertisers.

According to White, also a co-owner of UFC's parent company, Zuffa LLC, the success in 2006 was just the tip of the iceberg. He used "aggressive" several times to describe his organization's growth strategy during a Jan. 18 phone interview. What follows are his answers to a range of questions on the future of the UFC, its competitors, upcoming plans, his favorite fighters and more.

[redacted]

[redacted]

[redacted]

[redacted]

**There have been rumors floating around -- online especially -- that Zuffa, the parent company of the UFC, is looking to purchase Dream Stage Entertainment, which owns PRIDE. Can you comment on these rumors?**

Well, I think over the last month you've seen that we're out there acquiring a few different things and obviously, we're very aggressive and have been since we bought the company and I don't plan on slowing down now. I'm looking to acquire all the best fighters in the world and make the biggest, best matches I can make for the next few years.

[redacted]

[redacted]

[redacted]

[redacted]

**In UFC 66, you announced the signings of Mirko Filipovic, one of the top heavyweight fighters (from PRIDE) and Quentin Jackson, the only fighter Liddell has fought and never beaten (from WFA). Do you have any other big-name fighter signings that you are working on?**

Yeah, our goal is -- like I said a million times -- we're very aggressive guys and we're always looking to get the best fighters in the world into the UFC. And I think over the next year, you're going to see pretty much the "who's who" from across the world fighting in the UFC.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]