# EXHIBIT 11

espn.go.com/mma/story/_/id/6833956/fedor-emelianenko-cut-zuffa-llc

EDITIONS: USA   DEPORTES   More ▾       CITIES: BOSTON   CHICAGO   DALLAS   LOS ANGELES   NEW YORK       Sign In or Register   f

# ESPN Mixed Martial Arts

🛒 SHOP       Search 🔍

my ESPN   NFL   MLB   NBA   NHL   NCAAF   NCAAM   NCAAW   NASCAR   SOCCER   **SPORTS**       WATCH   FANTASY & GAMES   espnW & X GAMES   RADIO & MORE

MMA Home   Schedule/Results   Fighters   Power Rankings   MMA Blog   Report Cards   MMA Live Video   Photo Galleries   Title Lineage   Previews

Activate Adobe Flash.

# Fedor Emelianenko cut by Zuffa LLC

By Franklin McNeil | ESPN.com          Updated: August 4, 2011, 11:47 PM ET

**f** Share   431      🐦 **Tweet**  32      💬 **COMMENTS (273)**      ✉ **EMAIL**      🖨 **PRINT**

PHILADELPHIA -- Fedor Emelianenko, once considered the best fighter in mixed martial arts, is being released by Zuffa LLC, UFC president Dana White said Thursday.

"He's being cut," White said after a news conference to promote UFC 133, which will be held at Wells Fargo Center Saturday night.

Emelianenko, a former Pride heavyweight champion who has fought on Showtime under the Strikeforce banner since November 2009, has lost three fights in a row. In his most recent bout, Emeilanenko was stopped in the first round by Strikeforce light heavyweight titleholder Dan Henderson.

Evgeni Kogan, head of global operations for Emelianenko's promoter, M-1 Global, claimed Zuffa is not in the position to make decisions on the future of the Russian heavyweight's career.

"Dana White announced earlier today that Fedor is no longer a Zuffa fighter," Kogan said in a statement. "Truth is Fedor was never under contract with Zuffa. Fedor's contract is with Showtime. He remains a Showtime fighter."

A representative for Showtime declined to comment on Emelianenko's status with the network.

**Follow us on Twitter**

Don't miss a moment of the latest MMA coverage from around the world. Follow us on Twitter and stay informed. **Join »**

For several years, White has questioned the validity of Emelianenko's status as a top-rated fighter. "You guys [media] were calling him the pound-for-pound best in the world. You guys were saying he was the best heavyweight ever, not me," White told ESPN.com.

"I don't want to say anything bad about this guy because I like him, but it's like having your promotion carried by Kimbo Slice. This guy is going to carry your promotion? No.

"What you do is put the best fighters in the world against the best fighters and you see who wins."

Despite White's reservations, Zuffa LLC held negotiations with M-1 Global. It was Zuffa's hope that Emelianenko would agree to a deal and fight in UFC.

Those negotiations never produced a contract, but Emelianenko would eventually compete under Forza LLC, a subsidiary of Zuffa, after the Las Vegas-based company purchased Strikeforce earlier this year.

It is not yet known what the next move will be for Emelianenko, who has a mixed martial arts record of 31-4-0, with one no-contest.

*Franklin McNeil covers mixed martial arts and boxing for ESPN.com. Follow him on Twitter at www.twitter.com/Franklin_McNeil*

*Josh Gross, who covers mixed martial arts for ESPN.com, contributed to this report.*

**EDITORS' PICKS**



**Gustafsson, Teixeira To Meet**
Alexander Gustafsson and Glover Teixeira meet on June 20.
Story »



**Rousey Reigns In All Domains**
Ronda Rousey proved she owns it in all fronts.
SportsNation »



**Gaethje Outbrawls Palomino**
Gaethje defends WSOF lightweight title in Phoenix.
Brett Okamoto »

MMA Home »

Activate Adobe Flash.

**MORE MMA HEADLINES**

- Gustafsson, Teixeira in June UFC main event
- Thomson-Ferguson added to July Fight Night
- Gaethje defends WSOF lightweight title
- Galvao submits Warren for bantamweight title
- UFC Fight Night result changed to no-contest

**MOST SENT STORIES ON ESPN.COM**

- Man could win $1 million on Michigan St. bet
- OTL: Study finds many hockey helmets unsafe
- Sources: Vols closing in on deal with Barnes
- Debut on hold: Cubs send Bryant to minors
- Falcons fined, forfeit pick for noise violations

Most Sent »