# EXHIBIT 14

Newsroom Home    MGM Resorts International    Latest News

8+1  0         0

# MGM Resorts International's M life Teams Up with Ultimate Fighting Championship® for Knockout Partnership

## MGM Resorts' Loyalty Program, M life, Provides Fans Exclusive Access to UFC® Fights


M life Logo

LAS VEGAS (February 20, 2014) – MGM Resorts International (NYSE: MGM) has joined forces with the Ultimate Fighting Championship® (UFC®) to bring unparalleled VIP experiences and offers to members of M life, MGM Resorts' loyalty rewards program. M life members will have unmatched access to UFC including parties, fighter meet-and-greets, discounted merchandise and more.

"By developing a partnership with the immensely popular UFC, we are able to enhance the fan experience like no one else could through M life," said MGM Resorts' President & Chief Marketing Officer Bill Hornbuckle. "Now every fight can be unforgettable with special access before, during and after the event. We are combining the best mixed martial arts talent in the world with our iconic venues on the Las Vegas Strip."

Members of M life's top three tiers – Gold, Platinum & NOIR – will have access to additional UFC benefits including:

- Pre-sale UFC ticket offerings (limited supply)
- 20 percent discount on UFCstore.com purchases
- One complimentary digital code to purchase and view a UFC fight
- Access to contests and giveaways
- Access to live fighter video chats

Michael Mossholder, senior vice president of Global Partnerships for UFC, said, "Our relationship with MGM Resorts International brings M life members closer to the action than ever before. We are delighted to partner with M life and to give members access to UFC's action-packed fights and world-class athletes."

### About M life

M life is MGM Resorts International's premier rewards program. Members earn benefits for virtually every dollar spent at 15 MGM Resorts world-renowned destinations including Bellagio, ARIA, Vdara, MGM Grand, The Signature at MGM Grand, Mandalay Bay, THEhotel at Mandalay Bay, The Mirage, Monte Carlo, New York-New York, Luxor, and Excalibur in Las Vegas; Beau Rivage and Gold Strike in Mississippi and MGM Grand Detroit. With just one card, M life members have access to experiential rewards, personalized offers and exclusive benefits such as special room rates, pre-sale entertainment and fight tickets, priority reservations, and invitations to members-only events. Preferred relationships, including UFC, Hyatt, Southwest Airlines, Royal Caribbean International, Avis Budget Group and Ameristar Casinos, Inc., provide members additional value, access and offers throughout the world on land, air and sea. For more information, visit mlife.com or connect on Facebook or Twitter.

### About Ultimate Fighting Championship®

Owned and operated by Zuffa, LLC, the Ultimate Fighting Championship® (UFC®) is the premier mixed martial arts (MMA) organization and largest pay-per-view event provider in the world. Headquartered in Las Vegas with offices in London, Toronto, Beijing, Singapore and Sao Paulo, the UFC produces more than 40 live events annually that have sold out some of the biggest arenas and stadiums across the globe. UFC programming is broadcast in over 145 countries to 800+ million TV households worldwide in 28 different languages. The UFC has a multi-year broadcast agreement with FOX in the U.S. which includes four live events broadcast on the FOX network annually, The Ultimate Fighter® reality television show and thousands of hours of programming on FOX Sports 1 and FOX Sports 2. In 2014, UFC launched UFC FIGHT PASS™, a digital subscription service with exclusive live events, thousands of fights on-demand and original content. UFC also owns over 100 UFC GYM® locations, UFC.TV® (offering live event broadcasts and video on-demand around the world), UFC FIT™ (an in-home fitness and nutrition program), UFC 360 (the internationally distributed magazine), a videogame franchise with EA SPORTS, best-selling DVDs and Blu-rays, UFC Fight Club®, UFC Fan Expo®, Octagon™ branded apparel and Topps Trading Cards. For more information, visit www.UFC.com and follow UFC at

Username:
Password:
Login
Forgot My Password
Register
RSS Feeds
Email Alerts
Update Profile
Search:
Search
Advanced Search

Tag Cloud:
Aces of Comedy Arena Bellagio Casual Dining Cirque du Soleil Community Engagement Delano Delano Las Vegas Dining Dining Jean Philippe Patisserie Entertainment Fine Dining Las Vegas MGM Grand MGM Grand Garden Arena Mandalay Bay Music Nightlife Philanthropy Pools Red Square dining room Sports Sustainability Vegas concert country event interior closeup show the mirage

www.Facebook.com/UFC and Twitter: @UFC.

\# \# \#

**Media Contacts**
Sandy Zanella
MGM Resorts International
702-604-4124
zanellas@mgmresorts.com

Robert Flicker / Rachel Feinberg
Kirvin Doak Communications
702-737-3100
rflicker@kirvindoak.com / rfeinberg@kirvindoak.com

Shauna Wilson
UFC
swilson@ufc.com

Tags:
ufc m life

<< Back

Privacy Policy    Terms of Use    Contact Us                    © 2015 MGM Resorts International. All rights reserved.