UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>　　　　**Defendant.** | Case No.　5:14-cv-05484-EJD<br>　　　　　　5:14-cv-05591-EJD<br>　　　　　　5:14-cv-05621-EJD<br>　　　　　　5:15-cv-00521-EJD<br>　　　　　　5:15-cv-01324-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT'S MOTON TO DISMISS** |
| **Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>　　　　**Defendant.** | |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD
1
[Proposed] Order Granting Plaintiffs' Request For Judicial Notice

**Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,**

        Plaintiffs,

   v.

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

        Defendant.

**Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,**

        Plaintiffs,

   v.

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

        Defendant.

**Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,**

        Plaintiffs,

   v.

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

        Defendant.

      This Court hereby takes Judicial Notice of Exhibits 1-15 attached to the Declaration of Joseph R. Saveri In Support Of Plaintiffs' Opposition to Defendant's Motion to Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6).

      **IT IS SO ORDERED.**

DATED: _____      By: _____

                                                                                 Edward J. Davila
                                                              United States District Judge

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

2

[Proposed] Order Granting Plaintiffs' Request For Judicial Notice