Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | Case Nos.  5:14-cv-05484-EJD;<br>5:14-cv-05591-EJD;<br>5:14-cv-05621-EJD;<br>5:15-cv-00521-EJD;<br>5:15-cv-01324-EJD<br><br>**DECLARATION OF PLAINTIFF CUNG LE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE** |

| | |
|---|---|
| 1 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, |
| 6 | |
| 7 | Defendant. |
| 8 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, |
| 9 | |
| 10 | Plaintiffs, |
| 11 | v. |
| 12 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, |
| 13 | Defendant. |
| 14 | |
| 15 | Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, |
| 16 | Plaintiffs, |
| 17 | v. |
| 18 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, |
| 19 | |
| 20 | Defendant. |
| 21 | Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated, |
| 22 | |
| 23 | Plaintiffs, |
| 24 | v. |
| 25 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, |
| 26 | |
| 27 | Defendant. |
| 28 | 5:14-cv-05484-EJD, 5:14-cv-05591-EJD<br>5:14-cv-05621-EJD, 5:15-cv-00521-EJD<br>5:15-cv-01324-EJD |

DECLARATION OF PLAINTIFF CUNG LE

I, Cung Le, declare that I am more than 18 years of age and I am competent to testify about the subjects declared herein, and that under the penalty of perjury, the following declarations are true and correct and based on my personal knowledge:

1. I am an Elite Professional MMA Fighter and proposed representative of the Bout and Identity Classes in the above-captioned matter. Along with Co-Plaintiffs Nathan Quarry and Jon Fitch, I filed the complaint in the above-captioned matter on December 16, 2014.

2. I currently reside in San Jose, California. Along with residing and fighting in San Jose, California, I consistently trained for MMA bouts in San Jose.

3. Throughout my career, I have won ten (10) championship martial arts titles including the Strikeforce Middleweight World Title and am a three (3) time Bronze Medalist in the Wushu World Championships.

4. I fought nine (9) of my twelve (12) professional MMA bouts in San Jose, including "UFC 139" on November 19, 2011, at the HP Pavilion (now the "SAP Center"). I was subject to a UFC bout agreement for my performance in "UFC 139."

5. Prior to joining the UFC, I was a fighter for the UFC's former rival, San Jose-based Strikeforce. Of the eight (8) Strikeforce-promoted MMA bouts I competed in between March 10, 2006 and June 26, 2010, all eight (8) took place at the HP Pavilion in San Jose, California.

6. In 2011, following the UFC's purchase of Strikeforce, I signed contractual agreements with the UFC.

7. I appeared in *EA Sports UFC*, the fourth installment of the UFC video game franchise, initially released on June 17, 2014. *EA Sports UFC* is an MMA fighting video game developed by Electronic Arts, which is based in the Northern District of California.

8. I also appeared in Round 5 action figure sets, including limited edition sets, and Topps Trading Card sets.

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

1

DECLARATION OF PLAINTIFF CUNG LE

9. My identity, including my autograph, was featured in UFC posters.

10. My identity was expropriated and my compensation for appearing in UFC Licensed Merchandise and UFC Promotional Materials was artificially suppressed.

11. I was and continue to be injured as a result of the UFC's unlawful conduct.

12. I chose to file the above-captioned matter in this District because it was by far the most convenient forum to pursue my antitrust claim. I reside with my family and continue to train in this District, making it the ideal forum for me to litigate this action. It would produce considerable hardship to be called to testify in an alternative, out-of-state forum.

Dated: April 13, 2015   By: _____/s/ Cung Le_____
                                Cung Le

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

2

DECLARATION OF PLAINTIFF CUNG LE