WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #114441
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.  5:14-cv-05484 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY PENDING RESOLUTION OF THE MOTION TO TRANSFER** |

Stipulation and [Proposed]   Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD;
Order to Stay Discovery   5:14-cv-05621 EJD; 5:15-cv-00521 EJD; 5:15-cv-01324 EJD

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05591 EJD |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05621 EJD |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:15-cv-00521 EJD |

Stipulation and [Proposed]  Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD;
Order to Stay Discovery        5:14-cv-05621 EJD; 5:15-cv-00521 EJD; 5:15-cv-01324 EJD

| | |
|---|---|
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No. 5:15-cv-01324 EJD |

1  Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd
2  Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren
3  Uyenoyama (collectively, "Plaintiffs") and Defendant Zuffa, LLC d/b/a Ultimate Fighting
4  Championship and UFC ("Zuffa"), request that the Court enter the parties' stipulation below
5  staying discovery pending the resolution of the Motion to Transfer.
6  WHEREAS Defendant Zuffa has filed a Motion to Dismiss and a Motion to Transfer
7  Venue Under 28 U.S.C. § 1404(a) in the above-entitled matters (*Le* Dkt. 31; Dkt. 64);
8  WHEREAS Plaintiffs have opposed those motions (*Le* Dkt. 69; Dkt. 71);
9  WHEREAS the Motion to Transfer venue is fully briefed and was argued and submitted
10  on May 7, 2015;
11  WHEREAS the Motion to Dismiss is fully briefed and is scheduled for argument on July
12  23, 2015;
13  WHEREAS the Defendant has moved to stay discovery pending the resolution of the
14  Motions to Transfer and Dismiss (*Le* Dkt. 87);
15  WHEREAS the Plaintiffs intend to oppose the Motion to Stay Discovery to the extent that
16  it would stay discovery pending resolution of the Motion to Dismiss;
17  WHEREAS the parties wish to conserve their own and judicial resources in resolving
18  these issues;
19  THE PARTIES STIPULATE AND AGREE AS FOLLOWS:
20  1. Discovery will be stayed pending the resolution of the pending Motion to Transfer;
21  2. Defendant's Motion to Stay Discovery will be held in abeyance pending resolution of the
22     Motion to Transfer;
23  3. Once the Motion to Transfer is resolved, Plaintiffs may respond to the pending Motion to
24     Stay no later than 30 days after the Court's order on the Motion to Transfer and Zuffa will
25     file its Reply no later than 14 days after Plaintiffs file their response;
26  4. If the action is transferred to the District of Nevada, the parties will rely on their existing
27     briefing on the Motion to Dismiss, rather than re-briefing the Motion, subject to
28     compliance with the District of Nevada's Local Rules and, to the extent required, approval

1

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

of the Court in the transferee District. Nothing in this paragraph shall prevent either party from providing notices of supplemental authority or similar additional material to the Court to the extent permitted under the Federal Rules or any applicable Local Rule if circumstances warrant.

Dated: May 29, 2015          */s/ John F. Cove, Jr.*
                             John F. Cove, Jr.
                             BOIES, SCHILLER & FLEXNER LLP
                             *Counsel for Defendant Zuffa, LLC*

Dated: May 29, 2015          */s/ Matthew S. Weiler*
                             Joseph R. Saveri
                             Matthew S. Weiler
                             JOSEPH SAVERI LAW FIRM, INC.
                             *Counsel for Plaintiffs*

Pursuant to Local Rule 5.1(i)(3) I attest that all other signatories listed, and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: May 29, 2015          By: */s/ John F. Cove, Jr.*
                                 John F. Cove, Jr.

2

Stipulation and [Proposed]           Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD;
Order to Stay Discovery              5:14-cv-05621 EJD; 5:15-cv-00521 EJD; 5:15-cv-01324 EJD

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated: _____6/1/2015_____, 2015                     _____
                                                      Honorable Edward J. Davila
5                                                     United States District Judge

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

3

Stipulation and [Proposed]                Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD;
Order to Stay Discovery                   5:14-cv-05621 EJD; 5:15-cv-00521 EJD; 5:15-cv-01324 EJD