ADRMOP,CLOSED,PRVADR,RELATE,TRANSF

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:14−cv−05484−EJD

Le et al v. Zuffa, LLC  
Assigned to: Hon. Edward J. Davila  
Referred to: Magistrate Judge Paul Singh Grewal  
Relate Case Cases:  5:14−cv−05591−EJD  
5:14−cv−05621−EJD  
5:15−cv−00521−EJD  
5:15−cv−01324−EJD  
Cause: 15:2 Antitrust Litigation

Date Filed: 12/16/2014  
Date Terminated: 06/02/2015  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti−Trust  
Jurisdiction: Federal Question

**Plaintiff**

**Cung Le**  represented by  **Andrew Michael Purdy**  
Joseph Saveri Law Firm  
505 Montgomery Street  
San Francisco, CA 94111  
(415) 500−6800  
Fax: (415) 395−9940  
Email: apurdy@saverilawfirm.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Benjamin Doyle Brown**  
Cohen Milstein Sellers & Toll PLLC  
1100 New York Avenue, NW  
Suite 500 West  
Washington, DC 20005  
202−408−4600  
Fax: 202−408−4699  
Email: bbrown@cohenmilstein.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**  
Joseph Saveri Law Firm, Inc.  
505 Montgomery Street, Suite 625  
San Francisco, CA 94111  
415−500−6800  
Fax: 415−395−9940  
Email: jsaveri@saverilawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Eric L. Cramer**  
Berger & Montague, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  
215−875−3000

Fax: 215–875–4604
Email: ecramer@bm.net
*ATTORNEY TO BE NOTICED*

**Jerome K. Elwell**
Warner Angle Hallam Jackson Formanek PLC
2555 E. Camelback Road
Suite 800
Phoenix, AZ 85016
602–264–7101
Email: jelwell@warnerangle.com
*ATTORNEY TO BE NOTICED*

**Matthew Sinclair Weiler**
Morgan Lewis & Bockius, LLP
One Market Street
Spear Street Tower
San Francisco, CA 94105
415–442–1159
Fax: 415–442–1001
Email: mweiler@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Michael C Dell'Angelo , IV**
1622 Locust Street
Philadelphia, PA 19103
United Sta
(215)875–3080
Email: mdellangelo@bm.net
*ATTORNEY TO BE NOTICED*

**Patrick Fanning Madden**
Berger Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
215–875–3000
Fax: 215–875–4604
Email: pmadden@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Adam Koffman**
Cohen, Milstein, Sellers & Toll PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005–3964
202–408–4600
Fax: 202–4699
Email: rkoffman@cohenmilstein.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Charles Maysey**
Warner Angle Hallam Jackson Formanek PLC
2555 E. Camelback Road

Suite 800  
Phoenix, AZ 85016  
602−264−7101  
Fax: 602−234−0419  
Email: rmaysey@warnerangle.com  
*ATTORNEY TO BE NOTICED*

**Kevin E. Rayhill**  
Joseph Saveri Law Firm, Inc.  
505 Montgomery Street  
Suite 625  
San Francisco, CA 94111  
(415) 500−6800  
Fax: (415) 395−9940  
Email: krayhill@saverilawfirm.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathan Quarry**    represented by    **Andrew Michael Purdy**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Benjamin Doyle Brown**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Eric L. Cramer**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Frederick S. Schwartz**  
Law Office of Frederick S. Schwartz  
15303 Ventura Blvd., Suite 1040  
Sherman Oaks, CA 91403  
818−986−2407  
Email: fred@fredschwartzlaw.com  
*ATTORNEY TO BE NOTICED*

**Jerome K. Elwell**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Matthew Sinclair Weiler**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

        **Michael C Dell'Angelo , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Patrick Fanning Madden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Richard Adam Koffman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Robert Charles Maysey**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Kevin E. Rayhill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jon Fitch**     represented by     **Andrew Michael Purdy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Benjamin Doyle Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Joseph R. Saveri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Eric L. Cramer**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Jerome K. Elwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Matthew Sinclair Weiler**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Michael C Dell'Angelo , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

                **Patrick Fanning Madden**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                **Richard Adam Koffman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                **Robert Charles Maysey**
(See above for address)
*ATTORNEY TO BE NOTICED*

                **Kevin E. Rayhill**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zuffa, LLC**     represented by    **John F. Cove , Jr.**
*agent of*
UFC Ultimate Fighting Championship

                Boies Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
510/874–1000
Fax: 510–874–1460
Email: jcove@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Donald Jude Campbell**
Campbell and Williams
700 South 7th Street
Las Vegas, NV 89101
United Sta
702–382–5222
Fax: 702–382–0540
Email: djc@cwlawlv.com
*ATTORNEY TO BE NOTICED*

                **Jon Colby Williams**
Campbell and Williams
700 South 7th Street
Las Vegas, NV 89101
United Sta
702–382–5222
Fax: 702–382–0540
Email: jcw@cwlawlv.com
*ATTORNEY TO BE NOTICED*

**Perry Maxwell Grossman**
Boies, Schiller & Flexner LLP
1999 Harrison St.
Suite 900
Oakland, CA 94612
510−874−1206
Fax: 510−874−1460
Email: pgrossman@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Richard James Pocker**
Boies, Schiller and Flexner LLP
300 S. Fourth St., Suite 800
Las Vegas, NV 89101
702−382−7300
Fax: 702−382−2755
Email: rpocker@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Steven Christopher Holtzman**
Boies, Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
510−874−1000
Fax: 510−874−1460
Email: sholtzman@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Suzanne Elizabeth Jaffe**
1999 Harrison St
Ste 900
Oakland, CA 94612
510−874−2781
Email: SJAFFE@BSFLLP.COM
*ATTORNEY TO BE NOTICED*

