WILLIAM A. ISAACSON (*Pro Hac Vice* to be filed)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR. (*Pro Hac Vice* to be filed)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.  2:15-cv-01045 RFB-(PAL)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT ZUFFA, LLC** |

1

| | | |
|---|---|---|
| 1 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01055 APG-(GWF) |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 6 | | |
| 7 | Defendant. | |
| 8 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01056 RFB-(GWF) |
| 9 | | |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 13 | | |
| 14 | Defendant. | |
| 15 | Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01057 JCM-(CWH) |
| 16 | | |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 20 | | |
| 21 | Defendant. | |

2

|   |   |
|---|---|
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>  Defendant. | Case No. 2:15-cv-01046 RCJ-(NJK) |

TO: ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that DONALD J. CAMPBELL, ESQ. and J. COLBY WILLIAMS, ESQ., of the law firm CAMPBELL & WILLIAMS, will be appearing as co-counsel for Defendant Zuffa, LLC b/b//a/ Ultimate Fighting Championship in the above-captioned actions. Please serve copies of all papers and pleadings filed herein upon our firm as well as Plaintiffs' additional counsel, Boies Schiller & Flexner, LLP.

DATED this 8th day of June, 2015.

CAMPBELL & WILLIAMS

By  /s/ *J. Colby Williams*
DONALD J. CAMPBELL, ESQ. (1216)
J. COLBY WILLIAMS, ESQ. (5549)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **Notice of Appearance** was served on the 8th day of June, 2015 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

　　　　　　　　　　　　　　__/s/ *J. Colby Williams*_____
　　　　　　　　　　　　　　An employee of Campbell & Williams