1   **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
    DON SPRINGMEYER, ESQ.
2   Nevada Bar No. 1021
    BRADLEY S. SCHRAGER, ESQ.
3   Nevada Bar No. 10217
    JUSTIN C. JONES, ESQ.
4   Nevada Bar No. 8519
    3556 E. Russell Road, Second Floor
5   Las Vegas, Nevada 89120
    (702) 341-5200/Fax: (702) 341-5300
6   dspringmeyer@wrslawyers.com
    bschrager@wrslawyers.com
7   jjones@wrslawyers.com
    *Attorneys for Plaintiffs*
8

9                        **UNITED STATES DISTRICT COURT**

10                              **DISTRICT OF NEVADA**

| | |
|---|---|
| 11  Cung Le; Nathan Quarry; and Jon Fitch, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01045 RFB-(PAL) |
| 12 | |
| 13          Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL** |
| 14  vs. | |
| 15  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 16          Defendant. | |
| 17  Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01056 RFB-(GWF) |
| 18 | |
| 19          Plaintiffs,   vs. | |
| 20 | |
| 21  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 22          Defendant. | |
| 23  Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01055 APG-(GWF) |
| 24 | |
| 25          Plaintiffs, | |
| 26  vs. | |
| 27  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 28          Defendant. | |

| | | |
|---|---|---|
| 1 | Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01057 JCM-(CWH) |
| 2 | | |
| 3 | Plaintiffs, | |
| | v. | |
| 4 | | |
| 5 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 6 | Defendant. | |
| 7 | Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01046 RCJ-(NJK) |
| 8 | | |
| 9 | Plaintiffs, | |
| 10 | v. | |
| 11 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 12 | Defendant. | |
| 13 | | |

14   **NOTICE IS HEREBY** given to all parties in this litigation that DON SPRINGMEYER,

15   ESQ., BRADLEY S. SCHRAGER, ESQ. and JUSTIN C. JONES, ESQ. of the law firm WOLF,

16   RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, hereby appear in this action as attorneys for

17   Plaintiffs; all pleadings and documents should be served upon counsel at 3556 East Russell Road,

18   Second Floor, Las Vegas, Nevada 89120, dspringmeyer@wrslawyers.com,

19   bschrager@wrslawyers.com, and jjones@wrslawyers.com.

20   DATED this 9th day of June, 2015

21   **WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**

22

23   By:   */s/ Don Springmeyer*
DON SPRINGMEYER, ESQ.

24   Nevada Bar No. 1021

25   3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

26   (702) 341-5200/Fax: (702) 341-5300

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2015, a true and correct copy of **NOTICE OF APPEARANCE OF COUNSEL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: _/s/ Christie Rehfeld_
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP