**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com
*Attorneys for Plaintiffs*
*(Additional counsel appear on signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045 RFB-(PAL)<br><br>**PLAINTIFFS' CONSOLIDATED NOTICE OF RELATED CASES (LR 7-2.1)** |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01056 RFB-(GWF) |
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01055 APG-(GWF) |

| | |
|---|---|
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No.: 2:15-cv-01057 JCM-(CWH) |
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No. 2:15-cv-01046 RCJ-(NJK) |

## I. INTRODUCTION

Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama ("Plaintiffs") provide this Notice of Related Cases as required by LR 7-2.1. Plaintiffs agree with Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC ("UFC") that these five matters are related, and should be consolidated before one single District Court Judge and one Magistrate Judge. Plaintiffs state the following to provide additional details on these actions.

## II. BACKGROUND

### A. Proceedings in the Northern District of California.

Plaintiffs Cung Le, Nathan Quarry, and John Fitch together filed the first of these proposed class actions on December 16, 2014 in the United States District Court for the Northern District of California (the *Le* action). The *Le* action was assigned to Judge Davila. Plaintiffs Luis Javier Vasquez and Dennis Lloyd Hallman filed the second of these actions on December 22, 2014 (the *Vasquez* action); Plaintiffs Brandon Vera and Pablo Garza filed the third of these actions on

December 24, 2014 (the *Vera* action); Plaintiffs Gabe Ruediger and Mac Danzig filed a fourth action on February 4, 2015 (the *Ruediger* action); Plaintiffs Kyle Kingsbury and Darren Uyenoyama filed a fifth action on March 20, 2015 (the *Kingsbury* action).   As all subsequently filed actions mirror the allegations of the *Le* action, the *Vasquez*, *Vera*, *Ruediger*, and *Kingsbury* actions were deemed related to the *Le* action, and all were assigned to Judge Davila. (*Le* Dkt. Nos. 18, 19, 59, 67.)

All of the actions allege on behalf of two classes of UFC mixed martial arts fighters that the UFC violated Section 2 of the Sherman Act. The actions further allege that, through a series of anticompetitive, illicit, and exclusionary acts, the UFC has illegally acquired, enhanced, and maintained dominant positions in the markets for (a) promoting live Elite Professional MMA events, and (b) the market for Elite MMA Fighter services. Plaintiffs allege that, as a result of the alleged anticompetitive scheme, the UFC has enhanced and maintained its market and monopsony power and used that power to artificially suppress Plaintiffs' compensation associated with fighting bouts and for their identity rights.

Plaintiffs in all of these cases had moved to consolidate all five matters before Judge Davila for pretrial purposes;[1] Plaintiffs moved to appoint interim co-lead counsel; Plaintiffs served the UFC with their first set of requests for production of documents; the UFC filed the same Rule 12(b)(6) motion to dismiss in all actions; and the UFC moved to stay discovery pending its motion to dismiss. The latter motions were pending before Judge Davila at the time of transfer. The parties have been treating the *Le* action as the "lead case" (*Le* Dkt. No. 80), and deadlines for the later-filed actions were governed by those set in the *Le* action.

On June 2, Judge Davila transferred these matters to this District, and terminated all pending hearings and motions.

---

[1] Pretrial consolidation was not opposed. Rather, the UFC requested that consolidation be for all purposes, including trial. (*Le* Dkt. 61.)

**B.     Proceedings in this District.**

The *Le* action was assigned to United States District Judge Richard F. Boulware, II and Magistrate Judge Peggy A. Leen on June 4. The *Le* action has the lowest assigned case number of all five actions.

The *Vera* action was also assigned to Judge Boulware and to Magistrate Judge George Foley, Jr. on June 4. Judge Boulware issued a minute order on this date, directing a Joint Status Report to be filed by July 4, and that all out of state counsel comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition, all to be filed by July 19.

The *Vasquez* action was assigned to United States District Judge Andrew P. Gordon and Magistrate Judge Foley, Jr. on June 4. Judge Gordon issued a minute order on this date, directing a Joint Status Report to be filed by July 4, and that all out of state counsel comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition, all to be filed by July 19. On June 5, Judge Gordon directed a joint status report to be filed by June 12.

The *Ruediger* action was assigned to United States District Judge James C. Mahan and Magistrate Judge Carl W. Hoffman on June 4. Judge Mahan issued a minute order on this date, directing a Joint Status Report to be filed by July 4, and that all out of state counsel comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition, all to be filed by July 19.

The *Kingsbury* action was assigned to United States District Judge Robert C. Jones and Magistrate Judge Nancy J. Koppe on June 4. On June 5, Magistrate Judge Koppe denied the UFC's motion to stay discovery without prejudice; gave the UFC until June 12 to renew the motion, and directed that the motion address case law from this District; and ordered that if the motion was not renewed a joint discovery plan was due by June 19.

///

///

///

///

III.     CONCLUSION

Plaintiffs concur with the UFC that this matter should be assigned to a single District Court Judge and a single Magistrate Judge.

DATED this 9th day of June, 2015

        **WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

By:     */s/ Don Springmeyer*
       Don Springmeyer
       Nevada Bar No. 1021
       Bradley S. Schrager
       Nevada Bar No. 10217
       Justin C. Jones
       Nevada Bar No. 8519
       3556 E. Russell Road, Second Floor
       Las Vegas, Nevada 89120
       (702) 341-5200/Fax: (702) 341-5300
       dspringmeyer@wrslawyers.com
       bschrager@wrslawyers.com
       jjones@wrslawyers.com

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown
Richard A. Koffman
Hiba Hafiz
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

**BERGER & MONTAGUE, P.C.**
Eric L. Cramer
Michael Dell'Angelo
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri
Joshua P. Davis
Matthew Weiler
Andrew M. Purdy
Kevin E. Rayhill
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
apurdy@saverilawfirm.com
krayhill@saverilawfirm.com

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2015, a true and correct copy of **PLAINTIFFS' CONSOLIDATED NOTICE OF RELATED CASES (LR 7-2.1)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/Christie Rehfeld
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP