WILLIAM A. ISAACSON (Pending *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR (Pending *Pro Hac Vice*)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(DJC@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(JCW@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045 RFB-(PAL)<br><br>**ZUFFA, LLC'S CERTIFICATE OF INTERESTED PARTIES** |

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No. 2:15-cv-01055 APG-(GWF) |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No. 2:15-cv-01056 RFB-(GWF) |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No. 2:15-cv-01057 JCM-(CWH) |
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No. 2:15-cv-01046 RCJ-(NJK) |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Zuffa, LLC ("Zuffa"), certifies that the following have an interest in the outcome of this case:

- Fertitta Business Management, LLC, owns an approximate 72% interest in Zuffa, LLC. Fertitta Business Management, LLC, is wholly owned by Fertitta family trusts.
- A Frank J. Fertitta III family trust owns an approximate 4.5% interest in Zuffa, LLC.
- A Lorenzo J. Fertitta family trust owns an approximate 4.5% interest in Zuffa, LLC.
- Dana White's family trusts own an approximate 9% interest in Zuffa, LLC.
- January Capital owns an approximate 10% interest in Zuffa, LLC. January Capital is owned by Flash Entertainment, FZ-LLC, which is in turn owned by the Executive Affairs Authority of Abu Dhabi.
- Zuffa Pipco 1, LLC, an entity established for an employee Participation Interest Plan, owns an approximate 0.08% interest in Zuffa, LLC.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated: June 11, 2015

Respectfully Submitted,

By: /s/ Richard J. Pocker
Richard J. Pocker
BOIES, SCHILLER & FLEXNER LLP
*Attorney of Record for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing **Zuffa, LLC's Certificate of Interested Parties** was served on the 11th day of June, 2015 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

By: *[signature]*
An employee of Boies, Schiller & Flexner, LLP