1  WILLIAM A. ISAACSON (Pending *Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave, NW, Washington, DC 20015
3  Telephone: (202) 237-2727; Fax: (202) 237-6131

4  JOHN F. COVE, JR  (Pending *Pro Hac Vice*)
   (jcove@bsfllp.com)
5  BOIES, SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900, Oakland, CA 94612
6  Telephone: (510) 874-1000; Fax: (510) 874-1460
7  
8  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
9  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
10 Telephone: (702) 382 7300; Fax: (702) 382 2755

11 DONALD J. CAMPBELL #1216
   (DJC@campbellandwilliams.com)
12 J. COLBY WILLIAMS  #5549
   (JCW@campbellandwilliams.com)
13 CAMPBELL & WILLIAMS
   700 South 7th Street, Las Vegas, Nevada 89101
14 Telephone: (702) 382-5222; Fax: (702) 382-0540
15 
16 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
17 

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated, | Lead Case No.: 2:15-cv-01045-RFB-(PAL) |
| Plaintiffs, v. | Member Case Nos.: <br> 2:15-cv-01046-RFB-(PAL) <br> 2:15-cv-01055-RFB-(PAL) <br> 2:15-cv-01056-RFB-(PAL) <br> 2:15-cv-01057-RFB-(PAL) |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | **DECLARATION OF JOHN F. COVE, JR. PURSUANT TO L.R. 26-7(b) IN SUPPORT OF ZUFFA LLC'S MOTION TO STAY DISCOVERY** |

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No. 2:15-cv-01055 RFB-(PAL) |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No. 2:15-cv-01056 RFB-(PAL) |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No. 2:15-cv-01057 RFB-(PAL) |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

| | |
|---|---|
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No. 2:15-cv-01046 RFB-(PAL) |

I, JOHN F. COVE, JR., declare as follows:

1. I am an attorney admitted to practice in the State of California (CA Bar No. 212213). I am a partner in the law firm Boies, Schiller & Flexner LLP, counsel to Defendant Zuffa, LLC ("Zuffa") in this case.

2. I submit this declaration pursuant to Local Rule 26-7(b) in support of Zuffa's Motion to Stay Discovery. I have personal knowledge of the facts stated in the declaration and if called to testify, I would and could competently testify to those facts.

3. On April 15, 2015, I met with Plaintiffs' counsel for the Rule 26(f) conference in Washington, D.C. At that meeting, I informed Plaintiffs that Zuffa believed discovery should be stayed pending the Court's resolution on the Motion to Dismiss and the Motion to Transfer Venue. Eric Cramer, counsel for the Plaintiffs, said Plaintiffs were of the view that discovery should commence immediately. Despite meeting and conferring in person, the parties were unable to reach a resolution on the issue at this meeting.

4. Following the Rule 26(f) conference, Plaintiffs and I continued to discuss the issue of staying discovery as we worked on the Joint Case Management Statement. Despite continued discussions, we were unable to come to an agreement on this issue and each side set out its respective position in the Joint Case Management Statement filed in the Northern District of California. *Le* Dkt. 81.

5. Given our inability to resolve this issue, Zuffa filed a Motion to Stay Discovery in the Northern District of California on May 13, 2015. While the Motion was pending, the parties reached an agreement to stay discovery pending the resolution of the Motion to Transfer and hold Zuffa's Motion to Stay in abeyance pending resolution of the Motion to Transfer with briefing on the Motion to resume after resolution of the Motion to Transfer. *Le* Dkt. 91. Judge Davila of the Northern District entered this stipulated order on June 1, 2015, thus staying discovery pending the resolution of the Motion to Transfer. *Le* Dkt. 92.

6. On June 5, 2015, Magistrate Judge Koppe denied Zuffa's Motion to Stay in the *Kingsbury* matter without prejudice with the option to refile the motion addressing case law from this

1

district. *Kingsbury*, 2:15-cv-01046 RFB-(PAL) Dkt. 29.

7. On June 12, 2015, I spoke with Eric Cramer and again informed him that Zuffa believes that discovery should continue to be stayed pending resolution of Zuffa's Motion to Dismiss. I asked whether Plaintiff would consent to such a stay. Mr. Cramer said that Plaintiffs believed that discovery should proceed and that Plaintiffs would oppose the Motion.

8. I hereby certify pursuant to Local Rule 26-7 that after personal consultation with Plaintiffs' counsel and sincere effort to do so, Zuffa has been unable to resolve this matter without Court action.

I declare under penalty of perjury, under the laws of the State of Nevada, that the foregoing is true and correct.

Dated: June 12, 2015

/s/ John F. Cove, Jr.
John F. Cove, Jr.
*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

2