**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com
*Attorneys for Plaintiffs*
*(Additional counsel appear on signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045 RFB-(PAL)<br><br>**STIPULATION TO EXTEND TIME IN WHICH PLAINTIFFS MAY RESPOND, AND DEFENDANT REPLY, REGARDING DEFENDANT ZUFFA, LLC'S MOTION TO STAY DISCOVERY (Doc.# 103)**<br><br>**(First Request)** |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01056 RFB-(PAL) |
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01055 RFB-(PAL) |

Stipulation to Extend Time

| | |
|---|---|
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>   Defendant. | Case No.: 2:15-cv-01057 RFB-(PAL) |
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>   Defendant. | Case No. 2:15-cv-01046 RFB-(PAL) |

Pursuant to LR 7-1, the parties hereby jointly stipulate to extend the time in which Plaintiffs may respond, and Defendant reply, regarding Defendant's Motion to Stay Discovery, filed on June 12, 2015, Doc.#103. The current deadline for filing a response is Monday, June 29, 2015, and Plaintiffs have requested a further four days, up through and including July 2, 2015. The parties further agree that Defendant may have two weeks following the response date, through and including July 14, within which to file a reply.

The parties file this Stipulation in order to provide Plaintiffs a full and fair opportunity to respond to Defendant's Motion to Stay Discovery, and to provide Defendant with a few days of extra time to reply due to the July 4th holiday weekend.  This is Plaintiffs' first request for an

///

///

///

///

///

///

extension of time to file their Response.

RESPECTFULLY SUBMITTED.

DATED this 16th day of June, 2015.                    DATED this 16th day of June, 2015.

 */s/ Don Springmeyer*                                  */s/ J. Colby Williams*
DON SPRINGMEYER, ESQ.                                 J. COLBY WILLIAMS #5549
Nevada State Bar No. 1021                             700 South 7th Street
BRADLEY SCHRAGER, ESQ.                                Las Vegas, Nevada 89101
Nevada State Bar No. 10217                            Telephone: (702) 382-5222
DANIEL BRAVO, ESQ.                                    Fax: (702) 382-0540
Nevada State Bar No. 13078
Wolf Rifkin Shapiro Schulman & Rabkin, LLP            WILLIAM A. ISAACSON
3556 East Russell Road, Second Floor                  (Pro Hac Vice to be filed)
Las Vegas, NV  89120                                  (wisaacson@bsfllp.com)
Telephone:  (702) 341-5200                            BOIES, SCHILLER & FLEXNER LLP
Fax:  (702) 341-5300                                  5301 Wisconsin Ave, NW
                                                      Washington, DC 20015
**COHEN MILSTEIN SELLERS & TOLL,**                    Telephone: (202) 237-2727
**PLLC**                                               Fax: (202) 237-6131
Benjamin D. Brown
Richard A. Koffman                                    JOHN F. COVE, JR.
Hiba Hafiz                                            (Pro Hac Vice to be filed)
1100 New York Ave., N.W., Suite 500, East             (jcove@bsfllp.com)
Tower Washington, DC 20005                            BOIES, SCHILLER & FLEXNER LLP
Telephone: (202) 408-4600/Fax: (202) 408 4699         1999 Harrison Street, Suite 900
bbrown@cohenmilstein.com                              Oakland, CA 94612
rkoffman@cohenmilstein.com                            Telephone: (510) 874-1000
hhafiz@cohenmilstein.com                              Fax: (510) 874-1460

**BERGER & MONTAGUE, P.C.**                           RICHARD J. POCKER #3568
Eric L. Cramer                                        (rpocker@bsfllp.com)
Michael Dell'Angelo                                   BOIES, SCHILLER & FLEXNER LLP
Patrick Madden                                        300 South Fourth Street, Suite 800
1622 Locust Street                                    Las Vegas, NV 89101
Philadelphia, PA 19103                                Telephone: (702) 382 7300
Telephone: (215) 875-3000/Fax: (215) 875-4604         Fax: (702) 382 2755
ecramer@bm.net
mdellangelo@bm.net                                    DONALD J. CAMPBELL #1216
pmadden@bm.net                                        (djc@campbellandwilliams.com)
                                                      J. COLBY WILLIAMS #5549
**JOSEPH SAVERI LAW FIRM, INC.**                      (jcw@campbellandwilliams.com)
Joseph R. Saveri                                      CAMPBELL & WILLIAMS
Joshua P. Davis                                       700 South 7th Street
Matthew Weiler                                        Las Vegas, Nevada 89101
Andrew M. Purdy                                       Telephone: (702) 382-5222

| | | |
|---|---|---|
| 1 | Kevin E. Rayhill | Fax: (702) 382-0540 |
| | 505 Montgomery Street, Suite 625 | |
| 2 | San Francisco, California 94111 | *Attorneys for Defendant Zuffa, LLC, d/b/a* |
| | Telephone: (415) 500-6800/Fax: (415) 395-9940 | *Ultimate Fighting Championship and UFC* |
| 3 | jsaveri@saverilawfirm.com | *Attorneys of Record for Defendant Zuffa,* |
| 4 | jdavis@saverilawfirm.com | *LLC, d/b/a Ultimate Fighting Championship* |
| | mweiler@saverilawfirm.com | *and UFC* |
| 5 | apurdy@saverilawfirm.com | |
| | krayhill@saverilawfirm.com | |

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2015, a true and correct copy of **STIPULATION TO EXTEND TIME IN WHICH PLAINTIFFS MAY RESPOND, AND DEFENDANT REPLY, REGARDING DEFENDANT ZUFFA, LLC'S MOTION TO STAY DISCOVERY (Doc.# 103)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP