# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>   vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>          Defendant. | Case No. 2:15-cv-01045 RFB-(PAL)<br><br>**[PROPOSED]<br>ORDER ON STIPULATION<br>TO EXTEND TIME** |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>   vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>          Defendant. | Case No. 2:15-cv-01056 RFB-(PAL) |
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>   vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>          Defendant. | Case No. 2:15-cv-01055 RFB-(PAL) |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>          Defendant. | Case No.: 2:15-cv-01057 RFB-(PAL) |

1

2    Kyle Kingsbury and Darren Uyenoyama, on          Case No. 2:15-cv-01046 RFB-(PAL)
     behalf of themselves and all others similarly
3    situated,

4                    Plaintiffs,

5           v.

6    Zuffa, LLC, d/b/a Ultimate Fighting
     Championship and UFC,
7
                     Defendant.
8

9          Pursuant to the stipulation of the parties and good cause appearing,

10   **IT IS HEREBY ORDERED**:

11   The Stipulation to Extend Time is APPROVED.  Plaintiffs' Response to the Motion to Stay will

12   now be due on or before July 2, 2015, and Defendant's Reply will be due on or before July 14,

13   2015.

14

15                              _____
                                Peggy A. Leen, Magistrate Judge
16

17                              DATED:_____

18

19

20

21

22

23

24

25

26

27

28

Order to Extend Time