WILLIAM A. ISAACSON (Pending *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR (Pending *Pro Hac Vice*)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Lead Case No.: 2:15-cv-01045-RFB-(PAL)

Member Case Nos.:
2:15-cv-01046-RFB-(PAL)
2:15-cv-01055-RFB-(PAL)
2:15-cv-01056-RFB-(PAL)
2:15-cv-01057-RFB-(PAL)

**ERRATA TO DEFENDANT ZUFFA, LLC'S MOTION TO STAY DISCOVERY**

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01055 RFB-(PAL) |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01056 RFB-(PAL) |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01057 RFB-(PAL) |
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01046 RFB-(PAL) |

**ERRATA**

On June 12, 2015, Zuffa, LLC filed a Motion to Stay Discovery. (*Le* Dkt. 103). That motion referenced two exhibits which were inadvertently omitted from the filing. Exhibit A is Plaintiffs' First Requests for Production of Documents which was served on Zuffa on April 26, 2015 and which was filed previously with Zuffa's Motion to Stay Discovery in the Northern District of California. (*Le* Dkt. 87-1). Exhibit B is Plaintiffs' Initial Disclosures which was served on Zuffa on May 8, 2015. To correct this omission, Zuffa hereby attaches the two exhibits to this submission and requests that the Court consider them as part of the Motion to Stay Discovery.

Dated: June 23, 2015

Respectfully Submitted,

CAMPBELL & WILLIAMS

By: /s/ J. Colby Williams
J. COLBY WILLIAMS
*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Fax: (702) 382-0540
Email: DJC@campbellandwilliams.com
JCW@campbellandwilliams.com

William A. Isaacson (*Pro Hac Vice* to be filed)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: wisaacson@bsfllp.com

John F. Cove, Jr. (*Pro Hac Vice* to be filed)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
Email: jcove@bsfllp.com

Richard J. Pocker #3568
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382 7300
Fax: (702) 382 2755
Email: rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC,
d/b/a Ultimate Fighting Championship and UFC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **ERRATA TO DEFENDANT ZUFFA, LLC'S MOTION TO STAY DISCOVERY** was served on the 23rd day of June, 2015 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

__/s/ J. Colby Williams ____________________
An employee of Campbell & Williams