# EXHIBIT B

Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

Benjamin D. Brown (State Bar No. 202545)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo*
*Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury,*
*and Darren Uyenoyama*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | **Case Nos.  5:14-cv-05484-EJD;**<br>**5:14-cv-05591-EJD;**<br>**5:14-cv-05621-EJD;**<br>**5:15-cv-00521-EJD**<br>**5:15-cv-01324-EJD**<br><br>**PLAINTIFFS' INITIAL DISCLOSURES** |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD
1
PLAINTIFFS' INITIAL DISCLOSURES

**Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

**Defendant.**

**Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

**Defendant.**

**Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

**Defendant.**

**Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**

**Defendant.**

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

PLAINTIFFS' INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren Uyenoyama (collectively, "Plaintiffs"), make the following initial disclosures to Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC ("Defendant" or "the UFC").

## PRELIMINARY STATEMENT

The following disclosures are made based on the information reasonably available to Plaintiffs as of this date. By making these disclosures, Plaintiffs do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Plaintiffs' disclosures represent a good faith effort to comply with Fed. R. Civ. P. 26(a)(l).

Plaintiffs make the following disclosures without in any way waiving: (1) the right to object to the use of any such information on the grounds of competency, privilege, relevancy and materiality, hearsay, or any other ground, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; and (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are made subject to the foregoing objections and qualifications. Further, Plaintiffs expressly reserve the right to supplement or amend these disclosures pursuant to FED. R. CIV. P. 26(e)(l) or as otherwise authorized by the Court of upon the agreement of the parties.

## I.      Rule 26(a)(1)(A)(i): Individuals Likely to Have Discoverable Information that Plaintiffs May Use to Support Their Claims or Defenses

### A. Zuffa, LLC and its Current and Former Employees

| Name | Subject Matter | Contact Information |
|------|----------------|---------------------|
| Dana White | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |

3

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

PLAINTIFFS' INITIAL DISCLOSURES

| Lorenzo J. Fertitta | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
|---|---|---|
| Frank J. Fertitta | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Peter Dropick | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Jackie Poriadjian | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Craig Borsari | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Ike Lawrence Epstein | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Kirk Hendrick | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

4

PLAINTIFFS' INITIAL DISCLOSURES

| Ken Berger | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Unknown |
|---|---|---|
| John Mulkey | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Joseph Silva | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Unknown |
| Sean Shelby | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Edward Muncey | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Marc Ratner | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Michael Mersch | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

5

PLAINTIFFS' INITIAL DISCLOSURES

| Tracy Long | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| --- | --- | --- |
| Sonja McKinney | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Reed Harris | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| David Safer | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Mike Mossholder | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Link McCluan | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Shanda Maloney | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

PLAINTIFFS' INITIAL DISCLOSURES

| Michael Pine | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | (917) 257-4498 |
|---|---|---|
| Steven Gray | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Ryan Richeal | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Doug Hartling | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Marshall Zelaznik | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Joe Carr | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |
| Garry Cook | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC 2960 West Sahara Ave. Las Vegas, NV 89102 |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

PLAINTIFFS' INITIAL DISCLOSURES

| David Allen | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC<br>2960 West Sahara Ave.<br>Las Vegas, NV 89102 |
| Michael Britt | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Zuffa, LLC<br>2960 West Sahara Ave.<br>Las Vegas, NV 89102 |

### B.    Plaintiffs

| Name | Subject Matter | Address and Telephone Number |
|------|----------------|------------------------------|
| Cung Le | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |
| Nathan Quarry | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |
| Jonathan Fitch | Information regarding Defendant's contracts negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |
| Brandon Vera | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

8

PLAINTIFFS' INITIAL DISCLOSURES

| Javier Vazquez | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |
|---|---|---|
| Dennis Hallman | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |
| Pablo Garza | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |
| Mac Danzig | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |
| Gabe Ruediger | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |
| Kyle Kingsbury | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |
| Darren Uyenoyama | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

