1  CAMPBELL & WILLIAMS
   DONALD J. CAMPBELL (1216)
2  (djc@campbellandwilliams.com)
   J. COLBY WILLIAMS  (5549)
3  (jcw@campbellandwilliams.com)
   700 South 7th Street
4  Las Vegas, Nevada 89101
   Telephone: (702) 382-5222
5  Fax: (702) 382-0540

6  *Attorneys for Defendant Zuffa, LLC, d/b/a*
   *Ultimate Fighting Championship and UFC*
7  *(Additional counsel appear on signature page)*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01045 RFB-(PAL) |
| 12           Plaintiffs,<br>   vs.<br>13<br>   Zuffa, LLC, d/b/a Ultimate Fighting<br>14  Championship and UFC,<br>15           Defendant. | **STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANT ZUFFA, LLC'S MOTION TO STAY DISCOVERY (Doc. #103)**<br><br>**(First Request)** |
| 16  Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br>17<br>18           Plaintiffs,<br>   vs.<br>19<br>   Zuffa, LLC, d/b/a Ultimate Fighting<br>20  Championship and UFC,<br>21           Defendant. | Case No. 2:15-cv-01056 RFB-(PAL) |
| 22  Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br>23<br>24           Plaintiffs,<br>   vs.<br>25<br>   Zuffa, LLC, d/b/a Ultimate Fighting<br>26  Championship and UFC,<br>27           Defendant. | Case No. 2:15-cv-01055 RFB-(PAL) |

28

|  |  |
|---|---|
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>   Defendant. | Case No.: 2:15-cv-01057 RFB-(PAL) |
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>   Defendant. | Case No. 2:15-cv-01046 RFB-(PAL) |

WHEREAS, the Court set the hearing date on Zuffa, LLC's Motion to Stay Discovery (Doc. #103) for July 21, 2015 at 10:00 a.m.;

WHEREAS, counsel representing Zuffa, LLC ("Zuffa") has a conflict on July 21, 2015;

WHEREAS, the parties met, conferred and agreed that July 28, 2015 was a suitable alternative date on which to have the Motion heard;

WHEREAS, Zuffa's counsel has confirmed with the Court's staff that July 28 is an acceptable date to the Court.

1    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
2  their respective counsel of record, that the July 21, 2015 hearing date on Zuffa's Motion to Stay
3  Discovery shall be continued to July 28, 2015 at 10:00 a.m.
4  RESPECTFULLY SUBMITTED.

DATED this 19th day of June, 2015.                    DATED this 19th day of June, 2015.

*/s/    Don Springmeyer*                              */s/    J. Colby Williams*
DON SPRINGMEYER, ESQ.                                 J. COLBY WILLIAMS, ESQ. (5549)
Nevada State Bar No. 1021                             CAMPBELL & WILLIAMS
BRADLEY SCHRAGER, ESQ.                                700 South 7th Street,
Nevada State Bar No. 10217                            Las Vegas, Nevada 89101
DANIEL BRAVO, ESQ.                                    Telephone: (702) 382-5222
Nevada State Bar No. 13078                            Fax: (702) 382-0540
Wolf Rifkin Shapiro Schulman & Rabkin, LLP
3556 East Russell Road, Second Floor                  WILLIAM A. ISAACSON
Las Vegas, NV  89120                                  (Pro Hac Vice to be filed)
Telephone:  (702) 341-5200                            (wisaacson@bsfllp.com)
Fax:  (702) 341-5300                                  BOIES, SCHILLER & FLEXNER LLP
                                                      5301 Wisconsin Ave, NW,
**COHEN MILSTEIN SELLERS & TOLL,**                    Washington, DC 20015
**PLLC**                                              Telephone: (202) 237-2727
Benjamin D. Brown                                      Fax: (202) 237-6131
Richard A. Koffman
Hiba Hafiz                                            JOHN F. COVE, JR.
1100 New York Ave., N.W., Suite 500, East             (Pro Hac Vice to be filed)
Tower Washington, DC 20005                            (jcove@bsfllp.com)
Telephone: (202) 408-4600/Fax: (202) 408 4699         BOIES, SCHILLER & FLEXNER LLP
bbrown@cohenmilstein.com                              1999 Harrison Street, Suite 900,
rkoffman@cohenmilstein.com                            Oakland, CA 94612
hhafiz@cohenmilstein.com                              Telephone: (510) 874-1000
                                                      Fax: (510) 874-1460
**BERGER & MONTAGUE, P.C.**
Eric L. Cramer                                        RICHARD J. POCKER #3568
Michael Dell'Angelo                                   (rpocker@bsfllp.com)
Patrick Madden                                        BOIES, SCHILLER & FLEXNER LLP
1622 Locust Street                                    300 South Fourth Street, Suite 800,
Philadelphia, PA 19103                                Las Vegas, NV 89101
Telephone: (215) 875-3000/Fax: (215) 875-4604         Telephone: (702) 382 7300
ecramer@bm.net                                        Fax: (702) 382 2755
mdellangelo@bm.net
pmadden@bm.net                                        *Attorneys for Defendant Zuffa, LLC, d/b/a*
                                                      *Ultimate Fighting Championship and UFC*

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri
Joshua P. Davis
Matthew Weiler
Andrew M. Purdy
Kevin E. Rayhill
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
apurdy@saverilawfirm.com
krayhill@saverilawfirm.com

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 29, 2015