**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com
*Attorneys for Plaintiffs*
*(Additional counsel appear on signature page)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01045 RFB-(PAL) |
| Plaintiffs, | **STIPULATION TO EXTEND TIME IN WHICH PLAINTIFFS MAY RESPOND, AND DEFENDANT REPLY, REGARDING DEFENDANT ZUFFA, LLC'S MOTION TO STAY DISCOVERY (Doc.# 103)** |
| vs. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | **(First Request)** |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| vs. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | Case No. 2:15-cv-01056 RFB-(PAL) |
| Defendant. | |
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No. 2:15-cv-01055 RFB-(PAL) |
| vs. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Case No.: 2:15-cv-01057 RFB-(PAL)

Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Case No. 2:15-cv-01046 RFB-(PAL)

Pursuant to LR 7-1, the parties hereby jointly stipulate to extend the time in which Plaintiffs may respond, and Defendant reply, regarding Defendant's Motion to Stay Discovery, filed on June 12, 2015, Doc.#103. The current deadline for filing a response is Monday, June 29, 2015, and Plaintiffs have requested a further four days, up through and including July 2, 2015. The parties further agree that Defendant may have two weeks following the response date, through and including July 14, within which to file a reply.

The parties file this Stipulation in order to provide Plaintiffs a full and fair opportunity to respond to Defendant's Motion to Stay Discovery, and to provide Defendant with a few days of extra time to reply due to the July 4th holiday weekend.  This is Plaintiffs' first request for an

///

///

///

///

///

///

1  extension of time to file their Response.

2  RESPECTFULLY SUBMITTED.

3

   DATED this 16th day of June, 2015.          DATED this 16th day of June, 2015.
4
    _/s/ Don Springmeyer_____        _/s/  J. Colby Williams_____
5  DON SPRINGMEYER, ESQ.                        J. COLBY WILLIAMS #5549
   Nevada State Bar No. 1021                    700 South 7th Street
6  BRADLEY SCHRAGER, ESQ.                       Las Vegas, Nevada 89101
   Nevada State Bar No. 10217                   Telephone: (702) 382-5222
7  DANIEL BRAVO, ESQ.                           Fax: (702) 382-0540
   Nevada State Bar No. 13078
8  Wolf Rifkin Shapiro Schulman & Rabkin, LLP   WILLIAM A. ISAACSON
9  3556 East Russell Road, Second Floor         (Pro Hac Vice to be filed)
   Las Vegas, NV  89120                         (wisaacson@bsfllp.com)
10 Telephone:  (702) 341-5200                   BOIES, SCHILLER & FLEXNER LLP
   Fax:  (702) 341-5300                         5301 Wisconsin Ave, NW
11                                              Washington, DC 20015
12 **COHEN MILSTEIN SELLERS & TOLL,**           Telephone: (202) 237-2727
   **PLLC**                                      Fax: (202) 237-6131
13 Benjamin D. Brown
14 Richard A. Koffman                           JOHN F. COVE, JR.
   Hiba Hafiz                                   (Pro Hac Vice to be filed)
15 1100 New York Ave., N.W., Suite 500, East    (jcove@bsfllp.com)
   Tower Washington, DC 20005                   BOIES, SCHILLER & FLEXNER LLP
16 Telephone: (202) 408-4600/Fax: (202) 408 4699 1999 Harrison Street, Suite 900
17 bbrown@cohenmilstein.com                     Oakland, CA 94612
   rkoffman@cohenmilstein.com                   Telephone: (510) 874-1000
18 hhafiz@cohenmilstein.com                     Fax: (510) 874-1460

19 **BERGER & MONTAGUE, P.C.**                  RICHARD J. POCKER #3568
   Eric L. Cramer                               (rpocker@bsfllp.com)
20 Michael Dell'Angelo                          BOIES, SCHILLER & FLEXNER LLP
21 Patrick Madden                               300 South Fourth Street, Suite 800
   1622 Locust Street                           Las Vegas, NV 89101
22 Philadelphia, PA 19103                       Telephone: (702) 382 7300
   Telephone: (215) 875-3000/Fax: (215) 875-4604  Fax: (702) 382 2755
23 ecramer@bm.net
   mdellangelo@bm.net                           DONALD J. CAMPBELL #1216
24 pmadden@bm.net                               (djc@campbellandwilliams.com)
25                                              J. COLBY WILLIAMS #5549
   **JOSEPH SAVERI LAW FIRM, INC.**             (jcw@campbellandwilliams.com)
26 Joseph R. Saveri                             CAMPBELL & WILLIAMS
   Joshua P. Davis                              700 South 7th Street
27 Matthew Weiler                               Las Vegas, Nevada 89101
   Andrew M. Purdy                              Telephone: (702) 382-5222
28

Kevin E. Rayhill
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
apurdy@saverilawfirm.com
krayhill@saverilawfirm.com

Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC
Attorneys of Record for Defendant Zuffa,
LLC, d/b/a Ultimate Fighting Championship
and UFC*

**WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S.
SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.**
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,
Luis Javier Vazquez, Dennis Lloyd Hallman,
Brandon Vera, Pablo Garza, Gabe Ruediger,
Mac Danzig, Kyle Kingsbury, and Darren
Uyenoyama*

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on this 16th day of June, 2015, a true and correct copy

3

of **STIPULATION TO EXTEND TIME IN WHICH PLAINTIFFS MAY RESPOND, AND**

4

**DEFENDANT REPLY, REGARDING DEFENDANT ZUFFA, LLC'S MOTION TO STAY**

5

**DISCOVERY (Doc.# 103)** was served via the United States District Court CM/ECF system on all

6

parties or persons requiring notice.

7

By  */s/Christie Rehfeld*

8

Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &

9

RABKIN, LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>    vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>         Defendant. | Case No. 2:15-cv-01045 RFB-(PAL)<br><br>**[PROPOSED]**<br>**ORDER ON STIPULATION**<br>**TO EXTEND TIME** |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>    vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>         Defendant. | Case No. 2:15-cv-01056 RFB-(PAL) |
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>    vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>         Defendant. | Case No. 2:15-cv-01055 RFB-(PAL) |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>         Defendant. | Case No.: 2:15-cv-01057 RFB-(PAL) |

| | |
|---|---|
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>             v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                    Defendant. | Case No. 2:15-cv-01046 RFB-(PAL) |

Pursuant to the stipulation of the parties and good cause appearing,

**IT IS HEREBY ORDERED**:

The Stipulation to Extend Time is APPROVED.  Plaintiffs' Response to the Motion to Stay will now be due on or before July 2, 2015, and Defendant's Reply will be due on or before July 14, 2015.

_____
Peggy A. Leen, Magistrate Judge


DATED:_____ June 29, 2015 _____

2
Order to Extend Time