1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,

   Plaintiff(s),

vs.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

   Defendant(s).

Case #2:15-cv-01045-RFB-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____William A. Isaacson_____, Petitioner, respectfully represents to the Court:
       (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Boies, Schiller & Flexner LLP_____
              (firm name)

with offices at _____5301 Wisconsin Ave, NW_____,
                          (street address)

__Washington__, __District of Columbia__, __20015__,
   (city)              (state)              (zip code)

__(202) 237-2727__, __wisaacson@bsfllp.com__.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Zuffa, LLC_____ to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

1  3. That since ___July 29, 1988___, Petitioner has been and presently is a
                              (date)

2  member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                                                               (state)

3  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5  possession of the United States in which the applicant has been admitted to practice law certifying

6  the applicant's membership therein is in good standing.

7  4. That Petitioner was admitted to practice before the following United States District

8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9  of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19  5. That there are or have been no disciplinary proceedings instituted against petitioner,

20  nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21  or administrative body, or any resignation or termination in order to avoid disciplinary or

22  disbarment proceedings, except as described in detail below:

None.

2

Rev. 1/15

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| May 21, 2015 | Oracle v. Rimini | USDC - District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 1/15

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3
                                              _____
4  STATE OF District of Columbia: ) SS            Petitioner's signature
5  COUNTY OF _____ )
6
7  ___William A. Isaacson___, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.
                                              _____
9                                                Petitioner's signature
10 Subscribed and sworn to before me this
11 __30th__ day of __June__, __2015__.

12                                             Tracey I. Jackson
   _____              Notary Public, District of Columbia
   Notary Public or Clerk of Court               My Commission Expires 5/31/2016

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
### THE BAR OF THIS COURT AND CONSENT THERETO.

17  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18  believes it to be in the best interests of the client(s) to designate ___Richard J. Pocker___,
                                                                         (name of local counsel)
19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20  above-entitled Court as associate resident counsel in this action. The address and email address of
21  said designated Nevada counsel is:
22
23      _____300 South Fourth Street, Suite 800_____,
                               (street address)
24      ___Las Vegas___, ___Nevada___, ___89101___,
25         (city)             (state)           (zip code)
26      ___(702) 382-7300___, ___rpocker@bsfllp.com___.
           (area code + telephone number)    (Email address)
27

28                                        4                                  Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Richard J. Pocker_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Kirk D. Hendrick, Executive VP and Chief Legal Officer
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
3568                    rpocker@bsfllp.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15



**District of Columbia Court of Appeals**
**Committee on Admissions**
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## WILLIAM A. ISAACSON

was on **JULY 29, 1988** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on* **May 19, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



**District of Columbia Court of Appeals**
**Committee on Admissions**
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## WILLIAM A. ISAACSON

was on **JULY 29, 1988** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on* **May 19, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## ATTACHMENT A

## TO VERIFIED PETITION OF WILLIAM A. ISAACSON FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

| JURISDICTION | DATE OF ADMISSION | BAR NO. |
|---|---|---|
| District of Columbia | July 29, 1988 | 414788 |
| United States Supreme Court | April 26, 2004 | |
| United States District Court, District of Columbia | December 5, 1988 | |
| United States District Court, District of Maryland | July 16, 1993 (inactive) | 11472 |
| U.S. Court of Appeals for the Second Circuit | September 20, 1990 | |
| U.S. Court of Appeals for the Fourth Circuit | August 21, 1992 | |
| U.S. Court of Appeals for the Fifth Circuit | July 8, 2000 | |
| U.S. Court of Appeals for the Sixth Circuit | April 26, 2004 | |
| U.S. Court of Appeals for the Eighth Circuit | November 30, 1988 (inactive) | |
| U.S. Court of Appeals for the Eleventh Circuit | February 27, 2002 | |
| U.S. Court of Appeals for the District of Columbia | December 5, 1988 | |
| Pennsylvania Supreme Court | November 19, 1987 (inactive) | 50240 |