**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Cung Le, Nathan Quarry, Jon Fitch, on )
behalf of themselves and all others similarly )
situated, )
              Plaintiff(s), )
  )
     vs. )
  )
Zuffa, LLC, d/b/a Ultimate Fighting )
Championship and UFC, )
  )
           Defendant(s). )
_____ )

Case #2:15-cv-01045-RFB-PAL

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

           Marcy Norwood Lynch_____, Petitioner, respectfully represents to the Court:
           (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Boies, Schiller & Flexner LLP_____
                       (firm name)

with offices at _____121 South Orange Avenue, Suite 840_____,
                           (street address)

_____Orlando_____, _____Florida_____, ___32801___,
     (city)                 (state)          (zip code)

_____(407) 425-7118_____, ___mlynch@bsfllp.com___.
(area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____Zuffa, LLC_____ to provide legal representation in connection with
           [client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

1       3.     That since _____September 26, 1996_____, Petitioner has been and presently is a

                             (date)

2  member in good standing of the bar of the highest Court of the State of _____Florida_____

                                              (state)

3  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5  possession of the United States in which the applicant has been admitted to practice law certifying

6  the applicant's membership therein is in good standing.

7       4.     That Petitioner was admitted to practice before the following United States District

8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9  of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19       5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 1/15

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

Florida and New York.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___~~Florida~~ WA~~ )
                                                   )
COUNTY OF ___~~Orange~~ KING~~ )

Marcy Norwood Lynch, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

29 day of JUNE , 2015 .

_____
Notary Public or Clerk of Court

Notary Public
State of Washington
RYAN BOWEN
My Appointment Expires Aug 29, 2015

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Richard J. Pocker___,
                                                                                                                                  (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___300 South Fourth Street, Suite 800___,
                    (street address)

___Las Vegas___ , ___Nevada___ , ___89101___
     (city)                    (state)            (zip code)

___(702) 382-7300___ , ___rpocker@bsfllp.com___ .
(area code + telephone number)        (Email address)

4                                                              Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Richard J. Pocker _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

Kirk D. Hendrick, Executive VP and Chief Legal Officer

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

3568                          rpocker@bsfllp.com

Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# MARCY B. NORWOOD-LYNCH

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **November 25, 1996,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 17, 2015

9257

Clerk of the Court



# The Florida Bar

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida           )

County of Leon           )

In Re:     86053
Marcy Norwood Lynch
Boies Schiller & Flexner, LLP
121 S. Orange Ave., Ste. 840
Orlando, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 26, 1996.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this __10 th__ day of June, 2015.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/LJ:ksw3:R10

**ATTACHMENT A**

**TO VERIFIED PETITION OF MARCY NORWOOD LYNCH FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

| JURISDICTION | DATE OF ADMISSION | BAR NO. |
|---|---|---|
| Florida | September 26, 1996 | 86053 |
| New York | November 25, 1996 | 2780617 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |