**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Cung Le, Nathan Quarry, Jon Fitch, on
behalf of themselves and all others similarly
situated,

               Plaintiff(s),

     vs.

Zuffa, LLC, d/b/a Ultimate Fighting
Championship and UFC,

             Defendant(s).

Case #2:15-cv-01045-RFB-PAL

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

**FILING FEE IS $250.00**

    Perry M. Grossman       , Petitioner, respectfully represents to the Court:
      (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

               Boies, Schiller & Flexner LLP
                   (firm name)

with offices at         1999 Harrison Street, Suite 900
                 (street address)

    Oakland            California        94612
     (city)              (state)       (zip code)

    (510) 874-1000        pgrossman@bsfllp.com
(area code + telephone number)     (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

      Zuffa, LLC           to provide legal representation in connection with
       [client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3.    That since _____December 4, 2008_____, Petitioner has been and presently is a
                                (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                    (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

| None. |
|---|

2

Rev. 1/15

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

California.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                 )
COUNTY OF _____Alameda_____ )

_____Perry M. Grossman_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_19th_ day of _June_, _2018_

_____
Notary Public or Clerk of Court

IMELDA D. RIVERA
COMM. #2024504
Notary Public-California
ALAMEDA COUNTY
My Comm. Exp. JUNE 9, 2017

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Richard J. Pocker_____
                                                                        (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____300 South Fourth Street, Suite 800_____
                        (street address)

_____Las Vegas_____,   _____Nevada_____   _____89101_____
       (city)                (state)            (zip code)

_____(702) 382-7300_____,   _____rpocker@bsfllp.com_____
 (area code + telephone number)       (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Richard J. Pocker _____ as

his/her/their Designated Resident Nevada Counsel in this case. (name of local counsel)

_____
(party's signature)

Kirk D. Hendrick, Executive VP and Chief Legal Officer
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

3568                      rpocker@bsfllp.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

**ATTACHMENT A**

**TO VERIFIED PETITION OF PERRY M. GROSSMAN FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

| JURISDICTION | DATE OF ADMISSION | BAR NO. |
|---|---|---|
| California Supreme Court | December 4, 2008 | 260570 |
| Wisconsin Supreme Court | May 12, 2015 | 1099943 |
| United States District Court,  Central District of California | April 9, 2009 | |
| United States District Court,  Northern District of California | April 14, 2009 | |
| United States District Court,  Eastern District of California | April 9, 2009 | |
| United States District Court,  Southern District of California | February 12, 2013 | |
| Supreme Court of the United States | January 22, 2013 | |



# Supreme Court of California

### FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

## STATE OF CALIFORNIA

### *PERRY MAXWELL GROSSMAN*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that PERRY MAXWELL GROSSMAN, #260570, was on the 4th day of December, 2008, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 10th day of June, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____

*A. Allen, Senior Deputy Clerk*



**Diane M. Fremgen**
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*PERRY MAXWELL GROSSMAN*

*was admitted to practice as an attorney within this state on May 12, 2015 and is presently in good standing in this court.*

*Dated: July 7, 2015*

*DIANE M. FREMGEN*
*Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing