# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Cung Le; Nathan Quarry; and Jon Fitch, on behalf of themselves and all others similarly situated,

    Plaintiff(s),

vs.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

    Defendant(s).

Case #2;15-CV-01045-RFB-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    Benjamin Doyle Brown, Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Cohen Milstein Sellers & Toll, PLLC
(firm name)

with offices at 1100 New York Avenue, NW, Suite 500 West,
    (street address)

Washington, District of Columbia, 20005,
(city)  (state)  (zip code)

202-408-4600, bbrown@cohenmilstein.com.
(area code + telephone number)  (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

(See Attachment A) to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

1   3.   That since ___September 9, 1999___, Petitioner has been and presently is a
                        (date)
2   member in good standing of the bar of the highest Court of the State of ___California___
                                                                                    (state)
3   where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4   from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5   possession of the United States in which the applicant has been admitted to practice law certifying

6   the applicant's membership therein is in good standing.

7   4.   That Petitioner was admitted to practice before the following United States District

8   Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9   of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| (See Attachment B) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19
20  5.   That there are or have been no disciplinary proceedings instituted against petitioner,

21  nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

22  or administrative body, or any resignation or termination in order to avoid disciplinary or

23  disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

NONE

2

Rev. 1/15

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

State Bar of California, #202545
District of Columbia Bar, #495836

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia   )
                                 )
COUNTY OF  District of Columbia  )

___Benjamin Doyle Brown___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__24th__ day of __July__, __2015__.

_____
Notary Public or Clerk of Court

DEBORAH VANZEGO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2019

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Don Springmeyer___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3556 E. Russell Road, Second Floor___,
(street address)

___Las Vegas___, ___Nevada___, ___89120___,
(city)           (state)      (zip code)

___702-341-5200___, ___dspringmeyer@wrslawyers.com___.
(area code + telephone number)    (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party(s) signature)

Cung Le
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
1021                         dspringmeyer@wrslawyers.com
Bar number                   Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jon Fitch
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                          dspringmeyer@wrslawyers.com
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Nathan Quarry
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                              dspringmeyer@wrslawyers.com
Bar number                        Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Brandon Vera
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                           dspringmeyer@wrslawyers.com
Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Luis Javier Vazquez
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
1021                              dspringmeyer@wrslawyers.com
Bar number                        Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as his/her/their Designated Resident Nevada Counsel in this case.

_[signature]_
(party's signature)

Kyle Kingsbury
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

1021                    dspringmeyer@wrslawyers.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5                                                                                                  Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/the Designated Resident Nevada Counsel in this case.

SIGN HERE

___(party's signature)___
Pablo Garza
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                    dspringmeyer@wrslawyers.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 24, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BENJAMIN DOYLE BROWN, #202545 was admitted to the practice of law in this state by the Supreme Court of California on September 29, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## BENJAMIN DOYLE BROWN

was on **JANUARY 9, 2006** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **July 27, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## ATTACHMENT "A"

      2.      Petitioner has been retained personally or as a member of the law firm by Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, Pablo Garza and Kyle Kingsbury to provide legal representation in connection with the above-entitled case now pending before this Court.

**ATTACHMENT B**

4.      That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts:

| Court | Date Admitted | Bar Number |
|---|---|---|
| Third Circuit Court of Appeals | 03/25/2009 | |
| Fourth Circuit Court of Appeals | 12/22/2004 | |
| Ninth Circuit Court of Appeals | 03/12/2010 | |
| Supreme Court of the United States | 11/02/2009 | |
| U.S. District Court Central District of California | 04/06/2006 | 202545 |
| U.S. District Court Eastern District of California | 03/06/2009 | |
| U.S. District Court Northern District of California | 08/09/2006 | |
| U.S. District Court District of Columbia | 08/07/2006 | 495836 |
| U.S. District Court, Eastern District of Wisconsin | 06/29/2010 | |
| U.S. District Court Illinois | 07/02/2009 | |
| U.S. District Court Wisconsin Western District | 06/01/2009 | |
| U.S. Court of Federal Claims | 06/08/2011 | |