# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Cung Le; Nathan Quarry; and Jon Fitch, on behalf of themselves and all others similarly situated,

    Plaintiff(s),

vs.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

    Defendant(s).

Case #2:15-CV-01045-RFB-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Richard Adam Koffman_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Cohen Milstein Sellers & Toll, PLLC
(firm name)

with offices at ____1100 New York Avenue, NW, Suite 500 West____,
(street address)

____Washington____, ____District of Columbia____, ____20005____,
(city) (state) (zip code)

____202-408-4600____, ____rkoffman@cohenmilstein.com____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____(See Attachment A)____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since ___December 7, 1998___, Petitioner has been and presently is a
                (date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                                                                        (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| (See Attachment B) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

Rev. 1/15

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
                                )
COUNTY OF  District of Columbia )

  Richard Adam Koffman  , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

  3rd   day of  August  ,  2015  .

_____
Notary Public or Clerk of Court

DEBORAH VANZEGO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2019

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   Don Springmeyer  ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

| 3556 E. Russell Road, Second Floor |
| (street address) |

| Las Vegas | , | Nevada | , | 89120 |
| (city) | | (state) | | (zip code) |

| 702-341-5200 | , | dspringmeyer@wrslawyers.com |
| (area code + telephone number) | | (Email address) |

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Cung Le_____
(party(s) signature)

Cung Le
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Don Springmeyer_____
Designated Resident Nevada Counsel's signature

1021                        dspringmeyer@wrslawyers.com
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Jon Fitch
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                             dspringmeyer@wrslawyers.com
Bar number                       Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Nathan Quarry
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                                dspringmeyer@wrslawyers.com
Bar number                          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5                                                                 Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Brandon Vera
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                           dspringmeyer@wrslawyers.com
Bar number                     Email address

APPROVED:

Dated: this ____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Luis Javier Vazquez
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
1021                    dspringmeyer@wrslawyers.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Kyle Kingsbury
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                       dspringmeyer@wrslawyers.com
Bar number                 Email address

APPROVED:

Dated: this ____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/the Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Pablo Garza
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                         dspringmeyer@wrslawyers.com
Bar number                   Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5                                                  Rev. 1/15

Case 2:15-cv-01045-RFB-BNW   Document 147   Filed 08/04/15   Page 12 of 14



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### RICHARD A. KOFFMAN

was on **DECEMBER 7, 1998** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on* **JULY 30, 2015** .

JULIO A. CASTILLO
Clerk of the Court

By: _____
       Deputy Clerk

## ATTACHMENT "A"

2.     Petitioner has been retained personally or as a member of the law firm by Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, Pablo Garza and Kyle Kingsbury to provide legal representation in connection with the above-entitled case now pending before this Court.

## ATTACHMENT B

4       That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for 3rd Circuit | 7/16/1992 | |
| U.S. Court of Appeals for 8th Circuit | 12/23/2003 | |
| U.S. Court of Appeals for 9th Cir. | 12/2/2009 | |
| U.S. Court of Appeals for 10th Circuit | 9/18/2008 | |
| U.S. Supreme Court | 3/6/1995 | |
| DC State Bar | 12/7/1998 | 461145 |
| Supreme Court of PA (inactive) | 12/10/1991 | 62109 |