# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,

    Plaintiff(s),

vs.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

    Defendant(s).

Case #2:15-cv-01045-RFB-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jerome K. Elwell_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Warner Angle Hallam Jackson & Formanek PLC
(firm name)

with offices at  2555 E. Camelback Road, Suite 800  ,
(street address)

Phoenix  ,  Arizona  ,  85016  ,
(city)    (state)    (zip code)

602-264-7101  ,  jelwell@warnerangle.com  .
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____See Attachment "A"_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since __October 21, 1989__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Arizona__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the United States | 03/24/2008 | 012699 |
| U.S. Court of Apeals, 9th Circuit | 09/18/2008 | 012699 |
| Supreme Court of Arizona | 10/21/1989 | 012699 |
| U.S. District Court for the District of Arizona | 11/15/1989 | 012699 |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 1/15

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> Arizona State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 1/15

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3
4  *Jerome K Elwell*
   Petitioner's signature

   STATE OF _____Arizona_____ )
5                               )
   COUNTY OF _____Maricopa____ )
6

7  _____Jerome K. Elwell_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  *Jerome K Elwell*
   Petitioner's signature

10 Subscribed and sworn to before me this

11
12 __31st__ day of __July__, __2015__.

13 *Vicki Maclean*
   Notary Public or Clerk of Court

   VICKI MACLEAN
   Notary Public - State of Arizona
   MARICOPA COUNTY
   My Commission Expires
   November 26, 2018

14
15

16 **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
   THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18 Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

   believes it to be in the best interests of the client(s) to designate _____Don Springmeyer_____,
19                                                                        (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
   above-entitled Court as associate resident counsel in this action.  The address and email address of
21
   said designated Nevada counsel is:
22

23 _____3556 E. Russell Road, Second Floor_____,
                                  (street address)
24
   _____Las Vegas_____, _____Montana_____, _____89120_____,
25        (city)                   (state)              (zip code)

26 _____702-341-5200_____, _____dspringmeyer@wrslawyers.com_____.
    (area code + telephone number)        (Email address)
27

28                                            4                                          Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party(s) signature)

Cung Le
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                         dspringmeyer@wrslawyers.com
Bar number                   Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) ____Don Springmeyer____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jon Fitch
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1521                        dspringmeyer@wrslawyers.com
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Nathan Quarry
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                              dspringmeyer@wrslawyers.com
Bar number                        Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Brandon Vera
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                      dspringmeyer@wrslawyers.com
Bar number                Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Luis Javier Vazquez
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
1021                         dspringmeyer@wrslawyers.com
Bar number                   Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Kyle Kingsbury
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                         dspringmeyer@wrslawyers.com
Bar number                   Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/the Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Pablo Garza
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                    dspringmeyer@wrslawyers.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5                                           Rev. 1/15

CERTIFICATE OF THE CLERK OF THE SUPREME COURT
OF THE
STATE OF ARIZONA

---

I, Janet Johnson, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### JEROME KEITH ELWELL

was on the 21st day of October, 1989, duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the Bar in good standing.

Given under my hand and the seal of said Court this 23rd day of June, 2015

JANET JOHNSON, Clerk

By  /s/ Brandon Powell
Brandon Powell
Deputy Clerk II

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JEROME KEITH ELWELL** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 21, 1989 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this June 22, 2015.

_____
Jennifer R. Albright
Disciplinary Clerk

**ATTACHMENT "A"**

2.       Petitioner has been retained personally or as a member of the law firm by Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, Pablo Garza and Kyle Kingsbury to provide legal representation in connection with the above-entitled case now pending before this Court.