**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com
*Attorneys for Plaintiffs*
*(Additional counsel appear on signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>     vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>            Defendant.<br><br>And Related Consolidated Cases | Lead Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>Consolidated Case Nos.:<br>      2:15-cv-01046-RFB-(PAL)<br>      2:15-cv-01055-RFB-(PAL)<br>      2:15-cv-01056-RFB-(PAL)<br>      2:15-cv-01057-RFB-(PAL)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED ESI PROTOCOLS**<br><br>**(FIRST REQUEST)** |

Plaintiffs and Defendant have conferred and exchanged several proposals regarding ESI Protocols, as ordered by the Court at the status conference held July 28, 2015. Doc.#139. The parties believe that they have made progress towards a joint proposal and that a brief extension of four business days, to September 2, 2015, would enable the parties to conclude and file a joint proposal for ESI Protocols.

/ / /

/ / /

/ / /

Accordingly the parties request the Court approve this first request for a brief extension of time to September 2, 2015, within which to file proposed ESI Protocols.

RESPECTFULLY SUBMITTED.

DATED this 27th day of August, 2015.

*/s/ Don Springmeyer*
DON SPRINGMEYER, ESQ.
Nevada State Bar No. 1021
BRADLEY SCHRAGER, ESQ.
Nevada State Bar No. 10217
DANIEL BRAVO, ESQ.
Nevada State Bar No. 13078
Wolf Rifkin Shapiro Schulman & Rabkin, LLP
3556 East Russell Road, Second Floor
Las Vegas, NV  89120
Telephone:  (702) 341-5200
Fax:  (702) 341-5300

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown
Richard A. Koffman
Hiba Hafiz
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

**BERGER & MONTAGUE, P.C.**
Eric L. Cramer
Michael Dell'Angelo
Patrick Madden
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri
Joshua P. Davis

DATED this 27th day of August, 2015.

*/s/  J. Colby Williams*
J. COLBY WILLIAMS #5549
700 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Fax: (702) 382-0540

WILLIAM A. ISAACSON
(Pro Hac Vice granted)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
 Fax: (202) 237-6131

JOHN F. COVE, JR.
(Pro Hac Vice granted)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382 7300
Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street

| | |
|---|---|
| Matthew Weiler<br>Andrew M. Purdy<br>Kevin E. Rayhill<br>505 Montgomery Street, Suite 625<br>San Francisco, California 94111<br>Telephone: (415) 500-6800/Fax: (415) 395-9940<br>jsaveri@saverilawfirm.com<br>jdavis@saverilawfirm.com<br>mweiler@saverilawfirm.com<br>apurdy@saverilawfirm.com<br>krayhill@saverilawfirm.com | Las Vegas, Nevada 89101<br>Telephone: (702) 382-5222<br>Fax: (702) 382-0540<br><br>*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC Attorneys of Record for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC* |

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman,*

3
STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE
PROPOSED ESI PROTOCOLS (FIRST REQUEST)

*Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama*

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2015, a true and correct copy of **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED ESI PROTOCOLS (FIRST REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP