EXHIBIT "5"

EXHIBIT "5"

# Matthew Weiler

| | |
|---|---|
| **From:** | Matthew Weiler |
| **Sent:** | Thursday, August 27, 2015 6:07 PM |
| **To:** | 'John Cove' |
| **Cc:** | Marcy Norwood Lynch; 'Colby Williams'; Don Springmeyer; Suzanne Jaffe; 'mdellangelo@bm.net'; Joseph Saveri |
| **Subject:** | Le, et al. v. UFC: Neal Tabachnick |

John,

Following up on our ongoing discussions and your August 26, 2015 letter concerning Neal Tabachnick of the Wolf Rifkin firm, we continue to assert that Zuffa's concerns are off-base. Mr. Tabanchnick is not counsel of record in this matter, and is not an agent. In the interests of narrowing the issues in dispute, however, Plaintiffs agree to firewall Mr. Tabachnick from discovery materials in this litigation.

Regards,