**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren Uyenoyama*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant.<br><br>And Related Consolidated Cases | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>Member Case Nos.:<br>    2:15-cv-01046-RFB-(PAL)<br>    2:15-cv-01055-RFB-(PAL)<br>    2:15-cv-01056-RFB-(PAL)<br>    2:15-cv-01057-RFB-(PAL)<br><br>**DECLARATION OF ROBERT C. MAYSEY** |

I, Robert C. Maysey, Declare:

1.  I am counsel for Plaintiffs in these consolidated matters, and I make this declaration in support of Plaintiffs' Notice of Protective Order. The following facts are based on my personal knowledge, and if necessary I could and would competently testify to them. I have represented MMA athletes in litigation for nearly ten years, and I have extensive knowledge of the MMA industry. Due to my extensive contacts with MMA fighters and knowledge of the industry, I am the principal client liaison

in this litigation. I have been involved in all aspects of researching and drafting the operative complaints, and have contributed to all pleadings, motions, and briefs filed in this antitrust litigation.

2. For many years, I have advocated for the formation of a Mixed Martial Arts Fighters Association ("MMAFA"). I founded the MMAFA in 2006 as means for athletes to establish improvements in the economic, physical and health and safety conditions for mixed martial artists, coaches and trainers, similar to the Major League Baseball Players' Association and the Screen Actors Guild.

3. I do not own the MMAFA, nor do I "head" the MMAFA. I do not profit from the MMAFA. I am not a member of the MMAFA.

4. Attached hereto as Exhibit 1 is a true and correct copy of an article from the Internet Blog "Bloody Elbow" quoting UFC president Dana White concerning Reebok's sponsorship of the UFC. It is available at the following web address: http://www.bloodyelbow.com/2015/5/16/8615773/ufc-dana-white-reebok-sponsors-brendan-schaub-tsn-off-the-record-michael-landsberg.

I swear under the penalty of perjury and laws of the State of Nevada and the United States that the foregoing is true and correct.

                                                                  */s/ Robert C. Maysey*
                                                                   Robert C. Maysey