# EXHIBIT "1"

EXHIBIT "1"

FANSHOTS  FANPOSTS

UFC NEWS

# Dana White denies UFC could have cut better sponsor deal for fighters

By Nate Wilcox  @KidNate on May 16, 2015, 4:00p  122

An error occurred.

Try watching this video on www.youtube.com, or enable JavaScript if it is disabled in your browser.

*The UFC president went on Canadian television to defend the promotion's controversial Reebok deal for fighter apparel.*

TWEET (18)   SHARE (165)

Zuffa president **Dana White** was Michael Landsberg's guest on "Off the Record" airing on TSN in Canada yesterday. He had a lot to say, addressing **UFC 187's Anthony Johnson** and allegations of domestic violence against the fighter and the UFC's signing of WWE sports entertainer **CM Punk** but most of the conversation focused on the UFC's controversial deal with Reebok.

"I just don't know how the deal could be any better," White said. "Could there be a lot more money? Of course there could. Every body wants more money. That's never gonna change no matter what. If

this deal with Reebok was $200 million it wouldn't enough money," White said.

"All the other sports, whether it's hockey or football, baseball -- whatever -- everybody is allowed to have sponsors outside of the league and not inside," White said. "And these guys are getting all the money from the Reebok deal. All the money goes to them. What better of a deal could you cut for the guys? It's an investment in the future of the sport."

One fighter who's been especially outspoken against the Reebok deal is **Brendan Schaub who claimed he's made over $100,000 in sponsorships for his last six fights**.

White isn't buying it.

"I'm sure this guy is making over $100,000 a fight," White said sarcastically.

White mentioned Schaub sponsors like Big Rentals Construction Company, KeepItPlayful.com, the Reign Training Center, Box N Burn Gym and Alchemist Management. The last one he said he made sure to add that it was "not a joke": NOHO Hangover.