1  WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave, NW, Washington, DC 20015
3  Telephone: (202) 237-2727; Fax: (202) 237-6131

4
   JOHN F. COVE, JR  (Admitted *Pro Hac Vice*)
5  (jcove@bsfllp.com)
   BOIES, SCHILLER & FLEXNER LLP
6  1999 Harrison Street, Suite 900, Oakland, CA 94612
   Telephone: (510) 874-1000; Fax: (510) 874-1460
7

8  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
9  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
10 Telephone: (702) 382 7300; Fax: (702) 382 2755

11
   DONALD J. CAMPBELL #1216
12 (DJC@campbellandwilliams.com)
   J. COLBY WILLIAMS  #5549
13 (JCW@campbellandwilliams.com)
   CAMPBELL & WILLIAMS
14 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
15

16 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
17

18                     UNITED STATES DISTRICT COURT

19                            DISTRICT OF NEVADA

| | |
|---|---|
| 20  Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated, | Lead Case No.: 2:15-cv-01045-RFB-(PAL) |
| 22  Plaintiffs,<br>    v. | Member Case Nos.:<br>    2:15-cv-01046-RFB-(PAL)<br>    2:15-cv-01055-RFB-(PAL) |
| 23  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | 2:15-cv-01056-RFB-(PAL)<br>2:15-cv-01057-RFB-(PAL) |
| 25  Defendant. | |
| 26 | **DECLARATION OF PERRY M. GROSSMAN IN SUPPORT OF ZUFFA, LLC'S [PROPOSED] PROTECTIVE ORDER** |

28

| | | |
|---|---|---|
| 1 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01055 RFB-(PAL) |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 6 | | |
| 7 | Defendant. | |
| 8 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01056 RFB-(PAL) |
| 9 | | |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 13 | | |
| 14 | Defendant. | |
| 15 | Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01057 RFB-(PAL) |
| 16 | | |
| 17 | Plaintiffs, v. | |
| 18 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 19 | | |
| 20 | Defendant. | |
| 21 | Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01046 RFB-(PAL) |
| 22 | | |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

I, PERRY M. GROSSMAN, declare as follows:

1. I am over 21 years old and have personal knowledge of the information in this declaration. I am a member of the bar of the State of California, and an associate with Boies, Schiller & Flexner LLP, counsel for Zuffa, LLC ("Zuffa"). I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

2. On August 27, 2015, I accessed the website of Warner Angle Hallam Jackson & Formanek and viewed the biography of Robert C. Maysey, which is posted at the following address: http://www.warnerangle.com/attorneys/maysey.htm. Exhibit A is a true and correct copy of that web page.

3. On August 27, 2015, I accessed the public facebook.com page titled "MMAFA // Mixed Martial Arts Fighters Association," and viewed the "About" tab, which is posted at the following address: https://www.facebook.com/TheMMAFA/info?tab=page_info.  Exhibit B is a true and correct copy of that web page.

3. On August 27, 2015, I accessed the web site of the Mixed Martial Arts Fighters Association and viewed the "FAQ" page, which is posted at the following address: http://mmafa.tv/faq-2/.  Exhibit C is a true and correct copy of that web page.

4. On August 27, 2015, I accessed the web site MMAPayout.com, and viewed an article titled, "Maysey Further Explains Benefits of MMAFA," which is posted at the following address: http://mmapayout.com/2009/07/maysey-further-explains-benefits-of-mmafa/.  Exhibit D is a true and correct copy of that web page.

5. On August 27, 2015, I accessed the web site ESPN.com, and viewed an article titled, "Fighters claim UFC restricts earnings," which is posted at the following address: http://espn.go.com/mma/story/_/id/12037883/antitrust-lawsuit-filed-ufc-parent-company-claims-monopoly.  Exhibit E is a true and correct copy of that web page.

5. On August 27, 2015, I accessed the web site twitter.com, and viewed the Twitter feed for the Twitter account @MMAFA, which is linked to user Rob Maysey and posted at the following web address:  https://twitter.com/mmafa.  I viewed a tweet on this feed that was dated: "11:54 PM – 18 Aug. 2015" and which appears on the following web page:

1  https://twitter.com/MMAFA/status/633909903850008577.  Exhibit F is a true and correct copy of
2  the web page for the August 18, 2015, 11:54 PM. tweet.

\*       \*       \*

5      I declare under penalty of perjury that the foregoing is true and correct.  Executed this
6  27th Day of August 2015 in Oakland, California.

          /s/ Perry M. Grossman
          Perry M. Grossman

2
GROSSMAN DECL. ISO ZUFFA'S [PROPOSED] PROT ORDER