# EXHIBIT A





**REAL ESTATE LAW**        

### Robert C. Maysey

Rob Maysey is an experienced real estate, transactional and litigation attorney. Rob practices in all areas of commercial real estate, including the representation of private investors and developers in the acquisition, sale, development, leasing and financing of office buildings, industrial parks and other projects.

Rob has considerable experience in representing borrowers in the negotiation of a wide variety of commercial real estate lending transactions. His practice also includes representation of both buyers and sellers in the negotiation of purchase and sale contracts, as well as both landlords and tenants in the negotiation of ground, office, retail, industrial and other commercial leases and subleases.

In addition to real estate transactions, Rob represents clients in various corporate transactions including the creation of corporate entities, asset and stock purchase transactions, negotiating and drafting employment and non-compete agreements, and in the development of franchise systems.

Rob also regularly represents clients in civil litigation matters including business disputes, real estate disputes, appeals, condemnation actions, valuation actions and business torts.

Rob is licensed to practice in Arizona, California and Minnesota (voluntarily inactive). He graduated with a Bachelor of Arts degree in Politics (with honors) from Whitman College and a J.D. from Cornell Law School. Rob was a Washington State Finalist for the Rhodes Scholarship and a member of the Whitman College Varsity Baseball team.

**SPORTS AND LAW**

For more than 10 years, Rob has been actively involved in all facets of the Mixed Martial Arts (MMA) industry, assisting athletes and agents in litigation matters and in negotiating agreements. Rob has written extensively on a variety of topics affecting MMA athletes, including the need to apply the Muhammad Ali Boxing Reform Act of 2000 (the "Muhammad Ali Act") as amended, to the sport of MMA. Rob testified before the California State Assembly in support of a bill to extend similar legal protections enjoyed by boxers to mixed martial artists. Rob also testified before the California State Athletic Commission in support of enhanced regulation for the protection of amateur mixed martial artists.

Rob was a panelist on the ESPN "Outside the Lines" television program regarding pay for MMA athletes and was the featured speaker at a legal symposium on sports and law at the West Virginia College of Law. His work was cited in the WEST VIRGINIA LAW REVIEW. Rob has been featured in the New York Times, the Los Angeles Times, SI.Com, ESPN.com, The New Republic, Crain's New York Business and numerous other media outlets.

☐ 201☐201☐ Warner Angle Hallam Jackson ☐Formanek PLC.   ☐ 2☐☐☐E. Camelback Rd., Suite ☐00, Ph

The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding you
your calls, letters and electronic mail. Contacting us does not create an attorney-client relationship. Please do not send any confidential inf
has been established. The lawyers listed in this website practice law only in the jurisdictions where they are admitted. This website is regu



The Best Lawyers in America☐ 201☐ Copyright 201☐by Woodward☐White, Inc., Aiken, SC

Martindale-Hubbell☐ Peer Review Ratings☐ is a trademark of Reed Elsevier Properties Inc., used under license.
AV☐, BV☐, AV Preeminent☐ and BV Distinguished☐ are registered certification marks of Reed Elsevier Properties Inc.