# EXHIBIT C




# FAQ

by admin | Jul 9, 2010 | FAQ

The Mixed Martial Arts Fighters Association ("MMAFA") is comprised entirely of mixed martial artists and their trainers. The MMAFA aims to maximize the influence and earning capacity of its members in the amazing sport of mixed martial arts. Unlike all other industry groups, the MMAFA is truly an association formed for the benefit of its members. The trademarks, logos, website, domains, and all other property of the MMAFA will be held in trust for the collective benefit of MMAFA members. Modeled closely after the Major League Baseball Players' Association and the Screen Actors Guild, the MMAFA will be led and directed by its members and their elected member representatives.

The MMAFA provides its members with a brand that can be monetized through the sale of merchandise, and through licensing to third parties. The MMAFA also provides the following to all of its members:

- Media platform and publicity vehicle to promote and publicize the activities of our members;
- Revenue maximization through merchandising and licensing of collective brand; and
- Lobbying, and if necessary, litigation vehicle.

**The organizers**

*Rob Maysey*: An attorney licensed in Arizona, California and Minnesota, and a former collegiate athlete with training in Brazilian Jiu-Jitsu.

*Trevor Mance*: A marketing professional with experience in publicity, executing effective marketing campaigns, creating strong internet presence, and the development of new business ventures.

*Zev J. Eigen*: An attorney currently working on his PhD at M.I.T., newly named law professor at Northwestern University, and a former amateur muay-thai kickboxer.

*Jason P. Smith*: A major in the United States Marine Corps Reserves, and director of student services and admissions for the Evans School of Public Affairs at the University of Washington.

*Matt Maysey*: A pitching instructor at Line Drive Sports in Texas and a former Major League Baseball Player as a pitcher with the Montreal Expos and Milwaukee Brewers.

*Steve Nicholson*: Webmaster

**About MMAFA**

MMAFA is the Mixed Martial Arts Fighters Association is an association comprised entirely of mixed martial artists and their trainers for the purpose of creating a truly professional structure for the mixed martial arts industry. For further information, please visit www.mmafa.tv.

**Contacts**

Rob Maysey

info@mmafa.tv

tel: 213-280-0126

fax: 1-888-620-0281

- Home
- Ali Act
- Dollar Sense
- About MMAFA
- From MMAFA
- In the News

