# EXHIBIT F

Rob Maysey on Twitter: "I wonder--what do fighters get paid under the Merchandising Agreement? Why do many suppose the split is vastly different…

Case 2:15-cv-01045-RFB-BNW   Document 159-8   Filed 08/27/15   Page 2 of 2



**Rob Maysey**
@MMAFA

I wonder--what do fighters get paid under the Merchandising Agreement?  Why do many suppose the split is vastly different for bouts?

11:54 PM - 18 Aug 2015

### Trends

#NationalBurgerDay   Darryl Dawkins   #BoringComicBookPlots   #UCLdraw   #5HMonsterVideo
Conor McGregor   #1daytilljanoskiansmovie   Martavis Bryant   Jim Tomsula   Joey Barton

© 2015 Twitter   About   Help   Terms   Privacy   Cookies   Ads info