1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Cung Le, Nathan Quarry; and Jon Fitch, on
behalf of themselves and all others similarly
situated,

                    Plaintiff(s),

       vs.

Zuffa, LLC, d/b/a Ultimate Fighting
Championship and UFC,

                Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:15-CV-01045-RFB(PAL)

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

         Patrick F. Madden         , Petitioner, respectfully represents to the Court:
          (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

                        Berger & Montague, P.C.
                            (firm name)

with offices at              1622 Locust Street             ,
                      (street address)

     Philadelphia     ,     Pennsylvania     ,   19103   ,
       (city)                (state)         (zip code)

   (215) 875-3000   ,     pmadden@bm.net    .
 (area code + telephone number)       (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

         See Attachment A         to provide legal representation in connection with
          [client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3.     That since _____October 21, 2010_____, Petitioner has been and presently is a
                              (date)

member in good standing of the bar of the highest Court of the State of _____Pennsylvania_____
                                                                                                           (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of PA | October 21, 2010 | 309991 |
| Supreme Court of NJ | December 14, 2010 | 029642010 |
| USDC ED PA | November 2, 2010 | none |
| USDC D. NJ | February 1, 2011 | none |
| USDC ND NY | September 25, 2012 | 517744 |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 1/15

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.) None

7.      That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.) Pennsylvania and New Jersey

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 1/15

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                      _____
                                                                            Petitioner's signature
   STATE OF _____Pennsylvania_____  )

5                                        )
   COUNTY OF _____Philadelphia_____      )

6

7    _____Patrick F. Madden_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                                      _____
                                                                            Petitioner's signature

10  Subscribed and sworn to before me this

11  _4th___ day of _August_____, _2015_      COMMONWEALTH OF PENNSYLVANIA

12                                             NOTARIAL SEAL
                                               CHERYL A KOZAK
13  _____         Notary Public
                                               PHILADELPHIA CITY, PHILADELPHIA CNTY
14           Notary Public or Clerk of Court   My Commission Expires May 16, 2017

15

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
              **THE BAR OF THIS COURT AND CONSENT THERETO.**

17    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _____Don Springmeyer_____,
                                                                              (name of local counsel)
19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____3556 E. Russell Road, Second Floor_____,
                                      (street address)

24  _____Las Vegas_____, _____Nevada_____, ____89120____,
            (city)                (state)             (zip code)

25

26  _____(702) 341-5200_____, ____dspringmeyer@wrslawyers.com____.
       (area code + telephone number)        (Email address)

27

28                                      4                                    Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Don Springmeyer _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

Cung Le

_____

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

1021                        dspringmeyer@wrslawyers.com

Bar number                  Email address

APPROVED:

DATED this  2nd day of September, 2015.

_____

RICHARD F. BOULWARE, II

United States District Judge

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jon Fitch
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                    dspringmeyer@wrslawyers.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Don Springmeyer _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Nathan Quarry
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                            dspringmeyer@wrslawyers.com
_____
Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Don Springmeyer _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

Brandon Vera

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's Signature

1021                              dspringmeyer@wrslawyers.com

Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Don Springmeyer _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Luis Javier Vazquez
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                                    dspringmeyer@wrslawyers.com
Bar number                        Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Don Springmeyer _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

Kyle Kingsbury

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

1021                               dspringmeyer@wrslawyers.com

Bar number                         Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Don Springmeyer _____ as
(name of local counsel)

his/her/th ~~~designated Resident~~ Nevada Counsel in this case.

_____
(party's signature)

Pablo Garza
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1021                                          dspringmeyer@wrslawyers.com
Bar number                              Email address

APPROVED:

Dated: this _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Patrick Fanning Madden, Esq.*

#### DATE OF ADMISSION

*October 21, 2010*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  June 8, 2015

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **PATRICK FANNING MADDEN**
*(No.* **029642010** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 14, 2010** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **11TH** *day of* **June** *, 20* **15**

*Clerk of the Supreme Court*

-453a-

## ATTACHMENT "A"

2.      Petitioner has been retained personally or as a member of the law firm by Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, Pablo Garza and Kyle Kingsbury to provide legal representation in connection with the above-entitled case now pending before this Court.