**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com
*Attorneys for Plaintiffs*
*(Additional counsel appear on signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

---

And Related Consolidated Cases

Lead Case No.: 2:15-cv-01045 RFB-(PAL)

Consolidated Case Nos.:
2:15-cv-01046-RFB-(PAL)
2:15-cv-01055-RFB-(PAL)
2:15-cv-01056-RFB-(PAL)
2:15-cv-01057-RFB-(PAL)

**ERRATA TO PLAINTIFFS' NOTICE OF PROPOSED PROTECTIVE ORDER**

Plaintiffs hereby respectfully notify the Court and the Parties that an Exhibit intended to be attached to Plaintiffs' Notice of Proposed Protective Order, ECF Doc. No. 158, filed August 27, 2015, was inadvertently omitted and is attached hereto as Exhibit 1: [Proposed] Protective Order.

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 8th day of September, 2015

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: *__/s/ Don Springmeyer__*
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown
Richard A. Koffman
Hiba Hafiz (pro hac pending)
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (pro hac pending)
Michael Dell'Angelo
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri
Joshua P. Davis
Matthew Weiler
Kevin E. Rayhill
505 Montgomery Street, Suite 625
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940

jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Jeffrey J. Corrigan
Jay S. Cohen
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2015, a true and correct copy of **ERRATA TO PLAINTIFFS' NOTICE OF PROPOSED PROTECTIVE ORDER** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP