**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com
*Attorneys for Plaintiffs*
*(Additional counsel appear on signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF DUPLICATE MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL [ECF DOC. 58]** |

Plaintiffs hereby withdraw Plaintiffs' Motion to Appoint Interim Co-Lead Class Counsel [ECF Doc. 58] which was filed on February 13, 2015, and which was superseded by Plaintiffs' unopposed Motion To Appoint Interim Co-Lead Class Counsel and Interim Liaison Counsel filed on July 9, 2015 [ECF Doc. 127]. The Order granting the unopposed Motion to Appoint was filed

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PLAINTIFFS' NOTICE OF WITHDRAWAL OF DUPLICATE MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL [ECF DOC. 58]

1 on July 28, 2015, and is docketed as ECF Doc. 139, in this, the lead case of the consolidated cases.

2     DATED this 14th day of September, 2015

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By:   */s/ Don Springmeyer*
    Don Springmeyer
    Nevada Bar No. 1021
    Bradley S. Schrager
    Nevada Bar No. 10217
    Justin C. Jones
    Nevada Bar No. 8519
    3556 E. Russell Road, Second Floor
    Las Vegas, Nevada 89120
    (702) 341-5200/Fax: (702) 341-5300
    dspringmeyer@wrslawyers.com
    bschrager@wrslawyers.com
    jjones@wrslawyers.com

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown
Richard A. Koffman
Hiba Hafiz (pro hac pending)
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (pro hac pending)
Michael Dell'Angelo
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

2
PLAINTIFFS' NOTICE OF WITHDRAWAL OF DUPLICATE MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL [ECF DOC. 58]

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri
Joshua P. Davis
Matthew S. Weiler
Kevin E. Rayhill
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Jeffrey J. Corrigan
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2015, a true and correct copy of **PLAINTIFFS' NOTICE OF WITHDRAWAL OF DUPLICATE MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL [ECF DOC. 58]** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: *__/s/Christie Rehfeld__*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP