**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com
*Attorneys for Plaintiffs*
*(Additional counsel appear on signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　　　Defendant.<br><br>And Related Consolidated Cases | Lead Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>Consolidated Case Nos.:<br>　　2:15-cv-01046-RFB-(PAL)<br>　　2:15-cv-01055-RFB-(PAL)<br>　　2:15-cv-01056-RFB-(PAL)<br>　　2:15-cv-01057-RFB-(PAL)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED ESI PROTOCOLS**<br><br>**(FIRST REQUEST)** |

　　　Plaintiffs and Defendant have conferred and exchanged several proposals regarding ESI Protocols, as ordered by the Court at the status conference held July 28, 2015. Doc.#139. The parties believe that they have made progress towards a joint proposal and that a brief extension of four business days, to September 2, 2015, would enable the parties to conclude and file a joint proposal for ESI Protocols.

/ / /

/ / /

/ / /

1  Accordingly the parties request the Court approve this first request for a brief extension of
2  time to September 2, 2015, within which to file proposed ESI Protocols.
3  RESPECTFULLY SUBMITTED.

DATED this 27th day of August, 2015.                          DATED this 27th day of August, 2015.

*/s/ Don Springmeyer*                                         */s/ J. Colby Williams*
DON SPRINGMEYER, ESQ.                                         J. COLBY WILLIAMS #5549
Nevada State Bar No. 1021                                     700 South 7th Street
BRADLEY SCHRAGER, ESQ.                                        Las Vegas, Nevada 89101
Nevada State Bar No. 10217                                    Telephone: (702) 382-5222
DANIEL BRAVO, ESQ.                                            Fax: (702) 382-0540
Nevada State Bar No. 13078
Wolf Rifkin Shapiro Schulman & Rabkin, LLP                    WILLIAM A. ISAACSON
3556 East Russell Road, Second Floor                          (Pro Hac Vice granted)
Las Vegas, NV  89120                                          (wisaacson@bsfllp.com)
Telephone:  (702) 341-5200                                    BOIES, SCHILLER & FLEXNER LLP
Fax:  (702) 341-5300                                          5301 Wisconsin Ave, NW
                                                              Washington, DC 20015
**COHEN MILSTEIN SELLERS & TOLL, PLLC**                       Telephone: (202) 237-2727
Benjamin D. Brown                                             Fax: (202) 237-6131
Richard A. Koffman                                            JOHN F. COVE, JR.
Hiba Hafiz                                                    (Pro Hac Vice granted)
1100 New York Ave., N.W., Suite 500, East                     (jcove@bsfllp.com)
Tower Washington, DC 20005                                    BOIES, SCHILLER & FLEXNER LLP
Telephone: (202) 408-4600/Fax: (202) 408 4699                 1999 Harrison Street, Suite 900
bbrown@cohenmilstein.com                                      Oakland, CA 94612
rkoffman@cohenmilstein.com                                    Telephone: (510) 874-1000
hhafiz@cohenmilstein.com                                      Fax: (510) 874-1460

**BERGER & MONTAGUE, P.C.**                                   RICHARD J. POCKER #3568
Eric L. Cramer                                                (rpocker@bsfllp.com)
Michael Dell'Angelo                                           BOIES, SCHILLER & FLEXNER LLP
Patrick Madden                                                300 South Fourth Street, Suite 800
1622 Locust Street                                            Las Vegas, NV 89101
Philadelphia, PA 19103                                        Telephone: (702) 382 7300
Telephone: (215) 875-3000/Fax: (215) 875-4604                 Fax: (702) 382 2755
ecramer@bm.net
mdellangelo@bm.net                                            DONALD J. CAMPBELL #1216
pmadden@bm.net                                                (djc@campbellandwilliams.com)
                                                              J. COLBY WILLIAMS #5549
**JOSEPH SAVERI LAW FIRM, INC.**                              (jcw@campbellandwilliams.com)
Joseph R. Saveri                                              CAMPBELL & WILLIAMS
Joshua P. Davis                                               700 South 7th Street

2
STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE
PROPOSED ESI PROTOCOLS (FIRST REQUEST)

Matthew Weiler
Andrew M. Purdy
Kevin E. Rayhill
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
apurdy@saverilawfirm.com
krayhill@saverilawfirm.com

Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC Attorneys of Record for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman,*

*Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: September 21, 2015

4
STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED ESI PROTOCOLS (FIRST REQUEST)

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2015, a true and correct copy of **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED ESI PROTOCOLS (FIRST REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP