**JOSEPH SAVERI LAW FIRM, INC.**

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*(Additional counsel appear on signature page)*

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren Uyenoyama*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,**<br><br>                    **Plaintiffs,**<br><br>        v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>                    **Defendant.**<br><br>**And Related Consolidated Cases** | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>Member Case Nos.:<br>    2:15-cv-01046-RFB-(PAL)<br>    2:15-cv-01055-RFB-(PAL)<br>    2:15-cv-01056-RFB-(PAL)<br>    2:15-cv-01057-RFB-(PAL)<br><br>**DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' RESPONSE TO ZUFFA'S MEMORANDUM IN SUPPORT OF PROTECTIVE ORDER** |

I, Kevin E. Rayhill, declare and state as follows:

1. I am an attorney at the Joseph Saveri Law Firm, Inc., Plaintiff's counsel in *Cung Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFB-(PAL). I am a member in good standing of the State Bar of California. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. On September 23, 2015, I accessed the website of Sherdog.com and accessed an article titled "Putting a Price on Fame," located at the URL address http://www.sherdog.com/news/articles/Putting-a-Price-on-Fame-13620. Exhibit A attached hereto is a true and correct copy of that web page.

3. On September 23, 2015, I accessed the website of Sports Illustrated (SI.com) and accessed an article titled "UFC′s merchandise agreement: good in theory, not on paper" located at the URL address http://www.si.com/more-sports/2008/06/24/ufc-merchandiseagreement. Exhibit B attached hereto is a true and correct copy of that web page.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration is executed at San Francisco, California on September 23, 2015.

By: */s/ Kevin E. Rayhill*
Kevin E. Rayhill

DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' RESPONSE TO
ZUFFA'S MEMORANDUM IN SUPPORT OF PROTECTIVE ORDER