WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR  (Admitted *Pro Hac Vice*)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(DJC@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(JCW@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>Member Case Nos.:<br>2:15-cv-01046-RFB-(PAL)<br>2:15-cv-01055-RFB-(PAL)<br>2:15-cv-01056-RFB-(PAL)<br>2:15-cv-01057-RFB-(PAL)<br><br>**DECLARATION OF SUZANNE E. JAFFE IN SUPPORT OF ZUFFA, LLC'S REPLY** |

| | | |
|---|---|---|
| 1 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01055 RFB-(PAL) |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 6 | | |
| 7 | Defendant. | |
| 8 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01056 RFB-(PAL) |
| 9 | | |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 13 | | |
| 14 | Defendant. | |
| 15 | Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01057 RFB-(PAL) |
| 16 | | |
| 17 | Plaintiffs,  v. | |
| 18 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 19 | | |
| 20 | Defendant. | |
| 21 | Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01046 RFB-(PAL) |
| 22 | | |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

JAFFE DECL. ISO ZUFFA'S REPLY

I, SUZANNE E. JAFFE, declare as follows:

1. I am over 21 years old and have personal knowledge of the information in this declaration. I am a member of the bar of the State of California and am an associate with Boies, Schiller & Flexner LLP, counsel for Zuffa, LLC ("Zuffa"). I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

2. On September 24, 2015, I accessed Mr. Maysey's Google + page, which is posted at the following address: https://plus.google.com/116517426204683509732/posts. Exhibit 1 is a true and correct copy of that webpage.

3. On August 20, 2015, I accessed the "In the News" section of the MMAFA website located at the following address: http://mmafa.tv/in-the-news/. Exhibit 2 is a true and correct copy of that webpage.

4. On September 28, 2015, I accessed the "From MMAFA" section of the MMAFA website located at the following address: http://mmafa.tv/from-mmafa/. Exhibit 3 is a true and correct copy of that webpage.

5. On August 21, 2015, I accessed the United States Patent and Trademark Office Electronic Search System located at http://tmsearch.uspto.gov/bin/gate.exe?f=tess&state=4801:uuz4ed.1.1 and searched for "MMAFA." Exhibit 4 is a true and correct copy of the results from that search.

*   *   *

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of September, 2015 in Oakland, California.

/s/ Suzanne E. Jaffe
Suzanne E. Jaffe