# Exhibit 1

Rob Maysey - Google+



### Profile

# Rob Maysey

Worked at Warner Angle
Attended Cornell Law School

**+ Add to circles**

**149** followers | **9,104** views

**About**   Posts   Photos   Videos

## People

**In his circles**                               47 people



Sarah Kaufman              + Add

Scott Jorgensen            + Add

Chris Reilly               + Add

**Have him in circles**                         149 people

## Work

## Story

**Tagline**
I chase windmills

**Introduction**
The Mixed Martial Arts Fighters Association ("MMAFA") is an association comprised entirely of mixed martial artists and their trainers. Modeled closely after the Major League Baseball Players' Association and the Screen Actors Guild, the MMAFA will be led and directed by its members and their elected member representatives. The MMAFA aims to maximize the influence and earning capacity of its members in the sport of mixed martial arts.

The trademarks, logos, website, domains, and all other property of the MMAFA will be held in trust for the collective benefit of MMAFA members. The MMAFA provides its members with a brand that can be monetized through the sale of merchandise, and through licensing to third parties. The MMAFA also provides the following to all of its members:

## Employment

**Warner Angle**

## Basic Information

**Gender**   Male

• Media platform and publicity vehicle to promote and publicize the activities of our members;
• Revenue maximization through merchandising and licensing of collective brand; and
• Lobbying, and if necessary, litigation vehicle.

The Mixed Martial Arts Fighters Association assisted its members in a breach of contract dispute with promoter EliteXC. The MMAFA, on behalf of its members, forwarded a demand letter to EliteXC officials seeking a release of its members from EliteXC contracts. The MMAFA also drafted a complaint that it was prepared to file in the event that EliteXC refused to voluntarily release the fighters from their promotional agreements. The dispute was resolved shortly thereafter when Strikeforce, a mixed martial arts promotion, acquired the promotional agreements of fighters in an asset sale.

The MMAFA was founded by Rob Maysey, an attorney licensed in Arizona, California, and Minnesota. Mr. Maysey holds a Bachelor of Arts degree in Politics (with honors) from Whitman College and a J.D. from Cornell Law School. Mr. Maysey was a Washington State Finalist for the Rhodes Scholarship while in college, and a member of the baseball team.

Mr. Maysey has written extensively on a variety of topics affecting fighters in the sport of mixed martial arts including the application of the Muhammad Ali Boxing Reform Act of 2000, as amended (the "Muhammad Ali Act" or "Act") to the sport of MMA, and contracts utilized by MMA promoters. His work has been featured on prominent industry websites including [fightopinion.com](fightopinion.com) and [mmapayout.com](mmapayout.com). Mr. Maysey has also been the featured guest on No Holds Barred, the radio show of Eddie Goldman who is known as the "conscience of combat sports," Carson's Corner hosted by Bob Carson , and Fight Opinion Radio hosted by Zach Arnold. Mr. Maysey was the featured speaker at a legal symposium on mixed martial arts hosted by the West Virginia College of Law, and was cited in the West Virginia Law Review.

The MMAFA executive team also includes Zev J. Eigen, Jason P. Smith, Trevor Mance, and Matt Maysey.

Zev J. Eigen holds a Bachelor of Science degree (with honors) from Cornell's School of Industrial & Labor Relations, a J.D. from Cornell Law School, and a PhD in management from MIT's Sloan School of

Management. Mr. Eigen practiced labor and employment law with Littler Mendelson, the nation's largest firm specializing in management-side labor and employment law. Mr. Eigen then worked as Twentieth Century Fox's Senior Labor Relations Counsel, where he advised Fox with respect to negotiations with all of the entertainment labor organizations such as the Screen Actors Guild, the Writers Guild, and the Directors Guild, to name just a few.

Currently, Mr. Eigen is a law professor at the Northwestern University School of Law. Mr. Eigen uses quantitative and qualitative methods to empirically study contracts, negotiations, alternative dispute resolution systems and labor and employment law. Mr. Eigen's recent research focuses on developing a behavioral theory and model of contract based on interviews, survey responses, and experimental behavioral data he collected. Mr. Eigen has received a number of honors and awards, including a National Science Foundation grant and a Graduate Research Fellowship from Harvard Law School's Program on Negotiation. Mr. Eigen is also a Research Fellow with NYU School of Law's Center for Labor and Employment Law.

Trevor Mance holds a Bachelors degree from Arizona State University with emphasis in Communication, Marketing and Business Development. Trevor's professional experience includes generating extensive publicity, executing effective marketing campaigns, creating strong internet presence, and the development of new business ventures.

Jason P. Smith holds a Bachelor of Arts degree in History from Whitman College and a Master's of Science in Administration from Central Michigan University. Mr. Smith participated in both track and rugby while at Whitman, and was an award winning member of their national debate team. Upon graduation from college, Mr. Smith became a Marine Corps officer. Throughout his 13 years of service (both active duty and reserves) Mr. Smith has prepared his Marines for combat and participated in both Operation Enduring Freedom as a provisional rifle platoon commander in Pakistan, and Operation Iraqi Freedom as a convoy commander in the Anbar Province. He has also recently deployed as a military advisor for the newly formed Armed Forces of Liberia.

Currently, Mr. Smith works as the assistant dean of student affairs for the Evans School of Public Affairs at the University of Washington. In this position, Mr.

Smith oversees multiple aspects of student development and works on developing new partnerships for the program. Mr. Smith guest lectures on leadership in both graduate and undergraduate classes, and has been featured on both local and national radio shows. Mr. Smith also continues to serve in the Marine Corps Reserves, where he currently holds the rank of major.

Matt Maysey is a former member of the Major League Baseball Players Association, having pitched for the Montreal Expos and Milwaukee Brewers. Mr. Maysey also played professional baseball in Mexico, Venezuela and Taiwan during his baseball career. While in high-school, USA Today rated him the ninth-best pitching prospect in the nation. Currently, Mr. Maysey is a pitching instructor at Proway Baseball Academy located in the Houston metropolitan area.

## Education

**Cornell Law School**

**Whitman College**
Politics; History

⊕ Add your own contact details about Rob. Visible only to you.