# Exhibit 2

Case 2:15-cv-01045-RFB-BNW   Document 189-3   Filed 09/28/15   Page 2 of 3



a

# MMAFA in the News

### MMAFA AND ROB MAYSEY FEATURED ON CARSON'S CORNER

Rob Maysey, founder of the Mixed Martial Arts Fighters Association, is the guest on this edition of Carson's Corner.

Rob and host Bob Carson discuss the need for fighters to band together for the betterment of the sport. Rob gives several compelling reasons as to why this is the case. If you want to know one of the keys to the future development of the sport, give this show a listen.

LISTEN HERE

### ROB MAYSEY OF MMAFA APPEARS ON EDDIE GOLDMAN'S NO HOLDS BARRED RADIO

MMAFA founder Rob Maysey sat down with Eddie Goldman to talk about the the goals of MMAFA and to shed a little more light on what the association hopes to achieve.

On this edition of No Holds Barred, host Eddie Goldman speaks with Rob Maysey, the founder of the Mixed Martial Arts Fighters Association (MMAFA). This organization seeks to establish an association of mixed martial artists and their trainers, similar to other such organizations which already exist in many professional sports.

### EDDIE GOLDMAN AND BOB CARSON SPEAK ABOUT STATE

OF MIXED MARTIAL ARTS.

You can listen to the show here: http://nhbnews.podOmatic.com/entry/2009-04-26T00_29_41-07_00 Or download the show here:

http://www.mediafire.com/?rdztbjlt32r

Visit Eddie Goldman at: http://eddiegoldman.com

Visit Bob Carson at: http://carsonscorner.podomatic.com

- Home
- Ali Act
- Dollar Sense
- About MMAFA
- From MMAFA
- In the News