# Exhibit 4



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Aug 21 03:20:55 EDT 2015

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | MIXED MARTIAL ARTS FIGHTERS ASSOCIATION MMAFA |
| **Goods and Services** | (ABANDONED) IC 016. US 002 005 022 023 029 037 038 050. G & S: Series of books and written articles in the field of sports and entertainment; trading cards; catalogs in the field of athletic merchandise; book marks; posters; collector decals and collector decals with display sheets. FIRST USE: 20060415. FIRST USE IN COMMERCE: 20060415 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men<br>02.01.19 - Athletes (men); Golfer; Men, athletes, strongmen; Strongmen<br>05.03.05 - Fern or palm fronds<br>05.15.02 - Laurel leaves or branches (borders or frames); Wreaths<br>21.03.06 - Baseball mitts; Boxing gloves; Catcher's mitt; Gloves, baseball; Gloves, boxing; Gloves, hockey; Hockey gloves; Mitts (baseball)<br>26.01.02 - Circles, plain single line; Plain single line circles<br>26.01.03 - Circles, incomplete (more than semi-circles); Incomplete circles (more than semi-circles) |
| **Serial Number** | 77408585 |
| **Filing Date** | February 28, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Maysey, Robert C. INDIVIDUAL UNITED STATES 3550 North Central Avenue, Suite 1500 Phoenix ARIZONA 85012 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MIXED MARTIAL ARTS FIGHTERS ASSOCIATION" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) RED, GOLD is/are claimed as a feature of the mark. The mark consists of THE COLORS RED AND GOLD AND ARE CLAIMED AS A FEATURE OF THE MARK. THE FIGURE IN THE MIDDLE OF THE WREATH IS IN RED, TEH WREATH IS IN GOLD, TEH BAND AROUND THE |

WREATH IS RED WITH THE WORDING MIXED "MARTIAL ARTS FIGHTERS ASSOCIATION" IN GOLD, AND THE LETTERS "MMAFA" ARE IN RED.

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | August 25, 2009 |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY