WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR (Admitted *Pro Hac Vice*)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br>Member Case Nos.:<br>   2:15-cv-01046-RFB-(PAL)<br>   2:15-cv-01055-RFB-(PAL)<br>   2:15-cv-01056-RFB-(PAL)<br>   2:15-cv-01057-RFB-(PAL)<br><br>**STIPULATION TO EXTEND DEFENDANT ZUFFA, LLC'S DEADLINE TO ANSWER PLAINTIFFS' COMPLAINTS**<br><br>**(First Request)** |

| | | |
|---|---|---|
| 1 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No.  2:15-cv-01055 RFB-(PAL) |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 6 | | |
| 7 | Defendant. | |
| 8 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No.  2:15-cv-01056 RFB-(PAL) |
| 9 | | |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 13 | | |
| 14 | Defendant. | |
| 15 | Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | Case No.  2:15-cv-01057 RFB-(PAL) |
| 16 | | |
| 17 | Plaintiffs, v. | |
| 18 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 19 | | |
| 20 | Defendant. | |
| 21 | Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01046 RFB-(PAL) |
| 22 | | |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

1 | Plaintiffs, Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren Uyenoyama, and Defendant Zuffa, LLC (collectively, "the Parties") file this Stipulation to Extend Defendant Zuffa, LLC's Deadline to Answer Plaintiffs' Complaints.

The Court held a hearing on the Motions to Dismiss on Friday, September 25, 2015. On Sunday, September 27, 2015, Minute Orders were entered denying Zuffa's Motions to Dismiss. *Le* Dkt. 186, *Vazquez* Dkt. 77, *Vera*, Dkt. 76, *Ruediger* Dkt. 52, *Kingsbury* Dkt. 48.

Zuffa has requested a brief extension to answer Plaintiffs' Complaints. The Parties agree that Zuffa may have until October 30, 2015 to file its Answers. The extension will not alter the date of any event or deadline already fixed by Court order. This is Zuffa's first request for an extension of time with regard to its Answers.

| | |
|---|---|
| DATED: October 12, 2015 | DATED: October 12, 2015 |
| /s/ Michael Dell'Angelo | /s/ John F. Cove, Jr. |
| Michael Dell'Angelo | JOHN F. COVE, JR. |
| Eric L. Cramer | (Pro Hac Vice granted) |
| Patrick Madden | (jcove@bsfllp.com) |
| BERGER & MONTAGUE, P.C. | BOIES, SCHILLER & FLEXNER LLP |
| 1622 Locust Street | 1999 Harrison Street, Suite 900 |
| Philadelphia, PA 19103 | Oakland, CA 94612 |
| Telephone: (215) 875-3000/Fax: (215) 875-4604 | Telephone: (510) 874-1000 |
| ecramer@bm.net | Fax: (510) 874-1460 |
| mdellangelo@bm.net | |
| pmadden@bm.net | WILLIAM A. ISAACSON |
| | (Pro Hac Vice granted) |
| **WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP** | (wisaacson@bsfllp.com) |
| | BOIES, SCHILLER & FLEXNER LLP |
| DON SPRINGMEYER, ESQ. | 5301 Wisconsin Ave, NW |
| Nevada State Bar No. 1021 | Washington, DC 20015 |
| BRADLEY SCHRAGER, ESQ. | Telephone: (202) 237-2727 |
| Nevada State Bar No. 10217 | Fax: (202) 237-6131 |
| DANIEL BRAVO, ESQ. | |
| Nevada State Bar No. 13078 | RICHARD J. POCKER #3568 |
| 3556 East Russell Road, Second Floor | (rpocker@bsfllp.com) |
| Las Vegas, NV 89120 | BOIES, SCHILLER & FLEXNER LLP |
| Telephone: (702) 341-5200 | 300 South Fourth Street, Suite 800 |
| Fax: (702) 341-5300 | Las Vegas, NV 89101 |
| | Telephone: (702) 382 7300 |
| **COHEN MILSTEIN SELLERS & TOLL, PLLC** | Fax: (702) 382 2755 |
| Benjamin D. Brown | DONALD J. CAMPBELL #1216 |
| Richard A. Koffman | (djc@campbellandwilliams.com) |
| Hiba Hafiz | J. COLBY WILLIAMS #5549 |
| 1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005 | (jcw@campbellandwilliams.com) |
| | CAMPBELL & WILLIAMS |
| Telephone: (202) 408-4600/Fax: (202) 408 4699 | 700 South 7th Street |
| bbrown@cohenmilstein.com | Las Vegas, Nevada 89101 |
| rkoffman@cohenmilstein.com | Telephone: (702) 382-5222 |
| hhafiz@cohenmilstein.com | Fax: (702) 382-0540 |
| | *Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC* |
| **JOSEPH SAVERI LAW FIRM, INC.** | |
| Joseph R. Saveri | *Attorneys of Record for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC* |
| Joshua P. Davis | |
| Matthew Weiler | |
| Kevin E. Rayhill | |
| 505 Montgomery Street, Suite 625 | |
| San Francisco, California 94111 | |

