1

**WOLF, RIFKIN, SHAPIRO, SCHULMAN &**
    **RABKIN, LLP**

2

Don Springmeyer
Nevada Bar No. 1021

3

Bradley S. Schrager
Nevada Bar No. 10217

4

Justin C. Jones

5

Nevada Bar No. 8519
3556 E. Russell Road, Second Floor

6

Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300

7

dspringmeyer@wrslawyers.com

8

bschrager@wrslawyers.com
jjones@wrslawyers.com

9

10

*(Additional counsel appear on signature page)*

11

*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Dennis Lloyd Hallman, Brandon Vera,*
*Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle*
*Kingsbury and Darren Uyenoyama*

12

13

14

15

UNITED STATES DISTRICT COURT

16

DISTRICT OF NEVADA

17

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated, | Lead Case No.: 2:15-cv-01045-RFB-(PAL) |

18

Member Case Nos.:

19

Plaintiffs,
        v.

2:15-cv-01046-RFB-(PAL)
2:15-cv-01055-RFB-(PAL)

20

2:15-cv-01056-RFB-(PAL)

21

Zuffa, LLC, d/b/a Ultimate Fighting
Championship and UFC,

2:15-cv-01057-RFB-(PAL)

22

Defendant.

**STIPULATION TO FILE A**

23

**CONSOLIDATED AMENDED**
**COMPLAINT AND TO EXTEND**

24

**DEFENDANT ZUFFA, LLC'S DEADLINE**
**TO ANSWER PLAINTIFFS'**

25

**CONSOLIDATED AMENDED**
**COMPLAINT ACCORDINGLY**

26

**(First Request)**

27

28

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No.  2:15-cv-01055 RFB-(PAL) |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No.  2:15-cv-01056 RFB-(PAL) |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | Case No.  2:15-cv-01057 RFB-(PAL) |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01046 RFB-(PAL) |
| Plaintiffs, | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

Plaintiffs, Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren Uyenoyama, and Defendant Zuffa, LLC (collectively, "the Parties") file this Stipulation To File A Consolidated Amended Complaint And To Extend Defendant Zuffa, LLC's Deadline to Answer Plaintiffs' Consolidated Amended Complaint Accordingly.

On September 25, 2015, the Court held a hearing on Zuffa's Motions to Dismiss each of Plaintiffs' five substantively identical complaints. On September 27, 2015, Minute Orders were entered denying Zuffa's Motions to Dismiss each of Plaintiffs' five complaints. *Le* Dkt. 186, *Vazquez* Dkt. 77, *Vera*, Dkt. 76, *Ruediger* Dkt. 52, *Kingsbury* Dkt. 48.

On October 12, 2015, the parties filed a Stipulation to Extend Defendant Zuffa, LLC's Deadline To Answer Plaintiffs' Complaints which the Court has not yet ruled upon. (Dkt. 191.)

To promote efficiency, the parties further agree that within thirty (30) days of the entry of an Order approving this Stipulation by the Court, Plaintiffs may file a Consolidated Amended Complaint that consolidates each of the five complaints in *Le*, *Vazquez*, *Vera*, *Ruediger*, and *Kingsbury* into a single consolidated complaint. At this time, Plaintiffs do not seek leave to make substantive changes to the allegations in the proposed Consolidated Amended Complaint, but may reduce the total number of proposed representative plaintiffs.

The Parties further agree that Zuffa may have thirty (30) days from the filing of the Consolidated Amended Complaint to file a consolidated Answer to the Plaintiffs' proposed Consolidated Amended Complaint. Accordingly, the parties request that the Court deny as moot the Stipulation to Extend Defendant Zuffa, LLC's Deadline To Answer Plaintiffs' Complaints (Dkt. 191), and in lieu thereof enter an Order approving the instant Stipulation To File A Consolidated Amended Complaint And To Extend Defendant Zuffa, LLC's Deadline to Answer Plaintiffs' Consolidated Amended Complaint Accordingly. The extension will not alter the date of any event or deadline already fixed by Court order. This is the Plaintiffs' first request to file a consolidated amended complaint and Zuffa's second request for an extension of time with regard to its Answers.

DATED: October 21, 2015

/s/ Michael Dell'Angelo
Michael Dell'Angelo
Eric L. Cramer
Patrick Madden
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

WOLF RIFKIN SHAPIRO SCHULMAN &
RABKIN, LLP
Don Springmeyer
Nevada State Bar No. 1021
Bradley Schrager
Nevada State Bar No. 10217
Daniel Bravo
Nevada State Bar No. 13078
3556 East Russell Road, Second Floor
Las Vegas, NV  89120
Telephone:  (702) 341-5200
Fax:  (702) 341-5300

COHEN MILSTEIN SELLERS & TOLL, PLLC
Benjamin D. Brown
Richard A. Koffman
Hiba Hafiz
1100 New York Ave., N.W., Ste. 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

JOSEPH SAVERI LAW FIRM, INC.
Joseph R. Saveri
Joshua P. Davis
Matthew Weiler
Andrew M. Purdy
Kevin E. Rayhill
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com

DATED: October 21, 2015

/s/ John F. Cove, Jr.
JOHN F. COVE, JR.
(Pro Hac Vice granted)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Fax: (510) 874-1460

WILLIAM A. ISAACSON
(Pro Hac Vice granted)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
 Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382 7300
Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*
*Attorneys of Record for Defendant Zuffa,*
*LLC, d/b/a Ultimate Fighting Championship*
*and UFC*

2

jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
apurdy@saverilawfirm.com
krayhill@saverilawfirm.com

WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

SPECTOR ROSEMAN KODROFF & WILLIS,
P.C.
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Dennis Lloyd Hallman,*
*Brandon Vera, Pablo Garza, Gabe Ruediger,*
*Mac Danzig, Kyle Kingsbury, and Darren*
*Uyenoyama*

1

## **ORDER**

2
IT IS SO ORDERED:

3
_____

4
UNITED STATES MAGISTRATE JUDGE

5

6
DATED:_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to File Consolidated Amended Complaint and to Extend Time

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF FILER

The signatories to this document are myself and John F. Cove, Jr., and I have obtained Mr. Cove's concurrence to file this document on his behalf.

Dated:  October 21, 2015

BERGER & MONTAGUE, P.C.

By:    /s/ Michael Dell'Angelo
       Michael Dell'Angelo
       BERGER & MONTAGUE, P.C.
       1622 Locust Street
       Philadelphia, PA 19103
       Telephone: (215) 875-3000
       Fax: (215) 875-4604
       mdellangelo@bm.net

5

Stipulation to File Consolidated Amended Complaint and to Extend Time

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **STIPULATION TO FILE A CONSOLIDATED AMENDED COMPLAINT AND TO EXTEND DEFENDANT ZUFFA, LLC'S DEADLINE TO ANSWER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT ACCORDINGLY** was served on October 21, 2015 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Michael Dell'Angelo

Stipulation to File Consolidated Amended Complaint and to Extend Time