William G. Caldes *(Pro Hac Vice)*
Jeffrey J. Corrigan (*Pro Hac Vice*)
SPECTOR ROSEMAN KODROFF & WILLIS, PC
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
E-mail: jcohen@srkw-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>       Plaintiff(s)<br><br>    v.<br><br>Zuffa, LLC/ d/b/a/ Ultimate Fighting Championship and UFC,<br><br>       Defendant(s). | Lead Case No. 2:15-cv-1045-RFB-(PAL) |

### MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to the Local Rules of Practice for the District of Nevada, LR IA 10-6, William G. Caldes, of Spector Roseman Kodroff & Willis, P.C. respectfully requests leave of court to withdraw Jay S. Cohen as counsel of record for plaintiffs Gabe Ruediger, Mac Danzig, and Darren Uyenoyama in the above-captioned matter.  Jay S. Cohen has retired from practice and attorneys Jeffrey J. Corrigan and William G. Caldes of Spector Roseman Kodroff & Willis, P.C. will continue to represent the above-referenced plaintiffs this matter.  Gabe Ruediger, Mac

Danzig and Darren Uyenoma have already been notified of the withdrawal of Jay S. Cohen. *See Exhibit 1* (attached).

      WHEREFORE, William G. Caldes requests that this Motion for Withdrawal of Jay S. Cohen be granted and that Jay S. Cohen be removed from all service lists and will no longer receive electronic notices in this case.

Date:  October 16, 2015                      Respectfully submitted,

                                                /s/ William G. Caldes
                                         William G. Caldes
                                         SPECTOR ROSEMAN KODROFF
                                         & WILLIS, PC
                                         1818 Market Street, Suite 2500
                                         Philadelphia, PA  19103
                                         Telephone:  (215) 496-0300
                                         E-mail:  bcaldes@srkw-law.com

                                         *Attorneys for Plaintiffs*

# EXHIBIT 1

**From:** Jay S. Cohen
**Sent:** Wednesday, August 19, 2015 4:26 PM
**To:** 'Gabe Ruediger (gaberuediger@gmail.com)'; 'Mac Danzig'; Darren Uyenoyama
**Cc:** 'Ray Huxen'; Bill G. Caldes; Jeffrey J. Corrigan
**Subject:** UFC Antitrust Litigation

Gabe, Mac and Darren:

I just wanted to advise you that I'm retiring effective August 28. I'll no longer be the attorney at the firm for you to contact. I'm copying Bill Caldes and Jeff Corrigan who can be your contacts from the firm. The firm will continue to look after your interests and advise you when necessary and appropriate.

As you know, the case is now in Nevada and the judge will have to rule on various motions, including the defense motion to dismiss.

I'm sorry that our contact was so short-lived.

Best of luck.

Sincerely,

Jay S. Cohen
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
215-496-0300 or 888-844-5862
fax: 215-496-6611
email: jcohen@srkw-law.com
www.srkw-law.com ( http://www.srkw-law.com/ )

1101 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004
202-756-3600
fax: 202-756-3602

Notice: This message is for addressee only and may contain privileged and/or confidential information. Any dissemination by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please delete immediately.

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, I caused the foregoing Motion for Withdrawal of Counsel to be electronically filed with the Clerk of Court via CM/ECF.  Notice of this filing will be sent by email to all counsel of record by operation of the Court's electronic filing system.

By:  /s/ William G. Caldes
William G. Caldes

SPECTOR ROSEMAN KODROFF & WILLIS, PC
1818 Market Street, Suite 2500
Philadelphia, PA  19103
bcaldes@srkw-law.com
(215) 496-0300

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiff(s)<br><br>                vs.<br><br>Zuffa, LLC/ d/b/a/ Ultimate Fighting Championship and UFC,<br><br>                              Defendant(s). | Lead Case No. 2:15-cv-1045-RFB-(PAL) |

**ORDER**

THIS MATTER having initially come before the Court on the motion by William G. Caldes of Spector Roseman Kodroff & Willis, PC to withdraw Jay S. Cohen as counsel for plaintiffs Gabe Ruediger, Mac Danzig and Darren Uyenoyama, and the Court having considered that plaintiffs Gabe Ruediger, Mac Danzig and Darren Uyenoyama will continue to be represented by counsel from Spector Roseman Kodroff & Willis, P.C.,

The Motion to Withdraw Jay S. Cohen as counsel for Plaintiffs is hereby GRANTED.

IT IS SO ORDERED

_____
United States Magistrate Judge

DATED: October 27, 2015