| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*) |
| | (wisaacson@bsfllp.com) |
| 2 | BOIES, SCHILLER & FLEXNER LLP |
| | 5301 Wisconsin Ave, NW, Washington, DC 20015 |
| 3 | Telephone: (202) 237-2727; Fax: (202) 237-6131 |
| 4 | |
| | JOHN F. COVE, JR  (Admitted *Pro Hac Vice*) |
| 5 | (jcove@bsfllp.com) |
| | BOIES, SCHILLER & FLEXNER LLP |
| 6 | 1999 Harrison Street, Suite 900, Oakland, CA 94612 |
| 7 | Telephone: (510) 874-1000; Fax: (510) 874-1460 |
| 8 | RICHARD J. POCKER #3568 |
| | (rpocker@bsfllp.com) |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | 300 South Fourth Street, Suite 800, Las Vegas, NV 89101 |
| 10 | Telephone: (702) 382 7300; Fax: (702) 382 2755 |
| 11 | |
| | DONALD J. CAMPBELL #1216 |
| 12 | (djc@campbellandwilliams.com) |
| | J. COLBY WILLIAMS  #5549 |
| 13 | (jcw@campbellandwilliams.com) |
| | CAMPBELL & WILLIAMS |
| 14 | 700 South 7th Street, Las Vegas, Nevada 89101 |
| 15 | Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| 16 | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| | Ultimate Fighting Championship and UFC |
| 17 | |
| 18 | *Additional Counsel Listed on Signature Page* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br>Member Case Nos.:<br>  2:15-cv-01046-RFB-(PAL)<br>  2:15-cv-01055-RFB-(PAL)<br>  2:15-cv-01056-RFB-(PAL)<br>  2:15-cv-01057-RFB-(PAL)<br><br>**STIPULATION TO WITHDRAW DKT. 191** |

| | |
|---|---|
| Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>      Defendant. | Case No. 2:15-cv-01055 RFB-(PAL) |
| Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>      Defendant. | Case No. 2:15-cv-01056 RFB-(PAL) |
| Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>      Defendant. | Case No. 2:15-cv-01057 RFB-(PAL) |
| Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>      Defendant. | Case No. 2:15-cv-01046 RFB-(PAL) |

On October 12, 2015, the parties listed above filed a Stipulation to Extend Defendant Zuffa, LLC's Deadline to Answer Plaintiffs' Complaints, with a clerical error. Dkt. 191. That stipulation has been superseded and rendered moot by the Parties' subsequent Stipulation to File a Consolidated Complaint and to extend Zuffa, LLC's Deadline to Answer Plaintiffs' Complaint Accordingly. Dkt. 195.

In light of the foregoing, the parties respectfully request that the Court enter an order withdrawing Dkt. No. 191. The parties are filing concurrently, a corrected version of Dkt. 195 in accordance with Local Rule 6.

**ORDER**

IT IS SO ORDERED:

_____

Hon. Peggy A. Leen

UNITED STATES MAGISTRATE JUDGE

DATED:_____

| | | |
|---|---|---|
|1| DATED: November 19, 2015 | DATED: November 19, 2015 |
|2| | |
|3| /s/ Michael Dell'Angelo | /s/ John F. Cove, Jr. |
| | Michael Dell'Angelo | JOHN F. COVE, JR. |
|4| Eric L. Cramer | (Pro Hac Vice granted) |
| | Patrick Madden | (jcove@bsfllp.com) |
|5| BERGER & MONTAGUE, P.C. | BOIES, SCHILLER & FLEXNER LLP |
| | 1622 Locust Street | 1999 Harrison Street, Suite 900 |
|6| Philadelphia, PA 19103 | Oakland, CA 94612 |
| | Telephone: (215) 875-3000/Fax: (215) 875-4604 | Telephone: (510) 874-1000 |
|7| ecramer@bm.net | Fax: (510) 874-1460 |
|8| mdellangelo@bm.net | |
| | pmadden@bm.net | WILLIAM A. ISAACSON |
|9| | (Pro Hac Vice granted) |
| | **WOLF RIFKIN SHAPIRO SCHULMAN &** | (wisaacson@bsfllp.com) |
|10| **RABKIN, LLP** | BOIES, SCHILLER & FLEXNER LLP |
| | DON SPRINGMEYER, ESQ. | 5301 Wisconsin Ave, NW |
|11| Nevada State Bar No. 1021 | Washington, DC 20015 |
| | BRADLEY SCHRAGER, ESQ. | Telephone: (202) 237-2727 |
|12| Nevada State Bar No. 10217 | Fax: (202) 237-6131 |
|13| DANIEL BRAVO, ESQ. | |
| | Nevada State Bar No. 13078 | RICHARD J. POCKER #3568 |
|14| 3556 East Russell Road, Second Floor | (rpocker@bsfllp.com) |
| | Las Vegas, NV 89120 | BOIES, SCHILLER & FLEXNER LLP |
|15| Telephone: (702) 341-5200 | 300 South Fourth Street, Suite 800 |
|16| Fax: (702) 341-5300 | Las Vegas, NV 89101 |
| | | Telephone: (702) 382 7300 |
|17| **COHEN MILSTEIN SELLERS & TOLL,** | Fax: (702) 382 2755 |
| | **PLLC** | |
|18| Benjamin D. Brown | DONALD J. CAMPBELL #1216 |
|19| Richard A. Koffman | (djc@campbellandwilliams.com) |
| | Hiba Hafiz | J. COLBY WILLIAMS #5549 |
|20| 1100 New York Ave., N.W., Suite 500, East | (jcw@campbellandwilliams.com) |
| | Tower Washington, DC 20005 | CAMPBELL & WILLIAMS |
|21| Telephone: (202) 408-4600/Fax: (202) 408 4699 | 700 South 7th Street |
| | bbrown@cohenmilstein.com | Las Vegas, Nevada 89101 |
|22| rkoffman@cohenmilstein.com | Telephone: (702) 382-5222 |
| | hhafiz@cohenmilstein.com | Fax: (702) 382-0540 |
|23| | |
|24| **JOSEPH SAVERI LAW FIRM, INC.** | *Attorneys for Defendant Zuffa, LLC, d/b/a* |
| | Joseph R. Saveri | *Ultimate Fighting Championship and UFC* |
|25| Joshua P. Davis | *Attorneys of Record for Defendant Zuffa,* |
| | Matthew Weiler | *LLC, d/b/a Ultimate Fighting Championship* |
|26| Kevin E. Rayhill | *and UFC* |
|27| 505 Montgomery Street, Suite 625 | |
| | San Francisco, California 94111 | |
|28| Telephone: (415) 500-6800/Fax: (415) 395-9940 | |

jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama*

**ATTESTATION OF FILER**

The signatories to this document are myself and Michael Dell'Angelo, and I have obtained Mr. Dell'Angelo's concurrence to file this document on his behalf.

Dated:  November 19, 2015                    BOIES, SCHILLER & FLEXNER LLP

                                                  By:    /s/  John F. Cove
                                                        John F. Cove, Jr. (*Pro Hac Vice*)
                                                        1999 Harrison Street, Suite 900
                                                        Oakland, CA 94612
                                                        Tel: (510) 874-1000
                                                        Fax: (510) 874-1460
                                                        Email: jcove@bsfllp.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing **STIPULATION TO WITHDRAW DKT. 191** was served on November 19, 2015 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Suzanne Jaffe_____

An employee of Boies, Schiller & Flexner, LLP