WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR  (Admitted *Pro Hac Vice*)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br>Member Case Nos.:<br>    2:15-cv-01046-RFB-(PAL)<br>    2:15-cv-01055-RFB-(PAL)<br>    2:15-cv-01056-RFB-(PAL)<br>    2:15-cv-01057-RFB-(PAL)<br><br>**STIPULATION TO WITHDRAW DKT. 191** |

| | | |
|---|---|---|
| 1 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01055 RFB-(PAL) |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 6 | | |
| 7 | Defendant. | |
| 8 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01056 RFB-(PAL) |
| 9 | | |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 13 | | |
| 14 | Defendant. | |
| 15 | Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01057 RFB-(PAL) |
| 16 | | |
| 17 | Plaintiffs, v. | |
| 18 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 19 | | |
| 20 | Defendant. | |
| 21 | Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01046 RFB-(PAL) |
| 22 | | |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

Stipulation to Withdraw Dkt. 191

On October 12, 2015, the parties listed above filed a Stipulation to Extend Defendant Zuffa, LLC's Deadline to Answer Plaintiffs' Complaints, with a clerical error.  Dkt. 191.  That stipulation has been superseded and rendered moot by the Parties' subsequent Stipulation to File a Consolidated Complaint and to extend Zuffa, LLC's Deadline to Answer Plaintiffs' Complaint Accordingly.  Dkt. 195.

In light of the foregoing, the parties respectfully request that the Court enter an order withdrawing Dkt. No. 191.  The parties are filing concurrently, a corrected version of Dkt. 195 in accordance with Local Rule 6.

**ORDER**

IT IS SO ORDERED:

_____
Hon. Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2015

| | |
|---|---|
| DATED: November 19, 2015 | DATED: November 19, 2015 |
| /s/  Michael Dell'Angelo | /s/  John F. Cove, Jr. |
| Michael Dell'Angelo | JOHN F. COVE, JR. |
| Eric L. Cramer | (Pro Hac Vice granted) |
| Patrick Madden | (jcove@bsfllp.com) |
| BERGER & MONTAGUE, P.C. | BOIES, SCHILLER & FLEXNER LLP |
| 1622 Locust Street | 1999 Harrison Street, Suite 900 |
| Philadelphia, PA 19103 | Oakland, CA 94612 |
| Telephone: (215) 875-3000/Fax: (215) 875-4604 | Telephone: (510) 874-1000 |
| ecramer@bm.net | Fax: (510) 874-1460 |
| mdellangelo@bm.net | |
| pmadden@bm.net | WILLIAM A. ISAACSON |
| | (Pro Hac Vice granted) |
| **WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP** | (wisaacson@bsfllp.com) |
| DON SPRINGMEYER, ESQ. | BOIES, SCHILLER & FLEXNER LLP |
| Nevada State Bar No. 1021 | 5301 Wisconsin Ave, NW |
| BRADLEY SCHRAGER, ESQ. | Washington, DC 20015 |
| Nevada State Bar No. 10217 | Telephone: (202) 237-2727 |
| DANIEL BRAVO, ESQ. | Fax: (202) 237-6131 |
| Nevada State Bar No. 13078 | |
| 3556 East Russell Road, Second Floor | RICHARD J. POCKER #3568 |
| Las Vegas, NV  89120 | (rpocker@bsfllp.com) |
| Telephone:  (702) 341-5200 | BOIES, SCHILLER & FLEXNER LLP |
| Fax:  (702) 341-5300 | 300 South Fourth Street, Suite 800 |
| | Las Vegas, NV 89101 |
| **COHEN MILSTEIN SELLERS & TOLL, PLLC** | Telephone: (702) 382 7300 |
| | Fax: (702) 382 2755 |
| Benjamin D. Brown | |
| Richard A. Koffman | DONALD J. CAMPBELL #1216 |
| Hiba Hafiz | (djc@campbellandwilliams.com) |
| 1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005 | J. COLBY WILLIAMS #5549 |
| | (jcw@campbellandwilliams.com) |
| Telephone: (202) 408-4600/Fax: (202) 408 4699 | CAMPBELL & WILLIAMS |
| bbrown@cohenmilstein.com | 700 South 7th Street |
| rkoffman@cohenmilstein.com | Las Vegas, Nevada 89101 |
| hhafiz@cohenmilstein.com | Telephone: (702) 382-5222 |
| | Fax: (702) 382-0540 |
| **JOSEPH SAVERI LAW FIRM, INC.** | *Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC* |
| Joseph R. Saveri | |
| Joshua P. Davis | *Attorneys of Record for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC* |
| Matthew Weiler | |
| Kevin E. Rayhill | |
| 505 Montgomery Street, Suite 625 | |
| San Francisco, California 94111 | |
| Telephone: (415) 500-6800/Fax: (415) 395-9940 | |

2
Stipulation to Withdraw Dkt. 191

jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama*

**ATTESTATION OF FILER**

The signatories to this document are myself and Michael Dell'Angelo, and I have obtained Mr. Dell'Angelo's concurrence to file this document on his behalf.

Dated: November 19, 2015

BOIES, SCHILLER & FLEXNER LLP

By: /s/ John F. Cove
John F. Cove, Jr. (*Pro Hac Vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
Email: jcove@bsfllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **STIPULATION TO WITHDRAW DKT. 191** was served on November 19, 2015 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/  Suzanne Jaffe_____

An employee of Boies, Schiller & Flexner, LLP