# ATTACHMENT A

<u>**Exhibit A: Plaintiffs' Search Term Proposal**</u>

1. **Promoters**

Bellator or Strikeforce or (Explosion Entertainment) or Forza or SF or Legacy or (M-1) or M1 or Affliction or (cage w/4 (King or fury)) or (KOTC) or (International Fight League) or (IFL) or (Golden Boy) or Titan or Invicta or Pride or (Semaphore Entertainment) or SEG or (World Series) or WSOF* or MMAWC or (World Extreme Cagefighting) or (WEC) or *elite* or Coker or Rebney or (T-shirt Guy) or Strikefarce or Farce or (De la hoya) or Maynard or Vadim or Finkelstein or Finkelchtein or Atencio or Bassiri or Hess or McMahon or Pavelich or Knapp or Trebilcock or Cuban or HDNET or Otto or Gareb or Shamus or Fishman or Meyrowitz or Sefo or Harris or Adams or Lappen or Chou or Cesar or Gracie or Kenn or Ellner or Kogan or (cokeriec@aol.com) or (crazybobcook@hotmail.com) or Resurrection or RFA* or (Maximum Fighting Championship) or (zadek@earthlink.net) or shaw or (@kingofthecage.com) or Dream or (K1) or (K-1) or Sharks or Trump or rharris209@aol.com or (World Fighting Alliance) or WFA or BAMMA or (One FC) or (One Championship) or (Jungle w/2 Fight) or Sportfight or sharkfight or (Shark Fight) or KSW or shooto or CFF or (Pacific w/2 Extreme) or (Road FC) or (Australian Fighting) or AFC or (Lion w/2 Fight) or (Glory w/2 Kickboxing) or Metamoris or (top rank) or haymon or Turi or Altavilla or muaythaimes@aol.com or Cui or Sakakibara or Yuki or Matsui or Nagashima or Kondo or Beard or Wallid or Ismael or André or Pederneiras or Blatnick or Osborne or Pav or Alaa or Rizin or Damn or (@caa.com) or Weinstein or bushido or (elimin* w/10 promot*) or FILA or (@dallasmavs.com) or Apy

2. **Agents**

Soares or Mick or Maynard or Vadim or Finkelstein or Finkelchtein or Fedor or Emelianenko or Atencio or Hess or Bassiri or Pavelich or Lex or McMahon or Knapp or Trebilcock or Thoele or Abdel or Aziz or Romie or Aram or arum or Rico or Chiaperelli or Ibarra or Zinkin or Dominance or Narwan or Ghiasi or Monte or Cox or Clark or Roveta or Hirata or Butler or Hamper  or Genet or Stansell or Lagufuania or Audie or Attar or Bittner or Echteld or Joost or Raimond or Kogan or Robinson or Malki or Kawa or (First Round Entertainment) or Fosco or Pavia or (MMA Agents) or (MMA w/2 Inc*) or Guedes or Kholinsky or Davis or (Martin Advisory Group) or (American Top Team) or Lambert or Rodolphe or Beaulieu or Spira or (Fight Tribe) or Darin or Harvey or Montie or Cox or Monty or (William Morris) or (Wm) or WMA or Ari or Emmanuel or Slater or Cook or House or Harvick or KHI or Harriman or Prajin or Meyer or Quest or (Team Quest) or Follis or Xtreme

3. **Sponsors**

Tapout or RVCA or (MMA w/2 (performance or authentics or warehouse or stop or overload or century)) or Bud* or (Andrew w/2 Simon) or (Anheuser-Busch) or InBev or Harley or HD or (MetroPCS) or (EA w/2 sports) or (Electronic Arts) or Monster or Toyo or Topps or Fram or THQ or MusclePharm or (Muscle farm) or (Proctor & Gamble) or (P&G) or (Head & Shoulders) or Dodge or Ram or (Corn Nuts) or (Kraft Foods) or (Ultimate Poker) or Xyience or Ubisoft or Xbox or Microsoft or (Safe Auto) or Alienware or Unibet or Renault or (TNT Energy Drink) or (IntegralMedica) or (Warner Brothers) or WB or (Burger King) or (Condom Depot) or (Dynamic

