# ATTACHMENT B

Zuffa's Proposed Search Terms

1. Monopoly
2. Monopsony
3. Antitrust
4. Dominat*
5. "market power"
6. Fitch
7. Cung
8. Quarry
9. Vazquez
10. Vera
11. Garza
12. Ruediger
13. Danzig
14. Kingsbury
15. Uyenoyama
16. Bellator
17. "World Series"
18. WSOF
19. RFA
20. Resurrection w/2 Fighting
21. Titan
22. Invicta
23. BAMMA
24. Strikeforce
25. Pride
26. WEC or "World Extreme Cagefighting"
27. EliteXC or "Elite XC"
28. "One FC" or "One Championship"
29. Affliction
30. K1 or "K-1"
31. KOTC or (King w/3 Cage)
32. Shooto
33. IFL or "International Fight League"
34. Jungle w/2 Fight
35. Sportfight
36. Sharkfight or "Shark fight"
37. KSW
38. "M-1 Global" or "M1 Global"

39. CFF or (Cage w/2 Fury)
40. Pacific w/2 Extreme
41. "Road FC"
42. "Australian Fighting" or AFC
43. Lion w/2 Fight*
44. Glory w/2 Kickboxing
45. Metamoris
46. "Golden Boy"
47. "Top Rank"
48. Al w/2 Haymon
49. Coker
50. Class w/2 action
51. (injury or medical) w/2 suspension
52. Tolling or tolled
53. Extend* or extension
54. Exclusiv*
55. Contract w/2 Negotiat*
56. Champio* w/2 clause
57. (Match* w/2 clause) or (right w/2 match)
58. Identity w/2 right*
59. Sponsor* w/2 (agreement or contract)
60. Venue w/2 (agreement or contract)
61. Merchan* w/2 (agreement or contract)
62. "Electronic Arts" or THQ or "video game"
63. Counterprogramming or "counter-programming"
64. Romie w/2 Arum
65. Audie w/2 Attar
66. Brandon w/2 Bittner
67. Rico w/2 Chiapparelli
68. Jeff w/2 Clark
69. Bob w/2 Cook*
70. Monte w/2 Cox
71. Jason w/2 Genet
72. Rose w/2 Gracie
73. Shu w/2 Hirata
74. Gary w/2 Ibarra
75. Dan* w/2 Lagafuaina
76. Suzanne w/2 Le
77. Ken w/2 Pavia
78. Robert w/2 Roveta

79. Ed w/2 Soares
80. Matt w/2 Stansell
81. Nick w/2 Thompson
82. O'Flaherty w/2 Heim
83. Main w/2 compet*
84. Side w/2 letter
85. Union* w/2 (fighter* or MMA or athlete*)
86. Fighter w/2 association
87. MMAFA
88. (Analyst* or analysis or analyses or analyz*) w/5 (mma or "mixed martial")
89. Promoter* w/2 (agreement or contract or negotiat* or merge* or acquire* or acquisition*)
90. (Broadcast* or TV or PPV or Pay-Per-View) w/2 (agreement or contract)
91. O'Bannon or ("Kellar v. Electronic Arts") or ("NCAA case")