# EXHIBIT A

## Search Terms Not in Dispute

| | | | |
|---|---|---|---|
| **Total Document Search Population   (Zuffa network e-mail)** | 1,441,121 | | |
| **Total Deduped Document Hits** | 331,392 | | |
| **Total Reviewable Population** | 435,668 | | |

| SEARCH_TERM | Doc Hit Count | Doc Count w/ Families | Unique Doc Count |
|---|---|---|---|
| exclusiv% | 69,680 | 186,829 | 19,797 |
| competit% | 60,009 | 264,715 | 14,209 |
| near((bout, agreement%),5) | 41258 | 109073 | 12639 |
| extension% | 34770 | 109194 | 4787 |
| extend% | 34504 | 94849 | 9783 |
| near((promot%, agreement%),5) | 34397 | 105040 | 3034 |
| near((venue, revenue),5) | 28,844 | 220,164 | 24,799 |
| near((May, agreement),5) | 23790 | 98442 | 866 |
| near((ancillary, rights),5) | 22,005 | 77,643 | 41 |
| near((profession%, sport%),3) | 19,177 | 60,146 | 1,306 |
| HBO | 17,093 | 48,742 | 1,225 |
| Pride | 17,010 | 66,765 | 3,498 |
| near((May, rights),5) | 16898 | 54618 | 623 |
| Strikef% | 16418 | 83398 | 2241 |
| near((licens%, fee%),3) | 16,030 | 50,656 | 2,294 |
| near((bout, rights),5) | 15,424 | 54,186 | 26 |
| near((fight%, assoc%),2) | 15380 | 51671 | 474 |
| near((profession%, MMA), 3) | 15,335 | 231,007 | 3,683 |
| near((venue, agreement),5) | 14,502 | 45,732 | 831 |
| Viacom | 14,495 | 44,330 | 647 |
| near((bout, contract%),5) | 13839 | 45280 | 109 |
| {WEC} | 13,783 | 69,198 | 2,086 |
| near((May, bout),5) | 13703 | 34934 | 2099 |
| near((merchan%, rights),5) | 12,564 | 47,761 | 111 |
| near((May, offer%),5) | 12169 | 28836 | 4399 |
| elite% | 10,492 | 35,320 | 3,341 |
| near((May, pay%),5) | 9504 | 25622 | 2118 |
| {video game} | 9,233 | 28,685 | 1,277 |
| near((merchan%, agreement%),5) | 8981 | 27365 | 489 |
| near((compet%, promot%),5) | 8,637 | 35,283 | 49 |
| Bellator | 7,460 | 16,800 | 2,733 |
| Televisa | 6,967 | 13,165 | 4,563 |
| near((May, contract),5) | 6950 | 28101 | 424 |
| near((unif%, rule%),2) | 6,755 | 24,513 | 585 |
| Legacy | 5,970 | 20,628 | 2,448 |

