# EXHIBIT F

From: Kirk Hendrick
Sent: Friday, February 06, 2009 8:04 AM
To: Chad Hurley
Subject: RE: CAGE FASHION SHOW

Did someone approach us directly? Or through one of our licensees?

Where is the event at?

Why would we want to do it? We are "MMA"; everyone else is just a brand being pulled along in the wake of the UFC oceanliner.

-----Original Message-----
From: Chad Hurley <churley@ufc.com>
Sent: Thursday, February 05, 2009 10:48 PM
To: Kirk Hendrick <khendrick@ufc.com>
Subject: RE: CAGE FASHION SHOW

I have discussed it with hin but we have not confirmed that we will send anything

-----Original Message-----
From: Kirk Hendrick <khendrick@ufc.com>
Sent: February 05, 2009 7:28 PM
To: churley@UFC.com <churley@UFC.com>
Subject: FW: CAGE FASHION SHOW

Chad, do you know why this says that UFC Clothing will be included?

1

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11    ZUF-00154095