WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR (Admitted *Pro Hac Vice*)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF JOHN F. COVE, JR. IN SUPPORT OF ZUFFA, LLC'S MOTION TO SEAL** |

Declaration of John F. Cove, Jr. in Support of Zuffa's Motion To Seal

I, John F. Cove, Jr., declare as follows:

1. I am an attorney admitted to practice before the courts in the states of California and New York and am admitted Pro Hac Vice to practice before this Court. I am a Partner in the law firm Boies, Schiller & Flexner LLP, counsel to Defendant Zuffa, LLC ("Zuffa") in this case.

2. I make this declaration in support of Zuffa's Motion to Seal Exhibits to the Joint Status Report. Based on my review of the files and records in this case, I have firsthand knowledge of the contents of this declaration and could testify thereto.

3. Zuffa seeks to file under seal three exhibits identified as Exhibits G, H and I to the Joint Status Report. This declaration is submitted to provide the factual and legal support for the filing of this material.

4. Federal Rule of Civil Procedure 26(c) provides that the Court may "issue an order to protect a party of person from annoyance, embarrassment, oppression or undue burden or expense" by "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specific way."

5. **Exhibit G** contains specific financial terms and incentives offered during a contract negotiation.

6. **Exhibit H** contains specific financial terms and incentives discussed during a contract negotiation.

7. **Exhibit I** contains Zuffa's confidential financial information and reflects Zuffa's internal business strategies and analyses.

8. It is my understanding that Zuffa treats the financial terms and incentives offered during contract negotiations as confidential. Zuffa also considers its internal decision-making processes and business assessments confidential. Disclosure of this information could expose Zuffa's confidential financial information and approach to internal decision-making strategies and negotiations and would provide competitors with an unfair insight into Zuffa's business practices.

9. Exhibits G and H have also been designated as confidential under the Protective Order by the third party that produced them.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing facts are true and correct. Executed this 19th day of February, 2016, in Oakland,
3  California.

4                                                   */s/ John F. Cove, Jr.*
                                                 John F. Cove, Jr.

2
Declaration of John F. Cove, Jr. in Support of Zuffa's Motion To Seal