**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL** |

1  Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and
2  Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs")
3  filed a motion for leave to file documents under seal in connection with to their motion to challenge
4  Defendant's assertion of the attorney-client privilege over a certain document is now pending
5  before the Court. Having fully considered the papers and arguments of counsel, and good cause
6  having been shown, the Court hereby **ORDERS** that:

7  Plaintiffs' motion for leave to file documents under seal is **GRANTED**. Portions of Exhibit
8  1 to the Declaration of Matthew S. Weiler ("Weiler Declaration"), all of Exhibit 3 to the Weiler
9  Declaration, and the parts of Plaintiffs' motion currently redacted and lodged under seal shall be
10 filed under seal, subject to the Court's ruling on an appropriate motion filed by Defendant.

11 **IT IS SO ORDERED:**

13 United States Magistrate Judge
   Dated: _____

14 DATED this 1st day of April, 2016

15 **JOSEPH SAVERI LAW FIRM, INC.**

17 By:   */s/ Joseph R. Saveri*

18 Joseph R. Saveri (admitted *pro hac vice*)
   Joshua P. Davis (admitted *pro hac vice*)
19 Matthew S. Weiler (admitted *pro hac vice*)
   Kevin E. Rayhill (admitted *pro hac vice*)
20 555 Montgomery Street, Suite 1210
   San Francisco, California 94111
21 Phone: (415) 500-6800/Fax: (415) 395-9940
   jsaveri@saverilawfirm.com
22 jdavis@saverilawfirm.com
   mweiler@saverilawfirm.com
23 krayhill@saverilawfirm.com

25 *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le,*
26 *Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Hiba Hafiz (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*


**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

|   |   |
|---|---|
| 1 | **SPECTOR ROSEMAN KODROFF & WILLIS, P.C.** |
| 2 | Jeffrey J. Corrigan (admitted *pro hac vice*) |
| 3 | William G. Caldes (admitted *pro hac vice*) |
|   | 1818 Market Street – Suite 2500 |
| 4 | Philadelphia, PA 19103 |
|   | Phone: (215) 496-0300/Fax: (215) 496-6611 |
| 5 | jcorrigan@srkw-law.com |
|   | wcaldes@srkw-law.com |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2016 a true and correct copy of **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL SEAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Matthew S. Weiler*