1  **JOSEPH SAVERI LAW FIRM, INC.**
   Joseph R. Saveri (admitted *pro hac vice*)
2  Joshua P. Davis (admitted *pro hac vice*)
   Matthew S. Weiler (admitted *pro hac vice*)
3  Kevin E. Rayhill (admitted *pro hac vice*)
4  555 Montgomery Street, Suite 1210
   San Francisco, California 94111
5  Phone: (415) 500-6800/Fax: (415) 395-9940
   jsaveri@saverilawfirm.com
6  jdavis@saverilawfirm.com
   mweiler@saverilawfirm.com
7  krayhill@saverilawfirm.com
8
   *Co-Lead Counsel for the Classes and*
9  *Attorneys for Individual and Representative Plaintiffs*
   *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
10 *Brandon Vera, and Kyle Kingsbury*
11
   [Additional counsel appear on signature page]
12
                    **UNITED STATES DISTRICT COURT**
13
                         **DISTRICT OF NEVADA**
14

| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045 RFB-(PAL) |
|---|---|
| Plaintiffs, | **DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE DESIGNATION** |
| vs. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

**DECLARATION OF MATTHEW S. WEILER**

I, Matthew S. Weiler, declare and state as follows:

1. I am an attorney at the Joseph Saveri Law Firm, Inc. ("JSLF"), Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury in the above-captioned matter. I am a member in good standing of the State Bar of California, and have been admitted to this Court *pro hac vice*. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this declaration in support of Plaintiffs' motion to challenge Defendant's designation of attorney-client privilege with respect to one certain email communication. Plaintiffs have met and conferred with Defendant concerning the parties' dispute over the privilege designation, but have been unable to resolve the differences in their respective views.

3. Plaintiffs and Defendant have narrowed the issues in dispute through an exchange of letters concerning their disagreement. Attached hereto as Exhibit 1 is a true and correct copy of correspondence that demonstrates the parties have engaged in a sincere effort to resolve their dispute. Exhibit 1 includes a letter, with the a redacted version of the challenged communication as an attachment, Plaintiffs received from Marcy N. Lynch of Boies, Schiller & Flexner, LLP, counsel for Defendant, dated March 4, 2016. Also included in Exhibit 1 is a letter from Kevin E. Rayhill of JSLF dated March 16, 2016 responding to Zuffa's March 4 correspondence. Exhibit 1 has been lodged with the Court under seal, and a redacted version is attached hereto.

4. This exchange follows Plaintiffs' request, in prior correspondence, for additional information concerning challenged communication and several other documents that were apparently inadvertently produced.

5. In this exchange of letters, Plaintiffs present Defendant with authorities supporting their view that the challenged communications are not privileged, and Zuffa explains its position concerning the challenged communications. Through this exchange, the parties have narrowed their differences to one document.

6. On April 1, 2016, I accessed the website of bloodyelbow.com and accessed an article titled "Dana White Wants You to Know the UFC Did Not Kill PRIDE," located at the URL address

http://www.bloodyelbow.com/2012/2/24/2821131/ufc-144-dana-white-wants-you-to-know-the-ufc-didnt-kill-pride. Exhibit 2 attached hereto is a true and correct copy of that web page.

7. Attached hereto as Exhibit 3 is a publicly-filed placeholder for a document bearing the Bates label ZUF-00031544-45, which was produced to Plaintiffs in discovery by Defendant. This document was lodged with the Court under seal earlier this evening.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration is executed at San Francisco, California on April 1, 2016.

By: */s/ Matthew S. Weiler*
Matthew S. Weiler

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2016 a true and correct copy of **DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE DESIGNATION** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Matthew S. Weiler*