# DOCUMENT FILED UNDER SEAL—REDACTED PUBLIC VERSION OF DOCUMENT