WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR (Admitted *Pro Hac Vice*)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　　Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PRIVILEGED AND CONFIDENTIAL DOCUMENTS IN SUPPORT OF ZUFFA'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE PRIVILEGE DESIGNATION** |

# [PROPOSED] ORDER

Pending before this Court is Plaintiffs' Motion to Challenge Privilege Designation. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information," as well as privileged attorney-client communications and information provided under "federal and grand jury secrecy provisions." *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211, 1212 (9th Cir. 2002) (citations omitted). Having considered Zuffa, LLC's Motion to Seal Privileged and Confidential Documents in Support of Zuffa's Opposition to Plaintiffs' Motion to Challenge Privilege Designation, good cause having been shown:

IT IS HEREBY ORDERED THAT Zuffa, LLC's Motion to Seal to Privileged and Confidential Documents in Support of Zuffa's Opposition to Plaintiff's Motion to Challenge Privilege Designation is GRANTED. The Clerk of the Court shall file under seal the documents specified in Zuffa's Motion.

IT IS SO ORDERED.

DATED: _____     By: _____
                                                                                        Hon. Peggy A. Leen
                                                                                        UNITED STATES MAGISTRATE JUDGE