WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR (Admitted *Pro Hac Vice*)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>      v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>            Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**STIPULATION TO RESET THE APRIL 25, 2016 JOINT STAUS CONFERENCE FOR MAY 3, 2016** |

STIPULATION TO RESET THE STATUS CONFERENCE

Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury (collectively "Plaintiffs") and Defendant Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC ("Zuffa") (together with Plaintiffs, "the Parties") file this Stipulation to Reset the April 25, 2016, Status Conference and hearing on the pending Plaintiffs' Motion to Challenge Defendant's Privilege Designations (Dkt. 229), currently scheduled for April 25, 2016, to May 3, 2016.

On February 23, 2016, the Parties and the Court scheduled a Status Conference for April 25, 2016, to update the Court about the Parties' ongoing meet and confer process regarding the application of search terms to Defendant's Electronically Stored Information and any other outstanding discovery matters. On April 1, 2016, Plaintiffs filed a Motion to Challenge Zuffa's Privilege Designation. That Motion was set for hearing on the date of the next Status Conference, April 25, 2016, for the convenience of the Court and the Parties.

Since the last Status Conference, the Parties have continued to meet and confer regarding the Defendant's ESI, methods to reduce the ESI, the application of search terms, and the testing results based on the Parties' efforts. The Parties have recently agreed on additional de-duplication methods and other narrowing proposals, which Zuffa's vendor is applying. However, based on the estimates of Zuffa's vendor, the data on the effects of the Parties' processes will not be available and, the Parties' believe, reasonably analyzed until after the Status Conference scheduled for April 25, 2016. Therefore, the Parties believe that it would be more efficient and productive to reschedule the pending Joint Status Hearing and the hearing on Plaintiffs' Motion to Challenge Zuffa's Privilege Designation for May 3, 2016, subject to the Court's convenience, in order to allow the Parties to analyze the data, continue to meet and confer and to present more complete information to the Court in the Parties' forthcoming Joint Status Report.

The Parties have contacted the Courtroom Administrator and stipulate to resetting the Joint Status Conference and hearing for the Motion to Challenge to May 3, 2016.

STIPULATION TO RESET THE STATUS CONFERENCE

Dated: April 15, 2016                    BOIES, SCHILLER & FLEXNER LLP

                                         By:   /s/ John F. Cove, Jr.
                                              John F. Cove, Jr.
                                         *Attorneys for Defendant* Zuffa, LLC, d/b/a
                                         Ultimate Fighting Championship and UFC

                                         John F. Cove, Jr. (*Pro Hac Vice*)
                                         BOIES, SCHILLER & FLEXNER LLP
                                         1999 Harrison Street, Suite 900
                                         Oakland, CA 94612
                                         Tel: (510) 874-1000
                                         Fax: (510) 874-1460
                                         Email: jcove@bsfllp.com

                                         William A. Isaacson (*Pro Hac Vice*)
                                         BOIES, SCHILLER & FLEXNER LLP
                                         5301 Wisconsin Ave, NW
                                         Washington, DC 20015
                                         Tel: (202) 237-2727
                                         Fax: (202) 237-6131
                                         Email: wisaacson@bsfllp.com

                                         Donald J. Campbell #1216
                                         J. Colby Williams #5549
                                         CAMPBELL & WILLIAMS
                                         700 South 7th Street
                                         Las Vegas, Nevada 89101
                                         Tel: (702) 382-5222
                                         Fax: (702) 382-0540
                                         Email: djc@campbellandwilliams.com
                                                 jcw@campbellandwilliams.com

                                         Richard J. Pocker #3568
                                         BOIES, SCHILLER & FLEXNER LLP
                                         300 South Fourth Street, Suite 800
                                         Las Vegas, NV 89101
                                         Tel: (702) 382 7300
                                         Fax: (702) 382 2755
                                         Email: rpocker@bsfllp.com

                                         *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate
                                         Fighting Championship and UFC

2

1

2     Dated: April 15, 2016                                Respectfully Submitted,

3                                                          By:   /s/ Michael Dell'Angelo
                                                                 Michael Dell'Angelo
4
                                                          Don Springmeyer (Nevada Bar No. 1021)
5                                                         Bradley S. Schrager (Nevada Bar No. 10217)
                                                         Justin C. Jones (Nevada Bar No. 8519)
6                                                        WOLF, RIFKIN, SHAPIRO, SCHULMAN &
                                                         RABKIN, LLP
7                                                        3556 E. Russell Road, Second Floor
                                                         Las Vegas, Nevada 89120
8                                                        (702) 341-5200/Fax: (702) 341-5300
                                                         dspringmeyer@wrslawyers.com
9                                                        bschrager@wrslawyers.com
                                                         jjones@wrslawyers.com
10
                                                         *Co-Lead Class Counsel:*
11
                                                         Eric L. Cramer
12                                                       Michael Dell'Angelo
                                                         Patrick Madden
13                                                       BERGER & MONTAGUE, P.C.
                                                         1622 Locust Street
14                                                       Philadelphia, PA 19103
                                                         Telephone: (215) 875-3000
15                                                       Facsimile: (215) 875-4604
                                                         ecramer@bm.net
16                                                       mdellangelo@bm.net
                                                         pmadden@bm.net
17

18

19

20

21

22

23

24

25

26

27

28

                                              3

Joseph R. Saveri
Joshua P. Davis
Matthew S. Weiler
Kevin E. Rayhill
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown
Richard A. Koffman
Hiba Hafiz
COHEN MILSTEIN SELLERS & TOLL,
PLLC
1100 New York Ave., N.W., Suite 500, East
Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408 4699
bbrown@cohenmilstein.com
hhafiz@cohenmilstein.com

***Additional Counsel for the Classes:***

Robert C. Maysey
Jerome K. Elwell
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
SPECTOR ROSEMAN KODROFF & WILLIS,
P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
bcaldes@srkw-law.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Frederick S. Schwartz
LAW OFFICE OF FREDERICK S.
SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,
Luis Javier Vazquez, Brandon Vera, and Kyle
Kingsbury*

5

1

## **ATTESTATION OF FILER**

2

3
     The signatories to this document are myself and Michael Dell'Angelo, and I have

4
obtained Mr. Dell'Angelo's concurrence to file this document on his behalf.

5

6
Dated April 15, 2016

7

8
                                    By: /s/ John F. Cove, Jr.

9
                                      John F. Cove, Jr. (*Pro Hac Vice*)

10
                                      BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900

11
Oakland, CA 94612
Tel: (510) 874-1000

12
Fax: (510) 874-1460
Email: jcove@bsfllp.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing STIPULATION TO RESET THE STATUS CONFERENCE TO MAY 3, 2016 was served on April 15, 2016 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Suzanne E. Nero

Suzanne E. Nero

7

STIPULATION TO RESET THE STATUS CONFERENCE