WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR (Admitted *Pro Hac Vice*)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**STIPULATION TO SEAL DKT. 230** |

Pending before this Court is Plaintiffs' Motion to Challenge Privilege Designation. On April 11, 2016, Zuffa filed under seal its Opposition to Plaintiffs' Motion to Challenge Privilege Designation. Dkt. 230. Counsel for Zuffa has conferred with Counsel for Plaintiffs and represented that the publicly-filed version of Docket 230 contains a clerical error because it does not reflect the redaction of certain language that Counsel for Zuffa intended to redact prior to filing. In light of the foregoing, Zuffa respectfully requests that the Court enter an Order sealing the publicly-filed version of Zuffa's Opposition to Plaintiffs' Motion to Challenge Privilege Designation. Plaintiffs do not oppose Zuffa's request and stipulate the relief sought. Zuffa is filing concurrently a corrected image for Dkt. 230.

**ORDER**

IT IS SO ORDERED.

DATED: _____    _____

Hon. Peggy A. Leen

UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| DATED: April 18, 2016 | DATED: April 18, 2016 |
| /s/ Michael Dell'Angelo | /s/ John F. Cove, Jr. |
| Michael Dell'Angelo | JOHN F. COVE, JR. |
| Eric L. Cramer | (Admitted *Pro Hac Vice*) |
| Patrick Madden | (jcove@bsfllp.com) |
| **BERGER & MONTAGUE, P.C.** | **BOIES, SCHILLER & FLEXNER LLP** |
| 1622 Locust Street | 1999 Harrison Street, Suite 900 |
| Philadelphia, PA 19103 | Oakland, CA 94612 |
| Telephone: (215) 875-3000/Fax: (215) 875-4604 | Telephone: (510) 874-1000 |
| ecramer@bm.net | Fax: (510) 874-1460 |
| mdellangelo@bm.net | |
| pmadden@bm.net | WILLIAM A. ISAACSON |
| | (Admitted *Pro Hac Vice*) |
| **WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP** | (wisaacson@bsfllp.com) |
| DON SPRINGMEYER, ESQ. | **BOIES, SCHILLER & FLEXNER LLP** |
| Nevada State Bar No. 1021 | 5301 Wisconsin Ave, NW |
| BRADLEY SCHRAGER, ESQ. | Washington, DC 20015 |
| Nevada State Bar No. 10217 | Telephone: (202) 237-2727 |
| DANIEL BRAVO, ESQ. | Fax: (202) 237-6131 |
| Nevada State Bar No. 13078 | |
| 3556 East Russell Road, Second Floor | RICHARD J. POCKER |
| Las Vegas, NV 89120 | (rpocker@bsfllp.com) |
| Telephone: (702) 341-5200 | **BOIES, SCHILLER & FLEXNER LLP** |
| Fax: (702) 341-5300 | 300 South Fourth Street, Suite 800 |
| | Las Vegas, NV 89101 |
| | Telephone: (702) 382 7300 |
| **COHEN MILSTEIN SELLERS & TOLL, PLLC** | Fax: (702) 382 2755 |
| Benjamin D. Brown | DONALD J. CAMPBELL |
| Richard A. Koffman | (djc@campbellandwilliams.com) |
| Hiba Hafiz | J. COLBY WILLIAMS #5549 |
| 1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005 | (jcw@campbellandwilliams.com) |
| Telephone: (202) 408-4600/Fax: (202) 408 4699 | **CAMPBELL & WILLIAMS** |
| bbrown@cohenmilstein.com | 700 South 7th Street |
| rkoffman@cohenmilstein.com | Las Vegas, Nevada 89101 |
| hhafiz@cohenmilstein.com | Telephone: (702) 382-5222 |
| | Fax: (702) 382-0540 |
| | |
| **JOSEPH SAVERI LAW FIRM, INC.** | *Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC* |
| Joseph R. Saveri | *Attorneys of Record for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC* |
| Joshua P. Davis | |
| Matthew Weiler | |
| Kevin E. Rayhill | |
| 505 Montgomery Street, Suite 625 | |
| San Francisco, California 94111 | |

Telephone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

## **ATTESTATION OF FILER**

The signatories to this document are myself and Michael Dell'Angelo, and I have obtained Mr. Dell'Angelo's concurrence to file this document on his behalf.

Dated:  April 18, 2016

                                            BOIES, SCHILLER & FLEXNER LLP

By: /s/ John F. Cove, Jr.
John F. Cove, Jr. (*Pro Hac Vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
Email: jcove@bsfllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **STIPULATION TO SEAL DKT. 230** was served on April 18, 2016 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

           /s/ Michael Kim
           An employee of Boies, Schiller & Flexner, LLP