**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL PROVISIONS OF THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO CHALLENGE ZUFFA'S PRIVILEGE DESIGNATION** |

**DECLARATION OF MATTHEW S. WEILER**

I, Matthew S. Weiler, declare and state as follows:

1. I am an attorney at the Joseph Saveri Law Firm, Inc. ("JSLF"), Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury in the above-captioned matter. I am a member in good standing of the State Bar of California, and have been admitted to this Court *pro hac vice*. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this declaration in support of Plaintiffs' reply in support of their motion to challenge Defendant's designation of attorney-client privilege with respect to one certain email communication, which was filed with the Court on April 1, 2016. Dkt. 229.

3. Attached hereto is a redacted version of Plaintiffs' reply in support their motion to challenge Defendant's assertion of attorney-client privilege over one certain document. This reply brief has been redacted to obscure references to two documents that Zuffa has designated "confidential" under the terms of the Protective Order. Plaintiffs take no position on the issue of whether it is appropriate to seal these references under governing legal standards.

4. This reply brief also has redactions related to references to the declaration of Thomas Paschall. Zuffa claims that Mr. Paschall's declaration reflects "confidential communications from its outside counsel providing legal advice to the company based that outside counsel's understanding of confidential business and financial information provided by Zuffa to its outside counsel for the purposes of receiving legal advice." Dkt. 232 at 2. Plaintiffs take no position concerning whether Mr. Paschall's statements in his declaration constitute legal advice, or should be sealed under governing legal standards. As set forth in their papers supporting their motion to challenge, Mr. Paschall's statements concerning Zuffa's purposes in purchasing Pride FC are not protected by attorney-client privilege.

5. An unredacted version of this reply was filed under seal with the court, and the redacted version has been publicly filed using the Court's ECF system.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration is executed at San Francisco, California on April 18, 2016.

By:    */s/ Matthew S. Weiler*
        Matthew S. Weiler

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2016 a true and correct copy of **DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE DESIGNATION** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By:  */s/ Matthew S. Weiler*

3
**DECLARATION OF MATTHEW S. WEILER**