WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR (Admitted *Pro Hac Vice*)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>            Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**STIPULATION TO SEAL DKT. 230** |

Pending before this Court is Plaintiffs' Motion to Challenge Privilege Designation. On April 11, 2016, Zuffa filed under seal its Opposition to Plaintiffs' Motion to Challenge Privilege Designation. Dkt. 230. Counsel for Zuffa has conferred with Counsel for Plaintiffs and represented that the publicly-filed version of Docket 230 contains a clerical error because it does not reflect the redaction of certain language that Counsel for Zuffa intended to redact prior to filing. In light of the foregoing, Zuffa respectfully requests that the Court enter an Order sealing the publicly-filed version of Zuffa's Opposition to Plaintiffs' Motion to Challenge Privilege Designation. Plaintiffs do not oppose Zuffa's request and stipulate the relief sought. Zuffa is filing concurrently a corrected image for Dkt. 230.

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED: ___April 20, 2016___

Hon. Peggy A. Leen

UNITED STATES MAGISTRATE JUDGE

1

STIPULATION TO SEAL DKT. 230

1

DATED:  April 18, 2016

2

/s/ Michael Dell'Angelo

3

Michael Dell'Angelo
Eric L. Cramer

4

Patrick Madden
**BERGER & MONTAGUE, P.C.**

5

1622 Locust Street
Philadelphia, PA 19103

6

Telephone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net

7

mdellangelo@bm.net

8

pmadden@bm.net

9

**WOLF RIFKIN SHAPIRO SCHULMAN &**

10

**RABKIN, LLP**
DON SPRINGMEYER, ESQ.

11

Nevada State Bar No. 1021
BRADLEY SCHRAGER, ESQ.

12

Nevada State Bar No. 10217
DANIEL BRAVO, ESQ.

13

Nevada State Bar No. 13078

14

3556 East Russell Road, Second Floor
Las Vegas, NV  89120

15

Telephone:  (702) 341-5200
Fax:  (702) 341-5300

16

17

**COHEN MILSTEIN SELLERS & TOLL,**
**PLLC**

18

Benjamin D. Brown
Richard A. Koffman

19

Hiba Hafiz
1100 New York Ave., N.W., Suite 500, East

20

Tower Washington, DC 20005
Telephone: (202) 408-4600/Fax: (202) 408 4699

21

bbrown@cohenmilstein.com

22

rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

23

24

**JOSEPH SAVERI LAW FIRM, INC.**

25

Joseph R. Saveri
Joshua P. Davis

26

Matthew Weiler
Kevin E. Rayhill

27

505 Montgomery Street, Suite 625
San Francisco, California 94111

28

DATED:  April 18, 2016

/s/ John F. Cove, Jr.

JOHN F. COVE, JR.
(Admitted *Pro Hac Vice*)
(jcove@bsfllp.com)
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Fax: (510) 874-1460

WILLIAM A. ISAACSON
(Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
 Fax: (202) 237-6131

RICHARD J. POCKER
(rpocker@bsfllp.com)
**BOIES, SCHILLER & FLEXNER LLP**
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382 7300
Fax: (702) 382 2755

DONALD J. CAMPBELL
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*
*Attorneys of Record for Defendant Zuffa,*
*LLC, d/b/a Ultimate Fighting Championship*
*and UFC*

2

Telephone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

**WARNER ANGLE HALLAM JACKSON &**
**FORMANEK PLC**
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**LAW OFFICE OF FREDERICK S.**
**SCHWARTZ**
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

**SPECTOR ROSEMAN KODROFF &**
**WILLIS, P.C.**
Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

3

**<u>ATTESTATION OF FILER</u>**

The signatories to this document are myself and Michael Dell'Angelo, and I have obtained Mr. Dell'Angelo's concurrence to file this document on his behalf.


Dated:  April 18, 2016

                                        BOIES, SCHILLER & FLEXNER LLP

                                        By:    /s/ John F. Cove, Jr.
                                               John F. Cove, Jr. (*Pro Hac Vice*)
                                               1999 Harrison Street, Suite 900
                                               Oakland, CA 94612
                                               Tel: (510) 874-1000
                                               Fax: (510) 874-1460
                                               Email: jcove@bsfllp.com

4

STIPULATION TO SEAL DKT. 230

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **STIPULATION TO SEAL DKT. 230** was served on April 18, 2016 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.


         /s/ Michael Kim_____

An employee of Boies, Schiller & Flexner, LLP

5

STIPULATION TO SEAL DKT. 230