# EXHIBIT 1

| ADDITIONAL ZUFFA SEARCH TERMS -- ORIGINAL FTC SEARCH TERMS |
|---|
| ("mixed martial arts" or MMA or broadcast or network or PPV or "pay-per-view" or "pay per view" or CCV or "closed-circuit" or "closed circuit" or VOD or "video-on-demand" or "video on demand" or "online content"or television or Spike or Versus or G4 or Comcast or HDNet or "UFC Channel" or Fox or DirecTV or Showtime or InDemand or HBO) AND (plan or report or strategy or market or budget or financ* or projections or survey or "white paper" or analysis or analyses or price or pricing or forecast* or strateg* or "market share" or SWOT or strengths or weakness or licen* or selling or brand or loyalty or supply or demand or effect or substit* or alternat* or contract*) NOT (education or resume) |
| (price or pricing) AND (list or plan or forecast or polic* or analys* or strateg*) AND ("fighter compensat*" or Overeem OR Huen OR Mousasi OR Britt OR Feijao OR Souza OR Rogers OR Sobral OR Chuna OR DeVela OR Kennedy OR Carano OR Melendez OR Miller OR Gurgel OR Johnson OR Evangelista OR Diaz OR Hiraiwa OR Justino OR Lawler OR Humphrey OR Emilanenko OR Fedor OR Casey OR Werdum OR Wilcox OR Travers OR "Scott Smith" OR Lindland OR  Gracie OR Toughill OR Le OR Voelker OR Saffiedine OR Lawal OR DaSilva OR Villasenor OR Radach OR Medeiros OR Woodley OR Bowling OR Apple OR Prangley OR Cormier OR Vera OR Stewart OR Coenen OR Henderson OR Noons OR Lashley OR Kaufman OR "Del Rosario" OR Arlovski OR Couture OR Griggs OR Olsen OR Getzel OR Preux OR Tate OR Goncalves OR Kujala OR Masvidal OR Daley OR Cherdivara OR Coy OR Fodor OR Healy Jan Finney OR Beerbohm OR Barnett OR Budd OR Thomson OR Kyle OR Moore OR Filho OF Rockhold OR Villante OR High OR Carson OR Bulard OR Ferguson OR Almeida OR Nunes OR Carmouche OR Kharitonov OR Santos OR Aoki OR Brunson or PPV or "pay-per-view" or "pay per view" or CCV or "closed-circuit" or "closed circuit" or VOD or "video-on-demand" or "video on demand" or "online content"or television or Spike or Versus or G4 or Comcast or HDNet or "UFC Channel" or Fox or DirecTV or Showtime or InDemand or HBO or xbox or sony or ps3 or playstation or apparel) |
| (contract or acquire* or exclusiv* or exten* or release or terminate) AND (Overeem OR Huen OR Mousasi OR Britt OR Feijao OR Souza OR Rogers OR Sobral OR Chuna OR DeVela OR Kennedy OR Carano OR Melendez OR Miller OR Gurgel OR Johnson OR Evangelista OR Diaz OR Hiraiwa OR Justino OR Lawler OR Humphrey OR Emilanenko OR Fedor OR Casey OR Werdum OR Wilcox OR Travers OR "Scott Smith" OR Lindland OR  Gracie OR Toughill OR Le OR Voelker OR Saffiedine OR Lawal OR DaSilva OR Villasenor OR Radach OR Medeiros OR Woodley OR Bowling OR Apple OR Prangley OR Cormier OR Vera OR Stewart OR Coenen OR Henderson OR Noons OR Lashley OR Kaufman OR "Del Rosario" OR Arlovski OR Couture OR Griggs OR Olsen OR Getzel OR Preux OR Tate OR Goncalves OR Kujala OR Masvidal OR Daley OR Cherdivara OR Coy OR Fodor OR Healy Jan Finney OR Beerbohm OR Barnett OR Budd OR Thomson OR Kyle OR Moore OR Filho OR Rockhold OR Villante OR High OR Carson OR Bulard OR Ferguson OR Almeida OR Nunes OR Carmouche OR Kharitonov OR Santos OR Aoki OR Brunson) |
| (advert* AND plan AND marketing AND strateg*) |
| (promo* or licens* or sales or price* or pricing or competition or entry or barrier* or substit*) AND (piracy OR "Chamber of Commerce") |
| (Strikeforce or SF or Explosion or Forza or Pride or WEC or "World Extreme Cagefighting" or WFA or "World Fighting Alliance" or Affliction) AND ("savings" or "efficien*" or "synerg*") |
| ("mixed martial arts" or MMA or broadcast or network or PPV or "pay-per-view" or "pay per view" or CCV or "closed-circuit" or "closed circuit" or VOD or "video-on-demand" or "video on demand" or "online content") AND (plan or report or strategy or market or budget or financ* or projections or brand or consumer or demographic or target or purchas* or audience or promo* or licens*) AND ("studies" or "study") AND target |
| (sponsor* AND (agreement* or contract or contracts or plan or report or presentation or bid or pay)) AND NOT "sponsorship sales accounts manager" |
| (entry or barrier* or substit*) AND ("research and development" or plan or plans or "production requirement*" or service or patent* or ip or "intellectual property" or licensed or market or venue or facility or facilities or customer or brand or sunk) AND NOT "entry level" OR ((government OR state) and regulation) |
| (merger or acquisition or acquire or consolidat* or divest* or co-promo* or copromo* or venture) AND (price or cost* or margin or compet* or integrat* or revenue or popular* or advantag* or promo* or sale) |
| (PPV or "pay-per-view" or "pay per view" or satellite or cable or broadcast* or CCV or "closed-circuit" or "closed circuit") AND (Nielsen or viewer* or audience or rating*) |