# EXHIBIT 2

## ADDITIONAL ZUFFA SEARCH TERMS –
## FIGHTER NAMES ADDED TO ORIGINAL FTC SEARCH TERMS

Search 1

(price or pricing) AND (list or plan or forecast or polic% or analys% or strateg%) AND ({fighter compensat%} or ABDURAHIMOV OR ABEDI OR AGUILAR OR AKHMEDOV OR AKIYAMA OR ALBERT OR ALBU OR ALCANTARA OR ALCANTARA OR ALDO OR ALENCAR OR ANTUNES OR ALERS OR ALESSIO OR ALEXANDRE OR ALIEV OR ALLEN OR ALLOWAY OR ALMEIDA OR ALMEIDA OR ALVAREZ OR ALVES OR ALVES OR ANDRADE OR ALVEY OR ALZAGA OR AMAGOV OR AMIRKHANI OR ANDERSON OR ANDRADE OR ANDREWS OR ANSAROFF OR ANZAI OR ARANTES OR ARAUJO OR ARLOVSKI OR ARREOLA OR ASHKAM OR ASSUNCAO OR ASSUNCAO OR ATTONITO OR AUBIN OR MERCIER OR BACKSTROM OR BACZYNSKI OR BADER OR BADUREK OR BAGAUTINOV OR BAGHDAD OR BAHADURZADA OR BAILEY OR BAMGBOSE OR BANDEL OR BANG OR BANUELOS OR BARAO OR PEGADO OR BARBERENA OR BARBOSA OR BARBOZA OR BARNABE OR BARNATT OR BARNETT OR BARONI OR BARROSO OR BARRY OR BARZOLA OR BASS OR BASZLER OR BEAL OR BEDFORD OR BEKTIC OR BELCHER OR BELFORT OR BELTRAN OR BENAVIDEZ OR BENOIST OR BENOIT OR BERISH OR BERMUDEZ OR {BEZERRA } OR BIRCHAK OR BISPING OR BLACHOWICZ OR BLACKLEDGE OR BLANCO OR BLOODWORTH OR BOCEK OR BOCHNIAK OR BOETSCH OR BONGFELDT OR BONNAR OR BORG OR BOSSE OR BOWLES OR BOWLING OR BRADLEY OR BRANCH OR BRANDAO OR BREESE OR BRENNEMAN OR BRILZ OR BRIMAGE OR BRIONES OR BROOKINS OR BROUGHTON OR BROWN OR BROWN OR BROWN OR BROWN OR BROWN OR BROWNE OR BRUNSON OR BURKMAN OR BURNS OR BURRELL OR BUSH OR CABRAL OR CACERES OR CALDERWOOD OR CAMBPELL OR CAMOES OR CAMOZZI OR CAMPOS OR CAMPUZANO OR ALEMAN OR CAMUS OR CANE OR CANNETTI OR CANNONIER OR CANTWELL OR CARAWAY OR CARIASO OR CARMONT OR CARMOUCHE OR CARNEIRO OR CARNEIRO OR CARNIERO OR CARRIZOSA OR CARVALHO OR CARWIN OR CASE OR CASEY OR CASEY OR CASTILLO OR CASTRO OR CATONE OR CEDENBLAD OR CEDENO OR CEJUDO OR CELLA OR CERRONE OR CEZARIO OR OLIVEIRA OR CHAMBERS OR CHAVEZ OR CHENG OR CHIESA OR CHOI OR CHOLISH OR CHOPE OR CHRISTODOULOU OR CIRIACO OR CIRKUNOVS OR CLARK OR CLARKE OR CLEMENTS OR CLOPTON OR COFER OR COLLARD OR COLLIER OR CONDIT OR COPE OR COPELAND OR CORASSANI OR CORMIER OR CORREIA OR CURI OR COTE OR COUTURE OR COUTURE OR COVINGTON OR COY OR CRAIG OR CREDEUR OR CRUICKSHANK OR CRUZ OR CUMMINGS OR CUMMINS OR CUNHA OR CURRAN OR CURRAN OR CUSTODIO OR {DA SILVA} OR {DA SILVA JR} OR {DA SILVA VIEIRA} OR DALBY OR DALY OR DAMM OR DANHO OR DANZIG OR DARIUSH OR DAVIS OR DAVIS OR DAVIS OR ALMEIDA OR FRIES OR ROCHA OR TORRE OR {DE LIMA} OR {DE OLIVEIRA} OR {DE RANDAMIE} OR DEBLASS OR { ROSARIO} OR DELGADO OR DELORME OR DEMPSEY OR DENIS OR DIABATE OR DIAZ OR DIAZ OR DILLASHAW OR DOANE OR DOBER OR DODSON OR DOLLAWAY OR DOMINGUEZ OR DONOVAN OR {DOS ANJOS} OR {DOS SANTOS} OR {DOS SANTOS

ALMEIDA} OR {DOS SANTOS E SILVA} OR {DOS SANTOS JUNIOR} OR DOWNES OR
DRYSDALE OR DUDIEVA OR DUFFEE OR DUFFY OR DUFRESNE OR DUKE OR
DUNHAM OR DURAN OR DWYER OR EASTON OR EBERSOLE OR EDDIVA OR
EDGAR OR EDUARDO OR NASCIMENTO OR ROCHA OR EDWARDS OR EINEMO OR
ELKINS OR ELLENBERGER OR ELLENBERGER OR ELLIOTT OR ENTWISTLE OR ENZ
OR EROKHIN OR EROSA OR ESCOVEDO OR ESCUDERO OR ESPARZA OR ESTRADA
OR ESTRADA OR ETIM OR EVANS OR SMITH OR EYE OR FAALOLOTO OR FABER
OR FABINSKI OR FASZHOLZ OR FELDER OR FERGUSON OR FERGUSON OR
FERNANDO OR FERREIRA OR FERREIRA OR FERREIRA OR NEVES OR FIGUEIREDO
OR FIGUEROA OR FILIPOVIC OR FISHER OR FITCH OR FLETCHER OR FLORIAN OR
FODOR OR FONT OR FORTE OR FRANCA OR MOREIRA} OR FRANKLIN OR
FREDERIKSEN OR FREIRE OR FUKUDA OR FULLEN OR RODRIGUEZ OR FUNCH OR
GADELHA OR GAFF OR GAGNON OR GALERA OR GALL OR GAMBINO OR
GAMBURYAN OR GARBRANDT OR GARCIA OR GARCIA OR GARCIA OR GARZA OR
GASHIMOV OR GASTELUM OR GATES OR GAUDINOT OR GIAGOS OR GIBSON OR
GIVENS OR GOMEZ OR GOMEZ OR GOMEZ OR GOMI OR GONCALVES OR
GONZALEZ OR PINTO OR GOOD OR GORDON OR GORMAN OR GOUTI OR
GRABOWSKI OR GRANT OR GRANT OR GRAVES OR GREEN OR GRICE OR GRIFFIN
OR GRIGGS OR GRISPI OR GROVE OR GRUETZEMACHER OR GRUJIC OR
GUELMINO OR GUIDA OR GUILLARD OR GUIMARAES OR GUIMARAES OR
GUIMARES OR GUSTAFSSON OR GUYMON OR HAGUE OR HALL OR HALLMAN OR
HAM OR HAMILL OR HAMILTON OR HAMMAN OR HARDY OR HARRIS OR HART
OR HARVISON OR HASSAN OR HATHAWAY OR HAYDEN OR HEAD OR HEALY OR
HEATHERLY OR HECHT OR HEIN OR HELENO OR HENDERSON OR HENDRICKS OR
HENRIQUE OR BARBOSA OR OLIVEIRA OR HENRIQUE OR {DA SILVA} OR
HERMAN OR HERMAN OR HERNANDEZ OR HERNANDEZ OR HERRERA OR HERRIG
OR HESTER OR HETTES OR HIERON OR HIGH OR HILL OR HIOKI OR HIROTA OR
HOBAR OR HOLBROOK OR HOLDSWORTH OR HOLLETT OR HOLLOWAY OR HOLM
OR HOLOBAUGH OR HOLOHAN OR HOLTZMAN OR HOMINICK OR HOOKER OR
HORIGUCHI OR HOUGLAND OR HOUSTON OR HOWARD OR HOWELL OR HUGHES
OR HUNT OR HYATT OR RAWLINGS OR IAQUINTA OR INDICH OR INOCENTE OR
FILHO OR ISHIHARA OR IZQUIERDO OR JABOUIN OR JACKSON OR JACKSON OR
JACKSON OR JACOBY OR JARDINE OR JEDRZELCZYK OR JENSEN OR JEWTUSZKO
OR JIMMO OR JOHNSON OR JOHNSON OR JOHNSON OR JOHNSON OR JOHNSON OR
JOHNSON OR JOHNSON OR JOHNSON OR JOLLY OR JONES OR JONES OR
LYBARGER OR JORDAN OR JORGENSEN OR JOTKO OR JOUBAN OR JUNG OR JURY
OR KAGAN OR KAKAI OR KANEHARA OR KANG OR KASUYA OR KAUFMAN OR
KAWAJIRI OR KEDZIE OR KEITH OR KELADES OR KELLY OR KELLY OR KENNEDY
OR KENNEDY OR KHABILOV OR KIKUNO OR KIM OR KIM OR KIMMONS OR
KIMURA OR KING OR KINGSBURY OR KISH OR KNIGHT OR KOCH OR KONGO OR
KOSCHECK OR KOTANI OR KOWALKIEWICZ OR KRAUSE OR KRAUSS OR KRYLOV
OR KUHRAU OR KUIPER OR KUIVANEN OR KUNIMOTO OR KUNTZ OR LAFLARE
OR LAHAT OR LAHDEMAKI OR LAMAS OR LAPILUS OR LAPRISE OR LAPSLEY OR
LARKIN OR LARSEN OR LATIFI OR LAUZON OR LAWLER OR LAWLOR OR
LAWRENCE OR LE OR LEBEN OR LEBOUT OR LEE OR LEE OR LEE OR LEITES OR
LENTZ OR LESNAR OR LETOURNEAU OR LEVESSEUR OR LEWIS OR LI OR LIM OR

LIMA OR LINDSEY OR LINEKAR OR PAULO OR LOBOV OR LOEFFLER OR
LOMBARD OR LOPES OR MORAES OR MUNHOZ OR LOPEZ OR LOUGHNANE OR
LOVELAND OR LOWE OR LUCAS OR LUDWIG OR LULLO OR LUQUE OR LYTLE OR
MACARIO OR MACDONALD OR MACHIDA OR MADADI OR MADSEN OR MAFRA OR
TEIXEIRA OR MAGALHAES OR MAGANA OR MAGNY OR MAGOMEDOV OR
MAGOMEDOV OR MAGUIRE OR MAIA OR BAPTISTA OR MAKASHVILI OR
MAKDESSI OR MAKHACHEV OR MAKOVSKY OR MALDONADO OR MALEGARIE
OR MANLEY OR MANUWA OR MARCELLO OR SILVA OR MARKI OR MARKOS OR
MARQUARDT OR MARQUES OR MARSHALL OR MARTIN OR MARTINEZ OR
MARTINEZ OR MARTINS OR MARTINS OR MARUNDE OR MASSENZIO OR
MASVIDAL OR MATSUDA OR MATTHEWS OR MATYUSHENKO OR MAY OR
MAYNARD OR MCCALL OR MCCORKLE OR MCCRAY OR MCCRORY OR MCDANIEL
OR MCDONALD OR MCGEE OR MCGILLIVRAY OR MCGREGOR OR MCKEE OR
MCKENZIE OR MCLELLEN OR MCMANN OR MEANS OR MEDEIROS OR MEIN OR
MELANCON OR MELENDEZ OR MENDES OR MENDEZ OR MENDOZA OR MENJIVAR
OR MERRITT OR MESQUITA OR MEZA OR MICHAUD OR MILLER OR MILLS OR
MINA OR ARAUJO OR MIOCIC OR MIR OR MIRANDA OR MITCHELL OR MITRIONE
OR MITSUOKA OR MIZUGAKI OR MODAFFERI OR MONTAGUE OR MONTGOMERY
OR MOONTASRI OR MORAES OR MORAGA OR MORALES OR MORAS OR
MORECRAFT OR MOREIRA OR MORGAN OR MORONO OR MOROZ OR MORRISON
OR MOUSASI OR MULHERN OR MUNIZ OR {SILVA} OR MUNOZ OR MURPHY OR
MUSOKE OR MUSTAFAEV OR MUTAPCIC OR NAKAI OR NAKAMURA OR NAM OR
NAMAJUNAS OR NARVAEZ OR NAVARRO OR NEACE OR NEDKOV OR NEER OR
NELSON OR NELSON OR NETO OR NGANNOU OR NGUYEN OR NICHOLSON OR
NIJEM OR NILSSON OR NING OR NINIMAKI OR NJOKUANI OR NOBRE OR
NOGUEIRA OR NOGUEIRA OR NOGUEIRA OR NOKE OR NOONS OR NORTHCUTT
OR NOVER OR NUNES OR NUNES OR NURMAGOMEDOV OR O'BRIEN OR
O'CONNELL OR OGLE OR OKABE OR OKAMI OR OLIVEIRA OR OLIVEIRA OR
OLIVERIA OR OLIVIERI OR OLIYNYK OR OMER OR OMIELANCZUK OR OMIGAWA
OR O'NEIL OR O'REILLY OR ORTEGA OR ORTIZ OR ORTIZ OR OVEREEM OR
OZKILIC OR PACE OR PACHECO OR PACKALEN OR PAGE OR PAGUE OR PALACIO
OR PALASZEWSKI OR PALELEI OR PALHARES OR PAPAZIAN OR PARKE OR
PATRICK OR PAWLAK OR PAYAN OR PEARSON OR PELLEGRINO OR PENA OR
PENDRED OR PENN OR PENNE OR PENNER OR PENNINGTON OR PERALTA OR
PEREIRA OR PEREZ OR PEREZ OR PEROSH OR PERPETUO OR PESTA OR PETTIS OR
PETTIS OR PFISTER OR PHAN OR PHILIPPOU OR PHILLIPS OR PHILLIPS OR PICHEL
OR PICKETT OR PICON OR PIERCE OR PIERSON OR PINEDA OR POIRIER OR
POKRAJAC OR PONZINIBBIO OR PORTILLO OR POTTS OR PRADO OR PRATER OR
PRAZERES OR PROCTOR OR {PUIG} OR CARREON OR PYLE OR QUINLAN OR
RAKOCZY OR RAMOS OR {RAMOS HO} OR RAY OR REDMOND OR REINHARDT OR
RENEAU OR PEREZ OR REYES OR RHODES OR RICCI OR RIDDLE OR RIGGS OR
RILEY OR RING OR RIO OR RIVAS OR FIGUEROA OR RIVERA OR ROBERTS OR
ROBERTSON OR ROCHA OR ROCKHOLD OR RODRIGUES OR RODRIGUEZ OR
ROLLER OR ROMERO OR RONSON OR ROOP OR ROPER OR ROSA OR ROSHOLT OR
ROTHWELL OR ROUSEY OR RUA OR RUBIO OR PEREZ OR RUEDIGER OR RUSSOW
OR SABINO OR SADOLLAH OR SAENZ OR SAFFIEDINE OR SAGGO OR SAJEWSKI

