# **EXHIBIT 3**

| ADDITIONAL ZUFFA SEARCH TERMS |
|---|
| near((Fight%, month%), 5) |
| near((Small%, promot%), 5) |
| near((development%, promot%), 5) |
| near((under, contract), 5) |
| near((break%, contract), 5) |
| near((current, contract%), 5) |
| near((new, contract%), 5) |
| near((new, offer), 5) |
| Mainstream |
| near((performance, incent%),5) |
| near((bonus, signing), 5) |
| near((bonus, annual), 5) |
| near((bonus, yearly), 5) |
| near((bonus, gate), 5) |
| near((bonsu, title), 5) |
| near((bonus, champ), 5) |
| near((bonus, championship), 5) |
| near((bonus, discretion%), 5) |
| near((bonus, performance), 5) |
| near((bonus, perf), 5) |
| near((payment, discretion%), 5) |
| near((gate, participation), 5) |
| near((fight, outside), 5) |
| near((roster, spot%), 5) |
| near((match%, period),5) |
| near((show, win), 5) |
| {free and clear} |
| near((conflict* w/5 sponsor%), 5) |
| {last fight} |
| near((provisio%, hold), 5) |
| Jobing |
| near((fighter, IP), 3) |
| near((fighter, paymen%), 2) |
| near((Reebok, athlete), 10) |
| near((Reebok, fighter%), 10) |
| near((Reebok, pay), 10) |
| near((Reebok, payment), 10) |
| near((Reebok, comp), 10) |
| near((Reebok, compensat%), 10) |
| near((Reebok, money), 10) |
| near((EA, bonus), 10) |
| near((EA, fighter%), 10) |
| near((EA, athlete), 10) |

| |
|---|
| near((EA, pay), 10) |
| near((EA, payment), 10) |
| near((EA, right%), 10) |
| near((EA, comp), 10) |
| near((EA, compensat%), 10) |
| near((EA, likeness), 10) |
| near((EA, IP), 10) |
| near((lost, sponsor), 5) |
| near((defending, belt), 5) |
| near((Reebok, deal), 3) |
| {Appearance fee} |
| near((disc, bonus%), 2) |
| near((title, shot), 3) |
| near((wait%, fight), 4) |
| near((individual, sponsor%), 2) |
| near((sponsor%, approval), 3) |
| near((better, opponent%), 3) |
| near((venue, reserv%), 5) |
| near((venue, lock), 5) |
| near((Rampage, agreement%),5) |
| near((Rampage, bout),5) |
| near((Rampage, compensation),5) |
| near((Rampage, contract%),5) |
| near((Rampage, LOA),5) |
| near((Rampage, match),5) |
| near((Rampage, negotia%),5) |
| near((Rampage, offer%),5) |
| near((Rampage, pay%),5) |
| near((Rampage, purse%),5) |
| near((Rampage, right%),5) |
| near((Rampage, royalty),5) |
| near((Shogun, agreement%),5) |
| near((Shogun, bout),5) |
| near((Shogun, compensation),5) |
| near((Shogun, contract%),5) |
| near((Shogun, LOA),5) |
| near((Shogun, match),5) |
| near((Shogun, negotia%),5) |
| near((Shogun, offer%),5) |
| near((Shogun, pay%),5) |
| near((Shogun, purse%),5) |
| near((Shogun, right%),5) |
| near((Shogun, royalty),5) |
| near((Jacare, agreement%),5) |
| near((Jacare, bout),5) |
| near((Jacare, compensation),5) |

