# EXHIBIT 16

**To:** Lorenzo Fertitta[lfertitta@ufc.com]
**From:** Lawrence Epstein
**Sent:** Wed 7/3/2013 8:19:18 PM
**Importance:** Normal
**Subject:** RE: Link from Twitter
**MAIL_RECEIVED:** Wed 7/3/2013 8:19:00 PM

Yes. Saw this


**From:** Lorenzo Fertitta
**Sent:** Wednesday, July 03, 2013 1:18 PM
**To:** Lawrence Epstein; Kirk Hendrick; John Mulkey; Dana White Jr; Jackie Poriadjian
**Subject:** Link from Twitter


mobile.businessweek.com/articles/2013-07-03/ufc-fighters-get-pummeled-for-a-living-and-the-pay-stinks

Download the official Twitter app here


Sent from my iPhone