Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
Justin C. Jones (Nevada Bar No. 8519)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and
Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,
Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**STIPULATION TO RESET THE MAY 10, 2016 JOINT STAUS CONFERENCE FOR MAY 17, 2016** |

STIPULATION TO RESET THE STATUS CONFERENCE

Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury (collectively "Plaintiffs") and Defendant Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC ("Zuffa") (together with Plaintiffs, "the Parties") file this Stipulation to Reset the May 10, 2016, Status Conference and hearing on the pending Plaintiffs' Motion to Challenge Defendant's Privilege Designations (ECF No. 229), currently scheduled for May 10, 2016, to May 17, 2016.

The Parties and the Court scheduled a Status Conference for May 3, 2016, to update the Court about the Parties' ongoing meet and confer process regarding the application of search terms to Defendant's Electronically Stored Information and any other outstanding discovery matters. Plaintiffs' Motion to Challenge Zuffa's Privilege Designation was also set for hearing on May 3, 2016.

On May 2, 2016, the Court *sua sponte* terminated the May 3, 2016 Status Conference and reset it for May 10, 2016. (ECF No. 247).

Counsel for Plaintiffs, Michael Dell'Angelo, prepared to appear at the Status Conference on May 3, 2016 and has been the primary counsel for Plaintiffs handling most matters set forth in the Joint Status Report. Mr. Dell'Angelo is scheduled to be out of the country during the week of May 9, 2016.

The Parties have contacted the Court's scheduling clerk and stipulate to resetting the Joint Status Conference and hearing for the Motion to Challenge to May 17, 2016.

IT IS SO ORDERED:

_____
Hon. Peggy A. Leen

UNITED STATES MAGISTRATE JUDGE

DATED:

1
STIPULATION TO RESET THE STATUS CONFERENCE

| | |
|---|---|
| Dated: May 3, 2016 | Respectfully Submitted,<br><br>By:   /s/ Michael Dell'Angelo<br>        Michael Dell'Angelo<br><br>Eric L. Cramer (*Pro Hac Vice*)<br>Michael Dell'Angelo (*Pro Hac Vice*)<br>Patrick F. Madden (*Pro Hac Vice*)<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>ecramer@bm.net<br>mdellangelo@bm.net<br>pmadden@bm.net<br><br>*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*<br><br>Joseph R. Saveri (*Pro Hac Vice*)<br>Joshua P. Davis (*Pro Hac Vice*)<br>Matthew S. Weiler (*Pro Hac Vice*)<br>Kevin E. Rayhill (*Pro Hac Vice*)<br>JOSEPH SAVERI LAW FIRM, INC.<br>505 Montgomery Street, Suite 625<br>San Francisco, California 94111<br>Telephone:   (415) 500-6800<br>Facsimile:    (415) 395-9940<br>jsaveri@saverilawfirm.com<br>jdavis@saverilawfirm.com<br>mweiler@saverilawfirm.com<br>krayhill@saverilawfirm.com<br><br>*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* |

2

STIPULATION TO RESET THE STATUS CONFERENCE

| | |
|---|---|
| 1 | Benjamin D. Brown (*Pro Hac Vice*) |
| | Richard A. Koffman (*Pro Hac Vice*) |
| 2 | Hiba Hafiz (*Pro Hac Vice*) |
| | COHEN MILSTEIN SELLERS & TOLL, |
| 3 | PLLC |
| | 1100 New York Ave., N.W., Suite 500, East |
| 4 | Tower Washington, DC 20005 |
| | Telephone: (202) 408-4600 |
| 5 | Facsimile:  (202) 408 4699 |
| | bbrown@cohenmilstein.com |
| 6 | hhafiz@cohenmilstein.com |

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
Justin C. Jones (Nevada Bar No. 8519)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

3

STIPULATION TO RESET THE STATUS CONFERENCE

Robert C. Maysey (*Pro Hac Vice*)
Jerome K. Elwell (*Pro Hac Vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

Jeffrey J. Corrigan (*Pro Hac Vice*)
William G. Caldes (*Pro Hac Vice*)
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
bcaldes@srkw-law.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

Frederick S. Schwartz (*Pro Hac Vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

Dated: May 3, 2016                           BOIES, SCHILLER & FLEXNER LLP

By: /s/ John F. Cove, Jr.
       John F. Cove, Jr.
*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

John F. Cove, Jr. (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
Email: jcove@bsfllp.com

William A. Isaacson (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: wisaacson@bsfllp.com

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Fax: (702) 382-0540
Email: djc@campbellandwilliams.com
         jcw@campbellandwilliams.com

Richard J. Pocker #3568
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382 7300
Fax: (702) 382 2755
Email: rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

**ATTESTATION OF FILER**

The signatories to this document are myself and John F. Cove, Jr., and I have obtained Mr. Cove's concurrence to file this document on his behalf.

Dated May 3, 2016

By: /s/ Michael Dell'Angelo

Michael Dell'Angelo
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
mdellangelo@bm.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing STIPULATION TO RESET THE STATUS CONFERENCE TO MAY 17, 2016 was served on May 3, 2016 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Michael Dell'Angelo

Michael Dell'Angelo