1  **JOSEPH SAVERI LAW FIRM, INC.**
   Joseph R. Saveri (admitted *pro hac vice*)
2  Joshua P. Davis (admitted *pro hac vice*)
   Matthew S. Weiler (admitted *pro hac vice*)
3  Kevin E. Rayhill (admitted *pro hac vice*)
   555 Montgomery Street, Suite 1210
4  San Francisco, California 94111
   Phone: (415) 500-6800/Fax: (415) 395-9940
5  jsaveri@saverilawfirm.com
   jdavis@saverilawfirm.com
6  mweiler@saverilawfirm.com
   krayhill@saverilawfirm.com
7
8
   *Co-Lead Counsel for the Classes and*
9  *Attorneys for Individual and Representative Plaintiffs*
   *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
10 *Brandon Vera, and Kyle Kingsbury*

11 [Additional counsel appear on signature page]

12                   **UNITED STATES DISTRICT COURT**

13                        **DISTRICT OF NEVADA**

| | |
|---|---|
| 14  Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle | Case No.: 2:15-cv-01045 RFB-(PAL) |
| 15  Kingsbury on behalf of themselves and all others similarly situated, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE DESIGNATION** |
| 16 | |
| 17                   Plaintiffs, | |
| 18          vs. | |
| 19  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 20          Defendant. | |

21

22

23

24

25

26

27

28

1     The motion to challenge the designation of a document over which Defendant asserts

2  attorney-client privilege filed by Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis

3  Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated

4  (collectively, "Plaintiffs") is now pending before the Court. Having fully considered the papers and

5  arguments of counsel, and good cause having been shown, the Court hereby **ORDERS** that the

6  Plaintiffs' motion is **GRANTED**.

7                    **IT IS SO ORDERED:**

8
                                                  _____
9                                                 United States Magistrate Judge
                                                   Dated: _____
10
        DATED this 6th day of May, 2016
11
                                        **JOSEPH SAVERI LAW FIRM, INC.**
12
                                        By:    */s/ Joseph R. Saveri*
13                                             _____

14                                             Joseph R. Saveri (admitted *pro hac vice*)
                                               Joshua P. Davis (admitted *pro hac vice*)
15                                             Matthew S. Weiler (admitted *pro hac vice*)
                                               Kevin E. Rayhill (admitted *pro hac vice*)
16                                             555 Montgomery Street, Suite 1210
                                               San Francisco, California 94111
17                                             Phone: (415) 500-6800/Fax: (415) 395-9940
                                               jsaveri@saverilawfirm.com
18                                             jdavis@saverilawfirm.com
                                               mweiler@saverilawfirm.com
19                                             krayhill@saverilawfirm.com

20
                                               *Co-Lead Counsel for the Classes and Attorneys for*
21                                             *Individual and Representative Plaintiffs Cung Le,*
                                               *Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
22                                             *Brandon Vera, and Kyle Kingsbury*

23

24

25

26

27

28

                                              2
**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE**
**DESIGNATION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Hiba Hafiz (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*


**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

3
**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE DESIGNATION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE DESIGNATION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE
DESIGNATION**

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that on this 6th day of May, 2016 a true and correct copy of
**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL**

3

**PRODUCTION OF DOCUMENT WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE** was served via the United States District Court CM/ECF system on all parties or

4

persons requiring notice.

5

                   By:   */s/ Kevin E. Rayhill*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE
DESIGNATION**