**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL** |

Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") filed a motion for leave to file documents under seal in connection with their motion to challenge Defendant's assertion of the attorney-client privilege over a certain document, now pending before the Court. Having fully considered the papers and arguments of counsel, and good cause having been shown, the Court hereby **ORDERS** that:

Plaintiffs' motion for leave to file documents under seal is **GRANTED**. Portions of Plaintiffs' brief that excerpt or describe Exhibit 1 or 2 to the Declaration of Kevin E. Rayhill shall be filed under seal, subject to the Court's ruling on an appropriate motion filed by Defendant.

**IT IS SO ORDERED:**

United States Magistrate Judge
Dated: _____

DATED this 6th day of May, 2016

**JOSEPH SAVERI LAW FIRM, INC.**

By: */s/ Joseph R. Saveri*

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Hiba Hafiz (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

|   |   |
|---|---|
| 1 | **WOLF, RIFKIN, SHAPIRO,** |
| 2 | **SCHULMAN & RABKIN, LLP** |
|   | Don Springmeyer |
| 3 | Nevada Bar No. 1021 |
|   | Bradley S. Schrager |
| 4 | Nevada Bar No. 10217 |
|   | Justin C. Jones |
| 5 | Nevada Bar No. 8519 |
|   | 3556 E. Russell Road, Second Floor |
| 6 | Las Vegas, Nevada 89120 |
|   | (702) 341-5200/Fax: (702) 341-5300 |
| 7 | dspringmeyer@wrslawyers.com |
|   | bschrager@wrslawyers.com |
| 8 | jjones@wrslawyers.com |

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | **SPECTOR ROSEMAN KODROFF & WILLIS, P.C.** |
| 2 | Jeffrey J. Corrigan (admitted *pro hac vice*) |
| 3 | William G. Caldes (admitted *pro hac vice*) |
| | 1818 Market Street – Suite 2500 |
| 4 | Philadelphia, PA 19103 |
| | Phone: (215) 496-0300/Fax: (215) 496-6611 |
| 5 | jcorrigan@srkw-law.com |
| | wcaldes@srkw-law.com |
| 6 | |
| 7 | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2016 a true and correct copy of **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL SEAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By:   */s/ Kevin E. Rayhill*

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL**