**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE DESIGNATION** |

The motion to challenge the designation of a document over which Defendant asserts attorney-client privilege filed by Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") is now pending before the Court. Having fully considered the papers and arguments of counsel, and good cause having been shown, the Court hereby **ORDERS** that the Plaintiffs' motion is **GRANTED**.

**IT IS SO ORDERED:**

_____

United States Magistrate Judge

Dated: _____

DATED this 6th day of May, 2016

JOSEPH SAVERI LAW FIRM, INC.

By:  __ */s/ Joseph R. Saveri* _____

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE DESIGNATION**

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Hiba Hafiz (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

3

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE DESIGNATION**

1

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

2

Don Springmeyer

Nevada Bar No. 1021

3

Bradley S. Schrager

Nevada Bar No. 10217

4

Justin C. Jones

5

Nevada Bar No. 8519

3556 E. Russell Road, Second Floor

6

Las Vegas, Nevada 89120

(702) 341-5200/Fax: (702) 341-5300

7

dspringmeyer@wrslawyers.com

8

bschrager@wrslawyers.com

jjones@wrslawyers.com

9

10

*Liaison Counsel for the Classes and Attorneys
for Individual and Representative Plaintiffs Cung
Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Brandon Vera, and Kyle Kingsbury*

11

12

**WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC**

13

Robert C. Maysey (admitted *pro hac vice*)

14

Jerome K. Elwell (admitted *pro hac vice*)

2555 E. Camelback Road, Suite 800

15

Phoenix, AZ 85016

16

Phone: (602) 264-7101/Fax: (602) 234-0419

rmaysey@warnerangle.com

17

jelwell@warnerangle.com

18

*Counsel for the Classes and Attorneys for
Individual and Representative Plaintiffs Cung
Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Brandon Vera, and Kyle Kingsbury*

19

20

21

**LAW OFFICE OF FREDERICK S.
SCHWARTZ**

22

Frederick S. Schwartz (admitted *pro hac vice*)

23

15303 Ventura Boulevard, #1040

Sherman Oaks, CA 91403

24

Phone: (818) 986-2407/Fax: (818) 995-4124

fred@fredschwartzlaw.com

25

26

*Attorneys for Plaintiffs*

27

28

4

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE
DESIGNATION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

5

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE
DESIGNATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2016 a true and correct copy of **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENT WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By:   _/s/ Kevin E. Rayhill_

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ZUFFA'S PRIVILEGE DESIGNATION**