**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>  Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**PLAINTIFFS' RESPONSE TO ZUFFA'S UPDATE TO THE JOINT STATUS REPORT AND REQUEST TO SUBMIT A REBUTTAL DECLARATION OF CHUCK KELLNER ON MAY 16, 2016** |

---

**PLAINTIFFS' RESPONSE TO ZUFFA'S UPDATE TO THE JOINT STATUS REPORT AND REQUEST TO SUBMIT A REBUTTAL DECLARATION OF CHUCK KELLNER ON MAY 16, 2016**

On April 29, 2016, the parties filed a Joint Status Report with the Court. ECF No. 244. The Joint Status Report was submitted pursuant to the Court's Order at the last Status Conference of February 23, 2016. ECF No. 225.[1]

Prior to the filing, on April 25, 2016, the parties agreed during a meet and confer call that the filing of consultant declarations from Charles Kellner (for Plaintiffs) and Helen Moure (for Defendant) may be appropriate but that neither party had yet decided whether they would include such a declaration. On Wednesday, April 27, 2016, Plaintiffs informed Defendant in writing that Plaintiffs were requesting that Charles Kellner update his prior declaration and that, if Plaintiffs decided to submit the declaration, Plaintiffs would provide a draft when it was available. Correspondence, Apr. 27, 2016, 5:09pm Eastern, Michael Dell'Angelo to Defendant's Counsel. Plaintiffs further requested that, as discussed, Defendant would provide that same notice if Defendant intended to have Ms. Moure prepare a declaration. *Id.*

On April 28, 2016, Plaintiffs provided Defendant with a draft of the Kellner Declaration. Plaintiffs provided the draft even though Plaintiffs had yet to carefully review it in order to provide Defendant with the maximum opportunity available to review it and determine their course of action. Correspondence, Apr. 28, 2016, 8:42pm Eastern, Michael Dell'Angelo to Suzanne Jaffe Nero. Plaintiffs then provided a final, executed version on April 29, 2016 for submission with the Joint Status Report. *See* Correspondence, Apr. 29, 2016, 3:32pm Eastern, Michael Dell'Angelo to Suzanne Jaffe Nero.

Following the postponement of the Status Conference from May 3 to May 17, Plaintiffs sent Defendant a letter seeking additional information and proposing further refinements to Plaintiffs' Search Term Proposal.  Correspondence, May 4, 2016, Michael Dell'Angel to John Cove. These

---

[1] That Order made the Joint Status Report due by 4:00pm Pacific Time on April 21, 2016, but because the Status Conference was continued until May 3, 2016, the Joint Status Report deadline was extended by eight days to April 29, 2016. After the Joint Status Report was filed, there was no request from the Court for updated materials.

1
**PLAINTIFFS' RESPONSE TO ZUFFA'S UPDATE TO THE JOINT STATUS REPORT AND REQUEST TO SUBMIT A REBUTTAL DECLARATION OF CHUCK KELLNER ON MAY 16, 2016**

proposals addressed and/or sought additional information concerning the various "problems" Defendant identified in the Joint Status Report with Plaintiffs' Search Term Proposal.

To date, Defendant has never responded substantively or otherwise to Plaintiffs' May 4, 2016, though each piece of information would have been useful to the Court in reviewing the parties' prior submission.[2]

Instead, today, Defendant filed an "Update to Joint Status Report" and Declaration of Helen Bergman Moure. ECF No. 254 & 254-1. Neither document was requested or permitted by any Order of the Court. Furthermore, Defendant did not notify Plaintiffs of its intent to file such documents.[3] Worse still, Plaintiffs specifically requested that Defendant provide notice at the time Defendant knew of its intent to submit, and certainly before filing, a declaration from Ms. Moure. *See* Correspondence, Apr. 27, 2016, 5:09pm Eastern, Michael Dell'Angelo to Defendant's Counsel. Defendant did not even extend the empty courtesy of notifying Plaintiffs of its intent when sending Plaintiffs a letter concerning the 1.8 million documents just ***fifteen minutes before filing***.

Defendant's purported justification for the filing is to (1) provide the Court with information concerning the 1.8 million documents Defendant "discovered" after Plaintiffs' repeated prodding for answers about its existence, even though the parties have yet to meet and confer on the data provided; and (2) provide the Court with the declaration of Ms. Moure because Ms. Moure did not have the opportunity to "respon[d]" to the Declaration of Charles Kellner, ECF No. 244-1. However, Defendant never addressed these issues with Plaintiffs. The reasoning underlying the

---

[2] Today, however, just fifteen minutes before filing its Supplement to the Joint Status Report, Defendant provided Plaintiffs with similar information Defendant provided the Court. Specifically, Defendant provided various counts of documents (though it is unknown whether these counts have been deduplicated or otherwise winnowed pursuant to existing agreed proposals) and a proposal for which documents Defendant would review for production. Defendant requested that the parties meet and confer on Monday, May 16, 2016 concerning its proposal.

