1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave, NW, Washington, DC 20015
3  Telephone: (202) 237-2727; Fax: (202) 237-6131
4
   JOHN F. COVE, JR (*Pro Hac Vice*)
5  (jcove@bsfllp.com)
   BOIES, SCHILLER & FLEXNER LLP
6  1999 Harrison Street, Suite 900, Oakland, CA 94612
7  Telephone: (510) 874-1000; Fax: (510) 874-1460

8  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
9  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
10 Telephone: (702) 382 7300; Fax: (702) 382 2755
11
   DONALD J. CAMPBELL #1216
12 (djc@campbellandwilliams.com)
   J. COLBY WILLIAMS #5549
13 (jcw@campbellandwilliams.com)
   CAMPBELL & WILLIAMS
14 700 South 7th Street, Las Vegas, Nevada 89101
15 Telephone: (702) 382-5222; Fax: (702) 382-0540

16 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
17

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF KIRK D. HENDRICK IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO THE MOTION TO CHALLENGE PRIVILEGE DESIGNATION** |

HENDRICK DECLARATION

I, Kirk D. Hendrick, declare as follows:

1. I am over 21 years old and have personal knowledge of the information in this declaration. I have been employed by Zuffa, LLC ("Zuffa") since 2002 and I am currently Executive Vice President and Chief Legal Officer for Zuffa. I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

2. Michael Mersch formerly served as the Senior Vice President for Business and Legal Affairs and Assistant General Counsel for Zuffa, LLC and reported to me in my role as Chief Legal Officer.

3. Part of Mr. Mersch's role as Assistant General Counsel was drafting, revising and advising on contractual language for use in agreements with athletes and other third parties. Mr. Mersch would often seek my legal advice on proposed contractual language and drafts of contracts.

4. I have reviewed the email sent from Mr. Mersch to me and Mr. Lawrence Epstein in February of 2014 labeled with the Document ID MMERSCH00066967. In this document, Mr. Mersch was acting in his capacity as Assistant General Counsel and seeking my legal advice as Chief Legal Officer regarding the sufficiency of proposed contractual language to be included in an agreement with an athlete.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this thirteenth day of May 2016, in Las Vegas, Nevada.

_____
Kirk D. Hendrick

1
HENDRICK DECLARATION