WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR (*Pro Hac Vice*)
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL CERTAIN MATERIALS FILED WITH PLAINTIFFS' MOTION TO CHALLENGE PRIVILEGE DESIGNATION AND ZUFFA, LLC'S OPPOSITION TO THAT MOTION** |

**[PROPOSED] ORDER**

Pending before this Court is Zuffa, LLC's ("Zuffa") Motion to Seal Certain Materials Filed With Plaintiffs' Motion to Challenge Privilege Designation and Zuffa, LLC's Opposition to That Motion. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Zuffa's Motion to Seal, good cause having been shown:

IT IS HEREBY ORDERED THAT Zuffa's Motion to Seal Certain Materials Filed With Plaintiffs' Motion to Challenge Privilege Designation and Zuffa, LLC's Opposition to That Motion is GRANTED. The Clerk of the Court shall file under seal Exhibits 1 and 2 to the Rayhill Declaration, Exhibits A, B, C, D, E and F attached to the Declaration of Marcy Norwood Lynch In Support of Zuffa's Opposition to Plaintiffs' Motion to Challenge Privilege Designation and the unredacted versions of Plaintiffs' Motion to Challenge Privilege Designation and Zuffa's Opposition to Plaintiffs' Motion to Challenge Privilege Designation.

IT IS SO ORDERED.

DATED: _____  By: _____

Hon. Peggy A. Leen

UNITED STATES MAGISTRATE JUDGE