**COHEN MILSTEIN SELLERS & TOLL PLLC**
Hiba Hafiz (admitted *Pro Hac Vice*)
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
hhafiz@cohenmilstein.com

*Attorney for Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                    Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL) |

### MOTION TO WITHDRAW HIBA HAFIZ AS COUNSEL FOR PLAINTIFFS

Hiba Hafiz, of Cohen Milstein Sellers & Toll PLLC, respectfully moves the Court to withdraw as counsel of record for Plaintiffs. Ms. Hafiz will be leaving Cohen Milstein in June and will not be retaining or charging any liens against this case. Cohen Milstein Sellers & Toll PLLC continues to serve as counsel for Plaintiffs through attorneys of record Richard A. Koffman and Benjamin D. Brown. Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez,

Kyle Kingsbury, and Pablo Garza have already been notified of the withdrawal of Hiba Hafiz. *See* Exhibit 1 (attached).

For the reasons stated above, Plaintiffs respectfully request that the Court enter an order withdrawing Ms. Hafiz as counsel of record for Plaintiffs.

Dated: May 17, 2016   Respectfully submitted,

*/s/ Hiba Hafiz*
Hiba Hafiz (admitted *Pro Hac Vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
hhafiz@cohenmilstein.com

*Attorney for Plaintiffs*