# EXHIBIT 1

| | |
|---|---|
| **From:** | Hiba Hafiz |
| **Sent:** | Monday, May 16, 2016 5:15 PM |
| **To:** | 'bvera8@gmail.com'; 'cungle@comcast.net'; 'kingsbury.kyle@yahoo.com'; 'p.garza1983@gmail.com'; 'nquarry@hotmail.com'; 'fitchfighter@gmail.com'; 'Javiershowtime@gmail.com' |
| **Cc:** | Richard A. Koffman; Benjamin D. Brown; Alex Noronha |
| **Subject:** | UFC Antitrust Litigation |

Dear Brandon, Cung, Kyle, Javi, Pablo, Nate and Jon,

I hope this email finds you well!

I wanted to notify you that I'll be leaving Cohen Milstein Sellers & Toll PLLC effective June 1, 2016, as I've accepted a teaching position at the University of Chicago Law School. Ben Brown and Rich Koffman, copied here, will still be your contacts at the firm and will continue to look after and pursue your interests in the case moving forward.

It has been a true honor to be your attorney in preparation for and during the course of this case. I will look forward to following all case developments from Chicago and root wholeheartedly for a brighter and more just future for UFC fighters!

All my best,
Hiba

Hiba Hafiz
Associate

**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW | Fifth Floor
Washington, DC 20005
t:  202.408.4600 | f:  202.408.4699
www.cohenmilstein.com

This transmission is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this transmission or any part of it. If you have received this message in error, please notify me immediately, discard all paper copies and delete any electronic files of this message. Thank you.