## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2016, the foregoing Motion to Withdraw Hiba Hafiz as Counsel for Plaintiffs was filed with the Clerk of the Court and served upon all parties of record in accordance with the Federal Rules of Civil Procedure and the District of Nevada's Local Rules.


Dated: May 17, 2016                                          */s/ Hiba Hafiz*
                                                                              Hiba Hafiz