## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>     Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL) |

## [PROPOSED] ORDER WITHDRAWING HIBA HAFIZ AS COUNSEL FOR PLAINTIFFS

The motion to withdraw Hiba Hafiz as counsel for Plaintiffs in the above captioned matter is GRANTED. The Clerk of the Court is ordered to remove Ms. Hafiz's name from the docket for this case.

Dated: _____      _____
                    Honorable Richard F. Boulware, II
                    United States District Court Judge