**COHEN MILSTEIN SELLERS & TOLL PLLC**
Hiba Hafiz (admitted *Pro Hac Vice*)
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
hhafiz@cohenmilstein.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>              Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL) |

### MOTION TO WITHDRAW HIBA HAFIZ AS COUNSEL FOR PLAINTIFFS

Hiba Hafiz, of Cohen Milstein Sellers & Toll PLLC, respectfully moves the Court to withdraw as counsel of record for Plaintiffs. Ms. Hafiz will be leaving Cohen Milstein in June and will not be retaining or charging any liens against this case. Cohen Milstein Sellers & Toll PLLC continues to serve as counsel for Plaintiffs through attorneys of record Richard A. Koffman and Benjamin D. Brown. Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez,

Kyle Kingsbury, and Pablo Garza have already been notified of the withdrawal of Hiba Hafiz. *See* Exhibit 1 (attached).

For the reasons stated above, Plaintiffs respectfully request that the Court enter an order withdrawing Ms. Hafiz as counsel of record for Plaintiffs.

Dated: May 17, 2016                           Respectfully submitted,

*/s/ Hiba Hafiz*
Hiba Hafiz (admitted *Pro Hac Vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
hhafiz@cohenmilstein.com

*Attorney for Plaintiffs*

# EXHIBIT 1

| | |
|---|---|
| **From:** | Hiba Hafiz |
| **Sent:** | Monday, May 16, 2016 5:15 PM |
| **To:** | 'bvera8@gmail.com'; 'cungle@comcast.net'; 'kingsbury.kyle@yahoo.com'; 'p.garza1983@gmail.com'; 'nquarry@hotmail.com'; 'fitchfighter@gmail.com'; 'Javiershowtime@gmail.com' |
| **Cc:** | Richard A. Koffman; Benjamin D. Brown; Alex Noronha |
| **Subject:** | UFC Antitrust Litigation |

Dear Brandon, Cung, Kyle, Javi, Pablo, Nate and Jon,

I hope this email finds you well!

I wanted to notify you that I'll be leaving Cohen Milstein Sellers & Toll PLLC effective June 1, 2016, as I've accepted a teaching position at the University of Chicago Law School. Ben Brown and Rich Koffman, copied here, will still be your contacts at the firm and will continue to look after and pursue your interests in the case moving forward.

It has been a true honor to be your attorney in preparation for and during the course of this case. I will look forward to following all case developments from Chicago and root wholeheartedly for a brighter and more just future for UFC fighters!

All my best,
Hiba

COHENMILSTEIN | Hiba Hafiz
Associate

**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW | Fifth Floor
Washington, DC 20005
t: 202.408.4600 | f: 202.408.4699
www.cohenmilstein.com

This transmission is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this transmission or any part of it. If you have received this message in error, please notify me immediately, discard all paper copies and delete any electronic files of this message. Thank you.

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2016, the foregoing Motion to Withdraw Hiba Hafiz as Counsel for Plaintiffs was filed with the Clerk of the Court and served upon all parties of record in accordance with the Federal Rules of Civil Procedure and the District of Nevada's Local Rules.


Dated: May 17, 2016						*/s/ Hiba Hafiz*
								Hiba Hafiz

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,

           Plaintiffs,

v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

           Defendant.

Case No.: 2:15-cv-01045-RFB-(PAL)

## [PROPOSED] ORDER WITHDRAWING HIBA HAFIZ AS COUNSEL FOR PLAINTIFFS

The motion to withdraw Hiba Hafiz as counsel for Plaintiffs in the above captioned matter is GRANTED. The Clerk of the Court is ordered to remove Ms. Hafiz's name from the docket for this case.

Dated: May 20, 2016

                                          Honorable Peggy A. Leen
                                          United States Magistrate Judge