CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

FIRST-CLASS MAIL
Hasler
05/23/2016
US POSTAGE $00.465
ZIP 89101
011D11641426

Andrew Michael Purdy
Joseph Saveri Law Firm
505 Montgomery Street
San Francisco, CA 94111

NIXIE    957    DE 1        0005/30/16
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD
BC: 89101706934         *2372-00785-30-29

FILED

No new Address
15 CV 1045

_____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 2 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# Orders on Motions

2:15-cv-01045-RFB-PAL Le et al v. Zuffa, LLC

## United States District Court

## District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 5/20/2016 at 2:58 PM PDT and filed on 5/20/2016

**Case Name:** Le et al v. Zuffa, LLC
**Case Number:** 2:15-cv-01045-RFB-PAL
**Filer:**
**Document Number:** 266

## Docket Text:
**ORDER Granting [263] Motion to Withdraw as Attorney. Hiba Hafiz withdrawn from the case. Signed by Magistrate Judge Peggy A. Leen on 5/20/16. (Copies have been distributed pursuant to the NEF - ADR)**

**2:15-cv-01045-RFB-PAL Notice has been electronically mailed to:**

Don Springmeyer   dspringmeyer@wrslawyers.com, cmixson@wrslawyers.com, crehfeld@wrslawyers.com, nvaldez@wrslawyers.com

J. Colby Williams   jcw@campbellandwilliams.com, connie@campbellandwilliams.com, nancy@campbellandwilliams.com, rpr@cwlawlv.com

Richard J. Pocker   rpocker@bsfllp.com, swisniewski@bsfllp.com

Justin C. Jones   jjones@wrslawyers.com, dfresquez@wrslawyers.com, lrillera@wrslawyers.com

Michael C. Dell'Angelo   mdellangelo@bm.net, tstires@bm.net

Bradley Scott Schrager   bschrager@wrslawyers.com, ODavidoff@wrslawyers.com, crehfeld@wrslawyers.com, dfresquez@wrslawyers.com, lrillera@wrslawyers.com

William A. Isaacson   wisaacson@bsfllp.com

Kevin Rayhill   krayhill@saverilawfirm.com, cforthuber@saverilawfirm.com

Joseph R. Saveri   jsaveri@saverilawfirm.com, cforthuber@saverilawfirm.com, dclevenger@saverilawfirm.com, plall@saverilawfirm.com

Eric L. Cramer   ecramer@bm.net, mdaniels@bm.net