WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice Pending*)
(nwidnell@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**JOINT STATUS REPORT** |

The parties in the above-captioned matter submit the following interim Joint Status Report. The parties have reviewed the Court's Order Directing Zuffa, LLC to Produce Certain Non-Privileged Documents from the FTC Collection (the "Order") (Dkt. No. 272). Pursuant to the Order, the parties met and conferred on June 7 and 13, 2016.

Zuffa has started the review of the documents from the Early Case Assessment archive ("ECA") for the Ordered Custodians that are search term positive to Zuffa's search terms pursuant to paragraph 1(a) and 2(a) of the Order. Zuffa is in the process of loading the remaining documents for the Ordered Custodians and the FTC Ordered Set (as those capitalized terms are used in the Order). Zuffa anticipates that the loading will be complete by this week, at which time the de-duplication, narrowing proposals and search terms can be applied. Zuffa expects that it will substantially complete production by the Court-ordered deadline of September 1, 2016.

The parties have met and conferred about several issues regarding the implementation of the Order including: (a) the applicability of the winnowing and de-duplication protocols in paragraph 3; (b) the time period for which the agreed upon winnowing proposals for Zuffa's Legal Custodians should apply to documents belonging to custodians Lawrence Epstein and Kirk Hendrick that are contained within the FTC Ordered Set; and (c) pursuant to paragraph 4 of the Order, the application of additional search terms to the FTC Ordered Set documents in addition to those terms ordered by the Court in paragraphs 2(a) and 2(b).

Preliminarily, the parties recognize that certain of the ordered winnowing and de-duplication proposals may not be applicable to the FTC Ordered Set or that it may not be efficient to adopt one or more of those protocols. The parties have agreed that if an ordered winnowing or de-duplication protocol cannot be applied to the FTC Ordered Set or that Zuffa believes it is inefficient to do so, Zuffa will so notify Plaintiffs and review the resulting FTC Ordered Set documents for responsiveness and privilege without applying such winnowing or de-duplication proposals. In addition, Plaintiffs have requested, and Zuffa has investigated, how the ECA was de-duplicated in 2011. The investigation into the de-duplication process seeks to determine whether custodial documents for the custodians subject to the Order were attributed solely to

custodians whose documents Zuffa is not required to review and produce.

At this time, the parties have no disputed issues relating to the application of the Order. Unless ordered otherwise, the parties will file a Status Report of no more than 10 pages, with no more than 5 pages allocated to each party, should any disputed issues relating to the application of the Order arise.

Dated: June 21, 2016					BOIES, SCHILLER & FLEXNER LLP


							By: /s/ Stacey K Grigsby
							     Stacey K. Grigsby
							*Attorneys for Defendant* Zuffa, LLC, d/b/a
							Ultimate Fighting Championship and UFC

							William A. Isaacson (*Pro Hac Vice*)
							Nicholas A. Widnell (*Pro Hac Vice* pending)
							Stacey K. Grigsby (*Pro Hac Vice*)
							BOIES, SCHILLER & FLEXNER LLP
							5301 Wisconsin Ave, NW
							Washington, DC 20015
							Tel: (202) 237-2727
							Fax: (202) 237-6131
							Email: wisaacson@bsfllp.com
							           nwidnell@bsfllp.com
							           sgrigsby@bsfllp.com

							Donald J. Campbell #1216
							J. Colby Williams #5549
							CAMPBELL & WILLIAMS
							700 South 7th Street
							Las Vegas, Nevada 89101
							Tel: (702) 382-5222
							Fax: (702) 382-0540
							Email: djc@campbellandwilliams.com
							           jcw@campbellandwilliams.com

							Richard J. Pocker #3568
							BOIES, SCHILLER & FLEXNER LLP
							300 South Fourth Street, Suite 800
							Las Vegas, NV 89101
							Tel: (702) 382 7300
							Fax: (702) 382 2755

Email: rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

Dated: June 21, 2016

Respectfully Submitted,

By: /s/ Michael Dell'Angelo
     Michael Dell'Angelo

Eric L. Cramer
Michael Dell'Angelo
Patrick F. Madden
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joseph R. Saveri
Joshua P. Davis
Matthew S. Weiler
Kevin E. Rayhill
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown
Richard A. Koffman
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408 4699
bbrown@cohenmilstein.com

*Co-Lead Class Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren Uyenoyama*

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
Justin C. Jones (Nevada Bar No. 8519)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

Robert C. Maysey
Jerome K. Elwell
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
bcaldes@srkw-law.com

Frederick S. Schwartz
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
fred@fredschwartzlaw.com

*Additional Class Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren Uyenoyama*

**ATTESTATION OF FILER**

The signatories to this document are myself and Michael Dell'Angelo, and I have obtained Mr. Dell'Angelo's concurrence to file this document on his behalf.

Dated: June 21, 2016

By: /s/ Stacey K. Grigsby
Stacey K. Grigsby
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgrigsby@bsfllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **Joint Status Report** was served on June 21, 2016 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Suzanne E. Nero

An Employee of Boies, Schiller and Flexner LLP