WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice Pending*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>  Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DEFENDANT ZUFFA, LLC'S MOTION TO WITHDRAW JOHN F. COVE, JR. AS COUNSEL OF RECORD** |

## MOTION TO WITHDRAW JOHN F. COVE, JR. AS COUNSEL OF RECORD

Pursuant to Local Rule 11-6(b), Defendant Zuffa, LLC ("Zuffa"), respectfully moves the Court to withdraw John F. Cove, Jr. as counsel of record for Zuffa. Mr. Cove has withdrawn as a partner in Boies, Schiller & Flexner LLP. Boies, Schiller & Flexner LLP and Campbell and Williams continue to serve as counsel for Zuffa through the other attorneys of record, and Zuffa has already been notified of Mr. Cove's withdrawal.

For the reasons stated above, Zuffa respectfully requests that the Court enter an order withdrawing Mr. Cove as counsel of record for Zuffa.

Dated: July 8, 2016               BOIES, SCHILLER & FLEXNER LLP


By: /s/ Stacey K. Grigsby
    Stacey K. Grigsby (Pro Hac Vice)
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave., NW,
    Washington, DC 20015
    Tel: (202)237-2727
    Fax: (202)237-6131
    Email:   sgrigsby@bsfllp.com

    *Attorneys for Defendant* Zuffa, LLC, d/b/a
    Ultimate Fighting Championship and UFC

1
ZUFFA'S MOTION TO WITHDRAW JOHN F. COVE, JR. AS COUNSEL OF RECORD

## **ATTESTATION OF FILER**

The signatory to this document is Stacey K. Grigsby and I have obtained her permission to file this document on her behalf.

Dated: July 8, 2016

By: /s/ Suzanne Jaffe Nero  _____

Suzanne Jaffe Nero (Pro Hac Vice)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Ste. 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460

2
ZUFFA'S MOTION TO WITHDRAW JOHN F. COVE, JR. AS COUNSEL OF RECORD

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **DEFENDANT ZUFFA, LLC'S MOTION TO WITHDRAW JOHN F. COVE, JR. AS COUNSEL OF RECORD** was served on Zuffa and opposing counsel on July 8, 2016 via email and the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

   /s/ Michael Kim_____
An employee of Boies, Schiller & Flexner, LLP