**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                    Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL** |

Pursuant to Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Local Rule 10-5(b), and Section 14.3 of the Revised Stipulation and Protective Order issued by this Court on February 10, 2016 (ECF No. 217 at 15), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") hereby move this Court for leave to lodge certain documents under seal related to their motion to challenge Defendant's assertion of work product protection over three certain documents.

Plaintiffs request leave to lodge certain documents under seal. First, Plaintiffs seek leave to lodge under seal Plaintiffs' Motion To Challenge Work Product Designation.

Second, Plaintiffs seek leave to lodge under seal Exhibit 1 to the Declaration of Kevin E. Rayhill In Support Of Plaintiffs' Motion To Challenge Work Product Designation (the "Rayhill Declaration"), which is an unredacted version of a document with the Bates number ZFL-1824837, an attachment to the email consisting of a memorandum drafted by the third party human resources consulting firm requesting documents, that Defendant has clawed back as protected under the work product doctrine.

Third, Plaintiffs seek leave to lodge under seal Exhibit 2 to the Rayhill Declaration, which is an unredacted version of a document with the Bates number ZFL-1824835, an email between Zuffa's in-house counsel and outside counsel scheduling a phone call.

Fourth, Plaintiffs seek leave to lodge under seal Exhibit 3 to the Rayhill Declaration, which is an unredacted version of a document with the Bates number ZFL-0557588, a presentation prepared by a third party human resources consulting firm commissioned by Defendant.

Exhibits 1, 2 and 3 are the three documents at issue in Plaintiffs' motion to challenge.

Fifth, Plaintiffs seek leave to lodge under seal Exhibit 5 to the Rayhill Declaration which is a document with the Bates stamp ZFL-1007379, consisting of a letter dated August 8, 2013 from the third party human resources consulting firm to Lorenzo Fertitta with the subject line "Statement of Work ("SOW") - Fighter Pay Program Review and Design."

Sixth, Plaintiffs seek leave to lodge under seal Exhibit 7 to the Rayhill Declaration which is an unredacted copy of Plaintiffs Notice of Deposition of Defendant Zuffa, LLC Pursuant to Federal Rule of Civil Procedure 30(b)(6), which contains a reference to the content of ZFL-1007379, the Mercer Statement Of Work (Ex. 5), which has been designated CONFIDENTIAL by Defendant.

Seventh, Plaintiffs seek leave to lodge under seal Exhibit 9 to the Rayhill Declaration which is an unredacted copy of Plaintiffs' Second Requests For Production of Documents, which contain a reference to the content of ZFL-1007379, the Mercer Statement Of Work (Ex. 5), which has been designated CONFIDENTIAL by Defendant.

Plaintiffs have filed all of these documents, in accordance with the Court's ECF system, with the instant motion. Plaintiffs have filed placeholders for these documents with the Court, and will serve un-redacted versions of these documents on Defendant.

DATED this 31st day of August, 2016

        **JOSEPH SAVERI LAW FIRM, INC.**

        By:    */s/ Joseph R. Saveri*

        Joseph R. Saveri (admitted *pro hac vice*)
        Joshua P. Davis (admitted *pro hac vice*)
        Matthew S. Weiler (admitted *pro hac vice*)
        Kevin E. Rayhill (admitted *pro hac vice*)
        555 Montgomery Street, Suite 1210
        San Francisco, California 94111
        Phone: (415) 500-6800/Fax: (415) 395-9940
        jsaveri@saverilawfirm.com
        jdavis@saverilawfirm.com
        mweiler@saverilawfirm.com
        krayhill@saverilawfirm.com

        *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Hiba Hafiz (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*


**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

4
**PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL**

|   |   |
|---|---|
| 1 | **SPECTOR ROSEMAN KODROFF &** |
| 2 | **WILLIS, P.C.** |
|   | Jeffrey J. Corrigan (admitted *pro hac vice*) |
| 3 | William G. Caldes (admitted *pro hac vice*) |
|   | 1818 Market Street – Suite 2500 |
| 4 | Philadelphia, PA 19103 |
| 5 | Phone: (215) 496-0300/Fax: (215) 496-6611 |
|   | jcorrigan@srkw-law.com |
| 6 | wcaldes@srkw-law.com |
| 7 | *Attorneys for Plaintiffs* |

5
**PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2016 a true and correct copy of **PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Kevin E. Rayhill*