# EXHIBIT 1 - PLACEHOLDER LODGED UNDER SEAL