# EXHIBIT 2 - PLACEHOLDER LODGED UNDER SEAL