EXHIBIT 3 - PLACEHOLDER LODGED UNDER SEAL