# BOIES, SCHILLER & FLEXNER LLP

5301 WISCONSIN AVENUE. NW • WASHINGTON, DC 20015 • PH 202.237.2727 • FAX 202.237.6131

August 19, 2016

**Via Electronic Mail**

| | |
|---|---|
| Michael Dell'Angelo | Daniel Silverman |
| Berger & Montague | Cohen Milstein Sellers & Toll PLLC |
| 1622 Locust Street | 88 Pine Street |
| Philadelphia, PA 19103 | New York, NY 10005 |
| mdellangelo@bm.net | dsilverman@cohenmilstein.com |

Re: *Le, et al. v. Zuffa, LLC*; Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases

Dear Mr. Dell'Angelo and Mr. Silverman:

Pursuant to Section 11 of the Revised Stipulation and Protective Order (ECF No. 217), Zuffa is clawing back the documents listed below. Both of these documents were inadvertently produced and protected from disclosure pursuant to the work-product doctrine.

| Bates Number | Replacement Document |
|---|---|
| ZFL-0557588-599 | Document Withheld as Privileged slipsheet |
| ZFL-1824835-837 | Document Withheld as Privileged slipsheet |

Attached is an overlay with replacement images for the above documents. Please have your document vendor replace the pre-existing versions of the above documents with the new versions, and delete or destroy all other copies of the previously-produced versions of these documents. Thank you for your professionalism and cooperation in this regard.

Very truly yours,

*Stacey Grigsby*

Stacey K. Grigsby