EXHIBIT 5 - PLACEHOLDER LODGED UNDER SEAL