EXHIBIT 7 - PLACEHOLDER LODGED UNDER SEAL