| | |
|---|---|
| **From:** | Patrick Madden |
| **To:** | Perry Grossman; Joseph Saveri; Michael Dell"Angelo; Brown, Ben (bbrown@cohenmilstein.com) (bbrown@cohenmilstein.com); Robert C. Maysey (rmaysey@WarnerAngle.com); Kevin Rayhill; Matthew Weiler; tkitzman@cohenmilstein.com; dsilverman@cohenmilstein.com; Eric Cramer; Richard A. Koffman |
| **Cc:** | jcw@campbellandwilliams.com; Marcy Norwood Lynch; William A. Isaacson; Nicholas Widnell; Stacey Grigsby; Suzanne Jaffe Nero |
| **Subject:** | [Le et al. v. Zuffa] Subpoena to be Served |
| **Date:** | Thursday, July 28, 2016 1:32:06 PM |
| **Attachments:** | Mercer_Subpoena and Schedule A - final.pdf |

Counsel:

Please take notice that we will be serving the attached subpoena.

---

Patrick F. Madden

**Berger&Montague,P.C.**

1622 Locust Street

Philadelphia, PA 19103

direct: 215.875.3035

pmadden@bm.net

bergermontague.com

Twitter | LinkedIn | Facebook
Signup for our e-newsletter