# EXHIBIT 9 - PLACEHOLDER LODGED UNDER SEAL