Case 2:15-cv-01045-RFB-BNW   Document 282-13   Filed 08/31/16   Page 1 of 3

 (https://www.imercer.com)

Questions? Call 866-590-5467
Mon–Fri, 8am–6pm EST

# Strategic Compensation and Salary Planning Solutions

HR functions are often pressured to adapt to changing business needs. This can mean achieving more with fewer resources, reducing costs for compensation programs and the associated delivery of services, and re-evaluating policies for efficiency.

Mercer compensation surveys provide current and relevant data across a variety of critical functions, industries, organizations, and geographies. Use this data to benchmark your organization against others, design a competitive compensation strategy, align your goals to the market, and retain your best talent.

## What is your salary planning need?

"We need to make decisions for our *specific industry*."

From energy and mining to healthcare, retail, and real estate, Mercer offers the industry resources needed to improve your strategic decision-making capabilities.

Select your Industry (https://www.imercer.com/content/general-surveys-overview.aspx)

"We need to *benchmark our positions* to determine competitive market placement."

The Mercer Benchmark Database (MBD) is the premier general industry database for evaluating and creating competitive compensation offerings, containing data for over 2 million employees in more than 3,000 organizations (US MBD).

Select Job Functions (https://www.imercer.com/ECommerce/products/us-mercer-benchmark-database)

## "We need *global compensation* data for salary planning."

Mercer's global publications provide information on compensation trends and practices around the globe.

View Global Publications (https://www.imercer.com/uploads/common/HTML/LandingPages/globalsalarysolutions/index.html)

## "We need topical *compensation data* to help guide our decisions."

Mercer offers numerous surveys and reports on hot HR topics, including compensation planning, compensation policies and practices, turnover, and new graduate pay.

Choose your Hot Topic (https://www.imercer.com/content/topical-hr.aspx)

### Not sure where to start?

Download a free product guide today.

| First Name: | * | |
| Last Name: | * | |
| Company Name: | * | |
| Email Address: | * | |
| Country: | * | Select... |

Submit

We will not disclose your information to third parties.

Case 2:15-cv-01045-RFB-BNW   Document 282-13   Filed 08/31/16   Page 3 of 3

Mercer salary surveys collect and report on a wide range of compensation data points including base pay, bonus, short- and long-term incentives, total compensation, and more. Delivered in an interactive tool, Mercer WIN®, data can be filtered to meet your exact needs. Export reports, conduct year-over-year comparisons, and blend positions to get the complete picture for your employee compensation planning initiatives.



Terms of use (https://www.imercer.com/default.aspx?page=term) | Privacy (https://www.imercer.com/default.aspx?page=privacy)

©2016 Mercer LLC, All Rights Reserved

*Electronic communications from Mercer include product/survey information, event and participation invitations, publications, and other notifications.*