**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE WORK PRODUCT DESIGNATION** |

1  The motion to challenge the designation of three certain documents over which Defendant
2  asserts work product protection filed by Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon
3  Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly
4  situated (collectively, "Plaintiffs") is now pending before the Court. Having fully considered the
5  papers and arguments of counsel, and good cause having been shown, the Court hereby **ORDERS:**
6  As to the document with the bates stamp ZFL-0557588, the motion is **GRANTED.**
7  As to the document with the bates stamp ZFL-1824835, the motion is **GRANTED.**
8  As to the document with the bates stamp ZFL-1824837, the motion is **GRANTED.**
9  **IT IS SO ORDERED:**

11  Dated: _____

Peggy A. Leen
United States Magistrate Judge

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE WORK PRODUCT DESIGNATION**