**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION SEAL DOCUMENT** |

**ORDER GRANTING PLAINTIFFS' MOTION TO LODGE DOCUMENTS UNDER SEAL**

Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") filed a motion for leave to file a certain document under seal in connection with their motion to challenge Defendant's assertion of the attorney-client privilege over a certain document is now pending before the Court. Having fully considered the papers and arguments of counsel, and good cause having been shown,

IT IS ORDERED: Plaintiff's Sealed Motion for Leave to File Under Seal (ECF No. 287) is GRANTED.  The Clerk of the Court is instructed to seal the original Motion to Challenge Work Product Production (ECF No. 282).  The Corrected Image/Document (ECF No. 286) shall serve as the redacted public version of Plaintiff's Motion to Challenge Work Product Production.

Dated this 2nd day of September, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE