WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>     v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br><br>**STIPULATION TO RESET THE SEPTEMBER 20, 2016, JOINT STATUS CONFERENCE FOR SEPTEMBER 27, 2016** |

STIPULATION TO RESET THE STATUS CONFERENCE

Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury (collectively "Plaintiffs") and Defendant Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC ("Zuffa") (together with Plaintiffs, "the Parties") file this Stipulation to Reset the September 20, 2016, Status Conference to September 27, 2016.

WHEREAS, the Court set the Status Conference for September 20, 2016 at 11:00 a.m. to coincide with a deposition in this District during the week of September 19, 2016.  ECF No. 283.

WHEREAS, counsel representing Zuffa has a conflict with the previously-scheduled date for the deposition, and the parties met, conferred and agreed to move the deposition to September 30, 2016.

WHEREAS, the parties met, conferred and agreed that for cost and efficiency purposes it would be beneficial to both parties to hold the Status Conference the same week as the deposition that is scheduled in this District.

WHEREAS, counsel has confirmed with the Courtroom Administrator that September 27, 2016, at 10:30 a.m. is an acceptable date for the Court for the next Status Conference.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the September 20, 2016 date for the Status Conference shall be continued to September 27, 2016, at 10:30 a.m., and that the Joint Status Report and proposed Discovery Plan and Scheduling Order previously Ordered to be filed on September 16, 2016 shall now be filed on September 23, 2016.

RESPECTFULLY SUBMITTED.

Dated: September 9, 2016                           BOIES, SCHILLER & FLEXNER LLP

IT IS SO ORDERED this 13th
day of September, 2016.                            By: /s/ Stacey K. Grigsby
                                                      Stacey K. Grigsby
                                                  *Attorneys for Defendant* Zuffa, LLC, d/b/a
                                                  Ultimate Fighting Championship and UFC

Peggy A. Leen                                     William A. Isaacson (*Pro Hac Vice*)
United States Magistrate Judge                    Stacey K. Grigsby (*Pro Hac Vice*)

1

Nicholas A. Widnell (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
Email:  wisaacson@bsfllp.com
            sgrigsby@bsfllp.com
            nwidnell@bsfllp.com

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Fax: (702) 382-0540
Email:  djc@campbellandwilliams.com
            jcw@campbellandwilliams.com

Richard J. Pocker #3568
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382 7300
Fax: (702) 382 2755
Email: rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate
Fighting Championship and UFC

2

1

2   Dated: September 9, 2016                  Respectfully Submitted,

3                                            By:    /s/ Michael Dell'Angelo
                                                     Michael Dell'Angelo
4

5                                            Eric L. Cramer
                                             Michael Dell'Angelo
6                                            Patrick Madden
                                             BERGER & MONTAGUE, P.C.
7                                            1622 Locust Street
                                             Philadelphia, PA 19103
8                                            Telephone: (215) 875-3000
                                             Facsimile: (215) 875-4604
9                                            ecramer@bm.net
                                             mdellangelo@bm.net
10                                           pmadden@bm.net

11                                           *Co-Lead Class Counsel:*

12                                           Don Springmeyer (Nevada Bar No. 1021)
                                             Bradley S. Schrager (Nevada Bar No. 10217)
13                                           Justin C. Jones (Nevada Bar No. 8519)
                                             WOLF, RIFKIN, SHAPIRO, SCHULMAN &
14                                           RABKIN, LLP
                                             3556 E. Russell Road, Second Floor
15                                           Las Vegas, Nevada 89120
                                             (702) 341-5200/Fax: (702) 341-5300
16                                           dspringmeyer@wrslawyers.com
                                             bschrager@wrslawyers.com
17                                           jjones@wrslawyers.com

18

19

20

21

22

23

24

25

26

27

28

3

1   Joseph R. Saveri
    Joshua P. Davis
2   Matthew S. Weiler
    Kevin E. Rayhill
3   JOSEPH SAVERI LAW FIRM, INC.
    555 Montgomery Street, Suite 1210
4   San Francisco, California 94111
    Telephone:      (415) 500-6800
5   Facsimile:      (415) 395-9940
6   jsaveri@saverilawfirm.com
    jdavis@saverilawfirm.com
7   mweiler@saverilawfirm.com
    krayhill@saverilawfirm.com
8

9   Benjamin D. Brown
    Richard A. Koffman
10  Hiba Hafiz
    COHEN MILSTEIN SELLERS & TOLL,
11  PLLC
    1100 New York Ave., N.W., Suite 500, East
12  Tower Washington, DC 20005
    Telephone: (202) 408-4600
13  Facsimile:  (202) 408 4699
    bbrown@cohenmilstein.com
14  hhafiz@cohenmilstein.com
15

16  *Additional Counsel for the Classes:*

17  Robert C. Maysey
    Jerome K. Elwell
18  WARNER ANGLE HALLAM JACKSON &
    FORMANEK PLC
19  2555 E. Camelback Road, Suite 800
    Phoenix, AZ 85016
20  Telephone: (602) 264-7101
    Facsimile: (602) 234-0419
21  rmaysey@warnerangle.com
    jelwell@warnerangle.com
22

23

24

25

26

27

28

STIPULATION TO RESET THE STATUS CONFERENCE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
SPECTOR ROSEMAN KODROFF & WILLIS,
P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
bcaldes@srkw-law.com

Frederick S. Schwartz
LAW OFFICE OF FREDERICK S.
SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,
Luis Javier Vazquez, Dennis Lloyd Hallman,
Brandon Vera, Pablo Garza, Gabe Ruediger,
Mac Danzig, Kyle Kingsbury and Darren
Uyenoyama*

STIPULATION TO RESET THE STATUS CONFERENCE

1

## **ATTESTATION OF FILER**

2

3
   The signatories to this document are myself and Michael Dell'Angelo, and I have

4
obtained Mr. Dell'Angelo's concurrence to file this document on his behalf.

5

6
Dated September 9, 2016

7

8
         By:  /s/ Stacey K. Grigsby     

9
            Stacey K. Grigsby
            *Attorneys for Defendant* Zuffa, LLC, d/b/a

10
            Ultimate Fighting Championship and UFC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing STIPULATION TO RESET THE SEPTEMBER 20, 2016 STATUS CONFERENCE TO SEPTEMBER 27, 2016 was served on September 9, 2016 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.


_____/s/ Michael Kim_____

An Employee of Boies, Schiller & Flexner LLP

STIPULATION TO RESET THE STATUS CONFERENCE