1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
4  (nwidnell@bsfllp.com)
   BOIES, SCHILLER & FLEXNER LLP
5  5301 Wisconsin Ave, NW, Washington, DC 20015
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382 7300; Fax: (702) 382 2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC

16

17                    UNITED STATES DISTRICT COURT
18
                             DISTRICT OF NEVADA
19

20 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01045-RFB-(PAL) |
|---|---|
| Plaintiffs, | **DECLARATION OF WILLIAM HUNTER CAMPBELL IN SUPPORT OF ZUFFA'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE WORK PRODUCT DESIGNATION** |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | **[REDACTED]** |
| Defendant. | |

27

28

                    DECLARATION OF WM. HUNTER CAMPBELL

1  I, William Hunter Campbell, declare as follows:

2  1.  I am over 21 years old and have personal knowledge of the information in this declaration. I have personal knowledge of the facts stated in this declaration and if called to testify, I could and would competently testify to these facts. I am a member in good standing of the State Bar of Nevada and am currently Managing Partner with the law firm of Campbell & Williams.

3  2.  As part of my work with Campbell & Williams, I, together with other members of Campbell & Williams, represent Zuffa, LLC ("Zuffa") as outside counsel on several matters. Zuffa is doing business as the Ultimate Fighting Championship®. The UFC® is a Mixed Martial Arts ("MMA") promoter.

[Lines 11–28 redacted]

1

DECLARATION OF WM. HUNTER CAMPBELL



2
DECLARATION OF WM. HUNTER CAMPBELL



1  ██████████████████████████████████████
2  ████████████████████████████████
3  ██████████████████████████████████████
4  ██████████████████████████████████████
5  ██████████████████████████████████████
6  ██████████████████████████████████████
7  ██████████████████████████████████████
8  ████████████████████████████████████
9  ████████████████████████
10 ▪ ██████████████████████████████████
11 ██████████████████████████████████
12 ████████████████████████████████████
13 ██████████████████████████████████████
14 ████████████████████████████████████
15 ██████████████████████████████████████
16 ████████████████████████████████████
17 ████████████████████████████████████
18 ████████████████████████████████████
19 ██████████████████████████████████████
20 ██████████████████████████████████████
21 ██████████████████████████████████████
22 ████████████████████████████████████
23 ██
24 ▪ ████████████████████████████████
25 ██████████████████████████████████████
26 ██████████████████████████████████████
27 ████████████████████████████████████
28

3

DECLARATION OF WM. HUNTER CAMPBELL



4

DECLARATION OF WM. HUNTER CAMPBELL

| | |
|---|---|
| 1 | ██████████████████████████████████ |
| 2 | ██████████████████████████████████ |
| 3 | ██████████████████████████████████ |
| 4 | ██ |
| 5 | ██ ████████████████████████████ |
| 6 | ██████████████████████████████████ |
| 7 | ██████████████████████████████████ |
| 8 | ██████████████████████████████████ |
| 9 | ██████████████████████████████████ |
| 10 | ████████████ |
| 11 | ██ ████████████████████████████ |
| 12 | ██████████████████████████████████ |
| 13 | ██████████████████████████████ |
| 14 | ██████████████████████████████████ |
| 15 | ████████████ |

16  I declare under penalty of perjury under the laws of the United States of America that the
17  foregoing facts are true and correct. Executed this nineteenth day of September, 2016, in Las
18  Vegas, Nevada.

19                                          /s/ William Hunter Campbell
                                              William Hunter Campbell

---

5

DECLARATION OF WM. HUNTER CAMPBELL