| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro Hac Vice*) |
| 2 | (wisaacson@bsfllp.com) |
| | STACEY K. GRIGSBY (*Pro Hac Vice*) |
| 3 | (sgrigsby@bsfllp.com) |
| | NICHOLAS A. WIDNELL (*Pro Hac Vice*) |
| 4 | (nwidnell@bsfllp.com) |
| | BOIES, SCHILLER & FLEXNER LLP |
| 5 | 5301 Wisconsin Ave, NW, Washington, DC 20015 |
| 6 | Telephone: (202) 237-2727; Fax: (202) 237-6131 |
| 7 | RICHARD J. POCKER #3568 |
| | (rpocker@bsfllp.com) |
| 8 | BOIES, SCHILLER & FLEXNER LLP |
| | 300 South Fourth Street, Suite 800, Las Vegas, NV 89101 |
| 9 | Telephone: (702) 382 7300; Fax: (702) 382 2755 |
| 10 | DONALD J. CAMPBELL #1216 |
| 11 | (djc@campbellandwilliams.com) |
| | J. COLBY WILLIAMS #5549 |
| 12 | (jcw@campbellandwilliams.com) |
| | CAMPBELL & WILLIAMS |
| 13 | 700 South 7th Street, Las Vegas, Nevada 89101 |
| 14 | Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| 15 | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| | Ultimate Fighting Championship and UFC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF KIRK D. HENDRICK IN SUPPORT OF ZUFFA'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE WORK PRODUCT DESIGNATION**<br><br>**[REDACTED]** |

DECLARATION OF KIRK D. HENDRICK

1  I, Kirk D. Hendrick, declare as follows:

2  1.  I am over 21 years old and have personal knowledge of the information in this declaration. I have been employed by Zuffa, LLC ("Zuffa") since 2002 and I am currently Executive Vice President and Chief Legal Officer for Zuffa. I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

3  2.  In March 2013, Zuffa engaged a third-party consulting firm, Mercer, to perform a study related to ▮▮▮▮▮. The ▮▮▮▮▮ performed by Mercer examined ▮▮▮▮▮. The study only surveyed ▮▮▮▮▮.

4  3.  After the ▮▮▮▮▮ was completed, Mercer proposed a new study that it could conduct for Zuffa ▮▮▮▮▮. On August 8, 2013, Cathy Shepard sent Zuffa's Chief Executive Officer, Lorenzo Fertitta, a draft Statement of Work entitled ▮▮▮▮▮.

5  4.  Zuffa never retained Mercer to conduct the ▮▮▮▮▮ laid out in the draft Statement of Work. My recollection is that the decision not to retain Mercer was based on the belief that there was not a business purpose significant enough to justify Zuffa commissioning the study.

1
DECLARATION OF KIRK D. HENDRICK

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this nineteenth day of September 2016, in Las Vegas, Nevada.

_____
Kirk D. Hendrick

2
DECLARATION OF KIRK D. HENDRICK IN OPPOSITION TO PLAINTIFFS' MOTION
TO CHALLENGE WORK PRODUCT DESIGNATION