WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF ZUFFA'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE WORK PRODUCT DESIGNATION AND RELATED EXHIBITS** |

# [PROPOSED] ORDER

Pending before this Court is Zuffa's Opposition to Plaintiffs' Motion to Challenge Work Product Designation, the accompanying declaration of Stacey K. Grigsby and related exhibits to Ms. Grigsby's declaration. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents, *inter alia*, "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211, 1212 (9th Cir. 2002) (citations omitted). Courts also have the discretion to seal attorney-client privilege and work-product information. *See Asdale v. Int'l Game Tech.*, No. 3:04-cv-703-RAM, 2010 WL 2161930, at *5 (D. Nev. May 28, 2010). Having considered Zuffa, LLC's Motion to Seal Portions of Zuffa's Opposition to Plaintiffs' Motion to Challenge Work Product Designation and Related Exhibits, good cause having been shown:

IT IS HEREBY ORDERED THAT Zuffa, LLC's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal Exhibits A, B, C, D, E, F, G, H, I, J, K and L to the Grigsby Declaration, Paragraphs 3-15 of the Campbell Declaration, portions of Paragraphs 2-5 of the Hendrick Declaration, Paragraphs 3-10 of the Grigsby Declaration in Support of Zuffa's Opposition to Plaintiffs' Motion to Challenge Work Product and the portions of the Opposition to Plaintiffs' Motion to Challenge Work Product Designation indicated by Zuffa's redactions.

IT IS SO ORDERED.

DATED: _____       By: _____

                                                                           Hon. Peggy A. Leen
                                                                           UNITED STATES MAGISTRATE JUDGE