# EXHIBIT A

Eric L. Cramer  (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joseph R. Saveri (*Pro Hac Vice*)
Joshua P. Davis (*Pro Hac Vice*)
Matthew S. Weiler (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS &
TOLL, PLLC
1100 New York Ave., N.W., Suite 500,
East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:   (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>  Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DISCOVERY PLAN AND SCHEDULING ORDER** |

Under Fed. R. Civ. P. 26(f) and Local Rule 26-1, the respective parties conducted a discovery planning conference on April 15, 2015. On December 4, 2015, the parties jointly proposed certain case deadlines to the Court and submitted competing proposals as to those deadlines on which they could not agree in principle. (ECF No. 206 at pp. 34-35). On December 8, 2015, the Court ruled on the parties' disputed deadlines. (ECF No. 207). The Court has not ruled upon the parties' joint proposal, although the parties had nonetheless been informally attempting to observe those deadlines. However, because Defendant produced more than half of its document production after the agreed date for the substantial completion of document discovery, thereby causing substantial delay, Plaintiffs have demonstrated good cause for moving the agreed case deadlines and the Ordered deadlines for dispositive motions briefing by approximately 120-days as follows:

| Case Event | Proposed Date |
|---|---|
| Parties Certify Substantial Completion of Document Discovery | September 1, 2016 |
| Close of Fact Discovery | July 31, 2017 |
| Plaintiffs' Opening Expert Reports (class and merits) | August 29, 2017 |
| Last Day to Depose Experts Concerning Opening Reports | September 25, 2017 |
| Opposition Expert Reports | October 25, 2017 |
| Last Day to Depose Opposition Experts | November 30, 2017 |
| Reply Expert Reports | December 14, 2017 |
| Daubert Motions | January 15, 2018 |
| Class Certification Motion | January 15, 2018 |
| Daubert Opposition Briefs | March 15, 2018 |
| Class Certification Opposition Brief | March 15, 2018 |
| Daubert Reply Briefs | April 11, 2018 |
| Class Certification Reply Brief | April 25, 2018 |
| Class Certification Hearing | Court's Convenience |
| Summary Judgment Motions | July 2, 2018 |
| Summary Judgment Opposition Briefs | August 3, 2018 |
| Summary Judgment Reply Briefs | August 31, 2018 |
| Pretrial Conference | September 2018 |
| Trial | November 2018 |

IT IS SO ORDERED.

Date: _____   _____
Honorable Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE

1
DISCOVERY PLAN AND SCHEDULING ORDER