WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>      v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>            Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF STACEY K. GRIGSBY IN SUPPORT OF ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY BRIEF** |

GRIGSBY DECLARATION

1   I, Stacey K. Grigsby, declare as follows:

2       1.      I am an attorney admitted to practice before the courts in the states of New York

3   and the District of Columbia and am admitted Pro Hac Vice to practice before this Court.  I am

4   Counsel in the law firm Boies, Schiller & Flexner LLP, and represent Defendant Zuffa, LLC

5   ("Zuffa") in this case.

6       2.      I make this declaration in support of Zuffa's Motion to Seal Portions of Plaintiffs'

7   Reply Brief in Support of Plaintiffs' Motion to Challenge Work Product Designation and Related

8   Exhibits.  Based on my review of the files and records in this case, I have firsthand knowledge of

9   the contents of this declaration and could testify thereto.

10      3.      Zuffa seeks to file under seal one exhibit identified as Exhibit 4 to the Declaration

11  of Kevin Rayhill in Support of Plaintiffs' Reply as well as portions of Plaintiffs' Reply Brief.

12  This declaration is submitted to provide the factual and legal support for the filing of this material

13  under seal.

14      4.      Federal Rule of Civil Procedure 26(c) provides that the Court may "issue an order

15  to protect a party or person from annoyance, embarrassment, oppression or undue burden or

16  expense" by "requiring that a trade secret or other confidential research, development, or

17  commercial information not be revealed or be revealed only in a specific way."  Further, "[c]ourts

18  generally accept attorney-client privilege and the work-product doctrine as a 'compelling reason'

19  justifying a motion to seal."  *Hanson v. Wells Fargo Home Mortg., Inc.*, No. C13-0939JLR, 2013

20  WL 5674997, at *3 (W.D. Wash. Oct. 17, 2013) (citation omitted); *see also Asdale v. Int'l Game*

21  *Tech.*, No. 3:04-cv-703-RAM, 2010 WL 2161930, at *5 (D. Nev. May 28, 2010) (accepting

22  attorney-client privilege and the work-product doctrine as both good cause and a compelling

23  reason to seal nondispositive and dispositive motions respectively); *JL Beverage Co., LLC v.*

24  *Beam, Inc.*, No. 2:11-cv-00417-MMD-CWH, 2014 WL 5017862, at *3 (D. Nev. Oct. 7, 2014)

25  (sealing portions of motion and certain exhibits "to protect against disclosure of attorney-client

26  privilege and attorney work-product information").

27

28

1

GRIGSBY DECLARATION

5.      Public disclosure of Exhibit 4 would expose Zuffa's confidential information, including information regarding specific financial amounts paid to fighters and the results of an internal analysis and proposed strategies for changing pay.

6.      Zuffa also seeks to seal the designated portions of Zuffa's Opposition to Plaintiffs' Motion to Challenge Work Product Designation that have been redacted in the public filing (ECF No. 303), which contain references to Zuffa's confidential information and/or information protected from disclosure by the attorney work product doctrine.   Publication of the this information would reflect the litigation that Zuffa's outside counsel anticipated that led to the creation of the work product material and details regarding the work product material created.

7.      It is my understanding that Zuffa treats as confidential and has taken substantial measures to preserve the confidentiality of its internal analyses and strategies as well as certain financial information.  Zuffa also works to protect work product information from public disclosure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 3rd day of October, 2016, in Washington, DC.

/s/ Stacey K. Grigsby
Stacey K. Grigsby

2
GRIGSBY DECLARATION