1 | WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
2 | STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
3 | NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(nwidnell@bsfllp.com)
4 | BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
5 | Telephone: (202) 237-2727; Fax: (202) 237-6131

6 | RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
7 | BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
8 | Telephone: (702) 382 7300; Fax: (702) 382 2755

9 | DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
10 | J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
11 | CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
12 | Telephone: (702) 382-5222; Fax: (702) 382-0540

13 | *Additional counsel on signature page*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br>     v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>           Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER** |

Under Fed. R. Civ. P. 26(f) and Local Rule 26-1, the respective parties conducted a discovery planning conference on April 15, 2015. The parties previously submitted a joint proposal to this Court setting the case event dates up through the Class Certification hearing (ECF No. 206 at pp. 34-35). Plaintiffs also proposed dates that set out the timeframe of the briefing of dispositive motions, which this Court accepted and Ordered. (ECF No. 207). Upon invitation from the Court to submit a Proposed Discovery Plan and Scheduling Order, on September 23, the parties submitted competing proposals for the timing for the upcoming case deadlines. ECF Nos. 297-1 and 297-2. On September 27, this Court held a Status Conference and Ordered that the case management deadlines shall be extended by 30 days without prejudice. (ECF No. 304). For the convenience of the parties and the Court, the parties now submit the below Discovery Plan and Scheduling Order in accordance with this Court's Order, adjusted to account for deadlines falling on weekends and deadlines falling on or around holidays.

| | |
|---|---|
| Close of Fact Discovery | May 1, 2017 |
| Plaintiffs' Opening Expert Reports (class and merits) | May 30, 2017 |
| Last Day to Depose Experts Concerning Opening Reports | June 26, 2017 |
| Opposition Expert Reports | July 24, 2017 |
| Last Day to Depose Opposition Experts | August 21, 2017 |
| Reply Expert Reports | September 5, 2017 |
| Daubert Motions | October 2, 2017 |
| Class Certification Motion | October 2, 2017 |
| Daubert Opposition Briefs | November 21, 2017 |
| Class Certification Opposition Brief | November 21, 2017 |
| Daubert Reply Briefs | December 22, 2017 |
| Class Certification Reply Brief | January 16, 2018 |
| Class Certification Hearing | Court's Convenience |
| Summary Judgment Motions | March 26, 2018 |
| Summary Judgment Opposition Briefs | April 25, 2018 |
| Summary Judgment Reply Briefs | May 25, 2018 |

IT IS SO ORDERED.

Date: _____

                                                  Honorable Peggy A. Leen
                                                  UNITED STATES MAGISTRATE JUDGE

1

DISCOVERY PLAN AND SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | Dated: October 12, 2016 | BOIES, SCHILLER & FLEXNER LLP |

By: /s/ Stacey K. Grigsby_____
    Stacey K. Grigsby
*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

William A. Isaacson (*Pro Hac Vice*)
Stacey K. Grigsby (*Pro Hac Vice*)
Nicholas A. Widnell (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: wisaacson@bsfllp.com
       sgrigsby@bsfllp.com
       nwidnell@bsfllp.com

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Fax: (702) 382-0540
Email: djc@campbellandwilliams.com
       jcw@campbellandwilliams.com

Richard J. Pocker #3568
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382 7300
Fax: (702) 382 2755
Email: rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

2
DISCOVERY PLAN AND SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | Dated:  October 12, 2016 | Respectfully Submitted, |
| 2 | | By:  /s/ Michael Dell'Angelo |
| 3 | |         Michael Dell'Angelo |

Eric L. Cramer
Michael Dell'Angelo
Patrick F. Madden
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joseph R. Saveri
Joshua P. Davis
Matthew S. Weiler
Kevin E. Rayhill
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown
Richard A. Koffman
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:   (202) 408 4699
bbrown@cohenmilstein.com

*Co-Lead Class Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

3
DISCOVERY PLAN AND SCHEDULING ORDER

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
Justin C. Jones (Nevada Bar No. 8519)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

Robert C. Maysey
Jerome K. Elwell
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
bcaldes@srkw-law.com

Frederick S. Schwartz
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
fred@fredschwartzlaw.com

*Additional Class Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

## **ATTESTATION OF FILER**

The signatories to this document are myself and Michael Dell'Angelo, and I have obtained Mr. Dell'Angelo's concurrence to file this document on his behalf.

Dated:  October 12, 2016

By: /s/ Stacey K. Grigsby
Stacey K. Grigsby
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgrigsby@bsfllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **Discovery Plan and Scheduling Order** was served on October 12, 2016 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

                                                  /s/ Michael Kim

                                                  An Employee of Boies, Schiller and Flexner LLP