1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LODGE DOCUMENTS UNDER SEAL** |
|---|---|

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LODGE DOCUMENTS UNDER SEAL**

Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") filed the Motion For Leave To Lodge Materials Under Seal in connection with their Opposition to Zuffa, LLC's Motion To Seal Portions Of Plaintiffs' Reply In Support Of Motion To Challenge Work Product Designation And Related Exhibits now pending before the Court. Having fully considered the papers and arguments of counsel, and good cause having been shown, the Court hereby **ORDERS** that:

    Plaintiffs' Motion For Leave To Lodge Materials Under Seal is **GRANTED**.

    **IT IS SO ORDERED:**

Dated: _____

                                    Peggy A. Leen
                                    United States Magistrate Judge