1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Ave, NW, Washington, DC  20015
5  Telephone: (202) 237-2727; Fax: (202) 237-6131

6  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
7  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV  89101
8  Telephone: (702) 382 7300; Fax: (702) 382 2755

9  DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
10 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
11 CAMPBELL & WILLIAMS
   700 South 7th Street, Las Vegas, NV  89101
12 Telephone: (702) 382-5222; Fax: (702) 382-0540

13 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>  Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO ZUFFA'S MOTION TO SEAL** |

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs' Opposition Brief to Zuffa, LLC's Motion to Seal Portions of Plaintiffs' Reply Brief in Support of Motion to Challenge Work Product (ECF No. 307), the accompanying declaration of Matthew S. Weiler and related exhibits to Mr. Weiler's declaration.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents, *inter alia*, "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information."  *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211, 1212 (9th Cir. 2002) (citations omitted).  Courts also have the discretion to seal attorney-client privilege and work-product information.  *See Asdale v. Int'l Game Tech.*, No. 3:04-cv-703-RAM, 2010 WL 2161930, at *5 (D. Nev. May 28, 2010).  Having considered Zuffa, LLC's Motion to Seal Portions of Plaintiffs' Opposition to Zuffa's Motion to Seal, good cause having been shown:

IT IS HEREBY ORDERED THAT Zuffa, LLC's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal:

- Page 5:20-25, Page 6:1 and fn.6 at Line 22, Page 7:2-6 of Plaintiffs' Opposition (ECF No. 307), and
- Sentence 2 of Exhibit 2 to the Weiler Declaration (307-3).

IT IS SO ORDERED.

DATED: _____          By: _____
                                                                             Hon. Peggy A. Leen
                                                                             UNITED STATES MAGISTRATE JUDGE