1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES, SCHILLER & FLEXNER LLP
5  5301 Wisconsin Ave, NW, Washington, DC 20015
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382 7300; Fax: (702) 382 2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC

16

17                  UNITED STATES DISTRICT COURT
18                        DISTRICT OF NEVADA
19

| 20 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-(PAL) |
|---|---|---|
| 21 | | |
| 22 | | **ZUFFA, LLC'S REPLY IN SUPPORT OF ITS MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO ZUFFA'S MOTION TO SEAL** |
| 23 | Plaintiffs, v. | |
| 24 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 25 | | |
| 26 | Defendant. | |

27
28

REPLY IN SUPPORT OF MOTION TO SEAL

Plaintiffs' opposition to the motion to seal filed by Defendant Zuffa, LLC ("Zuffa") once again applies the wrong legal standard for sealing motions, and argues that Zuffa has not met that incorrect standard because of a mischaracterization of the work product at issue.  Because the dispute here is duplicative of the briefing already submitted with respect to Zuffa's Motion to Seal Portions of Plaintiffs' Reply Brief in Support of Motion to Challenge Work Product Designation and Related Exhibits (ECF No. 305), and in an effort to reduce the burden on the Court, Zuffa respectfully refers the Court to the briefing on the prior motion and incorporates by reference the arguments contained therein.  The correct standard for nondispositive motions is the "good cause" standard, and a motion to seal is clearly nondispositive.  Even if the "compelling reasons" standard applied, disclosure of the disputed redactions here would reveal what Zuffa's outside counsel considered of legal significance, which would give Zuffa's potential adversaries insight into how outside counsel assesses Zuffa's potential legal exposure, thus qualifying as attorney work product which may properly be sealed.  As such, Zuffa's motion should be granted.

Dated: November 3, 2016                    BOIES, SCHILLER & FLEXNER LLP


By: /s/ Stacey K. Grigsby
        Stacey K. Grigsby
*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

William A. Isaacson (*Pro Hac Vice*)
Stacey K. Grigsby (*Pro Hac Vice*)
Nicholas A. Widnell (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: wisaacson@bsfllp.com

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101

1
REPLY IN SUPPORT OF MOTION TO SEAL

Tel: (702) 382-5222
Fax: (702) 382-0540
Email: djc@campbellandwilliams.com
          jcw@campbellandwilliams.com

Richard J. Pocker #3568
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382 7300
Fax: (702) 382 2755
Email: rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

2
REPLY IN SUPPORT OF MOTION TO SEAL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Zuffa's Reply in Support of Motion to Seal Portions of Plaintiffs' Opposition to Zuffa's Motion to Seal was served on the 3rd day of November, 2016 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Michael Kim

An Employee of Boies, Schiller & Flexner