# EXHIBIT 4 - PLACEHOLDER LODGED UNDER SEAL