EXHIBIT 6 - PLACEHOLDER LODGED UNDER SEAL