# EXHIBIT 8 - PLACEHOLDER LODGED UNDER SEAL