# EXHIBIT 10 - PLACEHOLDER LODGED UNDER SEAL