EXHIBIT 11 - PLACEHOLDER LODGED UNDER SEAL