# EXHIBIT 12 - PLACEHOLDER LODGED UNDER SEAL