# EXHIBIT 13

# BOIES, SCHILLER & FLEXNER LLP

5301 WISCONSIN AVENUE. NW • WASHINGTON, DC 20015 • PH 202.237.2727 • FAX 202.237.6131

November 30, 2016

**Via Electronic Mail**

| | |
|---|---|
| Eric Cramer | Daniel Silverman |
| Berger & Montague | Cohen Milstein Sellers & Toll PLLC |
| 1622 Locust Street | 190 S. La Salle St., #1705 |
| Philadelphia, PA 19103 | Chicago, IL 60603 |
| mdellangelo@bm.net | dsilverman@cohenmilstein.com |

Re: *Le, et al. v. Zuffa, LLC*; Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases

Dear Mr. Cramer and Mr. Silverman:

Pursuant to Section 11 of the Revised Stipulation and Protective Order (ECF No. 217), Zuffa is clawing back the documents listed below. These documents were inadvertently produced and are protected from disclosure pursuant to the attorney-client privilege.

| Bates Number | Replacement Document |
|---|---|
| ZFL-1014049 | Document redacted for privilege |
| ZFL-1014051 | Document Withheld as Privileged slipsheet |
| ZFL-1014072 | Document Withheld as Privileged slipsheet |
| ZFL-1845329 | Document redacted for privilege |
| ZFL-1845332 | Document redacted for privilege |
| ZFL-1845335 | Document redacted for privilege |
| ZFL-1845337 | Document redacted for privilege |

We will soon be providing an overlay for the above documents. When we provide this overlay, please have your document vendor replace the pre-existing versions of the above documents with the new versions, and delete or destroy all other copies of the previously-produced versions of these documents. Given the ongoing 30(b)(6) deposition, we have informally attached a redacted version of ZFL-1845329 prior to the formal production overlay of this document. Thank you for your professionalism and cooperation in this regard.

Very truly yours,

*Stacey Grigsby*

Stacey K. Grigsby