# EXHIBIT 14

# JOSEPH SAVERI
## LAW FIRM

555 MONTGOMERY STREET
SUITE 1210
SAN FRANCISCO, CA 94111

TEL 415.500.6800
FAX 415.395.9940

December 2, 2016

**Via Electronic Mail**

Stacey Grigsby
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
sgrigsby@bsfllp.com

Re:   *Le et al. v. Zuffa, LLC*, Case No. 2:15-cv-01045-RFB-PAL (D. Nev.)

Dear Stacey,

I write in response to your letter dated November 30, 2016, in which you state Zuffa's intention to claw back certain documents on the basis that they are privileged attorney-client communications. Plaintiffs believe the documents you identified are not privileged communications. Accordingly, Plaintiffs intend to file a motion to challenge Zuffa's assertion of attorney-client privilege for ZFL-1014049, ZFL-1014051, ZFL-1014072, ZFL-1845329, ZFL-1845332, ZFL-1845335 and ZFL-1845337. Pursuant to Section 11 of the Revised Stipulation and Protective Order (Dkt. 217) we have sequestered these documents so that no attorney can access them, but have retained a copy of each for the purpose of challenging the designations with the Court.

Please let me know when you are available to meet and confer regarding these documents next week.

Sincerely,

Kevin E. Rayhill