# EXHIBIT 15

# BOIES, SCHILLER & FLEXNER LLP

5301 WISCONSIN AVENUE. NW ▪ WASHINGTON, DC 20015 ▪ PH 202.237.2727 ▪ FAX 202.237.6131

December 5, 2016

**Via Electronic Mail**

| | |
|---|---|
| Eric Cramer | Daniel Silverman |
| Berger & Montague | Cohen Milstein Sellers & Toll PLLC |
| 1622 Locust Street | 88 Pine Street |
| Philadelphia, PA 19103 | New York, NY 10005 |
| ecramer@bm.net | dsilverman@cohenmilstein.com |

Re:   *Le, et al. v. Zuffa, LLC*; Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases

Dear Mr. Cramer and Mr. Silverman:

As a follow up to my November 30, 2016 letter, and pursuant to Section 11 of the Revised Stipulation and Protective Order (ECF No. 217), Zuffa is clawing back the documents listed below. These documents were inadvertently produced and are protected from disclosure pursuant to the work-product and/or attorney-client privilege.

| Bates Number | Replacement Document |
|---|---|
| ZFL-1014103 | Document redacted for privilege |
| ZFL-1014102 | Document redacted for privilege |
| ZFL-1014078 | Document redacted for privilege |
| ZFL-1014047 | Document redacted for privilege |
| ZFL-1014045 | Document redacted for privilege |
| ZFL-0550804 | Document withheld as privileged slipsheets |

We will soon be providing an overlay for the above documents. When we provide this overlay, please have your document vendor replace the pre-existing versions of the above documents with the new versions, and delete or destroy all other copies of the previously-produced versions of these documents. Thank you for your professionalism and cooperation in this regard.

Very truly yours,

*Stacey Grigsby*

Stacey K. Grigsby