EXHIBIT 17 - PLACEHOLDER LODGED UNDER SEAL