# EXHIBIT 18

| | |
|---|---|
| **From:** | Stacey Grigsby |
| **To:** | Kevin Rayhill; Marcy Norwood Lynch; Perry Grossman; Suzanne Jaffe Nero; Nicholas Widnell; Bill Isaacson; Donald J. Campbell; J. Colby Williams |
| **Cc:** | Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell"Angelo; Patrick Madden; Richard Koffman; Ben Brown; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer; Mark R. Suter (msuter@bm.net) |
| **Subject:** | RE: Le et al. v. Zuffa, LLC, Clawback Correspondence |
| **Date:** | Thursday, December 08, 2016 5:11:23 PM |

Kevin,

Pursuant to our discussion this morning, Defendant has decided not to claw back ZFL-1014051. We will provide a replacement version of that document to plaintiffs.

We also have considered your proposal to redact or withhold in part the remaining documents which we have clawed back. For a variety of reasons, we cannot redact these documents and continue to believe that they are privileged.

Finally, please confirm that today's meet and confer addressed both the documents in my November 30 letter as well as the documents referenced in your December 8 letter.

Best,
Stacey

**Stacey K. Grigsby**
Counsel
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202.237.2727 (main)
202.237.9619 (direct)
703.861.4910 (mobile)
202.237.6131 (fax)
sgrigsby@bsfllp.com

---

**From:** Kevin Rayhill [mailto:krayhill@saverilawfirm.com]
**Sent:** Thursday, December 08, 2016 5:37 PM
**To:** Stacey Grigsby; Marcy Norwood Lynch; Perry Grossman; Suzanne Jaffe Nero; Nicholas Widnell; William Isaacson; Donald J. Campbell; J. Colby Williams
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Richard Koffman; Ben Brown; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer; Mark R. Suter (msuter@bm.net)
**Subject:** Le et al. v. Zuffa, LLC, Clawback Correspondence

Counsel,

Please see the attached correspondence.

Sincerely,

Kevin E. Rayhill
t  415.500.6800 x804
f  415.395.9940
krayhill@saverilawfirm.com

# JOSEPH SAVERI
### LAW FIRM

555 Montgomery Street, Suite 1210
San Francisco, CA  94111

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]