EXHIBIT 19 - PLACEHOLDER LODGED UNDER SEAL