**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE** |

*Le et al. v. Zuffa, LLC,* 2:15-cv-01045-RFB-PAL
**[[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Motion to Challenge Attorney-Client Privilege filed by Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") is now pending before the Court. Having fully considered the papers and arguments of counsel, and good cause having been shown, the Court hereby **ORDERS** that the Plaintiffs' motion is **GRANTED**.

**IT IS SO ORDERED:**

_____

United States Magistrate Judge

Dated: _____

1

*Le et al. v. Zuffa, LLC*, 2:15-cv-01045-RFB-PAL

**[[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE**