```
 1   WILLIAM A. ISAACSON (Pro Hac Vice)
     (wisaacson@bsfllp.com)
 2   STACEY K. GRIGSBY (Pro Hac Vice)
     (sgrigsby@bsfllp.com)
 3   NICHOLAS A. WIDNELL (Pro Hac Vice)
     (nwidnell@bsfllp.com)
 4   BOIES, SCHILLER & FLEXNER LLP
 5   1401 New York Ave NW, Washington, DC 20005
     Telephone: (202) 237-2727; Fax: (202) 237-6131
 6
 7   RICHARD J. POCKER #3568
     (rpocker@bsfllp.com)
 8   BOIES, SCHILLER & FLEXNER LLP
     300 South Fourth Street, Suite 800, Las Vegas, NV 89101
 9   Telephone: (702) 382-7300; Fax: (702) 382-2755

10   DONALD J. CAMPBELL #1216
     (djc@campbellandwilliams.com)
11   J. COLBY WILLIAMS #5549
     (jcw@campbellandwilliams.com)
12   CAMPBELL & WILLIAMS
13   700 South 7th Street, Las Vegas, Nevada 89101
     Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15   Attorneys for Defendant Zuffa, LLC, d/b/a
     Ultimate Fighting Championship and UFC
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 320) AND RELATED EXHIBITS** |

# [PROPOSED] ORDER

Pending before this Court is Plaintiffs' Motion to Challenge Attorney-Client Privilege (ECF No. 320), the accompanying declaration of Kevin E. Rayhill and related exhibits to Mr. Rayhill's declaration.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information."  *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211-12 (9th Cir. 2002) (citations omitted).  Having considered Zuffa, LLC's Motion to Seal Portions of Plaintiffs' Motion to Challenge Attorney-Client Privilege and Related Exhibits, good cause having been shown:

IT IS HEREBY ORDERED THAT Zuffa, LLC's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal the documents and portions of the Motion to Challenge Work Product Designation specified in Zuffa's Motion.

IT IS SO ORDERED.

DATED: _____   By: _____

Hon. Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE