1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES, SCHILLER & FLEXNER LLP
5  1401 New York Ave NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16

17
                 UNITED STATES DISTRICT COURT
18
                      DISTRICT OF NEVADA
19

| 20 Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle | Case No.: 2:15-cv-01045-RFB-(PAL) |
|---|---|

21 Kingsbury on behalf of themselves and all
   others similarly situated,

22                                              **DECLARATION OF STACEY K.**
                                                **GRIGSBY IN SUPPORT OF ZUFFA,**
              Plaintiffs,                        **LLC'S FIRST UNOPPOSED MOTION TO**
23       v.                                      **EXTEND TIME TO OPPOSE**
                                                **PLAINTIFFS' MOTION TO**
24 Zuffa, LLC, d/b/a Ultimate Fighting           **CHALLENGE ATTORNEY-CLIENT**
25 Championship and UFC,                         **PRIVILEGE (ECF NO. 320)**

26              Defendant.

27

28

───────────────────────────────────────────
                  GRIGSBY DECLARATION

I, Stacey K. Grigsby, declare as follows:

1. I am an attorney admitted to practice before the courts in the states of New York and the District of Columbia and am admitted Pro Hac Vice to practice before this Court. I am Counsel in the law firm Boies, Schiller & Flexner LLP, and counsel to Defendant Zuffa, LLC ("Zuffa") in this case.

2. I make this declaration in support of Zuffa, LLC's First Unopposed Motion to Extend Time to Oppose Plaintiffs' Motion to Challenge Attorney-Client Privilege (ECF No. 320) ("Motion").

3. Plaintiffs filed their Motion to Challenge Attorney-Client Privilege ("Plaintiffs' Motion") on December 15, 2016 at ECF No. 320.

4. This Motion is Zuffa's first motion to extend time regarding Plaintiffs' Motion.

5. On the current briefing schedule, Zuffa's Opposition to Plaintiffs' Motion is due on December 29, 2016.

6. Zuffa filed its Motion to Seal certain exhibits to and portions of Plaintiffs' Motion on December 19, 2016 at ECF No. 324.

7. On the current briefing schedule, Plaintiffs' Reply to Zuffa's Opposition to Plaintiffs' Motion is due on January 5, 2017.

8. The current Opposition and Reply briefing schedule include three major holidays (Hanukkah, Christmas, and New Year's Days), which resulted in counsel for Zuffa being short-staffed due to the prior plans of the attorneys and the support staff in their offices.

9. On December 27, 2016, I contacted Kevin Rayhill, counsel for Plaintiffs, and the attorney responsible for filing Plaintiffs' Motion by email and inquired whether Plaintiffs will oppose this motion. Mr. Rayhill responded that Plaintiffs would not oppose this request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 27th day of December, 2016, in Washington, DC.

/s/ Stacey K. Grigsby
Stacey K. Grigsby

1
GRIGSBY DECLARATION