1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES, SCHILLER & FLEXNER LLP
5  1401 New York Ave NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S FIRST UNOPPOSED MOTION TO EXTEND TIME TO OPPOSE PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 320)** |

[Proposed] Order Granting Zuffa, LLC's First Unopposed Motion to Extend Time

# **[PROPOSED] ORDER**

Pending before this Court is Zuffa, LLC's First Unopposed Motion to Extend Time to Oppose Plaintiffs' Motion to Challenge Attorney Client-Privilege (ECF No. 320). Having considered Zuffa, LLC's (Zuffa's) First Unopposed Motion to Extend Time to Oppose Plaintiffs' Motion to Challenge Attorney Client-Privilege (ECF No. 320), and for good cause shown:

IT IS HEREBY ORDERED THAT Zuffa, LLC's First Unopposed Motion to Extend Time to Oppose Plaintiffs' Motion to Challenge Attorney Client-Privilege is GRANTED.

Zuffa's Opposition to Plaintiffs' Motion to Challenge Attorney Client-Privilege is due on Tuesday, January 3, 2017.

Plaintiffs' Response to Zuffa's Opposition is due on Tuesday, January 10, 2017.

IT IS SO ORDERED.

DATED: _____        By: _____
                                             Hon. Peggy A. Leen
                                             UNITED STATES MAGISTRATE JUDGE