1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES, SCHILLER & FLEXNER LLP
5  1401 New York Avenue, NW, 11th Floor, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
12 (jcw@campbellandwilliams.com)
   CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16

17                    UNITED STATES DISTRICT COURT
18                        DISTRICT OF NEVADA
19

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>            Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**ZUFFA, LLC'S NOTICE OF CHANGE OF ADDRESS** |

**TO ALL PARTIES AND THE CLERK OF THE COURT:**

The undersigned attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC file this Notice of Change of Address and request that the Court's docket in the above-captioned case be updated accordingly.

PLEASE TAKE NOTICE effective December 28, 2016, the address for Defendant's counsel William A. Isaacson, Stacey K. Grigsby, and Nicholas A. Widnell at Boies, Schiller & Flexner LLP is changed to:

> BOIES, SCHILLER & FLEXNER LLP
> 1401 New York Ave, NW
> 11th Floor
> Washington, DC 20005
> Tel: (202) 237-2727
> Fax: (202) 237-6131

Dated: December 28, 2016            BOIES, SCHILLER & FLEXNER LLP

By: /s/ Stacey K. Grigsby
   Stacey K. Grigsby
*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

William A. Isaacson (*Pro Hac Vice*)
Stacey K. Grigsby (*Pro Hac Vice*)
Nicholas A. Widnell (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Ave, NW
11th Floor
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: wisaacson@bsfllp.com
       sgrigsby@bsfllp.com
       nwidnell@bsfllp.com

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Fax: (702) 382-0540

Email: djc@campbellandwilliams.com
jcw@campbellandwilliams.com

Richard J. Pocker #3568
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382-7300
Fax: (702) 382-2755
Email: rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

2

ZUFFA, LLC'S NOTICE OF CHANGE OF ADDRESS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Zuffa, LLC's Notice of Change of Address was served on the 28th day of December, 2016 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

          /s/ Michael Kim
          An Employee of Boies, Schiller & Flexner LLP