**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　　Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**[PROPOSED] ORDER DENYING ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 320) AND RELATED EXHIBITS** |

1    Pending before this Court is Zuffa, LLC's Motion to Seal Portions of Plaintiffs' Motion to
2    Challenge Attorney-Client Privilege and Related Exhibits (ECF No. 324). Zuffa has proposed
3    sealing Plaintiffs' motion and exhibits on the bases that they contain confidential information and
4    that they contain privileged attorney-client communications. Plaintiffs have opposed sealing the
5    documents on the basis that the documents are not privileged, and because their Motion To
6    Challenge Attorney-Client Privilege (ECF No. 320) is pending before this Court. Plaintiffs have
7    taken no position regarding Zuffa's designation of the related exhibits as Confidential and do not
8    oppose sealing the documents on that basis, should the Court deem those designations appropriate.
9    Having considered the parties' submissions to the Court:
10   IT IS HEREBY ORDERED THAT Zuffa, LLC's Motion to Seal is DENIED to the extent it
11   is based on purported attorney-client privilege. Zuffa's motion to seal the documents because Zuffa
12   has designated them Confidential is _____. [The Clerk of the Court shall file under
13   seal the documents and portions of the Motion to Challenge Attorney-Client Privilege specified in
14   Zuffa's Motion.**]**

**IT IS SO ORDERED:**

United States Magistrate Judge
Dated: _____