# EXHIBIT A

# Declaration of Ike Lawrence Epstein

WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice Pending*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue NW, 11th Floor, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, Nevada 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF IKE LAWRENCE EPSTEIN IN SUPPORT OF DEFENDANT ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 320)** |

EPSTEIN DECLARATION IN SUPPORT OF ZUFFA'S OPPOSITION

I, Ike Lawrence Epstein, declare as follows:

1. I am over 21 years old and have personal knowledge of the information in this declaration. I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

2. I have been employed by Defendant Zuffa, LLC ("Zuffa") since 2007. I am currently Senior Executive Vice President and Chief Operating Officer at Zuffa and have served in that role since November 2012. I previously served as Zuffa's Executive Vice President and General Counsel from August 2007 until November 2012.

3. Michael Mersch is an attorney who previously served as Zuffa's Assistant General Counsel from 2007 until 2011. He served as Vice President and Assistant General Counsel from 2011 to 2012. Mr. Mersch then served as Senior Vice President of Business and Legal Affairs and Associate General Counsel for Zuffa from 2012 to 2013. In these roles, Mr. Mersch reported to me as General Counsel from August 2007 to November 2012.

4. During my tenure as Zuffa's General Counsel and under my supervision, Mr. Mersch performed many legal duties as Assistant and Associate General Counsel, including drafting, revising, and advising on contractual language for use in agreements with athletes and other third parties. Zuffa executives and employees often asked Mr. Mersch for his legal advice and opinions regarding proposed contractual language, draft contracts, and during ongoing negotiations with athletes.

5. Tracy Long is currently Zuffa's Senior Director of Athlete Compliance and Regulation in Zuffa's Legal Department. In 2008, Ms. Long served as a paralegal in Zuffa's Business and Legal Department. From 2009 until 2012, Ms. Long served as Zuffa's Chief Paralegal. In addition to those roles, Ms. Long also served as my Executive Assistant as well as Executive Assistant to Mr. Mersch.

6. When Ms. Long served as Chief Paralegal in Zuffa's Legal Department, she worked closely with me under my direction as General Counsel. Ms. Long was a frequent initial point of contact for Zuffa executives and employees seeking legal advice regarding negotiations

1

EPSTEIN DECLARATION IN SUPPORT OF ZUFFA'S OPPOSITION

1  and athlete contracts and would work to find the appropriate Zuffa in-house attorney to assist
2  Zuffa employees.

3   7. I reviewed the redacted and unredacted versions of the e-mails bearing Bates
4  numbers ZFL-1014045, ZFL-1014047, ZFL-1014049, ZFL-1014078, ZFL-1014102, and ZFL-
5  1014103. The redacted portions of the e-mails include communications in which Mr. Mersch
6  provided his legal analysis in response to Mr. Fertitta's request for advice, Mr. Fertitta followed
7  up on Mr. Mersch's response, and I provided my legal opinion on suggested changes to
8  contractual terms.

9   8. I have reviewed the redacted and unredacted versions of the e-mails bearing Bates
10 numbers ZFL-1845329, ZFL-1845332, ZFL-1845335, and ZFL-1845337 (which Plaintiffs refer
11 to as the ▓▓▓▓▓). These e-mails are all part of a thread between Mr. Fertitta,
12 then-Chief Operating Officer Kirk D. Hendrick, Vice President of Licensing and Merchandising
13 Randy Klein, and me. The redacted portions of the e-mails contain Mr. Klein's request for advice
14 and my response concerning issues that ▓▓▓▓▓
15 ▓▓▓▓▓
16 ▓▓▓▓▓ No other portions of the e-mail are redacted.

17  9. On November 28, 2008, I forwarded a November 3, 2008 e-mail I received from a
18 representative of the ▓▓▓▓ company to Tracy Long (then known by her maiden name
19 as Tracy Hyman), a paralegal in Zuffa's legal department. The forwarded November 3, 2008 e-
20 mail was not altered in any way. Exhibit C to the Declaration of Stacey K. Grigsby in Support of
21 Defendant Zuffa, LLC's Opposition to Plaintiffs' Motion to Challenge Attorney-Client Privilege
22 ("Grigsby Declaration") is a true and correct copy of the e-mail I forwarded to Ms. Hyman.

23  10. In 2008, I was ▓▓▓▓▓
24 ▓▓▓. During ▓▓▓▓▓
25 ▓▓▓▓▓
26 ▓▓▓▓▓.

2

EPSTEIN DECLARATION IN SUPPORT OF ZUFFA'S OPPOSITION

1 | 11. I provided legal advice in my role as Zuffa's then-General Counsel in the ▮▮▮▮▮
2 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3 | ▮▮▮▮▮▮▮▮

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 3rd day of January 2017, in Las Vegas, Nevada.

*/s/ Ike Lawrence Epstein*
Ike Lawrence Epstein