| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro Hac Vice*) |
| 2 | (wisaacson@bsfllp.com) |
|   | STACEY K. GRIGSBY (*Pro Hac Vice*) |
| 3 | (sgrigsby@bsfllp.com) |
|   | NICHOLAS A. WIDNELL (*Pro Hac Vice*) |
| 4 | (nwidnell@bsfllp.com) |
|   | BOIES, SCHILLER & FLEXNER LLP |
| 5 | 1401 New York Ave NW, 11th Floor, Washington, DC 20005 |
| 6 | Telephone: (202) 237-2727; Fax: (202) 237-6131 |
| 7 | RICHARD J. POCKER #3568 |
|   | (rpocker@bsfllp.com) |
| 8 | BOIES, SCHILLER & FLEXNER LLP |
|   | 300 South Fourth Street, Suite 800, Las Vegas, NV 89101 |
| 9 | Telephone: (702) 382-7300; Fax: (702) 382-2755 |
| 10 | |
|    | DONALD J. CAMPBELL #1216 |
| 11 | (djc@campbellandwilliams.com) |
|    | J. COLBY WILLIAMS #5549 |
| 12 | (jcw@campbellandwilliams.com) |
|    | CAMPBELL & WILLIAMS |
| 13 | 700 South 7th Street, Las Vegas, Nevada 89101 |
| 14 | Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| 15 | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
|    | Ultimate Fighting Championship and UFC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**CERTIFICATE OF SERVICE OF DOCUMENTS FILED UNDER SEAL [L.R. IA 10-5(c)]** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 1999 Harrison Street, Suite 900, Oakland, CA 94612.  On January 3, 2017, I served the following UNREDACTED documents filed under seal:

**1.** DEFENDANT ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF No. 320)

**2.** EXHIBIT A TO THE DECLARATION OF STACEY K. GRIGSBY IN SUPPORT OF ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 320)

**3.** EXHIBIT B TO THE DECLARATION OF STACEY K. GRIGSBY IN SUPPORT OF ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 320)

**4.** EXHIBIT C TO THE DECLARATION OF STACEY K. GRIGSBY IN SUPPORT OF ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 320)

**5.** APPENDIX TO DEFENDANT ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF No. 320)

I served the documents on the **persons** below, as follows:

**Don Springmeyer**
dspringmeyer@wrslawyers.com

**Bradley Scott Schrager**
bschrager@wrslawyers.com

**Justin C. Jones**
jjones@wrslawyers.com

**Richard A. Koffman**
rkoffman@cohenmilstein.com

**Benjamin Doyle Brown**
bbrown@cohenmilstein.com

**Daniel H. Silverman**
dsilverman@cohenmilstein.com

**Tracey Kitzman**
TKitzman@cohenmilstein.com

**Eric L. Cramer**
ecramer@bm.net

**Michael C. Dell'Angelo**
mdellangelo@bm.net

**Patrick F. Madden**
pmadden@bm.net

**Joseph R. Saveri**
jsaveri@saverilawfirm.com

**Matthew Weiler**
MWeiler@saverilawfirm.com

**Kevin Rayhill**
krayhill@saverilawfirm.com

**Robert Maysey**
rmaysey@warnerangle.com

**Jerome Elwell**
jelwell@warnerangle.com

| | |
|---|---|
| **Frederick S. Schwartz** | **Eugene A. Spector** |
| fred@fredschwartzlaw.com | espector@srkw-law.com |

The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the State of California, admitted *pro hac vice* to practice before the District of Nevada for this case, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 3rd day of January, 2017, in Oakland, California.

January 3, 2017                    /s/ *Imelda Rivera*
                                   Employee of Boies, Schiller & Flexner LLP