1

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)

2

Joshua P. Davis (admitted *pro hac vice*)

3

Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)

4

555 Montgomery Street, Suite 1210
San Francisco, California 94111

5

Phone: (415) 500-6800/Fax: (415) 395-9940

6

jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com

7

mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

8

9

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*

10

*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

11

12

[Additional counsel appear on signature page]

13

**UNITED STATES DISTRICT COURT**

14

**DISTRICT OF NEVADA**

15

Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,

16

17

Plaintiffs,

18

vs.

19

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

20

21

Defendant.

Case No.: 2:15-cv-01045 RFB-(PAL)

**DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE**

22

23

24

25

26

27

28

1

**DECLARATION OF KEVIN E. RAYHILL**

1  I, Kevin E. Rayhill, declare and state as follows:

2       1.      I am an attorney at the Joseph Saveri Law Firm, Inc. ("JSLF"), Co-Lead Counsel for

3  the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon

4  Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury in the above-captioned matter. I am a

5  member in good standing of the State Bar of California, and have been admitted to this Court *pro hac*

6  *vice*. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If

7  called as a witness, I could and would testify competently to them.

8       2.      I make this declaration in support of Plaintiffs' Reply In Support Of Motion to

9  Challenge Attorney-Client Privilege.

10      3.      Attached hereto as Exhibit 1 is a publicly filed placeholder for the document with the

11  Bates stamp ZFL-0550804. This document will be lodged with the Court under seal.

12      4.      Attached hereto as Exhibit 2 is a publicly filed placeholder for the document with the

13  Bates stamp ZFL-1014045. This document will be lodged with the Court under seal.

14      5.      Attached hereto as Exhibit 3 is a publicly filed placeholder for the document with the

15  Bates stamp ZUF-00157681. This document will be lodged with the Court under seal.

16      6.      Attached hereto as Exhibit 4 is a publicly filed placeholder for the document with the

17  Bates stamp ZFL-1845373. This document will be lodged with the Court under seal.

18          I declare under penalty of perjury that the foregoing is true and correct and this Declaration

19  is executed at San Francisco, California on January 10, 2017.

20

21                                  By:      /s/ *Kevin E. Rayhill*
                                            Kevin E. Rayhill

22

23

24

25

26

27

28

---
1
**DECLARATION OF KEVIN E. RAYHILL**

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on this 10th day of January, 2017, a true and correct copy of

3      **DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' REPLY IN**

4      **SUPPORT OF THEIR MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE**

5      was served via the United States District Court CM/ECF system on all parties or persons requiring

6      notice.

7

8                              By:   */s/ Kevin E. Rayhill*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1

**DECLARATION OF KEVIN E. RAYHILL**