# EXHIBIT 1
# ZFL-1006013

# PLACEHOLDER