# EXHIBIT 2
# ZFL-0989346

# PLACEHOLDER