# EXHIBIT 3
ZUF-00157681

PLACEHOLDER