# EXHIBIT 4
# ZFL-1845373

# PLACEHOLDER