Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF ZUFFA'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 330) AND RELATED EXHIBITS** |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Zuffa LLC's Motion to Seal Portions of Plaintiffs' Motion to Challenge Attorney-Client Privilege and Related Exhibits (ECF. No. 324, the "Motion to Seal") asks the Court to seal Exhibits B and C to the Declaration of Stacey K. Grigsby in Support of Zuffa, LLC's Opposition to Plaintiff's Motion to Challenge Attorney-Client Privilege (ECF No. 320) (the "Grigsby Opposition Declaration"), as well as portions of Zuffa's Opposition to Plaintiffs' Motion to Challenge Attorney-Client Privilege (ECF No. 320), Exhibit A to the Grigsby Opposition Declaration, and the Appendix of Exhibits in support thereof. Zuffa seeks to seal these documents on two separate bases: first, that the documents contain confidential information; and second, that the documents contain privileged attorney-client communications. Motion to Seal at 1 ("Because these documents implicate and contain Zuffa's confidential and privileged information, Zuffa moves to file these exhibits and the portion of Zuffa's opposition reflecting this confidential information under seal."). Plaintiffs take no position as to whether these documents contain confidential information (as opposed to privileged information), and do not oppose sealing the documents solely on the limited basis that they have been designated Confidential by Zuffa, should the Court find those designations appropriate. However, these documents are not privileged, and Plaintiffs oppose Zuffa's Motion to Seal to the extent that it asserts Privilege as a basis for sealing. At a minimum, since the asserted privilege is in dispute, Plaintiffs believe it would be premature to seal the documents on that basis before the Court has ruled on whether the documents are in fact privileged. Accordingly, Plaintiffs ask that the Court deny Zuffa's Motion to Seal to the extent it is based on purported attorney-client privilege.

## II. ARGUMENT

### A. The Challenged Documents Are Not Privileged.

Plaintiffs refer the Court to their Motion to Challenge and their prior Opposition To Motion To Seal (ECF No. 327), incorporated herein in their entirety by this reference, for a detailed argument as to why these Documents are not privileged. To summarize, the documents contain only descriptions and discussions of Zuffa's contract negotiations and commercial strategies. The documents neither seek nor convey any legal analysis or advice, and are therefore not privileged. *See Cung Le v. Zuffa, LLC* ("*Le v.*

1   Case No.: 2:15-cv-01045 RFB-(PAL)

**PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF ZUFFA'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 330) AND RELATED EXHIBITS**

*Zuffa*"), 2016 U.S. Dist. LEXIS 69813, *23-24 (D. Nev. May 26, 2016) (holding that documents that merely "report[] the parties' negotiating positions and contain[] no legal analysis or advice," or which "relate to the negotiating parties' commercial strategies and tactics . . . are not privileged").

### III.   CONCLUSION

For the reasons stated above this Court should deny Zuffa's Motion to Seal to the extent that it asserts attorney-client privilege as the basis for sealing. Plaintiffs take no position regarding Zuffa's designation of the documents as Confidential, and do not oppose sealing the documents on that basis, should the Court find Zuffa's designations appropriate.

Dated:  January 10, 2017

Respectfully Submitted,
JOSEPH SAVERI LAW FIRM, INC.

By:   */s/Kevin E. Rayhill*
         Kevin E. Rayhill

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

2    Case No.: 2:15-cv-01045 RFB-(PAL)

**PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF ZUFFA'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 330)AND RELATED EXHIBITS**

COHEN MILSTEIN SELLERS & TOLL, PLLC
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Dan Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

BERGER & MONTAGUE, P.C.
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2017 a true and correct copy of **PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE AND RELATED EXHIBITS** was served via the District of Nevada's ECF system to all counsel of record who have enrolled in the ECF system.

By:                     */s/ Kevin E. Rayhill*