**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**[PROPOSED] ORDER DENYING ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF ZUFFA'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 330) AND RELATED EXHIBITS** |

Pending before this Court is Zuffa, LLC's Motion to Seal Portions of Zuffa's Opposition to Plaintiffs' Motion to Challenge Attorney-Client Privilege (ECF No. 320) and Related Exhibits (ECF No. 330). Zuffa has proposed sealing Plaintiffs' motion and exhibits on the bases that they contain confidential information and that they contain privileged attorney-client communications. Plaintiffs have opposed sealing the documents on the basis that the documents are not privileged, and because their Motion To Challenge Attorney-Client Privilege (ECF No. 320) is pending before this Court. Plaintiffs have taken no position regarding Zuffa's designation of the documents as Confidential and do not oppose sealing the documents on that basis, should the Court deem those designations appropriate. Having considered the parties' submissions to the Court:

IT IS HEREBY ORDERED THAT Zuffa, LLC's Motion to Seal is DENIED to the extent it is based on purported attorney-client privilege. Zuffa's motion to seal the documents because Zuffa has designated them Confidential is _____. [The Clerk of the Court shall file under seal the documents and portions of the Motion to Challenge Attorney-Client Privilege specified in Zuffa's Motion.]

**IT IS SO ORDERED:**

United States Magistrate Judge
Dated: _____