**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE** |

I, Kevin E. Rayhill, declare and state as follows:

1. I am an attorney at the Joseph Saveri Law Firm, Inc. ("JSLF"), Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury in the above-captioned matter. I am a member in good standing of the State Bar of California, and have been admitted to this Court *pro hac vice*. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this declaration in support of Plaintiffs' Reply In Support Of Motion to Challenge Attorney-Client Privilege.

3. Attached hereto as Exhibit 1 is a publicly filed placeholder for the document with the Bates stamp ZFL-1006013. This document will be lodged with the Court under seal.

4. Attached hereto as Exhibit 2 is a publicly filed placeholder for the document with the Bates stamp ZFL-0989346. This document will be lodged with the Court under seal.

5. Attached hereto as Exhibit 3 is a publicly filed placeholder for the document with the Bates stamp ZUF-00157681. This document will be lodged with the Court under seal.

6. Attached hereto as Exhibit 4 is a publicly filed placeholder for the document with the Bates stamp ZFL-1845373. This document will be lodged with the Court under seal.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration is executed at San Francisco, California on January 11, 2017.

By: */s/ Kevin E. Rayhill*
Kevin E. Rayhill

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2017, a true and correct copy of **DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By:  */s/ Kevin E. Rayhill*