1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES, SCHILLER & FLEXNER LLP
5  1401 New York Avenue, NW, 11th Floor, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16

                        UNITED STATES DISTRICT COURT

                              DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL) <br><br> **ZUFFA, LLC'S REPLY IN SUPPORT OF ITS MOTION TO SEAL PORTIONS OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 320) AND RELATED EXHIBITS** |

REPLY IN SUPPORT OF MOTION TO SEAL

Once again, Plaintiffs oppose a motion to seal filed by Defendant Zuffa, LLC ("Zuffa") on the ground that certain of the documents at issue are not privileged. In addition, Plaintiffs again improperly attempt to reargue the merits of why those documents are not privileged. As with their last opposition to Zuffa's motion to seal, ECF No. 327, Plaintiffs "take no position as to whether these documents contain confidential information" and do not oppose Zuffa's motion to seal on that basis, ECF No. 337 at 1.

As fully explained in its initial motions to seal, ECF Nos. 324 and 330, and its reply in support of its initial motion to seal Plaintiffs' attorney-client privilege challenge, ECF No. 332, Zuffa believes that good cause exists to seal Exhibits 1-12 and 19 to the Declaration of Kevin E. Rayhill in Support of Plaintiffs' Motion to Challenge Attorney-Client Privilege (ECF No. 322-18, the "Rayhill Declaration") and portions of Exhibit A to the Declaration of Stacey K. Grigsby in Support of Zuffa, LLC's Opposition to Plaintiffs' Motion to Challenge Attorney-Client Privilege ("Grigsby Opposition Declaration") on the basis that those documents are (1) protected by the attorney-client privilege and (2) contain highly confidential and sensitive business information. Zuffa also believes that good cause exists to seal those portions of Plaintiffs' initial motion challenging privilege and Zuffa's opposition that reference, quote from, and otherwise disclose privileged and confidential information contained in those documents.

As fully explained in ECF Nos. 330, 332, and 324, Zuffa also believes that the highly sensitive and confidential nature of the business information contained in Exhibit 17 to the Rayhill Declaration and in Exhibits B and C to the Grigsby Opposition Declaration justifies sealing those documents in their entirety. In addition, portions of Exhibit A to the Grigsby Opposition Declaration, the Appendix of Exhibits to Zuffa's opposition, Plaintiffs' initial motion challenging privilege that reference or quote from Exhibit 17 to the Rayhill Declaration, and Zuffa's opposition that refer to or quote from Exhibit 17 and Exhibits B-C of the Grigsby Opposition Declaration are properly filed under seal due to their highly sensitive and confidential nature.

In any event, Zuffa believes that, regardless of whether the Court finds that some or all of the Challenged Documents are privileged, good cause exists to seal all the documents that Zuffa

1

REPLY IN SUPPORT OF MOTION TO SEAL

requests be filed under seal in whole or in part.  Zuffa respectfully renews its request for the Court to find that the aforementioned documents, or portions thereof, are appropriate for filing under seal.

Dated: January 17, 2017                           BOIES, SCHILLER & FLEXNER LLP


By: /s/ Stacey K. Grigsby
      Stacey K. Grigsby
*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

William A. Isaacson (*Pro Hac Vice*)
Stacey K. Grigsby (*Pro Hac Vice*)
Nicholas A. Widnell (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Ave, NW, 11th Floor
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgrigsby@bsfllp.com

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Fax: (702) 382-0540
Email: djc@campbellandwilliams.com
       jcw@campbellandwilliams.com

Richard J. Pocker #3568
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382-7300
Fax: (702) 382-2755
Email: rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

2
REPLY IN SUPPORT OF MOTION TO SEAL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Zuffa, LLC's Reply In Support Of Its Motion To Seal Portions Of Zuffa, LLC's Opposition To Plaintiffs' Motion To Challenge Attorney-Client Privilege (ECF No. 320) And Related Exhibits** was served on January 17, 2017 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

　　　　　　　　　　　　　　　　　　/s/ Michael Kim

　　　　　　　　　　　　　　　　**Michael Kim**, an Employee of Boies, Schiller & Flexner LLP