WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW, 11th Floor, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 336) AND RELATED EXHIBITS** |

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on February 10, 2016, ECF No. 217 ("Protective Order") and Rule 26(c) of the Federal Rules of Civil Procedure, Defendant Zuffa, LLC ("Zuffa") respectfully requests that the Court order the Clerk of the Court to file under seal Exhibits 1-4 to the Declaration Of Kevin E. Rayhill in Support Of Plaintiffs' Reply in Support Of Their Motion To Challenge Attorney-Client Privilege ("Rayhill Reply Declaration") (ECF Nos. 336-1, 336-2, 336-3, and 336-4) and portions of Plaintiffs' Reply in Support Of Their Motion to Challenge Attorney-Client Privilege ("Plaintiffs' Reply") (ECF No. 336) that have already been publicly redacted.  This motion is accompanied by the Declaration of Stacey K. Grigsby in Support of Zuffa, LLC's Motion To Seal Portions Of Plaintiffs' Reply in Support Of Their Motion To Challenge Attorney-Client Privilege (ECF No. 336) And Related Exhibits ("Grigsby Sealing Declaration").

The Protective Order in this case provides for the filing of documents under seal where portions or the entirety of the document contain Confidential or Highly Confidential Information. ECF No. 217, ¶ 14.3.  Plaintiffs' Reply includes, makes reference to, and discusses quoted sections from four exhibits that contain confidential information regarding Zuffa's decision-making and business strategies and its internal business operations.  In addition, Plaintiffs' Reply makes reference to and describes, in detail, certain confidential and attorney-client privileged documents Zuffa has already moved to seal (ECF No. 324).

Although Zuffa recognizes the importance of access to public documents, the presumption of public access to court filings may be overcome by a showing of good cause under Rule 26(c) for sealing requests that do not relate to dispositive motions.  *See Pintos v. Pacific Creditors Ass'n,* 605 F.3d 665, 678 (9th Cir. 2010); *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (citations omitted).  In light of the public interest issues, Zuffa has narrowly tailored its request by only seeking to seal exhibits and the portions of Plaintiffs' motion that contain Zuffa's highly confidential and sensitive information.

1

1   Accordingly, Zuffa's request to seal is narrowly tailored.  A "particularized showing under the
2   good cause standard of Rule 26(c) will suffice to warrant preserving the secrecy of sealed
3   discovery material attached to non-dispositive motions."  *Kamakana*, 447 F.3d at 1180 (citations
4   and internal quotation marks omitted).
5        As Zuffa argued in its May 13, 2016, December 19, 2016, and January 3, 2017 motions to
6   seal (ECF No. 257, ECF No. 324, and ECF No. 330), there is good cause to seal documents
7   containing confidential business assessments and strategy, information and communications
8   containing financial terms, incentives and negotiations over contract terms where such
9   information could cause competitive harm if disclosed publicly.  *See Selling Source, LLC v. Red*
10  *River Ventures, LLC*, No. 2:09-cv-01491-JCM-GWF, 2011 WL 1630338, at *2 (D. Nev. Apr. 29,
11  2011) (finding good cause to seal information regarding finances, contractual agreements and
12  information regarding particular arrangements with customers); *Aevoe Corp. v. AE Tech. Co.*, No.
13  2:12-cv-00053-GMN-NJK, 2013 WL 2302310, at *2 (D. Nev. May 24, 2013) (finding good
14  cause to seal financial information and business strategies); *Rainbow Bus. Solutions v. Merch.*
15  *Servs.*, 2013 U.S. Dist. LEXIS 67190, at *9 (N.D. Cal. May 10, 2013) (finding compelling
16  reasons to seal "particular information about the party's contractual agreements . . . the public
17  disclosure of which would impede its ability to negotiate with business partners and to stay
18  competitive in the marketplace").  This good cause is present as to negotiations with athletes and
19  with potential and existing sponsors and licensees.
20       Specifically, Zuffa seeks to seal Exhibit 1 to the Rayhill Reply Declaration, which bears
21  Bates number ZFL-1006013.  Exhibit 1 contains highly confidential negotiations between Zuffa
22  and an athlete, including detailed proposed financial terms and other confidential information.
23  Zuffa considers the type of information contained in Exhibit 1 highly confidential and sensitive.
24  Public disclosure of this information would provide competitors with unfair and damaging
25  insights into Zuffa's business practices.  *See* Grigsby Sealing Decl. ¶ 8.
26       Zuffa also seeks to seal Exhibit 2 to the Rayhill Reply Declaration, which bears Bates
27  number ZFL-0989346.  Like Exhibit 1, Exhibit 2 contains highly confidential negotiations
28  between Zuffa and an athlete, including detailed financial terms and other confidential

