1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES, SCHILLER & FLEXNER LLP
5  1401 New York Avenue NW, 11th Floor, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, Nevada 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755
10
   DONALD J. CAMPBELL #1216
11 (djc@campbellandwilliams.com)
   J.  COLBY WILLIAMS #5549
12 (jcw@campbellandwilliams.com)
   CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16
17                  UNITED STATES DISTRICT COURT
18                      DISTRICT OF NEVADA
19
20 Cung Le, Nathan Quarry, Jon Fitch, Brandon       Case No.: 2:15-cv-01045-RFB-(PAL)
   Vera, Luis Javier Vazquez, and Kyle
21 Kingsbury on behalf of themselves and all
   others similarly situated,
22
                                                    **[PROPOSED] ORDER
            Plaintiffs,                             GRANTING ZUFFA, LLC'S
23      v.                                          MOTION TO SEAL PORTIONS
                                                    OF PLAINTIFFS' REPLY IN
24 Zuffa, LLC, d/b/a Ultimate Fighting              SUPPORT OF THEIR MOTION
   Championship and UFC,                            TO CHALLENGE ATTORNEY-
25                                                  CLIENT PRIVILEGE (ECF NO.
            Defendant.                              336) AND RELATED EXHIBITS**
26
27
28

**[PROPOSED] ORDER**

1

2        Before this Court is Plaintiffs' Reply in Support Of Their Motion to Challenge Attorney-

3   Client Privilege ("Plaintiffs' Reply") (ECF No. 336), the accompanying declaration of Kevin E.

4   Rayhill and related exhibits to Mr. Rayhill's declaration.  Federal Rule of Civil Procedure 26(c)

5   provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, "to

6   prevent disclosure of materials for many types of information, including, but not limited to, trade

7   secrets or other confidential research, development, or commercial information." *Phillips v.*

8   *General Motors Corp.*, 307 F.3d 1206, 1211-12 (9th Cir. 2002) (citations omitted).  Having

9   considered Zuffa, LLC's Motion to Seal Portions Of Plaintiffs' Reply in Support Of Their Motion

10  to Challenge Attorney-Client Privilege (ECF No. 336) And Related Exhibits ("Zuffa's Motion"),

11  good cause having been shown:

12        IT IS HEREBY ORDERED THAT Zuffa's Motion to Seal is GRANTED.  The Clerk of

13  the Court shall file under seal the documents and portions of Plaintiffs' Reply specified in Zuffa's

14  Motion to Seal.

15        IT IS SO ORDERED.

16

17

18  DATED: _____          By: _____

19                                              Hon. Peggy A. Leen
                                                UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

---

1

[Proposed] Order Granting Zuffa, LLC's Motion to Seal