WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS** |

APPENDIX OF EXHIBITS IN SUPPORT OF ZUFFA, LLC'S MOTION

**APPENDIX OF EXHIBITS**

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC submits this Appendix of Exhibits in Support of Zuffa, LLC's Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute of Limitations Grounds.  The Exhibits are attached as exhibits to the Declaration of Kirk D. Hendrick in Support of Zuffa, LLC's Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute of Limitations Grounds.

| Exhibit | Description | Date |
|---------|-------------|------|
| A | 2008 Exclusive Promotional Ancillary Rights Agreement For N. Quarry | 9/30/2008 |
| B | 2008 Merchandise Rights Agreement For N. Quarry | 9/30/2008 |
| C | January 2010 Bout Agreement  For N. Quarry For A March 31, 2010 Bout | 1/13/2010 |
| D | 2004 Promotional And Ancillary Rights Agreement For N. Quarry | 10/5/2004 |
| E | February 25, 2005 Letter from D. White to N. Quarry | 2/25/2005 |
| F | 2005 Promotional and Ancillary Rights Agreement for N. Quarry | 9/30/2005 |
| G | Excerpts From Video Deposition Of N. Quarry, Taken On September 30, 2016 | 9/30/2016 |
| H | December 16, 2014 E-Mail From S. Tecci To J. Mulkey Re: Non-Event Fighter Payments | 12/16/2014 |
| I | Microsoft Excel Attachment To December 16, 2014 E-Mail Detailing Non-Event Fighter Payments | 12/16/2014 |
| J | Letter From L. Fertitta And D. White To N. Quarry Re: Video Game Payment | 10/20/2010 |
| K | Declaration Of Kirk D. Hendrick in Support Of Zuffa, LLC's Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute Of Limitations Grounds | 1/31/2017 |

DATED:  February 1, 2017          BOIES SCHILLER & FLEXNER LLP


By:/s/ Nicholas A. Widnell
    Nicholas A. Widnell
    Attorney for Defendant Zuffa, LLC, d/b/a
    Ultimate Fighting Championship and UFC