WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF NICHOLAS A. WIDNELL IN SUPPORT OF ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS AND SUPPORTING MEMORANDUM OF LAW AND RELATED EXHIBITS** |

I, Nicholas A. Widnell, declare as follows:

1. I am an attorney admitted to practice before the courts in the District of Columbia and am admitted Pro Hac Vice to practice before this Court. I am Counsel in the law firm Boies, Schiller & Flexner LLP, and counsel to Defendant Zuffa, LLC ("Zuffa") in this case.

2. I make this declaration in support of Zuffa, LLC's Motion to Seal Portions of Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute of Limitations Grounds And Supporting Memorandum of Law and Related Exhibits ("Zuffa's Sealing Motion"). Based on my review of the files and records in this case, I have firsthand knowledge of the contents of this declaration and could testify thereto.

3. Zuffa seeks to file nine exhibits under seal in their entirety and seeks to redact one exhibit in part. In addition, Zuffa seeks to redact portions of its Motion for Partial Summary Judgment as to Plaintiff Nathan Quarry on Statute of Limitations Grounds and Supporting Memorandum of Law ("Zuffa's Motion") and the Statement of Undisputed Material Facts in Support of Zuffa's Motion ("SUF"). This declaration is submitted to provide the factual and legal support for the filing of this material.

4. Federal Rule of Civil Procedure 26(c) provides that the Court may "issue an order to protect a party of person from annoyance, embarrassment, oppression or undue burden or expense" by "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specific way." In addition, documents filed in connection with a summary judgment motion may be sealed if there are "compelling reasons" to seal those documents. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (citation omitted).

5. Exhibits A through D and F are Zuffa's contracts that contain commercially sensitive terms, trade secrets and specific financial information regarding Zuffa's contracts with athletes, royalty rates, and other payment terms.

6. Exhibits E, H, I and J are confidential and commercially sensitive business communications and documents that discuss specific payments made to Plaintiff Nathan Quarry under the terms of his agreements with Zuffa. In addition, Exhibits E and J contain references to

1

and partial descriptions of confidential contractual provisions. Exhibits H and I contain Zuffa's internal business records that contain specific financial information regarding payments Zuffa made to Mr. Quarry and Zuffa's way of tracking such payments.

7. The redacted portions of its Motion for Partial Summary Judgment as to Plaintiff Nathan Quarry on Statute of Limitations Grounds and Supporting Memorandum of Law ("Zuffa's Motion"), the Declaration of Kirk D. Hendrick in support of Zuffa's Motion, and the Statement of Undisputed Material Facts in Support of Zuffa's Motion ("SUF") contain information from Exhibits A through F and H through J related to Zuffa's agreements with athletes and payments to athletes.

8. With respect to paragraphs 5, 6, and 7 above, it is my understanding that Zuffa treats its agreements with athletes, as well as payments made as a result of those agreements, as confidential trade secret information. Disclosure of this information, which includes specific contractual terms, financial payments, benefits, and obligations negotiated with an athlete, could provide competitors with unfair and damaging insights into Zuffa's business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 1st day of February, 2017, in Washington, DC.

/s/ Nicholas A. Widnell
Nicholas A. Widnell

2
WIDNELL DECLARATION