1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES, SCHILLER & FLEXNER LLP
5  1401 New York Avenue, NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, Nevada 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755
10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS AND SUPPORTING MEMORANDUM OF LAW AND RELATED EXHIBITS** |

**[PROPOSED] ORDER**

Before this Court is Defendant Zuffa, LLC's Motion to Seal Portions of Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute of Limitations Grounds And Supporting Memorandum of Law and Related Exhibits ("Zuffa's Motion to Seal"). Federal Rule of Civil Procedure 26(c) provides that a trial court may seal court documents in connection with a dispositive motion if "compelling reasons" exist to seal those documents. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (citation omitted). Having considered Zuffa's Motion to Seal, the Court has found that "compelling reasons" exist to seal the documents, or portions thereof, referenced in Zuffa's Motion to Seal.

IT IS HEREBY ORDERED THAT Zuffa, LLC's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal:

1. Exhibits A, B, C, D, E F, H, I and J to Zuffa's Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute of Limitations Grounds And Supporting Memorandum of Law ("Zuffa's Motion").

2. The designated portions of Zuffa, LLC's Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute of Limitations Grounds and Supporting Memorandum of Law,

3. The designated portions of Exhibit K, the Declaration of Kirk D. Hendrick in Support of Zuffa's Motion

4. The designated portions of the Statement of Undisputed Facts in Support of Zuffa's Motion.

IT IS SO ORDERED.

DATED: _____  By: _____

Hon. Richard F. Boulware II
UNITED STATES DISTRICT JUDGE