WILLIAM A. ISAACSON (*Pro Hac Vice*)
STACEY K. GRIGSBY (*Pro Hac Vice*)
NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
(sgrigsby@bsfllp.com)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**CERTIFICATE OF SERVICE OF DOCUMENTS FILED UNDER SEAL [L.R. IA 10-5(c)]** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 1999 Harrison Street, Suite 900, Oakland, California 94612.

1. **ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS AND SUPPORTING MEMORANDUM OF LAW [UNDER SEAL]**

2. **STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS [UNDER SEAL]**

3. **EXHIBITS A TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS [UNDER SEAL]**

4. **EXHIBITS B TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS [UNDER SEAL]**

5. **EXHIBITS C TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS [UNDER SEAL]**

6. **EXHIBITS D TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS [UNDER SEAL]**

7. **EXHIBITS E TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS [UNDER SEAL]**

8. **EXHIBITS F TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS [UNDER SEAL]**

9. **EXHIBITS H TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS [UNDER SEAL]**

10. **EXHIBITS I TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS [UNDER SEAL]**

11. **EXHIBITS J TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS [UNDER SEAL]**

12. **EXHIBITS K TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS [UNDER SEAL]**

On February 1, 2017, I served the documents listed above on the parties listed below:

**Don Springmeyer**
dspringmeyer@wrslawyers.com

**Bradley Scott Schrager**
bschrager@wrslawyers.com

**Justin C. Jones**
jjones@wrslawyers.com

**Richard A. Koffman**
rkoffman@cohenmilstein.com

**Benjamin Doyle Brown**
bbrown@cohenmilstein.com

**Daniel H. Silverman**
dsilverman@cohenmilstein.com

**Tracey Kitzman**
TKitzman@cohenmilstein.com

**Eric L. Cramer**
ecramer@bm.net

**Michael C. Dell'Angelo**
mdellangelo@bm.net

**Patrick F. Madden**
pmadden@bm.net

**Joseph R. Saveri**
jsaveri@saverilawfirm.com

**Matthew Weiler**
MWeiler@saverilawfirm.com

**Kevin Rayhill**
krayhill@saverilawfirm.com

**Robert Maysey**
rmaysey@warnerangle.com

**Jerome Elwell**
jelwell@warnerangle.com

**Frederick S. Schwartz**
fred@fredschwartzlaw.com

**Eugene A. Spector**
espector@srkw-law.com

The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 1st day of February, 2017, in Oakland, California.

Date:  February 1, 2017

Michael J. Kim
Employee of Boies, Schiller & Flexner LLP