WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW, 11th Floor, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**ZUFFA, LLC'S REPLY TO PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO CHALLENGE ATTORNEY-CLIENT PRIVILEGE (ECF NO. 340) AND RELATED EXHIBITS** |

REPLY TO PLAINTIFFS' OPPOSITION TO ZUFFA'S MOTION TO SEAL

Plaintiffs once again oppose Zuffa, LLC's ("Zuffa's") motion to seal confidential documents containing Zuffa's highly sensitive and proprietary business information on the basis that the documents at issue are not privileged while simultaneously taking no position on whether the documents at issue contain confidential information independently justifying sealing *and* improperly rearguing the substance of their privilege challenge. Plaintiffs' opposition to Zuffa's motion to seal reargues the merits of Plaintiffs' privilege challenge and distracts from the dispositive issue in a motion to seal – whether good cause exists to justify sealing the documents at issue.

As fully explained in Zuffa's Motion to Seal Plaintiffs' Reply (ECF No. 342), good cause exists to seal the documents at issue and the portions of Plaintiffs' Reply that reference, discuss, and quote from documents Zuffa has moved to seal in its sealing motions (ECF Nos. 324, 330, and 334). The Court should disregard Plaintiffs' misguided attempts to bolster their privilege arguments and, for the reasons stated in Zuffa's Motion to Seal Plaintiffs' Reply, find that sealing is appropriate.

Dated: February 7, 2017

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Stacey K. Grigsby
Stacey K. Grigsby
*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

William A. Isaacson (*Pro Hac Vice*)
Stacey K. Grigsby (*Pro Hac Vice*)
Nicholas A. Widnell (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Ave, NW, 11th Floor
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgrigsby@bsfllp.com

1

REPLY TO PLAINTIFFS' OPPOSITION TO ZUFFA'S MOTION TO SEAL

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Fax: (702) 382-0540
Email:  djc@campbellandwilliams.com
              jcw@campbellandwilliams.com

Richard J. Pocker #3568
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382-7300
Fax: (702) 382-2755
Email:  rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

2

REPLY TO PLAINTIFFS' OPPOSITION TO ZUFFA'S MOTION TO SEAL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the Zuffa, LLC's Reply To Plaintiffs' Opposition To Zuffa, LLC's Motion To Seal Portions Of Plaintiffs' Reply In Support Of Their Motion To Challenge Attorney-Client Privilege (ECF No. 340) And Related Exhibits was served on February 7, 2017 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

    /s/ Michael Kim

**Michael Kim**, an Employee of Boies, Schiller & Flexner LLP