WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DEFENDANT ZUFFA, LLC'S MOTION TO WITHDRAW PERRY M. GROSSMAN AS COUNSEL OF RECORD** |

## MOTION TO WITHDRAW PERRY M. GROSSMAN AS COUNSEL OF RECORD

Pursuant to Local Rule 11-6(b), Defendant Zuffa, LLC ("Zuffa"), respectfully moves the Court to withdraw Perry M. Grossman as counsel of record for Zuffa. Mr. Grossman has left the firm of Boies, Schiller & Flexner LLP. Boies, Schiller & Flexner LLP and Campbell and Williams continue to serve as counsel for Zuffa through the other attorneys of record, and Zuffa has already been notified of Mr. Grossman's withdrawal.

For the reasons stated above, Zuffa respectfully requests that the Court enter an order withdrawing Mr. Grossman as counsel of record for Zuffa.

Dated: February 8, 2017                    BOIES, SCHILLER & FLEXNER LLP


By: /s/ Stacey K. Grigsby
Stacey K. Grigsby (Pro Hac Vice)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW,
Washington, DC 20005
Tel: (202)237-2727
Fax: (202)237-6131
Email:    sgrigsby@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

---

1

ZUFFA'S MOTION TO WITHDRAW PERRY M. GROSSMAN AS COUNSEL OF RECORD

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **DEFENDANT ZUFFA, LLC'S MOTION TO WITHDRAW PERRY M. GROSSMAN AS COUNSEL OF RECORD** was served on Zuffa and opposing counsel on February 8, 2017 via email and the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

      /s/ Michael Kim_____
      An employee of Boies, Schiller & Flexner, LLP