1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
4  (nwidnell@bsfllp.com)
   BOIES, SCHILLER & FLEXNER LLP
5  1401 New York Avenue, NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382 7300; Fax: (702) 382 2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16
17
                    UNITED STATES DISTRICT COURT
18
                         DISTRICT OF NEVADA
19

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW PERRY M. GROSSMAN AS COUNSEL OF RECORD** |

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW PERRY M. GROSSMAN

1
2
### [PROPOSED] ORDER WITHDRAWING PERRY M. GROSSMAN
### AS COUNSEL OF RECORD

3
4       The motion to withdraw Perry M. Grossman as counsel for Defendant Zuffa, LLC in the
5   above captioned matter is GRANTED.  The Clerk of the Court is ordered to remove Mr.
6   Grossman's name from the docket for this case.

7
8   Dated: _____, 2017        _____
                                                 Honorable Peggy A. Leen
9                                                United States Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW PERRY M. GROSSMAN