1

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.comcr
jjones@wrslawyers.com
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
  *Vazquez, Brandon Vera, and Kyle Kingsbury*

2

3

4

5

6

7

8

9

10

11

*(Additional counsel appear on signature page)*

12

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

13

14

Cung Le, Nathan Quarry, Jon Fitch, Brandon
Vera, Luis Javier Vazquez, and Kyle Kingsbury,
on behalf of themselves and all others similarly
situated,

Lead Case No.: 2:15-cv-01045-RFB-(PAL)

15

16

Plaintiffs,

**STIPULATION AND ORDER TO EXTEND
TIME IN WHICH PLAINTIFFS MAY
RESPOND, AND DEFENDANT REPLY,
REGARDING DEFENDANT ZUFFA, LLC'S
MOTION FOR PARTIAL SUMMARY
JUDGMENT (Doc.# 347)
(FIRST REQUEST)**

17

v.

18

19

Zuffa, LLC, d/b/a Ultimate Fighting
Championship and UFC,

20

Defendant.

21

22

Pursuant to LR 7-1 and LR IA 6-1, the parties hereby stipulate to extend the time in which

23

Plaintiffs may respond, and Defendant reply, regarding Defendant's Motion for Summary Judgment as

24

to Nathan Quarry on Statute of Limitations Grounds, filed on February 1, 2017, Doc. #347. The current

25

deadline for Plaintiffs to file a response is Wednesday, February 22, 2017.  The parties have agreed that

26

due to multiple depositions being scheduled during the upcoming several weeks that Plaintiffs'

27

Opposition will be due on March 24, 2017. The parties have further agreed that Defendant's Reply will

28

be due on April 24, 2017.

1    The parties file this Stipulation and Order to provide Plaintiffs an opportunity to respond to

2   Defendant's Motion for Partial Summary Judgment taking into account the heavy deposition schedule

3   and other joint commitments of the parties, and to provide Defendant with the concomitant additional

4   time to reply. This is Plaintiffs' first request for an extension of time to file their Response.

5   **IT IS SO ORDERED**:

6
                                                    _____
7                                                   UNITED STATES DISTRICT COURT JUDGE or
                                                    MAGISTRATE JUDGE
8
                                                    DATED:_____
9

10  Respectfully Submitted,

11  DATED this 10th day of February, 2017.          DATED this 10th day of February, 2017.

12  */s/ Don Springmeyer*                            */s/  Nicholas A. Windell*
13  DON SPRINGMEYER, ESQ.                             Nicholas A. Widnell
    Nevada State Bar No. 1021                        *Attorneys for Defendant* Zuffa, LLC, d/b/a
14  BRADLEY SCHRAGER, ESQ.                           Ultimate Fighting Championship and UFC
    Nevada State Bar No. 10217
15  DANIEL BRAVO, ESQ.                               William A. Isaacson (Pro Hac Vice)
    Nevada State Bar No. 13078                       Nicholas A. Widnell (Pro Hac Vice)
16  Wolf Rifkin Shapiro Schulman & Rabkin, LLP       Stacey K. Grigsby (Pro Hac Vice)
17  3556 East Russell Road, Second Floor             BOIES, SCHILLER & FLEXNER LLP
    Las Vegas, NV  89120                             1401 New York Avenue, NW
18  Telephone:  (702) 341-5200                       Washington, DC 20005
    Fax:  (702) 341-5300                             Tel: (202) 237-2727
19                                                   Fax: (202) 237-6131
20  Benjamin D. Brown                                Email:  wisaacson@bsfllp.com
    Richard A. Koffman                                      nwidnell@bsfllp.com
21  COHEN MILSTEIN SELLERS & TOLL, PLLC                     sgrigsby@bsfllp.com
    1100 New York Ave., N.W., Suite 500, East
22  Tower Washington, DC 20005                       Donald J. Campbell #1216
    Telephone: (202) 408-4600                        J. Colby Williams #5549
23  Facsimile:      (202) 408 4699                   CAMPBELL & WILLIAMS
24  bbrown@cohenmilstein.com                         700 South 7th Street
                                                     Las Vegas, Nevada 89101
25  Eric L. Cramer                                   Tel: (702) 382-5222
    Michael Dell'Angelo                              Fax: (702) 382-0540
26  Patrick F. Madden                                Email: djc@campbellandwilliams.com
    BERGER & MONTAGUE, P.C.                                  jcw@campbellandwilliams.com
27  1622 Locust Street
28  Philadelphia, PA 19103                           Richard J. Pocker #3568
    Telephone: (215) 875-3000                        BOIES, SCHILLER & FLEXNER LLP

STIPULATION AND ORDER TO EXTEND TIME

Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joseph R. Saveri
Joshua P. Davis
Matthew S. Weiler
Kevin E. Rayhill
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:      (415) 500-6800
Facsimile:      (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

Daniel H. Silverman
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 S. LaSalle St. Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
dsilverman@cohenmilstein.com

Co-Lead Class Counsel and Attorneys for
Individual and Representative Plaintiffs Cung Le,
Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Dennis Lloyd Hallman, Brandon Vera, and Kyle
Kingsbury

Robert C. Maysey
Jerome K. Elwell
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
SPECTOR ROSEMAN KODROFF & WILLIS,
P.C.

300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382 7300
Fax: (702) 382 2755
Email: rpocker@bsfllp.com

Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

*Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC
Attorneys of Record for Defendant Zuffa,
LLC, d/b/a Ultimate Fighting Championship
and UFC*

3

1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
bcaldes@srkw-law.com

Frederick S. Schwartz
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
fred@fredschwartzlaw.com
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Dennis Lloyd Hallman,*
*Brandon Vera, Pablo Garza, Gabe Ruediger,*
*Mac Danzig, Kyle Kingsbury, and Darren*
*Uyenoyama*

STIPULATION AND ORDER TO EXTEND TIME

1

2

### CERTIFICATE OF SERVICE

3    I hereby certify that on this 10th day of February, 2017, a true and correct copy of

4    the **STIPULATION AND ORDER TO EXTEND TIME IN WHICH PLAINTIFFS MAY**

5    **RESPOND, AND DEFENDANT REPLY, REGARDING DEFENDANT ZUFFA, LLC'S**

6    **MOTION FOR PARTIAL SUMMARY JUDGMENT (Doc.# 347) (FIRST REQUEST)** was

7    served via the United States District Court CM/ECF system on all parties or persons requiring notice.

8                              By   */s/ Christie Rehfeld*

9                                   Christie Rehfeld, an Employee of
                                     WOLF, RIFKIN, SHAPIRO, SCHULMAN &
10                                   RABKIN, LLP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28