| | |
|---|---|
| 1 | **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** |
| 2 | Don Springmeyer<br>Nevada Bar No. 1021 |
| 3 | Bradley S. Schrager<br>Nevada Bar No. 10217 |
| 4 | Justin C. Jones<br>Nevada Bar No. 8519 |
| 5 | 3556 E. Russell Road, Second Floor<br>Las Vegas, Nevada 89120 |
| 6 | (702) 341-5200/Fax: (702) 341-5300 |
| 7 | dspringmeyer@wrslawyers.com<br>bschrager@wrslawyers.comcr |
| 8 | jjones@wrslawyers.com |
| 9 | *Attorneys for Individual and Representative Plaintiffs*<br>*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier* |
| 10 | *Vazquez, Brandon Vera, and Kyle Kingsbury* |
| 11 | (Additional counsel appear on signature page) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**STIPULATION AND ORDER TO EXTEND TIME IN WHICH PLAINTIFFS MAY RESPOND, AND DEFENDANT REPLY, REGARDING DEFENDANT ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Doc.# 347)**<br>**(FIRST REQUEST)** |

Pursuant to LR 7-1 and LR IA 6-1, the parties hereby stipulate to extend the time in which Plaintiffs may respond, and Defendant reply, regarding Defendant's Motion for Summary Judgment as to Nathan Quarry on Statute of Limitations Grounds, filed on February 1, 2017, Doc. #347. The current deadline for Plaintiffs to file a response is Wednesday, February 22, 2017. The parties have agreed that due to multiple depositions being scheduled during the upcoming several weeks that Plaintiffs' Opposition will be due on March 24, 2017. The parties have further agreed that Defendant's Reply will be due on April 24, 2017.

The parties file this Stipulation and Order to provide Plaintiffs an opportunity to respond to Defendant's Motion for Partial Summary Judgment taking into account the heavy deposition schedule and other joint commitments of the parties, and to provide Defendant with the concomitant additional time to reply. This is Plaintiffs' first request for an extension of time to file their Response.

**IT IS SO ORDERED**:

RICHARD F. BOULWARE, II
United States District Judge

DATED: February 13, 2017.

Respectfully Submitted,

DATED this 10th day of February, 2017.

*/s/ Don Springmeyer*
DON SPRINGMEYER, ESQ.
Nevada State Bar No. 1021
BRADLEY SCHRAGER, ESQ.
Nevada State Bar No. 10217
DANIEL BRAVO, ESQ.
Nevada State Bar No. 13078
Wolf Rifkin Shapiro Schulman & Rabkin, LLP
3556 East Russell Road, Second Floor
Las Vegas, NV  89120
Telephone:  (702) 341-5200
Fax:  (702) 341-5300

Benjamin D. Brown
Richard A. Koffman
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:     (202) 408 4699
bbrown@cohenmilstein.com

Eric L. Cramer
Michael Dell'Angelo
Patrick F. Madden
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

DATED this 10th day of February, 2017.

*/s/  Nicholas A. Windell*
 Nicholas A. Widnell
*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

William A. Isaacson (Pro Hac Vice)
Nicholas A. Widnell (Pro Hac Vice)
Stacey K. Grigsby (Pro Hac Vice)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: wisaacson@bsfllp.com
            nwidnell@bsfllp.com
            sgrigsby@bsfllp.com

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
Fax: (702) 382-0540
Email: djc@campbellandwilliams.com
            jcw@campbellandwilliams.com

Richard J. Pocker #3568
BOIES, SCHILLER & FLEXNER LLP

| | | |
|---|---|---|
| 1 | Facsimile: (215) 875-4604 | 300 South Fourth Street, Suite 800 |
| 2 | ecramer@bm.net<br>mdellangelo@bm.net | Las Vegas, NV 89101<br>Tel: (702) 382 7300 |
| 3 | pmadden@bm.net | Fax: (702) 382 2755<br>Email: rpocker@bsfllp.com |
| 4 | Joseph R. Saveri | |
| 5 | Joshua P. Davis<br>Matthew S. Weiler | Attorneys for Defendant Zuffa, LLC, d/b/a<br>Ultimate Fighting Championship and UFC |
| 6 | Kevin E. Rayhill<br>JOSEPH SAVERI LAW FIRM, INC. | |
| 7 | 555 Montgomery Street, Suite 1210<br>San Francisco, California 94111 | *Attorneys for Defendant Zuffa, LLC, d/b/a<br>Ultimate Fighting Championship and UFC* |
| 8 | Telephone:     (415) 500-6800<br>Facsimile:     (415) 395-9940 | *Attorneys of Record for Defendant Zuffa,<br>LLC, d/b/a Ultimate Fighting Championship* |
| 9 | jsaveri@saverilawfirm.com<br>jdavis@saverilawfirm.com | *and UFC* |
| 10 | mweiler@saverilawfirm.com | |
| 11 | krayhill@saverilawfirm.com | |
| 12 | Daniel H. Silverman | |
| 13 | COHEN MILSTEIN SELLERS & TOLL, PLLC<br>190 S. LaSalle St. Suite 1705 | |
| 14 | Chicago, IL 60603<br>Telephone: (312) 357-0370 | |
| 15 | Facsimile: (312) 357-0369<br>dsilverman@cohenmilstein.com | |
| 16 | | |
| 17 | Co-Lead Class Counsel and Attorneys for<br>Individual and Representative Plaintiffs Cung Le, | |
| 18 | Nathan Quarry, Jon Fitch, Luis Javier Vazquez,<br>Dennis Lloyd Hallman, Brandon Vera, and Kyle | |
| 19 | Kingsbury | |
| 20 | Robert C. Maysey | |
| 21 | Jerome K. Elwell<br>WARNER ANGLE HALLAM JACKSON & | |
| 22 | FORMANEK PLC<br>2555 E. Camelback Road, Suite 800 | |
| 23 | Phoenix, AZ 85016<br>Telephone: (602) 264-7101 | |
| 24 | Facsimile: (602) 234-0419 | |
| 25 | rmaysey@warnerangle.com<br>jelwell@warnerangle.com | |
| 26 | | |
| 27 | Eugene A. Spector<br>Jeffrey J. Corrigan | |
| 28 | William G. Caldes<br>SPECTOR ROSEMAN KODROFF & WILLIS,<br>P.C. | |

1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
bcaldes@srkw-law.com

Frederick S. Schwartz
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury, and Darren Uyenoyama*

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2017, a true and correct copy of the **STIPULATION AND ORDER TO EXTEND TIME IN WHICH PLAINTIFFS MAY RESPOND, AND DEFENDANT REPLY, REGARDING DEFENDANT ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Doc.# 347) (FIRST REQUEST)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP