UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CUNG LE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZUFFA, LLC, d/b/a UFC Ultimate Fighting Championship, <br><br> Defendant. | Lead Case No. 2:15-cv-01045-RFB-PAL[1] <br><br> **ORDER** <br><br> (Sealed Exhibits – ECF Nos. 280, 289) |

This matter is before the court on the parties' failure to respond to the court's Order (ECF No. 293) denying the Motions to Seal (ECF No. 280) without prejudice and instructing the designating party (or parties) to file a memorandum of points and authorities and any supporting declaration or affidavit to make a particularized showing as to why certain documents should remain under seal.  Plaintiffs sought leave to file under seal because counsel for Defendant Zuffa, LLC designated certain documents as confidential.  The documents were referenced as Exhibits 2, 7, and 9 of the Rayhill Declaration.  *See* Sealed Exhibit 2 (ECF No. 281-3); Exhibit 7 (ECF No. 281-6); Exhibit 9 (ECF No. 281-7).  The court instructed the designating party (or parties) to make a particularized showing on or before September 29, 2016.  *See* Order (ECF No. 293).  However, no response was filed and the deadline to do so has now expired.  The parties were cautioned that if they failed to timely comply with the Order, the Clerk of the Court would be directed to unseal the documents to make them available on the public docket.

/ / /

/ / /

---

[1] Member Case Nos.: 2:15-cv-01046-RCJ-NJK; 2:15-cv-01055-APG-GWF; 2:15-cv-01056-RFB-GWF; and 2:15-cv-01057-JCM-CWH.

1

1  Accordingly,

2  **IT IS ORDERED:** The Clerk of the Court SHALL UNSEAL Exhibit 2 (ECF No. 281-3),

3  Exhibit 7 (ECF No. 281-6), and Exhibit 9 (ECF No. 281-7).

4  Dated this 21st day of February, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE