Eric L. Cramer
Michael Dell'Angelo
Patrick F. Madden
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　　Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND CASE MANAGEMENT SCHEDULE** |

The Motion for Extension of Discovery Deadline and Case Management Schedule filed by Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") is now pending before the Court. Having reviewed and fully considered the papers, and good cause having been shown, the Court hereby ORDERS that the Plaintiffs' motion is GRANTED. The case management deadlines are extended as follows:

| Case Event | Proposed Date |
|---|---|
| Close of Fact Discovery | June 30, 2017 |
| Plaintiffs' Opening Expert Reports (class and merits) | July 31, 2017 |
| Last Day to Depose Experts Concerning Opening Reports | August 29, 2017 |
| Opposition Expert Reports | September 29, 2017 |
| Last Day to Depose Opposition Experts | October 30, 2017 |
| Reply Expert Reports | November 14, 2017 |
| Daubert Motions | December 15, 2017 |
| Class Certification Motion | December 15, 2017 |
| Daubert Opposition Briefs | February 15, 2018 |
| Class Certification Opposition Brief | February 15, 2018 |
| Daubert Reply Briefs | March 15, 2018 |
| Class Certification Reply Brief | March 26, 2018 |
| Class Certification Hearing | Court's Convenience |
| Summary Judgment Motions | June 1, 2018 |
| Summary Judgment Opposition Briefs | July 2, 2018 |
| Summary Judgment Reply Briefs | July 30, 2018 |
| Pretrial Conference | August 2018 |
| Trial | October 2018 |

**IT IS SO ORDERED:**

_____

United States Magistrate Judge

Dated:_____

1

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Dated: March 21, 2017 | Respectfully Submitted, |
| | By: */s/Patrick F. Madden* |
| | Patrick F. Madden |
| | |
| | Eric L. Cramer |
| | Michael Dell'Angelo |
| | Patrick F. Madden |
| | BERGER & MONTAGUE, P.C. |
| | 1622 Locust Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 875-3000 |
| | Facsimile: (215) 875-4604 |
| | ecramer@bm.net |
| | mdellangelo@bm.net |
| | pmadden@bm.net |
| | |
| | Joseph R. Saveri |
| | Joshua P. Davis |
| | Matthew S. Weiler |
| | Kevin E. Rayhill |
| | JOSEPH SAVERI LAW FIRM, INC. |
| | 555 Montgomery Street, Suite 1210 |
| | San Francisco, California 94111 |
| | Telephone:    (415) 500-6800 |
| | Facsimile:    (415) 395-9940 |
| | jsaveri@saverilawfirm.com |
| | jdavis@saverilawfirm.com |
| | mweiler@saverilawfirm.com |
| | krayhill@saverilawfirm.com |
| | |
| | Benjamin D. Brown |
| | Richard A. Koffman |
| | COHEN MILSTEIN SELLERS & TOLL, PLLC |
| | 1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005 |
| | Telephone: (202) 408-4600 |
| | Facsimile:  (202) 408 4699 |
| | bbrown@cohenmilstein.com |
| | |
| | *Co-Lead Class Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren Uyenoyama* |

2

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND CASE MANAGEMENT SCHEDULE**

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
Justin C. Jones (Nevada Bar No. 8519)
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

Robert C. Maysey
Jerome K. Elwell
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
bcaldes@srkw-law.com

3

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF
DISCOVERY DEADLINE AND CASE MANAGEMENT SCHEDULE**

Frederick S. Schwartz
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
fred@fredschwartzlaw.com

*Additional Class Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Dennis Lloyd Hallman, Brandon Vera, Pablo Garza, Gabe Ruediger, Mac Danzig, Kyle Kingsbury and Darren Uyenoyama*

4

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND CASE MANAGEMENT SCHEDULE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **[PROPOSED] Order Granting Motion for Extension of Discovery Deadline and Case Management Schedule** was served on March 21, 2017 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Patrick F. Madden*