1   **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ. (SBN 1021)
2   BRADLEY SCHRAGER, ESQ. (SBN 10217)
JUSTIN JONES, ESQ. (SBN 8519)
3   3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
4   (702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
5   bschrager@wrslawyers.com
jjones@wrslawyers.com
6   *Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
7   *   Vazquez, Brandon Vera, and Kyle Kingsbury*

8   *(Additional counsel appear on signature page)*

9
                    UNITED STATES DISTRICT COURT
10                        DISTRICT OF NEVADA

11
Cung Le, Nathan Quarry, Jon Fitch, Brandon          Lead Case No.: 2:15-cv-01045-RFB-(PAL)
12   Vera, Luis Javier Vazquez, and Kyle Kingsbury,
on behalf of themselves and all others similarly
13   situated,                                          **PLAINTIFFS' MOTION FOR LEAVE
                                                        TO FILE RESPONSE BRIEF IN EXCESS
14                   Plaintiffs,                        OF PAGE LIMITS IMPOSED BY
                                                        LOCAL RULE II 7-3**
15            v.

16   Zuffa, LLC, d/b/a Ultimate Fighting
Championship and UFC,
17
                     Defendant.
18

19          Pursuant to Local Rule II 7-3(c), Plaintiffs Cung Le, *et al.*, on behalf of themselves and

20   all others similarly situated (collectively, "Plaintiffs"), by and through their undersigned

21   attorneys, move for leave to file Plaintiffs' response brief to Defendant's Motion for Partial

22   Summary Judgment as to Plaintiff Nathan Quarry on Statue of Limitations Grounds (ECF No.

23   347) in excess of page limits imposed by Local Rule II 7-3. This Motion is based upon the

24   pleadings and papers on file herein, the Memorandum of Points and Authorities below, and all

25   papers exhibits on file in this case, along with any oral argument at hearing on this matter.

26   / / /

27   / / /

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule II 7-3(c) empowers the Court to permit a party to file a response to a motion in excess of thirty pages. The Court retains the authority to modify or relax such rule. *Veterinary Ventures, Inc. v. Farris*, 2010 WL 3070423, at *2 (D. Nev. Aug. 3, 2010) (citing *Gennock v. Warner-Lambert Co.*, 208 F. Supp. 2d 1156, 1158 (D. Nev. 2002)).

Zuffa's Statement of Undisputed Material Facts in support of its Motion for Partial Summary Judgment as to Plaintiff Nathan Quarry (the "Motion") attaches a list of 53 allegedly undisputed material facts which cover ten full pages. ECF No. 347-1. In order to address Zuffa's allegedly undisputed material facts, many of which Plaintiffs dispute, Plaintiffs created a chart to show Zuffa's facts and Plaintiffs' responses side-by-side. *See* Declaration of Kevin E. Rayhill, attached hereto as Exhibit 1. This chart alone requires a minimum of twenty pages. Plaintiffs also adduce approximately nineteen additional material facts, which require only approximately five pages. *Id.* As they currently stand, Plaintiffs' brief and additional material facts taken together are well within the page limits set forth in the Local Rules. Only the need to respond to Zuffa's fifty-three facts puts Plaintiffs' total submission over the page limit. Accordingly, Plaintiffs seek leave from the Court to exceed the page limit imposed by L.R. II 7-3. Plaintiffs estimate that they will require approximately twenty to twenty-five extra pages to address Zuffa's alleged undisputed material facts. *See id.*

In order to fully address the issues raised by Zuffa's Motion, Plaintiffs seek leave from the Court to exceed the page limit set by the Local Rules by approximately twenty to twenty-five extra pages. The extra twenty-five pages are necessary because of the voluminous nature of the disputed facts, the intricate and complex issues of this case evidence by the number of docket entries, and the need for full discussion of the issues involved in any dispositive motion. *Id.* Plaintiffs respectfully submit that permitting a brief in excess of the page limit will assist the Court in ruling on pending motion.

With that said, in order to properly address the wide-ranging arguments set forth by Defendant, Plaintiffs respectfully ask this Court to enter an order granting leave to file a response

brief in excess of thirty pages, otherwise many critical arguments will not be adequately addressed.

DATED this 23rd day of March, 2017.

By: */s/ Bradley Schrager*
DON SPRINGMEYER, ESQ. (SBN 1021)
BRADLEY SCHRAGER, ESQ. (SBN 10217)
JUSTIN JONES, ESQ. (SBN 8519)
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

*Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis
Javier Vazquez, Brandon Vera, and Kyle
Kingsbury*

1

## <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on this 23rd day of March, 2017, a true and correct copy of

3 **PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE BRIEF IN EXCESS OF**

4 **PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3** was served via the United States

5 District Court CM/ECF system on all parties or persons requiring notice.

6

7                      By:    */s/ Christie Rehfeld*

8                             Christie Rehfeld, an Employee of WOLF,
                              RIFKIN, SHAPIRO, SCHULMAN &
9                             RABKIN, LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27