Exhibit "1"

Declaration of Kevin E. Rayhill

Exhibit "1"

**DECLARATION OF KEVIN E. RAYHILL**

I, Kevin E. Rayhill, declare and state as follows:

1. I am an attorney at the Joseph Saveri Law Firm, Inc. ("JSLF"), Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury in the above-captioned matter. I am a member in good standing of the State Bar of California, and have been admitted to this Court *pro hac vice*. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this declaration in support of Plaintiffs' Motion For Leave To File Response Brief In Excess Of Page Limits Imposed By Local Rule II 7-3.

3. Plaintiffs have drafted their opposition to Zuffa's Motion for Partial Summary Judgment as to Plaintiff Nathan Quarry. As it currently stands, the opposition brief runs to approximately twenty-three pages, and the additional material facts cover approximately five pages. Together they are well within the page limits set by the Local Rules.

4. Plaintiffs have also drafted responses to Zuffa's Statement of Undisputed Material Facts. Zuffa has asserted fifty-three undisputed material facts covering ten full page, many of which Plaintiffs dispute. Plaintiffs have created a chart which sets Zuffa's asserted undisputed facts side-by-side with Plaintiffs responses. This chart covers approximately twenty pages.

5. Plaintiffs request an additional twenty to twenty-five extra pages for the response brief to address the voluminous nature of the disputed facts, explain the intricate and complex issues of this case as evidenced by the number of docket entries, and the need for full discussion of the issues involved in any dispositive motion.

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury that the foregoing is true and correct and this Declaration is executed at San Francisco, California on March 23, 2017.

By: *s/ Kevin E. Rayhill*
      Kevin E. Rayhill