Joseph R. Saveri (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:   (202) 408 4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:   (215) 875-4604
ecramer@bm.net

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch, Bradon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, and Jon Fitch, Bradon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF PLAINTIFF NATHAN QUARRY'S OPPOSITION TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Mathew S. Weiler, declare and state as follows:

1. I am an attorney at the Joseph Saveri Law Firm, Inc., Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury. I am a member in good standing of the State Bar of California, and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this declaration in opposition to Zuffa, LLC's ("Zuffa's") motion for partial summary judgment.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition of Nathan Quarry taken in this matter on September 30, 2016.

4. Attached as Exhibit 2 is a printout from the Youtube website of a video "Top 20 Knockouts in UFC History" that bears the publication date of November 12, 2013. This video was posted by the UFC on its Youtube channel on or around November 12, 2013. This video is available at https://www.youtube.com/watch?v=LWE79K2Ii-s&t=115s, last visited on March 23, 2017.

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition of Marshall Zelaznik taken in this matter on February 8, 2017.

6. Attached as Exhibit 4 is a true and correct copy of a document bearing the Bates label ZFL-0916483 through ZFL-0916485. This document was produced by Zuffa to Plaintiffs in discovery. It was introduced in the deposition of Marshall Zelaznik as Exhibit 175.

7. Attached as Exhibit 5 is a printout of eleven webpages from Zuffa's Fight Pass service. These printouts were made from the website https://www.ufc.tv/page/fightpass, last accessed March 23, 2017. Each of these eleven webpages is a printout of videos featuring fights by Plaintiff Quarry. Nine of the webpages are printouts of videos from Plaintiff Quarry's fights in the UFC. One printout is of a video of Plaintiff Quarry's fight in The Ultimate Fighter Season 1. One printout is out a fight Plaintiff Quarry had in "Gladiator Challenge 14." The addresses at which these videos can be viewed, and the events at which Plaintiff Quarry fought, are included in the chart below.

| | |
|---|---|
| https://www.ufc.tv/video/nathan-quarry-vs-jorge-lopez-gladiator- | Gladiator 14 |

| | |
|---|---|
| challenge-14 | |
| https://www.ufc.tv/video/nate-quarry-vs-lodune-sincade-tuf-1-finale | The Ultimate Fighter |
| https://www.ufc.tv/video/nathan-quarry-vs-shonie-carter-ufc-53 | UFC 53 |
| https://www.ufc.tv/video/nate-quarry-vs-pete-sell-ufn-1 | UFC Fight Night 1 |
| https://www.ufc.tv/video/rich-franklin-vs-nate-quarry-ufc-56 | UFC 56 |
| https://www.ufc.tv/video/nate-quarry-vs-pete-sell-ufn-11 | UFC Fight Night 11 |
| https://www.ufc.tv/video/nate-quarry-vs-kalib-starnes-ufc-83 | UFC 83 |
| https://www.ufc.tv/video/demian-maia-vs-nate-quarry-ufc-91 | UFC 91 |
| https://www.ufc.tv/video/jason-macdonald-vs-nate-quarry-ufc-97 | UFC 97 |
| https://www.ufc.tv/video/nate-quarry-vs-tim-credeur-ufn-19 | UFC Fight Night 19 |
| https://www.ufc.tv/video/jorge-rivera-vs-nate-quarry-ufn-21 | UFC Fight Night 21 |

8. Attached hereto as Exhibit 6 is a spreadsheet created at my direction that shows royalties Zuffa received from the sale of videos of fights featuring Plaintiff Quarry for some months in 2010, 2011, and 2014. This spreadsheet was created by searching Zuffa's document productions for information concerning royalties Zuffa received from the sales of videos or digital content by Amazon, Sony, or Xbox. The documents from which this spreadsheet is derived are listed in the chart below by Bates number. All of the documents in the chart were produced by Zuffa to Plaintiffs in this litigation. This spreadsheet does not reflect all of the sales by Amazon, Sony, or Xbox of videos featuring Plaintiff Quarry. The spreadsheet reflects only certain transactions between December 2010 and July 2011, and from certain months in 2014. This document was created using Microsoft's Excel application by isolating the entries specific to Plaintiff Quarry's bouts within each of these files. These entries were then concatenated within a single spreadsheet, further paring that listing down to include only unique entries based on transaction date, transaction source, and title.

