Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**INDEX OF EXHIBITS TO DECLARATION OF MATTHEW S. WEILER** |

Pursuant to Local Civil Rule IA 10-3(d), Plaintiffs submit this Index of Exhibits to the Declaration of Matthew S. Weiler.

| Exhibit Number | Description |
|---|---|
| 1 | Quarry Depo Tr. Excerpts |
| 2 | Quarry--Top 20 Knockouts in UFC History - YouTube |
| 3 | 2017-02-08 Zelaznik Depo Tr. Excerpt. |
| 4 | Exhibit 175 – UFC Fight Pass Acquired Rights |
| 5 | Fight Pass Screenshots |
| 6 | Zuffa Video Royalties re Quarry |
| 7 | Quarry--Submission of the Week Jan. 24, 2012 |
| 8 | Quarry--UFC Unleashed 102 2013-03-09 |
| 9 | Spike TV features Brock Lesnar in UFC Unleashed episodes tonight _ MMAjunkie |
| 10 | Quarry--UFC Unleashed 107 2013-09-13 |
| 11 | 16 Bizarre Moments in UFC History |
| 12 | Behind the lens_ UFC photographer shares favorite knockouts _ UFC ® - News 2 |
| 13 | Quarry Posters on UFC Store |
| 14 | ZFL-1843874 2008-06-05 Topps License Agreement |
| 15 | ZFL-1236217 2011-12-08 Topps License Amendment |
| 16 | 2010 Topps UFC 4 Trading Cards – Complete Set Checklist _ Sports Card Radio |
| 17 | 2013 Topps UFC Knockout Checklist, Set Info, Boxes, Reviews and More |
| 18 | 2014-11-26 ZFL-2490106 - Reebok Licensing Agreement |
| 19 | Zuffa Getty Royalties re Quarry |
| 20 | Quarry--Nate Quarry Pictures and Photos _ Getty Images |
| 21 | Quarry--Getty Images Price |
| 22 | O'Bannon Opposition to Motion to Dismiss |
| 23 | Quarry Dec. Ex. 1 - LEPLAINTIFFS-0009472 |
| 24 | Transcript – Hearing re Motion to Dismiss, 09-25-2015 – Excerpts |

| | |
|---|---|
| Dated: March 24, 2017 | Respectfully Submitted,<br>JOSEPH SAVERI LAW FIRM, INC.<br><br>By:     ___/s/Matthew S. Weiler___<br>             Matthew S. Weiler<br><br>Joseph R. Saveri (admitted pro hac vice)<br>Joshua P. Davis (admitted pro hac vice)<br>Matthew S. Weiler (admitted pro hac vice)<br>Kevin E. Rayhill (admitted pro hac vice)<br>555 Montgomery Street, Suite 1210<br>San Francisco, California 94111<br>Phone: (415) 500-6800/Fax: (415) 395-9940<br>jsaveri@saverilawfirm.com<br>jdavis@saverilawfirm.com<br>mweiler@saverilawfirm.com<br>krayhill@saverilawfirm.com<br><br>*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*<br><br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>Benjamin D. Brown (admitted pro hac vice)<br>Richard A. Koffman (admitted pro hac vice)<br>Hiba Hafiz (admitted pro hac vice)<br>1100 New York Ave., N.W., Suite 500, East Tower<br>Washington, DC 20005<br>Phone: (202) 408-4600/Fax: (202) 408 4699<br>bbrown@cohenmilstein.com<br>rkoffman@cohenmilstein.com<br>hhafiz@cohenmilstein.com<br><br>*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*<br><br>BERGER & MONTAGUE, P.C.<br>Eric L. Cramer (admitted pro hac vice)<br>Michael Dell'Angelo (admitted pro hac vice)<br>Patrick Madden (admitted pro hac vice)<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Phone: (215) 875-3000/Fax: (215) 875-4604<br>ecramer@bm.net<br>mdellangelo@bm.net<br>pmadden@bm.net<br><br>*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* |

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
Robert C. Maysey (admitted pro hac vice)
Jerome K. Elwell (admitted pro hac vice)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz (admitted pro hac vice)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
Jeffrey J. Corrigan (admitted pro hac vice)
William G. Caldes (admitted pro hac vice)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*