# Exhibit 1

Quarry Depo Tr. Excerpts

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Cung Le, Nathan Quarry, Jon Fitch ) Case No: 2:15-cv-01045-RFB(PAL)
Brandon Vera, Luis Javier Vazquez,)
and Kyle Kingsbury on behalf of )
themselves and all others )
similarly situated, )
                                  )
         Plaintiff,               )
                                  )
vs.                               )
                                  )
Zuffa, LLC, d/b/a Ultimate        )
Fighting Championship and UFC,    )
                                  )
                                  )
         Defendants.              )

VIDEO DEPOSITION OF NATHAN QUARRY

taken at 300 South Fourth Street, Suite 800,

Las Vegas, Nevada 89101, beginning at 9:09 A.M.

and ending at 4:59 P.M. on Friday, September 30, 2016

Reported by:

Sarah Padilla
CCR NO. 929

Job No. 270538                                                1
Pages 1-297



```
                                                    Page 2
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR PLAINTIFFS:
 4      BERGER & MONTAGUE, P.C.
        BY: ERIC C. CRAMER ATTORNEY AT LAW
 5      1622 Locust Street
        Philadelphia, Pennsylvania 19103-6305
 6      (215)875-3000
        ecramer@bm.net
 7
 8   FOR PLAINTIFFS:
 9      WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
        BY: DON SPRINGMEYER, ATTORNEY AT LAW
10      3556 E. Russell Road, 2nd Floor
        Las Vegas, Nevada 89120-2234
11      (702)341-5200
        dspringmeyer@wrslawyers.com
12
13   FOR DEFENDANT ZUFFA, LLC, d/b/a ULTIMATE FIGHTING
     CHAMPIONSHIP and UFC:
14
        BOIES, SCHILLER & FLEXNER, LLP
15      BY: WILLIAM A. ISAACSON, ATTORNEY AT LAW
        BY: PERRY GROSSMAN, ATTORNEY AT LAW
16      5301 Wisconsin Avenue NW
        Washington, DC 20015
17      (202)237-2727
        wisaacson@bsfllp.com
18
19   FOR DEFENDANT ZUFFA, LLC:
20      LAW OFFICE OF KIRK HENDRICK
        BY: KIRK HENDRICK, ATTORNEY AT LAW
21      2960 W. Sahara Avenue
        Las Vegas, Nevada 89102
22      (702) 221-4757
23
24   Also Present: Alan Taggert, Legal Videographer
                           2
25
```

```
                                                    Page 3
 1                    I N D E X
 2   WITNESS         EXAMINATION           PAGE
 3   NATHAN QUARRY
 4
 5        BY: MR. ISAACSON           8
 6
 7
 8                    EXHIBITS
 9   EXHIBIT NO.   PAGE   DESCRIPTION
10   Exhibit 1 -   101   Amended Antitrust Complaint
11
12   Exhibit 2 -   116   Agreement
13
14   Exhibit 3 -   124   E-mail
15
16   Exhibit 4 -   126   Bout Agreement
17
18   Exhibit 5 -   127   Agreement
19
20   Exhibit 6 -   131   Agreement
21
22   Exhibit 7 -   133   Merchandise Rights Agreement
23
24   Exhibit 8 -   134   E-mails
                           3
25
```

```
                                                    Page 4
 1                    EXHIBITS
 2   EXHIBIT NO.   PAGE   DESCRIPTION
 3   Exhibit 9 -   137   Agreement
 4
 5   Exhibit 10 -  139   E-mails
 6
 7   Exhibit 11 -  161   E-mail
 8
 9   Exhibit 12 -  165   E-mail
10
11   Exhibit 13 -  176   Mixedmartialarts.com Printout
12
13   Exhibit 14 -  191   BloodyElbow.com Article
14
15   Exhibit 15 -  202   Internet Post by Nathan Quarry
16
17   Exhibit 16 -  209   Internet Posts
18
19   Exhibit 17 -  229   January 1, 2012 Agreement
20
21   Exhibit 18 -  234   Bellator Agreement
22
23   Exhibit 19 -  243   On Camera Talent and Rights Agreement
24
                           4
25   Exhibit 20 -  246   WSOF Global Agreement
```

```
                                                    Page 5
 1                    EXHIBITS
 2   EXHIBIT NO.   PAGE   DESCRIPTION
 3
 4   Exhibit 21 -  247   WSOF Global Agreement
 5
 6   Exhibit 22 -  253   Text Messaging Printouts
 7
 8   Exhibit 23 -  254   E-mails
 9
10   Exhibit 24 -  255   E-mails
11
12   Exhibit 25 -  258   E-mail
13
14   Exhibit 26 -  260   E-mail
15
16   Exhibit 27 -  262   Deal Memo, Promotional Services
17
18   Exhibit 28 -  263   Deal Memo Signature Page
19
20   Exhibit 29 -  265   Nathan Quarry Printout/Bio
21
22   Exhibit 30 -  266   Square Promotion Bout Agreement
23
24   Exhibit 31 -  268   Message Printout
                           5
25
```



