# Exhibit 2

Quarry--Top 20 Knockouts in UFC History - YouTube

