# Exhibit 4

Exhibit 175 – UFC Fight Pass Acquired Rights

ZFL-0916483

**To:** Marshall Zelaznik[mzelaznik@ufc.com]
**From:** Peter Dropick
**Sent:** Mon 1/5/2015 5:41:09 PM
**Importance:** Normal
**Subject:** FW: UFC FIGHT PASS, UFC'S DIGITAL STREAMING SERVICE, HAS ACQUIRED THE RIGHTS TO EIGHT SIGNIFICANT FIGHT LIBRARIES
**Received:** Mon 1/5/2015 5:41:00 PM
FIGHT PASS SIGNS 8 NEW LIBARIES.pdf

Congrats, Big Time!

**From:** UFC Press
**Sent:** Saturday, January 03, 2015 2:12 PM
**To:** UFC Press
**Subject:** UFC FIGHT PASS, UFC'S DIGITAL STREAMING SERVICE, HAS ACQUIRED THE RIGHTS TO EIGHT SIGNIFICANT FIGHT LIBRARIES

**For Immediate Release:**
January 3, 2015



# UFC FIGHT PASS® TO GREATLY EXPAND FIGHT PASS LIBRARY IN 2015





EXHIBIT 175
M. ZELAZNIK
2/8/17
CHERYL M. HAAB
CSR NO. 13600, RPR

## UFC'S DIGITAL STREAMING SERVICE HAS ACQUIRED THE RIGHTS TO EIGHT SIGNIFICANT FIGHT LIBRARIES

**Las Vegas, Nevada** – The world's largest mixed martial arts fight library is going to get a whole lot bigger in 2015.

UFC FIGHT PASS, the UFC's digital streaming service, has obtained the rights to the fight archives of Cage Rage, Extreme Challenge MMA, the XFO, UCMMA, Hook N Shoot, TKO, King of the Cage and the Pancrase organizations.

The UFC FIGHT PASS library extension was announced earlier today in Las Vegas.

UFC's Chief Content Officer Marshall Zelaznik said: "When we launched UFC FIGHT PASS one year ago, we said that it would keep getting better and better and would offer fight fans unrivaled value for money. We believe we've delivered on that promise yet again with this exciting announcement that these major fight libraries will be coming to FIGHT PASS."

The new libraries will join those of the WEC, Strikeforce, WFA, PRIDE FC, EliteXC, Affliction, Invicta FC and of course UFC on UFCFIGHTPASS.com.

Zelaznik said fans will begin to see selected content from these new libraries added to the FIGHT PASS service in the spring, with content uploaded throughout 2015.

He said: "When we are finally done ingesting all these new libraries, we expect to be offering our members access to over 13,000 fights from all over the world and across and the entire history of our sport. That's an astonishing 6,500 hours of archived fights on top of all the interviews, documentaries, original programming and live fights we have on UFC FIGHT PASS."

The new fight archives will include:

- **Cage Rage** – the British based promotion was active from 2002 to 2008 and featured Vitor Belfort, Michael Bisping, Anderson Silva, "Bigfoot" Silva, Dan Severn, Brad Pickett and more.

- **Extreme Challenge MMA** – Formed in the mid-1990s, Extreme Challenge's vast library includes everything from MMA pioneer fights with the likes of UFC Hall of Famers Dan Severn, Matt Hughes and Pat Miletich to bouts featuring modern UFC starts including Tim Kennedy and reigning welterweight champion Robbie Lawler.

- **XFO** – The premiere regional promotion in American's Mid-West since its 2004 inception, the X-Treme Fighting Organization's archives boast appearances from Chael Sonnen, Clay Guida, Jamie Varner and Felice Herrig.

- **UCMMA** – the successor to Cage Rage Championships, UCMMA features some of the best British talent including the early bouts of Jimi Manuwa, Tom Watson and Brad Pickett.

- **Hook N Shoot** – A US based group which ran from the mid-1990s to 2011 and boasted appearances from future UFC fighters like champions Jens Pulver and Frank Mir, contenders including Antonio Nogueira and female pioneers including Miesha Tate.

- **King of the Cage** – Founded in 1998 in California, KOTC has featured a who's who of MMA over the years, including Dan Severn, Rampage Jackson, Daniel Cormier, Rory MacDonald, Urijah Faber, and early career appearances from current UFC champions Ronda Rousey, Demetrious Johnson, Robbie Lawler and TJ Dillashaw.

- **TKO** – This Canadian league ran from 2000 to 2008 and served as a proving ground for the best Canadian talent including Patrick Cote, Sam Stout and Mark Hominick and Georges St-Pierre.

- **Pancrase** - Launched in 1993, this iconic organization from Japan has featured legendary MMA pioneers including Ken Shamrock, Bas Rutten, Josh Barnett and Masakatsu Funaki plus more modern names like Jose Aldo and Chael Sonnen.

Further details will be announced in the coming weeks and months.

UFC FIGHT PASS is available now at UFCFIGHTPASS.com on personal computers, Apple TV, iPad, iPhone, Chromecast, Android, Samsung, LG Smart TV and Roku. Subscriptions are $9.99 month to month, $8.99 per month for six months or $7.99 per month for a one-year subscription.

Owned and operated by Zuffa, LLC, UFC® is the premier mixed martial arts (MMA) organization and largest pay-per-view event provider in the world. Headquartered in Las Vegas with offices in London, Toronto, Beijing, Singapore and Sao Paulo, the UFC produces more than 40 live events annually that have sold out some of the biggest arenas and stadiums across the globe. UFC programming is broadcast in over 145 countries to 800+ million TV households worldwide in 28 different languages. The UFC has a multi-year broadcast agreement with FOX in the U.S. which includes four live events broadcast on the FOX network annually, The Ultimate Fighter® reality television show and thousands of hours of programming on FOX Sports 1 and FOX Sports 2. In 2014, UFC launched UFC FIGHT PASS, a digital subscription service with exclusive live events, thousands of fights on-demand and original content. UFC also owns over 100 UFC GYM® locations, UFC.TV (offering live event broadcasts and video on-demand around the world), UFC FIT™ (an in-home fitness and nutrition program), UFC 360 (the internationally distributed magazine), a videogame franchise with EA SPORTS, best-selling DVDs and Blu-rays, UFC Fight Club®, UFC Fan Expo®, Octagon™ branded apparel and Topps Trading Cards. For more information, visit www.UFC.com and follow UFC at www.Facebook.com/UFC and Twitter: @UFC.

###

Press Contact:
Ant Evans

ZFL-0916483

702.588.5515
ans@ufc.com

CONFIDENTIAL

ZFL-0916485