# Exhibit 5

Fight Pass Screenshots

UFC Fight Night: Manuwa vs Anderson - Watch the Replay ×

Pay-Per-View Events

**UFC** FIGHT PASS      LIVE EVENTS                                              Login



Nathan Quarry vs Jorge Lopez Gladiator Challenge 14

Sun, Feb 16, 2003

**Join Fight Pass**

 

Nathan Quarry vs Jorge Lopez Gladiator Challenge 14                    View Video Details ⌄

https://www.ufc.tv/video/nate-quarry-vs-lodune-sincade-tuf-1-f...

UFC Fight Night: Manuwa vs Anderson - Watch the Replay    ✕

Pay-Per-View Events

**UFC** FIGHT PASS          LIVE EVENTS                                                    Login



*Nate Quarry vs. Lodune Sincade TUF 1 Finale*

Sat, Apr 9, 2005

**Join Fight Pass**

**Nate Quarry vs. Lodune Sincade TUF 1 Finale**                              View Episode Details ⌄

https://www.ufc.tv/video/nathan-quarry-vs-shonie-carter-ufc-53



# Nathan Quarry vs. Shonie Carter UFC 53

Sat, Jun 4, 2005

**Join Fight Pass**

Nathan Quarry vs. Shonie Carter UFC 53

View Video Details ˅



UFC Fight Night: Manuwa vs Anderson - Watch the Replay ✕

Pay-Per-View Events



LIVE EVENTS

Login

# Nate Quarry vs. Pete Sell UFN 1

Sat, Aug 6, 2005

**Join Fight Pass**



**Nate Quarry vs. Pete Sell UFN 1**

View Video Details ⌄

UFC Fight Night: Manuwa vs Anderson - Watch the Replay    ×

Pay-Per-View Events

**UFC FIGHT PASS**    LIVE EVENTS    Login



*Rich Franklin vs. Nate Quarry UFC 56*

Sat, Nov 19, 2005

**Join Fight Pass**



**Rich Franklin vs. Nate Quarry UFC 56**

View Episode Details ⌄



# Nate Quarry vs. Pete Sell UFN 11

https://www.ufc.tv/video/nate-quarry-vs-kalib-starnes-ufc-83



UFC FIGHT PASS

LIVE EVENTS

Login

Pay-Per-View Events

UFC Fight Night: Manuwa vs Anderson - Watch the Replay

*Nate Quarry vs. Kalib Starnes UFC 83*

Sat, Apr 19, 2008

**Join Fight Pass**

 

**Nate Quarry vs. Kalib Starnes UFC 83**

View Episode Details ⌄

https://www.ufc.tv/video/demian-maia-vs-nate-quarry-ufc-91

UFC Fight Night: Manuwa vs Anderson - Watch the Replay ✕

Pay-Per-View Events



# UFC FIGHT PASS

LIVE EVENTS                                                                 Login

# Demian Maia vs. Nate Quarry UFC 91

Sat, Nov 15, 2008

**Join Fight Pass**

 

## Demian Maia vs. Nate Quarry UFC 91

View Episode Details ⌄

https://www.ufc.tv/video/jason-macdonald-vs-nate-quarry-ufc-97

UFC Fight Night: Manuwa vs Anderson - Watch the Replay ✕

Pay-Per-View Events

**UFC** FIGHT PASS    LIVE EVENTS    Login

Jason MacDonald vs. Nate Quarry UFC 97

Sat, Apr 18, 2009

**Join Fight Pass**

 

**Jason MacDonald vs. Nate Quarry UFC 97**

View Episode Details ⌄



Pay-Per-View Events

**UFC FIGHT PASS**          LIVE EVENTS                                                                    Login



*Nate Quarry vs. Tim Credeur UFN 19*

Tue, Mar 15, 2011

**Join Fight Pass**

 

**Nate Quarry vs. Tim Credeur UFN 19**                                                  View Video Details ⌄

https://www.ufc.tv/video/jorge-rivera-vs-nate-quarry-ufn-21

UFC Fight Night: Manuwa vs Anderson - Watch the Replay

×

Pay-Per-View Events

UFC FIGHT PASS

LIVE EVENTS

Login



*Jorge Rivera vs. Nate Quarry UFN 21*

**Wed, Mar 31, 2010**

**Join Fight Pass**



**Jorge Rivera vs. Nate Quarry UFN 21**

**View Video Details** ⌄