# Exhibit 7

Quarry--Submission of the Week Jan. 24, 2012

www.ufc.com/media/SUB-Maia-Quarry-0091?id=
UFC submission of the week quarry maia
UFC BARS | FIGHT CLUB | UFC GYM | FEDERATIONS
Get Newsletter GO
United States
UFC
Search UFC
MORE
SCHEDULE TICKETS FIGHTERS NEWS VIDEO TUF UFC.TV FIGHT PASS FANTASY SHOP
DEMIAN MAIA vs NATE QUARRY
UFC.COM
UFC 91: Couture vs Lesnar
01:04
01:21
Submission of the Week: Demian Maia vs. Nate Quarry
Tweet
Like 120
G+1 0
Jan 24, 2012 | 1:21
Once Demian Maia gets you to the ground, it's only a matter of time before he gets you to tap. Want an example? Watch his fight with Nate Quarry at UFC® 91.
EVENT UFC on FOX 2 - Evans vs. Davis
FIGHTER Nate Quarry
FIGHTER Demian Maia
MORE Submission of the Week
Video Tags FS1 4 Submission of the Week UFC on FOX 2
COMMENTS
6 Comments
Sort by Oldest

www.ufc.com/media/SUB-Maia-Quarry-0091?id=
UFC submission of the week quarry maia
6 Comments
Sort by Oldest
Add a comment...
Federico Gabriel Vallejos
good real naked choke!, THIS IS A SUBMISION!, THIS IS BJJ!THIS IS MMA BABY!
Like · Reply · Jan 27, 2012 2:51pm
Toncel Wicho
excelente submision
Like · Reply · Jan 27, 2012 4:43pm
Sungdong Kim · 관리소장 at 마트자동차매매단지
Fantastic rear naked choke! Demian Maia is excellent fighter.
Like · Reply · 2 · Jan 28, 2012 5:34am
Pete Burdge
yeah it was nice but it looked like nate didn't try to defend.
Like · Reply · Jan 28, 2012 11:17am
Paul Pila Pinto · Works at Self-Employed
excelente
Like · Reply · Jan 29, 2012 7:23am
Huderval Torrezani · Brasil
very good
Like · Reply · Feb 18, 2012 7:39am
Facebook Comments Plugin
Home
Media
Media Detail
Country / Region: United States
Schedule
Buy Tickets
How to Watch
Full Schedule
Past Events
Fighters
All Fighters
Fighter News
Hall of Fame
Media
Browse Video
Browse Photos
Discover UFC
Shop UFC
Fight Club
UFC Gyms
UFC FIGHT WEEK
More
The Octagon Girls
EA Sports UFC Mobile
UFC iPhone App
RSS
Dana White's Video Blog
Dana White's Twitter
The Ultimate Fighter
Press Room
Rules & Regulations
Glossary
Search UFC
Go
REPORT FRAUDULENT BROADCASTS, VIDEO, AND MERCHANDISE >>
UFC 210 Cormier vs Johnson 2
Live on Pay-Per-View
VS
Sat, Apr 08 | 10PM/7PM ETPT
Buy Tickets