# Exhibit 8

Quarry--UFC Unleashed 102 2013-03-09

