# Exhibit 9

## Spike TV features Brock Lesnar in UFC Unleashed episodes tonight _ MMAjunkie



**Trending:** Conor McGregor • Ronda Rousey • Miesha Tate • Bellator 175 • Muhammed Lawal



# Spike TV features Brock Lesnar in "UFC Unleashed" episodes tonight

##### SHARE THIS

By: MMAjunkie Staff | January 22, 2010 2:15 pm

Follow @MMAjunkie

With his health improving and an octagon return now in sight, UFC heavyweight champion Brock Lesnar is the focus of two episodes of Spike TV's "UFC Unleashed" tonight. 

Spike TV officials today told MMAjunkie.com (www.mmajunkie.com) they arranged the episodes to welcome the champ back to the cage.

The episodes feature Lesnar vs. Randy Couture (7 p.m. ET/PT) and Lesnar vs. Frank Mir II (8 p.m. ET/PT).

"UFC Unleashed" is the UFC and Spike TV's long-running archived-fights show. Top fights from past UFC events are featured in each episode, which run throughout the week on the cable station.

Lesnar vs. Couture took place at UFC 91 in November 2008 and gave Lesnar his first shot at a title. Lesnar vs. Mir II took place in July 2009 at UFC 100 (Lesnar's most recent appearance) and allowed him a chance to avenge a February 2008 loss to Mir.

Lesnar this week joined ESPN's "SportsCenter" and then hosted a media conference call (with UFC president Dana White) to discuss his recovery from mononucleosis and then complications from diverticulosis. The ailments pulled Lesnar from a planned November UFC 106 headlining b out with Shane Carwin and has been the source of much speculation about the former WWE star.

However, now healing, Lesnar planned to return to training on Thursday, and he's expected to meet the winner of a UFC 111 fight between Mir and Carwin (for the vacant title). As MMAjunkie.com **reported** on Wednesday, the title-unification bout could come at UFC 114 in May.

In addition to the "UFC Unleashed" episodes, Spike TV also tonight airs a new episode of "Best of PRIDE," a similar highlights show that uses footage from the now-defunct PRIDE Fighting Championships. Featured matchups include Mirko "Cro Cop" Filipovic, Don Frye, Jens Pulver, Hayato Sakurai, Wanderlei Silva and others, according to the Spike TV schedule.

For more on the upcoming **UFC 114** event, stay tuned to the **UFC Rumors** section of MMAjunkie.com.

---

#### SHARE THIS



### RECOMMENDED VIDEO

### MORE NEWS

**Ex-heavyweight champ Brock Lesnar notifies UFC of MMA retirement**

**Mark Hunt 'forced' to fight Alistair Overeem at UFC 209 as pending lawsuit looms**

**Surging UFC heavyweight Derrick Lewis explains why he wants hard-hitting Mark Hunt next**

## FROM THE WEB

Ads by Revcontent

**14 Times Lotto Winner:Do This Every Time You Buy A Lotto Ticket (Win 1/12**
Money News Tips

**Tiger Woods' Daughter Was a Cute Kid, But What She Looks Like Now is**
Hyperactivz

**Final Photo: What Happens Next is Insane and Horrifying**
OMG LANE



**The New #1 Game in the USA!**
Plarium.Com

**Can Two Sisters Have Different Ethnicity Results?**
Ancestry

**Simple Method "Regrows" Hair. Do This**
Hair Growth Formula

## COMMENTS

Hey guest, welcome to **MMAJunkie!** Sign up and become a member.

Facebook    Google    Twitter    Email

### Popular In the Community

 

**UFC WELTERWEIGHT VISCARDI ANDRADE TESTS POSITIVE FOR STEROIDS, RECEIVES 2-YEAR BAN**

**LAWSUIT FILED AGAINST ROUFUSPORT, MILWAUKEE KICKBOXER DENNIS M**

LastStarfighter · 9h

Not a fan of lawsuits, but I remembe

**VIDEO: DISORIENTED MMA FIGHTER CHOKES REFEREE…**    UFC LAU

**You Mang** · 2d
Out of all countries does brazil hold the title for steroid users in…

**Doc Jayh** · 13h
HaHa, Knockout and su…

**Conversation**                              Have a Disqus Account?    🔔   Log In

Be the first to comment…

📷                                                                    Sign up to post

Terms  ·  Privacy                              💬 Add Spot.IM to your site  ·

**THE LATEST**

**Don't get in over your head. Refer your case to us.**

*Sponsored*

**UFC Fight Night 108's Joe Lauzon makes case for ex-champ B.J. Penn as the 'G.O.A.T.'**

123
shares

**UFC bantamweight title challenger Valentina Shevchenko says managers talking, date with Amanda Nunes close**

**Holly Holm offered fight at UFC Fight Night 111, but manager still wants Germaine de Randamie rematch**

383

**Titan FC 44 adds 5 fights to May's 2-title bout lineup in Florida**

203 shares

**Hunt-Lewis, Brunson-Kelly, Benavidez-Nguyen, more official for UFC Fight Night 110 in New Zealand**

183 shares

**Ex-UFC welterweight Lorenz Larkin gets instant title shot at 'Bellator NYC' vs. champ Douglas Lima**

670 shares

**Twitter Mailbag: Bellator's pay-per-view, McGregor's chances as a boxer, and more**

274 shares

**Bellator to promote 'Bellator NYC' as followup to Bellator 180; Chandler-Primus added (updated)**

1.2k shares

**Invicta FC 22's Janaisa Morandin got a very, very early introduction to Mike Tyson**

170 shares

**Ilir Latifi vs. Antonio Rogerio Nogueira added to UFC Fight Night 112 in Oklahoma City**

141 shares

❮ **MORE MMAJUNKIE**