# Exhibit 10

Quarry--UFC Unleashed 107 2013-09-13

