# Exhibit 13

Quarry Posters on UFC Store

Receive 10% Off when you sign up for UFC emails. Sign-up »

Search

| FIGHTERS | FIGHT KITS | EVENTS | MEN | WOMEN | YOUTH | T-SHIRTS | HATS | MEMORABILIA | SALE | VIEW ALL |



Your Selections

Quarry

Search results for: **"quarry"**

Total number of results: 2

1 - 2 of 2    12 Items Per Page    Sort By:


Few Left!


Few Left!

$999.99

UFC 56 Full Force Franklin vs. Quarry Autographed 27" x 39" 16-Signature Event Poster

$1149.99

UFC 56 Full Force Franklin vs. Quarry Framed Autographed 27" x 39" 16-Signature Event Poster

1 - 2 of 2    12 Items Per Page    Sort By:

SIGN UP

Stay updated on sales, new items and more:

Enter E-mail Address

SUBMIT

Secure Shopping:  

Payment Options:

© 2017 Fanatics, Inc., All Rights Reserved. No portion of this site may be reproduced or duplicated without the express permission of Fanatics, Inc.

Privacy Policy | Interest-Based Advertising | Terms of Use | Site Map