# Exhibit 15

ZFL-1236217 2011-12-08

Topps License Amendment

## THIRD AMENDMENT TO LICENSE AGREEMENT

Reference is made to the License Agreement (the "License Agreement"), dated as of June 5, 2008, first amended as of October 5, 2012 and second amended as of August 5, 2011, by and between Zuffa, LLC, a Nevada Limited Liability Company operating at 2960 W. Sahara Avenue, Las Vegas, Nevada 89102 ("Licensor") and the Topps Company, Inc., a Delaware corporation with offices at One Whitehall Street, New York, New York 10004 ("Licensee"). This Third Amendment (the "Third Amendment") modifies the terms of the Agreement as set forth herein. Licensor and Licensee hereby agree to amend the Agreement as follows:

A. Section 1(h) is hereby amended by deleting "December 31, 2011" and replacing it with a date of "March 31, 2012."

B. <u>Balance of Agreement.</u> Except as specifically set forth in this Amendment, all terms and provisions of the Agreement shall remain unmodified and in full force and effect.

C. <u>Definitions.</u> Capitalized terms not defined in this Amendment shall have the meanings ascribed to such terms in the Agreement.

D. <u>Counterparts.</u> This Amendment may be executed in counterparts, each of which shall be deemed an original, and all such counterparts together shall constitute but one and the same instrument.

E. <u>No Oral Modification.</u> This Amendment may only be amended in writing and signed by a duly authorized office of each party.

IN WITNESS WHEREOF, the parties have executed this Amendment through their duly authorized representative as of the date set forth below.

**ACCEPTED AND AGREED TO:**

| THE TOPPS COMPANY, INC. | ZUFFA, LLC |
|---|---|
| By: _____ | By: _____ |
| Name: Doug Kruep | Name: |
| Title: VP+GM, Sports + Entertainment | Title: KIRK D. HENDRICK, CHIEF OPERATING OFFICER |
| Date: 12/6/11 | Date: 12/8/2011 |

## THIRD AMENDMENT TO LICENSE AGREEMENT

Reference is made to the License Agreement (the "License Agreement"), dated as of June 5, 2008, first amended as of October 5, 2012 and second amended as of August 5, 2011, by and between Zuffa, LLC, a Nevada Limited Liability Company operating at 2960 W. Sahara Avenue, Las Vegas, Nevada 89102 ("Licensor") and the Topps Company, Inc., a Delaware corporation with offices at One Whitehall Street, New York, New York 10004 ("Licensee"). This Third Amendment (the "Third Amendment") modifies the terms of the Agreement as set forth herein. Licensor and Licensee hereby agree to amend the Agreement as follows:

A. Section 1(h) is hereby amended by deleting "December 31, 2011" and replacing it with a date of "March 31, 2012."

B. <u>Balance of Agreement.</u> Except as specifically set forth in this Amendment, all terms and provisions of the Agreement shall remain unmodified and in full force and effect.

C. <u>Definitions.</u> Capitalized terms not defined in this Amendment shall have the meanings ascribed to such terms in the Agreement.

D. <u>Counterparts.</u> This Amendment may be executed in counterparts, each of which shall be deemed an original, and all such counterparts together shall constitute but one and the same instrument.

E. <u>No Oral Modification.</u> This Amendment may only be amended in writing and signed by a duly authorized office of each party.

IN WITNESS WHEREOF, the parties have executed this Amendment through their duly authorized representative as of the date set forth below.

**ACCEPTED AND AGREED TO:**

| THE TOPPS COMPANY, INC. | ZUFFA, LLC |
|---|---|
| By: _____ | By: _____ |
| Name: Doug Kruep | Name: KIRK D. HENDRICK |
| Title: VP + GM, Sports + Entertainment | Title: CHIEF OPERATING OFFICER |
| Date: 12/6/11 | Date: 12/8/2011 |




4 originals please

## CONTRACT SUMMARY AND APPROVAL FORM

1. **Person Requesting Contract Approval:** Jaime Pollack   Date: 12/7/11
2. **Parties to the Contract:** Topps Company & Zuffa, LLC
3. **Description of Contract Purpose:** third amendment to the license agreement
4. **Term of Contract:** extended to 3/31/12
5. **Important Provisions of Contract:** same as original

6. **Please Specify Filing and Distribution Details:** Tim Bellamy, Feather Lake, Sonja McKinney, Nichole Thompson, Link McCluan, Jaime Pollack, Chad Hurley

**Approving Parties**                                          **Approval Dates**

_____                             12/8/11
Kirk Hendrick, Chief Operating Officer

_____                             12/8/11
John Mulkey, Chief Financial Officer

ooo - ok toby pres_____                              12/7/11
Lawrence Epstein, Executive Vice President
and General Counsel

_____                             12/7/11
Link McCluan, Vice President Finance and
Accounting

o'rd by email_____                                    12/7/11
Tim Bellamy, Senior Vice President and
Associate General Counsel

CONFIDENTIAL                                                          ZFL-1236219