# Exhibit 16

2010 Topps UFC 4 Trading Cards – Complete Set Checklist _ Sports Card Radio

Case 2:15-cv-01045-RFB-BNW   Document 365-19   Filed 03/24/17   Page 2 of 27



Home  /  Checklists  /  Latest Articles  /  Podcasts

Home >> Checklists >> 2010 Topps UFC 4 Trading Cards – Complete Set Checklist

# 2010 Topps UFC 4 Trading Cards – Complete Set Checklist



2010 Topps UFC Collectible Trading Cards

**2010 Topps UFC Trading Card Checklist**

**16 Packs Per Box – 8 Cards Per Pack**

2 – Autograph Cards Per Box

2 – Relic Cards Per Box

16 – Parallel Cards Per Box

16 – Insert Cards Per Box



2010 Topps UFC – **Base Set Checklist**

**Parallel Cards:**

– Diamond #1/1
– Ruby #/8
– Onyx #/88
– Gold (No Number)

**– Find the top fighters on eBay below –**



1 Royce Gracie
2 Chris Lytle
3 Frank Trigg
4 Jon Fitch
5 Marcus Davis
6 Mirko Cro Cop
7 Ricardo Almeida
8 Thiago Silva

9 Rousimar Palhares

10 Alessio Sakara

11 CB Dollaway

12 Forrest Griffin

13 Dan Hardy

14 Luiz Cane

15 Michael Bisping

16 Randy Couture

17 Stephan Bonnar

18 Eliot Marshall

19 Antonio Rogerio Nogueira

20 BJ Penn

21 Cole Miller

22 Dan Miller

23 George Sotiropolous

24 Gray Maynard

25 Pat Barry

26 Keith Jardine

27 Matt Brown

28 Matt Hughes

29 Nate Quarry

30 Paul Daley

31 Ross Pearson

32 Ryan Bader

33 Todd Duffee

34 Vitor Belfort

35 Chris Leben

36 Brian Stann

37 Alan Belcher

38 Carlos Condit

39 Efrain Escudero

40 Joe Stevenson

41 Kurt Pellegrino

42 Melvin Guillard

43 Quinton Jackson

44 Stefan Struve

45 Vladimir Matyushenko

46 Anthony Johnson

47 Chuck Liddell

48 Frankie Edgar

49 Jon Jones

50 Mark Coleman

51 Nate Diaz

52 Rich Franklin

53 Tim Credeur

54 DaMarques Johnson

55 Amir Sadollah

56 Cheick Kongo

57 Frank Mir

58 Johny Hendricks

59 Lyoto Machida

60 Mike Swick

61 Rashad Evans

62 Thiago Alves

63 Chael Sonnen

64 Antonio Rodrigo Nogueira

65 Brandon Vera

66 Clay Guida

67 Demian Maia

68 Gabriel Gonzaga

69 Jay Silva

70 Josh Koscheck

71 Kendall Grove

72 Martin Kampmann

73 Matt Riddle

74 Nate Marquardt

75 Paul Kelly

76 Yushin Okami

77 Sam Stout

78 Tito Ortiz

79 Wanderlei Silva

80 Chris Tuscherer

81 Evan Dunham

82 Brock Lesnar

