# Exhibit 17

2013 Topps UFC Knockout Checklist,
Set Info, Boxes, Reviews and More





| Home | Products | Players | Baseball | Basketball | Football | Hockey | Non-Sports | Sell | Advertise | More |
|------|----------|---------|----------|------------|----------|--------|------------|------|-----------|------|

ALL SPORTS CARDS AND MEMORABILIA, 1800'S TO DATE ★ KEY ROOKIE CARDS, AUTOGRAPHS AND MEMORABILIA ★ COMPLETE SETS AND PARTIAL SETS ★ PSA GRADED CARDS ★ UNOPENED WAX BOXES AND CASES, AND MORE!

APBOOMBOX.COM
REPACK, REIMAGINED.

NEW! 30-Card Collector Set
1955-56 RI REDS
named "Greatest Minor League Season"
by SABR
$13 Free Shipping

.
Site Search

Home » Sports Card Sets » Other Card Sets » UFC Card Sets



# 2013 Topps UFC Knockout Trading Cards

**Brand:** Topps UFC

 Like 19   G+1 1   Tweet   Share

3

Hobby Boxes **best price** = **$229.95** [BUY NOW]

| Set Checklist | Product Details | Product Review |
|---------------|-----------------|----------------|

## 2013 Topps UFC Knockout Set Checklist

**Base Set Checklist**

Featuring 125 cards

PARALLEL CARDS (1 per pack): Gold #/188, Green #/88, Red #/8, Mat #/1, Printing Plates #/1

1 Ronda Rousey
2 Thiago Alves
3 Sara McMann
4 Wanderlei Silva
5 Benson Henderson
6 Stefan Struve
7 Gray Maynard
8 BJ Penn
9 Ryan Bader
10 Ivan Menjivar
11 Jake Shields
12 Jay Hieron
13 Ryan Jimmo
14 Nate Diaz
15 Brian Stann
16 Ricardo Lamas
17 Brad Pickett
18 Lyoto Machida
19 Rashad Evans
20 Constantinos Philippou
21 Antonio Rodrigo Nogueira
22 Nate Marquardt
23 Anthony Pettis
24 Nick Diaz

### Site Search

Custom Search [Search]


JOIN OUR EXCLUSIVE COMMUNITY TODAY!
The Clubhouse
EARLY NOTIFICATION ON BREAKS
BUY & SELL ALL SPORTS RELATED ITEMS
100% RELIABLE & REPUTABLE MEMBERS

**Shop for 2013 Topps UFC Knockout Hobby Boxes**



2013 Topps UFC Knockout Factory Sealed Hobby Box - 8 Hits Per Box.
**$229.95**

### Featured Partners


★ COMC.COM ★
The Safe & Easy Way to Buy & Sell Collectibles
SALE OF THE YEAR! NOV 25TH - NOV 30TH


KTA BREAKS SPORTS MEMORABILIA
Full Card Shop
Online Breaks!!!
$5 off First Break
Use Code: CCKTA1
www.ktauthentics.com
FANDUEL
Soccer contests are now LIVE

25 Jon Jones
26 James Te Huna
27 Diego Sanchez
28 Chad Mendes
29 Chris Weidman
30 Cub Swanson
31 Mark Hunt
32 Roy Nelson
33 Joseph Benavidez
34 Jorge Santiago
35 Chan Sung Jung
36 Anthony Njokuani
37 John Moraga
38 Glover Teixeira
39 Jose Aldo
40 Mauricio Rua
41 Fabricio Werdum
42 Max Holloway
43 Junior dos Santos
44 Donald Cerrone
45 Urijah Faber
46 Gunnar Nelson
47 Erick Silva
48 Renan Barao
49 Phil Davis
50 Michael McDonald
51 Dennis Siver
52 Jimi Manuwa
53 Tom Watson
54 George Sotiropoulos
55 Demetrious Johnson
56 Anderson Silva
57 Forrest Griffin
58 Michael Bisping
59 Jimy Hettes
60 Luke Rockhold
61 Ian McCall
62 Mark Munoz
63 Diego Brandao
64 Carlos Condit
65 Stipe Miocic
66 Robbie Peralta
67 Charles Oliveira
68 Chael Sonnen
69 Quinton Jackson
70 Frank Mir
71 Cung Le
72 Josh Koscheck
73 Brian Ebersole
74 Siyar Bahadurzada
75 Shane Carwin
76 Hector Lombard
77 Matt Hamill
78 Martin Kampmann
79 Francis Carmont
80 Ben Rothwell
81 Demian Maia
82 Jussier Formiga
83 Dan Hardy
84 Antonio Rogerio Nogueira
85 Yoshihiro Akiyama
86 Yushin Okami
87 Bryan Caraway





