# Exhibit 19

PLACEHOLDER