# Exhibit 20

Quarry--Nate Quarry Pictures and Photos _ Getty Images

| Filter and sort | nate quarry | Editorial |

All | News | Sports | Entertainment | Archival






(103) Editorial Images

Photography ✕    Clear filters



UFC Fight Night 11
By: Josh Hedges/Zuffa LLC
People: Nate Quarry, Pete Sell

View similar images →





gettyimages











gettyimages











