# Exhibit 21

Quarry--Getty Images Price

# Price a rights-managed image

The licence details are shown below. To change any of your selections, click on Edit next to the section you want to change. To discard your selections and choose all new ones, click onStart again.

Getty Images ®

## License summary

A flat-fee discount has been applied. Modifying any license details other than the start date or industry will remove this discount.
The rate has been adjusted to your pricing.

## 1. Image usage

Use:

Digital Media

?

Format:

○ Digital Advertisement
Advertisement within an application, website, game or other software. Includes banner ads, over-page, in-page or web video advertisements. Use of advertisement on social media platforms requires purchase of separate "Web-Social Media" licence.

● Corporate and promotional site
Commercial or promotional use on a website, including as a design element on a corporate website or in branding/profile designs on Social Media. (Does not include paid advertising; for example, ""Web – advertisement."")

○ Email Marketing
A brochure distributed only via electronic means such as a download from a website or emailed upon request to customers and promotional email sent directly to individuals. Use of brochure on social media platforms requires purchase of separate "Web-Social Media" licence.

○ OEM Product
Loaded or streaming content on device. Does not include in-context advertising of device with image displayed.

○ Commercial Blog
Use in an editorial-style article on a corporate website or blog. Coverage includes the right to archive the image in context of the original scope of use for up to 5 years.

○ Social Media
One-time use on any number of social media platforms. Circulation based on total number of followers across all platforms. Perpetual archival rights in original context included. (Does not include profile/cover photo designs; see "Corporate and Promotional Site". Does not include use on digital distribution channels like YouTube or Vimeo; see "Film, video and TV Programmes" for "Web" distribution.)

○ App
Use within any application designed for either promotional or retail purposes (Does not include use within paid advertising space)

?

**CONTINUE TO NEXT STEP**

| | |
|---|---|
| Editorial image #: | 102526013 |
| Use: | Digital Media |
| Format: | Corporate and promotional site |
| This use covers: | Commercial or promotional use on a website, including as a design element on a corporate website or in branding/profile designs on Social Media. (Does not include paid advertising; for example, ""Web – advertisement."") |

Do you want to license this image for multiple uses?
Call or email to ask about: Digital pack: web, mobile, interactive

## 2. Usage specs
Edit

Size:

Medium resolution - Up to 300 x 250 pixels

?

Placement:

Home page

?

Start date:

22/03/2017

?

Duration:

Up to 2 years

?

CONTINUE TO NEXT STEP

Size: Medium resolution - Up to 300 x 250 pixels
Placement: Home page
Start date: 22 Mar 2017
Duration: Up to 2 years

## 3. Target market

Edit

Territory: Select all Clear

- ☑ United States
- ☐ Afghanistan
- ☐ Åland Islands
- ☐ Albania
- ☐ Algeria
- ☐ American Samoa
- ☐ Andorra
- ☐ Antarctica
- ☐ Australia
- ☐ Austria
- ☐ Bahrain
- ☐ Bangladesh
- ☐ Belgium
- ☐ Bhutan
- ☐ BR Indian Ocean Terr
- ☐ Brunei Darussalam
- ☐ Cambodia
- ☐ Canada
- ☐ Christmas Island
- ☐ Cocos (Keeling) Islands
- ☐ Cook Islands
- ☐ Denmark
- ☐ East Timor
- ☐ Egypt
- ☐ Estonia
- ☐ Fiji
- ☐ Finland
- ☐ FR Southern Terr
- ☐ France
- ☐ France - Reunion
- ☐ French Polynesia
- ☐ Germany
- ☐ Gibraltar
- ☐ Guernsey
- ☐ Heard & Mc Donald

- [ ] Hong Kong
- [ ] India
- [ ] Indonesia
- [ ] Ireland
- [ ] Isle of Man
- [ ] Italy
- [ ] Japan
- [ ] Jersey
- [ ] Jordan
- [ ] Kiribati
- [ ] Kuwait
- [ ] Kyrgyzstan
- [ ] Lao PDR
- [ ] Latvia
- [ ] Lebanon
- [ ] Liechtenstein
- [ ] Lithuania
- [ ] Luxembourg
- [ ] Macau
- [ ] Malaysia
- [ ] Maldives
- [ ] Marshall Islands
- [ ] Micronesia
- [ ] Monaco
- [ ] Morocco
- [ ] Nauru
- [ ] Nepal
- [ ] Netherlands
- [ ] New Caledonia
- [ ] New Zealand
- [ ] Niue
- [ ] Norfolk Island
- [ ] Northern Mariana Islands
- [ ] Norway
- [ ] Oman
- [ ] Pakistan
- [ ] Palau
- [ ] Papua New Guinea
- [ ] Philippines
- [ ] Pitcairn
- [ ] Portugal
- [ ] Qatar
- [ ] Saint Helena
- [ ] Saint Pierre and Miquelon
- [ ] Samoa
- [ ] Saudi Arabia
- [ ] Singapore
- [ ] Solomon Islands
- [ ] Spain
- [ ] Sri Lanka
- [ ] Svalbard and Jan Mayen

- ☐ Sweden
- ☐ Switzerland
- ☐ Taiwan
- ☐ Tajikistan
- ☐ Thailand
- ☐ Tokelau
- ☐ Tonga
- ☐ Tunisia
- ☐ Tuvalu
- ☐ United Arab Emirates
- ☐ United Kingdom
- ☐ US Outlying Islands
- ☐ Vanuatu
- ☐ Viet Nam
- ☐ Wallis and Futuna
- ☐ Yemen

?

Industry:

Arts & Entertainment

?

**GET PRICE**

Territory: United States
Industry: Arts & Entertainment

**START OVER**

## Item

Editorial image #:102526013

### $1,805.00 USD
Item added to cart

**UPDATE CART**

Taxes not applied

Live chat
## Questions?
For help with licensing an image for multiple uses, exclusivity, bulk pricing, or other products and services, contact us by email, online or phone.

Contact us

?

Learn more about licensing

2017年 三月
| 一 | 二 | 三 | 四 | 五 | 六 | 日 |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

下月>

2017年 四月
| 一 | 二 | 三 | 四 | 五 | 六 | 日 |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

今天

關閉