# Exhibit 23

LEPLAINTIFFS-0009472

**Nathan Quarry**
4211 Woodside Circle
Lake Oswego, OR 97035

**UFC** ULTIMATE FIGHTING CHAMPIONSHIP

Licensee: Zuffa, LLC
Contract Reference: Merchandise Rights Agreement
Statement Date: December 31, 2013

| Report Period | Zuffa Gross Revenue Received - 10% | | | Zuffa Gross Royalty Revenue Received - 20% | | | Royalty Grand Total |
|---|---|---|---|---|---|---|---|
| | Revenue | Fighter Royalty Rate | Total | Revenue | Fighter Royalty Rate | Total | |
| 1ST QUARTER 2008 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 2ND QUARTER 2008 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 3RD QUARTER 2008 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 4TH QUARTER 2008 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 1ST QUARTER 2009 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 2ND QUARTER 2009 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 3RD QUARTER 2009 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 4TH QUARTER 2009 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 1ST QUARTER 2010 | $ 1.33 | 10% | $ 0.13 | $ 98.68 | 20% | $ 19.74 | $ 19.87 |
| 2ND QUARTER 2010 | $ 4.18 | 10% | $ 0.42 | $ (0.91) | 20% | $ (0.18) | $ 0.24 |
| 3RD QUARTER 2010 | $ 1.89 | 10% | $ 0.19 | $ 34.14 | 20% | $ 6.83 | $ 7.02 |
| 4TH QUARTER 2010 | $ 0.79 | 10% | $ 0.08 | $ (3.25) | 20% | $ (0.65) | $ (0.57) |
| 1ST QUARTER 2011 | $ 1.26 | 10% | $ 0.13 | $ (9.71) | 20% | $ (1.94) | $ (1.82) |
| 2ND QUARTER 2011 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 3RD QUARTER 2011 | $ - | 10% | $ - | $ (2.50) | 20% | $ (0.50) | $ (0.50) |
| 4TH QUARTER 2011 | $ - | 10% | $ - | $ (0.12) | 20% | $ (0.02) | $ (0.02) |
| 1ST QUARTER 2012 | $ - | 10% | $ - | $ (0.14) | 20% | $ (0.03) | $ (0.03) |
| 2ND QUARTER 2012 | $ - | 10% | $ - | $ (0.43) | 20% | $ (0.09) | $ (0.09) |
| 3RD QUARTER 2012 | $ - | 10% | $ - | $ 1.20 | 20% | $ 0.24 | $ 0.24 |
| 4TH QUARTER 2012 | $ - | 10% | $ - | $ 25.00 | 20% | $ 5.00 | $ 5.00 |
| 1ST QUARTER 2013 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 2ND QUARTER 2013 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 3RD QUARTER 2013 | $ - | 10% | $ - | $ 50.00 | 20% | $ 10.00 | $ 10.00 |
| 4TH QUARTER 2013 | $ 0.77 | 10% | $ 0.08 | $ - | 20% | $ - | $ 0.08 |
| TOTALS = | $ 10.22 | | $ 1.02 | $ 191.96 | | $ 38.39 | $ 39.41 |

**ZUFFA**

**PAYMENT SCHEDULE:**

| | Amount Due | Paid Date | Check # | Amount Paid |
|---|---|---|---|---|
| Royalty Advance | $ 2,500.00 | 5-Mar-09 | 51060 | $ 2,500.00 |
| | | | | |
| TOTALS = | $ 2,500.00 | | | $ 2,500.00 |

Approved By: [signature]

Advance Balance: $ (2,460.59)

**Nathan Quarry**
4211 Woodside Circle
Lake Oswego, OR 97035

Licensee: ZUFFA, LLC

Contract Reference: Merchandise Rights Agreement

| Vendor Name/Event | Quarter Sold | Item Description | Units Sold | Gross Revenue | Gross Royalty Revenue | Rate | Royalty Amt |
|---|---|---|---|---|---|---|---|
| Getty Images | Q3 2013 | Commercial Image | 2 | $ | $ 50.00 | 20% | $ 10.00 |
| UFC Direct Sales | Q4 2013 | Trading Cards | 50 | $ 0.77 | $ | 10% | $ 0.08 |
| | | | TOTALS = | $ | $ 50.77 | | $ 10.08 |

REPORT TOTAL = $ 10.08

CONFIDENTIAL

LEPLAINTIFFS-0009473