Joseph R. Saveri (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:   (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:   (202) 408 4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:   (215) 875-4604
ecramer@bm.net

*Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, and Jon Fitch, Bradon Vera, Luis
Javier Vazquez, and Kyle Kingsbury*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, and Jon Fitch, Bradon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>　　　　　　**Defendant.** | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF NATHAN QUARRY** |

I, Nathan Quarry, declare and state as follows:

1. I am a named plaintiff and a class representative in *Le, et al. v. Zuffa, LLC*, Case No. 2:15-cv-01045-RFB-PAL (D. Nev.). I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this declaration in opposition to Zuffa, LLC's ("Zuffa's") motion for partial summary judgment.

3. I am a class representative and a member of the Identity Class.

4. My identity has been used since December 16, 2010, and continues to be used, in promotions and services offered by the Ultimate Fighting Championship ("UFC").

5. Prior to signing my first contract with Zuffa to fight in the UFC, beginning in or about January 17, 2005, I appeared in a reality television series created by Zuffa called "The Ultimate Fighter Season 1." After The Ultimate Fighter, I signed a contract with Zuffa to fight in the UFC. I first fought a bout in the UFC on June 4, 2005. From June 4, 2005 to March 31, 2010 dates, I fought nine fights in the UFC, including a fight for the UFC Middleweight Championship against Rich Franklin on November 19, 2005 during "UFC 56." In my career in the UFC, I won six fights and lost three.

6. For many years, the UFC used footage of my fight with Rich Franklin as part of the introduction to its Pay-Per View ("PPV") events. I personally observed footage from this fight in the UFC's PPV introductions on multiple occasions after December 16, 2010. As far as I know, the UFC continued to use this footage in the introduction to its PPV events into 2015. I received no compensation in connection with the UFC's usage of this footage.

7. Footage from my fight with Rich Franklin appears in a video compilation, "Top 20 Knockouts in UFC History." The UFC published this video in November 2013. I received no compensation in connection with the use or publication of this video.

8. I am familiar with the UFC's Fight Pass service. Fight Pass is a subscription service that Zuffa created in or about December 2013. All of the bouts I fought in the UFC can be viewed in their entirety on the UFC's Fight Pass service. A bout I fought in the finale of The Ultimate Fighter Season 1 can be viewed in its entirety on Fight Pass. A bout that I fought in February 2003, as part of an event known as Gladiator Challenge 14, can be viewed on Fight Pass. On information and belief, consumers

have paid Zuffa for the ability to view fights, including my fights, on Fight Pass after December 16, 2010. I have never received any type of compensation for Zuffa's use of my image or likeness on the UFC's Fight Pass service.

9. After December 16, 2010 Zuffa sold videos of my UFC fights through business partners such as Amazon, Sony, and Xbox. I never received any compensation in connection with sales of these videos.

10. In January 2012, Zuffa published a video of my fight with Demian Meia on the UFC's website. I received no compensation in connection with the posting of those videos.

11. Footage of my fight with Lodune Sincaid in the finale of The Ultimate Fighter Season 1 appears in episode Number 102 of "UFC Unleashed." Footage of my fight with UFC Fighter Shonnie Carter appears in episode Number 107 of "UFC Unleashed." I received no compensation in connection with either of those episodes of "UFC Unleashed."

12. My photograph appears in a story published by UFC called "16 Bizarre Moments in UFC History." I received no compensation for the use of this photograph.

13. A photograph of me appears in a story on the UFC's website entitled "Behind the Lens: UFC Photog's Favorite KOs." I received no compensation for the use of this photograph.

14. Zuffa has exploited and continues to exploit my identity and likeness since December 2010, and continues to do so to this day, in products licensed by the UFC.

15. I autographed posters promoting the UFC 56 event that featured my photograph. These posters were made to promote and commemorate UFC 56, including my fight with Rich Franklin for the UFC Middleweight Championship. As of March 22, 2017 these posters are available for sale on the website "ufcstore.com" for $999.99 and $1149.99 each. I have never received any compensation in connection with sales of these autographed posters.

16. Photographs of me have been used by Topps in connection with UFC trading cards. My image appears in the "2010 Topps UFC Knockout" series, and the "2013 Topps UFC Knockout" series as part of the "Ultimate Knockout Relics Set." I do not recall ever being paid any compensation for these Topps cards.

17. I am aware that Zuffa has made photographs of me available for sale through Getty Images, an online photography website where photographs are available for purchase by the public, since December 2010. I do not know how many times my photographs have been purchased, nor how much revenue Zuffa received from these sales. As explained below, I have seen a document that references two "units sold" of "commercial images" by Getty Images in 2013.

18. In 2014, Zuffa licensed UFC fighters' identities to Reebok, and Reebok began offering UFC jerseys for sale that featured names of current and retired UFC Fighters. I was never compensated in connection with the Reebok UFC jerseys.

19. I have reviewed the document, attached hereto as Exhibit 1. It is my understanding that this document was produced to Zuffa by Plaintiffs by in this matter. This document appears to reflect royalty amounts that were credited to me between 2011 and 2013. I was never informed that Zuffa was using my identity, likeness, or image for any of specific purpose at any time between 2011 and 2013. Zuffa has not explained to me what these amounts were for, and has provided no accounting for the use of my likeness or identity in connection with this document. I never received compensation corresponding to the amounts identified here at any time between 2011 and 2013, or since then. Moreover, and in any event, it is my opinion that whatever amounts Zuffa may or may not have credited to me for the use of my likeness or image since December 2010 are artificially low due to the ongoing anticompetitive scheme alleged in this case.

