Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera and Kyle Kingsbury*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL RE OPPOSITION TO ZUFFA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMIATIONS GROUNDS** |

I, Matthew S. Weiler, declare and state as follows:

1. I am an attorney at the Joseph Saveri Law Firm, Inc., Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury (collectively, "Plaintiffs") in the related case, *Le et al. v. Zuffa, LLC*, Case No. 2:15-cv-01045-RFB-PAL (D. Nev.) (the "Related Case"). I am a member in good standing of the State Bar of California, and have been admitted to practice in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this declaration in support of Plaintiffs' Motion For Leave To Lodge Materials Under Seal. These documents are submitted in connection with Plaintiffs' Opposition to Zuffa's Motion for Partial Summary Judgment As to Plaintiff Quarry on Statute of Limitations Grounds.

3. The Exhibit numbers identified here are numbered to be consistent with the exhibits to my declaration submitted in support of Plaintiffs' Opposition to Zuffa's Motion for Partial Summary Judgment As to Plaintiff Quarry on Statute of Limitations Grounds.

4. Attached hereto is an un-redacted version of Plaintiffs' Opposition to Zuffa's Motion for Partial Summary Judgment As to Plaintiff Quarry on Statute of Limitations Grounds. A redacted public version will be filed immediately after this declaration is filed.

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition of Marshall Zelaznik taken in this matter on February 8, 2017. Zuffa has designated testimony from Mr. Zelaznik as "Confidential."

6. Attached as Exhibit 4 is a true and correct copy of a document bearing the Bates label ZFL-0916483 through ZFL-0916485. Zuffa has designated this document "Confidential."

7. Attached hereto as Exhibit 6 is spreadsheet created at my direction that shows royalties Zuffa received from the sale of videos of fights featuring Plaintiff Quarry for some months in 2010, 2011, and 2014. Zuffa has designated the documents that were used to create this spreadsheet, which are identified below, as "Confidential."

| Doc ID | File Name / Subject | File | Doc Date |
|---|---|---|---|

|  |  | Ext |  |
|---|---|---|---|
| ZFL-0955165 | TUF-2014_4-30-15.xlsx | .xlsx | 3/23/2015 |
| ZFL-1131338 | Sony Content.xlsx | .xlsx | 3/23/2015 |
| ZFL-1131339 | Amazon content.xlsx | .xlsx | 3/23/2015 |
| ZFL-1131340 | XBOX content2.xlsx | .xlsx | 3/23/2015 |
| ZUF-00038466 | VideoRoyalty.xls | .xls | 1/5/2011 |
| ZUF-00044936 | VideoRoyalty.xls | .xls | 6/16/2011 |
| ZUF-00044940 | VideoRoyalty.xls | .xls | 6/13/2011 |
| ZUF-00044944 | VideoRoyalty.xls | .xls | 6/9/2011 |
| ZUF-00044948 | VideoRoyalty.xls | .xls | 6/7/2011 |
| ZUF-00044954 | VideoRoyalty.xls | .xls | 5/31/2011 |
| ZUF-00044958 | VideoRoyalty.xls | .xls | 5/24/2011 |
| ZUF-00044960 | VideoRoyalty.xls | .xls | 5/23/2011 |
| ZUF-00044972 | VideoRoyalty.xls | .xls | 5/18/2011 |
| ZUF-00044974 | VideoRoyalty.xls | .xls | 5/18/2011 |
| ZUF-00044982 | VideoRoyalty.xls | .xls | 5/6/2011 |
| ZUF-00044988 | VideoRoyalty.xls | .xls | 5/2/2011 |
| ZUF-00044996 | VideoRoyalty.xls | .xls | 4/27/2011 |
| ZUF-00045000 | VideoRoyalty.xls | .xls | 4/26/2011 |
| ZUF-00045002 | VideoRoyalty.xls | .xls | 4/24/2011 |
| ZUF-00045008 | VideoRoyalty.xls | .xls | 4/20/2011 |
| ZUF-00045010 | VideoRoyalty.xls | .xls | 4/19/2011 |
| ZUF-00045016 | VideoRoyalty.xls | .xls | 4/14/2011 |
| ZUF-00045018 | VideoRoyalty.xls | .xls | 4/13/2011 |
| ZUF-00045020 | VideoRoyalty.xls | .xls | 4/12/2011 |
| ZUF-00045024 | VideoRoyalty.xls | .xls | 4/10/2011 |
| ZUF-00045028 | VideoRoyalty.xls | .xls | 4/7/2011 |
| ZUF-00045032 | VideoRoyalty.xls | .xls | 4/5/2011 |
| ZUF-00045044 | VideoRoyalty.xls | .xls | 3/28/2011 |
| ZUF-00045050 | VideoRoyalty.xls | .xls | 3/25/2011 |
| ZUF-00045054 | VideoRoyalty.xls | .xls | 3/21/2011 |
| ZUF-00045066 | VideoRoyalty.xls | .xls | 3/13/2011 |
| ZUF-00045086 | VideoRoyalty.xls | .xls | 3/1/2011 |
| ZUF-00045088 | VideoRoyalty.xls | .xls | 3/1/2011 |
| ZUF-00045090 | VideoRoyalty.xls | .xls | 3/1/2011 |
| ZUF-00045092 | VideoRoyalty.xls | .xls | 3/1/2011 |
| ZUF-00045102 | VideoRoyalty.xls | .xls | 2/21/2011 |
| ZUF-00045114 | VideoRoyalty.xls | .xls | 2/15/2011 |
| ZUF-00045118 | VideoRoyalty.xls | .xls | 2/9/2011 |
| ZUF-00045120 | VideoRoyalty.xls | .xls | 2/8/2011 |
| ZUF-00045126 | VideoRoyalty.xls | .xls | 2/5/2011 |
| ZUF-00045128 | VideoRoyalty.xls | .xls | 2/4/2011 |
| ZUF-00045132 | VideoRoyalty.xls | .xls | 2/3/2011 |
| ZUF-00045148 | VideoRoyalty.xls | .xls | 1/20/2011 |
| ZUF-00045156 | VideoRoyalty.xls | .xls | 1/8/2011 |
| ZUF-00045895 | VideoRoyalty.xls | .xls | 7/17/2011 |
| ZUF-00045940 | VideoRoyalty.xls | .xls | 6/15/2011 |
| ZUF-00045951 | VideoRoyalty.xls | .xls | 6/3/2011 |

