**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL RE OPPOSITION TO ZUFFA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMIATIONS GROUNDS** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL**

1    The Motion to Lodge Materials Under Seal filed by Plaintiffs related to their Opposition to
2 Zuffa's Motion for Partial Summary Judgment As to Plaintiff Quarry on Statute of Limitations
3 Grounds is now pending before the Court. Having fully considered the papers and arguments of
4 counsel, and good cause having been shown, the Court hereby **ORDERS** that Plaintiffs' Motion is
5 **GRANTED.**
6    **IT IS SO ORDERED:**

7
8    United States District Court Judge
     Dated: _____

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL**