1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES, SCHILLER & FLEXNER LLP
5  1401 New York Avenue, NW, 11th Floor, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16

17
                    UNITED STATES DISTRICT COURT
18
                         DISTRICT OF NEVADA
19

20 Cung Le, Nathan Quarry, Jon Fitch, Brandon        Case No.: 2:15-cv-01045-RFB-(PAL)
   Vera, Luis Javier Vazquez, and Kyle
21 Kingsbury on behalf of themselves and all
   others similarly situated,                        **DECLARATION OF NICHOLAS A.**
22                                                    **WIDNELL IN SUPPORT OF ZUFFA,**
                                                      **LLC'S MOTION TO SEAL PORTIONS**
               Plaintiffs,                            **OF PLAINTIFFS' OPPOSITION TO**
23        v.                                          **ZUFFA, LLC'S MOTION FOR**
                                                      **PARTIAL SUMMARY JUDGMENT AS**
24 Zuffa, LLC, d/b/a Ultimate Fighting                **TO PLAINTIFF NATHAN QUARRY**
   Championship and UFC,                              **ON STATUTE OF LIMITATIONS**
25                                                    **GROUNDS AND RELATED**
26             Defendant.                             **DOCUMENTS**

27

28

                              WIDNELL DECLARATION

I, Nicholas A. Widnell, declare as follows:

1.      I am an attorney admitted to practice before the courts in the District of Columbia and am admitted Pro Hac Vice to practice before this Court.  I am Counsel in the law firm Boies Schiller Flexner LLP, and counsel to Defendant Zuffa, LLC ("Zuffa") in this case.

2.      I make this declaration in support of Zuffa's Motion to Seal Portions Of Plaintiffs' Opposition To Zuffa, LLC'S Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute Of Limitations Grounds And Related Documents ("Zuffa Sealing Motion"). Based on my review of the files and records in this case, I have firsthand knowledge of the contents of this declaration and could testify thereto.

3.      Zuffa seeks to file four exhibits under seal in their entirety and seeks to redact one exhibit in part.  In addition, Zuffa seeks to redact portions of Plaintiffs' Opposition to Zuffa's Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute Of Limitations Grounds ("Plaintiffs' Opposition").  This declaration is submitted to provide the factual and legal support for the filing of this material.

4.      Unless otherwise noted, all references to exhibits below refer to exhibits to the Declaration of Matthew S. Weiler in Support of Plaintiffs' Motion for Leave to Lodge Materials Under Seal Re Opposition to Zuffa's Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute Of Limitations Grounds ("Weiler Declaration").

5.      Federal Rule of Civil Procedure 26(c) provides that the Court may "issue an order to protect a party of person from annoyance, embarrassment, oppression or undue burden or expense" by "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specific way."  In addition, documents filed in connection with a summary judgment motion may be sealed if there are "compelling reasons" to seal those documents. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (citation omitted).

6.      Exhibits 6, 14, 18, and 19 as well as portions of Exhibit 3 contain highly confidential and commercially sensitive trade secret and financial information regarding Zuffa's

1
WIDNELL DECLARATION

1  contracts with licensees, sponsors, athletes, royalty rates, minimum guarantees and other highly

2  commercially sensitive payment terms.

3        7.      With respect to paragraph 6 above, it is my understanding that Zuffa treats its

4  signed and executed contracts, as well as payments and purchases made as a result of those

5  agreements, as highly confidential trade secret information.  Disclosure of this information, which

6  includes specific financial terms, benefits, and obligations negotiated with sponsors and licensees

7  could and very likely would provide competitors with unfair and damaging insights into Zuffa's

8  business practices.

9        8.      I further understand that as a private company, Zuffa does not publicly disclose

10  information relating to profitability, revenue, and other related information.  I also understand that

11  Zuffa zealously guards its private profitability, revenue, and related information and that

12  disclosure of that information would very likely provide competitors with insights they could use

13  to gain damaging and unfair competitive advantages over Zuffa.

14        9.      Marshall Zelaznik testified at a February 8, 2017 deposition noticed by Plaintiffs.

15  Mr. Zelaznik appeared at the deposition pursuant to Plaintiffs' Subpoena to Testify at a

16  Deposition in a Civil Action issued from this Court on January 19, 2017.

17        10.     Exhibit A to this declaration is a true and correct copy, with redactions added and

18  portions of the transcript emphasized by red boxes in accordance with Exhibit 3, of excerpts of

19  the February 8, 2017 Deposition of Marshall Zelaznik.

20        11.     Exhibit B to the declaration is a true and correct copy, with redactions made in

21  accordance with the Zuffa Sealing Motion, of Plaintiffs' Opposition.

22

23        I declare under penalty of perjury under the laws of the United States of America that the

24  foregoing facts are true and correct.  Executed this 29th day of March, 2017, in Washington, DC.

25

26                                  */s/ Nicholas A. Widnell*

27                                  Nicholas A. Widnell

28

WIDNELL DECLARATION