WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW, 11th Floor, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, Nevada 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS AND RELATED DOCUMENTS** |

# [PROPOSED] ORDER

Before this Court is Defendant Zuffa, LLC'S ("Zuffa") Motion To Seal Portions Of Plaintiffs' Opposition To Zuffa, LLC'S Motion For Partial Summary Judgment As To Plaintiff Nathan Quarry On Statute Of Limitations Grounds And Related Documents ("Motion to Seal").

Federal Rule of Civil Procedure 26(c) provides that a trial court may seal court documents in connection with a dispositive motion if "compelling reasons" exist to seal those documents. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (citation omitted). Having considered Zuffa's Motion to Seal, the Court has found that "compelling reasons" exist to seal the documents, or portions thereof, referenced in Zuffa's Motion to Seal.

IT IS HEREBY ORDERED that Zuffa's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal the portions of Plaintiffs' Opposition To Zuffa, LLC's Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute of Limitations Ground, as well as documents attached thereto and the portions thereof, as specified in Zuffa's Motion.

IT IS FURTHER ORDERED that the Clerk of the Court shall unseal ECF Nos. 365-7 and 365-18, Exhibits 4 and 15 to ECF No. 366-1, Declaration of Matthew S. Weiler in Support of Plaintiffs' Motion for Leave to Lodge Materials Under Seal Re Opposition to Zuffa's Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute Of Limitations Grounds ("Weiler Declaration").

IS IT FURTHER ORDERED that the Clerk of the Court shall file Exhibit A to the Declaration of Nicholas A. Widnell in Support of Zuffa, LLC's Motion to Seal Portions of Plaintiffs' Opposition ("Widnell Declaration") as the public version of ECF No. 365-6, Exhibit 3 to the Weiler Declaration.

IT IS FURTHER ORDERED that the Clerk of the Court shall file Exhibit B to the Widnell Declaration as the public version of ECF No. 365, Plaintiffs' Opposition to Zuffa's Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute Of Limitations Grounds.

IT IS SO ORDERED.

//

[Proposed] Order Granting Zuffa, LLC's Motion to Seal Portions of Plaintiffs' Opposition

1
2
3
4   DATED: _____          By: _____
5                                                Hon. Richard F. Boulware II
                                                 UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[Proposed] Order Granting Zuffa, LLC's Motion to Seal Portions of Plaintiffs' Opposition