1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES, SCHILLER & FLEXNER LLP
5  1401 New York Avenue, NW, 11th Floor, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14

15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**ZUFFA, LLC'S NOTICE OF RELATED CASES**<br><br><u>Cases to be related</u>: 2:15-cv-01045-RFB-(PAL), 2:17-cv-00849-RFB-GWF, and 2:17-ms-00023 |

Pursuant to District of Nevada Local Rule 42-1, Zuffa, LLC ("Zuffa") hereby notifies the Court that the action *Cung Le v. Zuffa, LLC*, Case No. 2:17-cv-00849-RFB-GWF ("Subpoena Action"), is related to another action in this Court, *Cung Le. v. Zuffa, LLC*, Case No. 2:15-cv-01045-RFB-(PAL) ("Underlying Matter"), currently pending before Judge Richard F. Boulware, II, and Magistrate Judge Peggy A. Leen.  The Subpoena Action was transferred into this district on March 22, 2017 and was initially assigned case number 2:17-ms-00023.  On that same day a docket entry, ECF No. 42, was made in case number 2:17-ms-00023 noting that the miscellaneous action "has been converted to the regular civil docket and been assigned case number 2:17-cv-00489-RFB-GWF" and directing that "[a]ll future pleadings be filed in the civil action and must bear said civil case number."  However, as explained below, due to a technical error with the Court's CM/ECF system Zuffa has been unable to file a notice of related cases in the Subpoena Matter under case number 2:17-cv-00849-RFB-GWF.

The Subpoena Action was transferred to this district pursuant to Federal Rule of Civil Procedure 45(f) and is a motion to quash subpoenas issued by Zuffa and the Plaintiffs in the Underlying Matter by non-party Bellator Sport Worldwide, LLC ("Bellator") as well as a motion to compel compliance with a subpoena filed by Plaintiffs in the Underlying Matter.  Relating these cases is proper under Local Rules 42-1(a)(1) through (3) and (5), as the cases involve, other than non-party Bellator, the same parties and are based on the same claims, the same events and transactions, as well as the same questions of fact and law.

In the order granting Zuffa's Rule 45(f) motion to transfer Bellator's motion to quash and related matters, the transferor court in the Central District of California noted that transfer to Magistrate Judge Leen would "be in the interest of judicial economy" as Judge Boulware and Magistrate Judge Leen "possess far superior familiarity with the underlying issues."  Order Granting Motion to Transfer, Central District of California Case No. 2:17-mc-00016-PSG (RAOx), ECF No. 24 at 6 (citation omitted).  In addition, the transferor court has already communicated with Magistrate Judge Leen regarding Bellator's motion to quash and Plaintiffs' motion to compel.  *Id.* at 8 n.9.  It appears that this case has been assigned to Judge Boulware, but not to Magistrate Judge Leen.  Assigning Magistrate Judge Leen to the current action would

promote judicial economy, as Judge Leen is very familiar with the allegations, defenses, and claims in the Underlying Matter.

Finally, Zuffa has been working diligently to comply with the Local Rules regarding filing this notice of related cases. Unfortunately, however, the Court's Docketing Department has informed counsel for Zuffa that due to a technical error with the CM/ECF system, no documents may be filed in the Subpoena Action until the technical error is resolved. Zuffa first contacted the Docketing Department on March 23, 2017 regarding its inability to file documents in the Subpoena Action and has followed up with the Docketing Department several times for updates on the situation. As of the time of this filing, the technical error remains and Zuffa is unable to file any documents, including this notice of related cases, in the Subpoena Action. Zuffa will file a notice of related cases in the Subpoena Action when the technical error is resolved but, as the fact discovery deadline is May 1, 2017, Zuffa has sought to file this notice of related cases as expediently as possible.

Dated: March 30, 2017

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Stacey K. Grigsby
Stacey K. Grigsby
*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

William A. Isaacson (*Pro Hac Vice*)
Stacey K. Grigsby (*Pro Hac Vice*)
Nicholas A. Widnell (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Ave, NW, 11th Floor
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
Email: sgrigsby@bsfllp.com

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101

| | |
|---|---|
| 1 | Tel: (702) 382-5222 |
| 2 | Fax: (702) 382-0540 |
| | Email:  djc@campbellandwilliams.com |
| 3 |           jcw@campbellandwilliams.com |

```
1    Tel: (702) 382-5222
     Fax: (702) 382-0540
2    Email: djc@campbellandwilliams.com
            jcw@campbellandwilliams.com
3

4    Richard J. Pocker #3568
     BOIES, SCHILLER & FLEXNER LLP
5    300 South Fourth Street, Suite 800
     Las Vegas, NV 89101
6    Tel: (702) 382-7300
     Fax: (702) 382-2755
7    Email: rpocker@bsfllp.com
8
     Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate
9    Fighting Championship and UFC
10
11
...
28
```

3

ZUFFA'S NOT. OF RELATED CASES

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the Zuffa, LLC's Notice of Related Cases was served on March 30, 2017 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

                               */s/ Michael Kim*

                               **Michael Kim**, an Employee of Boies, Schiller & Flexner LLP