WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice*)
(nwidnell@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue NW, 11th Floor, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, Nevada 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER REGARDING ZUFFA, LLC'S NOTICE OF RELATED CASES**<br><br><u>Cases to be related</u>: 2:15-cv-01045-RFB-(PAL), 2:17-cv-00849-RFB-GWF, and 2:17-ms-00023 |

[PROPOSED] ORDER REGARDING ZUFFA'S NOTICE OF RELATED CASES

**[PROPOSED] ORDER**

Before this Court Zuffa, LLC's ("Zuffa") Notice of Related Cases ("Zuffa Notice"). The cases to be related are *Cung Le v. Zuffa, LLC*, Case Nos. 2:17-cv-00849-RFB-GWF and 2:17-ms-00023 ("Subpoena Action"), and *Cung Le. v. Zuffa, LLC*, Case No. 2:15-cv-01045-RFB-(PAL) ("Underlying Action"). The Subpoena Action, which involves subpoenas for documents related to the parties' claims and defenses in the Underlying Matter, was transferred into this District pursuant to Federal Rule of Civil Procedure 45(f).

Having considered the Zuffa Notice, the presiding District Judge and Magistrate Judges in these actions have determined that there is good cause to relate the cases. The presiding District Judge and Magistrate Judges have also determined that good cause supports transfer of the Subpoena Action to the presiding District Judge and to Magistrate Judge Peggy A. Leen.

**IT IS HEREBY ORDERED** that the Subpoena Action, *Cung Le v. Zuffa, LLC*, Case Nos. 2:17-cv-00849-RFB-GWF and 2:17-ms-00023 is **TRANSFERRED** and **REASSIGNED** from District Judge Richard F. Boulware, II, and Magistrate Judge George W. Foley to District Judge Richard F. Boulware, II, and Magistrate Judge Peggy A. Leen for all further proceedings.

**IT IS FURTHER ORDERED** that the Subpoena Action will now reflect the initials of the transferee judges and be captioned: *Cung Le v. Zuffa,* LLC, Case No. 2:17-cv-00849-RFB-PAL.

IT IS SO ORDERED.

DATED: _____        By: _____
                                            Hon. Richard F. Boulware, II
                                            UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER REGARDING ZUFFA'S NOTICE OF RELATED CASES