# EXHIBIT D

# Notice of Deposition of Jeff Aronson

Richard A. Koffman
Benjamin D. Brown
Daniel H. Silverman
COHEN MILSTEIN SELLERS
 & TOLL PLLC
1100 New York Ave, NW
Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　　Defendant. | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br>Member Case Nos.:<br>　　2:15-cv-01046-RFB-(PAL)<br>　　2:15-cv-01055-RFB-(PAL)<br>　　2:15-cv-01056-RFB-(PAL)<br>　　2:15-cv-01057-RFB-(PAL) |

1

**NOTICE OF DEPOSITION OF JEFF ARONSON**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs, by their attorneys, will take the deposition(s) upon oral examination of third party Jeff Aronson, commencing on March 10, 2017, beginning at 10:00 a.m., and continuing from day to day thereafter until completed, at the offices of Cohen Milstein Sellers & Toll, PLLC, 2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410. The deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony and will be recorded by stenographic and/or videographic means.

The deposition will be taken for the purposes of discovery, use at trial, and or other purposes as are permitted under applicable rules.

DATED: January 9, 2017

/s/ Richard A. Koffman
COHEN MILSTEIN SELLERS & TOLL, PLLC
Richard A. Koffman
Benjamin D. Brown
Daniel H. Silverman
1100 New York Ave., N.W.,
Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408 4699
rkoffman@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com

JOSEPH SAVERI LAW FIRM, INC.
Joseph R. Saveri
Joshua P. Davis
Matthew Weiler
Andrew M. Purdy
Kevin E. Rayhill
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com

apurdy@saverilawfirm.com
krayhill@saverilawfirm.com

WOLF RIFKIN SHAPIRO SCHULMAN &
RABKIN, LLP
Don Springmeyer
Nevada State Bar No. 1021
Bradley Schrager
Nevada State Bar No. 10217
Daniel Bravo
Nevada State Bar No. 13078
3556 East Russell Road, Second Floor
Las Vegas, NV  89120
Telephone:  (702) 341-5200
Fax:  (702) 341-5300

WARNER ANGLE HALLAM JACKSON & FORMANEK
PLC
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Fax: (818) 995-4124
fred@fredschwartzlaw.com

SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
William G. Caldes
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com

wcaldes@srkw-law.com

Eric L. Cramer
Michael Dell'Angelo
Patrick F. Madden
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing NOTICE OF DEPOSITION OF JEFF ARONSON PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30 was served on January 9, 2017 via electronic mail to all parties on the e-service list.

/s/ Richard A. Koffman