# EXHIBIT E

# E-mail dated March 8, 2017, from Zuffa's counsel to counsel for Jeff Aronson

**Marcy Norwood Lynch**

**From:** Timothy Schulz <SchulzT@twslegal.com>
**Sent:** Wednesday, March 08, 2017 2:41 PM
**To:** Marcy Norwood Lynch
**Subject:** RE: Le v. Zuffa

Thank you.  Both Mr. Aronson and I are available the weeks of April 17and 24.  This should give Mr. Aronson to get past his medical issues.



Timothy W. Schulz, Esq.
224 Datura Street, Suite 815
West Palm Beach, Florida 33401
Phone: (561) 659-1167
Fax:     (561) 659-1168
E-mail:  schulzt@twslegal.com
Web:     www.twslegal.com

PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Marcy Norwood Lynch [mailto:mlynch@BSFLLP.com]
**Sent:** Wednesday, March 08, 2017 2:33 PM
**To:** Timothy Schulz
**Subject:** RE: Le v. Zuffa

Of course – please see the attached.

Marcy

1

**From:** Timothy Schulz [mailto:SchulzT@twslegal.com]
**Sent:** Wednesday, March 08, 2017 2:26 PM
**To:** Marcy Norwood Lynch <mlynch@BSFLLP.com>
**Subject:** RE: Le v. Zuffa

Could you also do me a large favor….could you provide a copy of the Subpoena or Notice for Jeff's deposition for my records….I cannot locate it.  I will have dates for you shortly.  Waiting to hear back from Mr. Aronson.



Timothy W. Schulz, Esq.
224 Datura Street, Suite 815
West Palm Beach, Florida 33401
Phone: (561) 659-1167
Fax:    (561) 659-1168
E-mail:  schulzt@twslegal.com
Web:    www.twslegal.com

**PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL**

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Marcy Norwood Lynch [mailto:mlynch@BSFLLP.com]
**Sent:** Wednesday, March 08, 2017 2:05 PM
**To:** Timothy Schulz
**Subject:** RE: Le v. Zuffa

Thank you for the update.  I've let Plaintiffs' counsel know that the deposition will not go forward on Friday and will be rescheduled.  I hope Mr. Aronson's recovery goes well – there is no need for a doctor's note at this time.

If you could please provide us with dates in April that are convenient for Mr. Aronson, I would appreciate it.

Regards,
Marcy

**From:** Timothy Schulz [mailto:SchulzT@twslegal.com]
**Sent:** Wednesday, March 08, 2017 1:25 PM
**To:** Marcy Norwood Lynch <mlynch@BSFLLP.com>
**Subject:** Re: Le v. Zuffa

I would like to reschedule for a date certain in April.  Mr. Aronson is still having back issues following his. Ack surgery.  I believe I can provide a doctor's letter if necessary.  I can provide you dates in April that would work before the end of today

Timothy W. Schulz
Sent from my iPhone

On Mar 8, 2017, at 10:26, Marcy Norwood Lynch <mlynch@BSFLLP.com> wrote:

> Thanks so much.
>
> **From:** Timothy Schulz [mailto:SchulzT@twslegal.com]
> **Sent:** Wednesday, March 08, 2017 10:07 AM
> **To:** Marcy Norwood Lynch <mlynch@BSFLLP.com>
> **Subject:** RE: Le v. Zuffa
>
> Let me double check.  Mr. Aronson very recently underwent back surgery and he has been having problems with that.  I need to call Mr. Aronson and should have an answer for you today before noon.
>
> <image001.png>
>
> Timothy W. Schulz, Esq.
> 224 Datura Street, Suite 815
> West Palm Beach, Florida 33401
> Phone: (561) 659-1167
> Fax:     (561) 659-1168
> E-mail:  schulzt@twslegal.com
> Web:    www.twslegal.com
>
> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>
> Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.
>
> The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.

**If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

---

**From:** Marcy Norwood Lynch [mailto:mlynch@BSFLLP.com]
**Sent:** Wednesday, March 08, 2017 8:03 AM
**To:** Timothy Schulz
**Subject:** Le v. Zuffa

Mr. Schulz,

We represent Zuffa, LLC (d/b/a UFC) in the Le v. Zuffa litigation.  As per my voicemail messages, we would like to confirm whether Mr. Aronson's deposition is going forward on Friday and whether you will be representing Mr. Aronson at the deposition.  If you could please give me a call at 407-245-8795, I would appreciate it.  We are finalizing travel arrangements and would appreciate hearing from you as soon as possible.

Regards,
Marcy


_____
Marcy Norwood Lynch, Esq.
BOIES, SCHILLER & FLEXNER LLP
121 South Orange Avenue, Suite 840
Orlando, FL 32801
Direct: (407) 245-8795
Mobile: (407) 923-4099

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this

electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]