# EXHIBIT G

# E-mail dated March 14, 2017, between in-house counsel for Zuffa and Zuffa's external counsel

# Ross McSweeney

| | |
|---|---|
| **From:** | Jim Durbin <jadurbin@swansonmidgley.com> |
| **Sent:** | Tuesday, March 14, 2017 4:49 PM |
| **To:** | Ross McSweeney |
| **Subject:** | RE: Invicta/Shannon Knapp deposition follow up |

I have offered April 10, 11 & 18 to Mr. Rayhill, but not yet heard a response.  I would be happy to speak with you.  Does 11:00 Central time on Thursday, March 16th work?  Jim

James A. Durbin
Swanson Midgley, LLC
Plaza West Building
4600 Madison Avenue, Suite 1100
Kansas City, Missouri  64112-3043
tel.      816-842-6100
direct  816-886-4803
fax.     816-842-0013

NOTICE:  This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C.  §§ 2510-2521 and may contain confidential and legally privileged information intended for the use of the person(s) named above.  If you received this electronic transmission in error, please reply to the above-referenced sender about the error and permanently delete the original message and any attachments.  Unauthorized use, copying, review and/or distribution to unauthorized persons is strictly prohibited.  Further, the Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from us to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or computers or even some computer unconnected to either of us which the e-mail passed through.  We are communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communication to be sent in a different fashion, please let us know at (816) 842-6100 AT ONCE.

**From:** Ross McSweeney [mailto:RMcSweeney@BSFLLP.com]
**Sent:** Tuesday, March 14, 2017 3:35 PM
**To:** Jim Durbin
**Subject:** Invicta/Shannon Knapp deposition follow up

Mr. Durbin,

I represent Zuffa and UFC in its defense against a putative class action lawsuit brought by several former fighters. I believe you spoke recently with Hunter Campbell, my client's general counsel, about the Plaintiffs' notice to depose Shannon Knapp. As I understand it, the deposition is not going forward as noticed this Friday, March 17.

When you have a chance, I'd welcome the chance to speak with you about when you are thinking about rescheduling the deposition, and also to discuss, to the extent you have any questions, our understanding of the Plaintiffs' interest in your client.

I am free tomorrow and the remainder of the week at your convenience.

Best,

**Ross McSweeney** | Associate
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, DC 20005

Main: (202) 237-2727
Direct: (202) 274-1122
Fax: (202) 237-6131
RMcSweeney@bsfllp.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]