1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
5  1401 New York Avenue NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, Nevada 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, Nevada 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14

15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16

17
                    UNITED STATES DISTRICT COURT
18
                         DISTRICT OF NEVADA
19

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>       v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND CASE MANAGEMENT SCHEDULE (ECF NO. 363)** |

# [PROPOSED] ORDER

Before this Court is Plaintiffs' Motion for Extension of Discovery Deadline and Case Management Schedule (ECF No. 363) ("Plaintiffs' Motion"). Having considered Plaintiffs' Motion and the other papers filed by the parties, the Court finds that Plaintiffs have failed to make the required strong showing of good cause and due diligence.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is DENIED.

IT IS SO ORDERED.

DATED: _____          By: _____

                                         Hon. Peggy A. Leen
                                         UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER DENYING**                            2:15-cv-01045-RFB-PAL
**PLS' MOT. FOR EXTENSION**