Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215)875-4604
ecramer@bm.net

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS** |

WHEREAS, Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") commenced the above-captioned action (the "Litigation") against Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC ("Defendant" and together with Plaintiffs, "the Parties" and individually each a "Party") on December 16, 2014;

WHEREAS, the Parties subsequently have produced millions of pages of documents in connection with discovery in the Litigation;

WHEREAS, the Parties have determined that it is in their mutual interest to avoid the significant and unnecessary burden and expense associated with the document-by-document authentication of documents, and that stipulating to the authenticity of certain documents will promote the orderly and efficient progress of the Litigation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Defendant as follows:

1. Subject to the exceptions stated below, and absent affirmative evidence that a document or thing is not what it purports to be, Plaintiffs agree that, for purposes of Rule 901 of the Federal Rules of Evidence, Plaintiffs will not contest the authenticity of any document or thing, including any true and correct copy thereof, produced by Plaintiffs in connection with the Litigation.

2. Subject to the exceptions stated below, and absent affirmative evidence that a document or thing is not what it purports to be, Defendant agrees that, for purposes of Rule 901 of the Federal Rules of Evidence, Defendant will not contest the authenticity of any document or thing, including any true and correct copy thereof, produced by Defendant in connection with the Litigation.

3. The Parties' agreements in paragraphs 1 and 2 of this stipulation do not apply to handwritten notes. If a document or thing produced by a Party also bears handwritten notes, the Parties' agreements do not apply to the handwritten notes portion of the document, but do apply to the remainder of the document or thing. The Parties agree that, at a mutually agreed upon time prior to trial, each Party may identify to the other Party a reasonable number of documents and things containing handwritten notes as to which that Party desires a stipulation of authenticity. Each Party

agrees to give good faith consideration to a reasonable request from the other party pertaining to handwritten notes.

4. The Parties agree that, at a mutually agreed upon time prior to trial, each Party may identify to the other Party a reasonable number of third-party documents and things as to which that Party desires a stipulation of authenticity. The other Party agrees to give good faith consideration to a reasonable request pertaining to third-party documents and things.

5. Except to the extent authenticity is established by and within the scope of the express terms of this stipulation, this stipulation does not affect either (1) Plaintiffs' ability to contest the authenticity of any document or thing produced by Defendant or (2) Defendant's ability to contest the authenticity of any document or thing produced by Plaintiffs.

6. In the event that a dispute arises regarding the authenticity of a document, the Parties agree to meet and confer in good faith promptly about the authenticity of such document(s) and, if necessary, to expedite any related motions for resolution by the Court.

7. Nothing in this stipulation shall be construed as an agreement that any documents or things that are subject to this stipulation are admissible into evidence by any Party, except as expressly addressed herein. The Parties hereby expressly reserve the right to object to the admissibility of any document or thing under any grounds permitted by law and not expressly addressed herein.

**IT IS SO ORDERED**:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

DATED:

1  DATED this 12th day of April, 2017

| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **BOIES SCHILLER FLEXNER LLP** |
|---|---|
| By: */s/ Don Springmeyer* <br> Don Springmeyer <br> Nevada Bar No. 1021 <br> Bradley S. Schrager <br> Nevada Bar No. 10217 <br> Justin C. Jones <br> Nevada Bar No. 8519 <br> 3556 E. Russell Road, Second Floor <br> Las Vegas, Nevada 89120 <br> (702) 341-5200/Fax: (702) 341-5300 <br> dspringmeyer@wrslawyers.com <br> bschrager@wrslawyers.com <br> jjones@wrslawyers.com <br><br> *Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | By: */s/ Stacey K. Grigsby* <br> William A. Isaacson (admitted *pro hac vice*) <br> Stacey K. Grigsby (admitted *pro hac vice*) <br> Nicholas A. Widnell (admitted *pro hac vice*) <br> 1401 New York Ave, N.W., 11th Floor <br> Washington, D.C. 20005 <br> Phone: (202) 237-2727/Fax: (202) 237-6131 <br> wisaacson@bsfllp.com <br> sgrigsby@bsfllp.com <br> nwidnell@bsfllp.com <br><br> *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC <br><br> **CAMPBELL & WILLIAMS** <br> Donald J. Campbell (State Bar No. 1216) <br> J. Colby Williams (State Bar No. 5549) <br> 700 South 7th Street <br> Las Vegas, Nevada 89101 <br> Phone: (702) 382-5222/Fax: (702) 382-0540 <br> djc@campbellandwilliams.com <br> jcw@campbellandwilliams.com <br><br> *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |

| | |
|---|---|
| **COHEN MILSTEIN SELLERS & TOLL, PLLC**<br>Benjamin D. Brown (admitted *pro hac vice*)<br>Richard A. Koffman (admitted *pro hac vice*)<br>Hiba Hafiz (admitted *pro hac vice*)<br>1100 New York Ave., N.W.,<br>Suite 500, East Tower<br>Washington, D.C. 20005<br>Phone: (202) 408-4600/Fax: (202) 408 4699<br>bbrown@cohenmilstein.com<br>rkoffman@cohenmilstein.com<br>hhafiz@cohenmilstein.com<br><br>*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | **BOIES SCHILLER FLEXNER LLP**<br>Richard J. Pocker (State Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, Nevada 89101<br>Phone: (702) 382-7300/Fax: (702) 382-2755<br>rpocker@bsfllp.com<br><br>*Attorney for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |

**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, Pennsylvania 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

---

4         Case No.: 2:15-cv-01045 RFB-(PAL)

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS**

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

1  **SPECTOR ROSEMAN KODROFF &**
   **WILLIS, P.C.**
2  Jeffrey J. Corrigan (admitted *pro hac vice*)
3  William G. Caldes (admitted *pro hac vice*)
   1818 Market Street, Suite 2500
4  Philadelphia, Pennsylvania 19103
   Phone: (215) 496-0300/Fax: (215) 496-6611
5  jcorrigan@srkw-law.com
   wcaldes@srkw-law.com
6
7  *Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th of April, 2017 a true and correct copy of **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS** was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By: */s/ Dannielle Fresquez*
Dannielle Fresquez, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP