Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>                   Plaintiffs,<br><br>      v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                   Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**PLAINTIFFS' MOTION TO WITHDRAW ANDREW M. PURDY AS COUNSEL OF RECORD** |

**MOTION TO WITHDRAW ANDREW M. PURDY AS COUNSEL OF RECORD**

Pursuant to Local Rule 11-6, Plaintiffs respectfully move the Court to withdraw Andrew M. Purdy as counsel of record for Plaintiffs. Mr. Purdy is no longer working on this litigation.

For the reasons stated above, Plaintiffs respectfully request that the Court enter an order withdrawing Mr. Purdy as counsel of record for Plaintiffs.

Date: April 15, 2017

By:      _/s/ Kevin E. Rayhill_
            Kevin E. Rayhill

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2017, a true and correct copy of the following document was served via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

- **PLAINTIFFS' MOTION TO WITHDRAW ANDREW M. PURDY AS COUNSEL OF RECORD**

By: _/s/ Kevin E. Rayhill_
Kevin E. Rayhill