# EXHIBIT G

# April 14, 2017 Dombroff Email

| | |
|---|---|
| **From:** | Alex Dombroff |
| **To:** | Stacey Grigsby |
| **Subject:** | Re: Lou DiBella |
| **Date:** | Friday, April 14, 2017 11:39:34 AM |

I will obviously let the parties and the court sort that out amongst themselves, but as I expressed to counsel from Warner Angel, conducting the deposition before May 1 is incredibly unlikely due to the travel schedules of Lou and me.

**From:** Stacey Grigsby <SGrigsby@BSFLLP.com>
**Date:** Friday, April 14, 2017 at 11:35 AM
**To:** Alex Dombroff <alex@dbe1.com>
**Subject:** RE: Lou DiBella

Hello Alex,
Thank you for the update.  For your awareness, currently the deadline for fact discovery in this case is May 1, and Zuffa has opposed Plaintiffs motion to extend the discovery deadline.

**Stacey K. Grigsby**
Partner

**BOIES SCHILLER FLEXNER LLP**

1401 New York Ave, NW
Washington, DC  20005
(t) +1 202 237 9619
(m) +1 703 861 4910
sgrigsby@bsfllp.com
www.bsfllp.com

**From:** Alex Dombroff [mailto:alex@dbe1.com]
**Sent:** Friday, April 14, 2017 10:34 AM
**To:** Stacey Grigsby
**Subject:** Re: Lou DiBella

Hi Stacy,

Plaintiffs have served Lou. The deposition will not proceed on the original date due to scheduling conflicts. We are working towards finding another date — unfortunately, Lou's schedule is a mine field over the next several weeks.

All the best,
Alex

Business & Legal Affairs
DiBella Entertainment, Inc.
359 Sea Cliff Avenue
Sea Cliff, NY 11579
Office: 212-947-2577
Fax: 516-277-2307

E-mail: Alex@DBE1.com
Website: http://www.DBE1.com

---

**From:** Stacey Grigsby <SGrigsby@BSFLLP.com>
**Date:** Friday, April 14, 2017 at 9:15 AM
**To:** Alex Dombroff <alex@dbe1.com>
**Subject:** RE: Lou DiBella

Hello Alex,
I just wanted to check in again with you to see whether Plaintiffs have been able to serve Mr. DiBella and whether you have discussed with plaintiffs whether this deposition will proceed.

Many thanks,
Stacey

**Stacey K. Grigsby**
Partner

**BOIES SCHILLER FLEXNER LLP**

1401 New York Ave, NW
Washington, DC  20005
(t) +1 202 237 9619
(m) +1 703 861 4910
sgrigsby@bsfllp.com
www.bsfllp.com

---

**From:** Alex Dombroff [mailto:alex@dbe1.com]
**Sent:** Wednesday, March 15, 2017 4:51 PM
**To:** Stacey Grigsby
**Subject:** Lou DiBella

Hi Stacey,

Thanks for the time today.

Below is my contact information in the event you ever need to reach out.  As mentioned on the phone, Lou has yet to be subpoenaed by plaintiffs in the Cung Le, et al v Zuffa matter.

All the best,
Alex Dombroff

Business & Legal Affairs
DiBella Entertainment, Inc.
359 Sea Cliff Avenue
Sea Cliff, NY 11579
Office: 212-947-2577
Fax: 516-277-2307
E-mail: Alex@DBE1.com

Website: http://www.DBE1.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]