# EXHIBIT H
# April 18, 2017 Nordquist Email

| | |
|---|---|
| **From:** | Tara C. Nordquist <tnordquist@WarnerAngle.com> |
| **Sent:** | Tuesday, April 18, 2017 5:08 PM |
| **To:** | Stacey Grigsby |
| **Cc:** | Ross McSweeney; Robert C. Maysey |
| **Subject:** | Re: Deposition of Kathryn Duva |

My apologies the selected date of April 26th, not April 25th for Mr. Dibella. That was a typo.

Sent from my iPhone

On Apr 17, 2017, at 11:28 PM, Tara C. Nordquist <tnordquist@WarnerAngle.com<mailto:tnordquist@WarnerAngle.com>> wrote:

Ms. Grigsby,

We will not be proceeding with the 24th date for Kathy Duva. Likewise, the selected date of April 25th for Dibella promotions does not work for Dibella and will need to be rescheduled.

We will also advise on the Shaw deposition date shortly.

Thank you,
Tara Nordquist

Sent from my iPhone

On Apr 17, 2017, at 4:21 PM, Stacey Grigsby <SGrigsby@BSFLLP.com<mailto:SGrigsby@BSFLLP.com>> wrote:

Tara,
We also saw Ms. Duva's objection, but our question is more simple—do you plan to proceed on April 24th?

As you are surely aware, it is per se unreasonable under District of Nevada law to notice or require attendance at a deposition with fewer than 7-days notice. If our attorneys incur any expenses to attend this deposition and Plaintiffs cancel, please be aware that we may have no choice but to seek appropriate recourse from the court, including a request for any out-of-pocket costs.

Warm regards,
Stacey

Stacey K. Grigsby
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW<https://www.google.com/maps/place/1401+New+York+Ave+NW,+Washington,+DC+20005/@38.899781,-

1

77.0345007,17z/data=!3m1!4b1!4m5!3m4!1s0x89b7b79613fbe26d:0x635536d44fdae52b!8m2!3d38.899781!4d-77.032312>
Washington, DC 20005<https://goo.gl/maps/iZAST9JZFtR2>
(t) +1 202 237 9619
(m) +1 703 861 4910
sgrigsby@bsfllp.com<mailto:sgrigsby@bsfllp.com>
www.bsfllp.com<http://www.bsfllp.com/>

From: Tara C. Nordquist [mailto:tnordquist@WarnerAngle.com]
Sent: Monday, April 17, 2017 7:14 PM
To: Ross McSweeney
Cc: Stacey Grigsby; Robert C. Maysey
Subject: Re: Deposition of Kathryn Duva

Hello,

We are currently dealing with an objection from Ms. Duva. We will keep you advised.

Thank you,
Tara Nordquist

Sent from my iPhone

On Apr 17, 2017, at 4:01 PM, Ross McSweeney <RMcSweeney@BSFLLP.com<mailto:RMcSweeney@BSFLLP.com<mailto:RMcSweeney@BSFLLP.com%3cmailto:RMcSweeney@BSFLLP.com>>> wrote:

Tara,

Please confirm whether Plaintiffs intend to go forward with the deposition of Kathryn Duva on April 24.

Ross P. McSweeney
Associate
BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 274 1122
rmcsweeney@bsfllp.com<mailto:rmcsweeney@bsfllp.com<mailto:rmcsweeney@bsfllp.com%3cmailto:rmcsweeney@bsfllp.com>>
www.bsfllp.com<http://www.bsfllp.com><http://www.bsfllp.com/>

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message

from your computer. [v.1]

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]