# EXHIBIT I

# April 19, 2017 Nordquist Email

**From:** Tara C. Nordquist [mailto:tnordquist@WarnerAngle.com]
**Sent:** Wednesday, April 19, 2017 2:51 PM
**To:** Justin Arborn
**Cc:** Ross McSweeney
**Subject:** Re: Deposition of Leon Margules

Justin,

I believe we had Mr. Margules originally scheduled for April 28th. He informed us that the requested date does not work for him, so we are awaiting dates from him.

Thank you,
Tara Nordquist

Sent from my iPhone

On Apr 18, 2017, at 1:33 PM, Justin Arborn <jarborn@BSFLLP.com<mailto:jarborn@BSFLLP.com>> wrote:

Tara,

Could you kindly confirm whether Plaintiffs intend to go forward with the deposition of Leon Margules on April 27.

Thank you,

Justin

Justin V. Arborn
Associate


BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212.446.2311
(m) +1 845.591.5045
jarborn@bsfllp.com<mailto:jarborn@bsfllp.com>
www.bsfllp.com<http://www.bsfllp.com/>

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]