# EXHIBIT J

## April 21, 2017 Rayhill Email

| | |
|---|---|
| **From:** | Kevin Rayhill <krayhill@saverilawfirm.com> |
| **Sent:** | Friday, April 21, 2017 2:07 PM |
| **To:** | Evan North; tnordquist@warnerangle.com |
| **Cc:** | Nicholas Widnell; Matthew Weiler |
| **Subject:** | RE: Le v. Zuffa LLC - Deposition of Gary Ibarra |

Evan,

I heard this morning from Ibarra's attorney that he will not be available for April 26 and won't be available until the third week of May. Will Zuffa consent to scheduling this deposition in May in light of Mr. Ibarra's unavailability?

Kevin

---

**From:** Kevin Rayhill
**Sent:** Thursday, April 20, 2017 9:24 AM
**To:** Evan North; tnordquist@warnerangle.com
**Cc:** Nicholas Widnell
**Subject:** Re: Le v. Zuffa LLC - Deposition of Gary Ibarra


Evan, confirmed for April 26.

Get Outlook for Android

---

**From:** Evan North <ENorth@BSFLLP.com>
**Sent:** Thursday, April 20, 2017 8:34:38 AM
**To:** tnordquist@WarnerAngle.com; Kevin Rayhill
**Cc:** Nicholas Widnell
**Subject:** Le v. Zuffa LLC - Deposition of Gary Ibarra

Kevin and Tara –

Could either of you please confirm whether Plaintiffs intend to go forward with the deposition of Gary Ibarra in San Francisco on Wed., April 26?

Thanks.

**Evan E. North**
Associate

**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 237 5637
enorth@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]