# EXHIBIT L

# Declaration of Kirk D. Hendrick

WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro Hac Vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro Hac Vice Pending*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>      v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br><br>**DECLARATION OF KIRK D. HENDRICK IN SUPPORT OF ZUFFA'S OPPOSITION** |

I, Kirk D. Hendrick, declare as follows:

1.   I am over 21 years old and have personal knowledge of the information in this declaration and if called to testify, I would and could competently testify to those facts.

2.   I was previously employed by Zuffa, LLC ("Zuffa").  I joined Zuffa in 2002 and have served as General Counsel, Chief Operating Officer, and, prior to leaving Zuffa in February 2017, I served as Executive Vice President and Chief Legal Officer.

3.   I was previously deposed by Plaintiffs over two days, on November 29, 2016 and November 30, 2016 as a Zuffa Rule 30(b)(6) corporate designee.  I testified on the topic of UFC Fighter Contracts.

4.   I was contacted by Nicholas Widnell, counsel for Zuffa, on Saturday, April 8th informing me of Plaintiffs' deposition notice for taking my personal deposition on April 24, 2017.

5.   At that time Mr. Widnell asked if I was available on April 24, 2017 at 9:00 a.m., the date and time noticed and selected by Plaintiffs for my deposition.

6.   I checked my calendar and told Mr. Widnell that I would be available to be deposed on that date.

7.   On April 14, 2017, Mr. Widnell contacted me again concerning my deposition that had been noticed for April 24.

8.   Since April 8, I have kept my schedule open for the April 24 deposition date and 9:00 a.m. start time.  I have planned to sit for the entire deposition on that date.

9.   As a former executive of Zuffa, I understood that Plaintiffs intended to take my deposition in my individual capacity.  I also knew that the Court extended the discovery of fact discovery to May 1, 2017.  As a result, I was hesitant to book any long trips domestically and abroad until after I would be deposed for this litigation.  Upon learning of Plaintiffs' deposition date of April 24, I began to plan travel and other appointments I had been waiting to schedule.

10.   I have travel plans and other appointments that are now scheduled throughout various dates in May.

1

DECLARATION OF KIRK HENDRICK

11.     Upon learning of Plaintiffs' emergency motion to move my deposition date, I checked my calendar and informed Mr. Widnell that I am also available to be deposed on Tuesday, April 25 starting at 9:00 a.m.

12.     It is my understanding that Mr. Matthew Weiler of the Joseph Saveri Law Firm has represented to Zuffa's counsel that I was "heavily involved in the Mercer project, which is subject to Plaintiffs' motion to challenge privilege," and that as a result Plaintiffs would be prejudiced by having to take my deposition on the date that they noticed.

13.     My involvement concerning the Mercer company is set forth in a Declaration filed under seal and attached to Zuffa's Opposition to Plaintiffs' Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 20th day of April 2017, in Las Vegas, Nevada.


Kirk D. Hendrick

DECLARATION OF KIRK HENDRICK