# EXHIBIT N

# February 1, 2017 Dell'Angelo Email

**Nicholas Widnell**

| | |
|---|---|
| **From:** | Michael Dell'Angelo <mdellangelo@bm.net> |
| **Sent:** | Wednesday, February 01, 2017 16:35 |
| **To:** | Nicholas Widnell; Patrick Madden |
| **Cc:** | dspringmeyer@wrslawyers.com; Richard A. Koffman; bbrown@cohenmilstein.com; Eric Cramer; jsaveri@saverilawfirm.com; Matthew Weiler (MWeiler@saverilawfirm.com); krayhill@saverilawfirm.com; rmaysey@warnerangle.com; jelwell@warnerangle.com; fred@fredschwartzlaw.com; Eugene Spector; Mark R. Suter; William Isaacson; jcw@campbellandwilliams.com; Marcy Norwood Lynch; Stacey Grigsby; Suzanne Jaffe Nero |
| **Subject:** | RE: [Le v. Zuffa] Proposed Depositions |

Nick:

Normally we would accommodate the request as a courtesy. However, pre-paid travel and lodging has long since been arranged for Messrs. Fitch and Vera. That issue aside, the change in travel dates would be very inconvenient for the witnesses.

Regards,

Michael

---

Michael Dell'Angelo
**Berger&Montague,P.C.**
1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3080
mdellangelo@bm.net
bergermontague.com

Twitter | LinkedIn | Facebook
Signup for our e-newsletter

---

**From:** Nicholas Widnell [mailto:NWidnell@BSFLLP.com]
**Sent:** Tuesday, January 31, 2017 10:07 PM
**To:** Patrick Madden <pmadden@bm.net>
**Cc:** dspringmeyer@wrslawyers.com; Richard A. Koffman <rkoffman@cohenmilstein.com>; bbrown@cohenmilstein.com; Eric Cramer <ecramer@bm.net>; Michael Dell'Angelo <mdellangelo@bm.net>; jsaveri@saverilawfirm.com; Matthew Weiler (MWeiler@saverilawfirm.com) <MWeiler@saverilawfirm.com>; krayhill@saverilawfirm.com; rmaysey@warnerangle.com; jelwell@warnerangle.com; fred@fredschwartzlaw.com; Eugene Spector <espector@srkw-law.com>; Mark R. Suter <msuter@bm.net>; William A. Isaacson <wisaacson@bsfllp.com>; jcw@campbellandwilliams.com; Marcy Norwood Lynch <mlynch@BSFLLP.com>; Stacey Grigsby <SGrigsby@BSFLLP.com>; Suzanne Jaffe Nero <snero@BSFLLP.com>
**Subject:** RE: [Le v. Zuffa] Proposed Depositions

1

Patrick,

Would it be possible to switch Jon Fitch's deposition to February 16, 2016 and move Brandon Vera's deposition to February 15, 2016?

Thanks,
Nick

---

**From:** Nicholas Widnell
**Sent:** Thursday, November 10, 2016 3:32 PM
**To:** 'Patrick Madden'
**Cc:** dspringmeyer@wrslawyers.com; Richard A. Koffman; bbrown@cohenmilstein.com; Eric Cramer; Michael Dell'Angelo; jsaveri@saverilawfirm.com; Matthew Weiler (MWeiler@saverilawfirm.com); krayhill@saverilawfirm.com; rmaysey@warnerangle.com; jelwell@warnerangle.com; fred@fredschwartzlaw.com; Eugene Spector; Mark R. Suter; William Isaacson; jcw@campbellandwilliams.com; Marcy Norwood Lynch; Stacey Grigsby; Perry Grossman; Suzanne Jaffe Nero
**Subject:** RE: [Le v. Zuffa] Proposed Depositions

Patrick,

The revised dates works on our end.

Regards,

Nicholas A. Widnell
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW, 8th Floor
Washington, DC  20015
202-274-1153 (Direct)
202-237-2727 (Main)
202-237-6131 (Fax)
www.bsfllp.com

---

**From:** Patrick Madden [mailto:pmadden@bm.net]
**Sent:** Tuesday, November 08, 2016 1:10 PM
**To:** Nicholas Widnell
**Cc:** dspringmeyer@wrslawyers.com; Richard A. Koffman; bbrown@cohenmilstein.com; Eric Cramer; Michael Dell'Angelo; jsaveri@saverilawfirm.com; Matthew Weiler (MWeiler@saverilawfirm.com); krayhill@saverilawfirm.com; rmaysey@warnerangle.com; jelwell@warnerangle.com; fred@fredschwartzlaw.com; Eugene Spector; Mark R. Suter; William Isaacson; jcw@campbellandwilliams.com; Marcy Norwood Lynch; Stacey Grigsby; Perry Grossman; Suzanne Jaffe Nero
**Subject:** Re: [Le v. Zuffa] Proposed Depositions

Nick,

I apologize as I misspoke.  We need the the first to start on Tuesday, February 14 instead of Monday February 13.  Does that still work?

