# EXHIBIT O

# April 21, 2017 Pacitti Email

# Brent Nakamura

| | |
|---|---|
| **From:** | Steve Pacitti <SPacitti@Gdallashorton.com> |
| **Sent:** | Friday, April 21, 2017 3:27 PM |
| **To:** | Evan North |
| **Subject:** | RE: Le et al. v. Zuffa LLC - Subpoena to Gary Ibarra |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

The deposition is set for 5/16 at 9:00 a.m. at Saveri's office.

Steven Pacitti, Esq., LL.M.
Attorney at Law
4435 S. Eastern Avenue
Las Vegas, Nevada 89119
p: 702.380.3100
f: 702.385.3101
e: spacitti@gdallashorton.com
Licensed in Nevada, New York & New Mexico
Martindale-Hubbell "AV" Rated Preeminent 5.0 out of 5.0
Mountain States Super Lawyer 2017
Avvo Rating 9.1 Superb
Desert Companion 2014 Top Lawyer
Vegas, Inc. 2012 Top Business Lawyer
Who's Who 2015 Top Attorneys of North America

Confidentiality Notice

This message and any attachments are for the named person's use only.  The message and any attachment may contain confidential, proprietary, or privileged information.  No confidentiality or privilege is waived or lost by any mistransmission.  If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it.  Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.  Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

IRS CIRCULAR 230 NOTICE. To the extent that this message or any attachment concerns tax matters, it is not intended to be used by a taxpayer for the purposes of avoiding penalties that may be imposed by law.

**From:** Evan North [mailto:ENorth@BSFLLP.com]
**Sent:** Thursday, April 20, 2017 10:08 AM
**To:** Steve Pacitti
**Subject:** RE: Le et al. v. Zuffa LLC - Subpoena to Gary Ibarra

Steve,

When I spoke with Mr. Ibarra yesterday, he indicated that he is not available to be deposed next Wed., April 26 in San Francisco and would need to reschedule.  However, Plaintiffs' counsel just told me that they had confirmed his availability for this date.  Can you please let me know if you intend to make Mr. Ibarra available for deposition next Wednesday?  If it's easier to call, I'm available at my desk: (202) 237-5637.

Thanks.

**Evan E. North**
Associate

**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 237 5637
enorth@bsfllp.com
www.bsfllp.com

---

**From:** Steve Pacitti [mailto:SPacitti@Gdallashorton.com]
**Sent:** Wednesday, April 19, 2017 7:04 PM
**To:** Evan North
**Subject:** RE: Le et al. v. Zuffa LLC - Subpoena to Gary Ibarra

Evan,

I have not yet been served by the plaintiffs. But I'll confirm with Gary that it's OK to accept service on his behalf.

Steve

Steven Pacitti, Esq., LL.M.
Attorney at Law
4435 S. Eastern Avenue
Las Vegas, Nevada 89119
p: 702.380.3100
f: 702.385.3101
e: spacitti@gdallashorton.com
Licensed in Nevada, New York & New Mexico
Martindale-Hubbell "AV" Rated Preeminent 5.0 out of 5.0
Mountain States Super Lawyer 2017
Avvo Rating 9.1 Superb
Desert Companion 2014 Top Lawyer
Vegas, Inc. 2012 Top Business Lawyer
Who's Who 2015 Top Attorneys of North America

Confidentiality Notice

This message and any attachments are for the named person's use only.  The message and any attachment may contain confidential, proprietary, or privileged information.  No confidentiality or privilege is waived or lost by any mistransmission.  If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it.  Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.  Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

IRS CIRCULAR 230 NOTICE. To the extent that this message or any attachment concerns tax matters, it is not intended to be used by a taxpayer for the purposes of avoiding penalties that may be imposed by law.

---

**From:** Evan North [mailto:ENorth@BSFLLP.com]
**Sent:** Wednesday, April 19, 2017 1:53 PM
**To:** Steve Pacitti
**Subject:** Le et al. v. Zuffa LLC - Subpoena to Gary Ibarra

Mr. Pacitti:

2

I am counsel to Zuffa, LLC in *Le et al. v. Zuffa, LLC*, an antitrust case pending in the U.S. District Court for the District of Nevada.  I am following up on the voicemail I just left for you regarding the deposition subpoenas issued to your client, Gary Ibarra.

I understand from Mr. Ibarra that you accepted service of the plaintiffs' subpoena on his behalf.  Please advise if you will likewise accept service of the attached subpoena from Zuffa.

Also, please call me at your convenience so that we can discuss the date and place for this deposition.

Thanks very much.

**Evan E. North**
Associate

**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 237 5637
enorth@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]