1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
5  1401 New York Avenue, NW, 11th Floor, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16
17                          UNITED STATES DISTRICT COURT
18                                DISTRICT OF NEVADA
19

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>      v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>            Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' EMERGENCY MOTION TO RESCHEDULE DEPOSITIONS (ECF NO. 377)** |

[PROPOSED] ORDER DENYING PLAINTIFFS' EMERGENCY MOTION

# [PROPOSED] ORDER

     Before this Court is Plaintiffs' Emergency Motion to Reschedule Depositions (ECF No. 377) ("Plaintiffs' Motion"). Having reviewing Plaintiffs' Motion and Defendant Zuffa, LLC's Opposition to Plaintiffs' Emergency Motion to Reschedule Depositions, the Court DENIES Plaintiffs' Motion.

     IT IS SO ORDERED.

DATED: _____  By: _____

                                                           Hon. Peggy A. Leen
                                                           UNITED STATES MAGISTRATE JUDGE