WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**ZUFFA, LLC'S MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY ON STATUTE OF LIMITATIONS GROUNDS (ECF NO. 347) (Second Request)** |

ZUFFA MOT. FOR EXT. OF TIME TO FILE REPLY ISO MOT. FOR PARTIAL SUMM. J.

Zuffa, LLC ("Zuffa") moves for a one-week extension of time to file its reply in support of its Motion for Partial Summary Judgment as to Plaintiff Nathan Quarry on Statute of Limitations Grounds (ECF No. 347) ("SJ Motion").  Zuffa's reply is currently due on Monday, April 24, 2017.  Zuffa requests a one-week extension such that its reply would be due on Monday, May 1, 2017.  This is the second request for an extension of the deadline to brief Zuffa's motion for partial summary judgment.  Zuffa filed its motion for partial summary judgment on February 1, 2017.  The Court previously granted a stipulated extension, which extended the date for Plaintiffs to file their opposition to March 24, 2017 and set the date for Zuffa's reply as April 24, 2017.  ECF No. 354.  In the stipulation, the parties "agreed that due to multiple depositions being scheduled during the upcoming several weeks" prior to the original due date of Plaintiffs' opposition, an extension of the deadlines was appropriate.  *Id.* at 1. On April 22, 2017, counsel for Zuffa sent an email to Plaintiffs' counsel inquiring whether they would oppose this motion.  Plaintiffs have yet to respond to this request from Zuffa's counsel.  For the reasons below, Zuffa can show that just cause exists as a result of extraordinary circumstances and that the Court should therefore grant a short, one-week extension of the reply deadline.

The extraordinary nature of the burden placed on Zuffa to prepare for, take, and defend the enormous number of depositions Plaintiffs noticed for the final three weeks in April, as well as separately brief Plaintiffs' emergency motion in an attempt to reschedule two apex depositions of Zuffa witnesses originally scheduled for April 24 and April 28, provides just cause to extend the reply deadline.  Over the past month, Zuffa has had to prepare for numerous depositions Plaintiffs have noticed and repeatedly rescheduled.  Since March 23, 2017, Plaintiffs have noticed 16 depositions, and noticed six depositions for April 28 alone.  Declaration of Stacey K. Grigsby in Support of Zuffa, LLC's Motion for Extension of Time to File Its Reply in Support of Its Motion for Partial Summary Judgment As to Plaintiff Nathan Quarry on Statute of Limitations

Grounds ("Grigsby Decl.") ¶ 9.  Since early April, counsel for Zuffa has been fully engaged with preparing Zuffa deponents, defending Zuffa witnesses, and taking or preparing to take third-party depositions as listed below.  *Id.* ¶¶ 5, 11.  At one point, Plaintiffs had noticed over 10 depositions for the week of April 24, including three separate 30(b)(6) depositions of Moody's Investors Service, Inc., Deutsche Bank Securities, Inc., and WME, the company that was part of a group of investors that acquired Zuffa in 2016.   As detailed in Zuffa's Opposition to Plaintiffs' Emergency Motion to Reschedule Depositions, Plaintiffs have noticed depositions and failed to follow up with witnesses to confirm scheduling or availability.  As a result, counsel for Zuffa has contacted counsel for third parties only to learn that a deposition would not take place.  ECF No. 380 at 1-3.  Notably, Plaintiffs waited until the last minute to notice many depositions, despite knowing for over six months that the deadline for fact discovery is May 1, 2017.  *Id.* ¶ 3.

Finally, on Friday, April 21, Plaintiffs filed an emergency motion to reschedule the depositions of former Zuffa Executive Vice-President and Chief Legal Officer Kirk Hendrick and Zuffa Chief Operating Officer Ike Lawrence Epstein.  While Plaintiffs are attempting to reschedule the depositions of Mr. Hendrick and Mr. Epstein, Zuffa had been, prior to Friday, April 21, proceeding as if those apex depositions were taking place as scheduled and has been working diligently to prepare those witnesses.  *Id.* ¶ 5.  Plaintiffs' counsel notified Zuffa at 10:26 p.m. Eastern time on Friday, April 21 that Plaintiffs would not take the depositions of Mr. Hendrick and Mr. Epstein as scheduled.  *Id.* ¶ 9.  Nevertheless, before receiving confirmation that those depositions would not proceed, Zuffa has expended time and effort preparing for these depositions.  Due to the emergent nature of Plaintiffs' request and because Zuffa's witnesses and counsel had made arrangements to attend these depositions, Zuffa had to dedicate resources to responding to Plaintiffs' motion that same day.  *Id.* ¶¶ 6-8.

Zuffa respectfully requests that a brief, one-week extension of time to file its reply be granted because just cause and extraordinary circumstances exist because of the significant number of depositions noticed in the final weeks of April and because Zuffa's counsel became fully occupied responding to correspondence and motions practice concerning deposition scheduling and discovery.

Dated:    April 23, 2017                              Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By: */s/ Stacey K. Grigsby*

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC