1   WILLIAM A. ISAACSON (*Pro hac vice*)
    (wisaacson@bsfllp.com)
2   STACEY K. GRIGSBY (*Pro hac vice*)
    (sgrigsby@bsfllp.com)
3   NICHOLAS A. WIDNELL (*Pro hac vice*)
    (nwidnell@bsfllp.com)
4   BOIES SCHILLER FLEXNER LLP
5   1401 New York Avenue, NW, 11th Floor, Washington, DC 20005
    Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7   RICHARD J. POCKER #3568
    (rpocker@bsfllp.com)
8   BOIES SCHILLER FLEXNER LLP
    300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9   Telephone: (702) 382-7300; Fax: (702) 382-2755

10  DONALD J. CAMPBELL #1216
    (djc@campbellandwilliams.com)
11  J. COLBY WILLIAMS #5549
    (jcw@campbellandwilliams.com)
12  CAMPBELL & WILLIAMS
13  700 South 7th Street, Las Vegas, NV 89101
    Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15  *Attorneys for Defendant* Zuffa, LLC, d/b/a
    Ultimate Fighting Championship and UFC
16

17
                    UNITED STATES DISTRICT COURT
18
                        DISTRICT OF NEVADA
19

20  Cung Le, Nathan Quarry, Jon Fitch, Brandon      Case No.: 2:15-cv-01045-RFB-(PAL)
    Vera, Luis Javier Vazquez, and Kyle
21  Kingsbury on behalf of themselves and all
    others similarly situated,                       **[PROPOSED] ORDER**
22                                                    **GRANTING ZUFFA'S MOTION**
                                                      **FOR EXTENSION OF TIME TO**
              Plaintiffs,                             **FILE ITS REPLY IN SUPPORT**
23        v.                                          **OF ITS MOTION FOR PARTIAL**
                                                      **SUMMARY JUDGMENT AS TO**
24  Zuffa, LLC, d/b/a Ultimate Fighting              **PLAINTIFF NATHAN QUARRY**
    Championship and UFC,                             **ON STATUTE OF LIMITATIONS**
25                                                    **GROUNDS (ECF NO. 347)**
26            Defendant.

27

28

        [PROPOSED] ORDER GRANTING ZUFFA'S MOT. FOR ONE-WEEK EXTENSION

1

## [PROPOSED] ORDER

2       Before this Court is Zuffa, LLC's Motion for Extension of Time to File Its Reply in

3   Support of Its Motion for Partial Summary Judgment as to Plaintiffs Nathan Quarry on Statute of

4   Limitations Grounds ("Zuffa's Motion").  Having reviewed Zuffa's Motion, the Court finds that

5   extraordinary circumstances exist and that Zuffa has provided just cause to grant its motion.

6   Zuffa's Motion is GRANTED.

7       Zuffa's Reply in Support of Its Motion for Partial Summary Judgment as to Plaintiffs

8   Nathan Quarry on Statute of Limitations Grounds is now due on May 1, 2017.

9       IT IS SO ORDERED.

10

11

12

13

14   DATED: _____            By: _____

15                                                Hon. Richard F. Boulware, II
                                                 UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

---
1

[PROPOSED] ORDER GRANTING ZUFFA'S MOT. FOR ONE-WEEK EXTENSION