

Returned mail envelope — Clerk, U.S. District Court, District of Nevada, Lloyd D. George U.S. Courthouse, 333 Las Vegas Blvd. So. – Rm 1334, Las Vegas, NV 89101. Stamped "APR 26 2017". Handwritten: "No New Address 15CV1045". Addressed to Andrew Michael Purdy; NIXIE notation "RETURN TO SENDER / NO MAIL RECEPTACLE / UNABLE TO FORWARD".

**Orders on Motions**
2:15-cv-01045-RFB-PAL Le et al v. Zuffa, LLC

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 4/13/2017 at 3:45 PM PDT and filed on 4/13/2017
**Case Name:** Le et al v. Zuffa, LLC
**Case Number:** 2:15-cv-01045-RFB-PAL
**Filer:**
**Document Number:** 375

**Docket Text:**
ORDER Granting [373] Stipulation re Authenticity of Documents. Signed by Judge Richard F. Boulware, II on 4/13/17. (Copies have been distributed pursuant to the NEF - MR)

**2:15-cv-01045-RFB-PAL Notice has been electronically mailed to:**

Don Springmeyer    dspringmeyer@wrslawyers.com, cmixson@wrslawyers.com, crehfeld@wrslawyers.com, nvaldez@wrslawyers.com

Donald J. Campbell    djc@campbellandwilliams.com, lmartinez@campbellandwilliams.com, maw@cwlawlv.com, rpr@cwlawlv.com, srm@campbellandwilliams.com

J. Colby Williams    jcw@campbellandwilliams.com, connie@campbellandwilliams.com, jyc@cwlawlv.com, maw@cwlawlv.com, rpr@cwlawlv.com

Richard J. Pocker    rpocker@bsfllp.com, swisniewski@bsfllp.com

Justin C. Jones    jjones@wrslawyers.com, dfresquez@wrslawyers.com, lrillera@wrslawyers.com

Michael C. Dell'Angelo    mdellangelo@bm.net, tstires@bm.net

Bradley Scott Schrager    bschrager@wrslawyers.com, ODavidoff@wrslawyers.com, crehfeld@wrslawyers.com, dfresquez@wrslawyers.com, lrillera@wrslawyers.com

Steven Holtzman    sholtzman@bsfllp.com, akonik@bsfllp.com, cduong@bsfllp.com, irivera@bsfllp.com, sphan@bsfllp.com

William A. Isaacson    wisaacson@bsfllp.com, jchavez@bsfllp.com, mtolman@bsfllp.com

Kevin Rayhill    krayhill@saverilawfirm.com, cforthuber@saverilawfirm.com

Joseph R. Saveri    jsaveri@saverilawfirm.com, blang@saverilawfirm.com, cforthuber@saverilawfirm.com, dclevenger@saverilawfirm.com, plall@saverilawfirm.com

Benjamin D. Brown    bbrown@cohenmilstein.com

Eric L. Cramer    ecramer@bm.net, mdaniels@bm.net