WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**JOINT STIPULATION REGARDING PLAINTIFFS' EMERGENCY MOTION TO RESCHEDULE DEPOSITIONS AND EXTENSION OF TIME TO FILE ZUFFA, LLC'S REPLY IN RESPONSE TO PLAINTIFF'S OPPOSITION TO ZUFFA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF NATHAN QUARRY (Second Request)** |

| | |
|---|---|
| 1 | Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and |
| 2 | Kyle Kingsbury (collectively "Plaintiffs") and Defendant Zuffa, LLC d/b/a Ultimate Fighting |
| 3 | Championship and UFC ("Zuffa") (together with Plaintiffs, "the Parties") have entered into this |
| 4 | stipulation in order to resolve certain scheduling disputes between the parties regarding |
| 5 | depositions to be taken as well as to stipulate to extend the time in which Zuffa may file a reply in |
| 6 | response to Plaintiffs' Opposition to Zuffa's Motion for Partial Summary Judgment as to Plaintiff |
| 7 | Nathan Quarry (ECF No. 365) ("Plaintiffs' Opposition"). |
| 8 | |
| 9 | WHEREAS Plaintiffs filed an emergency motion to reschedule the depositions of |
| 10 | Kirk Hendrick and Lawrence Epstein on April 21, 2017 (see ECF No. 377); |
| 11 | WHEREAS, this is the second stipulation to extend the time to respond with respect |
| 12 | to Zuffa's Motion for Partial Summary Judgment as to Plaintiff Nathan Quarry (ECF No. 347) |
| 13 | and the original deadline for the reply to Plaintiffs' opposition was April 24, 2017; |
| 14 | |
| 15 | WHEREAS, the Parties have been engaged in extensive fact discovery and still |
| 16 | have outstanding disputes regarding whether certain documents are privileged as well as when |
| 17 | certain depositions of Zuffa deponents may be taken; |
| 18 | WHEREAS, the Parties have determined that is in their mutual interest to avoid |
| 19 | costly and inefficient motion practice regarding the taking of certain depositions of Zuffa |
| 20 | witnesses; and |
| 21 | |
| 22 | WHEREAS, Zuffa has moved to extend the deadline to file its reply to Plaintiffs' |
| 23 | Opposition (ECF No. 381). |
| 24 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between |
| 25 | the Parties as follows: |
| 26 | 1. The parties stipulate to a one-week extension for Zuffa's reply to Plaintiffs' |
| 27 | Opposition such that Zuffa's reply will be due on Monday, May 1, 2017. |
| 28 | |

1

JOINT STIPULATION REGARDING DEPO. SCHEDULING & MSJ REPLY

2. Plaintiffs may take the deposition of Zuffa employee Ike Lawrence Epstein outside the period ordered for fact discovery. Such deposition will be set at a mutually agreeable time for the parties and will take place in May 2017.

3. If the Court has not yet ruled on Plaintiffs' Motion to Challenge Work Product Designation (ECF No. 282) ("Work Product Challenge") by the time Mr. Epstein's deposition is taken, Plaintiffs may hold open Mr. Epstein's deposition for the limited purpose of deposing Mr. Epstein concerning any de-privileged documents Zuffa may produce as a result of the Work Product Challenge where Mr. Epstein is the author or recipient of such documents. Should the Court grant Plaintiffs' Work Product Challenge, Plaintiffs shall be allowed no more than two (2) hours to depose Mr. Epstein regarding fighter compensation issues, including the Mercer documents. The total time on the record for Mr. Epstein's deposition shall not exceed seven (7) hours.

4. Plaintiffs may take the deposition of Kirk D. Hendrick at a mutually agreeable time at Mr. Hendrick's convenience.

5. If the Court has not yet ruled on Plaintiffs' Work Product Challenge by the time Mr. Hendrick's deposition is taken, Plaintiffs may hold open Mr. Hendrick's deposition for the limited purpose of deposing Mr. Hendrick concerning any fighter compensation issues, including any documents related to the Mercer study Zuffa performed. Plaintiffs shall be allowed up to three (3) hours to depose Mr. Hendrick regarding the Mercer documents. The total time on the record for Mr. Hendrick's deposition shall not exceed seven (7) hours.

