1   WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
2   STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
3   NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
4   BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
5   Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131
6
RICHARD J. POCKER #3568
7   (rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
8   300 South Fourth Street, Suite 800
Las Vegas, NV 89101
9   Tel: (702) 382-7300; Fax: (702) 382-2755
10  DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
11  J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
12  CAMPBELL & WILLIAMS
700 South 7th Street
13  Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540
14
*Attorneys for Defendant* Zuffa, LLC, d/b/a
15  Ultimate Fighting Championship and UFC

16

17            **UNITED STATES DISTRICT COURT**

18            **DISTRICT OF NEVADA**

19  Cung Le, Nathan Mr. Quarry, Jon Fitch, Brandon      No.: 2:15-cv-01045-RFB-(PAL)
Vera, Luis Javier Vazquez, and Kyle Kingsbury,
20  on behalf of themselves and all others similarly
situated,                                            **ZUFFA, LLC'S MOTION TO
21                                                       SEAL PORTIONS OF ZUFFA,
                                                         LLC'S REPLY TO PLAINTIFFS'
22              Plaintiffs,                              OPPOSITION TO ZUFFA'S
        v.                                               MOTION FOR PARTIAL
23                                                       SUMMARY JUDGMENT AS TO
                                                         PLAINTIFF NATHAN QUARRY
24  Zuffa, LLC, d/b/a Ultimate Fighting                 ON STATUTE OF LIMITATIONS
Championship and UFC,                                GROUNDS AND RELATED
25                                                       DOCUMENTS**
26              Defendant
27
28

ZUFFA, LLC'S MOTION TO SEAL ZUFFA'S REPLY      Case No.: 2:15-cv-01045-RFB-(PAL)

## I.      INTRODUCTION

Pursuant to the Stipulated Order governing the confidentiality of documents entered by the

Court on February 10, 2016, ECF No. 217 ("Protective Order") and Rule 26(c) of the Federal Rules

of Civil Procedure, Defendant Zuffa, LLC ("Zuffa") respectfully requests that the Court order the

Clerk of Court to file under seal those portions of Zuffa's Reply to Plaintiffs' Separate Statement of

Undisputed Material Facts in Support of Their Opposition to Zuffa, LLC's Motion for Partial

Summary Judgment ("Zuffa's Reply SSUMF"), collectively ("Zuffa's Reply Documents"), as

redacted in the public versions of those documents.

Zuffa has narrowly tailored its sealing requests in light of the "compelling reasons" standard

governing sealing requests related to dispositive motions.  This motion is accompanied by the

Declaration of Nicholas A. Widnell in Support of Zuffa, LLC's Motion to Seal Portions of Zuffa's

Reply ("Widnell Declaration").

## II.      LEGAL STANDARD

Documents filed in connection with a dispositive motion may be sealed if there are

"compelling reasons" to seal those documents. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d

1172, 1179 (9th Cir. 2006) (citation omitted).  Documents attached to summary judgment motions

are evaluated under this "compelling reasons" standard.  *Id.* (citation omitted).

The "compelling reasons" standard requires a party to "articulate compelling reasons

supported by specific factual findings that outweigh the general history of access and the public

policies favoring disclosure."  *Id.* at 1178-79 (citations and quotation marks omitted).  "Compelling

reasons" have included preventing:  disclosure of "sources of business information that might harm a

litigant's competitive standing," *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)

(citations omitted); the "release of trade secrets," *Kamanaka*, 447 F.3d at 1179 (citing *Nixon*, 435

U.S. at 598); and "the release of . . . information [that] would result in an invasion of the privacy

interests of third parties."  *GoDaddy.com LLC v. RPost Commc'ns Ltd.*, No. CV-14-00126-PHX-

JAT, 2016 WL 1158851, at *5 (D. Ariz. Mar. 24, 2016), on *reconsideration in part*, No. CV-14-

00126-PHX-JAT, 2016 WL 1274120 (D. Ariz. Mar. 31, 2016).

