| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro Hac Vice*) |
| 2 | (wisaacson@bsfllp.com) <br> STACEY K. GRIGSBY (*Pro Hac Vice*) |
| 3 | (sgrigsby@bsfllp.com) <br> NICHOLAS A. WIDNELL (*Pro Hac Vice*) |
| 4 | (nwidnell@bsfllp.com) <br> BOIES SCHILLER FLEXNER LLP |
| 5 | 1401 New York Avenue, NW <br> Washington, DC 20005 |
| 6 | Telephone: (202) 237-2727; Fax: (202) 237-6131 |

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL) <br><br> **CERTIFICATE OF SERVICE OF DOCUMENTS FILED UNDER SEAL [L.R. IA 10-5(c)]** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 1999 Harrison Street, Suite 900, Oakland, California 94612.

**ZUFFA, LLC'S REPLY TO PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR OPPOSITION TO ZUFFA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]**

On May 1, 2017, I served the documents listed above on the parties listed below:

| | |
|---|---|
| **Don Springmeyer**<br>dspringmeyer@wrslawyers.com | **Patrick F. Madden**<br>pmadden@bm.net |
| **Bradley Scott Schrager**<br>bschrager@wrslawyers.com | **Joseph R. Saveri**<br>jsaveri@saverilawfirm.com |
| **Justin C. Jones**<br>jjones@wrslawyers.com | **Matthew Weiler**<br>MWeiler@saverilawfirm.com |
| **Richard A. Koffman**<br>rkoffman@cohenmilstein.com | **Kevin Rayhill**<br>krayhill@saverilawfirm.com |
| **Benjamin Doyle Brown**<br>bbrown@cohenmilstein.com | **Joshua P. Davis**<br>jdavis@saverilawfirm.com |
| **Daniel H. Silverman**<br>dsilverman@cohenmilstein.com | **Robert Maysey**<br>rmaysey@warnerangle.com |
| **Tracey Kitzman**<br>TKitzman@cohenmilstein.com | **Jerome Elwell**<br>jelwell@warnerangle.com |
| **Eric L. Cramer**<br>ecramer@bm.net | **Frederick S. Schwartz**<br>fred@fredschwartzlaw.com |
| **Michael C. Dell'Angelo**<br>mdellangelo@bm.net | **Eugene A. Spector**<br>espector@srkw-law.com |

The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1  I hereby certify that I am employed in the office of a member of the State of California, admitted *pro hac vice* to practice before the District of Nevada for this case, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 1st day of May, 2017, in Oakland, California.

Date: May 1, 2017

/s/ Brent K. Nakamura
Employee of Boies Schiller Flexner LLP