UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Cung Le, Nathan Quarry, and Jon Fitch, et al.

      Plaintiff(s),

vs.

Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC

      Defendant(s).

Case #2:15-cv-01045-RFB-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Evan Edmund North_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Boies Schiller Flexner LLP_____
(firm name)

with offices at _____1401 New York Avenue, NW_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20005_____,
(city)                    (state)                           (zip code)

_____202-237-2727_____, _____enorth@bsfllp.com_____.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Zuffa, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>07/12/2013</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>District of Columbia</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Colorado Supreme Court | 03/21/2012 | 44382 |
| State Bar of the District of Columbia | 07/12/2013 | 995360 |
| US Dist. Court - District of Columbia | 03/02/2015 | 995360 |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia Bar Association
American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 | FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

~~STATE OF~~ District of Columbia ) :ss
~~COUNTY OF~~ _____ )

_____Evan Edmund North_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

26th day of April, 2017.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Richard J. Pocker_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____300 South Fourth Street, Suite 800_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89101_____,
(city)            (state)          (zip code)

_____(702) 382-7300_____, _____rpocker@bsfllp.com_____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) ___Richard J. Pocker___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Hunter Campbell, Executive Vice Pres. & General Counsel
(type or print party name, title)

_____
(party's signature)

Zuffa, LLC
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

3568                              rpocker@bsfllp.com
Bar number                        Email address

APPROVED:

DATED this 2nd day of May, 2017

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### EVAN EDMUND NORTH

was on   JULY 12, 2013   duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **April 26, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Evan Edmund North**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **21st** day of **March** A. D. **2012** and that at the date hereof the said **Evan Edmund North** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **27th** day of **April** A. D. **2017**

**Christopher T. Ryan**
Clerk

By _____
Deputy Clerk