**Index of Exhibits to Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices**

| Index of Exhibits | |
|---|---|
| 1 | [Proposed] Order Granting Plaintiffs' Motion to Compel Defendant Zuffa, LLC to Produce a Time-Stamped Record of Each Electronic Communication Sent to and from Each of Dana White's Discoverable Telephone Numbers and Electronic Devices Utilized During the Relevant Time Period and Associated Relief |