UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES** |

### [PROPOSED] ORDER

Pending before this Court is Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices.

WHEREAS, Plaintiffs have substantiated numerous issues regarding Defendant's identification, collection, preservation and production of ESI from the electronic communication devices of Defendant's custodians;

WHEREAS, the parties have not yet completed depositions to which ESI from the Defendant's custodians' electronic communication devices may be relevant;

WHEREAS, to promote certainty and to advance the orderly and efficient resolution of fact discovery and issues regarding Defendant's identification, collection, preservation and production of ESI from its custodians' electronic communication devices;

IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices is GRANTED.

Within five (5) days, Defendant shall:

(a) Produce a log, for each mobile telephone and electronic device utilized by Zuffa President Dana White during the Relevant Time Period that may contain relevant ESI, that identifies the time, date and, if applicable, duration, of each communication made on each such device, including the telephone number, email address, social media handle or similar identifying information and, if applicable, communications carrier, that each such communication was sent to and from;

(b) Submit to the Court and Plaintiffs a written report regarding Defendant's identification, collection, preservation and production of ESI from the electronic communication devices of Defendant's Ordered and Agreed Custodians that:

   (1) Includes an inventory of each Custodian's personal and business electronic devices (including mobile telephone numbers), on or from which potentially relevant information or communication was made, sent, received, viewed or stored during the Relevant Time Period;

   (2) For each device responsive to (b)(1) of this Order, states:

      a. The model number, telephone number, email address, social media handle or similar identifying information, if applicable, on or from which any information or communication was made, sent, received, viewed or stored during the Relevant Time Period;

      b. Whether the device was subject to a litigation hold, the date the litigation hold was implemented and a copy of the litigation hold and the date, if applicable, that the litigation hold was terminated;

      c. Whether the device and ESI thereon was inspected by counsel for Defendant;

      d. Without disclosing attorney work product or attorney-client communications, the method used to determine whether the device contained discoverable ESI, i.e., inspection by counsel, a representation by the custodians or otherwise;

      e. Whether ESI was collected from the device, the date of each collection, the date range for the ESI collected from the device and whether the collected ESI was produced to Plaintiffs; and

      f. For any device from which ESI was not collected and produced to Plaintiffs, the reason(s) why.

IT IS SO ORDERED.

DATED: _____  By: _____
                                                                                Hon. Peggy A. Leen
                                                                                UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL**