**Index of Exhibits to Plaintiffs' Memorandum of Law in Support Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices**

| | Index of Exhibits |
|---|---|
| 1 | Letter from John F. Cove, Jr. to Michael Dell'Angelo dated Dec. 21, 2015 |
| 2 | Letter from Marcy Lynch to Michael Dell'Angelo dated Apr. 24, 2017 |
| 3 | Email exchange between Michael Dell'Angelo and Stacey Grigsby dated Jan. 19, 2017 through Apr. 26, 2017 |
| 4 | Email exchange between Michael Dell'Angelo and Stacey Grigsby dated Apr. 29, 2017 through May 8, 2017 |
| 5 | Notice of Deposition of Dana White for April 14, 2017 |
| 6 | Email exchange between and Stacey Grigsby and Patrick Madden dated Nov. 4, 2016 through Dec. 19, 2016 |
| 7 | Email exchange between Kevin Rayhill and Stacey Grigsby dated Dec. 20, 2016 through Jan. 20, 2017 |
| 8 | Email exchange between Kevin Rayhill and Stacey Grigsby dated Mar. 7, 2017 through Mar. 10, 2017 |
| 9 | Email exchange between Patrick Madden and Marcy Norwood Lynch dated Mar. 20-22, 2017 |
| 10 | ZFL-1897652 (excerpted)[1] |
| 11 | ZFL-2699687 (excerpted) |
| 12 | ZFL-1897060 (excerpted) |
| 13 | ZFL-1898195 (excerpted) |
| 14 | ZFL-1896908 (excerpted) |
| 15 | ZFL-1897833 (excerpted) |
| 16 | ZFL-1897651 (excerpted) |
| 17 | ZFL-1897997 (excerpted) |
| 18 | Letter from Michael Dell'Angelo to Marcy Norwood Lynch dated Apr. 24, 2017 |
| 19 | Email exchange between Michael Dell'Angelo and Marcy Norwood Lynch dated Jan. 19, 2017 through Apr. 25, 2017 |
| 20 | Nov. 7, 2015 Joint Status Conference Hearing Transcript |
| 21 | Email exchange between Michael Dell'Angelo and Stacey Grigsby dated Apr. 6, 2017 through Apr. 20, 2017 |
| 22 | Letter from Stacey Grigsby to Michael Dell'Angelo dated Apr. 29, 2017 |
| 23 | Letter from John F. Cove, Jr. to Michael Dell'Angelo dated Jan. 13, 2016 |
| 24 | ZFL-2699678 (excerpted) |
| 25 | ZFL-2699683 (excerpted) |
| 26 | ZFL-2699671 (excerpted) |

---

[1] As reflected in Plaintiffs' Index of Exhibits, for the convenience of the Court and to reduce the overall length of the submission, certain compilations of text messages have been excerpted to include only the pages on which individual text messages are cited.  Should the Court so desire, Plaintiffs will submit complete versions of the text message compilations.

| 27 | ZFL-2699685 (excerpted) |
|----|--------------------------|
| 28 | ZFL-2699676 (excerpted) |
| 29 | ZFL-2699681 (excerpted) |
| 30 | Lorenzo J. Fertitta Deposition transcript dated Mar. 23, 2017 |
| 31 | ZFL-2699672 (excerpted) |
| 32 | ZFL-2699688 (excerpted) |
| 33 | ZFL-2699689 (excerpted) |
| 34 | ZFL-2699693 (excerpted) |
| 35 | ZFL-2699674 (excerpted) |
| 36 | ZFL-2699686 (excerpted) |