# EXHIBIT 5

| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | JOSEPH SAVERI LAW FIRM, INC. |
| 2 | 555 Montgomery Street, Suite 1210 |
| | San Francisco, California 94111 |
| 3 | Telephone:     (415) 500-6800 |
| | Facsimile:      (415) 395-9940 |
| 4 | jsaveri@saverilawfirm.com |
| 5 | Benjamin Brown (*pro hac vice*) |
| | COHEN MILSTEIN SELLERS & TOLL, PLLC |
| 6 | 1100 New York Ave., N.W., |
| | Suite 500, East Tower |
| 7 | Washington, DC 20005 |
| | Telephone: (202) 408-4600 |
| 8 | Facsimile: (202) 408-4699 |
| | rkoffman@cohenmilstein.com |
| 9 | |
| 10 | Eric L. Cramer (*pro hac vice*) |
| | BERGER & MONTAGUE, P.C. |
| 11 | 1622 Locust Street |
| | Philadelphia, PA 19103 |
| 12 | Telephone: (215) 875-3000 |
| | Facsimile: (215) 875-4604 |
| 13 | ecramer@bm.net |

*Attorneys for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                    Defendant. | Case No.   2:15-cv-01045 RFB-(PAL)<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF DANA WHITE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 30.** |

TO: DEFENDANT ZUFFA, LLC THROUGH COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs"), by and through their undersigned counsel, will take the deposition of Dana White commencing on Friday, April 14, 2017 at 9:00 a.m. at the Litigation Services, 3770 Howard Hughes Pkwy #300, Las Vegas, NV 89169, and will continue until concluded.

This deposition will be conducted before a notary public or other person duly authorized to administer oaths and take testimony and will be recorded stenographically and by videotape.

Dated: November 12, 2016

BERGER & MONTAGUE, P.C.

By:  */s/ Michael Dell'Angelo*

Eric L. Cramer (*pro hac vice*)
Michael Dell'Angelo (*pro hac vice*)
Patrick Madden (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

Joseph R. Saveri (*pro hac vice*)
Joshua P. Davis (*pro hac vice*)
Matthew S. Weiler (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

**NOTICE OF VIDEOTAPED DEPOSITION OF DANA WHITE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 30**

2

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

Benjamin D. Brown (*pro hac vice*)
Richard A. Koffman (*pro hac vice*)
Daniel Silverman
Tracey Kitzman
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
hhafiz@cohenmilstein.com
dsilverman@cohenmilstein.com
tkitzman@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

Robert C. Maysey (*pro hac vice*)
Jerome K. Elwell (*pro hac vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
WOLF, RIFKIN, SHAPIRO,
    SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, NV 89120
Telephone: (702) 341-5200

**NOTICE OF VIDEOTAPED DEPOSITION OF DANA WHITE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 30**

Facsimile:  (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*


Jeffrey J. Corrigan (*pro hac vice*)
William G. Caldes (*pro hac vice*)
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*


Frederick S. Schwartz (*pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile:  (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

4

**NOTICE OF VIDEOTAPED DEPOSITION OF DANA WHITE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 30**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2016, true and correct copies of **NOTICE OF VIDEOTAPED DEPOSITION OF DANA WHITE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 AND 30** was sent via electronic mail to the following:

| | |
|---|---|
| William A. Isaacson<br>Stacey K. Grigsby<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Fax: (202) 237-6131<br>E-Mail: wisaacson@bsfllp.com<br>        sgrigsby@bsfllp.com | Marcy Norwood Lynch<br>BOIES, SCHILLER & FLEXNER LLP<br>121 South Orange Avenue, Suite 840<br>Orlando, FL 32801<br>Telephone: (206) 939-5370<br>Mobile: (407) 923-4099<br>E-Mail: mlynch@bsfllp.com |
| Suzanne Jaffe Nero<br>Perry Grossman<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Fax: (510) 874-1460<br>E-Mail: snero@bsfllp.com<br>        pgrossman@bsfllp.com | Donald J. Campbell<br>J. Colby Williams<br>CAMPBELL & WILLIAMS<br>700 South 7th Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-5222<br>Fax: (702) 382-0540<br>E-Mail: djc@campbellandwilliams.com<br>        jcw@campbellandwilliams.com |

*/s/ Michael Dell'Angelo*