# EXHIBIT 21
## FILED UNDER SEAL

# EXHIBIT 22
# FILED UNDER SEAL

# EXHIBIT 23
# FILED UNDER SEAL

# EXHIBIT 24
## FILED UNDER SEAL

# EXHIBIT 25
## FILED UNDER SEAL

# EXHIBIT 26
# FILED UNDER SEAL

# EXHIBIT 27
# FILED UNDER SEAL

# EXHIBIT 28
# FILED UNDER SEAL

# EXHIBIT 29
## FILED UNDER SEAL

# EXHIBIT 30

# EXHIBIT 31
# FILED UNDER SEAL

# EXHIBIT 32
# FILED UNDER SEAL

# EXHIBIT 33
# FILED UNDER SEAL

# EXHIBIT 34
# FILED UNDER SEAL

# EXHIBIT 35
# FILED UNDER SEAL

# EXHIBIT 36
## FILED UNDER SEAL