WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Mr. Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF STACEY K. GRIGSBY IN SUPPORT OF ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES AND RELATED DOCUMENTS (ECF No. 396)** |

I, Stacey K. Grigsby, declare as follows:

1. I am over 21 years old and have personal knowledge of the information in this declaration. I am a member in good standing of the bars of the District of Columbia and the state of New York. I am admitted pro hac vice to practice before this Court. I am a partner in the law firm Boies Schiller Flexner LLP, counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-PAL.

2. Except where otherwise stated, based on my review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

3. I make this declaration in support of Zuffa's Motion to Seal Portions of Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices and Related Documents (ECF No. 396) ("Motion to Seal").

4. Zuffa seeks to seal limited portions of Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices (ECF No. 396) ("Motion to Compel").

5. Zuffa also seeks to seal certain exhibits or portions of certain exhibits attached to the Motion to Compel.

6. Federal Rule of Civil Procedure 26(c) provides that the Court may "issue an order to protect a party of person from annoyance, embarrassment, oppression or undue burden or expense" by "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specific way." Documents filed in connection with a non-dispositive motion like the Motion to Compel may be sealed if the party seeking to seal the documents makes a "particularized showing" under the "good cause" standard of Rule 26(c). *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (citation and internal quotation marks omitted).

1      7.     I understand that as a private company, Zuffa does not publicly disclose information relating to profitability, revenue, and other related information.  I also understand that Zuffa zealously guards its private profitability, revenue, and related information and that disclosure of that information would very likely provide competitors with insights they could use to gain damaging and unfair competitive advantages over Zuffa.

      8.     I further understand that Zuffa has a policy of not disclosing the precise contractual offers it makes to athletes during negotiations and does not disclose the final terms of its confidential contracts with athletes.   I also understand that Zuffa, as a private company, does not disclose information regarding athlete compensation, except where required by law or athletic commission rule.

      9.     Exhibit 1 to this declaration is a true and correct copy of Exhibit 1 to Plaintiffs' Memorandum of Law with redactions added.

      10.    Exhibit 2 to this declaration is a true and correct copy of Exhibit 2 to Plaintiffs' Memorandum of Law with redactions added.

      11.    Exhibit 3 to this declaration is a true and correct copy of Exhibit 3 to Plaintiffs' Memorandum of Law with redactions added.

      12.    Exhibit 4 to this declaration is a true and correct copy of Exhibit 4 to Plaintiffs' Memorandum of Law with redactions added.

      13.    Exhibit 7 to this declaration is a true and correct copy of Exhibit 7 to Plaintiffs' Memorandum of Law with redactions added.

      14.    Exhibit 8 to this declaration is a true and correct copy of Exhibit 8 to Plaintiffs' Memorandum of Law with redactions added.

      15.    Exhibit 15 to this declaration is a true and correct copy of Exhibit 15 to Plaintiffs' Memorandum of Law in Support Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices ("Memorandum of Law") with redactions added.

16. Exhibit 18 to this declaration is a true and correct copy of Exhibit 18 to Plaintiffs' Memorandum of Law with redactions added.

17. Exhibit 19 to this declaration is a true and correct copy of Exhibit 19 to Plaintiffs' Memorandum of Law with redactions added.

18. Exhibit 22 to this declaration is a true and correct copy of Exhibit 22 to Plaintiffs' Memorandum of Law with redactions added.

19. Exhibit 23 to this declaration is a true and correct copy of Exhibit 23 to Plaintiffs' Memorandum of Law with redactions added.

20. Exhibit 26 to this declaration is a true and correct copy of Exhibit 26 to Plaintiffs' Memorandum of Law with redactions added.

21. Exhibit 28 to this declaration is a true and correct copy of Exhibit 28 to Plaintiffs' Memorandum of Law with redactions added.

22. Exhibit 30 to this declaration is a true and correct copy of Exhibit 30 to Plaintiffs' Memorandum of Law with redactions added.

23. Exhibit 36 to this declaration is a true and correct copy of Exhibit 36 to Plaintiffs' Memorandum of Law with redactions added.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 15th day of May, 2017, in Washington, DC.

/s/ Stacey K. Grigsby
Stacey K. Grigsby