# EXHIBIT 7
## FILED UNDER SEAL

| | |
|---|---|
| **From:** | Kevin Rayhill |
| **To:** | Stacey Grigsby; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; William A. Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell |
| **Cc:** | Joseph Saveri; Matthew Weiler; Eric Cramer; MIchael Dell"Angelo; Patrick Madden; Mark R. Suter; Ben Brown; Richard A. Koffman; Daniel Silverman; Robert C. Maysey; "Jerome Elwell (jelwell@warnerangle.com)"; Don Springmeyer |
| **Subject:** | RE: Depositions |
| **Date:** | Friday, January 20, 2017 5:48:02 PM |

Stacey,

Here are our responses regarding deposition dates:

Dana White: confirmed for April 26
Michael Mersch: March 8 or 9 will work for us
Lorenzo Fertitta: we are available the week of March 20-23
John Mulkey: we will get back to you
Sean Shelby: we are available April 3 or 4
Joe Silva: we are available the week of April 24-28. Will you be accepting service on Mr. Silva's behalf?
Plaintiffs would also like to know if you will accept service on behalf of John Hertig (Fertitta Enterprises)?

Can you also let me know what you decide about whether you will stipulate to moving the hearing date for the motion to challenge privilege to the next available court date?

Thanks.

Kevin

**From:** Stacey Grigsby [mailto:SGrigsby@BSFLLP.com]
**Sent:** Friday, January 20, 2017 1:07 PM
**To:** Kevin Rayhill; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; Bill Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; 'Mark R. Suter (msuter@bm.net)'; Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; 'Jerome Elwell (jelwell@warnerangle.com)'; Don Springmeyer
**Subject:** RE: Depositions

Kevin,

I wanted to follow-up on some outstanding items from our January 10 call regarding deposition scheduling.  First, the week of March 6 is preferable for Mr. Mersch's deposition.  Please let us know what days during that week you are available to take his deposition and we will confirm a specific date.  Second, Plaintiffs had agreed to look into dates in March that you are available to take Mr. Mulkey and Mr. Fertitta's depositions.  Please let us know when you have dates to propose.  Lastly, my January 11 email proposed a deposition date of April 26 for Mr. White.  Please let us know whether Plaintiffs are available to take his deposition on that date.

Thank you,
Stacey

---

**From:** Stacey Grigsby
**Sent:** Wednesday, January 11, 2017 7:13 PM
**To:** 'Kevin Rayhill'; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; William Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** RE: Depositions

As an additional update on deposition scheduling, we have found out that Dana White will not be able to be deposed on April 14th.  However, he is available on April 26th.  Will plaintiffs be able to take his deposition on that date?

Thank you,
Stacey

**Stacey K. Grigsby**
Partner
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW
Washington DC, 20005
202.237.2727 (main)
202.237.9619 (direct)
~~[redacted]~~
202.237.6131 (fax)
sgrigsby@bsfllp.com

---

**From:** Kevin Rayhill [mailto:krayhill@saverilawfirm.com]
**Sent:** Wednesday, January 11, 2017 5:51 PM
**To:** Stacey Grigsby; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; William Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** RE: Depositions

Stacey,

Campbell & Williams' offices will be fine. I will get back to you by Friday regarding Mr. Zelaznik's deposition. Thanks.

Kevin

---

**From:** Stacey Grigsby [mailto:SGrigsby@BSFLLP.com]
**Sent:** Wednesday, January 11, 2017 2:13 PM
**To:** Kevin Rayhill; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; Bill Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell

**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** RE: Depositions

Hello Kevin,

To follow up on two items from yesterday:

1. We are able to host the Batchvarova and Long depositions at Campbell & Williams at 700 South 7th Street.  That office has one break out room.  If that works for Plaintiffs, we can confirm the location.
2. Please let us know if Plaintiffs are able to accommodate Mr. Zelaznik's schedule and depose him on January 27th.

Thank you,
Stacey

**Stacey K. Grigsby**
Partner
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW
Washington DC, 20005
202.237.2727 (main)
202.237.9619 (direct)
202.237.6131 (fax)
sgrigsby@bsfllp.com

---

**From:** Kevin Rayhill [mailto:krayhill@saverilawfirm.com]
**Sent:** Tuesday, January 10, 2017 1:37 PM
**To:** Stacey Grigsby; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; William Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** RE: Depositions

OK.

---

**From:** Stacey Grigsby [mailto:SGrigsby@BSFLLP.com]
**Sent:** Tuesday, January 10, 2017 10:36 AM
**To:** Kevin Rayhill; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; Bill Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** RE: Depositions

We can use my call in

Stacey K. Grigsby
Partner
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW
Washington DC, 20005
202.237.2727 (main)
202.237.9619 (direct)
202.237.6131 (fax)
sgrigsby@bsfllp.com

---

**From:** Kevin Rayhill [mailto:krayhill@saverilawfirm.com]
**Sent:** Tuesday, January 10, 2017 1:31 PM
**To:** Stacey Grigsby; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; William Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** RE: Depositions

11:30 PT will work.

