# EXHIBIT 8
## FILED UNDER SEAL

| | |
|---|---|
| **From:** | Stacey Grigsby |
| **To:** | Patrick Madden; "Kevin Rayhill"; "Matthew Weiler" |
| **Cc:** | Nicholas Widnell; Rory Skaggs; William A. Isaacson; Karen Dunn; Eric Cramer; Robert C. Maysey (rmaysey@WarnerAngle.com); jsaveri@saverilawfirm.com; Richard A. Koffman; Brown,Ben (bbrown@cohenmilstein.com); dsilverman@cohenmilstein.com; Jerome Elwell (jelwell@WarnerAngle.com); DSpringmeyer@wrslawyers.com; Michael Dell"Angelo; Marcy Norwood Lynch |
| **Subject:** | RE: Deposition Scheduling--Dana White |
| **Date:** | Friday, March 10, 2017 5:25:46 PM |

Hello Patrick,

Thank you for the quick response. Yes, our office works.

Best,
Stacey

**Stacey K. Grigsby**
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington DC, 20005
202.237.2727 (main)
202.237.9619 (direct)

202.237.6131 (fax)
sgrigsby@bsfllp.com

---

**From:** Patrick Madden [mailto:pmadden@bm.net]
**Sent:** Friday, March 10, 2017 5:25 PM
**To:** Stacey Grigsby; 'Kevin Rayhill'; 'Matthew Weiler'
**Cc:** Nicholas Widnell; Rory Skaggs; William Isaacson; Karen Dunn; Eric Cramer; Robert C. Maysey (rmaysey@WarnerAngle.com); jsaveri@saverilawfirm.com; Richard A. Koffman; Brown,Ben (bbrown@cohenmilstein.com); dsilverman@cohenmilstein.com; Jerome Elwell (jelwell@WarnerAngle.com); DSpringmeyer@wrslawyers.com; Michael Dell'Angelo; Marcy Norwood Lynch
**Subject:** RE: Deposition Scheduling--Dana White

Stacey –

Plaintiffs can confirm that May 2 works for the White deposition. Does Boies Schiller's Las Vegas office work?

Thanks

---

Patrick F. Madden

**Berger&Montague,P.C.**

1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3035
pmadden@bm.net
bergermontague.com

Twitter | LinkedIn | Facebook
Signup for our e-newsletter

**From:** Stacey Grigsby [mailto:SGrigsby@BSFLLP.com]
**Sent:** Friday, March 10, 2017 3:09 PM
**To:** Patrick Madden <pmadden@bm.net>; 'Kevin Rayhill' <krayhill@saverilawfirm.com>; 'Matthew Weiler' <MWeiler@saverilawfirm.com>
**Cc:** Nicholas Widnell <NWidnell@BSFLLP.com>; Rory Skaggs <RSkaggs@BSFLLP.com>; William A. Isaacson <wisaacson@bsfllp.com>; Karen Dunn <KDunn@BSFLLP.com>; Eric Cramer <ecramer@bm.net>; Robert C. Maysey (rmaysey@WarnerAngle.com) <rmaysey@WarnerAngle.com>; jsaveri@saverilawfirm.com; Richard A. Koffman <rkoffman@cohenmilstein.com>; Brown,Ben (bbrown@cohenmilstein.com) <bbrown@cohenmilstein.com>; dsilverman@cohenmilstein.com; Jerome Elwell (jelwell@WarnerAngle.com) <jelwell@WarnerAngle.com>; DSpringmeyer@wrslawyers.com; Michael Dell'Angelo <mdellangelo@bm.net>; Marcy Norwood Lynch <mlynch@BSFLLP.com>
**Subject:** RE: Deposition Scheduling--Dana White

Hello Patrick,
As I noted earlier, Dana White has a scheduling conflict. However, we can make him available May 2.

Please let me know if that works for Plaintiffs.

Thank you,
Stacey

**Stacey K. Grigsby**
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington DC, 20005
202.237.2727 (main)
202.237.9619 (direct)
202.237.6131 (fax)
sgrigsby@bsfllp.com

**From:** Patrick Madden [mailto:pmadden@bm.net]
**Sent:** Thursday, March 09, 2017 10:22 AM
**To:** Stacey Grigsby; 'Kevin Rayhill'; 'Matthew Weiler'; Suzanne Jaffe Nero
**Cc:** Nicholas Widnell; Rory Skaggs; William Isaacson; Karen Dunn; Eric Cramer; Robert C. Maysey (rmaysey@WarnerAngle.com); jsaveri@saverilawfirm.com; Richard A. Koffman; Brown,Ben (bbrown@cohenmilstein.com); dsilverman@cohenmilstein.com; Jerome Elwell (jelwell@WarnerAngle.com); DSpringmeyer@wrslawyers.com; Michael Dell'Angelo
**Subject:** RE: Deposition Scheduling--Dana White

Stacey,

We are unable to move the Dana White deposition to April 21.

Concerning a few other scheduling matters:

> Plaintiffs are fine with taking the Fertitta deposition at Boies Schiller's offices in Las Vegas.
>
> Plaintiffs can confirm the April 7 Silva deposition in Richmond, VA and the April 28 Mersch deposition in Las Vegas.
>
> Plaintiffs cannot take the Shelby deposition on April 3 (or any other day that week), please propose alternative dates that Mr. Shelby is available.

Thank you,

---

Patrick F. Madden

**Berger&Montague,P.C.**

1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3035
pmadden@bm.net
bergermontague.com

Twitter| LinkedIn| Facebook
Signup for our e-newsletter

---

**From:** Stacey Grigsby [mailto:SGrigsby@BSFLLP.com]
**Sent:** Thursday, March 9, 2017 8:22 AM
**To:** 'Kevin Rayhill' <krayhill@saverilawfirm.com>; 'Matthew Weiler' <MWeiler@saverilawfirm.com>; Patrick Madden <pmadden@bm.net>
**Cc:** Nicholas Widnell <NWidnell@BSFLLP.com>; Rory Skaggs <RSkaggs@BSFLLP.com>; William A. Isaacson <wisaacson@bsfllp.com>; Karen Dunn <KDunn@BSFLLP.com>; Nicholas Widnell <NWidnell@BSFLLP.com>
**Subject:** RE: Deposition Scheduling--Dana White

Good morning,
I just wanted to check in concerning the email below on the proposed April 21st date for the Dana White deposition.

Please confirm that you received this email.

Thank you,
Stacey

**Stacey K. Grigsby**
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington DC, 20005
202.237.2727 (main)
202.237.9619 (direct)

202.237.6131 (fax)
sgrigsby@bsfllp.com

---

**From:** Stacey Grigsby
**Sent:** Tuesday, March 07, 2017 6:00 PM
**To:** 'Kevin Rayhill'; Matthew Weiler; Patrick Madden
**Cc:** Suzanne Jaffe Nero; Nicholas Widnell; Rory Skaggs; William Isaacson; Karen Dunn; Nicholas Widnell
**Subject:** Deposition Scheduling--Dana White

Counsel,

Unfortunately, we need to change the deposition date for Dana White due to a scheduling conflict that just arose. Would it be possible for Plaintiffs to take Dana White's deposition on April 21st instead of on April 26th as originally scheduled?

Best,
Stacey

**Stacey K. Grigsby**
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington DC, 20005
202.237.2727 (main)
202.237.9619 (direct)

202.237.6131 (fax)
sgrigsby@bsfllp.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible

to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]