# EXHIBIT 15
## FILED UNDER SEAL

| Date | To | From | Content |
|---|---|---|---|
| 1/22/2015 7:06 | | 40404 | @ikeepstein: RT @KevinI: Total of 4.7 million unique viewers tuned into portion of McGregor-Siver. The average Fight Night broadcast attracts 1.7 million uniques |
| 1/22/2015 7:06 | | 40404 | @ikeepstein: RT @KevinI: McGregor-Siver was @FoxSports1's highest viewed telecast ever among males 18-34 and 18-49, surpassing 2014 NL Championship Series |
| 1/22/2015 7:06 | | 40404 | @ikeepstein: RT @KevinI: McGregor-Siver was #1 of 111 cable networks across all key male and adult demos, households and total viewers Sunday from 10p.m.-12:30 a.m. |
| 1/22/2015 18:43 | | 40404 | @danawhite: Alexander Gustafsson vs Anthony Johnson this Saturday LIVE and FREE on FOX. Winner will fight for the LHW title! http://t.co/QReCELEAKJ/s/tmXw |
| 1/22/2015 21:43 | | 40404 | @danawhite: This place is HUGE!!!!!! Gonna be an amazing event. #ufcsweden #ufconfox http://t.co/iQOcrxPUnQ/s/Dl7h  m.twitter.com/danawhite |
| 1/22/2015 23:40 | | 40404 | @danawhite: Gustafsson vs Johnson LIVE and FREE this Saturday on big FOX 8pm ET/5pm PT. #UFCSweden #UFConFOX https://t.co/cr6MhrVXQu/s/X3PG |
| 1/22/2015 23:42 | | 40404 | @danawhite: Gustafsson vs Johnson LIVE and FREE this Saturday on big FOX 8pm ET/5pm PT. #UFCSweden #UFConFOX https://t.co/J1SU5Or7FD/s/4OXq |
| 1/23/2015 0:05 | | 40404 | @lorenzofertitta: RT @UFCONFOX: Heavy-hitting @Anthony_Rumble heads to Sweden to take on @AlexTheMauler. Main card starts SATURDAY 8P ET on FOX! @ufc http://t.co/UC0g0nxBCN/s/rDJV |
| 1/23/2015 15:56 | | 40404 | @lorenzofertitta: RT @BloodyElbow: Mirko Cro-Cop vs. Gabriel Gonzaga 2 headlines UFC Fight Night in Poland http://t.co/di0sD73oPb/s/hmUK http://t.co/EcLHQYe7Ie/s/nOs6 |
| 1/23/2015 17:19 | | 40404 | @danawhite: Weighs ins are LIVE on @FOXSports1 right now!!!  m.twitter.com/danawhite |
| 1/23/2015 17:39 | | 40404 | @danawhite: CORASSANI vs SICILIA!!! Tomorrow on @UFConFOX! #UFCSweden http://t.co/4tfr6xiWLc/s/TIZ0  m.twitter.com/danawhite |
| 1/23/2015 17:39 | | 40404 | @danawhite: DAVIS vs BADER!!! Tomorrow on @UFConFOX! #UFCSweden http://t.co/B3OeKxImBd/s/9Q0I  m.twitter.com/danawhite |
| 1/23/2015 17:40 | | 40404 | @danawhite: HENDERSON vs MOUSASI!!! Tomorrow on @UFConFOX! #UFCSweden http://t.co/6wuTdjK0r0/s/WDtY  m.twitter.com/danawhite |
| 1/23/2015 17:40 | | 40404 | @danawhite: GUSTAFSSON vs JOHNSON!!! Tomorrow on @UFConFOX! #UFCSweden http://t.co/xyD3raYbrM/s/9xKc  m.twitter.com/danawhite |
| 1/24/2015 0:21 | | | ████████████████████████████ |
| 1/24/2015 18:26 | | 40404 | @danawhite: #UFCSweden TONIGHT!!! Main card on FOX 8pm ET/5pm PT! Prelims on @FOXSports1 5pm ET/2pm PT. #UFC #FightNight http://t.co/jXsBVuabe6/s/7bbQ |
| 1/24/2015 20:56 | | 40404 | @lorenzofertitta: RT @UFC_UK: Can @Anthony_Rumble upset the home crowd tonight at #UFCStockholm? Watch live on BT Sport 1 from 10pm http://t.co/HaGzwQ6exu/s/vRu_ |
| 1/24/2015 20:57 | | 40404 | @lorenzofertitta: RT @UFC_CA: Where to Watch #UFCStockholm: http://t.co/shGWIEOqz3/s/OS4V  m.twitter.com/lorenzofertitta |
| 1/24/2015 21:00 | | 40404 | @danawhite: Fight pass fights start NOW!!! http://t.co/r02V4B7QJk/s/Tozj #UFCSweden m.twitter.com/danawhite |
| 1/24/2015 22:10 | | 40404 | @danawhite: Prelims are LIVE on @FOXSports1 now!!! #UFCSweden Here are the international listings: http://t.co/s5TAfXwvN8/s/qgTw  m.twitter.com/danawhite |

