# EXHIBIT 26
## FILED UNDER SEAL

Messages

| | A | B | C | D |
|---|---|---|---|---|
| 1 | From | To | Time stamp (Device time -08:00) | Text |
| 3 | 40404 | Craig Borsari | 1/1/2015 2:41:47 PM | @danawhite: Lombard vs Burkman!!! #ufc182 #thetimeisnow http://t.co/9LItpD12Dx/s/gKkG<br><br>m.twitter.com/danawhite |
| 4 | 40404 | Craig Borsari | 1/1/2015 2:42:01 PM | @danawhite: Cerrone vs Jury!!! #ufc182 #thetimeisnow http://t.co/fTBypr9FBR/s/kmTP<br><br>m.twitter.com/danawhite |
| 5 | 40404 | Craig Borsari | 1/1/2015 2:42:15 PM | @danawhite: Jones vs Cormier!!! #ufc182 #thetimeisnow http://t.co/f0p2QE2GZH/s/mQLV<br><br>m.twitter.com/danawhite |
| 6 | Joe Mullaney | Craig Borsari < | 1/1/2015 5:48:46 PM | |
| 7 | Craig Borsari | Joe Mullaney | 1/1/2015 5:49:28 PM | |
| 8 | Joe Mullaney | Craig Borsari < | 1/1/2015 5:49:45 PM | |
| 9 | Joe Mullaney | Craig Borsari | 1/1/2015 5:49:53 PM | |
| 10 | Craig Borsari | Joe Mullaney | 1/1/2015 5:50:04 PM | |
| 11 | Joe Mullaney | Craig Borsari | 1/1/2015 5:50:16 PM | |
| 12 | Craig Borsari | Joe Mullaney | 1/1/2015 5:50:38 PM | |
| 13 | 40404 | Craig Borsari | 1/10/2015 1:28:31 PM | @danawhite: U know what time it is!!!!!? It's #brady TIME!!!!!! http://t.co/gyuyPgt5Ch/s/6FFR<br><br>m.twitter.com/danawhite |
| 14 | 40404 | Craig Borsari < | 1/10/2015 3:50:59 PM | @danawhite: Lets GOOOOOO!!!!!! @patriots #brady #gronk http://t.co/nova4wRoso/s/PdsF<br><br>m.twitter.com/danawhite |
| 15 | 40404 | Craig Borsari | 1/10/2015 4:09:44 PM | @danawhite: WHAAAAAAAAAAAT!!!? :) @patriots #edelman http://t.co/SroQJLRnJh/s/64Fd<br><br>m.twitter.com/danawhite |
| 16 | 40404 | Craig Borsari | 1/10/2015 5:08:09 PM | @danawhite: HOLY SHIT!!!! What a game!!! Congrats @patriots<br><br>m.twitter.com/danawhite |
| 17 | 40404 | Craig Borsari | 1/11/2015 7:13:27 PM | @danawhite: Can't wait for Boston!!! McGregor vs Siver next SUNDAY on @FOXSports1!!! http://t.co/N5Eib4GLnJ/s/6YH1<br><br>m.twitter.com/danawhite |
| 18 | 40404 | Craig Borsari | 1/12/2015 1:28:12 PM | @danawhite: UFC Rising with @TheNotoriousMMA vs @DennisSiver airs tonight 7:30pm ET/4:30pm PT on @FOXSports1! http://t.co/UKLR4Him8/s/W5-p |
| 19 | 40404 | Craig Borsari | 1/12/2015 10:19:17 AM | @danawhite: What's up San Francisco! Hanging out at @TwitterHQ this morning. Doing a Twitter chat at 11:30am PT. Tag questions with #AskDana. |
| 20 | 40404 | Craig Borsari | 1/12/2015 11:36:58 AM | @danawhite: Starting @Twitter Q&A right now! #AskDana http://t.co/9Wn0MH5I1U/s/rW4X<br><br>m.twitter.com/danawhite |
| 21 | 40404 | Craig Borsari | 1/12/2015 11:41:40 AM | @danawhite: .@kiwhiz We r working hard in Mexico, South America and Asia to create new talent<br><br>m.twitter.com/danawhite |

