# EXHIBIT 28
## FILED UNDER SEAL

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | | | **Time stamp** | |
| 2 | **From** | **To** | **(Device time -08:00)** | **Text** |
| 3 | 40404 | Kirk Hendrick | 1/1/2015 2:06:21 PM | @lorenzofer itta: RT @ufc: Is it Saturday yet? RT if you're ready for #UFC182 https://t.co/afiOltzEJU/s/vqE1<br><br>m.twitter.com/lorenzofer itta |
| 4 | 40404 | Kirk Hendrick | 1/1/2015 2:41:47 PM | @danawhite: Lombard vs Burkman!!! #ufc182 #thetimeisnow http://t.co/9LltpD12Dx/s/I8jP<br><br>m.twitter.com/danawhite |
| 5 | 40404 | Kirk Hendrick | 1/1/2015 2:42:02 PM | @danawhite: Cerrone vs Jury!!! #ufc182 #the imeisnow http://t.co/fTBypr9FBR/s/OlNr<br><br>m.twitter.com/danawhite |
| 6 | 40404 | Kirk Hendrick | 1/1/2015 2:42:16 PM | @danawhite: Jones vs Cormier!!! #ufc182 #the imeisnow http://t.co/f0p2QE2GZH/s/i15U<br><br>m.twitter.com/danawhite |
| 7 | 40404 | Kirk Hendrick | 1/1/2015 4:37:26 PM | @lorenzofertitta: RT @adidasFballUS: Seek and destroy.<br><br>Wideouts better think twice before coming in @NFsoCrucial's zone.<br><br>#ArmyBowl #teamadidas http://t.co/C1BHAuPiLu/s/oO_v |
| 8 | 40404 | Kirk Hendrick | 1/1/2015 4:51:45 PM | @lorenzofertitta: RT @adidasFballUS: Get fast. Get open. Get six.<br><br>#ArmyBowl #teamadidas http://t.co/N0kRHEQ9rk/s/guEi<br><br>m.twitter.com/lorenzofer itta |
| 9 | 40404 | Kirk Hendrick | 1/1/2015 7:45:27 PM | @lorenzofertitta: RT @adidasFballUS: Get fast. Get open. Get six.<br><br>#ArmyBowl #teamadidas http://t.co/N0kRHEQ9rk/s/Y6nJ<br><br>m.twitter.com/lorenzofer itta |
| 10 | 40404 | Kirk Hendrick | 1/1/2015 8:02:00 PM | @lorenzofer itta: RT @BishopGormanFB: 3 days till 2015 Army All American Bowl, @NFsoCrucial and @TheRealHybrid8 geared up! #armybowl #bishopgormanfb #GATA http://t.co/285y1Qfvjh/s/Y9TL |
| 11 | 40404 | Kirk Hendrick | 1/1/2015 8:05:07 PM | @lorenzofer itta: RT @DallasAJackson: Media Compilation Top 25 crowns Bishop Gorman (Las Vegas, NV) the 2014 Na ional Champs -- http://t.co/IehRDqOmIi/s/T3gB |
| 12 | 40404 | Kirk Hendrick | 1/10/2015 1:28:32 PM | @danawhite: U know what time it is!!!!!? It's #brady TIME!!!!!! http://t.co/gyuyPgt5Ch/s/4uUH<br><br>m.twitter.com/danawhite |
| 13 | 40404 | Kirk Hendrick | 1/10/2015 3:51:00 PM | @danawhite: Lets GOOOOOO!!!!!! @patriots #brady #gronk http://t.co/nova4wRoso/s/mtqt<br><br>m.twitter.com/danawhite |
| 14 | 40404 | Kirk Hendrick | 1/10/2015 4:09:45 PM | @danawhite: WHAAAAAAAAAAAT!!!? :) @patriots #edelman http://t.co/SroQJLRnJh/s/SYty<br><br>m.twitter.com/danawhite |
| 15 | 40404 | Kirk Hendrick | 1/10/2015 5:08:09 PM | @danawhite: HOLY SHIT!!!! What a game!!! Congrats @patriots<br><br>m.twitter.com/danawhite |
| 16 | 40404 | Kirk Hendrick | 1/10/2015 5:20:15 PM | @lorenzofertitta: RT @Sholler_UFC: .@MikePereira @RyanRuocco no, THIS is the classic armbar. :) http://t.co/ECrTmPai5z/s/O2DG<br><br>m.twitter.com/lorenzofer itta |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | | **Time stamp** | |
| 2 | **From** | **To** | **(Device time -8:00)** | **Text** |
| 213 | 40404 | Kirk Hendrick | 10/13/2014 11:26:20 AM | @lorenzofertitta: RT @FrankieEdgar: Myself @danawhite and @lorenzofertitta after a win in the @ufc http://t.co/RaGfzTmKwK/s/Cpnr http://t.co/DzSP60GtZH/s/I4FQ |
| 214 | 40404 | Kirk Hendrick | 10/13/2014 4:35 07 PM | @ikeepstein: RT @PremierBall: 2017 Charles O'Bannon can be listed at 6'5 with shoes. Expecting another 2 inches and even more pop to his 190 pound frame. #HSBrecruiting |
