# EXHIBIT 30

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon  )
Fitch, on behalf of          )
themselves and all others    )
similarly situated,          )
                             )
            Plaintiffs,      )
                             )
     v.                      ) Lead Case No.
                             ) 2:15-cv-01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate   )
Fighting Championship and    )
UFC,                         )
                             )
            Defendant.       )
_____)

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF LORENZO J. FERTITTA

Las Vegas, Nevada

March 23, 2017

9:09 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 49608

LORENZO J. FERTITTA - CONFIDENTIAL

290



15    Q.  All right.  I think -- why don't we take a
16  break.  We're coming to a close on our record time.
17        THE VIDEOGRAPHER:  We're going off the
18  record at approximately 5:26 p m.
19        (A recess was taken.)
20        THE VIDEOGRAPHER:  We're going back on the
21  record.  The time is approximately 5:37 p m.
22        MR. DELL'ANGELO:  So we'll note for the
23  record that in light of counsel's objections about
24  the introduction of publicly available documents that
25  were not produced in discovery, the fact that the

293

 1        ssue has not been resolved and that we have
 2  not received a privilege log, we're not going to
 3  close the deposition, but we don't have any further
 4  questions subject to those issues.
 5        MR. ISAACSON:  I will note that the
 6  objection to which you referred to, I did not -- I
 7  did not stop you from asking any of your questions on
 8  the basis of that objection in all of your questions.
 9  You had the ability to ask all of your questions.
10        Are you done?
11        MR. DELL'ANGELO:  Yes.
12        MR. ISAACSON:  Okay.
13        THE VIDEOGRAPHER:  No further questions
14  from anyone?
15        MR. ISAACSON:  I'm going to just ask a few
16  questions while we're here.
17
18              EXAMINATION
19  BY MR. ISAACSON:
20    Q.  Do you have Exhibit 29 -- actually,
21  Exhibit 27, sir?
22    A.  Yes.
23    Q.  Exhibit 27 was an article that you were
24  shown with comments about Dana White and Quinton
25  "Rampage" Jackson, and you were asked to look at the

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099