# EXHIBIT 36
## FILED UNDER SEAL

| Date | To | From | Content |
|---|---|---|---|
| 1/21/2015 21:56 | | 40404 | @jomo1511: "@elwinter: Congrats @UFC as #UFCBoston wa @FoxSports1's #1 telecast ever w/ males 18-34 & 18-49 @lorenzofertitta " @CraigBorsari |
| 1/21/2015 23:01 | | 40404 | @danawhite: Who u got this Saturday? Alexander Gustafsson v Anthony "Rumble" Johnson LIVE and FREE this Saturday on big FOX! http://t.co/gchCz5vbvT/s/rA1n |
| 1/22/2015 18:43 | | 40404 | @danawhite: Alexander Gustafsson vs Anthony Johnson this Saturda LIVE and FREE on FOX. Winner will fight for the LHW title! http://t.co/QReCELEAKJ/s/by3H |
| 1/22/2015 21:43 | | 40404 | @danawhite: This place is HUGE!!!!!! Gonna be an amazing even #ufcsweden #ufconfox http://t.co/iQOcrxPUnQ/s/gyHv m.twitter.com/danawhite |
| 1/22/2015 23:40 | | 40404 | @danawhite: Gustafsson vs Johnson LIVE and FREE this Saturday o big FOX 8pm ET/5pm PT. #UFCSweden #UFConFOX https://t.co/cr6MhrVXQu/s/ylKJ |
| 1/22/2015 23:42 | | 40404 | @danawhite: Gustafsson vs Johnson LIVE and FREE this Saturday o big FOX 8pm ET/5pm PT. #UFCSweden #UFConFOX https://t.co/J1SU5Or7FD/s/QLn5 |
| 1/23/2015 17:19 | | 40404 | @danawhite: Weighs ins are LIVE on @FOXSports1 right now!! m.twitter.com/danawhite |
| 1/23/2015 17:39 | | 40404 | @danawhite: CORASSANI vs SICILIA!!! Tomorrow on @UFConFOX! #UFCSweden http://t.co/4tfr6xiWLc/s/l2CV m.twitter.com/danawhite |
| 1/23/2015 17:39 | | 40404 | @danawhite: DAVIS vs BADER!!! Tomorrow on @UFConFOX #UFCSweden http://t.co/B3OeKxImBd/s/JsrS m.twitter.com/danawhite |
| 1/23/2015 17:40 | | 40404 | @danawhite: HENDERSON vs MOUSASI!!! Tomorrow on @UFConFOX! #UFCSweden http://t.co/6wuTdjK0r0/s/JtxH m.twitter.com/danawhite |
| 1/23/2015 17:40 | | 40404 | @danawhite: GUSTAFSSON vs JOHNSON!!! Tomorrow o @UFConFOX! #UFCSweden http://t.co/xyD3raYbrM/s/MIQ7 m.twitter.com/danawhite |
| 1/23/2015 23:21 | | 40404 | @danawhite: Me too! RT @FastCompany: We're looking forward t connecting w/ @danawhite @Patron & more at @cultgathering in Banff: http://t.co/j9rSgCXsga/s/zTvD |

| Date | To | From | Content |
|---|---|---|---|
| 3/27/2015 3:17 | ■ | | ■ |
| 3/27/2015 3:18 | ■ | | ■ |
| 3/27/2015 6:27 | | ■ | ■ |
| 3/27/2015 6:34 | ■ | | ■ |
| 3/27/2015 6:40 | | ■ | ■ |
| 3/27/2015 6:43 | | ■ | ■ |
| 3/27/2015 6:43 | ■ | | ■ |
| 3/27/2015 6:44 | | ■ | ■ |
| 3/27/2015 6:45 | | ■ | ■ |
| 3/27/2015 6:47 | | ■ | ■ |
| 3/27/2015 6:51 | | ■ | ■ |
| 3/27/2015 6:52 | ■ | | ■ |
| 3/27/2015 6:54 | | ■ | ■ |
| 3/27/2015 15:14 | | 40404 | @danawhite: NEW episode of #Embedded @josealdojunior v @TheNotoriousMMA #UFCWorldTour just posted! #UFC http://t.co/YgxSZQScnY/s/2Jbd  m.twitter.com/danawhite |
| 3/27/2015 17:26 | | ■ | ■ |
| 3/27/2015 17:26 | ■ | | ■ |
| 3/27/2015 17:27 | | ■ | ■ |

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Date | To | From | Content |
| 997 | 6/27/2015 0:42 | | 40404 | @danawhite: PONZINIBBIO vs LARKIN!!! Tomorrow night on @FOXSports1! http://t.co/GhU1GJfD5F/s/xdDF m.twitter.com/danawhite |
| 998 | 6/27/2015 0:43 | | 40404 | @danawhite: MACHIDA vs ROMERO!!! Tomorrow night on @FOXSports1! http://t.co/8tNFHEHhtF/s/16sp m.twitter.com/danawhite |
| 999 | 6/27/2015 18:46 | | 40404 | @danawhite: Lyoto Machida vs Yoel Romero TONIGHT on @FOXSports1!!! https://t.co/1GLNDHAwZM/s/jEmI m.twitter.com/danawhite |
| 1000 | 6/27/2015 21:54 | | 40404 | @danawhite: CAUTION EXPLICIT LANGUAGE!!!  On the road filming with Matt Serra. Don't fall asleep! @MattSerraUFC @nickthetooth http://t.co/bCWCkxPFac/s/P5Bh |
| 1001 | 6/27/2015 22:21 | | 40404 | @danawhite: @ChrisWeidmanUFC I do too bro!!! m.twitter.com/danawhite |
| 1002 | 6/28/2015 0:01 | | 40404 | @danawhite: Prelims start now on FOX Sports 2! #UFCFlorida #FightNight http://t.co/c653w04s1d/s/wJkW m.twitter.com/danawhite |
| 1003 | 6/28/2015 2:00 | | 40404 | @danawhite: Main card starts NOW on FOX Sports 1!!! Machida v Romero #UFCFlorida http://t.co/2oXIBjwBzr/s/2B1X m.twitter.com/danawhite |
| 1004 | 6/28/2015 4:46 | | 40404 | @danawhite: Imagine is @YoelRomeroMMA started MMA when he was 21!!  m.twitter.com/danawhite |
| 1005 | 6/28/2015 4:56 | | | |
| 1006 | 6/28/2015 5:08 | | 40404 | @danawhite: This dude was talking smack and trying to fight @mattserrabjj tonight. Lol, much respect to Matt for keeping his cool http://t.co/dsffLXSbqu/s/_3gU |
| 1007 | 6/29/2015 17:35 | | 40404 | @danawhite: RT @espn: "Four minutes into the 1st round he will be KO'd."  Conor McGregor very confident about @ufc 189 vs Jose Aldo. WATCH: http://t.co/NaIt76dwF8/s/XSet |
| 1008 | 6/29/2015 20:07 | | | |
| 1009 | 6/29/2015 20:07 | | | |
| 1010 | 6/29/2015 20:08 | | | |
| 1011 | 6/29/2015 20:08 | | | |