1

**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)

2
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)

3
1622 Locust Street
Philadelphia, PA  19103

4
Telephone:  (215) 875-3000

5
Fax:  (215) 875-4604
ecramer@bm.net

6
mdellangelo@bm.net
pmadden@bm.net

7

8

9
*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*

10
*Vazquez, Brandon Vera, and Kyle Kingsbury*

11

12                        UNITED STATES DISTRICT COURT

13                              DISTRICT OF NEVADA

14  | Cung Le, Nathan Quarry, Jon Fitch, Brandon | Case No.: 2:15-cv-01045-RFB-(PAL)

15  Vera, Luis Javier Vazquez, and Kyle
Kingsbury on behalf of themselves and all       **AMENDED CERTIFICATE OF SERVICE**

16  others similarly situated,

17                          Plaintiffs,

18                  v.

19  Zuffa, LLC, d/b/a Ultimate Fighting
Championship and UFC,

20
                          Defendant.

21

22

23

24

25

26

27

28

The following amends Plaintiffs' Certificate of Service at ECF No. 397, p. 28, dated May 9, 2017.

I hereby certify that on May 9, 2017, true and correct copies of documents identified and as available at ECF Nos. 395-398, were served on all parties or persons requiring notice by uploading the documents listed to the United States District Court, District of Nevada's electronic filing system.

I hereby certify that on May 9, 2017, true and correct copies of the following documents were served on counsel for Defendant, Marcy N. Lynch, Stacey K. Grigsby, William A. Isaacson, Nicholas A. Widnell, Suzanne J. Nero, Ross P. McSweeney, Rory L. Skaggs, Brent K. Nakamura, Richard J. Pocker, Donald J. Campbell, and J. Colby Williams, by transmitting the documents via electronic mail:

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION;**

**INDEX OF EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION;**

**[PROPOSED ORDER] GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION;**

**DECLARATION OF MICHAEL DELL'ANGELO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES;**

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION;**

2

**INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION; and**

**PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL.**

I hereby certify that on May 10, 2017, true and correct copies of the following documents were served on counsel for Defendant, Marcy N. Lynch, Stacey K. Grigsby, William A. Isaacson, Nicholas A. Widnell, Suzanne J. Nero, Ross P. McSweeney, Rory L. Skaggs, Brent K. Nakamura, Richard J. Pocker, Donald J. Campbell, and J. Colby Williams, by transmitting the documents via file transfer protocol (FTP) site:

**EXHIBITS 1-36 TO PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES.**

_____/s/ Michael Dell'Angelo_____
Michael Dell'Angelo

**AMENDED CERTIFICATE OF SERVICE**