1  Joseph R. Saveri (*pro hac vice*)
   JOSEPH SAVERI LAW FIRM, INC.
2  555 Montgomery Street, Suite 1200
   San Francisco, California 94111
3  Telephone: (415) 500-6800
   Facsimile: (415) 395-9940
4  jsaveri@saverilawfirm.com

5  Richard A. Koffman (*pro hac vice*)
   COHEN MILSTEIN SELLERS & TOLL, PLLC
6  1100 New York Ave., N.W., Suite 500, East Tower
   Washington, DC 20005
7  Telephone: (202) 408-4600
   Facsimile: (202) 408 4699
8  rkoffman@cohenmilstein.com

9  Eric L. Cramer (*pro hac vice*)
   BERGER & MONTAGUE, P.C.
10 1622 Locust Street
   Philadelphia, PA 19103
11 Telephone: (215) 875-3000
   Facsimile: (215) 875-4604
12 ecramer@bm.net

13 *Co-lead Counsel for Individual and Representative Plaintiffs*
   *Cung Le, Nathan Quarry, and Jon Fitch, Brandon*
14 *Vera, Luis Javier Vazquez, and Kyle Kingsbury*

15 [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] STIPULATED ORDER RE: EXTENSION OF DEADLINE FOR EXPERT REPORTS** |

Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa") (Zuffa and Plaintiffs

collectively, "the Parties") having met and conferred on the issues addressed herein, respectfully submit the following [Proposed] Stipulated Order re: Extension of Deadline for Expert Reports:

WHEREAS, the Court issued the current Discovery Plan and Scheduling Order on October 14, 2016 (ECF No. 311), under which the deadline for Plaintiffs' opening expert class and merits reports is May 30, 2017, the deadline for Zuffa's opposing class and merits expert reports is July 24, 2017, and the deadline for Plaintiffs' rebuttal class and merits expert reports is September 5, 2017; and,

WHEREAS, Plaintiffs have asserted that several motions are currently pending whose outcomes could materially affect Plaintiffs' experts' opening reports, including:

- **Plaintiffs' Motion to Challenge Work Product Designation**, ECF No. 282, filed August 31, 2016;
- **Plaintiffs' Motion for Extension of Discovery Deadline and Case Management Schedule**, ECF No. 363, filed March 21, 2017;
- **Non-Party Bellator Sport Worldwide, LLC's Motion to Quash or Modify Subpoenas**, Case No. 2:17-cv-00849-RFB-PAL, filed in the Central District of California on February 22, 2017 and transferred to the District of Nevada on March 17, 2017; and,

WHEREAS, the Court has scheduled a hearing on Plaintiffs' motion for extension of discovery deadlines (ECF No. 363) and request for status conference (ECF No. 393) for June 1, 2017; and,

WHEREAS, the June 1 hearing would be two days after Plaintiffs' experts' opening reports are due; and,

WHEREAS, Plaintiffs have asked the Court to extend the expert reports deadline by at least sixty days (ECF No. 393 at 4); and,

WHEREAS, Zuffa has previously proposed to extend the expert reports deadline by 30 days or the later of the Court's ruling on Plaintiffs' Motion to Challenge Work Product

1  Designation or Plaintiffs' motion to compel log of Dana White's cell phone communications
2  (ECF No. 401 at 1);

3  WHEREAS, while Plaintiffs believe that the expert and other deadlines should be
4  vacated pending further order of the Court, to avoid the uncertainties and inefficiencies
5  that would result absent an agreement, and without prejudice to Plaintiffs' ability to seek
6  additional time depending upon whether Plaintiffs are able to complete additional fact
7  discovery as agreed by the parties and/or allowed by the Court, Plaintiffs have agreed to
8  the deadlines set forth herein pending further order of the Court at the June 1 status
9  conference; and,

10  WHEREAS, the Parties, having met and conferred on May 19, 2017, have agreed to the
11  terms set forth in this Proposed Stipulated Order.

12  NOW THEREFORE, having considered the representations of the Parties, the Court
13  hereby ORDERS:

14  The deadlines for the Parties' expert reports, including Plaintiffs' opening class and
15  merits expert reports, previously set forth in the Court's Order dated October 14, 2016 (ECF No.
16  311), are hereby extended as follows:

| | |
|---|---|
| Plaintiffs' Opening Expert Reports (class and merits) | July 31, 2017 or 30 days following the Court's ruling on Plaintiffs' pending motions, ECF Nos. 282 and 397, whichever is later, |
| Last Day to Depose Experts Concerning Opening Reports | August 31, 2017 or 60 days following the Court's ruling on Plaintiffs' pending motions, ECF Nos. 282 and 397, whichever is later |
| Opposition Expert Reports | September 29, 2017 or 90 days following the Court's ruling on Plaintiffs' pending motions, ECF Nos. 282 and 397 |
| Last Day to Depose Opposition Experts | October 30, 2017 or 120 days following the Court's ruling on Plaintiffs' pending motions, ECF Nos. 282 and 397 |
| Reply Expert Reports | November 13, 2017 or 134 days following the Court's ruling on Plaintiffs' pending motions, ECF Nos. 282 and 397 |

IT IS SO ORDERED.

DATED: May 23, 2017

_____
United States Magistrate Judge Peggy A. Leen

DATED: May 19, 2017            */s/ Michael Dell'Angelo*
                                Michael Dell'Angelo

Eric L. Cramer (*pro hac vice*)
Michael Dell'Angelo (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

JOSEPH SAVERI LAW FIRM, INC.
Joseph R. Saveri (*pro hac vice*)
Joshua P. Davis (*pro hac vice*)
Matthew Weiler (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

COHEN MILSTEIN SELLERS & TOLL, PLLC
Benjamin D. Brown (*pro hac vice*)
Richard A. Koffman (*pro hac vice*)
Daniel Silverman (*pro hac vice*)
1100 New York Ave., N.W., Ste. 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP
Don Springmeyer
Nevada State Bar No. 1021
Bradley Schrager
Nevada State Bar No. 10217

Daniel Bravo
Nevada State Bar No. 13078
3556 East Russell Road, Second Floor
Las Vegas, NV 89120
Telephone: (702) 341-5200
Fax: (702) 341-5300

*Liaison Counsel for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
Robert C. Maysey (*pro hac vice*)
Jerome K. Elwell (*pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz (*pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
Eugene A. Spector (*pro hac vice* pending)
Jeffrey J. Corrigan (*pro hac vice*)
Jay S. Cohen (*pro hac vice*)
William G. Caldes (*pro hac vice*)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Counsel for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera and Kyle Kingsbury*

DATED: May 19, 2017                    /s/ Stacey Grigsby

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC