```
 1  WILLIAM A. ISAACSON (Pro hac vice)
    (wisaacson@bsfllp.com)
 2  STACEY K. GRIGSBY (Pro hac vice)
    (sgrigsby@bsfllp.com)
 3  NICHOLAS A. WIDNELL (Pro hac vice)
    (nwidnell@bsfllp.com)
 4  BOIES SCHILLER FLEXNER LLP
 5  1401 New York Avenue, NW, Washington, DC 20005
    Telephone: (202) 237-2727; Fax: (202) 237-6131
 6
 7  RICHARD J. POCKER #3568
    (rpocker@bsfllp.com)
 8  BOIES SCHILLER FLEXNER LLP
    300 South Fourth Street, Suite 800, Las Vegas, NV 89101
 9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10  DONALD J. CAMPBELL #1216
    (djc@campbellandwilliams.com)
11  J. COLBY WILLIAMS #5549
    (jcw@campbellandwilliams.com)
12  CAMPBELL & WILLIAMS
13  700 South 7th Street, Las Vegas, NV 89101
    Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15  Attorneys for Defendant Zuffa, LLC, d/b/a
    Ultimate Fighting Championship and UFC
16
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES (ECF No. 395)**<br>**[REDACTED]** |

APPENDIX OF EXHIBITS IN SUPPORT OF ZUFFA, LLC'S OPPOSITION

# APPENDIX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC submits this Appendix of Exhibits in Support of Zuffa, LLC's Opposition to Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices and Related Documents (ECF No. 395). The Exhibits are attached as exhibits to the Declaration of Stacey K. Grigsby in Support of Zuffa, LLC's Opposition to Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices and Related Documents (ECF No. 395).

| Exhibit | Description | Date |
|---|---|---|
| A | April 7, 2017 E-mail from S. Grigsby to M. Dell'Angelo Re: Stipulation Concerning the Authentication of Documents | 4/7/2017 |
| B | December 18, 2014 E-mail from K. Hendrick to All Zuffa, LLC Employees Re: Mandatory Preservation Notice | 12/18/2014 |
| C | April 29, 2017 Letter from S. Grigsby to M. Dell'Angelo Re: Production of Documents and Deposition Scheduling | 4/29/2017 |
| D | T-Mobile Privacy Policy https://www.t-mobile.com/company/website/privacypolicy.aspx | 5/23/2017 |
| E | March 20, 2017 E-mail from P. Madden to M. Lynch Re: Production Questions | 3/20/2017 |
| F | April 4, 2017 E-mail from M. Lynch to M. Dell'Angelo Re: D. White Text Messages | 4/4/2017 |
| G | Declaration of Marcy Norwood Lynch in Support of Zuffa, LLC's Opposition to Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices and Related Documents | 5/24/2017 |
| H | Declaration of [redacted] in Support of Zuffa, LLC's Opposition to Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices and Related Documents | 5/24/2017 |
| I | Declaration of Chapin Bryce of the firm Stroz Friedberg in Support of Zuffa, LLC's Opposition to Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable | 5/24/2017 |

| Exhibit | Description | Date |
|---|---|---|
|  | Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices and Related Documents |  |

DATED: May 24, 2017               BOIES SCHILLER FLEXNER LLP

By: /s/ *Stacey K. Grigsby*
Stacey K. Grigsby
Attorney for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC