# EXHIBIT I
## Declaration of Chapin Bryce

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Mr. Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF CHAPIN BRYCE IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES (ECF No. 396)** |

I, Chapin Bryce, declare as follows:

1. I am a consultant in the New York digital forensics lab at Stroz Friedberg, LLC ("Stroz Friedberg"), a specialized risk management firm with expertise in digital forensics, cybersecurity, and investigations. I regularly perform digital forensic preservation and analysis of laptop and desktop computers, email content, mobile devices, file servers, network logs, and cloud solutions in civil and criminal cases, internal investigations, and other matters involving digital media. Stroz Friedberg has been retained by Counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-PAL.

2. I hold a bachelor's degree in Computer and Digital Forensics from Champlain College. I have earned certifications in digital forensics and incident handling including GIAC Certified Forensic Examiner (GCFE) and GIAC Certified Incident Handler (GCIH). I am also a co-author of the book "Learning Python for Forensics," a publication teaching the development and implementation of scripts for use in digital forensics.

3. I make this declaration in support of Zuffa's Opposition to Plaintiffs' Motion to Compel Defendant to Produce a Log of Communications for Dana White's Discoverable Telephone Numbers and Electronic Communication Devices and Directing Defendant to Submit an Inventory of Electronic Communication Devices and Related Documents (ECF No. 396).

4. Except where otherwise stated, based on my review of physical and electronic evidence and records, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

5. In May 2017, Boies Schiller Flexner LLP engaged Stroz Friedberg to assist in the preservation and extraction of active and recoverable text and multimedia messages from two mobile devices and other requests related to this case. Stroz Friedberg received the mobile devices on May 16, 2017.

6. The first mobile device, designated as evidence number ES0001, is a Nokia cell

phone, model 6101b, type RM-77. The provided phone number for this device ends in "20" (the "-20 device"). This device contained a T-Mobile SIM card, which I forensically examined. My examination did not identify any phone number stored on this SIM card.

7. The second mobile device, designated as evidence number ES0002 is a Nokia cell phone, model 6101b, type RM-77. The provided phone number for this device ends in "75" (the "-75 device"). This device contained a T-Mobile SIM card, which I forensically examined and verified the phone number on the SIM card matched the phone number provided to us for this device.

8. Upon receipt, I documented and preserved these two devices using industry standard forensic practices and software. I leveraged the Cellebrite UFED Touch for acquisition of the devices and Cellebrite UFED Physical Analyzer software (collectively "Cellebrite") for analysis of the device preservations. Using Cellebrite, I preserved a full physical binary extraction and file system acquisition of each device and a file system and logical acquisition of each SIM card. In addition to preservation within Cellebrite, I extracted parsed message information and binary content from the acquisition.

9. I examined the binary content extracted from the preservation and performed a visual inspection of the active messages on the devices. I conducted this visual inspection using a faraday box to shield the devices within the box from radio frequency and wireless communication signals, including Bluetooth, WiFi, and cellular bands.

10. According to the user manual, the storage capacity for media on the Nokia 6101b device is approximately 3 MB[1]. I examined the total storage displayed on each phone visually and found it to be consistent with what was listed in the manual. 3 MB is a relatively small amount of storage. For example, an average iPhone 6 photo is 1.56 MB[2]. Using this average photo size, the approximate 3 MB storage on these devices would be consumed with less than two iPhone 6 images.

11. Forensic analysis of the data from both devices reveals that messages are stored on the devices in a multi-file format. This differs from modern mobile operating systems that generally

---

[1] Nokia 6101 User Manual Found at https://www.nokia.com/en_int/phones/sites/default/files/user-guides/Nokia_6101_UG_en.pdf.
[2] Average size based on a sample of 181 JPEG photos with a combined size of 281.6 MB, captured with an iPhone 6.

store message information in a database. This multi-file format means that the phone does not always store the full content of a message in a single file. As such, some message entries recovered from these devices represent metadata[3] disassociated from message body content, or message body content disassociated from metadata. The message body content entries I identified do not contain an identifier to the associated metadata. The recovered message body content may or may not match a recovered set of metadata or belong to an unrecovered previously sent or received message. Nor did I observe an overt identifier in the recovered message metadata entries for the respective message content. The recovered metadata may or may not match recovered content or may belong to an unrecovered previously sent or received message.

12. On the -20 device, 186 message entries were recovered in total. I did not identify any active messages on this device during the visual inspection or through forensic analysis. 147 of the 186 message entries were recovered by Cellebrite and represent disassociated message content and metadata that could not be re-associated. Through additional forensic examination of the data, I identified metadata for 39 messages which were not identified by Cellebrite.

13. On the -75 device, I recovered 304 message entries in total. I recovered 168 messages with associated metadata and message content through Cellebrite. 95 of the 304 message entries are fragments I recovered from the device with Cellebrite, which represent disassociated message content and metadata that could not be re-associated. Through additional forensic examination of the data, I identified 41 message metadata and content entries which were not identified by Cellebrite.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 24th day of May, 2017, in New York, NY.

_Chapin Bryce_

---

[3] Metadata, or "data about data" in this instance refers to the date, time, folder, and other party for a given message.