| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro Hac Vice*) |
| 2 | (wisaacson@bsfllp.com) <br> STACEY K. GRIGSBY (*Pro Hac Vice*) |
| 3 | (sgrigsby@bsfllp.com) <br> NICHOLAS A. WIDNELL (*Pro Hac Vice*) |
| 4 | (nwidnell@bsfllp.com) <br> BOIES SCHILLER FLEXNER LLP |
| 5 | 1401 New York Avenue, NW <br> Washington, DC 20005 |
| 6 | Telephone: (202) 237-2727; Fax: (202) 237-6131 |
| 7 | |
| 8 | RICHARD J. POCKER #3568 <br> (rpocker@bsfllp.com) |
| 9 | BOIES SCHILLER FLEXNER LLP <br> 300 South Fourth Street, Suite 800, Las Vegas, NV 89101 |
| 10 | Telephone: (702) 382-7300; Fax: (702) 382-2755 |
| 11 | DONALD J. CAMPBELL #1216 |
| 12 | (djc@campbellandwilliams.com) <br> J. COLBY WILLIAMS #5549 |
| 13 | (jcw@campbellandwilliams.com) <br> CAMPBELL & WILLIAMS |
| 14 | 700 South 7th Street, Las Vegas, Nevada 89101 <br> Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| 15 | |
| 16 | *Attorneys for Defendant* Zuffa, LLC, d/b/a <br> Ultimate Fighting Championship and UFC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-(PAL) |
| 21 | | |
| 22 | Plaintiffs, | **CERTIFICATE OF SERVICE OF DOCUMENTS FILED UNDER SEAL [L.R. IA 10-5(c)]** |
| 23 | v. | |
| 24 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 25 | Defendant. | |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action.  My business address is 1999 Harrison Street, Suite 900, Oakland, California 94612.

1. **APPENDIX OF EXHIBITS IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES (ECF No. 395) [FILED UNDER SEAL]**

2. **EXHIBIT A IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES (ECF No. 395) [FILED UNDER SEAL]**

3. **EXHIBIT B IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES (ECF No. 395) [FILED UNDER SEAL]**

4. **EXHIBIT C IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES (ECF No. 395) [FILED UNDER SEAL]**

5. **EXHIBIT F IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES (ECF No. 395) [FILED UNDER SEAL]**

6. **EXHIBIT G IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES (ECF No. 395) [FILED UNDER SEAL]**

7. **EXHIBIT H IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES (ECF No. 395) [FILED UNDER SEAL]**

1
2
3
4

    **8. EXHIBIT I IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE A LOG OF COMMUNICATIONS FOR DANA WHITE'S DISCOVERABLE TELEPHONE NUMBERS AND ELECTRONIC COMMUNICATION DEVICES AND DIRECTING DEFENDANT TO SUBMIT AN INVENTORY OF ELECTRONIC COMMUNICATION DEVICES (ECF No. 395) [FILED UNDER SEAL]**

5

On May 24, 2017, I served the documents listed above on the parties listed below:

6

**Don Springmeyer**
dspringmeyer@wrslawyers.com

**Patrick F. Madden**
pmadden@bm.net

7
8

**Bradley Scott Schrager**
bschrager@wrslawyers.com

**Joseph R. Saveri**
jsaveri@saverilawfirm.com

9
10

**Justin C. Jones**
jjones@wrslawyers.com

**Matthew Weiler**
MWeiler@saverilawfirm.com

11

**Richard A. Koffman**
rkoffman@cohenmilstein.com

**Kevin Rayhill**
krayhill@saverilawfirm.com

12
13

**Benjamin Doyle Brown**
bbrown@cohenmilstein.com

**Joshua P. Davis**
jdavis@saverilawfirm.com

14

**Daniel H. Silverman**
dsilverman@cohenmilstein.com

**Robert Maysey**
rmaysey@warnerangle.com

15
16

**Tracey Kitzman**
TKitzman@cohenmilstein.com

**Jerome Elwell**
jelwell@warnerangle.com

17

**Eric L. Cramer**
ecramer@bm.net

**Frederick S. Schwartz**
fred@fredschwartzlaw.com

18
19

**Michael C. Dell'Angelo**
mdellangelo@bm.net

**Eugene A. Spector**
espector@srkw-law.com

20

21
22
23
24
25

    The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

26
27
28

    I hereby certify that I am employed in the office of a member of the State of California, admitted *pro hac vice* to practice before the District of Nevada for this case, at whose direction

the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 24th day of May, 2017, in Oakland, California.

Date: May 24, 2017

                              /s/ Brent K. Nakamura
                              Employee of Boies Schiller Flexner LLP