UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, and JON FITCH, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>        Defendants. | Member Case<br>No. 2:17-cv-00849-RFB-PAL<br><br>Lead Case<br>No. 2:15-cv-01045-RFB-PAL<br><br>**[PROPOSED] ORDER DENYING BELLATOR SPORT WORLDWIDE LLC'S MOTION TO QUASH AND GRANTING MOTION TO MODIFY SUBPOENAS** |

[PROPOSED] ORDER MODIFYING SUBPOENA PLAINTIFFS SERVED ON BELLATOR

Whereas, on June 1, 2017 the Motion to Quash or Modify Subpoenas filed by Bellator Sport Worldwide, LLC ("Bellator") ("Motion to Quash," ECF No. 1) was heard by the Court;

Whereas, with respect to the subpoena Plaintiffs served on Bellator on September 15, 2015, the only document request in dispute between Bellator and Plaintiffs is Request No. 12;

With respect to Request No. 12, **IT IS HEREBY ORDERED** that for the time period covered by the subpoena, Bellator shall produce:

1. Quarterly financial statements that include the following information:
    a. revenues from specific sources (e.g., Pay-Per View, television broadcasting agreements, advertising, sponsorship, gate receipts, merchandising, other sources);
    b. total fighter compensation.
2. For MMA events promoted or co-promoted by Bellator:
    a. a list setting forth all events by date and location;
    b. for each event, profit and loss statements or other financial statements showing all revenue from specific sources (e.g., including from Pay-Per View, television broadcasting agreements, advertising, sponsorship, gate receipts, merchandising, other sources) and costs.

This Order does not modify any agreement reached by Bellator with respect to compliance with the subpoena in any other respect.

Bellator will complete production of all responsive information within 21 days of this Order.

**IT IS SO ORDERED**:

_____
Hon. Peggy A. Leen

UNITED STATES MAGISTRATE JUDGE

DATED: