Philip M. Kelly
California Bar No. 212714
  *pkelly@kbkfirm.com*
Richard M. Simon
California Bar No. 240530
  *rsimon@kbkfirm.com*
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Non-Party
Bellator Sport Worldwide, LLC
*Appearing pursuant to FRCP 45(f)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, and JON FITCH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZUFFA, LLC, d/b/a ULTIMATE FIGHTING CHAMPIONSHIP And UFC,<br><br>    Defendants. | Member Case<br>No. 2:17-cv-00849-RFB-PAL<br><br>Lead Case<br>No. 2:15-cv-01045-RFB-PAL<br><br>**[PROPOSED] ORDER MODIFYING SUBPOENAS TO NON-PARTY BELLATOR SPORT WORLDWIDE, LLC** |

The Motion of Non-Party Bellator Sport Worldwide, LLC ("Bellator") to Quash or Modify Subpoenas in the above captioned action [Docket No. 1] and the Plaintiffs' Motion to Compel Documents Responsive To Plaintiffs' Subpoena [Docket No. 26] came on for hearing on June 1, 2017 before this Court, the Honorable Peggy A. Leen, presiding. After full consideration of the matter, and good cause appearing therefor, this Court issues the orders set forth below:

1. Bellator's Motion to Quash Subpoenas is DENIED.

2. Bellator's Motion to Modify Subpoenas is GRANTED as set forth herein.

3. Plaintiffs' Motion to Compel Documents is DENIED.

4. <u>FIGHTER CONTRACTS</u>

Demand No. 1 of Defendant Zuffa's Subpoena to Bellator and Demand Number 4 of the Plaintiffs' Subpoena to Bellator, each of which generally seeks Bellator's contracts with its fighters, are hereby limited and modified as follows:

    A. Bellator will produce five (5) anonymized, exemplary fighter contracts for each of the following five categories of male MMA athletes:

        (1) <u>Premier Fighters</u>. This category includes the top 30% of Bellator fighters by earnings.

        (2) <u>Mid-Level Fighters</u>. This category includes successful and established fighters who are not presently in the top 30% of Bellator fighters by earnings.

        (3) <u>Developmental Fighters</u>. This category includes junior fighters who are not yet well-established in the national and international arena, and who are building their fight record to become more established fighters.

        (4) <u>Local Market Fighters</u>. This category includes fighters who typically comprise the undercard fights in a particular local

market and who often represent a local gym in the geographic market.  Typically these fighters have not yet found wider recognition but have a local fan-base.

(5) <u>Bellator Legacy Fighters</u>.  This category includes Bellator fighters who signed with the promotion during its earlier tournament format (i.e., prior to 2015).

B. Bellator will produce one (1) anonymized, exemplary contract for each of the following five categories of female MMA athletes:[1]

(1) Premier Fighters.

(2) Mid-Level Fighters.

(3) Developmental Fighters.

(4) Local Market Fighters.

(5) Bellator Legacy Fighters.

C. Bellator shall produce, on an anonymized basis, any amendments, modifications, side letters, or extensions that may exist with respect to any contract that is produced pursuant to this section.

D. Anonymized contracts shall mean that the fighter's names and other information that would reasonably reveal the identity of the fighter shall be redacted.  Bellator shall use an identifier on the contracts and any amendments, modifications, side letters, or extensions to the underlying contract.

---

[1] Bellator states that there are approximately 160 fighters currently on the Bellator roster, of whom less than twenty percent are female fighters, such that Bellator cannot produce more than one contract within each female fighter category without compromising the anonymity of the female fighters.  Altogether, Bellator shall produce 30 fighter contracts (25 for male fighters; 5 for female fighters).

E. The anonymized contracts shall include the fighter's gender, weight class, number of fights during term of agreement, and any compensation to be paid.

4. **BELLATOR INCOME AND EXPENSE INFORMATION**

Demand Nos. 7 and 12 of Defendant Zuffa's Subpoena to Bellator and Demand No. 12 of Plaintiffs' Subpoena to Bellator, each of which generally seeks Bellator's income and expense information, are limited and modified as follows:

Bellator shall produce unaudited quarterly profit and loss statements through the quarter ending March 31, 2017 that include the following information:[2]

**REVENUE**

Advertising/Sponsorship Revenue
Affiliate/Pay Per View Revenue
Ancillary Revenue
    TV Syndication
    Consumer Products
    Recreation & Events
    Other
Total Revenue

**EXPENSES**

Operating Expenses
    Production & Programming Expenses
        Fighter Compensation
        Above the Line Production Staff
        Below the Line Production Staff
        Staging, Lighting & Set
        Tech Crews & Equipment
        Post Production
        Venue Costs
        Travel & Transportation
Other Operating Expenses

---

[2] Bellator states that for periods prior to December 31, 2011, it may not be able to produce P&L data in precisely the categories described herein, because its operations changed when Viacom acquired Bellator in October 2011.

       Selling, General, and Administrative ("SG&A") Expenses
            Employee Compensation: SG&A
            Advertising & Promotion Expenses
            Other SG&A

       Depreciation & Amortization
       Total Expenses

**OPERATING INCOME**

**NET INCOME**

      5.    Bellator may designate information provided in response to the modified Subpoenas as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Revised Stipulation and Protective Order Protective Order in effect in the Lead Case (2:15-cv-01045-RFB-(PAL)) ("Protective Order"), and the Parties and their experts and consultants shall be bound by the protections of the Productive Order.  Any expert report or analysis that will be shared beyond outside litigation counsel for the parties and that makes reference, describes or discloses the substance of materials that Bellator has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" shall be likewise designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" in such portion that includes a reference, description or disclosure of Bellator's designated materials.  The Parties are hereby ordered to make best efforts to protect information designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" from public disclosure at the trial of these actions, including by stipulating and seeking the approval of the District Court to maintain, the confidentiality of information designated by Bellator as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY," providing advance notice to Bellator of any intended use of such materials at trial, and best efforts by

//
//

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

312295.1                                   4                          Case No. 2:17-cv-00849-RFB-PAL
[PROPOSED] ORDER MODIFYING SUBPOENAS TO BELLATOR

1  the party seeking to introduce designated materials to limit access of the parties and
2  the public to such materials.

5              IT IS SO ORDERED:

8              _____
               HONORABLE PEGGY A. LEEN, UNITED
               STATES MAGISTRATE JUDGE

10             DATED: