Eric L. Cramer
Michael Dell'Angelo
Patrick F. Madden
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

**DISCOVERY PLAN AND SCHEDULING ORDER**

On October 14, 2016, the Court entered a Discovery Plan and Scheduling Order setting deadlines through dispositive motions (ECF No. 311). On June 1, 2017, the Court heard argument on Plaintiffs' Request for an Extension of Time concerning those deadlines (ECF No. 414) and ordered that the fact discovery deadline be extended to July 31, 2017 and the deadline for Plaintiffs' expert reports be extended to August 31, 2017, with other case deadlines extended accordingly (*see* ECF No. 422). To provide dates certain for the respective case deadlines, the parties have met and conferred and stipulated to the following deadlines in accordance with the Court's Order, adjusted to account for deadlines falling on weekends and deadlines falling on or around holidays:

| | |
|---|---|
| Close of Fact Discovery | July 31, 2017 |
| Plaintiffs' Opening Expert Reports (class and merits) | August 31, 2017 |
| Last Day to Depose Experts Concerning Opening Reports | September 29, 2017 |
| Opposition Expert Reports | October 27, 2017 |
| Last Day to Depose Opposition Experts | November 22, 2017 |
| Reply Expert Reports | December 13, 2017 |
| Daubert Motions | January 26, 2018 |
| Class Certification Motion | January 26, 2018 |
| Daubert Opposition Briefs | March 16, 2018 |
| Class Certification Opposition Brief | March 16, 2018 |
| Daubert Reply Briefs | April 16, 2018 |
| Class Certification Reply Brief | May 8, 2018 |
| Class Certification Hearing | Court's Convenience |
| Summary Judgment Motions | July 9, 2018 |
| Summary Judgment Opposition Briefs | August 8, 2018 |
| Summary Judgment Reply Briefs | September 7, 2018 |

**IT IS SO ORDERED:**

_____
United States Magistrate Judge


Dated:_____

1
**DISCOVERY PLAN AND SCHEDULING ORDER**

Dated: June 13, 2017

Respectfully Submitted,

By: */s/Patrick F. Madden*
    Patrick F. Madden

Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joseph R. Saveri (*Pro Hac Vice*)
Joshua P. Davis (*Pro Hac Vice*)
Matthew S. Weiler (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Class Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

| | |
|---|---|
| 1 | Don Springmeyer (Nevada Bar No. 1021) |
| | Bradley S. Schrager (Nevada Bar No. 10217) |
| 2 | Justin C. Jones (Nevada Bar No. 8519) |
| | WOLF, RIFKIN, SHAPIRO, SCHULMAN & |
| 3 | RABKIN, LLP |
| | 3556 E. Russell Road, Second Floor |
| 4 | Las Vegas, Nevada 89120 |
| | (702) 341-5200/Fax: (702) 341-5300 |
| 5 | dspringmeyer@wrslawyers.com |
| | bschrager@wrslawyers.com |
| 6 | jjones@wrslawyers.com |

*Liaison Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

Robert C. Maysey (*Pro Hac Vice*)
Jerome K. Elwell (*Pro Hac Vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Jeffrey J. Corrigan (*Pro Hac Vice*)
William G. Caldes (*Pro Hac Vice*)
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
jcorrigan@srkw-law.com
bcaldes@srkw-law.com

Frederick S. Schwartz (*Pro Hac Vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407
Facsimile: (818) 995-4124
fred@fredschwartzlaw.com

*Additional Class Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

3
**DISCOVERY PLAN AND SCHEDULING ORDER**

|    |                        |                                                               |
|----|------------------------|---------------------------------------------------------------|
| 1  | Dated June 13, 2017    | BOIES, SCHILLER & FLEXNER LLP                                 |
| 2  |                        |                                                               |
|    |                        | By: */s/ Stacey K. Grigsby*                                   |
| 3  |                        |     Stacey K. Grigsby                                         |

Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

William A. Isaacson (*Pro Hac Vice*)
Nicholas A. Widnell (*Pro Hac Vice*)
Stacey K. Grigsby (*Pro Hac Vice*)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
wisaacson@bsfllp.com
nwidnell@bsfllp.com
sgrigsby@bsfllp.com

Donald J. Campbell (Nevada Bar No. 1216)
J. Colby Williams (Nevada Bar No. 5549)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222
Fax: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

Richard J. Pocker (Nevada Bar No. 3568)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Tel: (702) 382-7300
Fax: (702) 382-2
rpocker@bsfllp.com

4
**DISCOVERY PLAN AND SCHEDULING ORDER**

**ATTESTATION OF FILER**

The signatories to this document are myself and Stacey Grigsby, and I have obtained Ms. Grigsby's concurrence to file this document on her behalf.

Dated: June 13, 2017              */s/ Patrick F. Madden*

Case 2:15-cv-01045-RFB-BNW    Document 428    Filed 06/13/17    Page 7 of 7

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing **Discovery Plan and Scheduling Order** was served on June 13, 2017 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

                                                */s/ Patrick F. Madden*

                                                Patrick F. Madden