Eugene A. Spector
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
espector@srkattorneys.com

*Attorney for Individual and Representative Plaintiffs Gabe Ruediger and Mac Danzig*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Gabe Ruediger and Mac Danziq, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC d/b/a/ Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

TO THE CLERK:

   Kindly note that the name of the law firm Spector Roseman Kodroff & Willis, P.C. has been changed to Spector Roseman & Kodroff, P.C. The firm's address, telephone number and fax number will remain unchanged.

Dated: June 15, 2017        /s/   Eugene A. Spector
                            Eugene A. Spector

                            *Attorney for Individual and Representative Plaintiffs Gabe Ruediger and Mac Danzig*

- 1 -