# EXHIBIT 1

**Kevin Rayhill**

| | |
|---|---|
| **From:** | Stacey Grigsby <SGrigsby@BSFLLP.com> |
| **Sent:** | Tuesday, June 20, 2017 10:33 AM |
| **To:** | Kevin Rayhill; Nicholas Widnell; Marcy Norwood Lynch; Evan North; Rory Skaggs |
| **Cc:** | Matthew Weiler; Joseph Saveri |
| **Subject:** | RE: Expedited Briefing Schedule for Motion for Letter Rogatory |

Kevin,
Zuffa takes no position and will not file a response.

Best,
Stacey

**Stacey K. Grigsby**
Partner

**BOIES SCHILLER FLEXNER** LLP
1401 New York Ave, NW
Washington, DC  20005
(t) +1 202 237 9619
(m) +1 703 861 4910
sgrigsby@bsfllp.com
www.bsfllp.com

**From:** Kevin Rayhill [mailto:krayhill@saverilawfirm.com]
**Sent:** Tuesday, June 20, 2017 1:20 PM
**To:** Stacey Grigsby; Nicholas Widnell; Marcy Norwood Lynch; Evan North; Rory Skaggs
**Cc:** Matthew Weiler; Joseph Saveri
**Subject:** RE: Expedited Briefing Schedule for Motion for Letter Rogatory

Stacey,

Thank you for your quick response. Just to clarify, when you say Zuffa takes no position do you mean the motion is unopposed? If yes, does Zuffa intend to file a response?

Kevin

**From:** Stacey Grigsby [mailto:SGrigsby@BSFLLP.com]
**Sent:** Tuesday, June 20, 2017 10:15 AM
**To:** Kevin Rayhill; Nicholas Widnell; Marcy Norwood Lynch; Evan North; Rory Skaggs
**Cc:** Matthew Weiler; Joseph Saveri
**Subject:** RE: Expedited Briefing Schedule for Motion for Letter Rogatory

Hello Kevin,
We do not oppose expedited briefing and take no position on Plaintiffs' emergency motion.

Best,
Stacey

**Stacey K. Grigsby**
Partner

**BOIES SCHILLER FLEXNER** LLP

1401 New York Ave, NW
Washington, DC  20005
(t) +1 202 237 9619
(m) +1 703 861 4910
sgrigsby@bsfllp.com
www.bsfllp.com

**From:** Kevin Rayhill [mailto:krayhill@saverilawfirm.com]
**Sent:** Tuesday, June 20, 2017 1:12 PM
**To:** Stacey Grigsby; Nicholas Widnell; Marcy Norwood Lynch; Evan North
**Cc:** Matthew Weiler; Joseph Saveri
**Subject:** Expedited Briefing Schedule for Motion for Letter Rogatory

Stacey,

Plaintiffs intend to file an emergency motion for a letter rogatory to One Championship. In light of the pending discovery deadline, I write to ask if Zuffa will agree to an expedited briefing schedule for the motion. Plaintiffs suggest  one week for Zuffa's response and one week for Plaintiffs' reply, as calculated under Federal Rule of  Civil Procedure 6. Please let me know if Zuffa will agree to this briefing schedule by the close of business today.

Thank you.

Kevin

Kevin E. Rayhill
t  415.500.6800 x804
f  415.395.9940
krayhill@saverilawfirm.com

**JOSEPH SAVERI**
L A W   F I R M
555 Montgomery Street, Suite 1210
San Francisco, CA  94111

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]