# EXHIBIT 2

## Placeholder -
## Document Filed Under Seal