# EXHIBIT 5

# DETAILS

## Singapore - Central Authority (Art. 2) and practical information

**Central Authority(ies):**

*Registrar of the Supreme Court*

**Practical Information**
*(The following information was provided by the relevant State authorities or was obtained from the replies to the 2008 Evidence Convention Questionnaire)*

| | |
|---|---|
| Blocking statutes: | Singapore does not have specific foreign statutes but we have general statutory provisions that prevent disclosure of matters relating to State interests. |
| | **Chapter I**<br>**(Letters of Requests)** |

Case 2:15-cv-01045-RFB-BNW   Document 433-7   Filed 06/20/17   Page 3 of 6

Case 2:15-cv-01045-RFB-BNW   Document 433-7   Filed 06/20/17   Page 4 of 6

Case 2:15-cv-01045-RFB-BNW   Document 433-7   Filed 06/20/17   Page 5 of 6

(This page was last updated on 1 September 2010)

## Conventions (incl. Protocols and Principles)

- Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters [20]