# EXHIBIT 6

# DECLARATION/RESERVATION/NOTIFICATION

Declarations
Reservations

Articles: 4,23

"(i) the whole of Chapter II of the Convention shall not apply to the Republic of Singapore and
(ii) with regard to paragraph 2 of Article 4, the Republic of Singapore will not accept any Letter of Request in any language other than the English language, as that is the language used by the Judiciary in Singapore.

In accordance with Article 23 the Government of the Republic of Singapore declares that the Republic of Singapore will not execute Letters of Request issued for the purpose of obtaining pre-trial discovery of documents. The Government of the Republic of Singapore further declares that it understands "Letters of Request issued for the purpose of obtaining pre-trial discovery of documents" for the purpose of the foregoing Declaration as including any Letter of Request which requires a person:
(a) to state what documents relevant to the proceedings to which the Letter of Request relates are, or have been, in his possession, custody or power; or
(b) to produce any documents other than particular documents specified in the Letter of Request as being documents appearing to the requested court to be, or to be likely to be, in his possession, custody or power.

It is the understanding of the Republic of Singapore that the reference to civil or commercial matters in the Convention does not include revenue or taxation matters."