# EXHIBIT 7

Placeholder - Document Filed Under Seal