# EXHIBIT 8

## Placeholder - Document Filed Under Seal