WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF STACEY K. GRIGSBY IN SUPPORT OF ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' EMERGENCY MOTION FOR A LETTER OF REQUEST FOR DOCUMENTS FROM GROUP ONE HOLDINGS PTE. LTD. AND RELATED DOCUMENTS (ECF NO. 435)** |

I, Stacey K. Grigsby, declare as follows:

1. I am a member in good standing of the bars of the states of New York and the District of Columbia. I am admitted pro hac vice to practice before this Court. I am a Partner in the law firm Boies Schiller Flexner LLP ("BSF"), counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-PAL.

2. I make this declaration in support of Zuffa's Motion to Seal Plaintiffs' Emergency Motion for a Letter of Request for Documents from Group One Holdings Pte. Ltd. (ECF No. 435).

3. Except where otherwise stated, based on my review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

4. I understand that Zuffa has a strong policy of not discussing and disclosing the terms of its confidential settlement agreements publicly. I further understand that Zuffa zealously guards this information and does not disclose such information to the public.

5. I further understand that Zuffa has a policy of not disclosing to any entity, except where required by law, the documents it prepares for and submits in response to government investigations and inquiries.

6. Exhibit 8 to this Declaration is a true and correct copy, with redactions applied, of the version of Exhibit 8 to the Declaration of Kevin E. Rayhill in Support of Plaintiffs' Emergency Motion for a Letter of Request for Documents from Group One Holdings Pte. Ltd. (ECF No. 433-2) filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 26th day of June, 2017, in Washington, D.C.

*/s/ Stacey K. Grigsby*
Stacey K. Grigsby