# EXHIBIT 8

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon    )
Fitch, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
                Plaintiffs,    )
                               )
       v.                      ) Lead Case No.
                               ) 2:15-cv-01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
                Defendant.     )
_____)

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF LORENZO J. FERTITTA

Las Vegas, Nevada

March 23, 2017

9:09 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 49608

122



5  Q. And Mr. Cuban is a billionaire, right?
6  A. He is.
7  Q. And he was at the time that he started the
8  competing MMA organization, correct?
9  A. Yes. But that doesn't mean just because he
10 was a billionaire he was going to invest money in a
11 business.
12 Q. Do you know whether or not he invested
13 money in the business?
14 A. I don't.
15 Q. Okay. There's another billionaire who
16 attempted to start a competing mixed martial arts
17 organization, correct?
18 A. Yes.
19 Q. And who is that?
20 A. Donald Trump.
21 Q. And was Mr. Trump successful?
22 A. No.
23 Q. You mentioned, if I understood your answer,
24 that there's some distinctions with respect to what
25 constitute the barriers of entry if one wants to just

124

1  start an MMA promotion versus if one wants to start
2  an MMA promotion to compete directly with the UFC.
3       Is that fair?
4  A. Yes.
5  Q. Okay. And you mentioned that a significant
6  amount of capital would be required, right?
7  A. Some amount of capital, yes. More so than
8  just starting with one show.
9  Q. Okay. And what other barriers of entry do
10 you believe exist that would -- that one would need
11 to overcome to compete directly with the UFC in the
12 mixed martial arts promotion space?
13 A. I think I outlined the two, the two most
14 important ones, which is obviously securing a license
15 as a promoter, which as I mentioned, wasn't a very
16 high barrier to entry.
17      Securing a venue, which once again, I don't
18 believe is a very high barrier to entry.
19      And I believe capital. You know, there's
20 various levels of capital that could be required.
21      You know, it's the same in most businesses.
22 If I want to get into the gaming business and go get
23 a license, I guess it's not that high barrier of an
24 entry, other than I have to have a clean background.
25      If I choose to compete with or borrow 15

125

1  machines, there's a different barrier than competing
2  with the Golden Nugget that's right behind us.
3  Q. Right. So --
4  A. But not impossible by any means of
5  imagination.
6  Q. So with respect to the barriers of entry
7  that you perceive to exist to compete with the UFC,
8  my understanding is as you draw a distinction between
9  competing with the UFC versus competing with other
10 mixed martial arts organizations, one distinction
11 that you've drawn is that a significant amount of
12 capital would be required to compete with the UFC,
13 whereas, you wouldn't necessarily need a significant
14 amount of capital to compete with some other mixed
15 martial arts organization.
16      But what I'm trying to understand is: Are
17 there other barriers that you can identify that would
18 be required to compete with the UFC versus competing
19 with a fledgling mixed martial arts promotion?
20      MR. ISAACSON: Objection to the preamble.
21      THE WITNESS: Yeah, let me try to put that
22 together.
23      First of all, the barriers to entry to
24 compete with the UFC, it's not just the UFC. You'd
25 also have to be competing with Bellator. You'd have

LORENZO J. FERTITTA - CONFIDENTIAL

126

1    to be competing with One FC.  You'd have to be
2    competing with promotions in Europe, such as Fight
3    Night out of Russia, KSW out of Poland, KSL, KSW, I
4    might have gotten that wrong.
5        So there's a number of promotions that you
6    would -- World Series of Fighting, which by the way,
7    is broadcast on NBC.
8        You'd be competing not just with the UFC;
9    you'd be competing with a number of competitors that
10   are in the -- in the space.
11       Part of the competitive landscape
12   historically has been distribution would be the final
13   stage.  And as I mentioned before, and it's just fact
14   based on what has happened historically, promotions
15   can enter with very little barriers to entry and go
16   from literally never have promoted a fight to being
17   on CBS, like EliteXC.
18       Or you can go from what, in your terms, was
19   a regional promoter in Strikeforce to getting at the
20   old Showtime, and at the flip of a switch, you're a
21   major player in the industry.
22       You can go from being a startup in World
23   Series of Fighting to getting a multi-fight media
24   contract with NBC Sports and become a major player in
25   the industry.

127

1        You can go from being a startup now to
2    going and doing a deal with ESPN, HBO.
3        I guess when you think about how many
4    channels there are on television, it gets to be hard
5    to get your arms around because there's so many
6    points of distribution.
7        And in addition to that, within the last, I
8    would say, three to five years, the landscape has
9    completely turned itself on the head -- on its head
10   because now, you don't even have to have a deal with
11   a television network.  All you have to have is an
12   Internet connection and some cameras, and you can
13   broadcast your fights, whether you decide to charge a
14   subscription, whether you decide to use an
15   advertising/sponsorship model.
16       Any startup or any entrant or any player or
17   anybody in the industry has access to literally every
18   person in the world, whether it's through
19   broadcasting on their television, their mobile
20   device, their computer.
21       So the barriers to entry, in my mind, if
22   you're asking me to compare, have continued to come
23   down over time.
24   BY MR. ISAACSON:
25       Q.  And that group of potential competitors,

128

1    **did they also -- so they may have access, as you say,**
2    **to every kind of eyeball in the world by virtue of**
3    **distribution methods.  Do they have equal access to**
4    **high quality fighters?**
5        A.  Yes.  Those promotions have access to
6    fighters.
7        So I think your term was "high quality
8    fighters."
9        **Q.  Correct.**
10       A.  Yes.  There is thousands, maybe multiple
11   thousands of fighters around the world because, once
12   again, this is a global sport in a global market,
13   that have the aptitude and the capability to compete
14   at the highest level.  There's no question about
15   that.
16       When you talk about -- and I say this with
17   my experience from being the CEO of the UFC.
18       There is so much talent in markets like
19   Brazil, Russia, now starting to evolve in Asia and of
20   course North America given the level of talent and
21   training that now exists.  It's literally an endless
22   number of fighters that have the ability to compete
23   at the highest level and be the highest level
24   fighters.
25       **Q.  Would a new entrant into the MMA**

129

1    **marketplace have an operational learning curve?**
2        MR. ISAACSON:  Objection to form.
3        THE WITNESS:  It depends on who the
4    operators are.
5        If you started a business with somebody who
6    had prior experience in promoting boxing, promoting
7    mixed martial arts, I would say just promoting
8    events, it could be concerts, it could be general
9    entertainment, I think that they would have the
10   aptitude to be able to be successful.
11       I would say for myself, I got involved in
12   the business and had no prior experience running a
13   business in mixed martial arts, and certainly, as we
14   mentioned before, I had a background on the
15   regulatory side.
16       But I would say that, in my personal
17   experience, I had an extremely steep learning curve
18   because it took us a long time and a lot of capital
19   and a lot of hours and a lot of building of this
20   business and this industry to get where we are today.
21   BY MR. DELL'ANGELO:
22       **Q.  And do MMA promoters such as you develop**
23   **confidential documents that are important to operate**
24   **their business that a new entrant may have to develop**
25   **from scratch?**

33 (Pages 126 to 129)