WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' EMERGENCY MOTION FOR A LETTER OF REQUEST FOR DOCUMENTS FROM GROUP ONE HOLDINGS PTE. LTD. AND RELATED DOCUMENTS (ECF NO. 435)** |

# [PROPOSED] ORDER

Before this Court is Defendant Zuffa, LLC's ("Zuffa's) Motion to Seal Plaintiffs' Emergency Motion for a Letter of Request for Documents from Group One Holdings Pte. Ltd. (ECF No. 435) ("Zuffa's Sealing Motion") and the Declaration of Stacey K. Grigsby in Support of Zuffa's Motion to Seal Portions of Plaintiffs' Motion ("Grigsby Sealing Declaration").

Federal Rule of Civil Procedure 26(c) provides that a trial court may seal court documents in connection with a non-dispositive motion if the party seeking to seal the documents makes a "particularized showing" under the "good cause" standard of Rule 26(c). *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (citation and internal quotation marks omitted). Having considered Zuffa's Sealing Motion, the Court finds that Zuffa has made the requisite "particularized showing" under the "good cause standard" of Rule 26(c) and that it is appropriate to seal those documents and portions of documents Zuffa seeks to seal.

IT IS HEREBY ORDERED that Zuffa's Motion to Seal is GRANTED. The Clerk of the Court shall:

- Replace the publicly filed version of Exhibit 8 Declaration of Kevin E. Rayhill in Support of Plaintiffs' Emergency Motion for a Letter of Request for Documents from Group One Holdings Pte. Ltd. (ECF No. 433-2) ("Rayhill Declaration") with Exhibit 8 to the Grigsby Sealing Declaration.
- File Exhibit 7 to the Rayhill Declaration under seal in its entirety.
- File under seal those portions of page 4, lines 3 through 6 that were redacted in the public version of Plaintiffs' Emergency Motion for a Letter of Request for Documents from Group One Holdings Pte. Ltd.

IT IS SO ORDERED.

DATED: _____, 2017

By: _____
Hon. Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING ZUFFA'S MOT. TO SEAL PLS' EMERGENCY MOT.

Case No.: 2:15-cv-01045-RFB-(PAL)