UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CUNG LE, et al.,<br><br>                Plaintiffs,<br>v.<br>ZUFFA, LLC, et al.,<br><br>                Defendants. | Case No. 2:15-cv-01045-RFB-PAL<br><br>ORDER<br><br>(Mot Letters Rogatory – ECF No. 433) |

    Before the court is Plaintiffs' Emergency Motion for a Letter of Request for Documents from Group One Holdings PTE. Ltd. (ECF No. 433). Having reviewed and considered the matter and for good cause shown,

    **IT IS ORDERED** that Plaintiffs' Emergency Motion for a Letter of Request for Documents from Group One Holdings PTE. Ltd. (ECF No. 433) is **GRANTED**, and the court will issue the letters rogatory as modified by the court.

    DATED this 27th day of June, 2017.

                                                          _____<br>
                                                          PEGGY A. LEEN<br>
                                                          UNITED STATES MAGISTRATE JUDGE