# Exhibit 7

**Kevin Rayhill**

| | |
|---|---|
| **From:** | Evan North <ENorth@BSFLLP.com> |
| **Sent:** | Thursday, May 25, 2017 10:45 PM |
| **To:** | Stacey Grigsby; Matthew Weiler; MIchael Dell'Angelo; Nicholas Widnell |
| **Cc:** | Patrick Madden; Daniel Silverman; Joseph Saveri; Marcy Norwood Lynch; Eric L. Cramer; bbrown@cohenmilstein.com; Don Springmeyer; Kevin Rayhill; Robert C. Maysey; Suzanne Jaffe Nero; jcw@campbellandwilliams.com; Bill Isaacson |
| **Subject:** | RE: Le v. Zuffa, LLC - Privilege Log Issues re L. Epstein |
| **Attachments:** | Zuffa - Doc. 2.pdf; Zuffa - Doc. 194.pdf; Zuffa - Doc. 274 (child).pdf; Zuffa - Doc. 1128.pdf; Zuffa - Doc. 2935.pdf; Zuffa - Doc. 2936.pdf; Zuffa - Doc. 2975.pdf; Zuffa - Doc. 2834.pdf; Zuffa - Doc. 274 (parent).pdf |

Matt,

Please see the attached chart, which provides supplemental information regarding the privileged documents listed in Attachment B to your letter of Sun., May 21.

In addition, see the attached documents, which pertain to entry numbers 2, 194, 274, 1128, 2834, 2935, 2936, and 2975 in Zuffa's privilege log.  We expect to produce bates-stamped versions of these documents tomorrow.

Regards,
Evan

**Evan E. North**
Associate

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 237 5637
enorth@bsfllp.com
www.bsfllp.com

**From:** Stacey Grigsby
**Sent:** Monday, May 22, 2017 7:11 PM
**To:** 'Matthew Weiler'; MIchael Dell'Angelo; Nicholas Widnell
**Cc:** Patrick Madden; Daniel Silverman; Joseph Saveri; Marcy Norwood Lynch; Eric L. Cramer; bbrown@cohenmilstein.com; Don Springmeyer; Kevin Rayhill; Robert C. Maysey; Suzanne Jaffe Nero; jcw@campbellandwilliams.com; William Isaacson; Evan North
**Subject:** RE: Le v. Zuffa, LLC - Privilege Log Issues re L. Epstein

Counsel,
Please see the attached correspondence.

Best,
Stacey

**Stacey K. Grigsby**
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW

Washington, DC  20005
(t) +1 202 237 9619
(m) +1 703 861 4910
sgrigsby@bsfllp.com
www.bsfllp.com

---

**From:** Matthew Weiler [mailto:MWeiler@saverilawfirm.com]
**Sent:** Sunday, May 21, 2017 11:24 PM
**To:** MIchael Dell'Angelo; Nicholas Widnell; Stacey Grigsby
**Cc:** Patrick Madden; Daniel Silverman; Joseph Saveri; Marcy Norwood Lynch; Eric L. Cramer;
bbrown@cohenmilstein.com; Don Springmeyer; Kevin Rayhill; Robert C. Maysey; Suzanne Jaffe Nero;
jcw@campbellandwilliams.com; William Isaacson; Evan North
**Subject:** Le v. Zuffa, LLC - Privilege Log Issues re L. Epstein


Counsel,


Please see the attached correspondence.


Regards,

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

