# Exhibit 9

# Kevin Rayhill

| | |
|---|---|
| **From:** | Matthew Weiler |
| **Sent:** | Tuesday, June 20, 2017 9:07 AM |
| **To:** | Stacey Grigsby; Marcy Norwood Lynch; Evan North; Ross McSweeney |
| **Cc:** | Kevin Rayhill; Joseph Saveri |
| **Subject:** | UFC: privilege log review materials |
| **Attachments:** | Lorenzo Feritta Redaction Review.pdf; 2016-06-20 Challenged Fighter Contract Documents II.pdf; 2016-06-20 Challenged Redacted Fighter Contract Documents.pdf; 2017-06-20 Challenged Redacted 'Corporate Matters' documents.pdf; 2016-06-20 Challenged Acqusitions Documents.pdf |

Counsel,

As discussed at today's meet and confer, attached are documents identifying by Bates numbers additional documents that were (in Plaintiffs' view) improperly redacted on the privilege log. Plaintiffs reserve the right to revise or supplement the arguments presented on the attached. Please let us know Zuffa's position on with respect to these documents.

As I mentioned at the meeting, Plaintiffs will identify other Mubadala communications that were improperly redacted (I note that one is identified in the corporate matters attachment).

Please let me know as soon as you can when Zuffa will complete its review of the issues identified in my June 7 letter, including how many entries Zuffa is reviewing internally to determine whether descriptions will be supplemented. Plaintiffs agree that the level of detail provided by Zuffa in May with respect to acquisitions is adequate for purposes of the descriptions Plaintiffs challenge. Please also let me know if Zuffa will be making any supplemental productions of documents in response to my June 7 letter.

Regards,


Matthew S. Weiler
T  415.500.6800 EXT. 813
F  415.395.9940
mweiler@saverilawfirm.com

**JOSEPH SAVERI**
L A W   F I R M

555 Montgomery Street, Suite 1210
 San Francisco, CA  94111