# Exhibit 10

# Kevin Rayhill

| | |
|---|---|
| **From:** | Matthew Weiler |
| **Sent:** | Friday, June 30, 2017 1:36 PM |
| **To:** | Kevin Rayhill |
| **Subject:** | FW: Le et al. v. Zuffa, LLC - Privilege Log issues |
| **Attachments:** | Mubadala Questionable Redactions 1.pdf |

**From:** Kevin Rayhill
**Sent:** Wednesday, June 28, 2017 4:03 PM
**To:** Stacey Grigsby; Marcy Norwood Lynch; Nicholas Widnell; Ross McSweeney (RMcSweeney@BSFLLP.com); Evan North (ENorth@BSFLLP.com); Bill Isaacson; rskaggs@bsfllp.com; 'rpocker@bsfllp.com'; bnakamura@bsfllp.com; Donald J. Campbell; J. Colby Williams
**Cc:** Joseph Saveri; Matthew Weiler; Eric L. Cramer; MIchael Dell'Angelo; Patrick Madden; Mark R. Suter (msuter@bm.net); Richard Koffman; Daniel Silverman; Ben Brown; Robert C. Maysey; Jerome Elwell (jelwell@warnerangle.com); Don Springmeyer
**Subject:** Le et al. v. Zuffa, LLC - Privilege Log issues

Counsel,

Please see the attached list of questionable redactions relating to Mubadala. Please provide Plaintiffs with a list of the documents Zuffa intends to produce in unredacted form by the close of business tomorrow, and provide the unredacted documents to Plaintiffs no later than June 30.

In addition, Plaintiffs have discovered that ZFL-1897652, ZFL-2699678, and ZFL-2699693 all have redactions but are not included in the privilege log. Please notify Plaintiffs by the close of business tomorrow whether Zuffa will provide unredacted versions of these documents, or produce an updated version of the privilege log that contains appropriate descriptions of the nature of the redacted content and the basis for the privilege asserted.

Thank you.

Sincerely,

Kevin

Kevin E. Rayhill
t  415.500.6800 x804
f  415.395.9940
krayhill@saverilawfirm.com

**JOSEPH SAVERI**
L A W   F I R M

555 Montgomery Street, Suite 1210
San Francisco, CA  94111