# Exhibit 16

# PLACEHOLDER