# Exhibit 20

# PLACEHOLDER