Joseph R. Saveri (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL RE PLAINTIFFS' EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON PRIVILEGE GROUNDS AND FOR OTHER RELIEF** |

**PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL**

1 | Pursuant to Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Local Rule 10-5(a),
2 | and Section 14.3 of the Revised Stipulation and Protective Order (the "Protective Order") issued by
3 | this Court on February 10, 2016 (ECF No. 217 at 15), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,
4 | Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others
5 | similarly situated (collectively, "Plaintiffs") hereby move this Court for leave to lodge certain
6 | documents under seal related to their Emergency Motion to Compel Production of Documents
7 | Withheld on Privilege Grounds and for Other Relief.

8 | Under Section 14.3 of the Protective Order, documents designated Confidential or Highly
9 | Confidential – Attorneys' Eyes Only "shall be provisionally lodged under seal with the Court, and
10 | redacted papers shall be publicly filed. Within 5 days of the materials being lodged with the Court,
11 | the Party claiming protection shall file motion to seal setting forth the bases for sealing and proper
12 | authority under *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), or some
13 | other applicable authority." Accordingly, Plaintiffs seek leave to lodge the following documents
14 | under seal.

15 | First, Plaintiffs seek leave to lodge under seal portions of their Emergency Motion to
16 | Compel Production of Documents Withheld on Privilege Grounds and for Other Relief. The sealed
17 | portions refer to materials that have been designated Confidential or Highly Confidential –
18 | Attorneys' Eyes Only by Zuffa or Group One.

19 | Second, Plaintiffs seek leave to lodge under seal Exhibits 1, 2, 4, 5, 7, 14, 15, 16, 17, 18, 19,
20 | and 20 to the Weiler Declaration, which are—or refer to—documents that have been designated
21 | Confidential or Highly Confidential – Attorneys' Eyes Only.

22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

Plaintiffs have filed all of these documents under seal, in accordance with the Court's ECF system, with the instant motion. Plaintiffs have publicly filed placeholders for redacted versions of these documents with the Court, and will serve un-redacted versions of these documents on Defendant.

DATED this 30th day of June, 2017.

**JOSEPH SAVERI LAW FIRM, INC.**

By: /s/ Kevin E. Rayhill
Kevin E. Rayhill

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Matthew S. Weiler (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408-4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

|    |                                                                |
|----|----------------------------------------------------------------|
| 1  | **WOLF, RIFKIN, SHAPIRO,**                                     |
| 2  | **SCHULMAN & RABKIN, LLP**                                     |
|    | Don Springmeyer                                                |
| 3  | Nevada Bar No. 1021                                            |
|    | Bradley S. Schrager                                            |
| 4  | Nevada Bar No. 10217                                           |
|    | Justin C. Jones                                                |
| 5  | Nevada Bar No. 8519                                            |
| 6  | 3556 E. Russell Road, Second Floor                             |
|    | Las Vegas, Nevada 89120                                        |
| 7  | (702) 341-5200/Fax: (702) 341-5300                             |
|    | dspringmeyer@wrslawyers.com                                    |
| 8  | bschrager@wrslawyers.com                                       |
| 9  | jjones@wrslawyers.com                                          |

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

4
**PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL**

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2017, true and correct copies of the documents listed below were served via the United States District Court CM/ECF system on all parties or persons requiring notice.

- **PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL**
- **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**

By:  */s/ Kevin E. Rayhill*
       Kevin E. Rayhill