# Exhibit 17 - UNREDACTED LODGED UNDER SEAL

**To:**        Kirk Hendrick[khendrick@ufc.com]
**From:**      Hunter Campbell
**Sent:**      Tue 10/1/2013 6:55:07 PM
**Importance:**          Normal
**Subject:**   RE: Scheduling A Call
**Received:**            Tue 10/1/2013 6:55:44 PM
20130926 UFC Data Request Form  (Sent).pdf

Not a problem. 3 p.m. Thursday will work.  I'll call you tomorrow and  run through the topics, as well as what we may need on your end (also, see attached), etc.

-Wm. Hunter Campbell, Esq.

Campbell & Williams
700 South Seventh Street
Las Vegas, Nevada 89101
Tel. (702) 382-5222
Fax. (702) 382-0540
email: whc@campbellandwilliams.com
website: www.campbellandwilliams.com

**From:** Kirk Hendrick [mailto:khendrick@ufc.com]
**Sent:** Tuesday, October 01, 2013 11:52 AM
**To:** Hunter Campbell
**Subject:** Re: Scheduling A Call

Thanks Hunter.
Amazingly, the only one of those times that will work for me is 3-4 on Thursday. Let me know if that works, what the proposed topics are, and if we need to chat before the call.
Best,
Kirk
On Oct 1, 2013, at 11:12 AM, "Hunter Campbell" <whc@campbellandwilliams.com> wrote:

Good Afternoon Kirk-
These are the times they are available. Please let me know what works best for you. Thanks.
- Wednesday, October 2:

  - 9 - 10 am
  - 10:30 am - 12pm
  - 2:30 - 4pm

- Thursday, October 3:

  - 9 - 10 am
  - 3 - 4 pm

- Friday, October 4:

  - 2:30 - 4pm

-Wm. Hunter Campbell, Esq.

Campbell & Williams
700 South Seventh Street
Las Vegas, Nevada 89101

CONFIDENTIAL                                                                          ZFL-1824835

Tel. (702) 382-5222
Fax. (702) 382-0540
email: whc@campbellandwilliams.com
website: www.campbellandwilliams.com

**From:** Kirk Hendrick [mailto:khendrick@ufc.com]
**Sent:** Monday, September 30, 2013 8:11 PM
**To:** Hunter Campbell
**Subject:** RE: Scheduling A Call

Hi Hunter.
Let me know some possible dates/times and I will ask my Exec Asst Candace to try to find a good time.
Thanks

**From:** Hunter Campbell [mailto:whc@campbellandwilliams.com]
**Sent:** Monday, September 30, 2013 12:59 PM
**To:** Kirk Hendrick
**Subject:** Scheduling A Call

Kirk,

I am trying to schedule a call with some outside consultants this week and wanted to touch base with you as to your availability. Give me a call when you can.

-Wm. Hunter Campbell, Esq.

Campbell & Williams
700 South Seventh Street
Las Vegas, Nevada 89101
Tel. (702) 382-5222
Fax. (702) 382-0540
email: whc@campbellandwilliams.com
website: www.campbellandwilliams.com

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126