| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro hac vice*) |
| | (wisaacson@bsfllp.com) |
| 2 | STACEY K. GRIGSBY (*Pro hac vice*) |
| | (sgrigsby@bsfllp.com) |
| 3 | NICHOLAS WIDNELL (*Pro hac vice*) |
| | (nwidnell@bsfllp.com) |
| 4 | BOIES SCHILLER FLEXNER LLP |
| | 1401 New York Avenue, NW |
| 5 | Washington, DC 20005 |
| | Tel: (202) 237-2727; Fax: (202) 237-6131 |
| 6 | |
| | RICHARD J. POCKER #3568 |
| 7 | (rpocker@bsfllp.com) |
| | BOIES SCHILLER FLEXNER LLP |
| 8 | 300 South Fourth Street, Suite 800 |
| | Las Vegas, Nevada 89101 |
| 9 | Tel: (702) 382-7300; Fax: (702) 382-2755 |
| 10 | DONALD J. CAMPBELL #1216 |
| | (djc@campbellandwilliams.com) |
| 11 | J. COLBY WILLIAMS  #5549 |
| | (jcw@campbellandwilliams.com) |
| 12 | CAMPBELL & WILLIAMS |
| | 700 South 7th Street |
| 13 | Las Vegas, Nevada 89101 |
| | Tel: (702) 382-5222; Fax: (702) 382-0540 |
| 14 | |
| | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| 15 | Ultimate Fighting Championship and UFC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' EMERGENCY TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON PRIVILEGE GROUNDS AND FOR OTHER RELIEF (ECF NO. 443)** |

---

[PROPOSED] ORDER GRANTING ZUFFA'S MOT. TO SEAL PLS' EMERGENCY MOT.   Case No.: 2:15-cv-01045-RFB-(PAL)

**[PROPOSED] ORDER**

Before this Court is Defendant Zuffa, LLC's ("Zuffa's) Motion to Seal Plaintiffs' Emergency Motion to Compel Production of Documents Withheld on Privilege Grounds and for Other Relief (ECF No. 4443) ("Zuffa's Sealing Motion") and the Declaration of Stacey K. Grigsby in Support of Zuffa's Motion to Seal Portions of Plaintiffs' Motion ("Grigsby Sealing Declaration")

Federal Rule of Civil Procedure 26(c) provides that a trial court may seal court documents in connection with a non-dispositive motion if the party seeking to seal the documents makes a "particularized showing" under the "good cause" standard of Rule 26(c). *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (citation and internal quotation marks omitted). Having considered Zuffa's Sealing Motion, the Court finds that Zuffa has made the requisite "particularized showing" under the "good cause standard" of Rule 26(c) and that it is appropriate to seal those documents and portions of documents Zuffa seeks to seal.

IT IS HEREBY ORDERED that Zuffa's Motion to Seal is GRANTED. The Clerk of the Court shall:

- File under seal the portion of Exhibit 2 that at page 4 quotes from documents produced by Zuffa to Plaintiffs that were properly designated as confidential.

- File under seal the portion of Exhibit 5 that at pages 2 and 5 quotes from documents produced by Zuffa to Plaintiffs that were properly designated as confidential.

- File Exhibits 1, 4, 7, 14, 15, 16, 18, 19, and 20 to the Rayhill Declaration under seal in their entirety.

- File under seal those portions of page 7, lines 17 through 19 and 20 through 21 that were redacted in the public version of Plaintiffs' Emergency Motion to Compel Production of Documents Withheld on Privilege Grounds and for Other Relief.

IT IS SO ORDERED.

DATED: _____, 2017        By: _____
                                  Hon. Peggy A. Leen
                                  UNITED STATES MAGISTRATE JUDGE