Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>     v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                  Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**PLAINTIFFS' MOTION TO WITHDRAW MATTHEW S. WEILER AS COUNSEL OF RECORD** |

1. Pursuant to Local Rule 11-6(b), Plaintiffs respectfully move the Court to withdraw Matthew S. Weiler as counsel of record for Plaintiffs. Mr. Weiler has left the Joseph Saveri Law Firm, Inc.  The Joseph Saveri Law Firm, Inc. will continue to serve as counsel for Plaintiffs through other attorneys of record, and Plaintiffs have already been notified of Mr. Weiler's withdrawal.

   For the reasons stated above, Plaintiffs respectfully request that the Court enter an order withdrawing Mr. Weiler as counsel of record for Plaintiffs.

Dated:  July 6, 2017                              By:      */s/ Kevin E. Rayhill*
                                                                        Kevin E. Rayhill

**CERTIFICATE OF SERVICE**

I certify that on July 6, 2017, a true copy of the following document was sent via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

- **PLAINTIFFS' MOTION TO WITHDRAW MATTHEW S. WEILER AS COUNSEL OF RECORD**

By: _*/s/ Kevin E. Rayhill*_
    Kevin E. Rayhill