1  Joseph R. Saveri (admitted *pro hac vice*)
   Joshua P. Davis (admitted *pro hac vice*)
2  Kevin E. Rayhill (admitted *pro hac vice*)
3  **JOSEPH SAVERI LAW FIRM, INC.**
   555 Montgomery Street, Suite 1210
4  San Francisco, California 94111
   Phone: (415) 500-6800
5  Fax: (415) 395-9940
6  jsaveri@saverilawfirm.com
   jdavis@saverilawfirm.com
7  krayhill@saverilawfirm.com

8  *Co-Lead Counsel for the Classes and*
   *Attorneys for Individual and Representative Plaintiffs*
9  *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
10 *Brandon Vera, and Kyle Kingsbury*

11              UNITED STATES DISTRICT COURT

12                  DISTRICT OF NEVADA

13 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045 RFB-(PAL) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW MATTHEW S. WEILER AS COUNSEL OF RECORD** |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

1  Plaintiffs' motion to withdraw Matthew S. Weiler as counsel of record in the above captioned
2  matter is GRANTED. The Clerk of the Court is ordered to remove Mr. Weiler's name from the docket
3  for this case.

6  Dated:

                            Peggy A. Leen
7                    United States Magistrate Judge