UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br>Member Case Nos.:<br>   2:15-cv-01046-RFB-(PAL)<br>   2:15-cv-01055-RFB-(PAL)<br>   2:15-cv-01056-RFB-(PAL)<br>   2:15-cv-01057-RFB-(PAL)<br><br>[PROPOSED] ORDER SETTING THE SCOPE OF TESTIMONY FOR THE DEPOSITION OF ZUFFA'S CUSTODIAN OF RECORDS ON TOPICS 13, 15, 17, 19, 21 and 27-29 |

On July 13, 2017, the Court heard arguments on certain issues concerning the scope of Plaintiffs' Amended Notice of Deposition of the Custodian of Records of Defendant Zuffa, LLC, as raised in Parties' Joint Letter submitted to the Court on July 7, 2017.

**IT IS HEREBY ORDERED:**

1. As to the "employees" within the scope of Topic 13, in addition to the Agreed and Ordered Custodians as agreed by the parties, Defendant shall prepare its witness to testify concerning the non-company devices used by Denitza Batchvarova, Shane Karpal, Scott Coker and Scott Adams.

2. As to the definition of "Business Purpose" as that term is used in Topics 13, 15, 17, 19, and 21, Defendant shall apply the following definition:

> A device or account is used for a 'business purpose' when the Zuffa employee using the device or account sends or receives communications, documents, or other content and that content (1) furthers, discusses, or is otherwise pertinent to the business objectives of Zuffa and (2) was sent or received by the Zuffa employee or employees involved with an intent to further, discuss or address a business objective of Zuffa in connection therewith.

3. As to the Relevant Time Period applicable to Topics 13, 15, 17, 19, and 21, Zuffa shall prepare its witness to testify as to devices and accounts used between January 1, 2005 and the present.

4. Zuffa shall prepare a witness to testify regarding the identification, use, preservation, backup and status of the devices within the scope of Topics 13, 15, 19 and 21.

5. As to the scope of Topics 27-29, which seek testimony concerning documents or ESI that relate to or reference the subject matter of the litigation and that were not preserved during time periods specified in the Topics, Zuffa shall prepare its witness to testify on the Topics as written.

**IT IS SO ORDERED**: _____

                                        Hon. Peggy A. Leen
                                        UNITED STATES MAGISTRATE JUDGE

                                        DATED: