Joseph R. Saveri (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408 4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
ecramer@bm.net

*Co-lead Class Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>    **Defendant.** | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**PARTIES' JOINT STATUS REPORT**<br><br>DATE: July 13, 2017<br>TIME: 1:45 PM |

I.  **INTRODUCTION**

II. **Current Case Schedule.**

Pursuant to Orders of the Court, the operative case schedule is as follows:

| Event | Date |
|---|---|
| Fact Discovery Cut Off | July 31, 2017 |
| Hearing re Motion for Partial Summary Judgment re Nathan Quarry on Statute of Limitations Grounds (Dkts. 347, 348). | September 21, 2017 at 4:00 p.m. |
| Plaintiffs' Expert Reports, Class and Merits | August 31, 2017 |
| Last Day to Depose Plaintiffs' Experts | September 29, 2017 |
| Defendant's Expert Reports | October 27, 2017 |
| Last Day to Depose Defendant's Experts | November 22, 2017 |
| Reply Expert Reports | December 13, 2017 |
| Class Certification/Daubert Motions to be filed | January 26, 2018 |

Certain depositions, as discussed below, are currently scheduled or anticipated to take place in August, after the discovery cutoff.

III. **STATUS OF DISCOVERY**

    A. **Document Production.**

        1. **Zuffa**

On June 30, Zuffa produced 1,769 documents. On July 7, Zuffa produced an additional 6,946 documents. On July 10, Zuffa produced an additional 2,997 documents. Zuffa had previously withheld in full or produced in redacted format these documents under a claim of attorney-client privilege and/or work product protection.

        2. **WME**

On June 30, WME produced an additional 8,979 documents.

3. **Others**

On May 2, third party AXS TV produced 991 documents. On May 4, AXS produced an additional 782 documents. On May 22, AXS produced an additional 6,968 documents. On June 5, AXS notified Plaintiffs that some privileged documents were inadvertently produced, causing the parties to cease review while AXS reviewed its productions to determine which documents to claw back. On June 15, AXS provided an overlay, allowing the parties to resume document review. Plaintiffs have challenged 3,334 of the 6,763 documents on AXS' first privilege log. Plaintiffs expect to receive a significant number of additional documents in response to this challenge.

B. **Depositions**

1. **Zuffa.**

The following 30(b)(1) depositions are currently scheduled on the dates and times indicated.

- Michael Mersch. July 14, 2017 (Las Vegas, Nevada)
- Kirk Hendrick. July 17-18, 2017 (Las Vegas, Nevada)
- Lawrence Epstein. July 21, 2017 (Las Vegas, Nevada)
- Dana White. August 9-10, 2017 (Las Vegas, Nevada)

Depositions pursuant to Rule 30(b)(6) of Zuffa's corporate designee are scheduled as follows:

- Sponsors. July 21, 2017 (Las Vegas, Nevada)
- Custodian of Records. July 27, 2017 (Las Vegas, Nevada)
- Fighter Compensation. July 31, 2017 (Las Vegas, Nevada)
- Valuations. The parties are discussing mutually-available dates.
- Financial data. The parties believe they can address these Topics through written responses in lieu of a deposition.

2. **Third Parties**

The following depositions are currently scheduled on the dates and times indicated.

- Leon Margules. July 11, 2017 (Ft. Lauderdale, Florida)
- The Raine Group. July 18, 2017 (New York, New York)
- AXS - Andrew Simon. July 19, 2017 (Dallas, Texas)

- WME - Brent Richard. July 20, 2017 (New York, New York)
- WME - Brad Slater. July 25, 2017 (Beverly Hills, California)
- Scott Coker. TBD
- Bob Arum. TBD

The following depositions have been timely noticed, but are subject to dispute and motion practice with the third parties.

- One Championship – Matt Hume.
- AXS - Mark Cuban.

3. **Party Depositions Taken Since the Last Status Conference.**

- Joe Silva. June 17.

IV. **PENDING MOTIONS**

A. **Plaintiffs Emergency Motion To Compel Production Of Documents Withheld On Privilege Grounds And For Other Relief. (Dkt. 445)**

On June 30, 2017, Plaintiffs filed an Emergency Motion to Compel Production of Documents Withheld on Privilege Grounds and for Other Relief (Dkt. 445).

As noted above, Zuffa has produced a substantial number of documents and believes that these productions moot the Plaintiffs' motion. In addition, Zuffa intends to oppose this motion by July 14, the time allowed by the Federal Rules.

Plaintiffs request that this Court address the motion at the hearing.

B. **Custodian of Records Topics**

On May 19, Plaintiffs served Zuffa with notice of a 30(b)(6) deposition regarding Zuffa's custodian of records. Plaintiffs seek information regarding information technology personnel; storage devices, email accounts and programs (including personal devices and programs used for business purposes); preservation policies; document retention efforts with regard to the instant litigation; and other topics. On May 22, Zuffa served its objections and responses on Plaintiffs. Multiple efforts to resolve the parties' differences were unsuccessful, and on June 7 the parties filed a joint letter with the Court, seeking resolution of certain outstanding issues.

The parties will be prepared to address the motion at the hearing.

**C.     Motion For Partial Summary Judgment Re Nathan Quarry On Statute Of Limitations Grounds (Dkts. 347, 348)**

On February 1, 2017, Zuffa filed a Motion for Partial Summary Judgment re Nathan Quarry on Statute of Limitations Grounds (Dkts 347, 348). The matter is fully briefed. On July 11, 2017, Judge Boulware set the motion for hearing on September 21, 2017 at 4:00 p.m.

**D.     Motion To Quash Deposition Of Mark Cuban (AXS TV) (3:17-mc-00027-K, (N.D. Tex.), Dkt. 1).**

On April 17, 2017, third party AXS TV filed a motion to quash Plaintiffs' deposition subpoena to Mark Cuban in the Northern District of Texas. This motion has been fully briefed.

| | | |
|---|---|---|
| 1 | DATED: July 11, 2017 | Respectfully Submitted, |
| 2 | | JOSEPH SAVERI LAW FIRM, INC. |
| 4 | | By:      */s/Joseph R. Saveri*<br>Joseph R. Saveri |

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

COHEN MILSTEIN SELLERS & TOLL, PLLC
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

BERGER & MONTAGUE, P.C.
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorney for Plaintiffs*

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*


Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By: */s/ Stacey K. Grigsby*
     Stacey K. Grigsby

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth St., Ste. 800
Las Vegas, NV 89101
Telephone: (702) 382 7300
Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street

|  |  |
|---|---|
| 1 | Las Vegas, NV 89101 |
| 2 | Telephone: (702) 382-5222 |
|   | Fax: (702) 382-0540 |

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**ATTESTATION OF FILER**

The signatories to this document are Joseph R. Saveri and Stacey K. Grigsby, and I have obtained Stacey K. Grigsby's concurrence to file this document on her behalf.

Dated: July 11, 2017                              By:   /s/ *Joseph R. Saveri*
                                                        Joseph R. Saveri

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing **PARTIES' JOINT STATUS REPORT** was served on July 11, 2017 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Dated: July 11, 2017         By:   */s/ Kevin E. Rayhill*
                                          Kevin E. Rayhill