# EXHIBIT 1
## Excerpt from the May 26, 2017 Deposition of Lawrence Epstein

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON     )
FITCH, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
        Plaintiffs,             )
                                )
        vs.                     )   Case No.
                                )   2:15-cv-01045-RFB-(PAL)
                                )
ZUFFA, LLC, d/b/a Ultimate      )
Fighting Championship and       )
UFC,                            )
                                )
        Defendant.              )
_____)


C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF

IKE LAWRENCE EPSTEIN

LAS VEGAS, NEVADA

MAY 26, 2017

9:07 a.m.


REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
Job No. 50641

1    Q.   And my question is:  Prior to that kind of
2  change in title, were there particular tasks,
3  projects, responsibilities for which you were engaged
4  in operationally outside of kind of a formal GC,
5  general counsel, job?
6         MS. GRIGSBY:  Objection to form.
7         THE WITNESS:  I mean, obviously, I was
8  involved in a variety of things that we were doing
9  for the company operationally, but I was providing
10 the legal, you know, sort of input on doing certain
11 things.
12        So I mean, we'd do a venue agreement, for
13 example, with an arena.  I mean, obviously, that's
14 operational in the sense that we have to rent the
15 arena to put on the event.  But I was the person who
16 was responsible for making sure that the venue
17 agreement was done properly, you know, and signed off
18 on that.
19        So my duties were to run the legal
20 department, provide legal input to the company.  Of
21 course, that involved me, you know.  I mean, I had
22 notes on the operations of the company.  But that
23 wasn't my responsibility.  I wasn't responsible for
24 sponsorship.  I wasn't responsible for running the
25 events.  I wasn't responsible for those functions.  I

CONFIDENTIAL - IKE LAWRENCE EPSTEIN

42

1  was responsible for the legal functions of the
2  company.
3  BY MR. SAVERI:
4      Q.  When you were the GC, did you have any
5  responsibility for business strategy?
6          MS. GRIGSBY:  Objection to form.
7          THE WITNESS:  I mean, I certainly was not
8  putting together business strategies for the company,
9  no.  I mean, if you consider business strategy, let's
10 go try to get, you know, regulation in the State of
11 New York so we can make that a market for us, you
12 know, I don't know.  But that -- I wasn't putting
13 together strategies for the business.  I was running
14 the legal regulatory government affairs.
15 BY MR. SAVERI:
16     Q.  So for example, when you were the GC, did
17 you identify acquisition targets?
18     A.  No.
19     Q.  Did you arrange financing?
20     A.  No.
21     Q.  Let me just go back for a second.
22         Before you joined Zuffa, you worked for a
23 private law firm, correct?
24     A.  Correct.
25     Q.  What was the name of the law firm?