# EXHIBIT 3
# E. North E-mail to M. Weiler dated May 26, 2017

| | |
|---|---|
| **From:** | Evan North |
| **To:** | Stacey Grigsby; "Matthew Weiler"; MIchael Dell"Angelo; Nicholas Widnell |
| **Cc:** | Patrick Madden; Daniel Silverman; Joseph Saveri; Marcy Norwood Lynch; Eric L. Cramer; bbrown@cohenmilstein.com; Don Springmeyer; Kevin Rayhill; Robert C. Maysey; Suzanne Jaffe Nero; jcw@campbellandwilliams.com; William Isaacson |
| **Subject:** | RE: Le v. Zuffa, LLC - Privilege Log Issues re L. Epstein |
| **Date:** | Friday, May 26, 2017 1:45:00 AM |
| **Attachments:** | 2017.05.25 Zuffa"s Resp to Attachment B - Epstein Acquisition Docs - For....pdf<br>Zuffa - Doc. 2.pdf<br>Zuffa - Doc. 194.pdf<br>Zuffa - Doc. 274 (child).pdf<br>Zuffa - Doc. 1128.pdf<br>Zuffa - Doc. 2935.pdf<br>Zuffa - Doc. 2936.pdf<br>Zuffa - Doc. 2975.pdf<br>Zuffa - Doc. 2834.pdf<br>Zuffa - Doc. 274 (parent).pdf |

Matt,

Please see the attached chart, which provides supplemental information regarding the privileged documents listed in Attachment B to your letter of Sun., May 21.

In addition, see the attached documents, which pertain to entry numbers 2, 194, 274, 1128, 2834, 2935, 2936, and 2975 in Zuffa's privilege log. We expect to produce bates-stamped versions of these documents tomorrow.

Regards,
Evan

**Evan E. North**
Associate

**BOIES SCHILLER FLEXNER** LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 237 5637
enorth@bsfllp.com
www.bsfllp.com

---

**From:** Stacey Grigsby
**Sent:** Monday, May 22, 2017 7:11 PM
**To:** 'Matthew Weiler'; MIchael Dell'Angelo; Nicholas Widnell
**Cc:** Patrick Madden; Daniel Silverman; Joseph Saveri; Marcy Norwood Lynch; Eric L. Cramer; bbrown@cohenmilstein.com; Don Springmeyer; Kevin Rayhill; Robert C. Maysey; Suzanne Jaffe Nero; jcw@campbellandwilliams.com; William Isaacson; Evan North
**Subject:** RE: Le v. Zuffa, LLC - Privilege Log Issues re L. Epstein

Counsel,
Please see the attached correspondence.

Best,
Stacey

**Stacey K. Grigsby**
Partner

**BOIES SCHILLER FLEXNER** LLP

1401 New York Ave, NW
Washington, DC  20005
(t) +1 202 237 9619

sgrigsby@bsfllp.com
www.bsfllp.com

---

**From:** Matthew Weiler [mailto:MWeiler@saverilawfirm.com]
**Sent:** Sunday, May 21, 2017 11:24 PM
**To:** MIchael Dell'Angelo; Nicholas Widnell; Stacey Grigsby
**Cc:** Patrick Madden; Daniel Silverman; Joseph Saveri; Marcy Norwood Lynch; Eric L. Cramer; bbrown@cohenmilstein.com; Don Springmeyer; Kevin Rayhill; Robert C. Maysey; Suzanne Jaffe Nero; jcw@campbellandwilliams.com; William Isaacson; Evan North
**Subject:** Le v. Zuffa, LLC - Privilege Log Issues re L. Epstein

Counsel,

Please see the attached correspondence.

Regards,