# EXHIBIT 4
# M. Lynch Letter to M. Weiler dated June 9, 2017



June 9, 2017

<u>Via E-Mail</u>

Matthew S. Weiler
Joseph Saveri Law Firm
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
Email: mweiler@saverilawfirm.com

      Re:   Production of Documents in *Le, et al. v. Zuffa, LLC*;
             *Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases*

Dear Matt:

     Pursuant to the parties' meet and confer efforts regarding Zuffa's April 7, 2017 privilege log and revisions to the log in furtherance of those meet and confer efforts, we have uploaded to an FTP site documents Bates numbered ZFL-2700714 to ZFL- 2701206.  During the meet and confer session on May 30, 2017, Plaintiffs requested and Zuffa agreed to re-review documents that were listed on the privilege log as relating to acquisitions.  This production includes such documents that were initially withheld as privileged, but have been de-privileged or produced in redacted form, as well as documents that were produced in redacted form, but are being re-produced without redactions.

     As the parties discussed, for efficiency purposes and to avoid issues with re-pagination once redactions were removed, we have re-Bates numbered the re-produced portion of this production.  A correlation log listing the original Bates numbers and the new Bates numbers for those re-produced documents is attached to this letter.

     The cover e-mail includes instructions for accessing the FTP site.

     Please note that certain of these documents have been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the February 10, 2016 Revised Stipulation and Protective Order entered in this case.

                                                       Very truly yours,

                                                       Marcy Norwood Lynch



Page 2

## Re-Production Correlation

| Original Bates Number | New Bates Number |
|---|---|
| ZFL-2628329 | ZFL-2700790 |
| ZFL-2630673 | ZFL-2700984 |
| ZFL-2627531 | ZFL-2700739 |
| ZFL-2627862 | ZFL-2700764 |
| ZFL-2629274 | ZFL-2700808 |
| ZFL-2532509 | ZFL-2701050 |
| ZFL-2629528 | ZFL-2700837 |
| ZFL-2630924 | ZFL-2701017 |
| ZFL-2629286 | ZFL-2700820 |
| ZFL-2629843 | ZFL-2700861 |
| ZFL-2628324 | ZFL-2700787 |
| ZFL-2629511 | ZFL-2700831 |
| ZFL-2628349 | ZFL-2700793 |
| ZFL-2521469 | ZFL-2700730 |
| ZFL-2630190 | ZFL-2700961 |
| ZFL-2630777 | ZFL-2701008 |
| ZFL-2630763 | ZFL-2700994 |
| ZFL-2605042 | ZFL-2700714 |
| ZFL-2629759 | ZFL-2700857 |
| ZFL-1901520 | ZFL-2700715 |
| ZFL-2629514 | ZFL-2700834 |
| ZFL-2627621 | ZFL-2700746 |
| ZFL-2628231 | ZFL-2700774 |
| ZFL-2629532 | ZFL-2700841 |
| ZFL-2629280 | ZFL-2700814 |
| ZFL-2629183 | ZFL-2700806 |