# EXHIBIT 7
## S. Grigsby Letter to M. Weiler dated June 24, 2017



June 24, 2017

**VIA EMAIL**

Matthew S. Weiler
JOSEPH SAVERI
555 Montgomery St.
Suite 1210
San Francisco, CA 94111

**Re:**     *Le et al. v. Zuffa, LLC*, **Case No. 2:15-cv-01045-RFB-AL (D. Nev.)**

Dear Mr. Weiler,

    As agreed to during our meet and confer on June 20, 2017, I write to confirm that on its own initiative Zuffa has begun to revise certain entries on its privilege log and is currently conducting a targeted re-review of documents appearing on its privilege log. This review includes fighter contract negotiations, as well as other documents you identified as potentially relevant to Plaintiffs' core claims in this litigation.

    Zuffa has agreed to this expensive and time-consuming exercise in an effort to resolve the protracted and distracting privilege dispute, and its willingness to do so should not be construed in any way as agreement with the various privilege-related arguments Plaintiffs have raised in its correspondence and meet and confer meetings. In particular, Zuffa disputes that Plaintiffs have suffered any prejudice whatsoever as a result of the so-called deficiencies in Zuffa's privilege log in light of the fact that Plaintiffs were in many instances able to identify these "deficiencies" by simply comparing entries on Zuffa's privilege log with duplicate documents that were produced in full to Plaintiffs. Plaintiffs therefore already know much of the information Zuffa has now agreed to re-review, and cannot credibly maintain any claim of prejudice. Zuffa retains its rights to make this and all other objections.

    Based on your representations about the categories of documents about which Plaintiffs are interested, this re-review will not include documents that relate to agreements pertaining to venues, broadcasting, licensing, distribution, and other categories listed in your letter of June 7, 2017. The review will also focus on documents relating to negotiations over contractual provisions that are subject to this lawsuit (*i.e.*, the "Champion's Clause," "Exclusivity Clause," "Retirement Clause," "Right to Match Clauses," "Ancillary Rights Clause," "Promotions Clause," and "Sponsorship and Endorsement Clauses").



    We also confirm that Zuffa will conduct review the documents identified in the attachments to your June 20, 2017 email to the extent those documents are not already included in the re-review process described above.

    As a result of this process, Zuffa will re-review approximately half of the 30,000 documents listed on its privilege log. During this process, Zuffa has already determined that it will remove the privilege designation or revise the descriptions in the privilege log of at least some of these documents. To provide Plaintiffs these documents in a timely manner, Zuffa will produce small groups of documents to Plaintiffs on a rolling basis and anticipates that all productions will be completed by July 10.

    Sincerely,

*/s/ Stacey K. Grigsby*
Stacey K. Grigsby