# EXHIBIT 8
# M. Lynch Letter to P. Madden dated April 26, 2017



April 26, 2017

<u>*Via E-Mail*</u>

Patrick F. Madden
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
pmadden@bm.net

        Re:   **Production of Documents in *Le, et al. v. Zuffa, LLC;***
              ***Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases***

Dear Patrick:

      As a follow-up to my April 24, 2017 letter regarding Zuffa's revised privilege log, on behalf of Zuffa, LLC, we have uploaded to an FTP site documents Bates numbered ZFL-2699699 to ZFL-2700491. This production includes documents that were initially withheld as privileged, but have been de-privileged or produced in redacted form, as well as documents that were produced in redacted form, but are being re-produced without redactions. Please note that 9 of the re-produced documents are being re-produced with no changes; they are included in this production to keep families intact.

      For efficiency purposes and to avoid issues with re-pagination once the redactions were removed, we have re-Bates numbered the re-produced portion of this production. A correlation log listing the original Bates numbers and the new Bates numbers for those re-produced documents is attached to this letter.

      The cover e-mail includes instructions for accessing the FTP site.

      Please note that certain of these documents have been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the February 10, 2016 Revised Stipulation and Protective Order entered in this case.

                                                               Very truly yours,

                                                              Marcy Norwood Lynch



Page 2

### Re-Production Correlation

| Original Bates Number | New Bates Number |
|---|---|
| ZFL-2605938 | ZFL-2699936 |
| ZFL-1898655 | ZFL-2699938 |
| ZFL-1898658 | ZFL-2699939 |
| ZFL-1900337 | ZFL-2699941 |
| ZFL-1823736 | ZFL-2699943 |
| ZFL-1824865 | ZFL-2699947 |
| ZFL-1824867 | ZFL-2699949 |
| ZFL-1824869 | ZFL-2699951 |
| ZFL-1824871 | ZFL-2699953 |
| ZFL-1824872 | ZFL-2699954 |
| ZFL-1824873 | ZFL-2699955 |
| ZFL-1824874 | ZFL-2699956 |
| ZFL-1824875 | ZFL-2699957 |
| ZFL-1902640 | ZFL-2699958 |
| ZFL-1903348 | ZFL-2699959 |
| ZFL-1904123 | ZFL-2699961 |
| ZFL-1904126 | ZFL-2699964 |
| ZFL-1904137 | ZFL-2699975 |
| ZFL-1905826 | ZFL-2699986 |
| ZFL-1833452 | ZFL-2699990 |
| ZFL-1833467 | ZFL-2700005 |
| ZFL-1833482 | ZFL-2700020 |
| ZFL-1833498 | ZFL-2700036 |
| ZFL-1833514 | ZFL-2700052 |
| ZFL-1833530 | ZFL-2700068 |
| ZFL-1908365 | ZFL-2700084 |
| ZFL-2624846 | ZFL-2700086 |
| ZFL-1909218 | ZFL-2700089 |
| ZFL-1909221 | ZFL-2700092 |
| ZFL-1909266 | ZFL-2700137 |
| ZFL-1909291 | ZFL-2700162 |
| ZFL-1909339 | ZFL-2700210 |
| ZFL-1909343 | ZFL-2700214 |
| ZFL-1909389 | ZFL-2700260 |

BSF

| Original Bates Number | New Bates Number |
|---|---|
| ZFL-1835693 | ZFL-2700299 |
| ZFL-1911379 | ZFL-2700301 |
| ZFL-1911382 | ZFL-2700304 |
| ZFL-1911406 | ZFL-2700328 |
| ZFL-1840200 | ZFL-2700349 |
| ZFL-1840202 | ZFL-2700351 |
| ZFL-1840506 | ZFL-2700353 |
| ZFL-1911771 | ZFL-2700355 |
| ZFL-1911780 | ZFL-2700364 |
| ZFL-1911784 | ZFL-2700368 |
| ZFL-1911790 | ZFL-2700374 |
| ZFL-1911797 | ZFL-2700381 |
| ZFL-1911802 | ZFL-2700386 |
| ZFL-1911816 | ZFL-2700397 |
| ZFL-1911825 | ZFL-2700401 |
| ZFL-2699175 | ZFL-2700408 |
| ZFL-1919049 | ZFL-2700410 |
| ZFL-1919050 | ZFL-2700411 |
| ZFL-1919056 | ZFL-2700417 |
| ZFL-1919214 | ZFL-2700423 |
| ZFL-2633870 | ZFL-2700424 |
| ZFL-2633873 | ZFL-2700427 |
| ZFL-2617631 | ZFL-2700429 |
| ZFL-2617634 | ZFL-2700430 |
| ZFL-2617689 | ZFL-2700432 |
| ZFL-2642958 | ZFL-2700434 |
| ZFL-2644847 | ZFL-2700435 |
| ZFL-2644849 | ZFL-2700437 |
| ZFL-2644870 | ZFL-2700458 |
| ZFL-2645118 | ZFL-2700473 |
| ZFL-2645119 | ZFL-2700474 |
| ZFL-2645215 | ZFL-2700475 |
| ZFL-2699619 | ZFL-2700477 |
| ZFL-2618333 | ZFL-2700478 |
| ZFL-2677530 | ZFL-2700479 |
| ZFL-2677533 | ZFL-2700482 |



Page 4

| Original Bates Number | New Bates Number |
|---|---|
| ZFL-2677559 | ZFL-2700484 |
| ZFL-2677562 | ZFL-2700487 |
| ZFL-2678380 | ZFL-2700489 |