# EXHIBIT 9
## M. Lynch Letter to M. Dell'Angelo & D. Silverman dated May 26, 2017



May 26, 2017

*Via E-Mail*

Michael Dell'Angelo  
Berger & Montague, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  
mdellangelo@bm.net

Daniel Silverman  
Cohen Milstein Sellers & Toll PLLC  
190 S. LaSalle Street, Suite 1705  
Chicago, IL 60603  
dsilverman@cohenmilstein.com

  Re: Production of Documents in *Le, et al. v. Zuffa, LLC;*  
    *Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases*

Dear Michael and Dan:

  On behalf of Zuffa, LLC, we have uploaded to an FTP site documents Bates numbered ZFL-2700492 to ZFL-2700509. This production includes (1) documents that were initially withheld or redacted as privileged, but have been de-privileged, as discussed in Evan North's May 25, 2017 e-mail to Matt Weiler; and (2) responsive text messages that were extracted from Dana White's phone associated with the number ending in -75 (produced at ZFL-2700509).

  For efficiency purposes and to avoid issues with re-pagination once the redactions were removed, we have re-Bates numbered the re-produced portion of this production. A correlation log listing the original Bates numbers and the new Bates numbers for those re-produced documents is attached to this letter. Please note that the document labelled as Document number "1128" in the attachments to Matt Weiler's May 21, 2017 letter was previously de-privileged and produced as ZFL-2699872, and is, therefore, not included in this production.

  The cover e-mail includes instructions for accessing the FTP site.

  Please note that certain of these documents have been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the February 10, 2016 Revised Stipulation and Protective Order entered in this case.

            Very truly yours,

            Marcy Norwood Lynch



Page 2

### Re-Production Correlation

| Original Bates Number | New Bates Number |
|---|---|
| ZFL-2606831 | ZFL-2700495 |
| ZFL-2616854 | ZFL-2700503 |
| ZFL-2616856 | ZFL-2700505 |
| ZFL-2617493 | ZFL-2700507 |