# EXHIBIT 10
# M. Lynch Letter to M. Weiler dated June 8, 2017



June 8, 2017

<u>Via E-Mail</u>

Matthew S. Weiler
Joseph Saveri Law Firm
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
Email: mweiler@saverilawfirm.com

      Re:   **Production of Documents in *Le, et al. v. Zuffa, LLC*;
               Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases**

Dear Matt:

     As a follow-up to Stacey Grigsby's June 7, 2017 letter regarding the Mercer Documents, on behalf of Zuffa, LLC, we have uploaded to an FTP site documents Bates numbered ZFL-2700510 to ZFL-2700713 and re-productions of the documents Bates numbered ZFL-0557588, ZFL-1824835, and ZFL-1824837.  This production contains the Mercer Documents that were the subject of Plaintiffs' Motion to Compel, as well as the Mercer Documents in Zuffa's possession that were previously withheld or redacted on the basis of work product and/or attorney-client privilege.  This production contains all of the Mercer Documents that were previously listed on Zuffa's privilege log.

     The cover e-mail includes instructions for accessing the FTP site.

     Please note that certain of these documents have been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the February 10, 2016 Revised Stipulation and Protective Order entered in this case.

                                                          Very truly yours,

                                                          Marcy Norwood Lynch