# EXHIBIT 11
## M. Lynch Letter to M. Weiler dated June 15, 2017



June 15, 2017

<u>*Via E-Mail*</u>

Matthew S. Weiler
Joseph Saveri Law Firm
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
Email: mweiler@saverilawfirm.com

      **Re:  Production of Documents in *Le, et al. v. Zuffa, LLC;*
           *Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases***

Dear Matt:

    As a follow-up to Stacey Grigsby's June 7, 2017 letter regarding the Mercer Documents, on behalf of Zuffa, LLC, we have uploaded to an FTP site documents Bates numbered ZFL-2701207 to ZFL-2701958.  This production contains responsive Mercer Documents that were in the files of and in the possession of Zuffa's outside counsel, Campbell & Williams.

    Please note that one of the Mercer Documents from Campbell & Williams' files has been redacted on the basis of the attorney-client privilege.  Pursuant to the parties' meet and confer efforts regarding Zuffa's April 7, 2017 privilege log, Zuffa is in the process of revising its privilege log.  In the interim, I have attached the new privilege log entry for the above-redacted document.  The attached entry will also be included in Zuffa's revised privilege log.

    The cover e-mail includes instructions for accessing the FTP site.

    Please note that certain of these documents have been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the February 10, 2016 Revised Stipulation and Protective Order entered in this case.

                                Very truly yours,

                                Marcy Norwood Lynch

## Zuffa's Privilege Log Entry for ZFL-2701924

| Document Name | Doc # | BegBates | Family Description | Doc Date | Privilege Protection Asserted | Withheld | Redacted | Description | Author | Sender | Recipient(s) | Recipient CC | Recipient BCC | Custodian |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZFL-2701924 | 30093 | ZFL-2701924 | Standalone | 9/8/2014 | Attorney Client | | Yes | Email providing legal advice regarding draft policy language | | Colby Williams* | Hunter Campbell* | Lawrence Epstein*; Kirk Hendrick*; John Mulkey; Don Campbell* | | Campbell & Williams |

2