# EXHIBIT 13
## M. Lynch Letter to M. Dell'Angelo & D. Silverman dated July 7, 2017



July 7, 2017

<u>Via E-Mail</u>

| | |
|---|---|
| Michael Dell'Angelo | Daniel Silverman |
| Berger & Montague, P.C. | Cohen Milstein Sellers & Toll PLLC |
| 1622 Locust Street | 190 S. LaSalle Street, Suite 1705 |
| Philadelphia, PA 19103 | Chicago, IL 60603 |
| mdellangelo@bm.net | dsilverman@cohenmilstein.com |

Re: Production of Documents in *Le, et al. v. Zuffa, LLC;*
Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases

Dear Michael and Dan:

Pursuant to the parties' meet and confer efforts regarding Zuffa's April 7, 2017 privilege log and revisions to the log in furtherance of those meet and confer efforts, we have uploaded to an FTP site documents Bates numbered ZFL-2707260 to ZFL-2753915. During the parties' meet and confer sessions, and as memorialized in Stacey Grigsby's June 24 letter, Plaintiffs requested and Zuffa agreed to re-review certain documents that were listed on the privilege log and produce certain documents to Plaintiffs on a rolling basis. This production includes such documents that were initially withheld as privileged, but have been de-privileged or produced in redacted form, as well as documents that were produced in redacted form, but are being re-produced without redactions or with revised redactions.

As the parties discussed, for efficiency purposes and to avoid issues with re-pagination once redactions were removed, we have re-Bates numbered the re-produced portion of this production. A correlation log listing the original Bates numbers and the new Bates numbers for those re-produced documents accompanies this letter.

The cover e-mail includes instructions for accessing the FTP site.

Please note that certain of these documents have been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the February 10, 2016 Revised Stipulation and Protective Order entered in this case.

Very truly yours,

*[signature]*

Marcy Norwood Lynch

BOIES SCHILLER FLEXNER LLP

121 South Orange Avenue, Suite 840, Orlando, FL 32801 | (t) 407 425 7118 | (f) 407 425 7047 | www.bsfllp.com