# EXHIBIT 15
## M. Lynch E-mail to M. Dell'Angelo dated July 12, 2017

| From: | Marcy Norwood Lynch |
|---|---|
| To: | "Michael Dell Angelo (mdellangelo@bm.net) (mdellangelo@bm.net)"; Daniel Silverman; Kevin Rayhill (krayhill@saverilawfirm.com); Joseph Saveri (jsaveri@saverilawfirm.com); "ecramer@bm.net"; "bbrown@cohenmilstein.com"; "Don Springmeyer (DSpringmeyer@wrslawyers.com)"; Patrick Madden (pmadden@bm.net) |
| Cc: | Nicholas Widnell; Stacey Grigsby; Rory Skaggs; Evan North; Brent Nakamura; Ross McSweeney; "jcw@campbellandwilliams.com" |
| Subject: | Le v. Zuffa, Revised Privilege Log |
| Date: | Wednesday, July 12, 2017 1:54:04 AM |
| Attachments: | Zuffa, LLC Revised Privilege Log (07.11.2017).xlsx |

Counsel,

Pursuant to the parties' meet and confer efforts regarding Zuffa's April 7, 2017 privilege log, and as discussed during the in-person meet and confer meeting on June 20, 2017 with Matt Weiler, attached is Zuffa's revised privilege log.  The attached revised log includes, in column C, the Bates numbers of documents that were produced or re-produced in redacted form after April 7, 2017.


Regards,
Marcy


**Marcy Norwood Lynch**
Counsel

## BOIES SCHILLER FLEXNER LLP

121 South Orange Avenue Suite 840
Orlando, FL 32801
(t) +1 407 245 8795

mlynch@bsfllp.com
www.bsfllp.com