WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF AN EXHIBIT TO ITS OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD ON PRIVILEGE GROUNDS AND OTHER RELIEF (ECF No. 443)** |

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Before this Court is Defendant Zuffa, LLC's ("Zuffa's) Motion for Leave to Lodge Materials |
| 3 | Under Seal re Defendant's Opposition to Plaintiffs' Emergency Motion to Compel Production of |
| 4 | Documents Withheld on Privilege Grounds and for Other Relief (ECF No. 443). |
| 5 | Having considered the papers submitted, |
| 6 | IT IS HEREBY ORDERED that Zuffa's Motion is GRANTED.  The Clerk of the Court |
| 7 | shall: |

- File under seal the portion of Exhibit 2 that at pages 2 and 3 quotes from documents produced by Zuffa to Plaintiffs that were properly designated as confidential.
- Lodge Exhibit 16 under seal.

IT IS SO ORDERED.

DATED: _____, 2017

By: _____
Hon. Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING ZUFFA'S MOT. TO SEAL

Case No.: 2:15-cv-01045-RFB-(PAL)