# EXHIBIT 1



June 30, 2017

<u>*Via E-Mail*</u>

Matthew S. Weiler
Joseph Saveri Law Firm
555 Montgomery Street, Suite 1210
San Francisco, CA 94111
Email: mweiler@saverilawfirm.com

      **Re:  Production of Documents in *Le, et al. v. Zuffa, LLC;***
              ***Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases***

Dear Matt:

      Pursuant to the parties' meet and confer efforts regarding Zuffa's April 7, 2017 privilege log and revisions to the log in furtherance of those meet and confer efforts, we have uploaded to an FTP site documents Bates numbered ZFL-2701959 to ZFL-2707259. During the parties' meet and confer sessions, and as memorialized in Stacey Grigsby's June 24 letter, Plaintiffs requested and Zuffa agreed to re-review certain documents that were listed on the privilege log and produce certain documents to Plaintiffs on a rolling basis. This production includes such documents that were initially withheld as privileged, but have been de-privileged or produced in redacted form, as well as documents that were produced in redacted form, but are being re-produced without redactions.

      As the parties discussed, for efficiency purposes and to avoid issues with re-pagination once redactions were removed, we have re-Bates numbered the re-produced portion of this production. A correlation log listing the original Bates numbers and the new Bates numbers for those re-produced documents is attached to this letter.

      The cover e-mail includes instructions for accessing the FTP site.

      Please note that certain of these documents have been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the February 10, 2016 Revised Stipulation and Protective Order entered in this case.

                  Very truly yours,

                  Marcy Norwood Lynch