# EXHIBIT 3



July 10, 2017

*Via E-Mail*

Michael Dell'Angelo  
Berger & Montague, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  
mdellangelo@bm.net

Daniel Silverman  
Cohen Milstein Sellers & Toll PLLC  
190 S. LaSalle Street, Suite 1705  
Chicago, IL 60603  
dsilverman@cohenmilstein.com

Re: Production of Documents in *Le, et al. v. Zuffa, LLC;*  
Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases

Dear Michael and Dan:

Pursuant to the parties' meet and confer efforts regarding Zuffa's April 7, 2017 privilege log and revisions to the log in furtherance of those meet and confer efforts, we have uploaded to an FTP site documents Bates numbered ZFL-2753916 to ZFL-2764274. During the parties' meet and confer sessions, and as memorialized in Stacey Grigsby's June 24 letter, Plaintiffs requested and Zuffa agreed to re-review certain documents that were listed on the privilege log and produce certain documents to Plaintiffs on a rolling basis. This production includes such documents that were initially withheld as privileged, but have been de-privileged or produced in redacted form, as well as documents that were produced in redacted form, but are being re-produced without redactions or with revised redactions.

As the parties discussed, for efficiency purposes and to avoid issues with re-pagination once redactions were removed, we have re-Bates numbered the re-produced portion of this production. A correlation log listing the original Bates numbers and the new Bates numbers for those re-produced documents accompanies this letter.

The cover e-mail includes instructions for accessing the FTP site.

Please note that certain of these documents have been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the February 10, 2016 Revised Stipulation and Protective Order entered in this case.

Very truly yours,

*[signature]*

Marcy Norwood Lynch