# EXHIBIT 4



July 21, 2017

<u>Via E-Mail</u>

Michael Dell'Angelo  
Berger & Montague, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  
mdellangelo@bm.net

Daniel Silverman  
Cohen Milstein Sellers & Toll PLLC  
190 S. LaSalle Street, Suite 1705  
Chicago, IL 60603  
dsilverman@cohenmilstein.com

  Re: Production of Documents in *Le, et al. v. Zuffa, LLC*;  
     Case No. 2:15-cv-01045-RFB-(PAL), and consolidated cases

Dear Michael and Dan:

  Pursuant to the parties' meet and confer efforts regarding Zuffa's April 7, 2017 privilege log and revisions to the log in furtherance of those meet and confer efforts, we have uploaded to an FTP site documents Bates numbered ZFL-2764275 to ZFL-2764710. This production contains two documents that were inadvertently omitted from Production 46, as well as the documents discussed in Zuffa's July 17 letter to the Court.

  As the parties discussed, for efficiency purposes and to avoid issues with re-pagination once redactions were removed, we have re-Bates numbered the re-produced portion of this production. A correlation log listing the original Bates numbers and the new Bates numbers for those re-produced documents accompanies this letter.

  The cover e-mail includes instructions for accessing the FTP site.

  Please note that these documents have been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL pursuant to the February 10, 2016 Revised Stipulation and Protective Order entered in this case.

            Very truly yours,

            Marcy Norwood Lynch