# EXHIBIT 5

DEPOSITION WITNESSES AFFECTED BY ZUFFA'S TARDY PRODUCTION
AND DEFICIENT PRIVILEGE LOG

| Plaintiffs' Depositions of Zuffa's Witnesses Taken Before Zuffa's Recent Productions were Completed | | | |
|---|---|---|---|
| Witness | Deposition Date | Relevant Documents Produced Since June 30* | Relevant Entries in the July 11 Privilege Log ** |
| Batchvarova, Denitza | 1/25/2017 | 49 | 262 |
| Bidarian, Nakisa | 5/5/2017 | 50 | 332 |
| Dropick, Peter | 5/4/2017 | 357 | 664 |
| Epstein, Lawrence | 5/26/2017, 7/21/2017 | 1,374 | 2,762 |
| Fertitta, Lorenzo | 3/23/2017 | 180 | 528 |
| Hendrick, Kirk | 7/17/2017 | 1,183 | 4,668 |
| Hertig, John | 4/27/2017 | 0 | 20 |
| Long, Tracy | 1/26/2017 | 8,506 | 3,629 |
| Mersch, Michael | 7/14/2017 | 6,600 | 6,194 |
| Mulkey, John | 4/19/2017 | 187 | 1,528 |
| Pine, Michael | 2/7/2017 | 33 | 455 |
| Shelby, Sean | 4/12/2017 | 381 | 88 |
| Silva, Joe | 6/17/2017 | 630 | 176 |
| White , Dana | (8/9-10/2017)*** | 344 | 336 |
| Zelaznik, Marshall | 2/8/2017 | 176 | 3,475 |
| 30(b)(6) re Fighter Compensation | (8/11/2017)*** | 4,545 | |
| 30(b)(6) re Sponsorships | 7/21/2017 | 5,280 | |
| 30(b)(6) re Zuffa Valuation | (8/11/2017)*** | 54 | |
| Plaintiffs' Depositions of Third Parties Taken Before Zuffa's Recent Productions Were Completed | | | |
| Witness | Deposition Date | Relevant Documents Produced Since June 30* | Relevant Entries in the July 11 Privilege Log ** |
| Aronson, Jeffrey (Titan FC) | 4/25/2017 | 79 | 0 |
| Atencio, Thomas (Affliction) | 2/9/2017 | 231 | 0 |
| Goldman, Drew (Deutsche Bank) | 4/28/2017 | 8 | 0 |
| Knapp, Shannon (Invicta FC) | 4/11/2017 | 408 | 0 |
| Lappen, Jeremy (Elite XC) | 2/28/2017 | 168 | 0 |
| Margules, Leon (Warriors Boxing) | 7/11/2017 | 0 | 0 |
| Otto, Kurt (IFL) | 2/6/2017 | 58 | 0 |
| Silva, Carlos (WSOF) | 4/18/2017 | 7 | 0 |
| Simon, Andrew (AXS TV) | 7/21/2017 | 36 | 0 |
| * Relevant documents are documents for which the witness was the author, sender, recipient, or custodian. For third parties, relevant documents also include documents which mention the witness of his/her company. For the 30(b)(6) depositions, relevant documents are those which relate to the topic of the deposition. | | | |
| ** Relevant privilege log entries are entries in which the witness is identified as the author, sender, recipient, or custodian. For the 30(b)(6) depositions, relevant entries are those in which the document description relates to the topic of the deposition. | | | |
| *** Parentheses Indicate a deposition that has not taken place yet. | | | |