# EXHIBIT 10

**Kevin Rayhill**

| | |
|---|---|
| **From:** | Joseph Saveri |
| **Sent:** | Friday, July 14, 2017 8:27 AM |
| **To:** | Marcy Norwood Lynch; Stacey Grigsby |
| **Cc:** | Kevin Rayhill; MIchael Dell'Angelo; Eric L. Cramer; Patrick Madden |
| **Subject:** | RE: Le v. Zuffa - Privilege Log and Business Records |

I will be happy to explain in detail. Scheduling a time to meet to discuss will be most productive. Please provide some times to discuss.

---

**From:** Joseph Saveri
**Sent:** Friday, July 14, 2017 8:23:38 AM
**To:** Marcy Norwood Lynch; Stacey Grigsby
**Cc:** Kevin Rayhill; MIchael Dell'Angelo; Eric L. Cramer; Patrick Madden
**Subject:** RE: Le v. Zuffa - Privilege Log and Business Records

Not the 803(6) as I read it.  Lets talk next week.

---

**From:** Stacey Grigsby <SGrigsby@BSFLLP.com>
**Sent:** Friday, July 14, 2017 7:59:58 AM
**To:** Joseph Saveri; Marcy Norwood Lynch
**Cc:** Kevin Rayhill; MIchael Dell'Angelo; Eric L. Cramer; Patrick Madden
**Subject:** RE: Le v. Zuffa - Privilege Log and Business Records

As I stated, we need you to explain your dispute to make this productive. Merely using the label "deficient" is not precise and won't allow us to prepare. Happy to discuss the logic, but it would waste everyone's time to engage meet and confer until we understand the exact deficiencies you think warrant discussion.

Otherwise, the parties can simply address this in the briefing for the pending motion to compel.


Stacey K. Grigsby
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
(t) +1 202 237 9619
(m) +1 703 861 4910
sgrigsby@bsfllp.com
www.bsfllp.com

-----Original Message-----
**From:** Joseph Saveri [jsaveri@saverilawfirm.com]
**Sent:** Friday, July 14, 2017 10:49 AM Eastern Standard Time
**To:** Stacey Grigsby; Marcy Norwood Lynch
**Cc:** Kevin Rayhill; MIchael Dell'Angelo; Eric L. Cramer; Patrick Madden
**Subject:** RE: Le v. Zuffa - Privilege Log and Business Records

I don't follow this. I don't understand the conditions you discuss or your logic.

We are asking you to meet and confer. Please give us some times next week when you are available.

**From:** Stacey Grigsby [mailto:SGrigsby@BSFLLP.com]
**Sent:** Friday, July 14, 2017 7:44 AM
**To:** Joseph Saveri <jsaveri@saverilawfirm.com>; Marcy Norwood Lynch <MLynch@bsfllp.com>
**Cc:** Kevin Rayhill <krayhill@saverilawfirm.com>; MIchael Dell'Angelo <MDellangelo@bm.net>; Eric L. Cramer <ecramer@bm.net>; Patrick Madden <PMadden@bm.net>
**Subject:** RE: Le v. Zuffa - Privilege Log and Business Records

Counsel,
Given that the privilege log issue is already the subject of motion practice and the Court has defined a process to review our log entries, we do not believe it would serve either side well to discuss privilege log issues without some assurance that these discussions would resolve the disputes between the parties. Your statement that the revised privilege log is deficient does not allow us to understand your concerns or respond to them. We believe that any meet and confer on the revised privilege log will not be productive unless Plaintiffs are able to articulate the basis for the claim of deficiency in precise terms in writing.

Furthermore, to confirm, Zuffa has substantially completed its production of deprivileged materials pursuant to the review process we discussed during the June 20 meet and confer conference and our subsequent June 24 letter.

Finally, if Plaintiffs have a draft stipulation on authenticity/foundation/business records that they would like us to consider, please forward your proposed language. As I am sure you are aware, the parties have an existing stipulation in place as to authenticity.

Regards,
Stacey



Stacey K. Grigsby
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
(t) +1 202 237 9619
(m) +1 703 861 4910
sgrigsby@bsfllp.com
www.bsfllp.com

-----Original Message-----
**From:** Joseph Saveri [jsaveri@saverilawfirm.com]
**Sent:** Friday, July 14, 2017 10:04 AM Eastern Standard Time
**To:** Stacey Grigsby; Marcy Norwood Lynch
**Cc:** Kevin Rayhill; MIchael Dell'Angelo; Eric L. Cramer; Patrick Madden
**Subject:** Le v. Zuffa - Privilege Log and Business Records


We have reviewed the revised privilege log. It remains deficient in material respects. We would like to meet and confer promptly to address the issues.

Also, please confirm that you have concluded your production of materials previously withheld on privilege grounds. We need to make sure you are not rolling out additional documents that have not previously been produced.

Also, we need your position on the authentication/foundation/business records issue regarding Zuffa-produced documents as discussed at the hearing yesterday.

Joseph R. Saveri
t  415.500.6800 ext. 801
f  415.395.9940
jsaveri@saverilawfirm.com



**JOSEPHSAVERI**
**L A W   F I R M**
555 Montgomery Street, Suite 1210
San Francisco, CA  94111

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]