**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

Pending before this Court is Plaintiffs' Motion for Leave to Lodge Materials Under Seal re Reply Brief in Support of Emergency Motion to Compel Production of Documents Withheld on Privilege Grounds and for Other Relief. Having considered the papers submitted, the Court hereby **ORDERS**:

Plaintiffs' motion is **GRANTED**.

**IT IS SO ORDERED:**

_____
United States Magistrate Judge
Dated: _____

2
[PROPOSED] ORDER