1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, NW
5  Washington, DC 20005
   Tel: (202) 237-2727; Fax: (202) 237-6131
6
   RICHARD J. POCKER #3568
7  (rpocker@bsfllp.com)
   BOIES SCHILLER FLEXNER LLP
8  300 South Fourth Street, Suite 800
   Las Vegas, Nevada 89101
9  Tel: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS  #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
   700 South 7th Street
13 Las Vegas, Nevada 89101
   Tel: (702) 382-5222; Fax: (702) 382-0540
14
   *Attorneys for Defendant* Zuffa, LLC, d/b/a
15 Ultimate Fighting Championship and UFC

16

17              **UNITED STATES DISTRICT COURT**

18                  **DISTRICT OF NEVADA**

19 Cung Le, Nathan Quarry, Jon Fitch, Brandon          No.: 2:15-cv-01045-RFB-(PAL)
   Vera, Luis Javier Vazquez, and Kyle Kingsbury,
20 on behalf of themselves and all others similarly
   situated,                                           **[PROPOSED] ORDER
21                                                      GRANTING ZUFFA, LLC'S
                                                        MOTION TO SEAL CERTAIN
22              Plaintiffs,                             EXHIBITS TO PLAINTIFFS'
        v.                                              CORRECTED REPLY BRIEF IN
23                                                      SUPPORT OF EMERGENCY
                                                        MOTION TO COMPEL
24 Zuffa, LLC, d/b/a Ultimate Fighting                  PRODUCTION OF DOCUMENTS
   Championship and UFC,                                WITHHELD ON PRIVILEGE
25                                                      GROUNDS AND FOR OTHER
                                                        RELIEF (ECF NO. 468)**
26              Defendant

27

28

   [PROPOSED] ORDER GRANTING ZUFFA'S          Case No.: 2:15-cv-01045-RFB-(PAL)
   MOT. TO SEAL

**[PROPOSED] ORDER**

Before this Court is Defendant Zuffa, LLC's ("Zuffa's) Motion to Seal Certain Exhibits to Plaintiffs' Corrected Reply Brief In Support of Plaintiffs' Emergency Motion to Compel Production of Documents Withheld on Privilege Grounds and for Other Relief (ECF No. 468) ("Zuffa's Motion to Seal").

Federal Rule of Civil Procedure 26(c) provides that a trial court may seal court documents in connection with a non-dispositive motion if the party seeking to seal the documents makes a "particularized showing" under the "good cause" standard of Rule 26(c). *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (citation and internal quotation marks omitted). Having considered Zuffa's Sealing Motion, the Court finds that Zuffa has made the requisite "particularized showing" under the "good cause standard" of Rule 26(c) and that it is appropriate to seal those documents Zuffa seeks to seal.

IT IS HEREBY ORDERED that Zuffa's Motion to Seal is GRANTED.  The Clerk of the Court shall:

- File Exhibits 6, 7, 8, and 9 to the Saveri Declaration (ECF No. 468-2) under seal in their entirety.

IT IS SO ORDERED.

DATED: _____, 2017                    By: _____
                                              Hon. Peggy A. Leen
                                              UNITED STATES MAGISTRATE
                                              JUDGE

1