| | |
|---|---|
| **From:** | Marroso, David |
| **To:** | Robert C. Maysey |
| **Subject:** | RE: [Le v. Zuffa] Third Party Deposition Subpoena Cross-Notices |
| **Date:** | Monday, February 20, 2017 5:04:02 PM |

Rob,

Thank you for forwarding.

Per our discussion moments ago, this will confirm that I am accepting service of the deposition subpoena on Mr. Arum and the document subpoena on Top Rank. You agreed to work with us on a response date for both subpoenas. I will get back to you with a proposal in that regard.

Please let me know if you understood things differently.

David

-----Original Message-----
From: Robert C. Maysey [mailto:rmaysey@WarnerAngle.com]
Sent: Monday, February 20, 2017 3:59 PM
To: Marroso, David
Subject: FW: [Le v. Zuffa] Third Party Deposition Subpoena Cross-Notices

David,

As discussed, please find correspondence below related to our subpoenas. Please confirm that you are accepting service on behalf of Top Rank and Mr. Arum.

Thank you.


Regards,

Rob Maysey


Robert C. Maysey
Warner Angle Hallam Jackson & Formanek PLC
2555 East Camelback Road, Suite 800
Phoenix, AZ  85016
Telephone:  (602) 264-7101
Facsimile:  (602) 234-0419


CONFIDENTIALITY NOTICE:
This and any accompanying pages contain information from the law firm of Warner Angle Hallam Jackson & Formanek PLC which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please delete the information. If you have received this E-Mail in error, please notify our offices by telephone at 602-264-7101. Thank you.


-----Original Message-----
From: Suzanne Jaffe Nero [mailto:snero@BSFLLP.com]
Sent: Thursday, February 16, 2017 4:52 PM
To: Robert C. Maysey
Subject: RE: [Le v. Zuffa] Third Party Deposition Subpoena Cross-Notices

Thanks Rob.  I appreciate the update.

-----Original Message-----
From: Robert C. Maysey [mailto:rmaysey@WarnerAngle.com]
Sent: Thursday, February 16, 2017 3:02 PM
To: Suzanne Jaffe Nero
Cc: Nicholas Widnell; Marcy Norwood Lynch; Stacey Grigsby; Rory Skaggs
Subject: Re: [Le v. Zuffa] Third Party Deposition Subpoena Cross-Notices

Suzanne,

Mr. Arum's attorney, David Marroso, confirmed he has accepted service of our subpoena.  We have not yet had further substantive communications regarding the subpoena.

Regards,

Rob Maysey

Sent from my iPhone