| | |
|---|---|
| **From:** | Marroso, David |
| **To:** | Robert C. Maysey |
| **Cc:** | Jenkins, Brooke D. |
| **Subject:** | UFC | Arum Deposition |
| **Date:** | Wednesday, July 12, 2017 7:33:45 AM |

Rob,

We write to follow up on our prior correspondence and Monday's call.

As I mentioned, I am not available in July for a deposition of Mr. Arum.  I am lead counsel in a trial in Seattle federal court scheduled to begin July 24.  I leave town July 18 and do not have availability this week.  As of today, Mr. Arum and I are available for deposition in Los Angeles on August 8.

However, as I mentioned on the phone, Mr. Arum is a non-party.  He will not be subjected to multiple examinations.  Top Rank served timely objections to the document request.  Both before and after serving objections, Top Rank made various proposals regarding the documents you requested but, to date, you have not accepted any of them.

To the extent you want to proceed on August 8, please let us know no later than close of business July 14.  Otherwise, we will need to release it for other business.
David Marroso

### O'Melveny

David Marroso
dmarroso@omm.com
310-246-8469

O'Melveny & Myers LLP
1999 Ave. of the Stars, 8th Fl
Los Angeles, CA  90067