| | |
|---|---|
| **From:** | Marroso, David |
| **To:** | Robert C. Maysey |
| **Cc:** | Jenkins, Brooke D. |
| **Subject:** | RE: UFC | Arum Deposition |
| **Date:** | Wednesday, July 19, 2017 8:42:17 PM |

Rob,

Subject to the same terms as before (see below), we are available on August 21.  Please let us know by July 24 if you want that date.  Otherwise, we will need to release it for other business.  (July is out.  I am in federal jury trial in Seattle through the end of the month.)

David

-----Original Message-----
From: Robert C. Maysey [mailto:rmaysey@WarnerAngle.com]
Sent: Wednesday, July 19, 2017 10:46 AM
To: Marroso, David
Cc: Jenkins, Brooke D.
Subject: Re: UFC | Arum Deposition

What dates are available and any in July?

Sent from my iPhone

> On Jul 19, 2017, at 1:21 PM, Marroso, David <dmarroso@omm.com> wrote:
>
> Rob,
>
> August 8 is no longer available.
>
> David
>
> -----Original Message-----
> From: Robert C. Maysey [mailto:rmaysey@WarnerAngle.com]
> Sent: Monday, July 17, 2017 12:40 PM
> To: Marroso, David
> Cc: Jenkins, Brooke D.
> Subject: Re: UFC | Arum Deposition
>
> David,
>
> Please advise if August 8 is still available for the Arum deposition.  We will attempt to get consent to proceed on that date.
>
> Thank you.
>
> Rob Maysey
>
> Sent from my iPhone
>
> On Jul 12, 2017, at 7:33 AM, Marroso, David <dmarroso@omm.com<mailto:dmarroso@omm.com>> wrote:
>
>
> Rob,
>
> We write to follow up on our prior correspondence and Monday's call.

>
>
>
> As I mentioned, I am not available in July for a deposition of Mr. Arum.  I am lead counsel in a trial in Seattle federal court scheduled to begin July 24.  I leave town July 18 and do not have availability this week.  As of today, Mr. Arum and I are available for deposition in Los Angeles on August 8.
>
>
>
> However, as I mentioned on the phone, Mr. Arum is a non-party.  He will not be subjected to multiple examinations.  Top Rank served timely objections to the document request.  Both before and after serving objections, Top Rank made various proposals regarding the documents you requested but, to date, you have not accepted any of them.
>
>
>
> To the extent you want to proceed on August 8, please let us know no later than close of business July 14.  Otherwise, we will need to release it for other business.
>
> David Marroso
>
>
>
> O'Melveny
>
> David Marroso
> dmarroso@omm.com<mailto:dmarroso@omm.com>
> 310-246-8469
>
> O'Melveny & Myers LLP
> 1999 Ave. of the Stars, 8th Fl
> Los Angeles, CA  90067
>
>
>
>