| | |
|---|---|
| From: | Tara C. Nordquist |
| To: | dmarroso@omm.com |
| Cc: | Robert C. Maysey; Jerome Elwell |
| Subject: | Amended Deposition Notice |
| Date: | Friday, July 21, 2017 11:57:28 AM |
| Attachments: | Amended Notice of Deposition for Robert Arum.pdf |

David,

Attached is the Amended Deposition Notice for Mr. Arum for August 21, 2017 in Las Vegas. Please call us if you have any questions.

Thank you,
Tara Nordquist, Esq.
Warner Angle Hallam Jackson & Formanek PLC
2555 East Camelback Road, Suite 800 | Phoenix, Arizona 85016
Phone: 602-264-7101 | Fax: 602-234-0419 | Email: tnordquist@warnerangle.com
|www.warnerangle.com

| | |
|---|---|
| 1 | Robert C. Maysey (*admitted pro hac vice*) |
| 2 | Jerome K. Elwell (*admitted pro hac vice*)<br>WARNER ANGLE HALLAM JACKSON |
| 3 |   & FORMANEK PLC<br>2555 E. Camelback Road, Suite 800 |
| 4 | Phoenix, Arizona 85016<br>Telephone:    (602) 264-7101 |
| 5 | Facsimile:    (602) 234-0419<br>Email:    rmaysey@warnerangle.com |
| 6 |     jelwell@warnerangle.com |
| 7 | *Attorneys for Plaintiffs Cung Le, Nathan Quarry,<br>and Jon Fitch* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br>Member Case Nos.:<br>    2:15-cv-01046-RFB-(PAL)<br>    2:15-cv-01055-RFB-(PAL)<br>    2:15-cv-01056-RFB-(PAL)<br>    2:15-cv-01057-RFB-(PAL) |

### *AMENDED* NOTICE OF DEPOSITION OF ROBERT ARUM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs, by their attorneys, will take the deposition(s) upon oral examination of third party Robert Arum, commencing on August 21, 2017, beginning at 9:00 a.m., and continuing from day to day thereafter until completed, at Wolf Rifkin, 3556 East Russell Road, 2nd Floor, Las Vegas, Nevada 89120. The deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony and will be recorded by

stenographic and/or videographic means. The deposition will be taken for the purposes of discovery, use at trial, and for such other purposes as are permitted under applicable rules.

DATED: July 21, 2017  /s/ Robert C. Maysey
Robert C. Maysey
Jerome K. Elwell
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Eric L. Cramer
Michael Dell'Angelo
Patrick F. Madden
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

COHEN MILSTEIN SELLERS & TOLL, PLLC
Benjamin D. Brown
Richard A. Koffman
1100 New York Ave., N.W., Ste. 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com

JOSEPH SAVERI LAW FIRM, INC.
Joseph R. Saveri
Joshua P. Davis
Kevin E. Rayhill
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP
Don Springmeyer
Nevada State Bar No. 1021
Bradley Schrager
Nevada State Bar No. 10217
Daniel Bravo
Nevada State Bar No. 13078
3556 East Russell Road, Second Floor
Las Vegas, NV  89120
Telephone: (702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

RADICE LAW FIRM, P.C.
John D. Radice
34 Sunset Blvd.
Long Beach, New Jersey 08008
Telephone:  (646) 245-8502
jradice@radicelawfirm.com

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Rachel E. Kopp
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
bcaldes@srkw-law.com
rkopp@srkw-law.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing NOTICE OF DEPOSITION OF ROBERT ARUM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30 was served on July 21, 2017 via electronic mail to all parties on the e-service list.

/s/Robert C. Maysey