Jerome K. Elwell, State Bar No. 012699
Robert C. Maysey, State Bar No. 024204
WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
jelwell@warnerangle.com
rmaysey@warnerangle.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re Subpoena Of<br><br>Top Rank, Inc. and Robert Arum | Case No.: 2:15-cv-01045 RFB-PAL (D. Nev.) |
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>            Defendant. | **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO TO THIRD PARTIES TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC.** |

Pending before this Court is Plaintiffs' Motion to Compel Production Of Documents Responsive To Their Subpoena To Third Party Zinkin Entertainment, LLC. Having considered all papers submitted in support and opposition thereof, oral arguments of counsel, and all other matters on file in this action presented to the Court,

IT IS HEREBY ORDERED THAT:

1. Robert Arum shall attend the deposition noticed for August 21, 2017, 9 a.m. pacific time at Wolf Rifkin, 3556 East Russel Road, 2nd Floor, Las Vegas, Nevada 89120;
2. That Top Rank shall produce annualized and aggregated financial data showing all revenues earned from the promotion of boxing events, and all payments made to boxers for years 2013, 2014, 2015 and 2016; and
3. That Top Rank shall produce, in redacted form removing personally identifiable information, form or standard promotional agreements that Top Rank utilizes with fighters for each year 2013, 2014, 2015 and 2016.  If promotional agreement forms change based upon the stage of the boxer's career, a form for each stage of the career progression.

Plaintiffs' Motion to Compel is GRANTED.

**IT IS SO ORDERED:**

Dated: _____      By: _____
Hon. Peggy A. Leen
United States Magistrate Judge