| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro Hac Vice*) |
| 2 | (wisaacson@bsfllp.com) |
|   | STACEY K. GRIGSBY (*Pro Hac Vice*) |
| 3 | (sgrigsby@bsfllp.com) |
|   | NICHOLAS A. WIDNELL (*Pro Hac Vice*) |
| 4 | (nwidnell@bsfllp.com) |
|   | BOIES SCHILLER FLEXNER LLP |
| 5 | 1401 New York Avenue, NW, 11th Floor, Washington, DC 20005 |
|   | Telephone: (202) 237-2727; Fax: (202) 237-6131 |
| 6 | |
| 7 | RICHARD J. POCKER #3568 |
|   | (rpocker@bsfllp.com) |
| 8 | BOIES SCHILLER FLEXNER LLP |
|   | 300 South Fourth Street, Suite 800, Las Vegas, NV 89101 |
| 9 | Telephone: (702) 382-7300; Fax: (702) 382-2755 |
| 10 | |
|   | DONALD J. CAMPBELL #1216 |
| 11 | (djc@campbellandwilliams.com) |
|   | J. COLBY WILLIAMS #5549 |
| 12 | (jcw@campbellandwilliams.com) |
|   | CAMPBELL & WILLIAMS |
| 13 | 700 South 7th Street, Las Vegas, NV 89101 |
|   | Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| 14 | |
| 15 | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
|   | Ultimate Fighting Championship and UFC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC. (ECF NO. 470)** |

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL

# [PROPOSED] ORDER

Before this Court is Plaintiffs' Motion to Compel Production of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc. And Motion to Compel Attendance at Deposition of Robert Arum, President of Top Rank, Inc. (ECF No. 470) ("Motion"). Having reviewing Plaintiffs' Motion and Defendant Zuffa, LLC's Opposition to Motion to Compel, the Court DENIES the Motion.

IT IS SO ORDERED.

DATED: _____         By: _____

                                                                      Hon. Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE