Jerome K. Elwell *(pro hac vice)*
Robert C. Maysey *(pro hac vice)*
WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
jelwell@warnerangle.com
rmaysey@warnerangle.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re Subpoena Of<br><br>Top Rank, Inc. and Robert Arum | Case No.:  2:15-cv-01045-RFB-PAL |
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | **NOTICE OF ERRATA FOR PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC. FILED JULY 31, 2017** |

Plaintiffs hereby give NOTICE that undersigned counsel inadvertently included a remnant reference in Plaintiffs' Motion to Compel Production of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc. (the "Motion to Compel").

Upon review of the Motion to Compel, a typographical error was discovered on page 5 at line 26 in the header for Subsection D. As a result of the typographical error, the Header incorrectly identifies "Bellator" instead of the subpoenaed party "Top Rank, Inc."

1

NOTICE OF ERRATA FOR PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTIES TOP RANK, INC. AND APPEARANCE AT DEPOSITION OF ROBERT ARUM

Therefore, the Plaintiffs submit this Notice of Errata to correct the typographical error on Page 5 at line 26 and change "Bellator" to "Top Rank, Inc."

DATED: August 15, 2017.

WARNER ANGLE HALLAM JACKSON
& FORMANEK PLC


By: */s/ Robert C. Maysey*
   Robert C. Maysey
   Attorney for Plaintiffs

2

NOTICE OF ERRATA FOR PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTIES TOP RANK, INC. AND APPEARANCE AT DEPOSITION OF ROBERT ARUM

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, I electronically transmitted the NOTICE OF ERRATA FOR PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTIES TOP RANK, INC. AND APPEARANCE AT DEPOSITION OF ROBERT ARUM to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered users, and also served the same by mailing a copy via certified mail on the following, who are not registered participants of the CM/ECF System:

David Marroso, Esq.
Brooke E. Jenkins
O'Melveny & Myers LLP
1999 Ave. of the Stars, 8th Fl.
Los Angeles, CA  90067
*Attorneys for Third Parties Top Rank, Inc.*
*and Robert Arum*

/s/Teresa Baldridge
Teresa Baldridge, an Employee of Warner Angle Hallam Jackson & Formanek PLC

3

NOTICE OF ERRATA FOR PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTIES TOP RANK, INC. AND APPEARANCE AT DEPOSITION OF ROBERT ARUM