Jerome K. Elwell *(pro hac vice)*
Robert C. Maysey *(pro hac vice)*
WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
jelwell@warnerangle.com
rmaysey@warnerangle.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re Subpoena Of<br><br>Top Rank, Inc. and Robert Arum | No.: 2:15-cv-01045 RFB-PAL (D. Nev.) |
| Related Case:<br><br>Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | **NOTICE OF REVISED [PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC. FILED JULY 31, 2017** |

Plaintiffs hereby give NOTICE that undersigned counsel is submitting a Revised Proposed Order re: Plaintiffs's Motion to Compel Production of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc. and Motion to Compel Attendance at Deposition of Robert Arum, President of Top Rank Inc. (the "Proposed Motion").

1

NOTICE OF REVISED [PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTIES TOP RANK, INC. AND APPEARANCE AT DEPOSITION OF ROBERT ARUM

Upon review of the Proposed Motion, a typographical error was discovered on page 2 at line 2. As a result of the typographical error, the Proposed Order incorrectly identifies "Zinkin Entertainment, LLC" instead of the subpoenaed party "Top Rank, Inc." Further, the Plaintiffs recognize that the Court cannot retroactively compel attendance at a deposition scheduled to occur prior to the hearing date set by the Court, and therefore has left the deposition date open to the Court's discretion.

Therefore, the Plaintiffs submit this Notice and the Revised Proposed Order to correct the typographical error on Page 2 at line 2 and change "Zinkin Entertainment, LLC" to "Top Rank, Inc." and to remove the August 21, 2017 deposition date.

DATED:  August 15, 2017.

WARNER ANGLE HALLAM JACKSON & FORMANEK PLC

By: */s/ Robert C. Maysey*
    Robert C. Maysey
    Attorney for Plaintiffs

NOTICE OF REVISED [PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTIES TOP RANK, INC. AND APPEARANCE AT DEPOSITION OF ROBERT ARUM

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, I electronically transmitted the NOTICE OF REVISED [PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTIES TOP RANK, INC. AND APPEARANCE AT DEPOSITION OF ROBERT ARUM to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered users, and also served the same by mailing a copy via certified mail on the following, who are not registered participants of the CM/ECF System:

David Marroso, Esq.
Brooke E. Jenkins
O'Melveny & Myers LLP
1999 Ave. of the Stars, 8th Fl.
Los Angeles, CA  90067
*Attorneys for Third Parties Top Rank, Inc. and Robert Arum*

/s/Teresa Baldridge
Teresa Baldridge, an Employee of Warner Angle Hallam Jackson & Formanek PLC

3

NOTICE OF REVISED [PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTIES TOP RANK, INC. AND APPEARANCE AT DEPOSITION OF ROBERT ARUM