1  Jerome K. Elwell *(pro hac vice)*
   Robert C. Maysey *(pro hac vice)*
2  WARNER ANGLE HALLAM
   JACKSON & FORMANEK PLC
3  2555 East Camelback Road, Suite 800
   Phoenix, Arizona 85016
4  Telephone: (602) 264-7101
   jelwell@warnerangle.com
5  rmaysey@warnerangle.com

6  *Attorneys for Individual and Representative Plaintiffs*
   *Cung Le, Nathan Quarry, Jon Fitch, Luis*
7  *Javier Vazquez, Brandon Vera, and Kyle*
   *Kingsbury*
8

9  UNITED STATES DISTRICT COURT

10  DISTRICT OF NEVADA

11

| | |
|---|---|
| In Re Subpoena Of<br><br>Top Rank, Inc. and Robert Arum | No.: 2:15-cv-01045 RFB-PAL (D. Nev.) |
| Related Case:<br><br>Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>     vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>         Defendant. | **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTIES TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC.** |

Pending before this Court is Plaintiffs' Motion to Compel Production Of Documents Responsive To Their Subpoena To Third Parties Top Rank, Inc. and Motion to Compel Attendance at Deposition of Robert Arum, President of Top Tank, Inc. Having considered all papers submitted in support and opposition thereof, oral arguments of counsel, and all other matters on file in this action presented to the Court,

IT IS HEREBY ORDERED THAT:

1. Robert Arum Shall attend the deposition on _____, 2017 at Wolf Rifkin, 3556 East Russel Road, 2nd Floor, Las Vegas Nevada, 89120;
2. That Top Rank shall produce annualized and aggregated financial data showing all revenues earned from the promotion of boxing events, and all payments made to boxers for years 2013, 2014, 2015, and 2016; and
3. That Top Rank shall produce, in redacted form removing personally identifiable information, form or standard promotional agreements that Top Rank utilizes with fighters for each year 2013, 2014, 2015, and 2016. If promotional agreement forms change based upon the stage of the boxer's career, a form for each stage of the career progression.

Plaintiffs' Motion to Compel is GRANTED.

**IT IS SO ORDERED:**

Dated: _____     By: _____
                                          Hon. Peggy A. Leen
                                          United States Magistrate Judge