1
2
3
4
5
6

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

7
8                                                    Case #2:15-cv-01045-RFB-PAL

Le et al.

9

10                        Plaintiff(s),

11            vs.

12    Zuffa, LLC

13

14                        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

15
16            _____David Marroso_____, Petitioner, respectfully represents to the Court:
                    (name of petitioner)

17
       1.      That Petitioner is an attorney at law and a member of the law firm of

18     _____O'Melveny & Myers LLP_____

19                                        (firm name)

20     with offices at _____1999 Avenue of the Stars, 8th Floor_____,
                                              (street address)

21     _____Los Angeles_____, _____California_____, ___90067___,
                    (city)                         (state)              (zip code)

22

23     _____310-246-8469_____, _____dmarroso@omm.com_____.
         (area code + telephone number)         (Email address)

24
       2.      That Petitioner has been retained personally or as a member of the law firm by

25     ___Top Rank, Inc. and Robert Arum___ to provide legal representation in connection with
                    [client(s)]

26

27     the above-entitled case now pending before this Court.

28
                                                                              Rev. 5/16

3.     That since ___December 11, 2000___, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of California | December 11, 2000 | 211655 |
| Please see attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

None

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 6/26/2017 | iShow v. Lennar | (2:15-cv-01550) USDC WD-Washington | Granted |
| 10/1/2014 | Garcia v. Top Rank | Dist. Ct. (2:14-cv-01456) | Granted |
| 10/30/2014 | Top Rank v. Chavez Jr | Dist. Ct. (2:14-cv-01304) | Granted |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
                                            Petitioner's signature

     STATE OF _____California_____ )
5                                      )
     COUNTY OF _____Los Angeles_____ )
6

7    _____David Marroso_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____
                                            Petitioner's signature

10   Subscribed and sworn to before me this

11

12   _16^th_ day of _August_____, _2017_.

13   _____
              Notary Public or Clerk of Court

     SHANTESE WILLIAMS
     Commission # 2122003
     Notary Public - California
     Los Angeles County
     My Comm. Expires Aug 2, 2019

14

15

16   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
     **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

     believes it to be in the best interests of the client(s) to designate _____Eric D. Hone_____,
19                                                                          (name of local counsel)

     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20

21   above-entitled Court as associate resident counsel in this action.  The address and email address of

     said designated Nevada counsel is:
22

23   _____8363 West Sunset Road, Suite 200_____,
                              (street address)

24
     _____Las Vegas_____, _____Nevada_____, ___89113___,
25            (city)                    (state)            (zip code)

26   ___702-550-4442___, ___EHone@dickinson-wright.com___.
     (area code + telephone number)        (Email address)

27

28                                    4                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____ Eric D. Hone _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Top Rank, Inc.
_____
(type or print party name, title)

_____
(party's signature)

Robert Arum
_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8499                          EHone@dickinson-wright.com
_____          _____
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**Le et al v. Zuffa**
**Case No. 2:15-cv-01045-RFB-PAL**

Attachment to D. Marroso
Pro Hac Vice Application
**USDC - District of Nevada (Las Vegas)**

4. -- *Court Admissions*

| Title of Court | Date Admitted |
|---|---|
| U.S. Court of Appeals, Eleventh Circuit | July 31, 2015 |
| U.S. Court of Appeals, Fifth Circuit | March 26, 2008 |
| U.S. Court of Appeals, Fourth Circuit | November 18, 2015 |
| U.S. Court of Appeals, Ninth Circuit | February 23, 2001 |
| U.S. District Court, Central District of California | December 15, 2000 |
| U.S. District Court, Northern District of California | March 19, 2012 |
| U.S. District Court, Southern District of California | November 17, 2009 |
| U.S. Supreme Court | December 14, 2009 |



# Supreme Court of California

### JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

## *DAVID JEFFREY MARROSO*

*I, JORGE NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that DAVID JEFFREY MARROSO #211655, was on the 11th day of December, 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 15th day of August , 2017*

JORGE NAVARRETE
*Clerk of the Supreme Court*

By: _____

*C. Rivera, Deputy Clerk*

