**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CUNG LE, et al.,<br><br>                    Plaintiffs,<br>        v.<br>ZUFFA, LLC,<br><br>                    Defendant. | Case No. 2:15-cv-01045-RFB-PAL<br><br>**MINUTES OF PROCEEDINGS**<br><br>Dated: August 18, 2017 |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin          **RECORDER/TAPE #:**  None

**COUNSEL FOR PLAINTIFFS:** Rob Maysey, Jerome Elwell

**COUNSEL FOR DEFENDANT:** Stacey Grigsby

**COUNSEL FOR NON-PARTIES TOP RANK, INC. and ROBERT ARUM:** David Marroso

**PROCEEDING:**  Phone Conference re: Scheduling

A conference call was conducted at the request of counsel regarding non-parties Top Rank & Arum's request to reschedule the September 7, 2017 hearing on Plaintiffs' Motion to Compel (ECF No. 470). The court will continue the hearing to the earliest date available on the court's calendar at which counsel for the parties and non-parties can be present.

**IT IS ORDERED** that the hearing currently set for September 7, 2017, on Plaintiffs' Motion to Compel Production of Documents (ECF No. 470) is **VACATED** and **CONTINUED** to **September 28, 2017, at 9:30 a.m.**

The scheduling conference concluded at 10:17 a.m.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE