1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case #2:15-cv-01045-RFB-PAL

Le et al.

Plaintiff(s),

vs.

Zuffa, LLC

Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

David Marroso
(name of petitioner) , Petitioner, respectfully represents to the Court:

1.    That Petitioner is an attorney at law and a member of the law firm of

O'Melveny & Myers LLP
(firm name)

with offices at      1999 Avenue of the Stars, 8th Floor      ,
(street address)

Los Angeles            ,      California      ,      90067      ,
(city)                       (state)               (zip code)

310-246-8469            ,      dmarroso@omm.com      .
(area code + telephone number)            (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

Top Rank, Inc. and Robert Arum      to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1    3.    That since ___December 11, 2000___, Petitioner has been and presently is a
                                    (date)

2    member in good standing of the bar of the highest Court of the State of ___California___
                                                                                    (state)

3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7        4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10   standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of California | December 11, 2000 | 211655 |
| Please see attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19       5.    That there are or have been no disciplinary proceedings instituted against petitioner,

20   nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21   or administrative body, or any resignation or termination in order to avoid disciplinary or

22   disbarment proceedings, except as described in detail below:

None

2                                                                              Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None

7.     That Petitioner is a member of good standing in the following Bar Associations.

> None

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 6/26/2017 | iShow v. Lennar | USDC WD-Washington (2:15-cv-01550) | Granted |
| 10/1/2014 | Garcia v. Top Rank | Dist. Ct. (2:14-cv-01456) | Granted |
| 10/30/2014 | Top Rank v. Chavez Jr | Dist. Ct. (2:14-cv-01304) | Granted |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                        _Petitioner's signature_

STATE OF _____California_____ )

5                                          )

COUNTY OF _____Los Angeles_____ )

6

7    _____David Marroso_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                        _Petitioner's signature_

10  Subscribed and sworn to before me this

11

_16th_ day of _August_, _2017_.

12

13  _____

Notary Public or Clerk of Court

14

SHANTESE WILLIAMS
Commission # 2122003
Notary Public - California
Los Angeles County
My Comm. Expires Aug 2, 2019

15

16      **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
**THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Eric D. Hone_____,

19                                                      (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

above-entitled Court as associate resident counsel in this action.  The address and email address of

21

said designated Nevada counsel is:

22

23  _____8363 West Sunset Road, Suite 200_____,

(street address)

24

_____Las Vegas_____, _____Nevada_____, _____89113_____,

25        (city)                    (state)              (zip code)

26  _____702-550-4442_____, _____EHone@dickinson-wright.com_____.

(area code + telephone number)          (Email address)

27

28                                    4                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Eric D. Hone _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Top Rank, Inc.
(type or print party name, title)

_____
(party's signature)

Robert Arum
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8499                                EHone@dickinson-wright.com
Bar number                          Email address

**APPROVED:**

**DATED this** 22nd day of August, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

**Le et al v. Zuffa**
**Case No. 2:15-cv-01045-RFB-PAL**

Attachment to D. Marroso
Pro Hac Vice Application
**USDC - District of Nevada (Las Vegas)**

*4. -- Court Admissions*

| Title of Court | Date Admitted |
|---|---|
| U.S. Court of Appeals, Eleventh Circuit | July 31, 2015 |
| U.S. Court of Appeals, Fifth Circuit | March 26, 2008 |
| U.S. Court of Appeals, Fourth Circuit | November 18, 2015 |
| U.S. Court of Appeals, Ninth Circuit | February 23, 2001 |
| U.S. District Court, Central District of California | December 15, 2000 |
| U.S. District Court, Northern District of California | March 19, 2012 |
| U.S. District Court, Southern District of California | November 17, 2009 |
| U.S. Supreme Court | December 14, 2009 |



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

## *DAVID JEFFREY MARROSO*

*I, JORGE NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that DAVID JEFFREY MARROSO #211655, was on the 11th day of December, 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court*
*on the 15th day of August , 2017*

JORGE NAVARRETE
*Clerk of the Supreme Court*

By:_____

*C. Rivera, Deputy Clerk*

