DAVID MARROSO (Cal. S.B. #211655)
 dmarroso@omm.com
(*Admitted Pro Hac Vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone:    (310) 553-6700
Facsimile:    (310) 246-6779

ERIC D. HONE (NV Bar No. 8499)
 EHone@dickinson-wright.com
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Telephone:    (702) 550-4400
Facsimile:    (844) 670-6009

Attorneys for Non-Parties
Top Rank, Inc. and Robert Arum

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re Subpoena Of<br><br>Top Rank, Inc. and Robert Arum,<br><br>Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>     Defendant. | Case No. 2:15-cv-01045-RFB-PAL<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS TO TOP RANK, INC. AND ATTENDANCE AT DEPOSITION OF ROBERT ARUM** |

1     Pending before this Court is Plaintiffs' Motion to Compel Production of Documents Responsive to Their Subpoena to Top Rank, Inc. and Motion to Compel Attendance at Deposition of Robert Arum.  Having considered all papers submitted in support thereof and in opposition thereto, oral arguments of counsel, and all other matters on file in this action presented to the Court,

    IT IS HEREBY ORDERED THAT: Plaintiffs' Motion to Compel is **DENIED**.  Top Rank, Inc. and Robert Arum are non-parties.  Both operate solely in the boxing industry.  Plaintiffs have asserted that boxing and mixed martial arts are separate industries and are not interchangeable.  Given that position, the information requested is of marginal relevance, if relevant at all.  Moreover, the subpoenas are overly broad and unduly burdensome.

    Furthermore, Top Rank is entitled to be reimbursed for its expenses in opposing this motion in an amount to be proven in a separate request.

**IT IS SO ORDERED:**

Dated: _____    By: _____
                                                                       Hon. Peggy A. Leen
                                                                       United States Magistrate Judge