

SUPREME COURT OF SINGAPORE
LEGAL REGISTRY

Tel: (65) 6336 0644
Fax: (65) 6337 9450

Our Ref: TEA/2017/7

1 August 2017

The Honourable the Attorney General
Attorney-General's Chambers
1 Upper Pickering Street
Singapore 058288



**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS TO GROUP ONE HOLDINGS PTE LTD**

Case Number: 2:15-cv-01045-RFB-PAL

    Pursuant to Order 66, Rule 3(b) of the Rules of Court, I forward herewith a request from the United States District Court for the District of Nevada, for your necessary action, please.

2    Thank you.

Yours faithfully,

MS KAREN TAN
ASSISTANT REGISTRAR
SUPREME COURT, SINGAPORE

Encl.

Cc    United States District Court
District of Nevada
333 South Las Vegas Blvd
Courtroom 3B
Las Vegas, NV 89101
Attention: Magistrate Judge Peggy A. Leen

       Joseph Saveri Law Firm, Inc.
555 Montgomery Street
Suite 1210
San Francisco, CA 94111
Attention: Kevin E. Rayhill

