Jerome K. Elwell, State Bar No. 012699
Robert C. Maysey, State Bar No. 024204
WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
jelwell@warnerangle.com
rmaysey@warnerangle.com

*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis*
*Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re Subpoena Of<br><br>Top Rank, Inc. and Robert Arum | Case No.:  2:15-cv-01045-RFB-PAL |
| Cung Le, Nathan Quarry, and Jon Fitch, on<br>behalf of themselves and all others<br>similarly situated,<br><br>                 Plaintiffs,<br><br>        v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting<br>Championship and UFC,<br><br>                 Defendant. | **DECLARATION OF ROBERT C.<br>MAYSEY IN SUPPORT OF<br>MOTION TO COMPEL<br>PRODUCTION OF DOCUMENTS<br>RESPONSIVE TO THEIR<br>SUBPOENA TO THIRD PARTY<br>TOP RANK, INC. AND MOTION<br>TO COMPEL APPEARANCE AT<br>DEPOSITION OF ROBERT ARUM,<br>PRESIDENT OF TOP RANK, INC.** |

I, Robert C. Maysey, declare and state as follows:

1.      I am an attorney at Warner Angle Hallam Jackson & Formanek, PLC ("Warner Angle"), Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury (collectively, "Plaintiffs") in the related case, *Le et al. v. Zuffa, LLC*, Case No. 2:15-cv-01045-RFB-PAL (D. Nev.) (the "Related Case"). I am a member in good standing of the State Bar of Arizona and the State Bar of California and

have been admitted *pro hac vice* in this court.  I am over 18 years of age and have personal knowledge of the facts stated in this Declaration.

2.      I make this declaration in support of Plaintiffs' Reply In Support of Their Motion to Compel the Production of Documents against Top Rank, Inc. ("Top Rank"), a Nevada corporation headquartered at 748 Pilot Road, Las Vegas, Nevada 89119-4416, and to compel appearance of Robert Arum, President of Top Rank at a deposition to be held on August 21, 2017, at 9 a.m. pacific time at Wolf Rifkin, 3556 East Russel Road, 2nd Floor, Las Vegas, Nevada  89120.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Defendant Zuffa's objections and responses to Plaintiffs' First Set of Requests For Admissions.

4.      Attached hereto as Exhibit 2 are true and correct copies of excerpts taken from the Deposition of Dana White.

5.      Attached hereto as Exhibit 3 are true and correct copies of excerpts taken from the Deposition of Dana White.

6.      Attached hereto as Exhibit 4 are true and correct copies of excerpts taken from the Deposition of Dana White.

7.      Attached hereto as Exhibit 5 are true and correct copies of excerpts taken from the Deposition of Dana White.

8.      Attached hereto as Exhibit 6 are true and correct copies of excerpts taken from the Deposition of Lou Dibella.

9.      Attached hereto as Exhibit 7 are true and correct copies of excerpts taken from the Deposition of Lou Dibella.

10.      Attached hereto as Exhibit 8 are true and correct copies of excerpts taken from the Deposition of Lou Dibella.

11.      Attached hereto as Exhibit 9 are true and correct copies of excerpts taken from the Deposition of Lou Dibella.

12.      Attached hereto as Exhibit 10 are true and correct copies of excerpts taken from the Deposition of Lou Dibella.

13.     Attached hereto as Exhibit 11 are true and correct copies of excerpts taken from the Deposition of Leon Margueles.

14.     Attached hereto as Exhibit 12 is a true and correct copy of ZFL-2700510 which was produced to Plaintiffs by Zuffa during the discovery process in the underlying litigation.

15.     Attached hereto as Exhibit 13 is a true and correct copy of ZFL-2700612 which was produced to Plaintiffs by Zuffa during the discovery process in the underlying litigation.

16.     Attached hereto as Exhibit 14 is a true and correct copy of ZFL-2701627 which was produced to Plaintiffs by Zuffa during the discovery process in the underlying litigation.

17.     Attached hereto as Exhibit 15 is a true and correct copy of ZFL-2701700 which was produced to Plaintiffs by Zuffa during the discovery process in the underlying litigation.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration is executed at Phoenix, Arizona on August 31, 2017

By:     _/s/ Robert C. Maysey_____
                Robert C. Maysey

DECLARATION OF ROBERT C. MAYSEY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND APPEARANCE AT DEPOSITION OF ROBERT ARUM

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2017, I electronically transmitted the DECLARATION OF ROBERT C. MAYSEY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND APPEARANCE AT DEPOSITION OF ROBERT ARUM to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered users, and also served the same by mailing a copy via certified mail on the following, who are not registered participants of the CM/ECF System:

David Marroso, Esq.
Brooke E. Jenkins
O'Melveny & Myers LLP
1999 Ave. of the Stars, 8th Fl.
Los Angeles, CA  90067
*Attorneys for Third Parties Top Rank, Inc.*
*and Robert Arum*

*/s/Teresa Baldridge*
Teresa Baldridge, an Employee of Warner
Angle Hallam Jackson & Formanek PLC

DECLARATION OF ROBERT C. MAYSEY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND APPEARANCE AT DEPOSITION OF ROBERT ARUM