# EXHIBIT 2

## PLACEHOLDER
## (FILED UNDER SEAL)