# EXHIBIT 3

# PLACEHOLDER
# (FILED UNDER SEAL)