# EXHIBIT 4

# PLACEHOLDER
# (FILED UNDER SEAL)