# EXHIBIT 5

# PLACEHOLDER
# (FILED UNDER SEAL)