# EXHIBIT 6

# PLACEHOLDER
# (FILED UNDER SEAL)