# EXHIBIT 7

# PLACEHOLDER
# (FILED UNDER SEAL)