# EXHIBIT 8

# PLACEHOLDER
# (FILED UNDER SEAL)