# EXHIBIT 9

# PLACEHOLDER
# (FILED UNDER SEAL)