# EXHIBIT 10

## PLACEHOLDER
## (FILED UNDER SEAL)