# EXHIBIT 11

# PLACEHOLDER
# (FILED UNDER SEAL)