Jerome K. Elwell (*pro hac vice*)
Robert C. Maysey (*pro hac vice*)
WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
jelwell@warnerangle.com
rmaysey@warnerangle.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re Subpoena Of<br><br>Top Rank, Inc. and Robert Arum | Case No.: 2:15-cv-01045-RFB-PAL |
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | **PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL RE PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC.** |

Pursuant to Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Local Rule 10-5(a), and Section 14.3 of the Revised Stipulation and Protective Order (the "Protective Order") issued by this Court on February 10, 2016 (ECF No. 217 at 15), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") hereby move this court for leave to lodge certain documents under seal related to their Reply in Support of Motion to Compel Production of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc. and Motion to Compel Attendance at Deposition of Robert Arum, President of Top Rank, Inc. (the "Reply Brief").

Under Section 14.3 of the Protective Order, documents designated Confidential or Highly Confidential –Attorneys' Eyes Only "shall be provisionally lodged under seal with the Court, and redacted papers shall be publicly filed. Within 5 days of the materials being lodged with the Court, the Party claiming protection shall file motion to seal setting forth the bases for sealing and proper authority under *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), or some other applicable authority." Accordingly, Plaintiffs seek leave to lodge the following documents under seal. Following expiration of the twenty-one day period provided for in Section 5.2(b) of the Protective Order, a motion to unseal portions of the Reply Motion shall be filed.

First, Plaintiffs seek leave to lodge under seal portions of the Reply Brief which contain materials that have been designated as confidential.

Second, Plaintiffs seek leave to lodge under seal Exhibits 2-15 of their Reply Motion, which contain a discovery response provided by Defendant Zuffa, LLC, and deposition transcript excerpts which have been marked confidential, highly confidential, or are still in the period of review pursuant to Section 5.2(b) of the Protective Order.

Plaintiffs have filed all of these documents under seal, in accordance with the Court's ECF system, with the instant Reply Motion. Plaintiffs have publicly filed

placeholders for redacted versions of these documents with the Court, and will serve un-redacted versions of these documents on Defendant.

DATED: August 31, 2017.

                        WARNER ANGLE HALLAM JACKSON
                                & FORMANEK PLC


                By: */s/ Robert C. Maysey*
                    Robert C. Maysey
                    Attorney for Plaintiffs

2

PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL RE PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC.

# CERTIFICATE OF SERVICE

     I hereby certify that on August 31, 2017, I electronically transmitted the PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL RE PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC. to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered users, and also served the same by mailing a copy of the redacted filings via certified mail on the following, who are not registered participants of the CM/ECF System:

    David Marroso, Esq.
Brooke E. Jenkins
O'Melveny & Myers LLP
1999 Ave. of the Stars, 8th Fl.
Los Angeles, CA  90067
*Attorneys for Third Parties Top Rank, Inc. and Robert Arum*

                                          */s/Teresa Baldridge*
                                         Teresa Baldridge, an Employee of Warner Angle Hallam Jackson & Formanek PLC

3

PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL RE PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC.