Jerome K. Elwell (*pro hac vice*)
Robert C. Maysey (*pro hac vice*)
WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
jelwell@warnerangle.com
rmaysey@warnerangle.com

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re Subpoena Of<br><br>Top Rank, Inc. and Robert Arum | Case No.: 2:15-cv-01045-RFB-PAL |
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>         Defendant. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

Pending before this Court is Plaintiffs' Motion for Leave to Lodge Materials Under Seal regarding Plaintiffs' Reply in Support of Motion to Compel Production of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc. and Motion to Compel Attendance at Deposition of Robert Arum, President of Top Rank, Inc. (the "Reply Motion"). Having considered the papers submitted, the Court hereby ORDERS:

Plaintiffs' motion is **GRANTED**.

**IT IS SO ORDERED:**

_____
United States Magistrate Judge
Dated: _____