1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, NW
5  Washington, DC 20005
   Tel: (202) 237-2727; Fax: (202) 237-6131
6
   RICHARD J. POCKER #3568
7  (rpocker@bsfllp.com)
   BOIES SCHILLER FLEXNER LLP
8  300 South Fourth Street, Suite 800
   Las Vegas, Nevada 89101
9  Tel: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS  #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
   700 South 7th Street
13 Las Vegas, Nevada 89101
   Tel: (702) 382-5222; Fax: (702) 382-0540
14
   *Attorneys for Defendant* Zuffa, LLC, d/b/a
15 Ultimate Fighting Championship and UFC

16

17                    **UNITED STATES DISTRICT COURT**

18                          **DISTRICT OF NEVADA**

| | |
|---|---|
| 19  Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**ZUFFA, LLC'S MOTION TO SEAL CERTAIN EXHIBITS TO PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC., AND MOTION TO COMPEL ATTENDANCE AT A DEPOSITION TO ROBERT ARUM, PRESIDENT OF TOP RANK, INC. (ECF NO. 484)** |

## I.  INTRODUCTION

Pursuant to the Stipulated Order governing the confidentiality of documents entered by the Court on February 10, 2016, ECF No. 217 ("Protective Order") and Rule 26(c) of the Federal Rules of Civil Procedure, Defendant Zuffa, LLC ("Zuffa") respectfully requests that the Court order the Clerk of Court to file under seal certain exhibits to Plaintiffs' Reply Brief In Support of Plaintiffs' Motion To Compel Production Of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc., and Motion to Compel Attendance at a Deposition of Robert Arum, President of Top Rank, Inc. (ECF No. 484) ("Plaintiffs' Reply").[1]

The Protective Order in this case provides for the filing of documents under seal where a document or portions thereof contain Confidential or Highly Confidential Information.  ECF No. 217, ¶ 14.3.  As described fully below, Zuffa seeks to file under seal in its entirety documents produced to Plaintiffs that were properly designated as Confidential pursuant to the Protective Order.

## II.  LEGAL STANDARD

Documents filed in connection with a non-dispositive motion may be sealed if the party seeking to seal the documents makes a "particularized showing" under the "good cause" standard of Rule 26(c).  *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (citation and internal quotation marks omitted); *see also Pintos v. Pacific Creditors Ass'n,* 605 F.3d 665, 678 (9th Cir. 2010).  The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information."  *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (citations omitted).

As the Ninth Circuit has held, in granting protective orders preventing disclosure of certain types of information, district courts have, upon good cause shown, "[m]ost significantly . . . granted protective orders to protect confidential settlement agreements." *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1212 (9th Cir. 2002) (citations omitted).

---

[1] All exhibits referenced in this Motion refer to exhibits to the Declaration of Robert C. Maysey in Support of Plaintiffs' Motion to Compel Production of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc., and Motion to Compel Appearance at a Deposition of Robert Arum, President of Top Rank, Inc.  (ECF No. 484-1).

1

ZUFFA'S MOT. TO SEAL EXHIBITS TO
PLS' REPLY ISO MOTION TO COMPEL

Case No.: 2:15-cv-01045-RFB-(PAL)

### III. ARGUMENT

Exhibits 12, 13, 14, and 15 to Plaintiffs' Reply are documents Zuffa produced to Plaintiffs during discovery that were properly designated as Confidential. Exhibit 13 is a draft of the Mercer Study that compares athlete compensation across a variety of sports to Zuffa's fighter compensation. This document contains a confidential presentation from an outside consultant regarding the scope of a confidential analysis that was completed in anticipation of litigation, including specific areas of analyses that could be conducted and non-public information regarding the types of confidential information that Zuffa tracks, including the types of compensation Zuffa pays its athletes. Exhibits 12, 14, and 15 are email communications regarding the Mercer Study between Zuffa personnel and Zuffa's outside legal counsel. All of these documents contain sensitive Zuffa business information regarding athlete compensation, and they should be sealed in their entirety.

### IV. CONCLUSION

Zuffa respectfully requests that the Court find that Zuffa has made the requisite particularized showing of good cause sufficient to justify sealing of the documents listed above.

//

//

| | | |
|---|---|---|
| 1 | Dated: September 5, 2017 | Respectfully Submitted, |
| 2 | | BOIES SCHILLER FLEXNER LLP |
| 4 | | By: */s/ Stacey K. Grigsby* |
| 5 | | Stacey K. Grigsby<br>*Attorneys for Defendant* Zuffa, LLC, d/b/a<br>Ultimate Fighting Championship and UFC |

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth St., Ste. 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Zuffa, LLC's Motion to Seal Certain Exhibits to Plaintiffs' Reply Brief In Support of Motion To Compel Production of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc., and Motion to Compel Attendance at a Deposition of Robert Arum, President of Top Rank, Inc. (ECF No. 484)** was served on September 5, 2017 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Roderick Crawford*

**Roderick Crawford**, an Employee of Boies Schiller Flexner LLP