1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Cung Le et al., on behalf of themselves and
all others similarly situated,                )
                                               )
                                               )
              Plaintiff(s),                    )
                                               )
       vs.                                     )
                                               )
Zuffa, LLC, d/b/a Ultimate Fighting            )
Championship and UFC,                          )
                                               )
              Defendant(s).                    )
                                               )

Case #2:15-cv-01145-RFB-PAL

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jiamin Chen_____, Petitioner, respectfully represents to the Court:
        (name of petitioner)

1.      That Petitioner is an attorney at law and a member of the law firm of

_____Joseph Saveri Law Firm_____
                        (firm name)

with offices at _____555 Montgomery Street Suite 1210_____,
                                (street address)

_____San Francisco_____, California _____▼_____, 94111 ,
        (city)                                  (state)                              (zip code)

_____(415) 500-6800_____, _____jchen@saverilawfirm.com_____.
   (area code + telephone number)                    (Email address)

2.      That Petitioner has been retained personally or as a member of the law firm by

_____Cung Le et al._____ to provide legal representation in connection with
                [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.      That since _____2010_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of New York        ▾
                                                                      (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York - State Bar | 2010 | 4861696 |
| Distrit of Columbia - State Bar | 2012 | 1007049 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

Temporary administrative suspension for not having taken D.C. bar training course; suspension
lifted and reactivated in good standing upon taking training course.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

New York State, Bar #4861696
District of Columbia, Bar #1007049

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
     STATE OF California      ▢ ▼  )                      Petitioner's signature
5                                   )
     COUNTY OF ____San Francisco__  )
6

7    _____Jiamin Chen_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9
                                                     _____
10   Subscribed and sworn to before me this                Petitioner's signature

11   19th day of September, 2017.

12

13   _____
              Notary Public or Clerk of Court
14

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

     believes it to be in the best interests of the client(s) to designate ____Don Springmeyer____,
19                                                                               (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
     above-entitled Court as associate resident counsel in this action.  The address and email address of
21
     said designated Nevada counsel is:
22

23   _____3556 E. Russell Road, Second Floor_____,
                                   (street address)
24
     _____Las Vegas_____, ____Nevada____ ▢ ▼, ___89120___,
25            (city)                   (state)              (zip code)

26   _____(702) 341-5200_____, ___dspringmeyer@wrslawyers.com___.
        (area code + telephone number)           (Email address)
27

28                                       4                            Rev. 5/16

1    By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2    agreement and authorization for the designated resident admitted counsel to sign stipulations

3    binding on all of us.

4

5                    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____ Don Springmeyer _____ as
                                                          (name of local counsel)

8    his/her/their Designated Resident Nevada Counsel in this case.

9

10                                      _____
                                        (party's signature)

11                                      _____
                                        (type or print party name, title)

12

13                                      _____
                                        (party's signature)

14

15                                      _____
                                        (type or print party name, title)

16

17                              **CONSENT OF DESIGNEE**
        The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19                                      _____
                                        Designated Resident Nevada Counsel's signature

20

21        1021                          dspringmeyer@wrslawyers.com
          Bar number                    E-mail address

22

23   **APPROVED:**

24   Dated: this _____ day of _____        , 20 ___.

25

26   UNITED STATES DISTRICT JUDGE

27

28                                      5                                    Rev. 5/16



# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jiamin Chen

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **19th day of August, 2010**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **28th day of August, 2017**.



Robert D Mayberger

Clerk



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JIAMIN S. CHEN

was on     **APRIL 9, 2012**     duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **SEPTEMBER 20, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____

Deputy Clerk