Joseph R. Saveri (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215)875-4604
ecramer@bm.net

*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera,*
*Luis Javier Vazquez, and Kyle Kingsbury*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL** |

WHEREAS, Plaintiffs filed a Motion to Compel Production of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc., and Motion to Compel Attendance at Deposition of Robert Arum, President of Top Rank, Inc. on July 31, 2017 (Doc. 470);

WHEREAS, Top Rank filed an Opposition to Plaintiffs' Motions to Compel on August 23, 2017 (Doc. 481);

WHEREAS, this Court ordered that Plaintiffs shall have until August 30, 2017 to file a reply (Doc. 472);

WHEREAS, Plaintiffs need one more day to file the Reply in support of their Motions to Compel; and

WHEREAS, Top Rank and Defendants do not object to a one-day extension for Plaintiffs to have until August 31, 2017 to file their reply;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that Plaintiffs shall have until August 31, 2017 to file their reply in support of their Motions to Compel as to Top Rank and Robert Arum.

DATED nunc pro tunc this 31st day of August, 2017

**IT IS SO ORDERED**.

_____
The Honorable Peggy A. Leen
UNITED STATES MAGISTRATE JUDGE

DATED: September 25, 2017 _____

1  Case No.: 2:15-cv-01045 RFB-(PAL)
**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENTION OF TIME TO FILE REPLY**

| | |
|---|---|
| **JOSEPH SAVERI LAW FIRM, INC.** | **BOIES, SCHILLER & FLEXNER LLP** |
| By: /s/ *Joseph R. Saveri* | By: /s/ *William A. Isaacson* |
| Joseph R. Saveri (State Bar No. 130064) | William A. Isaacson (admitted *pro hac vice*) |
| Joshua P. Davis (admitted *pro hac vice*) | Stacey K. Grigsby (admitted *pro hac vice*) |
| Kevin E. Rayhill (admitted *pro hac vice*) | Nicholas A. Widnell (admitted *pro hac vice*) |
| 555 Montgomery Street, Suite 1210 | 1401 New York Ave, N.W., 11th Floor |
| San Francisco, California 94111 | Washington, D.C. 20005 |
| Phone: (415) 500-6800/Fax: (415) 395-9940 | Phone: (202) 237-2727/Fax: (202) 237-6131 |
| jsaveri@saverilawfirm.com | wisaacson@bsfllp.com |
| jdavis@saverilawfirm.com | sgrigsby@bsfllp.com |
| krayhill@saverilawfirm.com | nwidnell@bsfllp.com |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| | **CAMPBELL & WILLIAMS** |
| | Donald J. Campbell (State Bar No. 1216) |
| | J. Colby Williams (State Bar No. 5549) |
| | 700 South 7th Street |
| | Las Vegas, Nevada 89101 |
| | Phone: (702) 382-5222/Fax: (702) 382-0540 |
| | djc@campbellandwilliams.com |
| | jcw@campbellandwilliams.com |
| | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| **COHEN MILSTEIN SELLERS & TOLL, PLLC** | **BOIES, SCHILLER & FLEXNER LLP** |
| Benjamin D. Brown (admitted *pro hac vice*) | Richard J. Pocker (State Bar No. 3568) |
| Richard A. Koffman (admitted *pro hac vice*) | 300 South Fourth Street, Suite 800 |
| Daniel H. Silverman (admitted *pro hac vice*) | Las Vegas, Nevada 89101 |
| 1100 New York Ave., N.W., | Phone: (702) 382-7300/Fax: (702) 382-2755 |
| Suite 500, East Tower | rpocker@bsfllp.com |
| Washington, D.C. 20005 | |
| Phone: (202) 408-4600/Fax: (202) 408 4699 | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| bbrown@cohenmilstein.com | |
| rkoffman@cohenmilstein.com | |
| dsilverman@cohenmilstein.com | |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | |

| | |
|---|---|
| **BERGER & MONTAGUE, P.C.**<br>Eric L. Cramer (admitted *pro hac vice*)<br>Michael Dell'Angelo (admitted *pro hac vice*)<br>Patrick Madden (admitted *pro hac vice*)<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br>Phone: (215) 875-3000/Fax: (215) 875-4604<br>ecramer@bm.net<br>mdellangelo@bm.net<br>pmadden@bm.net<br><br>*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | /s/ *Eric D. Hone*<br>ERIC D. HONE (NV Bar No. 8499)<br>EHone@dickinson-wright.com<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113<br><br>O'MELVENY & MYERS LLP<br>DAVID MARROSO (Cal. S.B. #211655)<br>dmarroso@omm.com (Admitted Pro Hac Vice)<br>1999 Avenue of the Stars Los Angeles, California 90067-6035 Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>*Attorneys for Top Rank, Inc. and Robert Arum* |

**WOLF, RIFKIN, SHAPIRO,
   SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

3   Case No.: 2:15-cv-01045 RFB-(PAL)
**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENTION OF TIME TO FILE REPLY**

| | |
|---|---|
| 1 | **WARNER ANGLE HALLAM JACKSON & FORMANEK PLC** |
| 2 | Robert C. Maysey (admitted *pro hac vice*) |
| 3 | Jerome K. Elwell (admitted *pro hac vice*) |
| | 2555 E. Camelback Road, Suite 800 |
| 4 | Phoenix, Arizona 85016 |
| | Phone: (602) 264-7101/Fax: (602) 234-0419 |
| 5 | rmaysey@warnerangle.com |
| | jelwell@warnerangle.com |
| 6 | |
| 7 | *Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung* |
| 8 | *Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* |
| 9 | |
| 10 | **LAW OFFICE OF FREDERICK S. SCHWARTZ** |
| 11 | Frederick S. Schwartz (admitted *pro hac vice*) |
| | 15303 Ventura Boulevard, #1040 |
| 12 | Sherman Oaks, California 91403 |
| | Phone: (818) 986-2407/Fax: (818) 995-4124 |
| 13 | fred@fredschwartzlaw.com |
| 14 | *Attorneys for Plaintiffs* |
| 15 | |
| 16 | **SPECTOR ROSEMAN KODROFF & WILLIS, P.C.** |
| 17 | Jeffrey J. Corrigan (admitted *pro hac vice*) |
| | William G. Caldes (admitted *pro hac vice*) |
| 18 | 1818 Market Street, Suite 2500 |
| | Philadelphia, Pennsylvania 19103 |
| 19 | Phone: (215) 496-0300/Fax: (215) 496-6611 |
| | jcorrigan@srkw-law.com |
| 20 | wcaldes@srkw-law.com |
| 21 | *Attorneys for Plaintiffs* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st of August, 2017 a true and correct copy of **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENTION OF TIME TO FILE REPLY** was served via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

By: */s/ Kevin E. Rayhill*
Kevin E. Rayhill