Jerome K. Elwell *(pro hac vice)*
Robert C. Maysey *(pro hac vice)*
WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
jelwell@warnerangle.com
rmaysey@warnerangle.com

*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Brandon Vera, and*
*Kyle Kingsbury*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re Subpoena Of<br><br>Top Rank, Inc. and Robert Arum<br><br>Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No.: 2:15-cv-01045-RFB-PAL<br><br>**NOTICE OF RESOLUTION RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC. FILED JULY 31, 2017** |

Plaintiffs hereby give NOTICE that undersigned counsel and Top Rank, Inc. ("Top Rank") have reached a resolution on Plaintiffs' Motion to Compel Production of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc. and Motion to Compel Attendance at Deposition of Robert Arum  (ECF#470,

the "Motion to Compel"). Given the resolution reached between the Plaintiffs and Top Rank and agreed to by counsel for Defendant Zuffa, LLC, as summarized below, Plaintiffs request that the Court vacate the portion of the hearing scheduled for September 28, 2017 relating to the Motion to Compel.

Plaintiffs and Top Rank have reached the following agreement on document production. Top Rank shall produce the following, subject to the following restrictions:





The terms of this resolution have been agreed to by Plaintiffs, Top Rank, and Defendant Zuffa, LLC.

Therefore, the Plaintiffs submit this Notice of Resolution and request the court to vacate the portion of the September 28, 2017 hearing related to the Motion to Compel.

DATED:  September 27, 2017.

WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC


By: */s/ Robert C. Maysey*
Robert C. Maysey
*Attorneys for Plaintiffs*

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES, SCHILLER FLEXNER LLP


By: /s/ Stacey K. Grigsby
Stacey K. Grigsby
*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC


O'MELVENY & MYERS LLP


By: /s/ David Marroso
David Marroso, Esq.
*Attorneys for Third Parties Top Rank, Inc.
and Robert Arum*

1

**CERTIFICATE OF SERVICE**

2

3

4

5

6

        I hereby certify that on September 27, 2017, I electronically transmitted the
NOTICE OF RESOLUTION RE: PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO
THIRD PARTY TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE
AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC.
FILED JULY 31, 2017 to the Clerk's Office using the CM/ECF System for filing
and transmittal of a Notice of Electronic Filing to all registered users.

7

8

9

10

                                              /s/Teresa Baldridge
                                              Teresa Baldridge, an Employee of
                                              Warner Angle Hallam Jackson &
                                              Formanek PLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28