Jerome K. Elwell (*pro hac vice*)
Robert C. Maysey (*pro hac vice*)
WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 264-7101
jelwell@warnerangle.com
rmaysey@warnerangle.com

*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Brandon Vera, and*
*Kyle Kingsbury*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re Subpoena Of<br><br>Top Rank, Inc. and Robert Arum | Case No.: 2:15-cv-01045-RFB-PAL |
| Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | **PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL RE NOTICE OF RESOLUTION OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC. FILED JULY 31, 2017** |

Pursuant to Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Local Rule 10-5(a), and Section 14.3 of the Revised Stipulation and Protective Order (the "Protective Order") issued by this Court on February 10, 2016 (ECF No. 217 at 15), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis

Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") hereby move this court for leave to lodge a document under seal related to their Notice of Resolution re: Plaintiffs' Motion to Compel Production of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc. and Motion to Compel Attendance at Deposition of Robert Arum (the "Notice of Resolution").

Under Section 14.3 of the Protective Order, documents designated Confidential or Highly Confidential –Attorneys' Eyes Only "shall be provisionally lodged under seal with the Court, and redacted papers shall be publicly filed. Within 5 days of the materials being lodged with the Court, the Party claiming protection shall file motion to seal setting forth the bases for sealing and proper authority under Kamakana v. City & County of Honolulu, 447 F.3d 1172 (9th Cir. 2006), or some other applicable authority." Accordingly, Plaintiffs seek leave to lodge the following documents under seal. Following expiration of the twenty-one day period provided for in Section 5.2(b) of the Protective Order, a motion to unseal portions of the Notice of Resolution shall be filed.

Plaintiffs seek leave to lodge under seal paragraphs numbered 1 through 5 of the Notice of Resolution, which contain the terms of resolution of a discovery dispute that the parties and Top Rank desire to remain confidential pursuant to Section 5.2(b) of the Protective Order.

Plaintiffs have filed the Notice of Resolution under seal, in accordance with the Court's ECF system. Plaintiffs have publicly filed placeholders for redacted versions of these documents with the Court, and will serve un-redacted versions of these documents on Defendant and Top Rank.

DATED: September 27, 2017.

        WARNER ANGLE HALLAM JACKSON & FORMANEK PLC

By: */s/ Robert C. Maysey*
    Robert C. Maysey
    Attorney for Plaintiffs

DATED: September 27, 2017.

    WARNER ANGLE HALLAM JACKSON & FORMANEK PLC


By: */s/ Robert C. Maysey*
   Robert C. Maysey
   Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2017, I electronically transmitted the PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL RE NOTICE OF RESOLUTION RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO THEIR SUBPOENA TO THIRD PARTY TOP RANK, INC. AND MOTION TO COMPEL ATTENDANCE AT DEPOSITION OF ROBERT ARUM, PRESIDENT OF TOP RANK, INC. FILED JULY 31, 2017 to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered users.

*/s/Teresa Baldridge*
Teresa Baldridge, an Employee of
Warner Angle Hallam Jackson &
Formanek PLC