**BOIES SCHILLER FLEXNER LLP**
William A. Isaacson (admitted *pro hac vice*)
Nicholas A. Widnell (admitted *pro hac vice*)
Stacey K. Grigsby (admitted *pro hac vice*)
1401 New York Avenue, NW
Washington, DC 2005
Phone: (202) 237-2727/Fax: (202) 237-6131
wisaacson@bsfllp.com
nwidnell@bsfllp.com
sgrigsby@bsfllp.com

*(Additional counsel appear on signature page)*

*Attorneys for Defendant Zuffa, LLC,
d/b/a Ultimate Fighting Championship and UFC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

On June 14, 2017, the Court entered a Discovery Plan and Scheduling Order ("Scheduling Order") setting deadlines through dispositive motions (ECF No. 432). On October 24, 2017, the parties met and conferred and agreed that, due to circumstances outside of Defendant Zuffa, LLC's control, an adjustment was needed to the Scheduling Order to extend the timeline for expert discovery, which would also require a minimal shift in the remaining deadlines in the Scheduling Order. No deadlines are extended more than 30 days, and all of the deadlines after Rebuttal Expert Reports are extended only one week. The parties have stipulated to the following deadlines:

| | |
|---|---|
| Opposition Expert Reports other than response to Dr. Zimbalist | October 27, 2017 |
| Opposition Expert Report in response to Dr. Zimbalist | November 15, 2017 |
| Last Day to Depose Opposition Experts | December 8, 2017 |
| Rebuttal Expert Reports | January 12, 2018 |
| Last Day To Depose Plaintiffs' Rebuttal Experts | January 24, 2018 |
| Daubert Motions | February 2, 2018 |
| Class Certification Motion | February 2, 2018 |
| Daubert Opposition Briefs | March 23, 2018 |
| Class Certification Opposition Brief | March 23, 2018 |
| Daubert Reply Briefs | April 23, 2018 |
| Class Certification Reply Brief | May 15, 2018 |
| Class Certification Hearing | Court's Convenience |
| Summary Judgment Motions | July 16, 2018 |
| Summary Judgment Opposition Briefs | August 15, 2018 |
| Summary Judgment Reply Briefs | September 14, 2018 |

**IT IS SO ORDERED**:

By: /s/ Peggy A. Leen

DATED: November 3, 2017

DATED: October 25, 2017

*/s/ Eric L. Cramer*

BERGER & MONTAGUE, P.C.
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

COHEN MILSTEIN SELLERS & TOLL, PLLC
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Dan Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamie Chen (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
3556 E. Russell Road, Second Floor

Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
Eugene A. Spector (admitted *pro hac vice*)
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Additional Class Counsel and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

DATED: October 25, 2017

/s/ Stacey K. Grigsby

BOIES SCHILLER FLEXNER LLP
William A. Isaacson (admitted *pro hac vice*)
Nicholas A. Widnell (admitted *pro hac vice*)
Stacey K. Grigsby (admitted *pro hac vice*)
1401 New York Avenue, NW
Washington, DC 20005
Phone: (202) 237-2727/Fax: (202) 237-6131
wisaacson@bsfllp.com
nwidnell@bsfllp.com
sgrigsby@bsfllp.com

CAMPBELL & WILLIAMS
Donald J. Campbell (Nevada Bar No. 1216)
J. Colby Williams (Nevada Bar No. 5549)
700 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 382-5222/Fax: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

## ATTESTATION OF FILER

The signatories to this document are myself and Eric Cramer, and I have obtained Mr. Cramer's concurrence to file this document on his behalf.

Dated: October 25, 2017          /s/ *Stacey K. Grigsby*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **Discovery Plan and Scheduling Order** was served on October 25, 2017 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Stacey K. Grigsby*
Stacey K. Grigsby