**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)
Michael C. Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*(Additional counsel appear on signature page)*

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**JOINT AGREED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION BRIEFS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3** |

Pursuant to Local Rule II 7-3(c), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa") (Zuffa and Plaintiffs collectively, "the Parties"), by and through their undersigned attorneys, move for leave to file class certification briefing in excess of the page limits imposed by Local Rule II 7-3. This Motion is based upon the pleadings and papers on file herein, the

**JOINT AGREED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION BRIEFS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3**

Memorandum of Points and Authorities below, and all papers and exhibits on file in this case.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

Local Rule II 7-3(b) provides that class certification motions and opposition briefs are limited to 24 pages, excluding exhibits, and that class certification replies are limited to 12 pages, excluding exhibits. The Court retains the authority to modify or relax such rule. *Veterinary Ventures, Inc. v. Farris*, 2010 WL 3070423, at *2 (D. Nev. Aug. 3, 2010) (citing *Gennock v. Warner-Lambert Co.*, 208 F. Supp. 2d 1156, 1158 (D. Nev. 2002)). L.R. II 7-3(c) empowers the Court to permit a party to file a motion or brief in excess of the page limitations set forth in L.R. II 7-3(b). "Given the district court's inherent power to control their dockets, whether to grant leave to exceed the page limits set forth in the Civil Local Rules appears to be at the full discretion of the Court." *FTC v. AMG Servs, Inc.*, 2016 WL 1275612, at *2, n.2 (D. Nev. Mar. 31, 2016) (quoting *Traylor Bros. v. San Diego Unified Port Dist.*, 2012 WL 1019966, at *2 (S.D. Cal. Mar. 26, 2012)).

District courts in Nevada will permit a party to file a motion or brief in excess of the page limits imposed by the Local Rules, where the party has properly filed a motion for leave of court and good cause exists for the extension. *See Robins v. Baker*, 2013 WL 5947343, at *6 (D. Nev. Nov. 5, 2013); *see, e.g.*, *Homick v. Baker*, 2013 WL 5408643, at *1 (D. Nev. Sept. 25, 2013); *Vanisi v. Baker*, 2012 WL 1431373, at *1 (D. Nev. Apr. 25, 2012); *Grimsley v. Charles River Labs.*, 2011 WL 4527415, at *1 (D. Nev. Sept. 28, 2011).  Good cause for exceeding the page limits may exist where the record is voluminous, the relevant issues are "substantial" and "susceptible of lengthy exposition." *Jacobs v. Clark Cnty. School Dist.*, 375 F. Supp. 2d 1162, 1168 (D. Nev. 2005) (granting motion to exceed page limit where the relevant issues were "substantial" and "susceptible of lengthy exposition").

The Parties, having met and conferred on this issue and agreed to the proposed page limits set forth below, seek leave from the Court to exceed the page limits set by Local Rule II 7-3(b) as follows:

**JOINT AGREED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION BRIEFS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3**

| Brief | Current Limit | Agreed Increase | Proposed Limit |
|---|---|---|---|
| Plaintiffs' Motion for Class Certification | 24 pages | 11 pages | **35 pages** |
| Zuffa's Opposition to Motion for Class Certification | 24 pages | 16 pages | **40 pages** |
| Plaintiffs' Reply in Support of Class Certification | 12 pages | 13 pages | **25 pages** |

These agreed page limits maintain the same 3:2 page limit ratio provided for in the Local Rules.

The extra pages are necessary because of the voluminous record in the case and the intricate issues involved in this antitrust case at the class certification stage. To date, there are over 500 docket entries in this case. The operative complaint contains nearly 60 pages of allegations. Plaintiffs' Opening Expert Reports contain approximately 550 pages of expert opinion, and the Parties are exchanging two additional rounds of expert reports in the coming months. The Parties respectfully submit that permitting class certification briefs in excess of the page limit will assist the Court in ruling on the upcoming motion for class certification.

The Parties respectfully request an order granting the parties leave to file class certification briefs in excess of the page limits imposed by L.R. II 7-3, in order to ensure that all material issues can be adequately addressed.

DATED:  November 13, 2017                              _/s/ Patrick F. Madden_

BERGER & MONTAGUE, P.C.
Eric L. Cramer (admitted *pro hac vice*)
Michael C. Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

COHEN MILSTEIN SELLERS & TOLL, PLLC
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel Silverman (admitted *pro hac vice*)

**JOINT AGREED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION BRIEFS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3**

1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

JOSEPH SAVERI LAW FIRM
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamie Chen (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys*
*for Individual and Representative Plaintiffs Cung*
*Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for*
*Individual and Representative Plaintiffs Cung Le,*
*Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

**JOINT AGREED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION BRIEFS**
**IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

SPECTOR ROSEMAN KODROFF & WILLIS,
P.C.
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Additional Class Counsel and Attorneys for
Individual and Representative Plaintiffs Cung Le,
Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

**JOINT AGREED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION BRIEFS
IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3**

DATED:  November 13, 2017

*s/ Stacey K. Grigsby*

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (admitted *pro hac vice*)
Nicholas A. Widnell (admitted *pro hac vice*)
Stacey K. Grigsby (admitted *pro hac vice*)
1401 New York Avenue, NW
Washington, DC 2005
Phone: (202) 237-2727/Fax: (202) 237-6131
wisaacson@bsfllp.com
nwidnell@bsfllp.com
sgrigsby@bsfllp.com


CAMPBELL & WILLIAMS
Donald J. Campbell
Nevada Bar No. 1216
J. Colby Williams
Nevada Bar No. 5549
700 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 382-5222/Fax: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*

**JOINT AGREED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION BRIEFS**
**IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3**

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on this 13th day of November, 2017, a true and correct copy of **JOINT**

3  **AGREED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION BRIEFS IN**

4  **EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3 and attached papers** was

5  served via the United States District Court CM/ECF system on all parties or persons requiring

6  notice.

7

8               By:  _____*/s/ Patrick F. Madden*_____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**