**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)
Michael C. Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (215) 875-3000
Fax:  (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*(Additional counsel appear on signature page)*

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] STIPULATED ORDER RE: JOINT AGREED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION BRIEFS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3** |

Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa") (Zuffa and Plaintiffs collectively, "the Parties") having met and conferred on the issues addressed herein, respectfully submit the following [Proposed] Stipulated Order re: Joint Agreed Motion for Leave to File Class Certification Briefs in Excess of Page Limits Imposed by Local Rule II 7-3:

WHEREAS, the Court issued the current Discovery Plan and Scheduling order on November 3, 2017 (ECF No. 508), under which the deadline for Plaintiffs' Class Certification Motion is February 2, 2018, the deadline for Zuffa's Class Certification Opposition Brief is March 23, 2018, and the deadline for Plaintiff's Class Certification Reply Brief is May 15, 2018;

WHEREAS, Local Rule II 7-3(b) provides that class certification motions and responses are limited to 24 pages, excluding exhibits, and that class certification replies are limited to 12 pages, excluding exhibits;

WHEREAS, the Parties have asked the Court to extend the page limits of Plaintiffs' Class Certification Motion by 11 pages, Zuffa's Class Certification Opposition Brief by 16 pages, and Plaintiffs' Class Certification Reply Brief by 13 pages (ECF No. ___); and,

WHEREAS, the Parties, having met and conferred on October 2, 2017, have agreed to the terms set forth in this Proposed Stipulated Order.

NOW THEREFORE, having considered the representations of the Parties and finding good cause shown, the Court hereby ORDERS:

The page limits for the Parties' class certification briefing are hereby extended as follows:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification | 35 pages |
| Zuffa's Opposition to Motion for Class Certification | 40 pages |
| Plaintiffs' Reply in Support of Class Certification | 25 pages |

DATED: _____    By: _____
The Honorable Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER RE: JOINT AGREED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION BRIEFS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3**

1   DATED:  November 13, 2017                    _____/s/ *Patrick F. Madden*_____

2                                        BERGER & MONTAGUE, P.C.
                                         Eric L. Cramer (admitted *pro hac vice*)
3                                        Michael C. Dell'Angelo (admitted *pro hac vice*)
                                         Patrick F. Madden (admitted *pro hac vice*)
4                                        Mark R. Suter (admitted *pro hac vice*)
                                         1622 Locust Street
5                                        Philadelphia, PA 19103
                                         Phone: (215) 875-3000/Fax: (215) 875-4604
6                                        ecramer@bm.net
                                         mdellangelo@bm.net
7                                        pmadden@bm.net
                                         msuter@bm.net
8

9                                        COHEN MILSTEIN SELLERS & TOLL, PLLC
                                         Benjamin D. Brown (admitted *pro hac vice*)
10                                       Richard A. Koffman (admitted *pro hac vice*)
                                         Daniel Silverman (admitted *pro hac vice*)
11                                       1100 New York Ave., N.W., Suite 500, East Tower
                                         Washington, DC 20005
12                                       Phone: (202) 408-4600/Fax: (202) 408 4699
                                         bbrown@cohenmilstein.com
13                                       rkoffman@cohenmilstein.com
                                         dsilverman@cohenmilstein.com
14

15                                       JOSEPH SAVERI LAW FIRM
                                         Joseph R. Saveri (admitted *pro hac vice*)
16                                       Joshua P. Davis (admitted *pro hac vice*)
                                         Kevin E. Rayhill (admitted *pro hac vice*)
17                                       Jiamie Chen (admitted *pro hac vice*)
                                         555 Montgomery Street, Suite 1210
18                                       San Francisco, California 94111
                                         Phone: (415) 500-6800/Fax: (415) 395-9940
19                                       jsaveri@saverilawfirm.com
                                         jdavis@saverilawfirm.com
20                                       krayhill@saverilawfirm.com
                                         jchen@saverilawfirm.com
21
                                         *Co-Lead Counsel for the Classes and Attorneys*
22                                       *for Individual and Representative Plaintiffs Cung*
                                         *Le, Nathan Quarry, Jon Fitch, Luis Javier*
23                                       *Vazquez, Brandon Vera, and Kyle Kingsbury*

24

25

26

27

**[PROPOSED] ORDER RE: JOINT AGREED MOTION FOR LEAVE TO FILE CLASS
CERTIFICATION BRIEFS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL
RULE II 7-3**

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for
Individual and Representative Plaintiffs Cung Le,
Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

SPECTOR ROSEMAN KODROFF & WILLIS,
P.C.
Eugene A. Spector (admitted *pro hac vice*)
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Additional Class Counsel and Attorneys for
Individual and Representative Plaintiffs Cung Le,
Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

4

**[PROPOSED] ORDER RE: JOINT AGREED MOTION FOR LEAVE TO FILE CLASS
CERTIFICATION BRIEFS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL
RULE II 7-3**

DATED:  November 13, 2017

/s/ Stacey K. Grigsby

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (admitted *pro hac vice*)
Nicholas A. Widnell (admitted *pro hac vice*)
Stacey K. Grigsby (admitted *pro hac vice*)
1401 New York Avenue, NW
Washington, DC 2005
Phone: (202) 237-2727/Fax: (202) 237-6131
wisaacson@bsfllp.com
nwidnell@bsfllp.com
sgrigsby@bsfllp.com

CAMPBELL & WILLIAMS
Donald J. Campbell (Nevada Bar No. 1216)
J. Colby Williams (Nevada Bar No. 5549)
700 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 382-5222/Fax: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*

**[PROPOSED] ORDER RE: JOINT AGREED MOTION FOR LEAVE TO FILE CLASS
CERTIFICATION BRIEFS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL
RULE II 7-3**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**[PROPOSED] STIPULATED ORDER RE: JOINT AGREED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION BRIEFS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3**