UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CUNG LE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, d/b/a UFC Ultimate Fighting Championship,<br><br>    Defendant. | Lead Case No. 2:15-cv-01045-RFB-PAL[1]<br><br>**ORDER**<br><br>(Mots. to Seal – ECF Nos. 485, 487, 498) |

This matter is before the court on the parties' Motions to Seal (ECF No. 485, 487, 498). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

The Motions seek leave to file under seal certain documents and exhibits referenced in the filings related to Plaintiffs' Motion to Compel Production of Documents Responsive to Their Subpoena to Third Party Top Rank, Inc., and Motion to Compel Attendance at Deposition of Robert Arum (ECF No. 470). *See* Pls.' Sealed Mot. Exhibits (ECF No. 486); Sealed Unredacted Notice of Resolution (ECF No. 499). The parties subsequently reached a resolution of the underlying motion. The parties narrowly tailored their sealing requests to the extent possible by filing redacted versions of the underlying motion as well as the notice of resolution.

Having reviewed and considered the matter in accordance with the Ninth Circuit's directives set forth in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the court finds that the parties have met their burden of establishing good cause for the documents to remain sealed.

---

[1] Member Case Nos.: 2:15-cv-01046-RCJ-NJK; 2:15-cv-01055-APG-GWF; 2:15-cv-01056-RFB-GWF; and 2:15-cv-01057-JCM-CWH.

1

Accordingly,

**IT IS ORDERED:**

1. The parties' Motions to Seal (ECF No. 485, 487, 498) are **GRANTED**.
2. Plaintiffs' Sealed Exhibits (ECF No. 486) and Sealed Unredacted Notice of Resolution (ECF No. 499) shall remain under seal.

Dated this 14th day of November, 2017.

                                            PEGGY A. LEEN
                                            UNITED STATES MAGISTRATE JUDGE