WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] SECOND STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

SECOND STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER

1  This is the second stipulation for an extension of time to complete expert discovery and to file dispositive motions.  On November 3, 2017, the Court entered a Stipulated Discovery Plan and Scheduling Order ("Scheduling Order") setting deadlines through dispositive motions that adjusted the deadlines for dispositive motions.  ECF No. 508.  The prior Scheduling Order did not extend any deadlines more than 30 days and extended deadlines after Rebuttal Expert Reports only one week.

Beginning on December 13, 2017, the parties met and conferred to schedule the remaining expert depositions.  As a result of the this meet and confer process, the parties agreed that, due to circumstances outside of the parties' control and the addition of a third economic expert for Plaintiffs who will principally respond to the report of Zuffa's third economic expert, two minimal adjustments to the Scheduling Order were required to accommodate the experts' schedules.  First, the parties propose that the last day to depose Plaintiffs' rebuttal experts be extended to February 8, 2018.  The deposition of Plaintiffs' third economic rebuttal expert is scheduled to take place on that day.  Second, as a result of the short time between the final rebuttal expert deposition and the date Daubert and Class Certification motions are currently due, the parties propose extending all deadlines after the final rebuttal expert deposition by only two weeks with the exceptions of the summary judgment opposition and reply briefs.  As those briefs fall within the latter half of the summer and early fall, in light of the attorneys' various planned travel and vacation schedules, the parties request that both deadlines be extended by two weeks each, and that the time for filing each subsequent summary judgment brief be extended by approximately two weeks.

//
//
//
//
//
//
//

The current deadlines are listed below for the Court's convenience. The parties have stipulated to the following proposed deadlines:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Expert Reports | January 12, 2018 | January 12, 2018 |
| Last Day to Depose Plaintiffs' Rebuttal Experts | January 24, 2018 | February 8, 2018 |
| Daubert Motions | February 2, 2018 | February 16, 2018 |
| Class Certification Motion | February 2, 2018 | February 16, 2018 |
| Daubert Opposition Briefs | March 23, 2018 | April 6, 2018 |
| Class Certification Opposition Brief | March 23, 2018 | April 6, 2018 |
| Daubert Reply Briefs | April 23, 2018 | May 7, 2018 |
| Class Certification Reply Brief | May 15, 2018 | May 30, 2018 |
| Class Certification Hearing | Court's Convenience | Court's Convenience |
| Summary Judgment Motions | July 16, 2018 | July 30, 2018 |
| Summary Judgment Opposition Briefs | August 15, 2018 | September 14, 2018 |
| Summary Judgment Reply Briefs | September 14, 2018 | October 26, 2018 |

**IT IS SO ORDERED**

_____
THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: _____

| | |
|---|---|
| Dated: January 5, 2018_ | Dated: January 5, 2018 |

**BERGER & MONTAGUE, P.C.**

By: */s/ Eric L. Cramer*
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
Mark Suter (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, Pennsylvania 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, D.C. 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Stacey K. Grigsby*
William A. Isaacson (admitted *pro hac vice*)
Stacey K. Grigsby (admitted *pro hac vice*)
Nicholas A. Widnell (admitted *pro hac vice*)
1401 New York Ave, NW
Washington, D.C. 20005
Phone: (202) 237-2727/Fax: (202) 237-6131
wisaacson@bsfllp.com
sgrigsby@bsfllp.com
nwidnell@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

**CAMPBELL & WILLIAMS**
Donald J. Campbell (State Bar No. 1216)
J. Colby Williams (State Bar No. 5549)
700 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 382-5222/Fax: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

**BOIES SCHILLER FLEXNER LLP**
Richard J. Pocker (State Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Phone: (702) 382-7300/Fax: (702) 382-2755
rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

**JOSEPH SAVERI LAW FIRM, INC.**

Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**Radice Law Firm, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Attorneys for Plaintiffs*

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**ATTESTATION OF FILER**

The signatories to this document are myself and Eric Cramer, and I have obtained Mr. Cramer's concurrence to file this document on his behalf.

Dated: January 5, 2018                              */s/ Stacey K. Grigsby*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **[Proposed] Second Stipulated Discovery Plan and Scheduling Order** was served on January 5, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Stacey K. Grigsby*

Stacey K. Grigsby