1 WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
2 STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
3 NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
4 BOIES SCHILLER FLEXNER LLP
5 1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7 RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
8 BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9 Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
12 (jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC
16
[Additional Counsel Listed on Signature Page]
17

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>      Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] SECOND STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

| | |
|---|---|
| 1 | This is the second stipulation for an extension of time to complete expert discovery and to |
| 2 | file dispositive motions.  On November 3, 2017, the Court entered a Stipulated Discovery Plan |
| 3 | and Scheduling Order ("Scheduling Order") setting deadlines through dispositive motions that |
| 4 | adjusted the deadlines for dispositive motions.  ECF No. 508.  The prior Scheduling Order did not |
| 5 | extend any deadlines more than 30 days and extended deadlines after Rebuttal Expert Reports |
| 6 | only one week. |
| 7 | Beginning on December 13, 2017, the parties met and conferred to schedule the remaining |
| 8 | expert depositions.  As a result of the this meet and confer process, the parties agreed that, due to |
| 9 | circumstances outside of the parties' control and the addition of a third economic expert for |
| 10 | Plaintiffs who will principally respond to the report of Zuffa's third economic expert, two |
| 11 | minimal adjustments to the Scheduling Order were required to accommodate the experts' |
| 12 | schedules.  First, the parties propose that the last day to depose Plaintiffs' rebuttal experts be |
| 13 | extended to February 8, 2018.  The deposition of Plaintiffs' third economic rebuttal expert is |
| 14 | scheduled to take place on that day.  Second, as a result of the short time between the final |
| 15 | rebuttal expert deposition and the date Daubert and Class Certification motions are currently due, |
| 16 | the parties propose extending all deadlines after the final rebuttal expert deposition by only two |
| 17 | weeks with the exceptions of the summary judgment opposition and reply briefs.  As those briefs |
| 18 | fall within the latter half of the summer and early fall, in light of the attorneys' various planned |
| 19 | travel and vacation schedules, the parties request that both deadlines be extended by two weeks |
| 20 | each, and that the time for filing each subsequent summary judgment brief be extended by |
| 21 | approximately two weeks. |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

The current deadlines are listed below for the Court's convenience. The parties have stipulated to the following proposed deadlines:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Expert Reports | January 12, 2018 | January 12, 2018 |
| Last Day to Depose Plaintiffs' Rebuttal Experts | January 24, 2018 | February 8, 2018 |
| Daubert Motions | February 2, 2018 | February 16, 2018 |
| Class Certification Motion | February 2, 2018 | February 16, 2018 |
| Daubert Opposition Briefs | March 23, 2018 | April 6, 2018 |
| Class Certification Opposition Brief | March 23, 2018 | April 6, 2018 |
| Daubert Reply Briefs | April 23, 2018 | May 7, 2018 |
| Class Certification Reply Brief | May 15, 2018 | May 30, 2018 |
| Class Certification Hearing | Court's Convenience | Court's Convenience |
| Summary Judgment Motions | July 16, 2018 | July 30, 2018 |
| Summary Judgment Opposition Briefs | August 15, 2018 | September 14, 2018 |
| Summary Judgment Reply Briefs | September 14, 2018 | October 26, 2018 |

**IT IS SO ORDERED**

THE HONORABLE PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: January 10, 2018

