WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**JOINT AGREED MOTION FOR LEAVE TO FILE *DAUBERT* MOTION BRIEFING MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3** |

Pursuant to Local Rule 7-3(c), Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") (collectively "the Parties"), move for leave to file certain *Daubert* motions, responses to *Daubert* motions, and replies in excess of the page limits specified in Local Rule 7-3(b). Zuffa intends to file *Daubert* motions seeking to exclude three of Plaintiffs' expert witnesses. The parties have met and conferred, reached an agreement, and jointly move the Court to permit the parties to allocate at their discretion: 72 pages for Zuffa's three opening briefs, 72 pages for Plaintiffs' individual or combined response briefs, and 30 pages for Zuffa's individual or combined reply briefs.

The parties ask the Court to permit them to allocate the total number of pages that would normally be permitted under Local Rule 7-3(b) for Zuffa's three motions and the individual or combined responses and replies related to those motions at their discretion, rather than limiting each individual motion to 24 pages, except as to the replies, which would be limited to 30 pages (rather than 36) in the aggregate. As Zuffa currently intends to file *Daubert* motions as to three experts, the total number of pages each party has to present and oppose *Daubert* briefing will remain the same for Zuffa's opening briefing and Plaintiffs' response to the opening briefing and the page limit will be reduced by six pages as to Zuffa's replies. Plaintiffs do not intend to file *Daubert* motions.

The table below summarizes the Parties' proposal:

| Brief | Current LR 7-3(b) Limit | Proposed Limit |
|---|---|---|
| Zuffa's *Daubert* motions; (Zuffa intends to file three *Daubert* motions). | 24 pages per motion, 72 pages in the aggregate | 72 pages in total for three *Daubert* motions, allocated between the motions at Zuffa's discretion. |
| Plaintiffs' responses to Zuffa's *Daubert* motions. | 24 pages per motion, 72 pages in the aggregate | 72 pages total for Plaintiffs' combined or individual responsive brief(s) to Zuffa's *Daubert* motions, allocated between the responses at Plaintiffs' discretion. |
| Zuffa's replies in support of its *Daubert* motions. | 12 pages per motion, 36 pages in the aggregate | 30 pages total for Zuffa's reply combined or individual brief(s) in support of its *Daubert* motions, allocated between the motions at Zuffa's discretion. |

The Parties have good cause to seek to exceed the Local Rule 7-3(b) page limits as the expert reports at issue in Zuffa's *Daubert* motions are detailed and the issues to be addressed in the Parties' *Daubert* briefing are, in Zuffa's view, substantial and susceptible of lengthy exposition. *See* Declaration of Nicholas A. Widnell in Support of the Parties' Joint Agreed Motion for Leave to File *Daubert* Motion Briefing Materials in Excess of Page Limits Imposed By Local Rule 7-3 ¶¶ 6-12. For these reasons, good cause exists to grant an extension of the Local Rule 7-3(b) page limits. *See Jacobs v. Clark Cty. Sch. Dist.*, 373 F. Supp. 2d 1162, 1168 (D. Nev. 2005) (granting a motion to exceed the page limit requirements of the District of Nevada's Local Rules where the issues to be addressed "are substantial and susceptible of lengthy exposition").

The Parties respectfully request that the Court find that good cause exists and that the Court grant leave to file *Daubert* briefing materials in excess of the page limits specified by Local Rule 7-3(b) as specified above.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

