WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF NICHOLAS A. WIDNELL IN SUPPORT OF THE PARTIES' JOINT AGREED MOTION FOR LEAVE TO FILE** ***DAUBERT*** **MOTION BRIEFING MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3** |

I, Nicholas A. Widnell, declare as follows:

1. I am a member in good standing of the bar of the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I am a Partner in the law firm Boies Schiller Flexner LLP ("BSF"), counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-PAL.

2. I make this declaration in support of the Parties' Joint Agreed Motion for Leave to File *Daubert* Motion Briefing Materials in Excess of Page Limits Imposed By Local Rule 7-3.

3. Based on my review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

4. Counsel for Zuffa met and conferred with counsel for Plaintiffs regarding modifying the page limits related to Zuffa's *Daubert* briefing. The parties reached an agreement regarding modification of the page limits as specified in District of Nevada Local Rule 7-3(b).

5. The parties request that the Court permit Zuffa to file *Daubert* motions seeking to exclude the testimony of three of Plaintiffs' experts of up to 72 pages in length in the aggregate with those pages allocated between the motions at Zuffa's discretion, permit Plaintiffs to file responses to those motion of up to 72 pages in length in the aggregate with those pages allocated between Plaintiffs' responses at their discretion, and permit Zuffa to file a single reply brief in support of its *Daubert* motions of up to 30 pages in length in the aggregate with those pages allocated between the three motions at Zuffa's discretion.

6. This case was filed in December 2015. Since that time, the parties have engaged in extensive fact and expert discovery, involving several million documents, more than 50 depositions, and have filed more than nine-hundred pages of expert reports.

7. Excluding exhibits, resumes, errata and appendices, Plaintiffs' opening expert reports for its three expert reports totaled 316 pages.

8. Excluding exhibits, resumes, errata and appendices, Zuffa's opposition expert reports for its five expert reports totaled 255 pages.

9. Excluding exhibits, resumes, errata and appendices, Plaintiffs' rebuttal expert reports

1    for its four expert reports totaled 284 pages.

2    10.    In total, the parties have exchanged 855 pages of opening, opposition, and rebuttal expert reports.

11.    The parties have deposed each of the other side's experts.

12.    The expert methodologies that are the subject of *Daubert* motions involve regression analysis and economic theory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 14th day of February, 2018 in Washington, D.C.

                                           */s / Nicholas A. Widnell*
                                           Nicholas A. Widnell

WIDNELL DECL. ISO JT. MOT. FOR LEAVE TO FILE *DAUBERT* MAT. IN EXCESS OF PG. LIMITS      Case No.: 2:15-cv-01045-RFB-(PAL)