WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT AGREED MOTION FOR LEAVE TO FILE *DAUBERT* MOTION BRIEFING MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3** |

**[PROPOSED] ORDER**

Before this Court is the Parties' Joint Agreed Motion for Leave to File *Daubert* Motion Briefing Materials in Excess of Page Limits Imposed By Local Rule 7-3 filed by Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") (collectively "the Parties").

The Court finds that good cause exists and that a modification to the limits specified in District of Nevada Local Rule 7-3(b) is appropriate. Therefore, it is ordered that the page limits for the briefing related to the Parties' *Daubert* motions seeking to exclude experts are modified as follows:

| **Brief** | **New Limit** |
|---|---|
| Zuffa's three *Daubert* motions. | 72 pages in total for three briefs addressing three *Daubert* motions, allocated between the motions at Zuffa's discretion. |
| Plaintiffs' responses to Zuffa's *Daubert* motions. | 72 pages in total for a single combined brief or individual briefs addressing Plaintiffs' responses to Zuffa's *Daubert* motions, allocated between the responses at Plaintiffs' discretion. |
| Zuffa's reply in support of its *Daubert* motions. | 30 pages in total for Zuffa's single or combined reply brief(s) in support of its *Daubert* motions, allocated between the motions at Zuffa's discretion. |

IT IS SO ORDERED.

DATED: _____, 2018          By: _____
                                           Hon. Richard F. Boulware
                                           UNITED STATES DISTRICT JUDGE