Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax:    (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
jchen@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS FOR JOSEPH SAVERI LAW FIRM, INC.** |

TO THE COURT AND THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Joseph Saveri Law Firm, Inc., has changed its address. The new address for the firm is 601 California Street, Suite 1000, San Francisco, CA 94108. The firm requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served to the new address. The firm's telephone and facsimile numbers and email domain name remain unchanged.

DATED this 16th day of February, 2018.

**JOSEPH SAVERI LAW FIRM, INC.**

By:   /s/ Joseph R. Saveri

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax:    (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
jchen@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2018, a true and correct copy of **NOTICE OF CHANGE OF FIRM ADDRESS FOR JOSEPH SAVERI LAW FIRM, INC.** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By:  */s/ Joseph R. Saveri*