1  WILLIAM A. ISAACSON (*Pro Hac Vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro Hac Vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro Hac Vice*)
   (nwidnell@bsfllp.com)
4  BOIES, SCHILLER & FLEXNER LLP
5  1401 New York Avenue, NW, 11th Floor, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES, SCHILLER & FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF ZUFFA, LLC'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT GUY DAVIS UNDER FED. R. EVID. 702 AND *DAUBERT***<br><br>**[FILED UNDER SEAL]** |

APPENDIX OF EXHIBITS IN SUPPORT OF ZUFFA, LLC'S MOTION

## APPENDIX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC submits this Appendix of Exhibits in Support of Zuffa, LLC's Motion to Exclude the Testimony of Plaintiffs' Expert Guy Davis Under Fed. R. Evid. 702 and *Daubert*. The documents listed below are attached as exhibits to the Declaration of Nicholas A. Widnell in Support of Zuffa, LLC's Motion to Exclude the Testimony of Plaintiffs' Expert Guy Davis Under Fed. R. Evid. 702 and *Daubert*.

| Exhibit | Description | Date |
|---|---|---|
| 1 | Expert Opening Report of Guy A. Davis | 8/31/2017 |
| 2 | Transcript Excerpts from First Deposition of Guy A. Davis | 9/19/2017 |
| 3 | Expert Rebuttal Report of Guy A. Davis | 1/12/2018 |
| 4 | Transcript Excerpts from Second Deposition of Guy A. Davis | 1/30/2018 |
| 5 | Expert Opposition Report of Elizabeth Kroger Davis | 10/27/2017 |

DATED:  February 16, 2018                BOIES SCHILLER & FLEXNER LLP

By: */s/ Nicholas A. Widnell*
Nicholas A. Widnell
Attorney for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC