1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, NW
5  Washington, DC 20005
   Tel: (202) 237-2727; Fax: (202) 237-6131
6
   RICHARD J. POCKER #3568
7  (rpocker@bsfllp.com)
   BOIES SCHILLER FLEXNER LLP
8  300 South Fourth Street, Suite 800
   Las Vegas, Nevada 89101
9  Tel: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS  #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
   700 South 7th Street
13 Las Vegas, Nevada 89101
   Tel: (702) 382-5222; Fax: (702) 382-0540
14
   *Attorneys for Defendant* Zuffa, LLC, d/b/a
15 Ultimate Fighting Championship and UFC

16

17                **UNITED STATES DISTRICT COURT**

18                     **DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF NICHOLAS A. WIDNELL IN SUPPORT OF ZUFFA, LLC'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT GUY A. DAVIS UNDER FED. R. EVID. 702 AND *DAUBERT*** |

I, Nicholas A. Widnell, declare as follows:

1. I am a member in good standing of the bar of the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I am a Partner in the law firm Boies Schiller Flexner LLP ("BSF"), counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-PAL.

2. I make this declaration in support of Zuffa's Motion to Exclude the Testimony of Plaintiffs' Expert Guy A. Davis (the "Motion").

3. Based on my review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

4. Attached as Exhibit 1 is a true and correct copy of the expert opening report of Guy A. Davis, dated August 31, 2017.

5. Attached as Exhibit 2 is a true and correct copy of excerpted pages from the transcript of the first deposition of Guy A. Davis, dated September 19, 2017.

6. Attached as Exhibit 3 is a true and correct copy of the expert rebuttal report of Guy A. Davis, dated January 12, 2018.

7. Attached as Exhibit 4 is a true and correct copy of excerpted pages from the transcript of the second deposition of Guy A. Davis, dated January 30, 2018.

8. Attached as Exhibit 5 is a true and correct copy of the expert opposition report of Zuffa's expert Elizabeth Kroger Davis, dated October 27, 2017.

9. The only modifications to these documents are redactions for confidentiality in the versions filed on the public docket and red boxes used to highlight material cited in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 16th day of February, 2018 in Washington, DC.

*/s/ Nicholas A. Widnell*
Nicholas A. Widnell