**BERGER & MONTAGUE, P.C.**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (215) 875-3000
Fax:  (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*(Additional counsel appear on signature page)*

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Brandon Vera, and Kyle Kingsbury*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**INDEX OF EXHIBITS TO DECLARATION OF ERIC L. CRAMER, ESQ.** |

**INDEX OF EXHIBITS TO DECLARATION OF ERIC L. CRAMER, ESQ.**

Pursuant to Local Civil Rule IA 10-3(d), Plaintiffs submit this Index of Exhibits to the Declaration of Eric L. Cramer, Esq.

| Exhibit Number | Description |
|---|---|
| 1 | Expert Report of Hal J. Singer, Ph.D. (August 31, 2017) |
| 2 | Rebuttal Expert Report of Hal J. Singer, Ph.D. (January 12, 2018) |
| 3 | Expert Report of Andrew Zimbalist in *Cung Le, et al. v. Zuffa, LLC* (August 30, 2017) |
| 4 | Expert Rebuttal Report of Andrew Zimbalist (December 26, 2017) |
| 5 | Expert Rebuttal Report of Professor Alan Manning (January 12, 2018) |
| 6 | Expert Report of Guy Davis, CPA, CIRA, CDBV, CFE (August 31, 2017) |
| 7 | Rebuttal Expert Report of Guy Davis, CPA, CIRA, CDBV, CRE (January 12, 2018) |
| 8 | Deposition of Hal J. Singer, Ph.D. Exhibit 2 (September 27, 2017) - UFC - Hal Singer Report - Errata I |
| 9 | Deposition of Hal J. Singer, Ph.D. Exhibit 3 (September 27, 2017) - UFC - Hal Singer Report - Errata II |
| 10 | Deposition of Andrew Zimbalist, Ph.D. Exhibit 2 (September 25, 2017) - Errata to the Expert Report of Andrew Zimbalist in *Cung Le et al. v. Zuffa, LLC* |
| 11 | Expert Report of Professor Robert H. Topel (October 27, 2017) (excerpted) |
| 12 | Expert Report of Paul Oyer (October 27, 2017) (excerpted) |
| 13 | 30(b)(6) Deposition of Kirk D. Hendrick (November 29, 2016) (excerpted) |
| 14 | Deposition of Kurt Otto (February 6, 2017) (excerpted) |
| 15 | Deposition of Jeremy Lappen (February 28, 2017) (excerpted) |
| 16 | Deposition of Lorenzo J. Fertitta (March 23, 2017) (excerpted) |
| 17 | Deposition of Sean Shelby (April 12, 2017) (excerpted) |
| 18 | 30(b)(6) Deposition of Drew Goldman (April 28, 2017) (excerpted) |
| 19 | Deposition of Joseph Silva (June 7, 2017) (excerpted) |
| 20 | Deposition of Scott Coker (August 3, 2017) (excerpted) |
| 21 | Deposition of Dana F. White (August 9, 2017 – Vol. 2) (excerpted) |
| 22 | Deposition of Paul Oyer (November 29, 2017) (excerpted) |
| 23 | Deposition of Robert H. Topel (December 5, 2017) (excerpted) |
| 24 | Deposition of Robert H. Topel (December 6, 2017) (excerpted) |
| 25 | Deposition of Roger D. Blair, Ph.D. (December 8, 2017) (excerpted) |
| 26 | ZFL-1240584 |
| 27 | ZFL-1376378 |
| 28 | ZFL-1384297 (excerpted) |
| 29 | ZFL-1391183 |
| 30 | ZFL-1421551 |
| 31 | ZFL-2469208 |
| 32 | ZFL-12543287 |
| 33 | ZUF-00031544 |
| 34 | ZUF-00122280 |

| Exhibit Number | Description |
|---|---|
| 35 | ZUF-00162329 (excerpted) |
| 36 | ZUF-00296703 |
| 37 | ZUF-00336384 |
| 38 | DB-ZUFFA-00006389 (excerpted) |
| 39 | DB-ZUFFA-00006712 (excerpted) |
| 40 | RAINE0020633 (excerpted) |
| 41 | WME_ZUFFA_00001150 (excerpted) |
| 42 | 30(b)(6) Deposition of Jeff Quinn Exhibit 3 (excerpted) |
| 43 | *Le v. Zuffa* - Motion to Dismiss Hearing Transcript (September 25, 2015) (excerpted) |
| 44 | Roger Blair, Sports Economics (Cambridge University Press 2012) (excerpted) |
| 45 | *Dana White stands by "pay for rankings" claim, says UFC is the NFL of MMA*, MMA Junkie (June 14, 2010), available at http://mmajunkie.com/2010/06/dana-white-stands-by-pay-for-rankings-claim-says-ufc-is-the-nfl-of-mixed-martial-arts. |
| 46 | *UFC President Dana White Discusses Heavyweight Partnership with EA Sports*, Fortune.com (June 17, 2014), available at http://fortune.com/2014/06/17/dana-white-ufc-q-a/. |
| 47 | Defendant Zuffa, LLC's Responses to Plaintiffs' Second, Third, and Fourth Set of Requests for Admission (May 8, 2017) (excerpted) |
| 48 | Deposition of Dana F. White (August 9, 2017 – Vol. 1) (excerpted) |

2

**INDEX OF EXHIBITS TO DECLARATION OF ERIC L. CRAMER, ESQ.**

| | |
|---|---|
| Dated: February 16, 2018 | Respectfully Submitted, |
| | By: /s/ Eric L. Cramer |
| | Eric L. Cramer |

Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

Joseph R. Saveri (*Pro Hac Vice*)
Joshua P. Davis (*Pro Hac Vice*)
Jiamin Chen (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
jchen@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

**Co-Lead Class Counsel**

3
**INDEX OF EXHIBITS TO DECLARATION OF ERIC L. CRAMER**

**Liaison Counsel for the Class**

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Phone: (702) 341-5200/Fax (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

**Additional Counsel for the Classes**:

Robert C. Maysey (*Pro Hac Vice*)
Jerome K. Elwell (*Pro Hac Vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Frederick S. Schwartz (*pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

William G. Caldes (admitted *pro hac vice*)
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
wcaldes@srkw-law.com

John D. Radice (admitted *pro hac vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Phone: (646) 245-8502
jradice@radicelawfirm.com

4
**INDEX OF EXHIBITS TO DECLARATION OF ERIC L. CRAMER**