# Exhibit 6

## Expert Report of Guy Davis, CPA, CIRA, CDBV, CFE

## (August 31, 2017)

**PUBLIC COPY - REDACTED**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| _____ | ) |
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | ) ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

EXPERT REPORT OF

GUY A. DAVIS, CPA, CIRA, CDBV, CFE

Pursuant to Rule 26
of the Federal Rules of Civil Procedure

_____

August 31, 2017

PUBLIC COPY - REDACTED

# TABLE OF CONTENTS

                                                                                PAGE

A.   Qualifications ………………………………………………………..           5

B.   Assignment ………………………………………………………….           8

C.   Factual Background – History of Zuffa, LLC and the UFC ……….……………….    11

D.   Summary of Calculations and Opinions ………….…………………………….     16

E.   Analysis and Findings …………………………………………………….         20

     E.1   Historical Sources of Capital
     E.2   Historical Uses of Capital
     E.3   Value Conferred to Equity Holders
     E.4   Value Conferred to Fighters
     E.5   Zuffa's Financial Capacity to Enhance Compensation to Fighters
     E.6   Zuffa's Accounting Treatment of Intangible Assets

F.   Conclusion…………………………………………………………….          37

G.   Documents and Information Relied Upon…………………………………………...    39

H.   Expert's Compensation …………………………………………………….        41

PUBLIC COPY - REDACTED

# LIST OF EXHIBITS

| | Exhibit |
|---|---|
| Income Statement and EBITDA Calculation | 1 |
| Zuffa, LLC Debt Profile | 2 |
| Zuffa, LLC Debt Amortization Schedule for Debt Financed Distributions | 3 |
| Fight-Related Compensation | 4 |
| Fighter Benefits | 5 |
| Documents and Information Relied Upon | 6 |
| Resume and Testimony Experience of Guy A. Davis, CPA, CIRA, CDBV, CFE | 7 |

PUBLIC COPY - REDACTED

*SECTION A*

# QUALIFICATIONS

PUBLIC COPY - REDACTED

## A.   Qualifications

1)   I, Guy A. Davis, am a Managing Director in the Restructuring and Litigation Services practice ("RLS") of Protiviti Inc., an international risk-management consulting firm with more than 70 offices in over 20 countries and over 3,700 employees.  I was a co-founder of PENTA Advisory Services, LLC ("PENTA"), the predecessor entity to Protiviti's RLS practice, and currently lead Protiviti's Richmond, Virginia office.

2)   Over the past 28 years, I have performed a variety of forensic accounting and financial consulting services in bankruptcies, distressed environments, and other contexts, including in areas such as operations management, asset liquidation, debt restructuring, asset recovery, fraud investigation, and financial analysis.  I have prepared plans of reorganization, business valuations, liquidation analyses, preference and fraudulent conveyance analyses, cash flow projections, and other related analyses typically required by debtors and creditors in insolvency or distressed situations.  I have also served as acting Chief Financial Officer of debtor organizations, court-approved Chief Liquidation Officer, claims and disbursing agent, and as accountant to Chapter 7 and Chapter 11 trustees, creditor committees, and equity committees.  I have also testified as an expert witness in multiple U.S. District, Bankruptcy, and state courts across the country.

3)   During this time, I have served as a financial advisor and/or expert witness in many litigation matters, including fraudulent conveyance, preference recovery, breach of contract, D&O liability, accounting malpractice, patent infringement and reasonable royalty, employment dispute, Ponzi scheme, shareholder dispute, franchise termination, regulatory compliance, marital dissolution, and tax fraud.  I have provided these services on behalf of corporations, partnerships, governmental agencies, individuals, class action plaintiffs, sureties, and financial institutions.

4)   I have performed numerous business valuations for use in bankruptcy, estate planning, the purchase and sale of businesses, litigation matters, and loan collateral analysis.  I have also assisted clients in raising debt and equity capital and purchasing or selling portions or all of a business enterprise.  These services included developing comprehensive business plans, developing and evaluating financial analysis of economic returns, assessing management compatibility and operational synergies, evaluating stock versus asset transactions, and representing potential lenders and investors.

PUBLIC COPY - REDACTED

5)    My financial consulting and valuation experience spans a broad range of industries, including, but not limited to, financial services, resort and hospitality, health care, professional sports, retail, banking, communications, wholesale distribution food service, equipment manufacturing, furniture rental, electric and nuclear power generation, insurance, pharmaceutical manufacturing, equipment leasing, steel fabrication, ship repair, heavy highway construction, and mining.

6)    I am a Certified Public Accountant (CPA), a Certified Insolvency and Restructuring Advisor (CIRA), a Certified Fraud Examiner (CFE), and hold a Certification in Distressed Business Valuation (CDBV).  I have a Masters Degree in Business Administration from Loyola College in Maryland and a Bachelors of Science in Business Administration (cum laude) from the University of Richmond with a concentration in Finance.

7)    In 2007, I was inducted as a fellow into the American College of Bankruptcy (the "College"), an honorary association of bankruptcy and insolvency professionals, including distinguished judges, attorneys, law professors, U.S. trustees, and financial advisors.  Nominees for induction to the College are invited to join based on the highest standards of professionalism and service to the profession.

