# Exhibit 8

Deposition of Hal J. Singer, Ph.D. Exhibit 2

(September 27, 2017)

UFC – Hal Singer Report – Errata I

**PUBLIC COPY - REDACTED**

# UFC - Hal Singer Report - Errata

| # | P. | Location | Original | Change To / Addition | Reason |
|---|----|----------|----------|---------------------|--------|
| 1. | 6 | ¶ 3 n. 6 | If, however, the class definition were interpreted to be limited only to those class members who fought in a bout that physically took place within the United States during the Class Period (regardless of whether or not it was broadcast live into the United States), 12.7 percent of the Bout Class members would be excluded (154 out of 1,214 Fighters). These 154 Fighters account for 1.5 percent of the aggregate Bout Class damages. Additionally, 33.1 percent of all Bout Class damages are associated with bouts fought outside the United States (but which were broadcast live into the United States). | If, however, the class definition were interpreted to be limited only to those class members who fought in a bout that physically took place within the United States during the Class Period (regardless of whether or not it was broadcast live into the United States), 13.8 percent of the Bout Class members would be excluded (167 out of 1,214 Fighters). These 167 Fighters account for 3.0 percent of the aggregate Bout Class compensation. Under the damage models presented in Table 9 (Part IV. A), this corresponds to 3.0 percent of aggregate Bout Class Damages. Additionally, 33.1 percent of Bout Class compensation is associated with bouts fought outside the United States (but which were broadcast live into the United States). | Increase Validity |
| 2. | 6 | ¶ 3 n. 10 | I estimate that, as of June 30, 2017, there are 1,214 Fighters in the Bout Class and at least as many Fighters in the Identity Class. | I estimate that, as of June 30, 2017, there are 1,214 Fighters in the Bout Class and 1,085 in the Identity Class. | Inaccurate Numerical Figure |
| 3. | 16 | ¶ 20 n. 29 | [REDACTED] | | Unclear Citation |
| 4. | 26 | ¶ 35 n. 84 | Id. | See Mossholder Dep. Exhibit 36-A. | Unclear Citation |
| 5. | 29 | ¶ 42 n. 102 | Id. | [REDACTED] Extreme Cagefighting, MMA Weekly, Dec. 11, 2006, available at https://web.archive.org/web/20070929111019/http://www.mmaweekly.com/absolutenm/templates/dailynews.asp?articleid=3053&zoneid=13 | Unclear Citation |
| 6. | 31 | ¶ 45 n. 117 | Id. | [REDACTED] | Unclear Citation |

Singer
Exhibit No. 2
Date 9/27/17 CSK

| | | | | | |
|---|---|---|---|---|---|
| 7. | 53-54 | ¶ 80 n. 224 | | | Missing Words |
| 8. | 86 | ¶ 127 n. 348 | | | Increased Accuracy |
| 9. | 93 | ¶ 136 n. 367 | | | Typo |
| 10. | 124 | ¶ 187 n. 456 | Put differently, even if the Challenged Conduct consisted solely of Zuffa's exclusionary contracts, my **analysis of foreclosure analysis the resulting** estimates of economic harm would remain the same. | Put differently, even if the Challenged Conduct consisted solely of Zuffa's exclusionary contracts, my estimates of economic harm would remain the same. | Increased Accuracy |
| 11. | 127 | ¶ 189 n. 463 | In a competitive labor market, compensation **is set revenue** paid to labor is determined by the productivity of labor, as opposed to the monopsony power of the firm that hires labor. | In a competitive labor market, compensation paid to labor is determined by the productivity of labor, as opposed to the monopsony power of the firm that hires labor. | Increased Accuracy |
| 12. | 150 | ¶ 224 n. 542 | | | Increased Accuracy |
| 13. | 207 | ¶ 306 | $\left(\dfrac{Foreclosed\ Zuffa\ Fighter}{Relevant\ Input\ Market\ Fighter\ Pool}\right)_t$ | $\left(\dfrac{Foreclosed\ Zuffa\ Fighters}{Relevant\ Input\ Market\ Fighter\ Pool}\right)_t$ | Typo |
| 14. | 207 | ¶ 307 | For example, Zuffa may have 150 Fighters in a pool of 200 total Fighters in the Relevant Input Market at time $t$, but contract data is only available for 120 of those 150 Zuffa Fighters. In this case, I would take the internal foreclosure share of the Zuffa Fighters for which we have contract data. If 96 of those 120 Fighters were foreclosed, Zuffa would have an internal foreclosure share of 80 percent. I would then multiply that 80 percent by Zuffa's market share at time $t$, in this case 75 percent (equal to 150 Zuffa Fighters divided by 200 total Fighters in the Relevant Input Market Fighter Pool) for a total foreclosure share of 60 percent. | For example, Zuffa may have 15 Fighters in a pool of 20 total Fighters who fought in the Relevant Input Market at time $t$, but contract data is only available for 10 of those 15 Zuffa Fighters. In this case, I would take the internal foreclosure share of the Zuffa Fighters for which we have contract data. If 8 of those 10 Fighters were foreclosed, Zuffa would have an internal foreclosure share of 80 percent. I would then multiply that 80 percent by Zuffa's market share at time $t$, in this case 75 percent (equal to 15 Zuffa Fighters divided by 20 total Fighters in the Relevant Input Market Fighter Pool) for a total foreclosure share of 60 percent. | Increased Accuracy |
| 15. | 61 | Table 1 | | | Increased Validity |

**PUBLIC COPY - REDACTED**

| | | | | | |
|---|---|---|---|---|---|
| 16. | 61 | Table 1 | ███ | | Increased Validity |
| 17. | 205 | Table A1 | ███ | | Increase Validity |
| 18. | 204 | ¶ 295 | This dataset contained 2,136 valid contracts in total, from May 2001 to November 2015. | This dataset contained 2,135 valid contracts in total, from May 2001 to November 2015. | Increase Validity |
| 19. | 41 | ¶ 64 | ███ | | Increase Validity |

PUBLIC COPY - REDACTED