# Exhibit 9

Deposition of Hal J. Singer, Ph.D. Exhibit 3

(September 27, 2017)

UFC – Hal Singer Report – Errata II

**PUBLIC COPY - REDACTED**

## UFC - Hal Singer Report – Errata II

| # | P. | Location | Original | Change To / Addition | Reason |
|---|----|----------|----------|----------------------|--------|
| 20. | 14 | ¶ 17 n. 21 |  |  | Increased Accuracy |
| 21. | 15 | ¶ 18 n. 24 | Deposition of Joseph Silva at 86:12-19. | Deposition of Joseph Silva at 91:23-92:7. | Increased Accuracy |
| 22. | 15 | ¶ 18 n. 25 | Id. at 87:8-23, 107:4-19, 121:17-122:16. | Id. at 92:20-93:11, 114:14-115:6, 130:10-131:16. | Increased Accuracy |
| 23. | 15 | ¶ 18 n. 28 |  |  | Increased Accuracy |
| 24. | 16 | ¶ 20 n. 30 | Deposition of Jon Fitch, February 15, 2017, at 112:7 – 112:9 ("Fighters fight for titles. The most coveted title is the UFC title."). | Deposition of Jon Fitch, February 15, 2017, at 122:7-9 ("Fighters fight for titles. The most coveted title is the UFC title."). | Increased Accuracy |
| 25. | 17 | ¶ 21 n. 35 | See also Hendrick 30(b)(6) V.I Tr. 264:8-10 (expressing Zuffa's position that fighters are independent contractors); Silva Dep. 186:18-20. | See also Deposition of Kirk Hendrick 30(b)(6) V.I Tr. 264:8-10 (expressing Zuffa's position that fighters are independent contractors); Silva Dep. 186:18-20. | Increased Accuracy |
| 26. | 18 | ¶ 24 n. 42 | See also ZUF-00096950; Deposition of Joseph Silva, June 7, 2017, at 76:22-84:2. See also ZFL-0000113 at 20; ZFL-0000136 at 24. | See also ZUF-00096950; See also ZFL-0000113 at 20; ZFL-0000136 at 24. | Increased Accuracy |
| 27. | 22 | ¶ 30 n. 62 | See also Deposition of Lorenzo Fertitta, March 23, 2017 at 174:20-179:10 | See also Deposition of Lorenzo Fertitta, March 23, 2017 at 174:6-179:10 | Increased Accuracy |
| 28. | 22 | ¶ 31 n. 63 | See also Fertitta Tr. 175:5-15. | See also Fertitta Tr. 173:5-15. | Increased Accuracy |
| 29. | 22 | ¶ 31 n. 66 | see also Fertitta Tr. 180:19-22. | see also Fertitta Tr. 180:4-22. | Increased Accuracy |
| 30. | 23 | ¶ 32 n. 67 | See also Fertitta Tr. 186:14-187:11 & 188:19-190:6. | See also Fertitta Tr. 186:14-187:9 & 188:19-190:6. | Increased Accuracy |
| 31. | 23 | ¶ 32 n. 69 |  |  | Increased Accuracy |
| 32. | 26 | ¶ 35 n. 83 | 30(b)(6) Deposition of Michael Mossholder (December 1, 2016) at 143:19-146:121 ("Mossholder Dep."). | 30(b)(6) Deposition of Michael Mossholder (December 1, 2016) at 143:19-146:21 ("Mossholder Dep."). | Increased Accuracy |
| 33. | 26 | ¶ 35 n. 84 | Id. | Id at 143:19-146:21, 156:12-22 | Increased Accuracy |
| 34. | 30 | ¶ 43 n. 108 | See Goldman 30(b)(6) Tr. 125:5-14 | Deposition of Drew Goldman pursuant to 30(b)(6) Tr. 125:5-14 | Increased Accuracy |



