# Exhibit 10

Deposition of Andrew Zimbalist, Ph.D. Exhibit 2 (September 25, 2017)

Errata to the Expert Report of Andrew Zimbalist in *Cung Le et al. v. Zuffa, LLC*

PUBLIC COPY - REDACTED



EXHIBIT
Zimbalist
2
9/25/17 MS

# ERRATA TO THE EXPERT REPORT OF ANDREW ZIMBALIST

# IN CUNG LE, ET AL. V. ZUFFA, LLC

September 19, 2017

CONTAINS HIGHLY CONFIDENTIAL MATERIAL

**PUBLIC COPY - REDACTED**

Since submitting my Expert Report on August 30, 2017, I have discovered several errors in my report. These errata are summarized in the following table:

| Location | Original Text | New Text |
|---|---|---|
| Title Page | | "Contains Highly Confidential Material" |
| Footnote 10 | [REDACTED] | [REDACTED] |
| Paragraph 21 | "UCF" | "UFC" |
| Paragraph 81 | "Error! Reference source not found.Error! Reference source not found." | "Table 1" |
| Paragraph 130 | [REDACTED] | [REDACTED] |
| Table 2 | | See Table 2-E, attached |
| Table 4 | | See Table 4-E, attached |
| Table 5 | | See Table 5-E, attached |
| Table 6 | | See Table 6-E, attached |
| Table 7 | | See Table 7-E, attached |
| Footer | | "Contains Highly Confidential Material" |

Andrew Zimbalist
September 19, 2017

PUBLIC COPY - REDACTED



**PUBLIC COPY - REDACTED**



**PUBLIC COPY - REDACTED**

Contains Highly Confidential Material







PUBLIC COPY - REDACTED