# Exhibit 13

30(b)(6) Deposition of Kirk Hendrick

(November 29, 2016)

(excerpted)

PUBLIC COPY - REDACTED

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON          )
FITCH, on behalf of                  )
themselves and all others            )
similarly situated,                  )
                                     )
          Plaintiffs,                )
                                     )
          vs.                        )    Case No.
                                     )    2:15-cv-01045-RFB-(PAL)
                                     )
ZUFFA, LLC, d/b/a Ultimate           )
Fighting Championship and            )
UFC,                                 )
                                     )
          Defendant.                 )
_____      )


CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY KIRK D. HENDRICK

NOVEMBER 29, 2016

LAS VEGAS, NEVADA

9:05 a.m.


Reported by:
KENDALL D. HEATH
Job No: 47771

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL



110

112

14    **Tracy Hyman?**
15        A.   That's Tracy Long.  That was her name
16    before she got married.

111

13        **Q.   Okay.  You can put that aside for the**
14    **moment.**
15            **I'd like to ask the court reporter to**
16    **mark as Exhibit 10 the next document.**
17            **(Plaintiffs' Exhibit 10 was marked**
18            **for identification.)**
19    BY MR. CRAMER:

113

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

KIRK D. HENDRICK - CONFIDENTIAL



15        Q.   All right.  You can put that aside.
16             I'd like to mark as Exhibit 11, the next
17    document.
18             (Plaintiffs' Exhibit 11 was marked
19             for identification.)
20    BY MR. CRAMER:

30  (Pages 114 to 117)

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL



118

120

119

121

16      MS. GRIGSBY:  I'm sorry.  Did you say --
17  sorry, what page are you on?
18      MR. CRAMER:  Page 9, Section 10.3.
19      THE WITNESS:  This is on still Exhibit 8;
20  correct?
21  BY MR. CRAMER:
22      Q.   Yes; correct.

31  (Pages 118 to 121)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL



122

13      **MS. GRIGSBY:  Objection again.  Are you**
14  **talking about the period from January 1st, 2001, to**
15  **June 30th, 2015?**
16      MR. CRAMER:  Yes.
17      MS. GRIGSBY:  You can review all the
18  contracts to see whether they're in there or not.
19      MR. CRAMER:  Yes.

124

123

125

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

KIRK D. HENDRICK - CONFIDENTIAL



126

128

16    Q.   What I'm asking -- I'll move on.
17         I'd like to have the court reporter mark
18  as the next exhibit -- what are we up to?
19         THE COURT REPORTER:  12.
20    MR. CRAMER:  12, thank you.
21    (Plaintiffs' Exhibit 12 was marked
22    for identification.)
23  BY MR. CRAMER:

127

129

33  (Pages 126 to 129)

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL



258

1
...

16    **MS. GRIGSBY:  Objection, form.**
17         THE WITNESS:  Yeah.  Can you ask me
18    again.
19    BY MR. CRAMER:
20

259

260

261

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

KIRK D. HENDRICK - CONFIDENTIAL



262

264

8    Q.  Fighters are independent contractors; is
9  that right?
10    A.  Correct.
11    Q.  And many don't have other forms of income
12  other than fighting; correct?
13    A.  I don't know if you quantify.  I would
14  say most of them are professional athletes, and
15  that's what they devote their time to, but I don't
16  know how many of them have other jobs.
17    Q.  And as independent contractors, fighters
18  need to pay their own trainers and their own
19  managers and their own doctors; is that right?
20    A.  They have their own businesses, yes.
21    Q.  And they have other expenses associated
22  with those businesses, correct?  Gym fees and other
23  fees; correct?
24    A.  I would assume so.
25        MR. CRAMER:  I'd like to mark the next

263

265

1  document as Exhibit 24.
2        (Plaintiffs' Exhibit 24 was marked
3        for identification.)
4  BY MR. CRAMER:
5

10    I'll give you a moment to read it and let
11  me know when you're through.
12    A.  Thank you.
13        (Witness reviewing document.)
14        Okay.
15    Q.  Do you recall receiving this e-mail?
16    A.  I don't.
17

22    Q.  Who's Andrei?
23    A.  Andrei Arlovski.
24    Q.  And he was a fighter with the UFC?
25    A.  Correct.

67  (Pages 262 to 265)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL



266

1    Q.   Do you know who Leo Khorolinksy is?
2        A.   I don't know what his exact function was,
3    but he was, let's say, manager/agent for Andrei.
4

268

267

1    Q.   You can put that document aside.
15   A.   Can I take a quick break?
16       MR. CRAMER:  Of course.  Let's go off the
17   record.
18       THE VIDEOGRAPHER:  We are off the record
19   at 4:34.
20       (Break taken.)
21       THE VIDEOGRAPHER:  We are back on the
22   record at 4:37.
23   BY MR. CRAMER:
24

269

8    Q.   Okay.  Is Tom Cruise one of the owners of
9    Zuffa at the moment?
10       A.   I don't know.  He might be.  I don't
11   think so.
12       MR. CRAMER:  All right.  I'd like to mark
13   the next document as Exhibit 25.
14       (Plaintiffs' Exhibit 25 was marked
15       for identification.)
16   BY MR. CRAMER:
17

know when you've reviewed the document.
23       A.   Just one minute.  Thank you.
24       (Witness reviewing document.)
25       Q.   All right.  So who's Kongo?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL



270

```
1      A.  Cheick Kongo.
2      Q.  Who's that?  Was he a fighter with the
3  UFC?
4      A.  Yes.  He fought heavyweight in the UFC.
5      Q.  And do you know who Anthony McGann is?
6      A.  He's a manager from over in the UK,
7  manages several fighters.
8
```

272

```
12     Q.  All right.  You can put that document
13  aside.
14     I'd like to introduce the next document,
15  which is Exhibit 26.
16     (Plaintiffs' Exhibit 26 was marked
17      for identification.)
18  BY MR. CRAMER:
19

24  And you'll let me know when you're ready to testify
25  about it.
```

271

273

```
1      A.  (Witness reviewing document.)
2      Okay.
3      Q.  All right.  This is an e-mail that you
4  reviewed in the regular -- I'm sorry -- you sent at
5  the top in the regular course of your business; is
6  that right?
7      A.  Yes.  I would have been forwarding the
8  prior e-mail, it looks like.
9
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED