# Exhibit 17

Deposition of Sean Shelby

(April 12, 2017)

(excerpted)

**PUBLIC COPY - REDACTED**

```
                                                              1
                    UNITED STATES DISTRICT COURT

                        DISTRICT OF NEVADA


    CUNG LE; NATHAN QUARRY, JON    )
    FITCH, on behalf of            )
    themselves and all others      )
    similarly situated,            )
                                   )
             Plaintiffs,           )
                                   )
         vs.                       ) Case No.
                                   ) 2:15-cv-01045-RFB-(PAL)
                                   )
    ZUFFA, LLC, d/b/a Ultimate     )
    Fighting Championship and      )
    UFC,                           )
                                   )
             Defendant.            )
    _____)



                         CONFIDENTIAL

              VIDEOTAPED DEPOSITION OF SEAN SHELBY

                       Las Vegas, Nevada

                        April 12, 2017

                          9:11 a.m.




    Reported By:
    Gale Salerno, RMR, CCR No. 542
    Job No. 49972
```

PUBLIC COPY - REDACTED

SEAN SHELBY - CONFIDENTIAL



```
                                                        126
 1   waiting for a fight, and all 30 fighters could be
 2   taken in a month and a half.
 3         Again, you're really -- it's a really
 4   difficult -- it's not an exact science to do this.
 5   And so like I said, there's so many variables you're
 6   dealing with at any one time.
 7         The entire complexion of my roster could
 8   change in two months.
 9
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

SEAN SHELBY - CONFIDENTIAL

**130**

[redacted]

**131**

1  BY MR. MADDEN:
2     Q.  There have been isolated instances where
3  the UFC has given a fighter money for training?
4        MR. WIDNELL: Objection. Foundation.
5        THE WITNESS: There may have.
6  BY MR. MADDEN:
7     Q.  Have fighters asked you for training costs?
8        MR. WIDNELL: Objection. Form.
9        THE WITNESS: I can't remember. There
10 might have been.
11 BY MR. MADDEN:
12    Q.  When you negotiate contracts with fighters,
13 do they ask for payments for their training?
14       MR. WIDNELL: Objection. Form.
15       THE WITNESS: Generally, no.
16 BY MR. MADDEN:
17    Q.  For their gym memberships?
18    A.  Gym membership? I don't think I've heard
19 that one. Maybe, but you know, that's a separate
20 specific thing.
21    Q.  So generally fighters would pay for their
22 own gym memberships?
23       MR. WIDNELL: Objection. Form.
24       THE WITNESS: I don't know generally. I
25 mean, I'm not sure how the fighter works out his deal

**132**

1  with the trainers or the gyms. In some cases they
2  own their own gyms. So they come and they fight in
3  the UFC and it elevates their gym, so...
4  BY MR. MADDEN:
5     Q.  And fighters carry their own costs of
6  hiring coaches?
7        MR. WIDNELL: Objection. Form.
8        THE WITNESS: Again, I don't know how that
9  end works for the majority of it. I'm sure some do.
10 BY MR. MADDEN:
11    Q.  Does Zuffa pay it? Pay coaches for
12 fighters?
13       MR. WIDNELL: Objection. Form.
14       THE WITNESS: Not to my knowledge.
15 BY MR. MADDEN:
16    Q.  Does Zuffa pay for nutritionists for
17 fighters?
18       MR. WIDNELL: Objection. Form.
19       THE WITNESS: There was only once where, my
20 understanding is that a nutritionist was paid for.
21 BY MR. MADDEN:
22    Q.  And is that the case of Chris Justino?
23 [redacted]

**133**

[redacted]
18    Q.  Does the UFC compensate sparring partners
19 for fighters?
20       MR. WIDNELL: Objection. Form.
21       THE WITNESS: Not to my knowledge.
22 BY MR. MADDEN:
23    Q.  Does the UFC pay for, or does Zuffa pay
24 for health insurance for fighters who are out of
25 competition?

34 (Pages 130 to 133)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

SEAN SHELBY - CONFIDENTIAL

134

1  MR. WIDNELL: Objection. Foundation.
2  THE WITNESS: I wouldn't know. It's out of
3  my realm.
4  BY MR. MADDEN:
5  Q. Prior to 2015, were fighters responsible
6  for securing their own sponsorships and endorsements?
