# Exhibit 18

30(b)(6) Deposition of Drew Goldman

(April 28, 2017)

(excerpted)

FILED UNDER SEAL

PUBLIC COPY - REDACTED