# Exhibit 19

Deposition of Joseph Silva

(June 7, 2017)

(excerpted)

PUBLIC COPY - REDACTED

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON          )
FITCH, on behalf of                  )
themselves and all others            )
similarly situated,                  )
                                     )
            Plaintiffs,              )
                                     )
        vs.                          )   Case No.
                                     )   2:15-cv-01045-RFB-(PAL)
                                     )
ZUFFA, LLC, d/b/a Ultimate           )
Fighting Championship and            )
UFC,                                 )
                                     )
            Defendant.               )
_____)

VIDEOTAPE DEPOSITION OF JOSEPH SILVA

Richmond, Virginia

June 7, 2017

8:11 a.m.

Reported by:
KIMBERLY L. RIBARIC, RPR, CCR
JOB NO. 50374

PUBLIC COPY - REDACTED

98

SILVA

1  A. Yes.
2      And the problem with something like this,
3  too, is it's not just the Gomi part. How would I
4  bring that to Khabib? I'm looking at Khabib's side
5  of it. He's going, I'm highly ranked, I would like
6  to get in position to fight for a title, and beating
7  Gomi is not going to help me elevate myself.
8  Q. So top fighters, like Khabib, who was
9  number 4 at the time, he's going to want to fight
10  other top fighters in order to get a chance to
11  contend for the title; correct?
12      MR. ISAACSON: Objection. Calls for
13  speculation.
14  A. Correct.
15  Q. What ended up happening here, do you
16  remember?
17  A. I don't recall. I don't remember who Gomi
18  went on to fight.
19  Q. And -- and just so I'm clear, one way a
20  fighter can become a contender is by defeating
21  higher-ranked opponents?
22  A. Yes.
23  Q. And so if you keep defeating higher-ranked
24  opponents, eventually you'll be able to fight for the
25

99

SILVA

1  championship; is that right?
2  A. The -- what -- the one problem with that is
3  in a match-up somebody is always going to be ranked
4  lower.
5  Q. Right.
6  A. So it's not that you can't still elevate off
7  a lower, but it's how much lower.
8  Q. I see. So if your -- if your goal as a
9  fighter is to contend for the title, you -- you do,
10  in general, want to continue to fight top-ranked
11  opponents; is that right?
12  A. Correct.
13      MR. CRAMER: Okay. All right. I'd like
14  to mark as Silva Exhibit 6 the next text
15  compilation.
16      (Silva Deposition Exhibit 6 marked for
17  identification.)
18  Q. All right. This is -- this compilation is
19  Bates ZFL-2699690. And this document was produced by
20  Zuffa to us as a compilation of text messages that
21  had been pulled from your phone. And the interchange
22  I'd like to ask you about is on page 24 to 25 of
23  Exhibit 6, so 24 of 163.
24  MR. MADDEN: It's 25 to 26.
25

100

SILVA

1  Q. I'm sorry, 25 to 26.
2      And in particular, the text that was sent to
3  you dated 2/27/15 at 18:07. So at the very bottom of
4  the page. And I believe the --
5  MR. ISAACSON: I'm sorry, bottom of which
6  page?
7  MR. CRAMER: Bottom of page 25.
8  MR. ISAACSON: Oh, there. I see it.
9  Yeah.
10  MR. CRAMER: There's a blank, the blanks
11  are Silva.
12  MR. ISAACSON: Okay.
13  MR. CRAMER: I'll represent to you that
14  the blanks are Silva.
15  Q. And the from is (720) 470-9009.
16      Do you recognize that phone number?
17      Is that John Crouch?
18  A. I don't know.
19  Q. Okay. Who is John Crouch?
20  A. John Crouch is a trainer and manager.
21  Q. Okay. We believe it's John Crouch. If --
22  if the context allows you to confirm that for me,
23  please do.
24      So the person who texted to you on 2/27/15
25

101

SILVA

1  at 18:07 said: "What did you think of the Ben v.
2  Tyron match-up."
3      And you say: "I like it."
4      And he responded: "Think we could do five
5  rounds? Would like to have some time to wear these
6  guys down."
7      And you say: "Probably not. Only main
8  events are five rounds and those are i stalky main
9  events or the highest ranked, biggest draws
10  available. We have main events locked in through
11  June."
12      Can you recall that you sent at least the
13  last text there, the "probably not"? Does that sound
14  like you?
15  A. Yeah. I don't dispute it.
16  Q. Okay. And you -- "i stalky" looks like an
17  i-correct or some kind of --
18  A. Yeah, it has later on, it says, like, "darn
19  auto correct."
20  Q. Yeah. So what -- what did you think
21  "i stalky" meant?
22  A. (Reading.) I'm not sure. But what I was
23  telling him, as said in the last sentence, was that
24  we already had all the main events through that time

26  (Pages 98 to 101)

PUBLIC COPY - REDACTED

102

SILVA

period locked in.

Q. Okay. So I just want to understand some of the context here, if I might.

A. Uh-huh.

Q. Is it correct that when selecting -- well, what are main events? Let's start there.

A. It's the final fight of the show, the most -- the -- the show you're kind of putting the most promotion and advertising on --

Q. And that's --

A. -- fight --

Q. That's the main fight that you use as the draw to the event?

A. Yes.

Q. And in those main events, you look to use the biggest drawing fighters; correct?

A. That are available at the time, yes.

Q. That are -- okay. That available at the time. And those include some of the highest-ranked fighters; correct?

A. Sometimes.

Q. Why is it that you seek to populate the main events with the biggest draws as fighters?

A. Because you would like people to buy tickets

103

SILVA

to it, to tune in on TV to watch it. And they're going to want to see the biggest stars that you have.

Q. And if you have an event that doesn't have a top level, headlining match-up, that could hurt the ability of the event to attract an audience; is that fair?

A. It is. And that does happen. As I said, it's about what's available. You may want a bigger fight for a card, but if people are injured or get married or whatever -- you have to work with what you have.

Q. And you'd like to have -- as a matchmaker, you'd like to have the -- a complete stable of top-level fighters that are available to fight so you can create headlining events; correct?

MR. ISAACSON: Objection. Objection to form.

A. That would be ideal.

Q. Okay. And you would not headline an MMA event at the UFC with two lesser-known or lower-ranked fighters if you could help it; correct?

A. If you could help it.

Q. And that's because that kind of event would not draw as much fan interest as one with

104

SILVA

better-known fighters; is that fair?

A. Yes.

Q. All right. If you turn to -- one second. All right. Turn to page 2 of the compilation, please, Silva Exhibit 6. And if I could draw your attention to -- to a text that was sent to you dated January 31st, 2015, at 1:46 p.m., sort of in the middle of the page. The blanks, again, are you. And this was sent to you by (856) 297-2465. And I'll represent to you that that is Rob Haydak, Paul Felder's representative.

A. Okay.

Q. Does that ring a -- is that -- did you know that that was his phone number?

A. No. I don't know any phone number because it's cell phones, I just hit the name.

Q. Exactly. Okay. Understood.
    But we believe that that is Rob Haydak.

A. Okay.

Q. Who is Paul Felder?

A. He is a lightweight fighter in the UFC.

Q. And Paul Felder is a fighter representative; is that right? I'm sorry, Rob Haydak --

A. Rob Haydak is.

105

SILVA

Q. -- is a fighter representative?

A. Yes.

Q. Okay. And he's someone who you've dealt with from time to time --

A. Yes.

Q. -- or you did when you were at UFC?
    Okay. And he asks: "Do you still need someone for Thatch?"
    And you answer: "Who do you have?"
    And then there are -- I'd like you to -- you say: "Jonavin Webb 7 and 0."
    And then he says: "If you need me for Feb am there."
    And you say --

A. I think that's somebody else.

Q. Somebody else. Different one.
    So let's go to C -- I think your answer here is: "CFFC champ. Teammate with Felder."
    This is from -- I'm sorry. This is from Haydak to you.

A. Uh-huh.

Q. He says, CFS -- "CFFC champ." --

A. Uh-huh.

Q. -- "Teammate with Felder. Trains with

27 (Pages 102 to 105)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY - REDACTED

106

SILVA

1
2  Cerrone.  Very tough."
3      "It's a main event.  I need a name guy,
4  preferably one who has fought in the UFC."
5      I'm sorry, I skipped over.  So he says:
6  "CFFC champ.  Teammate with Felder.  Trains with
7  Cerrone.  Very tough."
8      And then you respond:  "It's a main event.
9  I need a name guy, preferably one who has fought in
10 the UFC."
11     Do you see that?
12 A.  Yes.
13 Q.  Okay.  What is CFFC?
14 A.  It's a promotion, fighting promotion.
15 Q.  And --
16 A.  Like cage fighting -- fighting championship,
17 something like that.
18 Q.  Okay.  So it's a promotion.
19     And Mr. Haydak is -- is offering to you a
20 fighter who was one of Felder's teammates who trains
21 with Cerrone for the fight.  Is that what was going
22 on?
23 A.  Yes.  He's trying to establish his pedigree.
24 Q.  I see.  Says, he's very tough.
25     And then -- and that -- and then you say to

107

SILVA

1
2  him:  "It's a main event.  I need a name guy,
3  preferably one who has fought in the UFC."
4      What were you trying to convey to
5  Mr. Haydak?
6  A.  That ideally in the situation what I was
7  looking for is somebody who people were familiar with
8  since this was the main event.
9  Q.  And why did you -- why were you telling him
10 that you wanted preferably someone who had fought in
11 the UFC?
12 A.  So that fans would have that name
13 recognition, why is this guy in the main event?
14 Q.  And it was your -- you were trying to convey
15 that more likely a name guy is going to be someone
16 who has a pedigree where he was already established
17 in the UFC?
18 A.  Yes.  If you're going to be a main event of
19 the UFC, it would make sense that you most likely
20 already fought in the UFC.
21 Q.  Okay.  And it's fair to say that in
22 selecting main events, you -- you need a name guy,
23 generally; is that right?
24 A.  As best as you can do.
25 Q.  And a name guy generally means a fighter

108

SILVA

1
2  that's popular with fans and that's well known; is
3  that fair?
4      MR. ISAACSON:  Objection to form.
5  A.  That's -- ideally it's always a sliding
6  scale, as maybe my text will show.  I go, this is
7  what I'm looking for; and as time is going by, it's,
8  okay, well, what's the next step down.  What's the
9  next step down.  You do the best that you can.  You
10 have your ideal for it, but then you quite often have
11 to settle for less.
12 Q.  And you prefer name guys who've fought in
13 the UFC for main events because they tend to be
14 people who are proven and high-quality fighters; is
15 that fair?
16     MR. ISAACSON:  Objection to form.
17 A.  They at least have a name awareness from UFC
18 fans.  They go, I know who this guy is.
19 Q.  And so those fighters who have a UFC
20 pedigree will generate more fan interest?
21 A.  It's not only that.  It's also that people
22 know, as I had brought up earlier, that competing in
23 your first UFC, even for high-level guys, tends to be
24 a difficult thing.  They have what the commentators
25 term "the UFC jitters."  For somebody like Quinton

109

SILVA

1
2  "Rampage" Jackson, who competed in Pride in front of
3  huge crowds, still his first UFC he said he had UFC
4  jitters and it's hard.
5      So it's a tough situation to put somebody
6  into for the first UFC.  It's like, hey, you're not
7  just making your UFC debut, you're in the main event.
8  It's more rounds that you may not be used to.  It's a
9  tough thing.  So you would prefer not to do that.
10 Q.  So you don't want to take someone who has
11 fought in another promotion and may have been
12 successful in that other promotion, but -- and -- and
13 stick them directly in a main event where they would
14 potentially be jittery if they were fighting for
15 the --
16 A.  It's happened.  And there are some who've
17 done well, but there's also some who've complained.
18 There's some who are like, wow, that was -- turned
19 out to be an issue.  But they would have sworn
20 beforehand that it was not going to be an issue.  But
21 you don't know till you're there.
22     But what I like to do is give people the
23 best chance to succeed.  I'm not trying to get
24 anybody to win, but I'm trying to give them the best
25 chance to do as well as they can.

28 (Pages 106 to 109)

PUBLIC COPY - REDACTED

182

```
SILVA
```

1
2      Q.  And so one of the things you do as a -- as
3  the senior VP of talent is you look out at other MMA
4  promotions and you look for people who you think
5  might be ready for the UFC; right?
6      A.  Yes.
7      Q.  And then you seek to recruit those people to
8  the UFC, is that right, if -- if they're ready?
9      A.  Well, I don't -- I'm always very cautious
10 not to interfere with somebody's contract.
11 Generally, if -- if somebody becomes available,
12 they'll reach out to me.
13     Q.  I see.  Okay.  So if someone at another
14 promotion becomes available because their end of
15 their -- their contract has ended, then they'll
16 contact you; and if they're someone that is, you
17 believe, of UFC caliber, you might engage in
18 negotiations?
19     A.  Yes.  I think the -- fighters will want to
20 test free agency, so they may contact Bellator, they
21 may contact me, but they're not going to do it until
22 they're able to; or every now and then they wouldn't,
23 and I would remind them, get back to me when you
24 legally can.
25     Q.  Right.
```

183

```
SILVA
```

1
2      A.  I don't want to talk to you till you're free
3  to talk to me.
[redacted]
10         And every now and then you'll get one from
11 1FC or from KSW that is not of the norm, but they
12 just decide I like that guy and we're going to bid on
13 him.  But you won't know until you put feelers out
14 there.
15     Q.  And from the fighter's perspective, some of
16 them want to test free agency so that they can have a
17 number of different promotions bidding for their
18 services; is that right?
19     MR. ISAACSON:  Objection.  Calls for
20 speculation.
21     A.  Yeah, I would say that some do.  Some --
22 some feel reassured just to -- you know, just sign me
23 up where I'm now, this is where I'm happy.  And some
24 go, no, I'm interested in seeing what other people
25 have to say.
```

184

```
SILVA
```

1
2      Q.  It's in the -- would you agree that it would
3  be in the interest of fighters to be able to test
4  free agency just to see if they could get a -- a
5  counteroffer?
6      MR. ISAACSON:  Objection.  Calls for
7  opinion.  Form.
8      A.  Yeah, I think our contracts have provisions
9  for that at the end of the contract.
10     Q.  You're referring to the right to match
11 provision?
12     A.  That's just -- the contracts don't last
13 forever, so you will eventually -- if that's your
14 choice, you will, and fighters have, gone to free
15 agency.
16     Q.  So the contracts don't last forever.  It's
17 fair to say that at the end of the term of a contract
18 that it's your understanding that Zuffa has a 90-day
19 exclusive negotiation period?
20     A.  Yes.
21     Q.  All right.  And during that period, Zuffa is
22 the only one who can bid on the services of that
23 fighter; is that correct?
24     A.  That is my understanding.
25     Q.  And then there is a year period called the
```

185

```
SILVA
```

1
2  right-to-match period; is that your understanding?
3      A.  Yes.
4      Q.  And during that period, the fighter is able
5  to field offers from other promotions, but Zuffa has
6  the right to match that offer; is that right?
7      A.  That is correct.
8      Q.  And if Zuffa matches that offer, then that
9  fighter is obliged to then re-sign with Zuffa; is
10 that right?
11     A.  I believe so.
12     Q.  So during that 15-month period, if there's a
13 fighter that Zuffa wants to keep, it has the option
14 of keeping him as long as Zuffa matches any offer
15 during that right-to-match period; correct?
16     A.  Yes.
17     Q.  Would you agree with me that 15 months is a
18 long time in an MMA fighter's career, especially
19 during the peak of a MMA fighter's career?
20     MR. ISAACSON:  Objection to form.
21     A.  No, in that if you -- if the idea is that
22 you want to see how you can get the best deal, you
23 are getting that best deal within that, if we have
24 the right to match.  If it's after the 90-day
25 exclusive period, and another promotion says, we can
```

47 (Pages 182 to 185)

PUBLIC COPY - REDACTED



186

SILVA

1
2    give you this much money, we either have to give them
3    as much money or we have to let them go.

13        Q.  All right.  And -- and waiting 15 months
14    without fighting is a long time in a fighter's
15    career; correct?
16        MR. ISAACSON:  Objection to form.
17        A.  Depends on the fighter.
18        Q.  Well, fighters are independent contractors;
19    correct?
20        A.  Yes.
21        Q.  And they -- they pay -- in general, they pay
22    for their own health insurance; correct?
23        A.  We have a form of health insurance, yeah.
24        Q.  But that health insurance doesn't cover
25    their families, for example; right?

---

187

SILVA

1
2        A.  No.
3        Q.  And that they have to pay for their trainer;
4    right?
5        A.  Generally the trainers will take a
6    percentage from their purse.  So if they're not
7    getting a purse, then no.
8        Q.  The trainers aren't paid by the UFC;
9    correct?
10        A.  No.
11        Q.  Correct, they're not paid by the UFC?
12        A.  Correct.
13        Q.  UFC doesn't pay fighters' trainers directly;
14    correct?
15        A.  Correct.
16        Q.  And the fighters, in general, pay for their
17    own meals while they're training; correct?
18        A.  Correct.
19        Q.  And their own travel while they're training;
20    correct?
21        A.  Correct.
22        Q.  When you said that the world's -- when you
23    said that Gaethje's first real test coming up was
24    Melvin Guillard, is it fair to say that the World
25    Series of Fighting didn't have a lot of other

---

188

SILVA

1
2    fighters in the lightweight class that would be able
3    to give Gaethje an appropriate test?
4        A.  No.  I think -- as I stated earlier, I
5    think -- he was in the lightweight division, which I
6    think is the deepest division in the world.
7        Q.  Uh-huh.
8        A.  I think that pretty much everybody has a
9    decent one, but then to truly stand out -- it's not
10    that you're not good, but you're just amongst the
11    best.
12        The worst lightweight that I have is pretty
13    darn good.  They're not getting by just on their
14    size.  There's so many, just to be in at all you --
15    you must be at -- at a high level of talent.
16        So it -- it's not that they didn't have good
17    ones, but they did not generally have as many
18    recognized people.  With them competing amongst
19    themselves, not as many had yet stood out, where
20    Melvin Guillard was simply a known quantity.
21        Q.  Because he had been at the UFC?
22        A.  He'd been at the UFC, but he'd also fought
23    in other shows around the world too.
24        Q.  Right.
25        A.  He's -- he's a veteran and he'd been around

---

189

SILVA

1
2    and you knew of him, so he -- he made for a good
3    measuring stick.
4        Q.  And the World Series of Fighting at that
5    time, in the lightweight division, may have had a lot
6    of other talented fighters, but it didn't have a lot
7    of other known quantities like Melvin Guillard;
8    correct?
9        A.  Correct.
10        Q.  All right.  Back to Exhibit 4, which is one
11    of these -- here -- one of these text message
12    compilations.
13        Turn to page 39 of Exhibit 4.  All right.
14    I'd like -- this is from -- this is the compilation
15    of text messages that was produced to us by Zuffa
16    that I think came from Dana White's phones, and I'm
17    referring to a series of texts from November 11th,
18    2014.  And there is a text at 2:30:24 that I'd like
19    to refer to, from you to (702) 686-1092.
20        A.  Uh-huh.
21        Q.  Is that Dana White?
22        A.  I believe so.
23        Q.  Okay.  So you say to Dana White on
24    November 14, 2014, at 2:30 in the afternoon:  "Melvin
25    Guillard missed weight for his WSOF title fight.  Now

48  (Pages 186 to 189)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY - REDACTED

190

SILVA

1
2  non title and supposedly Gaethje demanded 50 percent
3  of his purse and got it."
4      And then White says, "Where is the fight" --
5  A. Tampa, Florida.
6  Q. And Tampa, Florida.
7      And then there's an e-mail [sic] that --
8  that you wrote to White that says:  "In the press
9  conference the day before he said he is an A level
10  fighter fighting in a B level show.  Never was the
11  smartest guy."
12      Do you see that?
13  A. Yes.
14  Q. What did you mean when you said that Gaethje
15  said he was an A-level fighter fighting in a B-level
16  show?
17  A. I don't think I was talking about Gaethje, I
18  think I was talking about Melvin Guillard.
19  Q. Okay.  Guillard.  So what did you mean when
20  you said --
21  A. I thought he was being disrespectful to the
22  promotion that he's fighting in.
23  Q. I see.  So he was disrespecting World
24  Series.
25  A. Right.  It's like they're giving you a shot

191

SILVA

1
2  and paying you good money, and you're publicly saying
3  they're a B-level show, that doesn't seem very smart.
4  Q. I see.  So he was publicly dissing the World
5  Series of Fighters --
6  A. Yeah, who was giving them -- him a world
7  title shot and -- and promoting him.  I -- it was
8  boggling to me.  But Melvin -- he would be a nice
9  guy, but he was a troubled guy.  And that's just what
10  I was saying.  It's like a -- what's this kid doing.
11  Q. Thank you.  You can put that aside.
12      All right.  Let's turn back to Exhibit 13,
13  page 275.  And 13 is the compilation of text messages
14  from Sean Shelby, and these are texts that were sent
15  7/31/13.  275.
16      All right.  So the first message that I want
17  to ask -- to show you is July 31st, 2013, at 1650, or
18  4:50.  Yeah, so 4:50.  Tito versus Rampage.  So it's
19  the one that says, "Tito versus Rampage."
20  A. Uh-huh.
21  Q. And this is you saying to Shelby:  "Tito
22  versus Rampage.  We might as well just close up shop
23  now."
24      And then -- and then you -- and then
25  somebody else says:  "Good thing Rampage went to

192

SILVA

1
2  Bellator so he wouldn't have to fight wrestlers like
3  in the UFC."
4  A. Uh-huh.
5  Q. And then Silva -- and then you say -- Shelby
6  says:  "LOL.  I just love how Bellator is a
7  tournament based organi...  Wait.  What's going on?"
8      And then you say:  "2 guys who both lost
9  their last 3 UFC fights."
10      And then Shelby says:  "Headlining a
11  pay-per-view with two guys combined losing 9 of their
12  last 10 fights."
13      And then Shelby says:  "Sorry last three a
14  piece they total zero and six, 0 and 6."
15      And then Shelby says:  "They tried to throw
16  a curve ball but it went into the stands."
17      And you say to Shelby:  "Dana is going to
18  have fun smashing that matchup publicly."
19      Do you see that?
20  A. Yeah.
21  Q. And then -- and then Shelby says to you:
22  "Bellator throws a curve ball... Into the stands.  In
23  Bellator there is no matchmaking, except in their
24  'was relevant 5 years ago' division."
25      And Shelby then says to you:  "It's almost

193

SILVA

1
2  too easy."
3      Do you see that?
4  A. Yes.
5  Q. All right.  So both of you are communicating
6  about a Bellator show that had just -- that was about
7  to occur; is that right?
8  A. Yes.
9  Q. And that show was going to be headlined by
10  Tito and Rampage?
11  A. Yes.
12  Q. Tito who?
13  A. Ortiz.
14  Q. Tito Ortiz.  And Rampage Jackson?
15  A. Correct.
16  Q. Were both of those fighters who used to be
17  in the UFC?
18  A. Yes.
19  Q. Okay.  And Rampage went from the UFC to --
20  oh, sorry.
21      Rampage went from the UFC to Bellator; is
22  that right?
23  A. Yes.
24  Q. Okay.  And you were saying it's a good thing
25  Rampage went to Bellator so he wouldn't have to fight

49  (Pages 190 to 193)

PUBLIC COPY - REDACTED

366

SILVA

run, it's like, how would I justify that to the other
fighter.  He could point that out and I'd have to go,
you have a point there.

    Q.  Right.  And in general, you believed you had
to adhere as closely as possible to the structure
of -- of compensation so that you didn't confront the
next guy, saying why did you overpay this guy, I'm
better than him; is that fair?

        MR. ISAACSON:  Objection.  Misstates his
    testimony.  Objection to form.

    Q.  I didn't mean to misstate.  So if I said
something you didn't agree with, let me know.

    A.  I think anytime that you try to renegotiate,
you're going to give your point of view, the
manager's job is to give their point of view, and you
try to work it out.

        For me, I like being able to justify.  I
don't -- I'm not saying here's just random numbers,
accept them unquestioningly.  It's like, here's my
rationale for it, and it's a rationale that I'm also
going to have to apply to other people who are
involved in this as well.

    Q.  Right.  Your compensation system isn't --
isn't random; that would be a problem for you,

367

SILVA

wouldn't it?

    A.  Yes.

    Q.  When you say "everyone knows what everyone
makes," what do you mean by that?

    A.  That if I was to increase Bang's contract --
most of the managers out there -- quite a few of the
managers anyways, they do research, they're looking
at what's being posted that the -- what these guys
are making.  So if somebody was to see in his next
fight the disparity in what he got paid this time as
opposed to last time, they -- just red flags would go
up.

        It's like, wait, how, after coming off of
two losses and a questionable decision, did his pay
jump up that much, that people look and research
that.

    Q.  Right.  And so if you were to jump someone's
pay up above what a comparable person believes they
should be paid, that would cause you problems with
other fighters; right?

        MR. ISAACSON:  Objection.  Form.  You're
    being vague.

    A.  Yeah, I think that I want to reward
performance and be able to justify the -- the numbers

368

SILVA

that I'm offering them.  And if you're not performing
as well, it would make sense that your compensation
would be below those who are performing well.

    Q.  In your experience, fighters want to know
they are being treated -- or you want to be able to
tell fighters that they're being treated fairly
relative to other fighters at similar skill levels
and records; right?

        MR. ISAACSON:  Objection.  Misstates the
    testimony.

    Q.  I'm asking.  Is that right?

    A.  I would like people to believe that I am
dealing with them fairly.

    Q.  And one way you -- you convey to them, the
managers and fighters that you're negotiating with,
that you're dealing with them fairly is to honestly
tell them where you believe they fit, their
compensation fits, relative to other fighters at
their level; correct?

        MR. ISAACSON:  Objection to "their level."

    Q.  Is that right?

    A.  That's correct.

    Q.  And you negotiated with hundreds of fighters
during your career at the UFC; correct?

369

SILVA

    A.  Probably more than a thousand, I would
think.

    Q.  And you experienced often fighters or their
representatives trying to negotiate, as you just
said, using compensation levels of other fighters
they believed were similar to their guy; right?

    A.  Right.  And that can be where you can have a
difference of opinion of where I'm going, I think
that he is similar to this guy, this guy, they can
counter and go, we don't see him as similar to that
guy, we see him as similar to this guy.

        So then that's -- it's still -- it's a
matter of opinion.  I try to present what I think
I -- are the facts I have to back up my argument.
But sometimes in -- there have been times where a
outlier has been pointed out to me, where I'll go,
this is what I think is fair because this is what
other guys -- and they'll make a case of, wait a sec
now, look what he did here, this is outside of that,
and I've gone, you've actually got a point, I'll up
it.

        It's not rare because I usually do my
homework pretty well on these.  But there has been
occasions like, I missed out on that, you are

93  (Pages 366 to 369)

PUBLIC COPY - REDACTED

370

SILVA

1  correct, I would not want to hurt my credibility by
2  acting like what they have in black and white is not
3  true.
4      Q.  So if you -- if they brought to you like
5  what you have described as an outlier, where some
6  fighter may have diverted from what you thought they
7  should have gotten based on their background and
8  their skill level, you'd -- you'd certainly --
9  sometimes you would hear it from the fighters or
10  their representatives about that outlier; right?
11      A.  Yes.
12      Q.  And if, by creating that outlier, that
13  sometimes causes other fight -- you have to then
14  raise the compensation then of some other fighters
15  because you made that one mistake; is that right?
16      A.  Well -- well, you'd have to -- one, I don't
17  know I'd say it was a mistake.  And it's -- it's a
18  matter of opinion.  And that I did deals, Sean did
19  deals, Dana did deals, Lorenzo did deals, and
20  everybody's judgment is different.  So you have to
21  weigh those in.  So that's all people who are getting
22  deals in the UFC.
23          But a manager's job is to negotiate the best
24  deal that they can.  And my job is to try to

371

SILVA

1  negotiate a deal that I thought was fair.
2      Q.  So if -- if, for example, Shelby had been --
3  had been systematically kind of paying fighters a bit
4  more than you did or Dana was systematically paying
5  comparable fighters a little bit more than you did,
6  you then might feel pressure then to kind of pay
7  fighters more because you would be hearing from reps
8  about comparables from Dana or Shelby; is that right?
9      A.  I'm sure it would be brought up.
10      Q.  So if -- if there are some -- if one of the
11  three of you are kind of raising the level per
12  equivalent fighter, that's going to put pressure on
13  that third person to kind of raise as well?
14      A.  I don't think it's pressure in that me and
15  Sean did the vast majority of deals, and me and Sean
16  were in constant communication every day and knew
17  what each other were doing.  So it's not like I was
18  going, Sean, what are you doing here?  We knew.  But
19  we would still, on our own, choose to, let's move
20  people up, we feel like it's time to do it.
21          So Dana and Lorenzo did do deals, but they
22  did, like I said, maybe 10, 15 percent of deals.
23      Q.  Yeah, if you turn to the first page of this
24  document, Bean says:  "Can you meet me in the middle?"

372

SILVA

1  You said 16, I asked for 18.  Could you agree to 17?"
2          He says that towards the bottom.
3      A.  Uh-huh.
4      Q.  And then you say on December 9, 2010:  "Not
5  trying to be a dick but no.  Everyone knows what
6  everyone makes.  Our purses are public.  I have to
7  justify everyone's pay to everyone else."
8          Do you see that?
9      A.  Yes.
10      Q.  What did you mean by that, "I have to
11  justify everyone's pay to everyone else"?
12      A.  I feel it was important in my job to
13  actually engage with people and not just dictate to
14  them.  So if somebody was going to say, what about
15  this guy, I would have to engage that and not go, too
16  bad.
17      Q.  Right.
18      A.  I'd have to go, okay, you've got a point,
19  let's try and figure this out.  So, yeah, I'm just
20  making him aware of that.
21      Q.  Right.  And so you wanted to make sure that
22  you did your best to try to make sure that comparable
23  fighters with comparable records are getting paid
24  comparable amounts; is that fair?

373

SILVA

1      MR. ISAACSON:  Objection.  Form.
2      A.  Yeah, that was my goal.
3      Q.  And one of the reasons why you did that is
4  because you had to justify everyone's pay to everyone
5  else, and if you -- if you were doing this poorly or
6  inefficiently, you'd constantly have fighters
7  demanding more money, they'd say, hey, wait, you paid
8  this guy this much and that guy that much, and you
9  wouldn't be able to justify to them if -- if you
10  hadn't been doing this well; is that right?
11      A.  It would just seem unfair to give somebody
12  something that somebody else, equally deserving,
13  didn't get.
14      Q.  And you attempted, at least in your mind, to
15  be fair, to impose a sense of equity between the
16  different fighters; correct?
17      A.  I did.
18      Q.  All right.  You can put that document aside.
19      MR. CRAMER:  Like to mark the next
20  document as Silva Exhibit 38.
21      (Silva Deposition Exhibit 38 marked for
22  identification.)
23      Q.  Silva 38 is a series of e-mails bearing the
24  Bates range ZFL-2641095 through 1099.  The one at the

94  (Pages 370 to 373)

PUBLIC COPY - REDACTED

374

SILVA

1    top is from Kim Lynch to Mr. Silva and Mr. Mersch,
2    dated October 16, 2007, regarding Ricardo Almeida.
3        Who is Ricardo Almeida?
4    A.  He was a UFC fighter.
5    Q.  All right.  And Ally Almeida is his wife?
6    A.  Was his wife.
7    Q.  Was his wife, okay.
8        And she was his representative at the time?
9    A.  Yes.
10   Q.  Okay.  Turn to page 2 of the document.  I'd
11   like to draw your attention to the e-mail in the
12   middle of the page from you to Ally Almeida.
13       Do you see that?
14   A.  Yes.
15   Q.  Dated Wednesday, October 10, 2007.
16       This is an e-mail that you sent to
17   Ms. Almeida; is that right?
18   A.  Yes.
19   Q.  Okay.  And you wrote a little bit into the
20   e-mail:  "As I have" -- "as I said, I have 200
21   fighters under contract and our purses are public.  I
22   have to justify to all my other fighters what I pay
23   out.  There are people under contract to me now that
24   are not making as much as I offered Ricardo and they

375

SILVA

1    are better known to our fans and have more UFC fights
2    then he does."
3        Do you see that?
4    A.  Yes.
5    Q.  So what did you mean?
6    A.  That I was explaining to her that I thought
7    the offer for him was very good, out of the normal, I
8    would have to justify that as it is, which was going
9    to be an uphill battle, but yet she wanted even more
10   than that.
11   Q.  And this was one of the ways that you told
12   her you're not going to give her more, is by saying
13   he's already out of the normal; right?
14   A.  Yes.
15   Q.  Okay.  You say there a little bit above the
16   part that I read:  "If I am building fighters I need
17   to know that they are going to be with me for a
18   while."
19       What did you mean by that?
20   A.  Well, that you're investing in the fighter
21   and putting time in getting people to know who they
22   are.  And if they just fought one fight, then you
23   don't know, are they coming back again.  That's not
24   as good an investment.

376

SILVA

1    Q.  It's a better investment for the UFC if they
2    have fighters locked up under longer term deals than
3    shorter term deals?
4    A.  Well, and also with -- if you're insisting
5    on that you want a higher than normal amount of
6    money, if I go, well, if I normally do four fights,
7    how do I justify giving you more than I would for a
8    four-fight deal, well, you committed to six fights,
9    so that's worth more money to me.  You're giving me
10   something, I'm giving you something.  And to anybody
11   who disputes that, I have something I can explain.
12   Q.  Okay.  All right.  Please turn to page 29 of
13   Exhibit Silva 20.  It's one of these phone -- here it
14   is.  I'll pull it out for you.  It's a text message
15   compilation.
16   A.  Thank you.  What page?
17   Q.  Exhibit 20, and turn to page --
18       MR. MADDEN:  29.
19   Q.  -- 29.
20       So this is from the text message compilation
21   that Zuffa produced to us from Lorenzo Fertitta.  And
22   on page 29 is a series of texts that begin on
23   October 4, 2013, at 2:20:59 p.m.  Yeah.  Okay.  So
24   2:20:59 p.m., there's a text from the 702 number to a

377

SILVA

1    group, that includes several people.  Do you see
2    that?
3    A.  Yes.
4    Q.  And then it says:  "What's the situation
5    with Schaub?"
6        And then you respond to this group:  "He
7    fought the last fight on his TUF deal.  I offered him
8    new deal and they balked, saying they wanted to talk
9    to you guys about it.  He's not top ten and he wants
10   more than top ten guys like Stipe and Travis Browne
11   are making."
12       And then someone says:  "What's the
13   difference in numbers."
14       And you say:  "He was making 18 plus 18, and
15   I offered 21/21, 24/24, 27/27, and 30/30."
16       And you also:  "Stipe is making 20/20
17   for the next fight -- for next fight.  He beat the
18   crap out of Roy Nelson.  Schaub got knocked out by
19   Nelson."
20       Do you see that?
21   A.  Yes.
22   Q.  Do you recall who this conversation was
23   with?  Was Lorenzo a part of this?
24   A.  I'm sure he was.

95  (Pages 374 to 377)

PUBLIC COPY - REDACTED

378

SILVA

1
2   Q.  So I think it's Lorenzo and Shelby.
3        And Schaub was a UFC fighter; is that right?
4   A.  Correct.
5   Q.  And in your opinion, he was asking to be
6   paid more than fighters who were highly ranked than
7   him?
8   A.  That I thought had accomplished more than he
9   had.
10  Q.  And so because he was asking to be paid sort
11  of out of the level that you thought should be paid
12  to comparable fighters, you were saying that he
13  should not get the amount that he asked for; is that
14  right?
15  A.  Yes.  That was my opinion.
16  Q.  What ended up happening, do you know?
17  A.  I think that he ended up signing a new deal
18  and fighting after that, but I -- I'd have to look.
19  There was a time when he was not -- ended up not
20  fighting for us, but I don't recall if it was at the
21  end of this or not.  I don't recall --
22  Q.  Okay.
23  A.  -- the time frame.
24  Q.  All right.  You can put that aside.
25        And I believe you testified that the

379

SILVA

1
2   standard Zuffa contract was for four bouts, but that
3   you typically renegotiated before the last fight?
4   A.  Yes.
5   Q.  Okay.  And is it fair to say that fighters
6   rarely fought out the last fight in their contract
7   without negotiating a new contract?
8   A.  No, it would happen.  More times than not
9   they would want a new deal.  But they -- there
10  were certainly -- there's lots of examples of people
11  who just, no, I'm going to do it.
12       Even Roy Nelson in that aforementioned fight
13  with Stipe, that was his last fight under contract.
14  He lost to Stipe and they still signed him to a new
15  deal.
16  Q.  And when you -- you're describing your --
17  your practice of negotiating after the third fight
18  before the last fight in a contract.  Was that an
19  informal Zuffa policy, to your understanding, or
20  that's just something that you did, that was just
21  your practice?
22  A.  I think it was kind of informal.  But
23  there's an -- that you have a bunch of shows that
24  you're doing, and there's constant dropouts, so speed
25  became paramount, and if somebody is already under

380

SILVA

1
2   contract, it's just faster to put them back in there
3   quickly than if you're starting from scratch.  So you
4   just always knew.  It's like, as many of those guys
5   that you have like that, the better to -- to keep the
6   shows moving smoothly.
7   Q.  Was it your -- were you aware whether Shelby
8   also in -- was -- strike that.
9        Was it your understanding that Shelby also
10  had a practice of negotiating after the third fight
11  of a four-fight deal?
12  A.  I think we were somewhat similar.  I think,
13  for Sean's might have been a little bit different
14  because before I retired, we were both matchmakers
15  but I was doing more fights than he was.  So he had
16  less spots on the show, so he had to have even
17  tighter rein over the amount of fighters that he had.
18  So he might have been more willing to just have
19  fighters fight out their deal because we were
20  concerned about making sure not to have too many
21  under contract.  And he had less spots to play with
22  on a show than I did.
23  Q.  I see.
24        Who is Ryan Parsons?
25  A.  He's an MMA manager.

381

SILVA

1
2   Q.  And was he a representative for Patrick
3   Cummins?
4   A.  Yes.
5        MR. CRAMER:  All right.  I'd like to mark
6   as Silva Exhibit 39 the next document.
7        (Silva Deposition Exhibit 39 marked for
8        identification.)
9   Q.  So at the top of this -- this e-mail is
10  dated May 5th, 2015, the one at the top.  This --
11  this is a one-page document with two e-mails with the
12  Bates number ZFL-0977248.  And there's an e-mail from
13  you to Mr. Parsons.
14       Did you send that e-mail?
15  A.  Yes.
16  Q.  Okay.  And you write:  "I'm not" -- "I'm not
17  locking him into a long term deal."
18       And you say:  "It's just a 4 fight deal and
19  I always renegotiate before the last fight just like
20  I am doing now.  So 3 fights and we talk again."
21       Do you see that?
22  A.  Yes.
23  Q.  So this is an instance of you enacting your
24  practice of negotiating before the last fight; is
25  that right?

96 (Pages 378 to 381)

PUBLIC COPY - REDACTED

394

SILVA

1 The Ultimate Fighter, so the fight was already
2 promised. The fight's out, but yet if he chose to,
3 Serra could choose to let his old contract just
4 expire and have no obligation to do that fight.
5 **Q. You say: "It's always a bad position for us**
6 **to be in counting on that new agreement while time is**
7 **ticking away on the old one."**
8 **Is what you meant there that you'd rather**
9 **have a new agreement executed before the old one**
10 **expires?**
11 A. Well, if -- when it's a situation where you
12 have an already announced fight, which was here,
13 that's definitely not a good situation. You --
14 you're not going to possibly deliver on something you
15 promised publicly.
16 **Q. So Zuffa doesn't want to be embarrassed by**
17 **publicly promising a fight and then not having the**
18 **fight happen?**
19 A. Yes.
20 **Q. Is it also the case, though, that one of the**
21 **reasons why you try -- it's your practice to try to**
22 **negotiate with a fighter after the third fight in a**
23 **four-fight deal, is to not be in a situation where a**
24 **contract is expiring without a new one having been**

396

SILVA

1 **Connette dated November 16, 2011.**
2 A. Uh-huh.
3 **Q. And Mersch says in the second paragraph:**
4 **"Before someone fights for a UFC championship we**
5 **would likely have them locked into a longer term**
6 **deal. Additionally, if a fighter is successful under**
7 **a 4 fight deal, we typically negotiate a new**
8 **agreement after the 3rd fight so he never will see**
9 **the end of his contract and, assuming the fighter is**
10 **successful, or at least competitive, that is the**
11 **process that will continue thereafter."**
12 **Do you see that?**
13 A. Yes.
14 **Q. Is -- is Mr. Mersch accurately describing**
15 **the practice at Zuffa with regard to renegotiating**
16 **contracts after the third fight and before the fourth**
17 **fight?**
18 A. That's not how I would put it.
19 **Q. So Mersch puts it differently than you**
20 **would?**
21 A. Yes.
22 **Q. All right. You can put that document aside.**
23 MR. CRAMER: I'd like to mark the next
24 document as Silva Exhibit 43.

395

SILVA

1 signed?
2 A. That's not as much of a problem unless we
3 didn't get them their number of fights. Then we
4 would have to pay them for whatever unfulfilled. If
5 it expired and there were still fights left on their
6 contract, we would be responsible to still pay them
7 for the fights we did not get them before expiration.
8 **Q. All right. You can put that document aside.**
9 MR. CRAMER: All right. I'd like to mark
10 as the next document Silva Exhibit 42.
11 (Silva Deposition Exhibit 42 marked for
12 identification.)
13 **Q. Silva 42 is a November 2011 e-mail exchange**
14 **between Michael Mersch and Michael Connette, it bears**
15 **the Bates range ZFL-1404974 through 4978.**
16 **I believe I asked you this before, but**
17 **Connette was a representative for UFC fighter Mark**
18 **Hunt; is that right?**
19 A. Yeah. I believe it's Connette.
20 **Q. Connette. So Connette was a representative**
21 **for Hunt?**
22 A. Yes.
23 **Q. Turn to the bottom of the third page of this**
24 **series of e-mails. There's an e-mail from Mersch to**

397

SILVA

1 (Silva Deposition Exhibit 43 marked for
2 identification.)
3 **Q. Silva 43 is a one-page series of e-mails**
4 **dated [sic] ZFL-14121551. The e-mail at the bottom**
5 **of the page is from Cesar Gracie dated Tuesday,**
6 **April 20, 2010. It's to Mr. Silva, and the subject**
7 **is Nick Diaz.**
8 **Do you see that?**
9 A. Yes.
10 **Q. And you received that e-mail?**
11 A. Yes.
12 **Q. And Nick Diaz was a UFC fighter?**
13 A. Yes.
14 **Q. And you were making -- I'm sorry.**
15 **And Mr. Gracie, on behalf of Nick Diaz, was**
16 **negotiating with you for a new contract; is that**
17 **right?**
18 A. Yes.
19 **Q. And he requests 33/33, 36/36, and 39/39, or**
20 **alternatively a one-year contract at 42/42.**
21 **Do you see that?**
22 A. No. He's saying he wants the -- the three
23 fights he doesn't think we can get him more than a
24 year, so it would be that much for a year. But if

100  (Pages 394 to 397)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**PUBLIC COPY - REDACTED**



398

SILVA

1
2  you could get him a fourth fight, we'd do that at 42
3  plus 42.
4      **Q.  I see.**
5      A.  That's what he's saying.
6      **Q.  I see.**
7      **And then he says:  "These numbers are**
8  **substantially less than what Strikeforce will offer."**
9      **Do you see that?**
10     A.  Yes, that's what he's saying.
11     **Q.  And then you say to White and Fertitta right**
12 **above that -- you forward the below e-mail on**
13
23     **Do you see that?**
24     A.  Yes.
25     **Q.  Do you have an understanding about why**

399

SILVA

1
2  **Mr. Fertitta thought that Mr. Diaz would be willing**
3  **to take less money from the UFC than from**
4  **Strikeforce?**
5      A.  Well, he explains it in the next --
6      MR. ISAACSON:  Objection.  Calls for
7  speculation.
8      A.  Explains it in the next sentence.
9      **Q.  What was it?  What does he say?**
10
16     **Q.  I see.  So Strikeforce might guarantee him**
17 **more, but --**
18     A.  Right.
19     **Q.  -- but in the UFC, you'll have the**
20 **opportunity to get discretionary bonuses?**
21     A.  And he had a history of making.
22     **Q.  Okay.  And then you respond to White and**
23

400

SILVA

1
2
5      **Do you see that?**
6      A.  Yes.
7      **Q.  So you're saying that if Diaz turns down the**
8  **offer which was being made before Diaz's last fight,**
9  **you were going to put him at a really bad position on**
10 **a card against a tough fight -- tough guy?**
11     A.  It's not in a bad position on the card.
12 Everybody has to -- if you want to fight in a show,
13 you only have so many positions, so you're going to
14 be somewhere.  But I'm -- am I going to give that
15 spotlight more to somebody who I'm already building
16 their next fight or somebody fighting their last
17 fight.  You have to make that choice.
18     If he agreed to sign the deal, I still have
19 to decide where to put him.  That they still could be
20 in the prelims.  On a Pay-Per-View, you only have 5
21 main hard fights out of 13.  So outside of those 5
22 bout -- main fight -- bout fights, the rest are
23 prelims.  The majority of fights are prelims.  To go,
24 you're going to put him in a really bad position,
25 doesn't make sense.

401

SILVA

1
20     **Q.  So in exchange for Diaz not giving you and**
21 **the UFC a commitment to -- to re-up on a new**
22 **contract, you're going to -- you're going to put him**
23 **in a prelim and still give him a tough guy, is that**
24 **right, to fight?**
25     A.  He's only ever fought tough guys even when

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY - REDACTED

402

SILVA

1  he fought in the prelims before, so, yes, it would
2  not be different or unusual.
3
4      **Q.  And so your testimony here today, under**
5  **oath, is that when you said, if they turn it down, I**
6  **put him in a prelim against a really tough guy for**
7  **his fight, you did not mean that that would be in a**
8  **sense punitive for him turning down the deal?**
9      A.  It's not punitive.
10     **Q.  Is your testimony also that if he accepted**
11 **the deal, you would still put him in a prelim against**
12 **a really tough guy for his last fight?**
13     A.  No.  Then he'd fight a really tough guy, but
14 most likely be featured, because we have future
15 fights with him to promote him.
16     **Q.  So fighters -- it's fair to say that a**
17 **fighter who was offered a deal before their last**
18 **fight, reasonably anticipate that if they don't**
19 **accept that deal before their last fight, they would**
20 **be in a worse position than if they accept the deal,**
21 **not just because they get paid less money for that**
22 **last fight, but also because their not giving Zuffa a**
23 **commitment meant that Zuffa was not going to give**
24 **them a favored position on a card; is that fair?**
25     A.  No.  It just depends on the circumstance.

403

SILVA

1  That was this particular circumstance.  As with the
2  Roy Nelson circumstance, he still fought, might have
3  been a co-main event.  It just depends on the
4  circumstance of the card.
5      On this particular card, it was a strong
6  card.  On the one that Roy Nelson was, it was not a
7  strong card, so it's like, well, there is still
8  space.  We're not going to be punitive and cut off
9  our nose to spite our face and put him on a prelim on
10 a card that's not as strong.
11     On this particular card, it was a strong
12 card, and it's like, yeah, it's not hurting us for
13 him to be -- he'd be the main event of the prelims,
14 which is still a good position, that's a fight that
15 would be on FS1 and seen by over a million people.
16 And then you still could get that -- that they
17 advertise that, so you still could get promotion out
18 of it.  But it's like, am I going to put him over the
19 other five guys on a strong card with no commitment
20 to him.  It's like, I'd rather use that time on the
21 guys that I do.
22     **Q.  Have a commitment on --**
23     A.  And you alway -- and each one, you still
24 have to make that choice.  Even when he -- if

404

SILVA

1  everything's fine, he's not on his last fight, he's
2  just on his regular one, some cards are very good and
3  you are agonizing over who goes where, who gets those
4  main card slots or not.  And that Sean has fighters
5  of his and he wants to get them face time, make them
6  seem important and put there, so I'm trying to take
7  his needs into consideration.  Who does Dana think is
8  main-card worthy.  Who does Lorenzo.
9      There's a lot that goes into it.  So we
10 have -- but we have shown that in the past there's
11 people who are in this situation still ended up main
12 card, and there's ones who didn't.  It just depends
13 on the situation.
14     **Q.  But all things being equal, you'd more**
15 **likely give someone a better position on a card if**
16 **they agree to commit to more fights and to a --**
17 **another contract than if they don't; right?**
18     A.  If they're name -- name worthy enough to be
19 on the main card.
20     **Q.  Right.  So if --**
21     A.  And somewhere on the bubble.
22     **Q.  So someone who's name worthy enough to be on**
23 **the main card, all things being equal, you'd give**
24 **them the better position relative to others if they**

405

SILVA

1  **agreed to commit to another contract than if they**
2  **didn't agree; correct?**
3      A.  Depending on the card.
4      **Q.  Depending on the card.**
5      **But all things equal.  So everything's**
6  **equal.  What --**
7      A.  Anytime everything's equal, anything that's
8  unequal makes the difference.
9      **Q.  Right.  And so this is something that would**
10 **make the difference; right?**



20     **Q.  All right.  You can put that document aside.**
21     **By the way, did you tell Mr. Diaz or his**
22 **representative that if they did not re-sign a new**
23 **contract what position they would get on the card?**
24     A.  I don't recall.
25     **Q.  Was it the case that sometimes you, in the**

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY - REDACTED

406

SILVA

1  course of negotiating with a fighter after their
2  third fight and before the fourth fight, you would
3  tell the representative, well, as an incentive to
4  re-sign, we not only will pay you more but we'll give
5  you a better position on a card for --
6  
7      A.  Absolutely not.
8      Q.  Okay.
9      A.  Because I didn't have the authority to do
10  that.  And the card order would change constantly up
11  to the last minute.
12      So there were times where quite often it was
13  left to my general discretion what the order of the
14  card would be, but then Dana -- so I might even let
15  somebody know, this is it, I've got no opposition, so
16  this is there, but then Dana would go, no, I want --
17  I want this this way.  And then I'd have to go back
18  and tell the person that could be very disappointed,
19  so I stopped telling people, because I knew it -- it
20  could change at any time.
21      Especially with dropouts, which happen every
22  show.  It's very rare that we ever have a show where
23  there's not dropouts, which reshuffles the lineup.
24      So at any time your card position can
25  change.  So I went out of my way not to.  And

407

SILVA

1  honestly, very few people asked.
2      You'd have people ask if they were the main
3  event.  Because in a nontitle main event fight,
4  especially, it's a five-round fight as opposed to a
5  three-round fight.  So there was very concrete reason
6  why they would want to know that.
7      But in general, I did not -- for a while I
8  think maybe people were just curious.  Well, where am
9  I, when I could tell my family when they can expect
10  to see my fight.  And -- and there just came a time,
11  it's like it's changed enough times, like, I
12  really -- I can't commit.  This is what it is for the
13  moment, but it's subject to change.
14      Q.  Okay.  I'd like to ask you about injury
15  extensions.  We talked a little bit about that.
16      A.  Yeah.
17      Q.  If you found out after the fact that a
18  fighter had been injured, but the fighter never
19  turned down a fight and never told you beforehand
20  that he was injured, is it your understanding that
21  you could extend their agreement for the period of
22  injury?
23      A.  No.
24      Q.  So you don't know of any instance where

408

SILVA

1  Zuffa extended a fighter's contract even though that
2  fighter never turned down a fight based on injury?
3      A.  No.  Well, you wouldn't have to turn down a
4  fight, though, if you just let us know you're injured
5  and can't fight.  There would be no point in me
6  offering you a fight.  If you call me up today and
7  go, hey, I just let -- letting you know I broke my
8  arm, I'm not going to be available to fight; for me
9  to call you the next day and offer you a fight would
10  be silly.
11      Q.  I see.  So if someone informs you that they
12  are injured and can't fight, then you give them an
13  injury extension?
14      A.  Exactly.
15      Q.  Okay.
16      MR. CRAMER:  I'd like to mark the next
17  document as Silva Exhibit 44.
18      (Silva Deposition Exhibit 44 marked for
19  identification.)
20      Q.  So the Bates number was cut off in part.
21  This is a one-page series of two e-mails with the
22  Bates number COX-0041232.  And this is Silva 44.
23      Okay.  This is a November 2012 e-mail
24  exchange between you and Monte Cox.  At the bottom of

409

SILVA

1  the page on November 13, 2012, Mr. Cox sends you an
2  e-mail with the subject, "Why are we getting an
3  injury extension for Rich?"
4      And that refers to Rich Franklin; is that
5  right?
6      A.  Yes.
7      Q.  He was a UFC champion?
8      A.  Yes.
9      Q.  And Clare Wetton --
10      A.  Uh-huh.
11      Q.  -- who is she?
12      A.  She works in our Europe office.
13      Q.  All right.  So she works in your Europe
14  office.  And on November 10, 2012, sends to you --
15  you and some others, an e-mail, "Subject: Rich
16  Franklin," "Importance: High," and says:  "Rich
17  Franklin has had his left thumb xrayed and it is
18  fractured."
19      And then Silva -- you say to Cox in response
20  to his question why -- why are we getting an injury
21  extension letter for Rich, you say:  "They generate
22  them automatically when a fighter is injured after a
23  fight."
24      Do you see that?

103  (Pages 406 to 409)

PUBLIC COPY - REDACTED