# Exhibit 20

Deposition of Scott Coker

(August 3, 2017)

(excerpted)

PUBLIC COPY - REDACTED

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
          Plaintiffs,          )
                               )
     vs.                       )  Case No.
                               )  2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
          Defendant.           )
_____)
```

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

SCOTT COKER

LOS ANGELES, CALIFORNIA

AUGUST 3, 2017

9:09 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 51251

PUBLIC COPY - REDACTED

82

    SCOTT COKER - HIGHLY CONFIDENTIAL
how they did their deals were, but you're not welcome
to sponsor any fighters that are outside of UFC back
at that time.
    Q. Sorry, what time was that?
    A. You know, from 2007, maybe, to 2011.
    Q. Around the time of the sale?
    A. Correct.
    Q. Is there anything else that you can think
of regarding sponsors where, you know, if you weren't
with -- if you were sponsoring another organization,
you weren't with the UFC?
    A. I can't.
    Q. Other than sponsors, what other ways, if
any, were you either with the UFC or not with the
UFC?
    A. I'd say fighter contracts, sponsorships.
    I think they held that, you know, in
venues, maybe, they held the same feeling towards
other venues. That's all I can think of right now.
    Q. With respect to fighter contracts, this
notion of you're either with the UFC or you're not,
how did that manifest itself?
    A. I mean, and maybe that was the wrong way to
phrase it because, really, it's like when you have a

83

    SCOTT COKER - HIGHLY CONFIDENTIAL
contract with a certain company, then that's who
you're obligated to fight for.
    They weren't going to let any of those
athletes come over and fight, you know, in
Strikeforce, you know, or any other league.
    So I think that -- to me, I don't think
that's unnatural.
    Q. Well, I think you testified earlier that
Strikeforce would allow its fighters --
    A. Yes.
    Q. -- to fight other promotions, right?
    A. Yes.
    Q. That didn't hurt Strikeforce's business,
did it?
    A. That's correct. And that was something
that was really just my decision. In talking to the
fighters, it was something that was important to
them, so we granted them a hall pass to go and
compete in Japan.
    Q. But did Strikeforce's decision to allow its
fighters to fight in other promotions make it more
difficult just for Strikeforce to run its business?
    A. No.
    Q. Did it impair Strikeforce's ability to be

84

    SCOTT COKER - HIGHLY CONFIDENTIAL
as successful MMA promoter?
    A. No.
    Q. And how did the -- just getting back to the
EA game, how did that game ultimately do
commercially, do you know?
    A. I'm not sure.
    Q. Were there fighters -- I'll withdraw that.
    We talked a little bit this morning about
Affliction. Do you recall that testimony?
    A. Yes.
    Q. Okay. And I think you testified that there
came a time when Affliction stopped promoting mixed
martial arts events.
    Do you recall that?
    A. Yes.
    Q. Do you recall approximately when Affliction
stopped promoting mixed martial arts events?
    A. 2009.
    Q. Let me -- do you recall -- withdraw that.
    Did you communicate with Ms. Knapp about
Affliction's decision to stop promoting mixed martial
arts events?
    A. Yes.

85



[Page 85 redacted]

22 (Pages 82 to 85)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED



23 (Pages 86 to 89)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

```
                                                            90
 1
```

```
                                                            92
 1       SCOTT COKER - HIGHLY CONFIDENTIAL
 2  fighters to put them on pay-per-view, then you don't
 3  have a product to sell.
 4      Q.  And what do you mean by the right fighters
 5  in that context?
 6      A.  Again, it goes to -- you know, sometimes
 7  the personality outweighs the ranking.
 8          For instance, like Zuffa, they had a fight
 9  with the pro wrestler guy, not Brock but the other
10  guy.  I forgot his name.  But he's never fought
11  before, was trying to become a fighter, and he fought
12  and it was a big draw because he had such a big
13  following of fan base.  So, you know, to me, it can
14  kind of go -- you know, that can go both ways.
15          (Exhibit 7 was marked for
16           identification by the reporter.)
17  BY MR. DELL'ANGELO:
18      Q.  Let's take a look back at Exhibit 7, the
19  email that I've put before you there.
20      A.  Exhibit 7?
21      Q.  I'm sorry.  I didn't actually hand you
22  that.
23          For the record, Exhibit 7 is a two-page
24  series of emails spanning ZFL-2469204 through
25  2469205.
```

```
                                                            93
 1       SCOTT COKER - HIGHLY CONFIDENTIAL
 2          Mr. Coker, would you take a look at
 3  Exhibit 7, and tell me if you recognize that
 4  document.
 5      A.  That's pretty funny.  I can't read the
 6  small print.
 7      Q.  All right.  So --
 8      A.  I can -- I can comment on the first.
 9
```

```
11  BY MR. DELL'ANGELO:
12      Q.  So what makes a -- well, at least with
13  respect to Cung Le, though, is it fair to say that
14  his notoriety helped to make for a successful
15  promotion when he was -- or a successful, I guess,
16  bout when he was fighting?
17      A.  Yeah, I think -- I mean, I think Cung was a
18  product of being a great martial artist, and he had a
19  great promotion vehicle behind him.
20      Q.  And what is it, in your experience, that
21  makes a successful pay-per-view event in the mixed
22  martial arts?
23      A.  That the fighters are No. 1.
24      Q.  What do you mean No. 1?
25      A.  I mean, if you don't have the right
```

24 (Pages 90 to 93)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED



98

SCOTT COKER - HIGHLY CONFIDENTIAL

[page 98 redacted]

[page 99 redacted]

[page 100 redacted]

101

1    SCOTT COKER - HIGHLY CONFIDENTIAL
2    **Q.  Is that something that you viewed as being**
3    **important to Strikeforce?**
4    A.  Yes.
5    **Q.  And why is that?**
6    A.  My goal was to build this company as big as
7    we could, become a -- you know, a sizeable player in
8    the mixed martial arts world.
9       And I felt like we had a lot of pieces in
10   place.  We started -- we started recruiting top
11   talent, that we were building from the ground up
12   with, say, like Ty Woodley, Luke Rockhold, Daniel
13   Cormier, a lot of the stars that are currently stars
14   today for the UFC.
15      We started building our free agent
16   fighters.  So we built the roster from the ground up
17   and we bought some of the fighters from the top down.
18   And I think that Fedor would have been the icing on
19   the cake for us, you know, to just show the industry
20   that, hey, these are real players, you can count on
21   them, and they're going to be here for a long time.
22   **Q.  This email in Exhibit 7 is dated July 4,**
23   **2009, correct?**
24   A.  Yes, that's correct.
25   **Q.  Do you recall around that time frame, in**

26 (Pages 98 to 101)

**PUBLIC COPY - REDACTED**

```
                                                    102                                                      104
 1        SCOTT COKER - HIGHLY CONFIDENTIAL           1        SCOTT COKER - HIGHLY CONFIDENTIAL
 2   2009, did Strikeforce acquire fighters from any other   2   momentum, income was pretty much -- those two years
 3   promotion?                                         3   was pretty much like a hockey stick.  In a down
 4      A.  Yes.                                        4   economic time, we were not impacted by the economy
 5      Q.  And what promotion was that?                5   because we were still packing the stadium, we had
 6      A.  In 2009, we acquired Pro Elite.             6   great ratings, and we were putting butts in seats.
 7      Q.  And what was Pro Elite?                     7          When I think about that time period for
 8      A.  Pro Elite was a struggling mixed martial    8   Strikeforce, I think that it was a great time for the
 9   arts fight company based out of Los Angeles.  They --  9   company because we had just acquired all these great
10   well, at this time, we already had acquired them. 10   fighters, we already had great fighters.  We were
11   This is prior to this.                            11   buying more fighters, we were starting to build more
12      Q.  Right.  So the email in Exhibit 7 is       12   fighters.  And we had a great TV deal, and you know,
13   sometime later in 2009, Strikeforce had already   13   once you added Showtime and CBS, Strikeforce became
14   acquired Pro Elite?                               14   really a regional brand to become a national brand.
15      A.  That is correct.  And my thought, honestly,15      Q.  And was Strikeforce becoming a stronger
16   was in October of '10 -- I'm sorry -- October of '08 16   competitor to the UFC at that time?
17   is when we acquired Pro Elite.                    17      A.  Yes.
18          So that's my belief.  So we acquired       18      Q.  And was Strikeforce competing with the UFC
19   Pro Elite, which had the CBS, Showtime contracts.  It 19   for top talent at that time, that is, fighters?
20   had Nick Diaz' contract, Robbie Lawler's contract, it 20      A.  The only fighter that I would think that we
21   had Gina Carano's contract.  So we acquired a lot of 21   were both after that we really wanted was Fedor.
22   these great fighters at the end of '08.           22      Q.  In terms of -- in terms of top fighters?
23      Q.  How did the acquisition -- well, let me    23      A.  Because we had just acquired all these
24   withdraw that.                                    24   great fighters, and we only had so many TV dates.
25          Did Pro Elite include any other MMA brands 25   So, you know, the house is pretty full, if you can

                                                    103                                                      105
 1        SCOTT COKER - HIGHLY CONFIDENTIAL            1        SCOTT COKER - HIGHLY CONFIDENTIAL
 2   that Strikeforce acquired?                         2   understand what I mean by that.
 3      A.  No, because it was not a purchase of the    3          So we were looking for that one fighter
 4   entire company, it was just an asset purchase.  So we  4   that could make a big impact, and we wanted to get
 5   plucked out certain things that we wanted and left a  5   Fedor on our roster.
 6   lot of things that we didn't want.                 6      Q.  At that time, how would you characterize
 7      Q.  How did Strikeforce's acquisition of        7   Strikeforce's heavyweight division?
 8   Pro Elite impact Strikeforce's business?           8      A.  The thought behind getting Fedor, honestly,
 9      A.  When you have great fighters, great         9   was to put together I mean arguably the greatest
10   personalities, a great TV deal, then you can get  10   heavyweight tournament ever in the history of MMA,
11   great sponsorships, and you know, that's what helps 11   especially North America.
12   you drive your business.                          12          And we already had Alistair Overeem, we had
13      Q.  Is it your view, then, that without things 13   Fabricio Werdum, we had Josh Barnett.  We had Brett
14   such as great fighters, you can't do those other  14   Rogers.  We had Big Foot Silva, and we had Andrei
15   things, like attract great sponsors, et cetera?   15   Arlovski.
16      A.  It makes it very difficult.                16          And I wanted to put Fedor on a roster so I
17      Q.  How would you -- how would you characterize 17   could put him in this tournament because I knew that
18   the -- I guess Strikeforce around the -- as an MMA 18   this was a tournament that was going to be a
19   promotion at the time of the Pro Elite acquisition? 19   significant difference maker in our sport.
20   How would you characterize its trajectory in the MMA 20      Q.  How did you think that Strikeforce's
21   marketplace?                                      21   heavyweight division compared to the UFC's
22      A.  Clearly, No. 2 in the marketplace.  I mean, 22   heavyweight division in 2009?
23   UFC had a 20-year, you know, first in market      23      A.  Yeah.  In 2009 and '10, we had more top 10
24   advantage.                                        24   rated heavyweights than the UFC did.  So arguably, we
25          But I think we were gaining ground, gaining 25   had a better heavyweight division than they did.
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**



106

SCOTT COKER - HIGHLY CONFIDENTIAL

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

110

[Lines 1-16 redacted]

17  MR. DELL'ANGELO: I think there's a way to
18  shortcut this to some extent.
19      I'm going to mark as Exhibit 8 video
20  No. 23.
21      (Exhibit 8 was marked for
22      identification but replaced below by
23      a different video clip.)
24  BY MR. DELL'ANGELO:
25      Q. So video No. 23 is a video dated

111

1       SCOTT COKER - HIGHLY CONFIDENTIAL
2  September 6, 2014, also available on YouTube. It's
3  an interview with Mr. Coker with Ariel Helwani.
4      So why don't I play that, and since this is
5  publicly available, we can use this as a basis.
6      A. Perfect. Okay.
7      (Video clip played.)
8      MR. COKER: We're going to stay with that,
9  and that's work, and to me, it's like, look --
10     THE REPORTER: Wait.
11     (Video stopped.)
12     MR. KELLY: Can we start over.
13     MR. DELL'ANGELO: We're now playing
14 Exhibit 8, which is an excerpt of a September 6, 2014
15 interview of the witness, Mr. Coker, by Ariel
16 Helwani.
17     (Video clip played.)
18     SCOTT COKER: We're going to stay with
19 that, and that's work, and to me, it's like, look, if
20 Chael Sonnen wins and Fedor wins, hey, he's already
21 told me he wants to fight Fedor. So maybe that fight
22 goes together. That's a pay-per-view worthy fight
23 card.
24     UNKNOWN SPEAKER: Yeah.
25     SCOTT COKER: I mean fight. So to me, it's

112

1       SCOTT COKER - HIGHLY CONFIDENTIAL
2  like this. We're not going to do like, you know, the
3  companies were, we have to do one every month.
4      UNKNOWN SPEAKER: Umm.
5      SCOTT COKER: Or every other month.
6      We're going to do pay-per-view when the
7  fights are big enough and we feel like we have an
8  event that's big enough to do pay-per-view. So
9  whether that's twice a year or three times a year or
10 once a year, we'll do more that month.
11     UNKNOWN SPEAKER: There's no set.
12     MR. COKER: There's no set.
13     UNKNOWN SPEAKER: Okay.
14     MR. COKER: We'll be like the boxing model.
15     UNKNOWN SPEAKER: Okay.
16     MR. COKER: So when the fights are, you
17 know -- you know, being built up to the point where
18 we should be doing it, then we'll do it. But we're
19 not going to be forced into, you know -- because
20 otherwise, I think it's becomes irrelevant.
21     UNKNOWN SPEAKER: Yeah.
22     MR. COKER: It's like you're doing it just
23 to be doing it.
24     UNKNOWN SPEAKER: Right.
25     Mr. COKER: And is it really a pay-per-view

113

1       SCOTT COKER - HIGHLY CONFIDENTIAL
2  worthy card, you know. That's really -- I don't want
3  to be in that situation. I want to be in a situation
4  where this is like boxing. When the fight is built
5  up big enough, then we'll go for it.
6      UNKNOWN SPEAKER: You look at it like
7  Triple G and Danny --
8      (Video stopped.)
9      MR. DELL'ANGELO: I think the wrong video
10 got played. I'm going to withdraw. Could we play
11 15.
12     This is a September 1, 2016 interview from
13 The Fighter and The Kid. It's a continuation of the
14 one that we marked earlier today.
15     THE REPORTER: Is this Exhibit 8 now?
16     MR. DELL'ANGELO: I'd like to make it
17 Exhibit 8 if that's okay with everybody.
18     MR. KELLY: Fine with us.

[Remaining lines redacted]



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED



118

1 [redacted]

24   BY MR. DELL'ANGELO:
25   Q.   And so, what was the result of -- withdraw

31 (Pages 118 to 121)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

```
                                                      122
 1         SCOTT COKER - HIGHLY CONFIDENTIAL
 2   that.
 3         Q.  What was the outcome of the meeting that
 4   you had with Lorenzo Fertitta, Ari Emanuel, and the
 5   lawyers who were present in late November 2010
 6   regarding the UFC's possible acquisition of
 7   Strikeforce?
 8         A.  The outcome of the meeting was they threw
 9   out a number which we felt was ridiculous, and they
10   left the room and said:  Why don't you guys think
11   about it.  And CAA represented us, Brian Weinstein,
12   Craig Jacobson was there, my lawyer, Stratton
13   Sclavos, was there.
14         We were there just to hear them talk, you
15   know, hear what they had to say.  After they threw an
16   offer and said think about it, we just got up and
17   left and went home.
18         Q.  And what number did the UFC put out there?
19         A.  I can't recall.  It was like a single-digit
20   number.
21         Q.  So was it in the order of millions of
22   dollars?
23         A.  Oh, yeah, millions, yeah.
24         Q.  So it was a single-digit million?
25         A.  Yes.
```

```
                                                      123
 1         SCOTT COKER - HIGHLY CONFIDENTIAL
 2         Q.  Less than 10 million?
 3         A.  Yes.
 4         Q.  And then, did discussions between
 5   Strikeforce and the UFC resume at some point
 6   thereafter regarding the possible sale of Strikeforce
 7   to the UFC?
 8         A.  Yes.
 9         Q.  And do you recall approximately when that
10   was?
11         A.  Stratton and Lorenzo kept talking.
12         And then, Lorenzo, you know, he and -- you
13   know, like they kept talking about the deal, what
14   kind of deal.
15         I had told my partner:  Listen, I'm not
16   interested, you know.
17         And that went on from like November,
18   December.  I would say at some point, it stopped.
19   And I'd say after January 1st, it picked back up.
20         Q.  And was Mr. White involved in any of the
21   conversations, to the best of your knowledge?
22         A.  No.
23         Q.  Just so we're clear, you didn't speak to
24   Mr. White about the UFC's acquisition or possible
25   acquisition of Strikeforce?
```

```
                                                      124
 1         SCOTT COKER - HIGHLY CONFIDENTIAL
 2         A.  No.
 3         Q.  Do you recall whether or not anyone on
 4   behalf of Strikeforce or the investors whom you've
 5   identified, do you recall whether or not any of them
 6   spoke to Mr. White about the UFC's possible
 7   acquisition of Strikeforce?
 8         MS. GRIGSBY:  Objection, foundation.
 9         THE WITNESS:  Yeah, I can only speculate.
10         (Exhibit 9 was marked for
11         identification by the reporter.)
12   BY MR. DELL'ANGELO:
13         Q.  Let me show you what I've marked as
14   Exhibit 9 to the deposition.
15         For the record, Exhibit 9 is a one-page
16   email, ZUF-00447778.
17
```



```
                                                      125
 1         SCOTT COKER - HIGHLY CONFIDENTIAL
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**



126
SCOTT COKER - HIGHLY CONFIDENTIAL

128
SCOTT COKER - HIGHLY CONFIDENTIAL

23  Q. Do you believe that it was necessary to
24  make derogatory comments about the UFC in order to
25  have a successful promotion at Strikeforce?

33 (Pages 126 to 129)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

130

SCOTT COKER - HIGHLY CONFIDENTIAL
1
2   A.  No.
3   Q.  Did you believe that it was necessary to
4   make derogatory comments about Dana White or other
5   executives at the UFC in order to have a successful
6   promotion at Strikeforce?
7   A.  No.
8   Q.  Did you believe that you needed to engage
9   in the other types of conduct that the UFC engaged
10  in, such as with respect to venues or sponsors at
11  Affliction and Tapout that you testified about in
12  order to have a successful MMA promotion at
13  Strikeforce?
14      MS. GRIGSBY:  Objection to form, compound.
15      THE WITNESS:  No, it's just not my style of
16  doing business.
17  BY MR. DELL'ANGELO:
18  Q.  Notwithstanding whether or not it's your
19  style, which I appreciate, did you think it was
20  necessary for you to engage in that sort of behavior
21  in order to have a successful promotion at
22  Strikeforce?
23  A.  No.
24      MS. GRIGSBY:  Objection to form.
25

131

SCOTT COKER - HIGHLY CONFIDENTIAL
1
2   BY MR. DELL'ANGELO:
3   Q.  So did there come a time when -- I think
4   you've already testified, there came a time in March
5   of 2011, correct, when Strikeforce acquired UFC --
6   I'm sorry, withdraw that.
7       I think you testified earlier that in March
8   of 2011, Strikeforce was acquired by the UFC,
9   correct?
10  A.  Yes.
11  Q.  Do you recall -- how would you characterize
12  the quality of fighters that the UFC acquired from
13  Strikeforce?
14  A.  Substantial.
15  Q.  And do you recall -- or, withdraw that.
16      Do you know if some of the fighters that
17  the UFC acquired from Strikeforce went on to become
18  champions at the UFC?
19  A.  Yes.
20  Q.  And who are you thinking of?
21  A.  Luke Rockhold, Ty Woodley.
22  Q.  Any others that you can think of?
23  A.  Robbie Lawler, Ronda Rousey, Nick Diaz.
24  Daniel Cormier.  Miesha Tate.  Amanda Nunez.
25      I think that's a pretty good list.

132

SCOTT COKER - HIGHLY CONFIDENTIAL
1
2   Q.  Okay.  Are there other fighters that you
3   can think of that the UFC acquired from Strikeforce
4   that went on to be contenders for a championship in
5   the UFC?
6   A.  With Gregor Mushashi, Jacare Souza.
7       The Cuban fighter, what's his name?  I
8   forgot his name.  But he's pretty prominent right
9   now.
10  Q.  How about Alistair Overeem?
11  A.  Yes.  Alistair Overeem, Fabricio Werdum,
12  Josh Barnett, Big Foot Silva.
13  Q.  That's Antonio Silva?
14  A.  I believe so.  They're all named Silvas.  I
15  get confused.
16  Q.  How about Gilbert Melendez?
17  A.  Yes.  Gilbert Melendez.  Josh Thompson.
18  Q.  Did Gilbert Melendez go on to become a
19  championship contender in the UFC?
20  A.  Yes.
21  Q.  He was acquired by UFC from Strikeforce?
22  A.  Yes.
23      Cung Le.
24  Q.  And how about Dan Henderson?
25  A.  Yes, Dana Henderson got acquired.

133

SCOTT COKER - HIGHLY CONFIDENTIAL
1
2   Q.  And he went on to be a championship
3   contender in the UFC?
4   A.  Yes.  In fact, I think his last fight was
5   against Michael Bisping and he lost.
6   Q.  And who was Michael Bisping at the time of
7   that fight?
8   A.  The current middleweight champion.
9   Q.  At the UFC?
10  A.  At the UFC.
11  Q.  And how about Tim Kennedy?
12  A.  Yes, Tim Kennedy, another contender.
13  Q.  And how about Yoel Romero?
14  A.  Yoel Romero, that's the Cuban gentleman I
15  was referring to.
16  Q.  It's your understanding he went on to be a
17  contender for the championship of UFC?
18  A.  Yes.
19  Q.  And was acquired by the UFC from
20  Strikeforce?
21  A.  Yes.
22  Q.  And how about Paul Daley?
23  A.  Yes.  I believe his contract with assigned,
24  but it was a very short relationship.  I don't think
25  he stayed there long.

PUBLIC COPY - REDACTED



35 (Pages 134 to 137)

PUBLIC COPY - REDACTED

```
                                     138                                              140
 1       SCOTT COKER - HIGHLY CONFIDENTIAL          1       SCOTT COKER - HIGHLY CONFIDENTIAL
 2   BY MR. DELL'ANGELO:                            2   you know, like it would unify some of these fighters
 3       Q.  To be clear, why were they not happy?  3   into having, you know, who is really king of the
 4       A.  Because the sale of Strikeforce impacted 4 hill, so to speak, or who is the best fighter.
 5   their fighters' income.                        5       But I think that we had built our own
 6       Q.  In a negative way or a positive way?   6   audience, and Pride had built their own audience.
 7       A.  In a negative way.                     7   All these companies had built their own audiences.
 8       Q.  I'd like to play another short video clip 8       And for some reason, it just didn't
 9   for you.                                       9   resonate, and I think that the industry at that time
10       A.  Okay.                                 10   just kind of had a lull in it, you know, and I think
11       Q.  This is taken from a June 18th, 2015  11   people were, you know, disappointed that we had sold
12   interview with MMA Fighting on ESPN, also available 12 and disappointed that Pride had sold because they
13   on YouTube.  I believe it was done in St. Louis, 13   were fans of Pride, they were fans of Strikeforce.
14   Missouri.                                     14   And maybe not necessarily a fan of the UFC.
15       I'm going to mark this as Exhibit 10.     15       You could obviously be a fan of all three.
16       (Exhibit 10 was marked for                16   Like myself, I would watch all three.
17       identification by the reporter.)          17       But we had developed our own fan base to
18       MR. DELL'ANGELO:  Would the videographer  18   the point where they were fans of our own company.
19   please play video No. 4.                      19       And so, when we went to -- when these
20       (Video clip played.)                      20   fighters went over to the UFC, I don't think some of
21       UNKNOWN SPEAKER:  Sure, but you would agree 21  our fans went with them.
22   that things are different since the peak era of 22       And so, I think there was a lull, it was
23   Strikeforce?                                  23   kind of -- and I think it took about a year to get
24       MR. COKER:  Well, I was just --           24   out of that funk, you know, but I think the mixed
25       UNKNOWN SPEAKER:  It's just got to be --  25   martial arts industry was in a little bit of a funk

                                     139                                              141
 1       SCOTT COKER - HIGHLY CONFIDENTIAL          1       SCOTT COKER - HIGHLY CONFIDENTIAL
 2   it's a lot harder to --                        2   at that time, in 2012.
 3       MR. COKER:  I will tell you this.  After I 3       Q.  When you sold -- well, you and your
 4   sold Strikeforce, I think the industry went like 4   partners sold Strikeforce to the UFC in March of
 5   this.                                          5   2013, did you need to sell Strikeforce?
 6       (End of video clip.)                       6       A.  No.
 7   BY MR. DELL'ANGELO:                            7       Q.  Were there economic considerations with
 8       Q.  So Mr. Coker, is that you depicted in the 8   respect to the profitability of Strikeforce that
 9   video?                                         9   necessitated a sale for some reason?
10       A.  Yes.                                  10       A.  No.
11       Q.  And is that an accurate depiction of a 11       Q.  So why did you make the decision to sell
12   comment that you made on or about June 18, 2015 to 12 Strikeforce?
13   MMA fighting?                                 13       A.  Well -- and you'll see this in the
14       A.  Yes.                                  14   interview, and they asked me:  If you had to do
15       Q.  Tell me if I'm characterizing this    15   things all over again, what would you do different?
16   incorrectly, but I think you're indicating the hand 16 And I said, well, I would have found a different
17   motion you made was in a downward direction; is that 17 partner, somebody that was in it for the long term
18   correct?                                      18   and all the right reasons.
19       A.  Correct.                              19       And my partners are high-tech investors
20       Q.  What did you mean by what you were saying 20 that weren't necessarily emotionally attached to
21   as depicted in the video of Exhibit 10?       21   Strikeforce.  They saw a quick return from '08, when
22       A.  To me, it was a surprise because, you know, 22 they invested, to 2010 or '11.  They saw a quick
23   one of the things that I had thought would happen in 23 return, and they didn't understand why I didn't get
24   selling the company was like our champions would 24   it.  You know, they were like:  What is wrong with
25   eventually fight their champions, and it would be, 25 you?  And I'm like:  No, I didn't want to sell it.
```

36 (Pages 138 to 141)

PUBLIC COPY - REDACTED