# Exhibit 21

Deposition of Dana F. White – Volume 2

(August 9, 2017)

(excerpted)

PUBLIC COPY - REDACTED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON FITCH, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-(PAL)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DANA F. WHITE

AFTERNOON AND EVENING SESSIONS

LAS VEGAS, NEVADA

AUGUST 9, 2017

4:01 P.M.

REPORTED BY:
MICHELLE R. FERREYRA, CCR No. 876
JOB NO. 51036-B

PUBLIC COPY - REDACTED

I N D E X (Continued)

Exhibit 79 Dana White, Wanderlei Silva was paid $9 7 by the UFC, by Nate Wilcox, September 27, 2014 358
Exhibit 80 Portuguese article from Globo 360
Exhibit 81 Video excerpt from September 11, 2013 from UFC Tonight Interview 361
Exhibit 82 Excel spreadsheet 363
Exhibit 83 News article from the Las Vegas Sun 394
Exhibit 84 MMA Junkie article 403
Exhibit 85 Two-page article dated June 10, 2012 from Damen Martin 405
Exhibit 86 July 2, 2013 video from UFC 162 Post-fight Scrum in Las Vegas, Nevada 406
Exhibit 87 Excerpt from April 16, 2014 Tough Nation's Finale Post-fight Media Scrum in Quebec City, Quebec, Canada 408
Exhibit 88 Video excerpt dated May 11, 2014 UFC Fight Night 40, Post-fight Scrum in Cincinnati, Ohio 410
Exhibit 89 Excerpt from February 19, 2015 from the gathering at Banff, Canada 412
Exhibit 90 Video excerpt from February 2, 2010 from UFC 108 Post-fight Media Scrum in Las Vegas 413
Exhibit 91 Video excerpt from September 21, 2011 taken from the UFC 135 Pre-fight Scrum in Denver, Colorado 417

I N D E X (Continued)

Exhibit 92 Article taken from TMZ from March 6, 2017 421
Exhibit 93 Article from MMA Junkie, 423
Exhibit 94 Two-page e-mail series, WME_ZUFFA_001417791 442
Exhibit 95 Video excerpt from March 14, 2014 from the UFC 171 Pre-fight Scrum in Dallas, Texas 448
Exhibit 96 Video Excerpt from April 16, 2014 Tough Nation Finale Post-fight Scrum in Quebec City, Canada 451

LAS VEGAS, NEVADA, WEDNESDAY, AUGUST 9, 2017; 4:01 P.M.

-O0O-

VIDEOGRAPHER: The time is approximately 4:01 p.m. Let the record reflect Michelle Ferreyra is now the court reporter. We are back on the record.

(Exhibit 61 marked.)

EXAMINATION

BY MR. DELL'ANGELO:

**Q. Mr. White, I'm going to hand you what I have marked as Exhibit 61 to the deposition. Exhibit 61 is from FoxSports dated December 12, 2013 by Damen Martin. Before we took our break, we were talking about Invicta. Do you recall that?**

A. Yes.

**Q. Okay. You're quoted at the bottom here as -- do you see that quote, that it's in kind of a larger font there --**

A. Yes.

**Q. -- okay, at the bottom? And it says, "The girls who go into Invicta can now look and say, Jesus, we're going it fight in the UFC some day." Do you see**

**that?**

A. Yes.

**Q. Did you say that?**

A. I don't remember saying it, but, yeah. I'm sure I did.

**Q. Okay. Any reason to believe that that's not accurate, that statement?**

A. No.

**Q. Okay. And what is that? What do you take that to mean, that statement?**

A. It means that I -- I was the guy that said women would never fight in the UFC. And when women -- you know, when I did decide to do it, it be -- it was huge. It became very big. And, you know, I'm sure a lot of these women that were in this division thought they would never fight in the UFC.

**Q. So it's a big deal to get -- have female fighters in the UFC?**

A. It became a big deal, yeah.

**Q. And it's certainly a big deal for the female fighters as well; right?**

A. Absolutely.

**Q. Okay. And -- and that became an important part of your business, the UFC's business?**

PUBLIC COPY - REDACTED

289

DANA WHITE - HIGHLY CONFIDENTIAL

A. Correct.

**Q. It actually it lead to the rise of champions like Rhonda Rousey; right?**

A. Yeah.

**Q. And she became a big star; right?**

A. Huge star.

**Q. Okay. So would you flip to the second page of the document, please, at the top. You appear to be quoted again. Do you see that at the beginning of Bad As? Do you see that language?**

A. Yes.

**Q. But would you first read -- read that first sentence there aloud?**

A. Aloud?

**Q. Yeah.**

A. "As bad as people don't want to believe it, they don't want to hear it, meaning the other owners of other mixed martial arts organizations, that's why they are -- that's why they all are -- they all are the AAA to the UFC."

**Q. Okay. Any reason to believe that you did not say that in December of 2013?**

A. No.

**Q. Okay. And you believed that to be true at**

290

DANA WHITE - HIGHLY CONFIDENTIAL

**that time?**

A. I believe it to be true today.

**Q. Okay. And would that include World Series of Fighting?**

A. Yes.

**Q. Okay. And the -- the World Series of Fighting hasn't promoted any events in the United States; right?**

A. Yes.

**Q. Oh, I'm sorry.**

A. They're from the United States.

**Q. Withdraw that. I was thinking of something different. Thank you.**

A. They're -- they're actually from Vegas.

**Q. Yeah.**

**The World Series of Fighting has released some of its fighters to the UFC; right?**

A. Yes. We have signed guys from their organization?

**Q. What about Jessica Aguilar, she was released to the UFC; right?**

A. I don't know.

**Q. Okay. Mr. White, let me hand you another compilation of text messages that were produced in this**

291

DANA WHITE - HIGHLY CONFIDENTIAL

**litigation. I'm marking them as Exhibit 62.**

**(Exhibit 62 marked.)**

**BY MR. DELL'ANGELO:**

**Q. Exhibit 62 begins with 2699687.**

A. I'm sorry, 62?

**Q. Yes.**

A. Oh, no. No page.

**Q. I'm just identifying the exhibit number --**

A. Okay.

**Q. -- for the record, Mr. White. And I -- I will tell you that it's my understanding that the compilation of text messages at Exhibit 62 were taken from your -- one of your devices, Mr. White.**

A. Okay.

**Q. So would you turn to page 78 of Exhibit 62, line 1600.**

A. Tell me the page again.

**Q. 7-8, 78.**

A. Okay.

**Q. Are you at page 78?**

A. Yeah.

**Q. Okay. And would you go to line 1600, please.**

A. Yes.

292

DANA WHITE - HIGHLY CONFIDENTIAL

PUBLIC COPY - REDACTED

293

DANA WHITE - HIGHLY CONFIDENTIAL

[redacted]

**Q. Okay. You can put that document aside. Thank you.**

**Are you aware of a fight promotion by the name of ONE FC?**

[redacted]

294

DANA WHITE - HIGHLY CONFIDENTIAL

[redacted]

**Q. So are you familiar with a fight promotion ONE FC?**

A. Yes.

**Q. Okay.**

A. Very familiar.

**Q. Is it correct that ONE FC only promotes MMA bouts in Asia?**

A. Yes.

**Q. Okay. And when did you -- well, let's -- I'm going to play another video excerpt for you.**

**(Exhibit 63 marked.)**

\\

295

**DANA WHITE - HIGHLY CONFIDENTIAL**

**BY MR. DELL'ANGELO:**

**Q. This is taken from an August 23, 2014 UFC Fight Night 48 Post-Night Scrum in Macau, China. So if you would direct your attention to the video screen.**

MR. ISAACSON: I will object to the use of this video in questions on the basis of completeness.

(Video clip playing.)

REPORTER: One more thing. There's a couple of ONE FC. You got RUFF, a little tiny one, but they're doing good work. And a couple others, Kunlun and some others. A lot of times, UFC has bought out their competitors, and it really helped out and did a lot, like Strikeforce. Do you guys have plans like that? Is that how you think over there?

MR. DANA WHITE: No. You know, to have -- to have grassroots companies like that is great for us. You have to have it. I mean, we -- we need organizations like that around for the guys to get experience, get fights under their belt, make some money, and -- and -- and start to consider making this a career. So having small organizations out there is a great thing. It's not a -- you know, I love it.

BY MR. DELL'ANGELO:

**Q. So, Mr. White, in August --**

296

**DANA WHITE - HIGHLY CONFIDENTIAL**

MR. ISAACSON: I am just going to raise an objection, that because parts of that were hard to hear I don't think the court reporter's able to create a transcript of it. So --

BY MR. DELL'ANGELO:

**Q. Mr. White, in August of 2014, did you view ONE FC as a -- as a grassroots promotion?**

A. Yes.

**Q. Okay. And but you, nevertheless, thought that having a smaller promotion, like ONE FC out there at the time, was a -- was a good thing for the UFC; right?**

A. I will tell you what -- I will tell you what drives me crazy, what cracks me up, is we're trying to get into Asia; so we have been working on Asia for a long time. And every time I do interviews over there, they say, "Are you guys like ONE FC? Is that what you are." Yeah. Yeah. So it's owned by a billionaire. And every time I do interviews in Asia, they ask if the UFC is like ONE FC. What are you guys, like ONE FC? Yeah, no. We're like the UFC, but yeah. They're not a minor grassroots organization. They're a monster.

**Q. In Asia?**

A. Yeah.

PUBLIC COPY - REDACTED



DANA WHITE - HIGHLY CONFIDENTIAL

question.

MR. ISAACSON: You went low on that.

BY MR. DELL'ANGELO:

**Q. Okay. I will withdraw it. Let me ask it again.**

**Was it -- was it your view that if a fighter wanted to be in the EA Sports video game, you didn't want that fighter in the UFC?**

A. I -- I wanted guys in the UFC that wanted to be with the UFC. Did you want to be with the UFC? Do you want to be a world champion here? Do you want to be on our platform on this video game to help, you know, market you, build the brand, and, you know -- yeah.

**Q. Right. But I -- I guess -- what -- what I'm trying to understand, was it -- was it your view that if a fighter elected to be in the EA Sports game, you didn't want that fighter in the UFC because you didn't feel that that fighter was supporting UFC?**

A. Why -- why do you want to be here? Do you want to be here or do you not want to be here?

**Q. Okay.**

A. It's pretty simple.

**Q. So being -- from your perspective, a**

**DANA WHITE - HIGHLY CONFIDENTIAL**

**fighter's choice to be in the EA Sports video game was tantamount to a choice of not being, you know, here at the UFC, as you put it; right?**

MR. ISAACSON: Objection to form.

THE WITNESS: Do you want to be with the UFC?

BY MR. DELL'ANGELO:

**Q. Right.**

A. Do you want to be here?

**Q. So --**

A. You're going to -- you're going to come fight here, and then go elsewhere to -- to -- to build a different video game for another company.

**Q. So being in the EA Sports video game was -- was basically not being with the UFC?**

A. I answered the question three times.

MR. ISAACSON: He's correct.

BY MR. DELL'ANGELO:

**Q. Okay. I think that's a matter of judgment, I'm sure.**

**And you've -- you've banned some MMA reporters; right?**

A. Yes.

**Q. And what MMA reporters have you banned?**

A. Well, I didn't ban anybody. You can't really

DANA WHITE - HIGHLY CONFIDENTIAL

ban reporters.

**Q. You can take away their press credentials; right?**

A. You can take away their credentials.

**Q. Okay.**

A. They can still come to the event and cover the event, yeah.

**Q. Okay. You just have to buy a ticket; right?**

A. Exactly.

**Q. But if you have press credentials --**

A. Or they could buy the pay-per-view.

**Q. Right. Or if you -- but if you have press credentials, you wouldn't need to purchase the pay-per-view or ticket to attend the event to cover it; right?**

A. It's completely discretionary on who we give, you know.

**Q. And so you -- you've withdrawn press credentials from Ariel Helwani; right?**

A. Absolutely.

**Q. Okay. And he's an MMA journalist whom we saw in a number of videos earlier today; right?**

A. Yeah.

**Q. Are there other MMA journal -- journalists**

**DANA WHITE - HIGHLY CONFIDENTIAL**

**from whom the UFC has revoked press credentials?**

A. Yeah. Well, I -- I -- I didn't revoke his press credential. I threw him out one night.

**Q. Threw him out --**

A. He was right back for the next event; so I didn't -- I didn't -- that wasn't the case with him.

**Q. Well, there was actually a pretty significant public uproar; right, after the --**

A. The night I threw him out, yeah.

**Q. Right.**

A. He was crying on TV and radio, yeah.

**Q. And in response, the UFC did an about face and let him back in?**

A. No. No, no, no.

PUBLIC COPY - REDACTED

DANA WHITE - HIGHLY CONFIDENTIAL

[redacted]

DANA WHITE - HIGHLY CONFIDENTIAL

[redacted]

**Q. What do fighters have to do to -- in your experience, what do fighters have to do to prepare to compete in an MMA bout for UFC?**

A. It varies. It's -- it's all different. Obviously, there's lots of different camps out there and lots of different ways that people train. And but -- but it's -- it's all different. There's no one significant way to train.

**Q. Well --**

A. Everybody does something different.

**Q. -- I think -- I think I -- I appreciate that. I think I was asking something a little bit different.**

**In advance of a -- competing in a UFC mixed martial arts bout, a fighter needs to train as a mixed martial artist; right?**

A. Train, yes.

**Q. Okay. And when they have a bout coming up, fighters typically participate in a camp, a training camp; right?**

A. Correct.

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. Okay. And that training camp generally requires them to be away from their family for some period of time?**

A. Yes.

**Q. Okay. And --**

A. Some of them. Some of them do, and some of them don't.

**Q. Right. And UFC fighters pay for their own camp; right?**

A. Correct.

**Q. Okay. And paying for their own camp involves paying for fighters -- or excuse me, for trainers?**

A. Yep.

**Q. Okay. And does it involve their -- they pay for their housing associated with the camp, if they're not living at home, generally?**

A. Well, do you know what? That's not true, actually. We just built the -- the Performance Institute. Every fighter that's under contract with us can go there and train for free.

**Q. Right. But prior to that, though --**

A. Yes.

**Q. And -- and that only just opened; correct?**

A. Yes.

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. Okay. So -- so prior -- and when did it open?**

A. Three months ago, something like that.

**Q. Okay. So before, you know, this period for the three months that the center's been open --**

A. (Witness nods.)

**Q. -- fighters needed to, you know, pay for their own housing, right, if they're weren't living at home while they're in camp training for a fight?**

A. True.

**Q. Okay. And they paid for things like supplements and any special meals; right?**

A. Correct.

**Q. That that is part of their training?**

A. Correct.

**Q. And they also paid for certain travel associated with their -- with their camp; right?**

A. Yep.

**Q. Okay. What other sorts of things did fighters pay for on their own in connection with preparing for a fight in the -- in the UFC, in your experience?**

A. I don't know. I mean, you know, everything involved -- involved with their training camp. However

PUBLIC COPY - REDACTED

437

DANA WHITE - HIGHLY CONFIDENTIAL

extravagant it is to however minimal it is -- you know, it's all that stuff. But, yeah.

And -- and, you know, depending on how many people they get involved and everything else, but that's every combat sport ever. Boxing, kick boxing, Muay Thai, the list goes on and on. They all paid for their camps. Now we figured it out. So guys who are under UFC contract don't have to pay for it anymore.

We have everything from, you know, hot and cold plunge cryo chambers. We have everything a fighter needs. We even have physical therapists. They get free physical therapy. They eat for free. They -- we have a -- we have a restaurant there, and all their food is free. All their supplements are free. And they have a dietician and everything. So fighters don't have to pay for anything anymore in the UFC.

**Q. That -- that's only in the last three months; right?**

A. Yeah. But it's going on now forever.

**Q. Okay.**

A. I'm just pointing out another thing that's never been done in the history of combat sports.

**Q. It -- it has been done in many other sports**

438

DANA WHITE - HIGHLY CONFIDENTIAL

**however, though; right?**

A. Not fighting.

**Q. I'm asking about other sports.**

A. Yeah.

**Q. You were pretty adamant -- you were pretty adamant about comparing other sports before; right?**

A. Right.

**Q. I want to be clear, that in other sports, such as football, for example, things like training and housing and transportation and food --**

A. Yeah.

**Q. -- those things have been covered for ages in those sports.**

A. Yeah. And that was our dream. Our dream was to get to a point -- you have to understand, this sport's still young. All these other sports you're talking about are 100 years old or 50 years old or 60 or whatever it is. We're 15. We're 15 years old, and look where we are already and -- and how much we've changed the game and -- and -- and done things that have never been done ever in the history of combat sports. Look at the hundreds of billions of dollars that boxing has made over the last hundred years. Do you know how much more has been reinvest -- reinvested

439

DANA WHITE - HIGHLY CONFIDENTIAL

in the sport? Zero.

**Q. And is it your view that that will continue for boxing?**

MR. ISAACSON: Objection.

THE WITNESS: Not until I get into it.

BY MR. DELL'ANGELO:

**Q. Okay. That's what I was curious about.**

**Some fighters for the UFC have tried to engage in activities outside of the UFC to generate revenue such as being his movies; right?**

A. Yep.

**Q. Okay. And is it true that you've often had an issue with fighters who are under contract with the UFC, but also want to appear in a movie?**

A. No. Never. I love it. I -- I love that these guys get the opportunity to be in movies and everything. It's another thing that builds the brand and everything else. What I don't like is when we're not aligned, when we're not communicating, you know. But -- but as long as we're communicating on when this stuff is going to happen, I love it.

Michael Bisping has been out shooting movies now for the last four to five months.

440

DANA WHITE - HIGHLY CONFIDENTIAL

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY - REDACTED