# Exhibit 26

ZFL-1240584

FILED UNDER SEAL

PUBLIC COPY - REDACTED