# Exhibit 27

## ZFL-1376378

FILED UNDER SEAL

PUBLIC COPY - REDACTED