# Exhibit 28

ZFL-1384297

(excerpted)

FILED UNDER SEAL

**PUBLIC COPY - REDACTED**