# Exhibit 29

## ZFL-1391183

FILED UNDER SEAL

PUBLIC COPY - REDACTED