# Exhibit 30

## ZFL-1421551

FILED UNDER SEAL

PUBLIC COPY - REDACTED