# Exhibit 31

## ZFL-2469208

FILED UNDER SEAL

**PUBLIC COPY - REDACTED**