# Exhibit 32

## ZFL-12543287

FILED UNDER SEAL

**PUBLIC COPY - REDACTED**