# Exhibit 33

ZUF-00031544

FILED UNDER SEAL

**PUBLIC COPY - REDACTED**