# Exhibit 34

ZUF-00122280

FILED UNDER SEAL

**PUBLIC COPY - REDACTED**