# Exhibit 35

ZUF-00162329

(excerpted)

FILED UNDER SEAL

**PUBLIC COPY - REDACTED**