# Exhibit 36

ZUF-00296703

FILED UNDER SEAL

**PUBLIC COPY - REDACTED**