# Exhibit 37

ZUF-00336384

FILED UNDER SEAL

PUBLIC COPY - REDACTED