# Exhibit 38

## DB-ZUFFA-00006389

(excerpted)

FILED UNDER SEAL

**PUBLIC COPY - REDACTED**