# Exhibit 39

DB-ZUFFA-00006712

(excerpted)

FILED UNDER SEAL

**PUBLIC COPY - REDACTED**