# Exhibit 40

RAINE0020633

(excerpted)

FILED UNDER SEAL

PUBLIC COPY - REDACTED