# Exhibit 41

WME_ZUFFA_00001150

(excerpted)

FILED UNDER SEAL

**PUBLIC COPY - REDACTED**