# Exhibit 42

## 30(b)(6) Deposition of Jeff Quinn Exhibit 3 (excerpted)

FILED UNDER SEAL

PUBLIC COPY - REDACTED