# Exhibit 48

Deposition of Dana F. White

(August 9, 2017 – Vol. 1)

(excerpted)

PUBLIC COPY - REDACTED

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
          Plaintiffs,          )
                               )
          vs.                  )  Case No.
                               )  2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
          Defendant.           )
_____)
```

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DANA F. WHITE

MORNING AND AFTERNOON SESSIONS

LAS VEGAS, NEVADA

AUGUST 9, 2017

9:30 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 51036-A

PUBLIC COPY - REDACTED



**Page 186**

DANA WHITE - HIGHLY CONFIDENTIAL

2  A. Correct.
3  Q. Let me hand you what the I've marked as
4  Exhibit 41. Please take a look at that.

[redacted]

**Page 187**

[redacted]

11  Q. Okay. You can set that aside.
12     Are you familiar with the former MMA
13  promoter EliteXC?
14  A. Yes.
15  Q. Is there a time when you thought of EliteXC
16  as a low level promoter that didn't compete with the
17  UFC?
18  A. EliteXC, yeah. Yeah, I who they are. I
19  was mistaking them for somebody else at first. It's
20  a T-shirt company.
21  Q. Are you thinking of Affliction?
22  A. No. Different one.
23  Q. All right. So focusing on Elite X E?
24  A. EliteXC, they were a publicly traded
25  company, right? Maybe it's not the one I'm thinking

**Page 188**

DANA WHITE - HIGHLY CONFIDENTIAL

2  of, then. There's been many.
3     (Exhibit 42 was marked for
4     identification by the reporter.)
5     MR. DELL'ANGELO: All right. Why don't we
6  mark as Exhibit 42 a video clip that I'll play from
7  September 23, 2007. It's a UFC 76 post fight press
8  conference in Anaheim, California.
9     MR. ISAACSON: Is this an excerpt?
10    MR. DELL'ANGELO: Yes, it is.
11    MR. ISAACSON: I'll object on the grounds
12 of completeness to the use of this exhibit in
13 question.
14    (Video clip played.)
15    UNIDENTIFIED SPEAKER: Can I get your
16 thoughts on, say, Bodog and EliteXC and how you feel
17 they stack up --
18    DANA WHITE: They suck.
19    (Laughter.)
20    DANA WHITE: You know, I'll be honest. I
21 think that, you know, I'm not impressed with any
22 newcomer. But I'll tell you what. The last -- the
23 last ProElite show looked better than any of the
24 other ones they had done --
25    THE REPORTER: I can't hear it.

**Page 189**

1  DANA WHITE - HIGHLY CONFIDENTIAL
2     DANA WHITE: I actually saw the end -- at
3  the end of it, I saw the Robbie Lawlor -- the Lawlor
4  fight. But again, you're talking about the lower
5  level, the lower tier, Robbie Lawlor. I like Robbie
6  Lawlor. I'm the one that brought him into the UFC,
7  and he's not in the UFC because he lost three in a
8  row. And Ninja wasn't even ranked, and he has a
9  title. So, you know, you're talking about lower,
10 lower, lower level. I mean, if you picked all those
11 shows, you know, to be a No. 2, they're so far,
12 No. 2, it's not even funny. And I'm just being
13 honest now. I'm not being a wise-ass.
14    UNIDENTIFIED SPEAKER: So you don't feel
15 there's competition (inaudible)?
16    DANA WHITE: No. Competition? No.
17 Competition? No. Not at all. I think there are --
18 they're necessary. We need those shows because, you
19 know, fighters are getting paid, fighters are
20 fighting and getting experience and guys are going to
21 come up and fight in the UFC some day.
22    UNIDENTIFIED SPEAKER: So you look at them
23 more as like developmental leagues?
24    DANA WHITE: Huh?
25    UNIDENTIFIED SPEAKER: You look at them

```
                                                    190
 1        DANA WHITE - HIGHLY CONFIDENTIAL
 2   more as like developmental leagues?
 3        DANA WHITE:  Yeah, they're like the
 4   Triple A.
 5        (End of video clip.)
 6   BY MR. DELL'ANGELO:
 7     Q.  Were you able to hear at the beginning of
 8   that, Mr. White, that you were asked, can I have your
 9   thoughts on Bodog and EliteXC.
10     A.  Yes.
11     Q.  So was that you depicted in the video?
12     A.  Yes.
13     Q.  And did you say that?
14     A.  A younger me.
15        MR. ISAACSON:  I'll object to did you say
16   that because we haven't said what "that" is.  And I'm
17   going to object to the use of this on the additional
18   grounds that I can't hear some of it, the court
19   reporter can't make an accurate transcript of it, and
20   I don't know what the witness can hear of it.  We can
21   obviously hear some parts of it.
22        MR. DELL'ANGELO:  Again, please.
23        MR. ISAACSON:  You didn't make that clear
24   because people don't know who aren't here what can be
25   heard and what can't be heard.
```

```
                                                    191
 1        DANA WHITE - HIGHLY CONFIDENTIAL
 2   BY MR. DELL'ANGELO:
 3     Q.  So Mr. White, the statements that you made
 4   in that video, were they statements that you believed
 5   to be true at the time?
 6        MR. ISAACSON:  I object to the question
 7   because the statements can't be heard.
 8        MR. DELL'ANGELO:  I believe the witness
 9   testified he was able to hear them, right?
10        MR. ISAACSON:  He did not testify he could
11   hear all the statements.
12   BY MR. DELL'ANGELO:
13     Q.  Were you able to hear your statements in
14   the video?
15     A.  I think I did.
16     Q.  Okay.  And to the extent --
17     A.  I don't know if I missed anything.
18     Q.  To the extent that you believe you did, are
19   they statements that you believed to be true about
20   EliteXC?
21        MR. ISAACSON:  Object to the form of the
22   question.  We won't know what he heard or did not
23   hear.
24        THE WITNESS:  And what specifically are you
25   asking about?  What did I say about EliteXC that you
```

```
                                                    192
 1        DANA WHITE - HIGHLY CONFIDENTIAL
 2   are asking me?
 3        MR. DELL'ANGELO:  I will withdraw the
 4   question.
 5        (Exhibit 43 was marked for
 6        identification by the reporter.)
 7   BY MR. DELL'ANGELO:
 8     Q.  Here's Exhibit 43.  Would you take a look
 9   at that, please.
10        Exhibit 43 is a May 29, 2008 article
11   entitled "UFC has fight on hands CBS event latest
12   challenge to MMA leader" by Beau Dior in USA Today."
13        Do you have Exhibit 4, Mr. White?
14     A.  Yes.
15     Q.  And if you look down at the second
16   paragraph, it refers to Kimbo Slice?
17     A.  Yep.
18     Q.  Kimbo Slice is a former MMA fighter,
19   correct?
20     A.  Yes.
21     Q.  And 2011, it goes on to say that he
22   competes in Elite Xtreme Combat.
23        Do you see that?
24     A.  Yes.
25     Q.  You can take a minute to read this, but I
```

```
                                                    193
 1        DANA WHITE - HIGHLY CONFIDENTIAL
 2   would direct your attention to the quote a few lines
 3   down where you're quoted as saying "Whether they like
 4   it or not, they're the farm league," UFC president
 5   Dana White says."
 6        Do you see that?
 7     A.  Yes.
 8     Q.  And did you say in May of 2009 that EliteXC
 9   was a farm league?
10     A.  It says I said it.
11     Q.  Okay.  Do you have any reason to disagree
12   that in May of 2008, you viewed the UFC as a farm
13   league?
14     A.  No.
15        (Exhibit 44 was marked for
16        identification by the reporter.)
17   BY MR. DELL'ANGELO:
18     Q.  I'm handing you what I've marked as
19   Exhibit 44, Mr. White.  There you go.
20        Exhibit 44 is an article from ESPN.com,
21   dated July 6, 2007, titled "White not worried about
22   the competition."
23     A.  Yes.
24     Q.  All right.  And if you look toward the
25   bottom of the page, do you see, the very last line,
```

```
                                              194                                                  196
 1      DANA WHITE - HIGHLY CONFIDENTIAL        1      DANA WHITE - HIGHLY CONFIDENTIAL
 2   it says, "ESPN The Magazine" on the first page?   2   said I'm totally scared of all these guys and I'm
 3       A.  Yes.                                3   worried about them because you are talking about IFL
 4       Q.  Then if you go up, it says, "ESPN the   4   who those guys had a lot of money, and the guy from
 5   magazine" again.  Then it follows, "do you watch   5   Bodog, another criminal, but he had a lot of money.
 6   other shows."                               6   BY MR. DELL'ANGELO:
 7           Do you see that?                    7       Q.  Just so I'm clear, are you saying that take
 8       A.  Yes.                                8   the time in 2007 that you were scared about EliteXC
 9       Q.  Then go up one more.  "ESPN The Magazine   9   and Bodog as competing promotions to the UFC?
10   how do you feel."                          10       A.  Well, you're insane if you don't worry
11           Do see that?                       11   about your competition.  You absolutely have to worry
12       A.  Yes.                               12   about your competition.
13       Q.  Okay.  It says:                    13       Q.  And so, was EliteXC and Bodog competition
14           "ESPN The Magazine:  How do you    14   that you were concerned about in 2007?
15           feel about the IFL, Bodog, EliteXC 15       A.  Yeah.  So Bodog, this guy had nothing but
16           and the other competition popping  16   cash.  The guy lived on an island somewhere, Calvin
17           up?"                               17   Ayre, who was doing illegal gaming and was offering
18           Do you see that?                   18   guys huge money just to fly out and hang out with him
19       A.  Yes.                               19   on the island.  And yeah, you got to.  You got to
20       Q.  Would you read your answer, please.  20   worry about that.
21       A.  "It's good for us.  I don't        21       Q.  So you were legitimately concerned about
22           Look at those guys as competition at  22   Bodog as a competitor as well?
23           all.  They're nowhere near the     23       A.  Definitely.
24           league that we're in.  I need shows  24       Q.  They're not in business anymore, right?
25           like this.  They're the feeder     25           Let me withdraw that.  They're not in the

                                              195                                                  197
 1      DANA WHITE - HIGHLY CONFIDENTIAL         1      DANA WHITE - HIGHLY CONFIDENTIAL
 2           leagues.  All the guys who fight in  2   MMA promotion business, correct?
 3           those shows aspire to be in the UFC  3       A.  I'm not sure, but I think he's in prison,
 4           some day.  They're creating all the  4   so yeah, it would be pretty tough for him to be in
 5           UFC talent of tomorrow."           5   business.
 6       Q.  Did you say that in July of 2007?   6       Q.  I'm asking about the business itself.  Do
 7       A.  I don't know.                       7   you know if Bodog is still promoting MMA events?
 8       Q.  Any reason that you disagree that that   8       A.  I don't think so.  I don't know, though.
 9   was -- well, withdraw that.                 9       Q.  Okay.
10           Was that true in July of 2007?    10       A.  He could be.  I think he's in prison.
11           MR. ISAACSON:  Objection to form. 11       Q.  Affliction entertainment, is that an MMA
12           THE WITNESS:  Any reason not to believe it  12   promotion created by Affliction clothing?
13   was true?                                  13       A.  Yes.
14   BY MR. DELL'ANGELO:                        14       Q.  And was Affliction clothing in the business
15       Q.  Withdraw again.                    15   of sponsoring MMA fighters?
16           Yeah.  Do you believe that was true in July  16       A.  Yes.
17   of 2007?                                   17       Q.  And did Affliction clothing ever sponsor
18           MR. ISAACSON:  Objection to form. 18   fighters in the UFC?
19           THE WITNESS:  Should I said I'm horrified  19       A.  Yes.
20   and terrified of all this competition?     20       Q.  And did Affliction clothing sponsor UFC
21   BY MR. DELL'ANGELO:                        21   fighters at the time that Affliction Entertainment
22       Q.  I'm just asking for the truth, Mr. White.  22   was promoting MMA events?
23       A.  It's the truth.                    23       A.  Yes.
24           MR. ISAACSON:  Objection to form. 24       Q.  And when did you first learn that
25           THE WITNESS:  The truth is I should have  25   Affliction was going to start promoting MMA events?
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED