Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

Joseph R. Saveri (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
rkoffman@cohenmilstein.com

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL** |

Pursuant to Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Local Rule IA 10-5(a), and Section 14.3 of the Revised Stipulation and Protective Order (the "Protective Order") issued in this action on February 10, 2016 (ECF No. 217 at 15), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") hereby move this Court for leave to lodge certain documents under seal related to their Motion for Class Certification.

Under Section 14.3 of the Protective Order, documents designated Confidential or Highly Confidential – Attorneys' Eyes Only "shall be provisionally lodged under seal with the Court, and redacted papers shall be publicly filed. Within 5 days of the materials being lodged with the Court, the Party claiming protection shall file a motion to seal setting forth the bases for sealing and proper authority under *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), or some other applicable authority." ECF No. 217 at 15.

The documents referenced below (or portions thereof) have been designated or refer to materials which have been designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendant or third parties. Accordingly, Plaintiffs seek leave to lodge the following documents under seal.

First, Plaintiffs seek leave to lodge under seal Plaintiffs' Motion for Class Certification.

Second, Plaintiffs seek leave to lodge under seal Exhibit 1 to the Declaration of Eric L. Cramer in Support of Plaintiffs' Motion for Class Certification (the "Cramer Declaration"), which is a document entitled Expert Report of Hal J. Singer, Ph.D., dated August 31, 2017.

Third, Plaintiffs seek leave to lodge under seal Exhibit 2 to the Cramer Declaration, which is a document entitled Rebuttal Expert Report of Hal J. Singer, Ph.D., dated January 12, 2018.

Fourth, Plaintiffs seek leave to lodge under seal Exhibit 3 to the Cramer Declaration, which is a document entitled Expert Report of Andrew Zimbalist in *Cung Le, et al. v. Zuffa, LLC*, dated August 30, 2017.

Fifth, Plaintiffs seek leave to lodge under seal Exhibit 4 to the Cramer Declaration, which is a document entitled Expert Rebuttal Report of Andrew Zimbalist, dated December 26, 2017.

Sixth, Plaintiffs seek leave to lodge under seal Exhibit 6 to the Cramer Declaration, which is a document entitled Expert Report of Guy Davis, CPA, CIRA, CDBV, CFE, dated August 31, 2017.

Seventh, Plaintiffs seek leave to lodge under seal Exhibit 7 to the Cramer Declaration, which is a document entitled Rebuttal Expert Report of Guy Davis, CPA, CIRA, CDBV, CFE, dated January 12, 2018.

Eighth, Plaintiffs seek leave to lodge under seal Exhibit 8 to the Cramer Declaration, which is a document entitled UFC - Hal Singer Report - Errata, which was introduced as Exhibit 2 in the deposition of Hal J. Singer, Ph.D., which took place on September 27, 2017.

Ninth, Plaintiffs seek leave to lodge under seal Exhibit 9 to the Cramer Declaration, which is a document entitled UFC - Hal Singer Report – Errata II, which was introduced as Exhibit 3 in the deposition of Hal J. Singer, Ph.D., which took place on September 27, 2017.

Tenth, Plaintiffs seek leave to lodge under seal Exhibit 10 to the Cramer Declaration, which is a document entitled Errata to the Expert Report of Andrew Zimbalist in *Cung Le, et al. v. Zuffa, LLC*, which was introduced as Exhibit 2 in the deposition of Andrew Zimbalist, Ph.D., which took place on September 25, 2017.

Eleventh, Plaintiffs seek leave to lodge under seal Exhibit 11 to the Cramer Declaration, which contains excerpts from a document entitled Expert Report of Professor Robert H. Topel, dated October 27, 2017.

Twelfth, Plaintiffs seek leave to lodge under seal Exhibit 13 to the Cramer Declaration, which contains excerpts from the transcript of Plaintiffs' 30(b)(6) Deposition of Zuffa, LLC's designee Kirk D. Hendrick, dated November 29, 2016.

Thirteenth, Plaintiffs seek leave to lodge under seal Exhibit 16 to the Cramer Declaration, which contains excerpts from the transcript of Plaintiffs' Deposition of Lorenzo J. Fertitta, dated March 23, 2017.

Fourteenth, Plaintiffs seek leave to lodge under seal Exhibit 17 to the Cramer Declaration, which contains excerpts from the transcript of Plaintiffs' Deposition of Sean Shelby, dated April 12, 2017.

1    Fifteenth, Plaintiffs seek leave to lodge under seal Exhibit 18 to the Cramer Declaration, which contains excerpts from the transcript of Plaintiffs' 30(b)(6) Deposition of Deutsche Bank Securities, Inc.'s corporate designee Drew Goldman, dated April 28, 2017.

Sixteenth, Plaintiffs seek leave to lodge under seal Exhibit 19 to the Cramer Declaration, which contains excerpts from the transcript of Plaintiffs' Deposition of Joseph Silva, dated June 7, 2017.

Seventeenth, Plaintiffs seek leave to lodge under seal Exhibit 20 to the Cramer Declaration, which contains excerpts from the transcript of Plaintiffs' Deposition of Scott Coker, dated August 3, 2017.

Eighteenth, Plaintiffs seek leave to lodge under seal Exhibit 21 to the Cramer Declaration, which contains excerpts from the transcript of Plaintiffs' Deposition of Dana F. White, Vol. II, dated August 9, 2017.

Nineteenth, Plaintiffs seek leave to lodge under seal Exhibit 23 to the Cramer Declaration, which contains excerpts from the transcript of Plaintiffs' Deposition of Robert Topel, dated December 5, 2017.

Twentieth, Plaintiffs seek leave to lodge under seal Exhibit 24 to the Cramer Declaration, which contains excerpts from the transcript of Plaintiffs' Deposition of Robert Topel, Vol. II, dated December 6, 2017.

Twenty-first, Plaintiffs seek leave to lodge under seal Exhibit 26 to the Cramer Declaration, which is a document produced by Defendant in this litigation with the Bates number ZFL-1240584.

Twenty-second, Plaintiffs seek leave to lodge under seal Exhibit 27 to the Cramer Declaration, which is a document produced by Defendant in this litigation with the Bates number ZFL-1376378.

Twenty-third, Plaintiffs seek leave to lodge under seal Exhibit 28 to the Cramer Declaration, which contains excerpts from a document produced by Defendant in this litigation with the Bates number ZFL-1384297.

1    Twenty-fourth, Plaintiffs seek leave to lodge under seal Exhibit 29 to the Cramer
2 Declaration, which is a document produced by Defendant in this litigation with the Bates number
3 ZFL-1391183.
4    Twenty-fifth, Plaintiffs seek leave to lodge under seal Exhibit 30 to the Cramer Declaration,
5 which is a document produced by Defendant in this litigation with the Bates number ZFL-1421551.
6    Twenty-sixth, Plaintiffs seek leave to lodge under seal Exhibit 31 to the Cramer
7 Declaration, which is a document produced by Defendant in this litigation with the Bates number
8 ZFL-2469208.
9    Twenty-seventh, Plaintiffs seek leave to lodge under seal Exhibit 32 to the Cramer
10 Declaration, which is a document produced by Defendant in this litigation with the Bates number
11 ZFL-12543287.
12    Twenty-eighth, Plaintiffs seek leave to lodge under seal Exhibit 33 to the Cramer
13 Declaration, which is a document produced by Defendant in this litigation with the Bates number
14 ZUF-00031544.
15    Twenty-ninth, Plaintiffs seek leave to lodge under seal Exhibit 34 to the Cramer
16 Declaration, which is a document produced by Defendant in this litigation with the Bates number
17 ZUF-00122280.
18    Thirtieth, Plaintiffs seek leave to lodge under seal Exhibit 35 to the Cramer Declaration,
19 which contains excerpts from a document produced by Defendant in this litigation with the Bates
20 number ZUF-00162329.
21    Thirty-first, Plaintiffs seek leave to lodge under seal Exhibit 36 to the Cramer Declaration,
22 which is a document produced by Defendant in this litigation with the Bates number ZUF-
23 00296703.
24    Thirty-second, Plaintiffs seek leave to lodge under seal Exhibit 37 to the Cramer
25 Declaration, which is a document produced by Defendant in this litigation with the Bates number
26 ZUF-00336384.
27
28

1. Thirty-third, Plaintiffs seek leave to lodge under seal Exhibit 38 to the Cramer Declaration, which contains excerpts from a document produced by Deutsche Bank Securities, Inc. in this litigation with the Bates number DB-ZUFFA-00006389.

2. Thirty-fourth, Plaintiffs seek leave to lodge under seal Exhibit 39 to the Cramer Declaration, which contains excerpts from a document produced by third party Deutsche Bank Securities, Inc. in this litigation with the Bates number DB-ZUFFA-00006712.

3. Thirty-fifth, Plaintiffs seek leave to lodge under seal Exhibit 40 to the Cramer Declaration, which contains excerpts from a document produced by third party The Raine Group, LLC in this litigation with the Bates number RAINE0020633.

4. Thirty-sixth, Plaintiffs seek leave to lodge under seal Exhibit 41 to the Cramer Declaration, which contains excerpts from a document produced by WME-IMG in this litigation with the Bates number WME_ZUFFA_00001150.

5. Thirty-seventh, Plaintiffs seek leave to lodge under seal Exhibit 42 to the Cramer Declaration, which contains excerpts from a document produced by Defendant in native excel format with the Bates number ZFL-2699678, which was introduced as Exhibit 3 in Plaintiffs' 30(b)(6) Deposition of Zuffa, LLC's designee Jeff Quinn. To create the exhibit, Plaintiffs sorted the entries chronologically and added a column with row numbers.

6. Thirty-eighth, Plaintiffs seek leave to lodge under seal Exhibit 48 to the Cramer Declaration, which contains excerpts from the transcript of Plaintiffs' Deposition of Dana F. White, Vol. I, dated August 9, 2017.

Plaintiffs have filed all of these documents under seal, in accordance with the Court's ECF system, with the instant motion. Plaintiffs have publicly filed placeholders for or redacted versions of these documents with the Court, and will serve un-redacted versions of these documents on Defendant, in accordance with LR IC 4-1(c)(4).

Dated: February 16, 2018                    Respectfully Submitted,

By: /s/  Eric L. Cramer
        Eric L. Cramer

Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

Joseph R. Saveri (*Pro Hac Vice*)
Joshua P. Davis (*Pro Hac Vice*)
Jiamin Chen (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
jchen@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

**Co-Lead Class Counsel**

**Liaison Counsel for the Class**

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Phone: (702) 341-5200/Fax (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

**Additional Counsel for the Classes**:

Robert C. Maysey (*Pro Hac Vice*)
Jerome K. Elwell (*Pro Hac Vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Frederick S. Schwartz (*pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

William G. Caldes (admitted *pro hac vice*)
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
wcaldes@srkw-law.com

John D. Radice (admitted *pro hac vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Phone: (646) 245-8502
jradice@radicelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2018, a true and correct copy of **PLAINTIFFS' MOTION TO LODGE MATERIALS UNDER SEAL** and **PROPOSED ORDER** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By:  */s/ Eric L. Cramer*