1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
5  1401 New York Avenue NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT ZUFFA, LLC'S MOTION TO EXCLUDE THE TESTIMONY OF DR. ANDREW ZIMBALIST UNDER FED. R. EVID. 702 AND** ***DAUBERT*** |

APPENDIX OF EXHIBITS TO ZUFFA'S MOTION TO EXCLUDE ZIMBALIST

## APPENDIX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC submits this Appendix of Exhibits in Support of Defendant Zuffa, LLC's Motion to Exclude the Testimony of Dr. Andrew Zimbalist under Fed. R. Evid. 702 and *Daubert*. The Exhibits noted below are attached as exhibits to the Declaration of Nicholas A. Widnell in Support of Defendant Zuffa, LLC's Motion to Exclude the Testimony of Dr. Andrew Zimbalist under Fed. R. Evid. 702 and *Daubert*.

| Exhibit | Description | Date |
|---|---|---|
| 1 | Expert Report of Andrew Zimbalist | 8/30/17 |
| 2 | First Deposition of Andrew Zimbalist | 9/25/17 |
| 3 | Herbert Hovenkamp, *Federal Antitrust Policy* (2nd ed. 1999) | 1999 |
| 4 | Errata to Expert Report of Andrew Zimbalist | 9/19/17 |
| 5 | Expert Rebuttal Report of Andrew Zimbalist | 12/26/17 |
| 6 | Daniel Rubinfeld, *Research Handbook on the Economics of Antitrust Law* | 11/21/09 |
| 7 | Phillip Areeda, Herbert Hovenkamp, Roger D. Blair, & Christine Piette Durrance, *Antitrust Law* (4th ed. 2014), Volume IIA | 2014 |
| 8 | Expert Report of Roger D. Blair | 11/15/17 |
| 9 | Second Deposition of Andrew Zimbalist | 1/26/18 |
| 10 | Andrew Zimbalist, *There's more than meets the eye in determining players' salary shares*, Sports Business Journal | 3/10/08 |
| 11 | GBP000003 (Golden Boy Term Sheet) | 2/10/17 |
| 12 | GBP000001 (Golden Boy Promotions Profit & Loss - 2015) | 2015 |
| 13 | GBP000002 (Golden Boy Promotions Profit & Loss - 2016) | 2016 |
| 14 | Exhibit 3 to Sbardellati Declaration (Backup to Zimbalist Table 2-E) | 1/6/17 |

APPENDIX OF EXHIBITS TO ZUFFA'S MOTION TO EXCLUDE ZIMBALIST

DATED: February 16, 2018     BOIES SCHILLER FLEXNER LLP

By:  /s/ Nicholas A. Widnell
     Nicholas A. Widnell
     Attorney for Defendant Zuffa, LLC, d/b/a
     Ultimate Fighting Championship and UFC