# EXHIBIT 2

# First Deposition of Andrew Zimbalist (redacted)

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

- - - - - - - - - - - - - - - - - - - x

Cung Le, Nathan Quarry, John Fitch

Brandon Vera, Luis Javier Vazquez,

and Kyle Kingsbury on behalf of

themselves and all others

similarly situated,            Case No.

       Plaintiffs,   2:15-cv-01045-RFB(PAL)

  V.

Zuffa, LLC, d/b/a Ultimate,

Fighting Campionship and UFC,

       Defendants.

- - - - - - - - - - - - - - - - - - - x

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

ANDREW ZIMBALIST, Ph.D.

Northampton, Massachusetts


Magna Legal Services    Reported By:

(866) 624-6221     MaryJo O'Connor, RMR/CSR

Www.MagnaLS.com    Job No: 345726



Page 2

```
 6            Monday, September 25, 2017
 7                    8:42 a.m.

 9       VIDEOTAPED DEPOSITION of ANDREW
10   ZIMBALIST, Ph.D., held at Hotel
11   Northampton, 36 King Street, Northampton,
12   Massachusetts, pursuant to notice, before
13   MaryJo O'Connor, Registered Merit Reporter,
14   Certified Court Reporter, and Notary Public
15   in and for the Commonwealth of
16   Massachusetts.
```

Page 3

```
 1   A P P E A R A N C E S:

 3   ATTORNEYS FOR PLAINTIFFS:
 4     BERGER & MONTAGUE, P.C.
 5     1622 Locust Street
 6     Philadelphia, Pennsylvania 19103
 7     (215)875-3000
 8     BY:  ERIC L. CRAMER, ESQ.
 9        ecramer@bm.net


12   ATTORNEYS FOR PLAINTIFFS:
13     JOSEPH SAVERI LAW FIRM
14     2130 Fulton Street
15     San Francisco, California 94117
16     (415)422-6223
17     BY:  JOSHUA P. DAVIS, ESQ.
18        davisj@usfca.edu
```

Page 4

```
 1   A P P E A R A N C E S, Cont.

 3   ATTORNEYS FOR PLAINTIFFS:
 4     COHEN MILSTEIN
 5     1100 New York Avenue, NW
 6     Suite 500, West Tower
 7     Washington, D.C. 20005
 8     (202)408-4600
 9     BY:  DANIEL H. SILVERMAN, ESQ.
10        dsilverman@cohenmilstein.com


13   ATTORNEYS FOR DEFENDANT ZUFFA, LLC, d/b/a
14   ULTIMATE FIGHTING CHAMPIONSHIP and UFC:
15     BOIES SCHILLER FLEXNER LLP
16     1401 New York Avenue, NW
17     11th Floor
18     Washington, D.C. 20005
19     (202) 237-2727
20     BY:  WILLIAM A. ISAACSON, ESQ.
21        wisaacson@bsfllp.com
22          RORY L. SKAGGS, ESQ.
23        rskaggs@bsfllp.com

25   ALSO PRESENT: Luc-Bernard Val, Videographer
```

Page 5

```
 1   ---------------I N D E X-------------------

 3   WITNESS            EXAMINATION BY  PAGE

 5   ANDREW ZIMBALIST     MR. ISAACSON      9


 6   ----------------EXHIBITS-------------------
 7   ZIMBALIST EXHIBIT                  PAGE
 8   Exhibit 1
 9   Document entitled "Expert Report
10   of Andrew Zimbalist in Cung Le, et al
11   v. Zuffa, LLC"......................    7
12   Exhibit 2
13   Document entitled "Errata to the
14   Expert Report of Andrew Zimbalist in
15   Cung Le, et al, v. Zuffa, LLC".......    7
16   Exhibit 3
17   Document entitled "Consolidated
18   Amended Antitrust Class Action
19   Complaint"...........................   12
20   Exhibit 4
21   Exhibit 3, "Analysis of Revenues of
22   Expenses on an Event-by Event,
23   Boxer-by-Boxer Basis"................  245
```



2 (Pages 2 to 5)

Page 42

1  don't remember exactly how it came out, but    09:43:48
2  Zuffa in, say, two years ago had at least       09:43:51
3  90 percent of the top 15 fighters in the        09:43:56
4  weight classes that I looked at.  So it was     09:43:59
5  somewhere along those lines.                    09:44:02
6       Obviously, prior to the                    09:44:03
7  acquisition of Strikeforce in 2011, they        09:44:05
8  had somewhat of a lower share, but it was       09:44:08
9  always a dominant share, at least in the        09:44:10
10 class period.                                   09:44:15
11     Q.  When you're referring to metrics        09:44:15
12 that identify top fighters, are you             09:44:17
13 referring to published rankings?                09:44:19
14     A.  Yes.                                    09:44:21
15     Q.  And your report does not do any         09:44:24
16 actual work on identify who are the top         09:44:25
17 fighters and who are not?                       09:44:28
18     A.  That's correct.                         09:44:30
19     Q.  And when you say "a large share,"       09:44:32
20 do you count that large share by the number     09:44:37
21 of fighters, that is by counting the            09:44:39
22 individuals?  90 percent would be nine out      09:44:43
23 of ten of the individual fighters?              09:44:45
24     A.  As opposed to weighting them by         09:44:47
25 the --                                          09:44:49

Page 43

1      Q.  Weighting by anything.                  09:44:50
2      A.  Yes.  I'm talking about a               09:44:51
3  straight headcount.                             09:44:53
4      Q.  Now, I asked -- one more                09:44:55
5  assumption I want to check on.  Are you         09:45:22
6  assuming that the challenged conduct as a       09:45:23
7  whole is in violation of the antitrust          09:45:25
8  laws?                                           09:45:28
9          MR. CRAMER:  For which purpose?         09:45:30
10         MR. ISAACSON:  For purposes of          09:45:31
11     estimating damages.                         09:45:32
12     A.  I think the answer is yes.              09:45:34
13     Q.  In Paragraph 4 you talk about           09:45:55
14 your assignment in this case.  "Counsel for     09:46:00
15 Plaintiffs have asked me to determine."  In     09:46:04
16 (a) it says, "whether the challenged            09:46:08
17 conduct is anticompetitive in character and     09:46:11
18 thus would have anticompetitive effects if      09:46:13
19 engaged in an entity with monopoly or           09:46:16
20 monopsony power."                               09:46:19
21     I want to know what you mean by             09:46:21
22 "anticompetitive character."  Is that           09:46:25
23 different from saying it's anticompetitive?     09:46:29
24     A.  So I'm not doing a liability            09:46:31
25 report here.  I was not asked to define         09:46:33

Page 44

1  "market."  I was not asked to do                09:46:35
2  cross elasticity of demand or snip tests.       09:46:39
3  I've done no formal analysis of market          09:46:43
4  power here.                                     09:46:48
5      And so I'm -- when I say                    09:46:49
6  "anticompetitive in character," I mean if a     09:46:54
7  company that had market power engaged in        09:46:57
8  this behavior, would it have                    09:47:00
9  anticompetitive effects.                        09:47:04
10     Q.  All right.  And does your report        09:47:15
11 do any analysis of the extent of the            09:47:17
12 anticompetitive effects from the challenged     09:47:21
13 conduct assuming that Zuffa had market          09:47:26
14 power?                                          09:47:29
15     A.  Does it do any analysis?  Say           09:47:29
16 that again?                                     09:47:32
17     Q.  Of the extent of the                    09:47:34
18 anticompetitive effect.                         09:47:36
19         MR. CRAMER:  Other than the             09:47:37
20     damages analysis?  Or are you               09:47:38
21     including that?                             09:47:40
22     Q.  Well, is there an analysis of an        09:47:41
23 anticompetitive effect in your report other     09:47:51
24 than the damages analysis?                      09:47:54
25     A.  So I'm not clear what you're            09:48:02

Page 45

1  driving at.  I have a discussion and            09:48:03
2  analysis of how the individual exclusionary     09:48:06
3  clauses impact the market and how it            09:48:12
4  forecloses the market.  And then on the         09:48:15
5  basis of that, I do an empirical damage         09:48:20
6  estimate.                                       09:48:23
7      So when you said have I done any            09:48:24
8  analysis of the effect, I'm not sure what       09:48:30
9  you're...                                       09:48:32
10     Q.  In your view, the damages in this       09:48:33
11 case would be an anticompetitive effect         09:48:35
12 that flowed from the challenged conduct in      09:48:38
13 this case if that conduct were true and if      09:48:40
14 Zuffa had market power, correct?                09:48:42
15     A.  Yes.  Yes.                              09:48:45
16     Q.  Is there any other                      09:48:46
17 anticompetitive effect that you have            09:48:49
18 measured or quantified that flows from the      09:48:51
19 alleged exclusionary conduct in this case       09:48:54
20 assuming that Zuffa had market power?           09:49:02
21     A.  Not that I have quantified, no.         09:49:04
22     Q.  When you say "anticompetitive in        09:49:05
23 character" in your report, would it mean        09:49:09
24 the same thing if you just said                 09:49:11
25 "anticompetitive"?                              09:49:13

Page 70

```
1   to the absence of labor market competition.        10:19:36
2          So the comparators that I'm               10:19:43
3   looking at are comparators that have more        10:19:45
4   competitive labor markets to see what            10:19:49
5   happens to the labor share when the labor        10:19:51
6   markets are more competitive.                    10:19:53
7          And I'm not particularly looking          10:19:57
8   for a comparison of clauses from a Zuffa         10:20:00
9   contract to an NBA contract or from the          10:20:03
10  Zuffa contract to a boxing contract.  I'm        10:20:05
11  looking at whether or not there is a basis       10:20:09
12  structurally for being able to assert and        10:20:12
13  to know that there is competitive behavior       10:20:14
14  going on.                                        10:20:18
15      Q.  So I'm trying to understand what         10:20:24
16  you're saying.  I hate the phrase, but           10:20:26
17  you're familiar with the phrase the              10:20:29
18  "but-for world"?                                 10:20:30
19      A.  I've heard it before.                    10:20:32
20      Q.  Yes.  And for purposes of                10:20:33
21  estimating damages in your but-for world,        10:20:35
22  is the challenged conduct not happening?         10:20:38
23          And by "the challenged conduct,"         10:20:42
24  I mean as you've defined it today in this        10:20:44
25  deposition.                                      10:20:46
```

Page 71

```
1          MR. CRAMER:  Objection to form.          10:20:47
2          Go ahead.                                10:20:48
3      A.  The challenged conduct in Zuffa          10:20:48
4   leads to the absence of competition in the      10:20:49
5   labor market.  I'm looking in a but-for         10:20:51
6   world where there is competition in the         10:20:55
7   labor market.                                   10:21:01
8      Q.  I think I understand you, but I'm        10:21:02
9   going to go over it again to make sure.         10:21:04
10          Have you assumed that the               10:21:06
11  challenged conduct, as you've defined it in     10:21:18
12  this case, leads to reduced competition?        10:21:22
13      A.  Well, I've either concluded that        10:21:26
14  or I've assumed it, but it's part of my         10:21:32
15  analysis.                                       10:21:35
16      Q.  Well, I want to -- I appreciate         10:21:36
17  you telling me either assumed it or             10:21:39
18  concluded it.  But does your report assume      10:21:42
19  that the challenged conduct led to reduced      10:21:44
20  competition?                                    10:21:47
21      A.  Yes.                                    10:21:48
22      Q.  And for purposes of damages, are        10:21:48
23  you comparing a world with more competition     10:21:57
24  to one with less competition?                   10:22:00
25      A.  Yes.                                    10:22:02
```

Page 72

```
1      Q.  And any conduct that led to              10:22:02
2   reduced competition when if you use your        10:22:19
3   damages method would reach the same damages     10:22:29
4   result, correct?                                10:22:33
5          MR. CRAMER:  Objection to form.          10:22:34
6      A.  Any conduct that led to the              10:22:39
7   absence of competition in the Zuffa labor       10:22:42
8   market would lead to the same --                10:22:46
9      Q.  I've been using the term "reduced        10:22:49
10  competition" as opposed to "absence of          10:22:53
11  competition."  If they're -- but I will --      10:22:55
12  if you want, we'll go over that                 10:22:57
13  distinction.                                    10:23:00
14          But are you assuming that the           10:23:01
15  challenged conduct in this case led to an       10:23:07
16  absence of competition and not just reduced     10:23:10
17  competition?                                    10:23:12
18      A.  If not complete absence, pretty         10:23:13
19  close to it.                                    10:23:25
20      Q.  All right.  Would any conduct --        10:23:27
21  if you assume -- let's start over.              10:23:31
22          If I apply your damages method          10:23:36
23  where I compare a world with reduced            10:23:42
24  competition to one with more competition,       10:23:45
25  if I am estimating damages from anything        10:23:48
```

Page 73

```
1   that reduce competition, I'd reach the same     10:23:56
2   damages result; is that right?                  10:23:59
3          MR. CRAMER:  Objection to form.          10:24:00
4      A.  I think that's fair.                     10:24:01
5      Q.  All right.  So if would could            10:24:07
6   look at Page 81, which has your Table 4.        10:24:20
7      A.  Would you prefer to look at the          10:24:32
8   errata that has the updated version?            10:24:34
9      Q.  Yes, I was about to say.  And I          10:24:37
10  understand that it's been slightly modified     10:24:38
11  by the errata.  Sure, let's look at the         10:24:40
12  errata.  Exhibit 2 Table 4-E.                   10:24:44
13  ███████████████████████        ███████████
14  █████████████████████████████████  10:25:04
15  corner, correct?                                10:25:05
16      A.  Yes.                                    10:25:06
17      Q.  And that's obtained by comparing        10:25:06
18  a world with more competition to less           10:25:11
19  competition; is that correct?                   10:25:15
20      A.  Several worlds with more                10:25:15
21  competition, yes.                               10:25:18
22      Q.  And by "several worlds," you mean       10:25:18
23  NFL, NHL, NBA, MLB, boxing?                     10:25:23
24      A.  Correct.                                10:25:25
25      Q.  But there is actually one world         10:25:25
```

Page 142

```
 1       A.  I've explained some of the        12:56:24
 2   reasons for which it's conservative.      12:56:26
 3       Q.  And you've explained why it's     12:56:28
 4   conservative in your report.              12:56:30
 5       A.  Yes.                              12:56:31
 6   ████████████████████████████
 7                                             12:56:34
 8       A.  Yes.                              12:56:36
 9       Q.  -- right, you are attributing all 12:56:36
10   of that amount, that all of that          12:56:39
11   difference, to what you have assumed to be 12:56:44
12   anticompetitive acts of Zuffa, correct?   12:56:46
13       A.  That's correct.                   12:56:49
14       Q.  And you have not tried to inject  12:56:50
15   into your analysis what would be the effect 12:56:53
16   of considering any other explanation or   12:56:56
17   ████████████████████████████              12:57:00
18       A.  Such as?                          12:57:03
19       Q.  Anything.                         12:57:05
20           MR. CRAMER:  Objection to form.   12:57:05
21       A.  That's correct.                   12:57:06
22       Q.  In speaking mathematically, if    12:57:08
23   there was a second variable or explanation 12:57:22
24   for that difference, let's call it X.  If 12:57:26
25   you compared Zuffa and the five other     12:57:33
```

Page 143

```
 1   sports and attributed all of the          12:57:39
 2   ████████████████████████████              12:57:44
 3   anticompetitive conduct, by definition X  12:57:49
 4   ████████████████████████████              12:57:52
 5   in damages.                               12:57:55
 6           MR. CRAMER:  Objection to form.   12:57:57
 7       Q.  That's the way the model works,   12:57:57
 8   right?                                    12:57:59
 9       A.  Well, not exactly.  One would     12:58:00
10   have to identify the presence of X in the 12:58:04
11   five comparators and the absence of X in  12:58:09
12   Zuffa, and I haven't done that and you    12:58:13
13   haven't done that.  So I can't say that we 12:58:15
14   would attribute the difference to X.      12:58:19
15           But what is true is that the five 12:58:22
16   comparators have considerably more        12:58:25
17   competition in their labor markets and    12:58:28
18   Zuffa doesn't have it.                    12:58:31
19           So you would have to produce for  12:58:32
20   me a variable where it was present in the 12:58:34
21   five comparators but it's not present in  12:58:39
22   Zuffa.  And then I would say, fine; that  12:58:42
23   variable, maybe along with the degree of  12:58:46
24   competition, together are causing the     12:58:49
25   underpayment of the Zuffa fighters.       12:58:53
```

Page 144

```
 1       Q.  If there was another explanation, 12:58:55
 2   we'll call it X, that was the cause of some 12:58:58
 3   or all of the difference between the five 12:59:04
 4   sports leagues and Zuffa, some or all of  12:59:08
 5   ████████████████████████████              12:59:12
 6   acts -- I know I got to start the question 12:59:17
 7   over because I want to include            12:59:20
 8   anticompetitive acts.                     12:59:23
 9           If there was another explanation  12:59:24
10   called X that was the cause of some of the 12:59:26
11   difference between the five sports leagues 12:59:28
12   and Zuffa -- we're talking about the share 12:59:29
13   of labor costs -- and some was caused by  12:59:31
14   anticompetitive acts, your damages model  12:59:35
15   would not be able to estimate the amount of 12:59:40
16   damages due to the anticompetitive acts; is 12:59:42
17   that correct?                             12:59:44
18       A.  And you're postulating, even      12:59:44
19   though you didn't explicitly say it, that 12:59:47
20   this variable X is present in the five    12:59:50
21   comparators and is not present --         12:59:52
22       Q.  Correct.                          12:59:54
23       A.  -- in Zuffa.                      12:59:55
24           Then you're right, yes.           01:00:02
25       Q.  If X was present in four of the   01:00:03
```

Page 145

```
 1   five comparators, would your damages model 01:00:06
 2   be able to estimate -- and so there were  01:00:14
 3   some damages caused by anticompetitive    01:00:16
 4   acts, some damages caused by X, and X was 01:00:18
 5   not present in four of the --             01:00:23
 6       A.  In one.                           01:00:25
 7       Q.  Right.                            01:00:26
 8           -- and not present in one,        01:00:26
 9   right -- thank you -- your model would not 01:00:28
10   be able to estimate damages; is that      01:00:33
11   correct?                                  01:00:35
12       A.  Well, look, if we're traveling    01:00:35
13   down this hypothetical road, I would more 01:00:37
14   than likely not throw out the fifth       01:00:39
15   comparator where X wasn't present.  And   01:00:41
16   also if I was trying to do this where I was 01:00:45
17   trying to segregate out the partial       01:00:47
18   influence of different variables, I       01:00:51
19   probably would be doing a year-by-year    01:00:53
20   analysis and doing multiple regression.  I 01:00:55
21   wouldn't be using this model.             01:00:58
22       Q.  If X was present in only one of   01:01:00
23   the comparators, and X contributed to the 01:01:08
24   difference between Zuffa and the five     01:01:13
25   sports, and anticompetitive acts          01:01:17
```

Page 146

1  contributed to the difference, would you be    01:01:20
2  able to estimate aggregate damages?             01:01:22
3      A.  I'd throw out the one and I'd          01:01:24
4  have four comparators that didn't have         01:01:26
5  that.                                          01:01:29
6      Q.  I must be saying this wrong,           01:01:29
7  because you'd have to throw out four under     01:01:31
8  my example.                                    01:01:34
9      A.  Oh, I would?                           01:01:34
10     Q.  Yes.                                   01:01:37
11     A.  Okay, so in you're saying --           01:01:37
12 okay, in your -- what you want me to do       01:01:39
13 over and above is to estimate the influence   01:01:41
14 of X.                                          01:01:43
15     Q.  Right.                                 01:01:43
16     A.  And I only have one comparator in     01:01:44
17 the world that where X is present --           01:01:45
18     Q.  Yes.                                   01:01:48
19     A.  -- and Zuffa doesn't have X.  And     01:01:49
20 you want me to estimate damages with a         01:01:52
21 sample of one?                                 01:01:54
22     Q.  Yes.                                   01:01:55
23     A.  I'm not taking the case.               01:01:55
24     Q.  Okay.  And the sample of one          01:01:56
25 would be one of your five sports.  That's     01:01:59

Page 147

1  what we're referring to in this context.      01:02:02
2      A.  That's what I understood you to       01:02:04
3  be referring to.                              01:02:06
4      Q.  All right.  When you have it,        01:02:07
5  your estimate of damages, would that be       01:02:21
6  also be called a yardstick analysis?          01:02:25
7      A.  I guess you could call it that,      01:02:26
8  if you want to call it that.                  01:02:28
9      Q.  Is there another name in your        01:02:30
10 field that you would call it?                  01:02:32
11     A.  A comparator analysis.                 01:02:33
12     Q.  All right.  Now, within your         01:02:36
13 field --                                       01:02:40
14     A.  Benchmark analysis.                    01:02:40
15     Q.  Benchmark, all right.                  01:02:41
16         Within your field, are there          01:02:43
17 standards for estimating the effect of         01:02:46
18 alleged anticompetitive conduct in             01:02:52
19 estimating damages?                            01:02:52
20     A.  I have to ask you to repeat that,    01:02:52
21 because I was getting --                       01:03:10
22     Q.  I'm going to ask the question        01:03:10
23 over.  Don't worry about it.                  01:03:10
24     A.  Thank you.  Sorry about that.         01:03:10
25     Q.  Are there standards in your -- so    01:03:14

Page 148

1  you selected as a yardstick or benchmark      01:03:17
2  for purposes of determining damages in an     01:03:20
3  antitrust case the five sports comparisons    01:03:24
4  that are in your report, correct?             01:03:29
5      A.  Yes.                                  01:03:30
6      Q.  Now, is there a literature in        01:03:31
7  your field that set standards for how you     01:03:35
8  go about selecting benchmarks or yardsticks   01:03:38
9  in this circumstance?                         01:03:41
10         MR. CRAMER:  Objection to form.       01:03:43
11     A.  A literature that details the         01:03:46
12 best way to select yardsticks?                 01:03:51
13     Q.  That sets standards for setting      01:03:53
14 yardsticks.                                    01:03:55
15         MR. CRAMER:  Objection to the         01:03:56
16 extent it calls for a legal                    01:03:57
17 conclusion.  But you can answer, if            01:03:58
18 you understand the question.                   01:04:00
19     A.  I'm not sure there is a broad         01:04:07
20 literature.  There are certain standards      01:04:08
21 where you try to take benchmarks that have    01:04:10
22 as much basic in common with the thing        01:04:13
23 you're comparing it to.                        01:04:19
24     Q.  All right.  If --                    01:04:21
25     A.  And it varies with one important     01:04:22

Page 149

1  characteristic.                                01:04:25
2      Q.  All right.  If I wanted to           01:04:28
3  determine how an economist for purposes of    01:04:32
4  estimating damages using a yardstick or       01:04:35
5  benchmark in an antitrust case should go      01:04:38
6  about selecting an appropriate yardstick or   01:04:45
7  benchmark, where would I look?                01:04:48
8      A.  You're asking me for the name of     01:04:51
9  an article or articles or a book?  I can't    01:04:53
10 give that to you as I sit here.                01:04:56
11         You're talking about an antitrust    01:04:59
12 case rather than in general.  You look for    01:05:01
13 industries that have competition in the        01:05:04
14 area that you're trying to identify that       01:05:06
15 have -- at the same time have as much in       01:05:11
16 common with the enterprise or the industry    01:05:14
17 that you're comparing it to.                   01:05:16
18     Q.  All right.  Now, you say there       01:05:22
19 would have to be as much in common.  Is       01:05:30
20 there a field of study that I would look      01:05:34
21 to, a type of article, a type of study?       01:05:37
22         How do I go about determining        01:05:43
23 what are the standards for an economist in    01:05:45
24 choosing a yardstick or benchmark in a        01:05:47
25 situation such as this?                       01:05:51

Page 150

```
1       A.  I can't point you to any journal     01:05:51
2    article.                                    01:05:54
3       Q.  In picking a yardstick, would you    01:05:55
4    agree with the statement that you should    01:06:07
5    identify a firm or firms that are similar   01:06:09
6    to Zuffa in all respects except for the     01:06:14
7    impact of the alleged antitrust violation?  01:06:18
8       A.  I believe that, as I said a          01:06:22
9    moment ago, that you try to pick            01:06:26
10   comparators that have as much in common     01:06:29
11   with the base enterprise or industry as     01:06:32
12   possible but vary in the important respect  01:06:34
13   that you're trying to identify.             01:06:38
14      Q.  So what you have said is slightly    01:06:43
15   different than what I said, and I want to   01:06:45
16   explore that.                               01:06:47
17          So you're using the phrase "as       01:06:48
18   much in common," and I'm using "similar in  01:06:51
19   all respects except for the impact of the   01:06:54
20   alleged antitrust violation," right?        01:06:56
21      A.  Okay.                                01:06:58
22      Q.  Is it the appropriate standard       01:06:58
23   that you should identify a firm or firms    01:07:05
24   that are similar to Zuffa in all respects   01:07:07
25   except for the impact of the alleged        01:07:09
```

Page 151

```
1    antitrust violation?                        01:07:11
2           MR. CRAMER:  Objection.  Asked       01:07:13
3       and answered.  Also object to the        01:07:13
4       extent it calls for a legal              01:07:16
5       conclusion.  But asked and answered,     01:07:17
6       and form.                                01:07:18
7       A.  If you're asking me --               01:07:19
8       Q.  My question is --                    01:07:21
9       A.  If you're asking me wouldn't it      01:07:22
10   be desirable to have everything exactly the 01:07:24
11   same except the level of competition, I     01:07:26
12   would say yes.                              01:07:28
13          We're doing the real world, not a    01:07:29
14   laboratory experiment here, and so you try  01:07:32
15   to find as much as possible in common       01:07:34
16   except for the variable that you're trying  01:07:36
17   to identify the impact of.  That's what I   01:07:38
18   believe.                                    01:07:40
19          Now, if you want to use just         01:07:40
20   ███████████████████████████████████         01:07:43
21   percentage, because I didn't consider some  01:07:46
22   higher percentage information, if you want  01:07:49
23   to use just boxing, I'll come out with      01:07:52
24   larger.  And they're not identical in other 01:07:55
25   respects, but they're very similar.         01:07:58
```

Page 152

```
1       Q.  But you've already told me,          01:08:00
2    however, you would not do a benchmark       01:08:00
3    analysis.  You wouldn't even have taken the 01:08:04
4    case if you're doing a benchmark analysis   01:08:05
5    based on only one of the sports.            01:08:07
6       A.  No, you were talking about           01:08:08
7    identifying multiple variables of           01:08:10
8    influence.                                  01:08:12
9       Q.  All right.  Am I correct that if     01:08:12
10   you were doing a benchmark analysis based   01:08:13
11   on only one of the five sports, you would   01:08:18
12   have declined to do that analysis?          01:08:21
13      A.  No.  Again, the context in which     01:08:23
14   you asked me that was you wanted me to      01:08:25
15   produce a methodology and be able to        01:08:29
16   separate out various causal influences on   01:08:31
17   the share being paid to labor.              01:08:34
18          If I had boxing data for enough      01:08:37
19   years, I could do a multiple regression     01:08:40
20   analysis that might have enough data in it  01:08:44
21   and might enable me to make a different     01:08:46
22   kind of an estimate.  Which to my mind it's 01:08:49
23   always preferable to have more data and, in 01:08:51
24   this case, to have more sports, more        01:08:55
25   comparators, than fewer comparators.        01:08:58
```

Page 153

```
1       Q.  Would you have taken the case if     01:09:02
2    you were asked to do a benchmark analysis   01:09:04
3    based on a comparison to boxing with the    01:09:06
4    data you have?                              01:09:08
5           MR. CRAMER:  Incomplete              01:09:11
6       hypothetical.  Form.                     01:09:13
7       A.  So if I knew what I know today in    01:09:14
8    terms of the amount of boxing data that I   01:09:19
9    have --                                     01:09:22
10      Q.  Yes.                                 01:09:22
11      A.  -- and I was back in last            01:09:22
12   December when I was approached about        01:09:24
13   working on this case, would I have taken    01:09:26
14   the case?                                   01:09:28
15      Q.  Correct.                             01:09:29
16      A.  I would have to think about it.      01:09:29
17      Q.  Now, going back to -- I              01:09:30
18   understand you've told me what would be     01:09:41
19   desirable -- it would be desirable to have  01:09:44
20   everything exactly the same.  That's not my 01:09:46
21   question.                                   01:09:48
22          In the standards of your             01:09:48
23   profession as an economist conducting a     01:09:50
24   yardstick analysis, do you agree that using 01:09:52
25   a yardstick approach you should attempt to  01:09:56
```

Page 154

```
1   identify a firm or firms that are similar     01:09:59
2   to Zuffa in all respects except for the       01:10:01
3   impact of the antitrust violations?           01:10:04
4       MR. CRAMER: Asked and answered            01:10:06
5   several times. Form. Objection.               01:10:07
6       A. What I think -- what I would look      01:10:12
7   for is comparators that are as similar as     01:10:14
8   possible. I'd first look for the ones that    01:10:16
9   were similar in all respects. And if I        01:10:20
10  didn't find ones that are identical, I        01:10:23
11  would use them potentially if I felt like     01:10:26
12  those areas in which they were different      01:10:28
13  was not polluting the estimate that I was     01:10:30
14  making.                                       01:10:33
15      Q. And have you done any empirical        01:10:38
16  testing in this case to determine whether     01:10:43
17  any of the differences between the five       01:10:46
18  sports and Zuffa potentially pollute the      01:10:47
19  estimate that you have made?                  01:10:51
20      A. Have I done any empirical? Yes,        01:10:53
21  I did.                                        01:10:55
22      Q. Okay. What empirical testing did       01:10:56
23  you do?                                       01:10:59
24      A. Well, Zuffa, as you know, or I         01:10:59
25  hope you know, in many documents that it      01:11:01
```

Page 155

```
1   commissioned and in statements that           01:11:07
2   Mr. Fertitta made and I believe that          01:11:09
3   Mr. Hendrick made -- I'm not certain about    01:11:14
4   him, but other people made -- they're quite   01:11:17
5   happy to compare Zuffa with -- the Zuffa      01:11:19
6   labor share with the share in team sports     01:11:24
7   and the share in bullfighting and the share   01:11:27
8   in tennis and the share in golf. They had     01:11:33
9   a study done by Mercer where all of these     01:11:35
10  comparators are included.                     01:11:38
11      Mr. Fertitta at one point said            01:11:40
12  that it was appropriate to make the           01:11:42
13  comparison and that Zuffa did quite well in   01:11:43
14  the comparison.                               01:11:46
15      So this methodology that you're           01:11:48
16  objecting to is something that Zuffa has      01:11:52
17  invited upon itself in various studies and    01:11:56
18  statements that its made over time.           01:11:59
19      Q. I understand that you're saying        01:12:02
20  that Zuffa has done comparisons between the   01:12:03
21  sports and decided that they were             01:12:07
22  appropriate, but that's not quite my          01:12:08
23  question.                                     01:12:11
24      I'm talking about -- you talked           01:12:11
25  about how the differences between the fact    01:12:14
```

Page 156

```
1   that it could potentially pollute the         01:12:15
2   differences between the five sports and       01:12:18
3   Zuffa.                                        01:12:20
4       Did you do any empirical testing          01:12:21
5   to determine whether any differences          01:12:24
6   between those sports do pollute the           01:12:27
7   estimate that you've made?                    01:12:30
8       A. Yes, I did.                            01:12:31
9       Q. And that was just looking at           01:12:32
10  Zuffa's statements where they compared        01:12:34
11  themselves to other sports?                   01:12:36
12      A. No.                                    01:12:37
13      Q. Okay. What empirical testing did       01:12:38
14  you do?                                       01:12:40
15      A. So Mr. Fertitta initially said,        01:12:40
16  you know, "We're doing very well relative     01:12:42
17  to baseball and football and basketball."     01:12:44
18  And then somebody pointed out to him that     01:12:48
19  they weren't. And so he now had a new         01:12:51
20  explanation. And the explanation he gave      01:12:53
21  ████████████████████████████████████          01:12:54
22  television, media production costs.           01:12:56
23      And so I fairly extensively               01:12:59
24  analyzed that, and I compared it to           01:13:00
25  baseball and made comments also about some    01:13:01
```

Page 157

```
1   of the other sports.                          01:13:03
2       Q. So one factor you looked at to         01:13:04
3   determine whether it would pollute the        01:13:07
4   comparison is the fact that Zuffa took on     01:13:09
5   the television production costs?              01:13:13
6       A. Which is the only factor Zuffa         01:13:16
7   itself referenced in terms of understanding   01:13:18
8   the difference in labor costs, or the share   01:13:20
9   of labor costs.                               01:13:22
10      Q. Did you look at any other              01:13:23
11  differences that would pollute the            01:13:28
12  comparison between the other sports as a      01:13:29
13  yardstick and Zuffa?                          01:13:31
14      A. As I sit here today, I can't           01:13:32
15  think of anything off the top of my head.     01:13:46
16  There might be in my report, but I can't      01:13:48
17  think of anything.                            01:13:50
18      Q. Do I understand your testimony         01:13:50
19  correctly that ideally in using a             01:13:51
20  yardstick, you would like to identify a       01:13:56
21  firm that's similar to Zuffa in all           01:13:59
22  respects but for the impact of the            01:14:01
23  antitrust violation. But absent that, you     01:14:03
24  will have looked to firms that have as much   01:14:07
25  in common as you can find?                    01:14:09
```

Page 158

```
 1       A.  As similar as possible.  And        01:14:11
 2   also, then, to try to adjust for any things  01:14:13
 3   that are not common.                         01:14:16
 4       Q.  Is there any literature in your     01:14:16
 5   field, any textbook, anything that you can   01:14:20
 6   point to that says the appropriate way       01:14:25
 7   to select a yardstick or benchmark is to     01:14:28
 8   find firms that are as similar as possible?  01:14:31
 9       A.  As I said before, I cannot cite     01:14:33
10   today any literature or specific journal    01:14:37
11   articles.                                    01:14:43
12       Q.  In selecting yardstick firms,       01:14:43
13   should you look at --                        01:14:46
14       A.  Let me add something, because I'm   01:14:47
15   not responding with specific journal         01:14:51
16   articles.  I have been involved in academic 01:14:53
17   exercises and I've been involved in expert  01:14:59
18   testimony in other cases where the standard 01:15:01
19   of seeking comparators as similar as         01:15:03
20   possible and then making adjustments is     01:15:07
21   practiced.  And I believe it's practiced    01:15:09
22   widely.                                      01:15:11
23       Q.  Can you identify any other areas    01:15:12
24   where the standard of seeking comparators   01:15:15
25   as similar as possible as opposed to        01:15:17
```

Page 159

```
 1   similar in all respects except for the      01:15:20
 2   conduct at issue --                          01:15:24
 3       A.  It's done all the time in real     01:15:25
 4   estate.                                      01:15:28
 5       Q.  All right.  And when you say        01:15:28
 6   "It's done ... in real estate," what are    01:15:29
 7   you referring to?                            01:15:34
 8       A.  Well, it's done when assessors or  01:15:34
 9   appraisers evaluate the value of a house.   01:15:37
10   They look at two houses.  Hopefully,        01:15:40
11   they're in the same neighborhood.  Even     01:15:43
12   though they're in the same neighborhood,    01:15:45
13   one might be closer to a main street, one   01:15:47
14   is a little bit further from the main       01:15:47
15   street, They make an adjustment for that.   01:15:50
16   One has five bathrooms, one as four         01:15:50
17   bathrooms.  They make an adjustment for     01:15:53
18   that.                                        01:15:54
19       But you're talking about, you          01:15:55
20   know, family houses in the same             01:15:56
21   neighborhood and they have different        01:16:00
22   values.  So you control for all of these    01:16:02
23   different things, even though they're not   01:16:04
24   identical.                                   01:16:06
25       I was involved earlier this year       01:16:06
```

Page 160

```
 1   in a case in San Francisco where the        01:16:08
 2   appraisers in the City of San Francisco,    01:16:11
 3   the appraiser board, was trying to          01:16:14
 4   determine what the appropriate possessory   01:16:16
 5   interest tax to be levied on the Giants,    01:16:20
 6   San Francisco Giants, was for AT&T Park.    01:16:24
 7       And the analysis that was done by      01:16:28
 8   the appraisers hired by the Giants was      01:16:31
 9   precisely that:  They were looking at the   01:16:34
10   parcel in China Basin where AT&T Park sits, 01:16:36
11   and comparing it to other lots that were    01:16:48
12   either on the bay or near the bay and had   01:16:50
13   different -- had differential access to the 01:16:52
14   downtown district, the business district.   01:16:56
15       So you do this all the time, and      01:16:58
16   it's -- in reality, we're not dealing with  01:17:01
17   laboratories.  We're dealing with real      01:17:04
18   things and they don't usually resemble each 01:17:06
19   other exactly in all variables but one.     01:17:09
20       Q.  And you don't consider the five    01:17:15
21   sports to resemble each other exactly in    01:17:17
22   all variables, except the one of the        01:17:19
23   alleged anticompetitive act?                01:17:23
24       A.  They don't resemble in all         01:17:24
25   variables, except one.  And the one that I  01:17:26
```

Page 161

```
 1   spent time looking at is the one that Zuffa 01:17:28
 2   suggested was the one that made it          01:17:29
 3   different.                                   01:17:30
 4       Q.  And you've used the example of     01:17:30
 5   appraising the value of a house.  Also I    01:17:35
 6   guess you were appraising -- I'm not sure   01:17:37
 7   what you were appraising in San Francisco,  01:17:44
 8   but there was another appraisal.            01:17:46
 9       Do you consider the method of         01:17:49
10   damages analysis you've used here to be     01:17:50
11   analogous or the same as an appraisal on    01:17:53
12   real estate?                                 01:17:56
13       A.  Excuse me.  You're asking me       01:17:57
14   about the practice and the discipline with  01:17:58
15   regard to using -- identifying comparators  01:18:00
16   and the legitimacy of using those           01:18:03
17   comparators with some base enterprise in    01:18:05
18   order to derive an estimate of an impact.   01:18:09
19   And I'm giving you examples, multiple       01:18:11
20   examples, of ways that's done all the       01:18:14
21   time.                                        01:18:16
22       Q.  And so in doing your -- but the    01:18:17
23   examples you're using were real estate      01:18:21
24   appraisals, either in relationship to       01:18:24
25   houses or a stadium; is that right?         01:18:27
```

Page 162

1  A. That's correct.                          01:18:29
2  Q. And in choosing a yardstick in           01:18:30
3  this case -- let me say there are standards 01:18:36
4  for the appraisals of real property or      01:18:40
5  stadiums, right?                            01:18:43
6  A. Yes.                                     01:18:44
7  Q. Would you consider yourself -- do        01:18:45
8  you believe that you should follow those    01:18:52
9  standards in estimating -- in picking a     01:18:54
10 yardstick in this case?                     01:18:56
11 A. I think that I've followed those         01:18:58
12 standards and I've described that already.  01:18:59
13 Q. And those standards for a real           01:19:01
14 estate appraisal or a stadium appraisal,    01:19:05
15 where would those be set forth?             01:19:09
16 A. There are real estate handbooks,         01:19:11
17 appraisers' handbooks.                      01:19:13
18 Q. And those are handbooks that             01:19:13
19 you're familiar with?                       01:19:14
20 A. In part. I've read them. I               01:19:15
21 didn't do the analysis I was just           01:19:17
22 describing for China Basin and AT&T Park.   01:19:19
23 I didn't do it. They were working on the    01:19:23
24 same side of the case as I was. There were  01:19:24
25 real estate appraisers who were doing that. 01:19:28

Page 163

1  Q. And you wouldn't consider                01:19:30
2  yourself as an expert in appraisals, I      01:19:31
3  assume?                                     01:19:34
4  A. No, but you asked me if I was            01:19:34
5  familiar with those handbooks.              01:19:36
6  Q. And is there anything within the         01:19:37
7  field of economics that is -- you told me   01:19:40
8  that there were standards for appraisals.   01:19:45
9      Is there anything within the            01:19:47
10 field of economics or damages analysis that 01:19:48
11 you could point to that would establish any 01:19:51
12 standards for selecting a yardstick?        01:19:53
13 A. So we -- it's done all the time          01:19:55
14 with multiple regression analysis. You      01:19:57
15 have control variables that try to control  01:19:59
16 for the differences in sets of data or in   01:20:01
17 outcomes. There is no presumption that      01:20:09
18 there is -- that you're able to control all 01:20:13
19 the other variables. All you're trying to   01:20:15
20 do is estimate the impact that, including   01:20:18
21 those variables, would have on the          01:20:21
22 coefficient that you're looking at.         01:20:22
23     But, again, this is not a               01:20:24
24 laboratory where you can set the            01:20:28
25 temperature at 98 degrees and you can put   01:20:29

Page 164

1  so much acidity in the bowl, and so on and  01:20:33
2  so forth. This is the real world, and you   01:20:37
3  do the best you can to control for the      01:20:39
4  influences that are out there.              01:20:41
5  Q. All right. So in the field of            01:20:46
6  economics, there is a literature and a      01:20:47
7  discussion and a field that discusses how   01:20:50
8  to appropriately conduct a multiple         01:20:54
9  regression analysis. Do you agree with      01:20:58
10 that?                                       01:21:00
11 A. Yes.                                     01:21:00
12 Q. In the field of economics,               01:21:03
13 however, you can't point me to any          01:21:04
14 literature discussion or anything else in   01:21:07
15 the field that discusses how to             01:21:08
16 appropriately select a yardstick for an     01:21:10
17 analysis such as you've conducted; is that  01:21:15
18 right?                                      01:21:17
19     MR. CRAMER: Asked and answered.         01:21:17
20 I'm sorry.                                  01:21:17
21     THE WITNESS: I'm sorry, what did        01:21:22
22 you say?                                    01:21:22
23     MR. CRAMER: I wasn't sure if he         01:21:23
24 was done.                                   01:21:25
25     MR. ISAACSON: I'm done.                 01:21:26

Page 165

1      MR. CRAMER: Asked and answered.         01:21:29
2  Go ahead.                                   01:21:29
3  A. Yes. I believe I answered that           01:21:29
4  question at least once.                     01:21:31
5  Q. I just want to make sure I have          01:21:37
6  it right. I apologize if sometimes we're    
7  having a discussion and --                  
8      THE WITNESS: Madam Court                
9  Reporter, are you able to --                
10 Q. I can read it back I think.              
11     In the field of economics --            01:21:37
12 A. No, no. I want her to read back          01:21:39
13 my answer.                                  01:21:40
14 Q. Your answer was -- you haven't           01:21:41
15 answered this question. You said, "I        01:21:46
16 answered that question at least once."      01:21:47
17     MR. CRAMER: Earlier in the              01:21:49
18 deposition. You asked it about ten          01:21:50
19 or fifteen minutes ago.                     01:21:51
20 Q. Okay. Let's just see if we can           01:21:52
21 get this.                                   01:21:54
22     In the field of economics, you          01:21:55
23 can't point me to any literature or         01:21:56
24 discussion or anything else in the field    01:21:58
25 that discusses how to appropriately select  01:21:59

Page 166

```
 1    a yardstick for an analysis such as you've    01:22:02
 2    conducted; is that right?                      01:22:05
 3          MR. CRAMER:  Same objections.            01:22:06
 4       A.  I think I said before at least          01:22:07
 5    once, and I'll say it again, that I cannot     01:22:10
 6    point you to any journal article that would    01:22:12
 7    identify a methodology for selecting           01:22:15
 8    yardsticks.                                    01:22:17
 9       Q.  When you select, when you're            01:22:18
10    comparing firms as yardsticks, should you      01:22:22
11    look at the quantity and quality of the        01:22:24
12    sales and marketing organizations of the       01:22:27
13    businesses?                                    01:22:28
14       A.  When you're comparing firms about       01:22:28
15    what?                                          01:22:33
16       Q.  As a potential yardstick.               01:22:34
17       A.  No, no.  You're comparing firms         01:22:35
18    along what variable?  What are you trying      01:22:37
19    to discern?                                    01:22:40
20       Q.  So you talked about how you want        01:22:40
21    the firms to be as comparable --               01:22:42
22       A.  Right.                                  01:22:42
23       Q.  -- as possible.                         01:22:44
24       A.  Okay.                                   01:22:45
25       Q.  All right.  Is one factor which         01:22:46
```

Page 167

```
 1    you should look at the respective quantity    01:22:47
 2    and quality of the sales and marketing of     01:22:51
 3    the businesses you're going to compare?       01:22:54
 4       A.  Probably.  But you haven't told        01:22:56
 5    me what you're trying to find out about the   01:22:58
 6    firms.  Say it's profitability, for           01:23:00
 7    instance?                                      01:23:03
 8       Q.  Right.                                  01:23:03
 9       A.  Well, surely you'd want to look        01:23:03
10    at quality of management.                      01:23:05
11       Q.  If you're looking at firms to          01:23:06
12    determine whether the differences between    01:23:08
13    them is solely due to the effect of alleged  01:23:09
14    anticompetitive conduct, should you also     01:23:14
15    look at their respective sales and            01:23:16
16    marketing efforts?                             01:23:19
17          MR. CRAMER:  Incomplete                  01:23:20
18       hypothetical.  Objection.                   01:23:21
19       A.  Yeah, I think it's incomplete,         01:23:23
20    but I'll go along with you.  Probably it     01:23:25
21    would be a good idea to look at that.        01:23:27
22       Q.  In making that comparison, should     01:23:29
23    you look at the respective capitalization    01:23:31
24    of the businesses?                             01:23:33
25       A.  Okay.  So you're positing that we     01:23:34
```

Page 168

```
 1    want to see the differential behavior         01:23:40
 2    between the firms in terms of antitrust       01:23:47
 3    issues you're saying?                          01:23:49
 4       Q.  If you look at firms to determine     01:23:50
 5    whether the difference between them is        01:23:51
 6    solely due to the effect of alleged           01:23:53
 7    anticompetitive conduct, should you compare  01:23:54
 8    the capitalizations of the firms?             01:23:55
 9          MR. CRAMER:  Objection to form.        01:23:56
10       A.  And you're looking at these firms    01:23:58
11    in order to see what outcomes?                01:24:01
12          There is a hypothesis that says        01:24:07
13    these firms have different behavior, they    01:24:09
14    have different outcomes because of the       01:24:13
15    degree to which they might impinge on        01:24:15
16    antitrust laws.  Is that what you're --      01:24:17
17       Q.  Or, in your terms, of whether        01:24:19
18    they've engaged in the anticompetitive       01:24:21
19    conduct.                                       01:24:23
20       A.  It's -- you really have to give      01:24:25
21    me more of that picture to respond to you.   01:24:28
22       Q.  Well, if you're taking two firms     01:24:29
23    and you're deciding whether to compare       01:24:34
24    them, determine whether a comparison is      01:24:36
25    appropriate to determine whether the         01:24:39
```

Page 169

```
 1    difference between them is solely due to     01:24:41
 2    anticompetitive conduct by one, can you      01:24:44
 3    tell me factors that you should consider in  01:24:47
 4    determining whether that comparison is --    01:24:50
 5       A.  And so -- right.  So what I --       01:24:52
 6       Q.  Let me finish.                        01:24:54
 7       A.  Okay.                                 01:24:54
 8       Q.  If you're taking two firms and      01:25:12
 9    you're deciding whether to compare them and  01:25:14
10    determine whether a comparison is            01:25:16
11    appropriate to see whether the difference   01:25:18
12    between them is solely due to                01:25:20
13    anticompetitive conduct by one, can you      01:25:22
14    tell me the factors you should consider in   01:25:24
15    determining whether that comparison is       01:25:26
16    appropriate?                                  01:25:27
17          MR. CRAMER:  Objection to form.       01:25:28
18       Are you asking in this hypothetical      01:25:28
19       -- what are you trying to determine      01:25:31
20       in this hypothetical about the            01:25:33
21       differences between the firms?            01:25:34
22       Because I don't think he's...             01:25:36
23       Q.  All right.  When you're looking      01:25:38
24    at whether to choose a firm as a yardstick   01:25:41
25    and your purpose of using this yardstick is  01:25:46
```

```
                                              Page 170
 1   to determine whether a comparison with the    01:25:49
 2   yardstick to another firm is solely due       01:25:51
 3   anticompetitive conduct by the other firm,    01:25:59
 4   what factor should you consider to            01:26:01
 5   determine whether that's an appropriate       01:26:02
 6   yardstick?                                    01:26:04
 7       A.  I'm sorry, and --                     01:26:04
 8          MR. CRAMER:  And a yardstick to        01:26:05
 9   determine what?                               01:26:06
10          THE WITNESS:  Right.                   01:26:07
11          MR. CRAMER:  I don't think he's        01:26:07
12   following your hypothetical.                  01:26:09
13          MR. ISAACSON:  Well, he hasn't         01:26:10
14   said that.                                    01:26:12
15       A.  So we have -- we're engaging in       01:26:12
16   this exercise to compare these two firms,     01:26:15
17   because one of the firms presumably has       01:26:19
18   done something; maybe their prices are much   01:26:21
19   higher, maybe their output is much lower,     01:26:23
20   maybe there is a quality of output            01:26:26
21   question.                                     01:26:29
22          So I'm trying to ask you, what is      01:26:29
23   it that we're trying to explain?  And you     01:26:31
24   said one of the variables we're using,        01:26:33
25   we're trying to explain something, whatever   01:26:34

                                              Page 171
 1   it is.  One of the variables we're looking    01:26:36
 2   at is anticompetitive behavior, right?        01:26:38
 3       Q.  Right.  Let me see if I can help      01:26:42
 4   you out with this.                            01:26:43
 5       A.  Okay.                                 01:26:44
 6       Q.  In this case, you compared some       01:26:45
 7   other firms --                                01:26:47
 8       A.  Right.                                01:26:48
 9       Q.  -- to Zuffa --                        01:26:48
10       A.  Right.                                01:26:50
11       Q.  -- to determine whether --            01:26:50
12       A.  Right.                                01:26:52
13       Q.  -- and you concluded that the         01:26:52
14   differences between those firms --            01:26:54
15       A.  Right.                                01:26:56
16       Q.  -- were due to --                     01:26:56
17       A.  Now can I look at --                  01:26:57
18       Q.  -- were due to the alleged            01:26:58
19   anticompetitive conduct by Zuffa, correct?    01:27:02
20       A.  Correct.                              01:27:03
21       Q.  And you decided that it was           01:27:04
22   appropriate to compare those other firms      01:27:07
23   and decide that the only difference between   01:27:10
24   those firms was due to the alleged            01:27:13
25   anticompetitive conduct, correct?             01:27:15

                                              Page 172
 1       A.  Yes.                                  01:27:18
 2       Q.  In deciding whether that              01:27:18
 3   comparison to other firms is appropriate --   01:27:23
 4       A.  Right.                                01:27:25
 5       Q.  -- what factors should you look       01:27:26
 6   at to determine whether that's an             01:27:30
 7   appropriate comparison?                       01:27:34
 8       A.  And you were suggesting based         01:27:36
 9   upon your incomplete hypothetical that the    01:27:38
10   quality of management is one thing that I     01:27:40
11   should be looking at; is that correct?  Is    01:27:42
12   that where we're --                           01:27:45
13       Q.  Where we --                           01:27:46
14       A.  I'm trying to cut to the chase --     01:27:47
15       Q.  I'm asking you --                     01:27:49
16       A.  -- because you're asking vague        01:27:51
17   broad questions.                              01:27:54
18       Q.  I'm asking you within the             01:27:54
19   standards of your field --                    01:27:57
20       A.  Right.                                01:27:57
21       Q.  -- in selecting a yardstick --        01:27:57
22       A.  Right.                                01:27:59
23       Q.  -- where you're comparing it to       01:27:59
24   Zuffa, what are the things you should look    01:28:01
25   at to determine whether it's an appropriate   01:28:05

                                              Page 173
 1   yardstick?                                    01:28:08
 2       A.  Look at anticompetitive behavior      01:28:08
 3   in the two leagues or in the comparator       01:28:16
 4   group and Zuffa, look at the factor that      01:28:20
 5   Zuffa says distinguishes it from the other    01:28:23
 6   league.                                       01:28:26
 7          The notion that I should look at       01:28:30
 8   quality of management is problematic for      01:28:31
 9   several reasons.                              01:28:34
10       Q.  I just want to --                     01:28:36
11          MR. CRAMER:  Were you done with        01:28:37
12   your answer?                                  01:28:38
13       A.  I'm not done.                         01:28:39
14       Q.  I will let him, but for purposes      01:28:40
15   of my question to save time, I'm trying to    01:28:41
16   ask him what it is you think was              01:28:45
17   appropriate -- what you should consider.      01:28:46
18          You told me the comparison of the      01:28:48
19   anticompetitive conduct and you told me       01:28:50
20   Zuffa's explanation of the production,        01:28:52
21   correct?                                      01:28:53
22       A.  Right.                                01:28:53
23          MR. CRAMER:  Zuffa's what?             01:28:54
24       Q.  That Zuffa handles TV production.     01:28:56
25   He said it's that.  Okay?                     01:29:00
```



Page 206

```
1   at?  What would you want to study to        02:01:06
2   determine whether it was an appropriate     02:01:07
3   comparison?                                 02:01:09
4       MR. CRAMER:  Same objection.  He        02:01:09
5   already answered.                           02:01:10
6       A.  So there are capital costs for      02:01:11
7   the physical studios, there are             02:01:16
8   transportation cost, there are insurance    02:01:19
9   costs, there are administrative costs.  I   02:01:21
10  would like to study those, the size of them 02:01:24
11  and how they vary before I would throw this 02:01:27
12  into the hopper as a comparator.            02:01:30
13      Q.  What would you be looking at to     02:01:35
14  determine with respect to those costs to    02:01:37
15  determine whether the comparison was valid? 02:01:39
16      A.  I would want to look at the share   02:01:41
17  of those costs as a share of total revenue. 02:01:43
18      Q.  So would you be looking at          02:01:48
19  whether the share of those costs was, for   02:01:50
20  example, higher than the share of similar   02:01:52
21  cost for Zuffa or less?  I'm trying to      02:01:56
22  understand what you're looking for.         02:01:58
23      MR. CRAMER:  Asked and answered.        02:01:59
24  Objection.                                  02:02:00
25      A.  I would look at the relative        02:02:00
```

Page 207

```
1   shares relative to Zuffa, relative to the   02:02:03
2   other comparators.                          02:02:05
3       Q.  Is there anything else you would    02:02:07
4   be looking at to determine whether it was   02:02:17
5   an appropriate comparison other than the    02:02:19
6   share of costs that were paid by the movie  02:02:21
7   studios?                                    02:02:29
8       A.  Yeah.  I'd want to look at risk.    02:02:29
9   I'd want to look at the variability of      02:02:32
10  revenue across projects.                    02:02:34
11      Q.  Why would the variability of        02:02:45
12  revenue across projects be relevant to you  02:02:48
13  in comparing two firms as yardsticks?       02:02:51
14      A.  Because other things being equal,   02:02:54
15  you would expect two industries that were   02:02:56
16  otherwise identical where one of them had   02:02:58
17  more risk in it than the other, that in     02:02:59
18  order to attract capital, the industry that 02:03:02
19  had more risk would demand a higher rate of 02:03:04
20  return.  And a higher rate of return would  02:03:07
21  mean there was less money available to pay  02:03:09
22  labor in general.                           02:03:11
23      Q.  And you said I want to look at      02:03:13
24  risk, I want to look at the variability of  02:03:15
25  revenue across projects.  And I asked you   02:03:18
```

Page 208

```
1   about variability of revenue.  You just     02:03:20
2   answered risk.                              02:03:20
3       Are those interchangeable for           02:03:22
4   purposes of this discussion?                02:03:24
5       A.  Risk and variability of revenue?    02:03:25
6       Q.  Yes.                                02:03:28
7       A.  Interchangeable, no.  But very      02:03:28
8   similar.  Overlapping.  Substantial         02:03:31
9   overlapping.                                02:03:34
10      Q.  So you would want to look at in     02:03:35
11  determining whether to compare the firms,   02:03:37
12  you would want to look at the overall risk  02:03:39
13  profile, and that would include the         02:03:41
14  variability of revenue across projects?     02:03:43
15      A.  Yes.                                02:03:45
16      Q.  Are there any other factors that    02:03:46
17  you would want to investigate or study to   02:03:53
18  determine whether the comparison to the     02:03:55
19  movie industry was appropriate?             02:03:57
20      A.  Yeah.                               02:03:57
21      Q.  You've mentioned share of cost --   02:03:59
22      A.  There might be.  I can't think of   02:04:01
23  any as I sit here.                          02:04:02
24      Q.  You've got to let me finish the     02:04:03
25  question.                                   02:04:06
```

Page 209

```
1       Now, you've --                          02:04:23
2       MR. CRAMER:  Maybe we should take       02:04:23
3   a break.                                    02:04:25
4       MR. ISAACSON:  Yeah, we've been         02:04:25
5   going for over an hour.                     02:04:27
6       VIDEO TECHNICIAN:  Off the record       02:04:28
7   at 2:04 p.m.                                02:04:32
8       (Proceedings recessed at                02:04:34
9   2:04 p.m., and reconvened at 2:20           02:04:34
10  p.m.)                                       02:21:13
11      VIDEO TECHNICIAN:  We're back on        02:21:13
12  the record at 2:20 p.m.                     02:21:16
13  BY MR. ISAACSON:                            02:21:18
14      Q.  We've discussed before that in      02:21:18
15  estimating damages and comparing to a       02:21:28
16  yardstick, you compared the percentage of   02:21:30
17  revenues paid to athletes or fighters       02:21:33
18  between other sports and Zuffa.  And it's   02:21:37
19  your -- now across industries and in the    02:21:44
20  economics literature is there data or       02:21:59
21  studies with the percentage of revenues     02:22:03
22  that are paid to labor, whether those labor 02:22:05
23  are employees or contractors in a           02:22:07
24  competitive industry?                       02:22:10
25      MR. DAVIS:  Objection to form.          02:22:15
```

Page 218

```
 1   were antitrust cases?                        02:30:17
 2       A.  I'm not sure offhand.  Maybe         02:30:20
 3   five.                                        02:30:22
 4       Q.  Can you tell me any case where       02:30:22
 5   you previously estimated damages by          02:30:27
 6   comparing firms based on the percentage of   02:30:29
 7   revenues they paid to labor?                 02:30:31
 8           MR. CRAMER:  Objection to form.      02:30:34
 9       A.  I'm not sure as I sit here that      02:30:34
10   I've estimated damages to labor at all in    02:30:43
11   an antitrust case.  I might have, but I      02:30:49
12   don't recall off the top of my head.         02:30:52
13       Q.  Can you identify to me any           02:30:53
14   published literature in your field that has  02:30:55
15   either looked at the issue of damages or     02:31:01
16   the anticompetitive effect of conduct by     02:31:03
17   comparing firms based on the percentage of   02:31:08
18   revenue paid to labor?                       02:31:10
19       A.  Can you repeat the question?         02:31:13
20       Q.  Sure.  Can you identify to me any    02:31:14
21   published literature in your field that has  02:31:17
22   looked at the issue of damages or the        02:31:20
23   anticompetitive effect of conduct by         02:31:22
24   comparing firms based on the percentage of   02:31:23
25   revenue paid to labor?                       02:31:25
```

Page 219

```
 1           MR. CRAMER:  Objection to form.      02:31:26
 2       A.  All right.  Not as I sit here        02:31:27
 3   today, I can't.                              02:31:30
 4       Q.  Are you aware of any                 02:31:30
 5   peer-reviewed literature anywhere that has   02:31:41
 6   determined or studied the anticompetitive    02:31:45
 7   effect of conduct by comparing firms based   02:31:50
 8   on the percentage of revenues paid to        02:31:54
 9   labor?                                       02:31:56
10       A.  I'm aware of literature,             02:31:58
11   peer-reviewed literature, that looks at the  02:32:01
12   effect of monopsony on labor share.          02:32:04
13       Q.  And what is that literature?         02:32:11
14       A.  Well, there is something called      02:32:13
15   the Journal of Sports Economics.  It's had   02:32:17
16   a bunch of articles on that.                 02:32:20
17           There is a seminal article that      02:32:22
18   was done by Jerry Scully in the American     02:32:24
19   Economic Review in 1972.  There is a book    02:32:27
20   that was edited by Roger Noll called         02:32:29
21   "Government in the Sports Business."  Did I  02:32:34
22   say it was published by Brookings?  That's   02:32:36
23   also rather old.                             02:32:40
24           There is a Journal of Sport          02:32:42
25   Management, The International Journal of     02:32:46
```

Page 220

```
 1   Sports Management, that's had some articles  02:32:49
 2   related to that.                             02:32:51
 3           So I'm aware of the literature       02:32:52
 4   that's available on monopsony and empirical  02:32:54
 5   estimates of its impact in the sports        02:33:00
 6   field.                                       02:33:03
 7       Q.  So are you aware of any              02:33:03
 8   peer-reviewed literature that is -- that     02:33:05
 9   looks at the effect of monopsony on the      02:33:08
10   share of revenue paid to labor outside of    02:33:11
11   the sports industry?                         02:33:14
12       A.  I think I answered that already.     02:33:15
13   I can't cite you any such literature today.  02:33:17
14       Q.  Within the field of sports           02:33:21
15   economics that you mentioned, had there      02:33:29
16   been any -- well, let me start over.         02:33:38
17           You mentioned multiple regression    02:33:40
18   analysis earlier.  That's an established     02:33:44
19   method within the field of economics for     02:33:47
20   determining the potential of                 02:33:51
21   anticompetitive effect of conduct, correct?  02:33:53
22       A.  Yes.                                 02:33:57
23       Q.  Okay.  And that's not limited to     02:33:57
24   the sports industry, correct?                02:34:02
25       A.  Correct.                             02:34:04
```

Page 221

```
 1       Q.  And that method has been, for        02:34:05
 2   example, subject to testing to determine     02:34:10
 3   whether it's a reliable method of -- if      02:34:14
 4   performed well of determining an             02:34:20
 5   anticompetitive effect.  Do you agree with   02:34:24
 6   that?                                        02:34:26
 7       A.  That it is a reliable method for     02:34:29
 8   determining anticompetitive effect?  Is      02:34:33
 9   that what you're --                          02:34:35
10       Q.  Yes.  And that's been determined     02:34:36
11   by testing in the field.                     02:34:38
12       A.  It's been determined to be what?     02:34:39
13       Q.  If performed correctly, a            02:34:41
14   reliable method of determining --            02:34:43
15       A.  Oh, yes.                             02:34:45
16       Q.  And that's been determined by        02:34:45
17   substantial testing in the economics         02:34:47
18   literature.                                  02:34:48
19       A.  So it's been determined by           02:34:52
20   testing that econometric testing is          02:34:53
21   reliable?  So what does that mean, it's      02:34:56
22   been determined by testing that econometric  02:34:58
23   evidence --                                  02:35:02
24       Q.  Meaning it's been tested for         02:35:02
25   accuracy across different models, for        02:35:04
```

Magna Legal Services

Page 222

```
 1  example.                              02:35:06
 2      A. Okay. Yes.                     02:35:06
 3      Q. And that's all true of a       02:35:08
 4  regression model?                     02:35:09
 5      A. Yes.                           02:35:11
 6      Q. Has there been any testing done 02:35:11
 7  within the sports industry of whether a 02:35:14
 8  comparison of the percentage of revenues 02:35:19
 9  paid to labor by a sports business is a  02:35:22
10  reliable or valid means of evaluating an 02:35:25
11  anticompetitive effect?                  02:35:30
12      A. As I sit here today, I can't      02:35:31
13  think of any such literature.            02:35:34
14      Q. If you wanted to test the         02:35:35
15  validity or reliability of looking at the 02:35:43
16  percentage of revenue paid to labor by a  02:35:48
17  firm as a method for assessing            02:35:52
18  anticompetitive impact, how would you go  02:35:57
19  about testing it?                         02:36:00
20          MR. CRAMER: Objection to form.    02:36:00
21      A. Can you repeat the question?       02:36:01
22      Q. Sure. Suppose I wanted to test     02:36:07
23  the validity -- suppose you wanted to test, 02:36:08
24  which would be more valid, suppose you      02:36:11
25  wanted to test the validity or reliability  02:36:13
```

Page 223

```
 1  of looking at the percentage of revenue   02:36:15
 2  paid to labor by a firm as a method for   02:36:17
 3  assessing anticompetitive impact, how would 02:36:19
 4  you go about that testing process?          02:36:21
 5      A. This is one firm in a particular    02:36:23
 6  industry. And what data do I have at my    02:36:26
 7  disposal?                                  02:36:29
 8      Q. So I'm not being clear in my        02:36:31
 9  question if you're asking about the data.  02:36:33
10          I'm positing a world where you     02:36:36
11  have good data; all right?                 02:36:38
12      A. Okay, we have good data. Yeah.      02:36:40
13      Q. And you want to know whether        02:36:42
14  looking at the percentage of revenue paid  02:36:44
15  to labor as opposed to, for example, the   02:36:47
16  actual salaries or rate of salary increase. 02:36:52
17  If you want to know whether the percentage  02:36:59
18  of revenue is a valid method for looking at 02:37:01
19  whether there has been an anticompetitive   02:37:04
20  impact, how would you go about testing      02:37:06
21  that?                                       02:37:08
22      A. I want to find out if the           02:37:09
23  percentage of revenue paid in a particular  02:37:16
24  firm has an anticompetitive impact?         02:37:20
25      Q. You want to know whether that is    02:37:23
```

Page 224

```
 1  an accurate and reliable method of        02:37:24
 2  determining whether there is an           02:37:27
 3  anticompetitive impact.                   02:37:28
 4      A. Wow. Um, so -- and I'm looking     02:37:29
 5  at one firm in one industry?              02:37:34
 6      Q. I'm talking about the method as    02:37:38
 7  opposed to the firm.                      02:37:40
 8      A. But that's -- if you're asking me  02:37:43
 9  to design an econometric model for you, I 02:37:46
10  have to know what you're talking about. I 02:37:51
11  have to know the parameters of what you're 02:37:52
12  talking about.                            02:37:54
13          Clearly, one of the things that   02:37:55
14  one would be trying to set up here is you'd 02:37:56
15  have to have some independent index of     02:37:59
16  anticompetitive behavior. Maybe it would   02:38:01
17  be percent price increases over the course 02:38:06
18  of the past year. And you would look at    02:38:07
19  whether or not -- or if -- you might look  02:38:14
20  at the percent increase in wages. You      02:38:17
21  would expect to find that wage increases   02:38:20
22  would be smaller.                          02:38:26
23          So you would look at a number of  02:38:28
24  firms in a number of industries, and the  02:38:30
25  independent variables would be the percent 02:38:34
```

Page 225

```
 1  of revenue that's paid to labor and then  02:38:37
 2  you'd have some criterion that was the    02:38:38
 3  dependent variable, that would maybe it   02:38:44
 4  would be price increases, maybe it would be 02:38:48
 5  something else, that would be a proxy for  02:38:49
 6  anticompetitive behavior, and you'd see    02:38:52
 7  what the relationship is.                  02:38:54
 8      Q. That econometric model that you    02:38:58
 9  just described, that was a regression     02:39:01
10  analysis?                                 02:39:03
11      A. It could be, yeah.                 02:39:04
12      Q. One way of testing, rather, of     02:39:14
13  looking at percentage of revenues paid to 02:39:16
14  labor as a comparison between firms as a  02:39:17
15  valid method of assessing anticompetitive 02:39:20
16  impact would be to engage in a regression 02:39:26
17  analysis; is that correct?                02:39:29
18      A. It could be.                       02:39:31
19      Q. And a regression analysis would    02:39:32
20  be an established, well-accepted method of 02:39:38
21  determining the effect of anticompetitive  02:39:42
22  behavior?                                  02:39:44
23      A. I think there is a lot of          02:39:44
24  controversy, frankly, in this application. 02:39:46
25  But, yes, it has been used very widely.    02:39:48
```

Page 226

```
 1      Q.  And if you conducted a regression        02:39:56
 2   analysis of the anticompetitive effect of a     02:39:59
 3   restriction on labor pay and the only           02:40:10
 4   variable was the anticompetitive                02:40:16
 5   restriction, what would be the problems         02:40:19
 6   with that?                                      02:40:22
 7           MR. CRAMER:  Objection to form.         02:40:23
 8       Incomplete hypothetical.  Asked and         02:40:24
 9       answered for that matter.                   02:40:30
10      A.  I'm not sure what you're asking.         02:40:35
11   But what one does when you use regression       02:40:39
12   analysis is generally using multiple            02:40:41
13   regression analysis.  You want a control        02:40:44
14   for other variables.  And you would have --    02:40:46
15   you'd have your desired variables in there      02:40:55
16   along with the regression variable --           02:40:58
17   excuse me -- along with the control             02:41:00
18   variables.                                      02:41:03
19           I haven't done a regression             02:41:05
20   analysis in this case.  There is another       02:41:07
21   expert report that uses that methodology.      02:41:11
22   I've used a different methodology.  And I      02:41:15
23   feel like I have successfully controlled       02:41:17
24   for most of the outside influences that        02:41:20
25   would allow me to make a clean inference       02:41:24
```

Page 227

```
 1   about the impact that the level of             02:41:28
 2   competition on the labor market has had on     02:41:29
 3   the labor share.                               02:41:31
 4      Q.  When you say when you "have             02:41:32
 5   controlled for most of the outside             02:41:34
 6   influences," you have not done that            02:41:38
 7   actually within your model, correct?           02:41:40
 8           MR. CRAMER:  Objection to form.        02:41:44
 9      A.  Not within the model itself.  But       02:41:44
10   as I explained to you earlier, Zuffa           02:41:46
11   pointed out the one variable that they         02:41:49
12   thought made their case special.  And I did    02:41:52
13   account for that.  I discussed that.           02:41:55
14           Other variables that we have           02:41:57
15   talked about today I don't think have a        02:41:58
16   decided inference on that question about       02:42:00
17   the riskiness of the investment and            02:42:06
18   questions about overall management quality.    02:42:10
19           I don't think that Zuffa stands        02:42:14
20   out in those regards, and Zuffa itself         02:42:16
21   didn't argue that it stood out in those        02:42:18
22   regards.                                       02:42:21
23      Q.  And why did you choose to compare       02:42:26
24   the percentage of revenues paid to the five    02:42:28
25   other sports and UFC fighters as compared      02:42:30
```

Page 228

```
 1   -- as opposed to the percentage of net         02:42:35
 2   profits after costs?                           02:42:37
 3      A.  Well, I don't have, and I don't         02:42:38
 4   know that anybody has data on what you're      02:42:53
 5   calling net profits.  Do you mean net          02:42:55
 6   income by the way?  What are you talking       02:42:58
 7   about?                                         02:43:00
 8      Q.  You said net income.                    02:43:02
 9      A.  Yeah.  So net income deducts            02:43:03
10   interest.  And we know, I think it's very      02:43:05
11   clearly in the record here, that Zuffa has     02:43:08
12   had very large interest costs because of       02:43:10
13   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■
14   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■
15   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■
16   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■
17   ■■■■■■■■■■■■■■■■■■■■■■■.    02:43:26
18           I would have to have parallel          02:43:27
19   data, similar data, for these other           02:43:29
20   industries.  But it's all proprietary and      02:43:31
21   it's not available to me.                      02:43:35
22           I actually have a good deal of         02:43:38
23   data for baseball, but I can't use it.  I      02:43:41
24   don't have it for the other sports.            02:43:44
25      Q.  All right.  Now, if a firm              02:43:47
```

Page 229

```
 1   engages in conduct with anticompetitive        02:43:51
 2   effects in a relative market and has           02:43:54
 3   monopsony power and it pays less than          02:44:01
 4   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■
 5   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■
 6   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■
 7   ■■■■■■■■■■■■■■■■■■■■■■         02:44:17
 8   paying?                                        02:44:19
 9           MR. CRAMER:  Objection to form.        02:44:20
10      A.  I think that was compound and          02:44:22
11   long and confusing.  I'm not sure what        02:44:27
12   you're asking me.                             02:44:30
13      Q.  All right.  I'd ask you to look        02:44:30
14   at Paragraph 106 -- no, wait.  Actually       02:44:37
15   before we do that, as an economist, I want    02:44:40
16   to ask you if you agree with a couple of      02:44:49
17   statements.                                    02:44:51
18           Do you agree with this statement      02:44:52
19   "There are well recognized economic           02:44:54
20   benefits to exclusive deal arrangements       02:44:57
21   including the enhancement of interbrand       02:44:59
22   competition."                                  02:45:05
23      A.  Possible.  Yes.  I know that           02:45:07
24   there is some literature on that, and some    02:45:09
25   argumentation around that, and I suspect      02:45:11
```

Page 234

```
 1        A.  Yes.  So, as I said, MLS went        02:48:56
 2   through a court case in 1999, and the         02:48:58
 3   District Court decided that it was a single   02:49:01
 4   entity.  And they do all of their hiring,     02:49:03
 5   except Beckham exception players, through     02:49:10
 6   the central office.                           02:49:15
 7        That is to say, there is a fellow        02:49:16
 8   sitting in their office, their headquarters   02:49:18
 9   in New York City, who hires all the players   02:49:20
10   and then allocates them to the teams,         02:49:24
11   except for the Beckham exception players.     02:49:26
12        So it's basically a monopsony,           02:49:30
13   maybe slightly modified at the edges.  It     02:49:36
14   would be an inappropriate benchmark for       02:49:39
15   seeing what would happen in Zuffa if there    02:49:41
16   were competitive labor markets because        02:49:44
17   there are not competitive labor markets in    02:49:45
18   MLS.                                          02:49:47
19        I think you asked me about tennis        02:49:49
20   and golf as well?                             02:49:50
21        Q.  I also want to know why didn't       02:49:52
22   you use professional tennis as a benchmark?   02:49:54
23        A.  So I'll answer that with respect     02:49:57
24   to men's tennis.  And if you want to ask me   02:50:02
25   about women's tennis afterwards, you can.     02:50:05
```

Page 235

```
 1        Men's tennis is governed by the          02:50:09
 2   Association of Tennis Professionals, or       02:50:11
 3   ATP.  They set the rules.  They set the       02:50:14
 4   prize money.  They collaborate with the       02:50:17
 5   grand slams.  And if you want to be -- if     02:50:19
 6   you want to participate in the grand slams,   02:50:24
 7   if you want to be recognized in the major     02:50:27
 8   tournaments, if you want to be nationally     02:50:29
 9   and internationally ranked, you play in the   02:50:31
10   ATP tournaments.  They, too, are a single     02:50:34
11   employer.                                     02:50:37
12        Q.  Does the Men's Tennis Association    02:50:39
13   have anything to do with determining --       02:50:50
14   what are the constraints that the men's       02:50:56
15   tennis -- the ATP puts on the percentage of   02:50:58
16   revenue that's paid to the men's tennis       02:51:01
17   players?                                      02:51:05
18        A.  They apply no such constraint.       02:51:05
19        Q.  I have the same questions about      02:51:08
20   professional women's tennis.  How --          02:51:11
21        A.  Okay.  However, if I could, what     02:51:13
22   they set is the prize money, the purse.       02:51:16
23   And each tournament has an expected           02:51:18
24   revenue.  So implicitly they're ballparking   02:51:21
25   a share, but that's not what their policy     02:51:26
```

Page 236

```
 1   addresses.  Their policy addresses the        02:51:29
 2   amount that they pay.                         02:51:31
 3        In terms of women's tennis, it's         02:51:32
 4   largely the same situation.  It's run by      02:51:33
 5   the WTA.  And that also coordinates           02:51:36
 6   activity with the Tennis Association of       02:51:39
 7   England, Tennis Association of France and     02:51:43
 8   Tennis Association of Australia for the       02:51:47
 9   grand slams.  It's a single employer.         02:51:49
10        Q.  Why didn't you use NASCAR as a       02:51:51
11   potential benchmark?                          02:51:55
12        A.  NASCAR is a monopoly in the          02:51:57
13   stockcar racing industry.  It is the sole     02:52:03
14   sanctioning body.  It also owns -- the        02:52:08
15   people who own NASCAR, which is the France    02:52:11
16   family, also own the International Speedway   02:52:16
17   Corporation, which owns most of the tracks    02:52:19
18   that NASCAR races on.  And they, again, get   02:52:21
19   to set prices.                                02:52:24
20        Q.  And why didn't you use any firms     02:52:34
21   outside of sports as a benchmark?             02:52:37
22        A.  I was looking for benchmarks and     02:52:43
23   comparators that had as much similarity as    02:52:46
24   possible with Zuffa, with MMA.                02:52:49
25        Q.  And why would, for example, the      02:52:55
```

Page 237

```
 1   Major League Baseball have more               02:53:04
 2   similarities to Zuffa than every other firm   02:53:07
 3   outside of sports?  Is it just because it's   02:53:11
 4   a sport?                                      02:53:14
 5        A.  No.  Their revenue streams are       02:53:15
 6   similar to each other.  They're selling       02:53:18
 7   tickets, they're selling media rights and     02:53:21
 8   television rights.  They're selling           02:53:25
 9   sponsorships.  They have to cover on the      02:53:28
10   cost side.  They have to cover the cost of    02:53:29
11   their athletic talent.  They have to either   02:53:31
12   rent or pay for in another way the            02:53:35
13   facilities that they're playing in.  They     02:53:37
14   have to pay in one measure or another for     02:53:38
15   the travel of the athletes.                   02:53:40
16        But the structure and the nature         02:53:42
17   of the items that are involved on the         02:53:44
18   revenue side and the cost side are very       02:53:46
19   similar.                                      02:53:48
20        Q.  So why didn't you include any        02:53:48
21   firms outside of sports that sell tickets     02:53:50
22   and media rights?                             02:53:53
23        A.  Well, one of the reasons I didn't    02:53:55
24   look further, other than to have a footnote   02:54:02
25   about the movie industry, which you were      02:54:05
```

Page 238

```
 1   kind enough to notice, is because I'm a        02:54:09
 2   sports economist and I understand the          02:54:11
 3   supports industry and I might have gone out    02:54:13
 4   and looked for Showcase Cinemas, for           02:54:15
 5   instance.  They sell tickets.  They don't      02:54:19
 6   sell television rights, but they sell          02:54:21
 7   tickets.                                       02:54:24
 8         So I might have tried to find            02:54:24
 9   some of those firms, but I don't know a        02:54:26
10   great deal about them.  And I felt             02:54:28
11   comfortable with the nature of what happens    02:54:29
12   in the sports leagues and the team sports      02:54:34
13   leagues and in boxing to say that it's         02:54:36
14   sufficiently similar and that I can account    02:54:38
15   for and understand any differences with        02:54:41
16   Zuffa.  And so I chose them.                   02:54:43
17      Q.  Is it fair to say that because of       02:54:46
18   your background and knowledge with sports      02:54:48
19   economics that you didn't investigate as       02:54:56
20   potential yardsticks firms that were out --    02:54:58
21   that were not in the sports industry?          02:55:02
22         MR. CRAMER:  Objection to form.          02:55:04
23      A.  Part of the story is gaining            02:55:06
24   access to information.  The sports industry    02:55:09
25   has an enormous amount that's written about    02:55:11
```

Page 239

```
 1   it in detail.  There are agencies out there    02:55:14
 2   and magazines out there and reporters out      02:55:18
 3   there like Forbes and like Spotcast, Spot      02:55:19
 4   Track rather, that make it their business      02:55:23
 5   to gather information from teams and           02:55:25
 6   assemble data.                                 02:55:27
 7         I also have contact with the             02:55:31
 8   leagues and the labor associations, with       02:55:33
 9   the commissioner's offices.  I was able to     02:55:36
10   gather additional data from them.              02:55:39
11         What I always do when I do legal         02:55:42
12   consulting, when I do expert work is to try    02:55:47
13   to limit the amount of wasted time that I      02:55:50
14   engage in.  And I felt, A, that it's the       02:55:52
15   sports industry and has the same basic         02:55:56
16   revenue sources and the same nature of         02:55:59
17   costs.                                         02:56:02
18         B, that I understand it.  And I          02:56:02
19   understand some of the nuances of these        02:56:05
20   industries.                                    02:56:07
21         And, C, that I had much better           02:56:08
22   access to the data that I would need.  So      02:56:11
23   that it made little sense in my mind for me    02:56:14
24   to go out fishing for some other industries    02:56:18
25   that might have similar structures, revenue    02:56:20
```

Page 240

```
 1   and cost structures, where I didn't            02:56:22
 2   understand the nuances as well and where I     02:56:25
 3   wouldn't necessarily get access to data.       02:56:27
 4      Q.  You've answered this question,          02:56:29
 5   but that was such a long answer that need      02:56:32
 6   to get it down to that last part.              02:56:34
 7         You said you didn't go fishing,          02:56:37
 8   because of the knowledge you already had       02:56:40
 9   about the sports industry.  You didn't         02:56:42
10   investigate the firms that would have been     02:56:44
11   potential yardsticks outside of the sports     02:56:46
12   industry; is that correct?                     02:56:48
13         MR. CRAMER:  Objection to form.          02:56:48
14      Asked and answered.  He gave you the        02:56:50
15   answer.  If you'd like him to restate          02:56:51
16   it, you can.                                   02:56:53
17         MR. ISAACSON:  I would like him          02:56:54
18   to answer the question I just gave.            02:56:57
19      A.  Yes, so I agree with part of your       02:56:59
20   answer, but you misstated or you               02:57:01
21   understated my response.  As a part of it      02:57:02
22   had to do with similarity and a part of it     02:57:04
23   had to do with access to information.          02:57:07
24      Q.  Is there some reason from the           02:57:09
25   point of view of economics that assuming a     02:57:13
```

Page 241

```
 1   software company is in a competitive           02:57:17
 2   industry and assuming a sports company is      02:57:19
 3   in a competitive industry, that the            02:57:22
 4   percentage of revenue paid to labor would      02:57:25
 5   be different?                                  02:57:29
 6      A.  It has to do with the technology        02:57:30
 7   of the production process.  Right?  I mean,    02:57:33
 8   some production processes are very capital     02:57:37
 9   intensive and some are very labor              02:57:40
10   intensive.  Sports are very labor              02:57:42
11   intensive, as a general matter.                02:57:44
12         So I'd want to be comparing it to        02:57:45
13   industries that are similar in the sense       02:57:50
14   that they're labor intensive.  Software        02:57:51
15   companies are probably pretty capital          02:57:53
16   intensive.  You wouldn't expect the same       02:57:55
17   kind of labor share.                           02:57:58
18         The labor share is determined by         02:57:59
19   the productivity of the labor times the        02:58:01
20   number of laborers.  Productivity of labor     02:58:05
21   is much higher when it's more capital          02:58:08
22   intensive.                                     02:58:10
23      Q.  Can I ask you to look at                02:58:11
24   Paragraph 91 of your report?                   02:58:17
25      A.  I'm there.                              02:58:34
```