# EXHIBIT 4

# Errata to Expert Report of Andrew Zimbalist (redacted)

# ERRATA TO THE EXPERT REPORT OF ANDREW ZIMBALIST

## IN CUNG LE, ET AL. V. ZUFFA, LLC

September 19, 2017

CONTAINS HIGHLY CONFIDENTIAL MATERIAL

Since submitting my Expert Report on August 30, 2017, I have discovered several errors in my report. These errata are summarized in the following table:

| Location | Original Text | New Text |
| --- | --- | --- |
| Title Page | | "Contains Highly Confidential Material" |
| Footnote 10 | ■ | ■ |
| Paragraph 21 | "UCF" | "UFC" |
| Paragraph 81 | "Error! Reference source not found.Error! Reference source not found." | "Table 1" |
| Paragraph 130 | ■ | ■ |
| Table 2 | See Table 2-E, attached | |
| Table 4 | See Table 4-E, attached | |
| Table 5 | See Table 5-E, attached | |
| Table 6 | See Table 6-E, attached | |
| Table 7 | See Table 7-E, attached | |
| Footer | | "Contains Highly Confidential Material" |

Andrew Zimbalist
September 19, 2017

Table 2-E
Golden Boy Revenues and Expenses
(Deetz Report, 2014 – June 30, 2016)

| Period | Total Revenue | Fighter Expenses | Other Expenses | Income from Boxing Operations | Fighter Share of Revenue |
|---|---|---|---|---|---|
| 2014 | $140,448,787 | $89,344,118 | $42,274,826 | $8,829,843 | 63.6% |
| 2015 | $46,323,840 | $28,864,172 | $12,768,480 | $4,691,187 | 62.3% |
| 2016 (1st Half) | $32,604,518 | $18,206,224 | $11,597,665 | $2,800,629 | 55.8% |
| Total | $219,377,145 | $136,414,514 | $66,640,971 | $16,321,659 | 62.2% |



Contains Highly Confidential Material



---

[1] Where Zuffa's audited financial statements have restated net income, the restated numbers are listed below. In addition, these numbers reflect net income attributable to Zuffa, where applicable.