# EXHIBIT 9

# Second Deposition of Andrew Zimbalist

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

- - - - - - - - - - - - - - - - - - - - - - x

CUNG LE, NATHAN QUARRY, JOHN FITCH,
BRANDON VERA, LUIS JAVIER VAZQUEZ,
and KYLE KINGSBURY, on behalf of
themselves and all others similarly
situated,

        Plaintiffs,

                      Case No.
  -against-     2:15-cv-01045-RFB(PAL)

ZUFFA, LLC, d/b/a ULTIMATE FIGHTING
CHAMPIONSHIP and UFC,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - x

   H I G H L Y   C O N F I D E N T I A L

     Videotaped oral deposition of
ANDREW ZIMBALIST, Ph.D., taken pursuant
to notice, was held at the law offices
of Cohen Millstein, 88 Pine Street, New
York, New York, commencing January 26,
2018, 10:13 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

               - - -

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866) 624-6221



Page 78

1   A. Zimbalist - Confidential
2       Q.  If I was looking at MRP of labor
3   for the firm as a whole, that should be
4   whatever, 10 plus 10, $20, is that right?
5       A.  If there are no diminishing returns
6   -- the physical product is not declining and
7   the price is staying the same, right?
8       Q.  Yeah.
9       A.  Of the output, then you would add
10  up the combined -- add up the marginal
11  revenue product of the 10 workers in order to
12  know what the combined increment to value
13  that was being produced by these 10 workers.
14      Q.  Let's go back to my question
15  because I am bad at math.  Let's say one of
16  them now is making $30 worth of yarn and one
17  of them is making $40 worth of yarn, okay, so
18  the marginal revenue product of the first
19  worker is -- that's making $30 worth is
20  making 10, is that right?
21      A.  Yes.
22      Q.  And the revenue marginal product
23  making $40 of worth of yarn is now 20?
24          MR. CRAMER:  Objection to form,
25      incomplete hypothetical.

Page 79

1   A. Zimbalist - Confidential
2          Are we holding all else constant?
3       Q.  All else constant.
4       A.  That sounds right.
5       Q.  And the collective marginal revenue
6   product of labor for my workers as a whole is
7   $30, is that right?
8       A.  Yes.
9       Q.  That's not how the real world
10  works, right, there are lots of other
11  complicating factors?
12          MR. CRAMER:  Objection to form.
13      A.  I believe so.
14      Q.  And it's fair to say that most
15  industries are not perfectly competitive, is
16  that true?
17      A.  Yes.
18      Q.  So most, in the scenario I gave, in
19  the real world, workers generally wouldn't be
20  getting all of the MRP, is that right?
21      A.  So to make sure I'm understanding
22  you, you are saying that in the real world,
23  the economist's model of a perfectly
24  competitive industry doesn't usually obtain,
25  sometimes it does, but usually it doesn't,

Page 80

1   A. Zimbalist - Confidential
2   and because there is a modicum of pricing
3   power that a firm might have in an industry,
4   that as a result of that, they also have
5   modicum of monopsony power and because of
6   that, the worker will not get paid his or her
7   marginal revenue product, is that what you
8   are saying?
9       Q.  Let's start with that question.
10      A.  So I think it's very difficult to
11  answer.  I think that it's possible for there
12  to be a modicum of pricing power in the
13  product market and to have very close to a
14  competitive labor market and an outcome where
15  workers, on average, are getting paid roughly
16  their marginal revenue product, it's very
17  possible that could happen.
18          It's also a concept or it's a
19  scenario that's very hard to test, very hard
20  to test empirically because economists
21  haven't identified a satisfactory way to
22  directly measure marginal revenue product in
23  most cases, most industries.
24      Q.  Now, you said that there might be a
25  difference between what the worker gets paid

Page 81

1   A. Zimbalist - Confidential
2   and the worker's marginal revenue product
3   that would be attributable to some modicum of
4   monopsony power, is that right?
5       A.  It's possible, yes.
6       Q.  Are there other explanations for
7   why a worker might not get paid MRP, other
8   than the exercise of monopsony power?
9       A.  Yes.
10      Q.  Can you give me an example?
11      A.  You can have a repressive State
12  Government that outlaws collective
13  bargaining, outlaws minimum wages, outlaws
14  other provisions for protecting the workforce
15  and that would be an outcome where you don't
16  get full payment of marginal revenue product.
17          There have been some studies in the
18  economics literature that find that the
19  reduction in the level of unionization can
20  contribute to workers being paid below their
21  marginal revenue product.
22      Q.  When you have a union, if it
23  represents all of the workers, is the union
24  obtaining a competitive salary or is it
25  obtaining a salary that's based off of the



Page 82

1       A. Zimbalist - Confidential
2   exercise of monopoly power?
3          MR. CRAMER:  Objection to form,
4       incomplete hypothetical.
5       Q.  All else being equal.
6          MR. CRAMER:  Same objection.
7       A.  I think unionization, you often
8   model that in terms of bilateral monopolies,
9   bargaining power on both sides of the fence.
10          You are asking me that unions who
11  -- so we are talking about union shops which
12  we don't always have because there are right
13  to work laws, too.  You are talking about
14  union shops that represent all of the
15  workers, that is it possible that a union has
16  so much power that they will force the wage
17  rate above the marginal revenue product, is
18  that what you are asking me?
19      Q.  I'm asking if they're powerful
20  enough that they exercise market power in the
21  price that they set for labor?
22          MR. CRAMER:  Objection to form,
23      incomplete hypothetical.
24      A.  So market power is defined in terms
25  of affecting the price for your service and

Page 83

1       A. Zimbalist - Confidential
2   the unions have the ability to do that, the
3   answer is yes.
4       Q.  So, for instance, if a union can
5   call a strike and stop work for all workers
6   for an employer, that would give the union
7   the ability to exercise market power, is that
8   right?
9          MR. CRAMER:  Objection to form,
10      incomplete hypothetical.
11      A.  Unions could, presumably use a
12  variety of tactics to ensure that the wage
13  rate was closer to the marginal revenue
14  product and striking is one potential tactic
15  they could use.
16      Q.  Could they ensure that the wage
17  rate was greater than the marginal revenue
18  product?
19          MR. CRAMER:  Objection to form,
20      incomplete hypothetical.
21      A.  I think that companies would be in
22  deep trouble if they followed a practice of
23  paying workers more than their marginal
24  revenue product.
25      Is it possible that a company can

Page 84

1       A. Zimbalist - Confidential
2   make an error and for a time period before
3   they went out of business, do that, yes, it's
4   possible.
5       Q.  Is it possible that unions could
6   obtain a wage rate that's above the marginal
7   revenue product for some members of the
8   union?
9          MR. CRAMER:  Objection to form,
10      incomplete hypothetical.
11      A.  You are asking me if it's possible,
12  not if it's sustainable, but if it's possible
13  for that to happen for a period of time, yes,
14  is that what you are asking me?
15      Q.  Yes.
16      A.  Yes, it's possible.
17      Q.  Have you, in your own work,
18  encountered a situation where you have seen
19  that?
20      A.  I did some estimates on the
21  marginal revenue product and salary paid to
22  major league baseball players looking at
23  three different categories of major league
24  baseball players.  I did that in the early
25  1990s and my recollection is that looking at

Page 85

1       A. Zimbalist - Confidential
2   free agents, that at least there was some
3   evidence for some years that they were paid
4   above their marginal revenue product.  That's
5   my recollection.
6       Q.  But I think you said companies
7   would be in trouble if they paid all of their
8   workers more than the marginal revenue
9   product.
10          Why is that?
11      A.  Well, what would happen in that
12  case, and assuming the other factors of
13  production were receiving a fair compensation
14  for their contribution is that the company
15  would lose money.
16      Q.  But that's not what you observed in
17  major league baseball, is that right?  You
18  didn't observe all workers making more or all
19  athletes making more than their marginal
20  revenue product, correct?
21      A.  Correct.  Arbitration eligible
22  players were paid somewhat below their
23  marginal revenue product if I recall
24  correctly and prearbitration players
25  basically, basically players still under



Page 86

```
 1       A. Zimbalist - Confidential
 2   reserve were paid a lot less than their
 3   marginal revenue product.
 4       Q.  So we talked about the exercise of
 5   a modicum of monopsony power accounting for
 6   that difference between MRP and what workers
 7   were actually paid in the real world and I
 8   think you talked about certain government
 9   regulations related to unionization.
10           Is there anything else that you can
11   think of that would explain why MRP differs
12   from what employers or what labor is paid?
13           MR. CRAMER:  Objection to form.
14       A.  I think that the two elements that
15   I would focus on are; No. 1, the productivity
16   of the workers, marginal revenue product of
17   the workers and; No. 2, the bargaining power
18   between each of the two sides, management and
19   labor.  There might be some other factors
20   that enter into the configuration of
21   bargaining power between management and
22   workers.  I think that the major element
23   there would be the ability of the workers to
24   come together, usually through a union, not
25   always, but usually through a union and that
```

Page 87

```
 1       A. Zimbalist - Confidential
 2   would give them more bargaining power.
 3           It may be possible also to be an
 4   association of management in an industry that
 5   would give management more bargaining power,
 6   so that's what I'm thinking of as I
 7   contemplate your question this morning.
 8           I suspect that there are other
 9   small elements that could enter the picture.
10       Q.  Is bargaining power the same thing
11   as either monopsony or buyer power or market
12   power?
13       A.  Is bargaining power the same thing
14   as monopsony power?
15       Q.  When you say, bargaining power, do
16   you essentially mean that either the buyer
17   has monopsony power or some version of that
18   buyer power or that the sellers have monopoly
19   power or buyer power?
20           MR. CRAMER:  Objection to form.
21       A.  I'm saying that some of the
22   determination of the wage rate will be
23   determined by the market structure and some
24   of it might be determined by political
25   factors that effect the solidarity of either
```

Page 88

```
 1       A. Zimbalist - Confidential
 2   side of the bargaining table.
 3       Q.  So is market structure another word
 4   for what we think of as market power or --
 5       A.  It's not another word for it, but
 6   it's related to it.
 7       Q.  How is it related?
 8       A.  Well, market structure, as
 9   economists use it, refer to the -- on the
10   ownership side, the concentration ratio,
11   usually, and on the input side, refers to how
12   many employers there are in the industry.
13       Q.  So that still is explaining the
14   difference between MRP and labor by some
15   modicum of monopsony power, isn't it, if you
16   are saying it's related to market structure?
17       A.  Yes.
18       Q.  It's not a separate explanation for
19   why there would be a difference?
20       A.  You mean market structure and
21   monopsony, two separate explanations?
22       Q.  Yes.
23       A.  No, they're related to each other.
24       Q.  In the example I gave, is there
25   anything -- actually, let me just ask it
```

Page 89

```
 1       A. Zimbalist - Confidential
 2   slightly differently.
 3       A.  As you are contemplating your
 4   question, it occurs to me that I left out a
 5   factor.
 6       Q.  Okay.
 7       A.  Which is litigation.  Litigation
 8   can effect the relationship between
 9   compensation and MRP.
10       Q.  How so?
11       A.  How so.
12       Q.  Yes.
13       A.  Well, if the plaintiffs prevail in
14   this case and it goes all the way through and
15   at the end of the day, there is some bargain
16   reached by the two sides that would be
17   presented before the judge, that would create
18   a new structure, a new set of structures and
19   institutions in the labor market that, in my
20   view, would be very likely to lead to a
21   substantial increase in compensation.
22       Q.  But it could depend on which side
23   was right, whether that increase was, in fact
24   --
25       A.  All I'm asserting now is it -- you
```



Page 110

1      A. Zimbalist - Confidential
2   and you want me to tell you if I know if
3   they're the same ratio or not?
4      Q.  Yes.
5      A.  I would want to see the data.
6      Q.  What data would you want to see?
7      A.  I would want to see data on revenue
8   produced at the games and I would want to see
9   data on the payrolls of the teams that were
10  playing.
11     Q.  Is that all the data that you need
12  to --
13     A.  I would want to start with that
14  data and as I work with it, I might ask for
15  additional data.
16     Q.  What kind of additional data would
17  you potentially ask about?
18     A.  As I said, I would want to work
19  with the data and see where it was leading
20  me.
21         One of the factors that would come
22  into play is my sense that there is a very
23  close correspondence in the professional team
24  sports between compensation and MRP because
25  those leagues have, relatively speaking,

Page 111

1      A. Zimbalist - Confidential
2   competitive labor markets.
3      Q.  What about the market makes it a
4   competitive labor market?
5      A.  The teams bid against each other
6   for players.
7      Q.  Those leagues also have collective
8   bargaining agreements between the athletes
9   and the owners, is that right?
10     A.  Between the union representing the
11  athletes and the joint representation of
12  owners, yes, there is collective bargaining,
13  it's multi-party collective bargaining.
14     Q.  And would you describe those
15  relationships as bilateral monopolies?
16         MR. CRAMER:  Objection to form.
17     A.  I probably would describe it that
18  way.
19     Q.  So I think my original question
20  about whether there would be variation
21  between the ratio of marginal revenue product
22  of athletes to event revenue, you said that
23  you believed that they would be the same,
24  that they would be similar or close, is that
25  right or -- I don't want to put words in your

Page 112

1      A. Zimbalist - Confidential
2   mouth, tell me what you think that
3   relationship is?
4      A.  Again, I'm not sure now which
5   entities or events you are talking about.  We
6   talked about within a league and between
7   leagues.
8      Q.  Between leagues.
9      A.  Just to make sure I understand, you
10  are asking me about the ratio of combined
11  athlete MRP to event revenue in baseball
12  relative to the same ratio in football and
13  you are saying within all baseball games,
14  it's the same, and within all football games,
15  it's the same.
16         And, now, you are asking me, again,
17  I think you asked me this already, whether or
18  not I believe, sitting here today, that those
19  two ratios would be different and I told you
20  earlier that I think they would be very
21  similar, maybe not identical, but very
22  similar and -- I will stop there.
23     Q.  Have you done any actual
24  quantitative analysis to determine whether or
25  not they are similar?

Page 113

1      A. Zimbalist - Confidential
2      A.  In the last 12 seconds, I just did
3   an exhaustive analysis.
4         No, I told you earlier that I have
5   not subjected either of those two to formal
6   study.
7      Q.  Outside of your belief, you don't
8   have any empirical study that would
9   demonstrate that, correct?
10        MR. CRAMER:  Demonstrate what?
11     Q.  That the relationship between the
12  ratio of marginal revenue product of athletes
13  to event revenue is what you've described in
14  your last answer?
15     A.  Correct.
16     Q.  When you say, correct, what do you
17  mean?
18     A.  I mean correct is the answer to
19  your question.
20        The question I thought you asked
21  was whether I had done any empirical work on
22  that subject and I am saying correct, I have
23  not done any empirical work on that subject.
24     Q.  As between Major League Baseball
25  and boxing, have you done any empirical work?



Case 2:15-cv-01045-RFB-BNW   Document 522-11   Filed 02/16/18   Page 7 of 9

Confidential

Page 114

```
 1       A. Zimbalist - Confidential
 2       A.  I need more to the question.
 3   Finish the question.
 4       Q.  To determine what the degree of
 5   variation between the ratio of MRP of
 6   athletes to event revenue would be.
 7       A.  In baseball relative to boxing?
 8       Q.  Correct.
 9       A.  No, I have not.
10       Q.  Have you done that with respect to
11   -- have you done empirical work with respect
12   to any of the sports you use in your
13   comparisons to determine what the
14   relationship or the degree of variation
15   between the event -- the ratio of marginal
16   revenue product of athletes to event revenue
17   is?
18       A.  By event, no, I have not.
19       Q.  Have you done it in some other way?
20           MR. CRAMER:  Objection to form.
21       A.  Have I done what in some other way?
22       Q.  I asked if you did any empirical
23   work.  You responded, by event, no, I have
24   not.
25           MR. CRAMER:  You were asking about
```

Page 115

```
 1       A. Zimbalist - Confidential
 2   events.
 3       Q.  I'm asking now if you have done
 4   empirical analysis by some other metric?
 5           MR. CRAMER:  Form.
 6           You may answer.
 7       A.  It's a difficult question to answer
 8   because remember what I said earlier, which
 9   is that in each of these sports, you have
10   what I would describe as a pretty open
11   market, pretty -- and relatively speaking, a
12   competitive labor market and I believe that
13   in such a market, what employers do is to
14   offer labor up to the expected marginal
15   revenue product of labor.  That's what a
16   profit maximizing employer or team would do.
17           There are certain constraints in
18   each of the leagues that you are talking
19   about and with boxing, that means that some
20   athletes go to the table constrained from a
21   completely free bargaining with the employer,
22   but as a generalization, I think that the
23   aggregate compensation in these leagues comes
24   close to even if it doesn't fully reach the
25   aggregate expected marginal revenue product
```

Page 116

```
 1       A. Zimbalist - Confidential
 2   and so when you ask me, have I done analysis
 3   of the ratio of the combined marginal revenue
 4   product of the league to the revenue in the
 5   league, the answer is that, because I have
 6   studied the ratio of compensation to league
 7   revenue, and I believe that there is a close
 8   correlation between compensation and marginal
 9   revenue product in those leagues, the answer
10   is yes, I have studied it.
11       Q.  That wasn't my question.
12           My question is, have you done
13   empirical analysis?
14           MR. CRAMER:  Objection to form.
15       A.  Yes.
16       Q.  What empirical analysis have you
17   done?
18       A.  Well, I'm not sure I can remember
19   everything I have done in my career on that
20   subject, but one piece of empirical analysis
21   that I have done is presented in my first
22   expert report in this matter.
23       Q.  Let me make sure I'm asking the
24   right question.
25           What empirical analysis have you
```

Page 117

```
 1       A. Zimbalist - Confidential
 2   done to establish the degree of variation
 3   between marginal revenue product of athletes
 4   and revenue by league?
 5           MR. CRAMER:  Asked and answered,
 6   form.
 7       A.  I'm thinking it's the same question
 8   that you've asked me and that I've answered,
 9   except that maybe you entered in a new
10   phrase, which is the degree of variability.
11           Is that a distinguishing feature of
12   the last question?
13       Q.  No.  When I asked the question
14   before, I was asking specifically about event
15   revenue and you said you had not done --
16       A.  Then we passed on to -- anything
17   you said, not just event revenue, because I
18   asked you about that and we passed on to the
19   question of anything, have you studied it in
20   any terms, and then I answered you with
21   regard to year wide.
22       Q.  So for year wide, what specific
23   empirical analysis have you done to assess
24   the variability between MRP of athletes and
25   revenue of the league in which the athletes
```


30 (Pages 114 to 117)

Page 118

1      A. Zimbalist - Confidential
2  compete?
3         MR. CRAMER:  Objection to form,
4      asked and answered.
5      A.  So I think -- I have to combine
6  some of the things I said before in order to
7  answer that, but I have studied in baseball
8  the relationship between MRP and compensation
9  and I have told you that I've studied labor
10 markets in really all of the professional
11 team sports and that I believe that there is
12 very close correspondence between
13 compensation and MRP and I've told you, as
14 well, that I have studied the relationship
15 between compensation and revenue in the four
16 team sport leagues we are talking about and
17 presented some of that evidence in my first
18 report.
19        So to the extent that all of that
20 represents what you are talking about, then I
21 have done some of that.
22     Q.  So what specifically -- never mind.
23        Have you conducted empirical
24 analysis that would actually determine the
25 degree of variability between MRP of athletes

Page 119

1      A. Zimbalist - Confidential
2  and the revenue of the leagues in which they
3  compete?
4         MR. CRAMER:  Objection to form.
5         Answer, if you understand.
6      A.  Let me see if I can restate that.
7  Have I done empirical work to determine the
8  degree of variability between athlete MRP and
9  league revenue?
10     Q.  Actually, let me rephrase that
11 question.
12        Have you done empirical work to
13 determine and quantify the degree of
14 variability between athlete MRP and league
15 revenue?
16        MR. CRAMER:  Compound, asked and
17     answered, form.
18     A.  I have to -- I will say what I just
19 said.  I think it qualifies as a yes, given
20 what I said before that I have done.  You may
21 think it qualifies as a no.  I think -- what
22 I'm saying to you is that I have done work
23 that is indirect around MRP and league-wide
24 revenue, the relationship and the variability
25 of that, it's indirect, because I have done

Page 120

1      A. Zimbalist - Confidential
2  that work with regard to wage share and
3  revenue and I'm saying that I think there is
4  a close correspondence between MRP and
5  compensation, so there is an indirect
6  relationship there.  It's not direct.
7         MRP, as I said in both of my
8  reports and as Voyer (phonetic), and Topel
9  and Blair, I think, have all agreed, the MRP
10 is not directly observable, so if you are
11 asking me if I have done it directly, the
12 answer is no.
13        Assuming I understand your
14 question, if I have done it indirectly, I
15 think the answer is yes.
16     Q.  So with your indirect work, what
17 conclusions have you made to quantify the
18 variability between marginal revenue product
19 of athletes and revenue for their respective
20 leagues?
21        MR. CRAMER:  Objection, asked and
22     answered, form and foundation.
23     A.  I have an article that appeared in
24 the Journal of Sport Economics about 10 years
25 ago that looks at the variability of wage

Page 121

1      A. Zimbalist - Confidential
2  share within the leagues and between the
3  leagues.
4         The variability that you are
5  referring to changes, depending on what time
6  period you are considering, so it doesn't
7  stay the same over time.
8      Q.  In the work that you've done, would
9  you expect that leagues with higher overall
10 revenue would have higher player shares as
11 compared to leagues with lower revenue?
12     A.  In the work that I have done, I
13 would expect that leagues with higher revenue
14 would -- did you say higher player shares or
15 lower player shares?
16     Q.  Higher player shares.
17     A.  No, I would not.
18     Q.  Wouldn't it be the case that
19 leagues with higher revenues would be less
20 affected by certain basic costs than leagues
21 with lower revenues?
22        MR. CRAMER:  Objection to form.
23     A.  You know, it's a difficult question
24 the way you formulated it because what you
25 seem to be saying is that the inputs stay the



Page 150

1    A. Zimbalist - Confidential
2  you rely on from Professor Dietz' report, did
3  you do anything to independently verify that
4  data?
5    A.  I did some things, yes.  I looked
6  at the -- as I recall, I looked at the
7  revenue that was reported and the
8  compensation that was reported for several
9  years.  I looked at, I believe -- it's been a
10 while, but I believe I looked at some of the
11 individual athlete compensation.
12   Q.  How did looking at that data
13 independently verify the data?
14       MR. CRAMER:  Objection to form.
15   A.  Well, first of all, Professor Dietz
16 was given access to the entirety of the
17 Golden Boy record to write his report.  He
18 was working for Golden Boy.  The data that I
19 used was his data and happens to be more
20 complete than the data that Dr. Blair
21 referred to, which has smaller numbers and,
22 in fact, on the compensation side, if I
23 remember correctly, he has total compensation
24 for all the Golden Boy fighters being close
25 to what compensation was received by one

Page 151

1    A. Zimbalist - Confidential
2  single boxer, so that's the basis for my
3  saying that what Roger Blair offered was
4  incomplete and unrepresentative.
5    Q.  So if there had been errors in the
6  data that Dietz relied on, would more data
7  suggest that it was more reliable?
8       MR. CRAMER:  Objection to form.
9    A.  So you are postulating that Golden
10 Boy had two releases of data, one release was
11 earlier to Dietz and they later discovered
12 that there were errors in that data, so they
13 took out that data and then they provided new
14 data that Dr. Blair looked at.
15      Is that what you are asking me?
16   Q.  You said you verified the data by
17 comparing it to Professor Blair's data that
18 he used?
19   A.  In part.
20   Q.  And you concluded there was more
21 data that was in Dietz' report than in the
22 data that Professor Blair used.
23      Is more data necessarily more
24 reliable data?
25   A.  So, necessarily in the abstract,

Page 152

1    A. Zimbalist - Confidential
2  no, of course not, it's not, but under the
3  circumstances, under which the Dietz data was
4  provided and the circumstance that there was
5  a boxer, Sol Alvarez, who earned $13.3
6  million, and that that number, in and of
7  itself -- let me take a look here, that
8  number, $13.3 million is almost double what
9  Dr. Blair represents is the entirety of
10 compensation to all of Golden Boy's fighters
11 in 2016, then I think it is pretty sound
12 evidence that the data that Roger Blair was
13 looking at was incomplete.
14   Q.  So what steps did you take to
15 confirm that the information related to
16 Alvarez was correct?
17   A.  I can't remember if that particular
18 number appears in the Dietz report or not.
19 It's been a while since I looked at it.
20   Q.  With respect to the data in the
21 Dietz report, what steps did you take to
22 independently verify the data?
23   A.  I didn't take any steps to
24 independently verify the data.
25   Q.  For the information that you used

Page 153

1    A. Zimbalist - Confidential
2  to calculate benefits for players in the NFL,
3  what was the source of that information?
4    A.  Can you direct me to where I do
5  that, please?
6    Q.  Actually, let me direct you to a
7  specific email that was in the backup data.
8  Maybe that will refresh you.
9        (Exhibit 12, email, marked for
10     identification.)
11   Q.  I will be handing you an exhibit
12 marked Exhibit 12.
13   A.  Okay.
14   Q.  Does this document look familiar to
15 you?
16   A.  Not really, but I remember
17 exchanging an email and getting information
18 from Jonathan Kraft about this, so even
19 though I don't recognize it, I don't
20 physically recognize the email, I think that
21 I did get this information from Jonathan.
22   Q.  Who is Jonathan Kraft?
23   A.  He is the owner or one of the two
24 owners, principal owners of the New England
25 Patriots.

