1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
5  1401 New York Avenue NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF ZUFFA, LLC'S MOTION TO EXCLUDE THE TESTIMONY OF DR. HAL SINGER UNDER FED. R. EVID. 702 AND *DAUBERT*** |

# APPENDIX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Appendix of Exhibits in Support of Defendant Zuffa, LLC's Motion to Exclude the Testimony of Dr. Hal Singer under Fed. R. Evid. 702 and *Daubert*. The Exhibits noted below are attached as exhibits to the Declaration of Nicholas A. Widnell in Support of Defendant Zuffa, LLC's Motion to Exclude the Testimony of Dr. Hal Singer under Fed. R. Evid. 702 and *Daubert*.

| Exhibit | Description | Date |
|---|---|---|
| 1 | Expert Report of Dr. Hal J. Singer ("Singer Rep.") | 8/31/17 |
| 2 | Rebuttal Expert Report of Dr. Hal J. Singer ("Singer Rebuttal") | 1/12/18 |
| 3 | Expert Report of Professor Robert H. Topel ("Topel Rep.") | 10/27/17 |
| 4 | First Deposition of Hal J. Singer ("Singer Dep. I") | 9/27/17 |
| 5 | Second Deposition of Hal J. Singer ("Singer Dep. II") | 1/23/18 |
| 6 | Horizontal Merger Guidelines (2010) | 8/19/10 |
| 7 | Second Deposition of Andrew Zimbalist ("Zimbalist Dep. II") | 1/26/18 |
| 8 | Expert Report of Paul Oyer ("Oyer Rep.") | 10/27/17 |
| 9 | Expert Rebuttal Report of Professor Alan Manning ("Manning Rep.") | 1/12/18 |
| 10 | Deposition of Alan Manning ("Manning Dep.") | 2/8/18 |
| 11 | Gerald Scully, *Pay and Performance in Major League Baseball*, 64 Am. Econ. Rev. 915. | 1974 |
| 12 | David Autor, et al., *Concentrating on the Fall of the Labor Share*, 107 Am. Econ. Rev.: Papers & Proceedings 180. | 2017 |
| 13 | Gerald Scully, *Player Salary Share and the Distribution of Player Earnings*, 25 Managerial and Decision Economics 77. | 2004 |
| 14 | Sabien Dobbelaere & Jacques Mairesse, *Panel Data Estimates of the Production Function and Product and Labor Market Imperfection*, 28 J. of Applied Econometrics 1. | 2013 |
| 15 | Jan De Loecker & Jan Eeckhou, *The Rise of Market Power and the Macroeconomic Implications*, Working Paper. | 2017 |

| Exhibit | Description | Date |
|---|---|---|
| 16 | Michael W.L. Elsby, Bart Hobijn, and Aysegul Sahin, *The Decline of the U.S. Labor Share*, Brookings Papers on Economic Activity, 1-42. | 2013 |
| 17 | Kevin Murphy & Robert Topel, "The Economics of NFL Team Ownership," Chicago Partners. | 2009 |
| 18 | Expert Rebuttal Report of Andrew Zimbalist | 12/26/17 |
| 19 | Richard McGowan & John Mahon, *Demand for the Ultimate Fighting Championship: An Econometric Analysis of PPV Buy Rates*, 6 J. Bus. &. Econ. 1032. | 2015 |
| 20 | Glossary of Terms in Dr. Hal Singer's Expert Report Referenced in Zuffa, LLC's Motion to Exclude the Testimony of Dr. Hal Singer under Fed. R. Evid. 702 and *Daubert* | 2/16/18 |
| 21 | Deposition of Roger Blair ("Blair Dep.") | 12/9/17 |
| 22 | Expert Report of Roger D. Blair ("Blair Rep.") | 11/15/17 |
| 23 | Herbert Hovenkamp, *Federal Antitrust Policy* 670 (2nd ed. 1999). | 1999 |
| 24 | Deposition of Jeremy Lappen | 3/3/17 |
| 25 | Deposition of Scott Coker | 8/3/17 |
| 26 | Deposition of Thomas Atencio | 2/9/17-2/10/17 |
| 27 | Deposition of Carlos Silva | 4/18/17 |
| 28 | ZUF-00122280 (Email correspondence between S. Shelby and Strikeforce employees) | 4/15/11 |
| 29 | Deposition of Javier Vazquez | 2/14/17 |
| 30 | ZFL-1224424 (Fox/Ultimate Fighting Championship Binding Term Sheet) | 7/11/11 |
| 31 | Deposition of Lorenzo Fertitta | 3/23/17 |
| 32 | ZUF-00156469 (UFC/ In Demand 2008 Contract) | 1/31/2008 |
| 33 | Deposition of Denitza Batchvarova | 1/25/17 |
| 34 | 30(b)(6) Deposition of Zuffa, LLC re: Fighter Compensation | 8/15/17 |

Appendix of Exhibits to Zuffa's Motion to Exclude Testimony of Dr. Hal Singer

| Exhibit | Description | Date |
|---|---|---|
| 35 | GBP000003 (Boxing Term Sheet) | 2/10/17 |
| 36 | Declaration of Abraham Genauer | 10/26/17 |

DATED: February 16, 2018          By: */s/ Nicholas A. Widnell*

                                              Nicholas A. Widnell
                                              Attorney for Defendant Zuffa, LLC, d/b/a
                                              Ultimate Fighting Championship and UFC