# EXHIBIT 7

# Second Deposition of Andrew Zimbalist Excerpts

Confidential

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

- - - - - - - - - - - - - - - - - - - - - - - x

CUNG LE, NATHAN QUARRY, JOHN FITCH,
BRANDON VERA, LUIS JAVIER VAZQUEZ,
and KYLE KINGSBURY, on behalf of
themselves and all others similarly
situated,

        Plaintiffs,

                      Case No.
   -against-     2:15-cv-01045-RFB(PAL)

ZUFFA, LLC, d/b/a ULTIMATE FIGHTING
CHAMPIONSHIP and UFC,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - x

   H I G H L Y  C O N F I D E N T I A L

     Videotaped oral deposition of
ANDREW ZIMBALIST, Ph.D., taken pursuant
to notice, was held at the law offices
of Cohen Millstein, 88 Pine Street, New
York, New York, commencing January 26,
2018, 10:13 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

                - - -

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866) 624-6221



Page 38

```
 1      A. Zimbalist - Confidential
 2   subgroup of sellers.  I would look at when
 3   they change the price up or down, depending,
 4   we are talking the input or output market,
 5   what happened to the profitability of the
 6   company.  In order to do that, I don't have
 7   to say that John and Mary and Susan and Peter
 8   are the consumers I'm concerned with.  I'm
 9   looking at the company and the company's
10   record, the company's performance.
11      Q.  Why is it relevant that Professor
12   Blair didn't analyze the substitutability of
13   fighters?
14      A.  Because Professor Blair is now at
15   the second level, which is he is defining the
16   concentration in the market.  He is doing
17   that using bouts instead of using revenue,
18   but he hasn't defined who he is looking at or
19   what he is looking at before he does either
20   of those tests.
21      Q.  So let's talk about market share.
22   Let's go back to our widgets in a regular
23   normal market downstream market.
24          Is it appropriate for me to define
25   market shares based on the input purchases
```

Page 39

```
 1      A. Zimbalist - Confidential
 2   that manufacturers make?
 3          MR. CRAMER:  Objection to form,
 4      incomplete hypothetical.
 5      A.  We're interested in describing the
 6   concentration ratio or the concentration
 7   characteristics of the widgets market, yes.
 8          Is that what you said?
 9      Q.  Yes.
10      A.  You want to know if it's
11   appropriate for you to look at what?
12      Q.  At the purchases made by
13   competitors in that market of inputs.
14      A.  I'm confused by your question.  We
15   want to define concentration in the product
16   market, so, first of all, you are postulating
17   that there are competitors.  So that's
18   already been established.
19      Q.  That's right.
20      A.  And you want to know whether we are
21   going to define -- it's okay to define
22   concentration in the widget product market by
23   looking at the percent of input purchases by
24   the various firms that we've decided are in
25   this market.
```

Page 40

```
 1      A. Zimbalist - Confidential
 2      Q.  Yes.
 3      A.  I would define concentration ratio
 4   in terms of the percent of widget sales, not
 5   the percent of concentration of input
 6   purchases.
 7          If you are using input purchases,
 8   one of the distortions you would have is that
 9   those firms that were least efficient and may
10   have bought much larger quantities of inputs
11   would have more economic power in the output
12   market.  That wouldn't make any sense to me.
13      Q.  Turning to paragraph 3 of your
14   report.  You quote a section in the merger
15   guidelines that talks about the appropriate
16   use for shares or the appropriate metric for
17   shares.  And that quote, In most contexts,
18   the agencies measure each firm's market share
19   based on its actual or projected revenues, is
20   that correct?
21      A.  Yes.
22      Q.  That is talking about a downstream
23   market.  We are not talking about an input
24   market, is that right?
25      A.  You are talking about a product
```

Page 41

```
 1      A. Zimbalist - Confidential
 2   market, not an input market, yes.
 3      Q.  When you are defining an input
 4   market, do you look at the downstream
 5   revenues or do you look at the upstream
 6   purchases?
 7      A.  Well, it depends on what input
 8   market you are looking at.
 9      Q.  Why does it matter which input
10   market you are looking at?
11      A.  You would look at the percent of
12   control by one firm or by -- if you are using
13   multiple firms you are looking at
14   concentration ratios, you would look at the
15   percent of the inputs that they had
16   purchased.
17      Q.  You wouldn't look at downstream
18   revenues?
19      A.  You would look at concentration in
20   the input market.
21      Q.  So why is your critique that
22   Professor Blair didn't look -- why are you
23   critiquing Professor Blair by saying he
24   should have looked at downstream event
25   revenues?
```



Confidential

Page 42

```
 1       A. Zimbalist - Confidential
 2       A.  Because he is looking at the output
 3  market when he looks at the shares of bouts
 4  that different producers put on.
 5       Q.  Is he?
 6       A.  I think so.
 7       Q.  Why isn't he looking at basically
 8  just the number of fights that were purchased
 9  by the promoter?
10       A.  Bouts are output, that's what is
11  being sold to the public.
12       Q.  But that's also what's being
13  purchased from the fighters, isn't it?
14       A.  Well, if you wanted to look at the
15  concentration of purchase of the input, then
16  you would be defining it in terms of the
17  number of fighters and I think you would also
18  be looking at a weighting of the fighters
19  according to their compensation.
20            There are some fighters would be
21  more important than others, but if firm A was
22  hiring all of the best fighters and they pay
23  each of those fighters a million dollars a
24  bout and firm B was hiring many, many, many
25  more fighters, but they paid each of them $10
```

Page 43

```
 1       A. Zimbalist - Confidential
 2  a bought, then I think, once again, you would
 3  need to have -- first you would be looking at
 4  number of fighters rather than number of
 5  bouts because you could be using, after all,
 6  the same fighters to be in every bout, so you
 7  want to look at the input, which is the
 8  fighter, not the bout, which is the output.
 9            And then, secondly, you would want
10  to weight it according to the importance of
11  the fighters and that would be the payment to
12  those inputs.
13       Q.  Now, let's imagine you are in a
14  world where you don't have any of that data.
15            Is there an acceptable way to
16  measure share?
17            MR. CRAMER:  Objection to form,
18       incomplete hypothetical.
19       A.  You don't have any of what data.
20       Q.  Let's say you don't have all of the
21  compensation data for all of the different
22  fighters that were in the market.
23            In that world, is there an
24  appropriate way to measure market share?
25            MR. CRAMER:  Objection to form.
```

Page 44

```
 1       A. Zimbalist - Confidential
 2       A.  I think that the data on
 3  compensation for the fighters is available.
 4       Q.  I understand what you think I'm
 5  asking --
 6       A.  I'm critiquing Dr. Blair's
 7  definition in a particular case, you are
 8  posing a hypothetical case that doesn't
 9  pertain to what Dr. Blair did, is that
10  correct.
11       Q.  I understand that, but I'm just
12  asking in that world, would it be appropriate
13  to try to calculate share through some other
14  metric if you don't have adequate
15  compensation data?
16            MR. CRAMER:  Objection, incomplete
17       hypothetical and calls for a legal
18       conclusion.
19       A.  I would have to pass on that
20  question because I would need to know what
21  data is available and then, once I knew that,
22  I would have to think about it for a while.
23  It's not a question that has the necessary or
24  a single answer.  It depends on what data is
25  available.  It depends upon other factors and
```

Page 45

```
 1       A. Zimbalist - Confidential
 2  characteristics of the market.
 3       Q.  Let me add one thing to the
 4  hypothetical that I gave you.  Let's assume
 5  the only data you have is downstream event
 6  revenue.
 7            Would it be appropriate in that
 8  world to measure market share using
 9  downstream event revenue?
10       A.  I would want to think about that.
11  I haven't thought about that for this case.
12       Q.  What is a Professional Fighters
13  Association?
14       A.  I've seen references to it, but I
15  am not sure.
16       Q.  Do you have any affiliation with
17  the Professional Fighters Association?
18       A.  Not that I know of.
19            (Exhibit 10, printout of the web
20       page for the Professional Fighters
21       Association, marked for identification.)
22       Q.  I'm handing you what is marked
23  Exhibit 10, which is a printout of the web
24  page for the Professional Fighters
25  Association.
```



12 (Pages 42 to 45)

```
                                                        Page 122
 1        A. Zimbalist - Confidential
 2   same, but the revenue grows and if that were
 3   true, I would have to think about it, then I
 4   might come to that conclusion.  I might, but
 5   if you look at the professional sports
 6   leagues, it's not the case that as the
 7   leagues grow, that the inputs stay the same
 8   and, in fact, for instance, one of the major
 9   reasons why the revenue grows is because the
10   inputs grow.
11         So we've had since 1992, in
12   professional sports, a stadium revolution,
13   stadiums used to cost a $100 million, $150
14   million.  Now, stadiums are getting built for
15   a billion, 2 billion, $2-1/2 billion.
16         Stan Conte is building one in
17   Engelwood, California right now that costs
18   $3-1/2 billion.
19         If it were the case that the Los
20   Angeles Rams were still playing in the
21   coliseum and the coliseum hadn't been
22   renovated and somehow, magically, they were
23   still generating the revenue that they will
24   generate in Englewood, then your proposition
25   may make some sense to me, but I haven't
```

```
                                                        Page 123
 1        A. Zimbalist - Confidential
 2   studied that explicitly and I would want to
 3   consider it more.
 4        Q.  If taxpayers pay for a stadium, do
 5   input costs change?
 6        A.  Often they do.  For instance, even
 7   though the Yankees paid for Yankee Stadium,
 8   they spent close to a $100 million a year
 9   operating it, but what we find, since you
10   raised it, what we find over the last 20
11   years, roughly, is that the public share of
12   stadium construction cost is on the order of
13   60 percent and the private share is on the
14   order of 40 percent.  That varies a great
15   deal by team and by city and by league.
16        Q.  You identify a number of inputs
17   that can effect event revenue, is that an
18   accurate statement?
19            MR. CRAMER:  Objection to form.
20        A.  Did you assert that I identify a
21   number of inputs?
22        Q.  Yes.
23        A.  So you are saying that in my
24   answer, I have identified?
25        Q.  In your rebuttal --
```

```
                                                        Page 124
 1        A. Zimbalist - Confidential
 2        A.  In my rebuttal report?
 3        Q.  You discuss a number of inputs that
 4   can effect event revenue, other than simply
 5   athlete --
 6        A.  I do, yes.
 7        Q.  What are those inputs?
 8        A.  So which sport are you talking
 9   about?
10        Q.  Do they vary between sports?
11        A.  Somewhat.
12        Q.  Let's start with Major League
13   Baseball.
14        A.  What other inputs are there besides
15   the athlete?
16        Q.  Yes.
17        A.  Let's start by acknowledging that
18   the athletes are the major input, that they
19   are the product.  I think it's an important
20   thing to understand, which is to say if you
21   go to a game at Madison Square Garden, you
22   want to see Porzingis play or one of the
23   other people on the Knicks play or maybe
24   Golden State is visiting and you want to see
25   that wonderful team, you are going to do
```

```
                                                        Page 125
 1        A. Zimbalist - Confidential
 2   that, so your demand for the game, for going
 3   to the game, for spending some ridiculous
 4   amount on your tickets has to do with you are
 5   consuming the players themselves, the
 6   athletes, whereas, when you buy a pair of
 7   shoes, you are buying the product of a lot of
 8   anonymous workers' output, so there is a
 9   major difference there.
10         So one of the things is that the
11   athletes are the first and major source of
12   revenue.  Beyond that, the facility, the
13   venue contributes to producing revenue.  The
14   media is another input, contributes to --
15            MR. CRAMER:  Just so it's clear,
16        you are answering questions about
17        baseball now.
18            THE WITNESS:  I think this is the
19        starting point.
20            MR. CRAMER:  Good.
21        A.  Memorabilia sold produces revenue
22   for the teams, signage and advertising
23   produces, corporate sponsorship produces,
24   concessions produces revenue for the team and
25   then there are some auxiliary activities that
```



Page 126

```
 1         A. Zimbalist - Confidential
 2    baseball engages in that produce revenue for
 3    the team such as MLBAM, which is the internet
 4    wing of baseball and has generated a
 5    significant amount of revenue for the league,
 6    so those, I would say, are the major revenue
 7    generating inputs.
 8         Q.  Can you determine what the
 9    relationship between those inputs are and the
10    revenue they generate by an event?
11             MR. CRAMER:  Objection to form.
12         A.  The relationship between the
13    inputs, I can describe it to you.
14         Q.  But can you quantify it?
15         A.  Can I quantify the relationship?
16             MR. CRAMER:  Objection to form.
17         A.  Between the inputs?
18         Q.  And the revenue they generate.
19             MR. CRAMER:  Misstates the
20         testimony, foundation, form.
21         A.  In theory, one could imagine taking
22    a baseball team that plays in on old stadium
23    in year 1 and moves to a new stadium in year
24    2, where the personnel on the team stay
25    pretty constant and, in that case, you could
```

Page 127

```
 1         A. Zimbalist - Confidential
 2    attribute most of the change in revenue to
 3    the new venue, so, in theory, you could
 4    imagine doing something like that.
 5             There might be other inputs, maybe
 6    the managers and coaches change.  That would
 7    be different.  Maybe the athletes are more
 8    healthy in year 1 than year 2 or, vice-versa,
 9    so you wouldn't get a perfectly clean
10    measurement.
11         Q.  Have you made any effort to
12    quantify the various contributions that
13    different inputs in Major League Baseball
14    make to event revenue?
15         A.  In my reports in this case?
16         Q.  Yes.
17         A.  No.
18         Q.  Have you made any effort to
19    quantify the different contributions that the
20    inputs in the National Football League or the
21    different inputs contribute to revenue in the
22    National Football League?
23             MR. CRAMER:  Let me object.
24             To clarify, you are asking whether
25         he went input by input for any sport and
```

Page 128

```
 1         A. Zimbalist - Confidential
 2    tried to determine the contribution of
 3    those inputs respectively to revenues
 4    generated by those inputs?
 5             MR. WIDNELL:  No, I'm asking if he
 6         made any effort to quantify the
 7         different contributions of inputs to
 8         National Football League event revenue.
 9             MR. CRAMER:  Objection to form.
10         A.  Again, you are referring to the two
11    reports I have written in this case?
12         Q.  Yes.
13         A.  The answer is no.
14         Q.  And for the other sports in your
15    comparisons, have you made any effort to
16    identify the contribution of inputs to event
17    revenue?
18             MR. CRAMER:  Objection to form.
19         A.  Quantify?
20         Q.  Quantify.
21         A.  Again, you are referring to the two
22    reports I have written in this case?
23         Q.  Yes.
24         A.  No.
25         Q.  Have you made any effort to assess
```

Page 129

```
 1         A. Zimbalist - Confidential
 2    the magnitude of the contribution of inputs
 3    into event revenue for any of the sports you
 4    compare in these two reports?
 5             MR. CRAMER:  Objection to form.
 6         A.  Yes.
 7         Q.  What have you done?
 8         A.  Well, I have explained that the
 9    ratio of combined MRP to revenue in UFC is
10    what I would expect to be at least as high,
11    either equal to or higher than the other
12    sports and I suggest that one of the major
13    factors that undergirds that expectation or
14    supports that expectation is that Major
15    League team sports that I'm considering in my
16    reports play in facilities that either cost
17    hundreds of millions or billions of dollars
18    and the team owners contribute, on average,
19    around 40 percent to and that they also spend
20    an enormous amount of money, tens of millions
21    of dollars, sometimes over a $100 million to
22    operate those facilities.
23             If I remember correctly, the UFC
24    reports or the Zuffa financial reports that I
25    read, at least for some of the years, had
```

