# EXHIBIT 21

# Deposition of Roger Blair Excerpts

239

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
)
        Plaintiffs, )
)
        vs. ) Case No.
) 2:15-cv-01045-RFB-(PAL)
)
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
)
        Defendant. )
_____)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

ROGER D. BLAIR, Ph.D., VOL. II

Orlando, Florida

December 9, 2017

7:59 a.m.

Reported By:
Dawn A. Hillier, RMR, CRR, CLR
Job No. 52574

ROGER D. BLAIR, Ph.D., VOL. II - HIGHLY CONFIDENTIAL

**Page 300**

1  MR. SILVERMAN: I'm sorry. Right. Right.
2  Let me try it again.
3  BY MR. SILVERMAN:
4  Q  A Strikeforce fighter who's fought for
5  Strikeforce. Strikeforce was purchased by Zuffa. The
6  fighter then left Strikeforce and then came back and
7  fought for the UFC, would you include them in the 182?
8  A  So, he didn't fight for Strikeforce when
9  Strikeforce was owned by UFC?
10  Q  They did.
11  MR. WIDNELL: But not for UFC.
12  MR. SILVERMAN: But not for UFC.
13  MR. WIDNELL: That's your question?
14  MR. SILVERMAN: Yes.
15  THE WITNESS: No, I don't believe so.
16  BY MR. SILVERMAN:
17  Q  Okay. What about a fighter who fought for
18  Pride and had a Pride contract, then Pride was bought by
19  Zuffa, and that fighter fought for the UFC under their
20  Pride contract, left the UFC, and then returned to the
21  UFC, would you include that fighter in the 182?
22  A  If he fought for UFC, and then left, and then
23  came back, yes.
24  Q  It doesn't matter what contract the fighter
25  was on, in other words?

**Page 301**

1  A  Yes. That's correct.
2  Q  Of these 182 fighters you identify, have you
3  investigated how many of them the UFC wanted to retain?
4  A  You mean when they left the first time?
5  Q  That's right.
6  A  They obviously wanted them back or they
7  wouldn't have signed them; right?
8  Q  Yeah. But have you investigated how many the
9  UFC wanted to retain when they left?
10  A  No.
11  Q  So, in paragraph 40 of your report, you write
12  [as read]: The marginal revenue product is equal to the
13  change in total revenue on sales in the output market
14  resulting from an increase or a decrease in the purchase
15  of the input by one unit.
16  Is that right?
17  MR. WIDNELL: I'm sorry. Where in the
18  paragraph?
19  MR. SILVERMAN: Paragraph 40. Am I wrong?
20  MR. WIDNELL: Well, you might be in the right
21  one. I just didn't pick up -- halfway through, the
22  marginal revenue product?
23  MR. SILVERMAN: Yeah. Exactly. Yep.
24  THE WITNESS: Yes, that's correct.
25  BY MR. SILVERMAN:

**Page 302**

1  Q  Okay. So, if we're trying to evaluate the
2  marginal revenue product of MMA fighters, if an MMA
3  promotion -- if the input is hiring two additional
4  fighters to fight in a single event featuring one bout
5  between the two fighters --
6  A  Okay. Can I stop you?
7  Q  Sure.
8  A  I mean --
9  Q  Yeah.
10  A  I think you misspoke.
11  Q  Okay.
12  A  Because you're talking about -- I think you
13  were talking about an input hiring something.
14  Q  Yep.
15  A  Well, the inputs don't do the hiring. The
16  employee does the hiring. So --
17  Q  Yeah. Sorry. Let me --
18  A  -- I have a problem with the question.
19  Q  Sure. Let me try again.
20  If a MMA promoter is -- hires two additional
21  fighters for the purpose of fighting in a single event
22  featuring one bout between those two fighters, and that
23  event brings in a million dollars in additional revenue
24  to that promoter, isn't the marginal revenue product of
25  those two fighters $1 million?

**Page 303**

1  MR. WIDNELL: Objection, form.
2  THE WITNESS: So, the -- the initial situation
3  is that revenue's zero. And we're putting on, you
4  know, one event.
5  And the -- the increase in the -- there's an
6  increase in revenue which of course is equal to
7  what the total revenue is for that event because
8  the base was zero.
9  And then, so the question is, you know,
10  whether the marginal revenue product for those --
11  you know, for those two fighters combined is -- you
12  know, is the -- is that total revenue.
13  You know, the -- the problem with thinking
14  about it like that is that, you know, you have to
15  produce the event. That requires a venue and it
16  requires lots of other inputs. And, you know, if
17  you remove the venue -- you remove the fighters,
18  the revenue's zero. Remove the venue, the
19  revenue's zero.
20  So, you have to take into account, you know,
21  all of the other inputs that go into generating
22  this fan revenue.
23  BY MR. SILVERMAN:
24  Q  If you can measure the marginal revenue
25  product of athletes in a sport and you knew the total

17 (Pages 300 to 303)

ROGER D. BLAIR, Ph.D., VOL. II - HIGHLY CONFIDENTIAL

304

1  revenue, then you could calculate a ratio of the
2  marginal revenue product of the athletes to the total
3  revenue in that sport; right?
4         MR. WIDNELL: Objection, form.
5         THE WITNESS: That's a matter of -- I mean,
6  you're -- you're asking me if -- if I have a -- if
7  I know what the numerator and the denominator are,
8  I can do the arithmetic, and the answer's yes.
9  BY MR. SILVERMAN:
10    Q   For any given sport, the revenue from an event
11 can, in theory, be broken down into the revenue product
12 of the various input factors that went into producing
13 that event; right? So, in the example you just talked
14 about, the fighters in the venue, for example.
15        MR. WIDNELL: Objection, form, misstates.
16        THE WITNESS: Okay. So, I'm sorry. You're
17 asking me if -- if we have all of the -- if we have
18 all of the inputs and we -- you know, we list all
19 of those, can we attribute shares of the total
20 revenue that are accounted for by each of those
21 inputs?
22 BY MR. SILVERMAN:
23    Q   Right.
24    A   Is that your question?
25    Q   In theory.

305

1     A   Well, you know, I mean, again, not
2  necessarily. And, you know -- and, you know, in the
3  same sense that, you know, if you were to say, you know,
4  we have the athletes that are providing the sports
5  entertainment and we have the venue, so we have -- let's
6  just suppose there's only those two inputs. We have the
7  athletic input, and the venue. You know, revenue's zero
8  if either one of those things is zero. So, having put
9  on the event, you know, allocating the -- the revenue --
10 a portion of the revenue to each of them would be, you
11 know, pretty difficult.
12    Q   But in theory, isn't the revenue -- by
13 definition, doesn't it -- isn't it attributable to all
14 of the factors that go into production, even if it's
15 difficult to apportion it properly?
16        MR. WIDNELL: Objection, form.
17        THE WITNESS: Okay. So -- okay. So, you
18 know, in theory, you know, what you're looking at
19 is, you know, the -- you know, the profit, let's
20 say, is a function of the revenue which is driven
21 by the -- you know, the demand on the part of
22 consumers, you know, the fans, and the -- and the
23 output, which is driven by the inputs; okay?
24        So, if I know what all of the inputs are, you
25 know, the quantities of all the inputs, and their

306

1  cost, their prices, you know, once I know what
2  those quantities are, you know, the total output,
3  if you will, is determined by the -- the nature of
4  the production function. And then that determines
5  the quantity. And given the demand conditions,
6  that will then determine what the -- you know, what
7  the price is. And you can calculate the -- the
8  total revenue from that. And what you have to
9  subtract out, then, in order to determine the
10 profit, is the payments to the inputs that went
11 into producing that output.
12        Now, can you then attribute -- can you say how
13 much of the revenue was generated by each of the
14 inputs. You know, that becomes complicated because
15 the marginal revenue products are -- the marginal
16 product -- marginal revenue product of one input is
17 influenced by the quantities of the other inputs
18 that are employed. So, you know -- and, you know,
19 you -- it's relatively easy to see that, you know,
20 in, you know, you know, specific production
21 examples.
22 BY MR. SILVERMAN:
23    Q   If we look at Major League Baseball, for
24 example, do you think that the players are responsible
25 or that the -- strike that.

307

1     If we look at Major League Baseball, for
2  example, do you think that the marginal revenue product
3  of the players accounts for the vast majority of the
4  revenue generated?
5         MR. WIDNELL: Objection, form.
6         THE WITNESS: Well, certainly if you're a
7  baseball fan, you're not going to want to go to the
8  stadium and just sort of sit around and look at the
9  green grass. You know, you're going to want --
10 you're going to go there because the players are
11 going to play a game. And you want to watch the
12 athletic competition on the field. You know, so,
13 you know, the -- you know, but that attribution,
14 you know, again, you know, is complicated by the
15 fact that, you know, if you didn't have the
16 stadium, you know, you wouldn't generate the same,
17 you know, fan appeal.
18        There wouldn't be any place for them to watch
19 the game. So, you know, the size of the stadium
20 can come into play and, you know, because that's
21 another input in the production of revenues through
22 providing sports entertainment.
23 BY MR. SILVERMAN:
24    Q   What are the other major factors of production
25 besides the stadium, I think you mentioned, that play an

18 (Pages 304 to 307)