# EXHIBIT 24

# Deposition of Jeremy Lappen Excerpts

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon     )
Fitch, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
              Plaintiffs,       )
                                )
     v.                         ) Lead Case No.
                                ) 2:15-cv-01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate      )
Fighting Championship and       )
UFC,                            )
                                )
              Defendant.        )
_____)

VIDEOTAPED DEPOSITION OF JEREMY LAPPEN

LOS ANGELES, CALIFORNIA

February 28, 2017

11:13 a.m.

Reported By:
Tracy Mafi, CSR No. 11850
Job No. 48785

134

1  think it's possible that the replay on Spike would
2  have drawn viewers away from the EliteXC event?
3      A    I don't know.
4      Q    Okay.  On the top of the second column on
5  the same page, the very first sentence at the top
6  there, very first full sentence reads:
7            "Jeremy Lappen seemed to be the
8         company's key front figure after the show
9         running the press conference and talking
10        about how he would match his champions in
11        the various weight classes against
12        champions from any other organization."
13        Did you ever get the opportunity to match
14 your champions against champions from other
15 organizations?
16     A    I don't think so.  I can't remember if we
17 fought Strike Force Champions or not.  We may have.
18 When Affliction -- I don't think Andrei Arlovski was
19 their champion when he came and fought on one of our
20 cards.  Maybe like a Cage Rage champion.
21     Q    As a promoter, is that something you would
22 have liked to have had the opportunity to do?
23     A    Sure, if it made sense, yeah.
24     Q    Do you think it would have been to the
25 benefit of the fighters to have a chance to fight

135

1  champions from other promotions?
2          MR. McSWEENEY:  Objection; calls for
3  speculation.
4          THE WITNESS:  I think it just depends on
5  the situation.
6  BY MR. RAYHILL:
7      Q    Fourth full paragraph in that second column
8  beginning with words "Shaw understood..."
9          First of all, do you know who he's
10 referring to when he says Shaw?
11     A    That is Gary Shaw.
12     Q    And who was Gary Shaw?
13     A    He was the president of EliteXC in the
14 beginning.
15     Q    Okay.  And it says:
16           "Shaw understood that from the start"
17        -- "Shaw understood that from the start
18        about the star power issue when Slice
19        wouldn't be ready for the show and was
20        against running the date."
21        Can you tell me who Slice is?
22     A    Kimbo Slice.
23     Q         "CBS felt they needed to capitalize on
24        the momentum built.  CBS didn't understand
25        that it was not MMA in prime time on CBS

136

1         that was the hit but two key personalities
2         who each drew one million new viewers for
3         their matches to carry them."
4         Do you agree with the statement that --
5  that it's not MMA in its prime time that was the
6  hit, but the key personalities that each drew one
7  million new viewers?
8      A    Yes.
9      Q    Are fighters with notoriety like that
10 essential to building a successful MMA promotion?
11         MR. McSWEENEY:  Objection to form.
12         THE WITNESS:  Yeah, the fighters are what
13 draws.
14 BY MR. RAYHILL:
15     Q    Did EliteXC have difficulty attracting top
16 fighters that could draw viewers on the same level
17 as Kimbo Slice?
18     A    Kimbo Slice was an EliteXC fighter.
19     Q    Yes, I understand that.
20     A    Okay.
21     Q    But so --
22     A    Is it hard to find fighters of his caliber,
23 his fame --
24     Q    Yes.
25     A    -- ability to draw a crowd?

137

1      Q    Yes.
2      A    Yes, definitely.
3      Q    And do you have a sense of why that was?
4      A    It's trying to find a star.  I mean, it's
5  hard to find a star.  They have a certain X factor.
6  That's what the business is about, I think.  Most
7  promotions have difficulty finding somebody.  And he
8  still holds the record for the most watched fight in
9  the U.S., mixed martial arts fight.
10     Q    The contracts that you negotiated for your
11 fighters with Zuffa, were those contracts all
12 exclusive contracts, by which I mean were fighters
13 prevented from fighting for another promotor while
14 they were under contract with Zuffa?
15     A    Yes.
16         MR. McSWEENEY:  Objection to form.
17 BY MR. RAYHILL:
18     Q    And based on your experience running -- I
19 believe you said you were the president for fight
20 operations for EliteXC?
21     A    Yes.
22     Q    Okay.  So based on your experience as
23 president of fight operations for EliteXC, did the
24 fact that Zuffa signed its athletes to exclusive
25 contracts affect EliteXC's ability to attract

```
                                                          138
 1   fighters with that X factor that you were referring
 2   to?
 3         MR. McSWEENEY:  Objection; calls for
 4   speculation.
 5         THE WITNESS:  Well, assuming that UFC had
 6   people who would draw an audience that was under
 7   exclusive contract and we couldn't sign them, then
 8   yes, that would affect us.
 9   BY MR. RAYHILL:
10      Q   So were you familiar with many of the
11   fighters who fought for UFC at that time?
12      A   Yes.
13      Q   And taking Mr. Couture as an example, would
14   you say that Mr. Couture is a fighter with the X
15   factor that you referred to?
16      A   Yes.
17      Q   And could a promotion -- when you ran
18   EliteXC, were you able to sign fighters of
19   Mr. Couture's caliber?
20      A   Well, I wasn't able to sign a fighter if he
21   was under contract with UFC, I couldn't sign them.
22   But I signed many fighters that were very high-level
23   fighters.
24      Q   As high level as Mr. Couture, would you
25   say?
```

```
                                                          139
 1      A   It's debatable.
 2      Q   Okay.  I'm finished with that document.
 3            (Whereupon Plaintiff Exhibit 207 was
 4         marked for identification by the court
 5         reporter and is attached hereto.)
 6   BY MR. RAYHILL:
 7      Q   So you've been handed what's been marked as
 8   Exhibit 207.  This is an article that I downloaded
 9   from the Internet from the Web address that's listed
10   at the top of the article.
11         It was on a website called Fightline.com,
12   and it's an article written by Ryan Clark on August
13   30th, 2006, and the name of the file -- the article
14   is "Fighter Pay & Other Figures From UFC 62 'Liddell
15   versus Sobral.'"
16         Okay.  And turning to page -- the second
17   page of the document, the fourth paragraph from the
18   bottom beginning with your name, it says:
19            "Jeremy Lappen, chief executive officer
20         of the WFA, was escorted out of the
21         building at UFC 61 -- UFC 61:  Bitter
22         Rivals, despite having a ticket given to
23         him by Ken Shamrock, whom he used to manage
24         and who was fighting."
25            Quote, "'I think they're nervous.  They
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099