# EXHIBIT 25

# Deposition of Scott Coker Excerpts

                                                                    1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
          Plaintiffs,          )
                               )
          vs.                  )  Case No.
                               )  2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
          Defendant.           )
_____)
```

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

SCOTT COKER

LOS ANGELES, CALIFORNIA

AUGUST 3, 2017

9:09 a.m.


REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 51251

130

SCOTT COKER - HIGHLY CONFIDENTIAL

1
2  A.  No.
3  Q.  Did you believe that it was necessary to
4  make derogatory comments about Dana White or other
5  executives at the UFC in order to have a successful
6  promotion at Strikeforce?
7  A.  No.
8  Q.  Did you believe that you needed to engage
9  in the other types of conduct that the UFC engaged
10 in, such as with respect to venues or sponsors at
11 Affliction and Tapout that you testified about in
12 order to have a successful MMA promotion at
13 Strikeforce?
14      MS. GRIGSBY:  Objection to form, compound.
15      THE WITNESS:  No, it's just not my style of
16 doing business.
17 BY MR. DELL'ANGELO:
18 Q.  Notwithstanding whether or not it's your
19 style, which I appreciate, did you think it was
20 necessary for you to engage in that sort of behavior
21 in order to have a successful promotion at
22 Strikeforce?
23 A.  No.
24     MS. GRIGSBY:  Objection to form.
25

131

SCOTT COKER - HIGHLY CONFIDENTIAL

1
2  BY MR. DELL'ANGELO:
3  Q.  So did there come a time when -- I think
4  you've already testified, there came a time in March
5  of 2011, correct, when Strikeforce acquired UFC --
6  I'm sorry, withdraw that.
7      I think you testified earlier that in March
8  of 2011, Strikeforce was acquired by the UFC,
9  correct?
10 A.  Yes.
11 Q.  Do you recall -- how would you characterize
12 the quality of fighters that the UFC acquired from
13 Strikeforce?
14 A.  Substantial.
15 Q.  And do you recall -- or, withdraw that.
16     Do you know if some of the fighters that
17 the UFC acquired from Strikeforce went on to become
18 champions at the UFC?
19 A.  Yes.
20 Q.  And who are you thinking of?
21 A.  Luke Rockhold, Ty Woodley.
22 Q.  Any others that you can think of?
23 A.  Robbie Lawler, Ronda Rousey, Nick Diaz.
24 Daniel Cormier.  Miesha Tate.  Amanda Nunez.
25     I think that's a pretty good list.

132

SCOTT COKER - HIGHLY CONFIDENTIAL

1
2  Q.  Okay.  Are there other fighters that you
3  can think of that the UFC acquired from Strikeforce
4  that went on to be contenders for a championship in
5  the UFC?
6  A.  With Gregor Mushashi, Jacare Souza.
7      The Cuban fighter, what's his name?  I
8  forgot his name.  But he's pretty prominent right
9  now.
10 Q.  How about Alistair Overeem?
11 A.  Yes.  Alistair Overeem, Fabricio Werdum,
12 Josh Barnett, Big Foot Silva.
13 Q.  That's Antonio Silva?
14 A.  I believe so.  They're all named Silvas.  I
15 get confused.
16 Q.  How about Gilbert Melendez?
17 A.  Yes.  Gilbert Melendez.  Josh Thompson.
18 Q.  Did Gilbert Melendez go on to become a
19 championship contender in the UFC?
20 A.  Yes.
21 Q.  He was acquired by UFC from Strikeforce?
22 A.  Yes.
23     Cung Le.
24 Q.  And how about Dan Henderson?
25 A.  Yes, Dana Henderson got acquired.

133

SCOTT COKER - HIGHLY CONFIDENTIAL

1
2  Q.  And he went on to be a championship
3  contender in the UFC?
4  A.  Yes.  In fact, I think his last fight was
5  against Michael Bisping and he lost.
6  Q.  And who was Michael Bisping at the time of
7  that fight?
8  A.  The current middleweight champion.
9  Q.  At the UFC?
10 A.  At the UFC.
11 Q.  And how about Tim Kennedy?
12 A.  Yes, Tim Kennedy, another contender.
13 Q.  And how about Yoel Romero?
14 A.  Yoel Romero, that's the Cuban gentleman I
15 was referring to.
16 Q.  It's your understanding he went on to be a
17 contender for the championship of UFC?
18 A.  Yes.
19 Q.  And was acquired by the UFC from
20 Strikeforce?
21 A.  Yes.
22 Q.  And how about Paul Daley?
23 A.  Yes.  I believe his contract with assigned,
24 but it was a very short relationship.  I don't think
25 he stayed there long.

134

SCOTT COKER - HIGHLY CONFIDENTIAL

```
 1         SCOTT COKER - HIGHLY CONFIDENTIAL
 2     Q.  How would you characterize him as a fighter
 3  in terms of quality?
 4     A.  Oh, top fighter.
 5     Q.  How about Lorenzo Larkin?
 6     A.  Yes.
 7     Q.  Also acquired --
 8     A.  Yes.
 9     Q.  -- by the UFC from Strikeforce?
10     A.  Yes.
11     Q.  How about Josh Thompson?
12     A.  Correct.
13     Q.  Also acquired by the UFC from Strikeforce?
14     A.  Yes.
15     Q.  And that list of fighters that we covered,
16  Dan Cormier, Dan Cormier, Fabricio Werdum, Alistair
17  Overeem, Big Foot Silva, Josh Barnett, Gerard
18  Mousasi, Rafael Cavalcante, Dan Henderson, Jake
19  Shields, Ronaldo Souza, Robbie Lawler, Tim Kennedy,
20  Luke Rockhold, Yoel Romero, Tyrone Woodley, Nick
21  Diaz, Paul Daley, Lorenz Larkin, Gilbert Melendez,
22  Josh Thompson, Ronda Rousey, Miesha Tate, how would
23  you characterize them in terms of quality of fighters
24  in MMA promotions?
25     A.  I mean, a lot of those fighters are the
```

135

```
 1         SCOTT COKER - HIGHLY CONFIDENTIAL
 2  stars of our sport today.
 3     Q.  So it's fair to say that the UFC acquired
 4  some significant number of very high quality
 5  fighters, many of whom went on to be champions or
 6  championship contenders in the UFC?
 7     A.  Yes.
 8     Q.  And UFC acquired them from Strikeforce?
 9     A.  Yes.
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099