# EXHIBIT 26

# Deposition of Thomas Atencio Excerpts

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon   )
Fitch, on behalf of           )
themselves and all others     )
similarly situated,           )
                              )
              Plaintiffs,    )
                              )
     v.                       ) Lead Case No.
                              ) 2:15-cv-01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate    )
Fighting Championship and     )
UFC,                          )
                              )
              Defendant.      )
_____)

VIDEOTAPED DEPOSITION OF THOMAS J. ATENCIO

COSTA MESA, CALIFORNIA

FEBRUARY 9, 2017

8:40 A.M.

Reported by:
Cheryl M. Haab, CSR No. 13600, RPR, CLR
Job No. 48607

## Page 86

1  dollars and M-1 Global was part of that payment. I
2  don't remember exactly what it was. I mean, I -- it
3  was -- it was astronomical.
4      Q  And would that amount of money be ridiculous
5  with the promotions making $3 million in revenue?
6          MR. SKAGGS: Foundation.
7          THE WITNESS: Again, I'm laughing because I'm
8  not, obviously, a typical businessman, which is why
9  I'm in the position I'm in. So for me to say "yes,"
10 that is coming from a guy who is okay with making a
11 half a million a year. And I don't need 20 million
12 a year. I would like 20 million a year, but this is
13 coming from a guy that understands the value of some
14 people, and would -- would be okay with giving them
15 more money.
16         So to answer your question, I mean, yeah.
17 BY MR. MAYSEY:
18     Q  I -- I'll ask it a different way.
19        Does -- is ridiculous money, in your view,
20 tied to the amount of revenue an event generates?
21         MR. SKAGGS: Form. Foundation.
22         THE WITNESS: From a boxing aspect, yes.
23 BY MR. MAYSEY:
24     Q  Is 3 million outrageous if the event earned
25 30 million?

## Page 87

1          MR. SKAGGS: Foundation. Form.
2          THE WITNESS: In my opinion, no.
3  BY MR. MAYSEY:
4      Q  Is 6 million?
5          MR. SKAGGS: Foundation. Form.
6  BY MR. MAYSEY:
7      Q  18 million?
8      A  18 would.
9      Q  On 30 million in revenue?
10     A  Yeah.
11     Q  You're satisfied with 2?
12     A  No, no. Okay. What I -- what I'm saying is
13 when you're having it -- when you're having --
14 sorry. When you have nine fights, which means 18
15 fighters, and you're paying one guy 18 million.
16     Q  So you would spread it out across the card?
17     A  Well, I would -- dependent on the level of
18 fighters, yeah.
19     Q  Did the UFC's market dominance make it
20 difficult for you to attract fighters?
21         MR. SKAGGS: Form. Foundation. Calls for a
22 legal conclusion.
23         THE WITNESS: Actually, no. I don't think it
24 did.
25 ///

## Page 88

1  BY MR. MAYSEY:
2      Q  In your opinion, at that -- at the time of
3  Affliction MMA, was the UFC a dominant promoter?
4          MR. SKAGGS: Calls for a legal conclusion.
5          THE WITNESS: With the word "dominant," yes,
6  I would say yes. But there were a lot more
7  organizations at that time.
8  BY MR. MAYSEY:
9      Q  Nowhere near the size; correct?
10         MR. SKAGGS: Foundation.
11         THE WITNESS: Yeah. Correct.
12 BY MR. MAYSEY:
13     Q  Did Affliction MMA obtain event sponsors for
14 its promotions?
15     A  Sorry, I'm trying to -- I'm trying to think.
16 Do I remember any event sponsors? Yeah. As a
17 matter of fact, we did. Yes.
18     Q  Did you have any difficulty in obtaining
19 event sponsors?
20     A  I don't think we did. I know WAMMA was one
21 of them. They paid money to be on the canvas.
22 That's probably -- that's probably why we used
23 WAMMA. I mean, I -- I don't remember --
24     Q  WAMMA cut you a check?
25     A  Yeah.

## Page 89

1      Q  Do you remember how much?
2      A  I have no clue. I -- I -- we did have
3  sponsors. I remember. We did. I don't know -- I
4  don't remember what sponsors, but we did.
5      Q  Are you aware that the UFC acquired WFA,
6  World Fighting Alliance?
7          MR. SKAGGS: Form. Foundation.
8          THE WITNESS: No.
9  BY MR. MAYSEY:
10     Q  You're familiar with WFA?
11     A  Yes.
12     Q  Do they still exist?
13     A  Not to my knowledge.
14     Q  Do you recall any of the fighters that used
15 to fight in WFA?
16     A  No.
17     Q  Do you know if Quinton Jackson ever fought
18 for WFA?
19     A  No clue.
20     Q  Do you know who Jeremy Lappen is?
21     A  I know the name, yes.
22     Q  To your knowledge, was he a promoter of WFA?
23     A  Yes.
24     Q  How about World Extreme Cage Fighting, WEC?
25     A  Uh-huh.

23 (Pages 86 to 89)