# EXHIBIT 27

# Deposition of Carlos Silva Excerpts

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON     )
FITCH, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
          Plaintiffs,           )
                                )
          vs.                   )  Case No.
                                )  2:15-cv-01045-RFB-(PAL)
                                )
ZUFFA, LLC, d/b/a Ultimate      )
Fighting Championship and       )
UFC,                            )
                                )
          Defendant.            )
_____)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF CARLOS SILVA

Las Vegas, Nevada

April 18, 2017

9:16 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
Job No. 49524

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

166

1  abilities and their ability to become as good as they
2  can be at their trade.
3      Q.  Is it martial arts training?
4      A.  It's different for everyone.  It might be
5  running for a fighter if they think if they run they
6  can become a better fighter.  I don't really know.
7      Q.  Is that special training?
8      A.  Sure, if endurance is a part of them being
9  a good mixed martial arts fighter.
10     Q.  Would that be enough?
11     A.  I doubt it.
12     Q.  Is endurance alone enough?
13     A.  No.  By nature of the word mixed martial
14 arts, it's mixed, mixed disciplines.
15     Q.  And in your experience, do single
16 discipline fighters excel?
17     A.  I don't know if it matters what my opinion
18 is.  They either excel or they don't excel.
19     Q.  How would a pure boxer do at the high
20 levels of MMA?
21     A.  No idea.
22     Q.  You haven't seen that before?
23     A.  No, I haven't.
24     Q.  Did you see James Toney fight Randy
25 Couture?

167

1      A.  I did not.
2      Q.  Did you see UFC 1?
3      A.  No, I did not.
4      Q.  How do you think Floyd Mayweather would do
5  against Conor MacGregor in a professional MMA match?
6          MR. SKAGGS:  Calls for speculation.
7          THE WITNESS:  I think it would be fun.
8  BY MR. MAYSEY:
9      Q.  Aside from fun, what do you think the
10 result would be?
11         MR. SKAGGS:  Calls for speculation.
12         THE WITNESS:  I have no idea.
13 BY MR. MAYSEY:
14     Q.  How do you think Conor would do in a
15 professional boxing matching against Floyd?
16     A.  That's what you just asked me.
17     Q.  Reversed, in the professional --
18     A.  Oh, I'm sorry.  Could you ask the first
19 question again.
20     Q.  How would Floyd Mayweather do in a
21 professional MMA match against Conor MacGregor?  In
22 your opinion.
23     A.  It would be Floyd Mayweather's first MMA
24 fight?
25     Q.  Correct.

168

1      A.  So I think he would do as well as anyone
2  would do in their first MMA fight.
3      Q.  Is it safe to say you would expect Conor to
4  win handily?
5      A.  I don't know what "handily" means, but...
6      Q.  Relative ease.
7      A.  I would assume a guy that's fought many
8  times in the MMA versus the guy who has not would
9  more likely win.
10     Q.  And if we reverse that scenario, how would
11 you expect Conor MacGregor to do in a professional
12 boxing match against Floyd Mayweather?
13         MR. SKAGGS:  Calls for speculation.
14         THE WITNESS:  Similar.  Floyd is 49 and 0?
15 Or 50 and 0.  49 and 0.  And Conor, as far as I know,
16 has not been in professional boxing.
17 BY MR. MAYSEY:
18     Q.  Would you agree that mixed martial arts is
19 different than boxing?
20         MR. SKAGGS:  Vague.
21         THE WITNESS:  Agreed.
22 BY MR. MAYSEY:
23     Q.  Different than kickboxing?
24     A.  Agreed.
25     Q.  Different than soccer?

169

1      A.  Agreed.
2      Q.  Do you agree that better known fighters in
3  terms of consumer awareness generally attract more
4  viewers?
5          MR. SKAGGS:  Vague, foundation.
6          THE WITNESS:  No.
7  BY MR. MAYSEY:
8      Q.  How come?
9      A.  It's unclear what attracts more viewers.
10     Q.  What attracts more consumer awareness?
11     A.  Everything.  Luck.  A moment in time, a
12 melee, trash talk, a good fighter, not a good
13 fighter, all of those things.
14     Q.  So when you were raising funds for MMAX, I
15 think it's Investment Partners, Inc., do you put
16 right in the pitch:  Luck plays a big part of what
17 we're doing?
18         MR. SKAGGS:  Foundation.  Is there a
19 document?
20         MR. MAYSEY:  No, it's a question.
21         THE WITNESS:  No, I don't put that in the
22 pitch.
23 BY MR. MAYSEY:
24     Q.  Do you think it helps a fighter become
25 well-known to the general public by winning?

43 (Pages 166 to 169)

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

170

1  MR. SKAGGS: Vague.
2  THE WITNESS: I'm sorry.  You have to
3  repeat the question.
4  BY MR. MAYSEY:
5  Q.  Yeah.  Do you think it helps a fighter
6  become well-known amongst the general public by
7  winning?
8  MR. SKAGGS: Same objection.
9  THE WITNESS: I think it's a fact -- I
10  think it's a factor, yes.
11  BY MR. MAYSEY:
12  Q.  All things otherwise equal, would you say
13  that when a fighter wins a bout, his value generally
14  goes up, and when he loses, his value generally goes
15  down?
16  MR. SKAGGS: Vague, form.
17  THE WITNESS: I would say, generally if a
18  fighter wins, their value goes up.  I would not say
19  that if they lose, they go down.
20  BY MR. MAYSEY:
21  Q.  And that's because it could have been a
22  spectacular fight, they just happened to lose; is
23  that it?
24  A.  Correct.
25  Q.  Now, if I change the question to say the

171

1  fight was spectacular, will the fighter benefit more
2  had they won the spectacular fight?
3  A.  Maybe.
4  MR. SKAGGS: Vague.
5  BY MR. MAYSEY:
6  Q.  Is it important for World Series Of
7  Fighting to retain well-known fighters?
8  MR. SKAGGS: Vague.
9  THE WITNESS: I think that's one -- I think
10  that's one factor for World Series Of Fighting, for
11  our success.
12  BY MR. MAYSEY:
13  Q.  If World Series Of Fighting is not
14  successful in retaining or signing well-known
15  fighters, is it likely that it will decline in
16  popularity?
17  A.  No.
18  MR. SKAGGS: Calls for speculation.
19  THE WITNESS: It's not likely.
20  MR. SKAGGS: Form.
21  BY MR. MAYSEY:
22  Q.  Why not?
23  A.  Because World Series Of Fighting also grows
24  and creates fighters.
25  Q.  And can you grow and create faster than --

172

1  scratch that.
2  Is it easier to grow and create well-known
3  fighters or retain fighters who are already
4  well-known?
5  A.  I think it's a mix of all.
6  Q.  What criteria does the World Series Of
7  Fighting use to evaluate which fighters to sign?
8  A.  Long list of criteria.  Where they've
9  fought, who they fought, have they won, have they
10  lost, are they on a streak, are they not on a streak,
11  do people know them.  The list goes on and on.
12  Q.  So are you examining fight records in
13  making qualitative assessments as to who the
14  opponents were?
15  A.  As one -- as one -- as one factor, yes.
16  Q.  So that is part of the analysis, at least?
17  A.  Sure.
18  Q.  Does the World Series Of Fighting prefer
19  fighters to be well-known before signing them?
20  A.  Prefer?  Can you define "prefer."
21  Q.  Yeah.  All things being equal, is it a plus
22  for that fighter to have if they're already
23  well-known?
24  A.  Yes.  It can be a plus.
25  Q.  Do fighters need to have competed in

173

1  professional mixed martial arts before the World
2  Series Of Fighting is interested in signing them?
3  A.  Yes.
4  Q.  Do they need to demonstrate a track record
5  of success in competition or of attracting live
6  audience?
7  MR. SKAGGS: Form.
8  THE WITNESS: Ask that -- if you could ask
9  that question in each part.
10  BY MR. MAYSEY:
11  Q.  Sure.  When World Series Of Fighting is
12  determining whether to sign a fighter, is a
13  demonstrated record of success in competition
14  important?
15  A.  That is a factor that we look at.
16  Q.  And when World Series Of Fighting is
17  determining whether to sign a fighter, does it
18  consider whether the fighter has the ability to sell
19  tickets?
20  A.  Yes.
21  Q.  Does the World Series Of Fighting consider
22  whether -- scratch that.
23  Does the World Series Of Fighting give any
24  extra weight to fighters who have competed in the
25  UFC?

44 (Pages 170 to 173)

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                    202
 1      A.  Do they grant us?
 2      Q.  Is that part of the contract?
 3      A.  For the fighter to grant World Series Of
 4  Fighting the right?
 5      Q.  Right.
 6      A.  No.  They don't have the right to give it
 7  to us.
 8      Q.  Okay.  Because you own it?
 9      A.  Correct.
10      Q.  And you presumably would never grant the
11  athlete those rights?
12      A.  We do at times.  If they need it for a
13  sponsor, a documentary, a movie, something like that.
14      Q.  So you would give written permission for
15  them to use it to for a specific purpose?
16      A.  Correct.
17      Q.  But ultimately, you would own the rights to
18  that --
19      A.  Correct.
20      Q.  -- intellectual property?
21      A.  We're not giving them the rights, we're
22  letting them borrow the rights.  There's a big
23  difference.
24      Q.  Why is it important that World Series Of
25  Fighting retains those intellectual property rights?

                                                    203
 1      A.  An asset of the company.
 2      Q.  It's an important asset?
 3      A.  All assets are important.
 4      Q.  Well, what makes these particular assets
 5  important?
 6      A.  It's media.  It's a -- it's a library, an
 7  asset of a media company, of a sports property, is
 8  the live footage is owned by the company.
 9      Q.  When broadcasting an event on television,
10  do you compete for television viewers?
11      A.  Yes.
12      Q.  And are you competing only with other MMA
13  promoters for television viewers, or are you also
14  competing with other sports and entertainment
15  programming for viewers?
16      A.  Competing with everything that's on
17  television.
18      Q.  So not just sports and entertainment
19  programming?
20      A.  Correct.
21      Q.  Are you competing with anything other than
22  what is on television?
23      A.  Yes.
24      Q.  What else would you be competing with?
25      A.  A pretty day.

                                                    204
 1      Q.  What do you mean by that?
 2      A.  If you're on television from 8:00 to
 3  10:00 at night, you're competing with everything else
 4  that people could do from 8:00 to 10:00 at night.
 5  Anything.  Live sport event, theater, television,
 6  cable, broadband, pay services, Amazon, Netflix.
 7      Q.  Do you compete with other organizations to
 8  sign MMA athletes?
 9      A.  Yes.
10      Q.  And when looking for athletes to sign, do
11  you look only for those athletes in North America, or
12  do you look around the world?
13      A.  Around the world.
14      Q.  And are you competing to sign those
15  athletes against MMA promoters that are located only
16  in North America or other promoters around the world?
17      A.  Both, but primarily North America.
18      Q.  But there are some promoters around the
19  world that you would compete with --
20      A.  There's a few.
21      Q.  -- to sign some athletes?
22      A.  There's a few around the world.
23      Q.  Is there a large talent pool available from
24  which World Series Of Fighting can sign MMA athletes?
25      A.  Yes.

                                                    205
 1      Q.  Do you think MMA promoters should be able
 2  to make their own business decisions about whether to
 3  co-promote bouts?
 4      A.  Yes.
 5      Q.  Do you think the term "elite professional
 6  MMA fighter" is a subjective term?
 7      A.  Yes.
 8      Q.  Are you aware of any sort of certification
 9  that an MMA athlete can get that certifies them as an
10  elite professional MMA fighter?
11      A.  No.
12      Q.  Has the UFC blocked the World Series Of
13  Fighting from any inputs necessary to put on
14  successful MMA events?
15      A.  No.
16      Q.  Has the UFC done anything to impede your
17  ability to compete with them?
18      A.  No.
19      Q.  Is MMA as big as the NFL?
20      A.  Not yet.
21      Q.  And how are they different?
22      A.  How are what different?
23      Q.  The NFL and MMA.
24          MR. COUVILLIER:  Objection, vague.
25          THE WITNESS:  You have to be a little more
```

52 (Pages 202 to 205)