# EXHIBIT 29

# Deposition of Javier Vazquez Excerpts

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon Fitch,) Case No: 2:15-cv-01045-RFB(PAL)
Brandon Vera, Luis Javier Vazquez,)
and Kyle Kingsbury on behalf of   )
themselves and all others         )
similarly situated,               )
                                  )
          Plaintiffs,             )
                                  )
vs.                               )
                                  )
Zuffa, LLC, d/b/a Ultimate        )
Fighting Championship and UFC,    )
                                  )
                                  )
          Defendants.             )

VIDEO DEPOSITION OF JAVIER VASQUEZ

taken at, Boies, Schiller & Flexner,

300 South Fourth Street, Suite 800,

Las Vegas, Nevada 89101 beginning at 9:15 A.M.

and ending at 3:46 P.M.on Wednesday, February 14, 2017

Reported by:
Sarah Padilla, CCR NO. 929
Job No. 296624 Pages 1-205



Page 66

1   MR. DELL'ANGELO: Objection. Calls for
2 speculation. It's vague.
3   THE WITNESS: Yeah. I mean, yeah. That
4 question is all over the board because, you know,
5 part of it is the ranking, how valid that is. And
6 the other thing too is circumstances. You know,
7 sometimes fights drop out and you got to find last
8 minute opponents, things of that nature. So
9 anything is possible. There's a lot to that
10 question.
11 BY MR. McSWEENEY:
12   Q   Court reporter is handing you what has
13 been marked as 42.
14       (Exhibit 42 was marked.)
15 BY MR. McSWEENEY:
16   Q   Exhibit 42 is a somewhat unwieldy printout
17 from Fight Matrix.com.
18   A   Uh-huh.
19   Q   Historical rankings. If you turn to the
20 second page, you'll see at the top it's "Rankings in
21 the division featherweight for the week of
22 9/7/2009." Do you see that? It's at the -- just
23 two or three lines down from the very top. Second
24 page.
25   A   This page.

Page 67

1   Q   Yes, that's right.
2   A   Selectives in the class. Fight Matrix
3 published rankings. So what am I looking at now?
4   Q   I'm just directing your attention to the
5 portion that says this the rankings issued 9/7/2009
6 division featherweight.
7   A   2009, okay.
8   Q   So these are rankings of the featherweight
9 fighters, MMA fighters in the week of 9/7/2009.
10   A   Okay.
11   Q   Have you ever referenced or taken a look
12 at historical rankings on Fight Matrix?
13   A   No.
14       MR. DELL'ANGELO: Object to the form.
15       THE WITNESS: No. I never even visited
16 that website.
17 BY MR. McSWEENEY:
18   Q   Looking at the first page, they have
19 featherweight fighters ranked from 1 to 33.
20   A   Uh-huh.
21   Q   Take a moment to review that ranking and
22 let me know if you generally agree with the order of
23 the fighters ranked there?
24       MR. DELL'ANGELO: Object to the form. I
25 mean as -- can you give him a time frame.

Page 68

1 BY MR. McSWEENEY:
2   Q   The time frame is 9/7/2009?
3   A   I have no idea.
4   Q   In 2009, would you have regarded Mike
5 Thomas Brown of as one of if not the best
6 featherweight fighters in the world?
7       MR. DELL'ANGELO: Objection. Calls for
8 speculation.
9       THE WITNESS: Was he -- I don't remember
10 the timeline. But was he champion at the time, for
11 a promotion?
12 BY MR. McSWEENEY:
13   Q   That, I cannot tell you.
14   A   Okay.
15   Q   How about Urijah Faber?
16       MR. DELL'ANGELO: Object to the form.
17 BY MR. McSWEENEY:
18   Q   Would you regard him as roughly the second
19 best featherweight fighter in the world in September
20 of 2009?
21       MR. DELL'ANGELO: Object to the form.
22       THE WITNESS: I never did rankings. I'm
23 not -- I don't know. I never did rankings.
24 BY MR. McSWEENEY:
25   Q   Sorry. If you turn to -- it's a little

Page 69

1 difficult because the pagination is all the same,
2 but let's see if it's -- it is one, two, three,
3 four, five, six, seven, eight, nine, ten, the
4 twelfth page. It's the rankings that begin with
5 Danny Batten at 101. There is a picture of
6 Chewbacca at the top right, if that helps.
7   A   Okay.
8   Q   Do you see that?
9   A   Yes.
10   Q   Do you see your name at 102?
11   A   I do.
12   Q   Would you feel that this is a roughly
13 accurate ranking of you in September 7, 2009 for the
14 featherweight division?
15       MR. DELL'ANGELO: Objection. Calls for
16 speculation.
17       THE WITNESS: I don't remember where I was
18 in my career.
19 BY MR. McSWEENEY:
20   Q   Right.
21   A   I don't remember who I had beaten yet at
22 that time.
23   Q   Sorry. Do you recall when you fought LC
24 Davis?
25   A   Not that the exact date, no. I would have



Page 70

```
 1  to go back to that fight record.
 2      Q   Do you recall it was August 9, 2009?
 3      A   That would be --
 4      Q   Yeah, you can take a look back at the
 5  fight record.  Sorry, I don't know what exhibit
 6  number that is.
 7      A   Yeah, these dates are kind of a blur.
 8      Q   Sure.
 9      A   LC Davis was August 9, 2009, and you were
10  asking for if I was 102nd when?
11      Q   Shortly -- roughly a month after your
12  fight with LC Davis.
13      A   Okay.
14      Q   Would that strike you as a roughly
15  accurate ranking?
16          MR. DELL'ANGELO:  Objection.  Calls for
17  speculation.
18          THE WITNESS:  I have no idea.
19  BY MR. McSWEENEY:
20      Q   Returning to the page, to the second page
21  where it's the first rankings with Mike Thomas Brown
22  at No. 1?
23      A   Okay.
24      Q   Would you, in September of 2009, have
25  regarded Mike Thomas Brown as an elite MMA fighter?
```

Page 71

```
 1          MR. DELL'ANGELO:  Object to the form to
 2  the extent it calls for a legal conclusion and
 3  speculation.
 4          THE WITNESS:  I would say during that time
 5  period, Mike was very good so, yes, sure.
 6  BY MR. McSWEENEY:
 7      Q   And in that same time period did you
 8  regard Urijah Faber as an elite MMA fighter in your
 9  opinion?
10          MR. DELL'ANGELO:  Objection the extent it
11  calls for a legal conclusion and speculation.
12          THE WITNESS:  Based on opinion or based on
13  the definition that's provided --
14  BY MR. McSWEENEY:
15      Q   Your opinion.
16      A   Urijah was very good.
17      Q   Would you -- did you consider him an elite
18  MMA fighter in September of 2009 at the
19  featherweight division?
20          MR. DELL'ANGELO:  Objection the extent it
21  calls for speculation and a legal conclusion.
22          THE WITNESS:  I would say so.
23  BY MR. McSWEENEY:
24      Q   Do you recall what promotion Mike Thomas
25  Brown fought for?
```

Page 72

```
 1      A   At that particular time?
 2      Q   Yes.  In September of 2009.
 3          MR. DELL'ANGELO:  Object to the form.
 4  Foundation.
 5          THE WITNESS:  I -- I don't.  But, again,
 6  that should be fairly easy to attain.
 7  BY MR. McSWEENEY:
 8      Q   Sure.  Do you recall -- and sounds like I
 9  have been mispronouncing his name.  Do you recall
10  what promotion Urijah or Urijah --
11      A   Urijah.
12      Q   Urijah Faber was fighting for in
13  September 7, 2009?
14      A   I believe he --
15          MR. DELL'ANGELO:  Object to the form.
16  Foundation.
17          THE WITNESS:  Sorry.  Again, I'm not
18  exactly sure on the date, but I am fairly
19  comfortable in saying he was fighting for the WEC at
20  the time.
21  BY MR. McSWEENEY:
22      Q   How about at No. 20, do you see the name
23  Joe Warren?
24      A   I do.
25      Q   Do you know the fighter Joe Warren?
```

Page 73

```
 1      A   I do.
 2      Q   And in September of 2009 at the
 3  featherweight division, did you consider Joe Warren
 4  to be an elite MMA fighter, in your opinion?
 5          MR. DELL'ANGELO:  Objection to the extent
 6  it calls for speculation.
 7          THE WITNESS:  I do.  You know, a lot of
 8  the guys that -- actually, you know what?  I don't
 9  know, to be honest with you.
10  BY MR. McSWEENEY:
11      Q   And what -- sorry.  What changed your
12  mind?  Your response initially was, I do, and then
13  you do not know.  What accounts for the doubt?
14      A   Level of competition, I think.
15      Q   Is it because you don't recall what Joe
16  Warren's level of competition is?
17      A   At that time, no.  At that time, no, I'd
18  have to go back and see exactly who he was fighting
19  and -- and, again, cross reference all his
20  opponents, you know.  I do extensive research before
21  I try to say someone's elite or not.
22      Q   Do you see ranked No. 4 Hatsu Hioki?
23      A   Uh-huh.
24      Q   Do you know who Hatsu Hioki is?
25      A   I do.
```



```
                                                   Page 74
 1    Q   And in September of 2009 in the
 2  featherweight division, did you consider Hatsu Hioki
 3  to be an elite MMA fighter in your opinion?
 4        MR. DELL'ANGELO:  Objection to the extent
 5  it calls for speculation.
 6        THE WITNESS:  Interesting thing about
 7  Hioki is that there -- we're comparing apples to
 8  oranges, I feel.  Because you have fighters that you
 9  have mentioned, some of which fight for the same
10  organization, others fight for a different
11  organization, others fight for a different
12  organization.  Each one of those organizations had
13  varying competition and varying rules.  So
14  because -- and varying platforms where they were
15  competing in fighting surfaces.  Does that make
16  sense?  Do you understand what I am saying?
17  BY MR. McSWEENEY:
18    Q   Pardon me.  Continue.
19    A   So they are fighting in different types of
20  enclosures, which varied the result of a fight.  So
21  we're not talking about apples to apples and oranges
22  to oranges here.
23    Q   So is it your opinion that the rankings
24  themselves are not enough to tell you whether a
25  fighter was elite or not?
```

```
                                                   Page 75
 1    A   Again, rankings were -- are opinions, some
 2  of which some people have them and they may or may
 3  not know much about the sport.  I don't know who
 4  does Fight Matrix's rankings and I don't know who
 5  does a lot of people's rankings.  So anybody can say
 6  anything.
 7    Q   If a fighter is ranked ahead of you as 101
 8  are in this instance --
 9    A   Uh-huh.
10    Q   -- would that be to you evidence that they
11  are elite MMA fighters?
12        MR. DELL'ANGELO:  Objection to the form to
13  the extent it calls for a legal conclusion and
14  speculation.
15        THE WITNESS:  Yeah, I mean, rankings alone
16  don't mean too much to me.  They're just people's
17  opinions.
18  BY MR. McSWEENEY:
19    Q   When you say that rankings aren't reliable
20  because they're just people's opinions, are you
21  referring to all rankings or just the rankings that
22  we are looking at in this document?
23        MR. DELL'ANGELO:  Objection.  Misstates
24  the witness's testimony.
25        THE WITNESS:  I don't like "all," because
```

```
                                                   Page 76
 1  there could be very educated journalists, analysts,
 2  whatever you'd like that are very excused in the
 3  sport and some opinions are valued more than others.
 4  BY MR. McSWEENEY:
 5    Q   In your opinion, are there rankings that
 6  you view as reliable?
 7    A   No.
 8    Q   I'm going to have the court reporter hand
 9  you what's been marked as Exhibit 43.
10        (Exhibit 43 was marked.)
11  BY MR. McSWEENEY:
12    Q   Exhibit 43 is a similar but slightly more
13  legible version of that document, although, if you
14  turn to page 2 at the top, you'll see these are
15  featherweight rankings from Fight Matrix for
16  October 1, 2010.  Do you see that?  It should be on
17  the --
18    A   The first one?
19    Q   Now, turn that.  It is on the opposite
20  side of the first page?
21    A   This one?
22    Q   No.  Flip it over.  Now turn the page.
23  Look at the top on the left-hand side.
24    A   Since, yeah --
25    Q   Do you see that?
```

```
                                                   Page 77
 1    A   -- 10/1/2010?
 2    Q   Yes.
 3    A   Okay.
 4    Q   Do you recall where in your career you
 5  were in October 2010?
 6    A   I don't.
 7    Q   Do you want to refer to your fight --
 8    A   October 2010?
 9    Q   Yes?
10    A   It was right before I fought Mendez, so
11  that was November 11.  Okay.
12    Q   Do you see -- returning the rankings, do
13  you see your name listed at No. 29?
14    A   Yes.
15    Q   Would you have viewed this as roughly
16  accurate ranking in October of 2010?
17        MR. DELL'ANGELO:  Objection.  Calls for
18  speculation.
19        THE WITNESS:  Do I think it is accurate?
20  I don't know.
21  BY MR. McSWEENEY:
22    Q   Would you have viewed, in October of 2010,
23  Jose Aldo as the best featherweight MMA fighter in
24  the world?
25        MR. DELL'ANGELO:  Objection.  Calls for
```

