# EXHIBIT 33

## Deposition of Denitza Batchvarova Exerpts

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

```
CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
          Plaintiffs,          )
                               )
     vs.                       ) Case No.
                               ) 2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
          Defendant.           )
_____)
```

VIDEOTAPED DEPOSITION OF DENITZA BATCHVAROVA

Las Vegas, Nevada

January 25, 2017

9:11 A.M.

Reported by:
Sarah Padilla, CCR NO. 929
Job No. 48403

**198**

1  were supplying legal advice in that answer?
2     A   I have absolutely no recollection of what
3  my response was to John, so --
4     Q   I'm handing you what has been marked as
5  Exhibit 122. And it is Bates stamped ZFL-2508353
6  and attachment ZFL-2508355.
7       (Exhibit 122 was marked.)
8  BY MR. SILVERMAN:
9     Q   If you look at the e-mail on top, you are
10 CC'd on this; is that right?
11    A   Yes, I am.
12    Q   Can you tell me what the attached --
17    Q   And do you know what the purpose of this
18 attached presentation was?
19    A   I don't know. I am not aware of it.
20    Q   Do you know why Nakisa Bidarian CC'd you
21 on the e-mail with this presentation attached?

25      MR. SILVERMAN: Okay. I think that is all my

**200**

1  questions. I think you are done. We are all done.
2       MS. LYNCH: Okay. If we can just take five
3  minutes so that I can talk to Brent and just see if
4  we have any follow-up questions.
5       MR. SILVERMAN: Sure.
6       THE VIDEOGRAPHER: We are off the video
7  record. The time is 4:05 P.M.
8       (A short recess was taken.)
9       THE VIDEOGRAPHER: We are back on the video
10 record. The time is 4:15 P.M. You may proceed.
11      ---------------------------------
            CROSS-EXAMINATION
12      ---------------------------------
13 BY MS. LYNCH:
14    Q   Hi. This is Marcy Lynch. On the record I
15 am just going to ask you a couple of follow-up
16 questions. If you can turn back to Exhibit 119 that

**201**

10    Q   Between 2008 and the date of this
11 presentation in 2014, had the UFC raised ticket
12 prices on Pay-Per-View events?
13    A   No, we had not raised prices. We raised
14 Pay-Per-View prices by $5 in 2015, which was the
15 first time since 2008.

202



23    Q    And are there events that you believe have
24    been priced too high that have resulted in fewer
25    sell-throughs?