WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ZUFFA, LLC'S MOTION TO SEAL ZUFFA'S MOTIONS TO EXCLUDE THE TESTIMONY OF DR. HAL J. SINGER, DR. ANDREW ZIMBALIST, AND GUY A. DAVIS UNDER FED. R. EVID. 702 AND** *DAUBERT* **AND RELATED MATERIALS** |

**[PROPOSED] ORDER**

Before this Court is Defendant Zuffa, LLC's ("Zuffa's") Motion to Seal Zuffa's Motions to Exclude the Testimony of Dr. Hal J. Singer, Dr. Andrew Zimbalist, and Guy A. Davis under Fed. R. Evid. 702 and *Daubert* and Related Materials ("Motion to Seal"). Zuffa seeks to seal three of its motions and materials related to those motions: (1) Zuffa's Motion to Exclude the Testimony of Dr. Hal Singer under Fed. R. Evid. 702 and *Daubert*; (2) Zuffa's Motion to Exclude the Testimony of Dr. Andrew Zimbalist under Fed. R. Evid. 702 and *Daubert*; and (3) Zuffa's Motion to Exclude the Testimony of Dr. Hal J. Singer under Fed. R. Evid. 702 and *Daubert*.

The Court finds that "compelling reasons" exist to seal the documents, or portions thereof, referenced in Zuffa's motion to seal. In addition, Zuffa has made the requisite "particularized showing" under the "good cause standard" of Federal Rule of Civil Procedure 26(c) as to the documents Zuffa moves to seal.

IT IS HEREBY ORDERED THAT Zuffa's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal those documents Zuffa has filed under seal in connection with the three motions referenced above.

IT IS SO ORDERED.

DATED: _____, 2018           By: _____
                                              Hon. Richard F. Boulware
                                              UNITED STATES DISTRICT JUDGE