1   Eric L. Cramer (*Pro Hac Vice*)
    Michael Dell'Angelo (*Pro Hac Vice*)
2   Patrick F. Madden (*Pro Hac Vice*)
    Mark R. Suter (*Pro Hac Vice*)
3   BERGER & MONTAGUE, P.C.
    1622 Locust Street
4   Philadelphia, PA 19103
    Telephone: (215) 875-3000
5   Fax: (215) 875-4604
    ecramer@bm.net
6   mdellangelo@bm.net
    pmadden@bm.net
7   msuter@bm.net
8
9   *Co-Lead Counsel for the Classes and*
    *Attorneys for Individual and Representative Plaintiffs*
10  *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
    *Vazquez, Brandon Vera, and Kyle Kingsbury*
11
12
                    **IN THE UNITED STATES DISTRICT COURT**
13
                       **FOR THE DISTRICT OF NEVADA**
14

15  Cung Le, Nathan Quarry, Jon Fitch, Brandon        Case No.: 2:15-cv-01045-RFB-(PAL)
    Vera, Luis Javier Vazquez, and Kyle
16  Kingsbury on behalf of themselves and all
    others similarly situated,
17
                         Plaintiffs,                   **DECLARATION OF ERIC L. CRAMER,**
18              v.                                     **ESQ.**
19
    Zuffa, LLC, d/b/a Ultimate Fighting
20  Championship and UFC,
21                       Defendant.
22
23
24
25
26
27
28

                    **DECLARATION OF ERIC L. CRAMER, ESQ.**

I, Eric L. Cramer, Esq., declare and state as follows:

1.      I am a managing shareholder of Berger & Montague, P.C., one of the Court appointed Interim Co-Lead Counsel for the proposed Classes and an attorney for Individual and Representative Plaintiffs. I am a member in good standing of the State Bars of Pennsylvania and New York, and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2.      I make this declaration in support of (a) Plaintiffs' Consolidated Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Drs. Hal Singer and Andrew Zimbalist, and (b) Plaintiffs' Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Guy A. Davis.

3.      Plaintiffs refer to this Declaration as "CD2" to distinguish from the Cramer Declaration, dated February 16, 2018, ECF No. 518-1, submitted in conjunction with Plaintiffs' Class Motion, ECF No. 518, which Plaintiffs refer to as "CD."[1]

4.      Attached as Exhibit 49 is a true and correct copy of the Supplement Expert Report of Hal J. Singer, Ph.D. (April 3, 2018) (referred to in Plaintiffs' papers as "SR3").

5.      Attached as Exhibit 50 is a true and correct copy of excerpts from the deposition of Joseph Silva, taken in this matter on June 7, 2017.

6.      Attached as Exhibit 51 is a true and correct copy of excerpts from the first deposition of Plaintiffs' economist Andrew Zimbalist, Ph.D., taken in this matter on September 25, 2017.

7.      Attached as Exhibit 52 is a true and correct copy of excerpts from the first deposition of Plaintiffs' economist Hal J. Singer, Ph.D., taken in this matter on September 27, 2017.

---

[1] In compliance with LR IA 10-3(a), and to reduce duplication of exhibits between Plaintiffs' and Defendant's filings, Plaintiffs' briefs refer to exhibits from the parties' previous filings that are part of the court record. For clarity, Plaintiffs have started their Exhibit numbering where the prior Cramer Declaration ("CD"), ECF No. 518-1 (Feb. 16, 2018) left off.  Exhibits 50, 55, 56, 57, and 58 contain additional excerpts that were not included in Exhibits 19, 22, 23, 24, and 25 respectively.

1

**DECLARATION OF ERIC L. CRAMER, ESQ.**

8.      Attached as Exhibit 53 is a true and correct copy of excerpts from the 30(b)(6) deposition of Robert Arum, taken in this matter on October 17, 2017.

9.      Attached as Exhibit 54 is a true and correct copy of excerpts from the deposition of Zuffa's proffered expert Elizabeth Kroger Davis, taken in this matter on November 28, 2017.

10.     Attached as Exhibit 55 is a true and correct copy of excerpts from the deposition of Zuffa's economist Paul Oyer, taken in this matter on November 29, 2017.

11.     Attached as Exhibit 56 is a true and correct copy of excerpts from the first day of the deposition of Zuffa's economist Robert H. Topel, taken in this matter on December 5-6, 2017.

12.     Attached as Exhibit 57 is a true and correct copy of excerpts from the second day of the deposition of Zuffa's economist Robert H. Topel, taken in this matter on December 5-6, 2017.

13.     Attached as Exhibit 58 is a true and correct copy of excerpts from the first day of the deposition of Zuffa's economist Robert D. Blair, taken in this matter on December 8-9, 2017.

14.     Attached as Exhibit 59 is a true and correct copy of excerpts from the second day of the deposition of Zuffa's economist Robert D. Blair, taken in this matter on December 8-9, 2017.

15.     Attached as Exhibit 60 is a true and correct copy of excerpts from the second deposition of Plaintiffs' economist Hal J. Singer, Ph.D., taken in this matter on January 23, 2018.

16.     Attached as Exhibit 61 is a true and correct copy of excerpts from the deposition of Plaintiffs' economist Alan Manning, taken in this matter on February 8, 2018.

17.     Attached as Exhibit 62 is a true and correct copy of excerpts of a document bearing the Bates label ZFL-0557588 through ZFL-0557599. Zuffa produced this document to Plaintiffs in discovery. This document is a true and correct copy of a March 18, 2014 presentation prepared for Zuffa by the firm, Mercer.

18.     Attached as Exhibit 63 is a true and correct copy of excerpts of a document bearing the Bates label ZFL-1055607 through ZFL-1055621. Zuffa produced this document to Plaintiffs in discovery. This document is a true and correct copy of a "Company Overview" prepared by Zuffa and provided to Deutsche Bank Securities, Inc. on February 1, 2013 in connection with a 2013 debt offering prospectus.

**DECLARATION OF ERIC L. CRAMER, ESQ.**

19.     Attached as Exhibit 64 is a true and correct copy of excerpts of a document bearing the Bates label ZFL-1070290 through ZFL-1070334. Zuffa produced this document to Plaintiffs in discovery. This document is a true and correct copy of a document titled "FlashCardsV3.docx" that was emailed by Zuffa CFO John Mulkey to Buffey Curtis on May 13, 2013.

20.     Attached as Exhibit 65 is a true and correct copy of a document bearing the Bates label ZFL-1081154 through ZFL-1081158. Zuffa produced this document to Plaintiffs in discovery. This document is a true and correct copy of a draft credit opinion prepared for Zuffa by Moody's Investor Service in January 2014 containing handwritten comments from Zuffa CFO John Mulkey.

21.     Attached as Exhibit 66 is a true and correct copy of a document bearing the Bates label ZFL-1425511 through ZFL-1425518. Zuffa produced this document to Plaintiffs in discovery. This document is a true and correct copy of an October 20, 2011 email from Caren Bell to Marc Ratner, Dana White, Lorenzo Fertitta, Lawrence Epstein, and Bryan Johnston.

22.     Attached as Exhibit 67 is a true and correct copy of a document bearing the Bates label ZFL-1872579. Zuffa produced this document to Plaintiffs in discovery. This document is a true and correct copy of a February 25, 2014 text message sent by Lorenzo Fertitta to Dana White.

23.     Attached as Exhibit 68 is a true and correct copy of excerpts of a document bearing the Bates label ZFL-2279086 through ZFL-2279100. Zuffa produced this document to Plaintiffs in discovery. This document is a true and correct copy of a September 2, 2009 presentation.

24.     Attached as Exhibit 69 is a true and correct copy of a document bearing the Bates label ZFL-2497585 through ZFL-2497587. Zuffa produced this document to Plaintiffs in discovery. This document is a true and correct copy of a July 31, 2014 email exchange between Joe Silva, Sean Shelby, and Tracy Long.

25.     Attached as Exhibit 70 is a true and correct copy of a document bearing the Bates label ZFL-2536695. Zuffa produced this document to Plaintiffs in discovery. This document is a true and correct copy of an August 2, 2013 email from Tracy Long to Joe Silva cc'ing Michael Mersch.

**DECLARATION OF ERIC L. CRAMER, ESQ.**

26.     Attached as Exhibit 71 is a true and correct copy of excerpts of a document bearing the Bates label WME_ZUFFA_00005368. WME-IMG produced this document to Plaintiffs in discovery. This document is a true and correct copy of an excel spreadsheet produced in native format titled prepared in May 2016 by WME-IMG.

27.     Attached as Exhibit 72 is a true and correct copy of an academic paper titled "Pay and Performance in Major League Baseball," authored by professor Gerald W. Scully and published in 1974 in The American Economic Review.

28.     Attached as Exhibit 73 is a true and correct copy of an academic paper titled "Player Salary Share and the Distribution of Player Earnings," authored by professor Gerald W. Scully and published in 2004 in Managerial and Decision Economics.

29.     Attached as Exhibit 74 is a true and correct copy of an academic paper titled "Monopsony and Salary Suppression: The Case of Major League Soccer in the United States," authored by professors John Twomey and James Monks and published in 2011 in The American Economist.

30.     Attached as Exhibit 75 is a true and correct copy of an academic working paper titled "Revenue Shares and Monopolistic Behavior in Intercollegiate Athletics," authored in 2011 by professor James Monks. The working paper can be accessed at https://www.ilr.cornell.edu/ sites/ilr.cornell.edu/files/WP155.pdf.

31.     Attached as Exhibit 76 is a true and correct copy of an academic paper titled "Demand for the Ultimate Fighting Championship: An Econometric Analysis of PPV Buy Rates," authored by professors Richard McGowan and John Mahon and published in 2015 in the Journal of Business and Economics.

32.     Attached as Exhibit 77 is a true and correct copy of an academic working paper titled "Declining Labor and Capital Shares," authored in 2016 by professor Simcha Barkai.  The working paper can be accessed at https://research.chicagobooth.edu/~/media/5872fbeb10424 5909b8f0ae8a84486c9.pdf.

33.     Attached as Exhibit 78 is a true and correct copy of a report authored by economist Kevin Murphy and Zuffa's economist Robert Topel titled "The Economics of NFL Team Ownership." This report was prepared in 2009 on behalf of the National Football League Players Association.

**DECLARATION OF ERIC L. CRAMER, ESQ.**

34.     Attached as Exhibit 79 is a true and correct copy of excerpts of a textbook by professor Jeffrey Wooldridge titled "Introductory Econometrics: A Modern Approach."

35.     Attached as Exhibit 80 is a true and correct copy of a December 1, 2010 press announcement released by Moody's Investor Service titled "Announcement: Moody's Changed Zuffa LLC's (d/b/a Ultimate Fighting Championship or UFC) Rating Outlook to Positive from Stable." The announcement can be accessed at https://www.moodys.com/research/Moodys-Changed-Zuffa-LLCs-dba-Ultimate-Fighting-Championship-or-UFC--PR_210184.

36.     Attached as Exhibit 81 is a printout from the website of the Daily Hampshire Gazette. The printout contains a March 8, 2018 article titled "One of 'baseball's great researchers': Smith professor fields lifetime achievement award" authored by Dusty Christensen. This page can be accessed at http://www.gazettenet.com/smith-college-economist-wins-baseball-research-award-16052832.

37.     Attached as Exhibit 82 is a true and correct copy of ECF No. 322-14 from *Golden Boy Promotions LLC v. Alan Haymon*, 2:15-cv-03378-JFW-MRW (C.D. Cal.).

38.     Attached as Exhibit 83 is a true and correct copy of a March 2, 2018 email exchange between Zuffa's economist Roger D. Blair, Ph.D. and Plaintiffs' economist Andrew Zimbalist, Ph.D.

39.     Attached as Exhibit 84 is a true and correct copy of a document bearing the Bates label ZUF-00113209 through ZUF-00113217. Zuffa produced this document to Plaintiffs in discovery. This document is a true and correct copy of a November 2009 email exchange between John Mulkey, Seth Gusler, and Neil Begley.

40.     Attached as Exhibit 85 is a true and correct copy of a document bearing the Bates label ZFL-1484034 through ZFL-1484037. Zuffa produced this document to Plaintiffs in discovery. This document is a true and correct copy of an August 8, 2013 email from Stephen Tecci to John Mulkey as well as three pdf documents attached therein.

**DECLARATION OF ERIC L. CRAMER, ESQ.**

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and this Declaration is executed in Philadelphia, Pennsylvania on April 6, 2018.

_/s/ Eric L. Cramer_
Eric L. Cramer

**DECLARATION OF ERIC L. CRAMER, ESQ.**