Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:    (215) 875-3000
Facsimile:     (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Brandon Vera, and Kyle Kingsbury*

*(Additional counsel appear on signature page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**INDEX OF EXHIBITS TO DECLARATION OF ERIC L. CRAMER, ESQ.** |

Pursuant to Local Civil Rule IA 10-3(d), Plaintiffs submit this Index of Exhibits to the Declaration of Eric L. Cramer, Esq.

| Exhibit Number | Description |
| --- | --- |
| 49 | Supplemental Expert Report of Hal J. Singer, Ph.D. (April 3, 2018) |
| 50 | Deposition of Joseph Silva (June 7, 2017) (excerpted) |
| 51 | Deposition of Andrew Zimbalist, Ph.D. (September 25, 2017) (excerpted) |
| 52 | Deposition of Hal J. Singer, Ph.D. (September 27, 2017) (excerpted) |
| 53 | Rule 30(b)(6) Deposition of Robert Arum (October 17, 2017) (excerpted) |
| 54 | Deposition of Elizabeth Kroger Davis (November 28, 2017) (excerpted) |
| 55 | Deposition of Paul Oyer (November 29, 2017) (excerpted) |
| 56 | Deposition of Robert H. Topel (December 5, 2017) (excerpted) |
| 57 | Deposition of Robert H. Topel (December 6, 2017) (excerpted) |
| 58 | Deposition of Roger D. Blair, Ph.D. (December 8, 2017) (excerpted) |
| 59 | Deposition of Roger D. Blair, Ph.D. (December 9, 2017) (excerpted) |
| 60 | Deposition of Hal J. Singer, Ph.D. (January 23, 2018) (excerpted) |
| 61 | Deposition of Alan Manning (February 8, 2018) (excerpted) |
| 62 | ZFL-0557588 (excerpted) |
| 63 | ZFL-1055607 (excerpted) |
| 64 | ZFL-1070290 (excerpted) |
| 65 | ZFL-1081154 |
| 66 | ZFL-1425511 |
| 67 | ZFL-1872579 |
| 68 | ZFL-2279086 (excerpted) |
| 69 | ZFL-2497585 |
| 70 | ZFL-2536695 |
| 71 | WME_ZUFFA_00005368 (excerpted) |
| 72 | Gerald W. Scully, *Pay and Performance in Major League Baseball*, 64(6) THE AMERICAN ECONOMIC REVIEW 915-930 (1974) |
| 73 | Gerald W. Scully, *Player Salary Share and the Distribution of Player Earnings*, 25(2) MANAGERIAL AND DECISION ECONOMICS 77-86 (2004) |
| 74 | John Twomey & James Monks, *Monopsony and Salary Suppression: The Case of Major League Soccer in the United States*, 56(1) THE AMERICAN ECONOMIST 20-28 (2011) |
| 75 | James Monks, *Revenue Shares and Monopolistic Behavior in Intercollegiate Athletics* (Cornell Higher Education Research Institute Working Paper 155, September 2013), *available at* https://www.ilr.cornell.edu/sites/ilr.cornell.edu/files/WP155.pdf |
| 76 | Richard McGowan and John Mahon, *Demand for the Ultimate Fighting Championship: An Econometric Analysis of PPV Buy Rates*, 6(6) J. BUS. & ECON. 1032-1056 (2015) |
| 77 | Simcha Barkai, *Declining Labor and Capital Shares* (U. of Chicago, New Working Paper Series No. 2, 2016), *available at* https://research.chicagobooth.edu/~/media/5872fbeb104245909b8f0ae8a84486c9.pdf |

| Exhibit Number | Description |
|---|---|
| 78 | Kevin Murphy and Robert Topel, *The Economics of NFL Team Ownership* (Chicago Partners, 2009) |
| 79 | JEFFREY WOOLDRIDGE, INTRODUCTORY ECONOMETRICS: A MODERN APPROACH (Thompson 4th ed. 2009) (excerpted) |
| 80 | Moody's Investors Service, "Announcement: Moody's Changed Zuffa LLC's (d/b/a Ultimate Fighting Championship or UFC) Rating Outlook to Positive from Stable," (December 1, 2010), *available at* https://www.moodys.com/research/Moodys-Changed-Zuffa-LLCs-dba-Ultimate-Fighting-Championship-or-UFC--PR_210184 |
| 81 | Dusty Christensen, *One of 'baseball's great researchers': Smith professor fields lifetime achievement award*, DAILY HAMPSHIRE GAZETTE (Mar. 8, 2018), *available at* http://www.gazettenet.com/smith-college-economist-wins-baseball-research-award-16052832 |
| 82 | *Golden Boy Promotions LLC v. Alan Haymon*, 2:15-cv-03378-JFW-MRW, ECF No. 322-14 (C.D. Cal. January 6, 2017) ("Deetz Report") |
| 83 | Mar. 2, 2018 email exchange between Roger D. Blair and Andrew Zimbalist |
| 84 | ZUF-00113209 |
| 85 | ZFL-1484034-37 |

1 | Dated: April 6, 2018

Respectfully Submitted,

By: /s/ Eric L. Cramer
      Eric L. Cramer

Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

Joseph R. Saveri (*Pro Hac Vice*)
Joshua P. Davis (*Pro Hac Vice*)
Jiamin Chen (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
jchen@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

**Co-Lead Class Counsel**

**Liaison Counsel for the Class**

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Phone: (702) 341-5200/Fax (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

**Additional Counsel for the Classes**:

Robert C. Maysey (*Pro Hac Vice*)
Jerome K. Elwell (*Pro Hac Vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Frederick S. Schwartz (*pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

William G. Caldes (admitted *pro hac vice*)
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
wcaldes@srkw-law.com

John D. Radice (admitted *pro hac vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Phone: (646) 245-8502
jradice@radicelawfirm.com