# Exhibit 49

## Supplemental Expert Report of Hal J. Singer, Ph.D. (April 3, 2018)

FILED UNDER SEAL

**FILED UNDER SEAL**