# Exhibit 50

Deposition of Joseph Silva (June 7, 2017) (excerpted)

PUBLIC COPY - REDACTED

PUBLIC COPY - REDACTED

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON  )
FITCH, on behalf of          )
themselves and all others    )
similarly situated,          )
                             )
        Plaintiffs,          )
                             )
     vs.                     ) Case No.
                             ) 2:15-cv-01045-RFB-(PAL)
                             )
ZUFFA, LLC, d/b/a Ultimate   )
Fighting Championship and    )
UFC,                         )
                             )
        Defendant.           )
_____)

VIDEOTAPE DEPOSITION OF JOSEPH SILVA

Richmond, Virginia

June 7, 2017

8:11 a.m.

Reported by:
KIMBERLY L. RIBARIC, RPR, CCR
JOB NO. 50374

**PUBLIC COPY – REDACTED**

```
                                              98
 1                    SILVA
 2      A.  Yes.
 3          And the problem with something like this,
 4   too, is it's not just the Gomi part.  How would I
 5   bring that to Khabib?  I'm looking at Khabib's side
 6   of it.  He's going, I'm highly ranked, I would like
 7   to get in position to fight for a title, and beating
 8   Gomi is not going to help me elevate myself.
 9      Q.  So top fighters, like Khabib, who was
10   number 4 at the time, he's going to want to fight
11   other top fighters in order to get a chance to
12   contend for the title; correct?
13          MR. ISAACSON:  Objection.  Calls for
14      speculation.
15      A.  Correct.
16      Q.  What ended up happening here, do you
17   remember?
18      A.  I don't recall.  I don't remember who Gomi
19   went on to fight.
20      Q.  And -- and just so I'm clear, one way a
21   fighter can become a contender is by defeating
22   higher-ranked opponents?
23      A.  Yes.
24      Q.  And so if you keep defeating higher-ranked
25   opponents, eventually you'll be able to fight for the
```

```
                                              99
 1                    SILVA
 2   championship; is that right?
 3      A.  The -- what -- the one problem with that is
 4   in a match-up somebody is always going to be ranked
 5   lower.
 6      Q.  Right.
 7      A.  So it's not that you can't still elevate off
 8   a lower, but it's how much lower.
 9      Q.  I see.  So if your -- if your goal as a
10   fighter is to contend for the title, you -- you do,
11   in general, want to continue to fight top-ranked
12   opponents; is that right?
13      A.  Correct.
14          MR. CRAMER:  Okay.  All right.  I'd like
15      to mark as Silva Exhibit 6 the next text
16      compilation.
17          (Silva Deposition Exhibit 6 marked for
18          identification.)
19      Q.  All right.  This is -- this compilation is
20   Bates ZFL-2699690.  And this document was produced by
21   Zuffa to us as a compilation of text messages that
22   had been pulled from your phone.  And the interchange
23   I'd like to ask you about is on page 24 to 25 of
24   Exhibit 6, so 24 of 163.
25          MR. MADDEN:  It's 25 to 26.
```

```
                                              100
 1                    SILVA
 2      Q.  I'm sorry, 25 to 26.
 3          And in particular, the text that was sent to
 4   you dated 2/27/15 at 18:07.  So at the very bottom of
 5   the page.  And I believe the --
 6          MR. ISAACSON:  I'm sorry, bottom of which
 7      page?
 8          MR. CRAMER:  Bottom of page 25.
 9          MR. ISAACSON:  Oh, there.  I see it.
10      Yeah.
11          MR. CRAMER:  There's a blank, the blanks
12      are Silva.
13          MR. ISAACSON:  Okay.
14          MR. CRAMER:  I'll represent to you that
15      the blanks are Silva.
16      Q.  And the from is (720) 470-9009.
17          Do you recognize that phone number?
18          Is that John Crouch?
19      A.  I don't know.
20      Q.  Okay.  Who is John Crouch?
21      A.  John Crouch is a trainer and manager.
22      Q.  Okay.  We believe it's John Crouch.  If --
23   if the context allows you to confirm that for me,
24   please do.
25          So the person who texted to you on 2/27/15
```

```
                                              101
 1                    SILVA
 2   at 18:07 said:  "What did you think of the Ben v.
 3   Tyron match-up."
 4          And you say:  "I like it."
 5          And he responded:  "Think we could do five
 6   rounds?  Would like to have some time to wear these
 7   guys down."
 8          And you say:  "Probably not.  Only main
 9   events are five rounds and those are i stalky main
10   events or the highest ranked, biggest draws
11   available.  We have main events locked in through
12   June."
13          Can you recall that you sent at least the
14   last text there, the "probably not"?  Does that sound
15   like you?
16      A.  Yeah.  I don't dispute it.
17      Q.  Okay.  And you -- "i stalky" looks like an
18   i-correct or some kind of --
19      A.  Yeah, it has later on, it says, like, "darn
20   auto correct."
21      Q.  Yeah.  So what -- what did you think
22   "i stalky" meant?
23      A.  (Reading.)  I'm not sure.  But what I was
24   telling him, as said in the last sentence, was that
25   we already had all the main events through that time
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

```
                                                   102
 1                         SILVA
 2   period locked in.
 3        Q.  Okay.  So I just want to understand some of
 4   the context here, if I might.
 5        A.  Uh-huh.
 6        Q.  Is it correct that when selecting -- well,
 7   what are main events?  Let's start there.
 8        A.  It's the final fight of the show, the
 9   most -- the -- the show you're kind of putting the
10   most promotion and advertising on --
11        Q.  And that's --
12        A.  -- fight --
13        Q.  That's the main fight that you use as the
14   draw to the event?
15        A.  Yes.
16        Q.  And in those main events, you look to use
17   the biggest drawing fighters; correct?
18        A.  That are available at the time, yes.
19        Q.  That are -- okay.  That are available at the
20   time.  And those include some of the highest-ranked
21   fighters; correct?
22        A.  Sometimes.
23        Q.  Why is it that you seek to populate the main
24   events with the biggest draws as fighters?
25        A.  Because you would like people to buy tickets
```

```
                                                   103
 1                         SILVA
 2   to it, to tune in on TV to watch it.  And they're
 3   going to want to see the biggest stars that you have.
 4        Q.  And if you have an event that doesn't have a
 5   top level, headlining match-up, that could hurt the
 6   ability of the event to attract an audience; is that
 7   fair?
 8        A.  It is.  And that does happen.  As I said,
 9   it's about what's available.  You may want a bigger
10   fight for a card, but if people are injured or get
11   married or whatever -- you have to work with what you
12   have.
13        Q.  And you'd like to have -- as a matchmaker,
14   you'd like to have the -- a complete stable of
15   top-level fighters that are available to fight so you
16   can create headlining events; correct?
17            MR. ISAACSON:  Objection.  Objection to
18        form.
19        A.  That would be ideal.
20        Q.  Okay.  And you would not headline an MMA
21   event at the UFC with two lesser-known or
22   lower-ranked fighters if you could help it; correct?
23        A.  If you could help it.
24        Q.  And that's because that kind of event would
25   not draw as much fan interest as one with
```

```
                                                   104
 1                         SILVA
 2   better-known fighters; is that fair?
 3        A.  Yes.
 4        Q.  All right.  If you turn to -- one second.
 5   All right.  Turn to page 2 of the compilation,
 6   please, Silva Exhibit 6.  And if I could draw your
 7   attention to -- to a text that was sent to you dated
 8   January 31st, 2015, at 1:46 p m., sort of in the
 9   middle of the page.  The blanks, again, are you.  And
10   this was sent to you by (856) 297-2465.  And I'll
11   represent to you that that is Rob Haydak, Paul
12   Felder's representative.
13        A.  Okay.
14        Q.  Does that ring a -- is that -- did you know
15   that that was his phone number?
16        A.  No.  I don't know any phone number because
17   it's cell phones, I just hit the name.
18        Q.  Exactly.  Okay.  Understood.
19            But we believe that that is Rob Haydak.
20        A.  Okay.
21        Q.  Who is Paul Felder?
22        A.  He is a lightweight fighter in the UFC.
23        Q.  And Paul Felder is a fighter representative;
24   is that right?  I'm sorry, Rob Haydak --
25        A.  Rob Haydak is.
```

```
                                                   105
 1                         SILVA
 2        Q.  -- is a fighter representative?
 3        A.  Yes.
 4        Q.  Okay.  And he's someone who you've dealt
 5   with from time to time --
 6        A.  Yes.
 7        Q.  -- or you did when you were at UFC?
 8            Okay.  And he asks:  "Do you still need
 9   someone for Thatch?"
10            And you answer:  "Who do you have?"
11            And then there are -- I'd like you to -- you
12   say:  "Jonavin Webb 7 and 0."
13            And then he says:  "If you need me for Feb
14   am there."
15            And you say --
16        A.  I think that's somebody else.
17        Q.  Somebody else.  Different one.
18            So let's go to C -- I think your answer here
19   is:  "CFFC champ.  Teammate with Felder."
20            This is from -- I'm sorry.  This is from
21   Haydak to you.
22        A.  Uh-huh.
23        Q.  He says, CFS -- "CFFC champ." --
24        A.  Uh-huh.
25        Q.  -- "Teammate with Felder.  Trains with
```

27 (Pages 102 to 105)

**PUBLIC COPY – REDACTED**

```
                                    106                                              108
  1             SILVA                              1             SILVA
  2   Cerrone.  Very tough."                       2   that's popular with fans and that's well known; is
  3            "It's a main event.  I need a name guy,   3   that fair?
  4   preferably one who has fought in the UFC."   4        MR. ISAACSON:  Objection to form.
  5            I'm sorry, I skipped over.  So he says:   5     A.  That's -- ideally it's always a sliding
  6   "CFFC champ.  Teammate with Felder.  Trains with   6   scale, as maybe my text will show.  I go, this is
  7   Cerrone.  Very tough."                       7   what I'm looking for; and as time is going by, it's,
  8            And then you respond:  "It's a main event.   8   okay, well, what's the next step down.  What's the
  9   I need a name guy, preferably one who has fought in   9   next step down.  You do the best that you can.  You
 10   the UFC."                                   10   have your ideal for it, but then you quite often have
 11            Do you see that?                   11   to settle for less.
 12      A.  Yes.                                 12     Q.  And you prefer name guys who've fought in
 13      Q.  Okay.  What is CFFC?                 13   the UFC for main events because they tend to be
 14      A.  It's a promotion, fighting promotion.   14   people who are proven and high-quality fighters; is
 15      Q.  And --                               15   that fair?
 16      A.  Like cage fighting -- fighting championship,   16        MR. ISAACSON:  Objection to form.
 17   something like that.                        17     A.  They at least have a name awareness from UFC
 18      Q.  Okay.  So it's a promotion.          18   fans.  They go, I know who this guy is.
 19            And Mr. Haydak is -- is offering to you a   19     Q.  And so those fighters who have a UFC
 20   fighter who was one of Felder's teammates who trains   20   pedigree will generate more fan interest?
 21   with Cerrone for the fight.  Is that what was going   21     A.  It's not only that.  It's also that people
 22   on?                                         22   know, as I had brought up earlier, that competing in
 23      A.  Yes.  He's trying to establish his pedigree.   23   your first UFC, even for high-level guys, tends to be
 24      Q.  I see.  Says, he's very tough.       24   a difficult thing.  They have what the commentators
 25            And then -- and that -- and then you say to   25   term "the UFC jitters."  For somebody like Quinton

                                    107                                              109
  1             SILVA                              1             SILVA
  2   him:  "It's a main event.  I need a name guy,   2   "Rampage" Jackson, who competed in Pride in front of
  3   preferably one who has fought in the UFC."   3   huge crowds, still his first UFC he said he had UFC
  4            What were you trying to convey to   4   jitters and it's hard.
  5   Mr. Haydak?                                  5            So it's a tough situation to put somebody
  6      A.  That ideally in the situation what I was   6   into for the first UFC.  It's like, hey, you're not
  7   looking for is somebody who people were familiar with   7   just making your UFC debut, you're in the main event.
  8   since this was the main event.              8   It's more rounds that you may not be used to.  It's a
  9      Q.  And why did you -- why were you telling him   9   tough thing.  So you would prefer not to do that.
 10   that you wanted preferably someone who had fought in  10     Q.  So you don't want to take someone who has
 11   the UFC?                                    11   fought in another promotion and may have been
 12      A.  So that fans would have that name    12   successful in that other promotion, but -- and -- and
 13   recognition, why is this guy in the main event?  13   stick them directly in a main event where they would
 14      Q.  And it was your -- you were trying to convey  14   potentially be jittery if they were fighting for
 15   that more likely a name guy is going to be someone  15   the --
 16   who has a pedigree where he was already established  16     A.  It's happened.  And there are some who've
 17   in the UFC?                                 17   done well, but there's also some who've complained.
 18      A.  Yes.  If you're going to be a main event of  18   There's some who are like, wow, that was -- turned
 19   the UFC, it would make sense that you most likely  19   out to be an issue.  But they would have sworn
 20   already fought in the UFC.                  20   beforehand that it was not going to be an issue.  But
 21      Q.  Okay.  And it's fair to say that in  21   you don't know till you're there.
 22   selecting main events, you -- you need a name guy,  22           But what I like to do is give people the
 23   generally; is that right?                   23   best chance to succeed.  I'm not trying to get
 24      A.  As best as you can do.               24   anybody to win, but I'm trying to give them the best
 25      Q.  And a name guy generally means a fighter  25   chance to do as well as they can.
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**PUBLIC COPY – REDACTED**

```
                                    158
 1              SILVA
 2     A.  Yes.
 3     Q.  And those were the consensus MMA rankings of
 4  fighters at the time; is that right?
 5     A.  Correct.
 6     Q.  And these were the rankings that you and
 7  other MMA organizations used in -- in ranking
 8  fighters; is that right?
 9     A.  Well, it's an example of what I used for the
10  purpose of this e-mail.  What I think anybody would
11  use -- this is -- not everybody is going to use the
12  consensus if the consensus doesn't benefit them.
13     Q.  Okay.
14     A.  If you are Strikeforce and one of the
15  web sites had your fighters ranked higher, I'm sure
16  you go, that is most credible poll.  This is one I
17  just grabbed in general, and it supported -- this was
18  an e-mail that I sent most likely because my bosses
19  like to bust my chops and just say, like, are you
20  doing your job, are you going out there, are you
21  trying to get the best talent, are you working hard,
22  are you doing this and that.  So it's in response to
23  something like that.  It's like, look, look how many
24  good guys that I have gone out and gotten.
25     Q.  So you're showing your boss how successful
```

```
                                    159
 1              SILVA
 2  you and Shelby have been in getting the top fighters
 3  in the sport; is that right?
 4     A.  Getting a lot of them, yes.  As I put,
 5  detailed out, we certainly didn't have all of them,
 6  but in each weight class we had good representation
 7  in every weight class.
 8     Q.  And the -- after the list of heavyweight,
 9  lightweight, et cetera, it says:  "Compiling the
10  rankings of twenty top mixed martial arts web sites,
11  the USA Today/SB Nation Consensus MMA Rankings
12  present the top 25 fighters in MMA for the seven
13  major weight classes."
14         Do you see that?
15     A.  Yes.
16     Q.  So this was the consensus rankings of the
17  top 20 web sites; is that right?
18     A.  Does it say -- does it say top 20?  I'm not
19  sure how they're ranking that.
20     Q.  Says compiling the rankings of 20 top mixed
21  martial arts web sites.
22     A.  Yeah, that's their claim.
23     Q.  That's their claim.
24         And you were using this evidence, this
25  information, to tout your success to your bosses;
```

```
                                    160
 1              SILVA
 2  right?
 3     A.  Yes.
 4     Q.  Okay.  And then this says -- now, did you
 5  write this compiling the rankings and --
 6     A.  No.
 7     Q.  No.  Oh this was from --
 8     A.  That's just -- that's copied off their web
 9  site.  Just, I cut and pasted the whole thing, down
10  the rankings.
11     Q.  Okay.  And part of what you cut and pasted
12  from the web site was language that said, "These
13  world MMA rankings are the most accurate reflection
14  of how the top fighters in MMA across all promotions
15  like UFC, WEC, Affliction and Dream are viewed by the
16  experts who cover the sport."
17         Do you see that?
18     A.  Yeah.
19     Q.  Is -- do you have a basis to disagree with
20  that?
21     A.  There are certainly people who did.  There
22  was a different ranking system called FightMetric who
23  pointed out, saying that they found this system very
24  flawed and that they went with a system that was
25  statistical based rather than polling journalists.
```

```
                                    161
 1              SILVA
 2  So you could subscribe to their model.
 3         I don't know scientifically which one is
 4  better.  In the end, it's all opinion.  If it wasn't,
 5  all the web sites would be unanimous, and they
 6  weren't.  That's why they had to crunch them together
 7  and see what was the average.  But you didn't have
 8  every web site in agreement, yes, this is the precise
 9  ranking.  This is just an average.
10     Q.  It was an average of 20 of the top web
11  sites?
12     A.  Yes.
13     Q.  Okay.  And you also said that there's
14  another ranking system out there called FightMetrics?
15     A.  Yes.
16     Q.  And they have a database of fighters?
17     A.  Yes.
18     Q.  And they do a statistical ranking?
19     A.  Correct.  Yes.  They didn't base theirs off
20  of opinions of journalists.  They based it on what
21  they claim are just cold, hard statistics, and that
22  they felt that was a better measure.
23         There were some things that I liked better
24  in theirs and there's some things that didn't make
25  sense to me.  But that was the same with this kind of
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**PUBLIC COPY – REDACTED**

```
                                                          162
 1                    SILVA
 2   poll too.  There was ones like, hmm, that seems high
 3   or that seems low, so -- but it's two different ways.
 4   I think it's just an imperfect science, but it gives
 5   you a decent general view.
 6        Q.   So this compilation gives one a decent
 7   general view of the relative ranking of the top
 8   fighters, and FightMetrics gives you a decent
 9   relative view of the relative rankings of the top
10   fighters; is that fair?
11             MR. ISAACSON:  Objection to form.
12        A.   Yeah, it would just -- because their results
13   differ, I -- I do -- it would be hard to say -- how
14   can you say they're both accurate when they come with
15   different results.  But I understand what they're
16   trying to do.  And to shoot back at my bosses and
17   thump my chest, this is the one that helped me do
18   that.
19        Q.   But you wouldn't -- you wouldn't disagree if
20   someone used FightMetrics as a -- as a basis for
21   evaluating fighters, that that was one at least
22   potentially reliable way to evaluate and rank
23   fighters; correct?
24             MR. ISAACSON:  Objection to form.
25        A.   Yeah.  And people have come to me, if there
```

```
                                                          163
 1                    SILVA
 2   was a fighter who was on FightMetric that, say, was
 3   not recognized as high as the other, certainly their
 4   manager is going, no, this is very credible.
 5        Q.   And you would -- you would think, well,
 6   that's some evidence that that fighter has some
 7   credible argument --
 8        A.   But mostly I would default to my own.  It's
 9   like, I've seen them fight and this is my opinion,
10   which my opinion could be wrong, but it's my opinion.
11        Q.   Is it fair to say that FightMetrics was used
12   by some people in the industry as a basis for
13   evaluating fighters?
14        A.   Yes.  It was used by -- if they didn't have
15   visitors and users, I'm sure they would have gone
16   away.  They've been around for a long time.
17        Q.   And who were the types of entities or people
18   in the industry that used FightMetrics to evaluate
19   fighters?
20        A.   I think there are some people who, just fans
21   of a statistical model, that idea appealed to them.
22   There's other people who feel like no, there's a lot
23   of gray areas and other factors that -- that you
24   should take into account.  But it's just -- it's a
25   difference of philosophy on it.  And I -- I'm
```

```
                                                          164
 1                    SILVA
 2   guessing that somewhere in between the two you could
 3   probably get something closer.
 4        But in the end, it doesn't mean much other
 5   than -- you certainly know the -- these guys have
 6   achieved certain things, but I've seen so many where
 7   this guy is consensus number one and then he gets
 8   crushed in his next fight.  It's like what did
 9   that --
10        Q.   Right.
11        A.   -- mean that he was.  And it doesn't even
12   mean that they are wrong, he was at that moment, but
13   maybe that was his peak moment and it changed.  So
14   it's useful for some things.
15        It was useful for me when they're going, are
16   you out there working your butt off trying to find us
17   the best talent.  It's like, yes, I am, this
18   represented I'm trying to -- to do as well as I can.
19        Q.   Okay.  And what this information showed, as
20   is summarized at the top, was that the UFC had 15 out
21   of the top 25 heavyweights?
22        A.   Yes.
23             MR. ISAACSON:  Objection.  Time frame.
24        Q.   In February 2011?
25        A.   Yes, at the time.
```

```
                                                          165
 1                    SILVA
 2        Q.   At the time.
 3        And in February 2011, it had six out of the
 4   top ten heavyweights; is that right?
 5        A.   Yes.
 6        Q.   And then for the light heavyweights, the UFC
 7   had 19 out of the top 25 lightweight -- light
 8   heavyweights; is that right?
 9        A.   Yes.
10        Q.   And nine out of the top ten; is that right?
11        A.   Yes.
12        Q.   And in 2011, UFC had 18 out of 25 of the top
13   middleweights; is that right?
14        A.   Yes.
15        Q.   And 8 out of the top 10 middleweights; is
16   that right?
17        A.   Yep.
18        Q.   And it had 21 out of the 25 top
19   welterweights; isn't that right?
20        A.   Yes.
21        Q.   And the UFC had 8 out of the top 10
22   welterweights; isn't that right?
23        A.   Yes.
24        Q.   And UFC had 17 out of the top 25
25   lightweights; isn't that right?
```

**PUBLIC COPY – REDACTED**

```
                                                              166
 1                    SILVA
 2       A.  Yes.
 3       Q.  And 6 out of the top 10 lightweights;
 4   correct?
 5       A.  Yes.
 6       Q.  And it had 14 out of the top 25
 7   featherweights; correct?
 8       A.  Yes.
 9       Q.  And 6 out of the top 10 featherweights;
10   correct?
11       A.  Yes.
12       Q.  And bantamweights, it had 17 out of the top
13   25; correct?
14       A.  Yes.
15       Q.  And 9 out of the top 10; correct?
16       A.  Yes.
17       Q.  All right.  Now, it's fair to say if you
18   look at the list below, that this list was only
19   counting as part of the UFC, fighters who were --
20   that -- at that time fighting with the UFC; correct?
21           In other words, it didn't count Strikeforce
22   fighters as part of the UFC for the purposes of these
23   numbers that I just read to you?
24           So for example, look at heavyweight MMA,
25   you'll see, at the bottom of the page, number one is
```

```
                                                              167
 1                    SILVA
 2   Cain Velasquez, but if you look at 7, it says
 3   Alistair Overeem, Strikeforce.
 4       A.  Uh-huh.  I don't -- I'm not clear on time
 5   frame.  Like, so, did we have Strikeforce, had we
 6   acquired them at that -- that time.
 7       Q.  Whether or not you did, as of --
 8       A.  No, it does matter.  If we had acquired them
 9   when I said that we have, then that would included.
10       Q.  Okay.
11       A.  If we had not acquired them, then it would
12   not include that.
13       Q.  Okay.  Fair -- fair enough.  I understand.
14           So in order -- at -- if at this time, in
15   January 27, 2011, or shortly thereafter, the UFC had
16   or was about to acquire Strikeforce, then the correct
17   number that the UFC had of the top 25 heavyweights
18   would be 21 out of the top 25; correct?
19           You add the 15 out of the top 25 that --
20   that's UFC, and then you add 6 Strikeforce, Werdum,
21   Overeem, Silva, Barnett, Rogers; correct?
22       A.  But we had not acquired it yet.
23       Q.  Right.  But I'm just saying if -- if you
24   had --
25       A.  Well, also that would be a later date, which
```

```
                                                              168
 1                    SILVA
 2   would change the rankings.
 3       Q.  It would change the rankings.
 4           But you would agree that if you take the UFC
 5   and you add Strikeforce, that would mean that the UFC
 6   and Strikeforce together, in January 27, 2011, had 21
 7   of the top 25 heavyweights; correct?
 8       A.  No.
 9       Q.  Yes?
10       A.  If we would have acquired them at the date
11   that this came out, then yes, we would have that
12   many.
13       Q.  So if you -- let me just ask it this way.
14   If you add the UFC to the Strikeforce fighters for
15   heavyweights, UFC plus Strikeforce gives you 21 out
16   of the top 25 heavyweights; correct?
17       A.  You would have to count them up.  I'm not
18   doing that.
19       Q.  Well, UFC world heavyweight, 15 out of 25,
20   right, at the top?
21       A.  Uh-huh.
22       Q.  And if you look at the bottom of the page,
23   there's six Strikeforce fighters; right?
24       A.  Okay.
25       Q.  So you add 15 plus 6, equals 21; right?
```

```
                                                              169
 1                    SILVA
 2       A.  Yeah.
 3       Q.  So UFC plus Strikeforce, in January of 2011,
 4   would give you 21 of the top 25 heavyweights;
 5   correct?  Would give UFC plus Strikeforce 21 of the
 6   top 25 heavyweights?
 7       A.  Yes, except that that's still theoretical.
 8   Mike Russow, who's ranked number 23 here, could have
 9   dropped off of that.  He's low on it.  Within a month
10   he could lose a fight and not be on there, so that
11   would alter your number.
12       Q.  Yeah.  I understand that.
13       A.  Same with Stefan Struve.  Same with John
14   Madsen.
15           We also have -- of those top 25, we have the
16   lowest ranked gays on there.  And with one loss or
17   one win from somebody in another organization, they'd
18   get pushed out of that.
19           So that's not necessarily -- even then after
20   that we acquire Strikeforce doesn't mean that we have
21   that many of the top.
22       Q.  I -- I understand.
23           I'm just talking about as of January 2011,
24   if you add Strikeforce and UFC fighters, Strikeforce
25   plus UFC in January of 2011, gives the Strikeforce
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

```
                                                         182                                                              184
 1                    SILVA                                           1                    SILVA
 2       Q.  And so one of the things you do as a -- as               2       Q.  It's in the -- would you agree that it would
 3   the senior VP of talent is you look out at other MMA             3   be in the interest of fighters to be able to test
 4   promotions and you look for people who you think                 4   free agency just to see if they could get a -- a
 5   might be ready for the UFC; right?                               5   counteroffer?
 6       A.  Yes.                                                     6           MR. ISAACSON:  Objection.  Calls for
 7       Q.  And then you seek to recruit those people to             7       opinion.  Form.
 8   the UFC, is that right, if -- if they're ready?                  8       A.  Yeah, I think our contracts have provisions
 9       A.  Well, I don't -- I'm always very cautious                9   for that at the end of the contract.
10   not to interfere with somebody's contract.                      10       Q.  You're referring to the right to match
11   Generally, if -- if somebody becomes available,                 11   provision?
12   they'll reach out to me.                                        12       A.  That's just -- the contracts don't last
13       Q.  I see.  Okay.  So if someone at another                 13   forever, so you will eventually -- if that's your
14   promotion becomes available because their end of                14   choice, you will, and fighters have, gone to free
15   their -- their contract has ended, then they'll                 15   agency.
16   contact you; and if they're someone that is, you                16       Q.  So the contracts don't last forever.  It's
17   believe, of UFC caliber, you might engage in                    17   fair to say that at the end of the term of a contract
18   negotiations?                                                   18   that it's your understanding that Zuffa has a 90-day
19       A.  Yes.  I think the -- fighters will want to              19   exclusive negotiation period?
20   test free agency, so they may contact Bellator, they            20       A.  Yes.
21   may contact me, but they're not going to do it until            21       Q.  All right.  And during that period, Zuffa is
22   they're able to; or every now and then they wouldn't,           22   the only one who can bid on the services of that
23   and I would remind them, get back to me when you                23   fighter; is that correct?
24   legally can.                                                    24       A.  That is my understanding.
25       Q.  Right.                                                  25       Q.  And then there is a year period called the

                                                         183                                                              185
 1                    SILVA                                           1                    SILVA
 2       A.  I don't want to talk to you till you're free             2   right-to-match period; is that your understanding?
 3   to talk to me.                                                   3       A.  Yes.
                                                                      4       Q.  And during that period, the fighter is able
                                                                      5   to field offers from other promotions, but Zuffa has
                                                                      6   the right to match that offer; is that right?
                                                                      7       A.  That is correct.
                                                                      8       Q.  And if Zuffa matches that offer, then that
                                                                      9   fighter is obliged to then re-sign with Zuffa; is
10           And every now and then you'll get one from              10   that right?
11   1FC or from KSW that is not of the norm, but they               11       A.  I believe so.
12   just decide I like that guy and we're going to bid on           12       Q.  So during that 15-month period, if there's a
13   him.  But you won't know until you put feelers out              13   fighter that Zuffa wants to keep, it has the option
14   there.                                                          14   of keeping him as long as Zuffa matches any offer
15       Q.  And from the fighter's perspective, some of             15   during that right-to-match period; correct?
16   them want to test free agency so that they can have a           16       A.  Yes.
17   number of different promotions bidding for their                17       Q.  Would you agree with me that 15 months is a
18   services; is that right?                                        18   long time in an MMA fighter's career, especially
19           MR. ISAACSON:  Objection.  Calls for                    19   during the peak of a MMA fighter's career?
20       speculation.                                                20           MR. ISAACSON:  Objection to form.
21       A.  Yeah, I would say that some do.  Some --                21       A.  No, in that if you -- if the idea is that
22   some feel reassured just to -- you know, just sign me           22   you want to see how you can get the best deal, you
23   up where I'm now, this is where I'm happy.  And some            23   are getting that best deal within that, if we have
24   go, no, I'm interested in seeing what other people              24   the right to match.  If it's after the 90-day
25   have to say.                                                    25   exclusive period, and another promotion says, we can
```

[Lines 4-9 of page 183 redacted]

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

```
                                       186                                          188
 1              SILVA                                1              SILVA
 2   give you this much money, we either have to give them   2   fighters in the lightweight class that would be able
 3   as much money or we have to let them go.        3   to give Gaethje an appropriate test?
                                                     4       A.  No.  I think -- as I stated earlier, I
         [REDACTED]                                  5   think -- he was in the lightweight division, which I
                                                     6   think is the deepest division in the world.
                                                     7       Q.  Uh-huh.
                                                     8       A.  I think that pretty much everybody has a
                                                     9   decent one, but then to truly stand out -- it's not
                                                    10   that you're not good, but you're just amongst the
                                                    11   best.
                                                    12       The worst lightweight that I have is pretty
13       Q.  All right.  And -- and waiting 15 months  13   darn good.  They're not getting by just on their
14   without fighting is a long time in a fighter's  14   size.  There's so many, just to be in at all you --
15   career; correct?                                15   you must be at -- at a high level of talent.
16       MR. ISAACSON:  Objection to form.           16       So it -- it's not that they didn't have good
17       A.  Depends on the fighter.                 17   ones, but they did not generally have as many
18       Q.  Well, fighters are independent contractors;  18   recognized people.  With them competing amongst
19   correct?                                        19   themselves, not as many had yet stood out, where
20       A.  Yes.                                    20   Melvin Guillard was simply a known quantity.
21       Q.  And they -- they pay -- in general, they pay  21       Q.  Because he had been at the UFC?
22   for their own health insurance; correct?        22       A.  He'd been at the UFC, but he'd also fought
23       A.  We have a form of health insurance, yeah.  23   in other shows around the world too.
24       Q.  But that health insurance doesn't cover  24       Q.  Right.
25   their families, for example; right?             25       A.  He's -- he's a veteran and he'd been around

                                       187                                          189
 1              SILVA                                1              SILVA
 2       A.  No.                                     2   and you knew of him, so he -- he made for a good
 3       Q.  And that they have to pay for their trainer;  3   measuring stick.
 4   right?                                          4       Q.  And the World Series of Fighting at that
 5       A.  Generally the trainers will take a      5   time, in the lightweight division, may have had a lot
 6   percentage from their purse.  So if they're not  6   of other talented fighters, but it didn't have a lot
 7   getting a purse, then no.                       7   of other known quantities like Melvin Guillard;
 8       Q.  The trainers aren't paid by the UFC;    8   correct?
 9   correct?                                        9       A.  Correct.
10       A.  No.                                    10       Q.  All right.  Back to Exhibit 4, which is one
11       Q.  Correct, they're not paid by the UFC?  11   of these -- here -- one of these text message
12       A.  Correct.                               12   compilations.
13       Q.  UFC doesn't pay fighters' trainers directly;  13       Turn to page 39 of Exhibit 4.  All right.
14   correct?                                       14   I'd like -- this is from -- this is the compilation
15       A.  Correct.                               15   of text messages that was produced to us by Zuffa
16       Q.  And the fighters, in general, pay for their  16   that I think came from Dana White's phones, and I'm
17   own meals while they're training; correct?     17   referring to a series of texts from November 11th,
18       A.  Correct.                               18   2014.  And there is a text at 2:30:24 that I'd like
19       Q.  And their own travel while they're training;  19   to refer to, from you to (702) 686-1092.
20   correct?                                       20       A.  Uh-huh.
21       A.  Correct.                               21       Q.  Is that Dana White?
22       Q.  When you said that the world's -- when you  22       A.  I believe so.
23   said that Gaethje's first real test coming up was  23       Q.  Okay.  So you say to Dana White on
24   Melvin Guillard, is it fair to say that the World  24   November 14, 2014, at 2:30 in the afternoon:  "Melvin
25   Series of Fighting didn't have a lot of other  25   Guillard missed weight for his WSOF title fight.  Now
```

```
                                                              190
 1                      SILVA
 2    non title and supposedly Gaethje demanded 50 percent
 3    of his purse and got it."
 4           And then White says, "Where is the fight" --
 5       A.  Tampa, Florida.
 6       Q.  And Tampa, Florida.
 7           And then there's an e-mail [sic] that --
 8    that you send to White that says: "In the press
 9    conference the day before he said he is an A level
10    fighter fighting in a B level show. Never was the
11    smartest guy."
12           Do you see that?
13       A.  Yes.
14       Q.  What did you mean when you said that Gaethje
15    said he was an A-level fighter fighting in a B-level
16    show?
17       A.  I don't think I was talking about Gaethje, I
18    think I was talking about Melvin Guillard.
19       Q.  Okay. Guillard. So what did you mean when
20    you said --
21       A.  I thought he was being disrespectful to the
22    promotion that he's fighting in.
23       Q.  I see. So he was disrespecting World
24    Series.
25       A.  Right. It's like they're giving you a shot
```

```
                                                              191
 1                      SILVA
 2    and paying you good money, and you're publicly saying
 3    they're a B-level show, that doesn't seem very smart.
 4       Q.  I see. So he was publicly dissing the World
 5    Series of Fighters --
 6       A.  Yeah, who was giving them -- him a world
 7    title shot and -- and promoting him. I -- it was
 8    boggling to me. But Melvin -- he would be a nice
 9    guy, but he was a troubled guy. And that's just what
10    I was saying. It's like a -- what's this kid doing.
11       Q.  Thank you. You can put that aside.
12           All right. Let's turn back to Exhibit 13,
13    page 275. And 13 is the compilation of text messages
14    from Sean Shelby, and these are texts that were sent
15    7/31/13. 275.
16           All right. So the first message that I want
17    to ask -- to show you is July 31st, 2013, at 1650, or
18    4:50. Yeah, so 4:50. Tito versus Rampage. So it's
19    the one that says, "Tito versus Rampage."
20       A.  Uh-huh.
21       Q.  And this is you saying to Shelby: "Tito
22    versus Rampage. We might as well just close up shop
23    now."
24           And then -- and then you -- and then
25    somebody else says: "Good thing Rampage went to
```

```
                                                              192
 1                      SILVA
 2    Bellator so he wouldn't have to fight wrestlers like
 3    in the UFC."
 4       A.  Uh-huh.
 5       Q.  And then Silva -- and then you say -- Shelby
 6    says: "LOL. I just love how Bellator is a
 7    tournament based organi... Wait. What's going on?"
 8           And then you say: "2 guys who both lost
 9    their last 3 UFC fights."
10           And then Shelby says: "Headlining a
11    pay-per-view with two guys combined losing 9 of their
12    last 10 fights."
13           And then Shelby says: "Sorry last three a
14    piece they total zero and six, 0 and 6."
15           And then Shelby says: "They tried to throw
16    a curve ball but it went into the stands."
17           And you say to Shelby: "Dana is going to
18    have fun smashing that matchup publicly."
19           Do you see that?
20       A.  Yeah.
21       Q.  And then -- and then Shelby says to you:
22    "Bellator throws a curve ball... Into the stands. In
23    Bellator there is no matchmaking, except in their
24    'was relevant 5 years ago' division."
25           And Shelby then says to you: "It's almost
```

```
                                                              193
 1                      SILVA
 2    too easy."
 3           Do you see that?
 4       A.  Yes.
 5       Q.  All right. So both of you are communicating
 6    about a Bellator show that had just -- that was about
 7    to occur; is that right?
 8       A.  Yes.
 9       Q.  And that show was going to be headlined by
10    Tito and Rampage?
11       A.  Yes.
12       Q.  Tito who?
13       A.  Ortiz.
14       Q.  Tito Ortiz. And Rampage Jackson?
15       A.  Correct.
16       Q.  Were both of those fighters who used to be
17    in the UFC?
18       A.  Yes.
19       Q.  Okay. And Rampage went from the UFC to --
20    oh, sorry.
21           Rampage went from the UFC to Bellator; is
22    that right?
23       A.  Yes.
24       Q.  Okay. And you were saying it's a good thing
25    Rampage went to Bellator so he wouldn't have to fight
```

**PUBLIC COPY – REDACTED**

###### 366

SILVA

run, it's like, how would I justify that to the other fighter. He could point that out and I'd have to go, you have a point there.

Q. Right. And in general, you believed you had to adhere as closely as possible to the structure of -- of compensation so that you didn't confront the next guy, saying why did you overpay this guy, I'm better than him; is that fair?

MR. ISAACSON: Objection. Misstates his testimony. Objection to form.

Q. I didn't mean to misstate. So if I said something you didn't agree with, let me know.

A. I think anytime that you try to renegotiate, you're going to give your point of view, the manager's job is to give their point of view, and you try to work it out.

For me, I like being able to justify. I don't -- I'm not saying here's just random numbers, accept them unquestioningly. It's like, here's my rationale for it, and it's a rationale that I'm also going to have to apply to other people who are involved in this as well.

Q. Right. Your compensation system isn't -- isn't random; that would be a problem for you,

###### 367

SILVA

wouldn't it?

A. Yes.

Q. When you say "everyone knows what everyone makes," what do you mean by that?

A. That if I was to increase Bang's contract -- most of the managers out there -- quite a few of the managers anyways, they do research, they're looking at what's being posted that the -- what these guys are making. So if somebody was to see in his next fight the disparity in what he got paid this time as opposed to last time, they -- just red flags would go up.

It's like, wait, how, after coming off of two losses and a questionable decision, did his pay jump up that much, that people look and research that.

Q. Right. And so if you were to jump someone's pay up above what a comparable person believes they should be paid, that would cause you problems with other fighters; right?

MR. ISAACSON: Objection. Form. You're being vague.

A. Yeah, I think that I want to reward performance and be able to justify the -- the numbers

###### 368

SILVA

that I'm offering them. And if you're not performing as well, it would make sense that your compensation would be below those who are performing well.

Q. In your experience, fighters want to know they are being treated -- or you want to be able to tell fighters that they're being treated fairly relative to other fighters at similar skill levels and records; right?

MR. ISAACSON: Objection. Misstates the testimony.

Q. I'm asking. Is that right?

A. I would like people to believe that I am dealing with them fairly.

Q. And one way you -- you convey to them, the managers and fighters that you're negotiating with, that you're dealing with them fairly is to honestly tell them where you believe they fit, their compensation fits, relative to other fighters at their level; correct?

MR. ISAACSON: Objection to "their level."

Q. Is that right?

A. That's correct.

Q. And you negotiated with hundreds of fighters during your career at the UFC; correct?

###### 369

SILVA

A. Probably more than a thousand, I would think.

Q. And you experienced often fighters or their representatives trying to negotiate, as you just said, using compensation levels of other fighters they believed were similar to their guy; right?

A. Right. And that can be where you can have a difference of opinion of where I'm going, I think that he is similar to this guy, this guy, they can counter and go, we don't see him as similar to that guy, we see him as similar to this guy.

So then that's -- it's still -- it's a matter of opinion. I try to present what I think I -- are the facts I have to back up my argument. But sometimes in -- there have been times where a outlier has been pointed out to me, where I'll go, this is what I think is fair because this is what other guys -- and they'll make a case of, wait a sec now, look what he did here, this is outside of that, and I've gone, you've actually got a point, I'll up it.

It's not rare because I usually do my homework pretty well on these. But there has been occasions like, I missed out on that, you are

370

1  SILVA
2  correct, I would not want to hurt my credibility by
3  acting like what they have in black and white is not
4  true.
5      Q.  So if you -- if they brought to you like
6  what you have described as an outlier, where some
7  fighter may have diverted from what you thought they
8  should have gotten based on their background and
9  their skill level, you'd -- you'd certainly --
10 sometimes you would hear it from the fighters or
11 their representatives about that outlier; right?
12     A.  Yes.
13     Q.  And if, by creating that outlier, that
14 sometimes causes other fight -- you have to then
15 raise the compensation then of some other fighters
16 because you made that one mistake; is that right?
17     A.  Well -- well, you'd have to -- one, I don't
18 know I'd say it was a mistake.  And it's -- it's a
19 matter of opinion.  And that I did deals, Sean did
20 deals, Dana did deals, Lorenzo did deals, and
21 everybody's judgment is different.  So you have to
22 weigh those in.  So that's all people who are getting
23 deals in the UFC.
24     But a manager's job is to negotiate the best
25 deal that they can.  And my job is to try to

371

1  SILVA
2  negotiate a deal that I thought was fair.
3      Q.  So if -- if, for example, Shelby had been --
4  had been systematically kind of paying fighters a bit
5  more than you did or Dana was systematically paying
6  comparable fighters a little bit more than you did,
7  you then might feel pressure then to kind of pay
8  fighters more because you would be hearing from reps
9  about comparables from Dana or Shelby; is that right?
10     A.  I'm sure it would be brought up.
11     Q.  So if -- if there are some -- if one of the
12 three of you are kind of raising the level per
13 equivalent fighter, that's going to put pressure on
14 that third person to kind of raise as well?
15     A.  I don't think it's pressure in that me and
16 Sean did the vast majority of deals, and me and Sean
17 were in constant communication every day and knew
18 what each other were doing.  So it's not like I was
19 going, Sean, what are you doing here?  We knew.  But
20 we would still, on our own, choose to, let's move
21 people up, we feel like it's time to do it.
22     So Dana and Lorenzo did do deals, but they
23 did, like I said, maybe 10, 15 percent of deals.
24     Q.  Yeah, if you turn to the first page of this
25 document, Bean says:  "Can you meet me in the middle?

372

1  SILVA
2  You said 16, I asked for 18.  Could you agree to 17?"
3      He says that towards the bottom.
4      A.  Uh-huh.
5      Q.  And then you say on December 9, 2010:  "Not
6  trying to be a dick but no.  Everyone knows what
7  everyone makes.  Our purses are public.  I have to
8  justify everyone's pay to everyone else."
9      Do you see that?
10     A.  Yes.
11     Q.  What did you mean by that, "I have to
12 justify everyone's pay to everyone else"?
13     A.  I feel it was important in my job to
14 actually engage with people and not just dictate to
15 them.  So if somebody was going to say, what about
16 this guy, I would have to engage that and not go, too
17 bad.
18     Q.  Right.
19     A.  I'd have to go, okay, you've got a point,
20 let's try and figure this out.  So, yeah, I'm just
21 making him aware of that.
22     Q.  Right.  And so you wanted to make sure that
23 you did your best to try to make sure that comparable
24 fighters with comparable records are getting paid
25 comparable amounts; is that fair?

373

1  SILVA
2      MR. ISAACSON:  Objection.  Form.
3      A.  Yeah, that was my goal.
4      Q.  And one of the reasons why you did that is
5  because you had to justify everyone's pay to everyone
6  else, and if you -- if you were doing this poorly or
7  inefficiently, you'd constantly have fighters
8  demanding more money, they'd say, hey, wait, you paid
9  this guy this much and that guy that much, and you
10 wouldn't be able to justify to them if -- if you
11 hadn't been doing this well; is that right?
12     A.  It would just seem unfair to give somebody
13 something that somebody else, equally deserving,
14 didn't get.
15     Q.  And you attempted, at least in your mind, to
16 be fair, to impose a sense of equity between the
17 different fighters; correct?
18     A.  I did.
19     Q.  All right.  You can put that document aside.
20     MR. CRAMER:  Like to mark the next
21 document as Silva Exhibit 38.
22     (Silva Deposition Exhibit 38 marked for
23     identification.)
24     Q.  Silva 38 is a series of e-mails bearing the
25 Bates range ZFL-2641095 through 1099.  The one at the

```
                                    374
 1                 SILVA
 2   top is from Kim Lynch to Mr. Silva and Mr. Mersch,
 3   dated October 16, 2007, regarding Ricardo Almeida.
 4         Who is Ricardo Almeida?
 5      A.  He was a UFC fighter.
 6      Q.  All right.  And Ally Almeida is his wife?
 7      A.  Was his wife.
 8      Q.  Was his wife, okay.
 9         And she was his representative at the time?
10      A.  Yes.
11      Q.  Okay.  Turn to page 2 of the document.  I'd
12   like to draw your attention to the e-mail in the
13   middle of the page from you to Ally Almeida.
14         Do you see that?
15      A.  Yes.
16      Q.  Dated Wednesday, October 10, 2007.
17         This is an e-mail that you sent to
18   Ms. Almeida; is that right?
19      A.  Yes.
20      Q.  Okay.  And you wrote a little bit into the
21   e-mail:  "As I have" -- "as I said, I have 200
22   fighters under contract and our purses are public.  I
23   have to justify to all my other fighters what I pay
24   out.  There are people under contract to me now that
25   are not making as much as I offered Ricardo and they

                                    375
 1                 SILVA
 2   are better known to our fans and have more UFC fights
 3   then he does."
 4         Do you see that?
 5      A.  Yes.
 6      Q.  So what did you mean?
 7      A.  That I was explaining to her that I thought
 8   the offer for him was very good, out of the normal, I
 9   would have to justify that as it is, which was going
10   to be an uphill battle, but yet she wanted even more
11   than that.
12      Q.  And this was one of the ways that you told
13   her you're not going to give her more, is by saying
14   he's already out of the normal; right?
15      A.  Yes.
16      Q.  Okay.  You say there a little bit above the
17   part that I read:  "If I am building fighters I need
18   to know that they are going to be with me for a
19   while."
20         What did you mean by that?
21      A.  Well, that you're investing in the fighter
22   and putting time in getting people to know who they
23   are.  And if they just fought one fight, then you
24   don't know, are they coming back again.  That's not
25   as good an investment.

                                    376
 1                 SILVA
 2      Q.  It's a better investment for the UFC if they
 3   have fighters locked up under longer term deals than
 4   shorter term deals?
 5      A.  Well, and also with -- if you're insisting
 6   on that you want a higher than normal amount of
 7   money, if I go, well, if I normally do four fights,
 8   how do I justify giving you more than I would for a
 9   four-fight deal, well, you committed to six fights,
10   so that's worth more money to me.  You're giving me
11   something, I'm giving you something.  And to anybody
12   who disputes that, I have something I can explain.
13      Q.  Okay.  All right.  Please turn to page 29 of
14   Exhibit Silva 20.  It's one of these phone -- here it
15   is.  I'll pull it out for you.  It's a text message
16   compilation.
17      A.  Thank you.  What page?
18      Q.  Exhibit 20, and turn to page --
19         MR. MADDEN:  29.
20      Q.  -- 29.
21         So this is from the text message compilation
22   that Zuffa produced to us from Lorenzo Fertitta.  And
23   on page 29 is a series of texts that begin on
24   October 4, 2013, at 2:20:59 p.m.  Yeah.  Okay.  So
25   2:20:59 p.m., there's a text from the 702 number to a

                                    377
 1                 SILVA
 2   group, that includes several people.  Do you see
 3   that?
 4      A.  Yes.
 5      Q.  And then it says:  "What's the situation
 6   with Schaub?"
 7         And then you respond to this group:  "He
 8   fought the last fight on his TUF deal.  I offered him
 9   new deal and they balked, saying they wanted to talk
10   to you guys about it.  He's not top ten and he wants
11   more than top ten guys like Stipe and Travis Browne
12   are making."
13         And then someone says:  "What's the
14   difference in numbers."
15         And you say:  "He was making 18 plus 18, and
16   I offered 21/21, 24/24, 27/27, and 30/30."
17         And you say also:  "Stipe is making 20/20
18   for the next fight -- for next fight.  He beat the
19   crap out of Roy Nelson.  Schaub got knocked out by
20   Nelson."
21         Do you see that?
22      A.  Yes.
23      Q.  Do you recall who this conversation was
24   with?  Was Lorenzo a part of this?
25      A.  I'm sure he was.
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**PUBLIC COPY – REDACTED**

378

1  SILVA
2  Q.  So I think it's Lorenzo and Shelby.
3      And Schaub was a UFC fighter; is that right?
4  A.  Correct.
5  Q.  And in your opinion, he was asking to be
6  paid more than fighters who were highly ranked than
7  him?
8  A.  That I thought had accomplished more than he
9  had.
10 Q.  And so because he was asking to be paid sort
11 of out of the level that you thought should be paid
12 to comparable fighters, you were saying that he
13 should not get the amount that he asked for; is that
14 right?
15 A.  Yes.  That was my opinion.
16 Q.  What ended up happening, do you know?
17 A.  I think that he ended up signing a new deal
18 and fighting after that, but I -- I'd have to look.
19 There was a time when he was not -- ended up not
20 fighting for us, but I don't recall if it was at the
21 end of this or not.  I don't recall --
22 Q.  Okay.
23 A.  -- the time frame.
24 Q.  All right.  You can put that aside.
25     And I believe you testified that the

379

1  SILVA
2  standard Zuffa contract was for four bouts, but that
3  you typically renegotiated before the last fight?
4  A.  Yes.
5  Q.  Okay.  And is it fair to say that fighters
6  rarely fought out the last fight in their contract
7  without negotiating a new contract?
8  A.  No, it would happen.  More times than not
9  they would want a new deal.  But they -- there
10 were certainly -- there's lots of examples of people
11 who just, no, I'm going to do it.
12     Even Roy Nelson in that aforementioned fight
13 with Stipe, that was his last fight under contract.
14 He lost to Stipe and they still signed him to a new
15 deal.
16 Q.  And when you -- you're describing your --
17 your practice of negotiating after the third fight
18 before the last fight in a contract.  Was that an
19 informal Zuffa policy, to your understanding, or
20 that's just something that you did, that was just
21 your practice?
22 A.  I think it was kind of informal.  But
23 there's an -- that you have a bunch of shows that
24 you're doing, and there's constant dropouts, so speed
25 became paramount, and if somebody is already under

380

1  SILVA
2  contract, it's just faster to put them back in there
3  quickly than if you're starting from scratch.  So you
4  just always knew.  It's like, as many of those guys
5  that you have like that, the better to -- to keep the
6  shows moving smoothly.
7  Q.  Was it your -- were you aware whether Shelby
8  also in -- was -- strike that.
9      Was it your understanding that Shelby also
10 had a practice of negotiating after the third fight
11 of a four-fight deal?
12 A.  I think we were somewhat similar.  I think,
13 for Sean's might have been a little bit different
14 because before I retired, we were both matchmakers
15 but I was doing more fights than he was.  So he had
16 less spots on the show, so he had to have even
17 tighter rein over the amount of fighters that he had.
18 So he might have been more willing to just have
19 fighters fight out their deal because we were
20 concerned about making sure not to have too many
21 under contract.  And he had less spots to play with
22 on a show than I did.
23 Q.  I see.
24     Who is Ryan Parsons?
25 A.  He's an MMA manager.

381

1  SILVA
2  Q.  And was he a representative for Patrick
3  Cummins?
4  A.  Yes.
5      MR. CRAMER:  All right.  I'd like to mark
6  as Silva Exhibit 39 the next document.
7      (Silva Deposition Exhibit 39 marked for
8      identification.)
9  Q.  So at the top of this -- this e-mail is
10 dated May 5th, 2015, the one at the top.  This --
11 this is a one-page document with two e-mails with the
12 Bates number ZFL-0977248.  And there's an e-mail from
13 you to Mr. Parsons.
14     Did you send that e-mail?
15 A.  Yes.
16 Q.  Okay.  And you write: "I'm not" -- "I'm not
17 locking him into a long term deal."
18     And you say: "It's just a 4 fight deal and
19 I always renegotiate before the last fight just like
20 I am doing now.  So 3 fights and we talk again."
21     Do you see that?
22 A.  Yes.
23 Q.  So this is an instance of you enacting your
24 practice of negotiating before the last fight; is
25 that right?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY – REDACTED

|  | 394 |  | 396 |
|---|---|---|---|
| 1 | SILVA | 1 | SILVA |
| 2 | The Ultimate Fighter, so the fight was already | 2 | Connette dated November 16, 2011. |
| 3 | promised.  The fight's out, but yet if he chose to, | 3 | A.  Uh-huh. |
| 4 | Serra could choose to let his old contract just | 4 | Q.  And Mersch says in the second paragraph: |
| 5 | expire and have no obligation to do that fight. | 5 | "Before someone fights for a UFC championship we |
| 6 | Q.  You say: "It's always a bad position for us | 6 | would likely have them locked into a longer term |
| 7 | to be in counting on that new agreement while time is | 7 | deal.  Additionally, if a fighter is successful under |
| 8 | ticking away on the old one." | 8 | a 4 fight deal, we typically negotiate a new |
| 9 | Is what you meant there that you'd rather | 9 | agreement after the 3rd fight so he never will see |
| 10 | have a new agreement executed before the old one | 10 | the end of his contract and, assuming the fighter is |
| 11 | expires? | 11 | successful, or at least competitive, that is the |
| 12 | A.  Well, if -- when it's a situation where you | 12 | process that will continue thereafter." |
| 13 | have an already announced fight, which was here, | 13 | Do you see that? |
| 14 | that's definitely not a good situation.  You -- | 14 | A.  Yes. |
| 15 | you're not going to possibly deliver on something you | 15 | Q.  Is -- is Mr. Mersch accurately describing |
| 16 | promised publicly. | 16 | the practice at Zuffa with regard to renegotiating |
| 17 | Q.  So Zuffa doesn't want to be embarrassed by | 17 | contracts after the third fight and before the fourth |
| 18 | publicly promising a fight and then not having the | 18 | fight? |
| 19 | fight happen? | 19 | A.  That's not how I would put it. |
| 20 | A.  Yes. | 20 | Q.  So Mersch puts it differently than you |
| 21 | Q.  Is it also the case, though, that one of the | 21 | would? |
| 22 | reasons why you try -- it's your practice to try to | 22 | A.  Yes. |
| 23 | negotiate with a fighter after the third fight in a | 23 | Q.  All right.  You can put that document aside. |
| 24 | four-fight deal, is to not be in a situation where a | 24 | MR. CRAMER:  I'd like to mark the next |
| 25 | contract is expiring without a new one having been | 25 | document as Silva Exhibit 43. |
|  | 395 |  | 397 |
| 1 | SILVA | 1 | SILVA |
| 2 | signed? | 2 | (Silva Deposition Exhibit 43 marked for |
| 3 | A.  That's not as much of a problem unless we | 3 | identification.) |
| 4 | didn't get them their number of fights.  Then we | 4 | Q.  Silva 43 is a one-page series of e-mails |
| 5 | would have to pay them for whatever unfulfilled.  If | 5 | dated [sic] ZFL-14121551.  The e-mail at the bottom |
| 6 | it expired and there were still fights left on their | 6 | of the page is from Cesar Gracie dated Tuesday, |
| 7 | contract, we would be responsible to still pay them | 7 | April 20, 2010.  It's to Mr. Silva, and the subject |
| 8 | for the fights we did not get them before expiration. | 8 | is Nick Diaz. |
| 9 | Q.  All right.  You can put that document aside. | 9 | Do you see that? |
| 10 | MR. CRAMER:  All right.  I'd like to mark | 10 | A.  Yes. |
| 11 | as the next document Silva Exhibit 42. | 11 | Q.  And you received that e-mail? |
| 12 | (Silva Deposition Exhibit 42 marked for | 12 | A.  Yes. |
| 13 | identification.) | 13 | Q.  And Nick Diaz was a UFC fighter? |
| 14 | Q.  Silva 42 is a November 2011 e-mail exchange | 14 | A.  Yes. |
| 15 | between Michael Mersch and Michael Connette, it bears | 15 | Q.  And you were making -- I'm sorry. |
| 16 | the Bates range ZFL-1404974 through 4978. | 16 | And Mr. Gracie, on behalf of Nick Diaz, was |
| 17 | I believe I asked you this before, but | 17 | negotiating with you for a new contract; is that |
| 18 | Connette was a representative for UFC fighter Mark | 18 | right? |
| 19 | Hunt; is that right? | 19 | A.  Yes. |
| 20 | A.  Yeah.  I believe it's Connette. | 20 | Q.  And he requests 33/33, 36/36, and 39/39, or |
| 21 | Q.  Connette.  So Connette was a representative | 21 | alternatively a one-year contract at 42/42. |
| 22 | for Hunt? | 22 | Do you see that? |
| 23 | A.  Yes. | 23 | A.  No.  He's saying he wants the -- the three |
| 24 | Q.  Turn to the bottom of the third page of this | 24 | fights he doesn't think we can get him more than a |
| 25 | series of e-mails.  There's an e-mail from Mersch to | 25 | year, so it would be that much for a year.  But if |

**398**

1          SILVA
2  you could get him a fourth fight, we'd do that at 42
3  plus 42.
4       Q.  I see.
5       A.  That's what he's saying.
6       Q.  I see.
7           And then he says: "These numbers are
8  substantially less than what Strikeforce will offer."
9       Do you see that?
10      A.  Yes, that's what he's saying.
11      Q.  And then you say to White and Fertitta right
12  above that -- you forward the below e-mail on
13  [REDACTED]
23      Do you see that?
24      A.  Yes.
25      Q.  Do you have an understanding about why

**399**

1          SILVA
2  Mr. Fertitta thought that Mr. Diaz would be willing
3  to take less money from the UFC than from
4  Strikeforce?
5       A.  Well, he explains it in the next --
6           MR. ISAACSON:  Objection.  Calls for
7  speculation.
8       A.  Explains it in the next sentence.
9       Q.  What was it?  What does he say?
[REDACTED]
16      Q.  I see.  So Strikeforce might guarantee him
17  more, but --
18      A.  Right.
19      Q.  -- but in the UFC, you'll have the
20  opportunity to get discretionary bonuses?
21      A.  And he had a history of making.
22      Q.  Okay.  And then you respond to White and
[REDACTED]

**400**

[REDACTED]
5       Do you see that?
6       A.  Yes.
7       Q.  So you're saying that if Diaz turns down the
8  offer which was being made before Diaz's last fight,
9  you were going to put him at a really bad position on
10  a card against a tough fight -- tough guy?
11      A.  It's not in a bad position on the card.
12  Everybody has to -- if you want to fight in a show,
13  you only have so many positions, so you're going to
14  be somewhere.  But I'm -- am I going to give that
15  spotlight more to somebody who I'm already building
16  their next fight or somebody fighting their last
17  fight.  You have to make that choice.
18          If he agreed to sign the deal, I still have
19  to decide where to put him.  That they still could be
20  in the prelims.  On a Pay-Per-View, you only have 5
21  main hard fights out of 13.  So outside of those 5
22  bout -- main fight -- bout fights, the rest are
23  prelims.  The majority of fights are prelims.  To go,
24  you're going to put him in a really bad position,
25  doesn't make sense.

**401**

1          SILVA
[REDACTED]
20      Q.  So in exchange for Diaz not giving you and
21  the UFC a commitment to -- to re-up on a new
22  contract, you're going to -- you're going to put him
23  in a prelim and still give him a tough guy, is that
24  right, to fight?
25      A.  He's only ever fought tough guys even when



101 (Pages 398 to 401)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

```
                                    402                                              404
 1              SILVA                                    1              SILVA
 2    he fought in the prelims before, so, yes, it would 2    everything's fine, he's not on his last fight, he's
 3    not be different or unusual.                       3    just on his regular one, some cards are very good and
 4        Q.  And so your testimony here today, under    4    you are agonizing over who goes where, who gets those
 5    oath, is that when you said, if they turn it down, I 5   main card slots or not.  And that Sean has fighters
 6    put him in a prelim against a really tough guy for 6    of his and he wants to get them face time, make them
 7    his fight, you did not mean that that would be in a 7    seem important and put there, so I'm trying to take
 8    sense punitive for him turning down the deal?      8    his needs into consideration.  Who does Dana think is
 9        A.  It's not punitive.                         9    main-card worthy.  Who does Lorenzo.
10        Q.  Is your testimony also that if he accepted 10        There's a lot that goes into it.  So we
11    the deal, you would still put him in a prelim against 11  have -- but we have shown that in the past there's
12    a really tough guy for his last fight?            12    people who are in this situation still ended up main
13        A.  No.  Then he'd fight a really tough guy, but 13 card, and there's ones who didn't.  It just depends
14    most likely be featured, because we have future   14    on the situation.
15    fights with him to promote him.                   15        Q.  But all things being equal, you'd more
16        Q.  So fighters -- it's fair to say that a    16    likely give someone a better position on a card if
17    fighter who was offered a deal before their last  17    they agree to commit to more fights and to a --
18    fight, reasonably anticipate that if they don't   18    another contract than if they don't; right?
19    accept that deal before their last fight, they would 19      A.  If they're name -- name worthy enough to be
20    be in a worse position than if they accept the deal, 20  on the main card.
21    not just because they get paid less money for that 21       Q.  Right.  So if --
22    last fight, but also because their not giving Zuffa a 22      A.  And somewhere on the bubble.
23    commitment meant that Zuffa was not going to give 23        Q.  So someone who's name worthy enough to be on
24    them a favored position on a card; is that fair?  24    the main card, all things being equal, you'd give
25        A.  No.  It just depends on the circumstance. 25    them the better position relative to others if they

                                    403                                              405
 1              SILVA                                    1              SILVA
 2    That was this particular circumstance.  As with the 2    agreed to commit to another contract than if they
 3    Roy Nelson circumstance, he still fought, might have 3   didn't agree; correct?
 4    been a co-main event.  It just depends on the      4        A.  Depending on the card.
 5    circumstance of the card.                          5        Q.  Depending on the card.
 6         On this particular card, it was a strong     6             But all things equal.  So everything's
 7    card.  On the one that Roy Nelson was, it was not a 7    equal.  What --
 8    strong card, so it's like, well, there is still    8        A.  Anytime everything's equal, anything that's
 9    space.  We're not going to be punitive and cut off 9    unequal makes the difference.
10    our nose to spite our face and put him on a prelim on 10     Q.  Right.  And so this is something that would
11    a card that's not as strong.                      11    make the difference; right?
12         On this particular card, it was a strong    12
13    card, and it's like, yeah, it's not hurting us for 13
14    him to be -- he'd be the main event of the prelims, 14
15    which is still a good position, that's a fight that 15
16    would be on FS1 and seen by over a million people. 16
17    And then you still could get that -- that they    17
18    advertise that, so you still could get promotion out 18
19    of it.  But it's like, am I going to put him over the 19
20    other five guys on a strong card with no commitment 20      Q.  All right.  You can put that document aside.
21    to him.  It's like, I'd rather use that time on the 21        By the way, did you tell Mr. Diaz or his
22    guys that I do.                                   22    representative that if they did not re-sign a new
23        Q.  Have a commitment on --                   23    contract what position they would get on the card?
24        A.  And you alway -- and each one, you still  24        A.  I don't recall.
25    have to make that choice.  Even when he -- if     25        Q.  Was it the case that sometimes you, in the
```



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

```
                                      406
 1                SILVA
 2   course of negotiating with a fighter after their
 3   third fight and before the fourth fight, you would
 4   tell the representative, well, as an incentive to
 5   re-sign, we not only will pay you more but we'll give
 6   you a better position on a card for --
 7       A.   Absolutely not.
 8       Q.   Okay.
 9       A.   Because I didn't have the authority to do
10   that.  And the card order would change constantly up
11   to the last minute.
12            So there were times where quite often it was
13   left to my general discretion what the order of the
14   card would be, but then Dana -- so I might even let
15   somebody know, this is it, I've got no opposition, so
16   this is there, but then Dana would go, no, I want --
17   I want this this way.  And then I'd have to go back
18   and tell the person that could be very disappointed,
19   so I stopped telling people, because I knew it -- it
20   could change at any time.
21            Especially with dropouts, which happen every
22   show.  It's very rare that we ever have a show where
23   there's not dropouts, which reshuffles the lineup.
24            So at any time your card position can
25   change.  So I went out of my way not to.  And
```

```
                                      407
 1                SILVA
 2   honestly, very few people asked.
 3            You'd have people ask if they were the main
 4   event.  Because in a nontitle main event fight,
 5   especially, it's a five-round fight as opposed to a
 6   three-round fight.  So there was very concrete reason
 7   why they would want to know that.
 8            But in general, I did not -- for a while I
 9   think maybe people were just curious.  Well, where am
10   I, when I could tell my family when they can expect
11   to see my fight.  And -- and there just came a time,
12   it's like it's changed enough times, like, I
13   really -- I can't commit.  This is what it is for the
14   moment, but it's subject to change.
15       Q.   Okay.  I'd like to ask you about injury
16   extensions.  We talked a little bit about that.
17       A.   Yeah.
18       Q.   If you found out after the fact that a
19   fighter had been injured, but the fighter never
20   turned down a fight and never told you beforehand
21   that he was injured, is it your understanding that
22   you could extend their agreement for the period of
23   injury?
24       A.   No.
25       Q.   So you don't know of any instance where
```

```
                                      408
 1                SILVA
 2   Zuffa extended a fighter's contract even though that
 3   fighter never turned down a fight based on injury?
 4       A.   No.  Well, you wouldn't have to turn down a
 5   fight, though, if you just let us know you're injured
 6   and can't fight.  There would be no point in me
 7   offering you a fight.  If you call me up today and
 8   go, hey, I just let -- letting you know I broke my
 9   arm, I'm not going to be available to fight; for me
10   to call you the next day and offer you a fight would
11   be silly.
12       Q.   I see.  So if someone informs you that they
13   are injured and can't fight, then you give them an
14   injury extension?
15       A.   Exactly.
16       Q.   Okay.
17            MR. CRAMER:  I'd like to mark the next
18       document as Silva Exhibit 44.
19            (Silva Deposition Exhibit 44 marked for
20            identification.)
21       Q.   So the Bates number was cut off in part.
22   This is a one-page series of two e-mails with the
23   Bates number COX-0041232.  And this is Silva 44.
24            Okay.  This is a November 2012 e-mail
25   exchange between you and Monte Cox.  At the bottom of
```

```
                                      409
 1                SILVA
 2   the page on November 13, 2012, Mr. Cox sends you an
 3   e-mail with the subject, "Why are we getting an
 4   injury extension for Rich?"
 5            And that refers to Rich Franklin; is that
 6   right?
 7       A.   Yes.
 8       Q.   He was a UFC champion?
 9       A.   Yes.
10       Q.   And Clare Wetton --
11       A.   Uh-huh.
12       Q.   -- who is she?
13       A.   She works in our Europe office.
14       Q.   All right.  So she works in your Europe
15   office.  And on November 10, 2012, sends to you --
16   you and some others, an e-mail, "Subject: Rich
17   Franklin," "Importance: High," and says: "Rich
18   Franklin has had his left thumb xrayed and it is
19   fractured."
20            And then Silva -- you say to Cox in response
21   to his question why -- why are we getting an injury
22   extension letter for Rich, you say: "They generate
23   them automatically when a fighter is injured after a
24   fight."
25            Do you see that?
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**PUBLIC COPY – REDACTED**