# Exhibit 51

Deposition of Andrew Zimbalist, Ph.D. (September 25, 2017) (excerpted)

PUBLIC COPY - REDACTED

PUBLIC COPY - REDACTED

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

- - - - - - - - - - - - - - - - - - - x

Cung Le, Nathan Quarry, John Fitch

Brandon Vera, Luis Javier Vazquez,

and Kyle Kingsbury on behalf of

themselves and all others

similarly situated,         Case No.

     Plaintiffs,   2:15-cv-01045-RFB(PAL)

  V.

Zuffa, LLC, d/b/a Ultimate,

Fighting Campionship and UFC,

     Defendants.

- - - - - - - - - - - - - - - - - - - x

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

ANDREW ZIMBALIST, Ph.D.

Northampton, Massachusetts


Magna Legal Services    Reported By:

(866) 624-6221     MaryJo O'Connor, RMR/CSR

Www.MagnaLS.com    Job No:  345726



**PUBLIC COPY - REDACTED**

Page 150

```
 1      A.  I can't point you to any journal        01:05:51
 2   article.                                       01:05:54
 3      Q.  In picking a yardstick, would you       01:05:55
 4   agree with the statement that you should       01:06:07
 5   identify a firm or firms that are similar      01:06:09
 6   to Zuffa in all respects except for the        01:06:14
 7   impact of the alleged antitrust violation?     01:06:18
 8      A.  I believe that, as I said a             01:06:22
 9   moment ago, that you try to pick               01:06:26
10   comparators that have as much in common        01:06:29
11   with the base enterprise or industry as        01:06:32
12   possible but vary in the important respect     01:06:34
13   that you're trying to identify.                01:06:38
14      Q.  So what you have said is slightly       01:06:43
15   different than what I said, and I want to      01:06:45
16   explore that.                                  01:06:47
17          So you're using the phrase "as          01:06:48
18   much in common," and I'm using "similar in     01:06:51
19   all respects except for the impact of the      01:06:54
20   alleged antitrust violation," right?           01:06:56
21      A.  Okay.                                   01:06:58
22      Q.  Is it the appropriate standard          01:06:58
23   that you should identify a firm or firms       01:07:05
24   that are similar to Zuffa in all respects      01:07:07
25   except for the impact of the alleged           01:07:09
```

Page 151

```
 1   antitrust violation?                           01:07:11
 2          MR. CRAMER:  Objection.  Asked          01:07:13
 3      and answered.  Also object to the           01:07:13
 4      extent it calls for a legal                 01:07:16
 5      conclusion.  But asked and answered,        01:07:17
 6      and form.                                   01:07:18
 7      A.  If you're asking me --                  01:07:19
 8      Q.  My question is --                       01:07:21
 9      A.  If you're asking me wouldn't it         01:07:22
10   be desirable to have everything exactly the    01:07:24
11   same except the level of competition, I        01:07:26
12   would say yes.                                 01:07:28
13          We're doing the real world, not a       01:07:29
14   laboratory experiment here, and so you try     01:07:32
15   to find as much as possible in common          01:07:34
16   except for the variable that you're trying     01:07:36
17   to identify the impact of.  That's what I      01:07:38
18   believe.                                       01:07:40
19          Now, if you want to use just            01:07:40
20   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21   percentage, because I didn't consider some     01:07:46
22   higher percentage information, if you want     01:07:49
23   to use just boxing, I'll come out with         01:07:52
24   larger.  And they're not identical in other    01:07:55
25   respects, but they're very similar.            01:07:58
```

Page 152

```
 1      Q.  But you've already told me,             01:08:00
 2   however, you would not do a benchmark          01:08:00
 3   analysis.  You wouldn't even have taken the    01:08:04
 4   case if you're doing a benchmark analysis      01:08:05
 5   based on only one of the sports.               01:08:07
 6      A.  No, you were talking about              01:08:08
 7   identifying multiple variables of              01:08:10
 8   influence.                                     01:08:12
 9      Q.  All right.  Am I correct that if        01:08:12
10   you were doing a benchmark analysis based      01:08:13
11   on only one of the five sports, you would      01:08:18
12   have declined to do that analysis?             01:08:21
13      A.  No.  Again, the context in which        01:08:23
14   you asked me that was you wanted me to         01:08:25
15   produce a methodology and be able to           01:08:29
16   separate out various causal influences on      01:08:31
17   the share being paid to labor.                 01:08:34
18          If I had boxing data for enough         01:08:37
19   years, I could do a multiple regression        01:08:40
20   analysis that might have enough data in it     01:08:44
21   and might enable me to make a different        01:08:46
22   kind of an estimate.  Which to my mind it's    01:08:49
23   always preferable to have more data and, in    01:08:51
24   this case, to have more sports, more           01:08:55
25   comparators, than fewer comparators.           01:08:58
```

Page 153

```
 1      Q.  Would you have taken the case if        01:09:02
 2   you were asked to do a benchmark analysis      01:09:04
 3   based on a comparison to boxing with the       01:09:06
 4   data you have?                                 01:09:08
 5          MR. CRAMER:  Incomplete                 01:09:11
 6      hypothetical.  Form.                        01:09:13
 7      A.  So if I knew what I know today in       01:09:14
 8   terms of the amount of boxing data that I      01:09:19
 9   have --                                        01:09:22
10      Q.  Yes.                                    01:09:22
11      A.  -- and I was back in last               01:09:22
12   December when I was approached about           01:09:24
13   working on this case, would I have taken       01:09:26
14   the case?                                      01:09:28
15      Q.  Correct.                                01:09:29
16      A.  I would have to think about it.         01:09:29
17      Q.  Now, going back to -- I                 01:09:30
18   understand you've told me what would be        01:09:41
19   desirable -- it would be desirable to have     01:09:44
20   everything exactly the same.  That's not my    01:09:46
21   question.                                      01:09:48
22          In the standards of your                01:09:48
23   profession as an economist conducting a        01:09:50
24   yardstick analysis, do you agree that using    01:09:52
25   a yardstick approach you should attempt to     01:09:56
```


PUBLIC COPY - REDACTED

### Page 230

```
 1   that in individual cases there would be         02:45:14
 2   argumentation as well.                          02:45:18
 3       But, yes, I can see the argument           02:45:20
 4   that would support that.                        02:45:22
 5       Q.  Do you agree that exclusive            02:45:23
 6   contracts may be pro-competitive by             02:45:25
 7   encouraging long-term usually advantageous      02:45:27
 8   business relationships?                         02:45:29
 9           MR. CRAMER:  Objection to form.        02:45:29
10       Incomplete hypothetical.  Objection       02:45:30
11       to the extent it calls for a legal        02:45:31
12       conclusion.                                02:45:33
13       A.  And could you read it one more        02:45:33
14   time?                                           02:45:35
15       Q.  Do you agree within your -- as an     02:45:35
16   economist that exclusive contracts may be      02:45:38
17   pro-competitive by encouraging long-term       02:45:40
18   mutually advantageous business                 02:45:44
19   relationships?                                  02:45:44
20       A.  I think so, but --                    02:45:49
21           MR. CRAMER:  Objection to form.        02:45:49
22       A.  I think so.  But I think only in      02:45:49
23   the context where the contracts are entered   02:45:51
24   into in a competitive framework.               02:45:52
25       Q.  And when you say "an exclusive        02:45:53
```

### Page 231

```
 1   contract is entered into a competitive          02:46:01
 2   framework."                                     02:46:03
 3       A.  No.  Entered into in a                 02:46:04
 4   competitive framework.                          02:46:05
 5       Q.  Well, I'm talking about exclusive      02:46:06
 6   contracts here.                                 02:46:08
 7       A.  Right.                                 02:46:09
 8       Q.  Okay.  So what is an exclusive        02:46:10
 9   contract that's entered into in a              02:46:11
10   competitive framework?                          02:46:13
11           MR. CRAMER:  Objection to form.        02:46:14
12       Incomplete hypothetical.                   02:46:15
13       A.  The two parties that enter into       02:46:15
14   the contract, the one that is selling the     02:46:22
15   service is an entity that has an option to    02:46:25
16   sell to others so that they can enter into    02:46:30
17   the contract but get competitive bids for     02:46:34
18   the service that they're offering.             02:46:37
19       Q.  And do you have an opinion one        02:46:38
20   way or another whether there is a             02:46:44
21   competitive environment currently within       02:46:45
22   the MMA industry, at least between Bellator   02:46:48
23   and UFC?                                        02:46:53
24       A.  Whether there is a competitive        02:46:54
25   environment?                                   02:46:56
```

### Page 232

```
 1       Q.  Yes.                                   02:46:57
 2       A.  A competitive relationship            02:46:57
 3   between the two?                                02:46:59
 4       Q.  Yes.                                   02:47:00
 5       A.  I do have an opinion.                 02:47:00
 6       Q.  What is that?                         02:47:02
 7       A.  That there is not.                    02:47:03
 8       Q.  You mentioned before some other       02:47:08
 9   sports that were mentioned in Zuffa            02:47:22
10   articles.  There are, obviously, other        02:47:25
11   sports besides --                              02:47:27
12       A.  Right.                                02:47:28
13       Q.  -- besides the five you've            02:47:29
14   chosen.                                        02:47:31
15       A.  Yes.                                  02:47:31
16       Q.  Can you consider using as             02:47:33
17   potential yardsticks other sports than the    02:47:35
18   five you selected such as soccer, tennis,     02:47:37
19   golf?                                          02:47:40
20       A.  Yes.                                  02:47:40
21       Q.  And you didn't select them.  Why?    02:47:41
22           MR. CRAMER:  Compound question.       02:47:45
23       Go ahead answer.                          02:47:48
24       Q.  I think we agree you didn't          02:47:53
25   select them.                                   02:47:57
```

### Page 233

```
 1       A.  I would first like to explain        02:47:58
 2   that on many occasions I was nodding at       02:47:59
 3   counsel and the court reporter asked me to    02:48:04
 4   speak out.  So rather than nod, sometimes I   02:48:04
 5   say yes.  I didn't mean to interrupt.         02:48:06
 6       So, counsel, are you with me?            02:48:09
 7       Q.  I'm with you.  Don't worry about     02:48:15
 8   me.                                             02:48:18
 9       A.  All right.  So with regard to        02:48:18
10   soccer, I don't know if you'd like me to      02:48:19
11   talk about MLS or European leagues, but       02:48:22
12   we're mostly talking about the U.S. market.   02:48:26
13   There is something called Major League        02:48:29
14   Soccer.  Major League Soccer is what is       02:48:32
15   known as a single entity.  They hire --       02:48:33
16       Q.  Can I make -- I apologize for        02:48:36
17   interrupting.  I want to make sure you're    02:48:39
18   answering the question because we kind of    02:48:41
19   got off the question.                          02:48:42
20       Can you explain to me why you           02:48:43
21   didn't include MLS.  I think you are, but I   02:48:45
22   want to make sure we have it in the record.   02:48:48
23       Would you explain to me why you         02:48:50
24   did not include MLS as one of your            02:48:52
25   yardsticks or benchmarks?                      02:48:54
```



Page 234

```
 1        A.  Yes.  So, as I said, MLS went        02:48:56
 2   through a court case in 1999, and the         02:48:58
 3   District Court decided that it was a single   02:49:01
 4   entity.  And they do all of their hiring,     02:49:03
 5   except Beckham exception players, through     02:49:10
 6   the central office.                           02:49:15
 7        That is to say, there is a fellow        02:49:16
 8   sitting in their office, their headquarters   02:49:18
 9   in New York City, who hires all the players   02:49:20
10   and then allocates them to the teams,         02:49:24
11   except for the Beckham exception players.     02:49:26
12        So it's basically a monopsony,           02:49:30
13   maybe slightly modified at the edges.  It     02:49:36
14   would be an inappropriate benchmark for       02:49:39
15   seeing what would happen in Zuffa if there    02:49:41
16   were competitive labor markets because        02:49:44
17   there are not competitive labor markets in    02:49:45
18   MLS.                                          02:49:47
19        I think you asked me about tennis        02:49:49
20   and golf as well?                             02:49:50
21        Q.  I also want to know why didn't       02:49:52
22   you use professional tennis as a benchmark?   02:49:54
23        A.  So I'll answer that with respect     02:49:57
24   to men's tennis.  And if you want to ask me   02:50:02
25   about women's tennis afterwards, you can.     02:50:05
```

Page 235

```
 1        Men's tennis is governed by the          02:50:09
 2   Association of Tennis Professionals, or       02:50:11
 3   ATP.  They set the rules.  They set the       02:50:14
 4   prize money.  They collaborate with the       02:50:17
 5   grand slams.  And if you want to be -- if     02:50:19
 6   you want to participate in the grand slams,   02:50:24
 7   if you want to be recognized in the major     02:50:27
 8   tournaments, if you want to be nationally     02:50:29
 9   and internationally ranked, you play in the   02:50:31
10   ATP tournaments.  They, too, are a single     02:50:34
11   employer.                                     02:50:37
12        Q.  Does the Men's Tennis Association    02:50:39
13   have anything to do with determining --       02:50:50
14   what are the constraints that the men's       02:50:56
15   tennis -- the ATP puts on the percentage of   02:50:58
16   revenue that's paid to the men's tennis       02:51:01
17   players?                                      02:51:05
18        A.  They apply no such constraint.       02:51:05
19        Q.  I have the same questions about      02:51:08
20   professional women's tennis.  How --          02:51:11
21        A.  Okay.  However, if I could, what     02:51:13
22   they set is the prize money, the purse.       02:51:16
23   And each tournament has an expected           02:51:18
24   revenue.  So implicitly they're ballparking   02:51:21
25   a share, but that's not what their policy     02:51:26
```

Page 236

```
 1   addresses.  Their policy addresses the        02:51:29
 2   amount that they pay.                         02:51:31
 3        In terms of women's tennis, it's         02:51:32
 4   largely the same situation.  It's run by      02:51:33
 5   the WTA.  And that also coordinates           02:51:36
 6   activity with the Tennis Association of       02:51:39
 7   England, Tennis Association of France and     02:51:43
 8   Tennis Association of Australia for the       02:51:47
 9   grand slams.  It's a single employer.         02:51:49
10        Q.  Why didn't you use NASCAR as a       02:51:51
11   potential benchmark?                          02:51:55
12        A.  NASCAR is a monopoly in the          02:51:57
13   stockcar racing industry.  It is the sole     02:52:03
14   sanctioning body.  It also owns -- the        02:52:08
15   people who own NASCAR, which is the France    02:52:11
16   family, also own the International Speedway   02:52:16
17   Corporation, which owns most of the tracks    02:52:19
18   that NASCAR races on.  And they, again, get   02:52:21
19   to set prices.                                02:52:24
20        Q.  And why didn't you use any firms     02:52:34
21   outside of sports as a benchmark?             02:52:37
22        A.  I was looking for benchmarks and     02:52:43
23   comparators that had as much similarity as    02:52:46
24   possible with Zuffa, with MMA.                02:52:49
25        Q.  And why would, for example, the      02:52:55
```

Page 237

```
 1   Major League Baseball have more               02:53:04
 2   similarities to Zuffa than every other firm   02:53:07
 3   outside of sports?  Is it just because it's   02:53:11
 4   a sport?                                      02:53:14
 5        A.  No.  Their revenue streams are       02:53:15
 6   similar to each other.  They're selling       02:53:18
 7   tickets, they're selling media rights and     02:53:21
 8   television rights.  They're selling           02:53:25
 9   sponsorships.  They have to cover on the      02:53:28
10   cost side.  They have to cover the cost of    02:53:29
11   their athletic talent.  They have to either   02:53:31
12   rent or pay for in another way the            02:53:35
13   facilities that they're playing in.  They     02:53:37
14   have to pay in one measure or another for     02:53:38
15   the travel of the athletes.                   02:53:40
16        But the structure and the nature         02:53:42
17   of the items that are involved on the         02:53:44
18   revenue side and the cost side are very       02:53:46
19   similar.                                      02:53:48
20        Q.  So why didn't you include any        02:53:48
21   firms outside of sports that sell tickets     02:53:50
22   and media rights?                             02:53:53
23        A.  Well, one of the reasons I didn't    02:53:55
24   look further, other than to have a footnote   02:54:02
25   about the movie industry, which you were      02:54:05
```



60 (Pages 234 to 237)

PUBLIC COPY - REDACTED

Page 238

1  kind enough to notice, is because I'm a           02:54:09
2  sports economist and I understand the             02:54:11
3  supports industry and I might have gone out       02:54:13
4  and looked for Showcase Cinemas, for              02:54:15
5  instance. They sell tickets. They don't           02:54:19
6  sell television rights, but they sell             02:54:21
7  tickets.                                          02:54:24
8       So I might have tried to find               02:54:24
9  some of those firms, but I don't know a           02:54:26
10 great deal about them. And I felt                 02:54:28
11 comfortable with the nature of what happens       02:54:29
12 in the sports leagues and the team sports         02:54:34
13 leagues and in boxing to say that it's            02:54:36
14 sufficiently similar and that I can account      02:54:38
15 for and understand any differences with           02:54:41
16 Zuffa. And so I chose them.                       02:54:43
17      Q. Is it fair to say that because of        02:54:46
18 your background and knowledge with sports         02:54:48
19 economics that you didn't investigate as          02:54:56
20 potential yardsticks firms that were out --       02:54:58
21 that were not in the sports industry?             02:55:02
22      MR. CRAMER: Objection to form.              02:55:04
23      A. Part of the story is gaining             02:55:06
24 access to information. The sports industry        02:55:09
25 has an enormous amount that's written about       02:55:11

Page 239

1  it in detail. There are agencies out there       02:55:14
2  and magazines out there and reporters out         02:55:18
3  there like Forbes and like Spotcast, Spot         02:55:19
4  Track rather, that make it their business         02:55:23
5  to gather information from teams and              02:55:25
6  assemble data.                                    02:55:27
7       I also have contact with the                02:55:31
8  leagues and the labor associations, with          02:55:33
9  the commissioner's offices. I was able to         02:55:36
10 gather additional data from them.                 02:55:39
11      What I always do when I do legal            02:55:42
12 consulting, when I do expert work is to try       02:55:47
13 to limit the amount of wasted time that I         02:55:50
14 engage in. And I felt, A, that it's the           02:55:52
15 sports industry and has the same basic            02:55:56
16 revenue sources and the same nature of            02:55:59
17 costs.                                            02:56:02
18      B, that I understand it. And I              02:56:02
19 understand some of the nuances of these           02:56:05
20 industries.                                       02:56:07
21      And, C, that I had much better              02:56:08
22 access to the data that I would need. So          02:56:11
23 that it made little sense in my mind for me       02:56:14
24 to go out fishing for some other industries      02:56:18
25 that might have similar structures, revenue       02:56:20

Page 240

1  and cost structures, where I didn't              02:56:22
2  understand the nuances as well and where I       02:56:25
3  wouldn't necessarily get access to data.          02:56:27
4       Q. You've answered this question,          02:56:29
5  but that was such a long answer that need         02:56:32
6  to get it down to that last part.                 02:56:34
7       You said you didn't go fishing,             02:56:37
8  because of the knowledge you already had          02:56:40
9  about the sports industry. You didn't             02:56:42
10 investigate the firms that would have been        02:56:44
11 potential yardsticks outside of the sports        02:56:46
12 industry; is that correct?                        02:56:48
13      MR. CRAMER: Objection to form.              02:56:48
14      Asked and answered. He gave you the         02:56:50
15      answer. If you'd like him to restate        02:56:51
16      it, you can.                                 02:56:53
17      MR. ISAACSON: I would like him              02:56:54
18      to answer the question I just gave.         02:56:57
19      A. Yes, so I agree with part of your        02:56:59
20 answer, but you misstated or you                  02:57:01
21 understated my response. As a part of it          02:57:02
22 had to do with similarity and a part of it        02:57:04
23 had to do with access to information.             02:57:07
24      Q. Is there some reason from the            02:57:09
25 point of view of economics that assuming a        02:57:13

Page 241

1  software company is in a competitive              02:57:17
2  industry and assuming a sports company is         02:57:19
3  in a competitive industry, that the               02:57:22
4  percentage of revenue paid to labor would         02:57:25
5  be different?                                     02:57:29
6       A. It has to do with the technology        02:57:30
7  of the production process. Right? I mean,         02:57:33
8  some production processes are very capital        02:57:37
9  intensive and some are very labor                 02:57:40
10 intensive. Sports are very labor                  02:57:42
11 intensive, as a general matter.                   02:57:44
12      So I'd want to be comparing it to           02:57:45
13 industries that are similar in the sense          02:57:50
14 that they're labor intensive. Software            02:57:51
15 companies are probably pretty capital             02:57:53
16 intensive. You wouldn't expect the same           02:57:55
17 kind of labor share.                              02:57:58
18      The labor share is determined by            02:57:59
19 the productivity of the labor times the           02:58:01
20 number of laborers. Productivity of labor         02:58:05
21 is much higher when it's more capital             02:58:08
22 intensive.                                        02:58:10
23      Q. Can I ask you to look at                 02:58:11
24 Paragraph 91 of your report?                      02:58:17
25      A. I'm there.                               02:58:34



PUBLIC COPY - REDACTED