# Exhibit 53

## 30(b)(6) Deposition of Robert Arum (October 17, 2017) (excerpted)

PUBLIC COPY - REDACTED

PUBLIC COPY - REDACTED

                                                                    1

                       UNITED STATES DISTRICT COURT

                          DISTRICT OF NEVADA


    CUNG LE; NATHAN QUARRY, JON    )
    FITCH, on behalf of            )
    themselves and all others      )
    similarly situated,            )
                                   )
              Plaintiffs,          )
                                   )
              vs.                  )  Case No.
                                   )  2:15-cv-01045-RFB-(PAL)
                                   )
    ZUFFA, LLC, d/b/a Ultimate     )
    Fighting Championship and      )
    UFC,                           )
                                   )
              Defendant.           )
    _____)


                CONFIDENTIAL - ATTORNEYS' EYES ONLY

                         VIDEO DEPOSITION

           OF TOP RANK'S FRCP RULE 30(b)(6) WITNESS

                          ROBERT ARUM

                       October 17, 2017

                      Los Angeles, California

                          10:41 A.M.


    Reported By:
    JAN M. ROPER, RPR, CSR NO. 5705
    Job No. 52243

**PUBLIC COPY - REDACTED**

**ROBERT ARUM - CONFIDENTIAL - ATTORNEYS' EYES ONLY**

A Guys who have good records who've performed tremendously who have not performed yet on the top level See, we match them -- you know, we match them with their experience and their ability, and then they move up

MR MAYSEY: Could we go off the record We ran out tape

THE VIDEOGRAPHER: This marks the end of videotape No 1 in the deposition of Bob Arum -- Robert Arum We're off the record at 12:59 p m

(A lunch recess was taken from 12:59 p m to 1:36 p m )

ROBERT ARUM - CONFIDENTIAL - ATTORNEYS' EYES ONLY

LOS ANGELES, CALIFORNIA; TUESDAY, OCTOBER 17, 2017

1:36 P M

ROBERT ARUM,

having been previously first duly sworn, was examined and testified further as follows:

THE VIDEOGRAPHER: We are back on the record at 1:36 p m This marks the beginning of videotape No 2 in the deposition of Robert Arum

EXAMINATION (Continued)

BY MR MAYSEY:

**Q. Mr. Arum, I'm going to play another video for you. Please direct your attention to the monitor.**

**This is Bob Arum Outline Video 3 between -- marked as Exhibit 8.**

**(Plaintiffs' Exhibit 8 was marked for identification.)**

**(Video clip played.)**

BY MR MAYSEY:

**Q. Mr. Arum, were you able to hear the audio?**

A Yes, I was

ROBERT ARUM - CONFIDENTIAL - ATTORNEYS' EYES ONLY

MR ISAACSON: I'm going to object to the use of the video, like the other videos, on grounds of hearsay, completeness, and foundation

BY MR MAYSEY:

**Q. Is that you in the interview?**

A Yes

**Q. Do you believe the statements you made were true when you made them?**

A Yes

MR ISAACSON: Objection Compound

BY MR MAYSEY:

**Q. Do you know when that interview was given?**

A No, I'm not sure Can you tell me?

**Q. September 23, 2011.**

A Okay

**Q. Does that sound accurate?**

A Yeah

**Q. Do you believe those statements are still true today?**

A My statements? Yes

MR ISAACSON: Objection Compound Foundation

THE WITNESS: And I would add to that, too --

MR ISAACSON: Calls for opinion, hearsay

ROBERT ARUM - CONFIDENTIAL - ATTORNEYS' EYES ONLY

THE WITNESS: -- he talks about giving back UFC is a monopoly company, and they don't give back They put money into UFC It's like paying yourself So it's not giving back

In boxing we have all different kinds of promotional companies and, again, we're operating under the constraints of what we pay the fighters And it's different from giving back, when you're really not giving back All you're doing is investing more money in your own company

MR ISAACSON: Move to strike Nonresponsive

BY MR MAYSEY:

**Q. In that video you say, "We pay fighters over 80 percent. So that's the difference. I mean, talk about giving back to the sport. When you pay out your talent 20 percent, and boxing promoters, myself and others, pay their talent over 80 percent, who's giving back to whom?"**

A Right

MR ISAACSON: Objection --

THE WITNESS: But I would also add --

MR ISAACSON: Objection Foundation

THE WITNESS: Sorry

PUBLIC COPY - REDACTED

90

ROBERT ARUM - CONFIDENTIAL - ATTORNEYS' EYES ONLY

I would also add --

MR ISAACSON: And there's no question

THE WITNESS: I would also add that what he neglects -- and I should have said, also, is that giving back is not giving back You're just putting money back in your own company That is his definition of giving back to the sport, because the sport and the company in the case of UFC is exactly the same

MR ISAACSON: Objection -- I'm sorry Move to strike Nonresponsive Opinion

BY MR MAYSEY:

**Q. Do you believe other boxing promoters pay talent -- pay boxers over 80 percent of revenue?**

MR MARROSO: Lacks foundation

MR ISAACSON: Objection Foundation Calls for opinion

THE WITNESS: Yes, and some pay more

BY MR MAYSEY:

**Q. And what is the basis for your belief that some boxing promoters pay over 80 percent to boxers?**

[redacted]

MR ISAACSON: Move to strike on grounds of hearsay

91

ROBERT ARUM - CONFIDENTIAL - ATTORNEYS' EYES ONLY

BY MR MAYSEY:

[redacted]

MR ISAACSON: Objection Leading Foundation

THE WITNESS: We talk about other things, but we do talk about that

MR ISAACSON: Hearsay

BY MR MAYSEY:

**Q. Do you think your opinion as to what boxing promoters pay out is educated?**

A Yes

MR ISAACSON: Objection Foundation Leading

BY MR MAYSEY:

[redacted]

MR ISAACSON: Objection to form

92

ROBERT ARUM - CONFIDENTIAL - ATTORNEYS' EYES ONLY

[redacted]

BY MR MAYSEY:

**Q. Do you consider boxing to be a competitive industry?**

A What does that mean, "competitive"?

**Q. Do you have to compete to sign talented boxers?**

A You have to compete to sign talented boxers, and you have to compete to get the dates from the [redacted]

**Q. What is a unified champion?**

A The unified champion is a champion in a weight division where he holds more than one title of an organization For example, Terence Crawford with his fight in August unified all four belts He was the IBF, the WBA, the WBO, and the WBC champion That's a unified champion

**Q. Does becoming a unified champion increase Terence Crawford's notoriety and marketability?**

A Well, certainly notoriety Marketability, that remains to be seen

93

ROBERT ARUM - CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Q. What factors does Top Rank consider when deciding whether to sign a boxing prospect?**

[redacted]

**Q. Do rankings have any role in determining the marketability of a fighter?**

MR ISAACSON: Objection Foundation Calls for opinion

[redacted]

BY MR MAYSEY:

[redacted]

24 (Pages 90 to 93)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY - REDACTED