# Exhibit 59

Deposition of Roger D. Blair, Ph.D. (December 9, 2017) (excerpted)

PUBLIC COPY - REDACTED

239

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
 )
       Plaintiffs, )
 )
       vs. ) Case No.
 ) 2:15-cv-01045-RFB-(PAL)
 )
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
 )
       Defendant. )
_____)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

ROGER D. BLAIR, Ph.D., VOL. II

Orlando, Florida

December 9, 2017

7:59 a.m.

Reported By:
Dawn A. Hillier, RMR, CRR, CLR
Job No. 52574

**PUBLIC COPY - REDACTED**

ROGER D. BLAIR, Ph.D., VOL. II - HIGHLY CONFIDENTIAL

304

1  revenue, then you could calculate a ratio of the
2  marginal revenue product of the athletes to the total
3  revenue in that sport; right?
4         MR. WIDNELL: Objection, form.
5         THE WITNESS: That's a matter of -- I mean,
6  you're -- you're asking me if -- if I have a -- if
7  I know what the numerator and the denominator are,
8  I can do the arithmetic, and the answer's yes.
9  BY MR. SILVERMAN:
10    Q   For any given sport, the revenue from an event
11 can, in theory, be broken down into the revenue product
12 of the various input factors that went into producing
13 that event; right?  So, in the example you just talked
14 about, the fighters in the venue, for example.
15        MR. WIDNELL: Objection, form, misstates.
16        THE WITNESS: Okay. So, I'm sorry. You're
17 asking me if -- if we have all of the -- if we have
18 all of the inputs and we -- you know, we list all
19 of those, can we attribute shares of the total
20 revenue that are accounted for by each of those
21 inputs?
22 BY MR. SILVERMAN:
23    Q   Right.
24    A   Is that your question?
25    Q   In theory.

305

1     A   Well, you know, I mean, again, not
2  necessarily. And, you know -- and, you know, in the
3  same sense that, you know, if you were to say, you know,
4  we have the athletes that are providing the sports
5  entertainment and we have the venue, so we have -- let's
6  just suppose there's only those two inputs. We have the
7  athletic input, and the venue. You know, revenue's zero
8  if either one of those things is zero. So, having put
9  on the event, you know, allocating the -- the revenue --
10 a portion of the revenue to each of them would be, you
11 know, pretty difficult.
12    Q   But in theory, isn't the revenue -- by
13 definition, doesn't it -- isn't it attributable to all
14 of the factors that go into production, even if it's
15 difficult to apportion it properly?
16        MR. WIDNELL: Objection, form.
17        THE WITNESS: Okay. So -- okay. So, you
18 know, in theory, you know, what you're looking at
19 is, you know, the -- you know, the profit, let's
20 say, is a function of the revenue which is driven
21 by the -- you know, the demand on the part of
22 consumers, you know, the fans, and the -- and the
23 output, which is driven by the inputs; okay?
24        So, if I know what all of the inputs are, you
25 know, the quantities of all the inputs, and their

306

1  cost, their prices, you know, once I know what
2  those quantities are, you know, the total output,
3  if you will, is determined by the -- the nature of
4  the production function. And then that determines
5  the quantity. And given the demand conditions,
6  that will then determine what the -- you know, what
7  the price is. And you can calculate the -- the
8  total revenue from that. And what you have to
9  subtract out, then, in order to determine the
10 profit, is the payments to the inputs that went
11 into producing that output.
12        Now, can you then attribute -- can you say how
13 much of the revenue was generated by each of the
14 inputs. You know, that becomes complicated because
15 the marginal revenue products are -- the marginal
16 product -- marginal revenue product of one input is
17 influenced by the quantities of the other inputs
18 that are employed. So, you know -- and, you know,
19 you -- it's relatively easy to see that, you know,
20 in, you know, you know, specific production
21 examples.
22 BY MR. SILVERMAN:
23    Q   If we look at Major League Baseball, for
24 example, do you think that the players are responsible
25 or that the -- strike that.

307

1     If we look at Major League Baseball, for
2  example, do you think that the marginal revenue product
3  of the players accounts for the vast majority of the
4  revenue generated?
5         MR. WIDNELL: Objection, form.
6         THE WITNESS: Well, certainly if you're a
7  baseball fan, you're not going to want to go to the
8  stadium and just sort of sit around and look at the
9  green grass. You know, you're going to want --
10 you're going to go there because the players are
11 going to play a game. And you want to watch the
12 athletic competition on the field. You know, so,
13 you know, the -- you know, but that attribution,
14 you know, again, you know, is complicated by the
15 fact that, you know, if you didn't have the
16 stadium, you know, you wouldn't generate the same,
17 you know, fan appeal.
18        There wouldn't be any place for them to watch
19 the game. So, you know, the size of the stadium
20 can come into play and, you know, because that's
21 another input in the production of revenues through
22 providing sports entertainment.
23 BY MR. SILVERMAN:
24    Q   What are the other major factors of production
25 besides the stadium, I think you mentioned, that play an

18 (Pages 304 to 307)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 502, New York, NY 10123   1.800.642.1099

**PUBLIC COPY - REDACTED**

ROGER D. BLAIR, Ph.D., VOL. II - HIGHLY CONFIDENTIAL

308

1  important role in generating the baseball revenues?
2        MR. WIDNELL: Objection, form.
3        THE WITNESS: Well, I mean, I haven't, you
4  know, I haven't studied that in particular. So,
5  you know, I'm just, you know, responding to your
6  question, you know, off the -- you know, basically
7  off the top of my head from just general
8  experience. But, you know, obviously there's a
9  venue. There's, you know, promotion by the -- by
10  Major League Baseball generally that's, you know,
11  where they provide promotions on a league-wide
12  basis. There are individual promotions, you know,
13  at the local level by the -- you know, by the team.
14  You know, there's the venue, the amenities. You
15  know, you need to have parking facilities. You
16  know, some of the most modern stadiums have a lot
17  of other sorts of fan amenities. You know, they
18  may have places for kids to play when they get
19  bored with the game. You know, they have
20  restaurants and, you know, bars. And, you know,
21  all sorts of things go into attracting fans to --
22  to come to a particular location in order to watch
23  a -- you know, some sports athletic composition on
24  the field.
25  BY MR. SILVERMAN:

309

1     Q  Do those --
2     A  The umpires.
3     Q  Sure.
4     A  I mean, there's a lot of things that come into
5  play.
6     Q  Do those same factors play an important role
7  in generating revenues in the NFL?
8        MR. WIDNELL: Objection, form.
9  BY MR. SILVERMAN:
10    Q  The ones you listed for baseball. Are any of
11  them not present in the NFL?
12    A  Well, I mean, I don't know. I mean, they
13  don't have umpires. They've got somebody else.
14       You know, they have other game officials. You
15  know, some of the -- some of the revenue, you know, is
16  associated with, you know, the live attendance and the
17  gates receipts and the concessions and parking and so on
18  and so forth. You know, but part of the revenue that
19  the -- that's experienced is through the TV contracts.
20  And, so, you know, that contributes as well to the
21  overall revenue stream and profitability of the
22  enterprise.
23    Q  But I'm asking about factors of production, so
24  inputs that general -- that, you know, that are
25  responsible for generating revenue. I mean, I guess the

310

1  television contract is a stream of revenue, but it's not
2  a factor of production, is it?
3     A  No, it's not a factor of production.
4     Q  Yeah. So I'm asking specifically about the
5  factors of production that go into generating the
6  revenues, whether labor or capital.
7     A  Okay. Sure. Okay.
8        MR. WIDNELL: Are you asking just for the --
9  the venue -- the event of the venue or overall for
10  the team's revenues?
11  BY MR. SILVERMAN:
12    Q  Just -- for just generating the -- the
13  revenues -- the event revenues. But including wherever
14  those revenues come from, including television
15  contracts.
16    A  Right. So what you said right at the end was
17  excluding something like the television contract
18  revenue; right?
19    Q  No. So I didn't mean to exclude -- what I was
20  asking is what -- I'm asking, what are the important
21  factors of production --
22    A  Okay.
23    Q  -- in addition to the athletes --
24    A  Right.
25    Q  -- that generate the revenue. And then the

311

1  revenue comes from a variety of places, game receipts,
2  television contracts, wherever.
3     A  Okay. All right. So -- so you need game
4  officials; right?
5     Q  Yeah.
6     A  You also need coaches. You need trainers.
7  You need medical personnel. You need the golf carts to
8  take the players off the field sometimes. You need, you
9  know, training facilities for them to be prepared to
10  play. And, you know, of course you need the venue,
11  which is not a trivial matter. You know, if the game's
12  at night, you need utilities because you have to have
13  the lights on.
14       You need to have people to operate the venue
15  in terms of, you know, selling tickets and checking
16  admissions and that sort of thing. You need to have
17  some sort of parking facilities. You know, there's a
18  host of things that I'm probably not thinking about.
19  But, again, you know, as I -- as I said -- well, as I
20  said when we were talking about baseball, you know, I
21  haven't studied this in any detail, so I'm just
22  responding to you kind of off the top of my head.
23    Q  Understanding that you're just -- that this
24  isn't something you studied in detail, are all of those
25  factors you identified for the NFL also present in the

19 (Pages 308 to 311)

PUBLIC COPY - REDACTED

312

1 MBA and the NHL as important factors of production?
2     MR. WIDNELL: Objection, form.
3     THE WITNESS: I'm sure that there's some
4 things that I listed for the NFL that, you know,
5 are not important for the NBA. For example, you
6 know, when players get hurt in the NBA, usually
7 they're not hurt as severely as they might get hurt
8 in an NFL game and they usually don't have carts to
9 take them to the locker room as a result of that.
10 Although they may have. I haven't seen that.
11     But, you know, the -- you know, as a general
12 proposition, you -- you need the, you know, same
13 sort of things. You need game officials. You need
14 equipment. You need a venue. You need -- you
15 know, you need the coaches. Again, you know,
16 training facilities, practice facilities, you know,
17 and an assortment of, you know, other things. You
18 all still need parking facilities and you need
19 somebody to run -- not somebody, but some people to
20 operate the venue. You know, and so on.
21 BY MR. SILVERMAN:
22  Q  What are the important factors of production
23 that generate revenues in boxing other than the
24 athletes?
25     MR. WIDNELL: Objection, form.

313

1     THE WITNESS: You asked me, what are they?
2 BY MR. SILVERMAN:
3  Q  Um-hum.
4  A  Well, a lot of it's the promotion, you know,
5 for -- you know, some boxing events you see in the
6 months or weeks leading up to the event, there's a lot
7 of promotion. You know, sometimes the -- the
8 participants help with that by, you know, trash talking
9 and things like that that, you know, are designed --
10 well, I mean, I shouldn't say designed. I mean, you
11 know, I don't know for sure why these guys are trash
12 talking, but it does seem to, you know, elicit some
13 further interest on the part of the fans.
14     You know, so, you know, and the other things
15 are -- you know, are similar. You need -- you know, you
16 need referees. You need judges. I mean, you need a
17 referee in the ring. You need judges. You know, you're
18 going to need a venue. And, you know, with the -- all
19 the things that go with that.
20     The boxers are going to need training
21 facilities. They're going to need, you know, managers,
22 coaches, you know, trainers and, you know, and so on.
23 You need equipment. Not a lot of equipment, but you
24 need boxing gloves and --
25  Q  Um-hum.

314

1  A  -- you know, assorted other things that, you
2 know. I'm sure I'm missing a whole bunch of things.
3 But, again, you know, I haven't -- I haven't focused on
4 this.
5  Q  For the sports that we discussed based --
6 professional baseball, basketball, football, hockey, and
7 boxing, for any of them, have you studied the ratio of
8 the marginal revenue product of the athletes to the
9 total revenue in any of those sports?
10  A  No.
11  Q  Have you studied the ratio of the marginal
12 revenue product of the athletes to total revenue in MMA?
13  A  No.
14  Q  Or for the UFC, specifically?
15  A  No.
16  Q  Do you have any reason to believe that the
17 marginal revenue product of the athletes in any of the
18 sports we just discussed that Dr. Zimbalist uses a
19 yardstick is higher or lower than it is in MMA?
20     MR. WIDNELL: Objection, form.
21     MR. SILVERMAN: Actually, strike that
22 question. Sorry.
23 BY MR. SILVERMAN:
24  Q  Do you have any reason to believe that the
25 marginal revenue product -- strike that too.

315

1     Any reason to believe that the marginal -- the
2 ratio of the marginal revenue product of labor to total
3 revenue in any of the yardstick sports is higher or
4 lower than that ratio in MMA?
5     MR. WIDNELL: Objection, form.
6     THE WITNESS: I haven't thought about that
7 specifically, so as I sit here today, I don't
8 really have an informed response for you.
9 BY MR. SILVERMAN:
10  Q  Okay. Would you agree that Zuffa has
11 additional revenue streams beyond those which it
12 accounts for as an event revenue?
13     MR. WIDNELL: Objection, form.
14     THE WITNESS: I believe so, yes.
15 BY MR. SILVERMAN:
16  Q  For example, Zuffa has revenue from selling
17 license fees to video games, for example, which aren't
18 event revenue; right?
19  A  Yes.
20  Q  Have you ever performed any empirical analysis
21 to measure the marginal revenue product of labor in
22 any -- in any labor markets -- or strike that. Not in
23 any labor markets.
24     Have you ever performed a study to measure the
25 marginal revenue product of labor in any market?

**PUBLIC COPY - REDACTED**

**316**

1   A   No.
2   Q   How does an economist usually measure the
3   marginal revenue product of labor, or empirically?
4       MR. WIDNELL: Objection, form.
5       THE WITNESS: I really don't know how labor
6   economists address that, that issue, you know. One
7   way in, if you're dealing with, you know,
8   competitive markets, you know, one estimate of the
9   marginal revenue product would be what the -- you
10  know, what the wage or salary is, so you can get at
11  it from that perspective.
12      You know, how exactly labor economists build
13  up estimates of the marginal revenue product, I'm
14  not sure. I'm not -- as I told you earlier, you
15  know, I'm not really a labor economist.
16  BY MR. SILVERMAN:
17  Q   Would you agree that if you're trying to
18  calculate the -- the pay to revenue ratio of a -- of a
19  sports organization, one shouldn't exclude any events
20  or -- strike that.
21      Would you agree that with trying to calculate
22  the pay to revenue ratio of an organization, one should
23  endeavor to include all of the compensation and all of
24  the revenues of that organization?
25      MR. WIDNELL: Objection, form.

**317**

1       THE WITNESS: As a matter of simple
2   calculation, the, you know, if you gave me a set of
3   financial statements and you asked -- told me that
4   my assignment was to calculate the pay to labor,
5   you know, workers, as in their entirety, and divide
6   that by the total revenue reflected in the
7   financial statements, if that's my assignment, then
8   in order to do that, carry out that assignment
9   properly, I would have to identify all of the
10  payments to workers and add them up and divide that
11  by all of the revenues from whatever revenue
12  source, whether related or not related, or whatever
13  it is, and, you know, and I would then carry out
14  that arithmatic calculation, and I think I would
15  have completed my assignment.
16  BY MR. SILVERMAN:
17  Q   If the data you were working with involved
18  individual events for which athletes were paid
19  compensation in which generated revenue, if you excluded
20  some of those events and the ones that remained were
21  unrepresentative of the whole, then would your estimate
22  of the pay to revenue ratio be biased by the exclusion
23  of the -- of some of the events?
24      MR. WIDNELL: Objection, form.
25      THE WITNESS: Right.

**318**

1       So -- so, if my assignment, again, is to take
2   the financial statements and calculate -- add up
3   all of the payments, you know, in whatever form, to
4   the athletes, and divide that by the revenue from
5   whatever source, you know, I would -- as I
6   indicated earlier, I would include everything and I
7   think that I would have carried out my assignment.
8       I don't know that the -- you know, that the
9   characterization of bias is -- I'm not sure that
10  that's the right word. But I think that
11  eliminating some payments and eliminating some
12  revenue sources is inconsistent with the assignment
13  that I've been given to divide the payments to
14  athletes by the total revenues.
15      So, I would have done the -- carried out my
16  assignment incorrectly. And I would have failed to
17  fulfill the assignment that I'd been given.
18  BY MR. SILVERMAN:



**319**

10  Q   Are you referring to footnote 90?
11      MR. WIDNELL: Can you read footnote 90?
12      MR. SILVERMAN: Yeah. Yeah.
13  BY MR. SILVERMAN:

21 (Pages 316 to 319)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 502, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

```
                                            320
 2     A    No.
 3          (Exhibit 8 was marked.)
 4  BY MR. SILVERMAN:
 5     Q    I'm handing you what's been marked Blair
 6  Exhibit 8.  And let's do nine too.
 7          (Exhibit 9 was marked.)
 8  BY MR. SILVERMAN:
```

```
                                            321
```

```
                                            322
14          MR. WIDNELL: Objection, form.
15          THE WITNESS: I haven't done anything beyond
16     what I've already described in using these
17     documents.
18  BY MR. SILVERMAN:
```

```
                                            323
 6          MR. WIDNELL: Same objection.
 7  BY MR. SILVERMAN:
 8     Q    In paragraph 70, you note that to calculate
 9  Golden Boy's pay-to-revenue ratio, Dr. Zimbalist relied
10  on data that were drawn from an expert report in another
11  litigation; is that right?
12     A    Yes.
13     Q    Do you know what litigation that was?
14     A    I'm unfamiliar with that litigation, but, you
15  know, there was -- I think there's some reference to it.
16     Q    Have you reviewed any of the documents filed
17  in that litigation?
18     A    I have not.
19     Q    Do you know what expert report from that
20  litigation Dr. Zimbalist referred to?  Or where the data
21  came from that he referred to?
22     A    There is -- it's in my report.  And I guess I
23  got the information from Dr. Zimbalist's report.  I
24  believe the man's name was Deetz, but I'm not -- you
25  know, I would have to look at the report and tell.
```

22 (Pages 320 to 323)

**PUBLIC COPY - REDACTED**