# Exhibit 60

Deposition of Hal J. Singer, Ph.D.
(January 23, 2018) (excerpted)

**PUBLIC COPY**

Page 338

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
- - -

CUNG LE, NATHAN QUARRY, JON: CIVIL ACTION
FITCH, BRANDON VERA, LUIS :
JAVIER VAZQUEZ, and KYLE   :
KLINGSBURY on behalf of    :
themselves an others       :
Similarly situated,        :
            Plaintiffs     : CASE NO.
                           : 2:15-cv-01045-RFB
        vs.                : (PAL)
                           :
ZUFFA, LLC d/b/a ULTIMATE  :
FIGHTING CHAMPIONSHIP and  :
UFC,                       :
            Defendants     :

- - -
Tuesday, January 23, 2018
DAY 2
- - -

        Continuation of videotaped

deposition of HAL J. SINGER, Ph.D., taken

pursuant to notice, was held at the

offices of BERGER & MONTAGUE, P.C., 1622

Locust Street, Philadelphia, PA 19103,

commencing at 10:19 a.m., on the above

date, before Lori A. Zabielski, a

Registered Professional Reporter and

Notary Public in and for the Commonwealth

of Pennsylvania.

                - - -
        MAGNA LEGAL SERVICES
            866.624.6221
            www.MagnaLS.com



**PUBLIC COPY**

Page 423

1  the marginal revenue product of the
2  collective group of fighters at an event;
3  is that correct?
4       A.   Yes.
5       Q.   All right.  And if I wanted
6  to understand the marginal revenue
7  product of an individual fighter at that
8  event, have you done any analysis of
9  that?
10      A.   Well, remember, I use an
11  individual fighter event pair as the
12  dependent variable in my wage share
13  regressions, and so I am assuming that
14  there is a relationship between an
15  individual fighter's contribution to the
16  event revenues and the event revenues
17  that featured that individual.
18      Q.   And am I correct, the way
19  you -- the relationship between a
20  fighter's -- between what a fighter does
21  and the event revenue, you base that
22  relationship on what a fighter was paid
23  at that event relative to what other
24  fighters were paid at the event?

Page 424

1       MR. CRAMER:  Objection to
2  form.
3       THE WITNESS:  I don't think
4  I would put it that way.  I'm
5  not -- I'm -- just I'm sorry.  I
6  am just not following.
7  BY MR. ISAACSON:
8       Q.   All right.  The -- when you
9  calculate the -- so when you assume that
10  there is a relationship between an
11  individual fighter's contribution to
12  event revenues and the event revenues
13  that feature that individual, how do you
14  go about -- what is that relationship?
15      MR. CRAMER:  Objection to
16  form.
17      THE WITNESS:  I think the
18  regression model is designed to
19  identify the factors that
20  influence that relationship and
21  their separate contributions to
22  that relationship.
23  BY MR. ISAACSON:
24      Q.   All right.  What factors in

Page 425

1  the regression model determine the
2  relationship between what a fighter does
3  and the event revenue?
4       A.   Well, that's a slightly
5  different question.
6       Q.   Well, then let me rephrase
7  it.
8       A.   My left-hand side variable
9  is what a fighter was paid in proportion
10  to the event revenue, not does.
11      Q.   Okay.
12      A.   But we can go there, too.  I
13  mean, we can go wherever -- we can go
14  wherever --
15      Q.   No, I am not trying to go
16  there.
17      A.   Okay.
18      Q.   So as I understand it, the
19  regression model is designed to identify
20  the factors that establish whether there
21  is a relationship between an individual
22  fighter's contribution to event revenues
23  and the event revenues that feature that
24  individual?

Page 426

1       MR. CRAMER:  Objection to
2  form.
3       THE WITNESS:  It's close,
4  but I would just put it slightly
5  differently, if I could, which is
6  that the regression model is
7  designed to identify the factors
8  that explain variation in what a
9  fighter gets paid relative to what
10  was generated by the event.
11  BY MR. ISAACSON:
12      Q.   All right.  Does the
13  regression model identify factors that
14  explain any variations in a fighter's
15  marginal revenue product at an event?
16      A.   I believe so, yes.
17      Q.   Okay.  And would that be of
18  all of the variables in the regression or
19  some subset?
20      A.   It is likely closer to some
21  subset.  We can go through each ones.
22  But, for example, it's -- there are
23  fighter identity variables on the
24  right-hand side.  There are measures of



PUBLIC COPY

Page 427

1  the fighter's performance in that fight,
2  punches landed, for example.
3      So all of those could
4  contribute to the fighter's marginal
5  revenue product.
6      Q.   And when you say that event
7  revenues are a reasonable proxy for the
8  collective marginal revenue product of
9  the fighters at the event, what do you
10  mean by a reasonable proxy?
11      A.   I think that the pool of
12  revenue by which fighters can be
13  compensated is based on what the fighters
14  can create.  This platform is for the
15  fighters, and the fighters are the
16  primary cause of why revenues get
17  generated.  And so, to me, it -- one way
18  to think of it is as an upper bound as to
19  how much you could conceivably pay the
20  fighters collectively is based on how
21  much revenue is generated by the
22  fighters.
23      Q.   So in your opinion, is the
24  one-to-one relationship, the event

Page 428

1  revenue, represents and is equal to the
2  marginal revenue product of the fighters
3  collectively at the event?
4      A.   In a competitive
5  environment, it would be equal to.  In a
6  monopsonized environment, the monopsonist
7  pushes the compensation payments below
8  the marginal revenue product.
9          So given that I believe
10  Zuffa monopolized and monopsonized this
11  market, I would suggest that the
12  compensation was below the marginal
13  revenue product of the fighters.
14      Q.   And in a competitive market,
15  in your opinion, the marginal revenue
16  product of the fighters collectively in
17  an event would be equal to all of the
18  event revenue?
19      A.   No, that's not my opinion.
20      Q.   In a competitive market,
21  what is the relationship between the
22  marginal revenue product of -- product of
23  the -- well, let me start over.
24          In a competitive market, in

Page 429

1  your opinion, is there some amount, some
2  formulaic or mathematical way of
3  expressing the relationship between the
4  marginal revenue product of the fighters
5  collectively and the event revenue?
6      A.   I think that that's fairly
7  close to what I am trying to do with the
8  regression model.  If you think about it,
9  I am trying to simulate the more
10  competitive labor market.  And in that
11  competitive labor market, the fighters
12  collectively would capture, as you know,
13  something in the high 60 percent of the
14  event revenues.
15      Q.   Okay.  So does that mean
16  that the regression tells you that the
17  collective marginal revenue product of
18  the fighters in a competitive world is
19  equal to approximately 60 percent of
20  event revenue?
21      A.   It's certainly -- that is
22  certainly an estimate.  It doesn't have
23  to be equal to.  But I think that I will
24  say something that I hope is fairly safe,

Page 430

1  that as you move in a direction of more
2  competitive, fighters individually and
3  collectively capture closer to 100
4  percent of their marginal revenue
5  products.
6          I just -- I want to be a
7  careful to suggest that even in my
8  but-for world, where I am simulating wage
9  shares with foreclosure of 30 percent,
10  it's conceivable that there is still some
11  market power exercised by Zuffa.
12      Q.   So I understand that all of
13  the event revenues are not being captured
14  by the fighters in your regression.
15          But in terms of the marginal
16  revenue product collectively of the
17  fighters at an event, based on the
18  regression, it's your opinion that that
19  marginal revenue product is equal to
20  approximately 60 percent of the event
21  revenue?
22      A.   I don't want to say it's
23  equal to.  That's what I am -- what I am
24  stumbling on.  What I am comfortable



PUBLIC COPY

Page 431

1    saying is that the but-for wages and wage
2    shares that I am estimating are closer to
3    the fighters' marginal revenue product
4    than what they are currently being paid.
5         Q.   But in your opinion, are the
6    but-for wages that you are estimating
7    approximating the marginal revenue
8    product of the fighters?
9         A.   I am getting caught up on
10   the word "approximating."  Can we -- can
11   we agree on something that's a little
12   less strong?  How about we are -- we are
13   getting closer to in the but-for world.
14   The simulation is putting fighters at a
15   wage share and wage level that is closer
16   to their marginal revenue product.  I am
17   not -- I am not prepared to say that it
18   would -- it would approximate or be
19   exactly equal to 100 percent of the
20   but-for wages.
21        Q.   I need to follow up because
22   getting closer to could mean a little
23   closer to or very closer to.  So I could
24   stand in -- at the back of this room and

Page 432

1    take one step forward and get closer to
2    you but still be far away.
3         A.   That's fair.
4         Q.   The -- is the -- are the
5    but-for wages -- but-for wages that you
6    are estimating in your regression, are
7    those close to or -- let me put it this
8    way:  The but-for wages that you are
9    estimating in your regression, how close
10   are they to the marginal revenue product
11   of the fighters in your opinion?
12        A.   I haven't estimated the
13   marginal revenue products, so to answer
14   that question, I would have to -- I would
15   have to engage in a -- in a different
16   exercise than what I did here.
17             But I -- what I -- what I
18   can tell you is that when we take the
19   foreclosure share down to 30 percent, we
20   are eviscerating a large part of Zuffa's
21   market power.  What I am -- what I am
22   hesitant -- what I am hesitating on and
23   what I am reluctant to say is that the 30
24   percent foreclosure completely

Page 433

1    eviscerates Zuffa's market power to the
2    point that Zuffa is forced to pay
3    fighters equal to their marginal revenue
4    product.  That's -- that's quite a
5    statement.
6             And I want to allow for the
7    possibility that with 30 percent
8    foreclosure share, Zuffa could still have
9    some, not as much, but some buying power,
10   such that it could push wages below
11   marginal revenue product, just not to the
12   extent that it's doing today.
13        Q.   Now, you said you haven't
14   estimated the marginal revenue product of
15   the fighters.  If you could estimate
16   those, would that -- would you then use
17   that as the dependent -- a dependent
18   variable in your impact regression?
19        A.   No.  I intentionally did not
20   estimate the marginal revenue product
21   because it would be one unnecessary step
22   in the process, and I didn't want to
23   introduce an unnecessary step.  I did
24   what was needed to be done to simulate

Page 434

1    but-for wage shares.
2         Q.   In your opinion, does the
3    individual marginal revenue product vary
4    among fighters?
5         A.   It could as a matter of
6    theory, yes.
7         Q.   Beyond theory, based on the
8    investigation that you have done in this
9    case, in your opinion, does it actually
10   vary amongst the fighters?
11        A.   Most likely, yes, based on
12   my investigation, I am thinking in
13   particular of a regression in which I
14   estimated the relationship between event
15   revenues and the rank of the highest
16   ranked fighter featured, and it seems to
17   me that so long as rank is capturing
18   productivity, it appears to be that if
19   you put on a fight with a high productive
20   fighter, all things equal, you are going
21   to generate higher event revenue.
22             So that tells me there is
23   going to be variation among the fighters
24   with respect to their ability, basically



25 (Pages 431 to 434)

PUBLIC COPY

Page 435

1  their revenue generation capabilities.
2      Q.   And assuming the status quo,
3  current Zuffa contracts and practices, is
4  there a relationship in your opinion
5  between fighters' marginal revenue
6  product and their individual
7  compensation?
8          MR. CRAMER:  Do you mean in
9      the current world?
10          MR. ISAACSON:  Yes.
11          THE WITNESS:  Yes, I think
12      in the current world, all things
13      equal, the more productive you
14      are, the higher you get paid.
15  BY MR. ISAACSON:
16      Q.   And I think you have said
17  this, but I will just confirm.  You do
18  think that what you would describe as a
19  competitive world, there would be a
20  relationship between marginal revenue --
21  individual marginal revenue product and
22  individual compensation?
23      A.   Well, there is always a
24  relationship, right?  There is a

Page 436

1  relationship in the actual world, there
2  is a relationship in the but-for world.
3  That's Labor Theory 101.  The -- what we
4  are trying to figure out is how the
5  challenged conduct affected or thwarted
6  that relationship.
7      Q.   Okay.  And you have said
8  that event revenue is a proxy for the
9  collective marginal revenue product of
10  the fighters of the event.
11          Is there a way of looking at
12  event revenue to use that as proxy for
13  individual fighter marginal revenue
14  product?
15      A.   Well, I think, again, the
16  way that I have constructed my impact
17  regressions, I have -- I have used the
18  individual compensation relative to the
19  event revenue as my dependent variable.
20  So in a sense, I am trying to decompose
21  event revenue that way.
22      Q.   All right.  And when you say
23  you use individual compensation relative
24  to event revenue, as I understand it, you

Page 437

1  are looking -- some fighters are paid
2  more, some are paid less, and you are
3  using their payments relative to one
4  another to see -- and comparing that to
5  event revenue?
6      A.   I wouldn't -- I wouldn't
7  quite put it that way.
8      Q.   Let me try to put it this
9  way:  The -- I am trying to get something
10  simple here.
11      A.   Okay.
12      Q.   You have someone who is
13  being paid a million dollars for a fight
14  and someone who is being paid $50,000 for
15  a fight.
16      A.   Got it.
17      Q.   You are assuming that the
18  person being paid $50,000 is making --
19  has a lower marginal revenue product than
20  the person being paid a million dollars?
21          MR. CRAMER:  Objection to
22      form.
23          THE WITNESS:  I am not
24      assuming anything.  Just to make

Page 438

1      your hypothetical concrete, let's
2      assume they both fought in the
3      same fight.
4          MR. ISAACSON:  Same event.
5          THE WITNESS:  Okay.  You
6      didn't say that, but I am trying
7      to --
8          MR. ISAACSON:  Right.
9          THE WITNESS:  Right.
10          Let's assume that they both
11      fought in the same event.  What my
12      model is trying to do, it's not
13      assuming anything.  It's letting
14      the data explain to us the
15      relationship between the fighters'
16      attributes and how much of the
17      event revenue that fighter was
18      able to take home as compensation.
19  BY MR. ISAACSON:
20      Q.   All right.  But for your
21  dependent variable, the -- you are
22  relying on the -- for your dependent
23  variable, the person earning $50,000
24  would be making less of a contribution



PUBLIC COPY

Page 439

1 than the person being paid a million
2 dollars?
3      A.   It makes sense as a matter
4 of theory, but I am not assuming
5 anything.  I am going to let the data
6 explain to me the relationships,
7 basically explain to me why the person
8 who made a million made a million.
9      Q.   But in -- for your -- for
10 your regression in your dependent
11 variable, you are going to input in that
12 example the $50,000 and the million
13 dollars for the two different fighters?
14           MR. CRAMER:  Objection to
15      the form.
16           THE WITNESS:  With a slight
17      adjustment.  Remember, the
18      left-hand side variable is the
19      ratio of the fighters paid to the
20      event revenue.  So with that
21      caveat, yes, those would be -- if
22      you are looking at this as an
23      Excel spreadsheet, those would be
24      two rows in the spreadsheet.  But,

Page 440

1      of course, you need to populate it
2      with all the other variables in
3      the right-hand side.
4           MR. ISAACSON:  All right.
5 BY MR. ISAACSON:
6      Q.   And do you believe that the
7 same group of fighters at a Zuffa event,
8 if they went to a Bellator event, would
9 generate the same event revenue?
10           MR. CRAMER:  Objection to
11      form.
12           THE WITNESS:  To add a
13      little specificity to this
14      question, are we speaking in the
15      actual world or in the but-for
16      world?
17           MR. ISAACSON:  Let's do
18      both.
19           THE WITNESS:  Okay.  Because
20      the answer might -- the answer
21      might depend.  That's the only
22      reason why I bring it up.
23 BY MR. ISAACSON:
24      Q.   In the actual world, the

Page 441

1 present, the current world, if you take
2 the same group of fighters at a Zuffa
3 event and transport them to a Bellator
4 event, same -- everything else equal,
5 same location, same period of time, would
6 you expect that they would generate the
7 same event revenue?
8           MR. CRAMER:  Objection to
9      form, incomplete hypothetical.
10           THE WITNESS:  So I
11      haven't -- I haven't modeled that
12      particular scenario.  I can tell
13      you based on a published article
14      in the literature that I cite and
15      rely on, there is a finding that
16      suggests that the vast majority of
17      event revenues are driven by the
18      identity of the fighters as
19      opposed to the platform.
20           And so to the extent that
21      was your guide, it would suggest
22      to you that the event would, in
23      fact, generate something close to
24      what was generated at Zuffa.

Page 442

1           But I -- in thinking about
2      my model and the way it works in
3      the other analyses that I have
4      performed, I don't know if I
5      have -- if I have conducted that
6      particular estimation.
7 BY MR. ISAACSON:
8      Q.   So you have said -- you both
9 pointed me to an article and said you
10 don't know if you have conducted that
11 particular estimation.  So let me get
12 back over this.
13           Do you have an opinion
14 whether in the actual world, if you take
15 the same group of fighters at a Zuffa
16 event and transport them to a Bellator
17 event that is equal in all other
18 respects, same venue, location,
19 et cetera, that the -- that the Bellator
20 event would generate the same event
21 revenue as the Zuffa event?
22           MR. CRAMER:  Asked --
23 BY MR. ISAACSON:
24      Q.   Do you have an opinion on



PUBLIC COPY

Page 479

1    impact that used the labor share event
2    revenue as the dependent variable to
3    measure the alleged anticompetitive
4    effect, including the impact and damages,
5    of a monopsony?
6            MR. CRAMER:  Objection to
7    form.
8            THE WITNESS:  Very close.
9        At the very end of a monopsony, of
10       a monopsonist who engaged in
11       certain challenged conduct.
12       Remember, we are trying to isolate
13       the effect of the challenged
14       conduct.  And I think as you put
15       it, it sounded as if we were
16       trying to isolate the effect
17       Zuffa's monopsony.
18   BY MR. ISAACSON:
19       Q.   So the regression analysis
20   that you used for damages in one case of
21   impact used the labor share of that
22   revenue as the dependent variable to
23   measure the anticompetitive effect,
24   including the impact or damages, of

Page 480

1    alleged monopsonistic conduct?
2            MR. CRAMER:  Objection to
3    form.
4            THE WITNESS:  I don't -- I
5        don't like that one as much as the
6        one that I gave you.
7            MR. ISAACSON:  I thought
8        that's what you gave me.
9            THE WITNESS:  Monopsonistic
10       conduct is fairly broad, and I
11       think that we are looking at a
12       very particular type of conduct.
13       It's the challenged conduct here,
14       the exclusionary conduct.  And
15       so --
16   BY MR. ISAACSON:
17       Q.   All right.  I am just trying
18   to --
19       A.   Okay.
20       Q.   I equated those things.
21       A.   Okay.
22       Q.   But I am trying to use your
23   words.
24       A.   Okay.

Page 481

1        Q.   So your regression analyses
2    for damages in one case for impact used
3    the labor share of event revenues as the
4    dependent variable to measure the
5    anticompetitive effect, including the
6    impact and damages, of the conduct that's
7    challenged in this case?
8        A.   I think that's fair.
9        Q.   Okay.  All right.  Now, can
10   you point me to any journal that has used
11   a regression analysis using the labor
12   share of revenue -- need not be on an
13   event basis -- the labor share revenue as
14   the dependent variable to measure the
15   anticompetitive effect, impact or damages
16   of any conduct by -- any conduct by a
17   monopsonist?
18       A.   As you put it, I think there
19   are several articles in my literature
20   review on the use of labor share to study
21   monopsony in the economics industry and
22   in general, and in sports economics, in
23   particular, that use labor share as the
24   dependent variable in an econometric

Page 482

1    analysis.
2        Q.   Which ones would you point
3    to as having -- again, focusing on the --
4    on the use as the dependent variable?
5        A.   Sure.
6        Q.   If it helps you locate
7    things, you start talking about Scully
8    around paragraph 94.  I am not trying to
9    limit you but to sort of give you a
10   general location in your report.
11       A.   What page?  I am sorry.
12       Q.   Paragraph 94, page 73.
13           MR. CRAMER:  And Section C
14       starts with page 69, the section
15       where you discussed wage shares.
16           MR. ISAACSON:  I am sure you
17       have to go before and after where
18       I pointed you to.
19           THE WITNESS:  I think that I
20       would start with the Scully
21       article.  I plan to march through
22       these one by one, if that's okay
23       with you.
24

MAGNA
LEGAL SERVICES

PUBLIC COPY

1   BY MR. ISAACSON:
2       Q.   If you would just list them.
3       A.   Sure.  So the Scully article
4   from '74 uses labor share as the
5   dependent variable in the context of an
6   analysis of the impact of monopsony on
7   labor share and the relaxation of certain
8   restrictions, similar to the restrictions
9   that are being challenged here.
10          In footnote 340, I list
11  articles that themselves refer back to
12  Scully's approach to estimating the
13  impact of various changes in labor
14  restrictions in professional sports that
15  also -- let me finish, please -- that
16  also study the impact using the same lens
17  that I did, which is that of labor share.
18      Q.   All right.  My question is
19  only who ran regressions with the labor
20  share as a dependant variable?
21      A.   I would -- I would want to
22  confirm each of those.  Sitting here, I
23  can't tell you that, in fact, they ran
24  regressions.  Sometimes the analysis is

1   to look at changes in labor share before
2   and after a change was made to the
3   restrictions in a sport.  And I just --
4   sitting here, I can't be certain that
5   each one of them used regressions.  I can
6   be certain that the dependent variable or
7   the variable of interest was labor share.
8           I would put Scully's article
9   from 2004 into this category.
10      Q.   And when you say you would
11  put it in this category, are you saying
12  Scully in 2004 ran a regression with
13  labor shares of the dependent variable?
14      A.   I believe so.  I know
15  that -- I know that the article uses
16  labor share as the lens with which to
17  view the impact of a change in a labor
18  market restriction in the sport, and I
19  know that there is econometrics in the
20  article.  I can remember, for example,
21  Scully estimating marginal revenue
22  products using econometric models.  I
23  will leave it at that.
24      Q.   Please -- so far, you have

1   cited Scully '74 and 2004.
2       A.   Oh, and then I cited -- in
3   footnote 340, the way that we found these
4   articles was by -- was by looking back to
5   citations to Scully where the authors
6   invoked the same lens of analysis to
7   study the impact of a -- of a change,
8   typically in a restriction, but generally
9   of labor mobility on compensation in the
10  sport among athletes.
11      Q.   I think you said, sitting
12  here today, you don't know whether any of
13  the citations in footnote 340 ran a
14  regression with labor share as a
15  dependent variable?
16      A.   That's correct.
17      Q.   Okay.  So please continue
18  with answering my question about any
19  other things you have cited where a
20  regression was run with labor share as a
21  dependent variable.
22      A.   Okay.  Again, I am going to
23  put Kahn in the same category.  This is
24  the cite on 346 and 347.  I think I had

1   earlier cited to Kahn, but Kahn is using
2   labor share as the lens of analysis to
3   study a change to labor rules governing
4   baseball, and sitting here, I am
5   hard-pressed to tell you that he used a
6   regression, which is I think the heart of
7   the question, to control for other
8   factors that may have changed around the
9   same time.
10          But whether or not he did, I
11  think the bone of contention between me
12  and your economist was whether -- was
13  whether labor share was the appropriate
14  lens with which to study the change in a
15  labor restriction on player compensation.
16      Q.   My actual question is not --
17          MR. ISAACSON:  And I move to
18  strike the answer.
19  BY MR. ISAACSON:
20      Q.   -- is not -- what's your
21  response to the bones of contention
22  between the economist in this case?  I
23  just want you to list articles with
24  regression analyses where the dependent



PUBLIC COPY

1  variable was labor share.
2      A.   Okay.
3          MR. CRAMER:  And Dr. Singer
4  is doing that, but he is providing
5  some context as he is discussing
6  these reports and articles.
7          MR. ISAACSON:  I disagree
8  with that.  I move to strike the
9  last answer.
10 BY MR. ISAACSON:
11     Q.   So please --
12         MR. CRAMER:  We oppose.
13 BY MR. ISAACSON:
14     Q.   -- just list articles that
15 you believe have regression analyses with
16 labor share as the -- as the dependent
17 variable.
18         And so far, you believe that
19 includes the Scully article in 1974, you
20 believe it may include the Scully article
21 in 2004.
22     A.   Correct.
23     Q.   So please tell me any
24 others.

1      A.   Well, I'm going to -- I am
2  amending that again because I think that
3  footnote that I pointed you to of all
4  the -- of all the articles that were
5  spawned by Scully's approach, which was
6  to use labor share as the lens of
7  analysis, could have, and indeed most
8  likely, did use regression analysis given
9  that that is the primary tool in the tool
10 kit of an economist.
11         But the reason I am
12 hesitating, as I sit here and I look at
13 the passages that I have cited, is that a
14 lot of the analysis is occurring through
15 a method that we refer to as the
16 before/after approach where it's
17 effectively getting at what a regression
18 would do but it's not controlling for all
19 the other things that could influence
20 labor share.
21         And so the fact that an
22 author used a before/after analysis to
23 compute the effect of a change in labor
24 restriction of a wage share, to me, is a

1  distinction without -- a difference
2  without a distinction.
3          MR. ISAACSON:  I will move
4  to strike as nonresponsive.
5  BY MR. ISAACSON:
6      Q.   I just -- I understand you
7  don't accept the premise of the question.
8  I just want you to answer the question
9  and tell me articles that you do know,
10 not that could but articles you do know,
11 used a regression analysis with labor
12 share as the dependent variable to
13 measure the effect of monopsony.
14         MR. CRAMER:  Dr. Singer is
15 doing that, but he is allowed to
16 provide context to his answers.
17         MR. ISAACSON:  He's not
18 allowed to make speeches beyond
19 the question.
20         But please go on.
21         MR. CRAMER:  I disagree that
22 he is not allowed to provide
23 context.
24         THE WITNESS:  The Autor

1  paper that Dr. Oyer originally
2  cited to use as labor share as the
3  dependent variable in econometric
4  analysis.
5          But I wanted to be thorough
6  and march one by one through the
7  citations that I made.  So I would
8  like to -- I would like to keep
9  going.
10 BY MR. ISAACSON:
11     Q.   Yes, please so.  Why don't
12 you do that.
13     A.   I am going to say the same
14 thing with respect to the Vrooman article
15 in 34 -- cited in footnote 348.  This
16 time in the context --
17     Q.   When you say I want to say
18 the same thing, are you saying that there
19 was a regression with a dependent
20 variable using labor share?
21     A.   My belief is there was.  I
22 don't cite that part of the article.  I
23 am citing -- I am citing the text that I
24 think reveals the author's use of this



Page 639

1  rebuttal a time in which Zuffa used
2  contracts of shorter duration.
3      Q.   And by shorter duration,
4  what duration do you mean?
5      A.   12 months.
6      Q.   All right.  And do you
7  accept that it's likely that Zuffa
8  understands the business of MMA better
9  than an economist?
10         MR. CRAMER:  Objection to
11     form.
12         THE WITNESS:  I would grant
13     that Zuffa understands the
14     business.  Whether or not Zuffa
15     understands the economics and
16     antitrust economics of the impact
17     of its restrictions is a different
18     question.
19  BY MR. ISAACSON:
20     Q.   Is the same true of a sports
21  economist, that you accept that Zuffa
22  understands the business of MMA better
23  than a sports economist?
24     A.   I probably would grant that.

Page 640

1          MR. ISAACSON:  Why don't we
2  let them change the tape.
3          THE WITNESS:  Okay.
4          THE VIDEOGRAPHER:  The time
5  is 4:56 p.m.  We are going off the
6  record.  This is the end Disc 3.
7          -  -  -
8          (Off the record at this
9  time.)
10         -  -  -
11         THE VIDEOGRAPHER:  The time
12  is 5:05 p.m.  This is the start of
13  Disc 4.  We are on the record.
14  BY MR. ISAACSON:
15     Q.   When you are looking at
16  increasing prices of tickets for a sports
17  event, are those a function of the
18  popularity of the sport or event?
19     A.   Just to ground me here, are
20  we talking about ticket prices generally
21  or tickets for an MMA event?
22     Q.   Let's start with generally.
23     A.   Okay.  Well, the price would
24  be informed by the demand for the event,

Page 641

1  which in turn is informed by the
2  popularity of the sport and for the
3  athletes or the teams that are being
4  displayed on that particular event.
5      Q.   Would that also be true for
6  MMA events?
7      A.   Yes.
8      Q.   And that would be true of
9  Zuffa events?
10     A.   Let me hear it back, that
11  the popularity of the fighter featured
12  would drive demand?
13     Q.   No.  The popularity of the
14  overall -- of the Zuffa -- of the Zuffa
15  events as a whole.
16     A.   As I said before, I think
17  that the -- what the-- what the
18  literature is telling us, it's the
19  identity of the fighters featured has
20  more to do with explaining the demand
21  than the label of the promoter, but I
22  think that both could have an influence
23  on the -- on the demand.
24     Q.   Okay.  Let me just go

Page 642

1  through to the extent to which you have
2  worked with plaintiff counsel in this
3  case before.
4      A.   Okay.
5      Q.   You have worked with
6  Mr. Cramer in something called the Maxon
7  Hyundai Mazda case which is going on
8  right now?
9      A.   Yes.
10     Q.   And you have worked with him
11  and other plaintiff counsel in the case
12  called Natchitoches Parish Hospital
13  versus Tyco back in 2009?
14     A.   I was involved in that case.
15  I don't have a recollection of working
16  with Eric or Berger Montague on that
17  case.  It's conceivable that they were
18  named as co-counsel, but that's not the
19  lawyers with whom I interfaced for
20  that -- for that case.
21     Q.   You have worked with
22  Mr. Cramer in the Marchbanks Truck
23  Services case?
24     A.   Yes.



PUBLIC COPY