# Exhibit 62

ZFL-0557588 (excerpted)

FILED UNDER SEAL

**FILED UNDER SEAL**