# Exhibit 63

ZFL-1055607 (excerpted)

FILED UNDER SEAL

**FILED UNDER SEAL**