# Exhibit 64

ZFL-1070290 (excerpted)

FILED UNDER SEAL