# Exhibit 65

## ZFL-1081154

## FILED UNDER SEAL

**FILED UNDER SEAL**