# Exhibit 66

## ZFL-1425511

FILED UNDER SEAL

**FILED UNDER SEAL**