# Exhibit 67

## ZFL-1872579

## FILED UNDER SEAL

**FILED UNDER SEAL**