# Exhibit 68

ZFL-2279086 (excerpted)

FILED UNDER SEAL