# Exhibit 69

## ZFL-2497585

## FILED UNDER SEAL

**FILED UNDER SEAL**