# Exhibit 70

## ZFL-2536695

FILED UNDER SEAL

**FILED UNDER SEAL**