# Exhibit 71

WME_ZUFFA_00005368 (excerpted)

FILED UNDER SEAL

**FILED UNDER SEAL**