# Exhibit 83

Mar. 2, 2018 email exchange between Roger D. Blair and Andrew Zimbalist

PUBLIC COPY

**From:** Andrew Zimbalist
**To:** Daniel Silverman
**Subject:** Fwd: Comparative revenue sharing
**Date:** Tuesday, April 3, 2018 6:49:12 AM

here you go

---------- Forwarded message ----------
From: **Blair,Roger D** <rdblair@ufl.edu>
Date: Fri, Mar 2, 2018 at 2:33 PM
Subject: RE: Comparative revenue sharing
To: Andrew Zimbalist <azimbali@smith.edu>


Thanks, Andy


**From:** Andrew Zimbalist [mailto:azimbali@smith.edu]
**Sent:** Friday, March 2, 2018 1:34 PM
**To:** Blair,Roger D <rdblair@ufl.edu>
**Subject:** Re: Comparative revenue sharing


NFL most.  NHL least


On Fri, Mar 2, 2018 at 1:29 PM, Blair,Roger D <rdblair@ufl.edu> wrote:

> Dear Andrew,
>
>
> Along with my coauthor, I am working on a paper dealing with revenue sharing in the four North American major league sports. My question deals with your understanding of the relative extent of revenue sharing:
>
>
>     Among MLB, NBA, NFL, and NHL, which league has the most extensive revenue sharing?
>
>     Among the MLB, NBA, NFL, and NHL, which league has the least extensive revenue sharing?
>
>
> Thanks in advance for your help on this. Your response will be held in the strictest confidence.

**PUBLIC COPY**

> Best regards,
>
> Roger
>
>
>
> Roger D. Blair
>
> Professor and Chair
>
> Department of Economics
>
> University of Florida

--

Andrew Zimbalist

Chair, Department of Economics
Robert A. Woods Professor of Economics
Smith College
Northampton, Ma. 01063
ph. 413 585 3622
fax 413 585 3389

website: https://sophia.smith.edu/~azimbali/

--
Andrew Zimbalist
Chair, Department of Economics
Robert A. Woods Professor of Economics
Smith College
Northampton, Ma. 01063
ph. 413 585 3622
fax 413 585 3389
website: https://sophia.smith.edu/~azimbali/

**PUBLIC COPY**