# Exhibit 84

## ZUF-00113209

FILED UNDER SEAL

**FILED UNDER SEAL**