# Exhibit 85

## ZFL-1484034-37

FILED UNDER SEAL

**FILED UNDER SEAL**