Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:     (215) 875-3000
Facsimile:      (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

*(Additional counsel appear on signature page)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL** |

Pursuant to Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Local Rule IA 10-5(a), and Section 14.3 of the Revised Stipulation and Protective Order (the "Protective Order") issued in this action on February 10, 2016 (ECF No. 217 at 15), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") hereby move this Court for leave to lodge certain documents under seal related to Plaintiffs' Consolidated Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Drs. Hal Singer and Andrew Zimbalist (ECF Nos. 522, 524) and Plaintiffs' Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Guy A. Davis (ECF No. 517).

Under Section 14.3 of the Protective Order, documents designated Confidential or Highly Confidential – Attorneys' Eyes Only "shall be provisionally lodged under seal with the Court, and redacted papers shall be publicly filed. Within 5 days of the materials being lodged with the Court, the Party claiming protection shall file a motion to seal setting forth the bases for sealing and proper authority under *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), or some other applicable authority." ECF No. 217 at 15.

The documents referenced below (or portions thereof) have been designated or refer to materials which have been designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendant or third parties. Accordingly, Plaintiffs seek leave to lodge the following documents under seal.

First, Plaintiffs seek leave to lodge under seal Plaintiffs' Consolidated Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Drs. Hal Singer and Andrew Zimbalist (ECF Nos. 522, 524).

Second, Plaintiffs seek leave to lodge under seal Plaintiffs' Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Guy A. Davis (ECF No. 517).

Third, Plaintiffs seek leave to lodge under seal Exhibit 49 to the Declaration of Eric L. Cramer,

PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL

Esq. (the "CD2") (April 6, 2018)[1], which is a document entitled Supplemental Expert Report of Hal J. Singer, Ph.D., dated April 3, 2018.

Fourth, Plaintiffs seek leave to lodge under seal Exhibit 50 to CD2, which contains excerpts from the deposition of Joseph Silva, taken in this matter June 7, 2017.

Fifth, Plaintiffs seek leave to lodge under seal Exhibit 51 to CD2, which contains excerpts from the first deposition of Plaintiffs' economist Andrew Zimbalist, Ph.D., taken in this matter on September 25, 2017.

Sixth, Plaintiffs seek leave to lodge under seal Exhibit 52 to CD2, which contains excerpts from the first deposition of Plaintiffs' economist Hal J. Singer, Ph.D., taken in this matter on September 27, 2017.

Seventh, Plaintiffs seek leave to lodge under seal Exhibit 53 to CD2, which contains excerpts from the 30(b)(6) deposition of Robert Arum, taken in this matter on October 17, 2017.

Eighth, Plaintiffs seek leave to lodge under seal Exhibit 54 to CD2, which contains excerpts from the deposition of Zuffa's accountant Elizabeth Kroger Davis, taken in this matter on November 28, 2017.

Ninth, Plaintiffs seek leave to lodge under seal Exhibit 55 to CD2, which contains excerpts from the deposition of Zuffa's economist Paul Oyer, taken in this matter on November 29, 2017.

Tenth, Plaintiffs seek leave to lodge under seal Exhibit 56 to CD2, which contains excerpts from the first day of the deposition of Zuffa's economist Robert H. Topel, taken in this matter on December 5-6, 2017.

Eleventh, Plaintiffs seek leave to lodge under seal Exhibit 57 to CD2, which contains excerpts from the second day of the deposition of Zuffa's economist Robert H. Topel, taken in this matter on December 5-6, 2017.

Twelfth, Plaintiffs seek leave to lodge under seal Exhibit 59 to CD2, which contains excerpts from the second day of the deposition of Zuffa's economist Robert D. Blair, taken in this matter on

---

[1] Plaintiffs refer to the Declaration of Eric L. Cramer, Esq. dated April 6, 2018 as CD2 to distinguish from the Cramer Declaration dated February 16, 2018, ECF No. 518-1, submitted in conjunction with Plaintiffs' Motion for Class Certification, ECF No. 518.

December 8-9, 2017.

Thirteenth, Plaintiffs seek leave to lodge under seal Exhibit 62 to CD2, which contains excerpts from a document that Defendant produced in this litigation bearing the Bates label ZFL-0557588 through ZFL-0557599.

Fourteenth, Plaintiffs seek leave to lodge under seal Exhibit 63 to CD2, which contains excerpts from a document that Defendant produced in this litigation bearing the Bates label ZFL-1055607 through ZFL-1055621.

Fifteenth, Plaintiffs seek leave to lodge under seal Exhibit 64 to CD2, which contains excerpts from a document that Defendant produced in this litigation bearing the Bates label ZFL-1070290 through ZFL-1070334.

Sixteenth, Plaintiffs seek leave to lodge under seal Exhibit 65 to CD2, which is a document that Defendant produced in this litigation bearing the Bates label ZFL-1081154 through ZFL-1081158.

Seventeenth, Plaintiffs seek leave to lodge under seal Exhibit 66 to CD2, which is a document that Defendant produced in this litigation bearing the Bates label ZFL-1425511 through ZFL-1425518.

Eighteenth, Plaintiffs seek leave to lodge under seal Exhibit 67 to CD2, which is a document that Defendant produced in this litigation bearing the Bates label ZFL-1872579.

Nineteenth, Plaintiffs seek leave to lodge under seal Exhibit 68 to CD2, which contains excerpts from a document that Defendant produced in this litigation bearing the Bates label ZFL-2279086 to ZFL-2279100.

Twentieth, Plaintiffs seek leave to lodge under seal Exhibit 69 to CD2, which is a document that Defendant produced in this litigation bearing the Bates label ZFL-2497585 through ZFL-2497587.

Twenty-first, Plaintiffs seek leave to lodge under seal Exhibit 70 to CD2, which is a document that Defendant produced in this litigation document bearing the Bates label ZFL-2536695.

Twenty-second, Plaintiffs seek leave to lodge under seal Exhibit 71 to CD2, which contains excerpts from a document that WME-IMG produced in this litigation bearing the Bates label WME_ZUFFA_00005368.

Twenty-third, Plaintiffs seek leave to lodge under seal Exhibit 84 to CD2, which is a document

that Defendant produced in this litigation bearing the Bates label ZUF-00113209 through ZUF-00113217.

Twenty-fourth, Plaintiffs seek leave to lodge under seal Exhibit 85 to CD2, which is a document that Defendant produced in this litigation bearing the Bates label ZFL-1484034 through ZFL-1484037.

Plaintiffs have filed all of these documents under seal, in accordance with the Court's ECF system, with the instant motion. Plaintiffs have publicly filed placeholders for or redacted versions of these documents with the Court, and will serve un-redacted versions of these documents on Defendant, in accordance with LR IC 4-1(c)(4).

Case No.: 2:15-cv-01045-RFB-(PAL)

PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL

Dated: April 6, 2018

Respectfully Submitted,

By: /s/ Eric L. Cramer
        Eric L. Cramer

Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:    (215) 875-3000
Facsimile:    (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

Joseph R. Saveri (*Pro Hac Vice*)
Joshua P. Davis (*Pro Hac Vice*)
Jiamin Chen (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
jchen@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

**Co-Lead Class Counsel**

Case No.: 2:15-cv-01045-RFB-(PAL)

**Liaison Counsel for the Class**

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone:    (702) 341-5200
Facsimile:     (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

**Additional Counsel for the Classes**:

Robert C. Maysey (*Pro Hac Vice*)
Jerome K. Elwell (*Pro Hac Vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone:    (602) 264-7101
Facsimile:     (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

William G. Caldes (*Pro Hac Vice*)
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
wcaldes@srkw-law.com

John D. Radice (*Pro Hac Vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Phone: (646) 245-8502
jradice@radicelawfirm.com

Frederick S. Schwartz (*Pro Hac Vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone:    (818) 986-2407
Facsimile:     (818) 995-4124
fred@fredschwartzlaw.com

1

### **CERTIFICATE OF SERVICE**

2

I hereby certify that on this 6th day of April, 2018 a true and correct copy of

3

**PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL** was served via the Court's CM/ECF system on all parties or persons requiring notice.

4

5

_____
*/s/ Eric L. Cramer*
Eric L. Cramer

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28