1  Eric L. Cramer (*Pro Hac Vice*)
   Michael Dell'Angelo (*Pro Hac Vice*)
2  Patrick F. Madden (*Pro Hac Vice*)
   Mark R. Suter (*Pro Hac Vice*)
3  BERGER & MONTAGUE, P.C.
   1622 Locust Street
4  Philadelphia, PA 19103
   Telephone:    (215) 875-3000
5  Facsimile:    (215) 875-4604
   ecramer@bm.net
6  mdellangelo@bm.net
   pmadden@bm.net
7  msuter@bm.net

8  *Co-Lead Counsel for the Classes and
   Attorneys for Individual and Representative Plaintiffs
9  Cung Le, Nathan Quarry, Jon Fitch, Luis Javier
   Vazquez, Brandon Vera, and Kyle Kingsbury*

11              **IN THE UNITED STATES DISTRICT COURT**

12                 **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 13  Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045 RFB-(PAL) |
| 14 | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |
| 15 | |
| 16           Plaintiffs, | |
| 17       vs. | |
| 18  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 19           Defendant. | |

1    Pending before this Court is Plaintiffs' Motion for Leave to Lodge Materials Under Seal re
2  (1) Plaintiffs' Consolidated Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the
3  Testimony of Drs. Hal Singer and Andrew Zimbalist (ECF Nos. 522, 524), and (2) Plaintiffs' Brief
4  in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Guy A. Davis (ECF
5  No. 517). Having considered the papers submitted, the Court hereby **ORDERS**:
6    Plaintiffs' motion is **GRANTED**.

8    **IT IS SO ORDERED:**

_____
United States District Court Judge
Dated: _____

2
**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**