1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, NW
5  Washington, DC 20005
   Tel: (202) 237-2727; Fax: (202) 237-6131
6
   RICHARD J. POCKER #3568
7  (rpocker@bsfllp.com)
   BOIES SCHILLER FLEXNER LLP
8  300 South Fourth Street, Suite 800
   Las Vegas, Nevada 89101
9  Tel: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS  #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
   700 South 7th Street
13 Las Vegas, Nevada 89101
   Tel: (702) 382-5222; Fax: (702) 382-0540
14
   *Attorneys for Defendant* Zuffa, LLC, d/b/a
15 Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF WILLIAM A. ISAACSON IN SUPPORT OF ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, William A. Isaacson, declare as follows:

1.      I am a member in good standing of the bar of the state of the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I am a Partner in the law firm Boies Schiller Flexner LLP ("BSF"), counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-PAL.

2.      I make this declaration in support of Zuffa's Opposition to Plaintiffs' Motion for Class Certification ("Opposition").

3.      Based on my review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

4.      Exhibit A to this Declaration is a true and correct copy of the Declaration of Stacey K. Grigsby in Support of Zuffa's Opposition.

5.      Exhibit B to this Declaration is a true and correct copy of the Declaration of Brent K. Nakamura in support of Zuffa's Opposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 6th day of April, 2018 in Washington, D.C.

                                                                    */s/ William A. Isaacson*
                                                                    William A. Isaacson