# EXHIBIT 8

## Redacted Excerpts from 30(b)(6) Deposition of Kirk Hendrick on Fighter Contracts

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON      )
FITCH, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
          Plaintiffs,           )
                                )
     vs.                        )  Case No.
                                )  2:15-cv-01045-RFB-(PAL)
                                )
ZUFFA, LLC, d/b/a Ultimate      )
Fighting Championship and       )
UFC,                            )
                                )
          Defendant.            )
                                )



CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY KIRK D. HENDRICK

NOVEMBER 29, 2016

LAS VEGAS, NEVADA

9:05 a.m.


Reported by:
KENDALL D. HEATH
Job No: 47771

KIRK D. HENDRICK - CONFIDENTIAL



90

1  was being used at the time, this would have been
2  it?
3      A.  That's correct.
4      Q.  And then there was another version, and
5  that would have replaced this version; is that
6  right?
7      A.  That's correct.
8          MR. CRAMER:  Okay.  All right.  I'd like
9  to mark as the next exhibit, Exhibit 9    Exhibit
10  8, next document.
11         (Plaintiffs' Exhibit 8 was marked
12          for identification.)
13  BY MR. CRAMER:

91

18      Q.  All right.  I'm going to come back to
19  this version in a little bit, so put it aside, but
20  hold it close, and I'm going to introduce the next
21  document which is Exhibit 9.
22          (Plaintiffs' Exhibit 9 was marked
23          for identification.)
24  BY MR. CRAMER:

92

23  this time, the Federal Trade Commission had been
24  investigating Zuffa; is that right?
25      A.  There was an investigation.  I don't

93

1  recall the exact time.  It was 2011, so that sounds
2  in the right time frame.

24  (Pages 90 to 93)



25 (Pages 94 to 97)

KIRK D. HENDRICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



102

104

103

105

15    MR. CRAMER:  We can take a break.
16    THE VIDEOGRAPHER:  This marks the end of
17 media No. 2 in the deposition of Kirk Hendrick.  We
18 are off the record at 11:18.
19    (Break taken.)
20    THE VIDEOGRAPHER:  Back on the record at
21 11:31.  This marks the beginning of Media No. 3 of
22 the deposition of Kirk Hendrick.
23 BY MR. CRAMER:

27 (Pages 102 to 105)

KIRK D. HENDRICK - CONFIDENTIAL



16      MS. GRIGSBY: I'm sorry.  Did you say --
17  sorry, what page are you on?
18      MR. CRAMER:  Page 9, Section 10.3.
19      THE WITNESS:  This is on still Exhibit 8;
20  correct?
21  BY MR. CRAMER:
22      Q.  Yes; correct.

31 (Pages 118 to 121)

KIRK D. HENDRICK - CONFIDENTIAL



```
13        MS. GRIGSBY:  Objection again.  Are you
14    talking about the period from January 1st, 2001, to
15    June 30th, 2015?
16        MR. CRAMER:  Yes.
17        MS. GRIGSBY:  You can review all the
18    contracts to see whether they're in there or not.
19        MR. CRAMER:  Yes.
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



126

128

16    Q.  What I'm asking    I'll move on.
17         I'd like to have the court reporter mark
18    as the next exhibit    what are we up to?
19         THE COURT REPORTER: 12.
20         MR. CRAMER: 12, thank you.
21         (Plaintiffs' Exhibit 12 was marked
22         for identification.)
23    BY MR. CRAMER:

127

129

33  (Pages 126 to 129)

KIRK D. HENDRICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



49 (Pages 190 to 193)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



198

199

200

2    Q.  And in between April of 2004 and October
3  of 2005 was the dispute that Zuffa had with BJ
4  Penn; is that right?
5    A.  That sounds right, but I don't recall the
6  exact dates.

201

13    Q.  Okay.
14    A.  That wasn't part of my preparation,
15  sorry.
16    Q.  Fair enough.  You can put that aside.

51  (Pages 198 to 201)

KIRK D. HENDRICK - CONFIDENTIAL



7    MR. CRAMER:  All right. I'll mark as
8   Exhibit 19, the next document.
9        (Plaintiffs' Exhibit 19 was marked
10       for identification.)
11   BY MR. CRAMER:

19       Have you seen this before?
20    A.   I don't believe so.  Give me a minute to
21   read it.
22       (Witness reviewing document.)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



206

12    Q.  And you know who Quinton Jackson is;
13  right?
14    A.  Yes.
15    Q.  Who is he?
16    A.  That's Quinton "Rampage" Jackson.  He's
17  fought for quite a number of years in MMA, and he
18  was in the A-Team.
19    Q.  He was what?
20    A.  The A-Team, the movie A-Team.  Sorry.
21    Q.  I pity the fool.
22    A.  That's exactly who he was.  That's right.

207

208

209

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



238

240

239

241

```
 9        MR. CRAMER:  I'd like to mark Exhibit 23,
10   the next document.
11        (Plaintiffs' Exhibit 23 was marked
12        for identification.)
13   BY MR. CRAMER:
```

```
21        Let me know when you're ready to answer
22   questions.
23        A.  Okay.  Give me a minute to read this.
24        Q.  Yes.  Of course.
25        A.  Thank you.
```

61  (Pages 238 to 241)

KIRK D. HENDRICK - CONFIDENTIAL



242
1      (Witness reviewing document.)
2   A.   Okay.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



246

248

4       Q.   Turn to Tab A of Exhibit 2 in the binder
5   on Page 69.
6       A.   Okay.

247

249

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099



258

16          MS. GRIGSBY:  Objection, form.
17          THE WITNESS:  Yeah.  Can you ask me
18     again.
19     BY MR. CRAMER:

259

260

261

66  (Pages 258 to 261)

KIRK D. HENDRICK - CONFIDENTIAL



278

280

11    MR. CRAMER:  All right.  We're almost
12 done with the tape so let's go off the record.
13    THE VIDEOGRAPHER:  We're off the record
14 at 4:58.
15    (Proceedings adjourned)
16
17
18
19
20
21
22
23
24
25

279

281

1
2 STATE OF _____ )
3                          ) :ss
4 COUNTY OF _____)
5
6
7    I, KIRK D. HENDRICK, the witness
8 herein, having read the foregoing
9 testimony of the pages of this deposition,
10 do hereby certify it to be a true and
11 correct transcript, subject to the
12 corrections, if any, shown on the attached
13 page.
14
15    _____
16       KIRK D. HENDRICK
17
18
19
20 Sworn and subscribed to before me,
21 this _____ day of _____, 2016.
22
23 _____
24    Notary Public
25

71  (Pages 278 to 281)

KIRK D. HENDRICK - CONFIDENTIAL

282

1    REPORTER'S CERTIFICATE
2
3    STATE OF NEVADA    )
                         ) ss
4    COUNTY OF CLARK    )
5
6        I, KENDALL D  HEATH, CCR No  475, a
     Certified Court Reporter for the State of Nevada,
7    do hereby certify:
8        That I reported the taking of the
     deposition of the witness, KIRK D  HENDRICK, Volume
9    1, commencing on the 29 day of November, 2016, at
     the hour of 9:05 a m
10
         That prior to being examined, the witness
11   was duly sworn by me to testify to the truth, the
     whole truth, and nothing but the truth
12
         That I thereafter transcribed my said
13   shorthand notes into typewriting and that the
     typewritten transcript of said deposition is a
14   complete, true and accurate transcription of my
     said shorthand notes taken down at said time, and
15   that a request has not been made to review the
     transcript
16
         I further certify that I am not a relative
17   or employee of an attorney or counsel of any of the
     parties, nor a relative or employee of any attorney
18   or counsel involved in said action, nor a person
     financially interested in the action
19
         IN WITNESS WHEREOF, I have hereunto
20   set my signature this 14th day of December, 2016
21
22
     _____
23
         KENDALL D  HEATH
24       CCR No  475
25

283

1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over carefully
4    and make any necessary corrections. You should state
5    the reason in the appropriate space on the errata
6    sheet for any corrections that are made.
7        After doing so, please sign the errata sheet
8    and date it.
9        You are signing same subject to the changes
10   you have noted on the errata sheet, which will be
11   attached to your deposition.
12       It is imperative that you return the original
13   errata sheet to the deposing attorney within thirty
14   (30) days of receipt of the deposition transcript by
15   you. If you fail to do so, the deposition transcript
16   may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

284

1            E R R A T A
2
3
4
5        I wish to make the following changes,
6    for the following reasons:
7
8    PAGE LINE
9    ___  ___ CHANGE:_____
10   REASON:_____
11   ___  ___ CHANGE:_____
12   REASON:_____
13   ___  ___ CHANGE:_____
14   REASON:_____
15   ___  ___ CHANGE:_____
16   REASON:_____
17   ___  ___ CHANGE:_____
18   REASON:_____
19   ___  ___ CHANGE:_____
20   REASON:_____
21
22   _____    _____
23   WITNESS' SIGNATURE        DATE
24
25

72 (Pages 282 to 284)