# EXHIBIT 10

# Redacted Excerpts from Deposition of Denitza Batchvarova

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON   )
FITCH, on behalf of           )
themselves and all others     )
similarly situated,           )
                              )
          Plaintiffs,         )
                              )
     vs.                      )  Case No.
                              )  2:15-cv-01045-RFB-(PAL)
                              )
ZUFFA, LLC, d/b/a Ultimate    )
Fighting Championship and     )
UFC,                          )
                              )
          Defendant.          )
_____)


VIDEOTAPED DEPOSITION OF DENITZA BATCHVAROVA

Las Vegas, Nevada

January 25, 2017

9:11 A.M.


Reported by:
Sarah Padilla, CCR NO. 929
Job No. 48403



34

[redacted]

35

[redacted]

36

[redacted]

12     Q   You have been handed what has been marked
13  Exhibit 96, which is Bates stamped ZFL-0895313 and
14  attachment ZFL-0895314.
15       (Exhibit 96 was marked.)
16  BY MR. SILVERMAN:
17     Q   Let me know when you have had a chance to
18  look through it.
19     A   Okay.  I have had a chance to look at it.
20     Q   Okay.  If you turn to page 13, beginning,
21  can you describe for me what this e-mail and the
22  attachment were?

[redacted]

37

[redacted]

2     Q   And did you send this e-mail in the
3  ordinary course of business?
4     A   I did.
5     Q   And did you prepare the attachment as
6  well?
7     A   I did.
8     Q   Okay.  What was the purpose of this

[redacted]



42

[page redacted]

43

[page redacted]

44

[page redacted]

45

[redacted]

4   Q   So you have been handed what has been
5   marked Exhibit 97, which is Bates stamped
6   ZFL-2486570.
7       (Exhibit 97 was marked.)
8   BY MR. SILVERMAN:
9   Q   Do you recognize this?
10  A   I do.
11  Q   Okay. Did you prepare this presentation?
12  A   I did prepare this presentation.
13  Q   Can you describe it to me?
14  A   I am going to have to reread it again and
15  refamiliarize myself with it.
16  Q   Sure. Go for it. Actually, maybe you
17  should take a quick break and you can take a look.
18      MS. LYNCH: You want her to look through it
19  during a break?
20      MR. SILVERMAN: Is that okay?
21      MS. LYNCH: I rather her look through it on
22  the record.
23      MR. SILVERMAN: Okay. That's fine.
24      MS. LYNCH: It is not so much a break if you
25  are looking at documents during a break.

62



6    Q   Okay. So I am handing you what has been
7  marked Exhibit 101, which is Bates stamped
8  ZFL-1103001 and attachment Bates stamp ZFL-1103002.
9        (Exhibit 101 was marked.)
10 BY MR. SILVERMAN:
11   Q   Let me know when you have had a chance to
12 look through it.
13   A   Okay.
14   Q   Did you write this e-mail in the ordinary
15 course of business?
16   A   I did.
17   Q   And did you draft the attachment as well?
18   A   I did.
19   Q   Okay. Can you describe what the
20 attachment is?

64

63

65

17 (Pages 62 to 65)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099



```
23        Q   Did anyone else assist you in the research
24   or preparation of those --
25        A   No.
```

18 (Pages 66 to 69)

70

[redacted]

71

21  Q   And you wrote -- just to clarify, you
22  wrote everything in this document yourself; is that
23  right?
24  A   Yes.
25  Q   No assistance.  Okay.

72

6   have some of the best athletes in MMA and we are a
7   leader from a compensation perspective, from a
8   service perspective that we provide to the athletes
9   from insurance, how you -- I do believe that we go
10  out of our way to create a professional athlete
11  experience for all athletes that participate in UFC
12  events.
13  BY MR. SILVERMAN:
14  Q   Do you think UFC offers the best
15  compensation for new and seasoned fighters compared
16  to any other MMA promoter?
17  A   To the best of my understanding, yes.

73

[redacted]

19 (Pages 70 to 73)

**Page 206**

1  A  Yes, multiple. Both here and the Vegas
2  market, outside of the Vegas market, yes, there are.
3  Q  Okay. I don't have any other questions.
4  MR. SILVERMAN: Okay.
5  THE VIDEOGRAPHER: This concludes today's
6  deposition of Denitza Batchvarova on January 25,
7  2017. The time is 4:23 P.M. We are off the video
8  record.
9  (TIME NOTED: 4:23 P.M.)

**Page 207**

STATE OF _____ )
                        ) :ss
COUNTY OF _____ )

I, DENITZA BATCHVAROVA, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

_____
DENITZA BATCHVAROVA

Sworn and subscribed to before
me, this       day of
         , 2017.

_____
   Notary Public

**Page 208**

STATE OF NEVADA)
               ) ss
COUNTY OF CLARK)

I, Sarah Padilla, a duly commissioned and licensed court reporter, Clark County, State of Nevada, do hereby certify: That I reported the taking of the deposition of the witness, Denitza Batchvarova, commencing on Wednesday, January 25, 2017, at 9:11 A.M.; That prior to being examined, the witness was, by me, duly sworn to testify to the truth; That thereafter I transcribed my shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true, and accurate record of said shorthand notes. I further certify that I am not a relative or employee of any attorney or counsel of any of the parties nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action; that a request [x] has [] has not been made to review the transcript.

IN WITNESS WHEREOF, I have hereunto set my hand in the County of Clark, State of Nevada, this 14th day of February.

_____
SARAH PADILLA, CCR 929

**Page 209**

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

E R R A T A

I wish to make the following changes, for the following reasons:

PAGE LINE
___ ___ CHANGE:___________________________
REASON:____________________________________
___ ___ CHANGE:___________________________
REASON:____________________________________
___ ___ CHANGE:___________________________
REASON:____________________________________
___ ___ CHANGE: ___________________________
REASON:____________________________________
___ ___ CHANGE: ___________________________
REASON:____________________________________
___ ___ CHANGE: ___________________________
REASON:____________________________________

__________________________ _____________
WITNESS' SIGNATURE DATE