# EXHIBIT 11

# Redacted Excerpts from 30(b)(6) Deposition of Lawrence Epstein on Acquisitions

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
)
)
      Plaintiffs, )
)
      vs. ) Case No.
) 2:15-cv-01045-RFB-(PAL)
)
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
)
      Defendant. )
_____)

CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY IKE LAWRENCE EPSTEIN

December 2, 2016

LAS VEGAS, NEVADA

11:29 A.M.

Reported by:
Sarah Padilla, CCR NO. 929
Job No: 47777



**Page 14**

1  through 22?
2    A    I believe I am.
3    Q    And what did you do to become
4  knowledgeable with respect to these topics?
5    A    What do you mean, preparing for the
6  depositions?  Or just my involvement in them?  Or
7  what do you mean by that question?
8    Q    Well, let's start with -- let's start with
9  what you did when you were -- when you were informed
10 that you would be the 30(b)(6) deponent?  So
11 starting at that point in time, did you review any
12 documents to prepare yourself to testify on Topics
13 16 through 22?
14   A    I did.
15   Q    And other than documents that were
16 provided to you by your attorneys, can you describe
17 to me what documents you reviewed?
18   A    Well, I guess all the documents were
19 provided to me by my attorneys.
20   Q    Okay.  So you didn't review any documents,
21 other than the ones that your attorneys provided
22 you?
23   A    No.  I mean, they gave me some binders and
24 I read through the stuff.
25   Q    Okay.  And do you understand that you are

**Page 15**

1  here to answer questions on behalf of Zuffa, LLC
2  about Zuffa's acquisition of other promoters of MMA
3  events today?
4    A    Correct.
5    Q    And are you able to speak knowledgeably on
6  Zuffa's behalf regarding Zuffa's acquisitions of MMA
7  promoters?
8    A    Yes.

**Page 16**

9    Q    I appreciate that.  Thank you.
10        MS. GRIGSBY:  Counsel, just for the
11 record, he's referring to -- you might want to mark
12 this binder as an exhibit.  We've been doing so in
13 the past depositions.
14        MR. WEILER:  Yeah.  I think it is a good
15 time to do that.  So I don't actually have -- I've
16 kind of cannibalized my copy.
17        MS. GRISBY:  This one is not written on.
18 You can use this one.
19        MR. WEILER:  Mark as an exhibit, Exhibit
20 55, appears to be a binder entitled Zuffa 30(b)(6)
21 deposition, Topic B, acquisitions, and Exhibits 1
22 through 21 thereto.
23        (Exhibit 55 was marked.)
24        (Discussion off the record.)
25

**Page 17**

1  BY MR. WEILER:
2    Q    Sir, have you seen this binder before?
3    A    Yes.
4    Q    When did you first see this binder?
5    A    You know, probably a couple weeks ago.
6    Q    And did you request that any additional
7  documents be added to that binder?
8    A    No.
9    Q    And did you use this binder to prepare
10 yourself for this deposition?
11   A    Yes.
12   Q    And how did you use this binder to prepare
13 yourself?
14   A    Read through the documents in the binder.





Case 2:15-cv-01045-RFB-BNW   Document 540-15   Filed 04/06/18   Page 6 of 12

IKE LAWRENCE EPSTEIN - CONFIDENTIAL

94

1      (Exhibit 67 was marked.)
2      MS. GRIGSBY: Do you have other copies?
3      MR. WEILER: Yeah.
4      THE WITNESS: All right. I've got it in
5   front of me.
6   BY MR. WEILER:
7      Q   Do you recognize this document, sir?
8      A   Yeah, I do.
9      Q   And what is this document?

[redacted lines 10-25]

95

[redacted lines 1-24]
25      Q   I'd like to mark as an exhibit, Exhibit

96

1   **68, a document bearing the Bates label ZFL-1677117**
2   **through ZFL-1677189.**
3      A   It is in the binder?
4      **Q   It is not.**
5      A   Okay.
6      (Exhibit 68 was marked.)
7   BY MR. WEILER:
8      **Q   Do you recognize this document, sir?**
9      A   No.

[redacted lines 10-25]

97

[redacted lines 1-25]

25 (Pages 94 to 97)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

IKE LAWRENCE EPSTEIN - CONFIDENTIAL

98

9  Q  I'd like to mark as an exhibit, Exhibit
10 69, a document bearing the Bates label 24 -- strike
11 that -- bearing the Bates label ZFL-2467829 going
12 through 835.
13  A  I've got it.
14     (Exhibit 69 was marked.)
15 BY MR. WEILER:
16  Q  Do you recognize this document?
17  A  Not really, no.
18  Q  Do you know who prepared this document on
19 behalf of Zuffa?
20  A  I do not know.
21  Q  Direct your attention to page 3 of the
22 document.
23  A  Okay.

99

100

17  Q  I'd like to mark as exhibit, Exhibit 70, a
18 document bearing the Bates label ZFL-1676293 going
19 through ZFL-1676306.
20     (Exhibit 70 was marked.)
21 BY MR. WEILER:
22  Q  Do you recognize this document?
23  A  Yes, I do remember this.

101

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



Page 105:

```
 9      Q   I'd like to mark as an exhibit, Exhibit
10   71.
11          (Exhibit 71 was marked.)
12   BY MR. WEILER:
13      Q   The document -- it's a document bearing
14   the Bates label ZUF-00031544, and I will represent
15   for the record that there appears to be a document
16   on the back that is not related at all to the
17   document in the front.  It may have been an error in
18   how these were generated.
19      A   I've got it.
20      Q   Do you recognize this document?
21      A   No, I don't.
```

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



126

127

128

 2       MR. WEILER: Can we go off the record for
 3   a minute? I got to take a five-minute break.

 6       THE VIDEOGRAPHER: We are off the record
 7   at 3:13.
 8       (A short recess was taken.)
 9       THE VIDEOGRAPHER: We are back on the
10   record at 3:24. And this marks the beginning of
11   Media No. 4 in the deposition of Lawrence Epstein.
12   BY MR. WEILER:

129

33 (Pages 126 to 129)



```
16        MR. WEILER: I would like to mark as an
17   exhibit, Exhibit 74, a document bearing the Bates
18   label ZFL-2647640 through ZFL-2647645.
19        (Exhibit 74 was marked.)
20   BY MR. WEILER:
21     Q   I don't believe this is in your binder.
22         Do you recognize this document?
23     A   Yeah.  I remember this.
24     Q   What is this document?
```

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



```
13    Q   I'd like to mark as Exhibit 75 a document
14  bearing the Bates label ZUF-000378347 going through
15  8371.
16       (Exhibit 75 was marked.)
17  BY MR. WEILER:
18    Q   Okay. Do you recognize this document,
19  sir?
20    A   Yes.
21    Q   What is this document?
```

IKE LAWRENCE EPSTEIN - CONFIDENTIAL

**238**

```
 1
 2      STATE OF _____)
 3                            ) :ss
 4      COUNTY OF _____)
 5
 6
 7         I, IKE LAWRENCE EPSTEIN, the witness
 8      herein, having read the foregoing
 9      testimony of the pages of this deposition,
10      do hereby certify it to be a true and
11      correct transcript, subject to the
12      corrections, if any, shown on the attached
13      page.
14
15              _____
16              IKE LAWRENCE EPSTEIN
17
18
19
20      Sworn and subscribed to before me,
21      this _____ day of _____, 2016.
22
23      _____
24              Notary Public
25
```

**239**

```
 1      STATE OF NEVADA)
                       ) Ss
 2      COUNTY OF CLARK)
 3
 4         I, Sarah Padilla, a duly commissioned and
 5      licensed court reporter, Clark County, State of Nevada,
 6      do hereby certify:  That I reported the taking of the
 7      deposition of the witness, IKE LAWRENCE EPSTEIN, commencing
 8      on Friday, December 2, 2016, at 11:39 A.M.; That prior to
 9      being examined, the witness was, by me, duly sworn to testify
10      to the truth; That thereafter I transcribed my shorthand notes
11      into typewriting and that the typewritten transcript of said
12      deposition is a complete, true, and accurate record of said
13      shorthand notes.  I further certify that I am not a relative
14      or employee of any attorney or counsel of any of the parties
15      nor a relative or employee of an attorney or counsel involved
16      in said action, nor a person financially interested in the
17      action; that a request [x] has [] has not been made to review
18      the transcript.
19         IN WITNESS WHEREOF, I have hereunto set my
20      hand in the County of Clark, State of Nevada, this 22nd
21      day of December.
22
23              _____
                SARAH PADILLA, CCR 929
24
25
```

**240**

```
 1              INSTRUCTIONS TO WITNESS
 2
 3         Please read your deposition over carefully
 4      and make any necessary corrections. You should state
 5      the reason in the appropriate space on the errata
 6      sheet for any corrections that are made.
 7         After doing so, please sign the errata sheet
 8      and date it.
 9         You are signing same subject to the changes
10      you have noted on the errata sheet, which will be
11      attached to your deposition.
12         It is imperative that you return the original
13      errata sheet to the deposing attorney within thirty
14      (30) days of receipt of the deposition transcript by
15      you. If you fail to do so, the deposition transcript
16      may be deemed to be accurate and may be used in court.
```

**241**

```
 1              E R R A T A
 2
 3
 4
 5         I wish to make the following changes,
 6      for the following reasons:
 7
 8      PAGE LINE
 9      ___ ___ CHANGE:_____
10      REASON:_____
11      ___ ___ CHANGE:_____
12      REASON:_____
13      ___ ___ CHANGE:_____
14      REASON:_____
15      ___ ___ CHANGE: _____
16      REASON:_____
17      ___ ___ CHANGE: _____
18      REASON:_____
19      ___ ___ CHANGE: _____
20      REASON:_____
21
22
23      _____   _____
        WITNESS' SIGNATURE          DATE
24
25
```

61 (Pages 238 to 241)