# EXHIBIT 12

# Declaration of Stephan Bonnar

## Declaration of Stephan Bonnar

1. My name is Stephan Bonnar, and I have been fighting in mixed martial arts professionally since 2001. Before fighting for the UFC, I fought professionally for Iron Heart Crown and Jungle Fight. While fighting for Jungle Fight, I fought Lyoto Machida in Brazil. My current contract is with the UFC.

2. I was a wrestler and in tae kwon do before I started competing in Brazilian jiu jitsu and boxing. I could have continued fighting professionally in both of those, but I really just fought in those because my goal was to get better at mixed martial arts.

3. My compensation is better fighting for UFC compared to the other promotions I fought for. I have gotten bonuses outside of my contract amount. For example, I got a Fight of the Night bonus when I fought against Krzysztof Soszynski in UFC 116.

4. Participating in the UFC has given me more exposure for sponsorships. Being in the UFC gave me the recognition from a lot of fans an business. For example, I got a sponsorship from Tapout because I am a UFC fighter.

5. I like fighting for UFC for a lot of reasons. I get good compensation; they put a lot of resources into marketing and promoting me and my fights; and I like the health benefits.

6. I haven't seen anything negative that has occurred since Zuffa acquired Strikeforce. I don't see how this would affect me negatively in any way. I actually think that there will be better fights and more competitions for everyone who fights for any of Zuffa's promotions.

7. I think that there are possibilities for other mixed martial arts organizations to either start or grow. They just need to put together better fights and get better fighters. It all depends on what they do in regards to both.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 14 day of Sept, 2011, in the city of Las Vegas, NV.

_____
Stephan Bonnar

CONFIDENTIAL

ZFL-1470651