# EXHIBIT 17

# Declaration of Joe Lauzon

<u>**Declaration of Joe Lauzon**</u>

1. My name is Joe Lauzon and I am a professional mixed martial arts fighter. I have been fighting for 8 years and am currently under contract with the UFC. Prior to entering into an agreement with the UFC, I fought for regional promotions such as Combat Zone, Mass Destruction and also for Apex, which is located in Montreal.

2. I am trained in Brazilian jiu jitsu, grappling, boxing and wrestling. I often have competed in local and regional tournaments in jiu jitsu and grappling, outside of my MMA participation.

3. In the past I fought for Apex in Montreal, Quebec, Canada. To me it doesn't matter where the organization is located as long as taking a fight is beneficial for me and I trust that the organization is straight with me and will run a quality event.

4. I choose to continue to fight in the UFC instead of pursuing other options. However, there have been times when I have declined specific bouts because I was unhappy with the terms of the contract presented to me.

5. Fighting in the UFC has not only increased my overall compensation, but the UFC has also increased my compensation over time. I've currently fought ten times in the UFC and received a bonus nearly every time that I have fought. These bonuses are often well above and beyond, at times 3-4 times more, than what I was due under the terms of my contract.

6. Because of the UFC's television exposure I have been able to obtain more and larger sponsorship opportunities. Any fighter that fights for an organization with a television agreement has access to greater sponsorships because of the recognition it generates for the fighters and sponsors.

7. The biggest thing that sets the UFC apart from other organizations is its professionalism. The staff support of the UFC allows them to be very good at supporting events and fighters. The UFC is also true to its word. When they tell fighters that they are going to do something, they follow through often above and beyond what they committed to do. Additionally, fighter safety is a large priority and they take care of whatever kind of medical issues that need to be handled. For example, I once tore my ACL in a fight and the UFC took care of every bill with the doctor that I wanted to see without raising any concerns or issues.

8. Bellator and other shows like them have the ability to offer money making opportunities to exciting fighters. I could fight in many other promotions, but choose the UFC because I trust how they handle their business and I know how I will be treated.

9. I do not believe that the purchase of Strikeforce had any effect on my negotiating power. Negotiating in the MMA world is based on the time a fighter puts in and how they have performed in their careers. Additionally, I don't have any concerns that the purchase will negatively affect my compensation.

10. Companies that wish to break into, or grow, in mixed martial arts will have to make sure that they take the time to have all the right pieces in place, from television deals to medical coverage and advertising. The MMA community is a place where everyone tends to know everyone else, meaning successful organizations will be the ones that have a good business plan and stay true to the fighters and the word of the organization.

CONFIDENTIAL

ZFL-1470622

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 7th day of Oct, 2011, in the city of Houston, TX.

_____
Joe Lauzon

CONFIDENTIAL                                                                                       ZFL-1470623