# EXHIBIT 28

## Redacted Excerpts from Deposition of Michael Mersch

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON       )
FITCH, on behalf of               )
themselves and all others         )
similarly situated,               )
                                  )
            Plaintiffs,           )
                                  )
    vs.                           )   Case No.
                                  )   2:15-cv-01045-RFB-(PAL)
                                  )
ZUFFA, LLC, d/b/a Ultimate        )
Fighting Championship and         )
UFC,                              )
                                  )
            Defendant.            )
                                  )


C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF

MICHAEL P. MERSCH

MORNING SESSION (PAGES 1 to 332)

LAS VEGAS, NEVADA

JULY 14, 2017

8:05 a.m.



REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 51253-A

MICHAEL P. MERSCH - CONFIDENTIAL



226

23   Q.   And then, the legion of doom would go get
24   them from the Zuffa's legal department, correct?
25       MR. WILLIAMS:  Object to the form of the

227

1   question.
2   BY MR. CRAMER:

228

229

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

MICHAEL P. MERSCH - CONFIDENTIAL



14    Q.  Couldn't the UFC sit down with the fighter
15  in good faith and with goodwill at the end of his or
16  her contract without exclusive negotiation period?
17    A.  Are you asking me as an attorney, do I have
18  a legal opinion?
19    Q.  Yeah.
20    A.  Whether they could put that contractual
21  provision in an agreement?
22    Q.  Yeah.
23    A.  I suppose they could.
24    Q.  Yeah.
25    A.  They could put any number of provisions in

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099



**234**

1 an agreement.
2 MR. CRAMER: I'd like to have the court
3 reporter mark as Mersch Exhibit 14 the next document.
4 (Exhibit 14 was marked for
5 identification by the reporter.)
6 MR. CRAMER: Mersch Exhibit 14 is, it's
7 really a one-page document, the second page is blank.
8 Bearing the Bates number ZFL-2632951.
9 BY MR. CRAMER:
10 **Q. Let me know when you've had a chance to**
11 **review it.**

14 **(Pause in proceedings.)**
15 BY MR. CRAMER:
16 **Q. Just let me know when you're done reading**
17 **it.**
18 A. Okay.

**235**

16 **Q. All right. You can put that document**
17 **aside.**
18 **Would you agree with me that UFC fighters**
19 **are independent contractors?**
20 A. I would.

**236**

21 **Q. And you're aware that many fighters don't**
22 **have other forms of income other than from mixed**
23 **martial arts fighting, correct?**
24 A. I wouldn't know specifically what forms of
25 income any particular fighter has or does not have.

**237**

1 I certainly am aware that they derive a
2 certain amount of their income from the UFC pursuant
3 to their PAR agreements. But whether they choose to
4 seek other income outside of the UFC, I wouldn't have
5 any specific knowledge, but I know that a lot of them
6 just generically do.
7 **Q. But it's also fair to say that in order to**
8 **be a fighter at the level of a UFC fighter in mixed**
9 **martial arts, they need to spend a significant amount**
10 **of their time in training, correct?**
11 MR. WILLIAMS: Object to the form of the
12 question.
13 THE WITNESS: I guess the word
14 "significant" is ambiguous, and I'm not sure exactly
15 how to take it or what you might mean by it. I think
16 that could be taken in a lot of different ways.
17 I know fighters that train -- each
18 individual fighter, I think, trains in their own
19 manner and in a manner that I think they feel is in
20 their best interests. Some train longer than others.
21 Some have longer fight camps than others, some train
22 in different disciplines than others.
23 Some supplement their training with
24 nutritional and other methods. So I
25 think it just depends on what each individual fighter

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

MICHAEL P. MERSCH - CONFIDENTIAL



326

327

328

13    MR. CRAMER:  All right.  Let's go off the
14  record.
15    THE VIDEOGRAPHER:  We are off the record,
16  4:12 p.m.
17    (There was a recess taken.)
18    (Whereupon, Court Reporter
19    Cynthia K. DuRivage was relieved by
20    Court Reporter Jualita Stewart, the
21    transcript of which is contained in
22    a separate booklet.)
23
24    *  *  *  *  *
25

329

2  STATE OF _____ )
3                        ) :ss
4  COUNTY OF _____)
5
6
7    I, MICHAEL P. MERSCH, the witness
8  herein, having read the foregoing
9  testimony of the pages of this deposition,
10  do hereby certify it to be a true and
11  correct transcript, subject to the
12  corrections, if any, shown on the attached
13  page.
14
15    _____
16    MICHAEL P. MERSCH
17
18
19
20  Sworn and subscribed to before
21  me, this        day of
22          , 2017.
23
24    _____
25    Notary Public

83  (Pages 326 to 329)

MICHAEL P. MERSCH - CONFIDENTIAL

330

1     CERTIFICATE OF REPORTER
2          I, Cynthia K. DuRivage, a Certified
3     Shorthand Reporter of the State of Nevada, do hereby
4     certify:
5          That the foregoing proceedings were taken
6     before me at the time and place herein set forth;
7     that any witnesses in the foregoing proceedings,
8     prior to testifying, were duly sworn; that a record
9     of the proceedings was made by me using machine
10    shorthand which was thereafter transcribed under my
11    direction; that the foregoing transcript is a true
12    record of the testimony given.
13         I further certify I am neither financially
14    interested in the action nor a relative or employee
15    of any attorney or party to this action.
16         Reading and signing by the witness was
17    requested.
18         IN WITNESS WHEREOF, I have this date
19    subscribed my name.
20    Dated:  August 1, 2017
21
22
                    _____
23                  CYNTHIA K. DuRIVAGE
                    CCR No. 451
24
25

332

1               E R R A T A
2
3
4
5          I wish to make the following changes,
6     for the following reasons:
7
8     PAGE LINE
9     ___ ___ CHANGE:_____
10    REASON:_____
11    ___ ___ CHANGE:_____
12    REASON:_____
13    ___ ___ CHANGE:_____
14    REASON:_____
15    ___ ___ CHANGE:_____
16    REASON:_____
17    ___ ___ CHANGE:_____
18    REASON:_____
19    ___ ___ CHANGE:_____
20    REASON:_____
21
22    _____   _____
23    WITNESS' SIGNATURE          DATE
24
25

331

1     INSTRUCTIONS TO WITNESS
2
3          Please read your deposition over carefully
4     and make any necessary corrections. You should state
5     the reason in the appropriate space on the errata
6     sheet for any corrections that are made.
7          After doing so, please sign the errata sheet
8     and date it.
9          You are signing same subject to the changes
10    you have noted on the errata sheet, which will be
11    attached to your deposition.
12         It is imperative that you return the original
13    errata sheet to the deposing attorney within thirty
14    (30) days of receipt of the deposition transcript by
15    you. If you fail to do so, the deposition transcript
16    may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

84  (Pages 330 to 332)

333

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON   )
FITCH, on behalf of            )
themselves and all others    )
similarly situated,          )
                          )
       Plaintiffs,       )
                          )
       vs.               )  Case No.
                          )  2:15-cv-01045-RFB-(PAL)
                          )
ZUFFA, LLC, d/b/a Ultimate   )
Fighting Championship and    )
UFC,                      )
                          )
       Defendant.        )
_____)


C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF

MICHAEL P. MERSCH

AFTERNOON AND EVENING SESSIONS (PAGES 333 to 496)

LAS VEGAS, NEVADA

JULY 14, 2017

4:43 p.m.


Reported by:
Jualitta Stewart, CCR No. 807, RPR
Job No. 51253-B

MICHAEL P. MERSCH - CONFIDENTIAL



354

1           (Whereupon, Exhibit 24 was
2           marked for identification.)
3     BY MR. CRAMER:
4        Q.   Mersch Exhibit 24 is a series of e-mails
5     bearing the Bates range ZFL-2196667 through 6670.

9           Let me know when you've completed
10    reviewing it.
11          You ready?
12       A.   Almost.
13       Q.   Okay.
14       A.   Okay.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

MICHAEL P. MERSCH - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

MICHAEL P. MERSCH - CONFIDENTIAL



362

4          MR. CRAMER:  All right.  I'd like to have
5    the court reporter mark as Mersch Exhibit 25 the
6    next document.
7          For the record, Mersch Exhibit 25 is a
8    series of e-mails with a Bates range ZFL 2496215

11         (Whereupon, Exhibit 25 was
12          marked for identification.)
13   BY MR. CRAMER:
14     **Q.   Let me know when you've had a chance to**
15   **review it, and I have some questions about it.**
16     A.   Okay.

363

364

365

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

MICHAEL P. MERSCH - CONFIDENTIAL



366

17     Q.   Well, is it generally true that Zuffa
18  sought in its own business interest to promote and
19  reward those fighters who shared a long-term
20  comit -- commitment to the UFC?
21         MR. WILLIAMS:  Object to the form of that
22  question.
23         THE WITNESS:  I don't know if I
24  understand your --
25  ///

367

1  BY MR. CRAMER:
2     Q.   All right.  Well, all things equal, Zuffa
3  would want to put in the main event and promote in
4  the main event of a fight those fighters who have
5  shown a long-term commitment to the UFC by signing a
6  contract.  And on the other hand, Zuffa sought not
7  to promote those fighters who did not show a
8  long-term commitment to the UFC by refusing to sign
9  another contract.
10         MR. WILLIAMS:  Objection to the form of
11  the question.
12  BY MR. CRAMER:
13     Q.   Is that fair?
14     A.   It's not fair.
15     Q.   It's not fair?
16     A.   No.

368

369

7  BY MR. CRAMER:
8     Q.   Do you think it makes business sense for
9  Zuffa to promote someone who is on his last fight of
10  his contract and will not be fighting for Zuffa
11  again, will be fighting for another promotion with
12  the same vehemence as to promote someone who has
13  signed a long-term contract with the UFC?
14         MR. WILLIAMS:  Objection to the form of
15  the question.
16         THE WITNESS:  I have -- your question,
17  you know, is a hypothetical that assumes --
18  BY MR. CRAMER:
19     Q.   Yes.
20     A.   -- quite a bit of few things, and I --
21  which are not true and, as far as I know, did not
22  happen in this case.  So I don't -- I don't know how
23  to answer that.
24     Q.   Okay.  Let me just ask it as a
25  hypothetical as someone who has been in this

10  (Pages 366 to 369)

MICHAEL P. MERSCH - CONFIDENTIAL

494

1  the County of Clark, State of Nevada, this 1st day
2  of August, 2017.
3
4
          JUALITTA STEWART, RPR, CCR No. 807
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

496

1               E R R A T A
2
3
4
5    I wish to make the following changes,
6  for the following reasons:
7
8  PAGE LINE
9  ___ ___ CHANGE:_____
10  REASON:_____
11  ___ ___ CHANGE:_____
12  REASON:_____
13  ___ ___ CHANGE:_____
14  REASON:_____
15  ___ ___ CHANGE:_____
16  REASON:_____
17  ___ ___ CHANGE:_____
18  REASON:_____
19  ___ ___ CHANGE:_____
20  REASON:_____
21
22  _____   _____
23  WITNESS' SIGNATURE        DATE
24
25

495

1       INSTRUCTIONS TO WITNESS
2
3    Please read your deposition over carefully
4  and make any necessary corrections. You should state
5  the reason in the appropriate space on the errata
6  sheet for any corrections that are made.
7    After doing so, please sign the errata sheet
8  and date it.
9    You are signing same subject to the changes
10  you have noted on the errata sheet, which will be
11  attached to your deposition.
12    It is imperative that you return the original
13  errata sheet to the deposing attorney within thirty
14  (30) days of receipt of the deposition transcript by
15  you. If you fail to do so, the deposition transcript
16  may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

42 (Pages 494 to 496)