# EXHIBIT 37

# MMA Mania article titled "Bellator 192 ratings: 1.3 million viewers tune in for 'Rampage vs. Sonnen' main event"



MMAMANIA.COM

BELLATOR MMA NEWS & RESULTS   LATEST NEWS                                                      12

# Bellator 192 ratings: 1.3 million viewers tune in for 'Rampage vs Sonnen' main event

By SteveJuon | @angrymarks | Jan 24, 2018, 11:01pm EST



Rampage vs Sonnen | Bellator MMA

Bellator 192: "Rampage vs. Sonnen" took place at The Forum in Inglewood, Calif., on Jan. 20, 2018, featuring the first fight of the **Heavyweight Grand Prix** as former Ultimate Fighting Championship (UFC) stars Quinton "Rampage" Jackson and Chael Sonnen squared off with **Sonnen taking home the decision**.

The first mixed martial arts (MMA) card of the newly-christened Paramount Network (formerly Spike) proved to be a success both at home base and via the simulcast on CMT. The show drew a combined average of 931,000 viewers for the three-hour broadcast, peaking at 1.34 million during the "Rampage vs. Sonnen" main event.

The lead in set the table as the Welterweight title bout between Douglas Lima and Rory MacDonald averaged 1.1 million viewers, with the opening round for "Rampage vs. Sonnen" starting at 1.2 million viewers immediately afterward.

3/29/2018  Bellator 192 ratings: 1.3 million viewers tune in for Rampage vs. Sonnen main event - MMAmania.com

Case 2:15-cv-01045-RFB-BNW   Document 540-41   Filed 04/06/18   Page 3 of 3

DVR +3 numbers made the story even better, with a peak of 1.5 million during the main event, an average of 1.4 million for the main event, and an average of 1.2 million for the co-main.

To check out the latest Bellator MMA-related news and notes be sure to hit up our comprehensive news archive right here.

## LATEST FROM OUR PARTNERS



Predicting UFC Champs a Year From Now
Nastiest Hellbows in MMA History
Top 10 Greatest Title Reigns in UFC History
UFC Fighters Who Would Make Great WWE Stars
Teacher Lost 150 Pounds, Became MMA Fighter
Fighter Gets Best Revenge on Opponent

## LATEST FROM MMA WAREHOUSE



UFC Conor McGregor Dragon Tiger Shirt
Roots of Fight Andre the Giant Photo Shirt
Hypnotik x Onnit Invitational 7 Rashguard (Limited Edition)
UFC Conor McGregor Notorious Tiger Longsleeve Shirt
UFC Rose Namajunas Thug Rose Shirt
UFC Georges St Pierre GSP Red Maple Leaf Shirt
UFC Legacy Series UFC 220 Daniel Cormier Walkout Jersey
**More:** Apparel Accessories Gloves Sale