# EXHIBIT 38

## Redacted Excerpts from Deposition of Carlos Silva

```
                                                                    1
                    UNITED STATES DISTRICT COURT

                        DISTRICT OF NEVADA



     CUNG LE; NATHAN QUARRY, JON    )
     FITCH, on behalf of            )
     themselves and all others      )
     similarly situated,            )
                                    )
              Plaintiffs,           )
                                    )
              vs.                   )  Case No.
                                    )  2:15-cv-01045-RFB-(PAL)
                                    )
     ZUFFA, LLC, d/b/a Ultimate     )
     Fighting Championship and      )
     UFC,                           )
                                    )
              Defendant.            )
                                    )



        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

          VIDEOTAPED DEPOSITION OF CARLOS SILVA

                     Las Vegas, Nevada

                      April 18, 2017

                        9:16 a.m.




     REPORTED BY:
     CYNTHIA K. DuRIVAGE, CSR #451
     Job No. 49524
```

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 54**

1  Is that accurate?
2  A. Yes.
3  Q. Was this document maintained in the normal
4  course of business at World Series Of Fighting?
5  A. It was.
6  Q. Turning to page 2, for gross profit, can
7  you read the number on the far right, the last entry?
8  A. [redacted]
9  Q. Turning back to the first page under
10 "Income," TV domestic, can you read the number on the
11 far right for the total?
12 A. [redacted]
13 Q. 34 cents?
14 A. And 34 cents, thank you.
15 Q. And for TV international, what is the
16 total?
17 A. [redacted]
18 Q. Slightly down that first page under "Cost
19 of Goods," do you see "Compensation Fighter"?
20 A. I do.
21 Q. If you go to the far right column, what
22 does the total indicate?
23 A. [redacted]
24 Q. Scrolling down that page, do you see the
25 entry "Fighter Bonuses."

**Page 55**

1  A. I'm looking.
2     MR. SKAGGS: I think it's like two-thirds
3  of the way down, about.
4     THE WITNESS: "Fighter Bonuses," Yes.
5  BY MR. MAYSEY:
6  Q. Can you read the total on the far right
7  column for fighter bonuses?
8  A. Looks like [redacted]
9  Q. Do you have any reason to believe these
10 figures are inaccurate?
11 A. I do not.
12 Q. As you testify today, do you believe they
13 are accurate?
14 A. I do believe they are accurate.
15 Q. Going back to the World Series Of Fighting
16 event totals, I'm going to read these into the
17 record.
18    World Series Of Fighting 17, it's a fight
19 card total [redacted]?
20 A. Yes.
21 Q. And for World Series Of Fighting 18, is the
22 fight card total [redacted]?
23 A. Yes.
24 Q. World Series Of Fighting 19, is the fight
25 card total [redacted]?

**Page 56**

1  A. Yes.
2  Q. For World Series Of Fighting 20, does the
3  fight card total [redacted]?
4  A. Yes.
5  Q. For World Series Of Fighting 21, does the
6  fight card total [redacted]?
7  A. Yes.
8  Q. For World Series Of Fighting 22, does the
9  fight card total [redacted]?
10 A. Yes.
11 Q. World Series Of Fighting 23, does the fight
12 card total [redacted]?
13 A. Yes.
14 Q. World Series Of Fighting 24, does the fight
15 card total [redacted]?
16 A. Yes.
17 Q. World Series Of Fighting 25, does the fight
18 card total [redacted]?
19 A. Yes.
20 Q. And for World Series Of Fighting 26, does
21 the fight card total [redacted]?
22 A. Yes.
23 Q. Do you agree I read each of the events that
24 took place in 2015?
25 A. You did.

**Page 57**

1  Q. Do you have any reason to dispute those
2  figures total [redacted]?
3  A. I didn't add them up, but it sounds
4  correct.
5  Q. Can you explain the difference between the
6  profit and loss statements and the World Series event
7  totals
8     MR. SKAGGS: Form, foundation.
9  BY MR. MAYSEY:
10 Q.    in terms of fighter compensation?
11 A. Yes. Clearly, the fighter compensation
12 label in the P and L is not equal to the WSOF event
13 totals because they are not the same category.
14 Q. Do you know what category in the profit and
15 loss statements
16 A. I do not.
17 Q.    constitute fighter pay?
18 A. I do not.
19 Q. Staying with the 2015 profit and loss
20 statement, this is about a little over halfway down
21 on the first page.
22    Do you see the entry
23 A. Sorry, Rob, I'm going to interrupt you.
24 Q. Sure.
25 A. September, October, November, and December

15 (Pages 54 to 57)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                    58
 1   of 2015.
 2      Q.  Yes.
 3      A.  The basic totals of the -- under "Rack Card
 4   Distribution" are very close to the fight card
 5   totals.
 6      Q.  And those were for the months September
 7   through December?
 8      A.  Correct.
 9      Q.  Are they not close for the months prior to
10   September?
11      A.  I didn't look.  I just made the statement
12   that at least for those months, on quick review,
13   they're very chose to the same.
14      Q.  I'm going to hand you what will be marked
15   as Exhibit 9 --
16          THE REPORTER:  10.
17          MR. MAYSEY:  I'm sorry, Exhibit 10.  This
18   is World Series Of Fighting profit and loss from
19   January through September of 2016.
20          (Exhibit 10 was marked for
21          identification by the reporter.)
22   BY MR. MAYSEY:
23      Q.  Are you familiar with this document?
24      A.  I am.
25      Q.  On the lower right-hand corner, do you see

                                                    59
 1   the number or the stamp 01/13/17 WSOF000013?
 2      A.  Yes.
 3      Q.  This is a profit and loss statement from
 4   January to September of 2016.
 5          Is that accurate?
 6      A.  That's accurate.
 7      Q.  Was this document prepared by World Series
 8   Of Fighting employees?
 9      A.  Yes.
10      Q.  And was this document maintained in the
11   normal course of business at World Series Of
12   Fighting?
13      A.  It was.
14      Q.  And this document was produced by World
15   Series Of Fighting in response to our subpoena?
16      A.  Correct.
17      Q.  Turning to page 2, can you read the last
18   item under "Gross Profit" on the far right, the last
19   entry?
20      A.  Yes.
21      Q.  Is that a negative?
22      A.  Yes, it is.
23      Q.  Do you have any reason to believe these
24   figures are not accurate?
25      A.  No reason to believe they're not accurate.

                                                    60
 1      Q.  And as you testify today, do you believe
 2   these figures are accurate?
 3      A.  I do believe they are accurate.
 4      Q.  Turning back to the first page under
 5   "Income," for total TV domestic, do you see the
 6   entries                              ?
 7      A.  I do.
 8      Q.  And that rope totals
 9          Is that accurate?
10      A.  That's accurate.
11      Q.  What is that        figure?
12      A.  It is the amount that we received after
13   commission from our TV partner.
14      Q.  And who is that TV partner?
15      A.  NBC Sports.
16      Q.  And when we say, "after commission," what
17   does that mean?
18      A.  Well, you can see TV domestic is
19   you can see TV NBC Cokin deal is         That equals
20
21      Q.  Who is Cokin?
22      A.  He was an agent that helped us with the
23   deal.
24      Q.  So Cokin helped broker the deal with NBC
25   Sports pursuant to which he got a commission?

                                                    61
 1      A.  Correct.
 2      Q.  Under that, do you see the row "TV
 3   International"?
 4      A.  Yes.
 5      Q.  That row totals           ?
 6      A.  Correct.
 7      Q.  If you scroll down slightly on that page
 8   under "Cost of Goods."
 9      A.  Um-hmm.
10      Q.  Do you see the line entry for compensation
11   fighter?
12      A.  Yes.
13      Q.  What does that row total?
14      A.            - or, 26, I can't see it.
15      Q.  I believe it's 24 cents.
16      A.  Yeah.  Sorry.  Is it 726 or 728?
17      Q.
18      A.  Yes.  Agreed.
19      Q.  And if you go a little bit further down, do
20   you see the entry for rack card distribution?
21      A.  I do.
22      Q.  And if you follow that row to the far
23   right, what does that total?
24      A.  It looks like
25      Q.  So if you add compensation fighter and rack
```

16 (Pages 58 to 61)

### 62

1  card distribution together, what do you get?
2     A.  Whatever the number is plus ▮
3     Q.  Turning back to the World Series Of
4  Fighting event totals.
5     A.  Yes.
6     Q.  I'll read these into the record.
7         For World Series Of Fighting 27, does the
8  fight card total ▮ ?
9     A.  Yes.
10    Q.  And for World Series Of Fighting 28, does
11 the fight card total ▮ ?
12    A.  Yes.
13    Q.  For World Series Of Fighting 29, does the
14 fight card total ▮ ?
15    A.  Yes.
16    Q.  For World Series Of Fighting 30, does the
17 fight card total ▮ ?
18    A.  Yes.
19    Q.  For World Series Of Fighting 31, does the
20 fight card total ▮ ?
21    A.  Yes.
22    Q.  For World Series Of Fighting 32, does the
23 fight card total ▮ ?
24    A.  Yes, but you skipped one.
25        Did you skip ▮ ?

### 63

1         MR. SKAGGS:  No, I think we got it.
2         THE WITNESS:  Oh, you did?
3         MR. SKAGGS:  Yes.
4         THE WITNESS:  Sorry.  Yes, ▮
5  BY MR. MAYSEY:
6     Q.  And for World Series Of Fighting 33,
7  ▮ ?
8     A.  Correct.
9     Q.  And then, for World Series Of Fighting 34,
10 there's no entry because it was beyond what we
11 requested of you.
12        Is that accurate?
13    A.  That's accurate.
14    Q.  And those totals for the figures that we do
15 have for 2016 total $▮
16        Does that sound accurate?
17        MR. SKAGGS:  Foundation.
18        THE WITNESS:  If you added them up and
19 that's what you came up with, that sounds close to
20 accurate.
21 BY MR. MAYSEY:
22    Q.  Does that figure match the profit statement
23 from 2016 if you add compensation fighter and rack
24 card distribution together?
25        MR. SKAGGS:  I'm just going to make an

### 64

1  objection.  The totals that you gave from Exhibit 4
2  include an event that occurred in October, and the
3  P and Ls only go to September.
4         MR. MAYSEY:  Right.  A fair comment.
5  BY MR. MAYSEY:
6     Q.  Do you have any reason to believe that the
7  figures on the profit and loss statement from 2016
8  are inaccurate?
9     A.  No reason to believe.
10    Q.  And as you testify today, do you believe
11 they are accurate?
12    A.  I do believe they are accurate.
13    Q.  I'm handing you to you what will be marked
14 as Exhibit 11.
15        (Exhibit 11 was marked for
16        identification by the reporter.)
17 BY MR. MAYSEY:
18    Q.  It looks like an event level -- well, I'll
19 let you tell me what it is.
20        MR. SKAGGS:  Before we get into this, do we
21 know if the highlighting was part of the native
22 document?
23        MS. NORDQUIST:  Yes, it was.  It was
24 produced to you guys as it existed.
25        MR. SKAGGS:  Counsel, when you say,

### 65

1  "provided to you guys," do you mean WSOF?
2         MS. NORDQUIST:  WSOF produced it to you,
3  and then, I believe you guys gave it to us last week.
4         MR. SKAGGS:  Okay.  Well, we gave you the
5  Bates-stamped versions of them.  I think you guys
6  already had the other versions.
7         MS. NORDQUIST:  Yes.  That's where it came
8  from.
9         MR. SKAGGS:  And did you add this Bates
10 stamp --
11        MR. MAYSEY:  Yeah, I'll get to that.
12        MS. NORDQUIST:  I did for deposition
13 purposes.
14        MR. SKAGGS:  Yeah, if you could just state
15 that on the record.
16 BY MR. MAYSEY:
17    Q.  Now, on the top right-hand side of the
18 first page, do you see the entry "WSOF004876"?
19    A.  I do.
20    Q.  We're going to represent for the record
21 that that Bates label was inserted by us onto the
22 Excel file that did not have Bates labels inserted.
23        Do you recognize this document?
24    A.  I do.
25    Q.  Can you describe for the record what this

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

198
1  A.  Yes.
2  Q.  Have you heard of a champion's clause or a
3  championship clause?
4  A.  I have.
5  Q.  And what is that?
6  A.  It could be a few things.  It could mean
7  that you get a bonus if you're a champion and win.
8  It could mean that your contract gets renewed
9  automatically if you're a champion and in a
10 promotion.
11 Q.  Okay.  So talking about the latter, the
12 latter form of a champion's clause where the contract
13 gets automatically renewed, is that something that
14 World Series Of Fighting has in its contracts with
15 its athletes?
16 A.  Sometimes.
17 Q.  Why would it have that type of clause in
18 its contracts?  Strike that.
19     Why would World Series Of Fighting have
20 that type of champion clause in its contracts with
21 its athletes?
22 A.  You don't want -- you don't want champions
23 to leave.
24 Q.  And why don't you want them to leave?
25 A.  Because they're your champions.  Simple as

199
1  that.
2  Q.  Okay.  And they're valuable to the
3  organization?
4  A.  I think all the fighters are valuable to
5  the organization, but the public likes champions, so
6  champions represent the organization, so you'd like
7  to keep your champions happy.  Sometimes keeping them
8  happy is giving them a clause to renew; sometimes it
9  isn't.
10 Q.  So are there fighters that prefer to have
11 that type of clause in their contract?
12 A.  There's fighters that prefer it, and
13 there's fighters that do not prefer it.
14 Q.  Is it your understanding that having that
15 type of champion's clause in a contract is customary
16 in the MMA industry?
17 A.  I think it's been customary.  I think it's
18 changed.
19 Q.  Have you heard of something called an
20 exclusive negotiation period
21 A.  Yes.
22 Q.     in contracts?
23     And is that something the World Series Of
24 Fighting has in its contracts with its athletes?
25 A.  At times, yes.

200
1  Q.  And what is the purpose of that type of
2  clause?  Well, strike that.
3      What is that type of clause?  What does an
4  exclusive negotiating period mean?
5  A.  It's a window that gives you the
6  opportunity to talk to your currently-under-contract
7  fighter prior to them looking at other places to go
8  become a professional.
9  Q.  What is the purpose of having that clause
10 in the contracts?
11 A.  It's a -- you know, you're a lawyer and I'm
12 not.  It's to protect the company.
13 Q.  Have you heard of something called a right
14 to match?
15 A.  Sure.
16 Q.  Is that something the World Series has in
17 its contracts with its athletes?
18 A.  At times, we do.
19 Q.  What is the purpose of that -- well, strike
20 that.
21     What is the right to match?
22 A.  The ability -- if a fighter needs to go --
23 if a fighter is allowed to go look at other
24 opportunities, it gives the organization an
25 opportunity to match the bidders that are on the

201
1  outside of World Series Of Fighting.
2  Q.  What is the purchase of having that type of
3  clause in a contract with athletes?
4  A.  Optionality for us to retain an athlete.
5  Q.  What do you mean by optionality?
6  A.  It gives us the ability to match an offer
7  if we would like to.  Gives us the option to match
8  the offer.
9  Q.  Have you heard of something called an
10 ancillary rights clause?
11 A.  You'd have to tell me what that is.
12 Q.  In your -- in World Series Of Fighting's
13 contracts with its athletes, do the athletes grant
14 World Series Of Fighting identity rights?
15 A.  Partial identity rights, yes.
16 Q.  And do they grant World Series Of Fighting
17 ancillary rights, meaning for example, rights to the
18 fight footage that World Series creates?
19 A.  No.  They don't have any right to grant us
20 the right to our fight footage.
21 Q.  Because you inherently own that footage?
22 A.  Correct.
23 Q.  Okay.  And do they grant you ancillary
24 rights to any intersection of where they're involved
25 in a World Series Of Fighting related event?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                               202
 1      A.   Do they grant us?
 2      Q.   Is that part of the contract?
 3      A.   For the fighter to grant World Series Of
 4  Fighting the right?
 5      Q.   Right.
 6      A.   No.  They don't have the right to give it
 7  to us.
 8      Q.   Okay.  Because you own it?
 9      A.   Correct.
10      Q.   And you presumably would never grant the
11  athlete those rights?
12      A.   We do at times.  If they need it for a
13  sponsor, a documentary, a movie, something like that.
14      Q.   So you would give written permission for
15  them to use it to for a specific purpose?
16      A.   Correct.
17      Q.   But ultimately, you would own the rights to
18  that --
19      A.   Correct.
20      Q.   -- intellectual property?
21      A.   We're not giving them the rights, we're
22  letting them borrow the rights.  There's a big
23  difference.
24      Q.   Why is it important that World Series Of
25  Fighting retains those intellectual property rights?
```

```
                                               203
 1      A.   An asset of the company.
 2      Q.   It's an important asset?
 3      A.   All assets are important.
 4      Q.   Well, what makes these particular assets
 5  important?
 6      A.   It's media.  It's a -- it's a library, an
 7  asset of a media company, of a sports property, is
 8  the live footage is owned by the company.
 9      Q.   When broadcasting an event on television,
10  do you compete for television viewers?
11      A.   Yes.
12      Q.   And are you competing only with other MMA
13  promoters for television viewers, or are you also
14  competing with other sports and entertainment
15  programming for viewers?
16      A.   Competing with everything that's on
17  television.
18      Q.   So not just sports and entertainment
19  programming?
20      A.   Correct.
21      Q.   Are you competing with anything other than
22  what is on television?
23      A.   Yes.
24      Q.   What else would you be competing with?
25      A.   A pretty day.
```

```
                                               204
 1      Q.   What do you mean by that?
 2      A.   If you're on television from 8:00 to
 3  10:00 at night, you're competing with everything else
 4  that people could do from 8:00 to 10:00 at night.
 5  Anything.  Live sport event, theater, television,
 6  cable, broadband, pay services, Amazon, Netflix.
 7      Q.   Do you compete with other organizations to
 8  sign MMA athletes?
 9      A.   Yes.
10      Q.   And when looking for athletes to sign, do
11  you look only for those athletes in North America, or
12  do you look around the world?
13      A.   Around the world.
14      Q.   And are you competing to sign those
15  athletes against MMA promoters that are located only
16  in North America or other promoters around the world?
17      A.   Both, but primarily North America.
18      Q.   But there are some promoters around the
19  world that you would compete with --
20      A.   There's a few.
21      Q.   -- to sign some athletes?
22      A.   There's a few around the world.
23      Q.   Is there a large talent pool available from
24  which World Series Of Fighting can sign MMA athletes?
25      A.   Yes.
```

```
                                               205
 1      Q.   Do you think MMA promoters should be able
 2  to make their own business decisions about whether to
 3  co promote bouts?
 4      A.   Yes.
 5      Q.   Do you think the term "elite professional
 6  MMA fighter" is a subjective term?
 7      A.   Yes.
 8      Q.   Are you aware of any sort of certification
 9  that an MMA athlete can get that certifies them as an
10  elite professional MMA fighter?
11      A.   No.
12      Q.   Has the UFC blocked the World Series Of
13  Fighting from any inputs necessary to put on
14  successful MMA events?
15      A.   No.
16      Q.   Has the UFC done anything to impede your
17  ability to compete with them?
18      A.   No.
19      Q.   Is MMA as big as the NFL?
20      A.   Not yet.
21      Q.   And how are they different?
22      A.   How are what different?
23      Q.   The NFL and MMA.
24           MR. COUVILLIER:  Objection, vague.
25           THE WITNESS:  You have to be a little more
```

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

206

1  specific about your question.
2  BY MR. SKAGGS:
3  Q. Let's say financially, would you say
4  they're on the same playing field? No pun intended.
5  A. No. NFL is the biggest -- the biggest
6  sport in America, undoubtedly. UFC, MMA, Bellator,
7  World Series Of Fighting combined in North America,
8  along with all of the regionals, aren't as big as the
9  NFL.
10 Q. Okay. You mentioned earlier that
11 Ali Abdel Aziz was a manager of MMA athletes at the
12 same time he was a senior vice president or whatever
13 his title was at World Series Of Fighting; is that
14 correct?
15 A. Is it correct that he managed athletes at
16 the same time that he was working as a full-time
17 contractor at World Series Of Fighting?
18 Q. Right.
19 A. Correct.
20 Q. Do you think that created the risk of a
21 conflict of interest?
22 A. Yes. That's why it was the first thing
23 that I did when I took over the organization was to
24 change that.
25 Q. And what was your    why did you make that

207

1  decision?
2  A. Because it was a conflict of interest.
3  Q. So Mr. Maysey introduced some emails
4  earlier from Mr. Aziz about releasing certain
5  fighters.
6      Could you tell based on those emails
7  whether Mr. Aziz was acting in his capacity as a
8  manager of fighters or an executive of the World
9  Series Of Fighting when he sent those emails?
10 A. I could not tell from those emails.
11 However, they were signed by him indicating that he
12 was with World Series Of Fighting.
13 Q. But you don't know for sure what he thought
14 his role was when he was making those decisions?
15 A. Yeah. I can't -- I can't answer what I
16 thought was in Ali's head.
17 Q. That's fair.
18 A. Nobody could.
19     MR. SKAGGS: I have no more questions.
20     THE VIDEOGRAPHER: Do you have anything?
21     MR. MAYSEY: No.
22     THE VIDEOGRAPHER: This concludes today's
23 deposition of Carlos Silva.
24     The number of media used was three, and we
25 are off the record at 3:28 p.m.

208

1      MR. MAYSEY: Can we stand and close it?
2      THE VIDEOGRAPHER: I'm sorry. We're still
3  on the record. Go ahead, Counsel.
4      MR. MAYSEY: Yes. We will read and sign.
5      We're going to reserve the right to
6  reconvene this deposition in the event additional
7  financial information is disclosed that we have not
8  seen to date.
9      MR. SKAGGS: Zuffa does not consent to that
10 reservation of rights.
11     MR. MAYSEY: That's fine.
12     MR. COUVILLIER: Neither do we.
13     MR. MAYSEY: We are reserving our rights.
14 We don't anticipate we're going to have to call you
15 back, but we're not closing the deposition as of
16 today.
17     MR. WIDNELL: And just to be clear, we'll
18 designate the entire -- I think we've already said
19 this, but designate the entire transcript as highly
20 confidential until we've had a chance to review
21 and --
22     MR. SKAGGS: And you've had a chance to
23 review.
24     MR. COUVILLIER: Well, I want him released
25 from the subpoena, though. I mean, we're here, we've

209

1  produced the documents. I think if you have the
2  questions, he's prepared to answer whatever questions
3  you may have that are left, but we will object and we
4  will state that from our consideration, he has been
5  relieved of the subpoena and has complied with it
6  fully.
7      MR. SKAGGS: And Zuffa agrees.
8      MR. MAYSEY: We do not, and we have stated
9  our position for the record.
10     But I appreciate that.
11     THE VIDEOGRAPHER: Okay. Are we off, then?
12 We are off the record at 3:30 p.m.
13     (Time Noted: 3:30 p.m.)

53 (Pages 206 to 209)

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Page 210

```
 1
 2    STATE OF                    )
 3                        ) :ss
 4    COUNTY OF                   )
 5
 6
 7        I, CARLOS SILVA, the witness
 8    herein, having read the foregoing
 9    testimony of the pages of this deposition,
10    do hereby certify it to be a true and
11    correct transcript, subject to the
12    corrections, if any, shown on the attached
13    page.
14
15
16                CARLOS SILVA
17
18
19
20    Sworn and subscribed to before
21    me, this        day of
22              , 2017.
23
24
25            Notary Public
```

## Page 211

```
 1         CERTIFICATE OF REPORTER
 2    I, Cynthia K. DuRivage, a Certified
 3  Shorthand Reporter of the State of Nevada, do hereby
 4  certify:
 5        That the foregoing proceedings were taken
 6  before me at the time and place herein set forth;
 7  that any witnesses in the foregoing proceedings,
 8  prior to testifying, were duly sworn; that a record
 9  of the proceedings was made by me using machine
10  shorthand which was thereafter transcribed under my
11  direction; that the foregoing transcript is a true
12  record of the testimony given.
13        I further certify I am neither financially
14  interested in the action nor a relative or employee
15  of any attorney or party to this action.
16        Reading and signing by the witness was
17  requested.
18        IN WITNESS WHEREOF, I have this date
19  subscribed my name.
20  Dated:  April 27th, 2017
21
22
23            CYNTHIA K. DuRIVAGE
              CCR No. 451
24
25
```

## Page 212

```
 1         INSTRUCTIONS TO WITNESS
 2
 3    Please read your deposition over carefully
 4  and make any necessary corrections. You should state
 5  the reason in the appropriate space on the errata
 6  sheet for any corrections that are made.
 7    After doing so, please sign the errata sheet
 8  and date it.
 9    You are signing same subject to the changes
10  you have noted on the errata sheet, which will be
11  attached to your deposition.
12    It is imperative that you return the original
13  errata sheet to the deposing attorney within thirty
14  (30) days of receipt of the deposition transcript by
15  you. If you fail to do so, the deposition transcript
16  may be deemed to be accurate and may be used in court.
```

## Page 213

```
 1              E R R A T A
 2
 3
 4
 5    I wish to make the following changes,
 6    for the following reasons:
 7
 8    PAGE LINE
 9          CHANGE:
10    REASON:
11          CHANGE:
12    REASON:
13          CHANGE:
14    REASON:
15          CHANGE:
16    REASON:
17          CHANGE:
18    REASON:
19          CHANGE:
20    REASON:
21
22
23    WITNESS' SIGNATURE       DATE
24
25
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099