# EXHIBIT 39

## MMA Junkie article titled "Emmy-winning producer Mark Burnett joins Professional Fighters League as investor, advisor"



Trending: **Breaking UFC 223 Conor McGregor Khabib Nurmagomedov Tony Ferguson Max Holloway Artem Lobov**

# Emmy-winning producer Mark Burnett joins Professional Fighters League as investor, advisor

By: **MMAjunkie Staff** | *April 1, 2018 8:45 am*

One of television's most prolific producers is again turning his attention to MMA.

Professional Fighters League officials recently announced that 12-time Emmy Award winner Mark Burnett, President of MGM Television Group & Digital and MGM Television, is a new investor in the promotion and will join the organization's advisory board.

"We are thrilled to partner with MGM Television and Mark Burnett," PFL CEO Peter Murray stated. "Mark's creative vision for delivering innovative live content is among the absolute best the industry has to offer – and that is exactly what we will bring MMA fans this season."

PFL, formerly known as WSOF, formally kicks off its debut season on NBCSN on June 7. The company is planning seven regular season events to air on Thursday nights through August before beginning playoffs that will crown tournament winners $1 million each.



growth and vision of PFL, and it´s time this sport revolves around a league format.

"They're elevating the sport in an entirely new way, and I'm looking forward to being part of it."

Burnett is responsible for producing current television staples such as "Survivor," "Shark Tank" and "The Voice." He also won a pair of Emmys for his work on "The Apprentice."

According to the announcement, the new partnership "will bring unscripted programming and short-form content to PFL's multi-platform distribution designed to maximize engagement with MMA's 300 million fans worldwide.

Initial plans also call for an unscripted tournament series, where a bracket winner will earn a spot in the PFL playoffs.

"PFL is thrilled to partner with Mark Burnett, the innovator and icon who invented and perfected unscripted TV," PFL Co-Founder and Chairman of the Board Donn Davis stated. "The PFL is re-imagining MMA, and the start of the 2018 Season June 7 will bring fans the same excitement and 'Hey, I have never seen that' reaction they felt when 'Survivor' debuted and ushered in the new age of television."

Burnett was previously executive producer of MTV's MMA-themed series "Bully Beatdown." He was also involved in an HDNet partnership to air King of the Cage events on the channel now known as AXS TV.

For more on the PFL's upcoming season, stay tuned to the **MMA Rumors** section of the site.