# EXHIBIT 40

**MMA Fighting article titled "Will Brooks announces he was cut by the UFC, is entering PFL's $1 million tournament"**

Published By

NEWS  UFC  BELLATOR                                                                61

# Will Brooks announces he was cut by the UFC, is entering PFL's $1 million tournament

By Marc Raimondi | @marc_raimondi | Feb 14, 2018, 9:20pm EST



Esther Lin, MMA Fighting

A former Bellator lightweight champion has been cut by the UFC — but has a chance to make big money fighting elsewhere.

Will Brooks announced Wednesday on social media that he was released by the UFC and has now signed with the Professional Fighters League. Brooks wrote that he has entered into the PFL's $1 million tournament, presumably in the lightweight division.

"I'm extremely excited and fired up to be part of the @profighteague and their rebirth," Brooks wrote on Instagram. "The timing is perfect because I'm in my own rebirth process as well. As always I'm going to represent this organization as professionally as I possibly can. I look forward to being a pivotal part of the PFL's growth in this sport."

 illwavybrooks86    Follow



913 likes

**illwavybrooks86** For those of you who have been asking when my next fight is... well, I'm not sure when the next will be but it will not be with the UFC but rather with the @profightleague in the Million Dollar tournament. I've been doing this for a while now and I understand the business side of it. I didn't do the job that was expected of me and like all jobs I was released, rightfully so. Unfortunately, I under performed with the UFC and didn't achieve the goal I wanted to with that opportunity. I regret nothing, I took a chance at something I wanted and came up short. The fighter/competitor in me is highly disappointed with myself for allowing things to get away from me. The UFC chapter is closed for now... I'd like to thank the UFC staff for treating me so well during my employment. From day one I was treated well and with respect. I appreciate that greatly. Now with that being said, I am moving forward toward the next chapter. I'm extremely excited and fired up to be part of the @profighteague and their rebirth. The timing is perfect because I'm in my own rebirth process as well. As always I'm

going to represent this organization as professionally as I possibly can. I look forward to being a pivotal part of the PFL's growth in this sport. All praise and glory to God. 1 I lift up my eyes to the mountains— where does my help come from? 2 My help comes from the LORD, the Maker of heaven and earth. - Psalms 121:1-2 At my highest and my lowest, He's been with me and seen me through to lands of milk and honey. Thank you God for blessing me with this incredible opportunity for my family and myself. Now let's go secure this bag!!!! #Godisgood #hardwork #dedication #mma #ufc #PFL #professional #athlete #Godsplan #winningatlife #blackexcellence

view all 88 comments

1 MONTH AGO

Brooks (18-4) lost three straight after a victorious debut in the UFC back in 2016 against Ross Pearson. Most recently, the Chicago native fell to Nik Lentz by second-round submission at UFC Sydney in November. Brooks, 31, was on a nine-fight winning streak before this recent skid.

"Unfortunately, I under performed with the UFC and didn't achieve the goal I wanted to with that opportunity," Brooks wrote. "I regret nothing, I took a chance at something I wanted and came up short. The fighter/competitor in me is highly disappointed with myself for allowing things to get away from me. The UFC chapter is closed for now… I'd like to thank the UFC staff for treating me so well during my employment. From day one I was treated well and with respect. I appreciate that greatly."

Brooks held the Bellator lightweight title from 2014 to his final fight in the promotion in 2015. He owns two wins over Michael Chandler and one over current UFC fighter Marcin Held. Brooks asked for his release from Bellator in May 2016, unhappy with how he was treated by that organization and wishing to follow his UFC dreams.

Now, the American Top Team product will pivot to the PFL with a major opportunity to be one of the faces of the company once called World Series of Fighting.

Last month, the PFL announced it had signed a broadcast deal with the NBC Sports Group and Facebook. The plan is for a true sport MMA "league" with a regular season beginning June 7 followed by playoffs and a championship round that is supposed to finish up Dec. 31.

The first season is expected to feature 72 fighters divided into six weight classes competing for a title and a $1 million prize. The playoffs are expected to begin in October with a single-elimination format and championship fights are currently planned for New Year's Eve.

## LATEST FROM OUR PARTNERS



Predicting UFC Champs a Year From Now
Nastiest Hellbows in MMA History
Top 10 Greatest Title Reigns in UFC History
UFC Fighters Who Would Make Great WWE Stars
Teacher Lost 150 Pounds, Became MMA Fighter
Fighter Gets Best Revenge on Opponent

## LATEST FROM MMA WAREHOUSE



UFC Conor McGregor Dragon Tiger Shirt
Roots of Fight Andre the Giant Photo Shirt
Hypnotik x Onnit Invitational 7 Rashguard (Limited Edition)
UFC Conor McGregor Notorious Tiger Longsleeve Shirt
UFC Rose Namajunas Thug Rose Shirt
UFC Georges St Pierre GSP Red Maple Leaf Shirt
UFC Legacy Series UFC 220 Daniel Cormier Walkout Jersey
**More:** Apparel Accessories Gloves Sale