# EXHIBIT 41

# "About ONE- One Championship"

# INTEGRITY
# HUMILITY
# HONOR
# RESPECT
# COURAGE
# DISCIPLINE
# COMPASSION

**ABOUT ONE**







ONE Championship – The Home of Martial Arts

ONE Championship, Asia's largest global sports media property in history, is a celebration of Asia's greatest cultural treasure, and its deep-rooted Asian values of integrity, humility, honor, respect, courage, discipline, and compassion. ONE Championship is the world's largest martial arts organization, hosting bouts across all styles of martial arts such as Muay Thai, Kickboxing, Karate, Silat, Mixed Martial Arts, Sanda, Lethwei, Taekwondo, Submission Grappling, and more.

Our mission is to unleash real life superheroes who ignite the world with hope, dreams, inspiration and strength. It is no secret that Asia is home to the best martial artists on the planet. The vast majority of the greatest World Champions in history have had to conquer unfathomable poverty, tremendous adversity, unspeakable tragedy, and impossible odds to achieve their dreams in life. We want to introduce these superheroes to the world so that they may inspire billions to live their dreams in life. Through the power of media and the magic of storytelling, we have the precious opportunity to unleash role models, celebrate values, ignite dreams, inspire nations, and change the world.

As the only pan-Asian global sports media property on the continent, ONE has achieved some of the highest TV ratings and social media engagement metrics in Asia with its unique brand of Asian values, world-class athletes, and world-class production. ONE is held in the largest stadiums in the most iconic cities across Asia with a global broadcast reach to 1.7 billion potential viewers across 136 countries. Our ultimate vision for ONE is content ubiquity across platforms (free-to-air TV, paid TV, digital, social, etc) and devices (TV, computers, mobile, etc) with 24 hour accessibility, 365 days a year. ONE Championship has a coveted roster of blue-chip Fortune 500 sponsors, including the likes of Disney, Marvel, LG, Sony, Facebook, Haier, Kawasaki, L'Oreal, Casio, Bayer, and more.

Asia has been the home of martial arts for 5,000 years, and it is time to unite as a continent behind our history, our culture, our tradition, our values, and our heroes. Our dream is to unite the 4.4 billion people in Asia and to celebrate our continent's greatest cultural treasure together in harmony.

We are ONE.

 (https://www.facebook.com/ONEChampionship/)
 (https://twitter.com/onechampionship)
 (https://www.instagram.com/onechampionship/)
 (https://www.youtube.com/onechampionship)
 (http://weibo.com/onefc)

**NEVER MISS A STORY. SIGN UP FOR OUR NEWSLETTER.**

name@example.com    SUBSCRIBE

Privacy Policy (https://onefc.com/privacy-policy/)    Terms of Use (https://onefc.com/terms-of-use/)

© 2018 ONE Championship™. All Rights Reserved.