# EXHIBIT 42

## Redacted Excerpts from Deposition of Lorenzo Fertitta

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
Cung Le, Nathan Quarry, Jon    )
Fitch, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
              Plaintiffs,      )
                               )
       v.                      ) Lead Case No.
                               ) 2:15-cv-01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
              Defendant.       )
_____)
```

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF LORENZO J. FERTITTA

Las Vegas, Nevada

March 23, 2017

9:09 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 49608

LORENZO J. FERTITTA - CONFIDENTIAL

174
1  predates the implementation of the uniform policy.
2  So say from 2009 to the beginning of 2015.
3       Do you understand that?
4     A.  Sure.
5     Q.  So during that period, say 2009 to 2015,
6  fighters who were under contract with Zuffa to fight
7  in the UFC, they had the ability to earn money,
8  correct?
9     A.  Yes.
10    Q.  Okay.  And how -- what ways -- in what ways
11  could those athletes generate revenue or earn
12  revenue?
13    A.  Well, primarily through fight purses,



177
11  only bonuses that would be paid, but it was clearly
12  communicated to the fighters that that was one you
13  had.
14    Q.  You referred to those earlier as -- you
15  referred earlier to a bonus structure.
16       Was that set out somewhere, those, what
17  we'll call discretionary bonuses?  Were they set out
18  in some document or other memo kind of memorializing
19  what the structure was?
20    A.  No.
21    Q.  So how were they determined?
22    A.  I'm sorry, I want to make sure.
23       So I referred to the 50,000 fight of the
24  night --
25    Q.  Right.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

LORENZO J. FERTITTA - CONFIDENTIAL

178

1  A.  -- performance of the nights as structured
2  bonuses because they were in place, and there was an
3  amount that would be awarded to individual fighters.
4      Q.  Got it.
5      A.  I think you're referring to what I would
6  call discretionary bonuses.
7      Q.  And they're different -- are discretionary
8  bonuses different than the structured bonus, such as
9  for fight of night and performance of the night?
10     A.  Yes.  And then, there was another bonus
11 that we instituted, I can't remember what year, but
12 an additional 25,000 on top of that for each of the
13 participants of the main event of a non-pay-per-view
14 fight.
15     Q.  So I want to break this down and make sure
16 that we're both clear.
17         There were structured bonuses for things
18 such as fight of the night and performance of the
19 night, correct?
20     A.  Yes.
21     Q.  Okay.  And were there structured bonuses
22 for things other than fight of the night or
23 performance of the night?
24     A.  No.  These other bonuses would be
25 discretionary.

179

1      Q.  And what were the discretionary bonuses
2  for?
3      A.  Typically or -- not typically.
4          The discretionary bonuses were for fighters
5  that we believed performed exceptionally well.  They
6  were for fighters that participated on a fight card
7  that performed exceptionally well.  Possibly exceeded
8  our budget, possibly exceeded our expectations.
9  Possibly just because we thought it was the right
10 thing to do.
11     Q.  So at least in the United States, in the
12 states in which the UFC promotes mixed martial arts
13 events, does it do so exclusively in states that have
14 athletic commissions?
15     A.  Yes.  I believe in the United States, we
16 only promoted events where there are athletic
17 commissions.
18     Q.  And the states in which Zuffa was promoting
19 mixed martial arts events, which would necessarily
20 include or constitute states with athletic
21 commissions, is it your understanding that those
22 athletic commissions would require some reporting
23 from Zuffa about fighter compensation?
24     A.  Yes.
25     Q.  What is your understanding?

180

1      A.  So there would be a bout agreement, as I
2  mentioned before, typically a standard bout agreement
3  that we would fill out, and it would set out terms
4  for which, you know, we would -- we would make
5  payment to the fighters on that.
6      Q.  Okay.  And so, is it correct, then, that
7  Zuffa would report to state athletic commissions the
8  fighter compensation that was set forth on the bout
9  agreement?
10     A.  Sorry.
11     Q.  I just want to be clear.
12     A.  Yeah.
13     Q.  So it's correct, then, that Zuffa would
14 disclose to state athletic commissions in which it
15 was promoting a mixed martial arts event the
16 compensation that it was paying to fighters, as set
17 out on a bout agreement?
18     A.  As set out on a bout agreement, correct.
19     Q.  Okay.  Now, were the structured bonuses or
20 the discretionary bonuses that you testified about a
21 moment ago set out on the bout agreement?
22     A.  No, because they weren't contracted for.
23     Q.  Okay.  So if a third party or a fighter
24 wanted to try to make a determination about what
25 other fighters in the UFC were earning, is it

181

1  correct, then, that they couldn't get a complete
2  picture by looking at the publicly available bout
3  agreements that Zuffa was submitting to state
4  athletic commissions?
5      A.  Yes.
6      Q.  Okay.  Did --
7      A.  But I would like to also point out that all
8  of our documents at all times were available to all
9  the athletic commissions at any time.
10     Q.  That is, documents reflecting discretionary
11 bonuses and the structured bonuses?
12     A.  Any documents.
13     Q.  Okay.  Were they also available to all of
14 the fighters?
15     A.  No.  A fighter's individual documents were
16 available to him but not to other people.  There's

LORENZO J. FERTITTA - CONFIDENTIAL



```
182
```

```
183
```

```
184
14    he used in making these allegations that it was
15    harmful to the UFC and to Zuffa.
16         Now, I think we probably made it pretty
17    clear when we did a press conference in either the
18    following day or days, whenever it was shortly
19    thereafter, that we did not make it a practice of
20    disclosing confidential information, fighter
21    compensation, fighter contracts.
```

```
185
12    in part, Mr. Couture provided an income number from
13    Zuffa that was not consistent with the actual income
14    number, that justified, from your perspective,
15    Zuffa's disclosing Mr. Couture's actual income
16    number, correct?
17         A.  No.  Because Randy violated the
18    confidentiality clause of the contract, then we felt
19    it was appropriate that we needed to clear our name;
20    therefore, we actually laid out the exact checks and
21    wires that went out to Randy Couture.
22         Q.  And was Mr. Couture receiving pay-per-view
23    bonuses?  Was that part of the compensation?
24         A.  At some time during Randy's career, I
25    believe, yes, he had to have received a back-end on
```

LORENZO J. FERTITTA - CONFIDENTIAL



```
20    A.  I believe that there was, yes.
21    Q.  Okay.  And do you know what that amount
22  was?
23    A.  I don't recall the amount, no.
24    Q.  Was it in some order of tens of millions of
25  dollars?
```

Case 2:15-cv-01045-RFB-BNW   Document 540-46   Filed 04/06/18   Page 7 of 8

LORENZO J. FERTITTA - CONFIDENTIAL

218

1  A. I believe it would have been, yes.
2  Q. Were you also receiving a salary for other
3  income aside from the distributions that we've
4  identified during the course of your tenure at Zuffa?
5  A. Yes.
6  Q. Okay. That was in addition to the
7  distributions?
8  A. Yes.
9  Q. Okay. And did Mr. Frank Fertitta earn --
10 was he paid some form of compensation by Zuffa other
11 than the distributions that we've identified today?
12 A. Yes.
13 Q. And how was Mr. Frank Fertitta compensated
14 by Zuffa?
15 A. I believe he was on salary.
16 Q. Okay. And what, if anything, did he do for
17 his salary?
18 A. You know, Frank -- Frank obviously was a
19 partner with me. We're partners in everything we do.
20    He was involved in very, very high-level
21 decisions. Was not involved in the day-to-day
22 business. More of a board of directors type role.
23 Q. Did he have any role in determining
24 discretionary bonuses?
25 A. No.

219

1  Q. Did he have any kind of role in the
2  direction of the business?
3  A. General strategic direction. I would
4  consult with him, yes.
5  Q. And he was a member of the board, I think
6  you testified this morning?
7  A. I believe he was, yes.
8  Q. And the company held regular board
9  meetings?
10 A. No.
11 Q. Did it prepare board packages?
12 A. We started to prepare board packages once
13 Flash Entertainment bought 10 percent, I think.
14    You know, when we started Zuffa, LLC, it
15 was very much a startup kind of entrepreneurial type
16 setting. And once we were able to bring in what we
17 did bring in, an investor of the stature of Flash
18 Entertainment, we started to formalize the process
19 much more significantly than we had in the past.
20 Q. Getting back to fighter pay, I think you've
21 indicated or you've said in the past that Zuffa pays,
22 at least as of 2015, was paying more than anybody
23 else in the space.
24    Does that sound right to you?
25 A. Yes.



220

221

56 (Pages 218 to 221)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

LORENZO J. FERTITTA - CONFIDENTIAL



```
                                                        225
13      Are you saying that the percentage of
14   revenue paid to athletes in Major League Soccer is a
15   reliable comparator to the percentage of revenue paid
16   to athletes in the UFC?
17      A.  Yes.  I think it is a reasonable
18   comparison.
19         One of the things -- actually, I looked at
20   two things to make that determination.
21      Q.  Okay.
22      A.  One was the history of that organization,
23   how long have they been around, how long have they
24   had to build their business, cultivate their fan
25   base, build relationships with networks, media
```