# EXHIBIT 48

# MMA Fighting article "Jon Fitch signs with Bellator"

Published By

NEWS  BELLATOR  LATEST NEWS                                                        48

# Jon Fitch signs with Bellator

By Ariel Helwani | @arielhelwani | Mar 1, 2018, 11:14am EST



Esther Lin, MMA Fighting

Jon Fitch is headed to Bellator.

The promotion has signed the MMA veteran to an exclusive multi-fight, multi-year deal, MMA Fighting has learned. Fitch's signing and debut is expected to be announced in the very near future.

Fitch (30-7-1) has won his last four fights in a row under the WSOF/PFL banner. He is the now former WSOF welterweight champion and leaves the promotion without losing the belt. Once WSOF was rebranded to the PFL, the promotion decided to vacate all its titles, prompting Fitch to ask for his release from the promotion, which was ultimately granted.

The majority of Fitch's 16-year career has been spent in the UFC. He fought for the UFC welterweight title in 2008 but lost to then-champion Georges St-Pierre via unanimous decision.

Fitch holds notable wins over Thiago Alves (twice), Diego Sanchez, Erick Silva, Yushin Okami and Jake Shields, among many others.

## LATEST FROM OUR PARTNERS



Predicting UFC Champs a Year From Now
Nastiest Hellbows in MMA History
Top 10 Greatest Title Reigns in UFC History
UFC Fighters Who Would Make Great WWE Stars
Teacher Lost 150 Pounds, Became MMA Fighter
Fighter Gets Best Revenge on Opponent

## LATEST FROM MMA WAREHOUSE



UFC Conor McGregor Dragon Tiger Shirt
Roots of Fight Andre the Giant Photo Shirt
Hypnotik x Onnit Invitational 7 Rashguard (Limited Edition)
UFC Conor McGregor Notorious Tiger Longsleeve Shirt
UFC Rose Namajunas Thug Rose Shirt
UFC Georges St Pierre GSP Red Maple Leaf Shirt
UFC Legacy Series UFC 220 Daniel Cormier Walkout Jersey
**More:** Apparel Accessories Gloves Sale