# EXHIBIT 58

# Letter from Cung Le to CA State Athletic Commission

May 24, 2012

The Honorable Felipe Fuentes
California State Assembly
State Capitol
Sacramento, CA 95814

RE:   **AB 2100 (Alejo) – As Amended May 17, 2012**

Dear Assembly Member Fuentes:

My name is Cung Le and I am a resident of the State of California and professional mixed martial artist. I am the former Strikeforce Middleweight Champion of the world and have held world championship belts in kickboxing as well. I am writing to express my opposition to AB 2100.

AB 2100 would not benefit me as a mixed martial artist. As a professional mixed martial artist, I am not in favor of the California State Athletic Commission involving itself in my private contractual relationship with the promoters that I choose to enter into agreements with. I have representatives and advisors that assist me in negotiating agreements and I do not believe any of the provisions of the agreements contain provisions that are in any manner coercive.

Further, I believe the California State Athletic Commission already has the authority to suspend and revoke the licenses of any unscrupulous promoters who act contrary to the best interests of the sport of mixed martial arts under the Commission's current mandate from the Legislature.

As a resident of the State of California, I want nothing more than the opportunity to participate in mixed martial arts events here in California and in front of my family and friends. However, AB 2100 will jeopardize that opportunity for me because promoters will not bring events to California if AB 2100 is passed. Additionally, AB 2100 will deprive the state of an important revenue stream it currently enjoys from major mixed martial arts sporting events.

In short, AB 2100 is bad for mixed martial artists and bad for the State of California and I encourage you to vote against the bill.

Thank you for your consideration.

Sincerely,

Cung Le

LEPLAINTIFFS-0126559