# EXHIBIT 68

# Redacted Excerpts from the Deposition of Cung Le

Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA


Cung Le, Nathan Quarry, Jon      )
Fitch, Brandon Vera, Luis Javier)
Vazquez, and Kyle Kingsbury on   )
behalf of themselves and all     )
others similarly situated,       )
                                 )
        Plaintiffs,              )
                                 )
   vs.                           ) Case No. 2:15-cv-
                                 ) 01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate       )
Fighting Championship and UFC,   )
                                 )
        Defendants.              )
                                 )




VIDEO DEPOSITION OF CUNG LE




Taken at the Offices of Boies, Schiller & Flexner
      300 South 4th Street, Suite 800
           Las Vegas, Nevada

      On Tuesday, April 11, 2017
           At 8:39 a.m.




Reported by:  Jane V. Efaw, CCR #601, RPR



Confidential - Attorneys' Eyes Only

Page 42

1    me.  He's all, Well, when's your next appointment?  I
2    said, Next week.  I believe it was Thursday.  He's
3    all, As soon as he clears you.  He pats me on the
4    back.  Let me know right away so I can announce your
5    fight.  I'm like, Dana, I don't think he's going to
6    clear me.  I can't even train on it for another four
7    weeks.  He's all, Well, like I said, call me and let
8    me know when he clears you.  I didn't have -- I
9    didn't say anything.  I said, okay.  And then Lorenzo
10   and Dana said, have a good night.  I leave.
11        My agent had texted me.  He said he had to
12   go.  And I went back with my friend who drove up
13   there also.  And my friend was a little bit drunk.
14   So he fell asleep, and another guy was driving.  And
15   my phone started blowing up.  I looked at my text.
16   And I swear, it must have been two dozen of my
17   friends saying, Congratulations, you're going to be
18   fighting the legend, Rich Franklin.  I can't wait for
19   the fight.  I'm like, What the fuck?  I start calling
20   Dana.  No answer.  Now I'm frustrated.  I don't know
21   what to do.  So I go to my appointment on Thursday.
22   He checked it out.  It was still painful.  And he
23   pushed it a certain way because I said I need to get
24   back in there.  I need to fight.  He says, Cung, I
25   can't clear you.  I says, What can I do?  I mean --

Page 43

1    you know, I can't clear you.  This is unsafe.  You're
2    what, seven weeks out?  I can't remember exactly how
3    many weeks out.  But this -- I'm not going to clear
4    you.  So I left, called up Dana.  I said, Hey, Dana,
5    he's not going to clear me.  Dana's all, What?  Why
6    is he not going to clear you?  It's only a bone
7    bruise.  It's a bruise, Cung.  I'll go back next week
8    and see what I can do.  Well, make sure he clears
9    you.  I get the hint.  So the following week, I get a
10   bunch of Naproxen.  I take it.  He messes with my
11   foot.  He says, you don't feel any pain?  I said,
12   Nope.  You got to clear me to fight.  It's your body,
13   Cung.  I'm suggesting -- I'm telling you not to
14   fight.  I said, You know how it is in pro football.
15   I'm sure you cleared some guys that shouldn't be
16   cleared, right?  Not me.  Well, my foot's okay, so
17   you can clear me, right?  My career depends on it.
18   He said, Yup, I'll clear you.
19        I sucked it up.  Went in there out of shape.
20   Felt fat.  I couldn't run.  I watched a ton load of
21   videos.  And probably got a gift from God with the
22   win.  I mean the list goes on.  I'll just keep
23   continuing.
24      Q.   Let me ask you a couple questions.  After
25   your wife went into the emergency room, you said

Page 44

1    lawyers told you to get on the plane, I guess, to
2    China.  Which lawyers are you referring to?
3      A.   Mersch.  I don't remember.  I was just too
4    emotional.  Mersch or the other dude.
5      Q.   So lawyers for the UFC?
6      A.   Yup.  Because Dana wouldn't answer my calls.
7    So I had to call somebody.  I had to call the
8    receptionist.
9      Q.   Before you got on the plane, you did not
10   speak to Dana White; is that correct?
11     A.   Nope.
12     Q.   You spoke with the lawyers for the UFC, and
13   that included Mr. Mersch?
14     A.   One of those guys.
15     Q.   So a lawyer, you're not sure who, for the
16   UFC told you to get on the plane; is that correct?
17     A.   Yup.
18     Q.   And after you arrived in China, did you talk
19   to Dana White about the situation with your wife?
20     A.   Yes, I did.
21     Q.   And what did he say to you?
22     A.   "I'm sorry to hear that."
23     Q.   Did he say anything else to you about
24   whether you should get on the plane?
25     A.   He said he was busy.  I said, I need to call

Page 45

1    you.  I need a few days to stay with my wife.  Sorry
2    to hear that, Cung.
3      Q.   Did he tell you anything about whether you
4    should have gotten on the plane?
5      A.   Nope.
6      Q.   Did you speak to anybody --
7      A.   He actually said, I'm glad you're there in
8    China.  Just remember that you're me over there.
9    You're the Dana White of China.  And make us proud.
10     Q.   Did you talk to anybody else, other than the
11   lawyers you don't recall from the UFC and Dana White,
12   after you arrived to China about what -- about the
13   situation with your wife and the ER and you getting
14   on the plane?
15     A.   You know what?  I talked to a lot of people
16   when I got there.
17     Q.   Did you talk to anybody at UFC?
18     A.   Yeah.  Whoever was part of the show.  I
19   talked to Mark Fisher.  I talked to, I believe it was
20   Dan.  He was the guy who ran the Ultimate Fighter.
21   And they're just like, Oh, man, I wouldn't have left.
22   You did have the same contract.  You would have been
23   sued for $2 million.
24     Q.   Did anyone from UFC say, If we would have
25   known, we would have told you not to get on the



Confidential - Attorneys' Eyes Only

Page 46

```
 1  plane?
 2      A.  No.  They were just happy I was there.
 3      Q.  How long -- to prepare for this deposition,
 4  you met with your lawyers; right?
 5      A.  What?
 6      Q.  To prepare for this deposition, did you meet
 7  with your lawyers?
 8      A.  I did.
 9      Q.  Did you meet -- how long did you meet with
10  them?
11      A.  Good God.  The day I came in was, I guess --
12  I came in I guess two days ago.  Just yesterday we
13  met.
14      Q.  So you spent some time yesterday preparing
15  for this deposition with your lawyers; is that
16  correct?
17      A.  That is correct.
18      Q.  Did you spend most of the day doing that?
19      A.  Yeah.  I believe we did.
20      Q.  All right.  And you've named a number of
21  topics as to why the -- in your view the UFC's been
22  unfair.  You mentioned a contract to give away
23  licenses.  You mentioned contracts that can be
24  extended forever, but the fighters could be cut.  You
25  mentioned show fees versus win bonuses.  You
```

Page 47

```
 1  mentioned how minimum pay and the pay grade is too
 2  low.  You mentioned the lockdown on uniforms that
 3  limits sponsors.  You mentioned the topic of threats,
 4  and then you made some specific -- you talked about
 5  some specific threats, and I'll go over those, but
 6  you mentioned threats.  You mentioned what you went
 7  through with your wife, and you mentioned what you
 8  went through with eventually fighting Rich Franklin
 9  and the statements that were made to you during that
10  process.  Are there any other examples of unfairness
11  that come to your mind today --
12      A.  There is --
13      Q.  -- that would be part of this lawsuit, to
14  your mind?
15      A.  There is.  But this tea, for some reason I
16  have to really pee bad.  So if we can hold off.
17      MR. ISAACSON:  What we always say in this
18  situation is, let's take a break.
19      THE VIDEOGRAPHER:  We are now going off the
20  record, and the time is 9:53 a.m.
21      (A brief recess was taken.)
22      THE VIDEOGRAPHER:  We are now back on the
23  record.  The time is approximately 10:03 a.m.
24  BY MR. ISAACSON:
25      Q.  So Mr. Le, before the break, I listed topics
```

Page 48

```
 1  we discussed -- that you discussed as to why you
 2  believe the UFC is unfair, and I asked you if there
 3  are any other issues that you wanted to list.
 4      A.  There's a few others.
 5      Q.  And just to help you with this question, if
 6  you want to list them, and then I could ask you any
 7  follow-up questions.  You don't have to say
 8  everything about the topic.  But for purposes of this
 9  question, if you would list what's next.
10      A.  I felt like I was treated very unfairly with
11  a contract that I believe that Michael Mersch had
12  sent me a new contract.  This was right before I had
13  to leave to China, and I was going to finish out my
14  training camp in Vietnam so I could acclimate my body
15  to the time zone.  And it was two days before I had
16  to leave, and I received an email with a new contract
17  extension.  And it was for 18 months.
18      (Mr. Campbell walked in.)
19      THE WITNESS:  And six fights, the same deal
20  that I signed the first time.  No change in price.
21  But they -- actually, I ignored it because I was
22  focused on my fight.  And I got a call from Michael
23  Mersch, and he called me and says, did you get the
24  new contract?  I said I did.  I haven't looked it
25  over.  My lawyer is out of town.  I can't reach him.
```

Page 49

```
 1  I tried to reach him, but you know, I'll get it to
 2  you when I come back.  I'm getting ready to leave.
 3  He's all, I need it by today.  And I said, Well, I
 4  can't sign anything till my lawyer looks at it
 5  because it's pretty thick.  There's a lot of details
 6  in there.  And he's all, Cung, you need to sign it.
 7  You need to get it back to me before you leave.  I
 8  said, I can't do that.  So, suit yourself.  It was
 9  the first time that anyone from the UFC kind of like
10  hung up on me and was a little bit rude.  I thought
11  nothing of it.  I went to -- flew to Vietnam, and at
12  the same time did extra press for them.  Some they
13  asked me to do, some I volunteered to do.
14      We were having an issue with tickets because
15  the fans were calling the gym I was at looking for
16  tickets, and people were, you know, like jumping over
17  and getting there.  And then I called Dana, and I
18  said, when I get there, when will my press be done?
19  And he said, like all the other events.  I believe
20  your media day ends on -- he said Tuesday or
21  Wednesday, and I'll be done because I was getting
22  worn down by that time.
23      I get to Macau the week of the fight.  I get
24  off the plane from Hong Kong, and we had to wait for
25  the tram that goes across to Macau, and then on
```

MAGNA
LEGAL SERVICES

Confidential - Attorneys' Eyes Only



**Page 50**

11      And at the same time, after my press day, I
12  was relieved of all my duties, but for some reason,
13  my phone didn't stop ringing till Friday, and it was
14  ringing in my room. And I remember on Friday, when
15  we were going to the weigh-ins, I told Dana, Hey, my
16  phone -- you guys still have me doing interviews. I
17  thought press day was done. And he's all, Oh, sorry
18  about that. Let me take care of it. It was that
19  night. So when I went back to the room, I shut
20  everything off. And the fight happened. It didn't
21  turn out my way. I was kind of like a bloody mess.
22  And all of a sudden, when I got rushed back to --
23  right after the fight within 15 minutes, they took me
24  to the back room. No one tended all the shit that
25  was on my face. And I was bleeding. And at the

**Page 51**

1  time, I didn't know that, but I had -- the bone that
2  was underneath my nose was broken. I was in a lot of
3  pain.
4      I told my trainer aide, Could you get my
5  some kind of painkillers? And this nurse came in,
6  and she was trying to draw blood at the same time.
7  And he was like, Hey, can we get some painkillers?
8  And she's, I have to do this, I have to do this in
9  broken English. And then they were trying to draw
10  blood. And my trainer was just telling me, you know,
11  that I'm crazy for continuing to fight. He wanted to
12  stop the fight, but I didn't let him.
13      And I look over, and there's a stream of
14  blood squirting up because they missed -- then didn't
15  do it right. They plugged that, and went to the
16  other arm. And they drew blood from that arm and
17  then got the blood. And after that, I didn't hear
18  anything from UFC to see if I was okay or anything.

**Page 52**

5      And all of a sudden, my blood samples were
6  gone, were destroyed for some reason. I don't know
7  how they were destroyed for any -- even though if
8  you're applying for a job, they would have to keep
9  your blood tests for three months. And in this case,
10  you know, it should have been kept for ten years.
11  And then they said that they were going to announce
12  it to the press. And right away, I went to a
13  specialist to check on my -- the gland, the pituitary
14  gland to see if something was wrong, and maybe
15  something there was wrong. And I told him that,
16  We're going to have an expert opinion, and please
17  don't release it until I get my expert opinion.

**Page 53**

7      So that case, I felt like if I would have
8  signed my extension, I probably would have never had
9  to deal with that, but since I didn't sign my
10  extension, you know, I got thrown underneath the bus.
11  And my tests were destroyed. And you know, I go
12  above and beyond for that company. Even like for the
13  Rich Franklin fight, going back to the Rich Franklin
14  fight, you know, I already had told Dana that I'm
15  injured. He didn't care less. And he wants me to go
16  on a ten-day media tour. I come back from my ten-day
17  media tour. Now, this is like every day that I did,
18  we had ten days that we did over a dozen, like, open
19  workouts and press and media. Because it's China,
20  big -- it could be a potential huge market for UFC.
21      And on the plane I was having issues with my
22  elbow. And when I got -- when I woke up and I was
23  back in San Francisco, I couldn't move -- I couldn't
24  lock out my elbow. And I called Dana. I said, I'm
25  having problems with my elbow. And he's all, Well, I

Confidential - Attorneys' Eyes Only

Page 54

1   don't know what to tell you, Cung.  You're the main
2   event.  So I was like, Fuck.  Can't do my foot.  Now
3   my elbow.  So I go in.  This was two days later.  And
4   I get my elbow checked out.  And Dr. Warren King
5   says, Cung, man, what the hell is going on with you?
6   You have some serious bone spur.  Did someone kick
7   you there?  How did it shake off?  What's going on?
8   Well, you will need to fix it.  I need to fight.
9   He's all, Well, okay.  We're going to have to do some
10  surgery.  I said, Okay.  Well, do what you have to
11  do.  Make sure I can still bend my arm so I can
12  fight.  He's all, You're crazy, Cung.  I don't know
13  why you're doing this.  This is a huge risk to your
14  health, your life.  I said, it's my career.
15      I got surgery.  He said he didn't go in
16  through the front, but he went through the back,
17  pulled out some marbles that was probably broken off
18  during the several open workouts that I did in
19  Hong Kong, Guangzhou, Macau.  So many different
20  cities that we went to.  And I went on to fight six
21  weeks later or five weeks later.
22      Then the next time around, I told Dana -- it
23  was against Michael Bisping -- I said, Dana, I'm not
24  going to do that kind of crazy media tour.  You're
25  going to have to shorten it up.  He mentioned

Page 55

1   something about, I'm not a spring chicken anymore,
2   because he actually offered me a fight before the
3   Macau, and I said, I'll take it and I'll fight both
4   so I can finish my contract out.  And he's all,
5   you're not a spring chicken.  And he mentioned it
6   again.
7       And I said, Well, let's limit my media tour.
8   And he's all, I was only going to have you do three
9   days.  I'm all, Okay, do three days.  And I was like,
10  you know, I did my obligation, but there's always
11  something more.  And Dana expects me to do, you know,
12  more, even after I'm done.  It's where you can't
13  really say no because every fighter knows that if you
14  say no to the boss what happens.  You get
15  blacklisted, or you get sat down.  You get no fights.
16  Because they have the exclusive contract on you.  And
17  you have nowhere else to go.  They bought up
18  everyone.
19      So I agreed to do some of the stuff that he
20  wanted me to do for him that night, but I told him I
21  wanted to go train.  I need to sleep.  I'm tired.
22  I'm not that spring chicken anymore.  And he's all,
23  Don't worry about it, Cung.  We'll always take care
24  of you.  So I did them.  I did more work for him.
25  And I was upset about it because I wanted to get up

Page 56

1   the next morning and run, but he wanted to stay out
2   super late.  It's like, What are my obligations?
3   Where does it stop?  Because there is not a free
4   market.  Because there's not another fight league
5   where I could just, like, say, you know, go out
6   yourself.  Go do it yourself.  You're so worried
7   about losing your job.  It's like, you have no
8   choice.  Whether he threatens you or he does it in
9   like a calm way or he pats you on the back, you know,
10  him and Lorenzo.
11      It's very, very, very stressful.  Stressful.
12  You can't truly, you know -- even back then I was
13  having a hard time getting sponsors because the
14  sponsors will have to pay an outrageous amount just
15  to sponsor me.  And I got one deal to go through
16  because I did them a favor during the media tour.
17  That's only the only reason why I got a chance to put
18  one other brand on my shorts, and that was a one-time
19  deal.  And he didn't charge them.
20  BY MS. ISAACSON:
21      Q.  So at this point, what I have that you've
22  listed as general topics -- and we mentioned these
23  before -- is that you feel the UFC has been unfair
24  because you have to sign away your likeness.  The
25  contracts can be extended forever, but you can be

Page 57

1   cut.  The show fees versus a win bonus.  The minimum
2   pay or the pay grade is too low.  The fact that
3   they've locked down the uniforms and taken away
4   sponsors, and you've just mentioned even before that,
5   it was hard to get sponsors.  You mentioned threats.
6   You've mentioned the situation with your wife.
7   You've mentioned what happened with the Rich Franklin
8   fight and your foot.  You mentioned the circumstances
9   around the HGH test and that entire event.  And you
10  mentioned having to go above and beyond on a media
11  tour when you wanted to train.
12      Is there anything else that's missing -- is
13  there anything that you haven't mentioned that's
14  missing from this list?
15      A.  Not that I can think of right now.
16      Q.  All right.  In terms of -- you mentioned
17  threats.  Now, when you used the term "threat," you
18  said sometimes that's when Dana or Lorenzo speak
19  calmly or even pat you on the back, but their
20  statements cause stress; is that correct?
21      A.  Yes.  I was really stressed out when they
22  didn't acknowledge my foot being seriously injured
23  and telling me that I had to step up for the company.
24  And that I'm a company man, and make sure your doctor
25  clears you.  I think I understand what that means



Confidential - Attorneys' Eyes Only

Page 58

1   because it was pretty direct.
2       Q.   All right.  Now you mentioned a threat by
3   Joe Silva.  Something that he said.  Can you tell me
4   what your understanding is of what Joe Silva said
5   that you consider a threat?
6       A.   Joe Silva mentioned -- not to me, but I
7   think it was at some banquet -- that if you don't
8   take the first fight, the second fight's going to
9   be -- I don't know the exact word, but you're
10  basically fucked.
11      Q.   So you were not at this banquet; is that
12  correct?
13      A.   No.  I heard about it.
14      Q.   Who did you hear about it from?
15      A.   I don't recall.
16      Q.   Now, you mentioned that Dana White in your
17  belief made threats to Jon Fitch and the fighters of
18  AKA.  Did you witness any of those threats?
19      A.   I was there in the gym, and all the guys, we
20  were supposed to train.  No one would do any training
21  except talking to each other and wondering what they
22  were going to do about it.
23      Q.   Did you hear Dana White say anything you
24  consider threatening to Jon Fitch or the fighters of
25  AKA?

Page 59

1       A.   Yeah.  I believe it was on -- it was a long
2   time ago, and when I was there, they pulled it up.
3   And I read about it.  And I was shocked about what he
4   was going to do because if Jon Fitch didn't sign his
5   likeness away to the UFC, that no one from AKA will
6   ever be able to fight for the UFC.
7       Q.   When you say that you read about it and they
8   pulled it up, what are you talking about?
9       A.   They pulled it up on their phone.  They were
10  talking amongst each other.  They're friends.  I
11  train with them.  I -- we go to battle.  We train
12  with each other.  We're like brothers.  So while Jon
13  was reading, I was reading it right here.  Like if
14  he's here, I'm reading here, and someone else is
15  reading it.
16      Q.   What is it you were reading on the phone of
17  Mr. Fitch?
18      A.   What Dana said.  What Dana said about, you
19  know, how none of the fighters at the AKA were going
20  to be able to fight for the UFC.
21      Q.   Were they showing you something that Dana
22  White said that was being reported?
23      A.   You know what?  It was on a phone.  It was
24  on media.  It was so long ago.  I mean, I barely -- I
25  was like -- it was like my rookie year coming into

Page 60

1   like the major leagues.  Well, not the major leagues
2   because the UFC is a major league, but I started
3   every May.  I was going, like, How is this going on?
4   Why is this happening?  I didn't understand.  I did
5   not understand.  I just knew that back then I just
6   wanted to fight, you know, and make money.  You know,
7   pay for my kids and take care of my kids, my family.
8       Q.   So when you say that Dana White made a
9   threat to Jon Fitch and AKA that was based on a media
10  report, you don't remember what media report that you
11  saw on a phone?
12      MR. DELL'ANGELO:  Objection to the form.
13  BY MR. ISAACSON:
14      Q.   Is that correct?
15      A.   Yeah.
16      Q.   Now, are there any threats by Joe Silva that
17  you have personally heard or witnessed?
18      A.   Not that I can think of right now.
19      Q.   Are there any -- you've mentioned
20  conversations that you had with Dana White,
21  specifically about fighting Rich Franklin.
22      A.   Uh-huh.
23      Q.   Are there any other threats from Dana White
24  to you that you personally witnessed -- that were
25  made personally to you?

Page 61

1       MR. DELL'ANGELO:  Objection to the form.
2   You can answer the question.
3       THE WITNESS:  Huh?
4       MR. DELL'ANGELO:  You can answer the
5   question.
6   BY MR. ISAACSON:
7       Q.   I'm going to rephrase the question, because
8   I stumbled over it.
9           You mentioned conversations you had with
10  Dana White, specifically about fighting Rich
11  Franklin.  Are there any other circumstances where
12  you feel that Dana White made threats to you?
13      A.   One that just popped up in my head right
14  now.  That after the day -- it was exactly 21 days
15  later, after they released my tests into the media,
16  and they had to retract what they released because
17  Dr. Catlin of -- I guess he would be the PEDs --
18  considered guru of the PEDs -- performance enhancing,
19  whatever you call it -- came onto social media and
20  says, Well, Cung's test is actually -- your test
21  saying that Cung tested for elevated levels is wrong.
22  One, because you're supposed to test him when he's
23  fasted and his heart rate is regular.  And he should
24  not be exercising or in any kind of activities that
25  will increase his heart rate.  That will increase his



Confidential - Attorneys' Eyes Only

Page 62

1   HGH levels.
2       And Dr. Catlin is the doctor -- his test was
3   the test that I believe is the one that got Lance
4   Armstrong for EPO.  If I'm saying it wrong -- or
5   whatever it is.  It's where they mix blood back into
6   your system, and you have more oxygen in your blood.
7   But he's the guy who had done ten years research, and
8   that's the test that the NFL uses.
9       And you know, I think he didn't completely
10  just stand up for me.  He just stood up because his
11  ten-year research was being attacked by UFC's -- what
12  do you call it?  You know, BS.  On the 21 days where
13  UFC was supposed to release a statement saying that I
14  am no longer suspended and I am cleared, Dana White
15  calls me.  And the first time he called, I didn't get
16  to my phone on time.  I called him back.  And then he
17  goes, Hey, Cung, I'm going to call you right back.
18  And then my wife was there, and she's all, They're
19  going to record you, Cung.  I'm like that's fine.
20      So he called me back, and he goes, "Cung,
21  we're like family.  You're our boy.  But we all know
22  you did it.  Look at your picture."  I said, "Dana,
23  it took a year.  I dieted.  I trained for a year, and
24  I was not injured.  Not like the other fights where
25  you said, 'Make it happen, Cung.'"  What I did for

Page 63

1   the doctors and all that.
2       And he's all -- and he says, "Remember the
3   pitcher from the Yankees, Pettitte?"  He's all, "He
4   just admitted it.  That's what you need to do.  You
5   need to admit it."  I'm like, "I didn't do shit,
6   Dana.  I'm not going to admit anything if I didn't do
7   it."  He's all like, "We all know you did it."  I'm
8   all, "Dana, I'm done here, man."  And that was the
9   last time I talked to Dana.
10      Q.  And so what you considered threatening about
11  that was that Dana said, "Look at your picture.  We
12  know you did it.  Admit it"?
13      A.  He said I should just come clean and tell
14  the public.  Just do it.
15      Q.  And you thought it was threatening of him to
16  say you should just come clean?
17      A.  To me, how I felt about my own personal
18  opinion, yeah.
19      Q.  You also said that you thought the HGH tests
20  or the blood testing was given to you because of your
21  failure to sign an extension; correct?
22      A.  Yup.
23      Q.  All right.  Has anybody at UFC ever said
24  anything to you connecting the taking of the blood
25  test with your not signing an extension?

Page 64

1       A.  No.
2       Q.  Do you have any basis for saying that the
3   blood test was given to you due to your failure to
4   sign an extension other than that's your sincere
5   belief?
6       A.  That's my belief.
7       Q.  Anything else you have to say other -- about
8   that other than you believe that?
9       A.  Not that I can think of right now.

Page 65



Confidential - Attorneys' Eyes Only

## Page 66



```
20    Q.  Other than what you've described so far,
21  where Dana White spoke to you about your foot before
22  the Rich Franklin fight and what he said to you about
23  coming clean after the blood test, are there any
24  other situations where you feel Dana White threatened
25  you?
```

## Page 67

```
 1        MR. DELL'ANGELO:  Object to the form.
 2        THE WITNESS:  Not that I can think of right
 3  now.
 4  BY MR. ISAACSON:
 5    Q.  Have you observed Dana White threaten any
 6  other fighters?
 7    A.  Not that I can think of right now.
 8    Q.  Is there anybody else at UFC other than Dana
 9  White or Joe Silva that you have seen threaten other
10  fighters?
11    A.  I don't recall.
12    Q.  Is there anyone other than Dana White at the
13  UFC who you consider to have threatened you?
14        MR. DELL'ANGELO:  Object to the form.
15  Mischaracterizes the witness's testimony.
16        THE WITNESS:  I don't think so.
17  BY MR. ISAACSON:
18    Q.  You mentioned the subject of fighters can be
19  blacklisted for not being given any fights.  Did that
20  ever happen to you?
21    A.  No.
22    Q.  Are there fighters that you saw that that
23  happened to?
24    A.  I heard of it.
25    Q.  Is all of your knowledge of blacklisting or
```

## Page 68

```
 1  being denied fights based on things you've heard from
 2  other fighters?
 3    A.  Or read on the media.
 4    Q.  All right.  So all of your knowledge about
 5  any blacklisting would be based on things you heard
 6  from other fighters or that you read in the media?
 7    A.  Yeah.  I think so.
 8    Q.  And how many fighters can you list today
 9  that you believe were blacklisted based on what you
10  were told by other media and read in the media?
11    A.  I don't remember.
12    Q.  You mentioned a couple agents and lawyers
13  who have worked for you.  Not as part of this case,
14  but as representing you in negotiations.  Can you
15  tell me any agents or lawyers who have represented
16  you in negotiations with the UFC?  If you would just
17  list them by name.
18    A.  I didn't -- I don't -- I don't believe they
19  represented me.  They gave me some advice.
20    Q.  So tell me lawyers or agents who gave you
21  advice with respect to the UFC, again, excluding
22  lawyers having to do with this lawsuit?
23    A.  With respect to the UFC, I don't understand
24  that question.
25    Q.  You know, your contract -- for example, you
```

## Page 69

```
 1  said you want your lawyers to review your contracts.
 2  You mentioned agents who had spoken to the UFC.
 3  People who are representing you as part of your fight
 4  career.
 5    A.  Did I mention agents that have spoken to the
 6  UFC?  I don't recall that.
 7    Q.  You've mentioned agents.  I just want to
 8  get -- have you had agents working for you during the
 9  period you were with the UFC?
10    A.  My agent, Brett Norensberg had really never
11  done anything with my fight deals.  He just supported
12  me.  He was a fight fan, and he comes out to watch me
13  fight.
14    Q.  And what is his background?
15    A.  He does film and television.
16    Q.  And --
17    A.  He's actually Conor McGregor's agent, too.
18    Q.  All right.  And has he advised you with
19  respect to your career at the UFC?
20    A.  I don't remember.
21    Q.  All right.  Have you had agents who have
22  spoken to the UFC on your behalf?
23    A.  Not agents, no.
24    Q.  Have you had lawyers who have spoken to the
25  UFC on your behalf?
```



Confidential - Attorneys' Eyes Only



Page 70

1      A. No.

Page 72

Page 71

Page 73

```
20      Q.  Right.  Other than your lawyers who work on
21  this case, have you spoken to other fighters or
22  anyone else about this case?
23      A.  Can you repeat that question, please?
24      Q.  Sure.  Have you been speaking about this
25  case to people other than your lawyers who represent
```

MAGNA
LEGAL SERVICES

Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only



**Page 166**

(redacted)

**Page 167**

(redacted)

**Page 168**

```
 1      A.  Correct.
 2      Q.  And at the end of that, you were still
 3  unhappy because although they had withdrawn the
 4  suspension, the UFC had not apologized to you;
 5  correct?
 6          MR. DELL'ANGELO:  Objection to the form.
 7          THE WITNESS:  At that point I was just happy
 8  that they withdrew.  Whatever speculation that was
 9  brought up that I wasn't happy, I don't remember.  I
10  don't recall.
11  BY MR. ISAACSON:
12      Q.  And after that, the UFC offered you another
13  fight; correct?
14      A.  Yes, correct.
15      Q.  They offered you a fight at UFC 185 in
16  Dallas, Texas; correct?
17      A.  Yes.  I believe it was somewhere in Texas.
18  I guess it was Dallas.
19      Q.  And you turned it down?
20      A.  I did.
21      Q.  Let bother you to -- tell me the different
22  areas of the world where you've fought for either
23  Strikeforce or UFC -- well, for Strikeforce.
24  Different countries.
25      A.  For Strikeforce I only fought in San Jose,
```

**Page 169**

```
 1  California.
 2      Q.  And what about for UFC?
 3      A.  I fought in San Jose.  I fought in
 4  Las Vegas.  And then I fought in Macau.
 5      Q.  And before Strikeforce, tell me the
 6  countries where you fought, where you were paid?
 7          MR. DELL'ANGELO:  In mixed martial arts or
 8  any combat?
 9          MR. ISAACSON:  Yes, in MMA.
10          THE WITNESS:  In MMA?
11  BY MR. ISAACSON:
12      Q.  Yes.
13      A.  Nowhere.
14      Q.  What about in combat sports?
15      A.  Just in the United States.  Just in the
16  States.  Just in the U.S.
```

(redacted)





Page 173

```
1   record.  The time is approximately 2:19 p.m.
2         (A brief recess was taken.)
3         THE VIDEOGRAPHER:  We are now back on the
4   record.  The time is approximately 2:35 p.m.
5   BY MR. ISAACSON:
```

Confidential - Attorneys' Eyes Only



Page 194

22  BY MR. DELL'ANGELO:
23      Q.  And who is Lawrence Epstein, if you know?
24      A.  He's a lawyer of the UFC.
25      Q.  And do you know who Marc Ratner is?

Page 195

1      A.  I believe he works as the commissioning body
2  of the fight, I think.
3      Q.  Is that for the UFC?
4      A.  Yes.
5          MR. DELL'ANGELO:  I have no further
6  questions.
7          MR. ISAACSON:  No questions.
8          THE VIDEOGRAPHER:  This concludes the video
9  deposition of Cung Le.  We are now going off the
10  record.  The time is approximately 3:14 p.m.
11          MR. DELL'ANGELO:  Before we go off, I just
12  want to note that we're going to read and sign.  And
13  we'd like to designate it confidential subject to
14  review.
15          THE REPORTER:  And would you like a copy of
16  the transcript, the same as last time?
17          MR. DELL'ANGELO:  Yes, same order.
18          (Thereupon the taking of the
19          deposition was concluded at
20          3:15 p.m.)
21          *   *   *   *   *
22
23
24
25

Page 196

1          CERTIFICATE OF DEPONENT
2  PAGE  LINE  CHANGE          REASON
3
4
5
6
7
8
9
10
11
12
13
14
15          *   *   *   *   *
16
17          I, CUNG LE, deponent herein, do hereby
   certify and declare the within and foregoing
18  transcription to be my deposition in said action;
   that I have read, corrected and do hereby affix my
19  signature to said deposition.
20
21
22
                CUNG LE, Deponent
23
24
25

Page 197

1          REPORTER'S CERTIFICATE
2  STATE OF NEVADA  )
                    ) SS:
3  COUNTY OF CLARK  )
4      I, Jane V. Efaw, CCR No. 601, do hereby certify:
5      That I reported the taking of the deposition of
6  the witness, CUNG LE, at the time and place
7  aforesaid;
8      That prior to being examined, the witness was by
9  me duly sworn to testify to the truth, the whole
10  truth, and nothing but the truth;
11      That I thereafter transcribed my shorthand notes
12  into typewriting and that the typewritten transcript
13  of said deposition is a complete, true and accurate
14  transcription of said shorthand notes taken down at
15  said time, and that a request has been made to review
16  the transcript.
17      I further certify that I am not a relative or
18  employee of counsel of any party involved in said
19  action, nor a relative or employee of the parties
20  involved in said action, nor a person financially
21  interested in the action.
22      Dated at Las Vegas, Nevada, this          day of
23              , 2017.
24
25          Jane V. Efaw, CCR #601



LEGAL SERVICES