# EXHIBIT 72

## Redacted Excerpts from the 30(b)(6) Deposition of Michael Mossholder on Sponsorships

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CUNG LE; NATHAN QUARRY, JON FITCH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-(PAL) |

CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY MICHAEL MOSSHOLDER

NOVEMBER 30, 2016

LAS VEGAS, NEVADA

12:49 p.m.

Reported by:
KENDALL D. HEATH
Job No: 47773-B

MICHAEL MOSSHOLDER - CONFIDENTIAL

94

[redacted]

95

[redacted]

96

[redacted]

97

[redacted]

25 (Pages 94 to 97)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

98

[redacted]

(Court reporter requests clarification.)

BY MR. SILVERMAN:

**Q. Do you remember?**

**(Court reporter requests clarification.)**

**MS. GRIGSBY: Exclusion.**

[redacted]

Why don't we take a quick break, actually.

THE VIDEOGRAPHER: We are off the record at 4:01.

(Break taken.)

THE VIDEOGRAPHER: We are back on the record at 4:21.

99

BY MR. SILVERMAN:

**Q. Can you please turn to Tab A, Page 13.**

[redacted]

100

[redacted]

101

[redacted]



MICHAEL MOSSHOLDER - CONFIDENTIAL

106

108

107

109

**MS. GRIGSBY: We have it.**

**(Brief pause.)**

BY MR. SILVERMAN:

**Q. Did you find it?**

A. I have not. I have found the contract, but I haven't found the ...

**Q. Okay. I'll just give you a couple more minutes then.**

**(Brief pause.)**

28 (Pages 106 to 109)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

[redacted]

[redacted]

MR. SILVERMAN: Well, we're about out of time, so let's shut the tape off for now.

THE VIDEOGRAPHER: Go off the record?

MR. SILVERMAN: Let's go off the record, yeah.

THE VIDEOGRAPHER: We are off the record at 4:58.

(Proceedings adjourned)

[redacted]

STATE OF _______________ )
) :ss
COUNTY OF _______________)

I, MICHAEL MOSSHOLDER, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

________________________
MICHAEL MOSSHOLDER

Sworn and subscribed to before me, this ________ day of ___________, 2016.

__________________________________
Notary Public

REPORTER'S CERTIFICATE

STATE OF NEVADA )
) ss
COUNTY OF CLARK )

I, KENDALL D HEATH, CCR No 475, a Certified Court Reporter for the State of Nevada, do hereby certify:

That I reported the taking of the deposition of the witness, MICHAEL MOSSHOLDER, Volume 1, commencing on the 30th day of November, 2016, at the hour of 12:49 p m

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has not been made to review the transcript

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action

IN WITNESS WHEREOF, I have hereunto set my signature this 13th day of December, 2016

______________________________
KENDALL D HEATH
CCR No 475

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

E R R A T A

I wish to make the following changes, for the following reasons:

PAGE LINE
___ ___ CHANGE:______________________________
REASON:______________________________________
___ ___ CHANGE:______________________________
REASON:______________________________________
___ ___ CHANGE:______________________________
REASON:______________________________________
___ ___ CHANGE: _____________________________
REASON:______________________________________
___ ___ CHANGE: _____________________________
REASON:______________________________________
___ ___ CHANGE: _____________________________
REASON:______________________________________

_____________________________ _______________
WITNESS' SIGNATURE DATE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON FITCH, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-(PAL)

CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY MICHAEL MOSSHOLDER

DECEMBER 1, 2016

LAS VEGAS, NEVADA

9:17 a.m.

Reported by:
KENDALL D. HEATH
Job No: 47775-A

138

questions are unfair based on what we have here, feel free to object.

MS. GRIGSBY: Again, I'm objecting because this is an incomplete document.

MR. SILVERMAN: Okay. I guess we'll go forward. Yeah. But I'd like to put on the record it's not an incomplete document, it's just the e-mail and it's missing the attachment to the e-mail, but the e-mail is complete, but that's okay.

139

140

141

**MS. GRIGSBY: Objection to scope.**

MR. SILVERMAN: One of the topics is --

MS. GRIGSBY: Scope because beyond the relevant time period.

MR. SILVERMAN: Oh, okay. Thanks.

**Q. During the relevant time period -- oh, because Reebok is outside the relevant time period, you're saying?**

**MS. GRIGSBY: Yes. The relevant time**

MICHAEL MOSSHOLDER - CONFIDENTIAL

142

**period is January 1st, 2005, to June 30, 2015.**

BY MR. SILVERMAN:

144

143

145

6 (Pages 142 to 145)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

146

[redacted]

148

[redacted]

147

[redacted]

149

[redacted]

a disagreement as to 39.

MR. SILVERMAN: Yeah. Let me look through.

MS. GRIGSBY: I mean, we can obviously resolve, but I would just like to close out whatever topics we can close out.

MR. SILVERMAN: Can you confirm for me on 37 where we were asking about the identity of any persons authorized to approve the terms to be included in any UFC contract with sponsors.

Was that -- was that response limited to -- we covered that sort of at the beginning of the deposition yesterday when I hadn't quite realized what the -- what the definition you were operating under was.

Does that include sponsors not of the UFC as we've been discussing, but also of fighters?

MS. GRIGSBY: It's a pretty complete list, but we'll look into it. We can always just send you an updated table for this.

MR. SILVERMAN: Okay. I mean, that seems -- well, yeah, we'll agree that that's enough.

Topic 38, I agree is where the main disagreement was. We got to keep that one open.

39, 41 and 42. I'll reference this definition. I think those are the ones we should keep open.

Right. 41 and 42 reference the clauses in 38 and 39.

Right. Right. So as to 41 and 42, I think we can limit it to the issue that we're having with the contracts referenced in 38 and 39.

MS. GRIGSBY: We agree.

THE VIDEOGRAPHER: This concludes today's deposition of Michael Mossholder. The number of media used was 2. We are off the record at 11:20.

(Whereupon the deposition was concluded at 11:20 a.m.)

STATE OF ______________ )
) :ss
COUNTY OF ______________)

I, MICHAEL MOSSHOLDER, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

______________________
MICHAEL MOSSHOLDER

Sworn and subscribed to before me, this ________ day of __________, 2016.

______________________________
Notary Public

REPORTER'S CERTIFICATE

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

I, KENDALL D. HEATH, CCR No. 475, a Certified Court Reporter for the State of Nevada, do hereby certify:

That I reported the taking of the deposition of the witness, MICHAEL MOSSHOLDER, Volume 2, commencing on the 1st day of December, 2016, at the hour of 9:17 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has not been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 16th day of December, 2016.

______________________________
KENDALL D. HEATH
CCR No. 475

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

E R R A T A

I wish to make the following changes, for the following reasons:

PAGE LINE
___ ___ CHANGE:___________________________
REASON:____________________________________
___ ___ CHANGE:___________________________
REASON:____________________________________
___ ___ CHANGE:___________________________
REASON:____________________________________
___ ___ CHANGE: ___________________________
REASON:____________________________________
___ ___ CHANGE: ___________________________
REASON:____________________________________
___ ___ CHANGE: ___________________________
REASON:____________________________________

__________________________ _____________
WITNESS' SIGNATURE DATE