# EXHIBIT 80

# Excerpts from the Deposition of Sean Shelby

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
 )
       Plaintiffs, )
 )
       vs. ) Case No.
 ) 2:15-cv-01045-RFB-(PAL)
 )
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
 )
       Defendant. )
 )

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF SEAN SHELBY

Las Vegas, Nevada

April 12, 2017

9:11 a.m.

Reported By:
Gale Salerno, RMR, CCR No. 542
Job No. 49972

SEAN SHELBY - CONFIDENTIAL



**110**

```
 1   the day of the fight an athletic commission for
 2   whatever reason has deemed the fighter not eligible
 3   to compete due to health issues.
 4      Q.  So if an athletic commission tells you that
 5   a fighter cannot fight from the weigh-ins into the
 6   fight itself, does that fight get canceled, or do you
 7   find a short notice replacement?
 8          MR. WIDNELL:  Objection.  Form.
 9          THE WITNESS:  So you have a window.  I
10   mean, listen, you do your best to -- there's nothing
11   I hate more than a fighter who is without an opponent
12   and can't compete, you know.  Especially, you know,
13   when you're there face-to-face with them, and they're
14   pleading can you do something about this?
15          And you make your best effort possible,
16   right?  Day of the fight, you know, that's just --
17   it's 1 in 100 that you would be able to get that
18   done, if that.
19          If you back up, I mean realistically, I
20   could probably get something together in the majority
21   of cases within six days of the bout, five days.  But
22   you also have to understand, too, if you're going to
23   replace that bout, then you have to have fighters
24   come in.  They have to make the weight.  They have to
25   do all these things.  They might have to redo
```

**111**

```
 1   medicals.
 2          Again, I'm not a doctor, but my
 3   understanding is that MRIs take -- are quick.  Blood
 4   work might take a couple of days.  Other things can
 5   take three or four days to get back.  So there's all
 6   these other variables.
 7          So if a fight, say, we're Wednesday of this
 8   week, and the fight is the following Saturday, if a
 9   fighter calls me on this Wednesday and he says, hey,
10   I'm injured or an athletic commission says this guy
11   can't fight, I start sweating.  Because it's really
12   hard to come up with a replacement.
13          And if it's the seven days out and the
14   Saturday before the next Saturday, I'm really
15   sweating, you know, because doctors' offices aren't
16   open on Saturday, you have to fly fighters places.
17   It becomes a big, big deal.
18          As we're, you know, two weeks to four weeks
19   out, it's a little bit less.  So it's hard to answer
20   that question, but the closer you get to the bout, it
21   gets tougher.
22          And I think, too, it's really demonstrable
23   what I do is, I mean, Joe, too, we prided ourselves
24   in always trying to keep the bout together.
25          Because, you know, you have the guy that
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

SEAN SHELBY - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

SEAN SHELBY - CONFIDENTIAL

118
1      (Exhibit 7 was marked for
2      identification.)
3  BY MR. MADDEN:
4      Q.  You've been handed what's been marked as
5  Exhibit 7.  It's another text compilation between --
6  well, it's a text compilation that includes multiple
7  parties, but it's not group text, if you understand
8  what I'm saying.
9      A.  Uh-huh.



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

270

1  for today, but I will be holding the deposition open
2  because of the state of the text messages as produced
3  and the lack of information for the senders and
4  recipients of not only some of the texts I discussed
5  today, but also additional texts that were not
6  discussed potentially in part because of the lack of
7  that information, and in addition, based on the
8  recent production of the privilege log, which we have
9  not yet had an opportunity to review and/or challenge
10 entries that may be applicable to Mr. Shelby.
11        MR. WIDNELL: Okay. And let the record
12 reflect that at this point you have already used more
13 than seven hours of time. Thank you.
14        THE COURT REPORTER: Before we go off the
15 record, may I ask you, Mr. Widnell, on the record
16 your transcript order?
17        MR. WIDNELL: If we could get a rough as
18 soon as possible, and then a full and miniscript in
19 the regular time period that you use.
20        THE COURT REPORTER: Thank you.
21        THE VIDEOGRAPHER: This concludes today's
22 deposition by Sean Shelby. The number of media used
23 was seven videotapes.
24        We are now off the record, and the time
25 approximately 6:09 p.m.

271

1        (A discussion was held off the record.)
2        MR. WIDNELL: Let's put on the written
3  record one key point that we're designating the
4  transcript confidential, pending confidentiality
5  designations?
6        And then I'm sorry, what was your other
7  question?
8        THE COURT REPORTER: Read and sign?
9        MR. WIDNELL: Yes, we will read and sign.
10              - - -
11       (The videotaped deposition was
12        adjourned at 6:10 p.m.)
13              - - -

272

STATE OF _____ )
                        ) :ss
COUNTY OF _____)

     I, SEAN SHELBY, the witness
herein, having read the foregoing
testimony of the pages of this deposition,
do hereby certify it to be a true and
correct transcript, subject to the
corrections, if any, shown on the attached
page.

                    _____
                         SEAN SHELBY

Sworn and subscribed to before
me, this        day of
         , 2017.

                    _____
                         Notary Public

273

        CERTIFICATE OF REPORTER
STATE OF NEVADA )
                SS:
COUNTY OF CLARK )
     I, GALE SALERNO, a certified court
reporter, do hereby certify:
     That prior to being examined, the witness
in the foregoing proceedings was by me duly sworn to
testify to the truth, the whole truth, and nothing
but the truth;
     That said proceedings were taken before me
at the time and place therein set forth and were
taken down by me in shorthand and thereafter
transcribed into typewriting under my direction and
supervision; and that transcript review was requested
pursuant to NRCP 30(e.)
     I further certify that I am neither counsel
for nor related to any party to said proceedings, and
that I am not anywise interested in the outcome
thereof.
     IN WITNESS WHEREOF, I have hereunto
subscribed my name this 26th day of April, 2017.

                    _____
                    GALE SALERNO, RMR, CCR #542

SEAN SHELBY - CONFIDENTIAL

274

1         INSTRUCTIONS TO WITNESS
2
3     Please read your deposition over carefully
4  and make any necessary corrections. You should state
5  the reason in the appropriate space on the errata
6  sheet for any corrections that are made.
7     After doing so, please sign the errata sheet
8  and date it.
9     You are signing same subject to the changes
10 you have noted on the errata sheet, which will be
11 attached to your deposition.
12    It is imperative that you return the original
13 errata sheet to the deposing attorney within thirty
14 (30) days of receipt of the deposition transcript by
15 you. If you fail to do so, the deposition transcript
16 may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

275

1              E R R A T A
2
3
4
5     I wish to make the following changes,
6  for the following reasons:
7
8  PAGE LINE
9  ___ ___ CHANGE:_____
10 REASON:_____
11 ___ ___ CHANGE:_____
12 REASON:_____
13 ___ ___ CHANGE:_____
14 REASON:_____
15 ___ ___ CHANGE: _____
16 REASON:_____
17 ___ ___ CHANGE: _____
18 REASON:_____
19 ___ ___ CHANGE: _____
20 REASON:_____
21
22 _____  _____
23   WITNESS' SIGNATURE         DATE
24
25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099