# EXHIBIT 85

# Redacted Excerpts from the Deposition of Dana White

```
                                                           280
                 UNITED STATES DISTRICT COURT

                     DISTRICT OF NEVADA


 CUNG LE; NATHAN QUARRY, JON    )
 FITCH, on behalf of            )
 themselves and all others      )
 similarly situated,            )
                                )
           Plaintiffs,          )
                                )
           vs.                  )  Case No.
                                )  2:15-cv-01045-RFB-(PAL)
                                )
 ZUFFA, LLC, d/b/a Ultimate     )
 Fighting Championship and      )
 UFC,                           )
                                )
           Defendant.           )
 _____)



              HIGHLY CONFIDENTIAL

      VIDEOTAPED DEPOSITION OF DANA F. WHITE

         AFTERNOON AND EVENING SESSIONS

                LAS VEGAS, NEVADA

                 AUGUST 9, 2017

                   4:01 P.M.



REPORTED BY:
MICHELLE R. FERREYRA, CCR No. 876
JOB NO. 51036-B
```

369
1      **DANA WHITE - HIGHLY CONFIDENTIAL**
2      A.  To what?
3      Q.  Exhibit 60.  That was one of the compilations
4   of your text messages?
5      A.  (Witness complies.)
6         What was it?
7      Q.  It was a compilation of your text messages.
8      A.  Oh, okay.  All right.  I'm looking at the
9   wrong one.  Yeah.
10        MR. ISAACSON:  It's a big one.
11        THE WITNESS:  Got it.
12  BY MR. DELL'ANGELO:
13     Q.  Great.  Would you turn to page 78, please.
14     A.  Yeah.
15     Q.  And take a look at the last row.  It's
16  number 2008.
17     A.  Yep.



24 (Pages 369 to 372)

```
                                                457
 1
 2     STATE OF _____ )
 3                             ) :ss
 4     COUNTY OF _____ )
 5
 6
 7         I, DANA F. WHITE, the witness
 8     herein, having read the foregoing
 9     testimony of the pages of this deposition,
10     do hereby certify it to be a true and
11     correct transcript, subject to the
12     corrections, if any, shown on the attached
13     page.
14
15         _____
16              DANA F. WHITE
17
18
19
20     Sworn and subscribed to before
21     me, this        day of
22            , 2017.
23
24     _____
25         Notary Public
```

```
                                                458
 1          CERTIFICATE OF REPORTER
 2     STATE OF NEVADA  )
       COUNTY OF CLARK  )
 3         I, Michelle R. Ferreyra, a Certified Court
 4     Reporter licensed by the State of Nevada, do hereby
 5     certify:  That I reported the videotaped deposition of
 6     DANA WHITE, commencing on WEDNESDAY, AUGUST 9, 2017,
 7     at 4:01 p.m.
 8         That prior to being deposed, the witness was
 9     duly sworn by me to testify to the truth.  That I
10     thereafter transcribed my said stenographic notes into
11     written form, and that the typewritten transcript is a
12     complete, true and accurate transcription of my said
13     stenographic notes, and that a request has been made to
14     review the transcript.
15         I further certify that I am not a relative,
16     employee or independent contractor of counsel or of any
17     of the parties involved in the proceeding, nor a person
18     financially interested in the proceeding, nor do I have
19     any other relationship that may reasonably cause my
20     impartiality to be questioned.
21         IN WITNESS WHEREOF, I have set my hand in my
22     office in the County of Clark, State of Nevada, this
23     21st day of August, 2017.
24
               _____
25             MICHELLE R. FERREYRA, CCR No. 876
```

```
                                                459
 1             INSTRUCTIONS TO WITNESS
 2
 3         Please read your deposition over carefully
 4     and make any necessary corrections. You should state
 5     the reason in the appropriate space on the errata
 6     sheet for any corrections that are made.
 7         After doing so, please sign the errata sheet
 8     and date it.
 9         You are signing same subject to the changes
10     you have noted on the errata sheet, which will be
11     attached to your deposition.
12         It is imperative that you return the original
13     errata sheet to the deposing attorney within thirty
14     (30) days of receipt of the deposition transcript by
15     you. If you fail to do so, the deposition transcript
16     may be deemed to be accurate and may be used in court.
```

```
                                                460
 1              E R R A T A
 2
 3
 4
 5     I wish to make the following changes,
 6     for the following reasons:
 7
 8     PAGE LINE
 9     ___  ___ CHANGE:_____
10     REASON:_____
11     ___  ___ CHANGE:_____
12     REASON:_____
13     ___  ___ CHANGE:_____
14     REASON:_____
15     ___  ___ CHANGE: _____
16     REASON:_____
17     ___  ___ CHANGE: _____
18     REASON:_____
19     ___  ___ CHANGE: _____
20     REASON:_____
21
22     _____  _____
23      WITNESS' SIGNATURE            DATE
```