# EXHIBIT 92

# Forms of UFC Compensation

# Forms of UFC Compensation

| Contracted For Bout Compensation |||
|---|---|---|
| **Type of Compensation** | **Description** | **Examples** |
| Bout Show Compensation | An athlete's compensation for participating in a bout, as set forth in his or her agreement(s) with Zuffa. | ████████ |
| Bout Win Compensation | An athlete's compensation for winning a bout, as set forth in his or her agreement(s) with Zuffa. | ████████ |

1
CONFIDENTIAL

| Contracted For Bout Compensation |||
|---|---|---|
| **Type of Compensation** | **Description** | **Examples** |
|  |  |  |
| Pay-Per-View ("PPV") Payments | Payments made to certain athletes, pursuant to their agreements, based on the number of Pay-Per-View purchases made of events in which they participate. |  |

| Contracted For Bout Compensation |||
|---|---|---|
| **Type of Compensation** | **Description** | **Examples** |
| | | ■ |
| Incidentals | Incidental payments made on behalf of an athlete or items provided to an athlete as part of his or her agreement/(s) with Zuffa. These include items such as transportation, lodging, meals or meal allowances, and event tickets. | ■ |

3
CONFIDENTIAL

| Contracted For Bout Compensation | | |
|---|---|---|
| **Type of Compensation** | **Description** | **Examples** |
| | | ■ |

CONFIDENTIAL

| Other Contracted For Compensation | | |
|---|---|---|
| **Type of Compensation** | **Description** | **Examples** |
| Letter of Agreement ("LOA") Payment | Payments made to athletes pursuant to a side letter to their agreements. | |

5
CONFIDENTIAL

| Signing Bonus | Bonuses paid to certain athletes when they enter into an agreement with Zuffa. | |

| Discretionary Bout Compensation | | |
|---|---|---|
| **Type of Compensation** | **Description** | **Examples** |
| Fight of the Night Bonus | Discretionary bonus for the best fight of the night – generally given to both of the athletes who compete in the best fight of the night for each event. | |
| Knock Out of the Night Bonus | Discretionary bonuses for the best knock out of the night – generally given to one athlete per event. This bonus was replaced with the Performance of the Night bonus after February 1, 2014. | |

| Discretionary Bout Compensation | | |
|---|---|---|
| **Type of Compensation** | **Description** | **Examples** |
|  |  |  |
| Submission of the Night Bonus | Discretionary bonuses for the best submission of the night – generally given to one athlete per event. This bonus was replaced with the Performance of the Night bonus after February 1, 2014. |  |
| Performance of the Night Bonus | Discretionary bonus for the two best individual performances of the night – generally given to two athletes per event. These bonuses replaced the Knockout of the Night and Submission of the Night bonuses after February 1, 2014. |  |
| Other Discretionary Bonus | Individual bonuses paid to athletes, following a bout, at the discretion of Zuffa management. . |  |

| Discretionary Bout Compensation |||
|---|---|---|
| **Type of Compensation** | **Description** | **Examples** |
| | | ██████████ |

CONFIDENTIAL

| | Identity Rights Compensation | |
|---|---|---|
| **Form of Compensation** | **Description** | **Examples** |
| Identity Rights Show Money | Zuffa contracts for the rights to use athletes' identities in both live and replayed broadcasts of events as part of "show" payment in the athlete's Promotional and Ancillary Rights Agreement ("PAR"). Epstein 30(b)(6) Fighter Comp. Dep. 130:12-15. | ████████ |
| Video Game Payments | Some of Zuffa's athletes appear in a UFC-branded video game. Compensation for the athlete's appearance in the video game is based on telemetry data that identifies the number of times the athlete was played in the game (as selected by the video game players). Athletes who are played more receive higher compensation. Epstein 30(b)(6) Fighter Comp. Dep. *Id.* 44:18-23; *id.* at 42:11-20. | ████████ |

| Identity Rights Compensation |||
|---|---|---|
| **Form of Compensation** | **Description** | **Examples** |
| Merchandise Payments | Zuffa athletes are given the option to opt-in to a non-exclusive merchandise rights agreement that allows Zuffa to manufacture and sell merchandise with both the UFC name and marks and the athlete's name or likeness.  Athletes are compensated based on a set percentage of royalty rates that Zuffa receives. | [redacted] |
| Sponsorship Payments | Some Zuffa sponsors have negotiated for Zuffa to aid the sponsor in: (1) identifying athletes who may be interested in appearing on behalf of a sponsor and (2) negotiating the scope of that athlete's work for the sponsor and the compensation the athlete will receive.  (Mossholder 30(b)(6) Sponsors Dep. 100:9-104:8; 144:1-18. ) | [redacted] |

| Identity Rights Compensation |||
|---|---|---|
| **Form of Compensation** | **Description** | **Examples** |
| Athlete Outfitting Payments | Under the Athlete Outfitting Policy ("AOP"), Reebok manufactures and provides Fight Kits (the clothing worn in a UFC bout) to athletes. The amount athletes are paid to wear the Fight Kits during UFC bouts is based on their tenure with the UFC. | |

11
CONFIDENTIAL

| Identity Rights Compensation | | |
|---|---|---|
| **Form of Compensation** | **Description** | **Examples** |
|  |  | ██████ |