# EXHIBIT 138

**Excerpts from the Deposition of Shannon Knapp**

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


Cung Le, Nathan Quarry, Jon    )
Fitch, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
                  Plaintiffs,  )
                               )
        v.                     )  Lead Case No.
                               )  2:15-cv-01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
                  Defendant.   )
_____)

CONFIDENTIAL


VIDEOTAPED DEPOSITION OF SHANNON KNAPP

KANSAS CITY, MISSOURI

April 11, 2017

9:13 a.m.


Reported By:
Kay Merley, RMR, CRR
Job No. 49614

218

1    comes to all female, you know, I think there
2    was a promotion years -- you know, maybe five,
3    six years ago that threw a few fights here and
4    there, but nothing that's been steady, like
5    what we do at Invicta.
6    Q.  And how long have men's MMA promotions been in
7        existence?
8    A.  Oh, a long time, long time.  I mean, early
9        '90s, maybe sooner.  I wasn't involved back
10       then, so...
11   Q.  Would you say that women's MMA promoters or
12       the business of promoting MMA fights for women
13       is more of a nascent industry right now?
14   A.  Possibly, yeah.
15   Q.  At one point I think you were talking about
16       the success of a recent Invicta event, and I
17       think you talked about how it had gone up
18       against March Madness.
19   A.  Yeah, pretty cool.
20   Q.  When you're competing for eyeballs for an
21       audience, do you compete with Sports Center
22       too?
23   A.  I think you're competing with everybody when
24       you're trying to get the eyeballs, you know, I
25       mean, everything, even reality series.  You

219

1    know, you're trying to get -- but to me,
2    you're kind of competing with everybody that's
3    got something going on that night.
4    Q.  Is there a specific demographic that you're
5        targeting?
6    A.  Not really.  I mean, you've got your typical
7        18 to 35, but you kind of target everybody.
8        We're all over the board.
9    Q.  When you were working at Strikeforce, was
10       there a demographic that you were targeting?
11   A.  18-to-35-year-old male.
12   Q.  Would that be a difference between your
13       promotion and other promotions that tended to
14       have a focus on men's --
15   A.  Yeah.
16   Q.  -- men's MMA promotions?
17   A.  Yeah.
18          MR. RAYHILL:  Objection, calls for
19       speculation.
20   A.  You know, I think that it's pretty standard
21       across the board on the male side of the
22       sport.  I think for us, at Invicta, you know,
23       I can look at our audience, and I can see
24       that, you know, 18 to 35, the young kids, the
25       mature -- what I consider mature audience with

220

1    male and female, you know, my mother's --
2    women love it that are my mom's age, so, yeah,
3    I think it's all over the board.
4    Q.  When you're competing for fighters to bring in
5        fighters, which promoters do you compete with
6        to -- when you're trying to sign a fighter?
7    A.  Everybody a little bit to a degree, you know.
8        Some are more aggressive.  You know, I have
9        more competition with certain ones.  You know,
10       can maneuver and do things that are not so
11       nice, but, yeah, you compete a little bit
12       about everybody.  Even a little bit with the
13       UFC, even though we're on Fight Pass, there's
14       still going to be an athlete that they see, I
15       see, and we're both going to try to sign the
16       athlete.
17   Q.  So if you know that UFC is trying to sign an
18       athlete, that doesn't stop you from trying to
19       sign the athlete?
20   A.  Heck, no.  I don't put UFC out in my
21       contracts.  I'm not a feeder.  I -- you know,
22       I really want to make this clear.  I run my
23       promotion differently than all the other
24       promotions out there.  You know, I can't ask
25       my athletes to fight hard for me if I'm not

221

1    willing to fight hard for them and give them
2    the opportunities they're looking for.  And I
3    assure you, every one of them wants to be in
4    the UFC.  You know, it's not like anybody's
5    poaching or anybody's trying to take.  This is
6    the dream, you know.
7    Q.  When you say that everybody wants to be in the
8        UFC, is that because UFC has restricted the
9        ability of other promoters to compete, or is
10       it because of something unique to the UFC?
11   A.  I think it's the Broadway, it's the Q-Tip,
12       it's the Kleenex, it's the big stage that we
13       all look at, you know.  This day and age, I
14       mean, there's a lot of options out there these
15       days, a lot of options, a lot more than there
16       were years and years ago, but there are
17       definitely options, and, you know, I don't
18       know why each one wants to, but it's something
19       that's important to them, you know.
20   Q.  So my question was is in any way UFC's ability
21       to be attractive to professional MMA fighters
22       a function of UFC doing things to hurt
23       other --
24   A.  No.
25   Q.  -- fighters?

56  (Pages 218 to 221)

SHANNON KNAPP - CONFIDENTIAL

222

1    MR. RAYHILL: Objection, calls for
2    speculation.
3    A. I mean, no, I don't see that. I mean, I don't
4    see that.
5    Q. (By Mr. Widnell) Has UFC ever done anything to
6    harm Invicta's ability to compete?
7    A. No. Actually, they've been really good, you
8    know, in the business relationship, been
9    really good. Never stopped me, you know --
10   yeah, I have nothing to complain. If I did, I
11   would tell you.
12   Q. Did UFC ever do anything to harm Strikeforce
13   while you were working at Strikeforce to your
14   knowledge?
15   A. Not that I saw. I mean, you always get that
16   rumor stuff, but never anything that, you
17   know, like a direct shot.
18   Q. Okay. Did UFC ever do anything to your
19   knowledge to harm Affliction while you were
20   working at Affliction?
21   A. Not that, you know, not that I'm -- both
22   companies bickered, but, like I told you
23   before, Todd would get drunk and do things.
24   It wasn't like, you know, I mean...
25   Q. And did UFC to your knowledge do anything to

223

1    harm IFC while you worked at IFC?
2    A. No, not that --
3    MR. RAYHILL: Objection, IFL.
4    THE WITNESS: It's IFL.
5    MR. WIDNELL: I'm sorry, IFL.
6    THE WITNESS: That's okay.
7    Q. (By Mr. Widnell) I think you also -- you spoke
8    about using Jewel fighters. When you have a
9    fighter from Jewel that you use in an event,
10   does that fighter, then, typically go back to
11   fight for Jewel, or do you try to hire that
12   fighter?
13   A. No, I have a contract with them as well, but I
14   also -- they fight, you know, if the
15   opportunity comes there.
16   Q. When a fighter for Jewel fights for you at an
17   event, do you regard that as co-promoting?
18   A. Actually, no. I mean, once again, my
19   definition of co-promoting is more of the
20   billing. You know, that's what I think of is
21   you co-promote it like that, and I don't give
22   any kind of billing. Technically we are. You
23   know, if they have a contract there too, we're
24   co-promoting, but not...
25   Q. And you also spoke about your fighters would

224

1    go to Bellator on occasion. Would that be --
2    would they go and fight for Bellator when
3    they were still under a contract with you?
4    A. Uh-huh, I have a couple that are going to
5    fight over there every once in a while.
6    Q. So are those -- are those fighters who are
7    fighting for Bellator currently under contract
8    with you?
9    A. Yeah, and what they is, once again, it's
10   that regional thing where Bellator will go
11   into market, maybe one of my athletes are
12   there, so they'll compete on the card and sell
13   tickets or something.
14   Q. Do you regard that as co-promotion?
15   A. No, no.
16   Q. Would you describe yourself as someone who's
17   knowledgeable of the MMA industry?
18   A. Yeah.
19   Q. Is the term "elite professional MMA fighter"
20   widely understood within the MMA industry?
21   MR. RAYHILL: Objection. Calls for
22   speculation.
23   A. Repeat that just so I make sure I have a real
24   grasp of what you're saying.
25   Q. (By Mr. Widnell) Sure. Is the term "elite

225

1    professional MMA fighter" widely understood
2    within the MMA industry?
3    A. I would think so.
4    Q. Do you know what that term means?
5    A. I know what I perceive it to mean. I mean, to
6    me an elite professional is one of our
7    top-tier MMA athletes.
8    Q. Do you think that other people would share
9    your perspective of what that term means?
10   MR. RAYHILL: Speculation, objection.
11   A. I mean, the educated, you know, part of the
12   sport, you know, would definitely say that. I
13   mean, a typical fan, I don't know if they'd
14   know the difference if you're an MMA fighter
15   or if you're an elite.
16   Q. (By Mr. Widnell) So using that term, would you
17   say that all UFC fighters are elite
18   professional MMA fighters?
19   MR. RAYHILL: Objection, calls for
20   speculation.
21   A. I would think that most people that compete
22   there, you know, are at a higher level. But
23   in my opinion, you know, it's going to be the
24   A level that I consider to be the elite MMA.
25   Q. (By Mr. Widnell) So if I heard you correctly,

57 (Pages 222 to 225)

SHANNON KNAPP - CONFIDENTIAL

226

1   it sounds like from your opinion, not all
2   fighters --
3   A. No, like I say, it may be that way, but, yeah,
4   I don't think all of them are. But that's my
5   opinion based on, you know, if you got a new
6   guy coming in, is he elite yet? No, I think
7   he needs to prove himself a little more. So
8   just my opinion.
9   Q. All right. Would you say that some of your
10   fighters in Invicta are elite MMA professional
11   fighters?
12   A. Yes.
13   Q. Would you say that some Bellator fighters are
14   elite professional MMA fighters?
15   A. Yeah, I mean, yeah, we all have that A level,
16   that top tier. Every promotion has it,
17   whatever that is in that promotion, but yeah.
18   Q. So would you say regional promoters have elite
19   professional MMA fighters?
20   A. Well, some, you know. I think that -- I think
21   each is going to classify on their own
22   promotion that it's elite for them, but, yeah,
23   I mean, Bellator and the UFC have -- have the
24   highest profile of athletes.
25   Q. How about WSOF, would you say they have elite

227

1   professional MMA fighters?
2   A. They've got a couple in there, yeah.
3   Q. How about ONE, would you say they have
4   elite --
5   A. Oh, I forgot about them. Oh, yeah, I forgot
6   about that promotion. Yeah, I'd definitely
7   say they do. They're doing extremely well.
8   Q. How about a promotion like ACD, would you say
9   that they have elite professional MMA
10   fighters?
11   A. I've never even heard from them, but, okay,
12   yeah, don't think so. I mean, maybe, what
13   they deem, you know.
14   Q. If they were -- if they were winning fighters
15   from the UFC, would that make you think that
16   they might --
17   A. If they were what?
18   Q. If they were able to win fighters that the UFC
19   was also bidding for, would that make you
20   think --
21   A. Possibly, yeah. I mean...
22   Q. How quickly can you become an elite
23   professional MMA fighter?
24   A. How quickly? Strange -- I mean, you have to
25   be able to fight top-tier talent, you know.

228

1   You have to be competitively matched and -- in
2   eight fights, could you do it? Sure, if
3   you're fighting high-quality fights, but I
4   think it's hard to put kind of a gauge on
5   that.
6   MR. WIDNELL: I think we're done. Do
7   you have anything more?
8   MR. RAYHILL: Take a five-minute
9   break.
10   MR. WIDNELL: Sure.
11   THE VIDEOGRAPHER: Stand by, please.
12   Going off record 3:57 p.m.
13   (A recess was taken.)
14   THE VIDEOGRAPHER: Resuming record at
15   3:58 p.m.
16   MR. RAYHILL: Plaintiffs have no
17   further questions.
18   MR. WIDNELL: Defendants have no
19   further questions.
20   MR. DURBIN: The witness will read
21   and sign, and we will exercise our right to a
22   21-day review to mark it confidential or
23   highly confidential for attorneys' eyes only
24   in different parts of the transcript. Once we
25   have that transcript, we'll start that clock.

229

1   THE VIDEOGRAPHER: Stand by, please.
2   End time 3:58 p.m.
3
4   (Time Noted: 3:58 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

SHANNON KNAPP - CONFIDENTIAL

230

1
2  STATE OF _____ )
3                    ) :ss
4  COUNTY OF _____ )
5
6
7        I, SHANNON KNAPP, the witness
8  herein, having read the foregoing
9  testimony of the pages of this deposition,
10 do hereby certify it to be a true and
11 correct transcript, subject to the
12 corrections, if any, shown on the attached
13 page.
14
15        _____
16        SHANNON KNAPP
17
18
19
20 Sworn and subscribed to before
21 me, this        day of
22        , 2017.
23
24 _____
25        Notary Public

231

1        C E R T I F I C A T E
2
3        I, Kay L. Merley, a Certified Court
4  Reporter of the State of Missouri, do hereby
5  certify:
6        That prior to being examined, the witness
7  was first duly sworn;
8        That said deposition was taken down by me
9  in shorthand at the time and place hereinbefore
10 stated and was thereafter reduced to typewriting
11 under my direction;
12        That the foregoing transcript is a true
13 record of the testimony given by said witness;
14        That I am not a relative or employee of
15 attorney or counsel of any of the parties or a
16 relative or employee of such attorney or counsel
17 or financially interested in the action.
18        Witness my hand and seal this 25th day of
19 April, 2017.
20
21
22
23        Kay L. Merley
24        Missouri Supreme Court
25        Certified Court Reporter, #822

232

1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over carefully
4  and make any necessary corrections. You should state
5  the reason in the appropriate space on the errata
6  sheet for any corrections that are made.
7        After doing so, please sign the errata sheet
8  and date it.
9        You are signing same subject to the changes
10 you have noted on the errata sheet, which will be
11 attached to your deposition.
12        It is imperative that you return the original
13 errata sheet to the deposing attorney within thirty
14 (30) days of receipt of the deposition transcript by
15 you. If you fail to do so, the deposition transcript
16 may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

233

1        E R R A T A
2
3
4
5        I wish to make the following changes,
6  for the following reasons:
7
8  PAGE LINE
9  ___ ___ CHANGE:_____
10 REASON:_____
11 ___ ___ CHANGE:_____
12 REASON:_____
13 ___ ___ CHANGE:_____
14 REASON:_____
15 ___ ___ CHANGE:_____
16 REASON:_____
17 ___ ___ CHANGE:_____
18 REASON:_____
19 ___ ___ CHANGE:_____
20 REASON:_____
21
22 _____  _____
23 WITNESS' SIGNATURE        DATE
24
25

59  (Pages 230 to 233)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099