1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, NW
5  Washington, DC 20005
   Tel: (202) 237-2727; Fax: (202) 237-6131
6
   RICHARD J. POCKER #3568
7  (rpocker@bsfllp.com)
   BOIES SCHILLER FLEXNER LLP
8  300 South Fourth Street, Suite 800
   Las Vegas, Nevada 89101
9  Tel: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS  #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
   700 South 7th Street
13 Las Vegas, Nevada 89101
   Tel: (702) 382-5222; Fax: (702) 382-0540
14
   *Attorneys for Defendant* Zuffa, LLC, d/b/a
15 Ultimate Fighting Championship and UFC

16

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PLAINTIFFS' CONSOLIDATED BRIEF IN OPPOSITION TO DEFENDANT ZUFFA, LLC'S MOTION TO EXCLUDE THE TESTIMONY OF DRS. HAL SINGER AND ANDREW ZIMBALIST AND PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT ZUFFA, LLC'S MOTION TO EXCLUDE THE TESTIMONY OF GUY A. DAVIS AND RELATED MATERIALS (ECF NOS. 537 & 538)** |

**[PROPOSED] ORDER**

Before this Court is Defendant Zuffa, LLC's ("Zuffa's") Motion to Seal Plaintiffs' Consolidated Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Drs. Hal Singer and Andrew Zimbalist and Plaintiffs' Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Guy A. Davis and Related Materials (ECF Nos. 537 & 538) ("Motion to Seal").

The Court finds that "compelling reasons" exist to seal the documents, or portions thereof, referenced in Zuffa's Motion to Seal.  In addition, Zuffa has made the requisite "particularized showing" under the "good cause standard" of Federal Rule of Civil Procedure 26(c) as to the documents Zuffa moves to seal.

IT IS HEREBY ORDERED THAT Zuffa's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal those documents Plaintiffs have filed under seal in connection with their Consolidated Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Drs. Hal Singer and Andrew Zimbalist and Plaintiffs' Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Guy A. Davis (ECF Nos. 537 & 538).

IT IS SO ORDERED.

DATED: _____, 2018           By: _____
                                         Hon. Richard F. Boulware
                                         UNITED STATES DISTRICT JUDGE