WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF STACEY K. GRIGSBY IN SUPPORT OF ZUFFA, LLC'S REPLY IN SUPPORT OF THE MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT GUY A. DAVIS UNDER FED. R. EVID. 702 AND *DAUBERT*** |

GRIGSBY DECL. ISO ZUFFA'S MOT. TO EXCLUDE    Case No.: 2:15-cv-01045-RFB-(PAL)
TESTIMONY OF PLS.' EXPERT G. DAVIS

I, Stacey K. Grigsby, declare as follows:

1. I am a member in good standing of the bar of the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I am a Partner in the law firm Boies Schiller Flexner LLP ("BSF"), counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-PAL.

2. I make this declaration in support of Zuffa's reply in support of its Motion to Exclude the Testimony of Plaintiffs' Expert Guy A. Davis.

3. Based on my review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

4. Attached as Exhibit 1 is a true and correct copy of excerpted pages from the transcript of the deposition of Elizabeth Kroger Davis, dated November 28, 2017.

5. The only modifications to this document are redactions for confidentiality in the version filed on the public docket.


I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 7th day of May, 2018 in Washington, DC.

*/s/ Stacey K. Grigsby*
Stacey K. Grigsby