# EXHIBIT 1

# Excerpts from Deposition Transcript of Elizabeth Kroger Davis

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
)
      Plaintiffs, )
)
      vs. ) Case No.
) 2:15-cv-01045-RFB-(PAL)
)
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
)
      Defendant. )
_____)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF ELIZABETH KROGER DAVIS

Washington, D.C.

November 28, 2017

11:17 a.m.

REPORTED BY:
Tina Alfaro, RPR, CRR, RMR
Job No: 52562



ELIZABETH KROGER DAVIS - HIGHLY CONFIDENTIAL

## Page 234

```
STATE OF _____ )
                        ) :ss
COUNTY OF _____ )

      I, ELIZABETH KROGER DAVIS, the
witness herein, having read the foregoing
testimony of the pages of this deposition,
do hereby certify it to be a true and
correct transcript, subject to the
corrections, if any, shown on the attached
page.

              _____
              ELIZABETH KROGER DAVIS



Sworn and subscribed to before me,
this _____ day of _____, 2017.

_____
     Notary Public
```

## Page 235

CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

I, TINA M ALFARO, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 11th day of December, 2017



My Commission expires October 31, 2020



_____
NOTARY PUBLIC IN AND FOR THE
DISTRICT OF COLUMBIA

## Page 236

INSTRUCTIONS TO WITNESS

   Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.
   After doing so, please sign the errata sheet and date it.
   You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.
   It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

## Page 237

E R R A T A




   I wish to make the following changes,
   for the following reasons:

PAGE LINE
___ ___ CHANGE:_____
REASON:_____
___ ___ CHANGE:_____
REASON:_____
___ ___ CHANGE: _____
REASON:_____
___ ___ CHANGE: _____
REASON:_____
___ ___ CHANGE: _____
REASON:_____
___ ___ CHANGE: _____
REASON:_____

_____    _____
  WITNESS' SIGNATURE          DATE