1  WILLIAM A. ISAACSON (*Pro hac vice*)
    (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
    (sgrigsby@bsfllp.com)
3  NICHOLAS WIDNELL (*Pro hac vice*)
    (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, NW
5  Washington, DC 20005
    Tel: (202) 237-2727; Fax: (202) 237-6131
6
    RICHARD J. POCKER #3568
7  (rpocker@bsfllp.com)
    BOIES SCHILLER FLEXNER LLP
8  300 South Fourth Street, Suite 800
    Las Vegas, Nevada 89101
9  Tel: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
    (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS  #5549
    (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
    700 South 7th Street
13 Las Vegas, Nevada 89101
    Tel: (702) 382-5222; Fax: (702) 382-0540
14
    *Attorneys for Defendant* Zuffa, LLC, d/b/a
15 Ultimate Fighting Championship and UFC

16

17                **UNITED STATES DISTRICT COURT**

18                      **DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF NICHOLAS A. WIDNELL IN SUPPORT OF DEFENDANT ZUFFA, LLC'S REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DR. ANDREW ZIMBALIST UNDER FED. R. EVID. 702 AND *DAUBERT*** |

I, Nicholas A. Widnell, declare as follows:

1. I am a member in good standing of the bar of the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I am a Partner in the law firm Boies Schiller Flexner LLP, counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-PAL.

2. I make this declaration in support of Defendant Zuffa, LLC's Reply in Support of Motion to Exclude the Testimony of Dr. Andrew Zimbalist under Fed. R. Evid. 702 And *Daubert*.

3. Based on my review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

4. The document attached to this Declaration has had red boxes added to it. These red boxes are intended to indicate materials cited in the Reply referenced above. The true and correct copy of materials attached to this Declaration is subject to the addition of those red boxes. They are otherwise unmodified unless otherwise stated.

5. Attached hereto as Exhibit 15 is a true and correct copy of Exhibit A to the Marroso Declaration filed in support of Defendants' Motion for Partial Judgment On The Pleadings in *Miguel Angel Garcia v. Top Rank, Inc.*, Case No. 14-cv-1456, ECF No. 79-2 (July 24, 2015) and titled Top Rank Inc. Promotional Rights Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 7th day of May, 2018 in Washington, D.C.

*/s/ Nicholas A. Widnell*
Nicholas A. Widnell