
1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
5  1401 New York Avenue NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16

17                 UNITED STATES DISTRICT COURT
18                      DISTRICT OF NEVADA
19

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT ZUFFA, LLC'S REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DR. ANDREW ZIMBALIST UNDER FED. R. EVID. 702 AND *DAUBERT*** |

APPENDIX OF EXHIBITS TO ZUFFA'S REPLY ISO MOTION TO EXCLUDE ZIMBALIST

# APPENDIX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC submits this Appendix of Exhibits in Support of Defendant Zuffa, LLC's Reply in Support of Motion to Exclude the Testimony of Dr. Andrew Zimbalist under Fed. R. Evid. 702 and *Daubert*. The Exhibit noted below is attached as an exhibit to the Declaration of Nicholas A. Widnell in Support of Defendant Zuffa, LLC's Reply in Support of Motion to Exclude the Testimony of Dr. Andrew Zimbalist under Fed. R. Evid. 702 and *Daubert*.

| Exhibit | Description | Date |
|---|---|---|
| 15 | Top Rank Inc. Promotional Rights Agreement | 2/27/09 |

DATED: May 7, 2018                           BOIES SCHILLER FLEXNER LLP

By: /s/ *Nicholas A. Widnell*
    Nicholas A. Widnell
    Attorney for Defendant Zuffa, LLC, d/b/a
    Ultimate Fighting Championship and UFC