1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
5  1401 New York Avenue NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT ZUFFA, LLC'S REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DR. HAL SINGER UNDER FED. R. EVID. 702 AND *DAUBERT*** |

Index of Exhibits to Zuffa's Reply in Support of Mot. to Excl. the Testimony of Dr. Hal Singer

# INDEX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Index of Exhibits in Support of Defendant Zuffa, LLC's Reply in Support of Motion to Exclude the Testimony of Dr. Hal Singer under Fed. R. Evid. 702 and *Daubert*. The Exhibits noted below are attached as exhibits to the Declaration of Nicholas A. Widnell in Support of Defendant Zuffa, LLC's Reply in Support of Motion to Exclude the Testimony of Dr. Hal Singer under Fed. R. Evid. 702 and *Daubert*.

| Exhibit | Description | Date |
|---|---|---|
| 37. | Excerpts of September 27, 2017 Deposition of Dr. Hal Singer ("Singer Dep. I") | 9/27/17 |
| 38. | Excerpts of January 23, 2018 Deposition of Dr. Hal Singer ("Singer Dep. II") | 1/23/18 |
| 39. | Reply Class Certification Report of Hal J. Singer, Ph.D. in the *Johnson v. Arizona Hospital Care Association* case, No. 07-01292 SRB (D. Ariz. June 23, 2009) (ECF No. 581-1) | 6/23/09 |
| 40. | Summary of studies cited by Plaintiffs and their experts regarding use of wage share in the field of economics | N/A |
| 41. | Excerpts of August 15, 2017 30(b)(6) Deposition of Ike Lawrence Epstein on Fighter Compensation ("30(b)(6) Dep.") | 8/15/17 |
| 42. | Excerpts of February 8, 2018 Deposition of Professor Alan Manning ("Manning Dep.") | 2/8/18 |
| 43. | Excerpts of December 5, 2017 Deposition of Robert H. Topel ("Topel Dep.") | 12/5/17 |
| 44. | Excerpt of January 26, 2018 Deposition of Dr. Andrew Zimbalist ("Zimbalist Dep II.") | 1/26/18 |
| 45. | Excerpts of April 18, 2017 Deposition of Carlos Silva ("Silva Dep.") | 4/18/17 |
| 46. | Excerpts of August 3, 2017 Deposition of Scott Coker ("Coker Dep.") | 8/3/17 |
| 47. | Excerpts of April 11, 2017 Deposition of Shannon Knapp ("Knapp Dep.") | 4/11/17 |
| 48. | Dr. Hal Singer and Dr. Kevin W. Caves, "*Analyzing High-Tech Employee: The Dos and Don'ts of Proving (and Disproving) Classwide Antitrust Impact in Wage Suppression Cases*," Antitrust Source, https://ei.com/wp-content/uploads/2017/02/feb15_caves_2_11f.authcheckdam.pdf . | 5/6/18 |

| Exhibit | Description | Date |
|---|---|---|
| 49. | Professor Robert Topel's February 12, 2018 Sur-Rebuttal Expert Report | 2/12/18 |
| 50. | Professor Robert Topel's May 7, 2018 Reply to the Supplemental Expert Report of Hal J. Singer, Ph.D | 5/7/18 |
| 51. | Excerpt from Lewis Carroll, "*Alice's Adventures in Wonderland*" (VolumeOne Publishing Chicago, Illinois 1998) | N/A |

DATED: May 7, 2018                    BOIES SCHILLER FLEXNER LLP


By: */s/ Nicholas A. Widnell*

Nicholas A. Widnell
Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

2
Index of Exhibits to Zuffa's Reply in Support of Mot. to Excl. the Testimony of Dr. Hal Singer