# EXHIBIT 38
Redacted Excerpts of Second Deposition of Dr. Hal Singer (Singer Dep. II)

Page 338

```
    IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF NEVADA
                 - - -

CUNG LE, NATHAN QUARRY, JON:  CIVIL ACTION
FITCH, BRANDON VERA, LUIS  :
JAVIER VAZQUEZ, and KYLE   :
KLINGSBURY on behalf of    :
themselves an others       :
Similarly situated,        :
            Plaintiffs     :  CASE NO.
                           :  2:15-cv-01045-RFB
        vs.                :  (PAL)
                           :
ZUFFA, LLC d/b/a ULTIMATE  :
FIGHTING CHAMPIONSHIP and  :
UFC,                       :
            Defendants     :

                 - - -
        Tuesday, January 23, 2018
                DAY 2
                 - - -
```

Continuation of videotaped deposition of HAL J. SINGER, Ph.D., taken pursuant to notice, was held at the offices of BERGER & MONTAGUE, P.C., 1622 Locust Street, Philadelphia, PA 19103, commencing at 10:19 a.m., on the above date, before Lori A. Zabielski, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

```
                 - - -
          MAGNA LEGAL SERVICES
              866.624.6221
             www.MagnaLS.com
```



Page 415

1   rivals would have to compete on those
2   dimensions.  And if you are competing for
3   a fighter in an open and free market and
4   if you hypothetically have a smaller
5   share, have a smaller set of marquee
6   fighters in your portfolio, then trying
7   to impose a more restrictive provision
8   than Zuffa could impair your ability to
9   compete for talent.
10          So I think that market
11  forces in this new equilibrium would tend
12  to push rivals in a race towards
13  openness.
14      Q.   So my question was about a
15  specific contractual term, not about
16  whether the contracts would be identical
17  or the market forces that you have
18  already described.
19          My question is if Zuffa is
20  restricted to contracts of one year or
21  less in duration, are you assuming its
22  competitors will also offer only
23  contracts of one year or less in
24  duration?

Page 416

1           MR. CRAMER:  Asked and
2       answered, two times.
3           THE WITNESS:  I thought that
4       I said I am not assuming it, but I
5       think that for the reasons that I
6       just stated, that competitive
7       forces in this new equilibrium
8       would tend to push rivals towards
9       offering contracts of similar
10      duration as to the offer by Zuffa.
11  BY MR. ISAACSON:
12      Q.   And if Zuffa does -- no
13  longer has right-to-match clauses, are
14  you assuming that its competitors will
15  not have right-to-match clauses?
16      A.   Again, I am not assuming.
17  It just -- it seems like from record
18  evidence and from economic logic that if
19  Zuffa were to remove that provision, that
20  market forces would tend to push Zuffa's
21  smaller rivals into also removing that
22  provision.
23      Q.   Let me try it this way then:
24  If Zuffa is restricted from having

Page 417

1   right-to-match provisions, is it your
2   opinion that its competitors, as a result
3   of the market forces you described, would
4   no longer have right-to-match provisions?
5           MR. CRAMER:  Asked and
6       answered.

[redacted]

22  BY MR. ISAACSON:
23      Q.   Okay.  And if Zuffa was
24  restricted to contracts of one year or

Page 418

1   less in duration, is it your opinion that
2   its competitors likely would have
3   contracts of one year or less in
4   duration, also?
5       A.   I don't understand how
6   that's different from any of the last
7   questions, so I am going you the same
8   answer, which is that market forces would
9   tend to push these rivals into having
10  contracts of similar duration to that of
11  Zuffa.
12      Q.   What I am trying to -- and I
13  understand the market forces push, but I
14  don't know the result.
15          So is it your opinion that
16  if Zuffa is restricted to contracts of
17  one year or less, the result of that will
18  be that its competitors will also offer
19  contracts of one year or less?
20      A.   I think as I put in my
21  report, that sort of equilibrium, that
22  open equilibrium, open system as opposed
23  to a closed system equilibrium, will be
24  plausible in a but-for world that is

Page 419

```
 1   consistent with foreclosure shares that
 2   are south of 30 percent.
 3      Q.   Do you have any opinion
 4   stronger than that result will be
 5   plausible, any assessment of likelihood?
 6      A.   I think the likelihood is --
 7   would be fairly high, but I use the word
 8   "plausible" with my report and I like the
 9   word "plausible."
10      Q.   Plausible is the opinion you
11   are giving?
12      A.   Yes.
13           MR. ISAACSON:  I don't have
14      the page number for this.  Can you
15      tell me what page 4, post figures,
16      are on?  And I will come back to
17      this.
18   BY MR. ISAACSON:
19      Q.   Having done your report in
20   your rebuttal report for your identity
21   class damages, how would you describe
22   your but-for world?
23           MR. CRAMER:  Objection to
24      form.
```

Page 420

```
 1           THE WITNESS:  No differently
 2      than I described it in my -- in my
 3      first report.  I think that -- I
 4      think that there are two ways to
 5      go about describing the but-for
 6      world.  There is the -- there is a
 7      definitional way, which was --
 8      which is anything that's in the
 9      challenged conduct -- anything
10      within the challenged conduct is
11      removed in the but-for world.  And
12      then there is a plausibility
13      assessment, which is something
14      that I have done in that paragraph
15      198 that you took me to.
16           MR. ISAACSON:  I am talking
17      about just the identity class.
18           MR. CRAMER:  Were you
19      finished?
20           THE WITNESS:  No, I wasn't
21      finished.
22           I don't think that that -- I
23      don't think I am offering a new
24      opinion as to what the but-for
```

Page 421

```
 1      world -- what the but-for world
 2      would look like as we move to the
 3      identity class.
 4   BY MR. ISAACSON:
 5      Q.   All right.  So, in your
 6   opinion, would the but-for world for the
 7   identity class damages and for the
 8   fighter class damages be the same or
 9   roughly the same?
10      A.   I think roughly the same,
11   yes.
12      Q.   Okay.  Can we -- all right.
13   Can we look at paragraph 236 of your
14   report, rebuttal report again.  I have
15   got this wrong.  I am going to move on
16   from that.
17      A.   Oh, I don't have to read
18   that again?
19      Q.   No, you don't have to.
20      A.   Good, good.
21      Q.   Page 149 -- no, that's not
22   right.  I am not going to take your time
23   on that.
24           Now, do I understand from
```

Page 422

```
 1   your most recent report that fighter
 2   marginal revenue product, in your
 3   opinion, cannot be measured directly?
 4      A.   I think that's fair, yes.
 5      Q.   And in your opinion, event
 6   revenue is a reasonable proxy for
 7   fighters' marginal revenue product?
 8      A.   I would put it slightly
 9   differently, but you are close.  I would
10   say that the event revenues are a
11   reasonable proxy for the collective
12   marginal revenue products of all the
13   fighters who fought in that event.
14      Q.   Have you done any analysis
15   that would -- that would allow you to
16   reach any conclusions about the
17   individual marginal revenue product of
18   fighters in the event as opposed to the
19   collective?
20      A.   I am not sure I understand
21   that question.
22      Q.   So what I -- what I
23   understand is in your opinion, is that
24   event revenue is a reasonable proxy for
```



<mark>

Page 423

1  the marginal revenue product of the
2  collective group of fighters at an event;
3  is that correct?
4       A.   Yes.
5       Q.   All right.  And if I wanted
6  to understand the marginal revenue
7  product of an individual fighter at that
8  event, have you done any analysis of
9  that?
10      A.   Well, remember, I use an
11 individual fighter event pair as the
12 dependent variable in my wage share
13 regressions, and so I am assuming that
14 there is a relationship between an
15 individual fighter's contribution to the
16 event revenues and the event revenues
17 that featured that individual.
18      Q.   And am I correct, the way
19 you -- the relationship between a
20 fighter's -- between what a fighter does
21 and the event revenue, you base that
22 relationship on what a fighter was paid
23 at that event relative to what other
24 fighters were paid at the event?

Page 424

1            MR. CRAMER:  Objection to
2       form.
3            THE WITNESS:  I don't think
4       I would put it that way.  I'm
5       not -- I'm -- just I'm sorry.  I
6       am just not following.
7  BY MR. ISAACSON:
8       Q.   All right.  The -- when you
9  calculate the -- so when you assume that
10 there is a relationship between an
11 individual fighter's contribution to
12 event revenues and the event revenues
13 that feature that individual, how do you
14 go about -- what is that relationship?
15           MR. CRAMER:  Objection to
16      form.
17           THE WITNESS:  I think the
18      regression model is designed to
19      identify the factors that
20      influence that relationship and
21      their separate contributions to
22      that relationship.
23 BY MR. ISAACSON:
24      Q.   All right.  What factors in

Page 425

1  the regression model determine the
2  relationship between what a fighter does
3  and the event revenue?
4       A.   Well, that's a slightly
5  different question.
6       Q.   Well, then let me rephrase
7  it.
8       A.   My left-hand side variable
9  is what a fighter was paid in proportion
10 to the event revenue, not does.
11      Q.   Okay.
12      A.   But we can go there, too.  I
13 mean, we can go wherever -- we can go
14 wherever --
15      Q.   No, I am not trying to go
16 there.
17      A.   Okay.
18      Q.   So as I understand it, the
19 regression model is designed to identify
20 the factors that establish whether there
21 is a relationship between an individual
22 fighter's contribution to event revenues
23 and the event revenues that feature that
24 individual?

Page 426

1            MR. CRAMER:  Objection to
2       form.
3            THE WITNESS:  It's close,
4       but I would just put it slightly
5       differently, if I could, which is
6       that the regression model is
7       designed to identify the factors
8       that explain variation in what a
9       fighter gets paid relative to what
10      was generated by the event.
11 BY MR. ISAACSON:
12      Q.   All right.  Does the
13 regression model identify factors that
14 explain any variations in a fighter's
15 marginal revenue product at an event?
16      A.   I believe so, yes.
17      Q.   Okay.  And would that be of
18 all of the variables in the regression or
19 some subset?
20      A.   It is likely closer to some
21 subset.  We can go through each ones.
22 But, for example, it's -- there are
23 fighter identity variables on the
24 right-hand side.  There are measures of



Page 427

1  the fighter's performance in that fight,
2  punches landed, for example.
3       So all of those could
4  contribute to the fighter's marginal
5  revenue product.
6       Q.  And when you say that event
7  revenues are a reasonable proxy for the
8  collective marginal revenue product of
9  the fighters at the event, what do you
10 mean by a reasonable proxy?
11      A.  I think that the pool of
12 revenue by which fighters can be
13 compensated is based on what the fighters
14 can create.  This platform is for the
15 fighters, and the fighters are the
16 primary cause of why revenues get
17 generated.  And so, to me, it -- one way
18 to think of it is as an upper bound as to
19 how much you could conceivably pay the
20 fighters collectively is based on how
21 much revenue is generated by the
22 fighters.
23      Q.  So in your opinion, is the
24 one-to-one relationship, the event

Page 428

1  revenue, represents and is equal to the
2  marginal revenue product of the fighters
3  collectively at the event?
4       A.  In a competitive
5  environment, it would be equal to.  In a
6  monopsonized environment, the monopsonist
7  pushes the compensation payments below
8  the marginal revenue product.
9       So given that I believe
10 Zuffa monopolized and monopsonized this
11 market, I would suggest that the
12 compensation was below the marginal
13 revenue product of the fighters.
14      Q.  And in a competitive market,
15 in your opinion, the marginal revenue
16 product of the fighters collectively in
17 an event would be equal to all of the
18 event revenue?
19      A.  No, that's not my opinion.
20      Q.  In a competitive market,
21 what is the relationship between the
22 marginal revenue product of -- product of
23 the -- well, let me start over.
24      In a competitive market, in

Page 429

1  your opinion, is there some amount, some
2  formulaic or mathematical way of
3  expressing the relationship between the
4  marginal revenue product of the fighters
5  collectively and the event revenue?
6       A.  I think that that's fairly
7  close to what I am trying to do with the
8  regression model.  If you think about it,
9  I am trying to simulate the more
10 competitive labor market.  And in that
11 competitive labor market, the fighters
12 collectively would capture, as you know,
13 something in the high 60 percent of the
14 event revenues.
15      Q.  Okay.  So does that mean
16 that the regression tells you that the
17 collective marginal revenue product of
18 the fighters in a competitive world is
19 equal to approximately 60 percent of
20 event revenue?
21      A.  It's certainly -- that is
22 certainly an estimate.  It doesn't have
23 to be equal to.  But I think that I will
24 say something that I hope is fairly safe,

Page 430

1  that as you move in a direction of more
2  competitive, fighters individually and
3  collectively capture closer to 100
4  percent of their marginal revenue
5  products.
6       I just -- I want to be a
7  careful to suggest that even in my
8  but-for world, where I am simulating wage
9  shares with foreclosure of 30 percent,
10 it's conceivable that there is still some
11 market power exercised by Zuffa.
12      Q.  So I understand that all of
13 the event revenues are not being captured
14 by the fighters in your regression.
15      But in terms of the marginal
16 revenue product collectively of the
17 fighters at an event, based on the
18 regression, it's your opinion that that
19 marginal revenue product is equal to
20 approximately 60 percent of the event
21 revenue?
22      A.  I don't want to say it's
23 equal to.  That's what I am -- what I am
24 stumbling on.  What I am comfortable

Page 431

1  saying is that the but-for wages and wage
2  shares that I am estimating are closer to
3  the fighters' marginal revenue product
4  than what they are currently being paid.
5      Q.   But in your opinion, are the
6  but-for wages that you are estimating
7  approximating the marginal revenue
8  product of the fighters?
9      A.   I am getting caught up on
10 the word "approximating." Can we -- can
11 we agree on something that's a little
12 less strong? How about we are -- we are
13 getting closer to in the but-for world.
14 The simulation is putting fighters at a
15 wage share and wage level that is closer
16 to their marginal revenue product. I am
17 not -- I am not prepared to say that it
18 would -- it would approximate or be
19 exactly equal to 100 percent of the
20 but-for wages.
21     Q.   I need to follow up because
22 getting closer to could mean a little
23 closer to or very closer to. So I could
24 stand in -- at the back of this room and

Page 432

1  take one step forward and get closer to
2  you but still be far away.
3      A.   That's fair.
4      Q.   The -- is the -- are the
5  but-for wages -- but-for wages that you
6  are estimating in your regression, are
7  those close to or -- let me put it this
8  way: The but-for wages that you are
9  estimating in your regression, how close
10 are they to the marginal revenue product
11 of the fighters in your opinion?
12     A.   I haven't estimated the
13 marginal revenue products, so to answer
14 that question, I would have to -- I would
15 have to engage in a -- in a different
16 exercise than what I did here.
17         But I -- what I -- what I
18 can tell you is that when we take the
19 foreclosure share down to 30 percent, we
20 are eviscerating a large part of Zuffa's
21 market power. What I am -- what I am
22 hesitant -- what I am hesitating on and
23 what I am reluctant to say is that the 30
24 percent foreclosure completely

Page 433

1  eviscerates Zuffa's market power to the
2  point that Zuffa is forced to pay
3  fighters equal to their marginal revenue
4  product. That's -- that's quite a
5  statement.
6         And I want to allow for the
7  possibility that with 30 percent
8  foreclosure share, Zuffa could still have
9  some, not as much, but some buying power,
10 such that it could push wages below
11 marginal revenue product, just not to the
12 extent that it's doing today.
13     Q.   Now, you said you haven't
14 estimated the marginal revenue product of
15 the fighters. If you could estimate
16 those, would that -- would you then use
17 that as the dependent -- a dependent
18 variable in your impact regression?
19     A.   No. I intentionally did not
20 estimate the marginal revenue product
21 because it would be one unnecessary step
22 in the process, and I didn't want to
23 introduce an unnecessary step. I did
24 what was needed to be done to simulate

Page 434

1  but-for wage shares.
2      Q.   In your opinion, does the
3  individual marginal revenue product vary
4  among fighters?
5      A.   It could as a matter of
6  theory, yes.
7      Q.   Beyond theory, based on the
8  investigation that you have done in this
9  case, in your opinion, does it actually
10 vary amongst the fighters?
11     A.   Most likely, yes, based on
12 my investigation, I am thinking in
13 particular of a regression in which I
14 estimated the relationship between event
15 revenues and the rank of the highest
16 ranked fighter featured, and it seems to
17 me that so long as rank is capturing
18 productivity, it appears to be that if
19 you put on a fight with a high productive
20 fighter, all things equal, you are going
21 to generate higher event revenue.
22         So that tells me there is
23 going to be variation among the fighters
24 with respect to their ability, basically

Page 435

```
 1   their revenue generation capabilities.
 2       Q.   And assuming the status quo,
 3   current Zuffa contracts and practices, is
 4   there a relationship in your opinion
 5   between fighters' marginal revenue
 6   product and their individual
 7   compensation?
 8           MR. CRAMER:  Do you mean in
 9       the current world?
10           MR. ISAACSON:  Yes.
11           THE WITNESS:  Yes, I think
12       in the current world, all things
13       equal, the more productive you
14       are, the higher you get paid.
15   BY MR. ISAACSON:
16       Q.   And I think you have said
17   this, but I will just confirm.  You do
18   think that what you would describe as a
19   competitive world, there would be a
20   relationship between marginal revenue --
21   individual marginal revenue product and
22   individual compensation?
23       A.   Well, there is always a
24   relationship, right?  There is a
```

Page 436

```
 1   relationship in the actual world, there
 2   is a relationship in the but-for world.
 3   That's Labor Theory 101.  The -- what we
 4   are trying to figure out is how the
 5   challenged conduct affected or thwarted
 6   that relationship.
 7       Q.   Okay.  And you have said
 8   that event revenue is a proxy for the
 9   collective marginal revenue product of
10   the fighters of the event.
11           Is there a way of looking at
12   event revenue to use that as proxy for
13   individual fighter marginal revenue
14   product?
15       A.   Well, I think, again, the
16   way that I have constructed my impact
17   regressions, I have -- I have used the
18   individual compensation relative to the
19   event revenue as my dependent variable.
20   So in a sense, I am trying to decompose
21   event revenue that way.
22       Q.   All right.  And when you say
23   you use individual compensation relative
24   to event revenue, as I understand it, you
```

Page 437

```
 1   are looking -- some fighters are paid
 2   more, some are paid less, and you are
 3   using their payments relative to one
 4   another to see -- and comparing that to
 5   event revenue?
 6       A.   I wouldn't -- I wouldn't
 7   quite put it that way.
 8       Q.   Let me try to put it this
 9   way:  The -- I am trying to get something
10   simple here.
11       A.   Okay.
12       Q.   You have someone who is
13   being paid a million dollars for a fight
14   and someone who is being paid $50,000 for
15   a fight.
16       A.   Got it.
17       Q.   You are assuming that the
18   person being paid $50,000 is making --
19   has a lower marginal revenue product than
20   the person being paid a million dollars?
21           MR. CRAMER:  Objection to
22       form.
23           THE WITNESS:  I am not
24       assuming anything.  Just to make
```

Page 438

```
 1       your hypothetical concrete, let's
 2       assume they both fought in the
 3       same fight.
 4           MR. ISAACSON:  Same event.
 5           THE WITNESS:  Okay.  You
 6       didn't say that, but I am trying
 7       to --
 8           MR. ISAACSON:  Right.
 9           THE WITNESS:  Right.
10       Let's assume that they both
11       fought in the same event.  What my
12       model is trying to do, it's not
13       assuming anything.  It's letting
14       the data explain to us the
15       relationship between the fighters'
16       attributes and how much of the
17       event revenue that fighter was
18       able to take home as compensation.
19   BY MR. ISAACSON:
20       Q.   All right.  But for your
21   dependent variable, the -- you are
22   relying on the -- for your dependent
23   variable, the person earning $50,000
24   would be making less of a contribution
```



26 (Pages 435 to 438)

Page 483

BY MR. ISAACSON:
Q. If you would just list them.
A. Sure. So the Scully article from '74 uses labor share as the dependent variable in the context of an analysis of the impact of monopsony on labor share and the relaxation of certain restrictions, similar to the restrictions that are being challenged here.
    In footnote 340, I list articles that themselves refer back to Scully's approach to estimating the impact of various changes in labor restrictions in professional sports that also -- let me finish, please -- that also study the impact using the same lens that I did, which is that of labor share.
Q. All right. My question is only who ran regressions with the labor share as a dependant variable?
A. I would -- I would want to confirm each of those. Sitting here, I can't tell you that, in fact, they ran regressions. Sometimes the analysis is

Page 484

to look at changes in labor share before and after a change was made to the restrictions in a sport. And I just -- sitting here, I can't be certain that each one of them used regressions. I can be certain that the dependent variable or the variable of interest was labor share.
    I would put Scully's article from 2004 into this category.
Q. And when you say you would put it in this category, are you saying Scully in 2004 ran a regression with labor shares of the dependent variable?
A. I believe so. I know that -- I know that the article uses labor share as the lens with which to view the impact of a change in a labor market restriction in the sport, and I know that there is econometrics in the article. I can remember, for example, Scully estimating marginal revenue products using econometric models. I will leave it at that.
Q. Please -- so far, you have

Page 485

cited Scully '74 and 2004.
A. Oh, and then I cited -- in footnote 340, the way that we found these articles was by -- was by looking back to citations to Scully where the authors invoked the same lens of analysis to study the impact of a -- of a change, typically in a restriction, but generally of labor mobility on compensation in the sport among athletes.
Q. I think you said, sitting here today, you don't know whether any of the citations in footnote 340 ran a regression with labor share as a dependent variable?
A. That's correct.
Q. Okay. So please continue with answering my question about any other things you have cited where a regression was run with labor share as a dependent variable.
A. Okay. Again, I am going to put Kahn in the same category. This is the cite on 346 and 347. I think I had

Page 486

earlier cited to Kahn, but Kahn is using labor share as the lens of analysis to study a change to labor rules governing baseball, and sitting here, I am hard-pressed to tell you that he used a regression, which is I think the heart of the question, to control for other factors that may have changed around the same time.
    But whether or not he did, I think the bone of contention between me and your economist was whether -- was whether labor share was the appropriate lens with which to study the change in a labor restriction on player compensation.
Q. My actual question is not --
    MR. ISAACSON: And I move to strike the answer.
BY MR. ISAACSON:
Q. -- is not -- what's your response to the bones of contention between the economist in this case? I just want you to list articles with regression analyses where the dependent

Page 487

```
 1   variable was labor share.
 2       A.   Okay.
 3           MR. CRAMER:  And Dr. Singer
 4   is doing that, but he is providing
 5   some context as he is discussing
 6   these reports and articles.
 7           MR. ISAACSON:  I disagree
 8   with that.  I move to strike the
 9   last answer.
10   BY MR. ISAACSON:
11       Q.   So please --
12           MR. CRAMER:  We oppose.
13   BY MR. ISAACSON:
14       Q.   -- just list articles that
15   you believe have regression analyses with
16   labor share as the -- as the dependent
17   variable.
18           And so far, you believe that
19   includes the Scully article in 1974, you
20   believe it may include the Scully article
21   in 2004.
22       A.   Correct.
23       Q.   So please tell me any
24   others.
```

Page 488

```
 1       A.   Well, I'm going to -- I am
 2   amending that again because I think that
 3   footnote that I pointed you to of all
 4   the -- of all the articles that were
 5   spawned by Scully's approach, which was
 6   to use labor share as the lens of
 7   analysis, could have, and indeed most
 8   likely, did use regression analysis given
 9   that that is the primary tool in the tool
10   kit of an economist.
11           But the reason I am
12   hesitating, as I sit here and I look at
13   the passages that I have cited, is that a
14   lot of the analysis is occurring through
15   a method that we refer to as the
16   before/after approach where it's
17   effectively getting at what a regression
18   would do but it's not controlling for all
19   the other things that could influence
20   labor share.
21           And so the fact that an
22   author used a before/after analysis to
23   compute the effect of a change in labor
24   restriction of a wage share, to me, is a
```

Page 489

```
 1   distinction without -- a difference
 2   without a distinction.
 3           MR. ISAACSON:  I will move
 4   to strike as nonresponsive.
 5   BY MR. ISAACSON:
 6       Q.   I just -- I understand you
 7   don't accept the premise of the question.
 8   I just want you to answer the question
 9   and tell me articles that you do know,
10   not that could but articles you do know,
11   used a regression analysis with labor
12   share as the dependent variable to
13   measure the effect of monopsony.
14           MR. CRAMER:  Dr. Singer is
15   doing that, but he is allowed to
16   provide context to his answers.
17           MR. ISAACSON:  He's not
18   allowed to make speeches beyond
19   the question.
20           But please go on.
21           MR. CRAMER:  I disagree that
22   he is not allowed to provide
23   context.
24           THE WITNESS:  The Autor
```

Page 490

```
 1   paper that Dr. Oyer originally
 2   cited to use as labor share as the
 3   dependent variable in econometric
 4   analysis.
 5           But I wanted to be thorough
 6   and march one by one through the
 7   citations that I made.  So I would
 8   like to -- I would like to keep
 9   going.
10   BY MR. ISAACSON:
11       Q.   Yes, please so.  Why don't
12   you do that.
13       A.   I am going to say the same
14   thing with respect to the Vrooman article
15   in 34 -- cited in footnote 348.  This
16   time in the context --
17       Q.   When you say I want to say
18   the same thing, are you saying that there
19   was a regression with a dependent
20   variable using labor share?
21       A.   My belief is there was.  I
22   don't cite that part of the article.  I
23   am citing -- I am citing the text that I
24   think reveals the author's use of this
```



39 (Pages 487 to 490)

Page 491

1  lens, the labor share to study the impact
2  of a change in a rule that affects labor
3  mobility on the player's compensation as
4  captured in the wage share.
5      Q.  Okay.
6      A.  The next thing I would point
7  to is the Twomey and Monks article, which
8  looks at the effects of monopsonistic
9  practices in major league soccer and uses
10 wage share as the dependent variable.
11 Again, I am fairly certain that they used
12 econometric methods in that as well.
13 Those aren't the portions that I cite.  I
14 am citing their major findings and words
15 as opposed to statistics.
16     Q.  Is this the Monks
17 September 2013 piece?
18     A.  No.  Twomey, Monks, 2011.
19 It's cited in footnote 350.
20         The Monks 2013 study, I
21 think I would put in the same category.
22 Certainly, labor share is the dependent
23 variable.  Whether -- whether he used a
24 regression to isolate the effect of the

Page 492

1  conduct on compensation in NCAA, I just
2  can't recall, sitting here.
3      Q.  When you say you would put
4  it in the same category, the category of
5  things that you were talking about of
6  independent of regressions or you would
7  put it in the category of actually using
8  the regression?
9      A.  I don't understand.
10     Q.  Your answer is I would put
11 it in the same category, and I don't know
12 what you are referring to because you --
13 my question is about are they using
14 regressions with labor shares as the
15 dependent variable.
16         Are you putting the Monks
17 2013 article in that category?
18     A.  I am putting it in the
19 category that I am confident that
20 Monks -- that this article used labor
21 share as the dependent variable, the
22 variable of interest, the variable of
23 study.  But what I am hesitant to say by
24 memory, sitting here, is whether an

Page 493

1  econometric model was used or, instead,
2  whether the authors used what we would
3  refer to as a before/after approach,
4  which is fairly common in these -- in
5  these articles.
6          So what I -- what I think we
7  are going back and forth on is whether it
8  was a regression to isolate the effect of
9  the change in the -- in the labor
10 restriction or whether the author was
11 content to use before/after or to use a
12 benchmark.
13     Q.  I am not going back and
14 forth on that.  My only question --
15 questions are about regressions --
16     A.  Sure.
17     Q.  -- or econometric analysis,
18 not a before-and-after analysis.
19     A.  Sure.
20     Q.  You can exclude
21 before-and-after analyses from your
22 measures.
23     A.  Oh, but here is the problem,
24 is that by memory -- I am quoting the

Page 494

1  passages of where they are using either
2  before-and-after analyses or benchmarks.
3  And you are asking me did they use a
4  regression analysis in addition?
5      Q.  Yes, I am.
6      A.  For certain of those, I can
7  remember distinctly.  I remember -- I
8  remember in the Sully [sic] article that
9  there were regression analyses used.
10     Q.  In the Scully.
11     A.  In the Autor author -- in
12 the Autor paper, I remember distinctly
13 that regressions were used.
14         But sitting here by memory,
15 I am hard-pressed to tell you that I know
16 with certainty that based on my memory
17 and the way that I have characterized the
18 article that in addition to a
19 before/after analysis or in addition to a
20 benchmark analysis, the author also used
21 a regression.  I just -- I don't have
22 that sort of recall.
23     Q.  Okay.  So just to boil it
24 down, you don't recall which articles

Page 651

1  ACKNOWLEDGEMENT OF DEPONENT
2  I, _____, do
3  hereby certify that I have read the
4  foregoing pages, 338-652 PGS, and that
5  the same is a correct transcription of
6  the answers given by me to the questions
7  therein propounded, except for the
8  correction or changes in form or
9  substance, if any, noted in the attached
10 Errata Sheet.
11
12 _____
    HAL J. SINGER, Ph.D.        DATE
13
14
15
16
17 Subscribed and sworn
18 to before me this
19 _____ day of _____, 20_____.
20 My commission expires:
21 _____.
22
23 _____
   Notary Public
24

Page 652

1       LAWYER'S NOTES
2  PAGE  LINE
3  ____  ____ _____
4  ____  ____ _____
5  ____  ____ _____
6  ____  ____ _____
7  ____  ____ _____
8  ____  ____ _____
9  ____  ____ _____
10 ____  ____ _____
11 ____  ____ _____
12 ____  ____ _____
13 ____  ____ _____
14 ____  ____ _____
15 ____  ____ _____
16 ____  ____ _____
17 ____  ____ _____
18 ____  ____ _____
19 ____  ____ _____
20 ____  ____ _____
21 ____  ____ _____
22 ____  ____ _____
23 ____  ____ _____
24 ____  ____ _____

