# EXHIBIT 40
Wage Share Article Summaries

| Article or Book Cited | Uses Wage Share to Infer Existence of Monopsony Power | Uses Wage Share as Dependent Variable in a Regression | Analyzes Monopsony | Analyzes Effect on Compensation | Analyzes Monopoly | Uses Actual Compensation as Dependent Variable in a Regression | References Wage Share |
|---|---|---|---|---|---|---|---|
| David Autor, et. al. (2017) | | X | X | | X | | X |
| Simcha Barkai (2016) | | X | X | | X | | X |
| Jan De Loecker, & Jan Eeckhou (2017) | | | | | X | | X |
| Sabien Dobbelaere, & Jacques Mairesse (2013) | | | X | | X | | X |
| Michael W.L Elsby, et al. (2013) | X | | | | | | X |
| Kahn, Lawrence (2000). | | | X | X | | | X |
| Loukas Karabarbounis & Brent Neiman (2013) | X | | | | | | X |
| Alan Manning (2005) | | | X | X | | X | X |
| James Monks (2013) | | | X | X | | | X |
| Kevin Murphy & Robert Topel (2009) | | | | | | | X |
| Paul Oyer & Scott Schaefer (2011) | | | X | | | | X |
| Robert Pindyck & Daniel Rubinfeld (2013) | | | X | X | | | |
| Libby Rittenberg & Timothy Tregarthen (2009) | | | X | X | | | X |
| Rognlie, Matthew (2015) | | | | | | | X |
| Roy Ruffin & Paul Gregory (1993) | | | | | | | X |
| Gerald W.Scully (1974) | | | X | X | | X | |
| Gerald W. Scully (2004) | | | X | X | | | X |
| John Twomey & James Monks (2011) | | | X | X | | | X |
| John Vrooman (2009) | | | X | X | X | | X |
| John Vrooman (2012) | | | | | X | | X |

1

**COMPLETE BIBLIOGRAPHY**

Autor, David, David Dorn, Lawrence Katz, Christina Patterson & John Van Reenen, Concentrating on the Fall of the Labor Share, 107(5) Am. Econ. Rev.: Papers & Proceedings 180–185 (2017)

Barkai, Simcha, Declining Labor and Capital Shares 25-26 (U. of Chicago, New Working Paper Series No. 2, 2016).  Pls.' Opp. Ex. 77.

De Loecker, Jan & Jan Eeckhou, The Rise of Market Power and the Macroeconomic Implications, NBER Working Paper No. 23687 (August 2017)

Dobbelaere, Sabien & Jacques Mairesse, Panel Data Estimates of the Production Function and Product and Labor Market Imperfections, 28 J. Applied Econometrics 1, 2 (2013)

Elsby, Michael W.L, Bart Hobijn, and Aysegul Sahin, The Decline of the U.S. Labor Share, Brookings Papers on Economic Activity, 1-42 (2013)

Kahn, Lawrence, The Sports Business as a Labor Market Laboratory, 14(3) J. of Econ. Perspectives 75, 81 (2000).

Karabarbounis, Loukas & Brent Neiman, The Global Decline of the Labor Share, 129 (1) Quarterly J. of Econ., 61-103 (2013)

Manning, Alan, Monopsony in Motion: Imperfect Competition in Labor Markets (2005)

Monks, James Revenue Shares and Monopolistic Behavior in Intercollegiate Athletics, 2 (Cornell Higher Education Research Institute Working Paper 155) (2013).  Pls.' Opp. Ex. 75.

Murphy, Kevin & Robert Topel, "The Economics of NFL Team Ownership," Chicago Partners (prepared at the request of the NFLPA) (2009).  Pls.' Opp. Ex. 78.

Oyer, Paul & Scott Schaefer, Personnel Economics: Hiring and Incentives, in, IV The Handbook of Labor Econ., Ch. 20, Orley Ashenfelter & David Card eds. (2011)

Pindyck, Robert & Daniel Rubinfeld, Microeconomics 549 (8th ed. 2013)

Rittenberg, Libby & Timothy Tregarthen, Principles of Microeconomics 356 (2009)

Rognlie, Matthew, Deciphering the Fall and Rise in the Net Capital Share: Accumulation or Scarcity?, Brookings Papers on Economic Activity 1-69 (2015)

Ruffin, Roy & Paul Gregory, Principles of Microeconomics 331-36 (5th ed. 1993)

Scully, Gerald W.  Pay and Performance in Major League Baseball, 64(6) The American Economic Review 915 (1974).  Pls.' Opp. Ex. 72.

Scully, Gerald W., Player Salary Share and the Distribution of Player Earnings, 25(2) Managerial & Decision Econ. 77 (2004).  Pls.' Opp. Ex. 73.

Twomey, John & James Monks, Monopsony and Salary Suppression: The Case of Major League Soccer in the United States, 56(1) The Am. Economist 20 (2011).  Pls.' Opp. Ex. 74.

Vrooman, John, Theory of the Perfect Game:  Competitive Balance in Monopoly Sports Leagues, 34(1) Rev. of Indus. Orgs. 5, 42 (2009)

Vrooman, John, The Economic Structure of the NFL, in The Economics of the National Football League: The State of the Art, 22, 29 (2012).