# EXHIBIT 41

Redacted Excerpts of 30(b)(6) Deposition of Ike Lawrence Epstein on Fighter Compensation

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON      )
FITCH, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
            Plaintiffs,          )
                                )
        vs.                     )   Case No.
                                )   2:15-cv-01045-RFB-(PAL)
                                )
ZUFFA, LLC, d/b/a Ultimate      )
Fighting Championship and       )
UFC,                            )
                                )
            Defendant.           )
_____)


HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF IKE LAWRENCE EPSTEIN

LAS VEGAS, NEVADA

AUGUST 15, 2017

9:32 A.M.


REPORTED BY:
MICHELLE R. FERREYRA, CCR No. 876
JOB NO. 51651



78

79

```
10        MR. WIDNELL:  I just want to object quickly.
11   I don't believe -- or we do not believe that those are
12   within the scope that the witness should have to be
13   able to answer about the compensation of each and
14   individual fighter after each and every individual
15   fight.
16        You do have that information.  We have
17   provided it.  I want to make clear that you can answer
18   those questions simply by looking at the data that we
19   have produced.  But I -- I do want to make it clear
20   that we don't think it's appropriate to -- or within
21   the scope to expect the witness to be able to answer,
22   you know, has this scenario ever happened and have that
23   kind of encyclopedic knowledge about each and every
24   individual fighter's compensation.
25        MR. RAYHILL:  So, first of all, I haven't
     asked him about individual fighter's compensation.
```

21 (Pages 78 to 81)





```
 3        Q.  Okay.  I'm finished with that document.
 4    Thank you.
 5              (Exhibit 5 marked.)
 6    BY MR. RAYHILL:
 7        Q.  You have been handed what's been marked as
 8    Exhibit No. 5.  It has the Bates No. ZFL-2602942.  Let
 9    me know when you've had a chance to look it over.
10        A.  All right.  I have reviewed it.
11        Q.  Can you tell me what this document is?
12        A.  I don't recall ever seeing it before.
13        Q.  So I will represent that the document is an
14    e-mail at the bottom between Tara Connell and John
15    Mulkey.  Can you tell me who Tara Connell is?
16        A.  Tara Connell was a woman who worked in our
17    finance team as a financial analyst.
18        Q.  Okay.  And John Mulkey?
19        A.  Was our former CFO.
20        Q.  Very good.  Thank you.
21            And then later on in the next e-mail and
22    subsequent series of e-mails, Mr. Mulkey forwards the
23    e-mail to Brent Richard.  Do you know who Brent Richard
24    is?
25        A.  I do.  Brent Richard was a -- I guess I would
```

23 (Pages 86 to 89)