# EXHIBIT 44
Excerpts of Deposition of Dr. Andrew Zimbalist

Confidential

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

- - - - - - - - - - - - - - - - - - - - - x

CUNG LE, NATHAN QUARRY, JOHN FITCH,
BRANDON VERA, LUIS JAVIER VAZQUEZ,
and KYLE KINGSBURY, on behalf of
themselves and all others similarly
situated,

       Plaintiffs,
                        Case No.
  -against-     2:15-cv-01045-RFB(PAL)

ZUFFA, LLC, d/b/a ULTIMATE FIGHTING
CHAMPIONSHIP and UFC,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - x

   H I G H L Y   C O N F I D E N T I A L

     Videotaped oral deposition of
ANDREW ZIMBALIST, Ph.D., taken pursuant
to notice, was held at the law offices
of Cohen Millstein, 88 Pine Street, New
York, New York, commencing January 26,
2018, 10:13 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

                - - -

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866) 624-6221



Confidential

Page 74

1      A. Zimbalist - Confidential
2      Q.  But it sounded like you said that
3  that was wrong because of --
4      A.  The way you presented the case is
5  you were introducing increases in two inputs.
6      Q.  So if you are introducing increases
7  in two inputs, then, effectively, you are not
8  getting a measure of MRP?
9          MR. CRAMER:  Objection to form.
10      Q.  How would you get MRP in this
11  scenario?  What else would you need in the
12  scenario I just gave to you determine MRP?
13          MR. CRAMER:  Objection to form.
14      A.  No, I didn't say you needed
15  anything else.
16          I'm saying, the way you formulated
17  the question is you took two inputs and you
18  increased them both and you told me the
19  outcome was $30, right?
20          I'm saying, if you said that there
21  was wool hanging around and there was a
22  machine, spinning machine hanging around and
23  hired another worker and that worker produced
24  a value of $30, then that worker has added
25  $10 of value to the production stream,

Page 75

1      A. Zimbalist - Confidential
2  started with 20 and went to 30.
3      Q.  Because you already have the wool
4  hanging around.  I see.
5          Does MRP in any way depend on
6  whether I could hire other workers at
7  different prices?
8      A.  So I think I need a little more
9  from you to answer that question.  You are
10  asking -- you want to know the marginal
11  revenue product of worker 1 and we can
12  establish if you hire worker 1, they will
13  produce a value of $20 and you are asking me
14  whether I would have a different conclusion
15  about the MRP of worker 1 if there was a
16  worker 2 who could add $25.
17          The answer is no, it doesn't depend
18  on worker 2.
19      Q.  So let's change the scenario.
20  Let's say that I have worker 1 who can do it
21  for free or worker 2 who wants $10.
22          Does that effect MRP or how you
23  think about MRP in any way?
24      A.  No.
25      Q.  And in a perfectly competitive

Page 76

1      A. Zimbalist - Confidential
2  world, what should the worker get in the
3  scenario where there is wool hanging around
4  and the worker comes in and produces $30
5  worth of yarn?
6      A.  $10.
7      Q.  Why does it matter whether there is
8  wool hanging around and the spinning machine
9  hanging around?
10      A.  Well, you haven't increased your
11  provision of inputs in that case.
12          I'm saying, in terms of -- in terms
13  of identifying what the marginal revenue
14  product is, you have to hold all of the other
15  inputs constant and increase the amount of
16  labor.
17      Q.  Okay.
18      A.  Then what you did in your first
19  example is you increased two inputs together.
20      Q.  Let's assume that before the worker
21  comes, I had a worker that was already doing
22  exactly the same thing.
23      A.  Okay.
24      Q.  Is that worker's MRP the same?
25      A.  I need more information.  You said

Page 77

1      A. Zimbalist - Confidential
2  doing the same thing, so you had $20 worth of
3  wool sitting around and you have a spinning
4  machine --
5      Q.  Let's say --
6          MR. CRAMER:  Were you done with
7      your answer?
8      Q.  I was trying to clarify.
9      A.  Yeah.
10      Q.  Let's say I have wool hanging
11  around, I have a worker who takes the wool
12  each day and turns it into yarn and then
13  another worker, I convince another worker to
14  come in and do the same thing.
15          In that world, is the MRP for both
16  workers the same?
17          MR. CRAMER:  Objection to form.
18          You may answer, if you can.
19      A.  You are saying each worker.
20  Normally, what you assume is if you hold
21  these other inputs constant, as you add more
22  workers, they have a diminishing marginal
23  revenue product.  You are saying that's not
24  true, they both produce exactly the same,
25  then their MRP is the same.



Page 78

1     A. Zimbalist - Confidential
2    Q.  If I was looking at MRP of labor
3 for the firm as a whole, that should be
4 whatever, 10 plus 10, $20, is that right?
5    A.  If there are no diminishing returns
6 -- the physical product is not declining and
7 the price is staying the same, right?
8    Q.  Yeah.
9    A.  Of the output, then you would add
10 up the combined -- add up the marginal
11 revenue product of the 10 workers in order to
12 know what the combined increment to value
13 that was being produced by these 10 workers.
14    Q.  Let's go back to my question
15 because I am bad at math.  Let's say one of
16 them now is making $30 worth of yarn and one
17 of them is making $40 worth of yarn, okay, so
18 the marginal revenue product of the first
19 worker is -- that's making $30 worth is
20 making 10, is that right?
21    A.  Yes.
22    Q.  And the revenue marginal product
23 making $40 of worth of yarn is now 20?
24       MR. CRAMER:  Objection to form,
25    incomplete hypothetical.

Page 79

1     A. Zimbalist - Confidential
2       Are we holding all else constant?
3    Q.  All else constant.
4    A.  That sounds right.
5    Q.  And the collective marginal revenue
6 product of labor for my workers as a whole is
7 $30, is that right?
8    A.  Yes.
9    Q.  That's not how the real world
10 works, right, there are lots of other
11 complicating factors?
12       MR. CRAMER:  Objection to form.
13    A.  I believe so.
14    Q.  And it's fair to say that most
15 industries are not perfectly competitive, is
16 that true?
17    A.  Yes.
18    Q.  So most, in the scenario I gave, in
19 the real world, workers generally wouldn't be
20 getting all of the MRP, is that right?
21    A.  So to make sure I'm understanding
22 you, you are saying that in the real world,
23 the economist's model of a perfectly
24 competitive industry doesn't usually obtain,
25 sometimes it does, but usually it doesn't,

Page 80

1     A. Zimbalist - Confidential
2 and because there is a modicum of pricing
3 power that a firm might have in an industry,
4 that as a result of that, they also have
5 modicum of monopsony power and because of
6 that, the worker will not get paid his or her
7 marginal revenue product, is that what you
8 are saying?
9    Q.  Let's start with that question.
10    A.  So I think it's very difficult to
11 answer.  I think that it's possible for there
12 to be a modicum of pricing power in the
13 product market and to have very close to a
14 competitive labor market and an outcome where
15 workers, on average, are getting paid roughly
16 their marginal revenue product, it's very
17 possible that could happen.
18       It's also a concept or it's a
19 scenario that's very hard to test, very hard
20 to test empirically because economists
21 haven't identified a satisfactory way to
22 directly measure marginal revenue product in
23 most cases, most industries.
24    Q.  Now, you said that there might be a
25 difference between what the worker gets paid

Page 81

1     A. Zimbalist - Confidential
2 and the worker's marginal revenue product
3 that would be attributable to some modicum of
4 monopsony power, is that right?
5    A.  It's possible, yes.
6    Q.  Are there other explanations for
7 why a worker might not get paid MRP, other
8 than the exercise of monopsony power?
9    A.  Yes.
10    Q.  Can you give me an example?
11    A.  You can have a repressive State
12 Government that outlaws collective
13 bargaining, outlaws minimum wages, outlaws
14 other provisions for protecting the workforce
15 and that would be an outcome where you don't
16 get full payment of marginal revenue product.
17       There have been some studies in the
18 economics literature that find that the
19 reduction in the level of unionization can
20 contribute to workers being paid below their
21 marginal revenue product.
22    Q.  When you have a union, if it
23 represents all of the workers, is the union
24 obtaining a competitive salary or is it
25 obtaining a salary that's based off of the



Page 82

A. Zimbalist - Confidential

```
 1          A.  Zimbalist - Confidential
 2     exercise of monopoly power?
 3          MR. CRAMER:  Objection to form,
 4       incomplete hypothetical.
 5          Q.  All else being equal.
 6          MR. CRAMER:  Same objection.
 7          A.  I think unionization, you often
 8     model that in terms of bilateral monopolies,
 9     bargaining power on both sides of the fence.
10          You are asking me that unions who
11     -- so we are talking about union shops which
12     we don't always have because there are right
13     to work laws, too.  You are talking about
14     union shops that represent all of the
15     workers, that is it possible that a union has
16     so much power that they will force the wage
17     rate above the marginal revenue product, is
18     that what you are asking me?
19          Q.  I'm asking if they're powerful
20     enough that they exercise market power in the
21     price that they set for labor?
22          MR. CRAMER:  Objection to form,
23       incomplete hypothetical.
24          A.  So market power is defined in terms
25     of affecting the price for your service and
```

Page 83

```
 1          A.  Zimbalist - Confidential
 2     the unions have the ability to do that, the
 3     answer is yes.
 4          Q.  So, for instance, if a union can
 5     call a strike and stop work for all workers
 6     for an employer, that would give the union
 7     the ability to exercise market power, is that
 8     right?
 9          MR. CRAMER:  Objection to form,
10       incomplete hypothetical.
11          A.  Unions could, presumably use a
12     variety of tactics to ensure that the wage
13     rate was closer to the marginal revenue
14     product and striking is one potential tactic
15     they could use.
16          Q.  Could they ensure that the wage
17     rate was greater than the marginal revenue
18     product?
19          MR. CRAMER:  Objection to form,
20       incomplete hypothetical.
21          A.  I think that companies would be in
22     deep trouble if they followed a practice of
23     paying workers more than their marginal
24     revenue product.
25          Is it possible that a company can
```

Page 84

```
 1          A.  Zimbalist - Confidential
 2     make an error and for a time period before
 3     they went out of business, do that, yes, it's
 4     possible.
 5          Q.  Is it possible that unions could
 6     obtain a wage rate that's above the marginal
 7     revenue product for some members of the
 8     union?
 9          MR. CRAMER:  Objection to form,
10       incomplete hypothetical.
11          A.  You are asking me if it's possible,
12     not if it's sustainable, but if it's possible
13     for that to happen for a period of time, yes,
14     is that what you are asking me?
15          Q.  Yes.
16          A.  Yes, it's possible.
17          Q.  Have you, in your own work,
18     encountered a situation where you have seen
19     that?
20          A.  I did some estimates on the
21     marginal revenue product and salary paid to
22     major league baseball players looking at
23     three different categories of major league
24     baseball players.  I did that in the early
25     1990s and my recollection is that looking at
```

Page 85

```
 1          A.  Zimbalist - Confidential
 2     free agents, that at least there was some
 3     evidence for some years that they were paid
 4     above their marginal revenue product.  That's
 5     my recollection.
 6          Q.  But I think you said companies
 7     would be in trouble if they paid all of their
 8     workers more than the marginal revenue
 9     product.
10          Why is that?
11          A.  Well, what would happen in that
12     case, and assuming the other factors of
13     production were receiving a fair compensation
14     for their contribution is that the company
15     would lose money.
16          Q.  But that's not what you observed in
17     major league baseball, is that right?  You
18     didn't observe all workers making more or all
19     athletes making more than their marginal
20     revenue product, correct?
21          A.  Correct.  Arbitration eligible
22     players were paid somewhat below their
23     marginal revenue product if I recall
24     correctly and prearbitration players
25     basically, basically players still under
```



Confidential

Page 182

```
 1
 2                  ---
 3        DEPOSITION SUPPORT INDEX
 4                  ---
 5   Direction to Witness Not to Answer
     Page Line    Page Line  Page Line
 6   None
                    ---
 7
     Request for Production of Documents
 8   Page Line    Page Line  Page Line
     None
 9
                    ---
10
     Stipulations
11   Page Line    Page Line  Page Line
     None
12                  ---
13   Questions Marked
     Page Line    Page Line  Page Line
14   None
                    ---
15
     To Be Filled In
16   Page Line    Page Line  Page Line
     None
17                  ---
18
19
20
21
22
23
24
25
```

Page 183

```
 1
 2               CERTIFICATE
 3
         I HEREBY CERTIFY that the witness,
 4   ANDREW ZIMBALIST, was duly sworn by me and
     that the deposition is a true record of the
 5   testimony given by the witness.
 6       _____
         Leslie Fagin,
 7       Registered Professional Reporter
         Dated: January 26, 2018
 8
 9
10
         (The foregoing certification of
11   this transcript does not apply to any
12   reproduction of the same by any means, unless
13   under the direct control and/or supervision
14   of the certifying reporter.)
15
16
17
18
19
20
21
22
23
24
25
```

Page 184

```
 1
 2          ACKNOWLEDGMENT OF DEPONENT
 3
           I,           , do hereby
 4   certify that I have read the foregoing pages,
     and that the same is a correct transcription
 5   of the answers given by me to the questions
     therein propounded, except for the
 6   corrections or changes in form or substance,
     if any, noted in the attached Errata Sheet.
 7
 8
 9   ANDREW ZIMBALIST            DATE
10
11   Subscribed and sworn
     to before me this
12        day of          , 2018.
13   My commission expires:
14
     Notary Public
15
16
17
18
19
20
21
22
23
24
25
```

Page 185

```
 1
 2            ------
              E R R A T A
 3            ------
     PAGE  LINE  CHANGE
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

