# EXHIBIT 46
Excerpts of Deposition of Scott Coker

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
)
       Plaintiffs, )
)
          vs. )  Case No.
) 2:15-cv-01045-RFB-(PAL)
)
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
)
       Defendant. )
_____)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

SCOTT COKER

LOS ANGELES, CALIFORNIA

AUGUST 3, 2017

9:09 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 51251

262

1     SCOTT COKER - HIGHLY CONFIDENTIAL
2  contenders in UFC after Strikeforce.
3         Do you remember that?
4     A.  Yes.
5     Q.  And I don't think I can go through the
6  entire list, but examples were Antonio Silva; is that
7  right?
8     A.  He was one.
9     Q.  Gilbert Melendez?
10    A.  Yes.
11    Q.  Alistair Overeem?
12    A.  Yes.
13    Q.  Ronda Rousey?
14    A.  Yes.
15    Q.  Luke Rockhold?
16    A.  Yes.
17    Q.  And there are others?
18    A.  Yes.
19    Q.  So do you know if like, for example,
20 Antonio Silva got paid less at the UFC than he did at
21 Strikeforce?
22    A.  I don't know.
23    Q.  Do you know if Gilbert Melendez got paid
24 less at the UFC than he did at Strikeforce?
25    A.  I'm not sure.

263

1     SCOTT COKER - HIGHLY CONFIDENTIAL
2     Q.  Do you know if Alistair Overeem got paid
3  less than he did at Strikeforce in the UFC?
4     A.  I'm not sure.
5     Q.  Do you know if Ronda Rousey got paid less
6  at the UFC than she did in Strikeforce?
7     A.  I'm sure she got more, but I'm not familiar
8  with these contracts.
9     Q.  So is it your understanding, then, that
10 some of the fighters who came from Strikeforce and
11 went to the UFC, at least some of them actually ended
12 up getting paid more at the UFC; is that right?
13    A.  Yes.
14       MR. DELL'ANGELO:  Objection to form.
15 BY MS. GRIGSBY:
16    Q.  Now, just moving on through your career now
17 as president of Bellator, are you familiar with
18 Bellator's venue contracts, its contracts with
19 different venues?
20    A.  Can you be more specific.
21    Q.  So for example, when, you know, Bellator
22 makes a contract, have an event at SAP, do you see
23 those contracts?
24    A.  I do not see the contracts.
25    Q.  Do you know -- well, have you ever signed a

264

1     SCOTT COKER - HIGHLY CONFIDENTIAL
2  contract, an agreement with a venue?
3     A.  Yes.
4     Q.  On behalf of Bellator?
5     A.  I can explain the process.
6     Q.  Sure.
7     A.  The process is, basically, we have a venue
8  staff member that goes out and find the venues, and
9  they negotiate the deal.
10       I say green light it.  Then it goes to
11 legal, and that's how it works.
12    Q.  But as president of Bellator, sometimes it
13 is your responsibility to sign the venue agreements;
14 is that right?
15    A.  Oh, yeah.  I'm not saying not sign.  But as
16 far as, you know, look through every agreement and
17 negotiate the nuances of the deal, that's where our
18 legal team steps in.
19       (Exhibit 27 was marked for
20       identification by the reporter.)
21 BY MS. GRIGSBY:
22    Q.  So I'm showing you what has been marked as
23 Exhibit 27.
24       Exhibit 27 has been Bates-stamped
25 SBPCL00000225 with the last number that should be

265

1     SCOTT COKER - HIGHLY CONFIDENTIAL
2  SBPCL00000247.
3        MR. KELLY:  Is there a question on that?
4        MS. GRIGSBY:  Yes, I do have a question.  I
5  just wanted to let him look through.
6        MR. KELLY:  Oh, okay.  Sorry.
7        MS. GRIGSBY:  You know --
8        MR. KELLY:  I didn't know if you --
9        MS. GRIGSBY:  If you want me to move it, I
10 can move it --
11       MR. DELL'ANGELO:  -- were waiting for an
12 answer.
13       MS. GRIGSBY:  -- you know.  I just didn't
14 want to jump in there before you had time to read the
15 exhibit.
16 BY MS. GRIGSBY:
17    Q.  Let's look at paragraph 15, which is on
18 SBPCL00000230.
19       Now, paragraph 15 reads:
20       "Exclusivity.  Licensor
21       understands and agrees that during
22       the 90-day period of time prior to
23       the event and for the period of time
24       extending to 45 days after the
25       event, it shall not host any other

266

SCOTT COKER - HIGHLY CONFIDENTIAL
   combat event aside from the event
   set forth herein."
   Let me just back up. Do you recognize this
document?
   A. No.
   Q. So on the last page, or the page that ends
with 234.
   A. My signature.
   Q. So that's your signature. So you were the
signatory for this contract; is that right, on behalf
of Bellator?
   A. Yes. I mean, we do have my signature stamp
on some of these documents, you know, that they're
authorized -- our legal team is authorized to sign it
on behalf of myself.
   Q. So you don't remember entering into this
contract; is that right?
   A. I can tell you, I've never read any venue
document probably ever in the history of my combat
sports promoting business.
   Q. Well, would it surprise you if venue
contracts have a provision, such as this one, where
it is exclusive and it cannot host other combat
sports during a certain window?

267

SCOTT COKER - HIGHLY CONFIDENTIAL
   MR. DELL'ANGELO: Objection to form.
   THE WITNESS: You know, I'm just not sure.
BY MS. GRIGSBY:
   Q. We'll put that one to the side.
   (Exhibit 28 was marked for
   identification by the reporter.)
BY MS. GRIGSBY:
   Q. And I'm going to hand you what has been
marked as Exhibit 28, and you might have similar
answers, but we'll see.
   A. I'll try my best.
   Q. So Exhibit 28 has been Bates-stamped
SBPCL00000324 with the ending Bates stamp of
SBPCL00000341.
       Just turning to the last page.
   A. Yes.
   Q. Is that your signature on the last page?
   A. Yes.
   Q. Do you recognize this document?
   A. No.
   Q. Do you recall entering into a site
agreement with the Chickasaw Nation at all, between
Bellator and the Chickasaw Nation?
   A. Yes. I believe this document is in

268

SCOTT COKER - HIGHLY CONFIDENTIAL
reference to our Thackerville, Oklahoma event. And
we go there, I think two or three times a year. And
I think it came up for renewal in '16, and this looks
like the extension.
       But again, the process would be, you know,
our venue staff member talking to the casino and the
host venue, and then, basically, I would green light
the terms and the conditions that they're proposing
or make changes. And then, it just goes to legal,
and that's how it operates.
   Q. Well, looking at SBPCL00000332, which is
under heading 3, subparagraph Q, it says:
       "Exclusivity. Nation understands
       and agrees that during the term, it
       shall not host any other MMA events
       aside from the event set forth
       herein."
       Is this the type of term that you would
approve?
   A. I didn't even know that was in the
agreement.
   Q. Now, would you say that Bellator is a
national promotion of MMA bouts events?
   A. Yes.

269

SCOTT COKER - HIGHLY CONFIDENTIAL
   (Exhibit 29 was marked for
   identification by the reporter.)
BY MS. GRIGSBY:
   Q. I'm handing you what has been marked as
Exhibit 29.
       Now, this is an article from SB Nation,
which is "Spike TV president: Bellator MMA on an
even footing with the UFC." MMA fighting is the
category. It's by Mark Raimondi, dated February 8th,
2015.
       Now, I just want to direct your attention
to the last page. On the last page, you're quoted as
saying:
       "There's not going to be a fighter
       on the planet. We can't afford and
       have access to."
       Do you see that?
   A. Yes, I see it.
   Q. Did you make that statement?
   A. Yes.
   Q. And do you believe it's true that there's
not going to be a fighter on the planet that Bellator
can't afford and have access to?
       MR. DELL'ANGELO: Objection to form.

68 (Pages 266 to 269)

Page 270

SCOTT COKER - HIGHLY CONFIDENTIAL

         THE WITNESS:  Let me just explain the
steps.
         So basically, it's -- access to, meaning if
they're a free agent, obviously, we have to -- we
can't just go steal fighters.  So that's maybe a
misstep on my part.
         But I believe that we will be able to
afford the fighters that are getting the top dollar
out there.
BY MS. GRIGSBY:
    Q.  So with that correction, which is there's
not going to be a free agent fighter on the planet
that we can't afford and have access to, would you
say it's true that there's not going to be a free
agent fighter that Bellator can't afford or have
access to?
         MR. DELL'ANGELO:  Objection to form.
         THE WITNESS:  I believe it's true.
         (Exhibit 30 was marked for
         identification by the reporter.)
BY MS. GRIGSBY:
    Q.  I'm handing you what has been marked as
Exhibit 32 --
         THE REPORTER:  Exhibit what?

Page 271

SCOTT COKER - HIGHLY CONFIDENTIAL
         MS. GRIGSBY:  32.  Oh, sorry.  30.
Exhibit 30.
BY MS. GRIGSBY:
    Q.  Exhibit 30 is another article from
SB Nation called "AJ McKee re-ups for multiple years.
Will remain in Bellator MMA for foreseeable future."
         Now, I just want to direct your attention
to the second page where the article starts.  The
last paragraph at the bottom.  The beginning of the
sentence reads:
         "We have many of the best
         featherweights in the world fighting
         for Bellator, and AJ has left no
         doubt in my mind that he belongs in
         that group."
         Did you make that statement?
    A.  Yes.
    Q.  And do you believe it to be true?
    A.  Yes.
    Q.  So you believe that Bellator has some of
the best featherweight fighters in the world, is that
right, fighting for Bellator?
         MR. DELL'ANGELO:  Sorry.  I'm going to just
object to the form.  Vague and ambiguous as to time.

Page 272

SCOTT COKER - HIGHLY CONFIDENTIAL
BY MS. GRIGSBY:
    Q.  So this article is dated December 21st,
2015.
         So as of December 2015, do you believe that
Bellator has or had some of the best featherweight
fighters fighting for Bellator in the world?
    A.  Yes.
    Q.  You can put that to the side.
         (Exhibit 31 was marked for
         identification by the reporter.)
BY MS. GRIGSBY:
    Q.  So I'm handing you what has been marked as
Exhibit 31, which is an article, again, from
SB Nation, which reads, "Scott Coker:  Bellator did
talk to Alistair Overeem's reps, but 'we chose' not
to make an offer."  It's dated February 16th, 2016.
         Now, I just want to direct your attention
to the third page in this article.  In the third
paragraph up from the bottom, which starts as --
through to the last one in the article.  The third
paragraph up from the bottom.  It starts with, "And
same thing with Sterling."
         Now, the last sentence in this box says:
         "There are other free agents that

Page 273

SCOTT COKER - HIGHLY CONFIDENTIAL
         are on the market that we're going
         after.  There's a lot of fighters
         out there right now."
    A.  Um-hmm.
    Q.  Did you make that statement in 2016?
    A.  Yes.
    Q.  And do you believe it to be true, that in
February 2016, there were a lot of fighters out there
on the market that Bellator could go after?
    A.  Yes.
    Q.  You can put that to the side.
         (Exhibit 32 was marked for
         identification by the reporter.)
BY MS. GRIGSBY:
    Q.  I'm handing you what has been marked as
Exhibit 32.
         Exhibit 32 is an L.A. Times article
entitled "Bellator goes after free agents as it digs
in as alternative to UFC," dated January 21st, 2017,
by Lance Pugmire.
         Now, in the article, in the third paragraph
of the second page, there's a quote from you that
says:
         "We picked up a hundred percent of

## 274

```
 1       SCOTT COKER - HIGHLY CONFIDENTIAL
 2   the guys we went after last year.
 3   It's a commitment by Spike TV and
 4   Viacom."
 5       Do you see that?
 6   A.  Yes.
 7   Q.  Did you make that statement?
 8   A.  Yes.
 9   Q.  And is it true that in last year, meaning
10   that as of January 2017, Bellator picked up a hundred
11   percent of the free agent MMA fighters that it went
12   after?
13   A.  Yes.
14       (Exhibit 33 was marked for
15       identification by the reporter.)
16   BY MS. GRIGSBY:
17   Q.  I'm handing you what has been marked as
18   Exhibit 33.
19       Now, since you've been president of
20   Bellator, have you followed the ratings that
21   Bellator's events have gotten either on free TV or on
22   pay-per-view?
23   A.  Yes.
24   Q.  Now, this article is another SB Nation
25   Bloody Elbow article entitled "Kimbo versus Shamrock
```

## 275

```
 1       SCOTT COKER - HIGHLY CONFIDENTIAL
 2   Bellator MMA (main event) averages 2.1 million
 3   viewers on Spike," dated June 22nd, 2015.
 4       Now, is it true that in June of 2015,
 5   Bellator's Kimbo Slice/Shamrock event topped
 6   2.1 million viewers on Spike?
 7   A.  Yes.
 8   Q.  And in your view, is that a sizeable
 9   audience, 2.1 million viewers, for an MMA event?
10   A.  Yes.
11       MR. DELL'ANGELO:  Objection to the form.
12       THE WITNESS:  Sorry.
13       (Exhibit 34 was marked for
14       identification by the reporter.)
15   BY MS. GRIGSBY:
16   Q.  So let's look at -- this is Exhibit 34.
17       Exhibit 34 is another production from Shark
18   Entertainment.  The first email is really a long
19   forward, but it's from David I. Schwarz at Spike TV,
20   subject:  Spike press June 22nd, 2015, Bellator 138,
21   and then, it looks like there's a forward from Scott
22   Coker at Bellator on the same date, and finally, from
23   Christian Printup to you, Scott Coker, with a cc to a
24   number of individuals on June 22nd, 2015.  Oh,
25   Christian Printup.
```

## 276

```
 1       SCOTT COKER - HIGHLY CONFIDENTIAL
 2       Do you recognize this document?
 3   A.  It looks like a document that traditionally
 4   comes to us, including myself from after an event,
 5   from the press guys at Spike TV, David Schwarz.
 6   Q.  Now, on the second page, do you see the
 7   quote:
 8       "Bellator produced an entertaining
 9       night of fights that certainly
10       brought with it more headlines and
11       media attention than its main
12       competitor, the UFC," by SB Nations.
13       Do you see that?
14   A.  Yes.
15   Q.  And that is referring to -- all these
16   quotes are referring to the Shamrock/Kimbo Slice
17   fight; is that correct?
18   A.  Yes.
19   Q.  And do you agree with SB Nation that
20   Bellator produced an entertaining night of fights
21   that brought with it more headlines and media
22   attention than its main competitor, the UFC, for the
23   Shamrock/Slice fight?
24   A.  I believe for that event, we did.
25   ///
```

## 277

```
 1       SCOTT COKER - HIGHLY CONFIDENTIAL
 2       (Exhibit 35 was marked for
 3       identification by the reporter.)
 4   BY MS. GRIGSBY:
 5   Q.  I'm showing you what has been marked as
 6   Exhibit 35, which is an SB Nation article, dated
 7   November 10, 2015 with a headline "Bellator slightly
 8   tops UFC in total viewers over the weekend."
 9       Now, do you remember the event discussed in
10   this article, which is Bellator St. Louis event in
11   November of 2015?
12   A.  Yes.
13   Q.  And do you agree that the St. Louis event
14   got better ratings than the UFC by drawing 814,000
15   viewers?
16   A.  Yes.
17   Q.  So during your time there, there have been
18   a number of times where Bellator's ratings have
19   either met or exceeded that of the UFC event during
20   the same time period; is that right?
21   A.  Yes.
22   Q.  And just to be clear, so during your time
23   at Bellator, there are a number of times when
24   Bellator's ratings have been the same or exceeded the
25   UFC?  I was just clarifying the question.
```

```
                                                298
 1
 2      STATE OF _____ )
 3                   ) :ss
 4      COUNTY OF _____ )
 5
 6
 7          I, SCOTT COKER, the witness
 8   herein, having read the foregoing
 9   testimony of the pages of this deposition,
10   do hereby certify it to be a true and
11   correct transcript, subject to the
12   corrections, if any, shown on the attached
13   page.
14
15          _____
16              SCOTT COKER
17
18
19
20   Sworn and subscribed to before
21   me, this       day of
22         , 2017.
23
24   _____
25       Notary Public
```

```
                                                299
 1
 2          CERTIFICATE OF REPORTER
 3          I, Cynthia K. DuRivage, a Certified
 4   Shorthand Reporter of the State of Nevada, do hereby
 5   certify:
 6          That the foregoing proceedings were taken
 7   before me at the time and place herein set forth;
 8   that any witnesses in the foregoing proceedings,
 9   prior to testifying, were duly sworn; that a record
10   of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; that the foregoing transcript is a true
13   record of the testimony given.
14          I further certify I am neither financially
15   interested in the action nor a relative or employee
16   of any attorney or party to this action.
17          Reading and signing by the witness was
18   requested.
19          IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated:  August 16, 2017
22
23
                  _____
24                  CYNTHIA K. DuRIVAGE
                      CCR No. 451
25
```

```
                                                300
 1              INSTRUCTIONS TO WITNESS
 2
 3      Please read your deposition over carefully
 4   and make any necessary corrections. You should state
 5   the reason in the appropriate space on the errata
 6   sheet for any corrections that are made.
 7      After doing so, please sign the errata sheet
 8   and date it.
 9      You are signing same subject to the changes
10   you have noted on the errata sheet, which will be
11   attached to your deposition.
12      It is imperative that you return the original
13   errata sheet to the deposing attorney within thirty
14   (30) days of receipt of the deposition transcript by
15   you. If you fail to do so, the deposition transcript
16   may be deemed to be accurate and may be used in court.
```

```
 1                  E R R A T A
 2
 3
 4
 5   I wish to make the following changes,
 6   for the following reasons:
 7
 8   PAGE LINE
 9   ___ ___ CHANGE:_____
10   REASON:_____
11   ___ ___ CHANGE:_____
12   REASON:_____
13   ___ ___ CHANGE:_____
14   REASON:_____
15   ___ ___ CHANGE:_____
16   REASON:_____
17   ___ ___ CHANGE: _____
18   REASON:_____
19   ___ ___ CHANGE: _____
20   REASON:_____
21
22
       _____    _____
23     WITNESS' SIGNATURE           DATE
24
25
```