# EXHIBIT 51
Lewis Carroll, "Alice's Adventures in Wonderland"

*The world's most precise replica of the world's most famous children's book!*

In 1998, Peter Zelchenko began a project for VolumeOne Publishing: to create an exact digital replica of Lewis Carroll's first edition of *Alice*. Working with the original 1865 edition and numerous other editions at the Newberry Library in Chicago, Zelchenko created a digital masterpiece in his own right, a testament to the original work of Lewis Carroll (aka Prof. Charles Dodgson) who personally directed the typography for the first *Alice*.

After much analyis, Peter then painstakingly matched letter to letter, line to line, of his new digital edition to that of the original. After weeks of toil he created an exact replica of the original! The book was added to VolumeOne's print-on-demand offering. While a PDF version is offered on various portals of the Net, BookVirtual took the project to heart and added its interface designs and programming. Welcome to the world's most precise all-digital replica of the world's most famous children's book. Thank you, Peter.

BookVirtual™

Books made Virtual. Books made well.

www.bookvirtual.com



# ALICE'S
## Adventures in Wonderland

BY LEWIS CARROLL         ILLUSTRATED BY JOHN TENNIEL

NAVIGATE ▲

CONTROL ▲

CLOSE THE BOOK ◀◀

TURN THE PAGE ▶

RABBIT-HOLE.   1

# ALICE'S ADVENTURES

# IN WONDERLAND



# ALICE'S ADVENTURES

# IN WONDERLAND

BY

LEWIS CARROLL

*WITH FORTY-TWO ILLUSTRATIONS*

*BY JOHN TENNIEL*

VolumeOne Publishing

Chicago, Illinois   1998

A BookVirtual Digital Edition, v.1.2

November, 2000

Digital Interface by BookVirtual Corp. U.S. Patent Pending. 2000 All Rights Reserved.



First published in 1865
by Macmillan & Co., London
Released 1866 by D. Appleton & Co., New York

For information
about VolumeOne and unit-run printing, contact:
Peter Zelchenko (pete@chinet.com)
1757 W. Augusta Blvd.
Chicago, IL 60622-3209 USA
(312) 733-2473

The text of this book was originally entered as an online etext
for Project Gutenberg,™ and was subsequently prepared
for print publishing by the VolumeOne staff. VolumeOne is
grateful to Project Gutenberg for its contribution to
this work. VolumeOne holds harmless and indemnifies Project
Gutenberg of any liability arising from the use of
their text in this printed embodiment.

Text from Project Gutenberg
"Alice in Wonderland" (March, 1994 edition).
For more information on Project Gutenberg, contact:
Project Gutenberg, Michael S. Hart (hart@vmd.cso.uiuc.edu)
P.O. Box 2782, Champaign, IL 61820

Digital interface by BookVirtual Corporation. U.S. Patents
Pending. © 2000 by BookVirtual Corp. All rights reserved.
www.bookvirtual.com

All in the golden afternoon
   Full leisurely we glide;
For both our oars, with little skill,
   By little arms are plied,
While little hands make vain pretence
   Our wanderings to guide.

Ah, cruel Three! In such an hour,
   Beneath such dreamy weather,
To beg a tale of breath too weak
   To stir the tiniest feather!
Yet what can one poor voice avail
   Against three tongues together?

Case 2:15-cv-01045-RFB-BNW Document 551-17 Filed 05/07/18 Page 7 of 10

Alice was just beginning to think to herself, "Now, what am I to do with this creature when I get it home?" when it grunted again,



so violently, that she looked down into its face in some alarm. This time there could be *no* mistake about it: it was neither more nor less than a pig, and she felt that it would be quite absurd for her to carry it any further.

So she set the little creature down, and felt quite relieved to see it trot away quietly into the wood. "If it had grown up," she said to herself, "it would have made a dreadfully ugly child: but it makes rather a handsome pig, I think." And she began thinking over other children she knew, who

might do very well as pigs, and was just saying to herself, "if one only knew the right way to change them——" when she was a little startled by seeing the Cheshire Cat sitting on a bough of a tree a few yards off.

The Cat only grinned when it saw Alice. It looked goodnatured, she thought: still it had *very* long claws and a great many teeth, so she felt it ought to be treated with respect.

"Cheshire Puss," she began, rather timidly, as she did not at all know whether it would like the name: however, it only grinned a little wider. "Come, it's pleased so far," thought Alice, and she went on, "Would you tell me, please, which way I ought to walk from here?"

"That depends a good deal on where you want to get to," said the Cat.

"I don't much care where——" said Alice.

"Then it doesn't matter which way you walk," said the Cat.

"——so long as I get *somewhere*," Alice added as an explanation.

Case 2:15-cv-01045-RFB-BNW   Document 551-17   Filed 05/07/18   Page 8 of 10

"Oh, you're sure to do that," said the Cat, "if you only walk long enough."

Alice felt that this could not be denied, so she tried another question. "What sort of people live about here?"

"In *that* direction," the Cat said, waving its right paw round, "lives a Hatter: and in *that* direction," waving the other paw, "lives a March Hare. Visit either you like: they're both mad."

"But I don't want to go among mad people," Alice remarked.

"Oh, you can't help that," said the Cat: "we're all mad here. I'm mad. You're mad."

"How do you know I'm mad?" said Alice.

"You must be," said the Cat, "or you wouldn't have come here."

Alice didn't think that proved it at all; however, she went on: "And how do you know that you're mad?"

"To begin with," said the Cat, "a dog's not mad. You grant that?"

"I suppose so," said Alice.



"Well, then," the Cat went on, "you see a dog growls when it's angry, and wags its tail when it's pleased. Now *I* growl when I'm pleased, and wag my tail when I'm angry. Therefore I'm mad."

"*I* call it purring, not growling," said Alice.

"Call it what you like," said the Cat. "Do you

Case 2:15-cv-01045-RFB-BNW   Document 551-17   Filed 05/07/18   Page 9 of 10

play croquet with the Queen to day?"

"I should like it very much," said Alice, "but I haven't been invited yet."

"You'll see me there," said the Cat, and vanished.

Alice was not much surprised at this, she was getting so used to queer things happening. While she was looking at the place where it had been, it suddenly appeared again.

"By-the-bye, what became of the baby?" said the Cat. "I'd nearly forgotten to ask."

"It turned into a pig," Alice answered very quietly, just as if the Cat had come back in a natural way.

"I thought it would," said the Cat, and vanished again.

Alice waited a little, half expecting to see it again, but it did not appear, and after a minute or two she walked on in the direction in which the March Hare was said to live. "I've seen hatters before," she said to herself: "the March Hare will be much the most interesting, and



perhaps as this is May it won't be raving mad— at least not so mad as it was in March." As she said this, she looked up, and there was the Cat again, sitting on a branch of a tree.

"Did you say pig, or fig?" said the Cat.

"I said pig," replied Alice; "and I wish you wouldn't keep appearing and vanishing so suddenly: you make one quite giddy."

"All right," said the Cat; and this time it vanished quite slowly, beginning with the end of the tail, and ending with the grin, which remained some time after the rest of it had gone.

## COLOPHON

*This first true typographically accurate replica of the original Macmillan edition was produced in Chicago by the staff of VolumeOne. Type was set exclusively in Monotype Modern with only slight adjustments to the set. Monotype Modern, known in metal as Modern Extended, was originally adapted from 19th century types designed by British foundry Miller & Richard. It represents not only the nearest known PostScript match to the original type used for this book, but also is probably the only truly authoritative example of the standard English modern to survive to PostScript.*

*Generous help was rendered by Paul Gehl and the staff of the Newberry Library, Chicago, which possesses one of the world's 19 remaining first issues of the book, along with many other important book arts resources. Additional help was given by Bill Davis and the Monotype Typography staff, Gerald Giampa of Lanston Type Foundry, Freda Sack and David Quay of London, and William Sosin Design.*

*This book is also unique in that it is the first classic work available for instant distribute-and-print publication across the Internet. The book can be requested, transmitted in its entirety over the Internet, printed and bound in less than 15 minutes. Visit www.volumeone.net for details.*

## COLOPHON

*The BookVirtual edition*

*This BookVirtual edition of Alice in Wonderland is not only absolutely true to the typesetting of the original Macmillan edition, but uses the same VolumeOne digital files as its 1998 replica. In this sense we are true to the first digital edition, too.*

*We are proud to work with VolumeOne in producing this edition. More details on the efforts of BookVirtual Corporation can be found at www.bookvirtual.com.*

*Patrick Ames*
*November, 2000*