Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:   (215) 875-3000
Facsimile:    (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

*(Additional counsel appear on signature page)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br><br>**DECLARATION OF ERIC L. CRAMER, ESQ.** |

1   I, Eric L. Cramer, Esq., declare and state as follows:

2   1.      I am a managing shareholder of Berger & Montague, P.C., one of the Court appointed

3   Interim Co-Lead Counsel for the proposed Classes and an attorney for Individual and

4   Representative Plaintiffs. I am a member in good standing of the State Bars of Pennsylvania and

5   New York, and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have

6   personal knowledge of the facts stated in this Declaration. If called as a witness, I could and

7   would testify competently to them.

8   2.      I make this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion for

9   Class Certification.

10  3.      Plaintiffs refer to this Declaration as "CD3" to distinguish it from (a) the Cramer

11  Declaration, dated April 6, 2018, ECF No. 534-1, submitted in conjunction with Plaintiffs'

12  *Daubert* Oppositions, ECF Nos. 534 and 535, which Plaintiffs refer to as "CD2," and (b) the

13  Cramer Declaration, dated February 16, 2018, ECF No. 518-1, submitted in conjunction with

14  Plaintiffs' Motion for Class Certification, ECF No. 518, which Plaintiffs refer to as "CD1" or

15  "CD."[1]

16  4.      Attached as Exhibit 86 is a true and correct copy of the Second Supplemental Reply

17  Report of Hal J. Singer, Ph.D. (May 28, 2018) (referred to in Plaintiffs' papers as "SR4").

18  5.      Attached as Exhibit 87 is a true and correct copy of excerpts from the first deposition of

19  Plaintiffs' expert economist Hal J. Singer, Ph.D., taken in this matter on September 27, 2017.

20  6.      Attached as Exhibit 88 is a true and correct copy of excerpts from the second day of the

21  deposition of Zuffa's economist Robert H. Topel, taken in this matter on December 5-6, 2017.

22  7.      Attached as Exhibit 89 is a printout from the website of the Sports Business Daily. The

23  printout contains a May 2, 2018 article titled "Fighter Files NLRB Claim Against UFC Around

---

26  [1] In compliance with LR IA 10-3(a), and to reduce duplication of exhibits between Plaintiffs' and
27  Defendant's filings, Plaintiffs' briefs refer to exhibits from the parties' previous filings that are
    part of the court record. For clarity, Plaintiffs have started their Exhibit numbering where the
    prior Cramer Declaration ("CD2"), ECF No. 534-1 (Apr. 6, 2018) left off. Exhibits 87 and 88
28  contain additional excerpts that were not included in Exhibits 52 and 57 respectively.

2

**DECLARATION OF ERIC L. CRAMER, ESQ.**

Union Effort" authored by Liz Mullen, *available at*

https://www.sportsbusinessdaily.com/Daily/Closing-Bell/2018/05/02/UFC.aspx.


     I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. This Declaration was executed in Philadelphia, Pennsylvania on May 30, 2018.


                                       /s/ *Eric L. Cramer*
                                            Eric L. Cramer

**DECLARATION OF ERIC L. CRAMER, ESQ.**