# Exhibit 86

Second Supplemental Reply Report of Hal J. Singer, Ph.D.
(May 28, 2018)

FILED UNDER SEAL

**FILED UNDER SEAL**