# Exhibit 89

Liz Mullen, *Fighter Files NLRB Claim Against UFC Around Union Effort*, SPORTS BUSINESS DAILY (May 2, 2018), *available at* https://www.sportsbusinessdaily.com/Daily/Closing-Bell/2018/05/02/UFC.aspx



# Fighter Files NLRB Claim Against UFC Around Union Effort

By Liz Mullen, Staff Writer
May 2, 2018

MMA fighter **Leslie Smith**, who is leading an effort to unionize UFC fighters, today filed an unfair labor practices charge against the UFC with the National Labor Relations Board. The charge, filed in the NLRB's Philadelphia office, alleges that the UFC violated certain sections of the National Labor Relations Act by taking adverse action against Smith for engaging in union organizing, which is a protected activity, under federal law. Smith launched "Project Spearhead" in February and was terminated by the UFC on April 20, shortly after the last fight on her contract was canceled due to her opponent not making weight. UFC had no comment on the news.