Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:    (215) 875-3000
Facsimile:    (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Brandon Vera, and Kyle Kingsbury*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045 RFB-(PAL) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |
| vs. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

1  Pending before this Court is Plaintiffs' Motion for Leave to Lodge Materials Under Seal re
2  Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification. Having considered the
3  papers submitted, the Court hereby **ORDERS**:
4  Plaintiffs' motion is **GRANTED**.

6  **IT IS SO ORDERED:**

7  _____
8  United States District Court Judge
   Dated: _____