WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF STACEY K. GRIGSBY IN SUPPORT OF DEFENDANT ZUFFA, LLC'S MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS AND RELATED MATERIALS (ECF NO. 554)** |

I, Stacey K. Grigsby, declare as follows:

1. I am a member in good standing of the bar of the District of Columbia and the bar of the State of New York. I am admitted *pro hac vice* to practice before this Court. I am a Partner in the law firm Boies Schiller Flexner LLP ("BSF"), counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-PAL.

2. I make this declaration in support of Zuffa's Motion to Seal Plaintiffs' Reply in Support of Plaintiffs' Motion to Certify class and Related Materials (ECF No. 554) ("Motion to Seal"). Based on my review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

3. Certain portions of expert deposition testimony and expert reports that Zuffa seeks to file under seal contain highly confidential third-party financial information that has been designated highly confidential under the Revised Stipulation and Protective Order. ECF No. 217.

4. In addition, certain portions of expert deposition testimony and expert reports that Zuffa seeks to file under seal contain commercially sensitive terms, trade secrets, business strategies and specific financial information regarding Zuffa's contracts with athletes, including payment terms.

5. Certain portions of documents and deposition testimony that Zuffa seeks to file under seal also contain the highly-sensitive information specified in paragraphs 3 and 4 above.

6. With respect to the Zuffa's confidential, commercially sensitive, and trade secret information referenced above, it is my understanding that Zuffa treats its agreements with athletes, as well as payments made as a result of those agreements, as confidential trade secret information. Disclosure of this information and business intelligence, which includes specific contractual terms, financial payments, benefits, and obligations negotiated with athletes and other business partners, could provide competitors with unfair and damaging insights into Zuffa's business practices, including providing those competitors with unearned competitive advantages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 4th day of June, 2018 in San Francisco, CA

                                                *s/ Stacey K. Grigsby*
                                                    Stacey K. Grigsby

GRIGSBY DECL. ISO ZUFFA'S MOT. TO SEAL.         Case No.: 2:15-cv-01045-RFB-(PAL)
PLS' REPLY ISO MOT TO CERTIFY CLASS