Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA'S MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION (ECF NO. 557)** |

I, Kevin E. Rayhill, declare and state as follows:

1. I am an attorney at the Joseph Saveri Law Firm, Inc., Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs. I am a member in good standing of the State Bar of California, and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this Declaration in support of Plaintiffs' Opposition to Defendant Zuffa, LLC's Motion to Seal Portions of Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification and Related Materials (the "Opposition").

3. Attached hereto as Exhibit 1 is a chart I created entitled "Zuffa's Requests to Seal and Corresponding Text from Plaintiffs' Reply." The chart contains four columns. The first column lists the page in Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification (ECF No. 554, the "Reply") where Zuffa's proposed redaction is located (or in the case of the three Exhibits that Zuffa proposes to redact, the name of the Exhibit). The second column contains each of Zuffa's justifications for the requests to seal in their Motion to Seal Plaintiffs' reply in Support of Plaintiffs Motion to Certify Class and Related Materials (ECF No. 557, the "Motion to Seal"). The Motion to Seal included four tables that referred to different justifications for sealing: "Table 1: Highly Sensitive Zuffa Financial Information," "Table 2: Highly Sensitive Zuffa Trade Secret Business and Internal Strategy Information," "Table 3: Highly Sensitive Zuffa Trade Secret Contractual Policies and Contractual Clauses," and "Table 4: Highly-Sensitive Third-Party Information." Some proposed redactions are contained in more than one table. For simplicity's sake, I have organized Exhibit 1 by reference to the page in the Reply which contains each proposed redaction, so that the proposed redactions appear in the order they appear in the Reply. I have identified the table each justification is taken from, so that it is clear where in the Motion to Seal the justification is located. The third column in Exhibit 1 contains the actual text from the Reply that Zuffa proposes to seal. I have attempted to make these portions inclusive enough to indicate the context of the proposed redaction. The proposed redactions are indicated by underlining, similar to the quoted portions in the Opposition Brief. The fourth column contains a brief recitation of the reasons Plaintiffs believe the text should not be sealed.

4. Attached hereto as Exhibit 2 is a true and correct copy of an article entitled "What investors are being told about UFC revenues," written by John S. Nash and published on the Bloody Elbow website on October 20, 2015. This article was downloaded from the internet at my direction on June 14, 2018, and is available for download at https://www.bloodyelbow.com/2015/10/20/9547333/what-deutsche-bank-moodys-and-standard-poors-tell-us-about-the-ufc.

5. Attached hereto as Exhibit 3 is a true and correct copy of an article entitled "Dana White: 'Wanderlei Silva was paid $9.7 million' by the UFC," written by Nate Wilcox and published on the Bloody Elbow website on September 27, 2014. This article was downloaded from the internet at my direction on June 18, 2018, and is available for download at https://www.bloodyelbow.com/2014/9/27/6853837/dana-white-wanderlei-silva-was-paid-9-7-million-by-the-ufc.

6. Attached hereto as Exhibit 4 is a true and correct copy of a list of major baseball players' salaries. This list was downloaded from the internet at my direction on June 18, 2008, and is available for download at https://www.usatoday.com/sports/mlb/salaries/.

7. Attached hereto as Exhibit 5 is a true and correct copy of an article entitled "The Business of baseball," published on the Forbes.com website. This article was downloaded from the internet at my direction on June 18, 2018, and is available for download at https://www.forbes.com/mlb-valuations/list/#tab:overall.

8. Attached hereto as Exhibit 6 is a true and correct copy of an article entitled "UFC's Dana White: 'Insane' If You Don't Worry About Competition," written by Paul Gift and published on the Forbes.com website on February 28, 2018. This article was downloaded from the internet at my direction on June 18, 2018, and is available for download at ht https://www.forbes.com/sites/paulgift/2018/02/28/ufcs-dana-white-insane-if-you-dont-worry-about-competition/#1085cfb6ab59.

9. Attached hereto as Exhibit 7 is a true and correct copy of an email from John Nash to the Court. The email was sent on June 3, 2018, and has the subject line, "Request to Unseal Court Records."

10. Attached hereto as Exhibit 8 is a true and correct copy of a letter dated June 10, 2018, from attorney Stacey Grigsby, on behalf of Defendant Zuffa, LLC ("Zuffa"), to the Court. The letter has a caption at the top that reads, "Re: June 3, 2018 Email from Mr. John Nash to the Court in Le v. Zuffa, 2:15-cv-01045-RFB-PAL."

11. Attached hereto as Exhibit 9 is a true and correct copy of a letter from John Nash to the Court. The letter was attached to an email Mr. Nash sent to the Court on June 15, 2018.

12. Attached hereto as Exhibit 10 is a true and correct copy of an article entitled "Antitrust Suit: Fighters File For Class Certification, UFC Wants 'Junk Science' Excluded," written by Paul Gift and published on the Forbes.com website on February 17, 2018. This article was downloaded from the internet at my direction on June 18, 2018, and is available for download at https://www.forbes.com/sites/paulgift/2018/02/17/ufc-antitrust-lawsuit-class-certification-junk-science-excluded-mma-news/#7859752d2c73.

13. Attached hereto as Exhibit 11 is a true and correct copy of an article entitled "UFC Lawsuit: Expert for Plaintiffs sets damages at up to $1.6 billion," written by John S. Nash and published on the Bloody Elbow website on February 19, 2018. This article was downloaded from the internet at my direction on June 18, 2018, and is available for download at https://www.bloodyelbow.com/2018/2/19/17023756/expert-plaintiffs-sets-damages-ufc-class-action-suit-up-to-1-6-billion.

14. Attached hereto as Exhibit 12 is a true and correct copy of an article entitled "U.F.C. Sells Itself for $4 Billion," written by Michael J. de la Merced and published on the New York Times's website on July 11, 2016. This article was downloaded from the internet at my direction on June 18, 2018, and is available for download at https://www.nytimes.com/2016/07/11/business/dealbook/ufc-sells-itself-for-4-billion.html.

15. Attached hereto as Exhibit 13 is a true and correct copy of an article entitled "UFC Finances: Moody's reports a big 2015 for Zuffa," written by john S. Nash and published on the Bloody Elbow website on February 15, 2016. This article was downloaded from the internet at my direction on June 9, 2018, and is available for download at https://www.bloodyelbow.com/2016/2/15/10985436/moodys-reports-a-big-2015-for-the-ufc.

16. Attached hereto as Exhibit 14 is a true and correct copy of an article entitled "What investors are being told about UFC debt," written by John S. Nash and published on the Bloody Elbow website on November 3, 2015. This article was downloaded from the internet at my direction on June 14, 2018, and is available for download at https://www.bloodyelbow.com/2015/11/3/9561981/ufc-finances-zuffa-debt-deutsche-bank-moodys-standard-and-poor-investors-bonds.

17. Attached hereto as Exhibit 15 is a true and correct copy of a Promotional and Ancillary Rights Agreement between UFC Fighter Eddie Alvarez and Zuffa. This contract was filed as a public exhibit in litigation between Mr. Alvarez and Bellator in 2013. The agreement was downloaded from the internet at my direction on June 18, 2018, and is available for download at https://cdn1.vox-cdn.com/uploads/chorus_asset/file/3467750/Bellator_vs_Alvarez_-_1_-_Alvarez_UFC_Contract__PACER_.0.pdf.

18. Attached hereto as Exhibit 16 is a true and correct copy of an article entitled "UFC antitrust lawsuit: Inside Bellator's contracts and the effect on plaintiff fighters," written by Paul Gift and published on the Bloody Elbow website on March 4, 2015. This article was downloaded from the internet at my direction on June 14, 2018, and is available for download at https://www.bloodyelbow.com/2015/3/4/8146159/mma-ufc-antitrust-lawsuit-monopoly-bellator-contracts.

19. Attached hereto as Exhibit 17 is a true and correct copy of an article entitled "Inside the Standard Zuffa Contract," written by Adam Swift and published on the Sherdog website on October 31, 2007. This article was downloaded from the internet at my direction on June 18, 2018, and is available for download at http://www.sherdog.com/news/articles/Inside-the-Standard-Zuffa-Contract-9734.

20. Attached hereto as Exhibit 18 is a placeholder for a document consisting of an email and attachment produced by Defendant Zuffa in the course of this litigation. The document has the Bates number ZFL-1484034-37, and was designated Confidential by Zuffa. A true and correct copy of this document has been filed under seal with the Court.

21. Attached hereto as Exhibit 19 is a placeholder for a document consisting of excerpts from a collection of text messages gathered from the phone of former Zuffa CEO Lorenzo Fertitta, and produced by Defendant Zuffa in the course of this litigation. The document has the Bates number ZFL-

1897652, and was designated Confidential by Zuffa. A true and correct copy of this document has been filed under seal with the Court.

22. Attached hereto as Exhibit 20 is a true and correct copy of an article entitled "UFC 220 Fighter Salaries: Stipe Miocic, Francis Ngannou And Daniel Cormier Take Home Biggest Paydays" written by Trent Reinsmith, and published on the Forbes.com website on January 30, 2018. This article was downloaded from the internet at my direction on June 18, 2018, and is available for download at https://www.forbes.com/sites/trentreinsmith/2018/01/30/ufc-220-fighter-salaries-stipe-miocic-francis-ngannou-and-daniel-cormier-take-home-biggest-paydays/#309866711730.

23. Attached hereto as Exhibit 21 is a true and correct copy of an article entitled "Dana White: Rampage Jackson has made $15.2 million in career earnings fighting for UFC," written by Adam Guillen, Jr. and published on the MMAMania website on January 24, 2013. This article was downloaded from the internet at my direction on June 18, 2018, and is available for download at https://www.mmamania.com/2013/1/24/3913294/dana-white-rampage-jackson-career-earnings-ufc-millions.

24. Attached hereto as Exhibit 22 is a true and correct copy of an article entitled "Dana White: 'Delusional' Jon Fitch made $302K in UFC discretionary bonus money," written by john Morgan and published on the Bloody Elbow website on June 7, 2013. This article was downloaded from the internet at my direction on June 6, 2018, and is available for download at https://mmajunkie.com/2013/06/dana-white-delusional-jon-fitch-made-302k-in-ufc-discretionary-bonus-money.

25. Attached hereto as Exhibit 23 is a true and correct copy of an article entitled "Dana White Believes Donald Cerrone Is Getting Paid Plenty By The UFC, Thanks Very Much," written by Jason Nawara and published on the UpRoxx.com website on June 22, 2016. This article was downloaded from the internet at my direction on June 18, 2018, and is available for download at https://uproxx.com/sports/donald-cerrone-ufc-pay-complaint-dana-white/.

26. Attached hereto as Exhibit 24 is a true and correct copy of an article entitled "UFC Disputes Couture's Claims About his Pay," written by Ken Pishna & Jeff Cain and published on the Bloody Elbow website on September 27, 2014. This article was downloaded from the internet at my

direction on June 18, 2018, and is available for download at https://www.mmaweekly.com/ufc-disputes-coutures-claims-about-his-pay-2.

27. Attached hereto as Exhibit 25 is a true and correct copy of an article entitled "Dana White reveals how many fights Conor McGregor has left on his UFC contract," written by Patrick McCarry and published on the SportsJoe website in February, 2017. This article was downloaded from the internet at my direction on June 18, 2018, and is available for download at https://www.sportsjoe.ie/mma/dana-white-reveals-many-fights-conor-mcgregor-left-ufc-contract-112574.

28. Attached hereto as Exhibit 26 is a true and correct copy of an article entitled "UFC Fresno, The Morning After: Dana White says he will sue Pacquiao if McGregor rumors are true," written by Andrew Pearson and published on the Bloody Elbow website on December 10, 2017. This article was downloaded from the internet at my direction on June 9, 2018, and is available for download at https://www.mmamania.com/2017/12/10/16758194/ufc-fresno-the-morning-after-dana-white-says-he-will-sue-pacquiao-if-mcgregor-rumors-are-true.

29. Attached hereto as Exhibit 27 is a true and correct copy of an article entitled "Georges St-Pierre says he legally terminated his contract with UFC," written by Brett Okamoto and published on the ESPN.com website on October 19, 2016. This article was downloaded from the internet at my direction on June 9, 2018, and is available for download at http://www.espn.com/mma/story/_/id/17818697/georges-st-pierre-says-legally-terminates-contract-ufc.

30. Attached hereto as Exhibit 28 is a true and correct copy of an article entitled "White tells fighters to learn from Yair Rodriguez: When I offer you a fight, you should probably take it," written by Anton Tabuena and published on the Bloody Elbow website on May 30, 2018. This article was downloaded from the internet at my direction on June 1, 2018, and is available for download at https://www.bloodyelbow.com/2018/5/30/17404126/white-tells-fighters-to-learn-from-yair-rodriguez-when-i-offer-you-a-fight-take-it-mma-ufc.

31. Attached hereto as Exhibit 29 is a true and correct copy of an article entitled "Sponsor speaks of ills of UFC 'tax'," published on the MMA Payout website on March 22, 2014. This article was

downloaded from the internet at my direction on June 18, 2018, and is available for download at http://mmapayout.com/2014/03/sponsor-speaks-of-ills-of-ufc-tax/.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and this Declaration is executed in San Francisco, California on June 18, 2018.

By: _/s/Kevin E. Rayhill_
Kevin E. Rayhill