Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**INDEX OF EXHIBITS TO THE DECLARATION OF KEVIN E. RAYHILL** |

Case No.: 2:15-cv-01045 RFB-(PAL)
**DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA'S MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION (ECF NO. 557)**

Pursuant to Local Civil Rule IA 10-3(d), Plaintiffs submit this Index of Exhibits to the Declaration of Kevin E. Rayhill.

| EXHIBIT NO. | INDEX OF EXHIBITS |
|---|---|
| 1 | Zuffa's Requests to Seal and Corresponding Text from Plaintiff's Reply |
| 2 | What investors are being told about UFC revenues-Bloody Elbow |
| 3 | Dana White_ 'Wanderlei Silva was paid $9.7 million' by the UFC |
| 4 | MLB Salaries - MLB Baseball - USA TODAY |
| 5 | MLB Team Revenue 2017 - The Business of Baseball - Full List_ Forbes.com2 |
| 6 | UFC's Dana White_ 'Insane" If you Don't Worry About Competition |
| 7 | 2018-06-03 Nash Email to Boulware |
| 8 | 2018-06-10 S. Grigsby Ltr to Judge Boulware re J. Nash Email |
| 9 | Nash Response to Ms. Grigsby June 10, 2018 Letter |
| 10 | Antitrust Suit_ Fighters File For Class Certification UFC Wants 'Junk Science' Excluded |
| 11 | UFC Lawsuit_ Expert for Plaintiffs sets damages at up to $1.6 billion |
| 12 | NY Times - UFC sold for $4 Billion |
| 13 | UFC Finances_ Moody's reports a big2015 for Zuffa - Bloody Elbow |
| 14 | What investors are being told about UFC debt - Bloody Elbow |
| 15 | Alvarez_UFC_Contract_PACER_.01 |
| 16 | UFC Antitrust lawsuit_ Inside Bellator's contracts and the effect on Plaintiff fighters - Bloody Elbow |
| 17 | Inside the Standard Zuffa Contract Sherdog |
| 18 | ZFL-1484034-37 - PLACEHOLDER - FILED UNDER SEAL |
| 19 | ZFL-1897652 - PLACEHOLDER - FILED UNDER SEAL |
| 20 | UFC 220 Fighter Salaries_Stipe Miocic, Francis Ngannou And Daniel Cormier Take Home Biggest Paydays |
| 21 | Dana White_ Rampage Jackson has made $15.2 million in career earnings fighting for UFC-MMAmania |
| 22 | Dana White_ 'Delusional" Jon Fitch made $302K in UFC discretionary bonus money_ MMAjunkie |
| 23 | Dana White Believes Donald Cerrone Is Getting Paid Plenty By The UFC |
| 24 | UFC Disputes Couture's Claims About His Pay_ MMAWeekly |
| 25 | Dana White reveals how many fights Conor McGregor has left on his UFC contract |
| 26 | UFC Fresno, The Morning After_ Dana White to sue Pacquiao if McGregor rumors are true_ MMAmania |
| 27 | George St-Pierre says he legally terminates his contract with UFC |
| 28 | 2018-05-30 Dana White tells UFC fighters to learn from Yair Rodriguez. . .Bloody Elbow |
| 29 | Sponsor speaks of ills of UFC "tax" - MMAPayout |

1

Case No.: 2:15-cv-01045 RFB-(PAL)
**DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA'S MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION (ECF NO. 557)**

| | | |
|---|---|---|
| 1 | Dated: June 18, 2018 | Respectfully Submitted, |
| 2 | | JOSEPH SAVERI LAW FIRM, INC. |
| 3 | | By:       /s/Kevin E. Rayhill |
| 4 | |        Kevin E. Rayhill |

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

COHEN MILSTEIN SELLERS & TOLL, PLLC
Benjamin D. Brown (admitted pro hac vice)
Richard A. Koffman (admitted pro hac vice)
Daniel H. Silverman (admitted pro hac vice)
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

2

Case No.: 2:15-cv-01045 RFB-(PAL)
**DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA'S MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION (ECF NO. 557)**

BERGER & MONTAGUE, P.C.
Eric L. Cramer (admitted pro hac vice)
Michael Dell'Angelo (admitted pro hac vice)
Patrick Madden (admitted pro hac vice)
Mark R. Suter (admitted pro hac vice)
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
Robert C. Maysey (admitted pro hac vice)
Jerome K. Elwell (admitted pro hac vice)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz (admitted pro hac vice)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorney for Plaintiffs*

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
Jeffrey J. Corrigan (admitted pro hac vice)
William G. Caldes (admitted pro hac vice)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*