# Exhibit 5

MLB Team Revenue 2017 –
The Business Of Baseball - Full List_Forbes.com 2

# The Business Of Baseball

- **The List**

- Spreadsheet
- Reprints

| | Rank | Team | Current Value | 1-Yr Value Change | Debt/Value | Revenue | Operating Income |
|---|---|---|---|---|---|---|---|
| | #1 | New York Yankees | $4 B | 8% | 0% | $619 M | $14 M |
| | #2 | Los Angeles Dodgers | $3 B | 9% | 14% | $522 M | $68 M |
| | #3 | Chicago Cubs | $2.9 B | 8% | 15% | $457 M | $102 M |
| | #4 | San Francisco Giants | $2.85 B | 8% | 0% | $445 M | $84 M |
| | #5 | Boston Red Sox | $2.8 B | 4% | 0% | $453 M | $86 M |
| | #6 | New York Mets | $2.1 B | 5% | 14% | $336 M | $17 M |
| | #7 | St Louis Cardinals | $1.9 B | 6% | 12% | $319 M | $40 M |
| | #8 | Los Angeles Angels | $1.8 B | 3% | 0% | $334 M | $25 M |
| | #9 | Philadelphia Phillies | $1.7 B | 3% | 5% | $329 M | $91 M |

| | Rank | Team | Value | 1-Yr Value Change | Debt/Value | Revenue | Operating Income |
|---|---|---|---|---|---|---|---|
| | | Philadelphia Phillies | | | | | |
| | #10 | Washington Nationals | $1.675 B | 5% | 20% | $311 M | $11 M |
| | #11 | Houston Astros | $1.65 B | 14% | 17% | $347 M | $77 M |
| | #12 | Atlanta Braves | $1.625 B | 8% | 21% | $336 M | $46 M |
| | #13 | Texas Rangers | $1.6 B | 3% | 10% | $311 M | $30 M |
| | #14 | Chicago White Sox | $1.5 B | 11% | 7% | $266 M | $30 M |
| | #15 | Seattle Mariners | $1.45 B | 4% | 0% | $288 M | $-2.4 M |
| | #16 | Toronto Blue Jays | $1.35 B | 4% | 0% | $274 M | $-1.3 M |
| | #17 | San Diego Padres | $1.27 B | 13% | 14% | $266 M | $26 M |
| | #18 | Pittsburgh Pirates | $1.26 B | 1% | 8% | $258 M | $35 M |
| | #19 | Detroit Tigers | $1.225 B | 2% | 13% | $277 M | $-46 M |





| | | | | | | |
|---|---|---|---|---|---|---|
| #20 | Arizona Diamondbacks | $1.21 B | 5% | 12% | $258 M | $34 M |
| #21 | Baltimore Orioles | $1.2 B | 2% | 15% | $252 M | $-26 M |
| #22 | Minnesota Twins | $1.15 B | 12% | 17% | $261 M | $23 M |
| #23 | Colorado Rockies | $1.1 B | 10% | 8% | $266 M | $15 M |
| #24 | Cleveland Indians | $1.045 B | 14% | 10% | $284 M | $31 M |
| #25 | Milwaukee Brewers | $1.03 B | 11% | 7% | $255 M | $67 M |
| #26 | Oakland Athletics | $1.02 B | 16% | 7% | $210 M | $15 M |
| #27 | Kansas City Royals | $1.015 B | 7% | 7% | $245 M | $-17 M |

| | #28 | [Cincinnati Reds](#) | $1.01 B | 10% | 10% | $243 M | $14 M |
| | #29 | [Miami Marlins](#) | $1 B | 6% | 40% | $219 M | $-53 M |
| | #30 | [Tampa Bay Rays](#) | $900 M | 9% | 16% | $219 M | $23 M |