# Exhibit 7

2018-06-03 Nash Email to Boulware

# Kevin Rayhill

| | |
|---|---|
| **From:** | Eric Cramer <ecramer@bm.net> |
| **Sent:** | Sunday, June 03, 2018 6:00 PM |
| **To:** | Josh Davis - USF; Joseph Saveri; Mark R. Suter; Patrick Madden; Jerome K. Elwell; Robert C. Maysey; Richard Koffman; Daniel Silverman; Kevin Rayhill; MIchael Dell'Angelo |
| **Subject:** | Fwd: Request to Unseal Court Records |

Eric L. Cramer
**Berger&Montague,P.C.**
1622 Locust Street
Philadelphia, PA 19103
direct: 215.875.3009
mobile: 215.327.9583
ecramer@bm.net
bergermontague.com

Twitter| LinkedIn| Facebook
Signup for our e-newsletter


Begin forwarded message:

> **From:** John Nash <heynottheface@gmail.com>
> **Date:** June 3, 2018 at 8:56:13 PM EDT
> **To:** Blanca_Lenzi@nvd.uscourts.gov
> **Cc:** Eric Cramer <ecramer@bm.net>, wisaacson@bsfllp.com
> **Subject: Request to Unseal Court Records**
>
> Dear Judge Boulware,
>
> My name is John S. Nash and I write for SB Nation's combat sports blog Bloodyelbow.com. I am emailing you to request that the motions and exhibits for Le et al v Zuffa, LLC be unsealed.
>
> As this case and its outcome is of particular interest to the mixed martial arts community and industry, its fighters and its fans, we in the media have an obligation to cover it to the best of our abilities. Unfortunately I fear that much of our reporting may be leading to confusion or improper inferences due to the amount of material that is restricted from the public's view.
>
> I am therefore asking for you to consider upholding the public and news media's common law right to ""inspect and copy public records and documents," as recognized in 1978 by the U.S. Supreme Court in Nixon v. Warner Communications, inc. and unseal the Motion for Class Certification and Related Exhibits for Le et al v Zuffa, LLC, as well as for the Testimony, Reports, and Rebuttals of Dr. Hal J. Singer, Dr. Andrew Zimbalist, Elizabeth Kroger Davis, Robert H. Topel, Guy Davis, Roger Blair, Paul Oyer, and all related materials.
>
> Sincerely,

**John S. Nash**
**VOX Media's SB Nation**
*Combat Sports Blog*
**Bloodyelbow.com**