# Exhibit 18

ZFL-1484034-37
PLACEHOLDER
FILED UNDER SEAL