# Exhibit 19

ZFL-1897652 Excerpt
PLACEHOLDER
FILED UNDER SEAL