# Exhibit 20

UFC 220 Fighter Salaries_ Stipe Miocic, Francis Ngannou And Daniel Cormier Take Home Biggest Paydays

Forbes / SportsMoney / #InTheRing

JAN 30, 2018 @ 06:53 PM        8,417                    2 Free Issues of Forbes

# UFC 220 Fighter Salaries: Stipe Miocic, Francis Ngannou And Daniel Cormier Take Home Biggest Paydays



**Trent Reinsmith,** CONTRIBUTOR
*I write about everything MMA* FULL BIO

Opinions expressed by Forbes Contributors are their own.

Stipe Miocic became the first fighter to defend the UFC heavyweight title on three consecutive occasions when he defeated Francis Ngannou by unanimous decision in the main event of UFC 220. Miocic pulled down a disclosed payday of $600,000 for his win. Ngannou made $500,000 in defeat.



*Stipe Miocic defeated Francis Ngannou to retain his UFC heavyweight title at UFC 220. (Photo by Jeff Bottari/Zuffa LLC/Zuffa LLC via Getty Images)*

In the co-main event, of the card that took place on January 20 from TD Garden in Boston, Mass. light heavyweight champion Daniel Cormier defended his title with a second-round TKO win over Volkan Oezdemir. Cormier's payday for the win was $500,000, while Oezdemir earned $350,000.



Below are the full fighter salaries from the event via (MMA Fighting):

Stipe Miocic: $600,000 (no win bonus)

Francis Ngannou: $500,000

Daniel Cormier: $500,000 (no win bonus)

Volkan Oezdemir: $350,000

Calvin Kattar: $28,000 ($14,000/$14,000)

Shane Burgos: $22,000

Gian Villante: $100,000 ($50,000/$50,000)

Francimar Barroso: $27,000

Rob Font: $60,000 ($30,000/$30,000)

Thomas Almeida: $36,000

Kyle Bochniak: $24,000 ($12,000/$12,000)

Brandon Davis: $10,000

Abdul Razak Alhassan: $40,000 ($20,000/$20,000)

Sabah Homasi: $12,000

Dustin Ortiz: $60,000 ($30,000/$30,000)

Alexandre Pantoja: $14,000

Julio Arce: $20,000 ($10,000/$10,000)

Dan Ige: $10,000

Enrique Barzola: $42,000 ($21,000/$21,000)

Matt Bessette: $12,000

Islam Makhachev; $32,000 ($16,000/$16,000)

Gleison Tibau: $50,000



*Salaries do not include fight-night bonus awards, sponsorship dollars or locker room bonuses.

*Follow me on Twitter*