# Exhibit 23

## Dana White Believes Donald Cerrone Is Getting Paid Plenty By The UFC



 



## Sports

# Dana White Believes Donald Cerrone Is Getting Paid Plenty By The UFC, Thanks Very Much

#MMA  #UFC

BY: JASON NAWARA
ENTERTAINMENT EDITOR

06.22.16





USA TODAY SPORTS



Death, taxes, Donald Cerrone wanting money. Those are some constants you can count on. Cerrone keeps talking about his low pay mostly because he knows he skirts the line close to death on a consistent basis, and damn — he's got taxes to pay. At the UFC Fight Night 89 post-fight press conference, Cerrone was enjoying his latest dominant win, this one over Patrick Cote and his second at welterweight in the UFC, but he was also thinking about cash.

> " … According to my pay, I don't mean sh*t to the UFC. But we'll see. I'll talk to Dana after this, and see if we can figure that out."



In Cerrone's last fight against Alex Oliveira he made $79K to show, $79K to win and got a Performance of The Night bonus to put him just over $200K for his first-round submission win. Not bad for less than three minutes of work. But still, Cerrone wants more. He's stepped up for the UFC on short notice on multiple occasions, and at 33 years old and the wear is adding up on his tires, he wants to get paid *now*. However, UFC president Dana White, on Matt Serra and Jim Norton's new podcast, doesn't really think so.







> "Cerrone at the press conference comes out and says, 'I don't know if the UFC loves me if you look at my paycheck. OK, me and Cerrone are as tight as tight can be. There's a lot of personal stuff with me and Cerrone, too, on the positive side. But the kid made over $200,000 on a fight on free TV in the co-main event, and the gate was $900,000. I mean, how much money does Cerrone expect to make on a co-main event? The kid looks great. Never held a world title and made over 200 grand, co-main event, $900,000 gate on free TV."




The explanation from Dana is absolutely appreciated. He didn't have to discuss it, and he laid it all out on the line, but it's not like the gate is the only thing the UFC is getting paid on. What about advertisements, merchandise and the money the UFC is making off Reebok? What about the in-cage sponsors? The Octagon sure looks like a cluttered pair of fighter shorts from back in the day.



So maybe Donald will get one of those fabled "locker-room bonuses" we hear about, or maybe he won't. But Cerrone is one of the UFC's most recognizable stars. He's a lock for the UFC Hall of Fame, and will likely hold the record for most UFC wins by the time his career is a wrap, so should he get taken care of or not? He's definitely a bigger draw than some of their champions (even long-time champs like Jose Aldo). If the UFC ever needs a draw to step up on next to zero notice, they'll have to call Donald. And that means he'll have to get paid, right?




means he'll have to get paid-right?
Donald Cerr-oh-nay deserves to go get some.



| Week That You Need To Hear | Week From Nas, Christina Aguilera, And Jay Rock | There Now |
|---|---|---|
| BY: PHILIP COSORES | BY: DERRICK ROSSIGNOL | BY: CORBIN REIFF |

| All Of The Best New Indie Music From This Week | All The Best New Music From This Week That You Need To Hear | Stream The Best New Albums This Week From Kanye West And Kid Cudi, Jorja Smith, And Lykke Li |
|---|---|---|
| BY: PHILIP COSORES | BY: PHILIP COSORES | BY: DERRICK ROSSIGNOL |



UPROXX   NEWS  ENTERTAINMENT  MUSIC  SPORTS  LIFE/DISCOVERY  VIDEO/PODCASTS

USA TODAY SPORTS

When LeBron James returned to Cleveland in the summer of 2014, he said that his goal was to win a championship for his home state. He did that three days ago, and he's now untouchable forever in the eyes of Cleveland sports fans. But that hasn't quieted speculation that he could leave again now that he got one for #TheLand.

A recent report from *The Vertical*'s Adrian Wojnarowski indicated that James hadn't entirely shut the door on going elsewhere once he'd done what he set out to do.

It could still happen down the line, but on the day of the Cavs' championship parade, James stated in no uncertain terms to Joe Vardon of Cleveland.com that he's going to be playing in Cleveland next season.

> "I love it here. I love being here. I love my teammates," James told cleveland.com, moments before he boarded a float at The Q for the Cavs' championship parade through downtown Cleveland. "Obviously my agent will take care of all the logistical things but, I'm happy. I've got no plans to go nowhere at this point."

Even though the title gives him the freedom to do whatever he wants for the rest of his career with a clean conscience, it would have looked weird if James hadn't tried to defend the title at least once in Cleveland. If he left this summer, he'd miss the ring ceremony on opening night of next season, and he wouldn't get to enjoy any of the in-season reverence in Cleveland that comes with being defending champions. It would have made the whole thing awkward, even if it wouldn't have resulted in the outright hatred that existed for him in his home state after he left for Miami in 2010.

Still, he didn't say "I'm going to retire a Cavalier" or "I'm never going anywhere for the rest of my career." All he said definitively was that he's going to stay home this summer. Beyond that, it's become clear throughout his career that it's impossible to rule anything out.

SHARE THIS

FACEBOOK   TWITTER   FLIPBOARD   EMAIL

AROUND THE WEB