# Exhibit 27

Georges St-Pierre says he legally terminates his contract with UFC

**St-Pierre says he terminated his UFC contract**
600d - Brett Okamoto

**My life as a fighter: Rashad Evans**
4d - Greg Rosenstein

**Bisping talks commitment to retirement, what's next**
4d - Brett Okamoto

**The stats that will define Whittaker vs. Romero II at UFC 225**
4d - Richard Mann

**UFC 225 undercard boasts major title implications**
6d - Jeff Wagenheim

**Megan Anderson ready for long-anticipated Octagon debut against Holly Holm at UFC 225**

# Georges St-Pierre says he legally terminated his contract with UFC



**Brett Okamoto**
ESPN Staff Writer

Oct 19, 2016

Former welterweight champion Georges St-Pierre says he has legally terminated his contract with the UFC, after negotiations for a comeback fight stalled in 2016.

During an appearance on "The MMA Hour" on Monday, St-Pierre -- who vacated his UFC title and stepped away from professional fighting in late 2013 -- said the UFC did not meet a recent deadline he and attorney James Quinn gave the promotion to book his next fight.

As a result, St-Pierre (25-2) said he considers himself a free agent.

"Right now, I'm a free agent," St-Pierre said. "You heard it right, I'm a free

agent. My lawyer terminated the contract with the UFC."

In a statement, the UFC said it still considers St-Pierre a rostered athlete: "Georges St-Pierre remains under an existing agreement with [UFC parent company] Zuffa, LLC as his MMA promoter. Zuffa intends to honor its agreement with St-Pierre and reserves its rights under the law to have St-Pierre do the same."

It's well-known that the two sides have been in negotiations regarding St-Pierre's potential return, but UFC president Dana White has repeatedly stated in the media that he doesn't think St-Pierre truly wants to fight again.



"Right now, I'm a free agent," St-Pierre said. "You heard it right, I'm a free agent. Al Powers for ESPN

According to St-Pierre, who fights out of Montreal, negotiations began in February. St-Pierre's previous contract made a return somewhat complicated because that deal was signed before the UFC entered an exclusive apparel agreement with Reebok in 2014. St-Pierre said the negotiations were back and forth, adding that what he asked for was "reasonable."

The nine-time defending champion said a deal was close earlier this year, prior to the UFC's announcement of a $4 billion sale to California-based talent agency WME-IMG in July. The change in ownership threw off the deal, which had been negotiated by previous owner Lorenzo Fertitta.

"I think we were close to agreement towards the end, until the big news arrived," St-Pierre said. "News was the UFC got sold, and we were told everything was put on ice until the new owners took charge. So we waited for weeks without any news from the new owners. They said Lorenzo's offer was off the table."

Negotiations had been targeting a return at UFC 206 on Dec. 10 in Toronto. St-Pierre said he even entered the UFC's anti-doping program in August in order to meet a required four-month testing window before returning to active competition.

Once new ownership took over, St-Pierre says he was told the UFC would need to invest a large amount of money to reintroduce him to the promotion's new fan base -- which St-Pierre found odd. St-Pierre is one of the UFC's biggest stars ever, and his fight against Jake Shields at UFC 129 in April 2011 generated $12.1 million in Toronto.

"I find it a little funny, to tell you the truth," St-Pierre said. "I know it's a lie, but sometimes I really believe -- I start asking myself, 'Do they believe what they are saying? Are they so caught up in what they're saying, they believe it?' I'm pretty confident if I would have fought in Toronto, I would have sold out the Toronto stadium in a few minutes. I'm that confident. I'm sure the fans have not forgot about me."

Despite multiple ACL surgeries in his past, St-Pierre said he "feels at [his] best" after the long layoff. He hasn't fought since a successful title defense against Johny Hendricks at UFC 167 in November 2013.

St-Pierre offered no plans for his immediate future. He admitted he did not know whether the UFC would attempt to intervene if he signs with another promotion.

"I really don't know," St-Pierre said. "I enter really unknown territory right now. I've never been in this situation before. I'm going to listen to my team of advisers and see what they believe is the best move, and we'll go from there.

"I have never been afraid to stand up for what I believe is right."

**SPONSORED HEADLINES**  Recommended by

**Cutout Dashiki Print One Piece Swimwear**
ROTITA

**The Specialty Chemical Specialists**
Charkit Chemical Company

**Intro Offer: Discover Will Match All The Cash Back Earned At The End Of Your First Year, Automatically.**
Credit.com

Comments

# My life as a fighter: Rashad Evans



Former UFC light heavyweight champion Rashad Evans will face Anthony Smith at UFC 225 on Saturday night.
Donald Miralle/Getty Images

**Greg Rosenstein**
ESPN Staff Writer

Jun 5, 2018

Whenever *Rashad Evans* decides to hang up his gloves, he'll be considered one of the all-time greatest fighters the sport has ever known. The former UFC light heavyweight champion began his professional career in 2004 and did not lose a bout until 2009, featuring brutal KO wins against legends like *Chuck Liddell* and *Forrest Griffin*.

In recent years, however, the narrative has changed. Evans has lost six of his past eight matchups heading into Saturday's UFC 225 fight with *Anthony Smith*, and at 38 years old, the end of his career could be near.

In our latest installment of "My life as a fighter," Evans looks back on his time in the sport. He discusses his best and worst moments in the cage, how his mindset has changed over the years and plans for the future.

I was a rowdy boy growing up. We would fight all the time. I grew up fighting my brother, who was two years older than me, so there was no escaping it. For the longest time I was his punching bag. I grew up in a tough neighborhood and fighting was just all there was.

**EDITOR'S PICKS**

**Whittaker determined to become 'best fighter ever'**
It has been an eventful 12 months for UFC middleweight champion Robert Whittaker, but nothing has shaken the Australian's desire to be the best fighter ever, even if that means getting back into the Octagon against a man he said "hits like a truck." 

**Bisping talks commitment to retirement, what's next**
Michael Bisping's retirement plans didn't go the way he had planned. But the former UFC middleweight champion exits the sport with nothing to prove and at peace with the decision. 

Wrestling was a good way for me to let out some energy. I wanted to play

football, and my football coach told me if I wanted to be a football player, I should wrestle. That's why I started to wrestle.

Community college was really a place where I started to embody this 'mono-e-mono' competition and really started making a mental game out of competing. Growing up, I was just so much better than everybody else I didn't have to tap into that mental side of things. Now I was going against guys who were just as good as me. I had to really start to bring the mental game and it's when I began to love competing.

I went to Michigan State because a coach I was being recruited by told me if I go to Michigan State, I wouldn't start. I didn't like the boundaries he put on me. He was probably trying to look out for my best interests, but at the time I took it kind of personal. Not only did I start, but I made captain.



**MMA was love at fight sight. I felt like I was born to do it.** After I started, within three months I had my first professional fight. It was just something that was in me from so long ago. It was very natural for me.

**Fighting is just who I am.** It's so part of my nature that it's my walk in life. When people think of fighting, they think of such a distorted view of what it really is. They just see the brutality of it. They only see the blood. But fighting to me is a very spiritual and psychological thing. When it comes down to it, physicality is the last part of it. Most of it is the spiritual and psychological journey. To me, fighting is life.

Lyoto Machida defeated Rashad Evans by KO in 2009 for the UFC's light heavyweight championship.
Josh Hedges/Zuffa LLC / Contributor

It's really hard to just pick one fight that stands out more than the others. Even the ones where I lost, they have a place in my life and career. I value them as much as the ones that I won.

When I kicked Sean Salmon in the head, that feeling was just crazy**.** It was like 'whoa.' He was out but then he was *really, really* out. I hit him hard. I felt a little bad about it. It was at a time where I had a lot to prove in the UFC. It was an amazing feeling. It was like I finally arrived.

**When I beat Forrest Griffin for the title, I felt really, really happy, but at the same time I felt kind of empty too.** I remember after I won the belt, I was in a state of like, 'Is that it? That's it I guess.' I just climbed to the top of the hill and it was just a hill.

**If I won the title now, after all of this, I would get on the floor and cry like a baby.** I've been through so much. If I get there now, it would be a different experience because of what I embodied to have to get to that point.

Going into my fight with Lyoto Machida, I was champion and **felt like I was unbeatable.** I was thinking I would just steamroll right through him. He caught me with a left hand and it just dazed the hell out of me. I went down to a knee and he was covering me, trying to finish the fight. In my mind, I was still talking trash to him, saying 'this is nothing, this is nothing.' Then he hit me with a punch and I go down.

**I felt like I lost everything.** I no longer was worthy. It was a hard one for me at the time, but believe it or not I felt a huge weight just lift off my shoulders. I felt like I could finally exhale. That loss was probably the easiest out of all of

them.

The hardest loss was when I lost to Dan Kelly. Nothing against Dan Kelly, but I feel like I'm a way, way better fighter than him. But I lost the fight. To have a fight where you lose, where you feel and know that you're just better than a person, it's hard. It feels like you've lost at such a deep, deep level. It really shifted the whole idea of 'Sugar' Rashad Evans. Who is 'Sugar' Rashad Evans? Who am I?

It really started the whole process of waking up. Waking up to a deeper meaning to what life is and could be. What are the real motivations behind my actions, good and bad? You're learning about truth in life. The truth can't be told, it has to be realized. That realization is something that each of us, if you reach a point, you're going to be looking to find it. No one can tell you how to do it. You have to do it yourself.

When I turned 35 I blew my knee out and had two ACL surgeries. That was kind of the beginning of the downward spiral of 'Sugar' Rashad Evans when it comes to competing in the UFC. It was bad timing in my life, but at the same time maybe it was exactly what I needed because maybe I would have been world champion and truly lost my self and gone crazy and overdosed or done something else.

Rashad Evans says he wants to "save (kids) through fighting" when his MMA career is over. Buda Mendes/Zuffa LLC/Getty Images

**I haven't really thought too much about how I'd like to be remembered.** If I'm going to be honest, it's based on the person that I am, and just my fighting spirit, more than anything. I want them to remember that I would be the smallest guy in the cage. Most fans who meet me see how small I am in real life and just can't believe it. But I fought giants. I'll fight giants in a minute. Dan Henderson gave me the best advice. I asked him, 'How do you fight guys so much bigger than you?' He said, 'Because I'm big on the inside.' And that's me. I'm big on the inside.

My love for fighting is pure like it was in the beginning. My love for fighting is not to beat up anybody, to prove how tough I am, to win a belt. All of these external things, when it comes down to it, means absolutely nothing.

After fighting I would love to be a mentor to a bunch of kids. I want to be able to help out some of these kids in the inner city like Chicago where they are joining gangs. These kids who are a product of a failed school system who is not about building these kids to be leaders or be who they could be. I want to save them through fighting. I want to teach them the beauty of fighting. The beauty of this sport. And this beautiful violence that is a mental chess game. It's a chess game with a physical component.

**This sport has made me into a man.** It's made me into one hell of an accountable person. There's nothing like the feeling when you have to make that walk to the Octagon, and you know, when that door closes, it's only you. And that feeling alone will make a man out of you.

I'm now able to look in the mirror and be able to recognize the person that's standing in front of me. Something very strange happened on this whole ride. You start to get pulled away from yourself. You don't really notice it at first, but over time it happens. It happens with a compliment. It happens by feeding the press. It happens by just trying to be who people think you are. You are trying to be who people think that you are, and you lose who you really are. It's just the

rhythm of life.

**Fighting is an emotional roller coaster.** A lot of fighters go through it and can't recover from it. Look at Ronda Rousey. She was on the upswing, life was good. But when she hit that downward swing and the pendulum came down, that's a lot to handle. She couldn't handle it and said she didn't want to be part of the sport anymore.

Since I've been fighting my mind and life has changed. I no longer see the world the same way. I no longer see competing the same way. Things are different to me internally. What does that mean? Does it mean I can't compete like I used to? I don't know. But I'm going to go see.

SPONSORED HEADLINES

Comments