# Exhibit 28

2018-05-30 Dana White tells UFC fighters to learn from Yair Rodriguez . . . - Bloody Elbow



Bloody Elbow, for MMA and UFC news

UFC NEWS  MMA NEWS

# White tells fighters to learn from Yair Rodriguez: When I offer you a fight, you should probably take it

136

Dana White says UFC fighters should learn from Yair Rodriguez's situation.

By Anton Tabuena | @antontabuena | May 30, 2018, 8:00am EDT



Anton Tabuena

If **Dana White** is to be believed, Mexican rising star **Yair Rodriguez** "didn't want to fight" and was **released earlier in the month for turning down multiple offers** to compete at **UFC 227**. The UFC president doubled up on these statements after last weekend's event in

Liverpool.

"We offered him fights, he turned down the fights. There was a lot more back and forth that went on with that. If you don't want to fight, this isn't the place to be," White said (transcribed by **Sherdog**). "There's plenty of places out there that will take Yair Rodriguez, and would love to have him, and would sign him, and I'm sure he'll have a great career. This isn't the place for you."

The entertaining prospect has already **shared his side of the story, denying that he ever declined a bout with Ricardo Lamas**. Rodriguez claims he was trying to negotiate to either make sure he gets any top 10 opponent like Lamas, or more money to face a lower ranked fighter like **Zabit Magomedsharipov**.

Regardless of what really took place during negotiations, White says that other UFC fighters should take note and accept his offers, or risk suffering a similar fate as Rodriguez.

"When I call you and offer you a fight, you should probably take it. You should probably take it," White said. "I make 42 fights a year. And if you don't want to fight, and if you want to be picky and choosy, and you don't want to do this and you don't want to do that, then you probably need to go somewhere else. And I'll help you get there."

White releasing Yair then stating these outright, is a strong message that will curb the fighters' ability and desire to negotiate. I don't doubt its effectiveness, but the question is, if the athletes have no choice because of the threat of punishment, is the UFC overstepping or abusing their authority?

That's an issue raised by former UFC and WEC fighter **Danny Downes** on social media.



**Daniel Downes**
@dannyboydownes

If you have to take it, it's not really an offer. Sounds like something bosses tell employees and not independent contractors. twitter.com/sandhumma/stat…

3:10 PM - May 27, 2018

466     140 people are talking about this

UFC fighters are currently still **classified as independent contractors and not employees**, a status that **many are trying to dispute**.

## LATEST FROM OUR PARTNERS



Biggest Disappointments in UFC History
Biggest Busts in UFC History
Dirtiest Moments in MMA History
Best Fighters in Women's MMA History
Top 10 Greatest Title Reigns in UFC History
UFC Fighters Who Would Make Great WWE Stars

## LATEST FROM MMA WAREHOUSE



UFC Legacy Series Khabib Nurmagomedov Walkout Jersey
Roots of Fight Andre the Giant Photo Shirt
Hypnotik x Onnit Invitational 7 Rashguard (Limited Edition)
UFC Conor McGregor Notorious Tiger Longsleeve Shirt
UFC Rose Namajunas Thug Rose Shirt
UFC Georges St Pierre GSP Red Maple Leaf Shirt
UFC Legacy Series UFC 220 Daniel Cormier Walkout Jersey
**More:** Apparel Accessories Gloves Sale