**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045 RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

1    Pending before this Court is Plaintiffs' Motion for Leave to Lodge Materials Under Seal re
2   Plaintiffs' Opposition to Defendant Zuffa, LLC's Motion to Seal Portions of Plaintiffs' Reply in
3   Support of Motion for Class Certification. Having considered the papers submitted, the Court
4   hereby **ORDERS**:

5    Plaintiffs' motion is **GRANTED**.

7            **IT IS SO ORDERED:**

                                                                            United States Magistrate Judge
                                                                            Dated: _____