WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**INDEX OF EXHIBITS IN SUPPORT OF DECLARATION OF STACEY K. GRIGSBY IN SUPPORT OF DEFENDANT ZUFFA, LLC'S REPLY IN SUPPORT OF ITS MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS AND RELATED MATERIALS (ECF NO. 554)** |

# INDEX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Index of Exhibits in Support of Defendant Zuffa, LLC's Reply in Support of Its Motion to Seal Plaintiffs' Reply in Support of Plaintiffs' Motion to Certify Class and Related Materials (ECF No. 554). The exhibits noted below are attached as exhibits to the Declaration of Stacey K. Grigsby in Support of Defendant Zuffa, LLC's Reply in Support of Its Motion to Seal Plaintiffs' Reply in Support of Plaintiffs' Motion to Certify Class and Related Materials (ECF No. 554).

| Exhibit | Description | Date |
|---|---|---|
| 1. | Declaration of Wm. Hunter Campbell in Support of Zuffa, LLC's Reply in Support of Its Motion to Seal Plaintiffs' Reply in Support of Plaintiffs' Motion to Certify Class and Related Materials (ECF No. 554) | 6/26/18 |
| 2. | Zuffa's Responses to Exhibit 1 to the Declaration of Kevin E. Rayhill ("Zuffa's Requests to Seal and Corresponding Text from Plaintiffs' Reply") | 6/26/18 |
| 3. | New Categories of Information Not Previously Considered or Only Partially Considered | 6/26/18 |
| 4. | June 10, 2018 Letter from Stacey K. Grigsby to the Court Re: June 3, 2018 Email from Mr. John Nash to the Court in *Le v. Zuffa*, 2:15-cv-01045-RFP-PAL | 6/10/18 |
| 5. | Proposed Public Version of Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification | N/A |
| 6. | Proposed Public Version of Exhibit 86 to the Declaration of Eric L. Cramer, Esq. ("Second Supplemental Reply Report of Hal J. Singer, Ph.D. (May 28, 2018) | N/A |
| 7. | Excerpts of the Deposition Transcript of Volume II of the July 14, 2017 Deposition of Michael P. Mersch | 7/14/17 |
| 8. | Forbes Article titled, "*Exclusive Infographics Show NFL, MLB, NBA and NHL Sponsorship Growth over Last Decade*" | 8/25/17 |
| 9. | ESPN Article titled, "*Former UFC star Lyoto Machida signs multifight deal with Bellator*" | 6/22/18 |
| 10. | MMAMania.com Article titled, "Interview:"*WSOF 24's Jon Fitch plans to 'bury' Yushin Okami tonight, talks 'corrupt' USADA and more*" | 10/17/15 |
| 11. | Zombiecagefighter.com Article titled, "*Our (first) Day in Court*" | 5/8/15 |
| 12. | Fight Hype Article tittled *"Nate Quarry Opens Up on UFC Anti-Trust Lawsuit; Explains How Dana White Is Starving Fighters"* | 10/5/16 |

DATED: June 26, 2018              BOIES SCHILLER FLEXNER LLP

By: /s/ Stacey K. Grigsby

Stacey K. Grigsby
Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC