# EXHIBIT 1

Declaration of William Hunter Campbell in Support of Zuffa, LLC's Reply in Support of Its Motion to Seal Plaintiffs' Reply in Support of Plaintiffs' Motion to Certify Class and Related Materials (ECF No. 554)

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF W. HUNTER CAMPBELL IN SUPPORT OF DEFENDANT ZUFFA, LLC'S REPLY IN SUPPORT OF ITS MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS AND RELATED MATERIALS (ECF NO. 554)** |

I, William Hunter Campbell, declare as follows:

1.  I am over 21 years old. I have personal knowledge of the facts stated in this declaration and if called to testify, I could and would competently testify to these facts. I am a member in good standing of the State Bar of Nevada. I am Of Counsel to the law firm of Campbell & Williams and Chief Legal Officer (CLO) and Executive Vice-President of defendant Zuffa, LLC ("Zuffa"), d/b/a Ultimate Fighting Championship® ("UFC"). UFC is a mixed martial arts ("MMA") promoter. Prior to beginning my work as CLO with Zuffa in 2017, I represented Zuffa as outside counsel on several matters.

2.  I make this declaration in support of Zuffa's Reply in Support of Its Motion to Seal Plaintiffs' Reply in Support of Plaintiffs' Motion to Certify Class and Related Materials (ECF No. 554) ("Motion to Seal").

3.  Through my role as Zuffa's CLO, as well as from my representation of Zuffa, I am familiar with Zuffa's practice of maintaining the confidentiality of Zuffa's financial information. Zuffa executives and employees keep financial information—including revenue and compensation information, both on an individual and aggregate level—private and confidential. Zuffa's event-level financials, including compensation and spending information, are considered highly confidential. All of this information also constitutes highly sensitive business information that we keep private, as such information would allow competitors to gain competitive advantages over us in the marketplace, including but not limited to, allowing those competitors to have a tactical advantage over Zuffa in negotiations with venues, sponsors, athletes, and others. Public release of this information would thus cause Zuffa competitive harm.

4.  As a private company, Zuffa does not publicly report its revenue, expense, compensation, and other financial information on a yearly, quarterly, or event-by-event basis; the only exception is that, at times, Zuffa discloses certain financial information to third-party credit rating agencies and banks.

5.  While at Zuffa, I have engaged in multiple negotiations with athletes and have had to evaluate whether—and if—Zuffa can match or beat offers from competing foreign or domestic MMA promotions in order to sign talented MMA athletes. This involves confidential negotiations

CAMPBELL DECL. ISO ZUFFA'S REPLY ISO  
MOT. TO SEAL. PLS' CLASS CERT. REPLY

Case No.: 2:15-cv-01045-RFB-(PAL)

with athletes and/or their representatives over the terms in Zuffa's contracts. Negotiations with athletes and their representatives, including skilled and experienced agents, managers, and attorneys, is challenging and any information regarding the amounts and benefits Zuffa is willing to offer to an athlete—in addition to information regarding Zuffa's negotiating strategy and tactics—could and would be used by competitors to gain an advantage in negotiations with such athletes.

6. Zuffa works diligently to keep its unredacted contracts with athletes—both executed and draft versions—confidential. Zuffa does this to ensure that its competitors are not simply able to copy its contracts and combine that information with other highly confidential information such as revenue, spending, and compensation information to duplicate Zuffa's successful business model.

7. Zuffa also works diligently to keep its financial planning, modeling, and related strategic documents and communications highly confidential and does not disclose these secrets and materials publicly. Any event-level revenue information that Zuffa does not publicly release—including information regarding revenue, spending and compensation trends—would allow competitors to understand Zuffa's product investment, development, and innovation strategies, thereby giving them an undue advantage.

8. Finally, athletes have asked me and other Zuffa personnel to keep their draft and final contracts, as well as compensation information, strictly confidential in the interests of their privacy or, in some cases, their safety. Consistent with athletic commission rules and applicable laws, I and others at Zuffa have made our best efforts to respect these athletes' requests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 26th day of June, 2018 in Las Vegas, NV.

                                                */s/ Wm. Hunter Campbell*
                                                Wm. Hunter Campbell

2