# EXHIBIT 7

Redacted Excerpts of the Deposition Transcript of Volume II of the July 14, 2017 Deposition of Michael P. Mersch

333

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON     )
FITCH, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
          Plaintiffs,           )
                                )
     vs.                        )  Case No.
                                )  2:15-cv-01045-RFB-(PAL)
                                )
ZUFFA, LLC, d/b/a Ultimate      )
Fighting Championship and       )
UFC,                            )
                                )
          Defendant.            )
_____)

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF

MICHAEL P. MERSCH

AFTERNOON AND EVENING SESSIONS (PAGES 333 to 496)

LAS VEGAS, NEVADA

JULY 14, 2017

4:43 p.m.

Reported by:
Jualitta Stewart, CCR No. 807, RPR
Job No. 51253-B

MICHAEL P. MERSCH - CONFIDENTIAL



```
                                                               382
 1   conceal anything.
 2          MR. CRAMER:  All right.  I'd like to have
 3   marked as -- you can put that document aside -- as
 4   Mersch Exhibit 28, the next document.
 5          (Whereupon, Exhibit 28 was
 6           marked for identification.)
 7   BY MR. CRAMER:
 8      Q.   Mersch Exhibit 28 is a one-page series of
 9   e-mails bearing the Bates range or number
10   ZFL-1100496.
11          Let me know when you've had a chance to
12   review it.
13      A.   I've reviewed it.
14      Q.   All right.  So there's an e-mail that
15   Ms. Long sends to you on July 10, 2014 regarding --
```

14 (Pages 382 to 385)

MICHAEL P. MERSCH - CONFIDENTIAL

490



491

```
 3      MR. CRAMER:  All right.  That's all the
 4  questions I have.  Thank you.
 5      THE VIDEOGRAPHER:  Questions?
 6      MR. CRAMER.  No questions.
 7      THE VIDEOGRAPHER:  This concludes today's
 8  deposition of Michael Mersch.  Total number of media
 9  used is seven.
10      We are off the record at 8:27 p m.
11      (Thereupon, the taking of the deposition
12          concluded at 8:27 p.m.)
```

492

```
 1
 2      STATE OF _____ )
 3                              ) :ss
 4      COUNTY OF _____)
 5
 6
 7      I, MICHAEL P. MERSCH, the witness
 8  herein, having read the foregoing
 9  testimony of the pages of this deposition,
10  do hereby certify it to be a true and
11  correct transcript, subject to the
12  corrections, if any, shown on the attached
13  page.
14
15      _____
16           MICHAEL P. MERSCH
17
18
19
20  Sworn and subscribed to before
21  me, this       day of
22           , 2017.
23
24  _____
25           Notary Public
```

493

```
 1          REPORTER'S DECLARATION
 2  STATE OF NEVADA   )
                      ) ss
 3  COUNTY OF CLARK   )
 4
 5      I, Jualitta Stewart, a duly commissioned
 6  Notary Public, Clark County, State of Nevada, do
 7  hereby certify:
 8      That I reported the taking of the
 9  deposition of the witness, MICHAEL P. MERSCH,
10  commencing on Friday, July 14, 2017, at the hour of
11  4:43 p.m.
12      That prior to being examined, the witness
13  was by me duly sworn to testify to the truth, the
14  whole truth, and nothing but the truth.
15      That I thereafter transcribed my said
16  shorthand notes into typewriting and that the
17  typewritten transcript of said deposition is a
18  complete, true, and accurate transcription of said
19  shorthand notes taken down at said time.
20      I further certify that I am not a
21  relative or employee of any party involved in said
22  action, nor a person financially interested in the
23  action.
24      IN WITNESS WHEREOF, I have hereunto set
25  my hand and affixed my official seal in my office in
```

41 (Pages 490 to 493)

MICHAEL P. MERSCH - CONFIDENTIAL

494

1  the County of Clark, State of Nevada, this 1st day
2  of August, 2017.
3
4
        JUALITTA STEWART, RPR, CCR No. 807
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

495

1       INSTRUCTIONS TO WITNESS
2
3      Please read your deposition over carefully
4  and make any necessary corrections. You should state
5  the reason in the appropriate space on the errata
6  sheet for any corrections that are made.
7      After doing so, please sign the errata sheet
8  and date it.
9      You are signing same subject to the changes
10 you have noted on the errata sheet, which will be
11 attached to your deposition.
12     It is imperative that you return the original
13 errata sheet to the deposing attorney within thirty
14 (30) days of receipt of the deposition transcript by
15 you. If you fail to do so, the deposition transcript
16 may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

496

1              E R R A T A
2
3
4
5    I wish to make the following changes,
6  for the following reasons:
7
8  PAGE LINE
9  ___ ___ CHANGE:_____
10 REASON:_____
11 ___ ___ CHANGE:_____
12 REASON:_____
13 ___ ___ CHANGE:_____
14 REASON:_____
15 ___ ___ CHANGE: _____
16 REASON:_____
17 ___ ___ CHANGE: _____
18 REASON:_____
19 ___ ___ CHANGE: _____
20 REASON:_____
21
22  _____   _____
23    WITNESS' SIGNATURE          DATE
24
25

42 (Pages 494 to 496)