# EXHIBIT 9

*Ariel Helwani, Former UFC star Lyoto Machida signs multifight deal with Bellator*, ESPN (June 22, 2018), http://www.espn.com/mma/story/_/id/23875600/former-ufc-star-lyoto-machida-signs-multifight-deal-bellator

 **ESPN.com:** Mixed Martial Arts

[**Print without images**] 

Friday, June 22, 2018

# Former UFC star Lyoto Machida signs multifight deal with Bellator

By Ariel Helwani

Another former UFC star has joined the ranks of Bellator.

Lyoto Machida has signed an exclusive multifight contract with Bellator, the promotional outfit announced on Friday.



 **Bellator MMA**
@BellatorMMA

"The Dragon" is coming.

Please welcome @lyotomachidafw to the #BellatorNation.

5:56 PM - Jun 22, 2018

1,112    374 people are talking about this

Machida, 40, leaves the UFC on a two-fight winning streak and with a 24-8 record. He most recently knocked out Vitor Belfort via front kick at UFC 224 last month in Rio de Janiero, the last fight on his UFC contract.

1

Nicknamed "The Dragon,' Machida is a former UFC light heavyweight champion who made his promotional debut at UFC 67 in February 2007. He won his first eight fights en route to becoming the 205-pound champion, picking up notable wins over Tito Ortiz, Rashad Evans, Mauricio "Shogun" Rua, Randy Couture, Ryan Bader and Dan Henderson, among others. He is considered one of the greatest fighters in UFC history.

Machida's Bellator debut isn't set just yet, but he is expected to fight again in 2018. He joins the likes of Rory MacDonald, Benson Henderson, Gegard Mousasi, Frank Mir and Matt Mitrione, among others, who have recently left the UFC to sign with Bellator.