# EXHIBIT 12

*Percy Crawford, Nate Quarry Opens Up on UFC Anti-Trust Lawsuit; Explains How Dana White Is Starving Fighters*, Fight Hype (Oct. 5, 2016), http://www.fighthype.com/news/article26311.html



**Cashback Match**
We'll match ALL the cash back you've earned at the end of your first year*
*See terms.

Learn More



      

Share 5   Tweet   Like 55

## NATE QUARRY OPENS UP ON UFC ANTI-TRUST LAWSUIT; EXPLAINS HOW DANA WHITE IS STARVING FIGHTERS

By Percy Crawford | October 05, 2016



"That's why in our anti-trust lawsuit against the UFC, it basically breaks down to 3 things. They bought up all of the competition, they put you in these exclusive contracts so none of the fighters could ever leave, and then they use threats and intimidation and make examples of fighters to keep them all in line...And Dana White says how lucky we all are that they are taking care or sponsors for us. When in reality, what he has done is starve the fighters and a starving man will thank his capturer for a crumb of bread. That's what it comes down to," stated former UFC middleweight title challenger Nate Quarry, who opened up about the UFC anti-trust lawsuit that he and several other fightes are involved in. Check it out!

**PC: You have always been vocal about fair fighter treatment and pay. It's a critical time right now in the sport of MMA as well as for the UFC.**

NQ: You know man, it's a really interesting time right now. It just came out that the UFC's new owners hit up a lot of their star clients to see if they wanted to invest in the UFC. We're talking about cats like Cam Newton, Serena Williams, Tom Brady, and Ben Affleck. So you look at these guys like Ben Affleck and you think where would he be today and I'm sure he's taken advantage of and worked with a Screen Actors Guild, as well as the other actors. And then you look at Tom Brady; where would he be without the protection of the NFL Player's Association? Every single one of these investors in the UFC already has in place some form of association, guild, or union; some form of protection to get them where they are today where they were able to invest in the UFC. Well, there are 500 or so fighters under contract saying, "Hey, would you mind giving us some of the rights that you have been using and taking advantage of throughout your entire career? It's kind of our turn." So it's going to be very interesting to see how these actors and athletes respond; if they actually are of the mindset of, yeah, we are one. And really, are they going to look at it as, how much money can we make out of this investment, or are they going to look at it and say, what could we do to help these athletes so that they can be as successful as we are? Are they going to milk this sport for every dime that they possibly can or are they going to make a profit and share the wealth a little bit? It will be interesting to see what happens.

**PC: The UFC is now legalized in New York, they have their first card scheduled there, and Al Iaquinta, a New Yorker, recently turned down a fight to fight there because he said he just couldn't sign a bout agreement for a fight under a contract before the Reebok deal was in place where he could get his own sponsorships.**

NQ: Yeah, this is exactly one of the big problems. When I was fighting, I could not survive on what the UFC was paying me. Not only could I not build a future for myself and my daughter being ranked top 10 in the entire world in my weight class and former #1 contender, not only could I not build a future, I couldn't pay the bills as they were. My first 4 fights in the UFC, I grossed with their payday $40,000. All 4 of those were first round knockouts, me getting knocked out in the fourth one, which it is what it is, but that was my title fight against Rich Franklin. I got paid $10,000. I survived on the sponsorships. Looking at my sponsorship with And 1 Shoes, at the time, that was huge. Nobody else had a shoe deal with a big time basketball shoe company. It was front page news on MSNBC; look how popular MMA is becoming, it's becoming a household name. The sport is really growing. Well, then a year or a year and a half later, the UFC came down and was like, "Hey, guess what! You get to tell all of your sponsors, clothing and supplement sponsors now get to pay us too. Tell them they have to pay us $50,000 if they want to keep their logo on your shorts." And I go to And 1 and they were livid. They said, "I don't want to pay the billionaire owners. They have plenty. Why are they picking on us? Why does a shoe company have to pay a sponsorship tax, but Condom Depot doesn't, Joe's Garage doesn't?" It's so ridiculous, and because there is no association that represents all the fighters, the fighters didn't have a voice.

One of the fighter summits, where they bring in all the fighters, actually forced them to go spend their

### JUNE 24, 2018

- [VIDEO] PROMOTER WARREN REACTS TO ANTHONY YARDE AND DANIEL DUBOIS PUNISHING TKO WINS; WHAT'S NEXT?
- [VIDEO] CARL FRAMPTON SAYS BILLY JOE SAUNDERS INJURY WAS "NONSENSE"; KEEPS IT REAL ON MURRAY WIN

### JUNE 23, 2018

- VERGIL ORTIZ PUNISHES AND STOPS JUAN CARLOS SALGADO IN 3
- [VIDEO] CLARESSA SHIELDS REVEALS HOW ANDRE WARD ADVICE HELPED HER; SAYS "WOKE UP A NEW ANIMAL"
- [VIDEO] MICKEY BEY GOES IN ON FORMER MANAGER; CLAIMS HE'S BEING SLANDERED BEHIND THE SCENES
- [VIDEO] CLARESSA SHIELDS STATES CASE FOR "FIGHT OF THE YEAR"; SAYS NO MAN

1. Training For Muscle Gain 
2. Quick Workout Programs 
3. International Money Transfer 
4. Online High School Courses 
5. Deals on Boxing Gloves

weekend being advised by the UFC of what their conduct has to be without being compensated for their time. Dana White, it was right about the time where they made the announcement of the sponsorship tax, in which by the way eventually went from 50 grand to 100 grand, but this was when it was $50,000. So one of the fighters in the summit raises his hand and says, "Mr. White, I have my own clothing company, it's my brand, it advertises myself and I would like to wear my own shirts in my fights. Can I do that?" Dana laughs and he goes, "Haha, yeah, we can talk about that." So right then, the summit ends for the day and I turn to who was the lawyer for the UFC at the time, Michael Mersch, and I said, "Hey Mr. Mersch, I have my own clothing line as well, Zombie Cage Fighter. I'd like to wear my shirt out for my fights. Can we have a discussion about that?" And he looks at me and he goes, "If you give me $50,000, we can talk about it all you want." It's never enough with these guys and they spin it the same way that every billionaire does with the owners of some of these sports teams, "You guys are so greedy. You get to live everyone else's dream and you're so greedy. I can't believe how much more you want." It's one of those things where you would think these owners are just barely scraping by. It's like, man, you guys don't have 2 nickels to rub together. No, these are billionaires.

When I was at the NFL Players Association meeting, they were telling a story about one of the owners of a team talking with one of the players and the player was saying, "No, we need these rights, we need a raise, we need to do this for our families and our future," and the owner just looks at him and says, "You guys will never be satisfied. You guys are just so greedy." And the player looks at him and goes, "You know what? You were gifted this team by your father, you're going to gift this team to your son; I can't give my position to my son." And those NFL players got on average a 3 1/2 year span to make enough. These are kids that have been playing since grade school. And we're not even talking about playing for free. These are guys that are paying to play in grade school, paying to play in middle school, and paying to play in high school, and then when it comes to college, they get the most watered down education imaginable and they can't even sell their own autograph. You ask the NCAA, "Why can't a player sell a photo of himself that he takes and signs?" "Well, that's against our rules." "I know that, but why?" "Because it's against the rules." It's against the rules that you made up. There is a huge difference in that in terms of a rule or law that's made up that protects people and one that is just ridiculous. If I bypass a law that it's illegal to wear black shirts, is that an immoral law or is that something that somebody said, "Hey, you know what, I don't like black shirts. They blend in with the night and it makes it hard to see them and that's kind of creepy. Nobody should wear black shirts." And then they do all of these advertisements about how bad black shirts are and how you gotta be looking out for black shirts and someone could sneak out of a shadow; and then you will have these idiots that are like, "Ah man, that makes a lot of sense. Nobody wear black shirts; it's ridiculous."

**PC: So you see what's going on in the UFC and the inability of these guys to garner sponsorships in the same light as college football players not being able to make money and create revenue since they can't hold jobs.**

NQ: Yes, and how many of these college football players are actually on welfare. A lot of these cats get married young and they have a kid or two and, like you said, they can't have jobs. When I started fighting, I worked a second job. I worked in construction. And when I was 30, I said, "I'm going to take my shot. I'm going to put everything into fighting and see what I can do." I got this letter from the Federal Government that was like a social security thing and it basically said if you continue working until the retirement age and it showed all of the money you have made for the last, I don't know, 20 years or something and I'm looking at those years from when I was 30 and I quit my construction job and started dedicating my life to fighting full time. And it's yearly income 0, yearly income 0, yearly income 0. I had 0 taxable income for several years because I put everything I had towards fulfilling this dream and I was a single father. At the time, I had my little girl on the weekends, so I would get her Friday afternoon after she got out of school. I would drive her and walk her into school Monday morning. So I had her Friday night, Saturday night, and Sunday night. So for the first 8 years of her life, I had a babysitter once, maybe twice for her first 8 years. I was not going to trade my time with my daughter to go out with some female or having fun going out to a bar. And that also meant I couldn't get what are common jobs for fighters, which is bouncers and bartenders. Plus the fact that you're in a smoky environment all of the time and you're up late. So I just don't comprehend when the UFC passes this, "Oh, we have the Reebok sponsorships, so now you don't have to worry about sponsors. We taking that weight off of your shoulders." And I'm sitting here going, "Wait a minute, so you're telling me fighters are complaining about somebody wanting to pay them $5,000 to wear a t-shirt?" How is that conversation going to go? "Hey Mr. Quarry, I want to pay you $5,000 to wear this t-shirt in your next fight," "No thank you. Thanks for the offer though." But instead, he pitches that one side of the story. So the Reebok deal closed the open market.

And that's the whole thing; that's why in our anti-trust lawsuit against the UFC, it basically breaks down to 3 things. They bought up all of the competition, they put you in these exclusive contracts so none of the fighters could ever leave, and then they use threats and intimidation and make examples of fighters to keep them all in line. So when they are doing this with the Reebok deal and they are shutting down sponsorships, they flat out are telling people, okay, if you fight in the UFC from fight 1-5, you're worth $2,500. That is what the market bears. From fights 6-10, we will pay you $5,000, and I forget what the next 2 is after that. My last fight in the UFC, 6 1/2 years ago, before it was sold for 4 billion dollars, before you had Ben Affleck as an investor, 6 1/2 years ago, I made in sponsorships as a fighter who was not ranked in the top 10, who was not getting ready for a title shot, who was not on a PPV and I lost the fight, I made around $45,000 in sponsorships. Now, according to the Reebok deal, I would have been worth $5,000. That's a 90% pay cut. And Dana White says how lucky we all are that they are taking care or sponsors for us. When in reality, what he has done is starve the fighters and a starving man will thank his capturer for a crumb of bread. That's what it comes down to.

**BE SURE TO CHECK BACK FOR MUCH MORE WITH FORMER UFC MIDDLEWEIGHT TITLE CHALLENGER NATE QUARRY**



[ *Follow Percy Crawford on Twitter* *@MrFighthype* ]

RETURN TO HOME PAGE

Share 5    Tweet    Like 55