WIKIPEDIA

# UFC 164

***UFC 164: Henderson vs. Pettis II*** was a mixed martial arts event held on August 31, 2013, at the BMO Harris Bradley Center in Milwaukee, Wisconsin.[3][4]

## Contents

Background

Results

Bonus awards

Reported payout

See also

References

## Background

The main event was expected to be a UFC Lightweight Championship bout between the current champion Benson Henderson and top contender TJ Grant.[5] However, Grant was forced out of the bout with an injury and was replaced by Anthony Pettis.[6] Henderson and Pettis met in 2010 at the final event for World Extreme Cagefighting, WEC 53. Pettis defeated Henderson via unanimous decision to win the final WEC Lightweight title in a bout that was widely praised by MMA fans and pundits alike as the fight of the year.[7]

Co-featured was a bout between two former UFC Heavyweight Champions, Frank Mir and Josh Barnett.[8]

Ryan Couture was expected to face Quinn Mulhern at this event. However, Mulhern was forced out with a hand injury and was replaced by Al Iaquinta.[9]

Yoel Romero was expected to face Derek Brunson at this event. However, Brunson was forced out with an injury and was replaced by newcomer Brian Houston.[10] Houston ended up also getting injured and Romero was removed from the card.[11]

## Results

| UFC 164: Henderson vs. Pettis II | |
|---|---|
| The poster for UFC 164: Henderson vs. Pettis II. | |
| **Information** | |
| **Promotion** | Ultimate Fighting Championship |
| **Date** | August 31, 2013 |
| **Venue** | BMO Harris Bradley Center |
| **City** | Milwaukee, Wisconsin |
| **Attendance** | 9,178[1] |
| **Total gate** | $907,116[1] |
| **Buyrate** | 270,000[2] |
| **Event chronology** | |
| UFC Fight Night: Condit vs. Kampmann 2 ← UFC 164: Henderson vs. Pettis II → UFC Fight Night: Teixeira vs. Bader | |

### Main card

| Weight class | | | | Method | Round | Time | Notes |
|---|---|---|---|---|---|---|---|
| Lightweight | Anthony Pettis | def. | Benson Henderson (c) | Submission (armbar) | 1 | 4:31 | [a] |
| Heavyweight | Josh Barnett | def. | Frank Mir | TKO (knee) | 1 | 1:56 | |
| Featherweight | Chad Mendes | def. | Clay Guida | TKO (punches) | 3 | 0:30 | |
| Heavyweight | Ben Rothwell | def. | Brandon Vera | TKO (punches and knees) | 3 | 1:54 | |
| Featherweight | Dustin Poirier | def. | Erik Koch | Decision (unanimous) (29–28, 29–27, 29–27) | 3 | 5:00 | |

### Preliminary card (Fox Sports 1)

| Weight class | | | | Method | Round | Time |
|---|---|---|---|---|---|---|
| Lightweight | Gleison Tibau | def. | Jamie Varner | Decision (split) (29–28, 27–29, 29–28) | 3 | 5:00 |
| Flyweight | Tim Elliott | def. | Louis Gaudinot | Decision (unanimous) (30–27, 30–26, 30–26) | 3 | 5:00 |
| Welterweight | Hyun Gyu Lim | def. | Pascal Krauss | TKO (knee and punches) | 1 | 3:58 |
| Bantamweight | Chico Camus | def. | Kyung Ho Kang | Decision (unanimous) (29–28, 29–28, 30–27) | 3 | 5:00 |

### Preliminary card (Facebook/YouTube)

| Weight class | | | | Method | Round | Time |
|---|---|---|---|---|---|---|
| Heavyweight | Soa Palelei | def. | Nikita Krylov | TKO (punches) | 3 | 1:34 |
| Lightweight | Al Iaquinta | def. | Ryan Couture | Decision (unanimous) (30–27, 30–27, 30–27) | 3 | 5:00 |
| Middleweight | Magnus Cedenblad | def. | Jared Hamman | Submission (guillotine choke) | 1 | 0:57 |

a. For the UFC Lightweight Championship.

[12]

## Bonus awards

The following fighters were awarded $50,000 bonuses.[13]

- **Fight of The Night: Pascal Krauss vs. Hyun Gyu Lim**
- **Knockout of The Night: Chad Mendes**
- **Submission of the Night: Anthony Pettis**

## Reported payout

The following is the reported payout to the fighters as reported to the Wisconsin's Department of Safety and Professional Services. It does not include sponsor money or "locker room" bonuses often given by the UFC and also do not include the UFC's traditional "fight night" bonuses.[14]

- **Anthony Pettis:** $54,000 ($27,000 win bonus) def. Benson Henderson: $110,000
- **Josh Barnett:** $160,000 (no win bonus) def. Frank Mir: $200,000
- **Chad Mendes:** $62,000 ($31,000 win bonus) def. Clay Guida: $44,000
- **Ben Rothwell:** $108,000 ($54,000 win bonus) def. Brandon Vera: $70,000
- **Dustin Poirier:** $40,000 ($20,000 win bonus) def. Erik Koch: $15,000
- **Gleison Tibau:** $74,000 ($37,000 win bonus) def. Jamie Varner: $17,000
- **Tim Elliott:** $16,000 ($8,000 win bonus) def. Louis Gaudinot: $8,000

Case 2:15-cv-01045-RFB-BNW   Document 566-3   Filed 06/29/18   Page 3 of 4

- **Hyun Gyu Lim:** $20,000 ($10,000 win bonus) def. Pascal Krauss: $15,000
- **Chico Camus:** $16,000 ($8,000 win bonus) def. Kyung Ho Kang: $8,000
- **Soa Palelei:** $20,000 ($10,000 win bonus) def. Nikita Krylov: $8,000
- **Al Iaquinta:** $20,000 ($10,000 win bonus) def. Ryan Couture: $15,000
- **Magnus Cedenblad:** $12,000 ($6,000 win bonus) def. Jared Hamman: $14,000

# See also

- List of UFC events
- 2013 in UFC

# References

1. "UFC 164 draws reported 9,178 attendance for $907,116 live gate" (http://www.mmajunkie.com/news/2013/09/ufc-164-draws-reported-9178-attendance-for-907116-live-gate). MMA Junkie. 2013-09-01. Retrieved 2013-09-01.
2. "Pay Per View" (http://mmapayout.com/blue-book/pay-per-view/). MMAPayout.com. 2013-09-10. Retrieved 2013-09-10.
3. Jesse Holland (2013-03-15). "UFC 164 official for Aug. 31 at Bradley Center in Milwaukee" (http://www.mmamania.com/2013/3/15/4108690/ufc-164-official-aug-31-bradley-center-milwaukee-mma). mmamania.com. Retrieved 2013-03-15.
4. Staff (2013-03-16). "UFC plans return to Milwaukee" (http://www.jsonline.com/sports/etc/ufc-plans-return-to-milwaukee-s09627f-198570571.html). JSonline.com. Retrieved 2013-03-16.
5. A.J. Perez (2013-06-04). "Henderson, Grant to headline UFC 164" (http://msn.foxsports.com/ufc/story/benson-henderson-tj-grant-to-headline-ufc-164-060413). msn.foxsports.com. Retrieved 2013-06-04.
6. John Morgan (2013-07-12). "T.J. Grant injured, Anthony Pettis now meets champ Benson Henderson at UFC 164" (http://www.mmajunkie.com/news/2013/07/t-j-grant-injured-anthony-pettis-now-meets-champ-benson-henderson-at-ufc-164). mmajunkie.com. Retrieved 2013-07-12.
7. Gene Mrosko (2010-12-16). "WEC 53 results: Anthony Pettis decisions Ben Henderson to win WEC lightweight title" (http://www.mmamania.com/2010/12/16/1881318/wec-53-results-anthony-pettis-decisions-ben-henderson-to-win-wec). mmamania.com. Retrieved 2010-12-16.
8. Thomas Myers (2013-05-29). "Frank Mir vs Josh Barnett fight set for UFC 164 in Milwaukee" (http://www.mmamania.com/2013/5/29/4378316/frank-mir-vs-josh-barnett-fight-ufc-164-main-event-milwaukee-mma). mmamania.com. Retrieved 2013-05-29.
9. MMAjunkie.com Staff (2013-07-16). "Quinn Mulhern out, Al Iaquinta meets Ryan Couture at UFC 164 in Milwaukee" (http://www.mmajunkie.com/news/2013/07/quinn-mulhern-out-al-iaquinta-meets-ryan-couture-at-ufc-164-in-milwaukee). mmajunkie.com. Retrieved 2013-07-16.
10. MMAjunkie.com Staff (2013-08-04). "Brian Houston replaces Derek Brunson, meets Yoel Romero at UFC 164" (http://www.mmajunkie.com/news/2013/08/brian-houston-replaces-derek-brunson-meets-yoel-romero-at-ufc-164). mmajunkie.com. Retrieved 2013-08-04.
11. MMAweekly.com Staff (2013-08-14). "Yoel Romero vs. Brian Houston Nixed; UFC 164 Fight Card Stands Complete at 12 Bouts" (http://www.mmaweekly.com/yoel-romero-vs-brian-houston-nixed-ufc-164-fight-card-stands-complete-at-12-bouts). mmaweekly.com. Retrieved 2013-08-14.
12. "UFC® 164 Harley-Davidson Hometown Throwdown: Henderson vs. Pettis" (http://www.ufc.com/event/UFC164#/fight). Ultimate Fighting Championship. Retrieved 2013-07-13.
13. Staff (2013-09-01). "UFC 164 bonuses: Pettis, Mendes, Lim, Krauss win $50,000" (http://www.mmajunkie.com/news/2013/09/ufc-164-bonuses-pettis-mendes-lim-krauss-win-50000). MMAjunkie.com. Retrieved 2013-09-01.

14. Staff (October 11, 2013). "UFC 164 salaries: Mir, Barnett top $1,126,000 payroll" (http://www.mmajunkie.com/news/2013/10/ufc-164-salaries-mir-barnett-top-payroll). *mmajunkie.com*. Retrieved October 11, 2013.

Retrieved from "https://en.wikipedia.org/w/index.php?title=UFC_164&oldid=830109634"

**This page was last edited on 12 March 2018, at 20:19 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.