WIKIPEDIA

# UFC 209

**UFC 209: Woodley vs. Thompson 2** was a mixed martial arts event produced by the Ultimate Fighting Championship held on March 4, 2017, at the T-Mobile Arena in Paradise, Nevada, part of the Las Vegas metropolitan area.[2]

## Contents

Background
Results
Bonus awards
Reported payout
See also
References



| UFC 209: Woodley vs. Thompson 2 | |
|---|---|
| The poster for UFC 209: Woodley vs. Thompson 2. | |
| **Information** | |
| Promotion | Ultimate Fighting Championship |
| Date | March 4, 2017 |
| Venue | T-Mobile Arena |
| City | Las Vegas, Nevada |
| Attendance | 13,150[1] |
| Total gate | $ 2,385,230[1] |
| **Event chronology** | |
| UFC Fight Night: Lewis vs. Browne | UFC 209: Woodley vs. Thompson 2 | UFC Fight Night: Belfort vs. Gastelum |

## Background

The event was originally scheduled to take place on February 11 at Barclays Center in Brooklyn, New York.[3] However, due to a lack of suitable headliners for the original UFC 208 (scheduled for Anaheim, California), that event was postponed to July 29 and an originally scheduled UFC 209 to be held in Brooklyn was renamed as the new UFC 208. Therefore, this event was also renamed from UFC 210 to UFC 209. This was the fourth UFC event held in the venue.[3]

A UFC Welterweight Championship rematch between current champion Tyron Woodley and five-time kickboxing world champion Stephen Thompson headlined this event.[4] The pairing met recently at UFC 205, as Woodley retained his title after the fight ended in a majority draw.[5]

An interim UFC Lightweight Championship bout between undefeated Khabib Nurmagomedov and The Ultimate Fighter: Team Lesnar vs. Team dos Santos welterweight winner Tony Ferguson was expected to take place at the co-main event.[6] The pairing was originally booked for The Ultimate Fighter: Team McGregor vs. Team Faber Finale and later UFC on Fox: Teixeira vs. Evans. However, the bout was cancelled both times due to Nurmagomedov being injured[7] and Ferguson pulling out due to a lung issue, respectively.[8] Once again the bout suffered a cancelation, as Nurmagomedov had medical issues related to his weight cut and the doctors opted to pull him from the event on weigh-in day.[9]

Igor Pokrajac was expected to face Ed Herman at the event. However, Pokrajac pulled out of the fight in early February citing an injury, and was replaced by Gadzhimurad Antigulov.[10] Then, on February 20, Herman revealed that he was injured and also unable to compete at the event.[11] In turn, promotion officials elected to remove Antigulov from the card and he will be rescheduled for a future event.[12]

Todd Duffee was expected to face Mark Godbeer at the event. However, Duffee pulled out of the fight in mid-February for undisclosed reasons.[13] He was replaced by promotional newcomer Daniel Spitz.[14]

A heavyweight bout between Marcin Tybura and Luis Henrique, initially scheduled for UFC 208, was moved to this event. The pairing was initially delayed as Henrique was unable to gain medical clearance by the NYSAC after a recent corrective eye surgery.[15]

## Results

### Main Card

| Weight class | | | | Method | Round | Time | Notes |
|---|---|---|---|---|---|---|---|
| Welterweight | Tyron Woodley (c) | def. | Stephen Thompson | Decision (majority) (48-47, 47-47, 48-47) | 5 | 5:00 | [a] |
| Lightweight | David Teymur | def. | Lando Vannata | Decision (unanimous) (30-27, 30-27, 30-27) | 3 | 5:00 | |
| Middleweight | Dan Kelly | def. | Rashad Evans | Decision (split) (29-28, 28-29, 29-28) | 3 | 5:00 | |
| Women's Strawweight | Cynthia Calvillo | def. | Amanda Cooper | Submission (rear-naked choke) | 1 | 3:19 | |
| Heavyweight | Alistair Overeem | def. | Mark Hunt | KO (knees) | 3 | 1:44 | |

### Preliminary Card (Fox Sports 1)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Heavyweight | Marcin Tybura | def. | Luis Henrique | TKO (punches) | 3 | 3:46 | |
| Featherweight | Darren Elkins | def. | Mirsad Bektić | KO (punches and head kick) | 3 | 3:19 | |
| Bantamweight | Iuri Alcântara | def. | Luke Sanders | Submission (kneebar) | 2 | 3:13 | [b] |
| Heavyweight | Mark Godbeer | def. | Daniel Spitz | Decision (unanimous) (30-27, 30-27, 30-27) | 3 | 5:00 | |

### Preliminary Card (UFC Fight Pass)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Light Heavyweight | Tyson Pedro | def. | Paul Craig | TKO (elbows) | 1 | 4:10 | |
| Bantamweight | Albert Morales | def. | Andre Soukhamthath | Decision (split) (29-28, 28-29, 29-28) | 3 | 5:00 | |

a. For the UFC Welterweight Championship.
b. Sanders was deducted one point in round 1 due to an illegal knee to a downed opponent.

[16]

## Bonus awards

The following fighters were awarded $50,000 bonuses:[17]

- **Fight of the Night: David Teymur vs. Lando Vannata**
- **Performance of the Night: Darren Elkins** and **Iuri Alcântara**

## Reported payout

The following is the reported payout to the fighters as reported to the Nevada State Athletic Commission. It does not include sponsor money and also does not include the UFC's traditional "fight night" bonuses. The total disclosed payout for the event was $3,057,000.[18]

- **Tyron Woodley:** $500,000 (includes $100,000 win bonus) def. Stephen Thompson: $380,000
- **David Teymur:** $28,000 (includes $14,000 win bonus) def. Lando Vannata: $25,000
- **Dan Kelly:** $54,000 (includes $27,000 win bonus) def. Rashad Evans: $150,000
- **Cynthia Calvillo:** $20,000 (includes $10,000 win bonus) def. Amanda Cooper: $17,000
- **Alistair Overeem:** $750,000 (no win bonus) def. Mark Hunt: $750,000
- **Marcin Tybura:** $72,000 (includes $36,000 win bonus) def. Luis Henrique: $16,000
- **Darren Elkins:** $92,000 (includes $46,000 win bonus) def. Mirsad Bektić: $21,000
- **Iuri Alcântara:** $68,000 (includes $24,000 win bonus) def. Luke Sanders: $12,000
- **Mark Godbeer:** $24,000 (includes $12,000 win bonus) def. Daniel Spitz: $12,000
- **Tyson Pedro:** $24,000 (includes $12,000 win bonus) def. Paul Craig: $12,000
- **Albert Morales:** $20,000 (includes $10,000 win bonus) def. Andre Soukhamthath: $10,000

## See also

- 2017 in UFC
- List of UFC events

## References

1. Staff (2017-03-05). "UFC 209 draws announced 13,150 attendance for live gate of $2.385 million in Las Vegas" (http://mmajunkie.com/2017/03/ufc-209-draws-announced-13150-attendance-for-live-gate-of-2-385-million-in-las-vegas). mmajunkie.com. Retrieved 2017-03-05.
2. Dave Doyle (2016-12-01). "UFC reschedules Anaheim event; Brooklyn card is now UFC 208" (http://www.mmafighting.com/2016/12/1/13810318/ufc-reschedules-anaheim-event-brooklyn-card-is-now-ufc-208). mmafighting.com. Retrieved 2016-12-01.
3. Staff (2016-11-09). "UFC continues to map out early 2017 with events in Anaheim, Denver, Brooklyn, Las Vegas" (http://mmajunkie.com/2016/11/ufc-continues-to-map-out-early-2017-with-events-in-anaheim-denver-brooklyn-las-vegas). mmajunkie.com. Retrieved 2016-11-15.
4. John Morgan (2017-01-09). "Welterweight champ Tyron Woodley rematch with Stephen Thompson headlines UFC 209" (http://mmajunkie.com/2017/01/welterweight-champ-tyron-woodley-rematch-with-stephen-thompson-set-for-ufc-209). mmajunkie.com. Retrieved 2017-01-10.
5. Dave Doyle (2016-11-13). "UFC 205 results: Tyron Woodley retains title in wild draw with Stephen Thompson" (http://www.mmafighting.com/2016/11/13/13612694/ufc-205-results-tyron-woodley-retains-title-in-wild-draw-with-stephen). mmafighting.com. Retrieved 2017-01-10.
6. Dave Doyle (2017-01-12). "Khabib Nurmagomedov vs. Tony Ferguson official for UFC 209" (http://www.mmafighting.com/2017/1/12/14259356/khabib-nurmagomedov-vs-tony-ferguson-official-for-ufc-209). mmafighting.com. Retrieved 2017-01-12.
7. Marc Raimondi (2015-10-30). "Edson Barboza steps in for Khabib Nurmagomedov to face Tony Ferguson at TUF Finale" (http://www.mmafighting.com/2015/10/30/9645620/edson-barboza-steps-in-for-khabib-nurmagomedov-to-face-tony-ferguson). mmafighting.com. Retrieved 2017-01-14.

8. Damon Martin (2016-04-05). "Tony Ferguson out; Rashad Evans vs. Glover Teixeira set as new main event" (http://www.foxsports.com/ufc/story/ufc-tony-ferguson-out-rashad-evans-vs-glover-teixeira-set-as-new-main-event-040516). foxsports.com. Retrieved 2017-01-14.
9. Marc Raimondi (2017-03-03). "UFC releases statement on Khabib Nurmagomedov" (http://www.mmafighting.com/2017/3/3/14805818/ufc-releases-statement-on-khabib-nurmagomedov). mmafighting.com. Retrieved 2017-03-03.
10. Marcel Dorff (2017-02-07). "Igor Pokrajac out, Gadzimurad Antigulov against Ed Herman at UFC 209" (http://mmadna.nl/igor-pokrajac-out-gadzimurad-antigulov-in-tegen-ed-herman-tijdens-ufc-209/). mmadna.nl. Retrieved 2017-02-16. (in Dutch)
11. Jordan Breen (2017-02-20). "Ed Herman reveals injury, Gadzhimurad Antigulov in need for new opponent for UFC 209 on March 9" (http://www.sherdog.com/news/news/Ed-Herman-Reveals-Injury-%5b%5bGadzhimurad-Antigulov%5d%5d-in-Need-for-New-Opponent-for-UFC-209-on-March-9-117677). sherdog.com. Retrieved 2017-02-20.
12. Tristen Critchfield (2017-02-23). "UFC 209 lineup finalized with addition of two new bouts" (http://www.sherdog.com/news/news/UFC-209-Lineup-Finalized-with-Addition-of-Two-New-Bouts-117783). sherdog.com. Retrieved 2017-02-23.
13. Staff (2017-02-16). "Mark Godbeer says opponent Todd Duffee out of UFC 209 matchup" (http://mmajunkie.com/2017/02/mark-godbeer-says-opponent-todd-duffee-out-of-ufc-209-matchup). mmajunkie.com. Retrieved 2017-02-16.
14. Dave Doyle (2017-02-17). "Daniel Spitz replaces Todd Duffee at UFC 209" (http://www.mmafighting.com/2017/2/17/14651974/daniel-spitz-replaces-todd-duffee-at-ufc-209). mmafighting.com. Retrieved 2017-02-19.
15. Tomasz Nowosielski (2017-02-16). "Marcin Tybura vs. Luis Henrique at UFC 209" (http://www.mmarocks.pl/marcin-tybura/marcin-tybura-%E2%80%8Fufc-209). mmarocks.pl. Retrieved 2017-02-16. (in Polish)
16. "UFC 209: Woodley vs. Thompson 2" (http://www.ufc.com/event/UFC-209). Ultimate Fighting Championship. Retrieved 2016-12-01.
17. Tristen Critchfield (2017-03-05). "UFC 209 Bonuses: Teymur, Vannata, Elkins, Alcantara capture $50K awards" (http://www.sherdog.com/news/news/UFC-209-Bonuses-Teymur-Vannata-Elkins-Alcantara-Capture-3650K-Awards-118201). sherdog.com. Retrieved 2017-03-05.
18. Staff (2017-03-06). "UFC 209 salaries: Alistair Overeem and Mark Hunt earn flat $750,000 fight purses" (http://mmajunkie.com/2017/03/ufc-209-salaries-alistair-overeem-and-mark-hunt-earn-flat-750000-fight-purses). mmajunkie.com. Retrieved 2017-03-06.

Retrieved from "https://en.wikipedia.org/w/index.php?title=UFC_209&oldid=838918329"

**This page was last edited on 30 April 2018, at 03:12 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.