**WIKIPEDIA**

# UFC 213

**UFC 213: Romero vs. Whittaker** was a mixed martial arts event produced by the Ultimate Fighting Championship held on July 8, 2017, at T-Mobile Arena in Paradise, Nevada, part of the Las Vegas metropolitan area.[2]

## Contents

Background
Results
Bonus awards
Reported payout
See also
References

## Background

The event took place during the UFC's annual International Fight Week.[2][3]

A UFC Bantamweight Championship bout between current champion Cody Garbrandt and former champion T.J. Dillashaw was expected to take place at this event, possibly as the headliner.[4] However, on May 23, Garbrandt withdrew due to a back injury and the bout was scrapped.[5]

A UFC Women's Bantamweight Championship bout between current champion Amanda Nunes and multiple-time muay thai world champion Valentina Shevchenko was scheduled to headline this event.[6] The pairing met previously in March 2016 at UFC 196, with Nunes winning by unanimous decision.[7] However, the bout was canceled just hours before the event started due to Nunes being ill.[8]

An interim UFC Middleweight Championship bout between 2000 Olympic silver medalist and former world champion in freestyle wrestling Yoel Romero and The Ultimate Fighter: The Smashes welterweight winner Robert Whittaker was expected to serve as the co-headliner.[9] Due to the cancelation of the Nunes-Shevchenko bout, this fight was announced as the new main event.[8]

A welterweight bout between former UFC Welterweight Champion Robbie Lawler and former UFC Lightweight



| UFC 213: Romero vs. Whittaker | |
|---|---|
| The poster for UFC 213: Romero vs. Whittaker. | |
| **Information** | |
| Promotion | Ultimate Fighting Championship |
| Date | July 8, 2017 |
| Venue | T-Mobile Arena |
| City | Las Vegas, Nevada |
| Attendance | 12,834[1] |
| Total gate | $2,400,000[1] |
| Buyrate | 150,000 |
| **Event chronology** | |
| The Ultimate Fighter: Redemption Finale | UFC 213: Romero vs. Whittaker | UFC Fight Night: Nelson vs. Ponzinibbio |

Championship challenger Donald Cerrone was originally booked for UFC 205. However, Lawler pulled out to take a little more time after losing his title via knockout at UFC 201.[10] The fight was rescheduled to take place at this event.[11] Reports began to circulate on June 28 that Cerrone had sustained a minor injury and that the pairing would be left intact, but expected to shift to UFC 214 three weeks later.[12] UFC President Dana White confirmed later that Cerrone in fact had a staph infection and a pulled groin, and while the plan was to keep the bout, it wouldn't happen at UFC 214.[13] In the end, the bout was confirmed on July 2 for UFC 214.[14]

Alan Jouban was expected to face Brian Camozzi at the event. However, on June 6, it was announced that Jouban pulled out due to a broken foot.[15] He was replaced by The Ultimate Fighter Nations: Canada vs. Australia welterweight winner Chad Laprise.[16]

A bantamweight bout between Douglas Silva de Andrade and Rob Font was originally booked for UFC 175 in July 2014. However, de Andrade was pulled from the bout due to injury and replaced by George Roop. The bout was then rescheduled for this event.[17]

## Results

### Main Card

| Weight class | | | | Method | Round | Time | Notes |
|---|---|---|---|---|---|---|---|
| Middleweight | Robert Whittaker | def. | Yoel Romero | Decision (unanimous) (48-47, 48-47, 48-47) | 5 | 5:00 | [a] |
| Heavyweight | Alistair Overeem | def. | Fabrício Werdum | Decision (majority) (28-28, 29-28, 29-28) | 3 | 5:00 | |
| Heavyweight | Curtis Blaydes | def. | Daniel Omielańczuk | Decision (unanimous) (30-27, 30-27, 30-27) | 3 | 5:00 | |
| Lightweight | Anthony Pettis | def. | Jim Miller | Decision (unanimous) (30-27, 30-27, 30-27) | 3 | 5:00 | |
| Bantamweight | Rob Font | def. | Douglas Silva de Andrade | Submission (guillotine choke) | 2 | 4:36 | |

### Preliminary Card (Fox Sports 1)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Heavyweight | Oleksiy Oliynyk | def. | Travis Browne | Submission (rear-naked choke) | 2 | 3:44 | |
| Welterweight | Chad Laprise | def. | Brian Camozzi | TKO (punches) | 3 | 1:27 | |
| Middleweight | Thiago Santos | def. | Gerald Meerschaert | TKO (punches) | 2 | 2:04 | |
| Welterweight | Belal Muhammad | def. | Jordan Mein | Decision (unanimous) (29-28, 29-28, 30-27) | 3 | 5:00 | |

### Preliminary Card (UFC Fight Pass)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Featherweight | Cody Stamann | def. | Terrion Ware | Decision (unanimous) (30-27, 30-27, 29-28) | 3 | 5:00 | |
| Light Heavyweight | Trevin Giles | def. | James Bochnovic | KO (punches) | 2 | 2:54 | |

a. For the interim UFC Middleweight Championship.

[18]

## Bonus awards

The following fighters were awarded $50,000 bonuses:[19]

- **Fight of the Night: Robert Whittaker vs. Yoel Romero**
- **Performance of the Night: Rob Font** and **Chad Laprise**

## Reported payout

The following is the reported payout to the fighters as reported to the Nevada State Athletic Commission. It does not include sponsor money and also does not include the UFC's traditional "fight night" bonuses. The total disclosed payout for the event was $2,596,000.[20]

- **Robert Whittaker:** $350,000 (no win bonus) def. Yoel Romero: $350,000
- **Alistair Overeem:** $800,000 (no win bonus) def. Fabrício Werdum: $275,000
- **Curtis Blaydes:** $38,000 (includes $19,000 win bonus) def. Daniel Omielańczuk: $30,000
- **Anthony Pettis:** $180,000 (includes $90,000 win bonus) def. Jim Miller: $71,000
- **Rob Font:** $39,000 (includes $19,500 win bonus) def. Douglas Silva de Andrade: $18,000
- **Oleksiy Oliynyk:** $54,000 (includes $27,000 win bonus) def. Travis Browne: $120,000
- **Chad Laprise:** $48,000 (includes $24,000 win bonus) def. Brian Camozzi: $10,000
- **Thiago Santos:** $68,000 (includes $34,000 win bonus) def. Gerald Meerschaert: $14,000
- **Belal Muhammad:** $40,000 (includes $20,000 win bonus) def. Jordan Mein: $25,000
- **Cody Stamann:** $20,000 (includes $10,000 win bonus) def. Terrion Ware: $10,000
- **Trevin Giles:** $24,000 (includes $12,000 win bonus) def. James Bochnovic: $12,000

## See also

- List of UFC events
- 2017 in UFC

## References

1. Staff (2017-07-09). "UFC 213 draws announced attendance of 12,834 for $2.4 million live gate in Las Vegas" (http://mmajunkie.com/2017/07/ufc-213-attendance-12834-2-4-million-live-gate-las-vegas). mmajunkie.com. Retrieved 2017-07-09.
2. Staff (2017-03-22). "UFC requests 3 straight July dates at T-Mobile Arena in Las Vegas for International Fight Week" (http://mmajunkie.com/2017/03/ufc-requests-3-straight-july-dates-at-t-mobile-arena-in-las-vegas-for-international-fight-week). mmajunkie.com. Retrieved 2017-03-22.
3. Staff (2017-04-08). "UFC International Fight Week headlined by UFC 213 and exciting two-day ufc fan experience" (http://www.ufc.com/news/2017-UFC-International-Fight-Week-headlined-by-UFC-213-and-two-day-fan-experience). ufc.com. Retrieved 2017-04-08.
4. Staff (2017-04-09). "Dana White confirms bantamweight champ Cody Garbrandt meets former champ T.J. Dillashaw at UFC 213" (http://mmajunkie.com/2017/04/dana-white-confirms-bantamweight-champ-cody-garbrandt-meets-former-champ-t-j-dillashaw-at-ufc-213). mmajunkie.com. Retrieved 2017-04-09.
5. Rob Goldberg (2017-05-23). "TJ Dillashaw vs. Cody Garbrandt scratched from UFC 213" (http://bleacherreport.com/articles/2710774-tj-dillashaw-vs-cody-garbrandt-scratched-from-ufc-213). bleacherreport.com. Retrieved 2017-05-23.
6. Dave Doyle (2017-05-03). "Amanda Nunes vs. Valentina Shevchenko in the works for UFC 213" (http://www.mmafighting.com/2017/5/3/15532896/amanda-nunes-vs-valentina-shevchenko-in-the-works-for-ufc-213). mmafighting.com. Retrieved 2017-05-04.

7. Ben Fowlkes (2016-03-05). "UFC 196 results: Amanda Nunes outlasts Valentina Shevchenko for decision win" (http://mmajunkie.com/2016/03/ufc-196-results-amanda-nunes-outlasts-valentina-shevchenko-for-decision-win). mmajunkie.com. Retrieved 2017-05-04.

8. Ariel Helwani (2017-07-08). "Amanda Nunes ill, out of UFC 213 main event" (https://www.mmafighting.com/2017/7/8/15941740/amanda-nunes-ill-out-of-ufc-213-main-event). mmafighting.com. Retrieved 2017-07-08.

9. Damon Martin (2017-05-23). "Yoel Romero vs. Robert Whittaker interim middleweight title fight set for UFC 213" (http://www.foxsports.com/ufc/story/yoel-romero-vs-robert-whittaker-interim-middleweight-title-fight-set-for-ufc-213-052317). foxsports.com. Retrieved 2017-05-23.

10. Ariel Helwani (2016-09-10). "Robbie Lawler vs. Donald Cerrone scratched from UFC 205" (http://www.mmafighting.com/2016/9/10/12871178/robbie-lawler-vs-donald-cerrone-scratched-from-ufc-205). mmafighting.com. Retrieved 2017-04-04.

11. Tim Burke (2017-04-03). "Lawler set to face Cerrone at UFC 213 in July" (http://www.bloodyelbow.com/2017/4/3/15168952/ufc-213-robbie-lawler-vs-donald-cerrone-mma-news). bloodyelbow.com. Retrieved 2017-04-03.

12. Luke Thomas (2017-06-28). "Donald Cerrone injured, Robbie Lawler bout likely moving to UFC 214" (https://www.mmafighting.com/2017/6/28/15885554/donald-cerrone-injured-robbie-lawler-bout-likely-moving-to-ufc-214). mmafighting.com. Retrieved 2017-06-28.

13. Simon Samano and John Morgan (2017-06-28). "Dana White: Donald Cerrone too injured to make up Robbie Lawler fight at UFC 214" (http://mmajunkie.com/2017/06/dana-white-donald-cerrone-injured-off-ufc-213-ufc-214-robbie-lawler). mmajunkie.com. Retrieved 2017-06-28.

14. Staff (2017-07-02). "Report: Donald Cerrone vs. Robbie Lawler rebooked for UFC 214 after all" (http://mmajunkie.com/2017/07/donald-cerrone-robbie-lawler-rebooked-ufc-214-dana-white). mmajunkie.com. Retrieved 2017-07-02.

15. Shaun Al-Shatti (2017-06-06). "Alan Jouban out of UFC 213 bout against Brian Camozzi due to foot injury" (http://www.mmafighting.com/2017/6/6/15750222/alan-jouban-out-of-brian-camozzi-bout-foot-injury-ufc-213-fight-card). mmafighting.com. Retrieved 2017-06-06.

16. Mike Bohn (2017-06-08). "Chad Laprise replaces Alan Jouban, meets Brian Camozzi at UFC 213" (http://mmajunkie.com/2017/06/chad-laprise-replaces-alan-jouban-meets-brian-camozzi-at-ufc-213). mmajunkie.com. Retrieved 2017-06-08.

17. Staff (2017-06-21). "Rob Font vs. Douglas Silva de Andrade official for UFC 213" (http://mmajunkie.com/2017/06/rob-font-douglas-silva-de-andrade-official-ufc-213). mmajunkie.com. Retrieved 2017-06-21.

18. "UFC 213: Romero vs. Whittaker" (http://www.ufc.com/event/ufc-213). Ultimate Fighting Championship. Retrieved 2017-05-04.

19. Staff (2017-07-09). "UFC 213: New interim champ Robert Whittaker now has 6 bonuses in 8-fight streak" (http://mmajunkie.com/2017/07/ufc-213-interim-champ-robert-whittaker-yoel-romero-chad-laprise-rob-font). mmajunkie.com. Retrieved 2017-07-09.

20. Staff (2017-07-09). "UFC 213 final salaries: Alistair Overeem earns event-high $800,000 disclosed payday" (http://mmajunkie.com/2017/07/ufc-213-salaries-fight-purses-money-alistair-overeem). mmajunkie.com. Retrieved 2017-07-09.

Retrieved from "https://en.wikipedia.org/w/index.php?title=UFC_213&oldid=838048588"

**This page was last edited on 24 April 2018, at 16:23 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.