WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER REGARDING THE JOINT MOTION REGARDING ZUFFA, LLC'S MOTION TO SEAL ZUFFA, LLC'S REPLY IN SUPPORT OF ZUFFA, LLC'S MOTION TO SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS AND RELATED MATERIALS (ECF NO. 554)** |

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Before this Court is the parties' Joint Motion Regarding Defendant Zuffa, LLC's ("Zuffa's") |
| 3 | Motion to Seal Zuffa's Reply in Support of Defendant Zuffa's Motion to Seal Plaintiffs' Motion to |
| 4 | Certify Class and Related Materials (ECF No. 554) ("Zuffa's Motion to Seal"). |
| 5 | The Court finds that under the applicable standard, Zuffa [has or has not] made the requisite |
| 6 | finding as to the documents Zuffa moves to seal. |
| 7 | IT IS HEREBY ORDERED THAT Zuffa's Motion to Seal is [GRANTED OR DENIED]. |
| 8 | The Clerk of the Court shall [file under seal or unseal] those portions of documents that Zuffa has |
| 9 | lodged under seal in connection with Zuffa's Reply in Support of Zuffa's Motion to Seal Plaintiffs' |
| 10 | Reply in Support of Plaintiffs' Motion to Certify Class (ECF No. 554). |

IT IS SO ORDERED.

DATED: _____, 2018        By:_____
                                                                           Hon. Richard F. Boulware
                                                                           UNITED STATES DISTRICT JUDGE