Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:   (215) 875-3000
Facsimile:    (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

*(Additional counsel appear on signature page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                    Defendant. | Case No.: 2:15-cv-01045-RFB-PAL<br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ZUFFA'S MOTION TO EXCLUDE THE TESTIMONY OF DR. HAL SINGER** |

Plaintiffs submit this Response in Opposition to Defendant Zuffa's Motion for Leave to File Notice of Supplemental Authority (ECF No. 568) ("Motion") and Notice of Supplement Authority (ECF No. 568-1) ("NSA"), regarding the Supreme Court's recent decision in *Ohio v. American Express Co.*, No. 16-1454, 2018 WL 3096305 (U.S. Jun. 25, 2018). Zuffa argues that *American Express* is relevant to its Motion to Exclude the Testimony of Dr. Hal Singer (ECF No. 524) ("Daubert Motion"), because Plaintiffs opposed that motion, in part, on the ground that "defining a market was *not* necessary when direct evidence is available." NSA at 1 (emphasis original); *see also* Plaintiffs' Opposition to Defendant's Motion to Exclude the Testimony of Dr. Hal Singer ("Daubert Opp."), ECF No. 534 at 36-40 (Plaintiffs' arguments concerning direct proof of monopsony power). Zuffa's supplemental authority is irrelevant both because: (1) Dr. Singer in fact defined relevant markets (at length) as part of his detailed economic analyses. *See* Daubert Opp. at 41-42 (discussing and referencing Dr. Singer's market definitions); *id.* at 42-48 (rebutting Zuffa's arguments concerning market definition); and (2) whether Plaintiffs need to prove a relevant market to establish their Section 2 claim has no bearing on the economic reliability of Dr. Singer's methods or testimony.

Contrary to Zuffa's suggestion, Dr. Singer defines relevant markets and his opinions incorporate those market definitions. Dr. Singer defines two alternative Relevant Input Markets (each comprising MMA promoters with rosters of Fighters deemed to be of sufficient quality that a Zuffa Fighter could view such promoters as a reasonable substitute for Zuffa), a Relevant Input Submarket (comprising MMA promoters with Fighters ranked in the top-15 in their weight classes), and a Relevant Output Market (comprising Live MMA Events featuring Fighters in a Relevant Input Market or Submarket). *See, e.g.*, Daubert Opp. at 41-42 & 47 (discussing Dr. Singer's market definitions); *see also id.* at 42-48 (rebutting Zuffa's arguments concerning Dr. Singer's market definition). Further, to the extent that the Supreme Court in *American Express* cast doubt on using direct proof *alone* (unaccompanied by market definition) to prove market power or anticompetitive effects in certain contexts, it most certainly did not critique an economist's use of direct proof as Dr. Singer did, *i.e.*, *in addition to and as part of* market definition analyses.

Moreover, the ruling in *American Express* has no bearing on whether the methodology Dr. Singer used to establish market power is reliable—the relevant inquiry underlying Zuffa's Daubert

---

1  Motion. His analysis of, *inter alia*, relevant markets, market power, and anticompetitive effects are
2  either reliable under the pertinent standards in the fields of economics and econometrics, or they are
3  not. Thus, Zuffa's supplemental *legal* authority is irrelevant to the pending motion.

Dated: July 10, 2018										Respectfully Submitted,

By: /s/ Eric L. Cramer
    Eric L. Cramer

Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

Joseph R. Saveri (*Pro Hac Vice*)
Joshua P. Davis (*Pro Hac Vice*)
Jiamin Chen (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
jchen@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

**Co-Lead Counsel for the Classes**

**Liaison Counsel for the Classes:**

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Phone: (702) 341-5200/Fax (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

**Additional Counsel for the Classes**:

Robert C. Maysey (*Pro Hac Vice*)
Jerome K. Elwell (*Pro Hac Vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Frederick S. Schwartz (*pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

William G. Caldes (admitted *pro hac vice*)
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
wcaldes@srkw-law.com

John D. Radice (admitted *pro hac vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Phone: (646) 245-8502
jradice@radicelawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2018 a true and correct copy of Plaintiffs' **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ZUFFA'S MOTION TO EXCLUDE THE TESTIMONY OF DR. HAL SINGER** was served via the Court's CM/ECF system on all parties or persons requiring notice.

/s/ *Eric L. Cramer*
Eric L. Cramer