WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**JOINT AGREED MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT BRIEFING MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3** |

Pursuant to Local Rule 7-3(c), Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") (collectively "the Parties"), move for leave to file summary judgment briefing in excess of the page limits specified in Local Rule 7-3(a). The parties have met and conferred, reached an agreement, and jointly move the Court to permit the parties to allocate 40 pages for Zuffa's Motion for Summary Judgment, 40 pages for Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment, and 21 pages for Zuffa's Reply in Support of its Motion for Summary Judgment.

The table below summarizes the Parties' proposal:

| Brief | Current LR 7-3(a) Limit | Proposed Limit |
|---|---|---|
| Zuffa's Motion for Summary Judgment | 30 pages | 40 pages, including the Statement of Undisputed Material Facts |
| Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment | 30 pages | 40 pages, including the Counterstatement of Undisputed Material Facts |
| Zuffa's Reply in Support of its Motion for Summary Judgment | 20 pages | 21 pages |

The Parties have good cause to seek to exceed the Local Rule 7-3(a) page limits as the record is extensive and complex and the issues to be addressed in the Parties' Summary Judgment briefing are, in Zuffa's view, substantial and susceptible of lengthy exposition. *See* Declaration of Nicholas A. Widnell in Support of the Parties' Joint Agreed Motion for Leave to File Summary Judgment Briefing Materials in Excess of Page Limits Imposed By Local Rule 7-3 ¶¶ 6-12.  For these reasons, good cause exists to grant an extension of the Local Rule 7-3(a) page limits. *See Jacobs v. Clark Cty. Sch. Dist.*, 373 F. Supp. 2d 1162, 1168 (D. Nev. 2005) (granting a motion to exceed the page limit requirements of the District of Nevada's Local Rules where the issues to be addressed "are substantial and susceptible of lengthy exposition")

The Parties respectfully request that the Court find that good cause exists and that the Court grant leave to file Summary Judgment briefing materials in excess of the page limits specified by Local Rule 7-3(a) as specified above.

| | |
|---|---|
| Dated: July 27, 2018 | Dated: July 27, 2018 |
| **BERGER & MONTAGUE, P.C.** | **BOIES SCHILLER FLEXNER LLP** |
| By: */s/ Eric L. Cramer* | By: */s/ Nicholas A. Widnell* |
| Eric L. Cramer (admitted *pro hac vice*) | William A. Isaacson (admitted *pro hac vice*) |
| Michael Dell'Angelo (admitted *pro hac vice*) | Stacey K. Grigsby (admitted *pro hac vice*) |
| Patrick F. Madden (admitted *pro hac vice*) | Nicholas A. Widnell (admitted *pro hac vice*) |
| Mark R. Suter (admitted *pro hac vice*) | 1401 New York Ave, NW |
| 1622 Locust Street | Washington, D.C. 20005 |
| Philadelphia, Pennsylvania 19103 | Phone: (202) 237-2727/Fax: (202) 237-6131 |
| Phone: (215) 875-3000/Fax: (215) 875-4604 | wisaacson@bsfllp.com |
| ecramer@bm.net | sgrigsby@bsfllp.com |
| mdellangelo@bm.net | nwidnell@bsfllp.com |
| pmadden@bm.net | |
| msuter@bm.net | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | **CAMPBELL & WILLIAMS**<br>Donald J. Campbell (State Bar No. 1216)<br>J. Colby Williams (State Bar No. 5549)<br>700 South 7th Street<br>Las Vegas, Nevada 89101<br>Phone: (702) 382-5222/Fax: (702) 382-0540<br>djc@campbellandwilliams.com<br>jcw@campbellandwilliams.com |
| **COHEN MILSTEIN SELLERS & TOLL, PLLC** | |
| Benjamin D. Brown (admitted *pro hac vice*) | |
| Richard A. Koffman (admitted *pro hac vice*) | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| Daniel Silverman (admitted *pro hac vice*) | |
| 1100 New York Ave., N.W., Suite 500, East Tower | **BOIES SCHILLER FLEXNER LLP** |
| Washington, D.C. 20005 | Richard J. Pocker (State Bar No. 3568) |
| Phone: (202) 408-4600/Fax: (202) 408 4699 | 300 South Fourth Street, Suite 800 |
| bbrown@cohenmilstein.com | Las Vegas, Nevada 89101 |
| rkoffman@cohenmilstein.com | Phone: (702) 382-7300/Fax: (702) 382-2755 |
| dsilverman@cohenmilstein.com | rpocker@bsfllp.com |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |

**JOSEPH SAVERI LAW FIRM, INC.**

Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,
Luis Javier Vazquez, Brandon Vera, and Kyle
Kingsbury*


**WOLF, RIFKIN, SHAPIRO,
   SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys
for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis
Javier Vazquez, Brandon Vera, and Kyle
Kingsbury*

3
JT. MOT. FOR LEAVE TO FILE SUMMARY JUDGMENT MATERIALS IN EXCESS OF
PAGE LIMITS

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**ATTESTATION OF FILER**

The signatories to this document are myself and Eric Cramer, and I have obtained Mr. Cramer's concurrence to file this document on his behalf.

Dated: July 27, 2018                    */s/ Nicholas A. Widnell*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Parties' Joint Agreed Motion for Leave to File Summary Judgment Briefing Materials in Excess of Page Limits Imposed By Local Rule 7-3** was served on July 27, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Roderick Crawford*

Roderick Crawford, an employee of
Boies Schiller Flexner LLP