Joseph R. Saveri (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone:     (202) 408-4600
Facsimile:      (202) 408-4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone:     (215) 875-3000
Facsimile:      (215) 875-4604
ecramer@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED MATERIALS (ECF NO. 558)** |

Case No.: 2:15-cv-01045-RFB-(PAL)

**PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS AND RELATED MATERIALS (ECF NO. 558)**

Pursuant to Local Civil Rule 7-2(g) Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, hereby file this Motion for Leave to File Notice of Supplemental Authority Relating to Plaintiffs' Opposition to Zuffa, LLC's Motion to Seal Plaintiffs Reply in Support of Plaintiffs' Motion to Certify Class and Related Materials (ECF No. 558). This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities incorporated herein; the attached exhibits; the entire record in this action; and other such matters and argument as may be presented to the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

On July 23, 2013, Magistrate Judge Carl W. Hoffman Jr. of the District of Nevada issued an Order denying two motions to seal documents filed in *Hunt v. Zuffa, LLC, et al.*, case no. 2:17-cv-00085-JAD-CWH ("*Hunt v. Zuffa*"). *Hunt* ECF No. 133,[1] attached hereto as Exhibit A. The court's order denied Zuffa's motion to seal certain agreements between Zuffa and UFC fighters.

In *Hunt v. Zuffa*, Zuffa asked the court to seal three types of contracts that Zuffa enters into with its fighters: Promotional and Ancillary Rights Agreements, which (a) set forth the contractual terms that govern the fighter's relationship with Zuffa, (b) provide for a set number of bouts within a given time frame, and (c) set forth the compensation amounts for each of the bouts, among other things; Bout Agreements, which are executed prior to each bout and contain information regarding the fighter's opponent and compensation, among other things; and a Letter of Agreement, under which Zuffa and a fighter agree to compensation which is not included in the bout agreement. *See* Zuffa's Motion for Leave to File, Under Seal, Exhibits 1-9, 10-11, and 16 to the Declaration of J. Colby Williams in Support of Defendants Zuffa, LLC's and Dana White's Motion to Dismiss Plaintiff Mark Hunt's Supplemental Complaint Pursuant to Fec. R. Civ. P. 23(b)(6), *Hunt* ECF No. 114 (the "Motion," attached hereto as Exhibit B).

Magistrate Judge Hoffman's Order denies the Motion, noting the distinction between sealing documents for discovery purposes and sealing judicial records:

---

[1] To avoid confusion between ECF numbers referring to the instant class action and ECF numbers referring to the *Hunt* litigation, the latter are referenced with the shorthand designation, "*Hunt* ECF No. ___."

> In this case, while the court previously has sealed certain documents and discovery is proceeding pursuant to a protective order, defendants are now asking to seal documents related to a case-dispositive motion. Given that defendants do not articulate compelling reasons to do so, the court will deny their motions to seal without prejudice.

*Hunt* ECF No. 133 at 2.

In the *Le v. Zuffa* case before the Court, Zuffa similarly seeks to block the public from seeing the same types of contracts at issue in *Hunt v. Zuffa*, and other similar business records. Accordingly, the *Hunt* Order denying Zuffa's motion to seal Zuffa's Promotional and Ancillary Rights Agreements, Bout Agreements, and Letters of Agreement, provides additional support for denial of Zuffa's motion to seal herein.

Dated: July 27, 2018

Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, INC.

By:     */s/Kevin E. Rayhill*
        Kevin E. Rayhill

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
jchen@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

2    Case No.: 2:15-cv-01045-RFB-(PAL)

**PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS AND RELATED MATERIALS (ECF NO. 558)**

*Additional Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury:*

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com

Daniel H. Silverman (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Phone (312) 357-0370/Fax (312) 357-0369
dsilverman@cohenmilstein.com

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury:*

Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

3   Case No.: 2:15-cv-01045-RFB-(PAL)

**PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS AND RELATED MATERIALS (ECF NO. 558)**

*Additional Counsel For The Classes:*

Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Frederick S. Schwartz (admitted *pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

William G. Caldes (admitted *pro hac vice*)
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
wcaldes@srkw-law.com

John D. Radice (admitted *pro hac vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Phone: (646) 245-8502
jradice@radicelawfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2018 a true and correct copy of **PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS AND RELATED MATERIALS (ECF NO. 558)** was served via the District of Nevada's ECF system to all counsel of record who have enrolled in the ECF system.

By:  /s/ Kevin E. Rayhill

5    Case No.: 2:15-cv-01045-RFB-(PAL)

PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS AND RELATED MATERIALS (ECF NO. 558)