# EXHIBIT A

*Hunt v. Zuffa, LLC, et al*.,
2:17-cv-00085-JAD-CWH
Order Denying Motion to Seal
ECF. No. 133

1

2

3 **UNITED STATES DISTRICT COURT**

4 **DISTRICT OF NEVADA**

5 * * *

6 MARK HUNT,                                    Case No. 2:17-cv-00085-JAD-CWH

7            Plaintiff,

8    v.                                          **ORDER**

9 ZUFFA, LLC, et al.,

10            Defendants.

11 _____

12          Presently before the court are defendants Zuffa, LLC and Mark White's motions for leave

13 to file exhibits under seal (ECF Nos. 114, 129), filed on March 23, 2018, and April 20, 2018,

14 respectively. Defendants request that various exhibits in support of their pending motion to

15 dismiss be sealed because they are subject to confidentiality agreements.

16          Generally, the public has a right to inspect and copy judicial records. *Kamakana v. City &*

17 *Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Such records are presumptively publicly

18 accessible. *Id.* Consequently, a party seeking to seal a judicial record "bears the burden of

19 overcoming this strong presumption." *Id.* In the case of dispositive motions, the party seeking to

20 seal the record "must articulate compelling reasons supported by specific factual findings that

21 outweigh the general history of access and the public policies favoring disclosure, such as the

22 public interest in understanding the judicial process." *Id.* at 1178-79 (alteration and internal

23 quotation marks and citations omitted). Among the compelling reasons which may justify sealing

24 a record are "when such court files might have become a vehicle for improper purposes, such as

25 the use of records to gratify private spite, promote public scandal, circulate libelous statements, or

26 release trade secrets." *Id.* at 1179 (quotation omitted). However, avoiding a litigant's

27 "embarrassment, incrimination, or exposure to further litigation will not, without more, compel

28 the court to seal its records." *Id.*

1    In this case, while the court previously has sealed certain documents and discovery is

2    proceeding pursuant to a protective order, defendants are now asking to seal documents related to

3    a case-dispositive motion.  Given that defendants do not articulate compelling reasons to do so,

4    the court will deny their motions to seal without prejudice.

5    IT IS THEREFORE ORDERED defendants Zuffa, LLC and Mark White's motions for

6    leave to file exhibits under seal (ECF Nos. 114, 129) are DENIED without prejudice.

7    IT IS FURTHER ORDERED that the clerk of court must maintain the exhibits at issue in

8    ECF No. 114 and No. 129 under seal for 14 days from the date of this order.

9

10    DATED: July 23, 2018

11

12                                                        _____
                                                        C.W. HOFFMAN, JR.
13                                                        UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28