WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT** |

**APPENDIX OF EXHIBITS**

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Appendix of Exhibits in Support of Defendant Zuffa, LLC's Motion for Summary Judgment. The Exhibits noted below are attached as exhibits to the Declaration of Suzanne Jaffe Nero in Support of Defendant Zuffa, LLC's Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| 1. | Excerpts of Deposition of Lorenzo Fertitta ("Fertitta Dep.") (Mar. 23, 2017) |
| 2. | Presentation titled "UFC Company Overview," ZFL-2603089 |
| 3. | Presentation titled "Marketing in Mixed Martial Arts" (Mar. 2013), ZFL-12449194 |
| 4. | Expert Report of Professor Robert H. Topel ("Topel I") (Oct. 27, 2017) |
| 5. | Presentation titled "Growing the Business" (Sept. 2014), ZFL-1807982 |
| 6. | "About Ultimate Fighting Championship" (Jan. 2012), ZFL-1454433 |
| 7. | Excerpts of Deposition of Dana White ("White Dep.") (Aug. 9-10, 2017) |
| 8. | Excerpts of Deposition of Ike Lawrence Epstein ("Epstein Dep.") (May 26 & July 21, 2017) |
| 9. | Excerpts of 30(b)(6) Deposition of Ike Lawrence Epstein on Acquisitions ("Acquisitions Dep.") (Dec. 2, 2016) |
| 10. | Declaration of David Lawenda ("Lawenda Decl.") (Dec. 8, 2011), ZFL-1470668 |
| 11. | Summary Chart of Zuffa Events |
| 12. | Excerpts from the Second Deposition of  Dr. Hal J. Singer ("Singer Dep. II") (Jan. 23, 2018) |
| 13. | Declaration of Brandon Vera ("Vera Decl.") (July 25, 2011), ZFL-1470592 |
| 14. | Excerpts from Deposition of Michael Mersch ("Mersch Dep.") (July 14, 2017) |
| 15. | Excerpts of Deposition of Denitza Batchvarova ("Batchvarova Dep.") (Jan. 25, 2017) |
| 16. | Excerpts of Deposition of Dr. Hal J. Singer ("Singer Dep. I") (Sept. 27, 2017) |
| 17. | Excerpts of Deposition of Jon Fitch ("Fitch Dep.") (Feb. 15, 2017) |
| 18. | Excerpts of Deposition of Cung Le ("Le Dep.") (Apr. 11, 2017) |
| 19. | Declaration of Matt Serra ("Serra Decl.") (July 27, 2011), ZFL-1470642 |
| 20. | Declaration of Thiago Alves Araujo ("Alves Decl.") (July 28, 2011), ZFL-1470652 |

1

| Exhibit | Description |
|---------|-------------|
| 21. | Declaration of Jason Reinhardt ("Reinhardt Decl.") (Sept. 15, 2011), ZFL-1470625 |
| 22. | Excerpts of Deposition of Brandon Vera ("Vera Dep.") (Feb. 16, 2017) |
| 23. | Declaration of Yves Edwards ("Edwards Decl.") (Sept. 21, 2011), ZFL-1470663 |
| 24. | Declaration of Vitor Belfort ("Belfort Decl.") (July 18, 2011), ZFL-1470661 |
| 25. | Declaration of Joe Lauzon ("Lauzon Decl.") (Oct. 7, 2011), ZFL-1470622 |
| 26. | Declaration of Charlie Brenneman (Nov. 29, 2011), ZFL-1470594 |
| 27. | Declaration of Kenny Florian (Sept. 15, 2011), ZFL-1470629 |
| 28. | Declaration of Frank Edgar (Sept. 20, 2011), ZFL-1470607 |
| 29. | Declaration of Nam Phan (Sept. 21, 2011), ZFL-1470646 |
| 30. | Declaration of Glenn Robinson (July 22, 2011), ZFL-1470612 |
| 31. | Declaration of Tyson Griffin (Sept. 21, 2011), ZFL-1470654 |
| 32. | Declaration of Dan Lambert (July 11, 2011), ZFL-1470603 |
| 33. | Declaration of Jon Jones (Oct. 2, 2011), ZFL-1470620 |
| 34. | Declaration of Forrest Griffin (July 16, 2011), ZFL-1470608 |
| 35. | Declaration of Phil Davis (Oct. 7, 2011), ZFL-1470648 |
| 36. | Declaration of Leonard Garcia (Oct. 9, 2011), ZFL-1470634 |
| 37. | Declaration of Mike Thomas Brown (Sept. 21, 2011), ZFL-1470644 |
| 38. | Declaration of Jacob Volkmann (Sept. 12, 2011), ZFL-1470627 |
| 39. | Declaration of Dan Miller (Nov. 12, 2011), ZFL-1470606 |
| 40. | Declaration of Clay Guida (Aug. 2, 2011), ZFL-1470597 |
| 41. | Declaration of Mike Swick (Aug. 8, 2011), ZFL-1470657 |
| 42. | Declaration of Jim Miller (Nov. 12, 2011), ZFL-1470624 |
| 43. | Declaration of Michael Johnson (Sept. 23, 2011), ZFL-1470639 |
| 44. | Declaration of Renzo Gracie (Oct. 8, 2011), ZFL-1470650 |
| 45. | Declaration of Christopher Cope (2011), ZFL-1470595 |
| 46. | Presentation titled "Financial Presentation" (Mar. 26, 2014), ZFL-0994011 |

Appendix of Exhibits to Zuffa's Motion for Summary Judgment

| Exhibit | Description |
|---|---|
| 47. | Promotional and Ancillary Rights Agreement between Zuffa and Khabib Nurmagomedov (Dec. 18, 2013), ZFL-0522826 |
| 48. | Excerpts of 30(b)(6) Deposition of Kirk Hendrick on Fighter Contracts ("Contracts Dep.") (Nov. 29-30, 2016) |
| 49. | Rebuttal Expert Report of Dr. Hal J. Singer ("Singer II") (Jan. 12, 2018) |
| 50. | Sur-Rebuttal Expert Report of Prof. Robert H. Topel ("Topel II") (Feb. 12, 2018) |
| 51. | Excerpts of Deposition of Sean Shelby ("Shelby Dep.") (Apr. 12, 2017) |
| 52. | Excerpts of Deposition of Joe Silva ("J. Silva Dep.") (June 7, 2017) |
| 53. | Exclusive Promotional and Ancillary Rights Agreement between Zuffa and Matt Hughes (Oct. 8, 2001), ZFL-0105053 |
| 54. | Exclusive Promotional and Ancillary Rights Agreement between Zuffa and Plaintiff Jon Fitch (Jan. 7, 2017), ZFL-0414108 |
| 55. | Promotional and Ancillary Rights Agreement between Zuffa and Josh Shockley (May 27, 2014), ZFL-0504184 |
| 56. | Excerpts of Deposition of Scott Coker ("Coker Dep.") (Aug. 3, 2017) |
| 57. | Excerpts of Deposition of Carlos Silva ("C. Silva Dep.") (Apr. 18, 2017) |
| 58. | Strikeforce Fighters Contract List, ZFL-0551556 |
| 59. | Email attaching Exclusive Commercial Rights Agreement between Brandon Vera and One Championship (July 22, 2014), LEPLAINTIFFS-0042859 |
| 60. | Email attaching Exclusive Promotional Fight Extension Agreement between Jon Fitch and WSOF (Feb. 7, 2014), Z.E._002617 |
| 61. | Bellator Promotional Agreement, SBPCL00002311 |
| 62. | Emails between Michael Mersch and Neal Tabachnick (Feb. 14, 2014), ZFL-12445923 |
| 63. | Emails between Michael Mersch and Jason Genet (Oct. 24, 2008), ZFL-2429202 |
| 64. | Ronda Rousey Facts and Figures, ZFL-0925692 |
| 65. | Excerpts of Deposition of Nathan Quarry ("Quarry Dep.") (Sept. 30, 2016) |
| 66. | Email from Michele Fitch to Heidi Seibert (May 14, 2012), Z.E._001891 |
| 67. | Declaration of Scott Coker in *In re Subpoena of Bellator Sport Worldwide, LLC*, Case No. 2:17-mc-00016 (C.D. Cal.) at ECF 1-3 ("Coker Decl.") (Feb. 22, 2017) |

| Exhibit | Description |
|---|---|
| 68. | Professor Robert H. Topel's 26(e) Supplemental Report ("Topel Supp.") (July 30, 2018) |
| 69. | "This is the Professional Fighters League" |
| 70. | Expert Report of Dr. Hal J. Singer ("Singer I") (Aug. 31, 2017) |
| 71. | "About One" |
| 72. | ACB Facebook Post (July 11, 2018) |
| 73. | List of 2017 ACB Events |
| 74. | Sherdog Profiles of Thiago Silva, Pat Healy, Nam Phan, and Efrain Escudero |
| 75. | Summary Chart of Annual Events of Select Promoters |
| 76. | Declaration of Tito Ortiz ("Ortiz Decl.") (Dec. 19, 2011), ZFL-1470655 |
| 77. | Excerpts of Deposition of Shannon Knapp ("Knapp Dep.") (Apr. 11, 2017) |
| 78. | Excerpts of Deposition of Jeffrey Aronson ("Aronson Dep.") (Apr. 25, 2017) |
| 79. | Declaration of Hunter Campbell ("Campbell Decl.") (July 30, 2018) |
| 80. | Expert Report of Roger D. Blair ("Blair Rep.") (Nov. 15, 2017) |
| 81. | Letter from Zuffa to Josh Koscheck (June 15, 2015), ZFL-0489704 |
| 82. | Letter from Zuffa to Josh Thomson (Aug. 11, 2015), ZFL-0500960 |
| 83. | MMA Fighting article titled "Phil Davis would have liked to stay with the UFC – for 'big contract'" (Apr. 20, 2015), ZFL-1470749 |
| 84. | Email from David Kramer to Michael Mersch re: Roger Huerta (Mar. 10, 2010), ZFL-2252819 |
| 85. | Excerpts of Deposition of Kyle Kingsbury ("Kingsbury Dep.") (Feb. 17, 2017) |
| 86. | Summary Chart Showing Athletes Who Competed for UFC then Bellator |
| 87. | Summary Chart Showing Athletes Who Competed for Bellator then UFC |
| 88. | Declaration of Matt Hume ("Hume Decl.") (May 4, 2017), ONECHAMPIONSHIP000006 |
| 89. | Excerpts of Deposition of Javier Vazquez ("Vazquez Dep.") (Feb. 14, 2017) |
| 90. | Exclusive Promotional Fight Agreement between Plaintiff Fitch and MMAWC (WSOF) (Mar. 8, 2013), Z.E._002623 |
| 91. | Declaration of Joseph Hand, Jr. ("Hand Decl.") (Dec. 7, 2011), ZFL-1470616 |

| Exhibit | Description |
|---|---|
| 92. | Venues 30(b)(6) Deposition Ex. 51 at Tab 1 (Dec. 1, 2016) |
| 93. | List of Recent Bellator Events |
| 94. | List of Recent PFL Events |
| 95. | Declaration of Abraham Genauer ("Genauer Decl.") (Oct. 26, 2017) |
| 96. | Summary Chart of Promoter Events Featuring FightMatrix-ranked Athletes |
| 97. | Summary Chart of Ranked Athlete Switches Between Foreign Promoters and Promoters in Dr. Singer's Ranked Market |
| 98. | Summary Chart of Foreign Promoters Included in Exhibit 97 |
| 99. | Summary Chart of Zuffa's Share of Ranked Athletes |
| 100. | Horizontal Merger Guidelines (Aug. 19, 2010) |
| 101. | Strikeforce Event P&L, ZFL-1472338 |
| 102. | Antonio Rogerio Nogueira Sherdog Profile |
| 103. | Text Messages Between Sean Shelby and UFC athlete (June 21, 2015), excerpts of ZFL-2699696 |
| 104. | Zuffa, LLC Bout Agreement (Aug. 27, 2015), ZFL-0387086 |
| 105. | Excerpts of Plaintiffs' First Amended Answers to Defendant Zuffa, LLC's First Set of Interrogatories to Plaintiffs (Nov. 14, 2016) |
| 106. | 2013-2014 UFC Fight Card Changes, ZFL-0921215 |
| 107. | Excerpts of 30(b)(6) Deposition of Peter Dropick on Venues ("Venues Dep.") (Dec. 1, 2016) |
| 108. | "UFC Announces First NY Event at MSG" (Apr. 4, 2016) |
| 109. | "WSOF NYC Complete Results, Recaps and Highlights" (Dec. 31, 2016) |
| 110. | "Sonnen vs. Silva" (June 24, 2017) |
| 111. | Excerpts from 30(b)(6) Deposition of Ike Lawrence Epstein on Sponsorships ("Sponsors Dep. II") (July 21, 2017) |
| 112. | Excerpts of 30(b)(6) Deposition of Michael Mossholder on Sponsorships ("Sponsors Dep. I") (Nov. 30-Dec. 1, 2016) |

Appendix of Exhibits to Zuffa's Motion for Summary Judgment

1    DATED:  July 30, 2018                    BOIES SCHILLER FLEXNER LLP

2

3

4                                            By: /s/ Suzanne Jaffe Nero
                                                 Attorney for Defendant Zuffa, LLC, d/b/a
5                                                Ultimate Fighting Championship and UFC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Appendix of Exhibits to Zuffa's Motion for Summary Judgment