# EXHIBIT 7

# Redacted Excerpts of Deposition of Dana White

280

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
 )
       Plaintiffs, )
 )
       vs. ) Case No.
 ) 2:15-cv-01045-RFB-(PAL)
 )
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
 )
       Defendant. )
_____)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DANA F. WHITE

AFTERNOON AND EVENING SESSIONS

LAS VEGAS, NEVADA

AUGUST 9, 2017

4:01 P.M.

REPORTED BY:
MICHELLE R. FERREYRA, CCR No. 876
JOB NO. 51036-B

329

DANA WHITE - HIGHLY CONFIDENTIAL
A. He's a UFC fighter.
Q. Former UFC?
A. Yes.
Q. Okay. And is it true, though, that your -- your view was that the fight between Bonnar and Tito literally meant nothing?
A. Yes.
Q. Okay. Is that because they were at a point in their careers where, you know, they were, you know, not ascending as fighters and the types of fighters that UFC would want in its promotion?
A. No. It's my opinion. It's my opinion that it wasn't because I run my business completely different than Bellator runs theirs. I'm good at it and they're not.
Q. And what does it mean to stack a card in an MMA bout?
A. What does it mean?
Q. Yes.
A. It means to put on a bunch of great fights on one card.
Q. Okay. And so in order to stack a card, you would need a lot of good fighters?
A. You need to build talent.

330

DANA WHITE - HIGHLY CONFIDENTIAL
Q. But if -- if -- if you haven't done that, you can't stack a card; correct?
A. Yeah. If you can't build talent, then you can't build stars. Yeah.
Q. Well, in -- in theory, your promotion -- you could go out and acquire stars; right? You wouldn't have to build them?
A. Yeah. You could go out and acquire stars --
Q. Okay.
A. -- but we build them.
Q. Right.
A. That's what we do.
Q. But in order to stack a card, you need the talent; right?
A. You need to be able to build stars.
Q. Well, but I thought you could acquire the talent without building it?
A. Well, yeah. I mean, companies like Viacom could go out and acquire any type of talent they want.
Q. Right.
A. They have billions of dollars, contrary to what you believe.
Q. Not -- not withstanding the cash balances that you saw --

331

DANA WHITE - HIGHLY CONFIDENTIAL
A. Oh, yeah, yeah. Yeah. Listen. The day that Viacom has the same balance sheet as me, that will be the day.
Q. I think we're there.
A. I would -- yeah.
Q. So -- so in order to stack a card, you need talent; right?
A. Yeah.
Q. Okay.
A. In -- in order to stack a card, you -- you need stars. You need to be able to build stars. And if you can build stars -- even if -- even if you're a promotion, you know, that -- that -- that is well established and you have some big names, you only have so many big names. You have to be able to go out and build stars. That's how you can stack a card. You can't stack a card without having a bunch of stars.
    And there aren't, you know, it's not like, you know, stars are just out there popping up everywhere. You have to be able to know who you think is talented, who you think could possibly be, you know, a world champion or a big fighter some day, then you turn these people into stars.
Q. Is -- is it your testimony that you can't

332

DANA WHITE - HIGHLY CONFIDENTIAL
stack a card as an MMA promoter unless you -- you, as the MMA promoter, have actually developed the stars yourself?
A. Unless you -- yeah. You have to build stars. No.
Q. You can't build --
A. There's tons of fighters every single weekend. This weekend, there's fights happening all over the world. There's MMA promotors literally all over the world. And there are fights happening every weekend, this week, next weekend, last weekend. These fights are happening. Then what you do is you go out, you know, there's a team at the UFC, there's three of us, who go out, and we look at people.
    You know, what's crazy? Think about this. Four years ago, Conor McGregor was available to everybody. Bellator, ONE FC, UFC, everybody out there. Do you know who went out -- he was -- he was 7 and 2. Okay? Guy's record was 7 and 2. There's a zillion of them, right? I went and got Conor McGregor. I saw him, I liked his personality, and I turned him into a star, one of the biggest stars on earth right now. Bellator could have done that, ONE FC could have don it, they all could have done it. Four years ago, he

14 (Pages 329 to 332)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

Case 2:15-cv-01045-RFB-BNW   Document 574-8   Filed 07/30/18   Page 4 of 5

## 333

1  DANA WHITE - HIGHLY CONFIDENTIAL
2  was available to everybody.
3     Q.  Are -- are you not understanding the
4  question?  Because the question is: Is it possible to
5  stack a card by acquiring fighters rather than building
6  them?
7     A.  I answered the question.
8     Q.  I don't think you did.
9     A.  I answered the question.
10    MR. ISAACSON:  That wasn't your last
11 question, and his answer was to your last question.
12 BY MR. DELL'ANGELO:
13    Q.  So then -- then let's -- let's see if we get
14 this clear.  Is it possible for an MMA promotor to
15 stack a card without building -- without that MMA
16 promotor building the talent themself?
17    A.  I don't understand the question.
18       Do you want to know what's even crazier?
19 Four years ago, Strikeforce had Rhonda Rousey.
20    MR. ISAACSON:  I'm going to -- I'm going to
21 strike your answer.  Let him --
22    THE WITNESS:  All right.  I will stop.  I'm
23 getting crazy over here.  I drank an energy drink.
24 BY MR. DELL'ANGELO:
25    Q.  So it was your view in December of 2014 that

## 334

1  DANA WHITE - HIGHLY CONFIDENTIAL
2  Bellator didn't have fighters to stack a card with?
3     A.  They did.  Absolutely did.
4     Q.  So take a look at Exhibit 11, please.  Would
5  you take a look at Exhibit 11, please?
6     A.  Oh, okay.  Okay.
7     Q.  Would you go to page 155.
8     A.  Yeah.
9     Q.  Okay.  Would you take a look at row 3446,
10 please.
11    A.  Yeah.
12    Q.  Okay.  That's a text from your 875 -- or your
13 75 number; right?
14    A.  Yes.
15    Q.  Okay.  And that's to Mr. Fertitta's 97
16 number; correct?
17    A.  Okay.
18    Q.  Okay?  And it's dated December 8, 2014;
19 correct?
20    A.  Yes.
21    Q.  Okay.  And you're indicating in that text
22 that you spoke to somebody who did play-for-play for
23 Bellator; correct?
24    A.  I'm reading it right now.  Yeah.
25    Q.  Okay.  So this text message refers to

## 335



## 336

6     Q.  Right.  And so let's take a look -- well, are
7  you familiar with the term "legend fights" in MMA?
8     A.  Legend fights?
9     Q.  Yeah.
10    A.  Okay.
11    Q.  No.  I'm asking if you are familiar with the
12 term?
13    A.  I'm not familiar.
14    Q.  Okay.  Are you family with the term "a freak
15 show fight"?
16    A.  Eh, I mean, freak show, that -- that's what I
17 call some of the fights.
18    Q.  Okay.  What's a freak show fight?
19    A.  So when I built this business, right,
20 I -- I -- I set standards.  So I was a huge boxing fan
21 growing up.  Okay?  And I hated everything that boxing
22 did.  Loved the sport, but hated everything they did.
23 So I had a vision in my mind of how I would do it and
24 how I would change everything from the live event to
25 the fights to how it's produced on television,

15 (Pages 333 to 336)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

## Page 457

```
STATE OF _____ )
              ) :ss
COUNTY OF _____)


     I, DANA F. WHITE, the witness
herein, having read the foregoing
testimony of the pages of this deposition,
do hereby certify it to be a true and
correct transcript, subject to the
corrections, if any, shown on the attached
page.


          _____
               DANA F. WHITE



Sworn and subscribed to before
me, this       day of
          , 2017.

     _____
          Notary Public
```

## Page 458

```
          CERTIFICATE OF REPORTER
STATE OF NEVADA  )
COUNTY OF CLARK  )
     I, Michelle R. Ferreyra, a Certified Court
Reporter licensed by the State of Nevada, do hereby
certify:  That I reported the videotaped deposition of
DANA WHITE, commencing on WEDNESDAY, AUGUST 9, 2017,
at 4:01 p.m.
     That prior to being deposed, the witness was
duly sworn by me to testify to the truth.  That I
thereafter transcribed my said stenographic notes into
written form, and that the typewritten transcript is a
complete, true and accurate transcription of my said
stenographic notes, and that a request has been made to
review the transcript.
     I further certify that I am not a relative,
employee or independent contractor of counsel or of any
of the parties involved in the proceeding, nor a person
financially interested in the proceeding, nor do I have
any other relationship that may reasonably cause my
impartiality to be questioned.
     IN WITNESS WHEREOF, I have set my hand in my
office in the County of Clark, State of Nevada, this
21st day of August, 2017.

          _____
               MICHELLE R. FERREYRA, CCR No. 876
```

## Page 459

```
          INSTRUCTIONS TO WITNESS

     Please read your deposition over carefully
and make any necessary corrections. You should state
the reason in the appropriate space on the errata
sheet for any corrections that are made.
     After doing so, please sign the errata sheet
and date it.
     You are signing same subject to the changes
you have noted on the errata sheet, which will be
attached to your deposition.
     It is imperative that you return the original
errata sheet to the deposing attorney within thirty
(30) days of receipt of the deposition transcript by
you. If you fail to do so, the deposition transcript
may be deemed to be accurate and may be used in court.
```

## Page 460

```
               E R R A T A



     I wish to make the following changes,
for the following reasons:

PAGE LINE
___ ___ CHANGE:_____
REASON:_____
___ ___ CHANGE:_____
REASON:_____
___ ___ CHANGE:_____
REASON:_____
___ ___ CHANGE: _____
REASON:_____
___ ___ CHANGE: _____
REASON:_____
___ ___ CHANGE: _____
REASON:_____

     _____    _____
     WITNESS' SIGNATURE           DATE
```