# EXHIBIT 9

## Redacted Excerpts of 30(b)(6) Deposition of Ike Lawrence Epstein on Acquisitions

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON FITCH, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-(PAL)

CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY IKE LAWRENCE EPSTEIN

December 2, 2016

LAS VEGAS, NEVADA

11:29 A.M.

Reported by:
Sarah Padilla, CCR NO. 929
Job No: 47777

IKE LAWRENCE EPSTEIN - CONFIDENTIAL

34

36

35

37

Q I'd like to mark as Exhibit 57 a document that has been created from a spreadsheet bearing the

10 (Pages 34 to 37)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

IKE LAWRENCE EPSTEIN - CONFIDENTIAL

174

[Lines 1-18 redacted]

19  Q   I would like to mark as an exhibit,
20  Exhibit 83, document bearing the Bates label
21  ZFL-0551556, goes through 1558.
22  A   All right. I got it.
23      (Exhibit 83 was marked.)
24  BY MR. WEILER:
25  Q   Do you recognize this document?

175

1  A   Yes.
2  Q   And what is this document?
[Lines 3-25 redacted]

176

[Entire page redacted]

177

[Entire page redacted]

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

[redacted]

MS. GRIGSBY: Counsel, I just have a question. Is this a complete document? It looks like on the top it has a .0001. Does that indicate it's part of a family or an e-mail?

MR. WEILER: Counsel, these are Zuffa's documents. I can't speak to the significance of --

MS. GRIGSBY: The question -- no. No. No. The question is was it produced to you as this is a stand-alone document?

MR. WEILER: I don't know. I don't know. I think it was, but I'm not sure.

I'd like to mark as Exhibit 84 a document bearing the Bates label ZFL-1242503 running through 2505.

(Exhibit 84 was marked.)

THE WITNESS: All right. I got it.

BY MR. WEILER:

**Q Do you recognize this document?**

A Not really.

**Q Do you know who might have created this document?**

A No.

[redacted]

[redacted]

[redacted]



STATE OF _____________ )
) :ss
COUNTY OF _____________)

I, IKE LAWRENCE EPSTEIN, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

_______________________
IKE LAWRENCE EPSTEIN

Sworn and subscribed to before me, this ________ day of __________, 2016.

_______________________________
Notary Public

STATE OF NEVADA)
) Ss
COUNTY OF CLARK)

I, Sarah Padilla, a duly commissioned and licensed court reporter, Clark County, State of Nevada, do hereby certify: That I reported the taking of the deposition of the witness, IKE LAWRENCE EPSTEIN, commencing on Friday, December 2, 2016, at 11:39 A M ; That prior to being examined, the witness was, by me, duly sworn to testify to the truth; That thereafter I transcribed my shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true, and accurate record of said shorthand notes I further certify that I am not a relative or employee of any attorney or counsel of any of the parties nor a relative or employee of an attorney or counsel involved in said action, nor a person financially interested in the action; that a request [x] has [] has not been made to review the transcript

IN WITNESS WHEREOF, I have hereunto set my hand in the County of Clark, State of Nevada, this 22nd day of December

_________________
SARAH PADILLA, CCR 929

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

E R R A T A

I wish to make the following changes, for the following reasons:

PAGE LINE
___ ___ CHANGE:_____________________
REASON:____________________________
___ ___ CHANGE:_____________________
REASON:____________________________
___ ___ CHANGE:_____________________
REASON:____________________________
___ ___ CHANGE: _____________________
REASON:____________________________
___ ___ CHANGE: _____________________
REASON:____________________________
___ ___ CHANGE: _____________________
REASON:____________________________

_____________________ __________
WITNESS' SIGNATURE DATE