# EXHIBIT 11

# Summary Chart of Zuffa Events

**Annual Count of Zuffa Events**
**2002 - 2016**

| Promoter | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zuffa | 7 | 5 | 5 | 10 | 18 | 27 | 26 | 28 | 32 | 38 | 36 | 34 | 46 | 41 | 41 |

**Source:**
Singer backup (Sherdog Denom for Market Shares)