# EXHIBIT 15

## Redacted Excerpts of Deposition of Denitza Batchvarova

```
                                                            1
                  UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF NEVADA




    CUNG LE; NATHAN QUARRY, JON   )
    FITCH, on behalf of           )
    themselves and all others     )
    similarly situated,           )
                                  )
              Plaintiffs,         )
                                  )
              vs.                 ) Case No.
                                  ) 2:15-cv-01045-RFB-(PAL)
                                  )
    ZUFFA, LLC, d/b/a Ultimate    )
    Fighting Championship and     )
    UFC,                          )
                                  )
              Defendant.          )
    _____)




           VIDEOTAPED DEPOSITION OF DENITZA BATCHVAROVA

                       Las Vegas, Nevada

                       January 25, 2017

                           9:11 A.M.




  Reported by:
  Sarah Padilla, CCR NO. 929
  Job No. 48403
```



62

1   Q  Okay.  Do you know if fighters at the time
2 were being compensated under that interpretation?
3   A  I believe so.  There was nothing that
4 would lead me to believe we weren't compensating our
5 athletes based on our agreements with them.
6   Q  Okay.  So I am handing you what has been
7 marked Exhibit 101, which is Bates stamped
8 ZFL-1103001 and attachment Bates stamp ZFL-1103002.
9     (Exhibit 101 was marked.)
10 BY MR. SILVERMAN:
11   Q  Let me know when you have had a chance to
12 look through it.
13   A  Okay.
14   Q  Did you write this e-mail in the ordinary
15 course of business?
16   A  I did.
17   Q  And did you draft the attachment as well?
18   A  I did.
19   Q  Okay.  Can you describe what the
20 attachment is?



17 (Pages 62 to 65)

74

1  don't think we even got to putting together a list
2  of, "Hey, who is coming up?"  I know that Tracy Long
3  always has a list of contracts that are expiring.
4  So I think that is probably where it would have gone
5  anyhow.
6      Q   Was this plan shared with Lorenzo, do you
7  know?
8      A   I don't recall.
9      Q   Did you ever have any meetings with anyone
10 about this plan?
11     A   Besides Nakisa who I sent this to, I don't
12 believe it got anywhere further.



Page 198

```
 1  ▮▮▮
 2  ▮▮▮
 3  
 4     Q   I'm handing you what has been marked as
 5  Exhibit 122.  And it is Bates stamped ZFL-2508353
 6  and attachment ZFL-2508355.
 7        (Exhibit 122 was marked.)
 8  BY MR. SILVERMAN:
 9     Q   If you look at the e-mail on top, you are
10  CC'd on this; is that right?
11     A   Yes, I am.
12     Q   Can you tell me what the attached --
13  ▮▮▮
14  ▮▮▮
15  ▮▮▮
16  ▮▮▮
17     Q   And do you know what the purpose of this
18  attached presentation was?
19     A   I don't know.  I am not aware of it.
20     Q   Do you know why Nakisa Bidarian CC'd you
21  on the e-mail with this presentation attached?
22  ▮▮▮
23  ▮▮▮
24  ▮▮▮
25  ▮▮▮
```

Page 199

```
 1-24  ▮▮▮
25     MR. SILVERMAN:  Okay.  I think that is all my
```

Page 200

```
 1  questions.  I think you are done.  We are all done.
 2     MS. LYNCH:  Okay.  If we can just take five
 3  minutes so that I can talk to Brent and just see if
 4  we have any follow-up questions.
 5     MR. SILVERMAN:  Sure.
 6     THE VIDEOGRAPHER:  We are off the video
 7  record.  The time is 4:05 P.M.
 8      (A short recess was taken.)
 9     THE VIDEOGRAPHER:  We are back on the video
10  record.  The time is 4:15 P.M.  You may proceed.
11  ----------------------------------
                 CROSS-EXAMINATION
12  ----------------------------------
13  BY MS. LYNCH:
14     Q   Hi.  This is Marcy Lynch.  On the record I
15  am just going to ask you a couple of follow-up
16  questions.  If you can turn back to Exhibit 119 that
17-25  ▮▮▮
```

Page 201

```
 1-9   ▮▮▮
10     Q   Between 2008 and the date of this
11  presentation in 2014, had the UFC raised ticket
12  prices on Pay-Per-View events?
13     A   No, we had not raised prices.  We raised
14  Pay-Per-View prices by $5 in 2015, which was the
15  first time since 2008.
16-25  ▮▮▮
```

51 (Pages 198 to 201)

202

203

204

205

Q   And are there events that you believe have been priced too high that have resulted in fewer sell-throughs?

52 (Pages 202 to 205)

## Page 206

```
 1    A   Yes, multiple.  Both here and the Vegas
 2   market, outside of the Vegas market, yes, there are.
 3    Q   Okay.  I don't have any other questions.
 4        MR. SILVERMAN:  Okay.
 5        THE VIDEOGRAPHER:  This concludes today's
 6   deposition of Denitza Batchvarova on January 25,
 7   2017.  The time is 4:23 P.M.  We are off the video
 8   record.
 9        (TIME NOTED: 4:23 P.M.)
```

## Page 207

```
 2   STATE OF _____ )
 3                          ) :ss
 4   COUNTY OF _____ )
 7        I, DENITZA BATCHVAROVA, the
 8   witness herein, having read the foregoing
 9   testimony of the pages of this deposition,
10   do hereby certify it to be a true and
11   correct transcript, subject to the
12   corrections, if any, shown on the attached
13   page.
15        _____
16        DENITZA BATCHVAROVA
20   Sworn and subscribed to before
21   me, this       day of
22            , 2017.
24   _____
25        Notary Public
```

## Page 208

```
 1   STATE OF NEVADA)
                  ) ss
 2   COUNTY OF CLARK)
 4        I, Sarah Padilla, a duly commissioned and
 5   licensed court reporter, Clark County, State of Nevada,
 6   do hereby certify:  That I reported the taking of the
 7   deposition of the witness, Denitza Batchvarova,
 8   commencing on Wednesday, January 25, 2017, at 9:11 A.M.;
 9   That prior to being examined, the witness was, by me,
10   duly sworn to testify to the truth; That thereafter I
11   transcribed my shorthand notes into typewriting and
12   that the typewritten transcript of said deposition is a
13   complete, true, and accurate record of said shorthand
14   notes.  I further certify that I am not a relative
15   or employee of any attorney or counsel of any of the
16   parties nor a relative or employee of an attorney or
17   counsel involved in said action, nor a person
18   financially interested in the action; that a request
19   [x] has [] has not been made to review the transcript.
20        IN WITNESS WHEREOF, I have hereunto set my
21   hand in the County of Clark, State of Nevada, this 14th
22   day of February.
24        _____
             SARAH PADILLA, CCR 929
```

## Page 209

```
 1            INSTRUCTIONS TO WITNESS
 3        Please read your deposition over carefully
 4   and make any necessary corrections.  You should state
 5   the reason in the appropriate space on the errata
 6   sheet for any corrections that are made.
 7        After doing so, please sign the errata sheet
 8   and date it.
 9        You are signing same subject to the changes
10   you have noted on the errata sheet, which will be
11   attached to your deposition.
12        It is imperative that you return the original
13   errata sheet to the deposing attorney within thirty
14   (30) days of receipt of the deposition transcript by
15   you.  If you fail to do so, the deposition transcript
16   may be deemed to be accurate and may be used in court.
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

```
                                              210
 1                 E R R A T A
 2
 3
 4
 5      I wish to make the following changes,
 6     for the following reasons:
 7
 8     PAGE LINE
 9     ___ ___ CHANGE:_____
10     REASON:_____
11     ___ ___ CHANGE:_____
12     REASON:_____
13     ___ ___ CHANGE:_____
14     REASON:_____
15     ___ ___ CHANGE: _____
16     REASON:_____
17     ___ ___ CHANGE: _____
18     REASON:_____
19     ___ ___ CHANGE: _____
20     REASON:_____
21
22     _____   _____
23       WITNESS' SIGNATURE          DATE
24
25
```

54 (Page 210)