# EXHIBIT 18

## Redacted Excerpts of Deposition of Cung Le

Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon      )
Fitch, Brandon Vera, Luis Javier )
Vazquez, and Kyle Kingsbury on   )
behalf of themselves and all     )
others similarly situated,       )
                                 )
        Plaintiffs,              )
                                 )
  vs.                            ) Case No. 2:15-cv-
                                 ) 01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate       )
Fighting Championship and UFC,   )
                                 )
        Defendants.              )
                                 )

VIDEO DEPOSITION OF CUNG LE

Taken at the Offices of Boies, Schiller & Flexner
300 South 4th Street, Suite 800
Las Vegas, Nevada

On Tuesday, April 11, 2017
At 8:39 a.m.

Reported by:  Jane V. Efaw, CCR #601, RPR



Confidential - Attorneys' Eyes Only

Page 14

1  merged together to do a co-promotion, and I was the
2  co-main event, and Frank Shamrock and Phil Baroni was
3  the main event. And I knocked out Tony Frykland in
4  the third round. And my fourth fight -- well, all my
5  Strikeforce fights were in San Jose, but I can't
6  remember the fighters. Sam Morgan, another UFC
7  Ultimate Fighter event. And then I knocked him out
8  in the third round. And then I got a shot at the
9  title against Frank Shamrock. Do you need the dates
10 for the other two fighters?
11     Q. No, I do not.
12     A. Frank Shamrock was in 2008, match of 2008.
13 And that was still, I guess, a co-promotion between
14 the two fight leagues. And I knocked him out in the
15 third round with a kick, broke his arm, and won the
16 world Strikeforce middleweight title.
17         Then from there I took some time off to go
18 do three movies back to back. First movie was called
19 True Legends, which was a big Chinese director. They
20 call him Yuen Woo-ping.
21         And then from -- after that I went to
22 Germany, did a movie with Ben Foster and Dennis Quaid
23 called Pandorum. And it was released worldwide. The
24 third movie I did was called Fighting. It was with
25 Universal Pictures with Channing Tatum. I don't

Page 15

1  remember the actor's name. The guy from Empire.
2         And then I came back when Scott asked me --
3  he needed a main event for -- in December, which gave
4  me eight weeks. And I wasn't doing anything, so I --
5      Q. December of what year?
6      A. December of 2 -- I don't remember. I'm sure
7  it's on the record somewhere, but I can't find it. I
8  don't know where it is.
9      Q. I'm sure it is. So after three movies, you
10 come back and do a fight for Strikeforce?
11     A. Yeah. After the third movie, because I
12 really wanted to work with, you know, the big
13 studios, I couldn't hang onto the belt. So I decided
14 to vacate my title so I can do the movies. It was
15 actually on the fourth movie when I decided that I
16 was going to vacate the title because I got a chance
17 to work with a very famous director called -- his
18 name was Wong Kar-wai, and he's really famous in
19 China. So I did that one.
20         And then another movie followed, which was
21 called Bodyguards and Assassins. That's with Donnie
22 Yen, which is probably the biggest Chinese action
23 star right now.
24         And then when I did come back to fight, I
25 was dominating the fight, and I lost. I suffered my

Page 16

1  first loss in Strikeforce.
2      Q. So when you say -- when you came back to
3  fight, are you referring to when you came back in
4  December before --
5      A. In December or whatever.
6      Q. Whenever that was?
7      A. Yeah. I can't remember.
8      Q. So you did three movies, you did a fight in
9  December, and then you did some more movies?
10     A. I did -- no, I can't remember if it was
11 three or four. I was doing them
12 back-to-back-to-back-to-back. So I couldn't remember
13 exactly how many movies. Then I did a fight. And I
14 lost. And I believe they gave me a rematch within
15 six months, and I continued to train. And then I
16 ended up winning that fight in the second round.
17         And then I ended up doing two movies back to
18 back. Dragon Eyes and The Man with the Iron Fists,
19 which was with -- Dragon Eyes, I got a chance to star
20 in my first movie with Jean-Claude Van Damme and
21 Peter Weller, which is Robocop. And then The Man
22 with the Iron Fists was with Russell Crowe, Lucy Liu,
23 Dave Bautista, Daniel Wu, and Jamie Chung. And I
24 think that's all I can remember.
25         Then I came back to the states and was at

Page 17

1  Comic-Con promoting movies. Comic-Con is the biggest
2  comic book show in, I guess, the U.S. or the world.
3         And then I mentioned that by that time,
4  Strikeforce was already bought by UFC. And I ended
5  up saying that I wanted to fight for the UFC. And
6  then Dana and Lorenzo brought me in and gave me a
7  contract, and I think that was the end of my
8  Strikeforce, I guess, deal because they tore my
9  existing contract up.
10     Q. All right. Now, you say -- you mentioned a
11 number of movies. You said, specifically I thought
12 that you starred in a movie called Dragon Eyes; is
13 that correct?
14     A. That was my first starring role, which was
15 called Dragon Eyes, yes.
16     Q. What other movies have you had starring
17 roles in?
18     A. A movie by Lionsgate or Lighthouse called
19 Puncture Wounds with Dolph Lundgren, Vinnie Jones,
20 and Briana Evigan. Those are my two starring roles.
21 And all the other ones were supporting leads, either
22 the main villain or a supporting lead to the lead
23 actor.
24     Q. And when you say "the other ones," you had
25 supporting leads that would have been all the other



Confidential - Attorneys' Eyes Only

|  | Page 18 |
|---|---|
| 1 | movies? |
| 2 | A.  Yeah.  Like the Man with the Iron Fists. |
| 3 | Fighting with Channing Tatum.  Pandorum I was, I |
| 4 | guess, either fourth or fifth on the -- they call it |
| 5 | the credits.  And then Puncture Wounds, I was a lead. |
| 6 | And True Legends, I was one of the main villains. |
| 7 | Bodyguards and Assassins, I was the main villain with |
| 8 | the main fight scene.  The Grandmaster was nominated |
| 9 | for two Oscars in film choreograph or cinematography |
| 10 | or whatever it's called.  And then best wardrobe. |
| 11 | I was shooting two movies at the same time |
| 12 | there.  I was shooting that movie, and I was doing |
| 13 | the Man with the Iron Fists, going back and forth.  I |
| 14 | guess I wasn't like a villain or a good guy.  I was |
| 15 | just one of the grandmasters who fought another |
| 16 | grandmaster.  And then for the Man with the Iron |
| 17 | Fists, I was one of the main guys in the Lion clan. |
| 18 | Q.  Have you ever been deposed before? |
| 19 | A.  I have never been deposed before. |
| 20 | Q.  Have you ever testified as a witness in any |
| 21 | trial or any type of proceeding? |
| 22 | A.  I have not been a witness. |
| 23 | Q.  Other than this lawsuit, have you ever been |
| 24 | a party to a lawsuit, either as a plaintiff or a |
| 25 | defendant? |

|  | Page 19 |
|---|---|
| 1 | A.  No, I have not. |
| 2 | Q.  And how did you first decide to -- well, let |
| 3 | me put it this way:  Before you agreed to be a |
| 4 | plaintiff in this case, who did you talk to? |
| 5 | MR. DELL'ANGELO:  Let me just instruct the |
| 6 | witness that you can answer the question provided you |
| 7 | don't reveal the substance of your communications |
| 8 | with any attorneys. |
| 9 | [REDACTED] |
| 10 | [REDACTED] |
| 11 | [REDACTED] |
| 12 | [REDACTED] |
| 13 | [REDACTED] |
| 14 | [REDACTED] |
| 15 | [REDACTED] |
| 16 | [REDACTED] |
| 17 | [REDACTED] |
| 18 | [REDACTED] |
| 19 | [REDACTED] |
| 20 | [REDACTED] |
| 21 | [REDACTED] |
| 22 | [REDACTED] |
| 23 | [REDACTED] |
| 24 | [REDACTED] |
| 25 | [REDACTED] |

Page 20: [ENTIRELY REDACTED]

Page 21: [ENTIRELY REDACTED]







Confidential - Attorneys' Eyes Only

Page 98

[Lines 1-21 redacted]

22  Q.  And did anyone negotiate with Strikeforce on
23  your behalf with respect to the fighter contracts?
24  A.  No one.
25  Q.  So you personally negotiated your fighter

Page 99

1  contracts with Strikeforce; is that correct?
2  MR. DELL'ANGELO:  Object to the form.  Lacks
3  foundation.
4  THE WITNESS:  One more time, please.
5  BY MR. ISAACSON:
6  Q.  You personally negotiated your fighter
7  contracts with Strikeforce; is that correct?
8  A.  Yes.
9  MR. DELL'ANGELO:  Same objection.
10  BY MR. ISAACSON:
11  Q.  And you personally handled any negotiations
12  about fighter contracts with the UFC; is that
13  correct?
14  A.  Can you repeat the last one?  Sorry.
15  Q.  You personally had any discussions about
16  fighter contracts with the UFC that took place about
17  you.  I said that terribly.
18  You were the one who handled any discussions
19  with the UFC about your fighter contracts with the
20  UFC; is that correct?
21  A.  I flew in and talked to Dana and Lorenzo.
22  Q.  Was that for your initial contract?
23  A.  Yes.
24  Q.  And when you flew in, you flew in from where
25  to where?

Page 100

1  A.  From the Bay Area into Las Vegas.
2  Q.  And did they fly you into Las Vegas?
3  A.  No.  I was already heading over there.
4  Q.  And you had a meeting with them.  What did
5  they say to you in the meeting?
6  A.  A lot of things were said.  Lorenzo said I
7  was one of his favorite fighters, and he wants me to
8  fight for the UFC.  And he used to watch -- him and
9  Dana used to watch me on ESPN do scissor kicks on
10  people and throw people on their heads and do crazy
11  kicks.  And they used to enjoy my fights.  And they
12  love what I did to Frank Shamrock, especially Dana.
13  And they want me to be under the UFC stable.
14  BY MR. ISAACSON:
15  Q.  How well did you know Dana White at the
16  conclusion of that meeting?  Is that the first time
17  you had met him?
18  MR. DELL'ANGELO:  Object to form.
19  THE WITNESS:  I had met Dana before.
20  BY MR. ISAACSON:
21  Q.  What did you say to Dana White and Lorenzo
22  during this meeting about joining the UFC?
23  A.  I said I was interested in fighting for the
24  UFC, and I just answered a few of Dana's questions
25  and listened to Lorenzo talk about my career with

Page 101

1  Strikeforce on ESPN and enjoyed me as an MMA fighter
2  when I fought with Strikeforce.  And to give him a
3  bid and let them talk over something.  And he walked
4  me down to their kitchen and had their chef cook me
5  some egg whites.  And then I waited there for a bit.
6  And they brought me back up, and Lorenzo had a
7  contract for me.  And he handed it to me.  And I
8  grabbed it, and I looked it over, but it was that
9  thick.
10  So they started talking about something
11  else.  And I said, Is it cool if I look it over and
12  have someone look it over?  They're like, Yes.  And
13  we talked a little bit more, and then I was off.
14  Q.  When you said could you have someone look it
15  over, who did you have in mind to look it over?
16  A.  At that time, I didn't have anyone in mind.
17  I was just making sure that I cover all my bases if
18  this was real or not.  You know, because I was still
19  under a contract with Strikeforce, but they bought
20  out Strikeforce.  So I was just, you know, kind of,
21  you know, there.  I was there.
22  [redacted]
23  [redacted]
24  
25  



26 (Pages 98 to 101)

Confidential - Attorneys' Eyes Only

Page 102

```
 1  [REDACTED]
 2  [REDACTED]
 3  [REDACTED]
 4  [REDACTED]
 5  [REDACTED]
 6  [REDACTED]
 7  [REDACTED]
 8  [REDACTED]
 9  [REDACTED]
10
11     Q.  The contract offer that they gave you that
12  day that you visited the UFC, that increased your
13  compensation from what you were making at
14  Strikeforce; is that correct?
15        MR. DELL'ANGELO:  Object to the form.
16        THE WITNESS:  Yes, that is correct.
17  BY MR. ISAACSON:
18     Q.  And did you later sign that agreement?
19     A.  Yes, I did.
20  [REDACTED]
21  [REDACTED]
22  [REDACTED]
23  [REDACTED]
24  [REDACTED]
25  [REDACTED]
```

Page 103

```
 1-25  [REDACTED]
```

Page 104

```
 1-16  [REDACTED]
17     Q.  And you also had contracts for Ultimate
18  Fighter China with UFC; is that right?
19     A.  A contract --
20     Q.  I'm sorry.  They paid you for your work on
21  the Ultimate Fighter in China; correct?
22        MR. DELL'ANGELO:  Object to the form.
23        THE WITNESS:  Like being part of the show?
24  BY MR. ISAACSON:
25     Q.  Yeah.
```

Page 105

```
 1     A.  Yes, they did.  But I couldn't really
 2  negotiate my contract because it was -- you really
 3  couldn't negotiate with Dana.
 4     Q.  When you say you couldn't negotiate, you
 5  mean your agreement for the Ultimate Fighter show in
 6  China?
 7     A.  Yes.
 8        MR. ISAACSON:  I'll mark this Exhibit 3.
 9           (Whereupon Exhibit 3 was marked
10           for identification.)
11-25  [REDACTED]
```

MAGNA LEGAL SERVICES

Page 118

1  can't remember exactly, but the main concern I was
2  worried about is with the movies, and since they want
3  to lock down everything, with my identity, I just had
4  to make sure it's clear because there are certain
5  movies that will cast me, but then if they make an
6  action figure, then I need to have something where
7  I'm not locked up completely.
14         MR. DELL'ANGELO:  You can answer the
15  question without revealing the substance of your
16  communications with your attorney.
17         THE WITNESS:  Yeah.
18  BY MR. ISAACSON:
19     Q.  So was it your view at the time that by
20  adding to the language relating to the UFC brand or
21  the bouts to the identity rights provision, that you
22  weren't really changing the meaning of the provision?
23     A.  I don't understand what you're saying.
24     Q.  Well, you said, "I believe this doesn't
25  really change anything from the contract, the

Page 119

1  proposed language."  I'd like to know what you mean
2  by that.  Why doesn't this proposed language change
3  anything in the contract?
4     A.  I think it just makes it more clear that my
5  likeness has the UFC, and of course the UFC brand is
6  with me, and UFC, they own the likeness.  But me
7  without the UFC, I can go do another movie and not be
8  locked into something with them.
9     Q.  So I think I understand it.  So the point of
10  the language is to make clear that UFC will own your
11  identity rights when you have the UFC brand, but when
12  you don't have the UFC brand, they don't have those
13  rights; is that correct?
14     A.  I believe so.
15     Q.  And by proposing that language, you didn't
16  think you were actually changing the contract?
17     A.  I don't know.  I sent it in.  It's been a
18  while.
19     Q.  When you said "I believe this doesn't really
20  change anything in the contract," you understood that
21  the contract identity rights provisions applied to
22  you when you wore the UFC brand, but when you weren't
23  wearing the UFC brand, you were free to do what you
24  want; is that correct?
25     A.  Uh-huh.  Yes.

Page 120

1     Q.  Thank you.  And Mr. Epstein responded to you
2  at the top of the page that he was fine with making
3  the change to Section 3.1.  Do you see that?
4     A.  Uh-huh, yes.
5     Q.  And in fact, they did make the change to
6  your contract in the revised promotional agreement;
7  isn't that correct?
8     A.  Yes.  But what I was saying doesn't really
9  change anything because whether it's now or down the
10  line, they own the likeness forever, just like the
11  contracts that they have keeps extending, and then
12  your likeness is part of the contract under this.
13  And it just continues.
14     Q.  And what you believe is that under the
15  contract you signed, that UFC owns your likeness
16  forever as long as you're wearing the UFC logo; is
17  that right?
18     A.  I believe it's just my likeness.
19     Q.  So do you believe that since you retired
20  that the UFC owns any part of your likeness as long
21  as you're not wearing the UFC logo?
22         MR. DELL'ANGELO:  Object to the form.
23         THE WITNESS:  You know, I don't know what
24  they still promote out there.  I don't see it all.
25  So if I saw everything that they had of mine, whether

Page 121

1  it had a UFC logo or not, I don't know what they're
2  using, so I couldn't answer your question.  I know
3  there's trading cards and there's action figures that
4  are out there.
5  BY MR. ISAACSON:
6     Q.  Well, I'm talking about your -- since you
7  retired, anything you do where you're not wearing UFC
8  gear or logo.  No one's ever tried to restrain you
9  from doing anything; right?
10         MR. DELL'ANGELO:  Object to the form.
11         THE WITNESS:  Not that I know of.
12  BY MR. ISAACSON:
13     Q.  No one's ever written to you and said,
14  Mr. Le, you have to stop doing this promotion or that
15  promotion since you retired?
16     A.  No.  I was still stuck in the contract for
17  over a year and a half after I retired.  And I
18  couldn't -- at one point I couldn't even be a
19  commentator somewhere else.  And I couldn't even
20  negotiate that I was going to fight with someone else
21  because UFC has it that I still had two fights left
22  on my contract, which should already have been done.
23  So I couldn't go to Bellator to even talk with anyone
24  else.
25         And really there's -- you know, I was stuck.



Page 194

[Lines 1-21 redacted]

22  BY MR. DELL'ANGELO:
23      Q.  And who is Lawrence Epstein, if you know?
24      A.  He's a lawyer of the UFC.
25      Q.  And do you know who Marc Ratner is?

Page 195

1       A.  I believe he works as the commissioning body
2   of the fight, I think.
3       Q.  Is that for the UFC?
4       A.  Yes.
5           MR. DELL'ANGELO:  I have no further
6   questions.
7           MR. ISAACSON:  No questions.
8           THE VIDEOGRAPHER:  This concludes the video
9   deposition of Cung Le.  We are now going off the
10  record.  The time is approximately 3:14 p.m.
11          MR. DELL'ANGELO:  Before we go off, I just
12  want to note that we're going to read and sign.  And
13  we'd like to designate it confidential subject to
14  review.
15          THE REPORTER:  And would you like a copy of
16  the transcript, the same as last time?
17          MR. DELL'ANGELO:  Yes, same order.
18              (Thereupon the taking of the
19              deposition was concluded at
20              3:15 p.m.)
21              *   *   *   *   *
22
23
24
25

Page 196

1           CERTIFICATE OF DEPONENT
2       PAGE   LINE   CHANGE         REASON
3
4
5
6
7
8
9
10
11
12
13
14
15              *   *   *   *
16
17      I, CUNG LE, deponent herein, do hereby
    certify and declare the within and foregoing
18  transcription to be my deposition in said action;
    that I have read, corrected and do hereby affix my
19  signature to said deposition.
20
21
22          _____
                    CUNG LE, Deponent
23
24
25

Page 197

1           REPORTER'S CERTIFICATE
2   STATE OF NEVADA  )
                     ) SS:
3   COUNTY OF CLARK  )
4       I, Jane V. Efaw, CCR No. 601, do hereby certify:
5       That I reported the taking of the deposition of
6   the witness, CUNG LE, at the time and place
7   aforesaid;
8       That prior to being examined, the witness was by
9   me duly sworn to testify to the truth, the whole
10  truth, and nothing but the truth;
11      That I thereafter transcribed my shorthand notes
12  into typewriting and that the typewritten transcript
13  of said deposition is a complete, true and accurate
14  transcription of said shorthand notes taken down at
15  said time, and that a request has been made to review
16  the transcript.
17      I further certify that I am not a relative or
18  employee of counsel of any party involved in said
19  action, nor a relative or employee of the parties
20  involved in said action, nor a person financially
21  interested in the action.
22      Dated at Las Vegas, Nevada, this _____ day of
23  _____, 2017.
24
            _____
25          Jane V. Efaw, CCR #601