# EXHIBIT 21

# Declaration of Jason Reinhardt

## Declaration of Jason Reinhardt

1. My name is Jason Reinhardt. I am a professional MMA fighter. I have been fighting professionally for the past 13 years. I started training in tae kwon do when I was nine years old. I opened my first martial arts gym when I was 18 years old. I now have six black belts. I was Junior Olympics Champion when I fought at Notre Dame against competitors from 52 different countries. I train with the Miletich Fighting Systems. I fight in MMA because I love it. My whole life revolves around MMA.

2. I've fought in a lot of different promotions, in the United States and all over the world. I fought for King of the Cage on Pay Per View, Zest in Japan, XFO in Chicago, Xtreme Challenge—where Matt Hughes and a lot of other fellow fighters also fought. I've also fought in Canada, Japan, and Australia. I fought in Reality Submissions against several good fighters. It doesn't matter where the fights are; I just want to compete against the best people.

3. Everything is better with the UFC than other promotions. My compensation has absolutely increased. Not only did my compensation increase, my popularity, my fan base, my recognition, and everything else has increased as well. I'm making more money now than I ever have in my career because of the UFC. It's not just the base pay either. The discretionary pay outs, sponsorships, and the fans buying merchandise also add to my compensation. People want to schedule me for seminars and appearances because of the recognition which I credit UFC for. I actually just recently got paid to make three guest appearances.

4. The UFC helps with my promotional efforts not just by giving me recognition, but in any way they can. I recently needed some promotional materials for autograph signings that I was booked for. The UFC staff at the corporate office had 500 8" x10" posters of me. They gave them too me so that I could sign them and give them out at a charity event for the Las Vegas police departments. I love that the UFC not only promotes me for their purposes, but helps me to promote myself for my own personal reasons.

5. Safety and health is one of the major benefits of fighting with the UFC. When I first started fighting in mixed martial arts, there were no rules. There weren't any weight classes or time limitations. I came into the industry fighting at 135 pounds. Every time I fought, I was outweighed. In the UFC there are weight classes, and there are safety precautions. In 2001, I broke my neck fighting for a different promotion in Arizona. The officials actually let me finish the fight, which I won. The promoter for that fight didn't have any insurance. Not only did the promoter not have any insurance, but the night of the fight he decided not to put padding under the tarp in the ring because it had rained and the padding was wet. When I broke my neck, I had to pay over $60,000.00 of my own money for neck surgery. I had to use basically every last penny that I had for that surgery. I personally told Dana White, the President of UFC, that I was grateful and I could never express my gratitude for the amount of care that UFC has for its fighters. The UFC is the first promotion that I've fought for that has provided the standard of

CONFIDENTIAL                                                                                                    ZFL-1470625

Declaration of [ Jason Reinhardt ]
Page 2 of 2

insurance and medical care that a professional athlete like myself deserves. It's unbelievable how they take care of us.

6. Not only have I been fighting professionally for thirteen years, I've been promoting Courage Fighting Championship for eleven years. My organization has the same opportunity as Zuffa does to become a world-class, elite MMA promotion group. Courage Fighting Championship has the opportunity to sign television agreements and fight on big stages too. The truth is, being a MMA promoter takes hard work and dedication, and I choose to put more work into being a fighter than I do into promoting. Dana White and his employees are doing a great job doing what they do. It has nothing to do with unfair trade practices. These other promotions could be just as good if they wanted to, but they don't put in the effort, the time, or the work that UFC does. Maybe one day I will, or other promotions will. They just haven't yet.

7. It's ridiculous to think that Zuffa's acquisition of Strikeforce is making contract negotiations worse for fighters. It's actually making it better for them.

8. Other companies absolutely have opportunities, like One Fight China, Dream, Bellator, and tons of other companies. We'll see what happens with them in the future, if they decide to take the necessary steps or not.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this **15** day of **SEPT**, 2011, in the city of **DECATUR**, **Il**.

*Jason Reinhardt*

CONFIDENTIAL                                                                                                                    ZFL-1470626