# EXHIBIT 23

# Declaration of Yves Edwards

## Declaration of Yves Edwards

1. My name is Yves Edwards. I am a professional MMA fighter. I have been fighting professionally for the past 14 years. I am currently under contract to fight for UFC. I've competed in Muay Thai, BJJ, Boxing, and Kick Boxing. I've trained in Karate Wrestling and Jeet Kune Do.

2. I have fought for many other promotions, including PRIDE, HooknShoot, Shooto, Bodog, Euphoria, Shine, HDNet fights, Ragin Wolf, EliteXC, Bellator, WEF, and a few others. Some of those promotions were outside the United States like Shooto in Japan. It does not matter where the promotion is located, all that matters is that they are able to generate sufficient fan interest to make the fight profitable and worthwhile for me.

3. Since joining the UFC, my compensation has increased significantly. An important part of my compensation has consisted of discretionary pay outs by Zuffa. For example, I have a recipient of a Fight of the Night and a submission bonus.

4. I believe that the increased exposure of fighting for the UFC has led to increased sponsorship revenue and compensation.

5. There are several reasons why I believe the UFC is the best MMA organization to fight in. I believe the biggest feature is the potential for fighters to earn bonuses. Also, the visibility of the fighters is beyond comparison. Additionally, the UFC it is extremely concerned with fighter safety, and provides better than average medical supervision and insurance for its fighters. Lastly, the talent level is very high, assuring me the opportunity to fight other elite fighters, to try to become the best fighter in the world at my weight class.

6. Zuffa's acquisition of Strikeforce can only be positive from my perspective. From where I stand, I really want to take a shot and being the best in the world. If I fail, I want to get as high in the rankings as possible. The only place to really do that is in the UFC. For example, take Gilbert Melendez and Eddie Alvarez, they're very good fighters potentially the #1 lightweights but until they beat the top lightweights in the UFC, that argument only stands up to so much scrutiny. However, by acquiring Strikeforce, Zuffa has expanded its fighter roster which provides the fans with more competitive bouts. This is better for me and the fans in my quest to prove I am the best lightweight in the world.

7. I believe the better MMA fighters have lots of options currently. I do believe new MMA promotions can grow and compete within mixed martial arts for fighters and sponsors if they market their bouts skillfully can do as well as any of the existing promotions, over time.

CONFIDENTIAL

ZFL-1470663

Declaration of Yves Edwards
Page 2 of 2

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 21 day of Sept., 2011, in the city of Crescent Creek, FL.

_____
Yves Edwards

CONFIDENTIAL                                                                                                          ZFL-1470664