# EXHIBIT 26

# Declaration of Charlie Brenneman

## Declaration of Charlie Brenneman

1. My name is Charlie Brenneman and I have been a professional mixed martial arts fighter for 4 years. Prior to fighting in the UFC, I fought for Ring of Combat, Valley Fight League and Iron Will FC. I have trained in disciplines such as wrestling, boxing, kickboxing and Brazilian jiu jitsu. I wrestled at the Division I level at Lock Haven University, and before I began fighting I was a licensed teacher in Pennsylvania.

2. I have seen an increase in my fight related compensation since signing a contract with the UFC. I have also received discretionary bonuses, beyond the terms of my contract, for my performance in a given fight.

3. Participating in the UFC has also increased my exposure to sponsors and sponsorship opportunities. This is in large part to the television and media attention that the UFC has earned.

4. The UFC has worked to set itself apart from other organizations. Once of the ways is the notoriety that a fighter gets by fighting in the UFC. Fighters also now have health insurance through the UFC that covers them year round, not just training for a fight. The talent level within the organization is also the best in the world. Last, the potential career payoff and recognition is much greater fighting with the UFC than any other promotion right now.

5. There are other promotions that I believe are competition for me, as a fighter, if not under contract with the UFC. Before signing with the UFC I could have potentially fought in Bellator or Shark Fights, and I always saw Strikeforce as a similarly viable option.

6. I do not believe that I have any less power or leverage in contract negotiations since Zuffa purchase Strikeforce.

7. Additionally, I do not expect that my compensation offers will be any less competitive since the purchase of Strikeforce.

8. I believe that other promotions can compete within MMA for fighters and sponsors, but I believe that it will be difficult. Currently, the promotions that I follow do not have the best overall business model to have long-term or sustained success. I do feel, however, that if done correctly new and existing promotions can be successful.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 29 day of Nov., 2011, in the city of Whippany, NJ.

_____
Charlie Brenneman

CONFIDENTIAL

ZFL-1470594