# EXHIBIT 27
# Declaration of Kenny Florian

## Declaration of Kenny Florian

1. My name is Kenny Florian and I am a professional mixed martial artist. I have fought professionally since 2003, and am currently under contract with the UFC. During my career I have fought for other promotions, including Mass Destruction and the USKBA MMA Championship. My background includes training in Brazilian jiu jitsu, karate, muay thai, wrestling, and boxing. I may have been able to pursue other professional fighting opportunities, but never wanted to do anything other than mixed martial arts.

2. I have participated in fights outside of the United States and Canada. To me, it doesn't matter where a fight or promotion is held as long as the organization takes care of the fighter and makes it a worthwhile experience.

3. I have never leveraged one promotion against another in contract negotiations. However, this has to do with the fact that I choose to fight in the UFC and choose not to shop my services as an athlete to another organization.

4. Since joining the UFC my compensation has definitely increased. Not only have my contracts grown, but I have been offered discretionary payouts beyond the terms of my contract. This has included bonuses for Fight of the Night performances, for participating in a Championship bout, and also for simply putting on a good fight that the UFC chose to recognize with a bonus.

5. Participating in the UFC has increased my exposure to sponsorship opportunities due to the amount of television air time and recognition that it generates. Other opportunities have followed along with increased notoriety and respect, such as the opportunity to commentate on MMA for ESPN and the chance to open my own training center to teach martial arts skills.

6. The UFC sets itself apart from other promotions in the way that they handle fighters and fighter safety, providing medical coverage year round for fighters. Additionally, the UFC utilizes more resources to promote and draw attention to its fights and its fighters. The overall level of professionalism in the way that the UFC does business is evident and shows through in every area, leading to increased recognition for the organization.

7. If I chose to fight in an organization other than the UFC, I believe that Bellator, Canada's MFC and Britain's Bamma all would offer beneficial opportunities, as well as certain organizations located in Japan.

8. I do not believe that Zuffa's purchase of Strikeforce has limited my ability to leverage one promotion against another in contract negotiations if I were to choose to do so. Further, I don't believe that the purchase will have a negative effect on fighter compensation.

9. I firmly believe that other organizations have the ability to grow and compete within mixed martial arts for fighters and sponsors. It will take an organization that puts resources behind promoting its events and its fighters, as well as having access to television deals and media that will create exposure and promotional opportunities. Organizations just need to have the money and the business model to support these efforts.

CONFIDENTIAL

ZFL-1470629

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 15th day of Sept, 2011, in the city of Dover, MA.

*Kenny Florian*

CONFIDENTIAL

ZFL-1470630