# EXHIBIT 29

# Declaration of Nam Phan

## Declaration of Nam Phan

1. My name is Nam Phan. I am a professional MMA fighter. I have been fighting professionally for the past 10 to 11 years. I am currently under contract to fight for UFC. My background and training included other martial arts disciplines, including Karate, boxing, Brazilian Jui Jitsu, and wresting.

2. I have fought for many other promotions, including King of the Cage, Shooto, K-1, WEC, and a bunch of smaller organization such as Bobby Gamboa Fighting, Extreme World Fighting championships, Cage Combat, and others. Some of those promotions were outside the United States such as Shooto in Japan.

3. Since joining the UFC, my compensation has increased substantially. I've never been paid more than when I have fought in the UFC. Also, it has helped with attracting talent to my academy. A lot of want to train there just because I fight for the UFC. Also, a significant part of my compensation has consisted of discretionary pay outs by Zuffa. For example, I received a bonus for Fight of the Night with Lenard Garcia and for reaching The Ultimate Fighter season 12 finale.

4. Another significant part of my compensation is sponsorship revenue. I credit the UFC with providing me with the increased exposure that built my name recognition to the point where I could command those sponsorships.

5. Fighting in the UFC has provided me with the best compensation and incentives packages. Also, it has spent the most resources in promoting me and the events I participated in. Lastly, the UFC it is extremely concerned with fighter safety, and provides better than average medical supervision and insurance for its fighters.

6. Other MMA organizations copied UFC's winning formula. Bellator, M-1, DREAM, Titan Fighting and Shark Fights, for example, all have televised events and compete for fighter talent with the UFC. At this point, I am sure I could fight for any these promotions because once you fight for the UFC, you can fight for anyone in the world. A lot of promotions will sign you because you just because you fought for the UFC.

7. I do not expect Zuffa's ownership of Strikeforce to affect my contract negotiating leverage in any way. I do not feel I have any less leverage negotiating with UFC after the purchase of Strikeforce. In fact, the transition was a lot smoother than I expected.

8. I believe the Strikeforce acquisition will not change the need for the UFC and its many MMA competitors to continue offering competitive compensation. Every promotion has to continue to attract the best fighters by offering competitive compensation.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 21 day of Sept, 2011, in the city of Garden Grove.

_____
Nam Phan

702-367.6373

CONFIDENTIAL                                                                                     ZFL-1470647