# EXHIBIT 30

# Declaration of Glenn Robinson

### Declaration of Glenn Robinson

1.  My name is Glenn Robinson.  I am the owner of Authentic Sports Management. I have been managing professional MMA fighters since 2010. Several of my clients are currently under contract to fight for UFC and Strikeforce. My fighters' background and training included other martial arts disciplines, including Judo, Wrestling, Jiu-jitsu, Muay Thai and Boxing. Some of my fighter clients have other professional options besides MMA, including professional boxing and wrestling, but my clients find that they can earn more money in MMA than in these other sports.

2.  My clients have fought for many other promotions, including Shark Fights, WEC, MFA, and Showtime.  Some of those promotions were outside the United States.  It does not matter where the promotion is located, or even where the bouts are held, provided that they are able to generate sufficient fan interest to make the fight profitable for the promotion and the fighters.

3.  Since joining the UFC, my clients' compensation has increased substantially.  A significant part of my clients' compensation has consisted of discretionary pay outs by Zuffa.  For example, Rashad Evans receives a substantial amount of discretionary payouts.

4.  Another significant part of my clients' compensation is sponsorship revenue.  My clients credit the UFC with providing my clients with the increased exposure by being the best MMA promotion which builds their name recognition to the point where my clients could command those sponsorships. Jorge Santiago, for example, credits the UFC with allowing him to achieve his recent popularity and success.  Additionally, exposure from the UFC enables my clients to earn revenue in other ways, such as appearing in advertisements and movies.

5.  There are several reasons why my clients believe the UFC is the best MMA organization to fight in.  First, it has provided my clients with the best compensation and incentives. Second, it has expended the most resources in promoting my clients and the events my clients fought in.  For example, since joining UFC Jorge Santiago has received exposure, such as national television coverage, that he never received when fighting in Japan. Third, UFC is deeply concerned with fighter safety, and provides world-class medical supervision and industry-leading insurance to its fighters in their worst state.  For example, prior to fighting for a small promotion in Florida, Yuri Villefort hurt his ACL while training at another facility and continued training on it.  He never knew the extent of the damage because he couldn't afford medical care.  Since joining UFC, he has been treated by one of the best surgeons in the country, and is now nearly recovered.  Fourth, the UFC has attracted some of the best fighter talent, assuring my clients the opportunity to fight other elite fighters, to try to become the best fighter in the world at my clients' weight class, and to build my clients' reputation so they can earn more money in the form of sponsorships and PPV shares.

6.  Other MMA organizations copied UFC's winning formula.  Bellator, M-1, DREAM and Titan Fighting, for example, all have televised events and compete for fighter talent with

ZFL-1470612

Declaration of Glenn Robinson
Page 2 of 2

the UFC.  At this point, I consider all of these organizations to be potential alternative platforms for some of my clients' fighting career; on last resort, because UFC is so much more popular; and those organizations do not provide the same quality promotions or same budget.  Prior to the acquisition, I considered all of these to be equivalent promotions to Strikeforce.  For entry level fighters, SF was equivalent, but not once you have proven yourself because can't reach same level as could in SF.

7.  Zuffa's acquisition of Strikeforce can only be positive from my perspective.  By acquiring Strikeforce, Zuffa will be able to stage even better and more evenly-matched fights.  This is better for me and better for fans.

8.  I do not expect Zuffa's ownership of Strikeforce to affect my contract negotiating leverage in any way.  I do not feel I have any less leverage negotiating with UFC after the purchase of Strikeforce.

9.  I believe the Strikeforce acquisition will not change the need for the UFC and its many MMA competitors to continue offering competitive compensation.  Every promotion has to continue to attract the best fighters by offering competitive compensation.

10. Some of my fighters, like Gesias "JZ" Cavalcante will tell you that since the acquisition, SF's overall quality has improved dramatically. JZ attributes the acquisition to getting back to the cage more regularly. Match-maker Sean Shelby has gone out of his way to rectify past problems and has done an outstanding job benefiting fighters, in my view.

11. I believe as the MMA fighter reaches a high skill level, the UFC allows him to grow within the organization to reach a success level found nowhere else. Leaving aside their ability to become professional boxers, wrestlers or martial artists, there are many numbers of new MMA promotions who are entering the field and who, if they market their bouts skillfully, can do as well as any of the existing promotions, over time.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 22 day of July , 2011, in the city of Deerfield Beach , FL .

_____

_____
Glenn Robinson

CONFIDENTIAL