# EXHIBIT 31

# Declaration of Tyson Griffin

## Declaration of Tyson Griffin

1. My name is Tyson Griffin and I am a professional mixed martial arts fighter. I have been a professional for seven years. Currently, I am under contract with the UFC. I have also fought for Gladiator Challenge and Strikeforce during my career. My martial arts background includes training in wrestling, Brazilian jiu jitsu, boxing and kick boxing.

2. I have participated in bouts outside of the United States in both Guam and Ireland. Fights outside of the Unites States make sense as a professional as long as the promotion makes it financially feasible and worth my effort and time.

3. Early on in my career I used the opportunity to fight for PRIDE in Japan to create leverage in contract negotiations with the UFC. This lead to an increased financial deal with the UFC when I agreed to fight in their promotion.

4. Fighting in the UFC has increased my fight related compensation. Not only has my contract increased, I have also received payouts beyond the terms of my contract through bonuses for Submission of the Night and at least four Fight of the Night performances.

5. I believe that fighting for the UFC has increased my ability to generate sponsorship deals and sponsorship revenue. Being in the mainstream, both on pay-per-views as well as public television, has created exposure and opportunities for me as an MMA athlete.

6. I believe that the UFC is the best organization in MMA currently because of the overall level of professionalism that they bring to each aspect of their business. They treat each fighter the same regardless of skill level, and put significant time and energy into marketing their events in order to increase exposure for each athlete. The UFC sets itself apart in large part due to its skill and experience in dealing with venues, fighters and contract issues that arise in the course of its business.

7. Because of the success I have had in the UFC and the way I have been treated, I choose not to fight in any other organization. This is not to say that I would not have options. There are currently plenty of organizations within MMA that have television deals that could provide me with similar exposure to the UFC.

8. I do not believe that my leverage in negotiating contracts with the UFC has changed with Zuffa's purchase of Strikeforce. It is my opinion that leverage depends on the individual athlete and what they have done within the sport of MMA and for a specific organization.

9. I do not believe that the purchase of Strikeforce will have a negative effect on my compensation.

10. If an individual or group of people had the desire to create a successful MMA brand, they could. It takes know-how, passion and money for an organization to be able to be successful. To date, I do not believe that the UFC prevents anyone from having the opportunity, if they have the necessary resources and experience, to invest in such a venture.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 21 day of SEPT, 2011, in the city of Las Vegas, NV.

Tyson Griffin

CONFIDENTIAL

ZFL-1470654