# EXHIBIT 35

## Declaration of Phil Davis

## Declaration of Phil Davis

1. My name is Phil Davis and I am a professional mixed martial arts fighter. I have fought professionally for 3 years and am currently under contract with the UFC. Prior to mixed martial arts I wrestled at Penn State University, a Division I wrestling program.

2. I have fought outside of the United States one time, in Abu Dhabi. I would fight anywhere in the world as long as I felt that taking a fight would be a worthwhile experience for me.

3. Fighting in the UFC has increased my fight related compensation. The UFC has also offered me bonuses above and beyond my contract for Submission of the Night, as well as my overall performances in fights.

4. I have experienced increased exposure to potential sponsors by fighting for the UFC. The UFC offers increased visibility, as does fighting for any organization that is on television.

5. The UFC sets itself apart from other organizations due to its compensation and the attention it pays to fighter safety and medical issues. Overall, the UFC is just a well run organization from top to bottom.

6. If I was not under contract with the UFC I believe that there are plenty of other organizations, such as M-1 and Pro Elite, that I could fight for instead.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 7 day of Oct, 2011, in the city of Houston, Tx.

_____
Phil Davis

CONFIDENTIAL                                                                                                              ZFL-1470648