# EXHIBIT 37

# Declaration of Mike Thomas Brown

## Declaration of Mike Thomas Brown

1. My name is Mike Thomas Brown. I have been a professional fighter since 2001. My background and training includes wrestling, boxing, and jiu-jitsu.

2. I've fought in many organizations including Bodog, DEEP (Japan), Absolute Fighting Championship, Hook n Shoot. All of these other promotions provided me with the opportunity to fight which also led me to taking bouts in Japan three times and Russia once.

3. Since joining the UFC, my compensation has increased about 10 times the amount than I was previously making. Also, the UFC awarded me discretionary pay outs for fight of the night, 1 submission of the night, and 1 knockout of the night, also 5 other bonuses.

4. The UFC has also has helped increased my exposure 10 times the amount than it was before which has provided me with more sponsorship opportunities.

5. There are several reasons why I believe the UFC is the best MMA organization to fight in. The UFC not only is an elite organization, but it has better compensation package and more resources to promote fights than any other organization. Also, it is the only promotion that offers free health insurance.

6. Other MMA organizations have similar formulas to the UFC such as Bellator, M-1, DREAM, Titan Fighting and Shark Fights. However, I decided to go with the UFC. However, I still consider all of these organizations to be potential alternatives.

7. Zuffa's acquisition of Strikeforce can only be positive from my perspective. By acquiring Strikeforce, Zuffa will be able to stage even better and more evenly-matched fights. This is better for me and better for fans.

8. I do not expect Zuffa's ownership of Strikeforce to affect my contract negotiating leverage in any way. I do not feel I have any less leverage negotiating with UFC after the purchase of Strikeforce.

9. Also, I do not believe the Strikeforce acquisition will prevent the UFC from offering competitive packages. Every promotion has to continue to attract the best fighters by offering competitive compensation.

10. I believe the better MMA fighters have lots of options currently. There are still a number of MMA promotions out there and who are entering the field. If they provide the proper incentive, I don't see why they cannot do as well as any of the existing promotions, over time.

CONFIDENTIAL

ZFL-1470644

Declaration of Mike Thomas Brown
Page 2 of 2

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 21 day of Sep, 2011, in the city of Coconut Creek, Fl.

_____
Mike Thomas Brown

CONFIDENTIAL                                                                                          ZFL-1470645