# EXHIBIT 42

# Declaration of Jim Miller

## Declaration of Jim Miller

1. My name is Jim Miller and I am a professional mixed martial artist currently under contract with the UFC. I have fought professionally for 6 years in organizations such as Cage Fury, Ring of Combat, Reality Fighting, Battlecage Extreme and the International Fight League. I have trained mainly in Brazilian jiu jitsu and wrestling.

2. To date, I have fought outside of the country twice in Canada and England. As long as the fight makes sense for my career, I am willing to fight overseas.

3. I have never made the choice to leverage one promotion against another in contract negotiations.

4. Fighting in the UFC has increased my compensation. I have also received discretionary payouts for performances such as Fight of the Night and Submission of the Night, as well as other bonuses outside of the terms of my contract.

5. Being in the UFC has increased the amount of sponsorship exposure I receive and my ability to bring in sponsorship revenue.

6. The UFC sets itself apart within MMA by being the most professional and complete organization in the world from top to bottom. This starts with the staff that the UFC has and the way that the organization and staff treat the fighters both personally and professionally. The UFC has also taken steps to make sure that fighters are consistently taken care of. For example, the company offers year round insurance to all of its fighters.

7. If I chose to go to another organization, I believe that Shark Fights, Bellator and M-1 are all viable options. Each of these, to me, has been and is just as good of an option as Strikeforce.

8. I do not believe that I have any less power or leverage in contract negotiations after Zuffa's purchase of Strikeforce. Also, I do not think that my compensation will go down because of the sale.

9. I believe that other organizations and promotions can succeed and compete within mixed martial arts for fighters and sponsors. It will take a company that puts on a good product and knows how to run a successful business.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 12 day of 11, 2011, in the city of SPARTA, NJ.

Jim Miller

CONFIDENTIAL

ZFL-1470624