# EXHIBIT 43

# Declaration of Michael Johnson

<u>Declaration of Michael Johnson</u>

1. My name is Michael Johnson and I have been fighting professional MMA since 2008. I wrestled and played college football at Central Methodist University. I could have been a professional football player, but I chose MMA because it has helped me to gain focus in my life. I am currently under contract with the UFC, but before that I fought in a lot of smaller local shows.

2. I haven't ever fought outside of the United States, but if I had a good opportunity to fight outside of the United States I would.

3. My compensation fighting in the UFC compared to fighting in the other smaller promotions that I fought in is definitely higher.

4. UFC is better than other MMA promotions for a lot of reasons. Mainly, I just think that it is better run and that UFC has done a lot to grow the sport of MMA. It also gives fighters like me better exposure. Also, UFC has better fighter safety, insurance, and has more talented fighters.

5. Bellator, M-1, DREAM, Shark were all just as good as Strikeforce before Zuffa acquired it, but I think Strikeforce is a lot better now that it is under Zuffa.

6. So far I haven't seen anything negative that has happened to my compensation because of Zuffa's acquisition of Strikeforce. Hopefully, that doesn't happen, but I don't see why it would.

7. Some of the other smaller organizations have an opportunity to grow. I personally think they just need to do a better job at marketing and promoting.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 23 day of Sept, 2011, in the city of Boca Raton, FL.

_____
Michael Johnson

CONFIDENTIAL                                                                    ZFL-1470639