# EXHIBIT 44

# Declaration of Renzo Gracie

## Declaration of Renzo Gracie

1. My name is Renzo Gracia and I am a professional mixed martial artist. I have been a professional for 20 years and am currently under contract with the UFC. I have also fought for organizations such as Pride, Elite XC and IFC. My background includes training in Brazilian jiu jitsu, Muay Thai and boxing.

2. I have fought outside of the United States in both Japan and Brazil. As long as the opportunity is beneficial to me, I have no issue fighting in another country.

3. Fighting in the UFC has increased my fight related compensation under the terms of my contract. Additionally, the UFC has awarded discretionary bonuses outside of the terms of my contract for my performance in a given bout.

4. I believe that fighting in the UFC has increased my exposure to sponsorship opportunities because of the brand and the recognition that it receives.

5. I believe that the UFC sets itself apart from other organizations in a variety of ways. First, the UFC offers better compensation than other organizations. Second, the fact that they offer year-round insurance is beneficial to fighters as we train year round to compete, and not just for a scheduled fight. Also, fighting in the UFC brings a higher level of attention to the athlete than fighting in other organizations.

6. There are currently other promotions that I believe could compete for my services with the UFC, such as Bellator and Dream. In my mind, these options have not been impacted by Zuffa's purchase of Strikeforce.

7. I do not believe that Zuffa's purchase of Strikeforce will have a negative impact on any further contract negotiations with the UFC.

8. If I chose to fight elsewhere, I do not believe that Zuffa's purchase of Strikeforce will make compensation offers any less competitive between other organizations for my services.

9. I believe that it is possible for any company, whether existing or new, to grow and compete within MMA for fighter talent and sponsorship revenue if their business model allows for success.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this __1__ day of __OCT__, 2011, in the city of __HOUSTON__, TX.

Renzo Gracie

CONFIDENTIAL                                                                                                  ZFL-1470650