# EXHIBIT 45

# Declaration of Christopher Cope

## Declaration of Christopher Cope

1. My name is Christopher Cope and I am a professional mixed martial arts fighter. I have been fighting professionally for four years, since 2007. Currently I am under contract with the UFC. I have trained in multiple disciplines, including kick boxing, wrestling, Brazilian jiu jitsu, wrestling and tae kwon do. I could have pursued a professional path in kick boxing, but find that mixed martial arts is more lucrative and fits what I want to do.

2. I have fought for other promotions, including Strikeforce and Total Combat. I have never participated in a bout outside of the United States, but would if given the opportunity, and the promotion putting on the event would make it profitable for me as a fighter to do so.

3. I have never leveraged one promotion against another in contract negotiations. However, this has more to do with the fact that I fight as an extreme hobby outside of my current career as opposed to being limited in my opportunity to leverage promotions. I am not financially dependent on fighting in the UFC or any other promotion, and never intend to be.

4. Since joining the UFC my compensation has increased within my contractual agreement(s). Additionally, Zuffa has made discretionary payouts to me beyond the terms of my contract.

5. Participating in the UFC has also increased my exposure as a mixed martial artist. By fighting on the television show The Ultimate Fighter, fans and sponsors more easily recognize me because I was on national television. This is directly related to the UFC being a brand that people know.

6. One of the biggest ways that the UFC sets itself apart from other organizations is the way they take care of their fighters, specifically through insurance. While fighting for the UFC I had to receive medical treatment for a thumb injury and Zuffa covered my medical bills without question. They are also the only organization that I know of that offers year round medical coverage to its fighters. This is different than my past experiences with other organizations where I needed medical attention and ran into problems getting doctor visits covered by the promotion.

7. If I so chose, I could fight in other organizations. I could go overseas to Japan or to MFC. I could also fight for Bellator or M-1, as they are a few of many promotions that are providing fighters with the opportunity to fight if an individual fighter wants such an opportunity.

8. I do not believe that Zuffa's purchase of Strikeforce has limited my ability to leverage one promotion against another in contract negotiations if I were to choose to do so.

9. Even after Zuffa's purchase of Strikeforce there continue to be plenty of mixed martial artists that negotiate to fight for, and get paid at competitive rates by, other organizations that exist outside of the confines of the UFC or Strikeforce.

10. There are other organizations, such as DREAM, M-1 and Bellator, that I could find similar opportunities in. These current organizations, as well as any new organization, could compete for talent and sponsors in mixed martial arts with the right mindset. I believe that nothing is stopping these organizations from doing so. History shows that organizations that have failed or been bought out have made poor decisions in how they have run their business or paid fighters, such as paying more than the organization could afford in order to sustain itself. If a person or group of people were smart and driven about a new or existing promotion, they could grow their business

CONFIDENTIAL                                                                                                              ZFL-1470595

to whatever level they are able to reach, regardless of the UFC's current position in the marketplace.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of 17, 2011, in the city of San Diego, CA.

_____
Christopher Cope

CONFIDENTIAL					ZFL-1470596