# EXHIBIT 48

# Redacted Excerpts of 30(b)(6) Deposition of Kirk Hendrick on Fighter Contracts

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
 )
      Plaintiffs, )
 )
      vs. )  Case No.
 )  2:15-cv-01045-RFB-(PAL)
 )
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
 )
      Defendant. )
_____)

CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY KIRK D. HENDRICK

NOVEMBER 29, 2016

LAS VEGAS, NEVADA

9:05 a.m.

Reported by:
KENDALL D. HEATH
Job No: 47771

KIRK D. HENDRICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



26 (Pages 98 to 101)

KIRK D. HENDRICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

KIRK D. HENDRICK - CONFIDENTIAL



40 (Pages 154 to 157)

KIRK D. HENDRICK - CONFIDENTIAL

242

1    (Witness reviewing document.)
2    A.   Okay.



243

244

245

62 (Pages 242 to 245)

KIRK D. HENDRICK - CONFIDENTIAL

```
                                  278
 1  [REDACTED]
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                  279
 1  [REDACTED]
 2
 3
...
25
```

```
                                  280
 1  [REDACTED]
...
10
11      MR. CRAMER:  All right.  We're almost
12  done with the tape so let's go off the record.
13      THE VIDEOGRAPHER:  We're off the record
14  at 4:58.
15      (Proceedings adjourned)
16
...
25

                                  281
 1
 2  STATE OF _____ )
 3                          ) :ss
 4  COUNTY OF _____ )
 5
 6
 7      I, KIRK D. HENDRICK, the witness
 8  herein, having read the foregoing
 9  testimony of the pages of this deposition,
10  do hereby certify it to be a true and
11  correct transcript, subject to the
12  corrections, if any, shown on the attached
13  page.
14
15          _____
16              KIRK D. HENDRICK
17
18
19
20  Sworn and subscribed to before me,
21  this _____ day of _____, 2016.
22
23  _____
24      Notary Public
25
```

71 (Pages 278 to 281)

KIRK D. HENDRICK - CONFIDENTIAL

282

REPORTER'S CERTIFICATE

STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )

I, KENDALL D. HEATH, CCR No. 475, a Certified Court Reporter for the State of Nevada, do hereby certify:

That I reported the taking of the deposition of the witness, KIRK D. HENDRICK, Volume 1, commencing on the 29 day of November, 2016, at the hour of 9:05 a.m.

That prior to being examined, the witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That I thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of said deposition is a complete, true and accurate transcription of my said shorthand notes taken down at said time, and that a request has not been made to review the transcript.

I further certify that I am not a relative or employee of an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel involved in said action, nor a person financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my signature this 14th day of December, 2016.

_____
KENDALL D. HEATH
CCR No. 475

283

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

284

E R R A T A

I wish to make the following changes, for the following reasons:

PAGE LINE
\_\_\_ \_\_\_ CHANGE:_____
REASON:_____
\_\_\_ \_\_\_ CHANGE:_____
REASON:_____
\_\_\_ \_\_\_ CHANGE: _____
REASON:_____
\_\_\_ \_\_\_ CHANGE: _____
REASON:_____
\_\_\_ \_\_\_ CHANGE: _____
REASON:_____
\_\_\_ \_\_\_ CHANGE: _____
REASON:_____

_____    _____
WITNESS' SIGNATURE         DATE

72 (Pages 282 to 284)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099