# EXHIBIT 51

# Redacted Excerpts of Deposition of Sean Shelby

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
                                          )
        Plaintiffs, )
                                          )
        vs. ) Case No.
                                          ) 2:15-cv-01045-RFB-(PAL)
                                          )
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
                                          )
        Defendant. )
_____)

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF SEAN SHELBY

Las Vegas, Nevada

April 12, 2017

9:11 a.m.

Reported By:
Gale Salerno, RMR, CCR No. 542
Job No. 49972

SEAN SHELBY - CONFIDENTIAL



118
1  (Exhibit 7 was marked for
2  identification.)
3  BY MR. MADDEN:
4     Q.  You've been handed what's been marked as
5  Exhibit 7.  It's another text compilation between --
6  well, it's a text compilation that includes multiple
7  parties, but it's not group text, if you understand
8  what I'm saying.
9     A.  Uh-huh.

31 (Pages 118 to 121)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

SEAN SHELBY - CONFIDENTIAL

270

1  for today, but I will be holding the deposition open
2  because of the state of the text messages as produced
3  and the lack of information for the senders and
4  recipients of not only some of the texts I discussed
5  today, but also additional texts that were not
6  discussed potentially in part because of the lack of
7  that information, and in addition, based on the
8  recent production of the privilege log, which we have
9  not yet had an opportunity to review and/or challenge
10  entries that may be applicable to Mr. Shelby.
11       MR. WIDNELL:  Okay.  And let the record
12  reflect that at this point you have already used more
13  than seven hours of time.  Thank you.
14       THE COURT REPORTER:  Before we go off the
15  record, may I ask you, Mr. Widnell, on the record
16  your transcript order?
17       MR. WIDNELL:  If we could get a rough as
18  soon as possible, and then a full and miniscript in
19  the regular time period that you use.
20       THE COURT REPORTER:  Thank you.
21       THE VIDEOGRAPHER:  This concludes today's
22  deposition by Sean Shelby.  The number of media used
23  was seven videotapes.
24       We are now off the record, and the time
25  approximately 6:09 p.m.

271

1       (A discussion was held off the record.)
2       MR. WIDNELL:  Let's put on the written
3  record one key point that we're designating the
4  transcript confidential, pending confidentiality
5  designations?
6       And then I'm sorry, what was your other
7  question?
8       THE COURT REPORTER:  Read and sign?
9       MR. WIDNELL:  Yes, we will read and sign.
10            - - -
11       (The videotaped deposition was
12        adjourned at 6:10 p.m.)
13            - - -

272

STATE OF _____ )
              ) :ss
COUNTY OF _____)

     I, SEAN SHELBY, the witness
herein, having read the foregoing
testimony of the pages of this deposition,
do hereby certify it to be a true and
correct transcript, subject to the
corrections, if any, shown on the attached
page.

                    _____
                         SEAN SHELBY

Sworn and subscribed to before
me, this        day of
        , 2017.

                    _____
                         Notary Public

273

           CERTIFICATE OF REPORTER
STATE OF NEVADA  )
                 SS:
COUNTY OF CLARK  )
     I, GALE SALERNO, a certified court
reporter, do hereby certify:
     That prior to being examined, the witness
in the foregoing proceedings was by me duly sworn to
testify to the truth, the whole truth, and nothing
but the truth;
     That said proceedings were taken before me
at the time and place therein set forth and were
taken down by me in shorthand and thereafter
transcribed into typewriting under my direction and
supervision; and that transcript review was requested
pursuant to NRCP 30(e.)
     I further certify that I am neither counsel
for nor related to any party to said proceedings, and
that I am not anywise interested in the outcome
thereof.
     IN WITNESS WHEREOF, I have hereunto
subscribed my name this 26th day of April, 2017.


                    _____
                    GALE SALERNO, RMR, CCR #542

69 (Pages 270 to 273)

SEAN SHELBY - CONFIDENTIAL

274

1          INSTRUCTIONS TO WITNESS
2
3      Please read your deposition over carefully
4   and make any necessary corrections. You should state
5   the reason in the appropriate space on the errata
6   sheet for any corrections that are made.
7      After doing so, please sign the errata sheet
8   and date it.
9      You are signing same subject to the changes
10  you have noted on the errata sheet, which will be
11  attached to your deposition.
12     It is imperative that you return the original
13  errata sheet to the deposing attorney within thirty
14  (30) days of receipt of the deposition transcript by
15  you. If you fail to do so, the deposition transcript
16  may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

275

1            E R R A T A
2
3
4
5      I wish to make the following changes,
6   for the following reasons:
7
8   PAGE LINE
9   ___  ___ CHANGE:_____
10  REASON:_____
11  ___  ___ CHANGE:_____
12  REASON:_____
13  ___  ___ CHANGE:_____
14  REASON:_____
15  ___  ___ CHANGE: _____
16  REASON:_____
17  ___  ___ CHANGE: _____
18  REASON:_____
19  ___  ___ CHANGE: _____
20  REASON:_____
21
22  _____   _____
23    WITNESS' SIGNATURE         DATE
24
25