# EXHIBIT 52

# Redacted Excerpts of Deposition of Joe Silva

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
)
       Plaintiffs, )
)
       vs. ) Case No.
) 2:15-cv-01045-RFB-(PAL)
)
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
)
       Defendant. )
_____)

VIDEOTAPE DEPOSITION OF JOSEPH SILVA

Richmond, Virginia

June 7, 2017

8:11 a.m.

Reported by:
KIMBERLY L. RIBARIC, RPR, CCR
JOB NO. 50374

|  |  |
|---|---|
| 38 | 40 |

38

SILVA

1  information memorandum dated May 2007 by Deutsche
2  Bank, it bears the Bates range DB-ZUFFA 6712 through
3  6786.
4      Have you seen this before?
5   A. No, it does not look familiar to me.
6   Q. Are you aware that from time to time while
7  you were working with Zuffa, Zuffa sought financing
8  in order to continue its operations?
9   A. I was not privy to the details.
10  Q. Okay. Please turn to page 6725, which I'm
11 looking at the Bates number, that's the little black
12 number at the bottom right-hand side of the page,
13 under the Executive Summary.
14     And I'd just like to draw your attention to
15 the first full paragraph under "Zuffa business
16 overview," in the last sentence of that first
17 paragraph, and just ask you for your opinion of that,
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22     Do you see that?
23  A. Okay.
24  Q. And this is dated in or about May 2007.

39

SILVA

1      In your experience and knowledge of the
2  industry at -- at that time, is that an accurate
3  statement?
4      MR. ISAACSON: Objection. Form.
5   A. I don't understand the question.
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14  A. I do not dispute that.
15  Q. You agree with that?
16  A. Yes.
17  Q. And it's fair to say that the UFC bought
18 Pride at some point in 2007 or 2008; is that right?
19  A. Yes.
20  Q. Can you turn to Zuffa 6737 in the bottom
21 [redacted]

40



[redacted]
    Do you see that?
 A. Uh-huh.
 Q. So it's fair to say that this document was
written just after Zuffa acquired Pride, is that
fair, from the context?
 A. Yes.
[redacted]
    MR. ISAACSON: Objection to form.
 A. Yeah, I would agree that it -- it acquired
us more top fighters.

41

SILVA

 Q. Well, in or about 2007, wouldn't you agree
that Zuffa, after its acquisition of Pride, had the
vast majority of the world's top fighters under its
umbrella?
 A. I would say we had the most, but not all.
    As you see that even after that acquisition,
we continued to bring in other fighters from other
places in the world. If we'd already acquired all
the best fighters, then no more acquisitions would be
necessary.
 Q. So one of the things that Zuffa tries to do
with its acquisitions is acquire top fighters from
around the world; is that right?
 A. Yes.
 Q. Why?
 A. Because fans would like to see the best
fighters.
 Q. Why do fans want to see the best fighters?
    MR. ISAACSON: Objection to form.
 A. Why do they want to find out who the best
basketball player is or baseball player or football
player? That's the appeal of sports.
 Q. So one of the things that you tried to do
while you were at Zuffa was bring in the big names;

```
                                    42
 1                 SILVA
 2   is that fair?
 3        MR. ISAACSON:  Objection.  Foundation.
 4   A.  No, it --
 5   Q.  Well, let me -- let me back -- you weren't
 6   finished.  Go ahead.
 7   [REDACTED]
 8   [REDACTED]
 9   [REDACTED]
10   [REDACTED]
11   [REDACTED]
12   [REDACTED]
13   [REDACTED]
14   Q.  Right.  So you're trying either to bring in
15   big names or create big names?
16   A.  Yes.
17   Q.  Okay.  And, for example, with respect to
18   basketball, it's a star -- would you agree with the
19   statement that it's a star-driven league?
20        MR. ISAACSON:  Objection to form.
21   Foundation.
22   Q.  For example, the big stars are what drives
23   people -- LeBron James, Steph Curry, those are the
24   people that drive the vast majority of eyeballs to
25   watch the NBA; correct?
```

```
                                    43
 1                 SILVA
 2        MR. ISAACSON:  Objection to form.
 3   Foundation.  Calls for opinion.
 4   A.  Yeah, I can't speak to basketball.  The only
 5   sport that I watch are fighting sports.
 6   Q.  But you just named other sports --
 7   A.  But there are names that I am aware of.
 8   Q.  Right.  And one of the things that you're
 9   looking to do in building a roster of talented
10   fighters is to -- is to -- is to find the top
11   fighters in order to put on events that are going to
12   grab eyeballs and attention; correct?
13   A.  Yes.
14   Q.  And this statement doesn't say all of the
15   world's top fighters, it says the vast majority of
16   the world's top fighters, that Deutsche Bank with
17   Zuffa's assistance is -- is putting out there in the
18   world.
19   [REDACTED]
20   [REDACTED]
21   [REDACTED]
22   [REDACTED]
23        MR. ISAACSON:  Objection to form.
24   A.  Yeah, the hard part of that, I think, is
25   it's just opinion.
```

```
                                    44
 1                 SILVA
 2        There was fighters who came outside of that
 3   who beat those fighters, so it could have been some
 4   people's opinions that those were the best fighters,
 5   but it was not necessarily proven so.
 6   Q.  Was it your opinion at the time --
 7   A.  No.
 8   Q.  -- in 2007 --
 9   A.  I tend to be very skeptical.
10   Q.  Okay.  But was it -- but was it the opinion
11   of, say, in your understanding of Dana or Lorenzo
12   Fertitta that in or about 2007 Zuffa had under its
13   umbrella the world's top -- the vast majority of the
14   world's top fighters?
15        MR. ISAACSON:  Objection.  Form.
16   Foundation.
17   A.  In their opinion, possibly.  You'd have to
18   ask them for their opinion.
19   Q.  Well, they must have told you.
20        Dana must have said, yeah, we have the vast
21   majority of the world's top fighters, at some
22   point --
23   A.  That's not --
24        MR. ISAACSON:  Object --
25   A.  -- the kind of thing you would normally --
```

```
                                    45
 1                 SILVA
 2        MR. ISAACSON:  Object -- objection.
 3   Argumentative.
 4        MR. CRAMER:  He answered the question.
 5   It's fine.
 6   Q.  They would -- he wouldn't normally say that
 7   to you?
 8   A.  It would be kind of strange just to walk
 9   through pronouncing that we have the majority of the
10   world's top fighters.
11   Q.  So he might have said that publicly;
12   correct?
13   A.  You'd have to --
14        MR. ISAACSON:  Objection.  Calls for
15   speculation.
16   Q.  You've never seen Dana White say that the
17   UFC has, in -- in form or substance, the vast
18   majority of the world's top fighters publicly?
19   A.  Dana says a lot of things.
20   Q.  And you've never seen him say that among
21   those things that he says publicly?
22   A.  I don't recall that exact quote.
23   Q.  Not exact quote.
24        In sum or substance, that the UFC has the
25   vast majority of the top MMA talent in the world at
```

```
                                           118                                              120
                 SILVA                                              SILVA
 1                                                    1
 2    Q.  -- and grandmothers, who said to you, I want 2    Q.  Do you see that?
 3    to be in the UFC, it's my dream to be in the UFC; is 3    A.  Yes.
 4    that right?                                      4    Q.  Do you know who Greg is?
 5    A.  That's correct.                              5    A.  Yes.
 6    Q.  And in response to many of those, you said,  6    Q.  Who is he?
 7    you're not ready, you need more seasoning before 7    A.  He is the former manager of Stipe Miocic.
 8    you're -- before you can finally get to the UFC; is 8    Q.  And that's Greg Kalikas?
 9    that right?                                      9    A.  Yes.
10    A.  That's correct.                             10    Q.  Okay.  And Miocic was a UFC champion?
11    Q.  Is there some number of wins over a         11    A.  Not at the time.
12    high-level opponent that a fighter needs to have 12    Q.  Not at the time.
13    before he or she is ready for the UFC?          13    A.  He's currently the champion.
14    A.  Well, it's very dependent on a lot of       14    Q.  Okay.  And this is an e-mail you sent
15    factors.  When it comes to -- weight class makes a 15    May 9th, 2011, to -- to Mr. Kalikas and you said:
16    big difference.  That's why I specified in his -- 16    "Too many 170s under contract right now.  Keep Stipe
17    especially at 155 it's hard, because there is a such 17    winning and we'll get him in."
18    a wealth of talent at 155.                      18    A.  Stipe.
19        When we got rid of overlapping weight       19    Q.  Stipe, I'm sorry.
20    classes in the WEC, the one weight class that we kept 20        What did you mean by "too many 170s under
21    that was the same was 155.  There's just so many good 21    contract right now"?
22    ones.  Bellator has an excellent 155-pound division 22    A.  Well, 170 would be the second most
23    now.  I -- I haven't seen an organization that does 23    talent-packed division we have.  So there was
24    not have a decent 155-pound division.  It just seems 24    often -- it was very important for us to not have too
25    to be the average size of people.  And when you cut 25    many people on the roster.  We wanted to be able to
```

```
                                           119                                              121
                 SILVA                                              SILVA
 1                                                    1
 2    down, you get in good shape.  There's just a ton of 2    manage it.  We wanted to be able to fulfill all our
 3    talent.  So that makes it harder.                3    contractual obligations, so you have to limit the
 4        There's no lack of talent.  Everybody's      4    amount of people that you sign at any one time.
 5    good.  So the bar to get in will be higher.      5        So at this time, 170 was particularly full.
 6        Where, if you're a heavyweight or a light    6    So we had a guy and -- and that was the main reason.
 7    heavyweight, where it's harder to find super talented 7    Like, I can't -- even if I find your guy interesting,
 8    big athletes who are not playing professional    8    I just don't have any spots.  Spots come open like
 9    football or basketball, those are rarer, so the bar 9    when there's injury dropouts.  To maintain a fight
10    may be lower for them.                          10    for the fighter who didn't get injured, I will now go
11        If you're a lightweight, I might go, I need 11    to other people on the roster, and go, hey, I've got
12    you to get to 11 and 1 or something for me to   12    a dropout, fight's only two weeks away from now, can
13    seriously look at you.  If you're 6 and 0 as a  13    you do it.  And if they go, no, I can't make weight
14    heavyweight and most of your opponents have winning 14    in two weeks, I haven't been training, I've got an
15    records, you've got a good chance of getting in. 15    injury, I go to everybody who is on the roster.  If
16    MR. CRAMER:  Okay.  I'd like to mark as         16    nobody can do it, I still want to get a fight for
17    the next document Silva Exhibit 8.              17    that other guy, so now that's an opening.  Now maybe
18    (Silva Deposition Exhibit 8 marked for          18    somebody else -- like, I didn't have a spot before,
19    identification.)                                19    but a spot has come up, would he like that
20    Q.  All right.  Silva Exhibit 8 is a series of  20    opportunity.
21    e-mails bearing the Bates range ZUF-00296713 through 21    Q.  If you offered a guy on the UFC roster a
22    717.  Turn first to page 3 of the document, and this 22    fight in two weeks and they told you, I can't get
23    is a -- at the bottom of page 3 there's an e-mail 23    ready in that time, I haven't been training, would
24    that you sent to greg@naasf.tv.                 24    that then invoke an extension of their contract --
25    A.  Uh-huh.                                     25    A.  No.
```

31 (Pages 118 to 121)

```
                                                        122                                                              124
 1              SILVA                                           1              SILVA
 2     Q.  -- because they've turned down a fight?              2    credited it -- he said, when I have too long at camp,
 3     A.  No.                                                  3    I accrue more injuries, and I get too much into my
 4     Q.  Why not?                                             4    head; I always stay in good shape, and it was better
 5     A.  Because it's not reasonable.  It -- to me --         5    for me to have less.
 6  it would have to be -- I expect -- if I have a              6         But it was -- for most people, I would think
 7  two-week dropout, I expect a fighter to say no.             7    to have more time to prepare would be better.
 8     Q.  Okay.                                                8         Q.  For most people, you would agree that it is
 9     A.  You're asking a lot.                                 9    potentially a risk to have them fight on two weeks'
10         I just made it a personal policy of mine,           10    notice against someone who has been training for a
11  even if you lost your previous two fights, if you          11    long time?
12  chose to fight late notice and lost for your third         12         MR. ISAACSON:  Objection.
13  time in a row, I was not going to release you, even        13         Q.  For most people and in general; is that
14  though it was in my rights to, because you went            14    fair?
15  beyond, you -- to me, that -- that is a risk.  It is       15         MR. ISAACSON:  Objection to form.
16  hard to -- to take less preparation, and -- and I          16         A.  When you say "risk" --
17  understand that.                                           17         Q.  Risk of -- of having a bad fight, risk of
18         But anytime I ever called, I never put              18    being at a disadvantage in that fight.  Is that fair?
19  pressure on anybody to fight late notice, because I        19         A.  Yeah, I think --
20  very much understood.  It's like, this is tough.  The      20         MR. ISAACSON:  Objection.  Vague.
21  opponent's had more time to prepare than you.              21    Compound.
22         Sometimes you get lucky and maybe he had a          22         A.  Yeah, I think you're giving yourself less
23  training partner who was fighting near that time so        23    time to prepare.  And more time, most times it seemed
24  he was training a lot and he was in good shape, and        24    to be ideal.  But I always noted that, and that's why
25  they're -- they'll jump at it, and go, yes, I'm ready      25    I was never surprised -- if I called somebody to be a

                                                        123                                                              125
 1              SILVA                                           1              SILVA
 2  to go, I was hoping that something would open up.            2    late notice replacement and they said no, I was never
 3  But if they said no, it's like cool, I'm on to the          3    surprised or upset about it, because I kind of
 4  next guy.                                                    4    expected that would be the case.
 5     Q.  So let me just understand.  In your opinion,          5       Q.  Is it fair to say that under Zuffa's
 6  offering someone a fight with two weeks' notice could       6    standard contract with fighters, you had the
 7  be a risk for that fighter if they hadn't been               7    discretion to give the fighter an extension of that
 8  training?                                                    8    contract for turning down a fight even if it was late
 9     A.  Yes.  It's certainly ideal to have more time          9    notice?
10  to train.                                                   10       A.  That was not my understanding.  And I didn't
11     Q.  And it puts that -- that fighter who gets            11    really read the contracts.  If somebody had a legal
12  this late notice at a disadvantage because the person      12    issue with the contracts, I would refer them to legal
13  who they are going to be competing against presumably      13    department.  The contracts were revised through the
14  would have been training for a long time, whereas          14    years and -- but it was simply my understanding, my
15  this person might be in the situation of having to         15    feeling personally that you had to have what seemed
16  train rather quickly; is that fair?                        16    to be a reasonable amount of time for somebody to
17     A.  I would think that, but there's also been           17    prepare if they're going to step into a fight.  And
18  examples where that's been proven to be untrue, where      18    that if it was particularly short notice, it's not
19  the fighter themselves has actually said it was            19    reasonable just to insist that they fight.
20  beneficial to them to have less time, like Michael         20       Q.  Okay.  You are aware, though, that there is
21  Bisping when he rematched Luke Rockhold on short           21    a provision in Zuffa's contracts with fighters that
22  notice after losing to him when he had full                22    if fighters turn down fights, Zuffa can extend the
23  preparation.  He came off a movie set to be a              23    term of the contract; correct?
24  replacement, and knocked out Luke Rockhold and became      24       A.  I'm aware of that.  But I did not invoke it.
25  the champion, still currently the champion, and he         25       Q.  You did not invoke it in -- in your -- your
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

190

1   SILVA
2   non title and supposedly Gaethje demanded 50 percent
3   of his purse and got it."
4       And then White says, "Where is the fight" --
5   A.  Tampa, Florida.
6   Q.  And Tampa, Florida.
7       And then there's an e-mail [sic] that --
8   that you send to White that says: "In the press
9   conference the day before he said he is an A level
10  fighter fighting in a B level show.  Never was the
11  smartest guy."
12      Do you see that?
13  A.  Yes.
14  Q.  What did you mean when you said that Gaethje
15  said he was an A-level fighter fighting in a B-level
16  show?
17  A.  I don't think I was talking about Gaethje, I
18  think I was talking about Melvin Guillard.
19  Q.  Okay.  Guillard.  So what did you mean when
20  you said --
21  A.  I thought he was being disrespectful to the
22  promotion that he's fighting in.
23  Q.  I see.  So he was disrespecting World
24  Series.
25  A.  Right.  It's like they're giving you a shot

191

1   SILVA
2   and paying you good money, and you're publicly saying
3   they're a B-level show, that doesn't seem very smart.
4   Q.  I see.  So he was publicly dissing the World
5   Series of Fighters --
6   A.  Yeah, who was giving them -- him a world
7   title shot and -- and promoting him.  I -- it was
8   boggling to me.  But Melvin -- he would be a nice
9   guy, but he was a troubled guy.  And that's just what
10  I was saying.  It's like a -- what's this kid doing.
11  Q.  Thank you.  You can put that aside.
12      All right.  Let's turn back to Exhibit 13,
13  page 275.  And 13 is the compilation of text messages
14  from Sean Shelby, and these are texts that were sent
15  7/31/13.  275.
16      All right.  So the first message that I want
17  to ask -- to show you is July 31st, 2013, at 1650, or
18  4:50.  Yeah, so 4:50.  Tito versus Rampage.  So it's
19  the one that says, "Tito versus Rampage."
20  A.  Uh-huh.
21  Q.  And this is you saying to Shelby: "Tito
22  versus Rampage.  We might as well just close up shop
23  now."
24      And then -- and then you -- and then
25  somebody else says: "Good thing Rampage went to

192

1   SILVA
2   Bellator so he wouldn't have to fight wrestlers like
3   in the UFC."
4   A.  Uh-huh.
5   Q.  And then Silva -- and then you say -- Shelby
6   says: "LOL.  I just love how Bellator is a
7   tournament based organi... Wait.  What's going on?"
8       And then you say: "2 guys who both lost
9   their last 3 UFC fights."
10      And then Shelby says: "Headlining a
11  pay-per-view with two guys combined losing 9 of their
12  last 10 fights."
13      And then Shelby says: "Sorry last three a
14  piece they total zero and six, 0 and 6."
15      And then Shelby says: "They tried to throw
16  a curve ball but it went into the stands."
17      And you say to Shelby: "Dana is going to
18  have fun smashing that matchup publicly."
19      Do you see that?
20  A.  Yeah.
21  Q.  And then -- and then Shelby says to you:
22  "Bellator throws a curve ball... Into the stands.  In
23  Bellator there is no matchmaking, except in their
24  'was relevant 5 years ago' division."
25      And Shelby then says to you: "It's almost

193

1   SILVA
2   too easy."
3       Do you see that?
4   A.  Yes.
5   Q.  All right.  So both of you are communicating
6   about a Bellator show that had just -- that was about
7   to occur; is that right?
8   A.  Yes.
9   Q.  And that show was going to be headlined by
10  Tito and Rampage?
11  A.  Yes.
12  Q.  Tito who?
13  A.  Ortiz.
14  Q.  Tito Ortiz.  And Rampage Jackson?
15  A.  Correct.
16  Q.  Were both of those fighters who used to be
17  in the UFC?
18  A.  Yes.
19  Q.  Okay.  And Rampage went from the UFC to --
20  oh, sorry.
21      Rampage went from the UFC to Bellator; is
22  that right?
23  A.  Yes.
24  Q.  Okay.  And you were saying it's a good thing
25  Rampage went to Bellator so he wouldn't have to fight

49 (Pages 190 to 193)

```
                                                    194                                                    196
 1              SILVA                                        1              SILVA
 2   wrestlers like in the UFC.                              2        Q.  And what -- what were you implying in this
 3        Q.  What does that mean?                           3   conversation about -- about the ability or the --
 4        A.  That means that Rampage Jackson publicly       4   the -- about use -- Bellator's using this fight to
 5   criticized me for putting him against nothing but       5   headline a Pay-Per-View with two guys who --
 6   wrestlers, which I thought was bizarre because he       6        A.  Yeah.
 7   fought many nonwrestlers, and he was a wrestler         7        Q.  -- lost nine out of the last ten fights?
 8   himself.                                                8            MR. ISAACSON:  Objection to form.
 9        When he got in trouble -- he liked to punch        9        Q.  I'm sorry.  What point were you -- were you
10   people, but if he got hurt, he then felt free to      10   two making to each other in this communication?
11   wrestle them.  So that was my point and                11        A.  Once again, trying to --
12   understanding.  It's like, wait, you said you don't    12            MR. ISAACSON:  Objection to form.
13   like my matchmaking, you fight too many wrestlers, so  13        Q.  You can answer.
14   you go to Bellator to fight a wrestler.  That seemed   14        A.  -- point out hypocrisy in that it's not that
15   strange.                                               15   that was an unreasonable fight, it actually was a
16        Q.  Okay.  So you're pointing out that oddity.    16   fight that made sense where those guys were in their
17        And then Shelby says to you: "LOL, I just         17   career, but to have Bjorn Rebney try to degrade us
18   love how Bellator is a tournament based organi...      18   publicly, saying we don't do just match-ups because
19   Wait.  What's going on?"                               19   we think they're cool match-ups, it's about the
20        What was he saying there?                         20   tournament.
21        A.  The -- this was about -- this was before     21        It's like wouldn't even be a problem him
22   Scott Coker.  This was back when Bjorn Rebney ran it.  22   having on the show, but by his philosophy shouldn't
23   And they made it a very public point that they were   23   they be on the show, but it's the tournament, the
24   different than the UFC, that they didn't do            24   important thing, the thing that you say is so much a
25   matchmaking, that everything they did was based on    25   better a format, shouldn't that be your main event.

                                                    195                                                    197
 1              SILVA                                        1              SILVA
 2   tournaments, so the fighters really earned their       2   Shouldn't that be the important thing, to push the
 3   spots.  But this was an obvious break with that        3   philosophy that you've put out there.
 4   philosophy.  It's like, they're not in a tournament    4        So that's what we are needling them about,
 5   and you're headlining them over the tournament.  What  5   was they say this is what they believe, but their
 6   happened to your great philosophy of tournaments were  6   actions don't show that.
 7   the thing, and -- and that was the most legitimate     7        Q.  And -- and were you also communicating to
 8   thing.  So once again, just kind of pointing out what  8   each other that it's -- it's not a winning strategy
 9   we saw as hypocrisy.                                   9   in the MMA promotion business to headline a
10        Q.  I see.  So that Rebney was saying he's going 10   Pay-Per-View with two guys who had a combined losing
11   to have this new model and it's going to based -- be  11   record of nine of the last ten fights?
12   based on tournaments, not traditional matchmaking?    12        A.  It was not so much that, as that it was
13        A.  Yes.                                         13   going against everything that Bjorn Rebney said.  It
14        Q.  And this was -- this particular fight was   14   wasn't about what we thought of it, it's what we
15   not a tournament?                                     15   thought of how this went exactly against what Bjorn
16        A.  Correct.                                     16   Rebney was publicly saying.
17        Q.  And then you say to Shelby: "These" --      17        Q.  So Shelby says, "they tried to throw a curve
18   "these 2 guys both lost their last 3 UFC fights," and 18   ball," which means divert from the tournament system;
19   you're referring to Rampage and Tito?                 19   right?
20        A.  Yes.                                         20        A.  Yes.
21        Q.  And then Shelby says:  "Headlining a        21        Q.  But he also says, "then it went into the
22   pay-per-view with two guys combined losing 9 of the   22   stands."  So they throw this curve ball and it
23   last 10 fights."                                      23   doesn't even work.
24        Again, that's referring to Rampage and Tito?    24        A.  Well --
25        A.  Yes.                                        25            MR. ISAACSON:  Objection to form.
```

50 (Pages 194 to 197)

246

SILVA

that Strikeforce is promoting are occurring if Strikeforce exists and --
 A. Yes.
 Q. -- not occurring if Strikeforce doesn't exist; correct?
 A. Correct. But also it could be that some of those Strikeforce fighters are the ones getting fights in the UFC, and it might be a UFC fighter not getting the fight.
 Q. Okay.
   MR. CRAMER: Like to have the next document marked as Silva Exhibit 21.
   (Silva Deposition Exhibit 21 marked for identification.)
 Q. Silva 21, I believe the Bates number got cut off a little bit, but my understanding is the Bates number is COX-0041416. I believe this was produced to us by Monte Cox.
 A. Uh-huh.
 Q. Who is Monte Cox?
 A. He's an MMA manager.
 Q. You know who he is?
 A. Yes.
 Q. Okay. And this is a March 2013 e-mail --

247

SILVA

series of e-mails, two e-mails between you and Mr. Cox.
   So Mr. Cox says to you on March 6, 2013: "Just a reminder that Joe Doerksen lives in Winnipeg" -- excuse me -- "2 of his last 4 fights were nominated for fights of the year in Canada and he won them both, over Luigi Fioravanti and Kalib Starnes. He is 49 and 16, won 3 of 4."
   And you respond: "No space to bring in locals. Have to cut hundred guys. Joe."
   Do you see that?
 A. Yes.
 Q. What did you mean to convey to Mr. Cox here?
 A. For a lot of the managers, they see, and -- and quite often it is a -- a benefit to get a fighter in if it's in their hometown. It's like, oh, it's -- he's already there, he's got local fans, maybe we'll get some local press. So it -- it's a nice thing to do when you have the roster space to do it.
   As I was telling him, as nice as that might be, my main responsibility was I have all these fighters and -- and I need to get them fights rather than bring in somebody just to be a local attraction.
 Q. And you said: "I have no space. I have to

248

SILVA

cut a hundred guys."
   What did you mean by that?
 A. You have to keep the roster at a manageable number, and it can be hard to predict. It fluctuates. And there's times that if you had an acquisition where you had one of these times where everybody seemed to be coming back at once, you just realize, all right, well, this -- we've got to get this under control.
 Q. And at this time, in March of 2013, you had in the -- in the range of a hundred guys too many on your roster; is that right?
 A. Somewhere in that range, yes.
 Q. Do you know whether you cut those guys?
 A. I'm sure eventually. Guys are cut after most shows.
 Q. After they lose?
 A. Yes. Usually multiple times.
 Q. So if somebody loses multiple times, you -- you tend to cut them?
 A. Correct. Because you can't bring somebody new in until somebody old goes.
 Q. So at least as of March of 2013, you still had too many fighters under contract; is that right?

249

SILVA

 A. Yes.
 Q. All right. Please turn to Exhibit 6, which is the text message compilation.
   MR. CRAMER: And before we do that, why don't we go take a break because we're running out of tape time.
   THE VIDEOGRAPHER: Off the record at 1:32.
   (Recess taken at 1:32 p.m., proceedings resumed at 1:38 p.m.)
   THE VIDEOGRAPHER: Here begins Media Number 4 in the video-recorded deposition of Joseph Silva. We're back on the record at 1:38 p.m.
BY MR. CRAMER:
 Q. All right. I would like to draw your attention to Exhibit 6, Silva Exhibit 6, page 24, which is the -- a compilation of texts, and have you look in particular at the text dated February 26th, 2015, at 1:30.
   And there's a text that someone at (804) 833-6560 sent to you saying: "Any ideas for Colby Covington?"
   And then you respond at 2:17: "Nothing yet for Cody. I have a backlog of guys who need fights

482

SILVA

    A. Did I speak with him?
    Q. Yes.
    A. Yes.
    Q. And did you -- did that conversation concern the subject matter of the deposition?
       Were you talking about the weather or were you talking about the deposition?
    A. I think we were just talking about -- I don't know in detail about this deposition, I don't understand what you're looking --
    Q. Did he tell you what he was going to ask you after the break?
    A. No. I did not expect this question at all. I 100 percent did not anticipate this question.
    Q. The question before that, did he tell you he was going to ask you that?
    A. He had asked me before just if I ever enjoyed fights in other organizations.
    Q. All right. Let me ask you about that. You said you were asked questions about whether you enjoyed fights in other organizations -- strike that.
       MR. CRAMER: I withdraw that question. I'm done.
       THE VIDEOGRAPHER: This concludes the

483

SILVA

    videotaped deposition of Joseph Silva. We're off the record at 6:52.
       (Time noted: 6:52 p.m.)

484

STATE OF _____ )
                        ) :ss
COUNTY OF _____)

    I, JOSEPH SILVA, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

                _____
                    JOSEPH SILVA

Sworn and subscribed to before me, this _____ day of _____, 2017.

_____
    Notary Public

485

CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

    I, KIMBERLY L. RIBARIC, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.
       IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 21st day of June, 2017.

        My commission expires: August 31, 2020

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

```
                                                      490                                                              492
     1       --- E X H I B I T S   C O N T I N U E D ---       1                    E R R A T A
     2    SILVA DEPOSITION                    FOR I.D.         2
     3    Exhibit 50  Fighter Bonus Payments        438        3
                     February 2015
     4               Bates ZFL-0819626 through 0819631         4
          Exhibit 51  1/15/10 e-mail from Joe Silva to   448
     5               Dana White and Lorenzo Fertitta           5       I wish to make the following changes,
                     Bates ZFL-2443283                         6    for the following reasons:
     6    Exhibit 52  E-mail exchange beginning 1/29/09   451
                     from Joe Silva to Lawrence                7
     7               Epstein, Jaime Pollack, Lorenzo
                     Fertitta and Dana Blackberry              8    PAGE LINE
     8               Bates ZFL-2543576                         9    ___ ___ CHANGE:_____
          Exhibit 53  11/24/08 e-mail from Joe Silva    454
     9               to Lorenzo Fertitta and Dana             10    REASON:_____
                     Blackberry                               11    ___ ___ CHANGE:_____
    10               Bates ZUF-00332586
          Exhibit 54  E-mail exchange beginning        459    12    REASON:_____
    11               11/19/11 from Lawrence Epstein          13    ___ ___ CHANGE:_____
                     to Michael Mersch, Sean Shelby
    12               and Peter Dropick                       14    REASON:_____
                     Bates ZFL-2632951 to 2632952            15    ___ ___ CHANGE: _____
    13    Exhibit 55  E-mail exchange beginning       461
                     1/27/08 from Joe Silva to               16    REASON:_____
    14               Lawrence Epstein, Kirk Hendrick         17    ___ ___ CHANGE: _____
                     and Dana White
    15               Bates ZFL-2642993 through 2642994       18    REASON:_____
          Exhibit 56  E-mail exchange beginning 9/22/09  465  19    ___ ___ CHANGE: _____
    16               from Joe Silva to Ariel Helwani
                     Bates ZUF-00294337 through 00294338     20    REASON:_____
    17    Exhibit 57  Text message                    468    21
                     Bates ZFL-1874771
    18                                                       22    _____     _____
    19                                                       23       WITNESS' SIGNATURE            DATE
    20                                                       24
    21
    22                                                       25
    23
    24
    25
                                                      491
     1              INSTRUCTIONS TO WITNESS
     2
     3       Please read your deposition over carefully
     4    and make any necessary corrections. You should state
     5    the reason in the appropriate space on the errata
     6    sheet for any corrections that are made.
     7       After doing so, please sign the errata sheet
     8    and date it.
     9       You are signing same subject to the changes
    10    you have noted on the errata sheet, which will be
    11    attached to your deposition.
    12       It is imperative that you return the original
    13    errata sheet to the deposing attorney within thirty
    14    (30) days of receipt of the deposition transcript by
    15    you. If you fail to do so, the deposition transcript
    16    may be deemed to be accurate and may be used in court.
    17
    18
    19
    20
    21
    22
    23
    24
    25
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099