# EXHIBIT 64

# Ronda Rousey Facts and Figures

# Ronda Rousey Facts and Figures

**Social Media:**

-Ronda Rousey Facebook:        2,813,159 likes (up 36% since January 1, 2015)

-Ronda Rousey Instagram:       1,400,000 followers (up 46% since January 1, 2015)
                               400,000 more than Serena Williams
                               1,100,000 more than Lindsey Vonn and Maria Sharapova

-Ronda Rousey Twitter:         845,000 followers (up 24% since January 1, 2015)
                               19,837,888 impressions (highest reach on Twitter to date)
                               73% of tweets are retweeted
                               #WCW is the 3rd most popular hashtag


-UFC Facebook: 16,175,061 likes

-UFC Instagram: 1,773,228 followers

-UFC Twitter: 3,475,946 followers


Her official fan channel goes by the name of Armbar Nation

-Armbar Nation Facebook: 17,645 likes

-Armbar Nation Twitter: 27,800 followers

-Armbar Nation Instagram: 10,100 followers

**UFC/Rousey Reach:**

- UFC is available in 829 million homes and broadcast in 129 countries and territories, and in 28 different languages.

- Ronda Rousey vs. Cat Zingano, her last bout on February 28th, is showing that Ronda Rousey could very well be the biggest star in the UFC. The non-pay-per-view preliminary card for UFC 184 on *Fox Sports 1* drew 1.2 million viewers, and peaked at 1.45 million viewers, which is the third highest rating in the history of preliminary fights on *Fox Sports 1*.

- UFC 184 drew an announced attendance of 17,654 for a live gate of $2.67 million.

- Her five-fight UFC winning streak is the longest active streak in the women's bantamweight division. Her five wins are also the most in divisional history.

- She is the only fighter in UFC/Strikeforce/PRIDE/WEC history to win three title fights in less than one minute.

CONFIDENTIAL                                                                                           ZFL-0925692

- Rousey won the bronze medal in Judo at the 2008 Beijing Olympics.

- She has been covered by practically every magazine and media outlet, from *USA Today* to *Time* to Jimmy Kimmel to *People* to Conan to *The New Yorker*.

- Ronda is fast becoming one of the most sought after actresses in Hollywood—in 2014, she debuted in *The Expendables III* and in 2015 will appear in *Fast and Furious 7* and *Entourage*. She will be shooting Mile 22 in May, 2015.

- Google searches for her name have risen from 7.8 million in 2013 to 11.7 million in 2015, a 50% increase!

- According to Repucom, a sports marketing research firm, the number of UFC fans around the world is 673 million (224 million UFC fans and 449 million MMA fans), more than that of Major League Baseball's worldwide fan base.

- Another category Repucom uses is called Celebrity DBI. Celebrity DBI is an independent index that quantifies and qualifies consumer perceptions of celebrities. Rousey ranks high in the Breakthrough category, scoring a 72.23. That category measures "the extent to which consumers pay attention to a celebrity when they see him/her in the media." Rousey's numerical rank makes her 33rd out of 3,127 celebrities in the U.S. That number puts Rousey in the top 3 percent in the Breakthrough category, trouncing tennis star Serena Williams, who ranks 1,914.

- Who else is behind her on the Celebrity DBI Likeability scale? Gisele Bündchen, Kate Upton, and Taylor Swift. Taylor Swift!

- She is brand partners with Reebok, Monster Energy Drinks, Monster Headphones, Buffalo Jeans, Bud Light, and metroPCS.

- She also debuted in the *Sports Illustrated* Swimsuit issue this year: http://www.si.com/swimsuit/2015/models/ronda-rousey/photos/1

- Star Power!--Dwayne "The Rock" Johnson and Kevin Costner will be providing blurbs for *My Fight/Your Fight*, and this is just the beginning.

- Maria Shriver (a huge fan who attended her last fight, along with Mark Wahlberg and Jada Pinkett-Smith) has just announced that she is producing a documentary about Ronda.