# EXHIBIT 69

# "This is the Professional Fighters League"



# Video: This Is The Professional Fighters League

Apr 19, 2017

Shawn Schrager

Today, the Professional Fighters League announced the formation of the world's only mixed martial arts (MMA) league. The new league will debut in January 2018 with a $10 million prize pool across seven weight classes. The Professional Fighters League purchased the fighting operations and event infrastructure of the World Series of Fighting (WSOF) earlier this year.









## SIGN UP TO RECEIVE OUR NEWSLETTER

* indicates required

Email Address *

First Name *

Last Name *

Zip Code *

Sign Up



### Recent | Popular

**3 Things We Learned At PFL4**
Jul 20, 2018

**Professional Fighters League (PFL) Fourth Regular Season Delivers Intense MMA Action and Exciting Finishes To Fans Worldwide as Fighters Clinch Playoff Spots**
Jul 20, 2018

**PFL 4 - Live Round-by-Round Coverage**
Jul 19, 2018

PFLmma.com