# EXHIBIT 73

## List of 2017 ACB Events




TOURNAMENTS   TICKETS   FIGHTERS   MEDIA   NEWS   FANZONE

# TOURNAMENTS

ADVANCED SEARCH 

2015   2016   **2017**   2018

JANUARY FEBRUARY MARCH APRIL MAY JUNE JULE AUGUST SEPTEMBER OCTOBER NOVEMBER DECEMBER



12.23.2017



**ACB 77** — ABDULVAKHABOV VS VARTANYAN
RUSSIA, MOSCOW



12.09.2017



**ACB 76** — DAVLATMURODOV VS COOPER
AUSTRALIA, GOLD COAST, QUEENSLAND





ACB 75 — GADJIDAUDOV VS ZIELINSKI — GERMANY, STUTTGART





ACB 74 — AGUJEV VS TOWNSEND — AUSTRIA, VIENNA





ACB 73 — SILVA VS MAKOEV — BRAZIL, RIO DE JANEIRO









**ACB 72** — MAKOVSKY VS SHERBATOV
CANADA, MONTREAL, QUEBEC



09.30.2017



**ACB 71** — YAN VS MATTOS
RUSSIA, MOSCOW



09.23.2017



**ACB 70** — BARNATT VS ASKHAM
GREAT BRITAIN, SHEFFIELD



09.09.2017





**ACB 69** — OSPANOV VS LUIS BONIFACIO SILVA
KAZAKHSTAN, ALMATY

ACB 68 – Young Eagles 21, Dushanbe



08.26.2017

**ACB 68** — DAVLATMURODOV VS VERZBICKAS
TAJIKISTAN, DUSHANBE



08.19.2017



**ACB 67** — BERKHAMOV VS COOPER
RUSSIA, GROZNY



08.05.2017





**ACB 66** — VAKHITOV VS ASSIS — RUSSIA, GROZNY

07.22.2017 



**ACB 65** — SILVA VS AGNAEV — GREAT BRITAIN, SHEFFIELD

07.19.2017 



**ACB 64** — KHAMZAEV VS MARYANCHUK — TURKEY, ANTALYA, KEMER

07.16.2017 

**UNKNOWN VS UNKNOWN**
RUSSIA, MOSCOW





**ACB 63** — **CELINSKI VS MAGALHAES**
POLAND, GDANSK/SOPOT





**ACB 62** — **STEPANYAN VS CRUZ**
RUSSIA, ROSTOV-ON-DON





**ACB 59** — **NEVES VS KUSHAGOV**
RUSSIA, GROZNY



**ACB 61** — BATAEV VS BALAYEV, RUSSIA, ST. PETERSBURG



05.13.2017



**ACB 60** — AGUJEV VS DEVENT, AUSTRIA, VIENNA



04.22.2017



**ACB 58** — ASKAROV VS LEONE, RUSSIA, KHASAVYURT



04.15.2017






**ACB 5** — YAN VS MAGOMEDOV, RUSSIA, MOSCOW



04.01.2017



**ACB 56** — VOITOV VS ROZANSKI, BELARUS, МИНСК



03.24.2017



**ACB 55** — DAVLATMURODOV VS BERKHAMOV, TAJIKISTAN, DUSHANBE



03.11.2017





**ACB 54** — KHALIDOV VS BARNATT
GREAT BRITAIN, MANCHESTER



02.18.2017



**ACB 53** — ZIELINSKI VS YAKHYAEV
POLAND, OLSZTYN



01.21.2017



**ACB 52** — AGUJEV VS KINCL
AUSTRIA, VIENNA



01.13.2017



# ACB 5

**SILVA VS TORGESON**
USA, IRVINE, CALIFORNIA

**TOURNAMENTS**
TICKETS
FIGHTERS
NEWS

**MEDIA:**
Photo
Video

**FANZONE:**
Totalizator
Best fight
Fighters` rating
Frequently Asked Questions

**ABOUT THE LEAGUE:**
Ideology
Leadership
History
Contacts

**GENERAL PARTNER**

Букмекерская компания Bingo Boom действует на основании лицензии
ФНС №15 от 15 июля 2010 года выданной ООО Фирма "Стом"

Share



© 2015-2018, Absolute Championship Berkut. All rights reserved