**William A. Isaacson**
Boies Schiller & Flexner
5301 Wisconsin Avenue
Suite #800
Washington, DC 20015
(202) 237−2727
Fax: (202) 237−6131
Email: wisaacson@bsfllp.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2014 | Ï 1 | COMPLAINT against Zuffa, LLC ( Filing fee $ 400, receipt number 0971−9147184.). Filed byCung Le, Jon Fitch, Nathan Quarry. (Attachments: # 1 Civil Cover Sheet)(Rayhill, Kevin) (Filed on 12/16/2014) (Entered: 12/16/2014) |
| 12/16/2014 | Ï 2 | Case assigned to Hon. Edward J. Davila. |

| | | |
|---|---|---|
| | | Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (bwS, COURT STAFF) (Filed on 12/16/2014) (Entered: 12/16/2014) |
| 12/16/2014 | Ï 3 | Proposed Summons. (Rayhill, Kevin) (Filed on 12/16/2014) (Entered: 12/16/2014) |
| 12/17/2014 | Ï 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 5/1/2015. Case Management Conference set for 5/8/2015 10:00 AM in Courtroom 4, 5th Floor, San Jose. (cv, COURT STAFF) (Filed on 12/17/2014) (Entered: 12/17/2014)** |
| 12/17/2014 | Ï 5 | Summons Issued as to Zuffa, LLC. (cv, COURT STAFF) (Filed on 12/17/2014) (Entered: 12/17/2014) |
| 12/17/2014 | Ï 6 | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE. Joint Case Management Statement due by 4/30/2015. Case Management Conference set for 5/7/2015 10:00 AM in Courtroom 4, 5th Floor, San Jose before Hon. Edward J. Davila. Any deadlines associated with the initial case management conference are adjusted accordingly. The Court does not issue a revised Initial Case Management Scheduling Order with ADR Deadlines.(Staff Notes: Effective 1/1/2015, Judge Davila's Civil Law and Motion Practice will be held on Thursdays. Please see the Court's Scheduling Notes and Standing Orders for further information at: http://cand.uscourts.gov/ejd) **This is a text only docket entry, there is no document associated with this notice.**(ecg, COURT STAFF) (Filed on 12/17/2014) (Entered: 12/17/2014) |
| 12/18/2014 | Ï 7 | CERTIFICATE OF SERVICE by Jon Fitch, Cung Le, Nathan Quarry *of Summons and Complaint on Zuffa, LLC* (Saveri, Joseph) (Filed on 12/18/2014) (Entered: 12/18/2014) |
| 12/22/2014 | Ï 8 | MOTION for leave to appear in Pro Hac Vice (Filing fee $ 305.) Filing fee previously paid on 12/22/2014 filed by Jon Fitch, Cung Le, Nathan Quarry. (Dell'Angelo, Michael) (Filed on 12/22/2014) (Entered: 12/22/2014) |
| 12/23/2014 | Ï 9 | MOTION to Relate Case filed by Jon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Proposed Order, # 2 Declaration Rayhill Dec. ISO Motion to Relate, # 3 Ex. A − Le et al. v. Zuffa, LLC Complaint, # 4 Ex. B − Vazquez et al. v. Zuffa, LLC Complaint)(Saveri, Joseph) (Filed on 12/23/2014) (Entered: 12/23/2014) |
| 12/23/2014 | Ï 10 | DECLARATION of Kevin E. Rayhill in support of 9 filed by Jon Fitch, Cung Le, Nathan Quarry. (Saveri, Joseph) (Filed on 12/23/2014) Modified on 12/24/2014 (cv, COURT STAFF). Modified on 12/24/2014 (cv, COURT STAFF). (Entered: 12/23/2014) |
| 12/29/2014 | Ï 11 | **Order Granting 8 Motion for Pro Hac Vice for Attorney Michael Dell'Angelo for Plaintiffs. Signed by Hon. Edward J. Davila on 12/29/2014.(ecg, COURT STAFF) (Filed on 12/29/2014) (Entered: 12/29/2014)** |
| 12/29/2014 | Ï 12 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−9173100.) filed by Jon Fitch, Cung Le, Nathan Quarry. (Cramer, Eric) (Filed on 12/29/2014) (Entered: 12/29/2014) |
| 12/30/2014 | Ï 13 | MOTION to Relate Case filed by Jon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Proposed Order, # 2 Rayhill Declaration ISO Motion to Relate Case, # 3 Ex. A − Complaint, Le et al. v. |

| | | |
|---|---|---|
| | | Zuffa, LLC, 5:14–cv–05484–EJD, # 4 Ex. B – Complaint, Vera et al. v. Zuffa, LLC, 5:14–cv–05621–NC)(Saveri, Joseph) (Filed on 12/30/2014) (Entered: 12/30/2014) |
| 12/31/2014 | 14 | **Order Granting 12 Motion for Pro Hac Vice for Attorney Eric Cramer for Plaintiffs. Signed by Hon. Edward J. Davila on 12/31/2014.(ecg, COURT STAFF) (Filed on 12/31/2014) (Entered: 12/31/2014)** |
| 01/07/2015 | 15 | NOTICE of Appearance by Michael C Dell'Angelo, IV (Dell'Angelo, Michael) (Filed on 1/7/2015) (Entered: 01/07/2015) |
| 01/07/2015 | 16 | NOTICE of Appearance by Matthew Sinclair Weiler (Weiler, Matthew) (Filed on 1/7/2015) (Entered: 01/07/2015) |
| 01/07/2015 | 17 | CERTIFICATE OF SERVICE by Jon Fitch, Cung Le, Nathan Quarry *of Subpoena on Google, Inc.* (Saveri, Joseph) (Filed on 1/7/2015) (Entered: 01/07/2015) |
| 01/07/2015 | 18 | **ORDER RELATING CASE. C 14–05484 EJD Cung Le et al v. Zuffa, LLC and C 14–05591 PSG Vazquez et al v. Zuffa LLC ARE RELATED. Motions terminated: (9 in 5:14–cv–05484–EJD) MOTION to Relate Case filed by Nathan Quarry, Jon Fitch, Cung Le. Signed by Judge Edward J. Davila on 1/7/2015. (ecg, COURT STAFF) (Filed on 1/7/2015) (Entered: 01/07/2015)** |
| 01/07/2015 | 19 | **ORDER RELATING CASE. C 14–05484 EJD Cung Le et al v. Zuffa, LLCC 14–05621 NC Vera et al v. Zuffa, LLC ARE RELATED. Signed by Judge Edward J. Davila on 1/7/2015. (ecg, COURT STAFF) (Filed on 1/7/2015) (Entered: 01/07/2015)** |
| 01/08/2015 | 20 | CERTIFICATE OF SERVICE by Jon Fitch, Cung Le, Nathan Quarry *of Subpoena on Twitter, Inc.* (Saveri, Joseph) (Filed on 1/8/2015) (Entered: 01/08/2015) |
| 01/15/2015 | 21 | NOTICE of Appearance by John F. Cove, Jr (Cove, John) (Filed on 1/15/2015) (Entered: 01/15/2015) |
| 01/15/2015 | 22 | NOTICE of Appearance by Steven Christopher Holtzman (Holtzman, Steven) (Filed on 1/15/2015) (Entered: 01/15/2015) |
| 01/15/2015 | 23 | NOTICE of Appearance by Perry Maxwell Grossman (Grossman, Perry) (Filed on 1/15/2015) (Entered: 01/15/2015) |
| 01/15/2015 | 24 | NOTICE of Appearance by Suzanne Elizabeth Jaffe (Jaffe, Suzanne) (Filed on 1/15/2015) (Entered: 01/15/2015) |
| 01/15/2015 | 25 | MOTION for leave to appear in Pro Hac Vice *William Isaacson* ( Filing fee $ 305, receipt number 0971–9213815.) filed by Zuffa, LLC. (Attachments: # 1 Exhibit Certificate of Good Standing)(Isaacson, William) (Filed on 1/15/2015) (Entered: 01/15/2015) |
| 01/15/2015 | 26 | STIPULATION WITH PROPOSED ORDER *Extending Defendant's Response Deadlines* filed by Jon Fitch, Cung Le, Nathan Quarry. (Saveri, Joseph) (Filed on 1/15/2015) (Entered: 01/15/2015) |
| 01/16/2015 | 27 | **Order Granting 25 Motion for Pro Hac Vice for Attorney William Isaacson for Defendant. Signed by Hon. Edward J. Davila on 1/16/2015.(ecg, COURT STAFF) (Filed on 1/16/2015) Modified text on 1/16/2015 (ecg, COURT STAFF). (Entered: 01/16/2015)** |
| 01/16/2015 | 28 | **ORDER Granting (26 in 5:14–cv–05484–EJD ) Stipulation Extending Defendant's Response Deadline in case 5:14–cv–05484–EJD, 5:14–cv–05591–EJD and 5:14–cv–05621–EJD. Zuffa will answer, file a motion, or otherwise respond to the Complaints in this action on or before Friday, February 27, 2015. Plaintiffs' opposition brief shall be filed on or before Friday, April 10, 2015. Zuffa's reply brief shall be filed on or before Friday, May 1, 2015. 5. Should this case be referred to the Judicial Panel on Multidistrict Litigation ("JPML") and transferred,** |

| | | |
|---|---|---|
| | | Zuffa's answer, motion or other response shall be due within 45 days of receipt of written notice from Plaintiffs stating that they do not intend to file a consolidated or amended complaint, unless the transferee court sets a different schedule. Since these cases have not yet been consolidated but only related, counsel shall file pleadings applicable to all cases in each of the captioned cases. Signed by Judge Edward J. Davila on 1/16/2015. (ecg, COURT STAFF) (Filed on 1/16/2015) (Entered: 01/16/2015) |
| 01/20/2015 | 29 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–9219076.) filed by Jon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Certificate/Proof of Service Attachment – Certificate of Good Standing)(Elwell, Jerome) (Filed on 1/20/2015) (Entered: 01/20/2015) |
| 01/20/2015 | 30 | **Order Granting 29 Motion for Pro Hac Vice as to Attorney Jerome Elwell for Plaintiffs. Signed by Hon. Edward J. Davila on 1/20/2015.(ecg, COURT STAFF) (Filed on 1/20/2015) (Entered: 01/20/2015)** |
| 01/30/2015 | 31 | MOTION to Transfer Case filed by Zuffa, LLC. Motion Hearing set for 5/7/2015 09:00 AM in Courtroom 4, 5th Floor, San Jose before Hon. Edward J. Davila. Responses due by 2/13/2015. Replies due by 2/20/2015. (Attachments: # 1 Declaration of Kirk D. Hendrick, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z, # 28 Proposed Order)(Isaacson, William) (Filed on 1/30/2015) Modified on 2/4/2015 (ewn, COURT STAFF). Modified on 2/4/2015 (ewn, COURT STAFF). Modified on 2/11/2015: PURSUANT TO 47 ORDER DOCUMENTS REMOVED (ecgS, COURT STAFF). (Entered: 01/30/2015) |
| 01/30/2015 | 32 | MOTION to Expedite /Advance Hearing Date on Motion to Transfer Case (Dk. 31 ) filed by Zuffa, LLC. (Attachments: # 1 Declaration John F. Cove, Jr., # 2 Proposed Order)(Cove, John) (Filed on 1/30/2015) Modified on 2/2/2015 (cv, COURT STAFF). (Entered: 01/30/2015) |
| 02/02/2015 | 33 | MOTION for leave to appear in Pro Hac Vice Patrick F. Madden ( Filing fee $ 305, receipt number 0971–9253516.) filed by Jon Fitch, Cung Le, Nathan Quarry. (Madden, Patrick) (Filed on 2/2/2015) (Entered: 02/02/2015) |
| 02/02/2015 | 34 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–9253535.) filed by Jon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Exhibit Certificate of Good Standing)(Koffman, Richard) (Filed on 2/2/2015) (Entered: 02/02/2015) |
| 02/02/2015 | 35 | **Order Granting 33 Motion for Pro Hac Vice of Attorney Patrick Madden for Plaintiffs. Signed by Hon. Edward J. Davila on 2/2/2015. (ecg, COURT STAFF) (Filed on 2/2/2015) (Entered: 02/02/2015)** |
| 02/02/2015 | 36 | **Order Granting 34 Motion for Pro Hac Vice for Attorney Richard A. Koffman for Plainiffs. Signed by Hon. Edward J. Davila on 2/2/2015.(ecg, COURT STAFF) (Filed on 2/2/2015) (Entered: 02/02/2015)** |
| 02/02/2015 | 37 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–9255163.) filed by Zuffa, LLC. (Williams, Jon) (Filed on 2/2/2015) (Entered: 02/02/2015) |
| 02/02/2015 | 38 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971–9255210.) filed by Zuffa, LLC. (Campbell, Donald) (Filed on 2/2/2015) (Entered: 02/02/2015) |
| 02/02/2015 | 39 | RESPONSE (re 32 MOTION to Expedite /Advance Hearing Date on Motion to Transfer Case (Dk. 31) [ADMINISTRATIVE MOTION] ) filed byJon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Declaration of Joseph R. Saveri, # 2 Exhibit 1 to the Declaration of Joseph R. Saveri, # 3 Exhibit 2 to the Declaration of Joseph R. Saveri)(Saveri, Joseph) (Filed on 2/2/2015) (Entered: 02/02/2015) |

| | | |
|---|---|---|
| 02/03/2015 | 40 | NOTICE of Appearance by Robert Charles Maysey (Maysey, Robert) (Filed on 2/3/2015) (Entered: 02/03/2015) |
| 02/03/2015 | 41 | *** POSTED IN ERROR *** please see 42 MOTION to Appoint Counsel filed by Jon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Proposed Order, # 2 Saveri Declaration ISO Mot. to Apoint lead Counsel)(Saveri, Joseph) (Filed on 2/3/2015) Modified on 2/3/2015 (cv, COURT STAFF). (Entered: 02/03/2015) |
| 02/03/2015 | 42 | Amended MOTION to Appoint Counsel *Replacing Dkt. No. 41* filed by Jon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Proposed Order, # 2 Saveri Declaration ISO Mot. to Appoint Lead Counsel, # 3 Exhibit A – Berger Montague Firm Bio, # 4 Exhibit B – Cohen Milstein Firm Bio, # 5 Exhibit C – Joseph Saveri Firm Bio)(Saveri, Joseph) (Filed on 2/3/2015) (Entered: 02/03/2015) |
| 02/03/2015 | 43 | **Order Granting 37 Motion for Pro Hac Vice of J. Colby Williams for Defendant. Signed by Hon. Edward J. Davila on 2/3/2015.(ecg, COURT STAFF) (Filed on 2/3/2015) (Entered: 02/03/2015)** |
| 02/03/2015 | 44 | **Order Granting 38 Motion for Pro Hac Vice of Attorney Donald J. Campbell for Defendant. Signed by Hon. Edward J. Davila on 2/3/2015.(ecg, COURT STAFF) (Filed on 2/3/2015) (Entered: 02/03/2015)** |
| 02/04/2015 | 45 | MOTION to Remove Incorrectly Filed Document filed by Zuffa, LLC. (Attachments: # 1 Proposed Order)(Grossman, Perry) (Filed on 2/4/2015) (Entered: 02/04/2015) |
| 02/04/2015 | 46 | Declaration of Kirk D. Hendrick in Support of 31 MOTION to Transfer Case filed byZuffa, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z)(Related document(s) 31 ) (Grossman, Perry) (Filed on 2/4/2015) (Entered: 02/04/2015) |
| 02/04/2015 | 47 | **ORDER Granting (45) Motion to Remove Incorrectly Filed Document in case 5:14–cv–05484–EJD; Granting (21) Motion to Remove Incorrectly Filed Document in case 5:14–cv–05591–EJD; Granting (21) Motion to Remove Incorrectly Filed Document in case 5:14–cv–05621–EJD. Signed by Judge Edward J. Davila on 2/4/2015. (ecg, COURT STAFF) (Filed on 2/4/2015) (Entered: 02/04/2015)** |
| 02/09/2015 | 48 | RESPONSE (re 42 Amended MOTION to Appoint Counsel *Replacing Dkt. No. 41* ) filed byZuffa, LLC. (Attachments: # 1 Declaration John F. Cove, Jr., # 2 Proposed Order)(Isaacson, William) (Filed on 2/9/2015) (Entered: 02/09/2015) |
| 02/09/2015 | 49 | MOTION to Relate Case filed by Jon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Proposed Order, # 2 Rayhill Declaration ISO Motion to Relate Case, # 3 Ex. A– Complaint, Le et al. v. Zuffa, LLC, 5:14–cv–05484–EJD,, # 4 Ex. B– Complaint, Ruediger et al. v. Zuffa, LLC, 5:15–cv–00521–NC))(Saveri, Joseph) (Filed on 2/9/2015) (Entered: 02/09/2015) |
| 02/09/2015 | 50 | **ORDER denying without prejudice (42) Motion to Appoint Counsel in case 5:14–cv–05484–EJD; denying without prejudice (24) Motion to Appoint Counsel in case 5:14–cv–05591–EJD; denying without prejudice (24) Motion to Appoint Counsel in case 5:14–cv–05621–EJD. Plaintiffs may re–file the motions pursuant to Civil Local Rule 7–2, and shall notice the motions for hearing at 9:00 a.m. on 6/11/2015. Signed by Judge Edward J. Davila on 2/9/2015. (ejdlc1S, COURT STAFF) (Filed on 2/9/2015) (Entered: 02/09/2015)** |
| 02/10/2015 |  | Set/Reset Hearing re (27 in 5:14–cv–05621–EJD, 27 in 5:14–cv–05591–EJD, 50 in 5:14–cv–05484–EJD) Order on Motion to Appoint Counsel: Anticipated Motion Hearing set for 6/11/2015 09:00 AM in Courtroom 4, 5th Floor, San Jose before Hon. Edward J. Davila. (ecg, |

| | | |
|---|---|---|
| | | COURT STAFF) (Filed on 2/10/2015) (Entered: 02/10/2015) |
| 02/10/2015 | 51 | **ORDER denying (32) Motion to Advance Hearing Date in case 5:14−cv−05484−EJD; denying (19) Motion to Advance Hearing Date in case 5:14−cv−05591−EJD; denying (19) Motion to Advance Hearing Date in case 5:14−cv−05621−EJD. Signed by Judge Edward J. Davila on 2/10/2015. (ejdlc1S, COURT STAFF) (Filed on 2/10/2015) (Entered: 02/10/2015)** |
| 02/10/2015 | 52 | MOTION to Consolidate Cases filed by Jon Fitch, Cung Le, Nathan Quarry. Motion Hearing set for 6/11/2015 09:00 AM in Courtroom 4, 5th Floor, San Jose before Hon. Edward J. Davila. Responses due by 2/24/2015. Replies due by 3/3/2015. (Attachments: # 1 Proposed Case Management Order)(Saveri, Joseph) (Filed on 2/10/2015) (Entered: 02/10/2015) |
| 02/11/2015 | 53 | NOTICE of Appearance by Frederick S. Schwartz (Schwartz, Frederick) (Filed on 2/11/2015) (Entered: 02/11/2015) |
| 02/13/2015 | 54 | NOTICE of Appearance by Robert Charles Maysey (Maysey, Robert) (Filed on 2/13/2015) (Entered: 02/13/2015) |
| 02/13/2015 | 55 | Certificate of Interested Entities by Zuffa, LLC (Cove, John) (Filed on 2/13/2015) (Entered: 02/13/2015) |
| 02/13/2015 | 56 | RESPONSE (re 49 MOTION to Relate Case ) *Statement of Non−Opposition* filed byZuffa, LLC. (Cove, John) (Filed on 2/13/2015) (Entered: 02/13/2015) |
| 02/13/2015 | 57 | NOTICE of Appearance by Richard James Pocker (Pocker, Richard) (Filed on 2/13/2015) (Entered: 02/13/2015) |
| 02/13/2015 | 58 | MOTION to Appoint Counsel *Motion to Appoint Interim Co−Lead Class Counsel* filed by Jon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Proposed Order, # 2 Saveri Decl ISO Motion to Appoint Lead Counsel, # 3 Saveri Decl Ex. 1, # 4 Saveri Decl Ex. 2, # 5 Saveri Decl Ex. 3, # 6 Saveri Decl Ex. 4, # 7 Saveri Decl Ex. 5, # 8 Saveri Decl Ex. 6, # 9 Cramer Decl ISO Motion to Appoint Lead Counsel, # 10 Cramer Decl Ex. A, # 11 Brown Decl ISO Motion to Appoint Lead Counsel, # 12 Brown Decl Ex. A)(Saveri, Joseph) (Filed on 2/13/2015) (Entered: 02/13/2015) |
| 02/17/2015 | 59 | **RELATED CASE ORDER. 5:14−cv−05484−EJD Le et al v. Zuffa, LLC and 5:15−cv−00521−NC Ruediger et al v. Zuffa, LLC ARE RELATED. Motions terminated: (6 in 5:15−cv−00521−NC) MOTION to Relate Case filed by Mac Danzig, Gabe Ruediger, (49 in 5:14−cv−05484−EJD) MOTION to Relate Case filed by Nathan Quarry, Jon Fitch, Cung Le. Signed by Judge Edward J. Davila on 2/17/2015. (ecg, COURT STAFF) (Filed on 2/17/2015) (Entered: 02/17/2015)** |
| 02/17/2015 | 60 | CLERK'S NOTICE Setting Motion for Hearing. Set/Reset Deadlines as to (58 in 5:14−cv−05484−EJD) MOTION to Appoint Counsel *Motion to Appoint Interim Co−Lead Class Counsel*, (34 in 5:14−cv−05591−EJD) MOTION to Appoint Counsel *Motion to Appoint Interim Co−Lead Class Counsel*, (34 in 5:14−cv−05621−EJD) MOTION to Appoint Counsel *Motion to Appoint Interim Co−Lead Class Counsel*. Motion Hearing set for 6/11/2015 09:00 AM in Courtroom 4, 5th Floor, San Jose before Hon. Edward J. Davila. (ecg, COURT STAFF) (Filed on 2/17/2015) (Entered: 02/17/2015) |
| 02/24/2015 | 61 | RESPONSE (re 52 MOTION to Consolidate Cases ) *and Cross−Motion to Consolidate for All Purposes* filed byZuffa, LLC. (Attachments: # 1 Proposed Order)(Cove, John) (Filed on 2/24/2015) (Entered: 02/24/2015) |
| 02/24/2015 | 62 | RESPONSE (re 52 MOTION to Consolidate Cases ) *(Amended) and Cross−Motion for Consolidation for All Purposes* filed byZuffa, LLC. (Attachments: # 1 Proposed Order)(Cove, John) (Filed on 2/24/2015) (Entered: 02/24/2015) |
| 02/27/2015 | 63 | |

| | | |
|---|---|---|
| | | RESPONSE (re 58 MOTION to Appoint Counsel *Motion to Appoint Interim Co−Lead Class Counsel* ) filed byZuffa, LLC. (Cove, John) (Filed on 2/27/2015) (Entered: 02/27/2015) |
| 02/27/2015 | 64 | MOTION to Dismiss filed by Zuffa, LLC. Motion Hearing set for 7/23/2015 09:00 AM in Courtroom 4, 5th Floor, San Jose before Hon. Edward J. Davila. Responses due by 4/10/2015. Replies due by 5/1/2015. (Attachments: # 1 Proposed Order)(Isaacson, William) (Filed on 2/27/2015) (Entered: 02/27/2015) |
| 02/27/2015 | 65 | Request for Judicial Notice re 64 MOTION to Dismiss filed byZuffa, LLC. (Attachments: # 1 Declaration Suzanne E. Jaffe, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Related document(s) 64 ) (Isaacson, William) (Filed on 2/27/2015) (Entered: 02/27/2015) |
| 03/03/2015 | 66 | REPLY (re 52 MOTION to Consolidate Cases ) filed byJon Fitch, Cung Le, Nathan Quarry. (Saveri, Joseph) (Filed on 3/3/2015) (Entered: 03/03/2015) |
| 03/23/2015 | 67 | MOTION to Relate Case − *Kingsbury et al. v. Zuffa, LLC, No. 5:15−cv−01324−PSG* filed by Jon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Proposed Order, # 2 Rayhill Declaration ISO Motion to Relate Case, # 3 Exh A− Le Complaint, # 4 Exh B− Kingsbury Complaint)(Saveri, Joseph) (Filed on 3/23/2015) (Entered: 03/23/2015) |
| 03/24/2015 | 68 | **RELATED CASE ORDER. Kingsbury et al. v. Zuffa, LLC, No. 5:15−cv−01324−PSG and Le et al v. Zuffa, LLC, No. 5:14−cv−05484−EJD ARE RELATED. Signed by Judge Edward J. Davila on 3/24/2015. (ecg, COURT STAFF) (Filed on 3/24/2015) (Entered: 03/24/2015)** |
| 04/10/2015 | 69 | RESPONSE (re 31 MOTION to Transfer Case ) filed byJon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Le Decl ISO Plaintiff's Opposition, # 2 Kingsbury Decl ISO Plaintiff's Opposition, # 3 Fitch Decl ISO Plaintiff's Opposition, # 4 Proposed Order)(Saveri, Joseph) (Filed on 4/10/2015) (Entered: 04/10/2015) |
| 04/10/2015 | 70 | Request for Judicial Notice filed byJon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Decl of Joseph Saveri ISO Request for Judicial Notice, # 2 Exh 1 to Saveri Decl, # 3 Exh 2 to Saveri Decl, # 4 Exh 3 to Saveri Decl, # 5 Exh 4 to Saveri Decl, # 6 Exh 5 to Saveri Decl, # 7 Exh 6 to Saveri Decl, # 8 Exh 7 to Saveri Decl, # 9 Exh 8 to Saveri Decl, # 10 Exh 9 to Saveri Decl, # 11 Exh 10 to Saveri Decl, # 12 Exh 11 to Saveri Decl, # 13 Exh 12 to Saveri Decl, # 14 Exh 13 to Saveri Decl, # 15 Exh 14 to Saveri Decl, # 16 Proposed Order)(Saveri, Joseph) (Filed on 4/10/2015) (Entered: 04/10/2015) |
| 04/10/2015 | 71 | RESPONSE (re 64 MOTION to Dismiss ) filed byJon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Proposed Order)(Saveri, Joseph) (Filed on 4/10/2015) (Entered: 04/10/2015) |
| 04/10/2015 | 72 | Request for Judicial Notice filed byJon Fitch, Cung Le, Nathan Quarry. (Attachments: # 1 Decl of Joseph Saveri ISO Request for Judicial Notice, # 2 Exh 1 to Saveri Decl, # 3 Exh 2 to Saveri Decl, # 4 Exh 3 to Saveri Decl, # 5 Exh 4 to Saveri Decl, # 6 Exh 5 to Saveri Decl, # 7 Exh 6 to Saveri Decl, # 8 Exh 7 to Saveri Decl, # 9 Exh 8 to Saveri Decl, # 10 Exh 9 to Saveri Decl, # 11 Exh 10 to Saveri Decl, # 12 Exh 11 to Saveri Decl, # 13 Exh 12 to Saveri Decl, # 14 Exh 13 to Saveri Decl, # 15 Exh 14 to Saveri Decl, # 16 Exh 15 to Saveri Decl, # 17 Proposed Order)(Saveri, Joseph) (Filed on 4/10/2015) (Entered: 04/10/2015) |
| 04/13/2015 | 73 | DECLARATION OF PLAINTIFF CUNG LE re *CORRECTION OF DOCKET # [69−1]* by Jon Fitch, Cung Le, Nathan Quarry. (Saveri, Joseph) (Filed on 4/13/2015) Modified on 4/14/2015 (cv, COURT STAFF). (Entered: 04/13/2015) |
| 04/16/2015 | 74 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Cove, John) (Filed on 4/16/2015) (Entered: 04/16/2015) |
| 04/16/2015 | 75 | |

| | | |
|---|---|---|
| | | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *for Plaintiff Cung Le* (Saveri, Joseph) (Filed on 4/16/2015) (Entered: 04/16/2015) |
| 04/16/2015 | 76 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of Plaintiff Nathan Quarry* (Saveri, Joseph) (Filed on 4/16/2015) (Entered: 04/16/2015) |
| 04/16/2015 | 77 | STIPULATION and Proposed Order selecting Private ADR by Zuffa, LLC filed by Zuffa, LLC. (Cove, John) (Filed on 4/16/2015) (Entered: 04/16/2015) |
| 04/17/2015 | 78 | **ORDER SELECTING ADR PROCESS. These parties will participate in mediation with a mutually agreed upon mediator at a time to be agreed upon not later than September 30, 2015 in satisfaction of the parties' ADR obligations in this case pursuant to Civil L.R. 16–8 and ADR L.R. 3–5. Signed by Judge Edward J. Davila on 4/17/2015. Motions terminated: (28 in 5:15–cv–00521–EJD) STIPULATION and Proposed Order selecting Private ADR by Zuffa, LLC filed by Zuffa, LLC, (77 in 5:14–cv–05484–EJD) STIPULATION and Proposed Order selecting Private ADR by Zuffa, LLC filed by Zuffa, LLC, (21 in 5:15–cv–01324–EJD) STIPULATION and Proposed Order selecting Private ADR by Zuffa, LLC filed by Zuffa, LLC, (50 in 5:14–cv–05591–EJD) STIPULATION and Proposed Order selecting Private ADR by Zuffa, LLC filed by Zuffa, LLC, (50 in 5:14–cv–05621–EJD) STIPULATION and Proposed Order selecting Private ADR by Zuffa, LLC filed by Zuffa, LLC (ecg, COURT STAFF) (Filed on 4/17/2015) (Entered: 04/17/2015)** |
| 04/28/2015 | 79 | REPLY (re 31 MOTION to Transfer Case ) filed byZuffa, LLC. (Isaacson, William) (Filed on 4/28/2015) (Entered: 04/28/2015) |
| 04/30/2015 | 80 | JOINT CASE MANAGEMENT STATEMENT filed by Jon Fitch, Cung Le, Nathan Quarry. (Saveri, Joseph) (Filed on 4/30/2015) (Entered: 04/30/2015) |
| 05/01/2015 | 81 | JOINT CASE MANAGEMENT STATEMENT *(Amended)* filed by Jon Fitch, Cung Le, Nathan Quarry. (Saveri, Joseph) (Filed on 5/1/2015) (Entered: 05/01/2015) |
| 05/01/2015 | 82 | REPLY (re 64 MOTION to Dismiss ) filed byZuffa, LLC. (Isaacson, William) (Filed on 5/1/2015) (Entered: 05/01/2015) |
| 05/07/2015 | 83 | **Minute Entry for proceedings held before Hon. Edward J. Davila: Motion Hearing held on 5/7/2015 re (31 in 5:14–cv–05484–EJD, 18 in 5:14–cv–05591–EJD, 18 in 5:14–cv–05621–EJD, 18 in 5:15–cv–00521–EJD, 12 in :15–cv–01324 ) MOTION to Transfer Case filed by Zuffa, LLC.) Motions submitted. The Court to issue further order following hearing. 5/7/2015 case management conference vacated. The Court to issue further order following hearing. Court Reporter Name: Irene Rodriguez (Time in Court 9:06 – 10:11) (ecg, COURT STAFF)(Date Filed: 5/7/2015) (Entered: 05/07/2015)** |
| 05/07/2015 | 84 | TRANSCRIPT ORDER by Zuffa, LLC for Court Reporter Irene Rodriguez. (Grossman, Perry) (Filed on 5/7/2015) (Entered: 05/07/2015) |
| 05/07/2015 | 85 | TRANSCRIPT ORDER by Jon Fitch, Cung Le, Nathan Quarry for Court Reporter Irene Rodriguez. (Saveri, Joseph) (Filed on 5/7/2015) (Entered: 05/07/2015) |
| 05/07/2015 | 86 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *of Plaintiff Jon Fitch* (Saveri, Joseph) (Filed on 5/7/2015) (Entered: 05/07/2015) |
| 05/13/2015 | 87 | MOTION to Stay *Discovery* filed by Zuffa, LLC. Motion Hearing set for 9/10/2015 09:00 AM in Courtroom 4, 5th Floor, San Jose before Hon. Edward J. Davila. Responses due by 5/27/2015. Replies due by 6/3/2015. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Isaacson, William) (Filed on 5/13/2015) (Entered: 05/13/2015) |
| 05/14/2015 | 88 | Transcript of Proceedings held on 05/07/2015, before Judge Davila. Court Reporter Irene L. Rodriguez, Telephone number (408)947–8160 Irene_Rodriguez@cand.uscourts.gov. Per General |

| | | |
|---|---|---|
| | | Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 85 Transcript Order, 84 Transcript Order ) Release of Transcript Restriction set for 8/12/2015. (Related documents(s) 85 , 84 ) (Rodriguez, Irene) (Filed on 5/14/2015) (Entered: 05/14/2015) |
| 05/22/2015 | 89 | STIPULATION WITH PROPOSED ORDER re 87 MOTION to Stay *Discovery* filed by Jon Fitch, Cung Le, Nathan Quarry. (Saveri, Joseph) (Filed on 5/22/2015) (Entered: 05/22/2015) |
| 05/26/2015 | 90 | **ORDER GRANTING (35 in 5:15−cv−00521−EJD) STIPULATION WITH PROPOSED ORDER re (34) MOTION to Stay *Discovery* filed by Mac Danzig, Gabe Ruediger, (58 in 5:14−cv−05591−EJD) STIPULATION WITH PROPOSED ORDER re (57) MOTION to Stay *Discovery* filed by Dennis Lloyd Hallman, Luis Javier Vazquez, (89 in 5:14−cv−05484−EJD) STIPULATION WITH PROPOSED ORDER re (87) MOTION to Stay *Discovery* filed by Nathan Quarry, Jon Fitch, Cung Le, (58 in 5:14−cv−05621−EJD) STIPULATION WITH PROPOSED ORDER re (57) MOTION to Stay *Discovery* filed by Pablo Garza, Brandon Vera, (30 in 5:15−cv−01324−EJD) STIPULATION WITH PROPOSED ORDER re (29) MOTION to Stay *Discovery* filed by Darren Uyenoyama, Kyle Kingsbury, Set/Reset Deadlines as to (87 in 5:14−cv−05484−EJD) MOTION to Stay *Discovery*, (57 in 5:14−cv−05591−EJD) MOTION to Stay *Discovery*, (57 in 5:14−cv−05621−EJD) MOTION to Stay *Discovery*, (34 in 5:15−cv−00521−EJD) MOTION to Stay *Discovery*, (29 in 5:15−cv−01324−EJD) MOTION to Stay *Discovery*: Responses due by 6/3/2015. Replies due by 6/17/2015. Signed by Judge Edward J. Davila on 5/26/2015. (ecg, COURT STAFF) (Filed on 5/26/2015) (Entered: 05/26/2015)** |
| 05/29/2015 | 91 | STIPULATION WITH PROPOSED ORDER *STAYING DISCOVERY PENDING RESOLUTION OF THE MOTION TO TRANSFER* filed by Zuffa, LLC. (Cove, John) (Filed on 5/29/2015) (Entered: 05/29/2015) |
| 06/01/2015 | 92 | **ORDER Granting (91) Stipulation in case 5:14−cv−05484−EJD; Granting (60) Stipulation in case 5:14−cv−05591−EJD; Granting (60) Stipulation in case 5:14−cv−05621−EJD; Granting (37) Stipulation in case 5:15−cv−00521−EJD; Granting (32) Stipulation in case 5:15−cv−01324−EJD to STAY DISCOVERYPENDING RESOLUTION OF THE MOTION TO TRANSFER. Discovery will be stayed pending the resolution of the pending Motion to Transfer. Signed by Judge Edward J. Davila on 6/1/2015. (ecg, COURT STAFF) (Filed on 6/1/2015) (Entered: 06/01/2015)** |
| 06/02/2015 | 93 | **ORDER granting 31 Motion to Transfer Case. The Clerk shall TRANSFER the above−captioned actions to the United States District Court for the District of Nevada, Las Vegas Division, and close this court's files. All matters calendared before the undersigned are VACATED. Signed by Judge Edward J. Davila on 6/2/2015. (ejdlc1S, COURT STAFF) (Filed on 6/2/2015) (Entered: 06/02/2015)** |