### C.   Non-Parties

| Name | Subject Matter | Contact Information |
|------|---------------|---------------------|
| Gareb Shamus | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Status Media<br>1 Little West 12th Street<br>New York, NY 10014 |
| Kurt Otto | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Environetics<br>180 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 |
| Gary Shaw | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Gary Shaw Productions, LLC<br>555 Preakness Avenue<br>Totowa, New Jersey 07512<br>(973) 904-0008 |
| Jared Shaw | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | J. Open Heart<br>33 Divan Way<br>Wayne, New Jersey 07470<br>(917) 941-1058 |
| Doug Deluca | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Co-Executive Producer<br>Jimmy Kimmel Live<br>6834 Hollywood Boulevard<br>Hollywood, CA 90028 |
| Turi Altavilla | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | The University of Mixed Martial Arts<br>1501 S. Saltair Avenue<br>Los Angeles, CA 90025-2601<br>(310) 701-8339 |
| Jeremy Lappen | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | PictureLab Entertainment<br>1322 S. Ogden Dr., Ste. #2<br>Los Angeles CA 90019<br>(323) 960-5220 |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

| John Lewis | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | John Lewis, President<br>JLE Cinema Group<br>320 N. Stanley Avenue, Suite A<br>Los Angeles, CA 90036<br>(702) 241-7423 |
|---|---|---|
| John Huntington | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Kona Style<br>Kailua Bay Pier<br>Kailua Kona, Hawaii 96740<br>(808) 936-1323<br><br>Pancho & Lefty's Cantina & Restaurante<br>75-5719 Ali'i Drive<br>Laniakea, Hawaii 96740<br>(808) 326-2171 |
| Louis Palazzo, Esq. | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | T. Louis Palazzo<br>Palazzo Law Firm<br>520 S. Fourth St., 2nd Flr.<br>Las Vegas, NV 89101<br>(702) 385-3850 |
| Terry Trebilcock | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | King Of The Cage, Inc.<br>12477 High Horse Drive<br>Rancho Cucamonga, CA 91739 |
| T.J. Thompson | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 47-854 Kamehameha Way<br>Kaneohe, Hawaii 96744 |
| Rich Chou | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Bellator Sport Worldwide, LLC<br>5000 Birch Street, Suite 7100<br>Newport Beach, CA 92660 |
| Scott Coker | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Bellator Sport Worldwide, LLC<br>5000 Birch Street, Suite 7100<br>Newport Beach, CA 92660<br>(408) 230-0403 |

**PLAINTIFFS' INITIAL DISCLOSURES**

| Michael Afromowitz | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 15 Barberry Court<br>Milford, CT 06461-9111<br>(917) 566-8754 |
|---|---|---|
| Frank Shamrock | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | (408) 373-03864 |
| Kenn Ellner | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | The Ellner Company<br>303 Twin Dolphine Dr. Ste. 600<br>Redwood Shores, CA 94065<br>(650) 364-1995<br>(650) 346-4573 |
| Greg Jamison | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Greg Jamison<br>215 Belmont Ave<br>Los Gatos, CA 95030<br>(831) 625-8178 |
| Bjorn Rebney | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 935 N. Kenter Avenue<br>Los Angeles, CA 90049<br>(310) 625-5469 |
| Tim Danaher | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | President of Finance<br>PAX Labs Inc.<br>550 N Rimsdale Ave<br>Covina, CA 91722<br>(626) 967-7800<br>(917) 374-5025 |
| Vadim Finkelchtein | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | M-1 Global Holding B.V.<br>Poortwachter 47<br>1188 CG Amstelveen<br>The Netherlands |

PLAINTIFFS' INITIAL DISCLOSURES

| Albert Jan Echteld | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | M-1 Global Holding B.V. Poortwachter 47 1188 CG Amstelveen The Netherlands |
|---|---|---|
| Joost Raimond | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | M-1 Global Holding B.V. Poortwachter 47 1188 CG Amstelveen The Netherlands |
| Fedor Emelianenko | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | M-1 Global Holding B.V. Poortwachter 47 1188 CG Amstelveen The Netherlands |
| Evgeni Kogan | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Unknown |
| Jerry Millen | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Gerald A. Millen 316 Mystic Meadows Ct Howell, MI 48843-6307 |
| Dennis Spencer | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Executive Vice President - Media Blue Entertainment Sports Television 35 Park Avenue South, 6th Floor New York, NY 10003 (212) 767-5729 |
| Tom Atencio | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 29395 Crown Ridge Laguna Niguel, CA 92677-7813 (714) 397-2101 |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

**PLAINTIFFS' INITIAL DISCLOSURES**

| Michael Bassiri | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 1799 Apollo Court<br>Seal Beach, Calfornia 90740<br>(949) 222-0209 |
|---|---|---|
| Oscar De La Hoya | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 626 Wilshire Blvd., Suite 350<br>Los Angeles, CA 90017<br>(213) 489-5631 |
| Nobuyuki Sakakibara | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Unknown |
| Nobuhiko Takada | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Unknown |
| Yukino Kanda | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Unknown |
| Ed Fishman | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 27234 Pacific Coast Hwy<br>Malibu, CA 90265-4346<br>(818) 519-9455<br>(310) 589-9654<br>(310) 343-5900 |
| Randy Couture | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 4055 W. Sunset Rd<br>Las Vegas, NV 89118<br>(503) 754-8991 |
| Mark Cuban | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | AXS TV<br>320 S. Walton Street<br>Dallas, TX 75226<br>(214) 698-3800 |

| Ed Soares | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 341 E. Alondra Boulevard Gardena, CA 90248 (310) 951-0825 |
|---|---|---|
| Scott Cutbirth | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Titan FC, LLC 2800 Gateway Drive Pompano Beach, FL 33069 |
| Joe Kelly | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Titan FC, LLC 2800 Gateway Drive Pompano Beach, FL 33069 |
| Jeff Aronson | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Titan FC, LLC 2800 Gateway Drive Pompano Beach, FL 33069 |
| Lex McMahon | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Titan FC, LLC 2800 Gateway Drive Pompano Beach, FL 33069 |
| Mick Maynard | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Michael John Maynard Jr. 13134 Yaupon Holly Ln Houston, TX 77044-4936 (281) 913-5160 (713) 702-5043 Inkbox Printing, Owner 4822 North Sam Houston Pkwy W, Houston, TX 77086 (281) 519-1818 |
| Shannon Knapp | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Invicta Fighting Championships 5360 College Blvd. Suite 200 Overland Park, KS 66211 (913) 980-2675 |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

PLAINTIFFS' INITIAL DISCLOSURES

| Janet Martin | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Janet L. Martin<br>44 Kings Mill Court<br>Biltmore Lake, NC 28715-8959<br>(828) 670-8045 |
|---|---|---|
| Julie Kedzie | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Unknown |
| Sig Rogich | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 3883 Howard Hughes Parkway<br>Las Vegas, Nevada 89169 |
| Ray Sefo | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 4631 S. Dean Martin, #100<br>Las Vegas, Nevada 89103 |
| Keith Evans | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 4631 S. Dean Martin, #100<br>Las Vegas, Nevada 89103 |
| Shawn Wright | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 5440 W. Sahara 3rd Floor<br>Las Vegas, Nevada 89146 |
| Ali Abdel-Aziz | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | (347) 730-2001 |
| Kevin Kay | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Spike TV<br>345 Hudson St.<br>New York, NY 10014<br>(212) 846-8000 |

PLAINTIFFS' INITIAL DISCLOSURES

| David Schwartz | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Spike TV<br>345 Hudson St.<br>New York, NY 10014<br>(212) 767-8639 |
|---|---|---|
| Brian Diamond | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 31 Prescott Ave<br>Montclair, NJ 07042-5029<br>(973) 744-2938<br>(917) 573-0102 |
| Ben Askren | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | AWA Wisconsin Academies<br>596 North Shore Drive,<br>Hartland, WI 53029<br>(262) 951-5617 |
| John Peretti | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | (310) 666-9116 |
| Bob Arum | Information regarding Defendant's commercial practices, and the relevant markets in this action. | Top Rank, Inc.<br>748 Pilot Road<br>Las Vegas, NV 89119 |
| Leon Margules | Information regarding Defendant's commercial practices, and the relevant markets in this action. | Warriors Boxing<br>5397 Orange Drive, Suite 202<br>Davie, Florida 33314<br>(954) 985-1155<br>(954) 298-8918 |
| Lou Dibella | Information regarding Defendant's commercial practices, and the relevant markets in this action. | Dibella Entertainment<br>359 Sea Cliff Avenue<br>Sea Cliff, NY 11579<br>(212) 947-2577<br>(917) 880-6458 |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

PLAINTIFFS' INITIAL DISCLOSURES

| Ken Hershman | Information regarding Defendant's commercial practices, and the relevant markets in this action. | HBO Sports<br>Home Box Office, Inc.<br>1100 Avenue of the Americas, G5-9D<br>New York, NY 10036<br>(212) 512-1000 |
| --- | --- | --- |
| Raymond Stallone | Information regarding Defendant's commercial practices, and the relevant markets in this action. | Unknown |
| Ross Greenburg | Information regarding Defendant's commercial practices, and the relevant markets in this action. | Ross Greenburg<br>Chief Executive Officer<br>Ross Greenburg Productions, Inc.<br>8 Briar Del Circle<br>Larchmont, New York, 10538<br>(914) 967-0670 |
| Stephen Espinoza | Information regarding Defendant's commercial practices, and the relevant markets in this action. | Showtime Networks Inc.<br>1633 Broadway<br>New York, NY 10019<br>(212) 708-1600 |
| Bob Meyrowtiz | Information regarding Defendant's commercial practices, and the relevant markets in this action. | Robert Meyrowitz, CEO<br>The Clouds Arena Incorporated<br>263 Storeshill Road<br>Old Westbury, NY 11568 |
| Eric Shanks | Information regarding Defendant's commercial practices, and the relevant markets in this action. | Eric Shanks, President<br>FOX Sports<br>10201 W Pico Blvd #100<br>Los Angeles, CA 90064-2606<br>(310) 369-6000 |
| Romie Aram | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 8423 Rochester Ave., # 102<br>Rancho Cucamonga, CA 91730 |
| Rico Chiaperelli | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 11001 S. Prairie Ave<br>Inglewood, CA 90303 |

18

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

PLAINTIFFS' INITIAL DISCLOSURES

| Gary Ibarra | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 151 Verde Mesa Drive Danville, CA 94256 (510) 329-9000 |
|---|---|---|
| Bob Cook | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 7012 Realm Drive San Jose, CA 95119 (408) 476-8254 |
| DeWayne Zinkin | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 2677 W. Lake Vanness Circle Fresno, CA 93711 |
| Monte Cox | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 19025 251st Street Bettendorf, IA 52722 (641) 821-0300 |
| Ed Soares | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 341 East Alondra Boulevard Gardena, CA 90248 (310) 951-0825 |
| Jeff Clark | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 5751 Palmer Way Carlsbad, CA 92504 (760) 402-7477 |
| Suzanne Le | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |
| Rose Gracie | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | This individual may only be contacted through the undersigned counsel. |

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

PLAINTIFFS' INITIAL DISCLOSURES

| Robert Roveta | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | P.O. Box 530576 Henderson, NV 89053-0576 (702) 596-8382 |
|---|---|---|
| Shu Hurata | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Unknown |
| Jason Genet | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | (805) 280-9717 (480) 297-7339 |
| Matt Stansell | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | (760) 505-6586 |
| Danny Lagufuania | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | (714) 580-2160 |
| Audie Attar | Information regarding Defendant's contract negotiations, contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | 17461 Derian Avenue, Suite 203 Irvine CA  92614 (310)  901-8285 |
| Brandon C. Bittner | Information regarding Nathan Quarry's MMA career | 4949 SW Meadows Rd, Ste. 260 Lake  Oswego,  Oregon  97035 (503) 445-4303 |
| Gareb Shamus | Information regarding Defendant's contracts and commercial practices in the MMA industry, some of Defendant's exclusionary practices, and the relevant markets in this action. | Status Media 1 Little West 12th Street New York, NY 10014 |

20

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

PLAINTIFFS' INITIAL DISCLOSURES

| Twitter | Information regarding the Twitter accounts of UFC employees including Dana White | Ryan T. Mrazik, Esq. Perkins Coie LLP 1201 Third Avenue, Suite 4900 Seattle, WA 98101 (206) 359-8098 |
|---------|-------------|-------------|
| Google, Inc. | Information concerning accounts with Google services including, without limitation, YouTube, of UFC employees | Henry Wang Google Legal Support 1600 Amphitheatre Parkway Mountain View, CA 94043 (650) 214-0828 |

## II.    Rule 26(a)(1)(A)(ii): Documents and Information That Plaintiffs May Use to Support Their Claims or Defenses

Subject to the foregoing reservations and objections, as of this time, Plaintiffs may use the following categories of documents, electronically stored information, and tangible things in their possession, custody, or control to support their claims, unless the use would be solely for impeachment: contracts between Plaintiffs and Defendant Zuffa, LLC concerning their promotional, merchandising and likeness rights; communications concerning Plaintiffs' compensation received in connection with their careers as Elite Professional MMA Fighters; communications between Plaintiffs and Defendant concerning Plaintiffs' careers as Elite Professional MMA Fighters; publicly available documents and information regarding Defendant's operations, revenues and activities; publicly available documents and information regarding the operations, revenues and activities of other MMA promoters; interviews and statements made by Defendant's employees; interviews and statements made by Elite Professional MMA Fighters; interviews and statements made by employees of other MMA promoters regarding the MMA industry and comparable professional sports.

Pursuant to the provisions of the Federal Rules of Civil Procedure, the foregoing categories of documents will be available for inspection and copying (subject to appropriate protections against the disclosure of privileged communications and information) at the offices of Joseph Saveri Law Firm, Inc., upon reasonable request subject to entry of a suitable protective order.

## III.    Rule 26(a)(1)(A)(iii): Computation of Plaintiffs' Damages

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

Plaintiffs seek treble damages resulting from being undercompensated artificially as a result of Defendant's violation of the antitrust laws, pre-judgment interest, post-judgment interest and attorneys' fees and costs. Plaintiffs have not yet determined the full amount of damages sustained as a result of Defendants' violation of the antitrust laws. A determination of damages in this case is subject to substantive and expert discovery. The time for expert discovery has not yet commenced and substantive discovery is not complete. Disclosure of expert testimony will be made in conformity with Fed. R. Civ. P. 26(a)(2) and Orders entered by the Court in connection therewith. Counsel are continuing their investigation and reserve their right to further supplement their disclosures pursuant to Federal Rule of Civil Procedure 26(e)(1) or as otherwise agreed by the parties.

**IV.    Rule 26(a)(1)(A)(iv): Insurance Policies**

Not applicable.

Dated: May 8, 2015                     BERGER & MONTAGUE, P.C.

By:      */s/ Eric L. Cramer*
                    Eric L. Cramer
Eric L. Cramer (*pro hac vice*)
Michael Dell'Angelo (*pro hac vice*)
Patrick Madden (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

PLAINTIFFS' INITIAL DISCLOSURES

Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (State Bar No. 193254)
Andrew M. Purdy (State Bar No. 261912)
Matthew S. Weiler (State Bar No. 236052)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
apurdy@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com


Benjamin D. Brown (State Bar No. 202545)
Richard A. Koffman (*pro hac vice*)
Hiba Hafiz (*pro hac vice* pending)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:   (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com


Robert C. Maysey (State Bar No. 205769)
Jerome K. Elwell (*pro hac vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com


Eugene A. Spector (*pro hac vice* pending)
Jeffrey J. Corrigan (*pro hac vice* pending)
Jay S. Cohen (*pro hac vice* pending)
William G. Caldes (*pro hac vice* pending)
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
bcaldes@srkw-law.com

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

23

PLAINTIFFS' INITIAL DISCLOSURES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Frederick S. Schwartz (State Bar No. 145351)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile:  (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry and Jon Fitch, Luis Javier
Vazquez, Dennis Lloyd Hallman, Brandon Vera,
Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle
Kingsbury, and Darren Uyenoyama*

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

24

PLAINTIFFS' INITIAL DISCLOSURES

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5-5, I hereby certify that on May 8, 2015, I caused to be served a true and correct copy of Plaintiffs' Initial Disclosures to be served on the following counsel via electronic mail.

| | |
|---|---|
| William A. Isaacson<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave, NW,<br>Washington, DC 20015<br>wisaacson@bsfllp.com | John F. Cove, Jr.<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900,<br>Oakland, CA 94612<br>jcove@bsfllp.com |
| Richard J. Pocker<br>BOIES, SCHILLER & FLEXNER LLP<br>300 South Fourth Street, Suite 800,<br>Las Vegas, NV 89101<br>rpocker@bsfllp.com | Donald J. Campbell<br>J. Colby Williams<br>CAMPBELL & WILLIAMS<br>700 South 7th Street, Las Vegas, Nevada 89101<br>djc@campbellandwilliams.com<br>jcw@campbellandwilliams.com |

*/s/ Eric L. Cramer*
Eric L. Cramer

5:14-cv-05484-EJD, 5:14-cv-05591-EJD
5:14-cv-05621-EJD, 5:15-cv-00521-EJD
5:15-cv-01324-EJD

PLAINTIFFS' INITIAL DISCLOSURES