| | |
|---|---|
| 1 | Telephone: (415) 500-6800/Fax: (415) 395-9940 |
| | jsaveri@saverilawfirm.com |
| 2 | jdavis@saverilawfirm.com |
| | mweiler@saverilawfirm.com |
| 3 | krayhill@saverilawfirm.com |
| 4 | |
| | **WARNER ANGLE HALLAM JACKSON &** |
| 5 | **FORMANEK PLC** |
| | Robert C. Maysey |
| 6 | Jerome K. Elwell |
| | 2555 E. Camelback Road, Suite 800 |
| 7 | Phoenix, AZ 85016 |
| | Telephone: (602) 264-7101/Fax: (602) 234-0419 |
| 8 | rmaysey@warnerangle.com |
| 9 | jelwell@warnerangle.com |
| 10 | **LAW OFFICE OF FREDERICK S.** |
| | **SCHWARTZ** |
| 11 | Frederick S. Schwartz |
| | 15303 Ventura Boulevard, #1040 |
| 12 | Sherman Oaks, CA 91403 |
| 13 | Telephone: (818) 986-2407/Fax: (818) 995-4124 |
| | fred@fredschwartzlaw.com |
| 14 | |
| 15 | **SPECTOR ROSEMAN KODROFF &** |
| | **WILLIS, P.C.** |
| 16 | Eugene A. Spector |
| | Jeffrey J. Corrigan |
| 17 | William G. Caldes |
| | 1818 Market Street – Suite 2500 |
| 18 | Philadelphia, PA 19103 |
| | Telephone: (215) 496-0300/Fax: (215) 496-6611 |
| 19 | espector@srkw-law.com |
| 20 | jcorrigan@srkw-law.com |
| | jcohen@srkw-law.com |
| 21 | wcaldes@srkw-law.com |
| 22 | *Attorneys for Individual and Representative* |
| 23 | *Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,* |
| | *Luis Javier Vazquez, Dennis Lloyd Hallman,* |
| 24 | *Brandon Vera, Pablo Garza, Gabe Ruediger,* |
| | *Mac Danzig, Kyle Kingsbury, and Darren* |
| 25 | *Uyenoyama* |
| 26 | |
| 27 | |
| 28 | |

3
Stipulation to Extend Time

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____

## **ATTESTATION OF FILER**

The signatories to this document are myself and Michael Dell'Angelo, and I have obtained Mr. Dell'Angelo's concurrence to file this document on his behalf.

Dated:  October 12, 2015

                                      BOIES, SCHILLER & FLEXNER LLP

By:    /s/ John F. Cove, Jr.
         John F. Cove, Jr. (*Pro Hac Vice*)
         1999 Harrison Street, Suite 900
         Oakland, CA 94612
         Tel: (510) 874-1000
         Fax: (510) 874-1460
         Email: jcove@bsfllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **STIPULATION TO EXTEND DEFENDANT ZUFFA, LLC'S DEADLINE TO ANSWER PLAINTIFFS' COMPLAINTS** was served on October 12, 2015 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

        /s/ Suzanne E. Jaffe

An employee of Boies, Schiller & Flexner, LLP