Fastener) or Edge or Rockstar or Marine* or (Gordon Biersch) or Alchemist or (American w/2 (Ethanol or Fighter)) or (AMP) or (Bad Boy) or (Blowout Cards) or (Blue Planet) or (Bodybuilding.com) or (Bony Acai) or Boost or (BSN) or (CardaldaMMAge) or (Champion Nutrition) or (Clinch Gear) or Conquest or (CSC Memorabilia) or (Dead Game) or (Death Clutch) or (Defense Soap) or Dethrone or (Dirty Boxer) or Dollamur or DPMS or Drako or (Dymatize Nutrition) or (Ecko Unlimited) or Engage or Everlast or Fairtex or (FIGHT* w/2 (Magazine or fuel or shop or only)) or (Form Athletics) or FRAM or (Full Contact Fighter) or (Full Tilt Poker) or Hayabusa or Headblade or Headrush or (Heavy Hands) or (Hitman Fight Gear) or (Island Supplements) or (Gamma Labs) or Gatorade or (Grappler's Quest) or (Jack's Links) or Jaco or (Jimmy John's) or Jitz or (Kill-It) or Kimurawear or Lexani or (Metal Mullisha) or (Micro Tech) or (MTX Audio) or Nanotech or Nike or Nutrabolics or Nuvasive or (On The Mat) or (One More Round) or (Original Grappler) or (Punishment Athletics) or (Ranger Up) or RBP or Reebok or Revgear or RSCL or (Sacramento Kings) or (Silver Star) or Sinister or (Seven Deuce) or Spencer* or Sprawl or Suffer or TCB or (Tequilla Cazadores) or (Theopenmat.com) or (The Gun Store) or Throwdown or (Tilted Kilt) or (Tokyo Five) or (Tri Coasta) or TRX or UAS or (Under Armour) or (under armor) or (Warrior International) or Venum or (Xtreme Couture) or unleashed or undisputed or ((sponsor* or endors* or licens*) w/3 (tax* or fee* or pay*)) or (Round 5) or (Action figures) or aka or (trad* w/3 card*) or (Upper Deck) or (Cage Fighter) or (Fighters Only) or Silverstar or (Silver Star) or FCF or (Joel w/2 Gold) or Kreiner or Jakks or (And1) or (video game)

4. **Media**

(Mixed Martial Arts LLC) or twitter or facebook or google or Crave or (USA Today) or Sherdog or (@mixedmartialarts.com) or bloodyelbow or MMAPayout or Underground or Youtube or MMAFighting or MMAWeekly or (MMA Junkie) or BNQT or (Heavy.com) or Ferrall or (Amy Martin)

5. **Broadcasters**

Spike or Viacom or Showtime or Fox or HBO or (Home Box Office) or Dish or (Time Warner) or Cox or DirecTV or Comcast or Combate or (Globo TV) or (Joe Hand Productions) or (Ross Greenburg) or G4 or (Project Octagon) or AXS or HDNet or (Blue Entertainment) or Yahoo* or Televisa or Tornabene or Mezger or Cuban or (Andrew w/2 Simon) or Thoele or (@hd.net) or (Joeboxer1966@aol.com) or (@axs.tv) or (@axs.com) or (@hdnetfights.com) or (@axstvfights.com) or INDemand or VOD or (video-on-demand) or ((distribution or license) w/5 (deal or contract or agreement)) or IPTV or (Internet protocol television) or distributorship or ((Broadcast* or TV or PPV or Pay-per-view) w/10 (agreement or contract or deal)) or (PPV w/2 (revenue* or pric*)) or (The ultimate fighter) or TUF or Challenger* or Hershman or Espinoza or (Kevin Kay) or Panasonic or NBCSports or AOL

6. **Venues**

(Bell Centre) or (Air Canada Centre) or MGM or Palms or Staples or (Hard Rock) or (The Joint) or (Honda Center) or (SAP Center) or (HP Pavilion) or (Sleep Train Arena) or (American

2

Airlines Center) or (IZOD Center) or (Colisee Pepsi) or (Foxwoods) or (Rogers Arena) or (Prudential Center) or (Target Center) or (Toyota Center) or (United Center) or (1st Bank Center) or (Amway Center) or Gwinnett or (AT&T Center) or (Baltimore Arena) or (BB&T Center) or (Bank Atlantic Center) or (BMO Harris Bradley Center) or (BOK Center) or (Bradley Center) or (Bridgestone Arena) or (Consol Energy Center) or (Cross Insurance Center) or (Ernest N. Morial Convention Center) or (Fort Hood) or (HSBC Arena) or (First Niagara Center) or (Key Arena) or (KFC Yum! Center) or ((key or prime or important) w/2 (venue or sponsor)) or (Omaha Civic Auditorium) or (Oracle Arena) or (Patriot Center) or (Pepsi Center) or (Phillips Arena) or (Revel) or (Smoothie King Center) or (Talking Stick Resort Arena) or (TD Garden) or (Tingley Coliseum) or (US Bank Arena) or (Valley View Casino Center) or (Verizon Center) or (Wells Fargo Center) or (The Pond) or Mandalay or hold* or jobing*

7. **General Terms**

((promotion* or ancillary or merchant* or bout) w/5 (rights or contract or agreement or deal)) or exten* or toll* or ((talent or athlete or fighter) w/2 (comp* or earn* or pay*)) or (match w/10 comp*) or (professional w/2 (sports or football or boxing or mma or baseball or hockey or tennis)) or NFL or NHL or MLB or (Canadian football league) or (arena league) or CFL or *fuck* or kill* or (grim reaper) or dogfight* or (world fucking domination) or (reshap* w/10 sport*) or (scorched earth) or noncompet* or (non-compete) or (co-promote) or (co-promoted) or (co-promotion) or (minor league) or (Triple-A) or (shit loads of money) or shithole or (fight* w/2 (union* or assoc*)) or monopoly or monopsony or antitrust or Sherman or dominat* or (market w/10 (power or mma)) or (class w/2 action) or ((injury or medical) w/2 suspension) or exclusiv* or (contract w/2 negotiat*) or (champio* w/2 clause) or (Match* w/2 clause) or (right w/2 match) or (identity w/2 right*) or ((sponsor* or venue or arena or merch*) w/5 (agreement or contract or deal or revenue or income or license)) or counterprogramming or (counter-programming) or Resha or (professional options) or (main w/2 compet*) or (side w/2 letter) or mmafa or ((analy* or Promot*) w/5 (agreement or contract or negotiate* or merge* or acquire* or acquisition*)) or (O'Bannon) or Keller or NCAA or valuation or (Project Gulfstream) or ((barrier* or obstacle*) w/3 entr*) or (recogniz* w/5 (brand and MMA)) or (compet* w/5 (org* or promot* or league)) or ((long w/2 term) w/5 (contract* or agreement* or deal*)) or (retain w/10 (champ* or fighter or athlete or talent)) or (control w/5 (fighter* or athlete or talent or content)) or video or ice or icing or bench* or (regional w/2 promotion) or clip* or culinary or workers or CWU or (local 226) or (license w/2 Zuffa) or (Sponsorship Request Form) or Flash or (Abu Dhabi) or LMFAO or deutsche or goldman or (JPMorgan) or (JP Morgan) or (J.P. Morgan) or (@stationcasinos.com) or (@gs.com) or (@db.com) or (high barriers) or competitor* or blackstreet or moody* or (standard w/2 poor) or (S&P) or Gahan or termin* or (unif* w/2 rule*) or (The Ultimate Fighter) or (TUF) or (joint venture) or (asset value) or (synergy effect) or (UFC Bank Book) or (maxmorco@sbcglobal.net)

8. **Fighter Names and Nicknames:**

Abdurahimov or ABEDI or Abreu or Akhmedov or Akiyama or ALBU or Alcantara or Aldo or ALENCAR or Alers or ALESSIO or Alexandre or Aliev or Alloway or Almeida or Alvarez or Alves or Alvey or ALZAGA or Amagov or Amirkhani or Anderson or Andrade or Andrews or

3

Ansaroff or Anying or Anzai or Arantes or Araujo or Arlovski or Arreola or Askham or Assuncao or Attonito or Aubin-Mercier or Audinwood or Augusto or Backstrom or Baczynski or Bader or Badi or Badurek or Bagautinov or Bahadurzada or Bailey or Bandel or BANG or Banuelos or Barao or Barberena or Barbosa or Barboza or BARNABE or Barnatt or Barnett or Baroni or Barroso or Barry or Bass or Baszler or Beal or Bedford or Bektic or Belcher or Belfort or Beltran or Benavidez or Benitez or Benoist or Benoit or Berish or Bermudez or BEZERRA or Birchak or Bisping or Blachowicz or Blackledge or Blanco or Bloodworth or Bocek or BOETSCH or Bongfeldt or BONNAR or Borg or Bosse or Bowles or Bowling or Bradley or Braga or Brammer or Branch or Brandao or Breese or Brenneman or BRILZ or Brimage or Briones or Britz or Brookins or Broughton or Brown or Browne or Brunson or Bubba or Burkman or Burns or Burrell or Bush or Cabral or Caceres or Calderwood or CAMBPELL or CAMOES or Camozzi or Campbell or Campos or Campuzano or Camus or Cane or CANNETTI or Cannonier or Cantwell or Caraway or Cariaso or Carlos or Carmont or Carmouche or Carneiro or CARNIERO or Carrizosa or Carvalho or Carwin or Case or Casey or Castillo or CASTRO or Catone or Cavalcante or Cedenblad or Cedeno or Cejudo or Cella or Cerrone or Cesar or Cezario or Chambers or Chavez or Cheng or Chiesa or Chivitchian or Choi or Cholish or Chope or Christodoulou or Chul or CIRIACO or Clark or Clarke or Clements or Clopton or Cofer or Collard or Collier or Condit or Cope or Copeland or Corassani or Cormier or Correia or Cote or Couture or Covington or Credeur or Cro or Cruickshank or Cruz or Cummings or Cummins or CUNHA or Curran or CUSTODIO or DA or Dalby or Daly or Damm or Danho or Danzig or Dariush or Davis or De or (De La Torre) or (DE LIMA) or DeBlass or del or DELGADO or Delorme or Delos or Dempsey or Denis or Diabate or Dias or Diaz or Diego or Dillashaw or Doane or Dober or DODSON or Dollaway or DOMINGUEZ or Donovan or Dos or (dos santos) or Downes or Drysdale or Dudieva or Duffee or Duffy or Dufresne or Duke or Dunham or Duran or Dutra or Dwyer or Easton or Ebersole or Eddiva or Edgar or Edilov or Eduardo or Edwards or EINEMO or Elkins or Ellenberger or Elliott or Ellis or Emerson or Entwistle or Enz or Erokhin or Escovedo or Escudero or Esparza or ESTRADA or Etim or Evans or Evans-Smith or Eye or Faaloloto or Faber or Fabinski or Felder or Ferguson or Ferreira or FIGUEIREDO or Figueroa or Fili or FILIPOVIC or Fisher or Fitch or Fletcher or Florian or Fodor or Font or Formiga or Forte or Franca or Frank or Franklin or FREDERIKSEN or FREIRE or Fukuda or Fullen or Funch or Gadelha or Gaff or Gagnon or Galera or Galindo or Gambino or GAMBURYAN or Garbrandt or Garcia or Garza or Gashimov or Gastelum or Gates or Gaudinot or Giagos or Gibson or GIVENS or Goiana or Gomez or Gomi or GONCALVES or Gonzaga or Gonzalez or Gordon or Gorman or Grabowski or Gracie or Grant or Green or Grice or Griffin or Griggs or Grispi or Grove or Grujic or Guangyou or Guelmino or gugerty or Guida or Guillard or Guimaraes or GUIMARES or Gunderson or Gustafsson or Guymon or Gyu or Hague or Hall or Hallman or Hallmann or Ham or Hamill or Hamilton or Hamman or Hardy or Harris or Hart or Harvison or Hathaway or Hayden or Hazelett or Head or Healy or Heatherly or Hecht or Hein or Heleno or Henderson or Hendricks or Henrique or Herman or HERNANDEZ or Herring or HESTER or Hettes or Hieron or High or Hill or Hioki or Hirota or Ho or Hobar or Holdsworth or Hollett or Holloway or Holly or Holm or Holobaugh or Holohan or Holst or Holtzman or Hominick or Hooker or Horiguchi or Hougland or Houston or Howard or Howell or Hughes or Hunt or HYATT or Hyun or Iaquinta or Indich or INOCENTE or Issa or Izquierdo or Jabouin or Jackson or Jacoby or Jan or Jardine or Jason or Javier or Jedrzejczyk or JEDRZELCZYK or Jensen or Jewtuszko or Jimmo or Jingliang or Johnson or Jones or Jordan or Jorge or Jorgensen or Jotko or Jouban or JUNG or Junior or Jury or Kagan or Kampmann or

Kanehara or KANG or Karlos or Kasuya or Kaufman or Kawajiri or Kedzie or Keith or Kelades or Kelly or Kennedy or Khabilov or Kikuno or KIM or Kimbura or Kimmons or Kimura or King or Kingsbury or Kish or Koch or Kongo or Koscheck or Kotani or Krause or Krauss or Krylov or KUHRAU or KUIPER or Kuivanen or Kunimoto or Kuntz or LaFlare or Lahat or Lahdemaki or Lamas or Lapilus or Laprise or Lapsley or Larkin or Larsen or Latifi or Lauzon or Lawler or Lawlor or Lawrence or Lazaro or Le or Leben or Lebout or Lee or Leites or Lentz or Lesnar or Letourneau or LeVesseur or Lewis or LI or LIM or Lima or Lindsey or LINEKAR or Lineker or Lipeng or LOEFFLER or Lombard or LOPES or Lopez or Loughnane or Loveland or Lowe or Lucas or Ludwig or Lullo or Luque or Lytle or Macario or MacDonald or Machida or Madadi or Madsen or Mafra or Magalhaes or Magana or Magny or Magomedov or MAGUIRE or Maia or Makashvili or Makdessi or Makhachev or Makhov or Makovsky or Maldonado or Manley or Manny or Manuel or Manuwa or Marcello or Maria or Mariano or Markes or MARKI or Markos or MARQUARDT or MARQUES or Marshall or Martin or Martinez or Martins or Marunde or Massenzio or Masvidal or Matsuda or Matthews or Matyushenko or May or Maynard or McCall or McCorkle or McCray or McCrory or MCDANIEL or McDonald or McGee or MCGILLIVRAY or McGregor or McKee or McKenzie or McLellan or MCLELLEN or McMann or MEANS or Medeiros or Mein or Melancon or Melendez or Mendes or MENDEZ or Menjivar or Merritt or Meza or Michael or Michaud or Miller or Mills or Mina or Miocic or Mir or Miranda or Mitchell or Mitrione or Mitsuoka or Mizugaki or Modafferi or Moicano or Montague or Montano or Moontasri or Moraes or Moraga or Morales or Moras or Morecraft or Moreira or MORGAN or Moroz or MORRISON or Mousasi or Mulhern or Munhoz or MUNIZ or Munoz or Murphy or Musoke or Mustafaev or Nakai or Nakamura or Nam or Namajunas or Narvaez or NAVARRO or Neace or Nedkov or Neer or Nelson or NETO or Ngannou or Nguyen or Niinimaki or Nijem or Nilsson or Ning or NINIMAKI or Njokuani or NOBRE or NOGUEIRA or Noke or Noons or Northcutt or Nover or Nunes or Nurmagomedov or O'BRIEN or O'Connell or Ogle or OKABE or Okami or Oliveira or OLIVERIA or Oliynyk or Omer or Omielanczuk or Omigawa or O'Neil or O'Reilly or Ortega or Ortiz or Overeem or Ozkilic or Pace or Pacheco or Page or Pague or PALACIO or Palaszewski or Palelei or Palhares or Papazian or Papy or Parke or Patrick or Pawlak or Payan or Pearson or Pellegrino or Pena or Pendred or Penn or Penne or Penner or Pennington or Pepey or Peralta or Perez or Perosh or Perpetuo or Pesta or Pettis or Pfister or PHAN or Philippou or Phillips or Pichel or Pickett or Pierce or Pierson or Pinchel or Pineda or Poirier or Pokrajac or Ponzinibbio or PORTILLO or Potts or Prado or Prater or Prazeres or Proctor or PUIG or Punk or Pyle or Quarry or Queiroz or Quinlan or Rakoczy or Ramos or Rawlings or Ray or Redmond or Reinhardt or Reis or Reneau or RENEAU-PEREZ or REYES or Rhodes or Ricci or Riddle or Riggs or Riley or Ring or Rio or Rivas or Rivera or Roberts or Robertson or Rocha or Rockhold or Rodrigo or RODRIGUES or Rodriguez or Rogerio or Roller or Romero or Ronson or Roop or ROPER or Rosa or Rosholt or Rothwell or Rousey or Rua or Rubio or Ruediger or Russow or SABINO or Sadollah or Saenz or Saffiedine or Saggo or Sai or Sajewski or Sakara or Salas or Salazar or Samman or Sampo or Sanchez or Sanders or Sandoval or Sangcha-an or Santiago or Santos or Sarafian or SASAKI or Sass or Sato or Saunders or Schafer or Schaub or SCHILLING or Scoggins or Scott or Seery or Semerzier or Serrano or Sexton or Shalorus or Shields or Shimizu or Shockley or SHOKLEY or SICHACA or Sicilia or Siler or Silva or Silverio or Simpson or Siver or Skelly or Smith or Smolka or Sobotta or Sonnen or Soriano or Soszynski or Sotiropoulos or Soto or Souza or Spang or Spencer or SPOHN or St. or Stahl or STALLINGS or Stann or Starks or Stasiak or Stephens or Sterling or Stevenson or Stittgen or Stone or Story or Stout or St-Pierre or Strickland or

Stringer or Struve or Stumpf or Sullivan or Sung or Swanson or Swick or Syler or Taisumov or TAISUMOW or Taleb or Tamura or Tanaka or Tate or Tavares or Taylor or Te or Teixeira or TEIXIRA or Tezuka or Thatch or Theodorou or Thiago or Thompson or THOMSOM or Thoresen or Tibau or Tickle or Ticman or Tie or Tokudome or TOME or Toney or Torres or TOSAKI or Trator or TREVINO or Trinaldo or Troeng or Trujillo or Tuchscherer or Tuck or Tuerxun or Tukhugov or Tumenov or Ulka or Umalatov or Uno or Urbina or Urushitani or Uyenoyama or Vaculik or Valencia or Vallie-Flagg or Van or VanZant or Varner or VASCONCELOS or VAZQUEZ or Velasquez or VEMOLA or Vera or Viana or Vick or Vieira or Villante or Villefort or Vinicius or Voelker or Volkmann or Wade or Waldburger or Walker or Wall or Walsh or WANG or Warburton or WARD or Waterson or Watson or Webb or Wee or Weidman or Werdum or Westcott or White or Whiteford or Whiteley or Whittaker or Wilkinson or Williams or Wilson or Wiman or Wineland or Winner or Wisely or Wisniewski or Woodley or Yagin or Yahya or Yakovlev or Yamamoto or Yang or Yao or Young or Yousef or Yvel or Zachrich or Zaleski or Zapata or Zeferino or Zhang or Zingano or Shamil or Ricardo or Omari or Yoshihiro or Ildemar or Iuri or ANTUNES or Marcio or Sultan or Amilcar or Warlley or (De Andrade) or Adian or ADLAN or Makwan or Viscardi or Shinsho or Felipe or Igor or Andrei or Akbarh or Cleuder or Niklas or Izabela or Ali or Siyar or Shamar or Marcin or TAE or Antonio or Renan or PEGADO or Edson or HACRAN or Francimar or Shayna or Mirsad or Vitor or Maximo or Humberto or Gilbert or Nah-Shon or Yan or FABRICIO or Wagner or ALEMAN or Chico or Luiz or GUIDO or Roan or RENATO or JULIANA or Cain or GODOFREDO or Rafael or Magnus or Yosdenis or Wanderlei or Ernest or Sako or Dooho or DOO or Yui or LENIN or Akira or Bethe or CURI or Mirko or Daron or Dominick or Zak or HERNANI or Kailin or Aisling or Jarjis or Mac or Beneil or Germaine or FRIES or RANDAMIE or (Marco Rogerior) or ROSARIO or MARLON or Roland or Cyrille or CB or ALEJANDRO or ANJOS or Milana or Jessamyn or Reuben or Abdul-Kerim or Yves or JOHN-OLAV or Konstantin or Efrain or Rashad or Urijah or Bartosz or Cezar or RAFAELLO or NEVES or ANISTAVIO or Edwin or Caros or Jussier or Renee or Glaico or Francisco or WILLAMY or Riki or Masio or Sheila or MICHEL or MANVEL or Leonard or Pablo or Azamat or Kelvin or Willie or Christos or Ulysses or Takanori or PINTO or Forrest or Tyson or Vik* or Nandor or Melvin or Leonardo or Marcelo or Uriah or PIOTR or Seohee or Walt or Delson or Benson or Claudio or RAMIRO or Felice or Jimy or Hatsu or Mizuto or Kyung or Roget or JEROME-MAX or Kyoji or Dong or FILHO or Leandro or Yoislandy or Quinton or Rony or Maciej or Lavar or DeMarques or Dashon or Kajan or Demetrious or DAMARQUES or Ivan or Krzysztof or KYRZYSZTOF or CHAN or Myles or Masanori or Karel or Yusuke or Tatsuya or Rustam or Katsunori or Cheick or Naoyuki or Pascal or Nikita or Anton or Kiichi or Noad or NOADYA or Lorenz or Ilir or Robbie or Valmir or Cung or Mickael or Rocky or Vaughan or CHUN-HAN or Thales or Nik* or Jinglian or Dhiego or Hector or Lyoto or Reza or Vinny or Bernardo or Caio or AOUTNEIL or Ruslan or Rashid or Demian or BAPTISTA or Levan or Islam or Bilyal or Fabio or Jimi or Christiano or Ronny or Randa or WENDELL or Eliot or Adriano or Bristol or Tateki or Vladimir or Kris or Tamdan or Court or Conor or Garreth or Yancy or Yaotzin or Che or Alberto or Stipe or Mario or Eiji or Takeya or Roxanne or Sergio or Richardson or MARGARET or Maryna or Gegard or Quinn or Pedro or Magomed or Rin or Keita or Nhat or Rose or ROJELIO or Stanislav or Roy or Gunnar or Ramsey or Mats or (K.J.) or Phillipe or Amanda or Khabib or NORIFUMI or Yushin or Ednaldo or Oleksiy or Michihiro or Tito or Alistair or Alptekin or Larissa or Damacio or YOEL or Soa or SOAKAI or Rousimar or Mwimbi or Pawel or Estevan or Cathal or Raquel or Costas or Vinc or YAIR or Ruan or CARREON or CM or Bec or Marion

or Polo or Vagner or Mauricio or Rodolfo or Amir or Tarec or Lukasz or Roman or Joby or Jerrod or Roldan or Bruno or Iliarde or Takenori or Mackens or Rosi or Kamal or Shunichi or FREDY or Joaquim or GOMES or Elias or Chas or Colton or Chael or Ronaldo or Edimilson or Ovince or PREUX or Andreas or Aljamain or Hans or Cub or Bentley or Mairbek or Nordine or Issei or Michinori or MISHINORI or Miesha or Glover or Motonobu or Paulo or Oli or OLIVER or Simeon or Gleison or JANIGLEISON or Kazuki or Ronys or Miguel or Tecia or MONCAIO or Tiago or Tor or Abel or Jumabieke or Zubaira or Yuta or Gasan or Caol or Yasuhiro or BUREN or Paige or GUILHERME or Hugo or Milton or Gian or GIANPIERO or Yuri or Walel or Jonavin or Royston or Sheldon or Garett or Tyron or Rani or Dongi or Jianping or Zhikui or Besaam or BESAM or Elizeu or Joao or Tiequan or Cathilee or Demente or Wolverine or Sexiyama or Stitch or Marajo or Beast or Legionarius or Thominhas or (Silent Assasin) or Pitbull or (Smile'N) or Borz or (Mr. Finland) or (Beastin 25/8) or (Bate Estaca) or Strina or Animal or Sertanejo or (Pit Bull) or (El Caballero) or (Quebec Kid) or (Polish Pistola) or Darth or Puncher or (The Great) or Supernatural or Baron or (Bam Bam) or (Warmaster) or Bodao or (Real Deal) or Talent or Phenom or Mexicutioner or Psycho or Moggly or (Baby Face) or (Sha Bang Bang) or Menace or (El Toro) or Count or Ksiaze or Cieszynski or Maxi or Barbarian or (American Psycho) or (Tazmexican Devil) or Boss or Gentleman or DB or Octopus or (Bama Beast) or Bure or Immortal or Hapa or (People's Warrior) or Durinho or (Fighting Texas Aggie) or (Bruce Leeroy) or (Bad Mofo Jojo) or Shaolin or heim or Ninja or (killa gorilla) or (Kid Lightening) or Kamakazi or Girlrilla or Jucao or Hollywood or (Last Call) or (Jersey Devil) or Feijao or Jycken or Messenger or Cowboy or (Atro Girl) or Maverick or (Korean Superboy) or Hurricane or (Danger Zone) or Cassius or Prototype or (Natural Born Killer) or DC or Predator or Natural or Chaos or (Detroit Superstar) or Dominator or Durkin or askren or Sharpeshooter or (Ais the Bash) or (Man Mountain) or Benny or (Mr. Wonderful) or (Ally-Gator) or Cucuy or Pezao or Snake or Viper or Magician or Doberman or Cigano or (Irish Joe) or Gun or Answer or Damage or Juggernaut or Excalibur or Enty or (Russian Bear) or (Hecho de Mexico) or (Cookie Monster) or Suga or Evil or (California Kid) or Butcher or (Irish Dragon) or Mutante or Touchy or KenFlo or Nego or Ace or (El Lobo) or Claudinha or Anvil or (No Love) or (Dominican Nightmare) or (Whoop Ass) or (Fireball Kid) or Napao or (Polish Pitbull) or Dangerous or (Real One) or Carpenter or Leleco or MagRao or Mauler or (Prime Time) or Pletwal or (Hamderlei Silva) or (Freight Train) or Outlaw or (Big Ticket) or Hitman or Slump or Sergeant or Hendo or Smooth or (Bigg Rigg) or KLB or (Short Fuse) or (Little Bulldog) or Headbussa or Kid or Overkill or Pugnus or Crowbar or (Hold it Down) or Blessed or (Preacher's daughter) or Hooligan or Machine or Hangman or Doomsday or (Super Samoan) or Ragging or Brodinho or Tiger or Rampage or Leech or Rumble or Ragin or (Mighty Mouse) or Bones or Savage or (Young Guns) or Brahma or (Korean Zombie) or Fury or (Mr. Perfect) or Crusher or Steamrolla or Maestro or (New Breed) or Kos or Panzer or (Al Capone) or Strasser or Lion or Neo or (Jelly Bean) or Bully or (Double Impact) or Disciple or Monsoon or Sledgehammer or (J-Lau) or Ruthless or Filthy or Bidu or (American Kidd) or Crippler or Ragnar or (Motown Phenom) or Carny or Trouble or (Black Beast) or (Ju Thai) or (Hands of Stone) or Showeaher or (Silent Assassin) or (Red King) or Dragon or (Mad Dog) or Hellboy or (Your Majesty) or Leopard or Goretz or Hornet or Bull or (Fun Size) or (Caipira de Aco) or (Poster Boy) or (Quiet Storm) or Gremlin or Mineiro or Gamebred or (Celtic Kid) or (Uncle Creepy) or (Barn Cat) or Mayday or Notorious or (Soldier Boy) or (Dirty Bird) or Frisson or (El Nino) or Magrinho or (Soldier of God) or (Lex Luther) or Meathead or Dodger or Moonwalker or Panther or Chimmy or Cheesecake or (Iron Woman) or DreamCatcher or (Young Punisher) or (Filipino Wrecking

Machine) or Nico or K-Taro or (Korean Bulldozer) or Thug or (Big Country) or Gunni or Smasher or (Little Nog) or (Big Nog) or KO or Super or (Filipino Assasin) or Lioness or Eagle or (Real OC) or (Do Bronx) or (Boa Constrictor) or Badger or (T-City) or Reem or (Huntington Beach Bad Boy) or Stormin or Prince or Nuguette or (Venezuelan Vixen) or Prodigy or Goyito or Diablito or Hippo or Showtiwme or Fist or (From Hell) or (One-Punch) or Punisher or Diamond or (Gente Boa) or Tractor or (CM Punk) or Quicksand or Rowdy or Braveheart or Redster or (Belizean Bruiser) or Diesel or Pittbull or Cisco or (Hot Chocolate) or Pantera or (Boston Strong) or (Big Show) or Shogun or Sponge or Wookie or (J-Bomb) or (El Gallito) or Anqa or Dream or (J-Reazie) or Executioner or Marreta or Sassangle or (Killa B) or Tank or Bear or (2Tap) or (El Profe) or Bigfoot or Spider or Indio or Buscape or (Netto BJJ) or Ax Murderer or Scrapper or Hot Sauce or Peacemaker or (Da Last Samurai) or (American Gangster) or (Polish Experiment) or (One Bad Mofo) or Jacare or (Real Steel) or (All American) or Webster or (Lil' Heathen) or (Funk Master) or Horror or Rush or Tarzan or Skyscrapper or Silencer or Quick or Beckan or Cupcake or Relentless or Macapa or Rukus or Spartan or Wonderboy or (Tiny Tomato) or Massaranduba or Hammer or Killa  or (Super Saiyan) or Warrior or Einstein or Cobra or Vas or (12 Gauge) or Chito or Texecutioner or (Filthy Rich) or (Karate Hottie) or Spyder or (Vai Cavalo) or Reaper or (Johnny Bravo) or (Chosen One) or (Thunder of North) or Ox or Conqueror or wolf or Alpha or sherk