## Search Terms Not in Dispute

| | | | |
|---|---|---|---|
| near((licens%, pay%),3) | 5,896 | 20,386 | 217 |
| dominat% | 5,870 | 15,572 | 1,359 |
| Showtime | 5,761 | 16,930 | 1,115 |
| Maynard | 5,672 | 20,283 | 1,622 |
| near((licens%, tax%),3) | 5,660 | 20,659 | 163 |
| near((May, negotia%),5) | 5553 | 23301 | 220 |
| near((fighter, compen%),2) | 5496 | 20716 | 602 |
| Fitch | 5,286 | 18,235 | 907 |
| near((sponsor%, deal),5) | 5,134 | 6,849 | 1,291 |
| near((May, exclusiv%),5) | 4952 | 18000 | 0 |
| {M-1} | 4,916 | 25,541 | 2,838 |
| Cung | 4,853 | 15,713 | 1,887 |
| near((May, compensation),5) | 4787 | 19057 | 330 |
| Vera | 4,732 | 23,492 | 721 |
| near((control, fighter%),5) | 4,470 | 18,231 | 192 |
| near((Silva, bout),5) | 4328 | 11167 | 2272 |
| near((sponsor%, agreement),5) | 4,319 | 11,656 | 532 |
| near((Page, agreement),5) | 4032 | 15482 | 361 |
| {co-promote} | 3,978 | 17,205 | 36 |
| near((AMP, sponsor%),5) | 3,910 | 3,937 | 2,261 |
| near((PPV, revenue%),2) | 3,798 | 8,458 | 814 |
| McMahon | 3,664 | 15,006 | 1,498 |
| near((promot%, negot%),5) | 3262 | 12993 | 63 |
| near((Sponsor%, pay%),3) | 3209 | 6919 | 585 |
| Sherman | 2,976 | 11,125 | 1,112 |
| MMAF% | 2875 | 4193 | 1458 |
| Pederneiras | 2,850 | 7,654 | 1,090 |
| Forza | 2,761 | 9,086 | 136 |
| Affliction | 2,678 | 6,187 | 335 |
| near((Page, offer%),5) | 2637 | 4152 | 469 |
| Wallid | 2,618 | 5,439 | 566 |
| near((pro, MMA),3) | 2,471 | 17,901 | 681 |
| antitrust | 2,235 | 5,404 | 457 |
| shooto | 2,144 | 13,366 | 666 |
| M1 | 2,134 | 16,080 | 1,064 |
| near((May, royalty),5) | 2081 | 8974 | 32 |
| Hallman | 1,988 | 12,462 | 322 |
| near((Jan, bout),5) | 1971 | 3128 | 1007 |
| {K-1} | 1,970 | 17,677 | 390 |
| near((fighter, earn%),2) | 1,878 | 8,921 | 47 |
| Kingsbury | 1,873 | 8,709 | 144 |
| Danzig | 1,846 | 8,934 | 123 |
| near((class, action),2) | 1,806 | 4,373 | 521 |
| WSOF% | 1,790 | 3,258 | 608 |
| Garza | 1,779 | 11,695 | 262 |
| near((Jan, pay%),5) | 1708 | 2931 | 502 |
| {Golden Boy} | 1,699 | 3,786 | 249 |

## Search Terms Not in Dispute

| Term | | | |
|---|---|---|---|
| VAZQUEZ | 1,677 | 6,818 | 89 |
| IPTV | 1,663 | 9,761 | 211 |
| {top rank} | 1,648 | 2,640 | 365 |
| AFC | 1,614 | 4,457 | 538 |
| near((license, Zuffa),2) | 1,586 | 6,013 | 239 |
| near((sponsor%, contract),5) | 1,583 | 3,735 | 244 |
| near((cage, King),4) | 1,554 | 5,380 | 126 |
| {minor league} | 1,553 | 4,499 | 173 |
| near((Jungle, Fight),2) | 1,522 | 10,739 | 278 |
| near((compet%, org%),5) | 1,505 | 4,313 | 113 |
| Uyenoyama | 1,484 | 6,428 | 72 |
| near((Harris, bout),5) | 1474 | 2680 | 339 |
| Titan | 1,469 | 2,969 | 408 |
| near((pro, sport%),3) | 1,469 | 3,570 | 268 |
| Osborne | 1,443 | 2,659 | 903 |
| André | 1,365 | 6,873 | 380 |
| WFA | 1,311 | 6,313 | 76 |
| near((Page, pay%),5) | 1310 | 4539 | 422 |
| near((PPV, pric%),2) | 1,302 | 3,278 | 257 |
| Quarry | 1,276 | 5,832 | 71 |
| {KOTC} | 1,270 | 3,836 | 306 |
| near((High, pay%),5) | 1254 | 2802 | 470 |
| Otto | 1,239 | 32,591 | 357 |
| near((Lawrence, pay%),5) | 1235 | 1619 | 955 |
| Cuban | 1,220 | 2,714 | 426 |
| RFA% | 1216 | 10976 | 355 |
| near((merchan%, contract%),5) | 1166 | 2604 | 65 |
| near((White, bout),5) | 1153 | 4420 | 578 |
| Coker | 1,122 | 5,495 | 128 |
| Knapp | 1,109 | 4,791 | 639 |
| near((AMP, endor%),5) | 1,103 | 1,103 | 872 |
| near((license, deal),5) | 1,103 | 2,648 | 154 |
| near((Silva, agreement),5) | 1020 | 2274 | 92 |
| {local 226} | 1,015 | 1,517 | 332 |
| Ismael | 1,005 | 2,560 | 84 |
| near((Jan, agreement),5) | 998 | 1537 | 257 |
| near((sponsor%, tax%),3) | 971 | 2359 | 172 |
| {K1} | 969 | 12,006 | 294 |
| near((Lawrence, agreement),5) | 964 | 1384 | 389 |
| {Sponsorship Request Form} | 960 | 2,799 | 111 |
| near((athlete, compen%),2) | 956 | 2564 | 120 |
| Sharks | 909 | 2,127 | 357 |
| Keller | 905 | 4,841 | 405 |
| HDNet% | 858 | 2134 | 83 |
| near((High, offer%),5) | 852 | 2381 | 163 |
| near((culinary, workers),2) | 835 | 1,265 | 121 |
| Weinstein | 834 | 6,857 | 306 |

## Search Terms Not in Dispute

| Term | | | |
|---|---|---|---|
| near((medical, suspen%),2) | 832 | 1514 | 430 |
| near((Harris, agreement),5) | 822 | 1998 | 19 |
| {crazybobcook@hotmail.com} | 818 | 1617 | 270 |
| near((compet%, league),5) | 816 | 1,928 | 34 |
| near((merchan%, deal%),5) | 804 | 1429 | 256 |
| Espinoza | 789 | 1,791 | 231 |
| Ruediger | 770 | 4,713 | 36 |
| near((Silva, LOA),5) | 729 | 1669 | 28 |
| {De la hoya} | 720 | 1,644 | 84 |
| SEG | 719 | 2,167 | 180 |
| near((May, jack),5) | 703 | 2,887 | 96 |
| Hess | 702 | 1,655 | 282 |
| near((lawrence, justin),5) | 701 | 2,895 | 149 |
| near((Silva, pay%),5) | 701 | 1325 | 237 |
| FILA | 664 | 4,387 | 122 |
| near((White, pay%),5) | 652 | 1751 | 103 |
| Vadim | 622 | 1,022 | 138 |
| near((AMP, licens%),5) | 612 | 614 | 472 |
| near((House, pay%),5) | 611 | 1338 | 214 |
| {Explosion Entertainment} | 606 | 2,508 | 16 |
| near((May, match),5) | 599 | 11204 | 200 |
| near((sponsor%, license),5) | 596 | 1553 | 32 |
| BAMMA | 592 | 3,631 | 147 |
| near((promot%, acqui%),5) | 567 | 1791 | 35 |
| near((arena, agreement),5) | 535 | 1334 | 114 |
| near((Lawrence, contract),5) | 533 | 836 | 285 |
| near((control, content),5) | 522 | 6,042 | 129 |
| Kogan | 518 | 1,132 | 140 |
| near((Jan, contract),5) | 515 | 775 | 213 |
| near((athlete, pay%),2) | 513 | 1465 | 72 |
| Beard | 512 | 2,034 | 208 |
| near((injury, suspen%),2) | 508 | 1222 | 48 |
| near((Marshall, eliot),5) | 500 | 2352 | 17 |
| near((AMP, agreement%),5) | 492 | 505 | 378 |
| {@caa.com} | 488 | 706 | 191 |
| Pavelich | 487 | 1093 | 209 |
| near((Page, contract),5) | 486 | 987 | 112 |
| bushido | 482 | 1598 | 108 |
| near((sponsor%, income),5) | 474 | 1105 | 27 |
| Resurrection | 472 | 1,285 | 52 |
| near((Lion, Fight),2) | 471 | 841 | 185 |
| {Kevin Kay} | 448 | 725 | 136 |
| near((arena, deal),5) | 447 | 572 | 182 |
| CFFC | 446 | 2,442 | 85 |
| {Home Box Office} | 439 | 839 | 10 |
| near((Silva, rights),5) | 439 | 690 | 42 |
| near((barrier%, entr%),3) | 431 | 1,686 | 22 |

Search Terms Not in Dispute

| | | | |
|---|---|---|---|
| near((Young, pay%),5) | 431 | 1497 | 29 |
| near((High, agreement),5) | 429 | 646 | 168 |
| KSW | 427 | 1,835 | 116 |
| near((AMP, tax),5) | 427 | 429 | 175 |
| near((endors%, tax%),3) | 421 | 742 | 273 |
| near((fight%, union%),2) | 421 | 1534 | 52 |
| near((AMP, contract%),5) | 418 | 470 | 85 |
| near((Jan, royalty),5) | 410 | 855 | 4 |
| near((endors%, pay%),3) | 406 | 1,248 | 45 |
| near((Page, rights),5) | 403 | 1309 | 64 |
| near((ancillary, contract%),5) | 402 | 1625 | 6 |
| Blatnick | 400 | 673 | 180 |
| near((analy%, contract),5) | 398 | 1,206 | 107 |
| {Triple-A} | 393 | 992 | 107 |
| near((Silva, purse%),5) | 392 | 803 | 9 |
| near((Jan, LOA),5) | 389 | 656 | 123 |
| {O'Bannon} | 386 | 680 | 131 |
| near((analy%, negot%),5) | 383 | 1165 | 43 |
| {IFL} | 381 | 7,549 | 28 |
| Rebney | 381 | 742 | 9 |
| near((venue, deal),5) | 379 | 555 | 269 |
| near((White, agreement),5) | 379 | 2045 | 133 |
| near((High, contract),5) | 377 | 615 | 169 |
| near((Lawrence, offer%),5) | 372 | 429 | 280 |
| haymon | 367 | 416 | 94 |
| {co-promotion} | 364 | 1,072 | 26 |
| near((side, letter),2) | 358 | 719 | 137 |
| near((Page, bout),5) | 357 | 869 | 17 |
| near((High, bout),5) | 356 | 703 | 67 |
| near((arena, contract),5) | 355 | 1,113 | 74 |
| near((page, damacio),5) | 350 | 2,613 | 14 |
| near((venue, license),5) | 335 | 915 | 19 |
| near((analy%, agreement),5) | 330 | 979 | 43 |
| near((venue, contract),5) | 327 | 834 | 67 |
| near((Head, agreement),5) | 325 | 801 | 95 |
| near((Silva, contract),5) | 312 | 497 | 98 |
| near((regional, promotion),2) | 301 | 831 | 22 |
| Trebilcock | 300 | 548 | 41 |
| near((endors%, fee%),3) | 300 | 2,350 | 210 |
| near((White, exclusiv%),5) | 300 | 639 | 0 |
| Yuki | 293 | 1,647 | 36 |
| near((Page, exclusiv%),5) | 290 | 508 | 0 |
| {Road FC} | 287 | 1,003 | 30 |
| near((High, rights),5) | 285 | 487 | 72 |
| near((main, compet%),2) | 273 | 750 | 8 |
| near((analy%, acqui%),5) | 273 | 612 | 77 |
| near((cage, fury),4) | 269 | 925 | 24 |

## Search Terms Not in Dispute

| Term | | | |
|---|---|---|---|
| Metamoris | 264 | 399 | 83 |
| near((Silva, match),5) | 263 | 1347 | 68 |
| near((Glory, Kickboxing),2) | 252 | 567 | 29 |
| near((Head, pay%),5) | 245 | 602 | 52 |
| near((Jan, rights),5) | 244 | 472 | 6 |
| near((athlete, earn%),2) | 242 | 698 | 16 |
| near((Head, bout),5) | 236 | 402 | 58 |
| near((High, compensation),5) | 235 | 620 | 102 |
| near((key, venue),2) | 228 | 1,408 | 19 |
| near((House, rights),5) | 223 | 320 | 75 |
| Sefo | 221 | 1,196 | 39 |
| near((Lawrence, negotia%),5) | 220 | 260 | 78 |
| near((bout, Deal%),5) | 217 | 391 | 10 |
| near((Lawrence, bout),5) | 217 | 264 | 6 |
| near((White, offer%),5) | 217 | 371 | 85 |
| near((High, negotia%),5) | 213 | 389 | 53 |
| Mezger | 210 | 552 | 57 |
| {co-promoted} | 201 | 617 | 40 |
| Turi | 199 | 294 | 26 |
| {Semaphore Entertainment} | 191 | 757 | 5 |
| near((control, athlete),5) | 186 | 564 | 13 |
| {International Fight League} | 185 | 799 | 5 |
| Cui | 180 | 5,427 | 79 |
| {high barriers} | 179 | 765 | 1 |
| {scorched earth} | 178 | 494 | 27 |
| near((High, exclusiv%),5) | 172 | 378 | 0 |
| Chou | 170 | 3,164 | 56 |
| {Internet protocol television} | 170 | 474 | 1 |
| near((Silva, offer%),5) | 170 | 287 | 37 |
| near((Head, rights),5) | 170 | 518 | 10 |
| near((Lawrence, rights),5) | 167 | 227 | 32 |
| near((Head, offer%),5) | 166 | 300 | 101 |
| near((White, match),5) | 162 | 282 | 130 |
| Sakakibara | 158 | 312 | 14 |
| near((Harris, pay%),5) | 157 | 243 | 75 |
| near((prime, sponsor),2) | 155 | 218 | 32 |
| near((profession%, option%),3) | 154 | 452 | 11 |
| near((Lawrence, match),5) | 154 | 165 | 18 |
| near((House, offer),5) | 151 | 279 | 100 |
| Finkelstein | 149 | 409 | 35 |
| Altavilla | 146 | 212 | 0 |
| Kondo | 145 | 1,178 | 5 |
| near((Harris, contract),5) | 142 | 387 | 44 |
| Bassiri | 140 | 216 | 0 |
| near((hall, Urijah),5) | 140 | 204 | 81 |
| near((Jan, offer%),5) | 139 | 150 | 85 |
| LMFAO | 136 | 159 | 106 |

Search Terms Not in Dispute

| | | | |
|---|---|---|---|
| near((Head, match),5) | 136 | 301 | 33 |
| {Maximum Fighting Championship} | 134 | 1,224 | 28 |
| dogfight% | 133 | 417 | 3 |
| near((White, contract),5) | 133 | 348 | 12 |
| near((House, exclusiv%),5) | 133 | 281 | 0 |
| near((Lawrence, LOA),5) | 132 | 154 | 74 |
| near((May, purse%),5) | 124 | 244 | 48 |
| near((Lawrence, exclusiv%),5) | 122 | 129 | 0 |
| Sportfight | 121 | 1,294 | 0 |
| near((High, match),5) | 120 | 287 | 21 |
| near((key, sponsor),2) | 118 | 326 | 15 |
| near((Head, compensation),5) | 117 | 231 | 20 |
| near((Young, offer%),5) | 114 | 154 | 46 |
| near((promot%, merg%),5) | 112 | 367 | 5 |
| farce | 111 | 243 | 34 |
| {grim reaper} | 107 | 352 | 4 |
| Finkelchtein | 107 | 152 | 0 |
| near((Case, kevin),5) | 107 | 185 | 53 |
| near((House, contract),5) | 107 | 197 | 62 |
| CFF | 100 | 4,321 | 22 |
| near((Jan, negotia%),5) | 98 | 224 | 54 |
| near((Page, match),5) | 97 | 266 | 31 |
| near((May, LOA),5) | 95 | 268 | 8 |
| near((White, rights),5) | 94 | 328 | 16 |
| near((Silva, exclusiv%),5) | 93 | 187 | 0 |
| MMAWC | 92 | 234 | 3 |
| near((venue, income),5) | 92 | 166 | 3 |
| near((Jan, exclusiv%),5) | 92 | 170 | 0 |
| near((analy%, merg%),5) | 91 | 163 | 5 |
| {@kingofthecage.com} | 90 | 166 | 3 |
| near((Young, rights),5) | 90 | 186 | 50 |
| near((Lawrence, compensation),5) | 89 | 130 | 27 |
| near((Head, contract),5) | 87 | 288 | 13 |
| Hershman | 86 | 165 | 5 |
| near((talent, earn%),2) | 85 | 399 | 2 |
| Pav | 84 | 158 | 21 |
| Apy | 83 | 298 | 36 |
| Meyrowitz | 80 | 151 | 19 |
| near((House, match),5) | 80 | 187 | 40 |
| near((AMP, fee),5) | 78 | 78 | 29 |
| Fishman | 77 | 135 | 18 |
| {Australian Fighting} | 75 | 340 | 0 |
| near((High, LOA),5) | 75 | 183 | 0 |
| near((AMP, negotia%),5) | 72 | 72 | 21 |
| near((Silva, negotia%),5) | 71 | 160 | 8 |
| Matsui | 70 | 549 | 12 |
| near((Page, LOA),5) | 69 | 176 | 5 |

Search Terms Not in Dispute

| | | | |
|---|---|---|---|
| near((important, venue),2) | 65 | 87 | 44 |
| near((Young, agreement),5) | 65 | 147 | 4 |
| near((White, negotia%),5) | 64 | 202 | 12 |
| near((Page, compensation),5) | 62 | 188 | 11 |
| Atencio | 61 | 136 | 2 |
| near((Harris, offer%),5) | 58 | 76 | 15 |
| counterprogramming | 57 | 84 | 23 |
| {cokeriec@aol.com} | 55 | 79 | 4 |
| near((Page, royalty),5) | 54 | 92 | 11 |
| Ellner | 53 | 2,781 | 6 |
| near((Head, negotia%),5) | 53 | 86 | 5 |
| near((Young, bout),5) | 53 | 75 | 4 |
| near((High, royalty),5) | 52 | 99 | 9 |
| near((Silva, royalty),5) | 44 | 139 | 3 |
| near((Jan, match),5) | 41 | 80 | 15 |
| CWU | 39 | 708 | 6 |
| near((Jan, compensation),5) | 39 | 70 | 9 |
| near((Young, match),5) | 38 | 70 | 9 |
| Gareb | 36 | 119 | 0 |
| near((talent, compen%),2) | 34 | 119 | 3 |
| near((ancillary, deal%),5) | 32 | 92 | 14 |
| near((Head, exclusiv%),5) | 32 | 47 | 0 |
| near((Page, negotia%),5) | 31 | 124 | 11 |
| near((Harris, exclusiv%),5) | 30 | 60 | 0 |
| near((High, purse%),5) | 30 | 57 | 14 |
| Lappen | 28 | 66 | 3 |
| near((Young, contract),5) | 27 | 42 | 12 |
| near((important, sponsor),2) | 25 | 29 | 11 |
| near((Lawrence, royalty),5) | 24 | 25 | 19 |
| near((Silva, compensation),5) | 24 | 54 | 2 |
| rharris209@aol.com | 22 | 23 | 21 |
| near((Lawrence, purse%),5) | 20 | 31 | 9 |
| near((control, talent),5) | 19 | 115 | 5 |
| near((Young, exclusiv%),5) | 19 | 54 | 0 |
| near((Harris, rights),5) | 18 | 31 | 4 |
| near((House, compensation),5) | 18 | 29 | 1 |
| near((arena, income),5) | 16 | 32 | 1 |
| near((White, royalty),5) | 15 | 33 | 0 |
| {Shark Fight} | 14 | 60 | 1 |
| near((Pacific, Extreme),2) | 12 | 25 | 0 |
| near((White, compensation),5) | 12 | 21 | 4 |
| near((Young, LOA),5) | 12 | 24 | 0 |
| near((Harris, compensation),5) | 11 | 20 | 2 |
| near((Harris, match),5) | 11 | 81 | 9 |
| near((Harris, negotia%),5) | 10 | 36 | 0 |
| {T-shirt Guy} | 9 | 48 | 0 |
| near((House, LOA),5) | 9 | 9 | 0 |

Search Terms Not in Dispute

| | | | |
|---|---|---|---|
| near((Harris, royalty),5) | 8 | 17 | 1 |
| shithole | 7 | 11 | 6 |
| Nagashima | 7 | 15 | 4 |
| near((Page, purse%),5) | 7 | 25 | 0 |
| near((Jan, purse%),5) | 7 | 10 | 2 |
| near((White, purse%),5) | 7 | 8 | 2 |
| near((House, royalty),5) | 6 | 17 | 1 |
| near((Head, purse%),5) | 4 | 16 | 2 |
| near((Young, purse%),5) | 4 | 17 | 0 |
| {zadek@earthlink.net} | 3 | 4 | 0 |
| {world fucking domination} | 3 | 3 | 0 |
| near((prime, venue),2) | 2 | 5 | 1 |
| {copromote} | 2 | 6 | 0 |
| {copromoted} | 2 | 6 | 0 |
| muaythaimes@aol.com | 2 | 2 | 1 |
| near((Head, royalty),5) | 2 | 2 | 0 |
| near((White, LOA),5) | 1 | 10 | 0 |
| near((Young, compensation),5) | 1 | 1 | 0 |
| near((Young, negotia%),5) | 1 | 1 | 1 |
| near((obstacle%, entr%),3) | 0 | 0 | 0 |
| {shit loads of money} | 0 | 0 | 0 |
| Rizin | 0 | 0 | 0 |
| sharkfight | 0 | 0 | 0 |
| near((Harris, purse%),5) | 0 | 0 | 0 |
| near((Harris, LOA),5) | 0 | 0 | 0 |
| near((Head, LOA),5) | 0 | 0 | 0 |
| near((House, purse%),5) | 0 | 0 | 0 |
| near((Young, royalty),5) | 0 | 0 | 0 |