OR SAKARA OR SALAS OR SALAZAR OR SAMMAN OR SAMPO OR SANCHEZ OR
SANCHEZ OR SANDERS OR SANDERS OR SANDOVAL OR SANGCHA OR SANTOS
OR SARAFIAN OR SASAKI OR SASS OR SATO OR SAUNDERS OR SCHAFER OR
SCHAUB OR SCHILLING OR SCOGGINS OR SCOTT OR SEERY OR SEMERZIER OR
SEXTON OR SHALORUS OR SHEVCHENKO OR SHIELDS OR SHIMIZU OR
SHOCKLEY OR SHOKLEY OR SICHACA OR SICILIA OR SILER OR SILVA { ALVES}
OR { ANDRADE} OR { GOMES} OR SILVERIO OR SIMPSON OR SIMS OR SIVER OR
SKELLY OR SMITH OR SMOLKA OR SOARES OR OLIVEIRA OR { MIRANDA} OR
SOBOTTA OR SONNEN OR SORIANO OR SOSZYNSKI OR SOTIROPOULOS OR SOTO
OR SOUZA OR SPANG OR SPENCER OR SPOHN OR PREUX OR STAHL OR
STALLINGS OR STANN OR STARKS OR STASIAK OR STEELE OR STEPHENS OR
STERLING OR STEVENSON OR STITTGEN OR STONE OR STORY OR STOUT OR {
PIERRE} OR STRICKLAND OR STRINGER OR STRUVE OR STUMPF OR SULLIVAN
OR SVENSSON OR SWANSON OR SWICK OR SYLER OR TAISUMOW OR TALEB OR
TAMURA OR TANAKA OR TATE OR TAVARES OR TAVARES OR TAYLOR OR
TEIXEIRA OR TEIXIRA OR TEYMUR OR TEZUKA OR THATCH OR THEODOROU OR
THOMPSON OR THOMSOM OR THORESEN OR TIBAU OR TICKLE OR TICMAN OR
TILL OR TODHUNTER OR TOKUDOME OR TOME OR TORRES OR  MONCAIO OR
MONCAIO OR TOSAKI OR TREVINO OR TRINALDO OR TROENG OR TRUJILLO OR
TUCHSCHERER OR TUCK OR TUERXUN OR TUKHUGOV OR TUMENOV OR
UMALATOV OR URBINA OR URUSHITANI OR USMAN OR UYENOYAMA OR
VACULIK OR VALENCIA OR VALLIE OR FLAGG OR BUREN OR VANZANT OR
VARNER OR VASCONCELOS OR VAZQUEZ OR VELASQUEZ OR VEMOLA OR VERA
OR VIANA OR SOUZA OR VICK OR VIEIRA OR {DA SILVA} OR VILLANTE OR
VILLANUEVA OR VILLEFORT OR VINICIUS OR VOELKER OR VOLKMANN OR
WADE OR WALDBURGER OR WALKER OR WALL OR WALSH OR WALSH OR WANG
OR WANG OR WARBURTON OR WARD OR WATERS OR WATERSON OR WATSON
OR WATSON OR WATSON OR WEBB OR WEE OR WEIDMAN OR WERDUM OR
WESTCOTT OR WHITE OR WHITEFORD OR WHITELEY OR WHITTAKER OR
WILKINSON OR WILLIAMS OR WILSON OR WIMAN OR WINELAND OR WINNER OR
WISELY OR WISNIEWSKI OR WOODLEY OR WRZOSEK OR YAGIN OR YAHYA OR
YAKOVLEV OR YANG OR YANG OR YAO  OR YOUNG OR YOUSEF OR ZACHRICH
OR ZAFIR OR ZALESKI OR ZAPATA OR ZEFERINO OR ZHANG OR ZHANG OR
ZINGANO OR SHAMIL OR PAPY OR MWIMBI OR JESSICA OR OMARI OR
YOSHIHIRO OR JOHN OR ALEXANDRA OR ILDEMAR OR IURI OR CLEBER OR
CARDOSA OR JOSE OR PAULO OR THIAGO OR JIM OR JOHN OR MARCIO OR
SULTAN OR ARNOLD OR BENJAMIN OR ERICKA OR RICARDO OR EDWARD OR
AMILCAR OR THIAGO OR WARLLEY OR SAM OR GABRIEL OR APOLINAR OR
BENITEZ OR ADLAN OR MAKWAN OR COREY OR JESSICA OR FERNANDA OR
COSTA OR DYLAN OR NINA OR SHINSHO OR FELIPE OR IGOR OR ANDREI OR
AKBARH OR SCOTT OR CLEUDER OR JUNIOR OR RAPHAEL OR RICHARD OR
OLIVIER OR NIKLAS OR SETH OR RYAN OR IZABELA OR ALI OR MEHDI OR
AHMAD OR SHAMAR OR OLUWALE OR MARCIN OR TAE OR HYUN OR ANTONIO
OR RENAN OR MOTA OR NASCIMENTO OR BRYAN OR ANTONIO OR CARLOS OR
COELHO OR EDSON OR MENDEZ OR HACRAN OR DIAS OR LUKE OR JOSH OR PHIL
OR FRANCIMAR OR PATRICK OR ENRIQUE OR STEPHEN OR SHAYNA OR

CHRISTOPHER OR JOHN OR CHARLES OR MIRSAD OR ALAN OR VITOR OR JOSE OR
JOSEPH OR LANCE OR RYAN OR KEITH OR DENNIS OR RONY OR MARIANO OR
ANTHONY OR MICHAEL OR JAN OR TOM OR MAXIMO OR BYRON OR MARK OR
KYLE OR TIMOTHY OR JESSE OR STEPHAN OR RAY OR STEVE OR BRIAN OR
ROGER OR PAUL OR DAVID OR DIEGO OR TOM OR CHARLIE OR JASON OR
MARCUS OR JOSE OR ENRIQUE OR ALVAREZ OR JONATHAN OR ROB OR DAMIEN
OR MATTHEW OR MIKE OR RANDY OR TODD OR TRAVIS OR DEREK OR JOSH OR
GILBERT OR NAH OR SHON OR WILLIAM OR YAN OR ALEX OR JOANNE OR SHANE
OR FABRICIO OR CHRIS OR WAGNER OR WILLIAM OR CHICO OR LUIZ OR GUIDO
OR MARTIN OR JARED OR CHRISTOPHER OR STEVEN OR BRYAN OR
CHRISTOPHER OR FRANCIS OR LIZ OR RENATO OR ALVES OR ROAN OR JULIANA
OR CAIN OR CASTILLO OR ANTONIO OR SHANE OR JOHNNY OR CORTNEY OR
KEVIN OR DANIEL OR GODOFREDO OR NICK OR MAGNUS OR YOSDENIS OR
HENRY OR ADAM OR DONALD OR JORGE OR ANTONIO OR ALEX OR SARAH OR
ERNEST OR JOSHUA OR ALBERT OR CHANG OR KANG OR MICHAEL OR {DOO HO}
OR JOHN OR WILL OR ANTHONY OR LENIN OR GARCIA} OR MIKHAIL OR
HEATHER OR MITCHELL OR CHRIS OR JOSHUA OR JOHN OR CLAY OR RODNEY OR
JACOB OR CARLOS OR CHRIS OR JOSH OR AKIRA OR DANIEL OR BETHELANIA OR
PEREIRA OR PATRICK OR RANDY OR RYAN OR COLBY OR NATHAN OR ANDREW
OR TIM OR DARON OR DOMINICK OR ZAK OR PATRICK OR HERNANI OR
PERPETUO OR JEFF OR KAILIN OR RAFAEL OR LEANDRO OR THOMAS OR ISSA OR
LUIZ OR JORGE OR DUTRA OR JUSSIER OR NICOLAS OR AISLING OR RODRIGO OR
JARJIS OR MAC OR BENEIL OR ALEXIS OR MARCUS OR PHILIP OR THOMAS OR
GUIMARAES OR PHILIP OR CHRIS OR MIKE OR MARCOS OR ROGERIO OR
RODRIGO OR ALEX OR GERMAINE OR THOMAS OR SHANE OR MARLON OR
ANDRES OR VERA OR ROLAND OR CHRIS OR NICHOLAS OR CYRILLE OR NATHAN
OR NICHOLAS OR TYLER OR {T.J.} OR RUSSELL OR DREW OR JOHN OR CLARENCE
OR ALEJANDRO OR PEREZ OR CODY OR RAFAEL OR LEONARD OR RONALDO OR
JUNIOR OR TIAGO  OR ANTONIO OR DANNY OR ROBERT OR MILANA OR TODD OR
JOSEPH OR PATRICK OR ALEXIS OR JESSAMYN OR EVAN OR REUBEN OR MATT
OR MIKE OR BRIAN OR MARK OR FRANKIE OR JOHNNY OR CARLOS OR JUSTIN OR
LEON OR YVES OR JOHN OR OLAV OR DARREN OR JACOB OR STEVEN OR JOSEPH
OR TIMOTHY OR IAN OR RUSSELL OR JAMES OR ANDREW OR KONSTANTIN OR
JULIAN OR COLE OR EFRAIN OR CARLA OR AUGUSTO OR SALVADOR OR
MONTANO OR ERICK OR OMAR OR TERRY OR RASHAD OR ASHLEY OR JESSICA
OR EDWARD OR URIJAH OR BARTOSZ OR KELLY OR PAUL OR ROBERT OR
ANTHONY OR JOSH OR BRUNO OR SILVA OR OLIVEIRA OR CEZAR OR RAFAELLO
OR CAVALCANTI OR CARLOS OR DIEGO OR ANISTAVIO OR EDWIN OR MIRKO OR
SPENCER OR JONATHAN OR COLIN OR KENNETH OR CAROS OR ROB OR RENEE
OR RAFAEL OR GLAICO OR RICH OR MARTIN OR WILLAMY OR RIKI OR
MASIOSARE OR RICARDO OR ANA OR CLAUDIA OR DANTAS OR SHEILA OR
MICHEL OR YVON OR DAVID OR GEORGE OR MICHAEL OR JOSEPH OR MANVEL
OR CODY OR EDGAR OR LEONARD OR MARCO OR ANTONIO OR BELTRAN OR
PABLO OR AZAMAT OR KELVIN OR WILLIE OR LOUIS OR CHRISTOS OR CHRISTOU
OR CODY OR ANDRE OR JOSEPH OR ANDREW OR ROGER OR ULYSSES OR
TAKANORI OR WILSON OR REIS OR MONT OR ALTO OR CESAR OR ARZAMENDIA

OR LEWIS OR RICARDO OR ABREU OR LYMAN OR EDWARD OR TIMOTHY OR
THIBAULT OR DAMIAN OR DAVID OR MICHAEL OR BOBBY OR MATTHEW OR
FORREST OR TYSON OR CHAD OR JOSHUA OR KENDALL OR CHRIS OR VIKTOR OR
NANDOR OR CLAYTON OR MELVIN OR LEONARDO OR AUGUSTO OR MARCELO
OR VISCARDI OR ANDRADE OR ALEXANDER OR MIKE OR TIMOTHY OR RYAN  OR
URIAH OR DENNIS OR PIOTR OR SEOHEE OR MATT OR ANTHONY OR JARED OR
DAN OR PHILLIP OR WALTER OR COLLIN OR CLAY OR HAYDER OR JONATHAN OR
THOMAS OR JAMES OR PATRICK OR CHRIS OR JACOB OR NICK OR DELSON OR
BENSON OR DAN OR JOHNY OR LUIS OR CLAUDIO OR DAVE OR EDWARD OR
ABNER OR LLOVERAS OR RAMIRO OR GEANE OR FELICE OR CLINTON OR JAMES
OR JAY OR JASON OR ANGELA OR PATRICE} OR HATSU OR MIZUTO OR MATT OR
ANDREW OR CHRIS OR ROGER OR JEROME OR MAX OR HOLLY OR KURT OR
PATRICK OR SCOTT OR MARK OR DANIEL OR KYOJI OR JEFF OR BRIAN OR JOHN
OR SHANE OR MATT OR MARK OR REBECCA OR ANNE OR ALEXANDER OR
CHRISTOPHER OR CARLOS OR AUGOSTO OR TERUTO OR YOISLANDY OR YVES
OR DAMON OR MICHAEL OR QUINTON OR DUSTIN OR BROCK OR JOANNA OR
RYAN OR MACIEJ OR RYAN OR ANTHONY OR DAMARQUES OR DASHON OR
DEMETRIOUS OR KAJAN OR LAVAR OR MICHAEL OR TIMOTHY OR DANIEL OR
JONATHAN OR JUSTIN OR JOCELYN OR SHAWN OR SCOTT OR KYRZYSZTOF OR
ALAN OR CHAN OR SUNG OR MYLES OR EMILY OR SIRWAN OR MASANORI OR
KYUNG OR YUSUKE OR SARAH OR TATSUYA OR JULIE OR CLYDE OR CHRIS OR
DANIEL OR PAUL OR STEVE OR TIMOTHY OR RUSTAM OR KATSUNORI OR DONG
OR HYUN OR  ROBERT OR DUSTIN OR ALAN OR CHRIS OR MICHAEL OR KYLE OR
JUSTINE OR JASON OR ERIK OR CHEICK OR JOSH OR NAOYUKI OR KAROLINA OR
JADWIGA OR JAMES OR PASCAL OR NIKITA OR CARLOS OR MICHAEL OR ANTON
OR KIICHI OR LEO OR RYAN OR NOADYA OR TINA OR RICARDO OR TAYLOR OR
CHAD OR ANTHONY OR LORENZ OR JEREMY OR ILIR OR JOSEPH OR ROBERT OR
GLENN OR THOMAS OR JUSTIN OR CUNG OR CHRISTIAN OR MICKAEL OR CHUN
OR HAN} OR KEVIN OR VAUGHAN OR THALES OR NIKOLAS OR BROCK OR
VALERIE OR MARCUS OR DERRICK OR JING OR LANG OR HYUN OR DHIEGO OR
JAKE OR JOHN OR ARTEM OR SEAN OR HECTOR OR MIGUEL OR LOMBARD OR
DILENO OR PEDRO OR HENRIQUE OR JORGE OR BRENDAN OR IAN OR MICHAEL
OR MATT OR DUANE OR MICHAEL OR VICENTE OR CATTA OR PRETA OR CHRIS
OR WILLIAM OR FRANCISCO OR {DA SILVA} OR JASON OR RORY OR LYOTO OR
GHOLAM OR REZA OR JONATHAN OR LEONARDO OR BERNARDO OR CAIO OR
VINNY OR ANGELA OR AOUTNEIL OR MAGNY OR RASHID OR RUSLAN OR JOHN
OR DEMIAN OR AUGUSTO OR LEVAN OR JOHN OR ISLAM OR ZACH OR FABIO OR
NAZARENO OR JON OR JIMI OR CRISTIANO OR RONNY OR RANDA OR NATHAN OR
WENDELL OR OLIVIERA OR ELIOT OR TONY OR DANNY OR HENRY OR ADRIANO
OR SOARES OR LUCAS OR DEIVIDY OR MELO OR BRISTOL OR MICHAEL OR JORGE
OR TATEKI OR JAKE OR AARON OR VLADIMIR OR JACK OR BRADLEY OR IAN OR
SEAN OR KRIS OR TAMDAN OR ROBERT OR MICHAEL OR COURTNEY OR RYAN
OR CONOR OR ANTONIO OR CODY OR GARRETH OR SARA OR TIMOTHY OR
YANCY OR JORDAN OR BRIAN OR GILBERT OR AUGUSTO OR CHAD OR EDGAR OR
EDDIE OR ALVARO OR HERRERA OR IVAN OR JOE OR BRUNO OR RODRIGUES OR
YAOTZIN OR DAVID OR JEREMIAH OR COLE OR DAN OR JASON OR JAMES OR CHE

OR ALBERT OR HIPACIO OR STIPE OR FRANCISCO OR MARIO OR DANNY OR
DAVID OR MATT OR EIJI OR TAKEYA OR ROXANNE OR DARRELL OR STEVE OR
JAMES OR SERGIO OR JOHN OR LEONARDO OR ALEXANDER OR SARAH OR
CHRISTIAN OR RICHARDSON OR ANDRIGO OR MARGARET OR ALEX OR MARYNA
OR HUMBERTO OR REYNALDO OR BROWN OR GEGARD OR QUINN OR VALMIR OR
LAZARO OR MARK OR LAUREN OR NICHOLAS OR MAGOMED OR ELVIS OR RIN OR
USAMI OR KEITA OR YUI OR CHUL OR ROSE OR ROJELIO OR ROGER OR JOSE OR
ALBERTO OR QUINONEZ OR DUSTIN OR STANISLAV OR JOSHUA OR GUNNAR OR
ROY OR ANTONIO OR BRAGA OR TEIXEIRA OR FRANCIS OR BEN OR ALEX OR
RAMSEY OR MATS OR GUANGYOU OR TOM OR JUHANI OR KRISTIAN OR
ANTHONY OR PEDRO OR ANTONIO OR RODRIGO OR ANTONIO OR ROGERIO OR
GABRIEL OR KYLE OR KARL OR JAMES OR SAGE OR PHILLIPE OR AMANDA OR
DIEGO OR KHABIB OR TIMOTHY OR SEAN OR ANDREW OR NORIFUMI OR
YAMAMOTO OR YUSHIN OR EDNALDO OR JESUS OR EDUARDO OR CHARLES OR
LUIZ OR FELIPE OR MELO OR OLEKSIY OR ALAN OR DANIEL OR MICHIHIRO OR
CHARLES OR BRENDAN OR BRIAN OR DUSTIN OR SHAWN OR DAVID OR JACOB
OR TITO OR ALISTAIR OR ALPTEKIN OR NICHOLAS OR LARISSA OR TEEMU OR
DAMACIO OR DUSTIN OR YOEL OR ROMERO OR BART OR SOAKAI OR ROUSIMAR
OR JARED OR NORMAN OR CLAUDE OR PAWEL OR ESTEVAN OR ROSS OR KURT
OR JULIANA OR CATHAL OR {JAY DEE} OR {BJ} OR JESSICA OR NICK OR RAQUEL
OR ROBERT OR MATHEUS OR NICAOLAU OR ERIK OR FRANKIE OR ANTHONY OR
THIAGO OR VIKTOR OR ANTHONY OR SERGIO OR CODY OR NAM OR
CONSTANTINOS OR AARON OR ELIZABETH OR VINC OR BRADLEY OR ENRIQUE
OR {MICHAEL ADAM} OR SEAN OR DANIEL OR DUSTIN OR IGOR OR SANTIAGO
OR YAIR OR RAZIEL OR RODRIGUEZ OR RUAN OR WAGNER OR CARLO OR
MICHAEL OR JOSEPH OR EDWARD OR JUAN OR MANUEL OR MICHAEL OR JAMES
OR JESSICA OR LUIS OR VERNON OR MICHAEL OR STEVEN OR JOHN OR ANTONY
OR PAUL OR JASON OR MARION OR ELIZABETH OR JON OR DELOS OR MICHAEL
OR MIKE OR MATTHEW OR JOSEPH OR AARON OR KARL OR MIKE OR DIEGO OR
ANDRES OR FRANCISCO OR JIMMIE OR JORGE OR BUDDY OR DANIEL OR
KENNETH OR VAGNER OR LUKE OR JORGE OR LUIZ OR SANTIAGO OR MANUEL
OR SHANE OR RICARDO OR JESSE OR GEORGE OR JAMES OR AARON OR CHARLES
OR JARED OR BEN OR RONDA OR MAURICIO OR RODOLFO OR GABRIEL OR
LLIARDE OR BELO OR AMIR OR FRANK OR TAREC OR JASON OR LUKASZ OR
ALESSIO OR {JUSTIN BERNARD} OR ROMAN OR JOSH OR JOSH OR DAVID OR JOBY
OR DIEGO OR JERROD OR LUKE OR JOSEPH OR ROLDAN OR BRUNO OR OLIVEIRA
OR THIAGO OR LIMA OR DANIEL OR YUTA OR PAUL OR TAKENORI OR BENJAMIN
OR CHRIS OR ERIC OR BRENDAN OR PATRICK OR JUSTIN OR BRADLEY OR NEIL
OR MACKENS OR ROSEMARY OR KAMAL OR VALENTINA OR JAKE OR SHUNICHI
OR JOSH OR JOSH OR FREDY OR ALEJANDRO OR SERRANO OR SAMUEL OR
TRAVIS OR STEVEN OR ANDERSON OR ANTONIO OR CARLOS OR RIBEIRO OR
ERICK OR JOAQUIM OR LEANDRO OR THIAGO OR WANDERLEI OR ALAN OR
PATRICK OR DOUGLAS OR WAGNER OR ELIAS OR AARON OR MICHAEL OR TONY
OR DENNIS OR CHAS OR ANTHONY OR JAY OR COLTON OR GILBERT OR LESLIE
OR TREVOR OR LOUIS OR IVAN OR JORGE OR VITOR OR BRUNO OR PETER OR
CHAEL OR SEAN OR KRZYSZTOF OR GEORGE OR ALEJANDRO OR GREG OR JOE

OR EDIMILSON OR SANTOS OR LENNY OR SEAN OR DANIEL OR OVINCE OR
ANDREAS OR RON OR BRIAN OR CLIFFORD OR BERNARD OR DAMIAN OR
DOMINIQUE OR JEREMY OR DEAN OR ALJAMAIN OR JOE OR DANIEL OR
KENNETH OR RICK OR SAMUEL OR JAMES OR GEORGES OR SEAN OR HANS OR
STEFAN OR MICHAEL OR GEORGE OR MARTIN OR KEVIN OR MIKE OR LEE OR
BENTLEY OR MAIRBEK OR NORDINE OR ISSEI OR MISHINORI OR MIESHA OR
BRADLEY OR THIAGO OR MELLO OR PAUL OR JOHN OR GLOVER OR DAVID OR
MOTONOBU OR BRANDON OR ELIAS OR OLIVER OR STEPHEN OR JOSHUA OR
SIMEON OR JANIGLEISON OR ALVES OR HERCULANO OR CHRIS OR NOLAN OR
JOYA OR DARREN OR ANDREW OR KAZUKI OR JOSE OR MARIA OR MARCO OR
LEOPOLDO OR REYES OR MIGUEL OR ALEXANDER OR TECIA OR LYN OR RIKI OR
FRANCISCO OR SOARES OR ROCHA OR TOR OR ABEL OR CHRISTOPHER OR
JONATHAN OR EVAN OR CRUZ OR JUMABIEKE OR  TUKHUGOV OR ALBERT OR
GASAN OR HECTOR OR CERVANTES OR YASUHIRO OR KAMARU OR DARREN OR
RICHARD OR CHARLIE OR ISAAC OR MATTHEW OR PAIGE OR JAMES OR
GUILHERME OR JAVIER OR CAIN OR KAREL OR BRANDON OR HUGO OR
LEONARDO OR LIMA OR JAMES OR MILTON OR SOUZA OR REGINALDO OR
GIANPIERO OR HORACIO OR YURI OR MARCOS OR ROBERT OR BOBBY OR JACOB
OR CHRIS OR ANTHONY OR DONALD OR BENJAMIN OR JAMES OR PATRICK OR
RICHARD OR ANYING OR SAI OR CURT OR LISA OR DOMINIC OR MICHELLE OR
KYLE OR THOMAS OR WALEL OR JONAVIN OR ROYSTON OR CHRIS OR FABRICIO
OR SHELDON OR ALEX OR ROBERT OR GARETT OR ROBERT OR MIKE OR PATRICK
OR JONATHAN OR MATT OR EDWARD OR ALAN OR ANDRE OR ERIC OR LEE OR
KEITH OR TYRON OR MARCIN OR EDDIE OR {RANI AHMAD} OR ALEXANDER OR
DONGI OR JIANPING OR ZHIKUI OR JASON OR BESAM OR LUKE OR ANTON OR
ELIZEU OR ROGER OR JOAO OR LIPENG OR TIEQUAN OR CATHILEE OR MAKAMBO
OR MARAJO OR SCARFACE OR {THE NATURAL} OR {BIG DOG} OR PITBULL OR {
RAGING BULL} OR { POLISH PISTOLA} OR DARTH OR { BABYFACED ASSASSIN}
OR { NEW YORK} OR HD OR {THE TALENT} OR { PHENOM} OR { MEXICUTIONER}
OR {THE COUNT} OR { BARBARIAN} OR WATER OR { AMERICAN PSYCHO} OR {
SPANIARD} OR HITMAN OR { IMMORTAL} OR BULLDOG OR { PEOPLE'S
WARRIOR} OR MORANGO OR BANHA OR ROBOT OR KAMIKAZE OR JUCAO OR
COWBOY OR { NATURAL BORN KILLER} OR { PREDATOR} OR { NATURAL} OR {
DOMINATOR} OR {BIG FROG} OR FEIJAO OR BRODINHO OR { IRISH HAND} OR
{MR. WONDERFUL} OR { IRON LADY} OR { SNAKE} OR { DOBERMAN} OR JACARE
OR CIGANO OR {THE ANSWER} OR {THE DAMAGE} OR { JUGGERNAUT} OR
{APACHE KID} OR SUGAR OR { CALIFORNIA KID} OR TRACTOR OR {CRO COP} OR
{ KING} OR KENFLO OR SAPO OR ACE OR { HITMAN} OR {BAD BOY} OR {
SCARECROW} OR TOUCHY OR { FIREBALL KID} OR { REAL ONE} OR { FLUKE} OR
{DA SPYDER} OR { HUN} OR { CARPENTER} OR { YOUNG ASSASSIN} OR {
MAULER} OR { JOKER} OR { TRASHING MACHINE} OR SUPERMAN OR { HAMMER}
OR { OUTLAW} OR { HITMAN} OR {BAM BAM} OR SMOOTH OR HENDO OR
{SHORT FUSE} OR { MACHINE} OR DOOMSDAY OR {BEC RAWLINGS} OR TIGER
OR RAMPAGE OR IROKEZ OR RUMBLE OR {MIGHTY MOUSE} OR { MENACE} OR
BONES OR { KOREAN ZOMBIE} OR {STUN GUN} OR MAESTRO OR { ROSEDALE
REAPER} OR { DIAMOND} OR {NEW BREED} OR KOS OR PANZER OR {TO

DANADA} OR {J-LAU} OR RUTHLESS OR FILTHY OR { CRIPPLER} OR { CARNY} OR { BARN OWL} OR BANG OR {LIGHTS OUT} OR PATOLINO OR {THE ATHLETE} OR { WATERBOY} OR { DRAGON} OR PEZAO OR { BULL} OR {THE GREAT} OR FIRE OR { JANITOR} OR { BULLY} OR { BARNCAT} OR MAYDAY OR { CRUSHER} OR {BIG TIME} OR { DIRTY BIRD} OR MONEY OR MAGRINHO OR MAYHEM OR { CHEESECAKE ASSASSIN} OR DAUDI OR { DREAM CATCHER} OR { FILIPINO WRECKING MACHINE} OR {K-TARO} OR { DENTIST} OR {BIG COUNTRY} OR { ASSASSIN} OR NAPAO OR { GUN} OR KID OR THUNDER OR {DO BRONX} OR { HUNTINGTON BEACH BAD BOY} OR { ANGEL OF DEATH} OR BARTIMUS OR TOQUINHO OR BATMAN OR { PRODIGY} OR { HIPPO} OR QUICKSAND OR DIESEL OR {THE PROMISE} OR {EL CONQUISTADOR} OR {BIG BEN} OR ROWDY OR SHOGUN OR GODZILLA OR LEGIONARIUS OR { DREAM} OR SASSANGLE OR {KILLA B} OR RED OR { HYBRID} OR {PRINCE OF PERSIA} OR { SPIDER} OR BIGFOOT OR BUSCAPE OR { AXE MURDERER} OR NUGUETTE OR {A-TRAIN} OR LIONHEART OR { POLISH EXPERIMENT} OR {ALL AMERICAN} OR {LIL' HEATHEN} OR DADDY OR { HORROR} OR {HANDS OF STONE} OR RUSH OR SKYSCRAPER OR CUB OR QUICK OR RELENTLESS OR { PUNK} OR {GLEISON TIBAU} OR { CROWBAR} OR SHOWTIME OR { TERMINATOR} OR {THE TRUTH} OR MILTINHO OR VINA OR CHRISTMAS OR TJ OR {VAI CAVALO} OR HANDSOME OR {LITTLE LEE} OR { POLISH CONNECTION} OR { OX} OR SHOTGUN OR { MONGOLIAN} OR GSP OR MINOTAURO OR OSP OR ALPHA OR {ALLY GATOR}OR {AMERICAN GANGSTER} OR {AMERICAN KIDD}OR {BAD MOFO JOJO}OR {BAMA BEAST} OR {BEASTIN 25/8} OR {BELIZEAN BRUISER} OR {BIG NOG} OR {BIG SHOW} OR {BIG TICKET} OR {BIGG RIGG} OR {BLACK BEAST} OR {BRUCE LEEROY} OR {CELTIC KID} OR {CHOSEN ONE} OR {DA LAST SAMURAI} OR {DOMINICAN NIGHTMARE} OR {EL CABALLERO} OR {EL GALLITO} OR {EL LOBO} OR {EL NINO} OR {EL PROFE} OR {EL TORO} OR {FILIPINO ASSASSIN} OR {FUN SIZE} OR {FUNK MASTER} OR {HAMDERLEI SILVA} OR {IRISH DRAGON} OR {IRISH JOE} OR {IRON WOMAN} OR {JERSEY DEVIL} OR {J-BOMB} OR {JOHNNY BRAVO} OR {J-REAZIE} OR {JU THAI} OR {K.J.} OR {KARATE HOTTIE} OR {KID LIGHTENING} OR {KILLA GORILLA} OR {KOREAN BULLDOZER} OR {KOREAN SUPERBOY} OR {LEX LUTHOR} OR {LITTLE NOG} OR {MAD DOG} OR {MAN MOUNTAIN} OR {MR. FINLAND} OR {MR. PERFECT} OR {ONE BAD MOFO} OR {POSTER BOY} OR {PREACHER'S DAUGHTER} OR {PRIME TIME} OR {QUEBEC KID} OR {QUIET STORM} OR {REAL DEAL} OR {REAL OC} OR {REAL STEEL} OR {SILENT ASSASSIN} OR {SMILE'N} OR {SOLDIER OF GOD} OR {SOLDIER BOY} OR {SUPER SAIYAN} OR {SUPER SAMOAN} OR {TAZMEXICAN DEVIL} OR {T-CITY} OR {UNCLE CREEPY} OR {VENEZUELAN VIXEN} OR {WHOOP ASS} OR {YOUR MAJESTY} OR BADGER OR {CUDDLY BEAR} OR BLESSED OR BOSS OR { BUTCHER} OR COBRA OR CONQUEROR OR {EL CUCUY} OR CUPCAKE OR {DC} OR DIABLITO OR EAGLE OR EVIL OR EXCALIBUR OR EXECUTIONER OR FURY OR GENTLEMAN OR GIRLRILLA OR HOLLYWOOD OR HOOLIGAN OR HOT SAUCE OR LION OR LIONESS OR MEATHEAD OR MESSENGER OR MONSOON OR {COOKIE MONSTER} OR NINJA OR OCTOPUS OR PEACEMAKER OR PANTHER OR PUNCHER OR PUNISHER OR RAGIN* OR { REEM} OR ROCKSTAR OR SCRAPPER OR SEXYAMA OR SHARPESHOOTER OR SILENCER OR SLEDGEHAMMER OR SMASHER OR

STORMIN OR TEXECUTIONER OR WONDERBOY OR EINSTEIN OR EXTREMO OR
LEGIONARIUS OR{ASTRO GIRL} OR { SPARTAN} OR ROLO OR {THUNDER OF THE
NORTH} OR STITCH OR SNEAKY ZEBRA OR{ TURKISH DELIGHT} OR {EL
CHANGO} OR CLAUDINHA OR { LITTLE AXE} OR { SNIPER} OR {TANK MODE} OR
OVERKILL OR GASPARZINHO OR{FREIGHT TRAIN} OR { RECIPE} OR {
PROFESSOR} OR {CARA DE SAPATO} OR PATO OR MANDINGO OR SMILEY OR
ALMIGHTY OR {RUSSIAN HAMMER} OR TANQUINHO OR DODGER OR {TOUGH
GUY} OR {BENNY BLANCO} OR MANIMAL OR TREKKO OR VICIOUS OR {BAD
BOY} OR { INSANE} OR HELLBOY OR { MODEL} OR SKULLMAN OR {EL
NATURAL} OR {AIS THE BASH} OR VICIOUS OR {ONE PUNCH} OR BEAR OR
RUKUS OR {B-HUE} OR { MACHINE} OR CARIOCA OR ACOUGUEIRO OR NEO OR
GUTO OR {TA DANADO} OR  {THE FUTURE} OR CUBBY OR MUTANTE OR { GRAVE
DIGGER} OR { DISCIPLE} OR {COLD STEEL} OR {BOSTON STRONG} OR
BEAUTIFUL OR { MENACE} OR {C-MURDER} OR GRITZ OR STUMP OR { GREEK
ASSASSIN} OR { SO CAL KID} OR { SPARTAN} OR ROCKY OR { PRINCE} OR
HANNIBAL OR CASSIUS OR {HEAVY METAL} OR {BIG CAT} OR HEADBUSSA OR
DONNYBROOK OR {NO LOVE} OR { RENEGADE} OR { PFIST} OR CHAOS OR
FREAKSHOW OR { NOTORIOUS} OR {CAST IRON} OR { WAR} OR DARKNESS OR
WEBSTER OR BEATDOWN OR { LEECH} OR {LAST CALL} OR { HANGMAN} OR {
WEREWOLD OF TEXAS} OR { PIT} OR { ANVIL} OR {DANNY BOY} OR { GREMLIN}
OR { MONGOOSE} OR {BC} OR {FLY BOY} OR SCARECROW OR {BULLDAWG} OR
{PE DE CHUMBO} OR { MENACE} OR {DB} OR {SHO NUFF} OR {D'SILVA} OR{NON-
STOP ACTION PACKED} OR { BEAST} OR { VILLAIN} OR { FILIPINO PHEOM} OR
LULA OR FALO OR TRUCK OR {EL FEROZ} OR {HECHO EN MEXICO} OR {
HEAVEN-SENT CHILD OF THE CAGE} OR XUXU OR {THE FIRE} OR CAPOEIRA OR
{EL FUERTE} OR { TIGER} OR {EL GOYITO} OR { MAD TITAN} OR {EL TERRIBLE}
OR {CAIPIRA DE ACO} OR SERTANEJO OR BODAO OR LIMITLESS OR CISCO OR
SITKAYAN OR MASSARANDUBA OR MOGGLY OR {LA PULGA} OR DURINHO OR
{MIDNIGHT MAGIC} OR NEGO OR PEPEY OR BOMBA OR GUNNI OR HULK OR
HURRICANE OR SICARIO OR WOLVERINE OR ENTY OR { DUKE} OR MARAJO OR
BATMAN OR {PRIDE OF EL SALVADOR} OR { OUTLAW} OR HITMAN OR {
LIBRARIAN} OR MOONWALKER OR CRASH OR { JACKHAMMER} OR { KANSAS
CITY BANDIT} OR { THOROUGHBRED} OR HELLBOUND OR { BODY SNATCHER}
OR JAG OR TIGER OR {THE BEAST} OR {EL TERROR} OR { BRAZILIAN SAMURAI}
OR {NETTO BJJ} OR {JOEY SLASH} OR PRINCE OR BRUTAL OR { POTTER} OR {
MAGICIAN} OR {HANDS OF STONE} OR {THE ONE} OR MACAPA OR { VIKING} OR
{ HEAT} OR SPYDER OR BLADE OR {LIL' MONSTER} OR GAMEBRED OR {
SANDMAN} OR {HENRY BURE} OR {NO CHANCE} OR { RAGING WARRIOR} OR {
KO KING} OR TAZ OR ANQA OR FENIX OR {JUICY-J} OR FIREBALL OR { WILD
WOLF} OR {FAST EDDY} OR { NIGERIAN NIGHTMARE} OR {SHA BANG BANG} OR
{ MOTOWN PHENOM} OR STRASSER OR SAVAGE OR {KILLER B} OR KINGSBU OR
CHIMMY OR LELECO OR MACARRAO OR { HORNET} OR { WARRIOR} OR
GOODNIGHT OR MINEIRO OR KLB OR BEICAO OR BESOURO OR WOOKIE OR
BIGSLOW OR {COOL HAND} OR CYBORG OR {DA MENACE} OR JYCKEN OR
CHALATE OR MAGRAO OR { POLISH ZOMBIE} OR PSYCHO OR PEZAO OR {THE
PROSPECT} OR {SUPER MARIO} OR { CROWBAR} OR {LUKE DUKE} OR {DEEP

WATERS} OR GUTTER OR MAXI OR { SULTAN} OR MAVERICK OR BLACKJACK OR JUDO OR BIGGIE OR TRATOR OR { WOLVERINE} OR MICHI OR RAGNAR OR { MARTIAN} OR {DANGER ZONE} OR PUGNUS OR { ROCK-N-ROLLA} OR SOULFORCE OR {EL TIGRE} OR {2 TAP} OR { NINJA OF LOVE} OR NICO OR { QUIET ASSASSIN} OR { STRINA} OR { BOA CONSTRICTOR} OR { HOLY WAR ANGEL} OR WOLVERINE OR DURKIN OR THRILLING OR { BEAST OF THE EAST} OR { ANIMAL} OR TELLYS OR REDSER OR PLASTINHO OR { YOUNG PUNISHER} OR {THE ROCK} OR BILLY OR SUPER OR PLETWAL OR {RUDE BOY} OR HIGHLANDER OR { BARON} OR MOICANO OR HURRICANE OR {MAD DOG} OR DEMENTE OR {GOLDEN BOY} OR VAS OR {FILTHY RICH} OR {RICK MONSTRO} OR { BEAR} OR PROBLEMS OR { REAPER} OR { PROTOTYPE} OR FITO OR MONSTRO OR RELENTLESS OR { SILVERBACK} OR VIVA OR STUNNING OR { CHOIR BOY} OR THUG OR { HAPPY WARRIOR} OR FANGZZ OR LEOPARD OR {BABY FACE} OR { BIG DEAL} OR { FIRE KYLIN} OR {GENTA BOA} OR CHEESECAKE OR {YOUNG GUNS} OR { DESTROYER} OR {BIG SEXY} OR {BLACK MAGIC} OR TARZAN OR { WATCHMAN} OR ABREK OR SHAOLIN OR { GERMAN TANK} OR {ROLLING STAR} OR { GRIN} OR ZOHAN OR STUCKY OR BIGFISH OR { STEAMROLLA} OR { CREEPY WEASEL} OR BRAVEHART OR { SUPERNATURAL} OR SPONGE OR TECH OR CRUSHER OR {DOUBLE IMPACT} OR { TINY TORNADO} OR YASHABO OR MARRETA OR THOMINHAS OR {WILD CARD} OR KONG OR CRAZY OR { PSYCHO} OR {JELLY BEAN} OR STONEFACE OR HAPA OR USELESS OR CEARA OR BIDU OR GALETO OR CALDEIRAO OR WAGNAO OR { GAZELLE} OR { BIG TICKET} OR {THE KILL} OR CHIQUERIM OR BUBBA OR {EL PANTERA} OR CUBA OR {PINK PANTHER} OR ULKA OR {THUGJITSU MASTER}) OR PPV OR {PAY-PER-VIEW} OR {PAY PER VIEW} OR CCV OR {CLOSED-CIRCUIT} OR {CLOSED CIRCUIT} OR VOD OR {VIDEO-ON-DEMAND} OR {VIDEO ON DEMAND} OR {ONLINE CONTENT} OR TELEVISION OR SPIKE OR VERSUS OR G4 OR COMCAST OR HDNET OR {UFC CHANNEL} OR FOX OR DIRECTV OR SHOWTIME OR INDEMAND OR HBO OR XBOX OR SONY OR PS3 OR PLAYSTATION OR APPAREL)

Search 2

(contract or acquire* or exclusiv* or exten* or release or terminate) AND ABDURAHIMOV OR
ABEDI OR AGUILAR OR AKHMEDOV OR AKIYAMA OR ALBERT OR ALBU OR
ALCANTARA OR ALCANTARA OR ALDO OR ALENCAR OR ANTUNES OR ALERS OR
ALESSIO OR ALEXANDRE OR ALIEV OR ALLEN OR ALLOWAY OR ALMEIDA OR
ALMEIDA OR ALVAREZ OR ALVES OR ALVES OR ANDRADE OR ALVEY OR
ALZAGA OR AMAGOV OR AMIRKHANI OR ANDERSON OR ANDRADE OR
ANDREWS OR ANSAROFF OR ANZAI OR ARANTES OR ARAUJO OR ARLOVSKI OR
ARREOLA OR ASHKAM OR ASSUNCAO OR ASSUNCAO OR ATTONITO OR AUBIN
OR MERCIER OR BACKSTROM OR BACZYNSKI OR BADER OR BADUREK OR
BAGAUTINOV OR BAGHDAD OR BAHADURZADA OR BAILEY OR BAMGBOSE OR
BANDEL OR BANG OR BANUELOS OR BARAO OR PEGADO OR BARBERENA OR
BARBOSA OR BARBOZA OR BARNATT OR BARNETT OR BARNETT OR BARONI OR
BARROSO OR BARRY OR BARZOLA OR BASS OR BASZLER OR BEAL OR BEDFORD
OR BEKTIC OR BELCHER OR BELFORT OR BELTRAN OR BENAVIDEZ OR BENOIST
OR BENOIT OR BERISH OR BERMUDEZ OR {BEZERRA } OR BIRCHAK OR BISPING
OR BLACHOWICZ OR BLACKLEDGE OR BLANCO OR BLOODWORTH OR BOCEK OR
BOCHNIAK OR BOETSCH OR BONGFELDT OR BONNAR OR BORG OR BOSSE OR
BOWLES OR BOWLING OR BRADLEY OR BRANCH OR BRANDAO OR BREESE OR
BRENNEMAN OR BRILZ OR BRIMAGE OR BRIONES OR BROOKINS OR BROUGHTON
OR BROWN OR BROWN OR BROWN OR BROWN OR BROWN OR BROWNE OR
BRUNSON OR BURKMAN OR BURNS OR BURRELL OR BUSH OR CABRAL OR
CACERES OR CALDERWOOD OR CAMBPELL OR CAMOES OR CAMOZZI OR
CAMPOS OR CAMPUZANO OR ALEMAN OR CAMUS OR CANE OR CANNETTI OR
CANNONIER OR CANTWELL OR CARAWAY OR CARIASO OR CARMONT OR
CARMOUCHE OR CARNEIRO OR CARNEIRO OR CARNEIRO OR CARRIZOSA OR
CARVALHO OR CARWIN OR CASE OR CASEY OR CASEY OR CASTILLO OR CASTRO
OR CATONE OR CEDENBLAD OR CEDENO OR CEJUDO OR CELLA OR CERRONE OR
CEZARIO OR OLIVEIRA OR CHAMBERS OR CHAVEZ OR CHENG OR CHIESA OR
CHOI OR CHOLISH OR CHOPE OR CHRISTODOULOU OR CIRIACO OR CIRKUNOVS
OR CLARK OR CLARKE OR CLEMENTS OR CLOPTON OR COFER OR COLLARD OR
COLLIER OR CONDIT OR COPE OR COPELAND OR CORASSANI OR CORMIER OR
CORREIA OR CURI OR COTE OR COUTURE OR COUTURE OR COVINGTON OR COY
OR CRAIG OR CREDEUR OR CRUICKSHANK OR CRUZ OR CUMMINGS OR
CUMMINS OR CUNHA OR CURRAN OR CURRAN OR CUSTODIO OR {DA SILVA} OR
{DA SILVA JR} OR {DA SILVA VIEIRA} OR DALBY OR DALY OR DAMM OR DANHO
OR DANZIG OR DARIUSH OR DAVIS OR DAVIS OR DAVIS OR ALMEIDA OR FRIES
OR ROCHA OR TORRE OR {DE LIMA} OR {DE OLIVEIRA} OR {DE RANDAMIE} OR
DEBLASS OR { ROSARIO} OR DELGADO OR DELORME OR DEMPSEY OR DENIS OR
DIABATE OR DIAZ OR DIAZ OR DILLASHAW OR DOANE OR DOBER OR DODSON
OR DOLLAWAY OR DOMINGUEZ OR DONOVAN OR {DOS ANJOS} OR {DOS
SANTOS} OR {DOS SANTOS ALMEIDA} OR {DOS SANTOS E SILVA} OR {DOS
SANTOS JUNIOR} OR DOWNES OR DRYSDALE OR DUDIEVA OR DUFFEE OR DUFFY
OR DUFRESNE OR DUKE OR DUNHAM OR DURAN OR DWYER OR EASTON OR
EBERSOLE OR EDDIVA OR EDGAR OR EDUARDO OR NASCIMENTO OR ROCHA OR

12

EDWARDS OR EINEMO OR ELKINS OR ELLENBERGER OR ELLENBERGER OR ELLIOTT OR ENTWISTLE OR ENZ OR EROKHIN OR EROSA OR ESCOVEDO OR ESCUDERO OR ESPARZA OR ESTRADA OR ESTRADA OR ETIM OR EVANS OR SMITH OR EYE OR FAALOLOTO OR FABER OR FABINSKI OR FASZHOLZ OR FELDER OR FERGUSON OR FERGUSON OR FERNANDO OR FERREIRA OR FERREIRA OR FERREIRA OR NEVES OR FIGUEIREDO OR FIGUEROA OR FILIPOVIC OR FISHER OR FITCH OR FLETCHER OR FLORIAN OR FODOR OR FONT OR FORTE OR FRANCA OR MOREIRA} OR FRANKLIN OR FREDERIKSEN OR FREIRE OR FUKUDA OR FULLEN OR RODRIGUEZ OR FUNCH OR GADELHA OR GAFF OR GAGNON OR GALERA OR GALL OR GAMBINO OR GAMBURYAN OR GARBRANDT OR GARCIA OR GARCIA OR GARCIA OR GARZA OR GASHIMOV OR GASTELUM OR GATES OR GAUDINOT OR GIAGOS OR GIBSON OR GIVENS OR GOMEZ OR GOMEZ OR GOMEZ OR GOMI OR GONCALVES OR GONZALEZ OR PINTO OR GOOD OR GORDON OR GORMAN OR GOUTI OR GRABOWSKI OR GRANT OR GRANT OR GRAVES OR GREEN OR GRICE OR GRIFFIN OR GRIGGS OR GRISPI OR GROVE OR GRUETZEMACHER OR GRUJIC OR GUELMINO OR GUIDA OR GUILLARD OR GUIMARAES OR GUIMARAES OR GUIMARES OR GUSTAFSSON OR GUYMON OR HAGUE OR HALL OR HALLMAN OR HAM OR HAMILL OR HAMILTON OR HAMMAN OR HARDY OR HARRIS OR HART OR HARVISON OR HASSAN OR HATHAWAY OR HAYDEN OR HEAD OR HEALY OR HEATHERLY OR HECHT OR HEIN OR HELENO OR HENDERSON OR HENDRICKS OR HENRIQUE OR BARBOSA OR OLIVEIRA OR HENRIQUE OR {DA SILVA} OR HERMAN OR HERMAN OR HERNANDEZ OR HERNANDEZ OR HERRERA OR HERRIG OR HESTER OR HETTES OR HIERON OR HIGH OR HILL OR HIOKI OR HIROTA OR HOBAR OR HOLBROOK OR HOLDSWORTH OR HOLLETT OR HOLLOWAY OR HOLM OR HOLOBAUGH OR HOLOHAN OR HOLTZMAN OR HOMINICK OR HOOKER OR HORIGUCHI OR HOUGLAND OR HOUSTON OR HOWARD OR HOWELL OR HUGHES OR HUNT OR HYATT OR RAWLINGS OR IAQUINTA OR INDICH OR INOCENTE OR FILHO OR ISHIHARA OR IZQUIERDO OR JABOUIN OR JACKSON OR JACKSON OR JACKSON OR JACOBY OR JARDINE OR JEDRZELCZYK OR JENSEN OR JEWTUSZKO OR JIMMO OR JOHNSON OR JOHNSON OR JOHNSON OR JOHNSON OR JOHNSON OR JOHNSON OR JOHNSON OR JOHNSON OR JOLLY OR JONES OR JONES OR LYBARGER OR JORDAN OR JORGENSEN OR JOTKO OR JOUBAN OR JUNG OR JURY OR KAGAN OR KAKAI OR KANEHARA OR KANG OR KASUYA OR KAUFMAN OR KAWAJIRI OR KEDZIE OR KEITH OR KELADES OR KELLY OR KELLY OR KENNEDY OR KENNEDY OR KHABILOV OR KIKUNO OR KIM OR KIM OR KIMMONS OR KIMURA OR KING OR KINGSBURY OR KISH OR KNIGHT OR KOCH OR KONGO OR KOSCHECK OR KOTANI OR KOWALKIEWICZ OR KRAUSE OR KRAUSS OR KRYLOV OR KUHRAU OR KUIPER OR KUIVANEN OR KUNIMOTO OR KUNTZ OR LAFLARE OR LAHAT OR LAHDEMAKI OR LAMAS OR LAPILUS OR LAPRISE OR LAPSLEY OR LARKIN OR LARSEN OR LATIFI OR LAUZON OR LAWLER OR LAWLOR OR LAWRENCE OR LE OR LEBEN OR LEBOUT OR LEE OR LEE OR LEE OR LEITES OR LENTZ OR LESNAR OR LETOURNEAU OR LEVESSEUR OR LEWIS OR LI OR LIM OR LIMA OR LINDSEY OR LINEKAR OR PAULO OR LOBOV OR LOEFFLER OR LOMBARD OR LOPES OR MORAES OR MUNHOZ OR LOPEZ OR LOUGHNANE OR LOVELAND OR LOWE OR LUCAS OR LUDWIG OR LULLO OR LUQUE OR LYTLE OR MACARIO OR

MACDONALD OR MACHIDA OR MADADI OR MADSEN OR MAFRA OR TEIXEIRA OR
MAGALHAES OR MAGANA OR MAGNY OR MAGOMEDOV OR MAGOMEDOV OR
MAGUIRE OR MAIA OR BAPTISTA OR MAKASHVILI OR MAKDESSI OR
MAKHACHEV OR MAKOVSKY OR MALDONADO OR MALEGARIE OR MANLEY OR
MANUWA OR MARCELLO OR SILVA OR MARKI OR MARKOS OR MARQUARDT OR
MARQUES OR MARSHALL OR MARTIN OR MARTINEZ OR MARTINEZ OR MARTINS
OR MARTINS OR MARUNDE OR MASSENZIO OR MASVIDAL OR MATSUDA OR
MATTHEWS OR MATYUSHENKO OR MAY OR MAYNARD OR MCCALL OR
MCCORKLE OR MCCRAY OR MCCRORY OR MCDANIEL OR MCDONALD OR MCGEE
OR MCGILLIVRAY OR MCGREGOR OR MCKEE OR MCKENZIE OR MCLELLEN OR
MCMANN OR MEANS OR MEDEIROS OR MEIN OR MELANCON OR MELENDEZ OR
MENDES OR MENDEZ OR MENDOZA OR MENJIVAR OR MERRITT OR MESQUITA OR
MEZA OR MICHAUD OR MILLER OR MILLS OR MINA OR ARAUJO OR MIOCIC OR
MIR OR MIRANDA OR MITCHELL OR MITRIONE OR MITSUOKA OR MIZUGAKI OR
MODAFFERI OR MONTAGUE OR MONTGOMERY OR MOONTASRI OR MORAES OR
MORAGA OR MORALES OR MORAS OR MORECRAFT OR MOREIRA OR MORGAN
OR MORONO OR MOROZ OR MORRISON OR MOUSASI OR MULHERN OR MUNIZ OR
{SILVA} OR MUNOZ OR MURPHY OR MUSOKE OR MUSTAFAEV OR MUTAPCIC OR
NAKAI OR NAKAMURA OR NAM OR NAMAJUNAS OR NARVAEZ OR NAVARRO OR
NEACE OR NEDKOV  OR NEER OR NELSON OR NELSON OR NETO OR NGANNOU OR
NGUYEN OR NICHOLSON OR NIJEM OR NILSSON OR NING OR NINIMAKI OR
NJOKUANI OR NOBRE OR NOGUEIRA OR NOGUEIRA OR NOGUEIRA OR NOKE OR
NOONS OR NORTHCUTT OR NOVER OR NUNES OR NUNES OR NURMAGOMEDOV
OR O'BRIEN OR O'CONNELL OR OGLE OR OKABE OR OKAMI OR OLIVEIRA OR
OLIVEIRA OR OLIVERIA OR OLIVIERI OR OLIYNYK OR OMER OR OMIELANCZUK
OR OMIGAWA OR O'NEIL OR O'REILLY OR ORTEGA OR ORTIZ OR ORTIZ OR
OVEREEM OR OZKILIC OR PACE OR PACHECO OR PACKALEN OR PAGE OR PAGUE
OR PALACIO OR PALASZEWSKI OR PALELEI OR PALHARES OR PAPAZIAN OR
PARKE OR PATRICK OR PAWLAK OR PAYAN OR PEARSON OR PELLEGRINO OR
PENA OR PENDRED OR PENN OR PENNE OR PENNER OR PENNINGTON OR
PERALTA OR PEREIRA OR PEREZ OR PEREZ OR PEROSH OR PERPETUO OR PESTA
OR PETTIS OR PETTIS OR PFISTER OR PHAN OR PHILIPPOU OR PHILLIPS OR
PHILLIPS OR PICHEL OR PICKETT OR PICON OR PIERCE OR PIERSON OR PINEDA
OR POIRIER OR POKRAJAC OR PONZINIBBIO OR PORTILLO OR POTTS OR PRADO
OR PRATER OR PRAZERES OR PROCTOR OR {PUIG} OR CARREON OR PYLE OR
QUINLAN OR RAKOCZY OR RAMOS OR {RAMOS HO} OR RAY OR REDMOND OR
REINHARDT OR RENEAU OR PEREZ OR REYES OR RHODES OR RICCI OR RIDDLE
OR RIGGS OR RILEY OR RING OR RIO OR RIVAS OR FIGUEROA OR RIVERA OR
ROBERTS OR ROBERTSON OR ROCHA OR ROCKHOLD OR RODRIGUES OR
RODRIGUEZ OR ROLLER OR ROMERO OR RONSON OR ROOP OR ROPER OR ROSA
OR ROSHOLT OR ROTHWELL OR ROUSEY OR RUA OR RUBIO OR PEREZ OR
RUEDIGER OR RUSSOW OR SABINO OR SADOLLAH OR SAENZ OR SAFFIEDINE OR
SAGGO OR SAJEWSKI OR SAKARA OR SALAS OR SALAZAR OR SAMMAN OR
SAMPO OR SANCHEZ OR SANCHEZ OR SANDERS OR SANDERS OR SANDOVAL OR
SANGCHA OR SANTOS OR SARAFIAN OR SASAKI OR SASS OR SATO OR SAUNDERS
OR SCHAFER OR SCHAUB OR SCHILLING OR SCOGGINS OR SCOTT OR SEERY OR

SEMERZIER OR SEXTON OR SHALORUS OR SHEVCHENKO OR SHIELDS OR
SHIMIZU OR SHOCKLEY OR SHOKLEY OR SICHACA OR SICILIA OR SILER OR
SILVA { ALVES} OR { ANDRADE} OR { GOMES} OR SILVERIO OR SIMPSON OR
SIMS OR SIVER OR SKELLY OR SMITH OR SMOLKA OR SOARES OR OLIVEIRA OR {
MIRANDA} OR SOBOTTA OR SONNEN OR SORIANO OR SOSZYNSKI OR
SOTIROPOULOS OR SOTO OR SOUZA OR SPANG OR SPENCER OR SPOHN OR
PREUX OR STAHL OR STALLINGS OR STANN OR STARKS OR STASIAK OR STEELE
OR STEPHENS OR STERLING OR STEVENSON OR STITTGEN OR STONE OR STORY
OR STOUT OR { PIERRE} OR STRICKLAND OR STRINGER OR STRUVE OR STUMPF
OR SULLIVAN OR SVENSSON OR SWANSON OR SWICK OR SYLER OR TAISUMOW
OR TALEB OR TAMURA OR TANAKA OR TATE OR TAVARES OR TAVARES OR
TAYLOR OR TEIXEIRA OR TEIXIRA OR TEYMUR OR TEZUKA OR THATCH OR
THEODOROU OR THOMPSON OR THOMSOM OR THORESEN OR TIBAU OR TICKLE
OR TICMAN OR TILL OR TODHUNTER OR TOKUDOME OR TOME OR TORRES OR
MONCAIO OR  MONCAIO OR TOSAKI OR TREVINO OR TRINALDO OR TROENG OR
TRUJILLO OR TUCHSCHERER OR TUCK OR TUERXUN OR TUKHUGOV OR
TUMENOV OR UMALATOV OR URBINA OR URUSHITANI OR USMAN OR
UYENOYAMA OR VACULIK OR VALENCIA OR VALLIE OR FLAGG OR BUREN OR
VANZANT OR VARNER OR VASCONCELOS OR VAZQUEZ OR VELASQUEZ OR
VEMOLA OR VERA OR VIANA OR SOUZA OR VICK OR VIEIRA OR {DA SILVA} OR
VILLANTE OR VILLANUEVA OR VILLEFORT OR VINICIUS OR VOELKER OR
VOLKMANN OR WADE OR WALDBURGER OR WALKER OR WALL OR WALSH OR
WALSH OR WANG OR WANG OR WARBURTON OR WARD OR WATERS OR
WATERSON OR WATSON OR WATSON OR WATSON OR WEBB OR WEE OR
WEIDMAN OR WERDUM OR WESTCOTT OR WHITE OR WHITEFORD OR WHITELEY
OR WHITTAKER OR WILKINSON OR WILLIAMS OR WILSON OR WIMAN OR
WINELAND OR WINNER OR WISELY OR WISNIEWSKI OR WOODLEY OR WRZOSEK
OR YAGIN OR YAHYA OR YAKOVLEV OR YANG OR YANG OR YAO  OR YOUNG OR
YOUSEF OR ZACHRICH OR ZAFIR OR ZALESKI OR ZAPATA OR ZEFERINO OR
ZHANG OR ZHANG OR ZINGANO OR SHAMIL OR PAPY OR MWIMBI OR JESSICA OR
OMARI OR YOSHIHIRO OR JOHN OR ALEXANDRA OR ILDEMAR OR IURI OR
CLEBER OR CARDOSA OR JOSE OR PAULO OR THIAGO OR JIM OR JOHN OR
MARCIO OR SULTAN OR ARNOLD OR BENJAMIN OR ERICKA OR RICARDO OR
EDWARD OR AMILCAR OR THIAGO OR WARLLEY OR SAM OR GABRIEL OR
APOLINAR OR BENITEZ OR ADLAN OR MAKWAN OR COREY OR JESSICA OR
FERNANDA OR COSTA OR DYLAN OR NINA OR SHINSHO OR FELIPE OR IGOR OR
ANDREI OR AKBARH OR SCOTT OR CLEUDER OR JUNIOR OR RAPHAEL OR
RICHARD OR OLIVIER OR NIKLAS OR SETH OR RYAN OR IZABELA OR ALI OR
MEHDI OR AHMAD OR SHAMAR OR OLUWALE OR MARCIN OR TAE OR HYUN OR
ANTONIO OR RENAN OR MOTA OR NASCIMENTO OR BRYAN OR ANTONIO OR
CARLOS OR COELHO OR EDSON OR MENDEZ OR HACRAN OR DIAS OR LUKE OR
JOSH OR PHIL OR FRANCIMAR OR PATRICK OR ENRIQUE OR STEPHEN OR
SHAYNA OR CHRISTOPHER OR JOHN OR CHARLES OR MIRSAD OR ALAN OR
VITOR OR JOSE OR JOSEPH OR LANCE OR RYAN OR KEITH OR DENNIS OR RONY
OR MARIANO OR ANTHONY OR MICHAEL OR JAN OR TOM OR MAXIMO OR
BYRON OR MARK OR KYLE OR TIMOTHY OR JESSE OR STEPHAN OR RAY OR

STEVE OR BRIAN OR ROGER OR PAUL OR DAVID OR DIEGO OR TOM OR CHARLIE
OR JASON OR MARCUS OR JOSE OR ENRIQUE OR ALVAREZ OR JONATHAN OR
ROB OR DAMIEN OR MATTHEW OR MIKE OR RANDY OR TODD OR TRAVIS OR
DEREK OR JOSH OR GILBERT OR NAH OR SHON OR WILLIAM OR YAN OR ALEX OR
JOANNE OR SHANE OR FABRICIO OR CHRIS OR WAGNER OR WILLIAM OR CHICO
OR LUIZ OR GUIDO OR MARTIN OR JARED OR CHRISTOPHER OR STEVEN OR
BRYAN OR CHRISTOPHER OR FRANCIS OR LIZ OR RENATO OR ALVES OR ROAN
OR JULIANA OR CAIN OR CASTILLO OR ANTONIO OR SHANE OR JOHNNY OR
CORTNEY OR KEVIN OR DANIEL OR GODOFREDO OR NICK OR MAGNUS OR
YOSDENIS OR HENRY OR ADAM OR DONALD OR JORGE OR ANTONIO OR ALEX OR
SARAH OR ERNEST OR JOSHUA OR ALBERT OR CHANG OR KANG OR MICHAEL OR
{DOO HO} OR JOHN OR WILL OR ANTHONY OR LENIN OR GARCIA} OR MIKHAIL
OR HEATHER OR MITCHELL OR CHRIS OR JOSHUA OR JOHN OR CLAY OR RODNEY
OR JACOB OR CARLOS OR CHRIS OR JOSH OR AKIRA OR DANIEL OR BETHELANIA
OR PEREIRA OR PATRICK OR RANDY OR RYAN OR COLBY OR NATHAN OR
ANDREW OR TIM OR DARON OR DOMINICK OR ZAK OR PATRICK OR HERNANI OR
PERPETUO OR JEFF OR KAILIN OR RAFAEL OR LEANDRO OR THOMAS OR ISSA OR
LUIZ OR JORGE OR DUTRA OR JUSSIER OR NICOLAS OR AISLING OR RODRIGO OR
JARJIS OR MAC OR BENEIL OR ALEXIS OR MARCUS OR PHILIP OR THOMAS OR
GUIMARAES OR PHILIP OR CHRIS OR MIKE OR MARCOS OR ROGERIO OR
RODRIGO OR ALEX OR GERMAINE OR THOMAS OR SHANE OR MARLON OR
ANDRES OR VERA OR ROLAND OR CHRIS OR NICHOLAS OR CYRILLE OR NATHAN
OR NICHOLAS OR TYLER OR {T.J.} OR RUSSELL OR DREW OR JOHN OR CLARENCE
OR ALEJANDRO OR PEREZ OR CODY OR RAFAEL OR LEONARD OR RONALDO OR
JUNIOR OR TIAGO  OR ANTONIO OR DANNY OR ROBERT OR MILANA OR TODD OR
JOSEPH OR PATRICK OR ALEXIS OR JESSAMYN OR EVAN OR REUBEN OR MATT
OR MIKE OR BRIAN OR MARK OR FRANKIE OR JOHNNY OR CARLOS OR JUSTIN OR
LEON OR YVES OR JOHN OR OLAV OR DARREN OR JACOB OR STEVEN OR JOSEPH
OR TIMOTHY OR IAN OR RUSSELL OR JAMES OR ANDREW OR KONSTANTIN OR
JULIAN OR COLE OR EFRAIN OR CARLA OR AUGUSTO OR SALVADOR OR
MONTANO OR ERICK OR OMAR OR TERRY OR RASHAD OR ASHLEY OR JESSICA
OR EDWARD OR URIJAH OR BARTOSZ OR KELLY OR PAUL OR ROBERT OR
ANTHONY OR JOSH OR BRUNO OR SILVA OR OLIVEIRA OR CEZAR OR RAFAELLO
OR CAVALCANTI OR CARLOS OR DIEGO OR ANISTAVIO OR EDWIN OR MIRKO OR
SPENCER OR JONATHAN OR COLIN OR KENNETH OR CAROS OR ROB OR RENEE
OR RAFAEL OR GLAICO OR RICH OR MARTIN OR WILLAMY OR RIKI OR
MASIOSARE OR RICARDO OR ANA OR CLAUDIA OR DANTAS OR SHEILA OR
MICHEL OR YVON OR DAVID OR GEORGE OR MICHAEL OR JOSEPH OR MANVEL
OR CODY OR EDGAR OR LEONARD OR MARCO OR ANTONIO OR BELTRAN OR
PABLO OR AZAMAT OR KELVIN OR WILLIE OR LOUIS OR CHRISTOS OR CHRISTOU
OR CODY OR ANDRE OR JOSEPH OR ANDREW OR ROGER OR ULYSSES OR
TAKANORI OR WILSON OR REIS OR MONT OR ALTO OR CESAR OR ARZAMENDIA
OR LEWIS OR RICARDO OR ABREU OR LYMAN OR EDWARD OR TIMOTHY OR
THIBAULT OR DAMIAN OR DAVID OR MICHAEL OR BOBBY OR MATTHEW OR
FORREST OR TYSON OR CHAD OR JOSHUA OR KENDALL OR CHRIS OR VIKTOR OR
NANDOR OR CLAYTON OR MELVIN OR LEONARDO OR AUGUSTO OR MARCELO

OR VISCARDI OR ANDRADE OR ALEXANDER OR MIKE OR TIMOTHY OR RYAN  OR
URIAH OR DENNIS OR PIOTR OR SEOHEE OR MATT OR ANTHONY OR JARED OR
DAN OR PHILLIP OR WALTER OR COLLIN OR CLAY OR HAYDER OR JONATHAN OR
THOMAS OR JAMES OR PATRICK OR CHRIS OR JACOB OR NICK OR DELSON OR
BENSON OR DAN OR JOHNY OR LUIS OR CLAUDIO OR DAVE OR EDWARD OR
ABNER OR LLOVERAS OR RAMIRO OR GEANE OR FELICE OR CLINTON OR JAMES
OR JAY OR JASON OR ANGELA OR PATRICE} OR HATSU OR MIZUTO OR MATT OR
ANDREW OR CHRIS OR ROGER OR JEROME OR MAX OR HOLLY OR KURT OR
PATRICK OR SCOTT OR MARK OR DANIEL OR KYOJI OR JEFF OR BRIAN OR JOHN
OR SHANE OR MATT OR MARK OR REBECCA OR ANNE OR ALEXANDER OR
CHRISTOPHER OR CARLOS OR AUGOSTO OR TERUTO OR YOISLANDY OR YVES
OR DAMON OR MICHAEL OR QUINTON OR DUSTIN OR BROCK OR JOANNA OR
RYAN OR MACIEJ OR RYAN OR ANTHONY OR DAMARQUES OR DASHON OR
DEMETRIOUS OR KAJAN OR LAVAR OR MICHAEL OR TIMOTHY OR DANIEL OR
JONATHAN OR JUSTIN OR JOCELYN OR SHAWN OR SCOTT OR KYRZYSZTOF OR
ALAN OR CHAN OR SUNG OR MYLES OR EMILY OR SIRWAN OR MASANORI OR
KYUNG OR YUSUKE OR SARAH OR TATSUYA OR JULIE OR CLYDE OR CHRIS OR
DANIEL OR PAUL OR STEVE OR TIMOTHY OR RUSTAM OR KATSUNORI OR DONG
OR HYUN OR  ROBERT OR DUSTIN OR ALAN OR CHRIS OR MICHAEL OR KYLE OR
JUSTINE OR JASON OR ERIK OR CHEICK OR JOSH OR NAOYUKI OR KAROLINA OR
JADWIGA OR JAMES OR PASCAL OR NIKITA OR CARLOS OR MICHAEL OR ANTON
OR KIICHI OR LEO OR RYAN OR NOADYA OR TINA OR RICARDO OR TAYLOR OR
CHAD OR ANTHONY OR LORENZ OR JEREMY OR ILIR OR JOSEPH OR ROBERT OR
GLENN OR THOMAS OR JUSTIN OR CUNG OR CHRISTIAN OR MICKAEL OR CHUN
OR HAN} OR KEVIN OR VAUGHAN OR THALES OR NIKOLAS OR BROCK OR
VALERIE OR MARCUS OR DERRICK OR JING OR LANG OR HYUN OR DHIEGO OR
JAKE OR JOHN OR ARTEM OR SEAN OR HECTOR OR MIGUEL OR LOMBARD OR
DILENO OR PEDRO OR HENRIQUE OR JORGE OR BRENDAN OR IAN OR MICHAEL
OR MATT OR DUANE OR MICHAEL OR VICENTE OR CATTA OR PRETA OR CHRIS
OR WILLIAM OR FRANCISCO OR {DA SILVA} OR JASON OR RORY OR LYOTO OR
GHOLAM OR REZA OR JONATHAN OR LEONARDO OR BERNARDO OR CAIO OR
VINNY OR ANGELA OR AOUTNEIL OR MAGNY OR RASHID OR RUSLAN OR JOHN
OR DEMIAN OR AUGUSTO OR LEVAN OR JOHN OR ISLAM OR ZACH OR FABIO OR
NAZARENO OR JON OR JIMI OR CRISTIANO OR RONNY OR RANDA OR NATHAN OR
WENDELL OR OLIVIERA OR ELIOT OR TONY OR DANNY OR HENRY OR ADRIANO
OR SOARES OR LUCAS OR DEIVIDY OR MELO OR BRISTOL OR MICHAEL OR JORGE
OR TATEKI OR JAKE OR AARON OR VLADIMIR OR JACK OR BRADLEY OR IAN OR
SEAN OR KRIS OR TAMDAN OR ROBERT OR MICHAEL OR COURTNEY OR RYAN
OR CONOR OR ANTONIO OR CODY OR GARRETH OR SARA OR TIMOTHY OR
YANCY OR JORDAN OR BRIAN OR GILBERT OR AUGUSTO OR CHAD OR EDGAR OR
EDDIE OR ALVARO OR HERRERA OR IVAN OR JOE OR BRUNO OR RODRIGUES OR
YAOTZIN OR DAVID OR JEREMIAH OR COLE OR DAN OR JASON OR JAMES OR CHE
OR ALBERT OR HIPACIO OR STIPE OR FRANCISCO OR MARIO OR DANNY OR
DAVID OR MATT OR EIJI OR TAKEYA OR ROXANNE OR DARRELL OR STEVE OR
JAMES OR SERGIO OR JOHN OR LEONARDO OR ALEXANDER OR SARAH OR
CHRISTIAN OR RICHARDSON OR ANDRIGO OR MARGARET OR ALEX OR MARYNA

OR HUMBERTO OR REYNALDO OR BROWN OR GEGARD OR QUINN OR VALMIR OR LAZARO OR MARK OR LAUREN OR NICHOLAS OR MAGOMED OR ELVIS OR RIN OR USAMI OR KEITA OR YUI OR CHUL OR ROSE OR ROJELIO OR ROGER OR JOSE OR ALBERTO OR QUINONEZ OR DUSTIN OR STANISLAV OR JOSHUA OR GUNNAR OR ROY OR ANTONIO OR BRAGA OR TEIXEIRA OR FRANCIS OR BEN OR ALEX OR RAMSEY OR MATS OR GUANGYOU OR TOM OR JUHANI OR KRISTIAN OR ANTHONY OR PEDRO OR ANTONIO OR RODRIGO OR ANTONIO OR ROGERIO OR GABRIEL OR KYLE OR KARL OR JAMES OR SAGE OR PHILLIPE OR AMANDA OR DIEGO OR KHABIB OR TIMOTHY OR SEAN OR ANDREW OR NORIFUMI OR YAMAMOTO OR YUSHIN OR EDNALDO OR JESUS OR EDUARDO OR CHARLES OR LUIZ OR FELIPE OR MELO OR OLEKSIY OR ALAN OR DANIEL OR MICHIHIRO OR CHARLES OR BRENDAN OR BRIAN OR DUSTIN OR SHAWN OR DAVID OR JACOB OR TITO OR ALISTAIR OR ALPTEKIN OR NICHOLAS OR LARISSA OR TEEMU OR DAMACIO OR DUSTIN OR YOEL OR ROMERO OR BART OR SOAKAI OR ROUSIMAR OR JARED OR NORMAN OR CLAUDE OR PAWEL OR ESTEVAN OR ROSS OR KURT OR JULIANA OR CATHAL OR {JAY DEE} OR {BJ} OR JESSICA OR NICK OR RAQUEL OR ROBERT OR MATHEUS OR NICAOLAU OR ERIK OR FRANKIE OR ANTHONY OR THIAGO OR VIKTOR OR ANTHONY OR SERGIO OR CODY OR NAM OR CONSTANTINOS OR AARON OR ELIZABETH OR VINC OR BRADLEY OR ENRIQUE OR {MICHAEL ADAM} OR SEAN OR DANIEL OR DUSTIN OR IGOR OR SANTIAGO OR YAIR OR RAZIEL OR RODRIGUEZ OR RUAN OR WAGNER OR CARLO OR MICHAEL OR JOSEPH OR EDWARD OR JUAN OR MANUEL OR MICHAEL OR JAMES OR JESSICA OR LUIS OR VERNON OR MICHAEL OR STEVEN OR JOHN OR ANTONY OR PAUL OR JASON OR MARION OR ELIZABETH OR JON OR DELOS OR MICHAEL OR MIKE OR MATTHEW OR JOSEPH OR AARON OR KARL OR MIKE OR DIEGO OR ANDRES OR FRANCISCO OR JIMMIE OR JORGE OR BUDDY OR DANIEL OR KENNETH OR VAGNER OR LUKE OR JORGE OR LUIZ OR SANTIAGO OR MANUEL OR SHANE OR RICARDO OR JESSE OR GEORGE OR JAMES OR AARON OR CHARLES OR JARED OR BEN OR RONDA OR MAURICIO OR RODOLFO OR GABRIEL OR LLIARDE OR BELO OR AMIR OR FRANK OR TAREC OR JASON OR LUKASZ OR ALESSIO OR {JUSTIN BERNARD} OR ROMAN OR JOSH OR JOSH OR DAVID OR JOBY OR DIEGO OR JERROD OR LUKE OR JOSEPH OR ROLDAN OR BRUNO OR OLIVEIRA OR THIAGO OR LIMA OR DANIEL OR YUTA OR PAUL OR TAKENORI OR BENJAMIN OR CHRIS OR ERIC OR BRENDAN OR PATRICK OR JUSTIN OR BRADLEY OR NEIL OR MACKENS OR ROSEMARY OR KAMAL OR VALENTINA OR JAKE OR SHUNICHI OR JOSH OR JOSH OR FREDY OR ALEJANDRO OR SERRANO OR SAMUEL OR TRAVIS OR STEVEN OR ANDERSON OR ANTONIO OR CARLOS OR RIBEIRO OR ERICK OR JOAQUIM OR LEANDRO OR THIAGO OR WANDERLEI OR ALAN OR PATRICK OR DOUGLAS OR WAGNER OR ELIAS OR AARON OR MICHAEL OR TONY OR DENNIS OR CHAS OR ANTHONY OR JAY OR COLTON OR GILBERT OR LESLIE OR TREVOR OR LOUIS OR IVAN OR JORGE OR VITOR OR BRUNO OR PETER OR CHAEL OR SEAN OR KRZYSZTOF OR GEORGE OR ALEJANDRO OR GREG OR JOE OR EDIMILSON OR SANTOS OR LENNY OR SEAN OR DANIEL OR OVINCE OR ANDREAS OR RON OR BRIAN OR CLIFFORD OR BERNARD OR DAMIAN OR DOMINIQUE OR JEREMY OR DEAN OR ALJAMAIN OR JOE OR DANIEL OR KENNETH OR RICK OR SAMUEL OR JAMES OR GEORGES OR SEAN OR HANS OR

STEFAN OR MICHAEL OR GEORGE OR MARTIN OR KEVIN OR MIKE OR LEE OR
BENTLEY OR MAIRBEK OR NORDINE OR ISSEI OR MISHINORI OR MIESHA OR
BRADLEY OR THIAGO OR MELLO OR PAUL OR JOHN OR GLOVER OR DAVID OR
MOTONOBU OR BRANDON OR ELIAS OR OLIVER OR STEPHEN OR JOSHUA OR
SIMEON OR JANIGLEISON OR ALVES OR HERCULANO OR CHRIS OR NOLAN OR
JOYA OR DARREN OR ANDREW OR KAZUKI OR JOSE OR MARIA OR MARCO OR
LEOPOLDO OR REYES OR MIGUEL OR ALEXANDER OR TECIA OR LYN OR RIKI OR
FRANCISCO OR SOARES OR ROCHA OR TOR OR ABEL OR CHRISTOPHER OR
JONATHAN OR EVAN OR CRUZ OR JUMABIEKE OR  TUKHUGOV OR ALBERT OR
GASAN OR HECTOR OR CERVANTES OR YASUHIRO OR KAMARU OR DARREN OR
RICHARD OR CHARLIE OR ISAAC OR MATTHEW OR PAIGE OR JAMES OR
GUILHERME OR JAVIER OR CAIN OR KAREL OR BRANDON OR HUGO OR
LEONARDO OR LIMA OR JAMES OR MILTON OR SOUZA OR REGINALDO OR
GIANPIERO OR HORACIO OR YURI OR MARCOS OR ROBERT OR BOBBY OR JACOB
OR CHRIS OR ANTHONY OR DONALD OR BENJAMIN OR JAMES OR PATRICK OR
RICHARD OR ANYING OR SAI OR CURT OR LISA OR DOMINIC OR MICHELLE OR
KYLE OR THOMAS OR WALEL OR JONAVIN OR ROYSTON OR CHRIS OR FABRICIO
OR SHELDON OR ALEX OR ROBERT OR GARETT OR ROBERT OR MIKE OR PATRICK
OR JONATHAN OR MATT OR EDWARD OR ALAN OR ANDRE OR ERIC OR LEE OR
KEITH OR TYRON OR MARCIN OR EDDIE OR {RANI AHMAD} OR ALEXANDER OR
DONGI OR JIANPING OR ZHIKUI OR JASON OR BESAM OR LUKE OR ANTON OR
ELIZEU OR ROGER OR JOAO OR LIPENG OR TIEQUAN OR CATHILEE OR MAKAMBO
OR MARAJO OR SCARFACE OR {THE NATURAL} OR {BIG DOG} OR PITBULL OR {
RAGING BULL} OR { POLISH PISTOLA} OR DARTH OR { BABYFACED ASSASSIN}
OR { NEW YORK} OR HD OR {THE TALENT} OR { PHENOM} OR { MEXICUTIONER}
OR {THE COUNT} OR { BARBARIAN} OR WATER OR { AMERICAN PSYCHO} OR {
SPANIARD} OR HITMAN OR { IMMORTAL} OR BULLDOG OR { PEOPLE'S
WARRIOR} OR MORANGO OR BANHA OR ROBOT OR KAMIKAZE OR JUCAO OR
COWBOY OR { NATURAL BORN KILLER} OR { PREDATOR} OR { NATURAL} OR {
DOMINATOR} OR {BIG FROG} OR FEIJAO OR BRODINHO OR { IRISH HAND} OR
{MR. WONDERFUL} OR { IRON LADY} OR { SNAKE} OR { DOBERMAN} OR JACARE
OR CIGANO OR {THE ANSWER} OR {THE DAMAGE} OR { JUGGERNAUT} OR
{APACHE KID} OR SUGAR OR { CALIFORNIA KID} OR TRACTOR OR {CRO COP} OR
{ KING} OR KENFLO OR SAPO OR ACE OR { HITMAN} OR {BAD BOY} OR {
SCARECROW} OR TOUCHY OR { FIREBALL KID} OR { REAL ONE} OR { FLUKE} OR
{DA SPYDER} OR { HUN} OR { CARPENTER} OR { YOUNG ASSASSIN} OR {
MAULER} OR { JOKER} OR { TRASHING MACHINE} OR SUPERMAN OR { HAMMER}
OR { OUTLAW} OR { HITMAN} OR {BAM BAM} OR SMOOTH OR HENDO OR
{SHORT FUSE} OR { MACHINE} OR DOOMSDAY OR {BEC RAWLINGS} OR TIGER
OR RAMPAGE OR IROKEZ OR RUMBLE OR {MIGHTY MOUSE} OR { MENACE} OR
BONES OR { KOREAN ZOMBIE} OR {STUN GUN} OR MAESTRO OR { ROSEDALE
REAPER} OR { DIAMOND} OR {NEW BREED} OR KOS OR PANZER OR {TO
DANADA} OR {J-LAU} OR RUTHLESS OR FILTHY OR { CRIPPLER} OR { CARNY} OR
{ BARN OWL} OR BANG OR {LIGHTS OUT} OR PATOLINO OR {THE ATHLETE} OR {
WATERBOY} OR { DRAGON} OR PEZAO OR { BULL} OR {THE GREAT} OR FIRE OR
{ JANITOR} OR { BULLY} OR { BARNCAT} OR MAYDAY OR { CRUSHER} OR {BIG

TIME} OR { DIRTY BIRD} OR MONEY OR MAGRINHO OR MAYHEM OR {
CHEESECAKE ASSASSIN} OR DAUDI OR { DREAM CATCHER} OR { FILIPINO
WRECKING MACHINE} OR {K-TARO} OR { DENTIST} OR {BIG COUNTRY} OR {
ASSASSIN} OR NAPAO OR { GUN} OR KID OR THUNDER OR {DO BRONX} OR {
HUNTINGTON BEACH BAD BOY} OR { ANGEL OF DEATH} OR BARTIMUS OR
TOQUINHO OR BATMAN OR { PRODIGY} OR { HIPPO} OR QUICKSAND OR DIESEL
OR {THE PROMISE} OR {EL CONQUISTADOR} OR {BIG BEN} OR ROWDY OR
SHOGUN OR GODZILLA OR LEGIONARIUS OR { DREAM} OR SASSANGLE OR
{KILLA B} OR RED OR { HYBRID} OR {PRINCE OF PERSIA} OR { SPIDER} OR
BIGFOOT OR BUSCAPE OR { AXE MURDERER} OR NUGUETTE OR {A-TRAIN} OR
LIONHEART OR { POLISH EXPERIMENT} OR {ALL AMERICAN} OR {LIL' HEATHEN}
OR DADDY OR { HORROR} OR {HANDS OF STONE} OR RUSH OR SKYSCRAPER OR
CUB OR QUICK OR RELENTLESS OR { PUNK} OR {GLEISON TIBAU} OR {
CROWBAR} OR SHOWTIME OR { TERMINATOR} OR {THE TRUTH} OR MILTINHO
OR VINA OR CHRISTMAS OR TJ OR {VAI CAVALO} OR HANDSOME OR {LITTLE
LEE} OR { POLISH CONNECTION} OR { OX} OR SHOTGUN OR { MONGOLIAN} OR
GSP OR MINOTAURO OR OSP OR ALPHA OR {ALLY GATOR}OR {AMERICAN
GANGSTER} OR {AMERICAN KIDD}OR {BAD MOFO JOJO}OR {BAMA BEAST} OR
{BEASTIN 25/8} OR {BELIZEAN BRUISER} OR {BIG NOG} OR {BIG SHOW} OR {BIG
TICKET} OR {BIGG RIGG} OR {BLACK BEAST} OR {BRUCE LEEROY} OR {CELTIC
KID} OR {CHOSEN ONE} OR {DA LAST SAMURAI} OR {DOMINICAN NIGHTMARE}
OR {EL CABALLERO} OR {EL GALLITO} OR {EL LOBO} OR {EL NINO} OR {EL
PROFE} OR {EL TORO} OR {FILIPINO ASSASSIN} OR {FUN SIZE} OR {FUNK
MASTER} OR {HAMDERLEI SILVA} OR {IRISH DRAGON} OR {IRISH JOE} OR {IRON
WOMAN} OR {JERSEY DEVIL} OR {J-BOMB} OR {JOHNNY BRAVO} OR {J-REAZIE}
OR {JU THAI} OR {K.J.} OR {KARATE HOTTIE} OR {KID LIGHTENING} OR {KILLA
GORILLA} OR {KOREAN BULLDOZER} OR {KOREAN SUPERBOY} OR {LEX
LUTHOR} OR {LITTLE NOG} OR {MAD DOG} OR {MAN MOUNTAIN} OR {MR.
FINLAND} OR {MR. PERFECT} OR {ONE BAD MOFO} OR {POSTER BOY} OR
{PREACHER'S DAUGHTER} OR {PRIME TIME} OR {QUEBEC KID} OR {QUIET
STORM} OR {REAL DEAL} OR {REAL OC} OR {REAL STEEL} OR {SILENT
ASSASSIN} OR {SMILE'N} OR {SOLDIER OF GOD} OR {SOLDIER BOY} OR {SUPER
SAIYAN} OR {SUPER SAMOAN} OR {TAZMEXICAN DEVIL} OR {T-CITY} OR
{UNCLE CREEPY} OR {VENEZUELAN VIXEN} OR {WHOOP ASS} OR {YOUR
MAJESTY} OR BADGER OR {CUDDLY BEAR} OR BLESSED OR BOSS OR {
BUTCHER} OR COBRA OR CONQUEROR OR {EL CUCUY} OR CUPCAKE OR {DC} OR
DIABLITO OR EAGLE OR EVIL OR EXCALIBUR OR EXECUTIONER OR FURY OR
GENTLEMAN OR GIRLRILLA OR HOLLYWOOD OR HOOLIGAN OR HOT SAUCE OR
LION OR LIONESS OR MEATHEAD OR MESSENGER OR MONSOON OR {COOKIE
MONSTER} OR NINJA OR OCTOPUS OR PEACEMAKER OR PANTHER OR PUNCHER
OR PUNISHER OR RAGIN* OR { REEM} OR ROCKSTAR OR SCRAPPER OR SEXYAMA
OR SHARPESHOOTER OR SILENCER OR SLEDGEHAMMER OR SMASHER OR
STORMIN OR TEXECUTIONER OR WONDERBOY OR EINSTEIN OR EXTREMO OR
LEGIONARIUS OR{ASTRO GIRL} OR { SPARTAN} OR ROLO OR {THUNDER OF THE
NORTH} OR STITCH OR SNEAKY ZEBRA OR{ TURKISH DELIGHT} OR {EL
CHANGO} OR CLAUDINHA OR { LITTLE AXE} OR { SNIPER} OR {TANK MODE} OR

OVERKILL OR GASPARZINHO OR{FREIGHT TRAIN} OR { RECIPE} OR {
PROFESSOR} OR {CARA DE SAPATO} OR PATO OR MANDINGO OR SMILEY OR
ALMIGHTY OR {RUSSIAN HAMMER} OR TANQUINHO OR DODGER OR {TOUGH
GUY} OR {BENNY BLANCO} OR MANIMAL OR TREKKO OR VICIOUS OR {BAD
BOY} OR { INSANE} OR HELLBOY OR { MODEL} OR SKULLMAN OR {EL
NATURAL} OR {AIS THE BASH} OR VICIOUS OR {ONE PUNCH} OR BEAR OR
RUKUS OR {B-HUE} OR { MACHINE} OR CARIOCA OR ACOUGUEIRO OR NEO OR
GUTO OR {TA DANADO} OR  {THE FUTURE} OR CUBBY OR MUTANTE OR { GRAVE
DIGGER} OR { DISCIPLE} OR {COLD STEEL} OR {BOSTON STRONG} OR
BEAUTIFUL OR { MENACE} OR {C-MURDER} OR GRITZ OR STUMP OR { GREEK
ASSASSIN} OR { SO CAL KID} OR { SPARTAN} OR ROCKY OR { PRINCE} OR
HANNIBAL OR CASSIUS OR {HEAVY METAL} OR {BIG CAT} OR HEADBUSSA OR
DONNYBROOK OR {NO LOVE} OR { RENEGADE} OR { PFIST} OR CHAOS OR
FREAKSHOW OR { NOTORIOUS} OR {CAST IRON} OR { WAR} OR DARKNESS OR
WEBSTER OR BEATDOWN OR { LEECH} OR {LAST CALL} OR { HANGMAN} OR {
WEREWOLD OF TEXAS} OR { PIT} OR { ANVIL} OR {DANNY BOY} OR { GREMLIN}
OR { MONGOOSE} OR {BC} OR {FLY BOY} OR SCARECROW OR {BULLDAWG} OR
{PE DE CHUMBO} OR { MENACE} OR {DB} OR {SHO NUFF} OR {D'SILVA} OR{NON-
STOP ACTION PACKED} OR { BEAST} OR { VILLAIN} OR { FILIPINO PHEOM} OR
LULA OR FALO OR TRUCK OR {EL FEROZ} OR {HECHO EN MEXICO} OR {
HEAVEN-SENT CHILD OF THE CAGE} OR XUXU OR {THE FIRE} OR CAPOEIRA OR
{EL FUERTE} OR { TIGER} OR {EL GOYITO} OR { MAD TITAN} OR {EL TERRIBLE}
OR {CAIPIRA DE ACO} OR SERTANEJO OR BODAO OR LIMITLESS OR CISCO OR
SITKAYAN OR MASSARANDUBA OR MOGGLY OR {LA PULGA} OR DURINHO OR
{MIDNIGHT MAGIC} OR NEGO OR PEPEY OR BOMBA OR GUNNI OR HULK OR
HURRICANE OR SICARIO OR WOLVERINE OR ENTY OR { DUKE} OR MARAJO OR
BATMAN OR {PRIDE OF EL SALVADOR} OR { OUTLAW} OR HITMAN OR {
LIBRARIAN} OR MOONWALKER OR CRASH OR { JACKHAMMER} OR { KANSAS
CITY BANDIT} OR { THOROUGHBRED} OR HELLBOUND OR { BODY SNATCHER}
OR JAG OR TIGER OR {THE BEAST} OR {EL TERROR} OR { BRAZILIAN SAMURAI}
OR {NETTO BJJ} OR {JOEY SLASH} OR PRINCE OR BRUTAL OR { POTTER} OR {
MAGICIAN} OR {HANDS OF STONE} OR {THE ONE} OR MACAPA OR { VIKING} OR
{ HEAT} OR SPYDER OR BLADE OR {LIL' MONSTER} OR GAMEBRED OR {
SANDMAN} OR {HENRY BURE} OR {NO CHANCE} OR { RAGING WARRIOR} OR {
KO KING} OR TAZ OR ANQA OR FENIX OR {JUICY-J} OR FIREBALL OR { WILD
WOLF} OR {FAST EDDY} OR { NIGERIAN NIGHTMARE} OR {SHA BANG BANG} OR
{ MOTOWN PHENOM} OR STRASSER OR SAVAGE OR {KILLER B} OR KINGSBU OR
CHIMMY OR LELECO OR MACARRAO OR { HORNET} OR { WARRIOR} OR
GOODNIGHT OR MINEIRO OR KLB OR BEICAO OR BESOURO OR WOOKIE OR
BIGSLOW OR {COOL HAND} OR CYBORG OR {DA MENACE} OR JYCKEN OR
CHALATE OR MAGRAO OR { POLISH ZOMBIE} OR PSYCHO OR PEZAO OR {THE
PROSPECT} OR {SUPER MARIO} OR { CROWBAR} OR {LUKE DUKE} OR {DEEP
WATERS} OR GUTTER OR MAXI OR { SULTAN} OR MAVERICK OR BLACKJACK OR
JUDO OR BIGGIE OR TRATOR OR { WOLVERINE} OR MICHI OR RAGNAR OR {
MARTIAN} OR {DANGER ZONE} OR PUGNUS OR { ROCK-N-ROLLA} OR
SOULFORCE OR {EL TIGRE} OR {2 TAP} OR { NINJA OF LOVE} OR NICO OR { QUIET

ASSASSIN} OR { STRINA} OR { BOA CONSTRICTOR} OR { HOLY WAR ANGEL} OR WOLVERINE OR DURKIN OR THRILLING OR { BEAST OF THE EAST} OR { ANIMAL} OR TELLYS OR REDSER OR PLASTINHO OR { YOUNG PUNISHER} OR {THE ROCK} OR BILLY OR SUPER OR PLETWAL OR {RUDE BOY} OR HIGHLANDER OR { BARON} OR MOICANO OR HURRICANE OR {MAD DOG} OR DEMENTE OR {GOLDEN BOY} OR VAS OR {FILTHY RICH} OR {RICK MONSTRO} OR { BEAR} OR PROBLEMS OR { REAPER} OR { PROTOTYPE} OR FITO OR MONSTRO OR RELENTLESS OR { SILVERBACK} OR VIVA OR STUNNING OR { CHOIR BOY} OR THUG OR { HAPPY WARRIOR} OR FANGZZ OR LEOPARD OR {BABY FACE} OR { BIG DEAL} OR { FIRE KYLIN} OR {GENTA BOA} OR CHEESECAKE OR {YOUNG GUNS} OR { DESTROYER} OR {BIG SEXY} OR {BLACK MAGIC} OR TARZAN OR { WATCHMAN} OR ABREK OR SHAOLIN OR { GERMAN TANK} OR {ROLLING STAR} OR { GRIN} OR ZOHAN OR STUCKY OR BIGFISH OR { STEAMROLLA} OR { CREEPY WEASEL} OR BRAVEHART OR { SUPERNATURAL} OR SPONGE OR TECH OR CRUSHER OR {DOUBLE IMPACT} OR { TINY TORNADO} OR YASHABO OR MARRETA OR THOMINHAS OR {WILD CARD} OR KONG OR CRAZY OR { PSYCHO} OR {JELLY BEAN} OR STONEFACE OR HAPA OR USELESS OR CEARA OR BIDU OR GALETO OR CALDEIRAO OR WAGNAO OR { GAZELLE} OR { BIG TICKET} OR {THE KILL} OR CHIQUERIM OR BUBBA OR {EL PANTERA} OR CUBA OR {PINK PANTHER} OR ULKA OR {THUGJITSU MASTER})