| |
|---|
| near((Jacare, contract%),5) |
| near((Jacare, LOA),5) |
| near((Jacare, match),5) |
| near((Jacare, negotia%),5) |
| near((Jacare, offer%),5) |
| near((Jacare, pay%),5) |
| near((Jacare, purse%),5) |
| near((Jacare, right%),5) |
| near((Jacare, royalty),5) |
| near((BigFoot, agreement%),5) |
| near((BigFoot, bout),5) |
| near((BigFoot, compensation),5) |
| near((BigFoot, contract%),5) |
| near((BigFoot, LOA),5) |
| near((BigFoot, match),5) |
| near((BigFoot, negotia%),5) |
| near((BigFoot, offer%),5) |
| near((BigFoot, pay%),5) |
| near((BigFoot, purse%),5) |
| near((BigFoot, right%),5) |
| near((BigFoot, royalty),5) |
| near(({Big Foot}, agreement%),5) |
| near(({Big Foot}, bout),5) |
| near(({Big Foot}, compensation),5) |
| near(({Big Foot}, contract%),5) |
| near(({Big Foot}, LOA),5) |
| near(({Big Foot}, match),5) |
| near(({Big Foot}, negotia%),5) |
| near(({Big Foot}, offer%),5) |
| near(({Big Foot}, pay%),5) |
| near(({Big Foot}, purse%),5) |
| near(({Big Foot}, right%),5) |
| near(({Big Foot}, royalty),5) |
| near((GSP, agreement%),5) |
| near((GSP, bout),5) |
| near((GSP, compensation),5) |
| near((GSP, contract%),5) |
| near((GSP, LOA),5) |
| near((GSP, match),5) |
| near((GSP, negotia%),5) |
| near((GSP, offer%),5) |
| near((GSP, pay%),5) |
| near((GSP, purse%),5) |
| near((GSP, right%),5) |
| near((GSP, royalty),5) |
| near((Minotauro, agreement%),5) |
| near((Minotauro, bout),5) |

| |
|---|
| near((Minotauro, compensation),5) |
| near((Minotauro, contract%),5) |
| near((Minotauro, LOA),5) |
| near((Minotauro, match),5) |
| near((Minotauro, negotia%),5) |
| near((Minotauro, offer%),5) |
| near((Minotauro, pay%),5) |
| near((Minotauro, purse%),5) |
| near((Minotauro, right%),5) |
| near((Minotauro, royalty),5) |
| near(({Big Nog}, agreement%),5) |
| near(({Big Nog}, bout),5) |
| near(({Big Nog}, compensation),5) |
| near(({Big Nog}, contract%),5) |
| near(({Big Nog}, LOA),5) |
| near(({Big Nog}, match),5) |
| near(({Big Nog}, negotia%),5) |
| near(({Big Nog}, offer%),5) |
| near(({Big Nog}, pay%),5) |
| near(({Big Nog}, purse%),5) |
| near(({Big Nog}, right%),5) |
| near(({Big Nog}, royalty),5) |
| near(({Little Nog}, agreement%),5) |
| near(({Little Nog}, bout),5) |
| near(({Little Nog}, compensation),5) |
| near(({Little Nog}, contract%),5) |
| near(({Little Nog}, LOA),5) |
| near(({Little Nog}, match),5) |
| near(({Little Nog}, negotia%),5) |
| near(({Little Nog}, offer%),5) |
| near(({Little Nog}, pay%),5) |
| near(({Little Nog}, purse%),5) |
| near(({Little Nog}, right%),5) |
| near(({Little Nog}, royalty),5) |
| near(({Cro Cop}, agreement%),5) |
| near(({Cro Cop}, bout),5) |
| near(({Cro Cop}, compensation),5) |
| near(({Cro Cop}, contract%),5) |
| near(({Cro Cop}, LOA),5) |
| near(({Cro Cop}, match),5) |
| near(({Cro Cop}, negotia%),5) |
| near(({Cro Cop}, offer%),5) |
| near(({Cro Cop}, pay%),5) |
| near(({Cro Cop}, purse%),5) |
| near(({Cro Cop}, right%),5) |
| near(({Cro Cop}, royalty),5) |
| near(({Mighty Mouse}, agreement%),5) |

| |
|---|
| near(({Mighty Mouse}, bout),5) |
| near(({Mighty Mouse}, compensation),5) |
| near(({Mighty Mouse}, contract%),5) |
| near(({Mighty Mouse}, LOA),5) |
| near(({Mighty Mouse}, match),5) |
| near(({Mighty Mouse}, negotia%),5) |
| near(({Mighty Mouse}, offer%),5) |
| near(({Mighty Mouse}, pay%),5) |
| near(({Mighty Mouse}, purse%),5) |
| near(({Mighty Mouse}, right%),5) |
| near(({Mighty Mouse}, royalty),5) |
| near((OSP, agreement%),5) |
| near((OSP, bout),5) |
| near((OSP, compensation),5) |
| near((OSP, contract%),5) |
| near((OSP, LOA),5) |
| near((OSP, match),5) |
| near((OSP, negotia%),5) |
| near((OSP, offer%),5) |
| near((OSP, pay%),5) |
| near((OSP, purse%),5) |
| near((OSP, right%),5) |
| near((OSP, royalty),5) |
| near(({Korean Zombie}, agreement%),5) |
| near(({Korean Zombie}, bout),5) |
| near(({Korean Zombie}, compensation),5) |
| near(({Korean Zombie}, contract%),5) |
| near(({Korean Zombie}, LOA),5) |
| near(({Korean Zombie}, match),5) |
| near(({Korean Zombie}, negotia%),5) |
| near(({Korean Zombie}, offer%),5) |
| near(({Korean Zombie}, pay%),5) |
| near(({Korean Zombie}, purse%),5) |
| near(({Korean Zombie}, right%),5) |
| near(({Korean Zombie}, royalty),5) |
| near((Rumble, agreement%),5) |
| near((Rumble, bout),5) |
| near((Rumble, compensation),5) |
| near((Rumble, contract%),5) |
| near((Rumble, LOA),5) |
| near((Rumble, match),5) |
| near((Rumble, negotia%),5) |
| near((Rumble, offer%),5) |
| near((Rumble, pay%),5) |
| near((Rumble, purse%),5) |
| near((Rumble, right%),5) |
| near((Rumble, royalty),5) |

| |
|---|
| near((DC, agreement%),5) |
| near((DC, bout),5) |
| near((DC, compensation),5) |
| near((DC, contract%),5) |
| near((DC, LOA),5) |
| near((DC, match),5) |
| near((DC, negotia%),5) |
| near((DC, offer%),5) |
| near((DC, pay%),5) |
| near((DC, purse%),5) |
| near((DC, right%),5) |
| near((DC, royalty),5) |
| near((Hendo, agreement%),5) |
| near((Hendo, bout),5) |
| near((Hendo, compensation),5) |
| near((Hendo, contract%),5) |
| near((Hendo, LOA),5) |
| near((Hendo, match),5) |
| near((Hendo, negotia%),5) |
| near((Hendo, offer%),5) |
| near((Hendo, pay%),5) |
| near((Hendo, purse%),5) |
| near((Hendo, right%),5) |
| near((Hendo, royalty),5) |
| near((Cowboy, agreement%),5) |
| near((Cowboy, bout),5) |
| near((Cowboy, compensation),5) |
| near((Cowboy, contract%),5) |
| near((Cowboy, LOA),5) |
| near((Cowboy, match),5) |
| near((Cowboy, negotia%),5) |
| near((Cowboy, offer%),5) |
| near((Cowboy, pay%),5) |
| near((Cowboy, purse%),5) |
| near((Cowboy, right%),5) |
| near((Cowboy, royalty),5) |
| near((Eliot, agreement%),5) |
| near((Eliot, bout),5) |
| near((Eliot, compensation),5) |
| near((Eliot, contract%),5) |
| near((Eliot, LOA),5) |
| near((Eliot, match),5) |
| near((Eliot, negotia%),5) |
| near((Eliot, offer%),5) |
| near((Eliot, pay%),5) |
| near((Eliot, purse%),5) |
| near((Eliot, right%),5) |

| |
|---|
| near((Eliot, royalty),5) |
| near((Conor, agreement%),5) |
| near((Conor, bout),5) |
| near((Conor, compensation),5) |
| near((Conor, contract%),5) |
| near((Conor, LOA),5) |
| near((Conor, match),5) |
| near((Conor, negotia%),5) |
| near((Conor, offer%),5) |
| near((Conor, pay%),5) |
| near((Conor, purse%),5) |
| near((Conor, right%),5) |
| near((Conor, royalty),5) |
| near((Ronda, agreement%),5) |
| near((Ronda, bout),5) |
| near((Ronda, compensation),5) |
| near((Ronda, contract%),5) |
| near((Ronda, LOA),5) |
| near((Ronda, match),5) |
| near((Ronda, negotia%),5) |
| near((Ronda, offer%),5) |
| near((Ronda, pay%),5) |
| near((Ronda, purse%),5) |
| near((Ronda, right%),5) |
| near((Ronda, royalty),5) |