[3] Defendant also knew that Plaintiffs' counsel Michael Dell'Angelo was out of the country at the time of the filing which would materially hamper Plaintiffs' ability to respond. Mr. Dell'Angelo's absence, however, was not an excuse to fail to provide advance notice of these improper filings.

2
**PLAINTIFFS' RESPONSE TO ZUFFA'S UPDATE TO THE JOINT STATUS REPORT AND REQUEST TO SUBMIT A REBUTTAL DECLARATION OF CHUCK KELLNER ON MAY 16, 2016**

1  submission of the Moure Declaration is baseless. First, there is no basis for Defendant's assertion
2  that it is entitled to a rebuttal to the Kellner Declaration. The structure of the filings with the Court
3  is "Joint". Thus, filing a one-sided declaration without leave of the Court (or notice to Plaintiffs to
4  provide an opportunity for a "Joint" filing) was inappropriate. Second, Defendant had a draft of the
5  Kellner Declaration on April 28, 2016, *fifteen days* before the filing of the Moure Declaration. Ms.
6  Moure's claim that these fifteen days were required to come up with her assertions (many of which
7  mischaracterize the record) is specious.  Regardless, it would have been more efficient and
8  transparent if Defendant had notified Plaintiffs of its intention and the parties had worked out a
9  mutually agreed upon schedule to meet and confer and update the Court.

10      Importantly, on May 3, 2016, the parties met and conferred and filed a stipulation seeking
11  to reset the Status Conference from May 10, 2016 to May 17, 2016. ECF No. 248. Defendant could
12  have notified Plaintiffs and the Court of its intent so a mutually agreeable schedule could have been
13  proposed, but Defendant instead stayed silent. There is no reasonable justification for Defendant's
14  failure to provide notice of its intent to file these papers. The only apparent purpose of the failure
15  was to deprive Plaintiffs the opportunity to respond. Because Defendant improperly concealed its
16  intent to file this inappropriate "Update to the Joint Status Report" and "Declaration of Helen
17  Bergman Moure" without prior notice to Plaintiffs, if the Court intends to consider this material,
18  Plaintiffs request the opportunity to substantively respond with a supplemental declaration from
19  Charles Kellner limited to no more than 5 pages on Monday, May 16, 2016.

**PLAINTIFFS' RESPONSE TO ZUFFA'S UPDATE TO THE JOINT STATUS REPORT AND REQUEST TO SUBMIT A REBUTTAL DECLARATION OF CHUCK KELLNER ON MAY 16, 2016**

1  DATED this 13th day of May, 2016

2                                    Respectfully Submitted,

4                           By:    /s/ Patrick F. Madden

                                   Eric L. Cramer (admitted *pro hac vice*)
                                   Michael Dell'Angelo (admitted *pro hac vice*)
                                   Patrick F. Madden (admitted *pro hac vice*)
                                   1622 Locust Street
                                   Philadelphia, PA 19103
                                   Phone: (215) 875-3000/Fax: (215) 875-4604
                                   ecramer@bm.net
                                   mdellangelo@bm.net
                                   pmadden@bm.net

                                   *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

                                   Joseph R. Saveri (admitted *pro hac vice*)
                                   Joshua P. Davis (admitted *pro hac vice*)
                                   Matthew S. Weiler (admitted *pro hac vice*)
                                   Kevin E. Rayhill (admitted *pro hac vice*)
                                   555 Montgomery Street, Suite 1210
                                   San Francisco, California 94111
                                   Phone: (415) 500-6800/Fax: (415) 395-9940
                                   jsaveri@saverilawfirm.com
                                   jdavis@saverilawfirm.com
                                   mweiler@saverilawfirm.com
                                   krayhill@saverilawfirm.com

                                   *Co-Lead Counsel for the Classes and Attorneys fo Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

4

**PLAINTIFFS' RESPONSE TO ZUFFA'S UPDATE TO THE JOINT STATUS REPORT AND REQUEST TO SUBMIT A REBUTTAL DECLARATION OF CHUCK KELLNER ON MAY 16, 2016**

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Hiba Hafiz (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

5
**PLAINTIFFS' RESPONSE TO ZUFFA'S UPDATE TO THE JOINT STATUS REPORT AND REQUEST TO SUBMIT A REBUTTAL DECLARATION OF CHUCK KELLNER ON MAY 16, 2016**

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2016 a true and correct copy of **PLAINTIFFS' RESPONSE TO ZUFFA'S UPDATE TO THE JOINT STATUS REPORT AND REQUEST TO SUBMIT A REBUTTAL DECLARATION OF CHUCK KELLNER ON MAY 16, 2016** was served via email on all parties or persons requiring notice.

By: */s/ Patrick F. Madden*

**PLAINTIFFS' RESPONSE TO ZUFFA'S UPDATE TO THE JOINT STATUS REPORT AND REQUEST TO SUBMIT A REBUTTAL DECLARATION OF CHUCK KELLNER ON MAY 16, 2016**