2

MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY AND RELATED EXHIBITS

information.  Exhibit 2 also contains highly confidential internal Zuffa discussions regarding Zuffa's negotiating strategy vis-à-vis this athlete.  Zuffa considers the type of information contained in Exhibit 2 highly confidential and sensitive.  Public disclosure of this information would provide competitors with unfair and damaging insights into Zuffa's business practices.  *See* Grigsby Sealing Decl. ¶ 8.

Zuffa also seeks to seal Exhibits 3 and 4 to the Rayhill Reply Declaration, which bear Bates numbers ZUF-00157681 and ZFL-1845373.  Exhibits 3 and 4 contain highly confidential and sensitive information regarding ongoing negotiations, strategies, and proposed terms related to potential and existing Zuffa sponsors and licensees.  Zuffa considers the types of information contained in Exhibits 3 and 4 highly confidential and sensitive.  Public disclosure of this information would provide competitors with unfair and damaging insights into Zuffa's business practices.  *See* Grigsby Sealing Decl. ¶ 9.

Finally, Zuffa seeks to seal the portions of Plaintiffs' Reply that have already been redacted (ECF No. 334).  These portions of Plaintiffs' Reply reference, discuss, and quote from the confidential documents discussed above.  In addition, certain portions of Plaintiffs' Reply reference, discuss, and quote from documents that Zuffa has already moved to seal in its December 19, 2016 and January 3, 2017 motions to seal (ECF No. 324 and ECF No. 330).  For the reasons discussed in those motions and incorporated here by reference, Zuffa believes that good cause exists to seal the portions of Plaintiffs' Reply that reference, discuss, and quote from the documents in those motions that Zuffa has already moved to seal.

Zuffa respectfully requests that that Exhibits 1-4 to the Rayhill Reply Declaration and the portions of Plaintiffs' Reply that have already been redacted publicly be permitted to be filed under seal.

3

1    Dated: January 17, 2017                BOIES, SCHILLER & FLEXNER LLP

2

3                                           By: /s/ Stacey K. Grigsby

4                                                Stacey K. Grigsby
                                            *Attorneys for Defendant* Zuffa, LLC, d/b/a
5                                           Ultimate Fighting Championship and UFC

6                                           William A. Isaacson (*Pro Hac Vice*)
                                            Stacey K. Grigsby (*Pro Hac Vice*)
7                                           Nicholas A. Widnell (*Pro Hac Vice*)
                                            BOIES, SCHILLER & FLEXNER LLP
8                                           1401 New York Ave, NW, 11th Floor
9                                           Washington, DC 20005
                                            Tel: (202) 237-2727
10                                          Fax: (202) 237-6131
                                            Email: sgrigsby@bsfllp.com
11
                                            Donald J. Campbell #1216
12                                          J. Colby Williams #5549
13                                          CAMPBELL & WILLIAMS
                                            700 South 7th Street
14                                          Las Vegas, Nevada 89101
                                            Tel: (702) 382-5222
15                                          Fax: (702) 382-0540
                                            Email: djc@campbellandwilliams.com
16                                                 jcw@campbellandwilliams.com
17                                          Richard J. Pocker #3568
18                                          BOIES, SCHILLER & FLEXNER LLP
                                            300 South Fourth Street, Suite 800
19                                          Las Vegas, NV 89101
                                            Tel: (702) 382-7300
20                                          Fax: (702) 382-2755
                                            Email: rpocker@bsfllp.com
21
22                                          *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate
                                            Fighting Championship and UFC
23
24
25
26
27
28
                                            4

MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY AND RELATED EXHIBITS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Zuffa, LLC's Motion To Seal Portions Of Plaintiffs' Reply in Support Of Their Motion To Challenge Attorney-Client Privilege (ECF No. 336) And Related Exhibits** was served on January 17, 2017 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

<u>    /s/ Michael Kim                </u>

**Michael Kim**, an Employee of Boies, Schiller & Flexner LLP

5

MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY AND RELATED EXHIBITS