| Doc ID | File Name / Subject | File Ext | Doc Date |
|---|---|---|---|
| ZFL-0955165 | TUF-2014_4-30-15.xlsx | .xlsx | 3/23/2015 |
| ZFL-1131338 | Sony Content.xlsx | .xlsx | 3/23/2015 |
| ZFL-1131339 | Amazon content.xlsx | .xlsx | 3/23/2015 |
| ZFL-1131340 | XBOX content2.xlsx | .xlsx | 3/23/2015 |
| ZUF-00038466 | VideoRoyalty.xls | .xls | 1/5/2011 |
| ZUF-00044936 | VideoRoyalty.xls | .xls | 6/16/2011 |
| ZUF-00044940 | VideoRoyalty.xls | .xls | 6/13/2011 |
| ZUF-00044944 | VideoRoyalty.xls | .xls | 6/9/2011 |

| # | Bates | File | Ext | Date |
|---|---|---|---|---|
| 1 | ZUF-00044948 | VideoRoyalty.xls | .xls | 6/7/2011 |
|   | ZUF-00044954 | VideoRoyalty.xls | .xls | 5/31/2011 |
| 2 | ZUF-00044958 | VideoRoyalty.xls | .xls | 5/24/2011 |
|   | ZUF-00044960 | VideoRoyalty.xls | .xls | 5/23/2011 |
| 3 | ZUF-00044972 | VideoRoyalty.xls | .xls | 5/18/2011 |
| 4 | ZUF-00044974 | VideoRoyalty.xls | .xls | 5/18/2011 |
|   | ZUF-00044982 | VideoRoyalty.xls | .xls | 5/6/2011 |
| 5 | ZUF-00044988 | VideoRoyalty.xls | .xls | 5/2/2011 |
|   | ZUF-00044996 | VideoRoyalty.xls | .xls | 4/27/2011 |
| 6 | ZUF-00045000 | VideoRoyalty.xls | .xls | 4/26/2011 |
| 7 | ZUF-00045002 | VideoRoyalty.xls | .xls | 4/24/2011 |
|   | ZUF-00045008 | VideoRoyalty.xls | .xls | 4/20/2011 |
| 8 | ZUF-00045010 | VideoRoyalty.xls | .xls | 4/19/2011 |
|   | ZUF-00045016 | VideoRoyalty.xls | .xls | 4/14/2011 |
| 9 | ZUF-00045018 | VideoRoyalty.xls | .xls | 4/13/2011 |
|   | ZUF-00045020 | VideoRoyalty.xls | .xls | 4/12/2011 |
| 10 | ZUF-00045024 | VideoRoyalty.xls | .xls | 4/10/2011 |
| 11 | ZUF-00045028 | VideoRoyalty.xls | .xls | 4/7/2011 |
|   | ZUF-00045032 | VideoRoyalty.xls | .xls | 4/5/2011 |
| 12 | ZUF-00045044 | VideoRoyalty.xls | .xls | 3/28/2011 |
|   | ZUF-00045050 | VideoRoyalty.xls | .xls | 3/25/2011 |
| 13 | ZUF-00045054 | VideoRoyalty.xls | .xls | 3/21/2011 |
|   | ZUF-00045066 | VideoRoyalty.xls | .xls | 3/13/2011 |
| 14 | ZUF-00045086 | VideoRoyalty.xls | .xls | 3/1/2011 |
| 15 | ZUF-00045088 | VideoRoyalty.xls | .xls | 3/1/2011 |
|   | ZUF-00045090 | VideoRoyalty.xls | .xls | 3/1/2011 |
| 16 | ZUF-00045092 | VideoRoyalty.xls | .xls | 3/1/2011 |
|   | ZUF-00045102 | VideoRoyalty.xls | .xls | 2/21/2011 |
| 17 | ZUF-00045114 | VideoRoyalty.xls | .xls | 2/15/2011 |
|   | ZUF-00045118 | VideoRoyalty.xls | .xls | 2/9/2011 |
| 18 | ZUF-00045120 | VideoRoyalty.xls | .xls | 2/8/2011 |
| 19 | ZUF-00045126 | VideoRoyalty.xls | .xls | 2/5/2011 |
|   | ZUF-00045128 | VideoRoyalty.xls | .xls | 2/4/2011 |
| 20 | ZUF-00045132 | VideoRoyalty.xls | .xls | 2/3/2011 |
|   | ZUF-00045148 | VideoRoyalty.xls | .xls | 1/20/2011 |
| 21 | ZUF-00045156 | VideoRoyalty.xls | .xls | 1/8/2011 |
|   | ZUF-00045895 | VideoRoyalty.xls | .xls | 7/17/2011 |
| 22 | ZUF-00045940 | VideoRoyalty.xls | .xls | 6/15/2011 |
| 23 | ZUF-00045951 | VideoRoyalty.xls | .xls | 6/3/2011 |
|   | ZUF-00046209 | VideoRoyalty.xls | .xls | 5/26/2011 |
| 24 | ZUF-00046215 | VideoRoyalty.xls | .xls | 5/17/2011 |
|   | ZUF-00046268 | VideoRoyalty.xls | .xls | 3/29/2011 |
| 25 | ZUF-00046270 | VideoRoyalty.xls | .xls | 3/23/2011 |
|   | ZUF-00046274 | VideoRoyalty.xls | .xls | 3/14/2011 |
| 26 | ZUF-00046539 | VideoRoyalty.xls | .xls | 2/10/2011 |
| 27 | ZUF-00049798 | VideoRoyalty.xls | .xls | 7/16/2011 |
|   | ZUF-00049800 | VideoRoyalty.xls | .xls | 7/15/2011 |
| 28 | ZUF-00049806 | VideoRoyalty.xls | .xls | 7/11/2011 |
|   | ZUF-00049812 | VideoRoyalty.xls | .xls | 7/7/2011 |

| ZUF-00050063 | VideoRoyalty.xls | .xls | 4/9/2011 |
|---|---|---|---|
| ZUF-00050067 | VideoRoyalty.xls | .xls | 2/9/2011 |
| ZUF-00051305 | VideoRoyalty.xls | .xls | 4/7/2011 |
| ZUF-00051498 | VideoRoyalty.xls | .xls | 1/28/2011 |
| ZUF-00051502 | VideoRoyalty.xls | .xls | 1/25/2011 |
| ZUF-00398848 | Sony-Video-M-02-01-2011_UFC.xls | .xls | 3/29/2011 |
| ZUF-00398905 | US-Sony-Video-M-01-01-2011_UFC.xls | .xls | 2/28/2011 |
| ZUF-00401882 | US-Sony-Video-M-04-01-2011_UFC.xls | .xls | 5/9/2011 |
| ZUF-00403133 | VideoRoyalty.xls | .xls | 7/26/2011 |
| ZUF-00404096 | US-Sony-Video-M-01-01-2011_UFC.xls | .xls | 2/25/2011 |
| ZUF-00404475 | Sony-Video-M-02-01-2011_UFC.xls | .xls | 3/17/2011 |

9. Attached as Exhibit 7 is a printout from the UFC's website of a video "Submission of the Week: Demian Maia vs. Nate Quarry" that bears the publication date of January 24, 2012. This video can be accessed on the UFC's website at the address http://www.ufc.com/media/SUB-Maia-Quarry-0091, last visited March 23, 2017.

10. Attached as Exhibit 8 is a printout from the UFC's website of a video "UFC Unleashed Ep. 102 Josh Koscheck, Chris Leben, e Joe Riggs" that bears a publication date of September 13, 2013. This video can be accessed on the UFC's website at the address http://www.ufc.com.br/media/ufc-unleashed-102, last accessed March 23, 2017.

11. Attached as Exhibit 9 is a printout from the MMA Junkie Internet-based magazine dated January 22, 2010. This page can be accessed at http://mmajunkie.com/2010/01/spike-tv-features-brock-lesnar-in-ufc-unleashed-episodes-tonight, last accessed March 23, 2017.

12. Attached as Exhibit 10 is a printout from the UFC's website of a video "UFC Unleashed Ep. 107 Nick Diaz, Nate Quarry, and Karo Parisyan" that bears a publication date of September 13, 2013. This video can be accessed on the UFC's website at the address http://www.ufc.com/media/ufc-unleashed-107?id=, last accessed March 23, 2017.

13. Attached as Exhibit 11 is a printout from the UFC's website of a story "16 Bizarre Moments in UFC History," that bears the publication date of March 26, 2013. This story can be accessed at the UFC's website at the address http://www.ufc.com/news/ufc-16-crazy-moments?id=, last accessed March 23, 2017.

14. Attached as Exhibit 12 is a printout from the UFC's website of a story "Behind the Lens: UFC Photog's Favorite KOs," that bears the publication date June 10, 2016. This story can be accessed at the UFC's website at the address http://www.ufc.com/news/ufc-16-crazy-moments?id=, last accessed March 23, 2017.

15. Attached as Exhibit 13 is a printout from a website www.ufcstore.com. This printout can be accessed at http://www.ufcstore.com/search/quarry, last accessed March 23, 2017.

16. Attached as Exhibit 14 is a true and correct copy of a document bearing the Bates label ZFL-1843874 through ZFL-1843897. This document was produced by Zuffa to Plaintiffs in discovery. This document appears to be a true and correct copy of the License Agreement entered into between Zuffa and The Topps Company, Inc. dated June 5, 2008.

17. Attached as Exhibit 15 is a true and correct copy of a document bearing the Bates label ZFL-1236217 through ZFL-1236219. This document was produced by Zuffa to Plaintiffs in discovery. This document appears to be a true and correct copy of the Third Amendment To License Agreement entered into between Zuffa and The Topps Company, Inc. in 2011.

18. Attached as Exhibit 16 is a printout from a webpage from Sports Card Radio. This printout can be accessed at http://www.sportscardradio.com/2010-topps-ufc-knockout-set-checklist/, last accessed March 23, 2017.

19. Attached as Exhibit 17 is a printout from the website the Cardboard Connection. This printout can be accessed at http://www.cardboardconnection.com/ufc-cards/2013-topps-ufc-knockout-trading-cards, last accessed March 23, 2017.

20. Attached as Exhibit 18 is a true and correct copy of a document bearing the Bates label ZFL-2490106 through ZFL-2490235. This document appears to be a true and correct copy of the License Agreement between Zuffa and Reebok International Limited dated November 26, 2014.

21. Attached as Exhibit 19 is a spreadsheet that was created at my direction that compiles sales of Getty Images photographs containing the image or likeness of Plaintiff Quarry for some part of 2011. The documents from which this spreadsheet is derived are listed in the chart below by Bates number. All of the documents in the chart were produced by Zuffa to Plaintiffs in this litigation. These spreadsheets were the only documents Plaintiffs could locate that provide a detailed account of the sales

of photographs by Getty Images of UFC Fighters. Plaintiffs believe that these sales are merely representative of the many sales of UFC Fighters' photographs Zuffa made through Getty images, including of Plantiff Quarry's likeness or image. This spreadsheet was created using Microsoft's Excel application, isolating the entries containing image captions which identify Plaintiff Quarry as subject matter of the licensed item.

| Doc ID | File Name / Subject | File Ext | Doc Date |
|---|---|---|---|
| ZUF-00084503 | UFC2 2011-06.xls | .xls | 7/11/2011 |
| ZUF-00084504 | UFC1 2011-06.xls | .xls | 7/8/2011 |
| ZUF-00298409 | UFC2 2011-02.xls | .xls | 3/8/2011 |
| ZUF-00298410 | UFC1 2011-02.xls | .xls | 3/8/2011 |
| ZUF-00298756 | UFC1 2010-12.xls | .xls | 1/12/2011 |
| ZUF-00298757 | UFC2 2010-12.xls | .xls | 1/12/2011 |
| ZUF-00298759 | UFC2 2011-01.xls | .xls | 2/15/2011 |
| ZUF-00298760 | UFC1 2011-01.xls | .xls | 2/4/2011 |
| ZUF-00298765 | UFC2 2011-03.xls | .xls | 4/18/2011 |
| ZUF-00298766 | UFC1 2011-03 (2).xls | .xls | 4/18/2011 |
| ZUF-00298768 | UFC1 2011-04.xls | .xls | 5/18/2011 |
| ZUF-00298769 | UFC2 2011-04.xls | .xls | 5/18/2011 |
| ZUF-00298771 | UFC2 2011-05.xls | .xls | 6/10/2011 |
| ZUF-00298772 | UFC1 2011-05.xls | .xls | 6/8/2011 |

22.     Attached as Exhibit 20 is a printout from Getty Images' website of photographs of Plaintiff Quarry that are for sale. This printout is available at the address http://www.gettyimages.ae/photos/nate-quarry?excludenudity=true&family=editorial&page=1&phrase=nate%20quarry&sort=mostpopular#license, last visited March 23, 2017.

23.     Attached as Exhibit 21 is a printout from Getty Images' website that was created at my direction. This document was created using Getty Images' "purchase price" calculator, at the www.gettyimages.com website.

24. Attached as Exhibit 22 is a true and correct copy of Plaintiff's Opposition to NCAA's Motion to Dismiss the Complaint, filed on October 27, 2009 in the matter *O'Bannon v. National College Athletic Association*, Case No. 4:09-cv-03329 CW (N.D. Cal.).

25. Attached as Exhibit 1 to the Declaration of Nathan Quarry is a document that was produced to Zuffa by Plaintiffs in this litigation. The document was produced to Zuffa with the Bates label LEPLAINTIFFS-0009472 through LEPLAINTIFFS-0009473. Attached hereto as Exhibit 23 is a true and correct copy of the document produced by Plaintiffs to Zuffa.

26. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the hearing on Zuffa's motion to dismiss, held before this Court on September 25, 2015.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and this Declaration is executed in San Francisco, California on March 24, 2017.

By:    */s/Matthew S. Weiler*
           Matthew S. Weiler