Page 6

```
 1                  EXHIBITS
 2    EXHIBIT NO.   PAGE   DESCRIPTION
 3
 4    Exhibit 32 -  270    E-mails
 5
 6    Exhibit 33 -  276    E-mails
 7
 8    Exhibit 34 -  278    E-mails
 9
10    Exhibit 35 -  289    E-mails
11
12    Exhibit 36 -  292    Nate Quarry Sponsor List
13
14                       -oOo-
```

Page 7

```
 1          Las Vegas, Nevada, Friday, September 30, 2016
 2                    9:09 A.M. - 4:59 P.M.
 3                           -oOo-
 4          THE VIDEOGRAPHER:  We are now on the
 5    record.  This begins videotape No. 1 in the
 6    deposition of Nathan Quarry in the matter of Cung
 7    Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis
 8    Javier Vasquez, and Kyle Kingsbury on behalf of
 9    themselves and all others similarly situated versus
10    Zuffa, LLC doing business as Ultimate Fighting
11    Championship and UFC.
12          This case is filed in the United States
13    District Court for the District of Arizona, case No.
14    2:15-CV-01045-RFB-PAL.
15          Today is September 30, 2016, and the time
16    is approximately 9:09 A.M.  This deposition is being
17    taken in the office of Boies, Schiller & Flexner,
18    LLP of Las Vegas, Nevada.  The videographer is Alan
19    Taggart of Magna Legal Services and the court
20    reporter is Sarah Padilla of Magna Legal Services.
21          Will all counsel please identify
22    themselves for the record.
23          MR. CRAMER:  Eric Cramer for the witness
24    and the plaintiffs.
25          MR. SPRINGMEYER:  Don Springmeyer for the
```

Page 8

```
 1    witness and the plaintiffs.
 2          MR. HENDRICK:  Kirk Hendrick, chief legal
 3    officer for Zuffa, LLC.
 4          MR. GROSSMAN:  Perry Grossman for Zuffa.
 5          MR. ISAACSON:  Bill Isaacson, Boies,
 6    Schiller & Flexner for Zuffa.
 7          THE VIDEOGRAPHER:  Will the court reporter
 8    please swear in the witness.
 9          (Witness sworn.)
10                  -oOo-
11          NATHAN QUARRY,
12    called as a witness on behalf of Defendants,
13    having been administered an oath, was examined
14    and testified as follows:
15          ---------------------------------
16                   EXAMINATION
                ---------------------------------
17    BY MR. ISAACSON:
18       Q   You all set there?
19       A   Yes, sir.
20       Q   Mr. Quarry, I'm Bill Isaacson.  I'll be
21    asking you questions today.  If you ever don't
22    understand something I am asking you, just ask me to
23    ask again or say it better.
24       A   Yes, sir.
25       Q   All right.  Have you ever testified as a
```

Page 9

```
 1    witness in the deposition or in a hearing or a trail
 2    before?
 3       A   I don't think I have.  I don't recall
 4    that.
 5       Q   Ever remember testifying under oath?
 6       A   I had a real estate issue ten or 12 years
 7    ago.  I may have testified during that actually here
 8    in Nevada.  I think that would be the only time.
 9       Q   Did you -- was your real estate issue, did
10    it actually result in a court proceeding?
11       A   No.
12       Q   Was there any sort of lawsuit involved
13    with your real estate issue?
14       A   I was trying to get back the earnest money
15    that someone had put down on a house that they
16    didn't feel I should have.
17       Q   Okay.  And did you file a lawsuit?
18       A   Well, I'm not sure if that's what we were
19    there for.  I wanted to get that -- or he wanted to
20    get his money back, so I guess it would be him that
21    filed.
22       Q   So did he -- the person that you had a
23    dispute over earnest money with someone.  Do you
24    remember who that was?
25       A   No.
```



```
                                              Page 46
 1        A   If the association is called upon to help
 2   in such matters, I think having all the fighters
 3   speak with one voice would definitely be helpful as
 4   opposed to each fighter standing alone.
 5        Q   All right.  And am I correct that you --
 6   that one relationship you see between the antitrust
 7   lawsuit and your goal of an association is that if
 8   the antitrust lawsuit is successful, the association
 9   would be a good organization to renegotiate the
10   contracts?
11            MR. CRAMER:  Asked and answered.  Form.
12            THE WITNESS:  It's speculation.  I see in
13   all the other professional leagues that a players'
14   association has been very helpful in helping defend
15   the players' rights.
16            MR. CRAMER:  Do you need a break?
17            THE WITNESS:  No, I'm good.
18            MR. ISAACSON:  That is one of the rules of
19   these things.  Any time you need a break, just say
20   so.
21            THE WITNESS:  Do I need a break?
22            MR. ISAACSON:  No, you're doing great.
23   What he's referring to is when does the coffee hit.
24            MR. CRAMER:  You just looked a little
                                46
25   uncomfortable.
```

```
                                              Page 47
 1            THE WITNESS:  Oh, it's just my back.
 2            MR. CRAMER:  That's why I --
 3            THE WITNESS:  As long as I can move around
 4   I'm okay for the most part.
 5            MR. CRAMER:  Keep moving around, then.
 6   BY MR. ISAACSON:
 7        Q   So if the antitrust lawsuit is successful,
 8   what is your understanding of any benefit you
 9   individually will receive?
10        A   The antitrust lawsuit, me personally, I'm
11   here as a class representative of those that are
12   still fighting and those that will fight in the
13   future.  Our main goal for the lawsuit itself is
14   damages and what would have happened if we would
15   have had a free market where the fighters were able
16   to compete and see what their true value is worth
17   and then change the exclusive contracts that the
18   fighters are forced to be into if they want to fight
19   in the biggest league in the world, especially in
20   the United States, as well as not having to worry
21   about being threatened, blacklisted, punished for
22   not doing what they are told right out the gate.
23            As Joe Silva said one time, "If you don't
24   like the first fight I offer you, you're sure as
                                47
25   shit not going to like the second one."  Those types
```

```
                                              Page 48
 1   of things, when you're trying to work in an
 2   organization and you are trying to think about your
 3   own career, those are things that you should not be
 4   bullied into being forced to do.  Otherwise you are
 5   going to be punished.
 6            My goal for the lawsuit is definitely
 7   damages for everything that has happened in the past
 8   and to change the way Zuffa does business moving
 9   forward.
10   BY MR. ISAACSON:
11        Q   And I'll come back to those points you
12   just made.  But can you tell me what is your
13   understanding of how you will benefit if the
14   antitrust lawsuit is successful?
15        A   How I will benefit if the antitrust
16   lawsuit is successful.  Well, I'm not a part of the
17   bout class.  My fights were outside of that
18   timeline.  I am a part of the identity class.  My
19   fights are shown 24 hours a day on the UFC website.
20   Trading cards are sold, video games are sold.  At
21   the start of every UFC pay-per-view, they show me
22   getting knocked out, so I assume that still has some
23   value to them.  These are things I was never able to
24   negotiate.  No fighter is able to negotiate because
                                48
25   they're all handed the same cookie cutter contract
```

```
                                              Page 49
 1   and forced to sign, and if you don't want to sign
 2   that, you have nowhere else to go since UFC has
 3   bought up all the competition.
 4        Q   All right.  Do you expect that if the
 5   antitrust lawsuit is successful that you would
 6   financially benefit by being -- from your role in
 7   the identity class?
 8        A   I have no idea.  I'm not the -- I don't
 9   know what the numbers would be.
10        Q   All right.  Are you familiar with the
11   concept of class representatives receiving bonus
12   awards or other compensation?
13        A   I have heard that, yes.
14        Q   And have you heard that from anyone other
15   than lawyers?
16        A   At any time?
17        Q   Sure.
18        A   No.  That's not something that comes up in
19   average fighter speak conversations.  We're talking
20   more about kimuras and heel hooks and knock outs.
21        Q   All right.  And what is your understanding
22   of the potential for a class representative in
23   receiving any special award?
24        A   I have no idea.  I don't know how those
                                49
25   things work.  And I sat down and considered joining
```



```
                                                Page 102                                                Page 104
 1      A    Yes.                                            1   I was reading it, I assure you.  But if you could
 2      Q    And it says you competed in UFC promoted        2   refresh my memory as to what expropriated means, I
 3   bouts in the United States from April 2005 to           3   would appreciate it.
 4   March 2010; is that correct?                            4      Q    I think fair to say it means taken.
 5      A    I believe so.                                   5      A    Okay.  That was my pretty much
 6      Q    All right.  And it says you appeared in         6   understanding.
 7   the UFC Undisputed 2010 video game that debuted         7      Q    When you expropriate property, you take
 8   May 5, 2010, in North America; is that correct?         8   it.  I think your counsel won't quibble with that.
 9      A    Yes.                                            9           What does that mean in terms of your
10      Q    Goes on to say you've been featured in a      10   identity being expropriated or taken, what are
11   number of trading cards manufactured and sold by      11   you -- what are you referring to there?
12   Topps Trading Cards including a series in 2010 which  12      A    My likeness has been taken for things such
13   is still sold today; is that correct?                 13   as mentioned here:  The trading cards, video game,
14      A    I believe so.                                 14   action figure if there was to have been one.  You
15      Q    Then it says, "Quarry's identity was          15   can go onto the UFC website today and watch any of
16   expropriated and his compensation for appearing in    16   my fights, which I am not compensated for.  You can
17   UFC licensed merchandise and UFC promotional          17   order yourself a Reebok jersey with my name on it,
18   materials was artificially suppressed due to the      18   and there was no negotiating to find out how much my
19   scheme alleged herein."                               19   value would be with Reebok compared to a Nike or
20           What is your understanding of                 20   something like that.
21   expropriation of your identity that has taken place?  21           If I even wanted to own photos from my
22      A    Well, by buying out all the competition       22   fights, I cannot own those photos, I can only rent
23   and suppressing the options for people to fight in    23   those photos.  And other people as well can rent or
24   other organizations, and then by forcing the          24   purchase my photos.  If I want to put up a website
                       102                                                       104
25   fighters to, if you want to compete in what           25   that has photos of me fighting, I have to rent those

                                                Page 103                                                Page 105
 1   essentially is the only remaining MMA organization,    1   photos from the UFC and pay them for my own
 2   you have to sign these exclusive contracts, and then   2   likeness.  There's never been any negotiation
 3   through the threats and the intimidation to be sure    3   about -- on the free market as to what my value
 4   that you don't even attempt to try and change          4   would be.  It was merely told this is what.
 5   anything.  So my position -- our position as a class   5          (Pause in the proceedings.)
 6   representative is if the free market was open and      6   BY MR. ISAACSON:
 7   these contracts weren't as restrictive and there was   7      Q    Are there any instances where your
 8   competition, that the -- as the saying is, a rising    8   identity or image has been taken where you were not
 9   tide raises all boats.  So we'd be able to get more    9   part of a UFC event or otherwise associated with UFC
10   compensation on the open market for our likeness     10   trademarks?
11   rights and for fights and things like that.          11          MR. CRAMER:  Objection to form.
12      Q    All right.  Can you point to any specific    12          THE WITNESS:  I don't understand the
13   examples of expropriation of your identity that is   13   question.  Are you asking if anyone at any time has
14   being referred to by this complaint?                 14   taken my likeness and used it?
15          MR. CRAMER:  Objection to the extent it       15   BY MR. ISAACSON:
16   calls for a legal conclusion.  You can answer if you 16      Q    No.  That's a fair point.  I'm just now --
17   understand it.                                       17   I'm only talking about Zuffa and UFC.  So in terms
18          THE WITNESS:  Yeah.  Can you explain what     18   of your complaint, is there any taking or
19   you mean by expropriation?                           19   expropriation of your identity that you would point
20   BY MR. ISAACSON:                                     20   to where you were not involved in a UFC event or
21      Q    Well, it says, "Quarry's identity was        21   otherwise associated with UFC trademark?
22   expropriated."  This is your complaint.  So I'm      22      A    I am not overly following your line of
23   actually trying to find out what you have to say     23   questioning.  I would say, as I mentioned earlier,
24   about that statement?                                24   the start of every UFC pay per view is me getting
                       103                                                       105
25      A    Well, that would be a word I looked up as    25   knocked out, so they still find value in my likeness
```