83 Diego Sanchez

84 Jeremy Stephens

85 Kenny Florian

86 Matt Serra

87 Paulo Thiago

88 Sean Sherk

89 Yoshihiro Akiyama

90 Rick Story

91 Aaron Simpson

92 Cain Velasquez

93 Dustin Hazelett

94 Jim Miller

95 Krzysztof Soszynski

96 Mauricio Rua

97 Phil Baroni

98 Shane Carwin

99 Paul Buentello

100 Georges St-Pierre

101 John Howard

102 Ben Saunders

103 Junior dos Santos

104 Matt Hamill

105 Patrick Cove

106 Anderson Silva

107 Tyson Griffin

108 Joe Lauzon

109 Rafaello Oliveira

110 Matt Veach

111 Jake Ellenberger

112 Aaron Riley

113 Ben Rothwell

114 Mark Munoz

115 Andre Winner

116 Caol Uno

117 James Wilks

118 Jorge Rivera

119 Tom Lawlor

Case 2:15-cv-01045-RFB-BNW   Document 365-19   Filed 03/24/17   Page 7 of 27

120 Duane Ludwig

121 Brad Blackburn

122 Spencer Fisher

123 Dennis Siver

124 Ed Herman

125 Jesse Forbes

126 John Hathaway

127 Mark Bocek

128 Matt Wiman

129 Gleison Tibau

130 TJ Grant

131 Nick Osipczak

132 Antoni Hardonk

133 Brian Foster

134 Rob Emerson

135 Mac Danzig

**2010 Topps UFC – Debut RC Set Checklist**



30 new UFC stand-outs on their first card!

136 Dong Hyun Kim

137 Fabricio Camoes

138 Jacob Volkmann

139 Joe Brammer

140 Rodney Wallace

141 Justin Wren

142 Jon Madsen

143 Darril Schoonover

144 James McSweeney

145 Marcus Jones

146 Matt Mitione

147 Kimbo Slice

148 Brendan Schaub

149 Roy Nelson

150 Lucio Linhares

151 Ricardo Funch

152 John Gunderson

153 Gilver Yvel

154 Gerald Harris

155 Mike Guymon

156Rory MacDonald

157 Joey Beltran

158 Rolles Gracie

159 Phil Davis

160 Ronnys Torres

161 James Te Huna

162 Daniel Roberts

163 Charlie Brenneman

164 Jason High

165 Mario Miranda


**2010 Topps UFC – Personalities Set Checklist**
15 noteworthy Octagon Girls, Cutmen, Referees and more!


166 Takanori Gomi

167 Dana White

168 Mike Goldberg

169 Joe Rogan

170 Bruce Buffer

171 Arianny Celeste

172 Chandella Powell

173 Kenda Perez174 Don House

175 Dan "Punkass" Caldwel

176 Tim "SkySkrape" Katz

177 Leon Tabbs

178 Jacob "Stitch" Durran

179 Marc Goddard

180 Kevin Mulhall

**2010 Topps UFC – Highlight Reel Set Checklist**

Showcasing 20 memorable UFC moments from 2009!



181 Guida vs. Sanchez

182 Stann vs. Wallace

183 St-Pierre vs. Penn

184 Thiago vs. Koscheck

185 Rua vs. Liddell

186 Edgar vs. Sherk

187 Machida vs. Evans

188 Silva vs. Griffin

189 Griffin vs. Ortiz

190 Quarry vs. Creduer

191 Jones vs. Bonnar

192 Jackson vs. Jardine

193 Franklin vs. Silva

194 Sadollah vs. Baroni

195 Bisping vs. Kang

196 Hardy vs. Davis

197 Couture vs. Vera

198 Hardy vs. Davis

199 Person vs. Winner

200 Osipczak vs. Riddke

2010 Topps UFC –

**SP Nickname Variation Checklist**

**These cards have a print run of 250**



5 The Irish Hand Grenade (Marcus Davis)

13 The Outlaw (Dan Hardy)

16 The Natural (Randy Couture)

20 The Prodigy (BJ Penn)

26 The Dean of Mean (Keith Jardine)

32 Darth (Ryan Bader)

34 The Phenom (Vitor Belfort)

43 Rampage (Quinton Jackson)

44 The Skyscraper (Stephan Struve)

46 Rumble (Anthony Johnson)

47 The Iceman (Chuck Liddell)

49 Bones (Jon Jones)

52 Ace (Rich Franklin)

59 The Dragon (Lyoto Machida)

64 Minotauro (Antonio Rodrigo Nogueira)

66 The Carpenter (Clay Guida)

72 The Hitman (Martin Kampmann)

77 Hands of Stone (Sam Stout)

78 The Huntington Beach Bad Boy (Tito Ortiz)

79 The Axe Murderer (Wanderlei Silva)

83 The Nightmare (Diego Sanchez)

96 Shogun (Mauricio Rua)

100 Rush (Georges St-Pierre)

106 The Spider (Anderson Silva)

147 Kevin Ferguson (Kimbo Slice)

2010 Topps UFC – **Insert Card Set Checklist   Fight Poster Review Checklist**

2010 Topps UFC continues a program commemorating over 150 actual UFC posters.

The next 25 are inserted here.


FPR-UFC82 UFC 82: Pride of a Champion

FPR-UFC54 UFC 54: Boiling Point

FPR-UFC71 UFC 71: Liddell vs Jackson

FPR-UFC56 UFC 56: Full Force

FPR-UFC11 UFC 11: The Proving Ground

FPR-UFC43 UFC 43: Meltdown

FPR-TUF10 The Ultimate Fighter 10 Finale

FPR-UFC111 UFC 111: St-Pierre vs Hardy

FPR-UFN12 UFC Fight Night 12: Swick vs Burkman

FPR-UFC104 UFC 104: Machida vs Shogun

FRP-UFC72 UFC 72: Victory

FPR-UFCVS1 UFC on Versus 1: Jones vs Vera

FPR-UFC63 UFC 63: Hughes vs Penn

FPR-UFC61 UFC 61: Bitter Rivals

FPR-UFCUU96 UFC: The Ultimate Ultimate 96

FPR-UFC65 UFC 65: Bad Intentions

FPR-UFC99 UFC 99: The Comeback

FPR-UFC6 UFC 66: Liddell vs Ortiz 2

FPR-UFC105 UFC 105: Couture vs Vera

FPR-UFN20 UFC Fight Night 20: Maynard vs Diaz

FPR-UFC32 UFC 32: Showdown in the Meadowlands

FPR-UFC96 UFC 96: Jackson vs Jardine

FPR-UFC51 UFC 51: Super Saturday

FPR-UFN14 UFN 14: Silva vs Irvin

FPR-UFC31 UFC 31: Locked and Loaded


Octagon of Honor Checklist


OOH-1 Charles "Mask" Lewis

OOH-2 Chuck Liddell

OOH-3 Rashad Evans

OOH-4 Joe Stevenson

OOH-5 Bas Ruten

OOH-6 Jens Pulver

OOH-7 Don Fry

OOH-8 Guy Mezger

OOH-9 Michael Bisping

OOH-10 Kendall Grove



**Greats of the Game Checklist**

15 cards featuring fighters and video graphics from "UFC 2010: Undisputed"

GTG-1 Kimbo Slice

GTG-2 Jon Jones

GTG-3 BJ Penn

GTG-4 Brock Lesnar

GTG-5 Chuck Liddell

GTG-6 Dan Hardy

GTG-7 Georges St-Pierre

GTG-8 Frank Mir

GTG-9 Forrest Griffin

GTG-10 Antonio Nogueira

GTG-11 Quinton Jackson

GTG-12 Anderson Silva

GTG-13 Rashad Evans

GTG-14 Cain Velasquez

GTG-15 Lyoto Machida

**Pride and Glory Insert Checklist**

15 highlight cards from the popular Pride Fights.



PG-1 Mirko Cro Cop

PG-2 Wanderlei Silva

PG-3 Maurico Rua

PG-4 Kevin Randleman

PG-5 Jens Pulver

PG-6 Vitor Belfort

PG-7 Takanori Gomi

PG-8 Mark Coleman

PG-9 Phil Baroni

PG-10 Denis Kang

PG-11 Antonio Nogueira

PG-12 Quinton Jackson

PG-13 Don Frye

PG-14 Anderson Silva

PG-15 PRIDE Ring Girls


**Bloodlines Checklist**

Spotlights the national heritage of 14 fighters with the card backs

featuring English and the fighter's native language.


BL-1 Yoshihiro Akiyama

BL-2 Patrick Cote

BL-3 Phil Baroni

BL-4 Wanderlei Silva

BL-5 BJ Penn

BL-6 Gilbert Yvel

BL-7 Mirko Cro CopBL-8 Lyoto Machida

BL-9 Forrest Griffin

BL-10 George Sotiropolos

BL-11 Takinori Gomi

BL-12 Stefan Struve

BL-13 Vladimir Matyushenko

BL-14 Caol Uno


2010 Topps UFC –

**Autograph Card Set Checklist**


**Parallel Cards:**

Onyx #/88 – Ruby #/8 – Diamond #1/1

**– Find The Top UFC Autographs on eBay Below –**


**Fighter & Personalities**

**Autograph Card Checklist**



#FAASI Aaron Simpson *

#FAASA Amir Sadollah

FAAS Anderson Silva
#FAAJ Anthony Johnson
#FAAN Antonio Rodrigo Nogueira*
(Misspelled Name)
#FAAC Arianny Celeste
#FABP BJ Penn
#FABSC Brendan Schaub
FABL Brock Lesnar
#FACV Cain Velasquez *
#FACC Carlos Condit
#FACS Chael Sonnen *
#FACP Chandella Powell *
#FACB Charlie Brenneman *
#FACLY Chris Lytle
#FACT Chris Tuchscherer *
FACL Chuck Liddell
#FACG Clay Guida
#FADH Dan Hardy
#FADM Dan Miller
FADC Dan "Punkass" Caldwell*
#FADS Diego Sanchez
#FAEE Efrain Escudero
#FAEM Eliot Marshall *
#FAED Evan Dunham
#FAFG Forrest Griffin
#FAFM Frank Mir
#FAFE Frankie Edgar
#FAMG Mike Guymon
FAGSP Georges St-Pierre
#FAGM Gray Maynard
#FAJM Jim Miller
#FAJH John Hathaway
#FAJF Jon Fitch *
#FAJJ Jon Jones
#FAJK Josh Koscheck
#FAJDS Junior dos Santos
#FAKJ Keith Jardine *

#FAKF Kenny Florian

#FAKS Krzysztof Soszynski

#FALM Lyoto Machida

#FAMD Marcus Davis

#FAMSE Matt Serra

#FAMHA Matt Hamill

#FAMG Melvin Guillard

#FAMB Michael Bisping

#FAMS Mike Swick

#FANM Nate Marquardt

#FANQ Nate Quarry

#FAND Nate Diaz *

#FAPCO Patrick Cote

#FAPC Phil Baroni

#FAPHD Phil Davis

FARC Randy Couture

#FARE Rashad Evans

#FARF Rich Franklin

#FARN Roy Nelson

#FARG Royce Gracie

#FARB Ryan Bader

#FASC Shane Carwin

#FATA Thiago Alves

#FATS Thiago Silva

#FATK Tim (SkyScrape) Katz *

#FATO Tito Ortiz

#FATD Todd Duffee

#FATL Tom Lawlor *

#FAVB Vitor Belfort

#FAVM Vladimir Matyushenko *

#FAWS Wanderlei Silva


* – Stamped 1st Issue


**Thoughts From The Boss**
**Autograph Checklist**



**All Cards Serial #/25**

TFB-WG Forrest Griffin

TFB-WS Matt Serra

TFB-WSP Georges St-Pierre

TFB-WO Tito Ortiz

TFB-WSI Anderson Silva

TFB-WG Royce Gracie

TFB-WM Lyoto Machida

TFB-WL Brock Lesnar

TFB-WMI Frank Mir

TFB-WP BJ Penn

TFB-WB Michael Bisping

TFB-WG Clay Guida

TFB-WL Chuck Liddell

TFB-WC Randy Couture

TFB-WJ Jon Jones

**Bloodlines Autograph Card Checklist**



**All Cards Serial #/25**

BLA-YA Yoshihiro Akiyama
BLA-BP BJ Penn
BLA-VM Vladimir Matyushenko
BLA-WS Wanderlei Silva
BLA-LM Lyoto Machida

**The Ultimate Foto Autograph Checklist**
**– Hobby Exclusive –** 14 contestants and 2 coaches from
The Ultimate Fighter #11 sign their names directly on each card.



TUF-JH James Hammortree
TUF-JY Jamie Yeager

TUF-KM Kris McCray

TUF-CM Clayton McKinney

TUF-KU Kyacey Uscola

TUF-CC Chris Camozzi

TUF-NR Nick Ring

TUF-CB Charles Blanchard

TUF-CM Court McGee

TUF-JB Josh Bryant

TUF-KN Kyle Noke

TUF-JH Joseph Henle

TUF-RA Rich Attonito

TUF-BT Brad Tavares

TUF-CL Chuck Liddell

TUF-TO Tito Ortiz

**2009 UFC Champion Book Cards**



– Hobby Exclusive –

All Cards Serial #/3

Champ-1 BJ Penn

Champ-2 Georges St-Pierre

Champ-3 Anderson Silva

Champ-4 Lyoto Machida

Champ-5 Brock Lesnar

**Ultimate Gear Autograph Cards**



**– Hobby Exclusive –**

**All Cards Serial #/25**

UGA-YA Yoshihiro Akiyama

UGA-BP BJ Penn

UGA-MCC Mirko Cro Cop

UGA-LM Lyoto Machida

UGA-TG Takanori Gomi

UGA-RC Randy Couture

UGA-MH Matt Hughes

UGA-VB Vitor Belfort

UGA-CL Chuck Liddell

UGA-RE Rashad Evans

UGA-AN Antonio Rodrigo Nogueira

UGA-TO Tito Ortiz

UGA-BL Brock Lesnar

UGA-DS Diego Sanchez

UGA-GSP Georges St-Pierre

UGA-KS Kimbo Slice

UGA-DC Dan "Punkass" Caldwell

UGA-TK Tim "Skycrape" Katz

UGA-AC Arianny Celeste

UGA-CP Chandella Powell


**Dual Autograph Fight Mat Relic Checklist**

2 fighter autographs and a piece of a mat on which they fought!



5050 Forrest Griffin – Tito Ortiz

5051 BJ Penn – Diego Sanchez

5052 Kenny Florian – Clay Guida

5053 Rashad Evans – Thiago Silva

5054 Nate Marquardt – Chael Sonnen

5055 Josh Koscheck – Anthony Johnson


**– Hobby Exclusive –**

**All Cards Serial #/25**


**Fight Mat Relic Card Checklist**

40 fighters with an actual piece of a mat from a highlighted UFC fight.



FM-AB Alan Belcher

FM-AS Alessio Sakara

FM-ASA Amir Sadollah

FM-ASI Anderson Silva

FM-AJ Anthony Johnson

FM-ARN Antonio Rogerio Nogueira

FM-BS Ben Saunders

FM-BP BJ Penn

FM-BS Brian Stann

FM-CS Chael Sonnen

FM-CU Nate Marquardt

FM-CK Cheick Kongo

FM-CL Chuck Liddell

FM-CG Clay Guida

FM-DM Demian Maia

FM-DS Diego Sanchez

FM-FG Forrest Griffin

FM-FM Frank Mir

FM-GS George Sotiropolous

FM-JE Jake Ellenberger

FM-JL Joe Lauzon

FM-JDS Junior dos Santons

FM-MC Mark Coleman

FM-MK Martin Kampmann

FM-MH Matt Hughes

FM-MR Mauricio Rua

FM-MG Melvin Guillard

FM-PD Paul Daley

FM-PT Paulo Thiago

FM-RC Randy Couture

FM-RE Rashad Evans

FM-SC Shane Carwin

FM-TO Tito Ortiz

FM-WS Wanderlei Silva

FM-DM Dan Miller

FM-JM Jim Miller

FM-EM Ed Herman

FM-GS Georges St-Pierre

FM-JK Josh Koscheck

FM-KF Kenny Florian

**Tale of the Tape Relic Checklist**

Featuring fight-used fist tape from 15 UFC fighters.



TT-RC Randy Couture

TT-NM Chael Sonnen

TT-MS Matt Serra

TT-MC Mark Coleman

TT-DM Demian Maia

TT-PT Paulo Thiago

TT-SB Stephan Bonnar

TT-KS Krzyzstof Soszynski

TT-WS Wanderlei Silva

TT-MB Michael Bisping

TT-MCC Mirko Cro Cop

TT-KJ Keith Jardine

TT-CD CB Dollaway

TT-RB Ryan Bader

TT-DM Dan Miller

**Ultimate Gear Relic Card Checklist**



**Gold Serial #/188**

**Onyx Serial #/88**

**Red Serial #/8**

**Diamond Serial #1/1**

#UGAS Anderson Silva

#UGAJ Anthony Johnson

#UGAN Antonio Rogerio Nogueira *

#UGAC Arianny Celeste

#UGBP BJ Penn

#UGBS Brendan Schaub

#UGBL Brock Lesnar

#UGCP Chandella Powell

#UGCT Chris Tuchscherer

#UGCL Chuck Liddell

#UGCG Clay Guida

#UGDH Dan Hardy

#UGDM Dan Miller

#UGDC Dan Caldwell

#UGDS Diego Sanchez

#UGFG Forrest Griffin

#UGFM Frank Mir

#UGFE Frankie Edgar

#UGGG Gabriel Gonzaga

#UGGSP Georges St-Pierre

#UGGM Gray Maynard

#UGJM Jim Miller#UGJF Jon Fitch

#UGJJ Jon Jones

#UGJDS Junior dos Santos

#UGKJ Keith Jardine

#UGKF Kenny Florian

#UGLM Lyoto Machida

#UGMH Matt Hamill

#UGMB Michael Bisping

#UGMS Mike Swick

#UGRC Randy Couture

#UGRE Rashad Evans EXCH

#UGRF Rich Franklin

#UGRG Royce Gracie

#UGSC Shane Carwin

#UGTA Thiago Alves

#UGTS Thiago Silva

#UGTK Tim Katz

#UGTO Tito Ortiz

#UGTD Todd Duffee

#UGTL Tom Lawlor

#UGVB Vitor Belfort

#UGWS Wanderlei Silva  *Corrected Versions Exist Via Exchange – Original Cards Misspell
Antonio 'Rodrigo' Nogueira


**More Cool Places To Find 2010 UFC Trading Card Information:**


2010 Topps UFC Knockout Edition


The Topps Blog


2010 Topps UFC Collectible Trading Cards

---

**Please Share This:**

◆   🐦   ◆   f   ◆   🖶   ◆

Posted by SportsCardRa
May 3, 2010 in Checkli

## More From Sports Card Radio

📄 2017 Topps Series 2 Baseball Checklist

📄 1999-00 Bowman's Best Basketball Checklist

📄 1995 Pacific Seattle Mariners Commemorative Set

📄 1999-00 Topps Gold Label Hockey Checklist

# Click Here to Leave a Comment Below

**Leave a Reply:**

Share your thoughts...

| Name | Email | Website |

SUBMIT

☐ **Notify me of follow-up comments by email.**

☐ **Notify me of new posts by email.**

❯ Home

❯ Baseball RC Checklists

❯ Basketball RC Checklists

❯ Football RC Checklists

❯ Baseball Card Checklists

❯ Basketball Card Checklists

❯ Football Card Checklists

❯ Hockey Card Checklists

Home  /  Latest Articles

© 2017 Sports Card Radio