**Partners**

**The Cardboard Connection is Hiring!**



**Product Reviews**


2017 Topps WWE Road to WrestleMania Trading Cards


2016 Topps Heritage Minor League Baseball Cards - Mystery Redemptions Revealed


2017 Topps Series 1 Baseball Cards

2016 Topps Premier Gold Soccer Cards - Product Review & Hit Gallery Added

88 Miesha Tate
89 Daniel Cormier
90 Johny Hendricks
91 Rory MacDonald
92 Chris Cariaso
93 John Dodson
94 Khabib Nurmagomedov
95 Erik Koch
96 Dominick Cruz
97 Cain Velasquez
98 Frankie Edgar
99 Louis Gaudinot
100 Georges St-Pierre
101 Mike Easton
102 Clay Guida
103 Dan Henderson
104 Tim Boetsch
105 Jake Ellenberger
106 Stephen Thompson
107 Travis Browne
108 Eddie Wineland
109 Sarah Kaufman
110 Mike Pierce
111 Alexander Gustafsson
112 Vitor Belfort
113 Hatsu Hioki
114 Rich Franklin
115 Jon Fitch
116 Jim Miller
117 Alistair Overeem
118 Mike Swick
119 Matt Wiman
120 Vinny Magalhaes
121 Joe Lauzon
122 Marcus Brimage
123 Ross Pearson
124 Antonio Silva
125 Michael Johnson






2016 Bowman's Best Baseball Cards - Product Review and Hit Gallery Added



## Between Rounds Relics Set Checklist

Serial Numbered #/25

BRR-AC Arianny Celeste
BRR-BP Brittney Palmer



### Between Rounds Autograph Relics Set Checklist

Serial Numbered #/8

BRAR-AC Arianny Celeste
BRAR-BP Brittney Palmer



### Championship Belt Checklist

1 card. Numbered to 135.

PARALLEL CARDS: Autograph #/25

Ronda Rousey



### Dual Autographed Fight Mat Relics Set Checklist

Featuring 10 cards
Serial Numbered #/10

DAFM-DH Nate Diaz
DAFM-DH Benson Henderson
DAFM-EH Frankie Edgar
DAFM-EH Benson Henderson
DAFM-JM Demetrious Johnson
DAFM-JM Ian McCall
DAFM-KH Johny Hendricks
DAFM-KH Josh Koscheck
DAFM-LC Cung Le
DAFM-LC Patrick Cote
DAFM-MD Stipe Miocic
DAFM-MD Shane Del Rosario
DAFM-PG Anthony Pettis

DAFM-PG Clay Guida
DAFM-PP Jens Pulver
DAFM-PP BJ Penn
DAFM-RK Sarah Kaufman
DAFM-RK Ronda Rousey
DAFM-WM Nate Marquardt
DAFM-WM Tyron Woodley



## Fight Mat Relics Set Checklist

Featuring 27 cards
Serial Numbered #/288
PARALLEL CARDS: Green #/88, Red #/8, Mat #/1

FMR-AG Alexander Gustafsson
FMR-AS Anderson Silva
FMR-ASI Antonio Silva
FMR-BH Benson Henderson
FMR-BP BJ Penn
FMR-CL Cung Le
FMR-CM Chad Mendes
FMR-CV Cain Velasquez
FMR-CW Chris Weidman
FMR-DH Dan Hardy
FMR-FG Forrest Griffin
FMR-GM Gray Maynard
FMR-JD John Dodson
FMR-JDS Junior dos Santos
FMR-JE Jake Ellenberger
FMR-JL Joe Lauzon
FMR-JT James Te Huna
FMR-LM Lyoto Machida
FMR-MR Mauricio Rua
FMR-ND Nate Diaz
FMR-RM Rory MacDonald
FMR-RN Roy Nelson
FMR-SC Matt Mitrione
FMR-SS Stefan Struve
FMR-SST Sam Stout
FMR-TO Tito Ortiz
FMR-YO Yushin Okami



## Full-Contact Autographs Set Checklist

Featuring 20 silver ink autographed cards
Serial Numbered #/75

FC-AG Alexander Gustafsson
FC-AS Anderson Silva
FC-BH Benson Henderson
FC-BPA Brittney Palmer

FC-BS Brian Stann
FC-CS Chael Sonnen
FC-CSJ Chan Sung Jung
FC-DH Dan Hardy
FC-DJ Demetrious Johnson
FC-FE Frankie Edgar
FC-GS Georges St-Pierre
FC-HL Hector Lombard
FC-JJ Jon Jones
FC-MT Miesha Tate
FC-RR Ronda Rousey
FC-SB Siyar Bahadurzada
FC-SM Sara McMann
FC-TB Travis Browne
FC-UF Urijah Faber
FC-VM Vinny Magalhaes



## Knockout Relics Set Checklist

Featuring 30 fighters

Serial Numbered

KR-AN Antonio Rogerio Nogueira
KR-AO Alistair Overeem
KR-AP Anthony Pettis
KR-AS Anderson Silva
KR-BH Benson Henderson
KR-BS Brian Stann
KR-CC Carlos Condit
KR-CJ Chan Sung Jung
KR-CL Cung Le
KR-CS Chael Sonnen
KR-CV Cain Velasquez
KR-DJ Demetrious Johnson
KR-FE Frankie Edgar
KR-GM Gray Maynard
KR-GSP Georges St-Pierre
KR-HL Hector Lombard
KR-IM Ian McCall
KR-JB Joseph Benavidez
KR-JE Jake Ellenberger
KR-JJ Jon Jones
KR-JL Joe Lauzon
KR-LM Lyoto Machida
KR-MK Martin Kampmann
KR-MR Mauricio Rua
KR-MT Miesha Tate
KR-ND Nick Diaz
KR-PD Phil Davis
KR-RM Rory MacDonald
KR-SC Shane Carwin
KR-UF Urijah Faber



## Knockout Autographs Set Checklist

50 serial-numbered cards. **Click here for a complete look at the set including individual print runs and images.**

PARALLEL CARDS: Red Ink Nickname #/15, Red #/8, Mat #/1, Printing Plates #/1

KA-AG Alexander Gustafsson
KA-AN Anthony Njokuani
KA-AO Alistair Overeem
KA-AP Anthony Pettis
KA-ARN Antonio Rodrigo Nogueira
KA-AS Anderson Silva
KA-BC Bryan Caraway
KA-BE Brian Ebersole
KA-BH Benson Henderson
KA-BR Ben Rothwell
KA-BS Brian Stann
KA-CG Clay Guida
KA-CJ Chan Sung Jung
KA-CM Chad Mendes
KA-CS Chael Sonnen
KA-CV Cain Velasquez
KA-CW Chris Weidman
KA-DC Donald Cerrone
KA-DCO Daniel Cormier
KA-DCR Dominick Cruz
KA-DJ Demetrious Johnson
KA-FE Frankie Edgar
KA-FW Fabricio Werdum
KA-GSP Georges St-Pierre
KA-GT Glover Teixeira
KA-HH Hatsu Hioki
KA-HL Hector Lombard
KA-IM Ivan Menjivar
KA-JB Joseph Benavidez
KA-JD John Dodson
KA-JDS Junior dos Santos
KA-JH Johny Hendricks
KA-JJ Jon Jones
KA-LG Louis Gaudinot
KA-LR Luke Rockhold
KA-MT Miesha Tate
KA-PD Phil Davis
KA-RB Renan Barao
KA-RE Rashad Evans
KA-RJ Ryan Jimmo
KA-RM Rory MacDonald
KA-RR Ronda Rousey
KA-SB Siyar Bahadurzada
KA-SK Sarah Kaufman
KA-SM Stipe Miocic

KA-SMC Sara McMann
KA-TB Travis Browne
KA-TBO Tim Boetsch
KA-UF Urijah Faber
KA-VM Vinny Magalhaes



## Knockout Autographed Relics Set Checklist

Featuring 35 cards
Serial Numbered
PARALLEL CARDS: Red #/8, Mat #/1

KAR-AG Alexander Gustafsson
KAR-AO Alistair Overeem
KAR-AS Anderson Silva
KAR-BH Benson Henderson
KAR-BR Ben Rothwell
KAR-BS Brian Stann
KAR-CC Carlos Condit
KAR-CL Cung Le
KAR-CLE Chris Leben
KAR-DC Dominick Cruz
KAR-DJ Demetrious Johnson
KAR-FE Frankie Edgar
KAR-FM Frank Mir
KAR-FW Fabricio Werdum
KAR-GM Gilbert Melendez
KAR-GRM Gray Maynard
KAR-GS Georges St-Pierre
KAR-HH Hatsu Hioki
KAR-JD John Dodson
KAR-JE Jake Ellenberger
KAR-JJ Jon Jones
KAR-JM Jim Miller
KAR-JS Jorge Santiago
KAR-LG Louis Gaudinot
KAR-LM Lyoto Machida
KAR-MH Matt Hughes
KAR-MR Mauricio Rua
KAR-MT Miesha Tate
KAR-ND Nick Diaz
KAR-NDI Nate Diaz
KAR-PD Phil Davis
KAR-SB Siyar Bahadurzada
KAR-SS Sam Stout
KAR-TG Takanori Gomi
KAR-VM Vinny Magalhaes



## Memorable Match-Ups Dual Relic Set Checklist

Featuring 10 cards
Serial Numbered #/50

MMDR-CF Dominick Cruz
MMDR-EM Frankie Edgar
MMDR-HR Mauricio Rua
MMDR-LA Yoshihiro Akiyama
MMDR-LF Chuck Liddell
MMDR-LM Brock Lesnar
MMDR-MT Josh Thomson
MMDR-SS Anderson Silva
MMDR-STS Georges St-Pierre
MMDR-TR Miesha Tate



## Memorable Match-Ups Dual Autograph Set Checklist

Featuring 10 cards
Serial Numbered #/10

MMDA-CF Urijah Faber
MMDA-CF Dominick Cruz
MMDA-DV Cain Velsaquez
MMDA-DV Junior dos Santos
MMDA-EM Frankie Edgar
MMDA-EM Gray Maynard
MMDA-LA Yoshihiro Akiyama
MMDA-LA Chris Leben
MMDA-LF Rich Franklin
MMDA-LF Chuck Liddell
MMDA-LM Frank Mir
MMDA-LM Brock Lesnar
MMDA-MT Josh Thomson
MMDA-MT Gilbert Melendez
MMDA-SS Anderson Silva
MMDA-SS Chael Sonnen
MMDA-STS Georges St-Pierre
MMDA-STS Jake Shields
MMDA-TR Ronda Rousey
MMDA-TR Miesha Tate



### Memorable Match-Ups Dual Autograph Jumbo Relic Book Set Checklist

Featuring 10 cards
Serial Numbered #/5

MMDAR-CF Dominick Cruz
MMDAR-CF Urijah Faber
MMDAR-EM Gray Maynard
MMDAR-EM Frankie Edgar
MMDAR-HR Dan Henderson
MMDAR-HR Mauricio Rua
MMDAR-LA Chris Leben
MMDAR-LA Yoshihiro Akiyama
MMDAR-LF Chuck Liddell
MMDAR-LF Rich Franklin
MMDAR-LM Brock Lesnar
MMDAR-LM Frank Mir
MMDAR-MT Gilbert Melendez
MMDAR-MT Josh Thomson
MMDAR-SS Anderson Silva
MMDAR-SS Chael Sonnen
MMDAR-STS Georges St-Pierre
MMDAR-STS Jake Shields
MMDAR-TR Miesha Tate
MMDAR-TR Ronda Rousey



### Notable Nickname Autographs Set Checklist

Featuring 20 cards
Serial Numbered #/25

NN-AB Alan Belcher
NN-AP Anthony Pettis
NN-AS Antonio Silva
NN-ASA Alessio Sakara
NN-BE Brian Ebersole
NN-BH Benson Henderson
NN-CJ Chan Sung Jung
NN-DC Dominick Cruz

NN-IM Ian McCall
NN-JE Jake Ellenberger
NN-JH Johny Hendricks
NN-JHE Jimy Hettes
NN-JJ Jon Jones
NN-JT Josh Thomson
NN-LM Lyoto Machida
NN-MR Mauricio Rua
NN-RR Ronda Rousey
NN-TF Tony Ferguson
NN-YA Yoshihiro Akiyama
NN-YO Yushin Okami



## Premium Pieces Relics Set Checklist

Featuring 30 cards
Serial Numbered #/88

PPR-AS Anderson Silva
PPR-BE Brian Ebersole
PPR-BP Brad Pickett
PPR-BS Brian Stann
PPR-CJ Chan Sung Jung
PPR-CW Chris Weidman
PPR-DC Donald Cerrone
PPR-DCR Dominick Cruz
PPR-DJ Demetrious Johnson
PPR-FE Frankie Edgar
PPR-GM Gilbert Melendez
PPR-GRM Gray Maynard
PPR-HL Hector Lombard
PPR-IM Ivan Menjivar
PPR-JE Jake Ellenberger
PPR-JH Johny Hendricks
PPR-JL Joe Lauzon
PPR-LG Louis Gaudinot
PPR-MH Matt Hamill
PPR-MHU Matt Hughes
PPR-MT Miesha Tate
PPR-ND Nick Diaz
PPR-NDI Nate Diaz
PPR-RC Randy Couture
PPR-SB Siyar Bahadurzada
PPR-SC Shane Carwin
PPR-SK Sarah Kaufman
PPR-SM Stipe Miocic
PPR-SS Sam Stout
PPR-UF Urijah Faber



## Premium Pieces Autographs Set Checklist

Featuring 30 cards

Serial Numbered #/50

APP-AS Anderson Silva
APP-BE Brian Ebersole
APP-BP Brad Pickett
APP-BS Brian Stann
APP-CJ Chan Sung Jung
APP-DC Donald Cerrone
APP-DCR Dominick Cruz
APP-DJ Demetrious Johnson
APP-FE Frankie Edgar
APP-GM Gilbert Melendez
APP-GRM Gray Maynard
APP-HL Hector Lombard
APP-IM Ivan Menjivar
APP-JE Jake Ellenberger
APP-JH Johny Hendricks
APP-JS Jorge Santiago
APP-LG Louis Gaudinot
APP-MHU Matt Hughes
APP-MT Miesha Tate
APP-ND Nick Diaz
APP-NDI Nate Diaz
APP-PD Phil Davis
APP-RC Randy Couture
APP-SB Siyar Bahadurzada
APP-SC Shane Carwin
APP-SK Sarah Kaufman
APP-SM Stipe Miocic
APP-SS Sam Stout
APP-TG Takanori Gomi
APP-UF Urijah Faber



## Sicksigs Autograph Book Card Set Checklist

Featuring 6 fighters with their autographs on 6 different cards

Serial Numbered #/5

SSA-DEGBPF Tony Ferguson
SSA-DEGBPF Ross Pearson
SSA-DEGBPF Diego Sanchez
SSA-DEGBPF Forrest Griffin
SSA-DEGBPF Nate Diaz
SSA-DEGBPF Rashad Evans
SSA-DNMDNM Nate Diaz
SSA-DNMDNM Antonio Rogerio Nogueira
SSA-DNMDNM Antonio Rodrigo Nogueira

SSA-DNMDNM Nick Diaz
SSA-DNMDNM Jim Miller
SSA-DNMDNM Dan Miller
SSA-GSCCLH Matt Hughes
SSA-GSCCLH Chuck Liddell
SSA-GSCCLH Royce Gracie
SSA-GSCCLH Randy Couture
SSA-GSCCLH Mark Coleman
SSA-GSCCLH Dan Severn
SSA-OEBGBS Gesias Cavalcante
SSA-OEBGBS Siyar Bahadurzada
SSA-OEBGBS Jorge Santiago
SSA-OEBGBS Melvin Guillard
SSA-OEBGBS Rashad Evans
SSA-OEBGBS Alistair Overeem
SSA-PHSFCC Rich Franklin
SSA-PHSFCC Georges St-Pierre
SSA-PHSFCC Shane Carwin
SSA-PHSFCC Randy Couture
SSA-PHSFCC Matt Hughes
SSA-PHSFCC BJ Penn
SSA-RMHCCL Hector Lombard
SSA-RMHCCL Sara McMann
SSA-RMHCCL Daniel Cormier
SSA-RMHCCL Mark Coleman
SSA-RMHCCL Ronda Rousey
SSA-RMHCCL Dan Henderson



### Three of a Kind Triple Autographs Set Checklist

Featuring 10 cards
Serial Numbered #/10

TKA-BES Siyar Bahadurzada
TKA-BES Alistair Overeem
TKA-BES Rashad Evans
TKA-BHM Alan Belcher
TKA-BHM Dan Hardy
TKA-BHM Matt Mitrione
TKA-BWG Stephan Bonnar
TKA-BWG Dana White
TKA-BWG Forrest Griffin
TKA-CMR Gray Maynard
TKA-CMR Daniel Cormier
TKA-CMR Luke Rockhold
TKA-CPL Rachelle Leah
TKA-CPL Brittney Palmer
TKA-CPL Arianny Celeste
TKA-HDK Martin Kampmann
TKA-HDK Nick Diaz
TKA-HDK Johny Hendricks
TKA-JGC Jon Jones
TKA-JGC Clay Guida
TKA-JGC Carlos Condit

TKA-JTG Alexander Gustafsson
TKA-JTG Glover Teixeira
TKA-JTG Ryan Jimmo
TKA-MEJ Chan Sung Jung
TKA-MEJ Chad Mendes
TKA-MEJ Frankie Edgar
TKA-RKT Sarah Kaufman
TKA-RKT Ronda Rousey
TKA-RKT Miesha Tate



## Triple Threads Relics Set Checklist

Featuring 49 cards
Serial Numbered #/36
PARALLEL CARDS: Sepia #/27, Emerald #/18, Gold #/9, Sapphire #/3, Platinum #/1

TTR-AO1 Alistair Overeem
TTR-AO2 Alistair Overeem
TTR-AP1 Anthony Pettis
TTR-AP2 Anthony Pettis
TTR-AS1 Anderson Silva
TTR-AS2 Anderson Silva
TTR-AS2 Anderson Silva
TTR-BP1 Brad Pickett
TTR-BP2 Brad Pickett
TTR-BPA1 Brittney Palmer
TTR-BPA2 Brittney Palmer
TTR-BS1 Brian Stann
TTR-BS2 Brian Stann
TTR-CJ1 Chan Sung Jung
TTR-CJ2 Chan Sung Jung
TTR-CV1 Cain Velasquez
TTR-CV2 Cain Velasquez
TTR-DC1 Daniel Cormier
TTR-DC2 Daniel Cormier
TTR-DJ1 Demetrious Johnson
TTR-DJ2 Demetrious Johnson
TTR-GS1 Georges St-Pierre
TTR-GS2 Georges St-Pierre
TTR-HL1 Hector Lombard
TTR-HL2 Hector Lombard
TTR-IM1 Ian McCall
TTR-IM2 Ian McCall
TTR-JE1 Jake Ellenberger
TTR-JE2 Jake Ellenberger
TTR-LR1 Luke Rockhold
TTR-LR2 Luke Rockhold
TTR-MR1 Mauricio Rua
TTR-MR2 Mauricio Rua
TTR-ND1 Nick Diaz
TTR-ND2 Nick Diaz

TTR-NDI1 Nate Diaz
TTR-NDI2 Nate Diaz
TTR-RF1 Rich Franklin
TTR-RF2 Rich Franklin
TTR-RR1 Ronda Rousey
TTR-RR2 Ronda Rousey
TTR-SB1 Siyar Bahadurzada
TTR-SB2 Siyar Bahadurzada
TTR-SC1 Shane Carwin
TTR-SC2 Shane Carwin
TTR-SS1 Sam Stout
TTR-SS2 Sam Stout
TTR-UF1 Urijah Faber
TTR-UF2 Urijah Faber



## Triple Threads Autograph Relics Set Checklist

Featuring 24 autographed cards with 3 relics
Serial Numbered #/18
PARALLEL CARDS: Gold #/9, Sapphire #/3, Platinum #/1, Leather #/1, "White Whale" Printing Plates #/1

TTAR-AO Alistair Overeem
TTAR-AP Anthony Pettis
TTAR-AS Anderson Silva
TTAR-BP Brad Pickett
TTAR-BPA Brittney Palmer
TTAR-BS Brian Stann
TTAR-CJ Chan Sung Jung
TTAR-CV Cain Velasquez
TTAR-DC Daniel Cormier
TTAR-DJ Demetrious Johnson
TTAR-GS Georges St-Pierre
TTAR-HL Hector Lombard
TTAR-IM Ian McCall
TTAR-JE Jake Ellenberger
TTAR-LR Luke Rockhold
TTAR-MR Mauricio Rua
TTAR-ND Nick Diaz
TTAR-NDI Nate Diaz
TTAR-RF Rich Franklin
TTAR-RR Ronda Rousey
TTAR-SB Siyar Bahadurzada
TTAR-SC Shane Carwin
TTAR-SS Sam Stout
TTAR-UF Urijah Faber



## Triple Threads Combo Relics Set Checklist

Featuring 12 cards with 3 subjects and 3 relics
Serial Numbered #/36
PARALLEL CARDS: Sepia #/27, Emerald #/18, Gold #/9, Sapphire #/3, Platinum #/1

TTRC-BLO Pat Barry
TTRC-BLO Alistair Overeem
TTRC-BLO Cung Le
TTRC-CPL Arianny Celeste
TTRC-CPL Brittney Palmer
TTRC-CPL Rachelle Leah
TTRC-CVP Brandon Vera
TTRC-CVP Dominick Cruz
TTRC-CVP Ross Pearson
TTRC-FBM Tony Ferguson
TTRC-FBM Jonathan Brookins
TTRC-FBM Court McGee
TTRC-FRC Don Frye
TTRC-FRC Bas Rutten
TTRC-FRC Mark Coleman
TTRC-LMT Chuck Liddell
TTRC-LMT Glover Teixeira
TTRC-LMT Court McGee
TTRC-MCR Nate Marquardt
TTRC-MCR Daniel Cormier
TTRC-MCR Luke Rockhold
TTRC-MGD Louis Gaudinot
TTRC-MGD John Dodson
TTRC-MGD Ian McCall
TTRC-MTW Michael McDonald
TTRC-MTW Glover Teixeira
TTRC-MTW Chris Weidman
TTRC-RMR Luke Rockhold
TTRC-RMR Gilbert Melendez
TTRC-RMR Ronda Rousey
TTRC-SSJ Georges St-Pierre
TTRC-SSJ Jon Jones
TTRC-SSJ Anderson Silva
TTRC-TRK Ronda Rousey
TTRC-TRK Miesha Tate
TTRC-TRK Sarah Kaufman



### Triple Threads Relic Double Combos Book Set Checklist

Featuring 8 cards with 6 subjects and 6 relics
Serial Numbered #/36
PARALLEL CARDS: Sepia #/27, Emerald #/18, Gold #/9, Sapphire #/3, Platinum #/1

TTRDC-AHSSJD Georges St-Pierre
TTRDC-AHSSJD Benson Henderson
TTRDC-AHSSJD Anderson Silva
TTRDC-AHSSJD Jon Jones
TTRDC-AHSSJD Cain Velasquez
TTRDC-AHSSJD Jose Aldo
TTRDC-COSSGL Forrest Griffin
TTRDC-COSSGL Cung Le
TTRDC-COSSGL Tito Ortiz
TTRDC-COSSGL Patrick Cote
TTRDC-COSSGL Chael Sonnen
TTRDC-COSSGL nderson Silva
TTRDC-HAOJGL Chang Sung Jung
TTRDC-HAOJGL Yoshihiro Akiyama

TTRDC-HAOJGL Takanori Gomi
TTRDC-HAOJGL Cung Le
TTRDC-HAOJGL Hatsu Hioki
TTRDC-HAOJGL Yushin Okami
TTRDC-HLOCSC Chuck Liddell
TTRDC-HLOCSC Tito Ortiz
TTRDC-HLOCSC Matt Hughes
TTRDC-HLOCSC Mark Coleman
TTRDC-HLOCSC Randy Couture
TTRDC-HLOCSC Dan Severn
TTRDC-MSNDSH Anderson Silva
TTRDC-MSNDSH Nick Diaz
TTRDC-MSNDSH Benson Henderson
TTRDC-MSNDSH Antonio Rogerio Nogueira
TTRDC-MSNDSH Georges St-Pierre
TTRDC-MSNDSH Lyoto Machida
TTRDC-OSCVSC Alistair Overeem
TTRDC-OSCVSC Daniel Cormier
TTRDC-OSCVSC Stefan Struve
TTRDC-OSCVSC Shane Carwin
TTRDC-OSCVSC Cain Velasquez
TTRDC-OSCVSC Antonio Silva
TTRDC-RHLCCM Daniel Cormier
TTRDC-RHLCCM Hector Lombard
TTRDC-RHLCCM Sara McMann
TTRDC-RHLCCM Mark Coleman
TTRDC-RHLCCM Ronda Rousey
TTRDC-RHLCCM Dan Henderson
TTRDC-RMDDS Gilbert Melendez
TTRDC-RMDDS Nate Diaz
TTRDC-RMDDS Nick Diaz
TTRDC-RMDDS Cody McKenzie
TTRDC-RMDDS Jake Shields
TTRDC-RMDDS Ronda Rousey

## Triple Threads Glove Patch Book Set Checklist

Featuring 30 cards
Serial Numbered 1/1

TTG-AB Alan Belcher
TTG-AN Anthony Njokuani
TTG-AS Antonio Silva
TTG-ASA Alessio Sakara
TTG-BE Brian Ebersole
TTG-BH Benson Henderson
TTG-BP Brad Pickett
TTG-BR Ben Rothwell
TTG-BS Brian Stann
TTG-CJ Chan Sung Jung
TTG-CM Chad Mendes
TTG-CS Chael Sonnen
TTG-DC Dominick Cruz
TTG-DP Dustin Poirier
TTG-GS Georges St-Pierre
TTG-HL Hector Lombard
TTG-IM Ivan Menjivar
TTG-IMC Ian McCall
TTG-JM Jim Miller
TTG-LG Louis Gaudinot
TTG-ND Nick Diaz
TTG-NDI Nate Diaz
TTG-RC Randy Couture
TTG-RP Ross Pearson
TTG-SB Siyar Bahadurzada

TTG-SJ Scott Jorgensen
TTG-SS Sam Stout
TTG-TF Tony Ferguson
TTG-UF Urijah Faber
TTG-WS Wanderlei Silva



**Triple Threads Autograph Glove Swatch Book Card Set Checklist**

Featuring 30 fighters
Serial Numbered 1/1

TTAG-AB Alan Belcher
TTAG-AN Anthony Njokuani
TTAG-AS Antonio Silva
TTAG-ASA Alessio Sakara
TTAG-BE Brian Ebersole
TTAG-BH Benson Henderson
TTAG-BP Brad Pickett
TTAG-BR Ben Rothwell
TTAG-BS Brian Stann
TTAG-CJ Chan Sung Jung
TTAG-CM Chad Mendes
TTAG-CS Chael Sonnen
TTAG-DC Dominick Cruz
TTAG-DP Dustin Poirier
TTAG-GSP Georges St-Pierre
TTAG-HL Hector Lombard
TTAG-IM Ivan Menjivar
TTAG-IMC Ian McCall
TTAG-JM Jim Miller
TTAG-LG Louis Gaudinot
TTAG-ND Nick Diaz
TTAG-NDI Nate Diaz
TTAG-RC Randy Couture
TTAG-RP Ross Pearson
TTAG-SB Siyar Bahadurzada
TTAG-SJ Scott Jorgensen
TTAG-SS Sam Stout
TTAG-TF Tony Ferguson
TTAG-UF Urijah Faber
TTAG-WS Wanderlei Silva



**UFC @utographs Set Checklist**

Featuring 20 cards including autographs and Twitter handles

Serial Numbed #/25

U@-AG Alexander Gustafsson
U@-AS Anderson Silva
U@-BH Benson Henderson
U@-BPA Brittney Palmer
U@-BS Brian Stann
U@-CS Chael Sonnen
U@-CSJ Chan Sung Jung
U@-DH Dan Hardy
U@-DJ Demetrious Johnson
U@-DW Dana White
U@-FE Frankie Edgar
U@-GSP Georges St-Pierre
U@-HL Hector Lombard
U@-JJ Jon Jones
U@-MT Miesha Tate
U@-RR Ronda Rousey
U@-SB Siyar Bahadurzada
U@-SM Sara McMann
U@-UF Urijah Faber
U@-VM Vinny Magalhaes



## Ultimate Knockouts Set Checklist

Featuring 25 cards

1 per box

PARALLEL CARDS: Green #/88, Red #/8, Mat #/1, Printing Plates #/1

UKO-1 Gabriel Gonzaga
UKO-2 Lyoto Machida
UKO-3 Dan Henderson
UKO-4 Junior dos Santos
UKO-5 Anderson Silva
UKO-6 Mauricio Rua
UKO-7 Chris Leben
UKO-8 Rashad Evans
UKO-9 Lyoto Machida
UKO-10 Mike Russow
UKO-11 Cheick Kongo
UKO-12 Ryan Jimmo
UKO-13 Frankie Edgar
UKO-14 Jon Jones
UKO-15 Joe Lauzon
UKO-16 Quinton Jackson
UKO-17 Duane Ludwig
UKO-18 Anderson Silva
UKO-19 Johny Hendricks
UKO-20 BJ Penn
UKO-21 Matt Serra
UKO-22 Quinton Jackson
UKO-23 Nate Quarry
UKO-24 Vitor Belfort
UKO-25 Chuck Liddell



### Ultimate Knockout Relics Set Checklist

Featuring 10 cards
Serial Numbered #/25

UKR-AS Anderson Silva
UKR-CL Chuck Liddell
UKR-DL Duane Ludwig
UKR-FE Frankie Edgar
UKR-GG Gabriel Gonzaga
UKR-JH Johny Hendricks
UKR-JJ Jon Jones
UKR-LM Lyoto Machida
UKR-NQ Nate Quarry
UKR-RE Rashad Evans



### Ultimate Knockouts Autographs Set Checklist

Featuring 10 cards
Serial Numbered #/25

UKA-AS Anderson Silva
UKA-CL Chuck Liddell
UKA-DL Duane Ludwig
UKA-FE Frankie Edgar
UKA-GG Gabriel Gonzaga
UKA-JH Johny Hendricks
UKA-JJ Jon Jones
UKA-LM Lyoto Machida
UKA-LM2 Lyoto Machida
UKA-MR Mauricio Rua



### Ultimate Knockouts Autograph Relics Set Checklist

Featuring 5 cards
Serial Numbered #/10

UKAR-BP BJ Penn
UKAR-CL Chuck Liddell
UKAR-CLE Chris Leben
UKAR-LM Lyoto Machida
UKAR-MR Mauricio Rua



## Fist-Ograph Box Topper Set Checklist

Featuring 24 cards

FG-BC Bryan Caraway
FG-BR Ben Rothwell
FG-BS Brian Stann
FG-CV Cain Velasquez
FG-CW Chris Weidman
FG-DJ Demetrious Johnson
FG-FW Fabricio Werdum
FG-GSP Georges St-Pierre
FG-GT Glover Teixeira
FG-HH Hatsu Hioki
FG-HL Hector Lombard
FG-IM Ivan Menjivar
FG-JDS Junior dos Santos
FG-JJ Jon Jones
FG-LG Louis Gaudinot
FG-MT Miesha Tate
FG-RE Rashad Evans
FG-RJ Ryan Jimmo
FG-RM Rory MacDonald
FG-RR Ronda Rousey
FG-SB Siyar Bahadurzada
FG-SK Sarah Kaufman
FG-SM Stipe Miocic
FG-TB Tim Boetsch



## Autographed Glove Redemption Set Checklist

Featuring 30 cards

AG-AB Alan Belcher
AG-AN Anthony Njokuani
AG-AS Antonio Silva
AG-ASA Alessio Sakara
AG-BE Brian Ebersole
AG-BH Benson Henderson
AG-BP Brad Pickett
AG-BR Ben Rothwell
AG-BS Brian Stann
AG-CJ Chan Sung Jung
AG-CM Chad Mendes
AG-CS Chael Sonnen
AG-DC Dominick Cruz
AG-DL Duane Ludwig
AG-DP Dustin Poirier

AG-GSP Georges St-Pierre

AG-HL Hector Lombard

AG-IM Ivan Menjivar

AG-JM Jim Miller

AG-LG Louis Gaudinot

AG-ND Nick Diaz

AG-NDI Nate Diaz

AG-RC Randy Couture

AG-RP Ross Pearson

AG-SB Siyar Bahadurzada

AG-SD Shane Del Rosario

AG-SS Sam Stout

AG-TF Tony Ferguson

AG-UF Urijah Faber

AG-WS Wanderlei Silva

**Ryan Cracknell** | **E-Mail Author**

**Ryan is a former member of The Cardboard Connection Writing Staff.** His collecting origins began with winter bike rides to the corner store, tossing a couple of quarters onto the counter and peddling home with a couple packs of O-Pee-Chee hockey in his pocket. Today, he continues to build sets, go after inserts with cool technologies, chase Montreal Expos and finish off his John Jaha master collection.

## User Reviews

*Hymie* | May 4, 2013 | Reply



Good lucking find anything mint because most of the corners will be dinged, AS USUAL w/Topps.

*Leland Page* | May 27, 2013 | Reply



This product is loaded with sweet hits! I got a triple threads hot box and a couple sweet autos. The only downside is many of the cards are dinged up.

*Tony* | Jun 13, 2013 | Reply



Sweet product indeed. There is at least 1 good hit in every Hobby Box of 8 packs. Ronda Rousey Triple auto. Sam Stout 1/1. St-Pierre Mem #'d to 9. 2 Anderson Silva autos. I've pulled those and many others.

*michael* | Aug 12, 2013 | Reply



I got an Ultimate Knockout black printing plate of BJ Pen UKO-20 1/1 :D thanks a lot Topps !

*Mike Smeth* | Aug 12, 2013 | Reply



michael » Congrats on the nice pull. 2013 Topps UFC Knockout has probably been my favorite product of the year thus far. Or at least it's close to the top.

*kooljazz1966* | Aug 27, 2013 | Reply



Great Checklist.

Gotta love on card autos

The Triple thread Relics look killer!

*Jman* | Sep 11, 2013 | Reply



I love it. Got my Ronda champion auto and GSP twitter auto in one box!!

## Review This Product

Name (required)

Mail (will not be published) (required)

Website

Rate this product from 1 to 5 stars using the following rating scale:

**Overall Rating**

> **1 Star - Avoid this product like the plague**
> **2 Stars - Below Average Product**
> **3 Stars - Average Product**
> **4 Stars - Excellent Product**
> **5 Stars - Incredible Product**

Please explain your rating below.

Submit

---

© Copyright 2008-2015 The Cardboard Connection. All Rights Reserved