20. I have reviewed page two of Exhibit 1, and the reference to "Getty Images." Zuffa has never explained to me how it accounts for sales of my photographs available for sale through Getty Images, nor has Zuffa informed me of occasions when it has sold my images in this way. Zuffa has provided me no accounting for such sales. I never received compensation corresponding to royalties from sales of photographs by Zuffa through Getty Images in June 2011, in 2013, or thereafter.

21. I have reviewed page two of Exhibit 1, and the reference to "Trading Cards." Zuffa has never explained to me that it has made any direct or indirect sales of trading cards with my likeness or image, and has provided no accounting for such sales. I never received compensation corresponding to royalties from sales of trading cards by Zuffa in 2013 or thereafter.

22. I have reviewed Exhibits H and I to Zuffa's motion. I do not recall whether I received $2500 from Zuffa in June 2009. I do not know why I was paid this money, if indeed I was. It was not my understanding that I was being paid this amount in order to compensate me for all future uses of my image or likeness, and in any event, it is my opinion that this amount is below the level that Zuffa would have paid had it not engaged in the anticompetitive scheme alleged in this case.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and this Declaration is executed at 12 pm on March 24, 2017.

By: _____
Nathan Quarry

EXHIBIT 1 TO THE DECLARATION OF NATHAN QUARRY

**Nathan Quarry**
4211 Woodside Circle
Lake Oswego, OR 97035

Licensee: Zuffa, LLC
Contract Reference: Merchandise Rights Agreement
Statement Date: December 31, 2013



| Report Period | Zuffa Gross Revenue Received - 10% | | | Zuffa Gross Royalty Revenue Received - 20% | | | Royalty Grand Total |
|---|---|---|---|---|---|---|---|
| | Revenue | Fighter Royalty Rate | Total | Revenue | Fighter Royalty Rate | Total | |
| 1ST QUARTER 2008 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 2ND QUARTER 2008 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 3RD QUARTER 2008 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 4TH QUARTER 2008 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 1ST QUARTER 2009 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 2ND QUARTER 2009 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 3RD QUARTER 2009 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 4TH QUARTER 2009 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 1ST QUARTER 2010 | $ 1.33 | 10% | $ 0.13 | $ 98.68 | 20% | $ 19.74 | $ 1987 |
| 2ND QUARTER 2010 | $ 4.18 | 10% | $ 0.42 | $ (0.91) | 20% | $ (0.18) | $ 024 |
| 3RD QUARTER 2010 | $ 1.89 | 10% | $ 0.19 | $ 34.14 | 20% | $ 6.83 | $ 702 |
| 4TH QUARTER 2010 | $ 0.79 | 10% | $ 0.08 | $ (3.25) | 20% | $ (0.65) | $ (057) |
| 1ST QUARTER 2011 | $ 1.26 | 10% | $ 0.13 | $ (9.71) | 20% | $ (1.94) | $ (182) |
| 2ND QUARTER 2011 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 3RD QUARTER 2011 | $ - | 10% | $ - | $ (2.50) | 20% | $ (0.50) | $ (050) |
| 4TH QUARTER 2011 | $ - | 10% | $ - | $ (0.12) | 20% | $ (0.02) | $ (002) |
| 1ST QUARTER 2012 | $ - | 10% | $ - | $ (0.14) | 20% | $ (0.03) | $ (003) |
| 2ND QUARTER 2012 | $ - | 10% | $ - | $ (0.43) | 20% | $ (0.09) | $ (009) |
| 3RD QUARTER 2012 | $ - | 10% | $ - | $ 1.20 | 20% | $ 0.24 | $ 024 |
| 4TH QUARTER 2012 | $ - | 10% | $ - | $ 25.00 | 20% | $ 5.00 | $ 500 |
| 1ST QUARTER 2013 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 2ND QUARTER 2013 | $ - | 10% | $ - | $ - | 20% | $ - | $ - |
| 3RD QUARTER 2013 | $ - | 10% | $ - | $ 50.00 | 20% | $ 10.00 | $ 1000 |
| 4TH QUARTER 2013 | $ 0.77 | 10% | $ 0.08 | $ - | 20% | $ - | $ 008 |
| TOTALS = | $ 10.22 | | $ 1.02 | $ 191.96 | | $ 38.39 | $ 3941 |



| PAYMENT SCHEDULE: | Amount Due | Paid Date | Check # | Amount Paid |
|---|---|---|---|---|
| Royalty Advance | $ 2,500.00 | 5-Mar-09 | 51060 | $ 2,500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTALS = | $ 2,500.00 | | | $ 2,500.00 |

Approved By: [signature]

Advance Balance    $ (2,460.59)

REV00185219

| | | | | | | |
|---|---|---|---|---|---|---|
| Nathan Quarry<br>4211 Woodside Circle<br>Lake Oswego, OR 97035 | | | Licensee:<br><br>Contract Reference: | | ZUFFA, LLC<br><br>Merchandise Rights Agreement | |

| Vendor Name/Event | Quarter Sold | Item Description | Units Sold | Gross Revenue | Gross Royalty Revenue | Rate | Royalty Amt |
|---|---|---|---|---|---|---|---|
| Getty Images | Q3 2013 | Commercial Image | 2 | | $ 50.00 | 20% | $ 10.00 |
| UFC Direct Sales | Q4 2013 | Trading Cards | 50 | $ 0.77 | | 10% | $ 0.08 |
| | | | | | | | $ - |
| | | | | TOTALS = | $ 50.77 | | $ 10.08 |
| | | | | | REPORT TOTAL = | | $ 10.08 |

REV00185219