| Doc ID | File Name / Subject | File Ext | Doc Date |
|---|---|---|---|
| ZUF-00046209 | VideoRoyalty.xls | .xls | 5/26/2011 |
| ZUF-00046215 | VideoRoyalty.xls | .xls | 5/17/2011 |
| ZUF-00046268 | VideoRoyalty.xls | .xls | 3/29/2011 |
| ZUF-00046270 | VideoRoyalty.xls | .xls | 3/23/2011 |
| ZUF-00046274 | VideoRoyalty.xls | .xls | 3/14/2011 |
| ZUF-00046539 | VideoRoyalty.xls | .xls | 2/10/2011 |
| ZUF-00049798 | VideoRoyalty.xls | .xls | 7/16/2011 |
| ZUF-00049800 | VideoRoyalty.xls | .xls | 7/15/2011 |
| ZUF-00049806 | VideoRoyalty.xls | .xls | 7/11/2011 |
| ZUF-00049812 | VideoRoyalty.xls | .xls | 7/7/2011 |
| ZUF-00050063 | VideoRoyalty.xls | .xls | 4/9/2011 |
| ZUF-00050067 | VideoRoyalty.xls | .xls | 2/9/2011 |
| ZUF-00051305 | VideoRoyalty.xls | .xls | 4/7/2011 |
| ZUF-00051498 | VideoRoyalty.xls | .xls | 1/28/2011 |
| ZUF-00051502 | VideoRoyalty.xls | .xls | 1/25/2011 |
| ZUF-00398848 | Sony-Video-M-02-01-2011_UFC.xls | .xls | 3/29/2011 |
| ZUF-00398905 | US-Sony-Video-M-01-01-2011_UFC.xls | .xls | 2/28/2011 |
| ZUF-00401882 | US-Sony-Video-M-04-01-2011_UFC.xls | .xls | 5/9/2011 |
| ZUF-00403133 | VideoRoyalty.xls | .xls | 7/26/2011 |
| ZUF-00404096 | US-Sony-Video-M-01-01-2011_UFC.xls | .xls | 2/25/2011 |
| ZUF-00404475 | Sony-Video-M-02-01-2011_UFC.xls | .xls | 3/17/2011 |

8.  Attached as Exhibit 14 is a true and correct copy of a document bearing the Bates label ZFL-1843874 through ZFL-1843897. Zuffa has designated this document as "Confidential."

9.  Attached as Exhibit 15 is a true and correct copy of a document bearing the Bates label ZFL-1236217 through ZFL-1236219. Zuffa has designated this document as "Confidential."

10. Attached as Exhibit 18 is a true and correct copy of a document bearing the Bates label ZFL-2490106 through ZFL-2490235. Zuffa has designated this document as "Confidential."

11. Attached as Exhibit 19 is a spreadsheet that was created at my direction that compiles sales of Getty Images photographs containing the image or likeness of Plaintiff Quarry for some part of 2011. Zuffa has designated the documents that were used to create this spreadsheet, which are identified below, as "Confidential."

| Doc ID | File Name / Subject | File Ext | Doc Date |
|---|---|---|---|
| ZUF-00084503 | UFC2 2011-06.xls | .xls | 7/11/2011 |
| ZUF-00084504 | UFC1 2011-06.xls | .xls | 7/8/2011 |
| ZUF-00298409 | UFC2 2011-02.xls | .xls | 3/8/2011 |
| ZUF-00298410 | UFC1 2011-02.xls | .xls | 3/8/2011 |
| ZUF-00298756 | UFC1 2010-12.xls | .xls | 1/12/2011 |

| | | | |
|---|---|---|---|
| ZUF-00298757 | UFC2 2010-12.xls | .xls | 1/12/2011 |
| ZUF-00298759 | UFC2 2011-01.xls | .xls | 2/15/2011 |
| ZUF-00298760 | UFC1 2011-01.xls | .xls | 2/4/2011 |
| ZUF-00298765 | UFC2 2011-03.xls | .xls | 4/18/2011 |
| ZUF-00298766 | UFC1 2011-03 (2).xls | .xls | 4/18/2011 |
| ZUF-00298768 | UFC1 2011-04.xls | .xls | 5/18/2011 |
| ZUF-00298769 | UFC2 2011-04.xls | .xls | 5/18/2011 |
| ZUF-00298771 | UFC2 2011-05.xls | .xls | 6/10/2011 |
| ZUF-00298772 | UFC1 2011-05.xls | .xls | 6/8/2011 |

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and this Declaration is executed at San Francisco, California on March 24, 2017.

By:    */s/ Matthew S. Weiler*
       Mathew S. Weiler

4
**DECLARATION OF MATTHEW S. WEILER**