Thank you.

Patrick F. Madden

**Berger&Montague,P.C.**

1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3035
pmadden@bm.net
bergermontague.com

Twitter| LinkedIn| Facebook
Signup for our e-newsletter


On Nov 8, 2016, at 12:58 PM, Nicholas Widnell <NWidnell@BSFLLP.com> wrote:

> Counsel,
>
> Those dates will work on our end.  We will notice the depositions to take place at BSF's office in Las Vegas.
>
> Regards,
>
> **Nicholas A. Widnell**
> BOIES, SCHILLER & FLEXNER LLP
> 5301 Wisconsin Ave., NW, 8th Floor
> Washington, DC  20015
> 202-274-1153 (Direct)
> 202-237-2727 (Main)
> 202-237-6131 (Fax)
> www.bsfllp.com
>
>
> ---
>
> **From:** Patrick Madden [mailto:pmadden@bm.net]
> **Sent:** Friday, October 28, 2016 5:26 PM
> **To:** Nicholas Widnell; 'dspringmeyer@wrslawyers.com'; Richard A. Koffman; 'bbrown@cohenmilstein.com'; Eric Cramer; Michael Dell'Angelo; 'jsaveri@saverilawfirm.com'; 'Matthew Weiler (MWeiler@saverilawfirm.com)'; 'krayhill@saverilawfirm.com'; 'rmaysey@warnerangle.com'; 'jelwell@warnerangle.com'; 'fred@fredschwartzlaw.com'; Eugene Spector; Mark R. Suter
> **Cc:** William Isaacson; 'jcw@campbellandwilliams.com'; Marcy Norwood Lynch; Stacey Grigsby; Perry Grossman; Suzanne Jaffe Nero
> **Subject:** RE: [Le v. Zuffa] Zuffa, LLC's 1st Set of Interrogatories
>
> Counsel,
>
> Plaintiffs propose the following dates for the depositions of the requested named plaintiffs:
>
> - Javier Vazquez: February 13, 2016
> - Jon Fitch: February 14, 2016
> - Brandon Vera: February 15, 2016
> - Kyle Kingsbury: February 16, 2016
>
> Plaintiffs propose that the depositions be held Las Vegas.  Plaintiffs are amenable to holding them at Boies Schiller's offices in Las Vegas, but please let us know if that does not work.

Patrick F. Madden
**Berger&Montague,P.C.**
1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3035
pmadden@bm.net
bergermontague.com

Twitter | LinkedIn | Facebook
Signup for our e-newsletter

---

**From:** Nicholas Widnell [mailto:NWidnell@BSFLLP.com]
**Sent:** Wednesday, October 19, 2016 1:42 PM
**To:** 'dspringmeyer@wrslawyers.com' <dspringmeyer@wrslawyers.com>; Richard A. Koffman <rkoffman@cohenmilstein.com>; 'bbrown@cohenmilstein.com' <bbrown@cohenmilstein.com>; Eric Cramer <ecramer@bm.net>; Michael Dell'Angelo <mdellangelo@bm.net>; Patrick Madden <pmadden@bm.net>; 'jsaveri@saverilawfirm.com' <jsaveri@saverilawfirm.com>; 'Matthew Weiler (MWeiler@saverilawfirm.com)' <MWeiler@saverilawfirm.com>; 'krayhill@saverilawfirm.com' <krayhill@saverilawfirm.com>; 'rmaysey@warnerangle.com' <rmaysey@warnerangle.com>; 'jelwell@warnerangle.com' <jelwell@warnerangle.com>; 'fred@fredschwartzlaw.com' <fred@fredschwartzlaw.com>; Eugene Spector <espector@srkw-law.com>
**Cc:** William A. Isaacson <wisaacson@bsfllp.com>; 'jcw@campbellandwilliams.com' <jcw@campbellandwilliams.com>; Marcy Norwood Lynch <mlynch@BSFLLP.com>; Stacey Grigsby <SGrigsby@BSFLLP.com>; Perry Grossman <pgrossman@BSFLLP.com>; Suzanne Jaffe Nero <snero@BSFLLP.com>
**Subject:** RE: [Le v. Zuffa] Zuffa, LLC's 1st Set of Interrogatories

Counsel,

We would like to schedule deposition dates for the following named Plaintiffs:

1. Jon Fitch
2. Brandon Vera
3. Luis Javier Vazquez
4. Kyle Kingsbury

Would you please provide us with dates in January and February 2017 that each Plaintiff is available.

Regards,
Nick

**Nicholas A. Widnell**
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW, 8th Floor
Washington, DC  20015
202-274-1153 (Direct)
202-237-2727 (Main)

202-237-6131 (Fax)
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]