6. Zuffa's agreement to take the depositions of Mr. Epstein and Mr. Hendrick after the deadline for fact discovery is limited to these two depositions. Zuffa does not consent to any extension of the deadline of fact discovery for any other purpose. Plaintiffs reserve their rights to seek extensions from the Court regarding other depositions.

7. If Plaintiffs are successful in their Work Product Challenge, the Parties agree to jointly seek a reasonable extension of the deadline for the Parties to disclose expert reports.

8. Plaintiffs' emergency motion to reschedule depositions (ECF No. 377) is hereby withdrawn.

**IT IS SO ORDERED**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: __April 27, 2017__

| | | |
|---|---|---|
| 1 | Dated: April 25, 2017 | Dated: April 25, 2017 |
| 2 | | |
| 3 | **JOSEPH SAVERI LAW FIRM, INC.** | **BOIES SCHILLER FLEXNER LLP** |
| 4 | By: */s / Matthew S. Weiler* | By: */s/ Stacey K. Grigsby* |
| | Joseph R. Saveri (State Bar No. 130064) | William A. Isaacson (admitted *pro hac vice*) |
| 5 | Joshua P. Davis (admitted *pro hac vice*) | Stacey K. Grigsby (admitted *pro hac vice*) |
| | Matthew S. Weiler (admitted *pro hac vice*) | Nicholas A. Widnell (admitted *pro hac vice*) |
| 6 | Kevin E. Rayhill (admitted *pro hac vice*) | 1401 New York Ave, NW, 11th Floor |
| | 555 Montgomery Street, Suite 1210 | Washington, D.C. 20005 |
| 7 | San Francisco, California 94111 | Phone: (202) 237-2727/Fax: (202) 237-6131 |
| | Phone: (415) 500-6800/Fax: (415) 395-9940 | wisaacson@bsfllp.com |
| 8 | jsaveri@saverilawfirm.com | sgrigsby@bsfllp.com |
| | jdavis@saverilawfirm.com | nwidnell@bsfllp.com |
| 9 | mweiler@saverilawfirm.com | |
| | krayhill@saverilawfirm.com | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| 10 | | Ultimate Fighting Championship and UFC |
| | *Co-Lead Counsel for the Classes and* | |
| 11 | *Attorneys for Individual and Representative* | **CAMPBELL & WILLIAMS** |
| | *Plaintiffs Cung Le, Nathan Quarry, Jon* | Donald J. Campbell (State Bar No. 1216) |
| 12 | *Fitch, Luis Javier Vazquez, Brandon Vera,* | J. Colby Williams (State Bar No. 5549) |
| | *and Kyle Kingsbury* | 700 South 7th Street |
| 13 | | Las Vegas, Nevada 89101 |
| 14 | | Phone: (702) 382-5222/Fax: (702) 382-0540 |
| | | djc@campbellandwilliams.com |
| 15 | | jcw@campbellandwilliams.com |
| 16 | | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| | | Ultimate Fighting Championship and UFC |
| 17 | | |
| 18 | **COHEN MILSTEIN SELLERS** | **BOIES SCHILLER FLEXNER LLP** |
| | **& TOLL, PLLC** | Richard J. Pocker (State Bar No. 3568) |
| | Benjamin D. Brown (admitted *pro hac vice*) | 300 South Fourth Street, Suite 800 |
| 19 | Richard A. Koffman (admitted *pro hac vice*) | Las Vegas, Nevada 89101 |
| | Daniel Silverman (admitted *pro hac vice*) | Phone: (702) 382-7300/Fax: (702) 382-2755 |
| 20 | 1100 New York Ave., N.W., | rpocker@bsfllp.com |
| 21 | Suite 500, East Tower | |
| | Washington, D.C. 20005 | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| 22 | Phone: (202) 408-4600/Fax: (202) 408 4699 | Ultimate Fighting Championship and UFC |
| | bbrown@cohenmilstein.com | |
| 23 | rkoffman@cohenmilstein.com | |
| | dsilverman@cohenmilstein.com | |
| 24 | | |
| 25 | *Co-Lead Counsel for the Classes and* | |
| | *Attorneys for Individual and Representative* | |
| 26 | *Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,* | |
| | *Luis Javier Vazquez, Brandon Vera, and Kyle* | |
| 27 | *Kingsbury* | |
| 28 | | |

| | |
|---|---|
| 1 | **BERGER & MONTAGUE, P.C.** |
| | Eric L. Cramer (admitted *pro hac vice*) |
| 2 | Michael Dell'Angelo (admitted *pro hac vice*) |
| | Patrick Madden (admitted *pro hac vice*) |
| 3 | 1622 Locust Street |
| | Philadelphia, Pennsylvania 19103 |
| 4 | Phone: (215) 875-3000/Fax: (215) 875-4604 |
| | ecramer@bm.net |
| 5 | mdellangelo@bm.net |
| 6 | pmadden@bm.net |
| 7 | |
| 8 | *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative* |
| 9 | *Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* |
| 10 | |
| 11 | **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** |
| 12 | Don Springmeyer |
| | Nevada Bar No. 1021 |
| 13 | Bradley S. Schrager |
| | Nevada Bar No. 10217 |
| 14 | Justin C. Jones |
| | Nevada Bar No. 8519 |
| 15 | 3556 E. Russell Road, Second Floor |
| | Las Vegas, Nevada 89120 |
| 16 | (702) 341-5200/Fax: (702) 341-5300 |
| | dspringmeyer@wrslawyers.com |
| 17 | bschrager@wrslawyers.com |
| 18 | jjones@wrslawyers.com |
| 19 | *Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs* |
| 20 | *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle* |
| 21 | *Kingsbury* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

5

JOINT STIPULATION REGARDING DEPO. SCHEDULING & MSJ REPLY

| | |
|---|---|
| 1 | **WARNER ANGLE HALLAM JACKSON & FORMANEK PLC** |
| 2 | Robert C. Maysey (admitted *pro hac vice*) |
| | Jerome K. Elwell (admitted *pro hac vice*) |
| 3 | 2555 E. Camelback Road, Suite 800 |
| | Phoenix, Arizona 85016 |
| 4 | Phone: (602) 264-7101/Fax: (602) 234-0419 |
| | rmaysey@warnerangle.com |
| 5 | jelwell@warnerangle.com |
| 6 | |
| | *Counsel for the Classes and Attorneys for* |
| 7 | *Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier* |
| 8 | *Vazquez, Brandon Vera, and Kyle Kingsbury* |
| 9 | **LAW OFFICE OF FREDERICK S. SCHWARTZ** |
| 10 | Frederick S. Schwartz (admitted *pro hac vice*) |
| | 15303 Ventura Boulevard, #1040 |
| 11 | Sherman Oaks, California 91403 |
| | Phone: (818) 986-2407/Fax: (818) 995-4124 |
| 12 | fred@fredschwartzlaw.com |
| 13 | |
| | *Attorneys for Plaintiffs* |
| 14 | |
| | **SPECTOR ROSEMAN KODROFF & WILLIS, P.C.** |
| 15 | |
| | Jeffrey J. Corrigan (admitted *pro hac vice*) |
| 16 | William G. Caldes (admitted *pro hac vice*) |
| | 1818 Market Street, Suite 2500 |
| 17 | Philadelphia, Pennsylvania 19103 |
| | Phone: (215) 496-0300/Fax: (215) 496-6611 |
| 18 | jcorrigan@srkw-law.com |
| | wcaldes@srkw-law.com |
| 19 | |
| 20 | *Attorneys for Plaintiffs* |