The Ninth Circuit has held that certain "confidential and commercially sensitive

1    information," including licensing agreements containing "pricing terms, royalty rates, and

2    guaranteed minimum payment terms" meet the "compelling reasons" standard and are properly filed

3    under seal. *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) ("Electronic Arts"). The

4    Ninth Circuit noted that these categories of information "plainly fall[] within the definition of 'trade

5    secrets' and explained that "a trade secret may consist of any formula, pattern, device or compilation

6    of information which is used in one's business, and which gives him an opportunity to obtain an

7    advantage over competitors who do not know or use it." *Id.* (citations and quotation marks omitted).

8    Courts have also held that sales volume and pricing information, sensitive information about a

9    company's products and processes not typically available to the public, customer identity

10   information, and capital expenditure and development cost information may be properly sealed

11   under the "compelling reasons" standard. *E.g. Triquent Semiconductor, Inc. v. Avago Techs Ltd.*,

12   No. CV 09-1531-PHX-JAT, 2011 WL 6182346, at *2-*8 (D. Ariz. Dec. 13, 2011).

13   **III.    ARGUMENT**

14         Zuffa seeks to file under portions of Zuffa's Reply Documents that contain excerpts of and

15   trade secret information from the deposition of former Zuffa employee Marshall Zelaznik. As

16   explained in detail in Zuffa's Motion to Seal Portions of Plaintiffs' Opposition to Zuffa's Motion for

17   Partial Summary Judgment as to Plaintiff Nathan Quarry on Statute of Limitations Grounds, Zuffa

18   seeks only to seal specific pieces of information that bear on Zuffa's highly sensitive and

19   confidential business strategy as well as revenue and profit information related to its Fight Pass

20   Product. *See* ECF No. 368. Zuffa does not publicly disclose this information and zealously guards

21   its private profitability, revenue, and related information. Widnell Decl. ¶ 6. The portions of Zuffa's

22   Reply Documents that are trade secret information that are properly sealed under the "compelling

23   reasons" standard are redacted in the public version of Zuffa's Reply SSUMF.

24   **IV.    CONCLUSION**

25         Zuffa has narrowly tailored its sealing request in light of the Ninth Circuit's "compelling

26   reasons" standard and respectfully requests, for the foregoing reasons, that the Court find that

27   "compelling reasons" exist such portions of Zuffa's Reply Documents are properly filed under seal.

28   *//*

1  Dated:      May 1, 2017                    Respectfully Submitted,

2                                             BOIES SCHILLER FLEXNER LLP

3

4                                             By: /s/ Nicholas A. Widnell
                                                  Nicholas A. Widnell
5                                             *Attorneys for Defendant* Zuffa, LLC, d/b/a
                                              Ultimate Fighting Championship and UFC
6
                                              WILLIAM A. ISAACSON (*Pro hac vice*)
7                                             (wisaacson@bsfllp.com)
                                              STACEY K. GRIGSBY (*Pro hac vice*)
8                                             (sgrigsby@bsfllp.com)
                                              NICHOLAS A. WIDNELL (*Pro hac vice*)
9                                             (nwidnell@bsfllp.com)
                                              BOIES SCHILLER FLEXNER LLP
10                                            1401 New York Ave., NW, Washington, DC 20005
                                              Telephone: (202) 237-2727; Fax: (202) 237-6131
11
                                              RICHARD J. POCKER #3568
12                                            (rpocker@bsfllp.com)
                                              BOIES SCHILLER FLEXNER LLP
13                                            300 South Fourth St., Ste. 800, Las Vegas, NV 89101
                                              Telephone: (702) 382 7300; Fax: (702) 382 2755
14
                                              DONALD J. CAMPBELL #1216
15                                            (djc@campbellandwilliams.com)
                                              J. COLBY WILLIAMS #5549
16                                            (jcw@campbellandwilliams.com)
                                              CAMPBELL & WILLIAMS
17                                            700 South 7th Street, Las Vegas, NV 89101
                                              Telephone: (702) 382-5222; Fax: (702) 382-0540
18
19                                            *Attorneys for Defendant* Zuffa, LLC, d/b/a
                                              Ultimate Fighting Championship and UFC
20
21
22
23
24
25
26
27
28

ZUFFA, LLC'S MOTION TO SEAL ZUFFA'S REPLY      Case No.: 2:15-cv-01045-RFB-(PAL)