---

**From:** Stacey Grigsby [mailto:SGrigsby@BSFLLP.com]
**Sent:** Tuesday, January 10, 2017 10:30 AM
**To:** Kevin Rayhill; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; Bill Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** RE: Depositions

I'm not sure we closed the loop on the call today.  Will 11:30 PT work?

Stacey K. Grigsby
Partner
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW
Washington DC, 20005
202.237.2727 (main)
202.237.9619 (direct)
202.237.6131 (fax)
sgrigsby@bsfllp.com

---

**From:** Kevin Rayhill [mailto:krayhill@saverilawfirm.com]
**Sent:** Thursday, January 05, 2017 1:26 PM
**To:** Stacey Grigsby; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; William Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** RE: Depositions

Stacey,

Your offices in Las Vegas will be fine for the Long and Batchvarova depos.

Thank you for letting us know about Mr. Pine. We will make arrangements to depose him in the Nashville area, though the following week would be better for us. Can you see if Mr. Pine is available the week of Feb. 6-10?

Tuesday at 11 am PT will work for a phone call. Dan Silverman will be joining. Does that work for you?

Let me know what you find out about Marshall Zelaznik.

Thanks.

Kevin

---

**From:** Stacey Grigsby [mailto:SGrigsby@BSFLLP.com]
**Sent:** Thursday, January 05, 2017 6:30 AM
**To:** Kevin Rayhill; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; Bill Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** RE: Depositions

Hello Kevin,
We are still trying to reach Mr. Zelaznik and hope to do so soon.

Thank you for confirming the dates for the depositions of Ms. Batchvarova and Ms. Long. As before, you are welcome to use our Las Vegas office for those depositions.

In addition, Plaintiffs noticed the deposition of ██████ for January 31 in Las Vegas. We have confirmed that date with Mr. Pine, but wanted to let you know that Mr. Pine lives in Nashville, Tennessee, not Las Vegas. Mr. Pine therefore will need to be deposed in the Nashville area.

Finally, are you free on Tuesday to discuss scheduling and logistics for these depositions? I think we may be able to work through some of these issues more quickly in a call rather than by email. We can then follow up in writing.

Thanks,
Stacey

Stacey K. Grigsby
Partner
BOIES, SCHILLER & FLEXNER LLP

1401 New York Avenue, NW
Washington DC, 20005
202.237.2727 (main)
202.237.9619 (direct)
202.237.6131 (fax)
sgrigsby@bsfllp.com

---

**From:** Kevin Rayhill [mailto:krayhill@saverilawfirm.com]
**Sent:** Wednesday, January 04, 2017 8:09 PM
**To:** Stacey Grigsby; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; William Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** RE: Depositions

Hi Stacey,

Any word on Marshall Zelaznik? January 24th will not work for deposing Sean Shelby. We will need to re-schedule. January 25th and 26th will work for Denitza Batchvarova and Tracy Long respectively.

Thanks.

Kevin

---

**From:** Stacey Grigsby [mailto:SGrigsby@BSFLLP.com]
**Sent:** Friday, December 23, 2016 11:44 AM
**To:** Kevin Rayhill; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; Bill Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** RE: Depositions

Hello Kevin,
Due to the holiday season and given that we received the below email on Tuesday, we have been unable to contact Mr. Zelaznik. However, we will be able to get back to you soon concerning whether we will represent him in connection with this litigation, and, if so, we will provide you proposed dates.

Also, can you let us know whether the proposed dates for Shelby, Batchvarova and Long depositions would work for plaintiffs?

Thank you,
Stacey

**Stacey K. Grigsby**

**BOIES, SCHILLER & FLEXNER LLP**
1401 New York Avenue, NW
Washington DC, 20005
202.237.2727 (main)
202.237.9619 (direct)
~~[redacted]~~
202.237.6131 (fax)
sgrigsby@bsfllp.com

---

**From:** Kevin Rayhill [mailto:krayhill@saverilawfirm.com]
**Sent:** Tuesday, December 20, 2016 5:06 PM
**To:** Stacey Grigsby; Suzanne Jaffe Nero; Marcy Norwood Lynch; Perry Grossman; William Isaacson; Donald J. Campbell; J. Colby Williams; Nicholas Widnell
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Ben Brown; Richard Koffman; Daniel Silverman; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** Depositions

Counsel,

Plaintiffs intend to depose Marshall Zelaznik. Please confirm by December 23 whether you will be representing Mr. Zelaznik and whether you will accept service on his behalf. If you will be representing Mr. Zelaznik, please provide a proposed deposition date in the January for his deposition.

We are in receipt of your email regarding deposition dates for Sean Shelby, Denitza Batchvarova, and Tracy Long and will get back to you soon regarding those dates.

Sincerely,

Kevin E. Rayhill
t  415.500.6800 x804
f  415.395.9940
krayhill@saverilawfirm.com

**JOSEPH SAVERI**
**LAW FIRM**

555 Montgomery Street, Suite 1210
San Francisco, CA  94111

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]