CONFIDENTIAL                                                                                           ZFL-1897833

| Date | To | From | Content |
|---|---|---|---|
| 2/6/2015 0:34 | | | |
| 2/6/2015 0:42 | | | |
| 2/6/2015 2:56 | | 40404 | @danawhite: At dinner in Miami and @anthony_rumble is making some friends!!! @ufc #kookoo http://t.co/qDZWWQkyLQ/s/OT-L  m.twitter.com/danawhite |
| 2/6/2015 19:20 | | 40404 | @lorenzofertitta: RT @Amanda_Leoa: Good to see you guys @danawhite @lorenzofertitta http://t.co/dvr0UiMJfl/s/Atra  m.twitter.com/lorenzofertitta |
| 2/6/2015 19:28 | | 40404 | @lorenzofertitta: RT @TeciaTorres: ATT @ufc Ladies with the boss men!! @danawhiteufc @lorenzofertitta 👊😊👊 http://t.co/rxYEB4AQVm/s/6R1i |
| 2/6/2015 19:29 | | 40404 | @lorenzofertitta: RT @NinaAnsaroff: The Bosses and crew. @valtroublemma @teciatorres @amanda_leoa @danawhite @lorenzofertitta http://t.co/P4pEJbvkBy/s/D--B |
| 2/6/2015 20:46 | | 40404 | @danawhite: Hey @mieshatate I grabbed u a 6 pack of Pepsi!!! It's at the office and u can pick it up anytime.. http://t.co/99BsJB9Rjn/s/aa_b |
| 2/9/2015 18:14 | | 40404 | @danawhite: Fiiiiiiight weeeeeeek!!! Benson Henderson vs Brandon Thatch this Saturday LIVE and FREE on @FOXSports1! http://t.co/ueBTQnuYQn/s/GoJu |
| 2/10/2015 2:28 | | 40404 | @danawhite: RT @SInow: UFC champion @RondaRousey is the first MMA @SI_Swimsuit model http://t.co/A41HggjN30/s/fEp8 http://t.co/EEsc9VMIAu/s/yAww |
| 2/10/2015 23:59 | | 40404 | @lorenzofertitta: RT @FIGHTLAND: Prince Naseem Thinks Conor McGregor Is the Best in the Game: http://t.co/IECDCCe1Tt/s/i0ou http://t.co/ZYVUYJqCNL/s/-uKq |
| 2/11/2015 5:52 | | 40404 | @danawhite: I'm so PUMPED for Pettis vs Dos Anjos !!!!! How about u? @ufc #ufc #pettis http://t.co/XuUvJUpSxH/s/rawf  m.twitter.com/danawhite |
| 2/11/2015 15:49 | | | |
| 2/11/2015 15:51 | | | |
| 2/11/2015 16:00 | | | |
| 2/11/2015 16:03 | | | |
| 2/11/2015 17:50 | | 40404 | @danawhite: Brandon Thatch vs Benson Henderson this Saturday LIVE and FREE on @foxsports1! http://t.co/rXH9HbPRdo/s/PXmU  m.twitter.com/danawhite |
| 2/12/2015 19:23 | | 40404 | @lorenzofertitta: RT @TimKennedyMMA: Just got a much appreciated call from @lorenzofertitta it's evident PEDs in MMA are a serious concern to him & that he wants to see change. |
| 2/12/2015 21:41 | | 40404 | @danawhite: RT @SportsCenter: Who would win in a fight: Patriots DE Chandler Jones or UFC champion Jon Jones? Little bro Chandler picks himself. http://t.co/YzCADRt1Tr/s/UwJ- |
| 2/13/2015 16:58 | | 40404 | @danawhite: Brandon Thatch vs Benson Henderson Saturday night LIVE on @FOXSports1! https://t.co/bXvnqqelFs/s/HRF4  m.twitter.com/danawhite |
| 2/13/2015 21:10 | | 40404 | @ikeepstein: Don't Hit Me in the Mouth, I Gotta Play Tonight: Miles Davis and Boxing | FIGHTLAND http://t.co/IY0wHzHS35/s/2lVu  m.twitter.com/ikeepstein |
| 2/14/2015 0:03 | | 40404 | @danawhite: BORG vs KELADES!!! Live Saturday night on @FOXSports1! http://t.co/EWukbgoI07/s/_-Q8  m.twitter.com/danawhite |
| 2/14/2015 0:04 | | 40404 | @danawhite: PRAZERES vs LEE!!! Live Saturday night on @FOXSports1! http://t.co/ym1t2pYdVq/s/if3O  m.twitter.com/danawhite |

CONFIDENTIAL                                                                                                                                                  ZFL-1897838