Messages

| | A | B | C | D |
|---|---|---|---|---|
| 1 | From | To | Time stamp (Device time -08:00) | Text |
| 729 | Peter Dropick | Craig Borsari | 11/22/2014 9:10:30 PM | |
| 730 | Craig Borsari <+ | Peter Dropick | 11/22/2014 9:14:04 PM | |
| 731 | Peter Dropick < | Craig Borsari < | 11/22/2014 9:34:07 PM | |
| 732 | Craig Borsari | Peter Dropick | 11/22/2014 9:35:20 PM | |
| 733 | Peter Dropick | Craig Borsari | 11/22/2014 9:35:55 PM | |
| 734 | Peter Dropick | Craig Borsari | 11/22/2014 9:36:30 PM | |
| 735 | 40404 | Craig Borsari | 11/23/2014 9:35:27 PM | @danawhite: Thanks @rsemidel I had a blast last night @brooklynbowl @tori_spelling @iamdeanmcdermott @skipperkelp. http://t.co/H0dCJQM6iA/s/3x9p |
| 736 | Craig Borsari < | Group: | 11/25/2014 10:59:16 AM | |
| 737 | Craig Borsari | Group: | 11/25/2014 11:00:35 AM | |
| 738 | Lorenzo Fertitta <+ | Group: | 11/25/2014 11:01:02 AM | |
| 739 | Craig Borsari < | Group: | 11/25/2014 11:02:07 AM | |
| 740 | Lorenzo Fertitta < | Group: | 11/25/2014 3:51:37 PM | |
| 741 | Craig Borsari < | Group: + | 11/25/2014 3:56:23 PM | |
| 742 | Lorenzo Fertitta | Craig Borsari | 11/25/2014 6:01:36 PM | |
| 743 | Lorenzo Fertitta | Craig Borsari | 11/25/2014 6:05:52 PM | |
| 744 | Craig Borsari < | Lorenzo Fertitta < | 11/25/2014 6:06:24 PM | |
| 745 | Craig Borsari | Lorenzo Fertitta < | 11/25/2014 6:07:15 PM | |
| 746 | 40404 | Craig Borsari | 11/26/2014 5:06:14 PM | @danawhite: All new TUF tonight! @JessicaPenne vs aisydaly at 10pm on foxsports1 #TUF #UFC http://t.co/hOB8zMqneo/s/meHj  m.twitter.com/danawhite |
| 747 | 40404 | Craig Borsari < | 11/26/2014 6:52:46 PM | @danawhite: New TUF starts in 10 mins on FOX Sports 1! http://t.co/NfGj100DbD/s/3cLz  m.twitter.com/danawhite |
| 748 | Craig Borsari | | 11/26/2014 6:57:05 PM | |
| 749 | | Craig Borsari | 11/26/2014 7:06:24 PM | |
| 750 | Craig Borsari < | | 11/26/2014 7:07:39 PM | |
| 751 | Craig Borsari < | | 11/26/2014 7:07:54 PM | |
| 752 | Craig Borsari < | | 11/26/2014 7:41:43 PM | roup |
| 753 | | Craig Borsari | 11/26/2014 7:42:25 PM | |
| 754 | Craig Borsari | | 11/26/2014 7:43:31 PM | |
| 755 | | Craig Borsari <+ | 11/26/2014 7:44:25 PM | |
| 756 | 40404 | Craig Borsari | 11/3/2014 1:16:55 PM | @danawhite: Fiiiiiiiight weeeeeeek!!! Bisping vs Rockhold this FRIDAY NIGHT on Fight Pass! http://t.co/VznnCgibaQ/s/fuIA  m.twitter.com/danawhite |
| 757 | 40404 | Craig Borsari | 11/3/2014 1:26:50 PM | @danawhite: Fiiiiiight weeeeek!!!! Shogun vs OSP this SATURDAY NIGHT live and FREE on @FOXSports1!!! http://t.co/L14wSVpWqw/s/cXLv  m.twitter.com/danawhite |