| 215 | 40404 | Kirk Hendrick | 10/13/2014 6:36 04 AM | @lorenzofertitta: RT @MaxPreps: America has a NEW No. 1 football team: @BishopGormanFB http://t.co/niiaoCXFAf/s/zyk9 http://t.co/YHuuL8SIRV/s/By-c |
| 216 | 40404 | Kirk Hendrick | 10/13/2014 7:59 54 PM | @danawhite: We flew to Chicago for a dinner meeting jumped back on the plane to Montreal for a breakfast meeting. http://t.co/PSIvoc2Ecm/s/yMUr |
| 217 | 40404 | Kirk Hendrick | 10/14/2014 12:29:28 PM | @ikeepstein: Rosenberg's Lofty Goals for Corinthians Soccer | Vanderbilt Magazine | Vanderbilt University http://t.co/wMMXv4QUx0/s/TSZf |
| 218 | 40404 | Kirk Hendrick | 10/14/2014 12:32:51 PM | @ikeepstein: RT @PremierBall: 2017 6'2 G Jake Epstein; Meadows HS. (NV) continues to get stronger & better. Epstein is an IVY league prospect. #IVYBball @RyanSilver1 |
| 219 | Kirk Hendrick | Dana White | 10/15/2014 11:52:16 AM | |
| 220 | Dana White | Kirk Hendrick | 10/15/2014 11:54:51 AM | |
| 221 | 40404 | Kirk Hendrick | 10/15/2014 2:08:24 PM | @ikeepstein: RT @jcaron21: New York has ime to pass a bill declaring yogurt its state snack but turns down $$$ generating MMA #makesSense @danawhite @lorenzofer itta |
| 222 | 40404 | Kirk Hendrick | 10/15/2014 8:54:49 AM | @lorenzofertitta: RT @SpiderAnderson: Thank you for supporting Budweiser http://t.co/AxXfJlahzj/s/Skok<br><br>m.twitter.com/lorenzofertitta |
| 223 | Lawrence Epstein | Group: | 10/15/2014 9:18:26 AM | |
| 224 | 40404 | Kirk Hendrick | 10/15/2014 9:45:47 AM | @lorenzofertitta: RT @jcaron21: New York has time to pass a bill declaring yogurt its state snack but turns down $$$ generating MMA #makesSense @danawhite @lorenzofer itta |
| 225 | Kirk Hendrick | Dana White | 10/16/2014 1:01:36 PM | |
| 226 | Dana White | Kirk Hendrick | 10/16/2014 1:12:46 PM | |
| 227 | Kirk Hendrick | Dana White | 10/16/2014 1:13:16 PM | |
| 228 | Dana White | Kirk Hendrick | 10/16/2014 1:14 06 PM | |
| 229 | 40404 | Kirk Hendrick | 10/16/2014 3:43:24 PM | @lorenzofertitta: RT @GreenbergPR: @ChrisWeidmanUFC Heroically Saved The Life of His Neighbor | UFC ® - News http://t.co/mT9XkEbyZj/s/rvWc |
| 230 | 40404 | Kirk Hendrick | 10/17/2014 6:00 00 PM | @ikeepstein: Great cheese and salami plate at the Wineyard outside the El Cortez downtown Las Vegas. http://t.co/fmdVv6RXG8/s/RAD9<br><br>m.twitter.com/ikeepstein |
| 231 | 40404 | Kirk Hendrick | 10/17/2014 6:19 52 PM | @danawhite: Jake it was awesome to meet you. I hope u checked everything off ur bucket list. It was awesome to hang with you. RIP http://t.co/IhfhIvGX4w/s/TGeu |
| 232 | 40404 | Kirk Hendrick | 10/18/2014 11:06:53 AM | @ikeepstein: Great lunch of sourdough, crab cakes and sand dabs at Tadich Grill a San Francisco classic http://t.co/HmC9Hixtzc/s/E9HC<br><br>m.twitter.com/ikeepstein |
| 233 | 40404 | Kirk Hendrick | 10/18/2014 3:17 03 PM | @ikeepstein: RT @RyanSilver1: 2017 Charles O Bannon jr. Bishop Gorman one of top sg's in country out here at Phase 1 Hoops event.. http://t.co/oT6ywgle6n/s/4ZVa |
| 234 | 40404 | Kirk Hendrick | 10/19/2014 11:36:32 AM | @lorenzofertitta: RT @KohDreu: @danawhite @lorenzofertitta Good Day Sirs... can't wait for #UFC179 Aldo vs Mendes this weekend!<br><br>m.twitter.com/lorenzofer itta |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | | **Time stamp** | |
| 2 | **From** | **To** | **(Device time -08:00)** | **Text** |
| 1807 | 40404 | Kirk Hendrick | 8/11/2014 10:13:34 AM | @danawhite: This weekend LIVE and FREE on foxsports1 #ufc #fightnightbangor http://t.co/v6wZrIhWtV/s/RXNi<br><br>m.twitter.com/danawhite |
| 1808 | 40404 | Kirk Hendrick | 8/11/2014 12:37 09 PM | @danawhite: .@ScottONeil I accept #IceBucketChallenge http://t.co/5tN8oDe293/s/Xmew<br><br>m.twitter.com/danawhite |
| 1809 | 40404 | Kirk Hendrick > | 8/11/2014 5:07:58 PM | @danawhite: RIP Robin Williams :( http://t.co/oz5fKpHKe8/s/gH_u<br><br>m.twitter.com/danawhite |
| 1810 | Kirk Hendrick | Dana White | 8/12/2014 10:20 07 AM | |
| 1811 | 40404 | Kirk Hendrick | 8/12/2014 3:19:37 PM | @lorenzofertitta: RT @Jake_Brown: #NotreDame S commit Nicco Fertitta (@NFsoCrucial) fosters focused culture at Bishop Gorman to deal w/ spotlight ($): http://t.co/NfACSWqNue/s/y0r- |
| 1812 | 40404 | Kirk Hendrick | 8/12/2014 4:24:18 PM | @danawhite: Thanks @ScottONeil for nomina ing me for the #IceBucketChallenge. I nominate @shaq @rondarousey & @lorenzofertitta! http://t.co/i76XLrVkwZ/s/aWwX |
| 1813 | 40404 | Kirk Hendrick | 8/12/2014 4:42:02 PM | @danawhite: Lets go @RondaRousey @lorenzofertitta and @SHAQ #IceBucketChallenge u have 24 hours!! And thanks to the @FSBoraBora staff for drenching me!! |
| 1814 | 40404 | Kirk Hendrick | 8/12/2014 5:07:36 PM | @danawhite: RT @FOXSportsLive: Hey @danawhite, @RondaRousey doesn't back down on a challenge! See it on #FSLive tonight! http://t.co/uGQjUZY6zk/s/1wq3 |
| 1815 | 40404 | Kirk Hendrick | 8/12/2014 5:10:09 PM | @danawhite: RT @RondaRousey: Challenge accepted  @Danawhite @foxsports1 http://t.co/ycID4oTqMj/s/k_yB<br><br>m.twitter.com/danawhite |
| 1816 | 40404 | Kirk Hendrick | 8/12/2014 5:47:02 PM | @lorenzofertitta: @danawhite @RondaRousey @SHAQ @FSBoraBora Let's do it!<br><br>m.twitter.com/lorenzofer itta |
| 1817 | 40404 | Kirk Hendrick | 8/12/2014 6:27:32 PM | @danawhite: Thank u @fsborabora for the most amazing trip ever! My wild man aidanwhite29 swam down and rode a. http://t.co/C3kNOReY25/s/6lrU |
| 1818 | 40404 | Kirk Hendrick | 8/12/2014 6:40:45 PM | @danawhite: Yup! Just like @RondaRousey to do it WAY before the 24 hour deadline and during her media tour. U are awesome ronda http://t.co/Cdzdb8OajN/s/xmmm |
| 1819 | 40404 | Kirk Hendrick | 8/13/2014 2:33:42 PM | @danawhite: This is the best one I've seen yet!!!! @lorenzofertitta's #IceBucketChallenge for ALS! http://t.co/soOdXk8e86/s/s7UI<br><br>m.twitter.com/danawhite |
| 1820 | 40404 | Kirk Hendrick | 8/13/2014 2:55:50 PM | @lorenzofertitta: I accepted your #ALSIceBucketChallenge @danawhite! I challenge @THEREALSWIZZZ @DeMarcoMurray @MarcedesLewis89 http://t.co/FvxAbNpUNd/s/lYDD |
| 1821 | 40404 | Kirk Hendrick | 8/14/2014 10:56:35 PM | @lorenzofertitta: RT @EmilyPKagan: Honored to be among the best! @ufc @danawhite @lorenzofertitta http://t.co/bprALKAcSd/s/jf4K<br><br>m.twitter.com/lorenzofer itta |
| 1822 | 40404 | Kirk Hendrick | 8/14/2014 4:15:27 PM | @lorenzofertitta: RT @SteveFryer: Servite-Bishop Gorman on Aug 28 is Prime Ticket's first HS football telecast   @ServiteSports @ocvarsity @CIFSS @CalHiSports |
| 1823 | 40404 | Kirk Hendrick | 8/14/2014 7:48:27 PM | @danawhite: They are FREE!!! The amazing cast of #TUF20 has wrapped. Party time :) congrats ladies #sobadass http://t.co/iqUayam2NC/s/jAQO |
| 1824 | 40404 | Kirk Hendrick | 8/14/2014 8:57:05 AM | @danawhite: Sara McMann vs Lauren Murphy this Sat LIVE and FREE on FOX Sports 2!!! http://t.co/VBaSOFeHkV/s/3CXc<br><br>m.twitter.com/danawhite |