| | |
|---|---|
| Dated: January 5, 2018_ | Dated: January 5, 2018 |
| **BERGER & MONTAGUE, P.C.** | **BOIES SCHILLER FLEXNER LLP** |
| By: */s/ Eric L. Cramer* | By: */s/ Stacey K. Grigsby* |
| Eric L. Cramer (admitted *pro hac vice*) | William A. Isaacson (admitted *pro hac vice*) |
| Michael Dell'Angelo (admitted *pro hac vice*) | Stacey K. Grigsby (admitted *pro hac vice*) |
| Patrick Madden (admitted *pro hac vice*) | Nicholas A. Widnell (admitted *pro hac vice*) |
| Mark Suter (admitted *pro hac vice*) | 1401 New York Ave, NW |
| 1622 Locust Street | Washington, D.C. 20005 |
| Philadelphia, Pennsylvania 19103 | Phone: (202) 237-2727/Fax: (202) 237-6131 |
| Phone: (215) 875-3000/Fax: (215) 875-4604 | wisaacson@bsfllp.com |
| ecramer@bm.net | sgrigsby@bsfllp.com |
| mdellangelo@bm.net | nwidnell@bsfllp.com |
| pmadden@bm.net | |
| msuter@bm.net | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | **CAMPBELL & WILLIAMS** |
| | Donald J. Campbell (State Bar No. 1216) |
| | J. Colby Williams (State Bar No. 5549) |
| | 700 South 7th Street |
| | Las Vegas, Nevada 89101 |
| | Phone: (702) 382-5222/Fax: (702) 382-0540 |
| **COHEN MILSTEIN SELLERS & TOLL, PLLC** | djc@campbellandwilliams.com |
| Benjamin D. Brown (admitted *pro hac vice*) | jcw@campbellandwilliams.com |
| Richard A. Koffman (admitted *pro hac vice*) | |
| Daniel Silverman (admitted *pro hac vice*) | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| 1100 New York Ave., N.W., | |
| Suite 500, East Tower | **BOIES SCHILLER FLEXNER LLP** |
| Washington, D.C. 20005 | Richard J. Pocker (State Bar No. 3568) |
| Phone: (202) 408-4600/Fax: (202) 408 4699 | 300 South Fourth Street, Suite 800 |
| bbrown@cohenmilstein.com | Las Vegas, Nevada 89101 |
| rkoffman@cohenmilstein.com | Phone: (702) 382-7300/Fax: (702) 382-2755 |
| dsilverman@cohenmilstein.com | rpocker@bsfllp.com |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |

| | |
|---|---|
| 1 | **JOSEPH SAVERI LAW FIRM, INC.** |
| 2 | Joseph R. Saveri (State Bar No. 130064) |
| | Joshua P. Davis (admitted *pro hac vice*) |
| 3 | Kevin E. Rayhill (admitted *pro hac vice*) |
| | Jiamin Chen (admitted *pro hac vice*) |
| 4 | 555 Montgomery Street, Suite 1210 |
| | San Francisco, California 94111 |
| 5 | Phone: (415) 500-6800/Fax: (415) 395-9940 |
| 6 | jsaveri@saverilawfirm.com |
| | jdavis@saverilawfirm.com |
| 7 | krayhill@saverilawfirm.com |
| | jchen@saverilawfirm.com |
| 8 | |
| 9 | *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,* |
| 10 | *Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* |
| 11 | |
| 12 | **Radice Law Firm, P.C.** |
| | John D. Radice (admitted *pro hac vice*) |
| 13 | 34 Sunset Blvd |
| | Long Beach, NJ 08008 |
| 14 | jradice@radicelawfirm.com |
| 15 | *Attorneys for Plaintiffs* |
| 16 | **WOLF, RIFKIN, SHAPIRO,** |
| 17 | **SCHULMAN & RABKIN, LLP** |
| | Don Springmeyer |
| 18 | Nevada Bar No. 1021 |
| | Bradley S. Schrager |
| 19 | Nevada Bar No. 10217 |
| | Justin C. Jones |
| 20 | Nevada Bar No. 8519 |
| 21 | 3556 E. Russell Road, Second Floor |
| | Las Vegas, Nevada 89120 |
| 22 | (702) 341-5200/Fax: (702) 341-5300 |
| | dspringmeyer@wrslawyers.com |
| 23 | bschrager@wrslawyers.com |
| | jjones@wrslawyers.com |
| 24 | |
| 25 | *Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis* |
| 26 | *Javier Vazquez, Brandon Vera, and Kyle Kingsbury* |
| 27 | |
| 28 | |

**WARNER ANGLE HALLAM JACKSON
& FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S.
SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**ATTESTATION OF FILER**

The signatories to this document are myself and Eric Cramer, and I have obtained Mr. Cramer's concurrence to file this document on his behalf.

Dated: January 5, 2018                              */s/ Stacey K. Grigsby*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **[Proposed] Second Stipulated Discovery Plan and Scheduling Order** was served on January 5, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Stacey K. Grigsby*

Stacey K. Grigsby