JT. MOT. FOR LEAVE TO FILE *DAUBERT* MATERIALS IN EXCESS OF PAGE LIMITS

| | | |
|---|---|---|
| 1 | Dated: February 14, 2018 | Dated: February 14, 2018 |
| 2 | | |
| 3 | **BERGER & MONTAGUE, P.C.** | **BOIES SCHILLER FLEXNER LLP** |
| | By: */s/ Eric L. Cramer* | By: */s/ Nicholas A. Widnell* |
| 4 | Eric L. Cramer (admitted *pro hac vice*) | William A. Isaacson (admitted *pro hac vice*) |
| | Michael Dell'Angelo (admitted *pro hac vice*) | Stacey K. Grigsby (admitted *pro hac vice*) |
| 5 | Patrick Madden (admitted *pro hac vice*) | Nicholas A. Widnell (admitted *pro hac vice*) |
| | Mark F. Suter (admitted *pro hac vice*) | 1401 New York Ave, NW |
| 6 | 1622 Locust Street | Washington, D.C. 20005 |
| 7 | Philadelphia, Pennsylvania 19103 | Phone: (202) 237-2727/Fax: (202) 237-6131 |
| | Phone: (215) 875-3000/Fax: (215) 875-4604 | wisaacson@bsfllp.com |
| 8 | ecramer@bm.net | sgrigsby@bsfllp.com |
| | mdellangelo@bm.net | nwidnell@bsfllp.com |
| 9 | pmadden@bm.net | |
| 10 | *Co-Lead Counsel for the Classes and* | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| | *Attorneys for Individual and Representative* | |
| 11 | *Plaintiffs Cung Le, Nathan Quarry, Jon* | **CAMPBELL & WILLIAMS** |
| | *Fitch, Luis Javier Vazquez, Brandon Vera,* | Donald J. Campbell (State Bar No. 1216) |
| 12 | *and Kyle Kingsbury* | J. Colby Williams (State Bar No. 5549) |
| 13 | | 700 South 7th Street |
| | **COHEN MILSTEIN SELLERS** | Las Vegas, Nevada 89101 |
| 14 | **& TOLL, PLLC** | Phone: (702) 382-5222/Fax: (702) 382-0540 |
| | Benjamin D. Brown (admitted *pro hac vice*) | djc@campbellandwilliams.com |
| 15 | Richard A. Koffman (admitted *pro hac vice*) | jcw@campbellandwilliams.com |
| | Daniel Silverman (admitted *pro hac vice*) | |
| 16 | 1100 New York Ave., N.W., | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| | Suite 500, East Tower | Ultimate Fighting Championship and UFC |
| 17 | Washington, D.C. 20005 | |
| | Phone: (202) 408-4600/Fax: (202) 408 4699 | **BOIES SCHILLER FLEXNER LLP** |
| 18 | bbrown@cohenmilstein.com | Richard J. Pocker (State Bar No. 3568) |
| 19 | rkoffman@cohenmilstein.com | 300 South Fourth Street, Suite 800 |
| | dsilverman@cohenmilstein.com | Las Vegas, Nevada 89101 |
| 20 | | Phone: (702) 382-7300/Fax: (702) 382-2755 |
| | *Co-Lead Counsel for the Classes and* | rpocker@bsfllp.com |
| 21 | *Attorneys for Individual and Representative* | |
| | *Plaintiffs Cung Le, Nathan Quarry, Jon* | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| 22 | *Fitch, Luis Javier Vazquez, Brandon Vera,* | Ultimate Fighting Championship and UFC |
| | *and Kyle Kingsbury* | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | **JOSEPH SAVERI LAW FIRM, INC.** |
| 2 | Joseph R. Saveri (State Bar No. 130064) |
|   | Joshua P. Davis (admitted *pro hac vice*) |
| 3 | Kevin E. Rayhill (admitted *pro hac vice*) |
|   | Jiamin Chen (admitted *pro hac vice*) |
| 4 | 555 Montgomery Street, Suite 1210 |
|   | San Francisco, California 94111 |
| 5 | Phone: (415) 500-6800/Fax: (415) 395-9940 |
|   | jsaveri@saverilawfirm.com |
| 6 | jdavis@saverilawfirm.com |
| 7 | krayhill@saverilawfirm.com |
|   | jchen@saverilawfirm.com |
| 8 | |
| 9 | *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* |
| 10 | |
| 11 | |
| 12 | **Radice Law Firm, P.C.** |
|    | John D. Radice (admitted *pro hac vice*) |
| 13 | 34 Sunset Blvd |
|    | Long Beach, NJ 08008 |
| 14 | jradice@radicelawfirm.com |
| 15 | *Attorneys for Plaintiffs* |
| 16 | **WOLF, RIFKIN, SHAPIRO,** |
| 17 | **SCHULMAN & RABKIN, LLP** |
|    | Don Springmeyer |
| 18 | Nevada Bar No. 1021 |
|    | Bradley S. Schrager |
| 19 | Nevada Bar No. 10217 |
|    | Justin C. Jones |
| 20 | Nevada Bar No. 8519 |
|    | 3556 E. Russell Road, Second Floor |
| 21 | Las Vegas, Nevada 89120 |
|    | (702) 341-5200/Fax: (702) 341-5300 |
| 22 | dspringmeyer@wrslawyers.com |
|    | bschrager@wrslawyers.com |
| 23 | jjones@wrslawyers.com |
| 24 | |
| 25 | *Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **WARNER ANGLE HALLAM JACKSON & FORMANEK PLC** |
| 2 | Robert C. Maysey (admitted *pro hac vice*) |
|   | Jerome K. Elwell (admitted *pro hac vice*) |
| 3 | 2555 E. Camelback Road, Suite 800 |
|   | Phoenix, Arizona 85016 |
| 4 | Phone: (602) 264-7101/Fax: (602) 234-0419 |
|   | rmaysey@warnerangle.com |
| 5 | jelwell@warnerangle.com |

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**ATTESTATION OF FILER**

The signatories to this document are myself and Eric Cramer, and I have obtained Mr. Cramer's concurrence to file this document on his behalf.

Dated: February 14, 2018                              */s/ Nicholas A. Widnell*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Parties' Joint Agreed Motion for Leave to File *Daubert* Motion Briefing Materials in Excess of Page Limits Imposed By Local Rule 7-3** was served on February 14, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Roderick Crawford*

Roderick Crawford, an employee of
Boies Schiller Flexner LLP