8)    I co-authored the Bankruptcy Tax and Accounting section of the Virginia CLE and the Virginia Law Foundation's Bankruptcy Practice in Virginia publication.  I also authored and presented "Mark-to-Market Accounting and FASB 157 – The Impact on the Current Financial Crisis" for the American College of Bankruptcy 2009 Annual Meeting in Washington D.C.  Over the past 15 years, I have taught several continuing education courses to accountants and attorneys on the topics of bankruptcy, accounting, solvency, valuation, and forecasting techniques.  A more detailed description of my experience and qualifications and a listing of my trial and deposition testimony experience are provided as Exhibit 7.

PUBLIC COPY - REDACTED

*SECTION B*

# ASSIGNMENT

PUBLIC COPY - REDACTED

## B.   Assignment

9)      Counsel for the Class Plaintiffs[1] have engaged Protiviti to provide financial advisory and litigation support services under my direction in connection with the above-captioned litigation.  Specifically, Class Counsel have given Protiviti the following assignments:

*#1:   Sources of Capital* – For the periods (a) from 2005 to the present, and (b) during the Class Period,[2] calculate defendant Zuffa, LLC's ("Zuffa") aggregate sources of capital, including, without limitation, proceeds received from operations (earnings before interest, taxes, depreciation, and amortization, or "EBITDA"), debt financing, sale of equity, and Zuffa investors.

*#2:   Uses of Capital* - For the periods (a) from 2005 to the present, and (b) during the Class Period, calculate Zuffa's uses of capital, including amounts Zuffa used to fund, *inter alia*, distributions to Zuffa equity holders, debt, interest payments, capital expenditures, acquisitions, and working capital requirements.

*#3:   Value to Equity Holders*  - For the periods (a) from 2005 to the present, and (b) during the Class Period, analyze Zuffa's financial records to determine the aggregate amount Zuffa paid to, or the value of benefits Zuffa conferred upon, Zuffa equity holders.

*#4:   Value to Fighters* - For the periods (a) from 2005 to the present, and (b) during the Class Period, analyze Zuffa's financial records to determine the aggregate amount Zuffa paid to, or the value of benefits Zuffa conferred upon, its Bout Class[3] and Identity Class[4] fighters.

---

[1] Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Class Plaintiffs" or "Plaintiffs").
[2] The Class Period technically spans from December 16, 2010 until the anticompetitive scheme alleged in the Consolidated Class Action Complaint ceases.  However, due to data limitations, analyses of the Class Period in this report are limited to the period ending December 31, 2016.
[3] All persons who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States during the Class Period.  The Bout Class excludes all persons who are not residents or citizens of the United States unless the UFC paid such persons for competing in a bout fought in the United States.
[4] Identity Class includes each and every UFC fighter whose identity was expropriated or exploited by the UFC, including in UFC licensed merchandise and/or UFC promotional materials, during the Class Period in the United States.

PUBLIC COPY - REDACTED

*#5:  Financial Capacity* - For the periods (a) from 2005 to the present, and (b) during the Class Period, determine whether Zuffa, under the direction of its owners, board of directors, and/or senior management, had the financial capacity to pay more compensation to its fighters than the actual amounts paid.

*#6:  Acquisition Accounting* - Determine if Zuffa's accounting treatment for non-compete agreements related to acquisitions from 2001 to 2011 is consistent with the recommended accounting treatment set forth in Zuffa's 2007 Intangible Asset Treatment Discussion Memorandum ("Intangible Asset Memo").[5]

---

[5] The Intangible Asset Memo is a document that we understand was likely prepared by Zuffa in 2007. It examines the nature of the various intangible assets that Zuffa acquired in connection with its purchase of the UFC brand, World Extreme Cagefighting ("WEC"), and the World Fighting Alliance ("WFA").

PUBLIC COPY - REDACTED

*SECTION C*

# FACTUAL BACKGROUND -
# HISTORY OF ZUFFA, LLC AND THE UFC

PUBLIC COPY - REDACTED

## C.    Factual Background – History of Zuffa, LLC and the UFC

10)    In 1993, Robert Meyrowitz formed the Ultimate Fighting Championship ("UFC"), which, at the time, was a "no holds barred," unregulated fighting competition viewed by many as uncivilized and barbaric.  At one time it was outlawed in thirty-six states.[6]

11)    In 2001, Lorenzo and Frank Fertitta, owners of the Station casinos in Summerlin, Nevada, purchased the UFC through their company, Zuffa, LLC, for $2 million.  They retained Dana White to promote the fighters and the brand, and granted him a 10% equity interest in Zuffa.

12)    

13)

14)

---

[6] Matt Connelly, *New York To Legalize MMA: Why It Took So Long, And What It Means Going Forward.* Forbes, Mar. 23, 2016 (https://www.forbes.com/sites/mattconnolly/2016/03/23/new-york-to-legalize-mma-why-it-took-so-long-and-what-it-means-going-forward/print/).
[7] Zuffa LLC Capital Contribution Summary as of 12/31/13 (ZFL-1062702, "Contributions" tab) and Houlihan Lokey's Zuffa Valuation as of March 31, 2006 (ZFL-1677117).
[8] Per Zuffa LLC's audited financial statements.
[9] Zuffa LLC Intangible Asset Treatment Discussion Memo (ZLF-1240584).

PUBLIC COPY - REDACTED

15) 

---

[10] Zuffa LLC's 2006 and 2007 audited financial statements (ZFL 0000169-187 and ZFL 0000113-135).
[11] Zuffa LLC's 2007 audited financial statements (ZFL 0000113-135).
[12] Zuffa LLC's 2009 audited financial statements (ZFL 0000007-30).
[13] Zuffa LLC's 2012 audited financial statements (ZFL 0000188-220).  Per Zuffa's internally prepared debt amortization schedule (ZFL 1062702).
[14] Zuffa LLC's 2013 audited financial statements (ZFL 0000221-255).
[15] Zuffa LLC's 2014 audited financial statements (ZFL 0000136-168).

PUBLIC COPY - REDACTED

16)    See <u>Exhibit 2</u> for a profile of each of the aforementioned loans.



17)

18)

19)

[16] Scott Hamm, *Online interest in UFC skyrockets while NASCAR, NFL and NHL fall.* Neilsen, Jul. 8, 2009 (http://www.nielsen.com/us/en/insights/news/2009/online-interest-in-ufc-skyrockets-while-nascar-nfl-and-nhl-fall-2.html).
[17] Zuffa LLC's 2009 audited financial statements (ZFL 0000007-30) and *Abu-Dhabi-owned Flash Entertainment buys 10 percent of UFC's parent company.* MMA Junkie, Jan. 12, 2010 (http://mmajunkie.com/2010/01/abu-dhabi-owned-flash-entertainment-buys-10-percent-of-ufcs-parent-company).
[18] We have not received information about distributions to equity in 2016.

PUBLIC COPY - REDACTED

20)



21)     The UFC continues to operate today under the direction of Dana White and WME|IMG ownership
and is the largest MMA promoter in North America.

---

[21] Securities Purchase Agreement and Disclosure Schedules (RAINE 0016835-17717) and Goldman Sachs Offering Memorandum
(ZFL 2649918-89; Bidarian Deposition Exhibit 12).

PUBLIC COPY - REDACTED

*SECTION D*

# SUMMARY OF CALCULATIONS AND OPINIONS

PUBLIC COPY - REDACTED

## D.    Summary of Calculations and Opinions

22)

---

[22] Our analysis incorporates Zuffa's financial data through December 31, 2016 unless otherwise indicated.  The 2017 financial data provided was incomplete.

PUBLIC COPY - REDACTED



---

[23] We do not have available to us information about distributions to equity in 2016 prior to the WME|IMG sale.

PUBLIC COPY - REDACTED



PUBLIC COPY - REDACTED

*SECTION E*

# ANALYSIS AND FINDINGS

PUBLIC COPY - REDACTED

# E.      Analysis and Findings

23)    To complete our assignment, Protiviti, under my direction, reviewed several documents produced in discovery, including Zuffa's audited financial statements, internal profit and loss reports, compensation and shareholder distribution workpapers, debt amortization schedules, and other accounting and financial documents.   We also reviewed deposition transcripts, select e-mail correspondence, and confidential offering memorandums, as well as conducted independent research.  A detailed list of our documents relied upon is included in <u>Exhibit 6</u> to this report.

24)    The narrative and tables below provide a description of the analyses performed and the foundation of my conclusions.

## E.1    Historical Sources of Capital

25)    ███████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████████████████

█████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████

PUBLIC COPY - REDACTED



26)

---

[24] Zuffa LLC's 2009 audited financial statements (ZFL 0000007-30).
[25] Zuffa LLC's 2009 audited financial statements (ZFL 0000007-30) and Zuffa's internally prepared Debt Financed Distributions excel file (ZFL 1062702).

PUBLIC COPY - REDACTED



## E.2   Historical Uses of Capital

27)   

PUBLIC COPY - REDACTED

28) █████████████████████████████████████████████████████
█████████████████████████████████████████████████████
███████████████████████

## E.3   Value to Zuffa Equity Holders

29) █████████████████████████████████████████████████████
█████████████████████████████████

<u>Cash Distributions to Zuffa Equity Holders</u>
30) █████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████

31) █████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

PUBLIC COPY - REDACTED

32) 

33) ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████

[26] We do not currently have information on distributions to the Original Equity Holders or January Capital in 2016.

PUBLIC COPY - REDACTED

Other Value Conferred to Zuffa Equity Holders

34) 

*Interest Payments*

35)

PUBLIC COPY - REDACTED

*Aviation Expenses*

36) 

37)



PUBLIC COPY - REDACTED



*Management Fees*

38)

PUBLIC COPY - REDACTED

Total Other Value Conferred to Equity Holders

39)



WME|IMG Sale Proceeds

40)

PUBLIC COPY - REDACTED

41) ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████

<u>Total Value Conferred to Equity Holders</u>

42) ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████



## E.4    Compensation and Benefits Paid to Fighters

43)   Zuffa paid its fighters primarily for participating in UFC-promoted live MMA events ("Bout Related Compensation").  Zuffa also paid royalties and license fees to certain current and/or former fighters for the use of fighters' names or likenesses in connection with UFC licensed merchandise or UFC promotional material ("UFC Identity Payments").  Our analysis of fighter compensation addresses each compensation type separately.

<u>Bout Related Compensation</u>

44) ███████████████████████████████████████
███████████████████████████████████████

───────────────────────

30 ████████████████████████████████████

PUBLIC COPY - REDACTED

███████████████████████████████████████
███████████████████

45) ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████

46) ███████████████████████████████████████
███████████████████████████████████████
█████████████████████████



47)   The compensation statistics above include all fighters with whom the UFC contracted directly and those that were acquired by acquisition of other MMA promoters.  A more detailed statistical analysis of the UFC fighters is provided in <u>Exhibit 4</u>.

PUBLIC COPY - REDACTED

UFC Identity Payments

48) 

Other Value Conferred by Zuffa to UFC Fighters

49)

---

[31] At this time, we have only received information on UFC Identity Payments from 2009 to 2015.  The analysis will be updated should we be provided the UFC Identity Payments data for 2016.

PUBLIC COPY - REDACTED



Total Direct Payments and Value Conferred to Fighters

50)

## E.5   Zuffa's Financial Capacity to Enhance Compensation to Fighters

51)



PUBLIC COPY - REDACTED



### E.6    Zuffa's Accounting Treatment of Intangible Assets

52) 

PUBLIC COPY - REDACTED

53) ██████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████

█████████████████████████████████████
█████████████████████████████████████
█████████████████

█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
████████████

54) ███████████████████████████████████████████████
█████████████████████████████████████

55) ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

---

<sup>32</sup> ███████████████████████████████████████████████
<sup>33</sup> Intangible Asset Memo, *supra* note 9.

PUBLIC COPY - REDACTED

████████████████████████████████████████████████████████████
████████████████████████████████████████

---

[34] Zuffa LLC's annual audit reports for 2006 (ZFL 0000169-87), 2007 (ZFL 0000113-135), 2008 (ZFL 0000064-87), 2009 (ZFL 0000007-30), 2010 (ZFL 00000880112), 2011 (ZFL 0000031-63), 2012 (ZFL 0000188-220), 2013 (ZFL 0000221-255), 2014 (ZFL 0000136-168), and 2015 (RAINE 0016846-80).

**PUBLIC COPY - REDACTED**

*SECTION F*

## CONCLUSION

PUBLIC COPY - REDACTED

## F.    Conclusion

56) ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████

PUBLIC COPY - REDACTED

*SECTION G*

## DOCUMENTS RELIED UPON

PUBLIC COPY - REDACTED

## G.   Documents Relied Upon

57)    A listing of the documents and information relied upon to form the opinions contained herein is provided in Exhibit 6.

PUBLIC COPY - REDACTED

*SECTION H*

## EXPERT'S COMPENSATION

PUBLIC COPY - REDACTED

# H.    Expert's Compensation

58)    I am compensated based on the time incurred at an hourly rate of $725 per hour.  Protiviti charges between $210 and $640 per hour for other consultants who worked on this report.  Our fees are not contingent on the outcome of this case or any other litigation matter.

59)    I reserve the right to supplement this report if information is brought to my attention between the date of this report and trial that is relevant to my conclusions.

_____                          Dated:  August 31, 2017

Guy A. Davis, CPA, CIRA, CDBV, CFE

PUBLIC COPY - REDACTED

*EXHIBIT 1*

# Income Statement and EBITDA Calculation

**PUBLIC COPY - REDACTED**

Exhibit 1



**PUBLIC COPY - REDACTED**

Exhibit 1a



PUBLIC COPY - REDACTED

*EXHIBIT 2*

# Zuffa, LLC Debt Profile

PUBLIC COPY - REDACTED



Exhibit 2

PUBLIC COPY - REDACTED

*EXHIBIT 3*

# Zuffa, LLC Debt Amortization Schedule for Debt Financed Distributions

**PUBLIC COPY - REDACTED**

Exhibit 3



PUBLIC COPY - REDACTED

Exhibit 3



PUBLIC COPY - REDACTED

Exhibit 3



PUBLIC COPY - REDACTED

Exhibit 3



PUBLIC COPY - REDACTED

Exhibit 3



[1]

**PUBLIC COPY - REDACTED**

*EXHIBIT 4*

# Fight-Related Compensation

PUBLIC COPY - REDACTED

Exhibit 4



PUBLIC COPY - REDACTED

*EXHIBIT 5*

# Fighter Benefits

**PUBLIC COPY - REDACTED**

Exhibit 5



PUBLIC COPY - REDACTED

Exh bit 5a



PUBLIC COPY - REDACTED

*EXHIBIT 6*

# Documents Relied Upon

**PUBLIC COPY - REDACTED**

Exhibit 6



PUBLIC COPY - REDACTED

Exhibit 6



PUBLIC COPY - REDACTED

Exhibit 6



PUBLIC COPY - REDACTED

Exhibit 6



PUBLIC COPY - REDACTED

Exhibit 6



PUBLIC COPY - REDACTED

*EXHIBIT 7*

# Resume and Testimony of Guy A. Davis, CPA, CIRA, CDBV, CFE

**PUBLIC COPY - REDACTED**

# Guy A. Davis
## Managing Director
## Richmond

Direct:   +1 804.644.7000
Fax:      +1 804.644.7055
E-Mail:   guy.davis@protiviti.com

## AREAS OF EXPERTISE

- Corporate Restructuring & Recovery
- Litigation & Financial Investigation

## CLIENTS SERVED

- Best Products Co., Inc.
- Alpha Natural Resources
- Fas Mart Convenience Stores
- Heilig Meyers Inc.
- Samsung
- MF Global
- Circuit City
- Adelphia
- LandAmerica
- GE Commercial Credit
- HealthSouth
- Dominion Resources
- Gen Re

## EDUCATION

- B.S., University of Richmond
- MBA, Loyola College
- American College of Bankruptcy Fellow
- Certified Public Accountant
- Certified Insolvency & Restructuring Advisor
- Certified Distressed Business Appraiser (CDBV)
- Certified Fraud Examiner

## PROFESSIONAL MEMBERSHIPS

- American College of Bankruptcy Fellows
- American Institute of Certified Public Accounts
- Association of Certified Fraud Examiners
- Association of Insolvency & Restructuring Advisors
- Virginia Society of Certified Public Accountants

## BACKGROUND

Guy A. Davis is a Managing Director with Protiviti Inc. and manages the firm's Richmond, Virginia office.  He has nearly 28 years of accounting, finance and consulting experience in the areas of corporate restructuring, commercial litigation, financial investigations, and valuation.

## PROFESSIONAL EXPERIENCE

*Corporate Restructuring* - Mr. Davis has performed a variety of financial advisory and fiduciary services to bankrupt or distressed entities, their lenders and unsecured creditors including: operations management, asset liquidation, debt restructuring, asset recovery, fraud investigation, solvency analyses, and business valuation.  He has served as acting CFO of debtor organizations, Chief Liquidation Officer, court approved claims and disbursing agent, and accountant to chapter 7 trustees.  He has also testified as an expert witness in U.S. district, bankruptcy, and circuit courts across the country.  His services have been provided to corporations and estates in the sub-prime mortgage, health care, energy, broker dealer, manufacturing, retail, insurance, furniture rental, equipment leasing, steel fabrication, ship repair, heavy highway construction, mining, and hospitality industries.

*Litigation, Financial Damages Analysis* - Mr. Davis has prepared research and analysis to determine compensatory and punitive damages related to several litigation matters involving patent infringement and reasonable royalty, breach of contract, employment disputes, negligence, franchise termination, fraudulent conveyance, and marital dissolution.  He has qualified as financial expert and/or has provided testimony on behalf of corporations, individuals, class action plaintiffs and defendants, sureties and financial institutions.

*Business Valuation* - Mr. Davis has performed numerous business valuations for use in bankruptcy, estate planning, purchase and sale of business, litigation matters and loan collateral analysis.  These valuations were for hotels, restaurants, printing companies, medical practices, construction contractors, distributors, manufacturers, retailers and others.  His significant valuation experience includes:

- Valuation of MF Global, an international Futures Commission Merchant and broker-dealer operating in 70 exchanges around the world.
- Valuation of HealthSouth, the nation's largest operator of rehabilitation hospitals.
- Valuation of K-Mart, a multi-billion dollar general merchandise retailer.

*Merger, Acquisition and Business Formation* - Mr. Davis has assisted several clients in purchasing, selling or forming an equity interest in privately held businesses.  These services included development of comprehensive business plans, evaluation and financial analysis of economic returns, assessment of management compatibility and operational synergies, evaluation of stock versus asset purchases and the tax ramifications of the transaction, and presentation to potential lenders and private placement investors.

© 2016 Protiviti Inc.
CONFIDENTIAL: An Equal Opportunity Employer M/F/D/V.
This document is for your internal use only and may not be copied nor distributed to another third party.

1

**PUBLIC COPY – REDACTED**

# Guy A. Davis
Managing Director
Richmond

Direct:   +1 804.644.7000
Fax:      +1 804.644.7055
E-Mail:   guy.davis@protiviti.com

## PAPERS, PUBLICATIONS AND PRESENTATIONS

- "Everything's Changed – What's Next in Bankruptcy Reporting" - co-author and panel member for the Association of Insolvency Restructuring Advisors at the National Conference of Bankruptcy Judges, October 28, 2016, San Francisco.

- "Preference Defense from a Financial Advisor's Perspective" - co-author and panel member for the Credit Research Foundation's Credit and Accounts Receivable Forum and Expo, August 9, 2016 Chicago, IL.

- "Bankruptcy Tax and Accounting Issues – Supplement" (Copyright 2016) for Virginia CLE and the Virginia Law Foundation (co-author).  Bankruptcy Practice in Virginia.

- "Proposed Fee Guidelines for Financial Advisors in Large Chapter 11 matters."  Co-author and panel member for the Association of Insolvency Restructuring Advisors at the National Conference of Bankruptcy Judges, October 10, 2014.  Chicago, Il.

- "A Financial Advisor's Role in Chapter 7 Bankruptcies" for the Journal of The National Association of Bankruptcy Trustees, NAB Talk Fall 2013 Volume 29 Issue 3.

- "A Comparative Analysis of Chapter 11, Receiverships and Assignments of the Benefit of Creditors" for the National Conference of Bankruptcy Judges Joint Program of the Association of Insolvency & Restructuring Advisors and the American College of Bankruptcy.  October 26, 2012. San Diego, CA.

- "The *Daubert* Challenge: Plan Confirmation and Solvency Valuation Experts" Mid-Atlantic Institute on Bankruptcy and Reorganization, September 2012.

- "Control Premiums: Exploring the Complexities of a Seemingly Simple Concept" AIRA Journal Volume 24, Number 4 October/November 2010.

- "Bankruptcy Tax and Accounting Issues – Supplement" (Copyright 2010) for Virginia CLE and the Virginia Law Foundation (co-author).  Bankruptcy Practice in Virginia.

- "Surf's Up on Fresh Start Accounting" – co-author, AIRA Bankruptcy & Restructuring Conference, June 11, 2010.

- "Mark-to-Market Accounting and FASB 157 – The Impact on the Current Financial Crisis" for the American College of Bankruptcy Annual Meeting, March 28, 2009, Washington D.C.

- "Bankruptcy Tax and Accounting Issues – Supplement" (Copyright 2008) for Virginia CLE and the Virginia Law Foundation (co-author).  Bankruptcy Practice in Virginia.

© 2016 Protiviti Inc.
CONFIDENTIAL: An Equal Opportunity Employer M/F/D/V.
This document is for your company's internal use only and may not be copied nor distributed to another third party.
PUBLIC COPY – REDACTED

## Guy A. Davis
Managing Director
Richmond

Direct:   +1 804.644.7000
Fax:      +1 804.644.7055
E-Mail:   guy.davis@protiviti.com

- "Bankruptcy Tax and Accounting Issues – Supplement" (Copyright 2005) for Virginia CLE and the Virginia Law Foundation (co-author).  Bankruptcy Practice in Virginia.

- "Bankruptcy Tax and Accounting Issues" (Copyright 2004) for Virginia CLE and the Virginia Law Foundation (co-author).  Bankruptcy Practice in Virginia.

- "Selection of the Restructuring Platform" (Copyright 2003) for Bankruptcy Law News, and Corporate Corridors

- "Regional Trends in Bankruptcy Filings" (Copyright 1997) for Bankruptcy Law News, Vol. XII, No. 3.

- "Bankruptcy Survey - C. W. Amos & Company's financial database on area bankruptcies provides valuable information for both lenders and creditors.  Here are some highlights..." (1995) co-authored with Debora A. Pavlik for the Richmond Ventures Magazine

- "Inventory Management and the Economic Order Quantity (EOQ)" (1991) prepared for the Notes and Footnotes Publication distributed to over 3,500 Maryland corporations by C. W. Amos & Company.

- "Choosing from a Vast Selection of Legal Time and Billing Software" (1990) prepared for The Daily Record, a Maryland daily business and legal news publication.

© 2016 Protiviti Inc.
CONFIDENTIAL: An Equal Opportunity Employer M/F/D/V.
internal use only and may not be copied nor distributed to another third party.
PUBLIC COPY – REDACTED

GUY A. DAVIS, CPA, CIRA, CDBV, CFE
TESTIMONY, AFFIDAVITS AND EXPERT REPORTS
2005 – PRESENT
(*our client* ***bold/underlined***)

- Arbitration Testimony and Declaration in the matter between **The United Mine Workers of America 1974 Pension Plan and Trust** and Peabody Energy Corporation Case No.: 01-16-0001-2286 American Arbitration Association.  Civil Action No. 1:15-cv-01138 The U.S. District Court for the District of Columbia O*ur client: Plantiff.*

- Declaration in Support of the **Objection of the Official Committee of Unsecured Creditors** to Certain Aspects of the Adequate Protection Offered by Debtors to Pre-Petition Lenders and Second Lien Noteholders and Certain Other Rights and Protections Granted to Same in **Alpha Natural Resources** Case No 15-33896, U.S. Bankruptcy Court of the Eastern District of Virginia. (declaration filed in 2015) *Our client: Creditors' Committee.*

- Expert Report in Dr. Thomas B. Leecost v. **Capital Division, Inc.,** Case No. CL1400547000, Circuit Court for the City of Richmond (report filed in April 2016). *Our client: Defendant.*

- Deposition Testimony and Expert Report in **MF Global Holdings, Ltd. Investment Litigation (Litigation Trustee and Customer Class),** Joseph DeAngelis v. Jon S. Corzine et al. Case No. 11-8766 (VM), U.S. District Court Southern District of New York.  *Our client: Plaintiff*

- Expert and Rebuttal Report in **MF Global Holdings, Ltd., as Plan Administrator** v. PriceWaterhouseCoopers LLP. Civil Action No. CV-14-2197 (VM), U.S. District Court Southern District of New York.  *Our client: Plaintiff*

- Trial Testimony and Expert Report in **Dominion Virginia Power** v. Bransen Energy, Inc., Case No. 3:14CV538-JRS, U.S. District Court Eastern District of Virginia (trial testimony and report filed in 2015).  *Our client: Plaintiff.*

- Expert Report in Sharon E. Madere v. **Christian & Barton, LLP, et al.,** Case No. CL14-2805, Circuit Court for the City of Richmond (report filed in 2015).  *Our client: Defendant*.

- Deposition Testimony and Expert Report in General Medicine, P.C. v. **HealthSouth Corporation,** Circuit Court of Jefferson County, Alabama Civil Division (report filed in 2014).  *Our client:  Defendant*.

- Deposition Testimony and Expert Report in **Official Committee of Unsecured Creditors, by and on behalf of MS Grand, Inc. and its bankruptcy estate** v. Home Depot U.S.A., Inc., Case No. 12-01475, U.S. Bankruptcy Court for the Eastern District of Virginia (deposition testimony given and report filed in 2014).  *Our client:  Plaintiff*.

PUBLIC COPY - REDACTED

GUY A. DAVIS, CPA, CIRA, CDBV, CFE
TESTIMONY, AFFIDAVITS AND EXPERT REPORTS
2005 – PRESENT
(*our client* **bold/underlined**)
*Continued*

- Expert Report in **Official Committee of Unsecured Creditors, by and on behalf of MS Grand, Inc. and its bankruptcy estate** v. Northern Illinois Gas Company, Case No. 12-01480, U.S. Bankruptcy Court for the Eastern District of Virginia (report filed in 2014). *Our client:  Plaintiff.*

- Expert Report in **Official Committee of Unsecured Creditors, by and on behalf of Min Sik Kang and Man Sun Kang and their bankruptcy estates** v. Yeon K. Han, et al., Case No. 12-01496, U.S. Bankruptcy Court for the Eastern District of Virginia (report filed in 2014).  *Our client:  Plaintiff.*

- Declaration **In re: Atari, Inc., et. al.,** Case No. 13-10176, U.S. Bankruptcy Court Southern District of New York (declaration filed 2013).  *Our Client: Debtor.*

- Declaration and expert report **In re: Glebe, Inc.,** Case No. 10-71553, U.S. Bankruptcy Court Western District of Virginia (declaration and expert report filed in 2012). *Our Client: Debtor.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **Breakwater Marine, L.L.P.,** Case No. 11-04702, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012). *Our client:  Defendant.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **Daniel Lindsay**, Case No. 11-04671, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012).  *Our client:  Defendant.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **Irwin L. Jacobs**, Case No. 11-04672, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012).  *Our client:  Defendant.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **Jacobs Management Corporation**, Case No. 11-04676, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012).  *Our client:  Defendant.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **Operation Bass, Inc.,** Case Nos. 11-04715, 11-04673, 11-04722, 11-24695, 11-04716, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012).  *Our client:  Defendant.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **VEC Technology, LLC**, Case Nos. 11-03390, 11-03391, 11-04723, 11-04720, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012).  *Our client:  Defendant*.

- Expert Report in **Virginia Power Energy Marketing, Inc.** v. EQT Energy, LLC, Case No. 3:11-cv-630-REP, U.S. District Court for the Eastern District of Virginia (report filed in 2012).  *Our client:  Plaintiff.*

PUBLIC COPY - REDACTED

GUY A. DAVIS, CPA, CIRA, CDBV, CFE
TESTIMONY, AFFIDAVITS AND EXPERT REPORTS
2005 – PRESENT
(*our client* **bold/underlined**)
*Continued*

- Expert Report in Official Committee of Unsecured Creditors, on behalf of the bankruptcy estates of **Jevic Holding Corp.**, et al., v. The CIT Group/Business Credit, Inc., Case No. 08-51903, U.S. Bankruptcy Court for the District of Delaware (report filed in 2012). *Our client: Plaintiff.*

- Declarations **In re: Howrey LLP**, Case No. 11-31376, U.S. Bankruptcy Court Northern District of California (declarations filed 2011). *Our Client: Debtor.*

- Deposition Testimony and Expert Report in **Akshay K. Dave** v. Pikeville Energy Group, Gary Richard and Banner Industries, Inc., Case No. CL10-3530, Circuit Court of the City of Richmond, Virginia (deposition testimony and report filed in 2011). *Our client: Plaintiff.*

- Expert Report in **Storehouse, Inc., Debtor**, Case No. 06-11144, U.S. Bankruptcy Court for the Eastern District of Virginia (report filed in 2011).

- Expert Report in **Penny Plate, Inc., Penny Plate Canada, Inc.**, Case No. 092684, Circuit Court of the County of Henrico (report filed in 2011). *Our client: Defendants.*

- Affidavit and Expert Report in Adelphia Communications Corp., et al. v. **Prestige Communications of NC, Inc., Jonathan J. Oscher, Lorraine Oscher McClain, Robert F. Buckfelder, et al.**, Case No. 04-03293, U.S. District Court Southern District of New York (affidavit and report filed in 2010). *Our client: Defendants.*

- Trial and Deposition Testimony and Expert Report in John W ("Jack") Teitz, as Trustee of Estate of Buffalo Coal Company, Inc. v. **The Virginia Electric and Power Company, Inc.**, Case Nos. 08-00038 and 08-00041, U.S. Bankruptcy Court for the Northern District of West Virginia (trial and deposition testimony given and report filed in 2009). *Our client: Defendant.*

- Trial and Deposition Testimony and Expert Report in H. Lynden Graham, as Trustee of the Estate of United Energy Coal, Inc. v. **The Virginia Electric and Power Company, Inc.**, Case No. 08-AP-0045, U.S. Bankruptcy Court for the Northern District of West Virginia (trial and deposition testimony given and report filed in 2009). *Our client: Defendant.*

- Appraisal of 100% Membership Interest in **CSX IP, LLC** (report filed in 2009).

- Expert Report in First NLC, Inc. v. **NLC Holding Corp., FNLC Financial Services, Inc., Blue Boy Limited Partnership, NSH Ventures II, L.P., and Friedman Billing Ramsey Group, Inc.**, Case No. 08-10632-BKC, U.S. Bankruptcy Court for the Southern District of Florida, West Palm Beach Division (report filed in 2008). *Our client: Defendants.*

PUBLIC COPY - REDACTED

GUY A. DAVIS, CPA, CIRA, CDBV, CFE
TESTIMONY, AFFIDAVITS AND EXPERT REPORTS
2005 – PRESENT
(*our client* **bold/underlined**)
*Continued*

- Expert Report in **Amp'd Mobile, Inc.** v. Merrill Lynch, Pierce, Fenner & Smith, Inc., Case No. 08-50272, U.S. Bankruptcy Court for the District of Delaware, (report filed in 2008). *Our client: Plaintiff.*

- Expert Report in Corinthian Mortgage Corporation d/b/a SouthBanc Mortgage, v. **Choicepoint Precision Marketing, LLC**, Case No. 1:07cv832 JCC/TRJ, U.S. District Court for the Eastern District of Virginia, Alexandria Division (report filed in 2008). *Our client: Defendants.*

- Expert Report in Leila Meyerson, et al. vs. **Allen McGee, Michael Wallace, Lloyd Goldman, Wilfred Posluns, Radiology Corporation of America, Inc.**, Case No. 07-80339-CIV-Middlebrook/Johnson, U.S. District Court for the Southern District of Florida (report filed in 2008). *Our client: Defendant.*

- Expert Report in Hancock Fabrics, Inc. v. **S.C. Diamond Associates, L.P.**, et al., Case No. 07-10353, U.S. Bankruptcy Court for the District of Delaware (report filed in 2008). *Our client: Defendants.*

- Expert Report in Corinthian Mortgage Corporation d/b/a Southbanc Mortgage v. Summit Financial, LLC, (**Chubb & Son, Inc.**) et al., Case No. 187513, Circuit Court of Fairfax County (report filed in 2007). *Our client: Defendants.*

- Expert Report **In re: The Rowe Companies, et. al.,** Case No. 06-11142, U.S. Bankruptcy Court for the Eastern District of Virginia (expert report filed in 2007). *Our client: Debtor.*

- Trial Testimony and Expert Report in Jonathan F. Johnson v. **SuperValu, Inc. and Richfood, Inc.**, Case No. L5785-4, Circuit Court of the City of Richmond in the State of Virginia (jury trial testimony given and report filed in 2007). *Our client: Defendants.*

- Expert Report in **Erie Power Technologies, Inc.** v. Aalborg Industries A/S et al., Case No. 04-282E (SJM), U.S. District Court for the Western District of Pennsylvania (report filed in 2006). *Our client: Plaintiff.*

- Deposition Testimony and Expert Report in **William Kaye, as Trustee of The Murray Liquidation Trust** vs. Various Defendants, Case No. 04-13611, U.S. Bankruptcy Court Middle District of Tennessee, Nashville Division (deposition testimony and expert report filed in 2006). *Our client: Plaintiff.*

- Deposition Testimony and Expert Report of **William Kaye, as Liquidating Trustee of The Gadzooks Creditors' Trust** v. Fashion Avenue Knits, Inc. and Rosenthal & Rosenthal, Inc. et al., U.S. Bankruptcy Court Northern District of Texas, Dallas Division (deposition and expert report filed in 2006). *Our client: Plaintiff.*

PUBLIC COPY - REDACTED

GUY A. DAVIS, CPA, CIRA, CDBV, CFE
TESTIMONY, AFFIDAVITS AND EXPERT REPORTS
2005 – PRESENT
(*our client* **bold/underlined**)
*Continued*

- Affidavit in Marla Reynolds, Liquidating Trustee of the **Git-n-Go** Creditors' Trust v. Ron Ford, et al., Case No. CJ-2006-00648, District Court in and for Tulsa County State of Oklahoma (affidavit filed in 2006).  *Our client:  Plaintiff.*

- Expert Report in The Official Committee of Unsecured Creditors of Pillowtex Corporation vs. **Xymid LLC**, Case No. 05-30238, U.S. Bankruptcy Court District of Delaware (report filed in 2006).  *Our client:  Defendant.*

- Expert Report in DVI, Inc., et al. v. **ADAC Laboratories and Philips Medical Systems and Royal Philips Electronics**, Case No. 05-52301 (JKC), U.S. Bankruptcy Court District of Delaware (report filed in 2006).  *Our client:  Defendant.*

- Expert Report in DVI, Inc., et al. v. **Hitachi Medical Systems America, Inc.**, Case No. 05-52301 (MFW), U.S. Bankruptcy Court District of Delaware (report filed in 2006). *Our client:  Defendant.*

- Expert Report in **Orion Enterprises of Virginia, Inc.** v. Carolyn Dozier, Ronald Dozier, and The Party of Five Limited Partnership, Case No. 06-70302-SCS, U.S. Bankruptcy Court for the Eastern District of Virginia (report filed in 2006).  *Our client:  Plaintiff.*

- Expert Report in **Thor Norfolk Hotel, LLC** v. Jonathan Nehmer & Associates, Inc., Case No. 13 110 Y 00726 05, American Arbitration Association New York City (report filed in 2005).  *Our client:  Claimant.*

- Deposition Testimony and Expert Report of **Herbert C. Broadfoot, II, in his capacity as Ch. 7 Trustee for Nationwide Warehouse & Storage, LLC, et al.** v. Howard I. Belford, U.S. Bankruptcy Court for the Northern District of Georgia, Atlanta Division (deposition testimony and expert report filed in 2005).  *Our client:  Plaintiff.*

- Trial and Deposition Testimony and Expert Report in Official Committee of Unsecured Creditors of Heilig-Meyers Company, et al., v. **Wachovia Bank, NA, et al.**, Case No. 00-34533, U.S. Bankruptcy Court for the Eastern District of Virginia (report filed in 2005).  *Our client:  Defendant.*

PUBLIC COPY - REDACTED