Singer
Exhibit No. 3
Date 9/27/17 CSK

PUBLIC COPY - REDACTED

| # | | | | | |
|---|---|---|---|---|---|
| 35. | 30 | ¶ 43 n. 109 | *See also* Deposition of Drew Goldman pursuant to Rule 30(b)(6), April 28, 2017 at 73:17-74:1 | *See also* Deposition of Drew Goldman pursuant to Rule 30(b)(6), April 28, 2017 at 73:8-74:2 | Increased Accuracy |
| 36. | 33 | ¶ 47 n. 126 | ███████████████████ | ███████████████████ | Increased Accuracy |
| 37. | 33 | ¶ 48 n. 129 | Coker Dep. at 121-10-23 | Coker Dep. at 121:10-23 | Increased Accuracy |
| 38. | 33 | ¶ 49 n. 130 | Coker Dep. at 114:22-118:15 | Coker Dep. at 113:23-118:15 | Increased Accuracy |
| 39. | 38 | ¶ 58 n. 161 | Deposition of Jeremy Lappen, Feb. 28, 2017, at 44 | Deposition of Jeremy Lappen, Feb. 28, 2017, at 44:2-46:12 | Increased Accuracy |
| 40. | 39 | ¶ 60 n. 169 | Deposition of Kurt Otto, February 6, 2017, at 161. | Deposition of Kurt Otto, February 6, 2017, at 161:11-19. | Increased Accuracy |
| 41. | 42 | ¶ 66 n. 177 | *See also* 30(b)(6) Deposition of Kirk Hendrick, November 29, 2016, Exhibit 2, at 21-25 [hereafter *Zuffa Contract Summary*], at 3 | *See also* 30(b)(6) Deposition of Kirk Hendrick, November 29, 2016, Exhibit 2 [hereafter *Zuffa Contract Summary*], at 4 | Changed to PDF Page |
| 42. | 42 | ¶ 66 n. 179 | *Zuffa Contract Summary* at 21-25. | *Zuffa Contract Summary* at 22-47. | Changed to PDF Page |
| 43. | 44 | ¶ 68 n. 185 | *Zuffa Contract Summary* at 66 | *Zuffa Contract Summary* at 67 | Changed to PDF Page |
| 44. | 44 | ¶ 69 n. 187 | *Zuffa Contract Summary* at 4. | *Zuffa Contract Summary* at 5. | Changed to PDF Page |
| 45. | 45 | ¶ 70 n. 191 | *See Zuffa Contract Summary* at 9 | *See Zuffa Contract Summary* at 10 | Changed to PDF Page |
| 46. | 45 | ¶ 71 n. 194 | *See also Zuffa Contract Summary* at 6, and at 47-59. | *See also Zuffa Contract Summary* at 7, and at 48-60. | Changed to PDF Page |
| 47. | 45 | ¶ 71 n. 195 | *See Zuffa Contract Summary* at 6 | *See Zuffa Contract Summary* at 7 | Changed to PDF Page |
| 48. | 46 | ¶ 72 n. 197 | *Zuffa Contract Summary* at 7 | *Zuffa Contract Summary* at 8 | Changed to PDF Page |
| 49. | 46 | ¶ 73 n. 199 | *Zuffa Contract Summary* at 8 | *Zuffa Contract Summary* at 9 | Changed to PDF Page |
| 50. | 46 | ¶ 73 n. 200 | *Zuffa Contract Summary* at 65 | *Zuffa Contract Summary* at 66 | Changed to PDF Page |
| 51. | 46 | ¶ 74 n. 201 | ███████████████████ | ███████████████████ | Increased Accuracy |
| 52. | 47 | ¶ 74 n. 205 | Epstein Exh. 42 (ZFL-2149052), Epstein 30(b)(6) Dep. at 338:5-339:11. | Epstein Exh. 42 (ZFL-2149052). | Increased Accuracy |
| 53. | 48 | ¶ 76 n. 206 | ███████████████████ | ███████████████████ | Increased Accuracy |
| 54. | 49 | ¶ 77 n. 208 | Deposition of Plaintiff Kyle Kingsbury, February 17, 2017 at 18 | Deposition of Plaintiff Kyle Kingsbury, February 17, 2017 at 18:16-19:3 | Increased Accuracy |
| 55. | 49-50 | ¶ 77 n. 209 | Deposition of Plaintiff John Fitch, February 15, 2017 at 105 ("Q: Okay. And in this case, I think we've established that had you fought two fights [(of three)] and then renegotiated the contract? A: Correct."). *See also id.* at 110 … *See also* Deposition of Plaintiff Brandon Vera, February 6, 2017 at 118 | Deposition of Plaintiff John Fitch, February 15, 2017 at 105:3-6 ("Q: Okay. And in this case, I think we've established that had you fought two fights [(of three)] and then renegotiated the contract? A: Correct."). *See also Id.* at 110:4-23 … *See also* Deposition of Plaintiff Brandon Vera, February 6, 2017 at 118:1-7 | Increased Accuracy |

**PUBLIC COPY - REDACTED**

| | | | | | |
|---|---|---|---|---|---|
| 56. | 50 | ¶ 78 n. 210 | Deposition of Plaintiff Kyle Kingsbury, February 17, 2017 at 18 | Deposition of Plaintiff Kyle Kingsbury, February 17, 2017 at 18:16-19:3 | Increased Accuracy |
| 57. | 52 | ¶ 80 n. 220 | Deposition of John Fitch, February 15, 2017 at 119 | Deposition of John Fitch, February 15, 2017 at 119:15-120:11 | Increased Accuracy |
| 58. | 52-53 | ¶ 80 n. 222 | [REDACTED] | | Increased Accuracy |
| 59. | 53 | ¶ 80 n. 223 | Deposition of Kyle Kingsbury, February 17, 2017, at 118. See also Deposition of John Fitch, February 15, 2017, at 87 | Deposition of Kyle Kingsbury, February 17, 2017, at 117:18-119:5. See also Deposition of John Fitch, February 15, 2017, at 86:25-87:15. | Increased Accuracy |
| 60. | 56 | ¶ 83 n. 235 | [REDACTED] | | Increased Accuracy |
| 61. | 57 | ¶ 84 n. 239 | Deposition of John Fitch, February 15, 2017 at 121 | Deposition of John Fitch, February 15, 2017 at 121:2-11 | Increased Accuracy |
| 62. | 58 | ¶ 86 n. 245 | [REDACTED] | | Increased Accuracy |
| 63. | 58 | ¶ 86 n. 246 | [REDACTED] | | Increased Accuracy |
| 64. | 62 | ¶ 90 n. 253 | [REDACTED] | | Increased Accuracy |
| 65. | 64 | ¶ 95 n. 260 | [REDACTED] | | Increased Accuracy |
| 66. | 74 | ¶ 108 n. 300 | *See* Deposition of Javier Vasquez, February 14, 2017 at 67, Exhibits 42-44. | *See* Deposition of Javier Vasquez, February 14, 2017 at 67:1-20, Exhibits 42-44. | Increased Accuracy |
| 67. | 76 | ¶ 112 n. 308 | [REDACTED] | | Increased Accuracy |
| 68. | 84 | ¶ 122 n. 337 | Deposition of Joseph Silva at 52:12-20 … *See also* Silva Dep. at 42:7-13 ("A. …if you only fought in Japan, you were not a big name to anybody in the United States"); *id.* at 294:4-8 ("Q. I see. And success, say, in China or the Philippines wouldn't translate to U.S.; is that right? A. Correct or Korea or anywhere else it's all very specific. Q. So the business and the industry is very culture or country specific in your opinion? A. Yeah, it can be.") | Deposition of Joseph Silva at 52:12-22 … *See also* Silva Dep. at 42:7-13 ("A. …if you'd only fought in Japan, you were not a big name to anybody in the United States"); *id.* at 294:4-11 ("Q. I see. And success, say, in China or the Philippines wouldn't translate to U.S.; is that right? A. Correct or Korea or anywhere else it's all very specific. Q. So the business and the industry is very culture or country specific in your opinion? A. Yeah, it can be.") | Increased Accuracy |
| 69. | 105 | ¶ 158 n. 405 | *see also* Silva Dep. 103:4-23 ("Q. And if you have a live MMA Event that doesn't have a top level, headlining match-up, that could hurt the ability of the event to attract an audience; is that fair?" | *see also* Silva Dep. 103:4-23 ("Q. And if you have an [live MMA] Event that doesn't have a top level, headlining match-up, that could hurt the ability of the event to attract an audience; is that fair?" | Increased Accuracy |
| 70. | 108 | ¶ 162 n. 421 | [REDACTED] | | Increased Accuracy |
| 71. | 110 | ¶ 164 n. 430 | *See* Deposition of Kyle Kingsbury, February 17, 2017, at 119. | *See* Deposition of Kyle Kingsbury, February 17, 2017, at 119:3-5. | Increased Accuracy |

**PUBLIC COPY - REDACTED**

| | | | | | |
|---|---|---|---|---|---|
| 72. | 111-112 | ¶ 166 n. 438 | Silva Dep. at 25:2-4; 270:12-271:17 | Silva Dep. at 25:2-5; 270:12-271:17 | Increased Accuracy |
| 73. | 132 | ¶ 194 n. 481 | ███ | ███ | Increased Accuracy |
| 74. | 132 | ¶ 194 n. 482 | Deposition of Kurt Otto, February 6, 2017, 116:4-25. | Deposition of Kurt Otto, February 6, 2017, 116:4-24. | Increased Accuracy |
| 75. | 147 | ¶ 217 n. 522 | Silva Dep. at 338:24-339:14 ("Q. Okay. And the way the contracts were structured, is it fair to say that they're structured so that if a fighter wins they move to the next level in the contract? A. That's correct. Q. If they lose they stay at same level? A. That is accurate. Q. So a contract can have 10 and 10 and 12 and 12 and if fighter wins 10 and 10 they move to the 12 and 12? A. Correct if they lose 10 and 10 they stay at 10 and 10 for the next fight. A. Yes. Correct."). | Silva Dep. at 338:24-339:14 ("Q. Okay. And the way the contracts were structured, is it fair to say that they're structured so that if a fighter wins they move to the next level in the contract? A. That's correct. Q. But that if they lose they stay at same level? A. That is accurate. Q. So a contract can have 10 and 10 and 12 and 12 and if fighter wins 10 and 10 they move to the 12 and 12? A. Correct. Q All right. But if they lose 10 and 10 they stay at 10 and 10 for the next fight. A. Yes."). | Increased Accuracy |
| 76. | 210 | Materials Relied Upon | | Deposition of Nathan Quarry (September 30, 2016)<br>Deposition of Shannon Knapp (April 11, 2017)<br>Deposition of John Mulkey (April 19, 2017)<br>Deposition of Drew Goldman (April 28, 2017)<br>Deposition of Leon Margules (July 11, 2017) | Previously Omitted |
| 77. | 155 | Table 8 | ███ | ███ | Increased Validity |
| 78. | 154 | ¶ 231 | ███ | ███ | Increased Validity |

**PUBLIC COPY - REDACTED**