7  MR. WIDNELL: Object to the form.
8  THE WITNESS: I don't know. I'm not part
9  of the sponsorship.
10 BY MR. MADDEN:
11 Q. Zuffa doesn't pay employer taxes in
12 connection with their fighter relationships; is that
13 right?
14 MR. WIDNELL: Objection. Form.
15 Foundation.
16 THE WITNESS: I'm not in the finance
17 department. I have no idea.
18 BY MR. MADDEN:
19 Q. Earlier we talked about how part of your
20 job is making contenders.
21 To make a contender, can you describe your
22 role in doing that?
23 MR. WIDNELL: Objection. Misstates.
24 THE WITNESS: I would clarify, I don't
25 really make anything. All you can really do is, you

135

1  know, you set up a bout between two athletes, you
2  know. And those two are really the ones that figure
3  out, you know, through their actions and care of
4  themselves and how they perform in most cases whether
5  somebody is going to rise to contendership, so to
6  speak or not, you know.
7  BY MR. MADDEN:
8  Q. So would you say that Zuffa invests in
9  fighters?
10 A. Do we invest in fighters? In a roundabout
11 way, I would say we invest in fighters. We invest in
12 the sport. I mean, investments is kind of a strange
13 term, right? But if you ask me my opinion if we
14 invest in fighters, I would say yes.
15 Q. In what way?
16 A. Well, taking a fighter, right? Somebody
17 nobody has ever heard of, a fighter that would call
18 me up and ask to fight for free, which obviously that
19 doesn't happen. Somebody who is completely unknown
20 to anybody, and you take that fighter and you give
21 them an opportunity in the UFC.
22 You're paying them an amount of money to
23 come in, and in a way, yes, that's an investment.
24 You're looking towards the future for not only the
25 UFC, but also for the fighter.

136

1  Q. So Zuffa --
2  A. So let me -- so theoretically, you could
3  technically be paying for a fighter when you didn't
4  have to pay that amount of money, and then the
5  fighter moves on and does amazing things.
6  And so the fighter becomes successful, and
7  so technically would that be considered an
8  investment? I suppose so.
9  Q. So what you're saying is because Zuffa
10 compensates fighters who would fight for free for the
11 UFC, that it's an investment?
12 A. No, not necessarily. It's just a general
13 statement. I mean, investing is kind of a change
14 term. But, you know, you're asking my personal
15 opinion, you know, yeah, you could construe it as
16 that.
17 Q. And when you say it, you mean the placement
18 of fighters in events that bear the UFC name?
19 A. No, not necessarily. Listen, there are so
20 many fighters out there. There are more fighters out
21 there right now that could come into the UFC that
22 deserve to be in the UFC just based on talent alone.
23 There's -- I mean, there's hundreds, if not thousands
24 of fighters that should be in the UFC now.
25 Talent-wise, they deserve to be in the UFC.

137

1  But nobody knows who they are yet. They
2  need the platform, right? And so in a way, you can
3  say, you can construe that as, you know, I'm going to
4  bring you in, you're going to get the platform, and
5  we are going to start you at "X" amount of dollars.
6  When technically, you don't really have to, but you
7  do, and that could be considered an investment both
8  ways.
9  Q. Now, those hundreds, if not thousands of
10 fighters that should be in the UFC right now are not
11 in a position to compete for a UFC title at this
12 point, right?
13 MR. WIDNELL: Objection. Form.
14 THE WITNESS: Not in a position to fight?
15 There are fighters, there are really, really good
16 fighters out there right now that the UFC doesn't
17 have. There are really good fighters, really good
18 fighters that can't come to the UFC right now because
19 they simply don't have the space to put them in there
20 and give them the chance to decide whether they're
21 going to fight for a title, one fight, two fights,
22 eight fights, who knows?
23 But the statement is that, yeah, there's
24 plenty of fighters out there that deserve to be in
25 the UFC right now.

35 (Pages 134 to 137)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED