# EXHIBIT 74

# Sherdog Profiles of Thiago Silva, Pat Healy, Nam Phan, and Efrain Escudero

# Thiago Silva



Born: 1982-11-12

**AGE: 35** Sao Carlos, Sao Paulo **Brazil**
Height
**6'1"**
185.42 cm Weight
**185 lbs**
83.91 kg

**Association:**
**Mike's Gym**

**Class: Middleweight**

Wins 20 14 KO/TKO (*70%*) 2 SUBMISSIONS (*10%*) 4 DECISIONS (*20%*)
Losses 7 4 KO/TKO (*57%*) 0 SUBMISSIONS (*0%*) 3 DECISIONS (*43%*)
N/C 2

## Fight History - Pro

| Result | Fighter | Event | Method/Referee | R | Time |
| --- | --- | --- | --- | --- | --- |
|  |  |  |  |  |  |

http://www.sherdog.com/fighter/Thiago-Silva-14396

| | | | | | |
|---|---|---|---|---|---|
| loss | Mikhail Kolobegov | ACB 82 - Silva vs. Kolobegov<br>Mar / 09 / 2018 | Decision (Split)<br>Herb Dean | 3 | 5:00 |
| win | Daniel Toledo | ACB 74 - Agujev vs. Townsend<br>Nov / 18 / 2017 | TKO (Punches)<br>John McCarthy | 2 | 4:29 |
| loss | Batraz Agnaev | ACB 65 - Silva vs. Agnaev<br>Jul / 22 / 2017 | TKO (Punches)<br>Herb Dean | 2 | 3:34 |
| win | Jared Torgeson | ACB 51 - Silva vs. Torgeson<br>Jan / 13 / 2017 | Decision (Unanimous)<br>Herb Dean | 5 | 5:00 |
| win | Rameau Thierry Sokoudjou | F2N - Fight 2 Night<br>Nov / 04 / 2016 | TKO (Punches)<br>Osiris Maia | 3 | 2:38 |
| win | Stav Economou | WFCA 17 - Grand Prix Akhmat<br>Apr / 09 / 2016 | Decision (Unanimous)<br>N/A | 3 | 5:00 |
| loss | Marcus Sursa | Gladiator MMA - Gladiator Challenge<br>Nov / 21 / 2015 | TKO (Punches)<br>John Duever | 2 | 2:00 |
| loss | Teddy Holder | WSOF 19 - Gaethje vs. Palomino<br>Mar / 28 / 2015 | TKO (Punches)<br>Ryan Brueggeman | 1 | 2:00 |
| win | Matt Hamill | UFC Fight Night 29 - Maia vs. Shields<br>Oct / 09 / 2013 | Decision (Unanimous)<br>Keith Peterson | 3 | 5:00 |
| win | Rafael Cavalcante | UFC on Fuel TV 10 - Nogueira vs. Werdum<br>Jun / 08 / 2013 | KO (Punches)<br>Dan Miragliotta | 1 | 4:29 |
| NC | Stanislav Nedkov | UFC on Fuel TV 6 - Franklin vs. Le<br>Nov / 10 / 2012 | No Contest (Overturned by Promoter)<br>Steve Perceval | 3 | 1:45 |
| loss | Alexander Gustafsson | UFC on Fuel TV 2 - Gustafsson vs. Silva<br>Apr / 14 / 2012 | Decision (Unanimous)<br>Leon Roberts | 3 | 5:00 |
| NC | Brandon Vera | UFC 125 - Resolution<br>Jan / 01 / 2011 | NC (Overturned by NSAC)<br>Steve Mazzagatti | 3 | 5:00 |
| loss | Rashad Evans | UFC 108 - Evans vs. Silva<br>Jan / 02 / 2010 | Decision (Unanimous)<br>Yves Lavigne | 3 | 5:00 |
| win | Keith Jardine | UFC 102 - Couture vs. Nogueira<br>Aug / 29 / 2009 | TKO (Punches)<br>Herb Dean | 1 | 1:35 |

| | | | | | |
|---|---|---|---|---|---|
| loss | Lyoto Machida | UFC 94 - St. Pierre vs. Penn 2<br>Jan / 31 / 2009 | KO (Punches)<br>Yves Lavigne | 1 | 4:59 |
| win | Antonio Mendes | UFC 84 - Ill Will<br>May / 24 / 2008 | Submission (Punches)<br>Herb Dean | 1 | 2:24 |
| win | Houston Alexander | UFC 78 - Validation<br>Nov / 17 / 2007 | TKO (Punches)<br>Dan Miragliotta | 1 | 3:25 |
| win | Tomasz Drwal | UFC 75 - Champion vs. Champion<br>Sep / 08 / 2007 | TKO (Punches)<br>John McCarthy | 2 | 4:23 |
| win | James Irvin | UFC 71 - Liddell vs. Jackson<br>May / 26 / 2007 | TKO (Knee Injury)<br>Herb Dean | 1 | 1:06 |
| win | Tatsuya Mizuno | Pancrase - Rising 2<br>Feb / 28 / 2007 | KO (Soccer Kick)<br>Hirotoshi Okamoto | 1 | 4:29 |
| win | Vitor Vianna | Fury FC 2 - Final Combat<br>Nov / 30 / 2006 | TKO (Arm Injury)<br>N/A | 1 | 1:50 |
| win | Claudio Cunha Godoy | Fury FC 2 - Final Combat<br>Nov / 30 / 2006 | TKO (Punches)<br>N/A | 1 | 2:06 |
| win | Dino Pezao | SF - Showfight 5<br>Nov / 09 / 2006 | TKO (Punches)<br>N/A | 1 | 4:34 |
| win | Dave Dalgliesh | Fury FC 1 - Warlords Unleashed<br>Sep / 27 / 2006 | Submission (Heel Hook)<br>N/A | 1 | 1:05 |
| win | Claudio Cunha Godoy | SF - Showfight 4<br>Apr / 06 / 2006 | Decision (Unanimous)<br>N/A | 3 | 5:00 |
| win | Rodrigo Gripp de Sousa | Shooto - Brazil 9<br>Dec / 03 / 2005 | TKO (Doctor Stoppage)<br>N/A | 2 | 1:14 |
| win | Flavio Polones | ACC 2 - Arena Combat Cup 2<br>Nov / 05 / 2005 | KO<br>N/A | 1 | 0:00 |
| win | Rubens Xavier | PFC - Predador FC 1<br>Sep / 10 / 2005 | TKO (Punches and Soccer Kicks)<br>N/A | 2 | 4:17 |

# Fight History - Amateur

| Result | Fighter | Event | Method/Referee | R | Time |
|---|---|---|---|---|---|
| loss | Segio Canudo | Shooto - Brazil 2<br>Mar / 15 / 2003 | DQ<br>N/A | 1 | 0:00 |

# Pat Healy
## "*Bam Bam*"



Born: 1983-07-20

**AGE: 35** St. Louis, Missouri
**United States**
Height
**5'10"**
177.8 cm Weight
**155 lbs**
70.31 kg

**Association:**
[Sports Lab](#)

**Class:** [Lightweight](#)

Wins34 7 KO/TKO (*21%*) 15 SUBMISSIONS (*44%*) 12 DECISIONS (*35%*)
Losses24 7 KO/TKO (*29%*) 6 SUBMISSIONS (*25%*) 11 DECISIONS (*46%*)
N/C1

## Fight History - Pro

| Result | Fighter | Event | Method/Referee | R | Time |
|---|---|---|---|---|---|
| loss | Magomed Raisov | ACB 78 - Young Eagles 24<br>Jan / 13 / 2018 | TKO (Punches)<br>Ashot Ashugyan | 1 | 1:37 |
| win | Brendan Loughnane | ACB 65 - Silva vs. Agnaev<br>Jul / 22 / 2017 | Decision (Split)<br>Herb Dean | 3 | 5:00 |
| loss | Leandro Silva | ACB 51 - Silva vs. Torgeson<br>Jan / 13 / 2017 | TKO (Punches)<br>Milan Ayers | 1 | 0:38 |
| loss | Gesias Cavalcante | Titan FC 39 - Cavalcante vs. Healy<br>Jun / 10 / 2016 | KO (Punches)<br>James Warring | 1 | 2:07 |
| win | Muhsin Corbbrey | Titan FC 37 - Simon vs. Dos Santos<br>Mar / 04 / 2016 | Decision (Unanimous)<br>John Stanton | 3 | 5:00 |
| loss | Rick Hawn | Titan FC 35 - Healy vs. Hawn<br>Sep / 19 / 2015 | Decision (Split)<br>Steve Newport | 5 | 5:00 |
| win | Marcus Edwards | Titan FC 34 - Healy vs. Edwards<br>Jul / 18 / 2015 | TKO (Punches)<br>Jason Herzog | 2 | 3:17 |
| win | Kurt Kinser | Titan FC 33 - Titan Fighting Championship 33<br>Mar / 20 / 2015 | Decision (Split)<br>Bobby Wombacher | 5 | 5:00 |
| win | Ricardo Tirloni | Arena Tour 4 - Tirloni vs. Healy<br>Dec / 20 / 2014 | Decision (Split)<br>N/A | 3 | 5:00 |
| loss | Gleison Tibau | UFC Fight Night 45 - Cerrone vs. Miller<br>Jul / 16 / 2014 | Decision (Unanimous)<br>Dan Miragliotta | 3 | 5:00 |
| loss | Jorge Masvidal | UFC on Fox 11 - Werdum vs. Browne<br>Apr / 19 / 2014 | Decision (Unanimous)<br>Jorge Alonso | 3 | 5:00 |
| loss | Bobby Green | UFC on Fox 9 - Johnson vs. Benavidez 2<br>Dec / 14 / 2013 | Decision (Unanimous)<br>Herb Dean | 3 | 5:00 |
| loss | Khabib Nurmagomedov | UFC 165 - Jones vs. Gustafsson<br>Sep / 21 / 2013 | Decision (Unanimous)<br>Yves Lavigne | 3 | 5:00 |
| NC | Jim Miller | UFC 159 - Jones vs. Sonnen<br>Apr / 27 / 2013 | No Contest - Overturned by Commission<br>Herb Dean | 3 | 4:02 |
| win | Kurt Holobaugh | | | 3 | 5:00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Strikeforce - Marquardt vs. Saffiedine<br>Jan / 12 / 2013 | Decision (Unanimous)<br>Kevin Nix | | |
| win | Mizuto Hirota | Strikeforce - Rockhold vs. Kennedy<br>Jul / 14 / 2012 | Decision (Unanimous)<br>Dave Hagen | 3 | 5:00 |
| win | Caros Fodor | Strikeforce - Tate vs. Rousey<br>Mar / 03 / 2012 | Submission (Arm-Triangle Choke)<br>Keith Peterson | 3 | 3:35 |
| win | Maximo Blanco | Strikeforce - Barnett vs. Kharitonov<br>Sep / 10 / 2011 | Submission (Rear-Naked Choke)<br>Gary Copeland | 2 | 4:27 |
| win | Eric Wisely | Strikeforce - Challengers 18<br>Aug / 12 / 2011 | Decision (Unanimous)<br>Chris Tognoni | 3 | 5:00 |
| win | Lyle Beerbohm | Strikeforce - Challengers 14<br>Feb / 18 / 2011 | Decision (Unanimous)<br>Kerry Hatley | 3 | 5:00 |
| loss | Josh Thomson | Strikeforce / M-1 Global - Fedor vs. Werdum<br>Jun / 26 / 2010 | Submission (Rear-Naked Choke)<br>John McCarthy | 3 | 4:27 |
| win | Bryan Travers | Strikeforce - Challengers 8<br>May / 21 / 2010 | Decision (Unanimous)<br>Shawn Gregory | 3 | 5:00 |
| win | Sidney Silva | W-1 MMA 4 - Bad Blood<br>Mar / 20 / 2010 | TKO (Knee to the Body)<br>N/A | 2 | 2:33 |
| win | Salvador Woods | TTP / PCL - Warriors Collide<br>Oct / 03 / 2009 | Submission (Brabo Choke)<br>Robert Long | 1 | 4:31 |
| loss | T.J. Waldburger | SF 6 - Shark Fights 6<br>Sep / 12 / 2009 | Decision (Unanimous)<br>N/A | 3 | 5:00 |
| win | Ryan Ford | MFC 20 - Destined For Greatness<br>Feb / 20 / 2009 | Decision (Split)<br>Vern Gorman | 5 | 5:00 |
| win | Ryan Ford | MFC 17 - Hostile Takeover<br>Jul / 25 / 2008 | Submission (Armbar)<br>Yves Lavigne | 3 | 3:00 |
| loss | Jake Ellenberger | IFL - Las Vegas<br>Feb / 29 / 2008 | Decision (Unanimous)<br>Mario Yamasaki | 3 | 4:00 |
| win | Michael Guymon | IFL - Las Vegas<br>Jun / 16 / 2007 | Decision (Split)<br>N/A | 3 | 4:00 |
| loss | Rory Markham | IFL - Moline<br>Apr / 07 / 2007 | KO (Punches)<br>N/A | 3 | 1:47 |
| win | Ray Steinbeiss | IFL - Oakland<br>Jan / 19 / 2007 | Decision (Unanimous)<br>N/A | 3 | 4:00 |

| | | | | | |
|---|---|---|---|---|---|
| win | Tim Stout | WBFN - Wild Bill's Fight Night 5<br>Nov / 17 / 2006 | Submission<br>N/A | 1 | 2:10 |
| loss | Anthony Torres | UFC Fight Night 6 - Sanchez vs. Parisyan<br>Aug / 17 / 2006 | Submission (Rear-Naked Choke)<br>N/A | 1 | 2:37 |
| win | Carlos Condit | Extreme Wars 3 - Bay Area Brawl<br>Jun / 03 / 2006 | Submission (Rear-Naked Choke)<br>N/A | 3 | 2:53 |
| win | Steve Schneider | Titan FC 3 - Red River Rumble<br>May / 20 / 2006 | Submission (Rear-Naked Choke)<br>N/A | 1 | 3:54 |
| win | Brandon Melendez | SF 15 - Tribute<br>Apr / 08 / 2006 | Submission (Rear-Naked Choke)<br>N/A | 2 | 2:56 |
| win | Tiki Ghosn | WEC 19 - Undisputed<br>Mar / 17 / 2006 | TKO (Shoulder Injury)<br>Josh Rosenthal | 3 | 0:25 |
| loss | Chris Wilson | SF 14 - Resolution<br>Jan / 06 / 2006 | KO (Knee)<br>N/A | 1 | 1:28 |
| loss | Carlo Prater | Euphoria - USA vs. Japan<br>Nov / 05 / 2005 | Submission (Arm-Triangle Choke)<br>N/A | 2 | 3:57 |
| win | Curt McKinnon | KOTC - Firestorm<br>Sep / 24 / 2005 | Submission (Guillotine Choke)<br>Herb Dean | 1 | 2:01 |
| win | Eddy Ellis | SF 12 - Breakout<br>Sep / 16 / 2005 | TKO (Punches)<br>N/A | 1 | 4:40 |
| loss | Jay Hieron | IFC - Rock N' Rumble<br>Jul / 30 / 2005 | Decision (Unanimous)<br>Steve Mazzagatti | 3 | 5:00 |
| win | Paul Daley | SF 11 - Rumble at the Rose Garden<br>Jul / 09 / 2005 | Submission (Guillotine Choke)<br>N/A | 2 | 3:15 |
| win | Shane Wessels | IFC - Michigan<br>Jun / 16 / 2005 | Submission (Armbar)<br>N/A | 0 | N/A |
| loss | Chris Lytle | WEC 15 - Judgment Day<br>May / 19 / 2005 | Decision (Split)<br>Josh Rosenthal | 3 | 5:00 |
| loss | Dustin Denes | AFC 12 - Absolute Fighting Championships 12<br>Apr / 30 / 2005 | Decision (Unanimous)<br>Jorge Alonso | 3 | 5:00 |
| win | Mike Wunderlich | | | 1 | N/A |

|  |  | IFC WC 19 - Warriors Challenge 19<br>Mar / 26 / 2005 | Submission (Rear-Naked Choke)<br>N/A |  |  |
|---|---|---|---|---|---|
| loss | Francisco Soares | FCC 18 - Freestyle Combat Challenge 18<br>Mar / 05 / 2005 | Submission (Heel Hook)<br>N/A | 1 | N/A |
| win | Dan Hardy | AFC 10 - Absolute Fighting Championships 10<br>Oct / 30 / 2004 | Submission (Guillotine Choke)<br>Marco Lopez | 1 | 3:50 |
| loss | Dave Strasser | MT 1 - Madtown Throwdown 1<br>Aug / 21 / 2004 | Decision (Unanimous)<br>N/A | 3 | 5:00 |
| win | Dan Hart | FCC 15 - Freestyle Combat Challenge 15<br>Jun / 12 / 2004 | Submission (Rear-Naked Choke)<br>N/A | 1 | 2:44 |
| loss | Derrick Noble | HOOKnSHOOT - Boot Camp 1.1<br>Mar / 08 / 2003 | Submission (Guillotine Choke)<br>N/A | 2 | N/A |
| win | Richard Johnston | URC 3 - Ultimate Ring Challenge 3<br>Jan / 04 / 2003 | TKO (Punches)<br>N/A | 2 | 2:20 |
| loss | Brad Blackburn | RITR 8 - Rumble in the Ring 8<br>Nov / 16 / 2002 | KO (Punches)<br>N/A | 1 | 0:39 |
| loss | Denis Kang | RITR 7 - Rumble in the Ring 7<br>Jul / 20 / 2002 | Submission (Guillotine Choke)<br>N/A | 1 | 3:42 |
| win | Rich Guerin | FCFF - Throwdown on the Fairground 1<br>Jun / 01 / 2002 | TKO (Punches)<br>N/A | 0 | N/A |
| win | Sherk Julian | FCFF - Throwdown on the Fairground 1<br>Jun / 01 / 2002 | TKO (Punches)<br>N/A | 0 | N/A |
| win | Eddie Evans | FCFF - Rumble at the Roseland 3<br>May / 11 / 2002 | Submission (Rear-Naked Choke)<br>N/A | 0 | N/A |
| loss | Brad Blackburn | PPKA - Muckelshoot<br>Aug / 15 / 2001 | KO (Punch)<br>N/A | 1 | 0:39 |

# Fight History - Amateur

# Nam Phan



Born: 1983-03-13

**AGE: 35**  Garden Grove, California
**United States**
Height
**5'6"**
167.64 cm Weight
**141 lbs**
63.96 kg

**Association:**
**Nam Phan MMA Academy**

**Class: Featherweight**

Wins21 8 KO/TKO (*38%*) 6 SUBMISSIONS (*29%*) 7 DECISIONS (*33%*)
Losses17 4 KO/TKO (*24%*) 3 SUBMISSIONS (*18%*) 10 DECISIONS (*59%*)

## Fight History - Pro

| Result | Fighter | Event | Method/Referee | R | Time |
|--------|---------|-------|----------------|---|------|
| loss   |         |       |                | 1 | 0:21 |

|  | | Robert Whiteford | ACB 54 - Supersonic<br>Mar / 11 / 2017 | Technical Submission (Guillotine Choke)<br>Viktor Korneev | | |
| --- | --- | --- | --- | --- | --- | --- |
| loss | | Masakazu Imanari | Deep - Cage Impact 2016<br>Apr / 23 / 2016 | Submission (Heel Hook)<br>N/A | 1 | 0:35 |
| loss | | Andy Main | Pancrase - 270<br>Oct / 04 / 2015 | Submission (Triangle Choke)<br>Yoshinori Umeki | 4 | 1:18 |
| win | | Takumi Nakayama | Pancrase - 264<br>Feb / 01 / 2015 | Decision (Split)<br>Yuichi Yachi | 3 | 5:00 |
| loss | | Mike Richman | Bellator 131 - Tito vs. Bonnar<br>Nov / 15 / 2014 | TKO (Punches)<br>Michael Bell | 1 | 0:46 |
| win | | Yuki Baba | Pancrase - 261<br>Oct / 05 / 2014 | Submission (Rear-Naked Choke)<br>Hirokazu Takamoto | 1 | 4:05 |
| win | | Kenichi Ito | Grandslam MMA 1 - Way of the Cage<br>Jul / 13 / 2014 | TKO (Punches)<br>N/A | 1 | 4:27 |
| loss | | Vaughan Lee | UFC - The Ultimate Fighter China Finale<br>Mar / 01 / 2014 | Decision (Unanimous)<br>Leon Roberts | 3 | 5:00 |
| loss | | Takeya Mizugaki | UFC Fight Night 33 - Hunt vs. Bigfoot<br>Dec / 07 / 2013 | Decision (Unanimous)<br>John Sharp | 3 | 5:00 |
| loss | | Dennis Siver | UFC on Fox 5 - Henderson vs. Diaz<br>Dec / 08 / 2012 | Decision (Unanimous)<br>Anthony Hamlett | 3 | 5:00 |
| win | | Cole Miller | UFC on Fox 4 - Shogun vs. Vera<br>Aug / 04 / 2012 | Decision (Split)<br>John McCarthy | 3 | 5:00 |
| loss | | Jim Hettes | UFC 141 - Lesnar vs. Overeem<br>Dec / 30 / 2011 | Decision (Unanimous)<br>Herb Dean | 3 | 5:00 |
| win | | Leonard Garcia | UFC 136 - Edgar vs. Maynard 3<br>Oct / 08 / 2011 | Decision (Unanimous)<br>Jacob Montalvo | 3 | 5:00 |
| loss | | Mike Thomas Brown | UFC 133 - Evans vs. Ortiz 2<br>Aug / 06 / 2011 | Decision (Unanimous)<br>Keith Peterson | 3 | 5:00 |
| loss | | Leonard Garcia | | Decision (Split)<br>Herb Dean | 3 | 5:00 |

|   |   | UFC - The Ultimate Fighter 12 Finale<br>Dec / 04 / 2010 |   |   |   |
|---|---|---|---|---|---|
| win | Rodney Rhoden | All Star Promotions - Civic Disobedience 2<br>Apr / 03 / 2010 | Submission (Armbar)<br>Larry Landless | 1 | 3:20 |
| loss | Isaac DeJesus | TPF 3 - Champions Collide<br>Feb / 04 / 2010 | TKO (Punches)<br>N/A | 1 | 2:55 |
| loss | Michihiro Omigawa | Sengoku - Eighth Battle<br>May / 02 / 2009 | TKO (Punches)<br>Yoshinori Umeki | 1 | 4:52 |
| win | Hideki Kadowaki | Sengoku - Seventh Battle<br>Mar / 20 / 2009 | TKO (Punches)<br>Yoshinori Umeki | 1 | 3:09 |
| loss | Billy Evangelista | Strikeforce - Melendez vs. Thomson<br>Jun / 27 / 2008 | Decision (Split)<br>N/A | 3 | 5:00 |
| win | Saad Awad | GC 74 - Evolution<br>Feb / 16 / 2008 | TKO (Punches)<br>N/A | 2 | 0:52 |
| win | Shad Smith | EFWC - The Untamed<br>Oct / 06 / 2007 | TKO (Punches)<br>Jason Herzog | 1 | 1:11 |
| loss | Gesias Cavalcante | K-1 HERO's - Dynamite!! USA<br>Jun / 02 / 2007 | TKO (Punches)<br>Mario Yamasaki | 1 | 0:26 |
| loss | Josh Thomson | Strikeforce - Triple Threat<br>Dec / 08 / 2006 | Decision (Unanimous)<br>N/A | 3 | 5:00 |
| win | Aric Nelson | FCP - Malice at Cow Palace<br>Sep / 09 / 2006 | TKO (Punches)<br>N/A | 2 | 4:11 |
| win | Ryan Diaz | KOTC - Rapid Fire<br>Aug / 04 / 2006 | Decision (Split)<br>N/A | 2 | 5:00 |
| win | Albert Hill | KOTC 63 - Final Conflict<br>Dec / 02 / 2005 | Submission (Armbar)<br>N/A | 1 | 0:12 |
| win | Joe Frainee | KOTC 58 - Prime Time<br>Aug / 05 / 2005 | Submission (Armbar)<br>N/A | 1 | 3:28 |
| win | Sost Infante | KOTC 54 - Mucho Machismo<br>Jun / 12 / 2005 | TKO (Cut)<br>N/A | 1 | 0:51 |
| win | Joey Alvarado | KOTC 49 - Soboba<br>Mar / 20 / 2005 | KO (Punches)<br>N/A | 1 | 1:08 |
| win | Mike Valdez | KOTC 47 - Uprising<br>Feb / 05 / 2005 | Submission (Triangle Choke)<br>N/A | 1 | 0:41 |
| loss | Nick Ertl |   |   | 3 | 5:00 |

|  |  | WEC 11 - Evolution<br>Aug / 20 / 2004 | Decision (Split)<br>Nathan Gullian |  |  |
|---|---|---|---|---|---|
| win | Eben Kaneshiro | PFC - Pit Fighting Championship<br>Feb / 07 / 2004 | Decision (Unanimous)<br>N/A | 3 | 5:00 |
| loss | Rob McCullough | PFC - Knucklefest<br>Apr / 05 / 2003 | Decision (Unanimous)<br>N/A | 2 | 5:00 |
| win | Patrick Hoang | PFC - Knucklefest<br>Apr / 05 / 2003 | Decision (Unanimous)<br>N/A | 1 | 5:00 |
| win | Brad Levy | PFC - Knucklefest<br>Apr / 05 / 2003 | Decision (Split)<br>N/A | 1 | 5:00 |
| win | Brad McCall | XCF - California Pancration Championships<br>Jun / 11 / 2002 | Submission (Guillotine Choke)<br>N/A | 2 | 0:42 |
| win | Jason Maxwell | CFF - Cobra Classic 2001<br>Oct / 06 / 2001 | TKO (Punches)<br>N/A | 2 | N/A |

## Fight History - Pro Exhibition

| Result | Fighter | Event | Method/Referee | R | Time |
|---|---|---|---|---|---|
| loss | Michael Johnson | UFC - The Ultimate Fighter Season 12 Semifinals<br>Jul / 12 / 2010 | Decision (Split)<br>Josh Rosenthal | 3 | 5:00 |
| win | Cody McKenzie | UFC - The Ultimate Fighter Season 12 Quarterfinals, Day 1<br>Jul / 06 / 2010 | KO (Punch to the Body)<br>Josh Rosenthal | 2 | 2:54 |
| win | Spencer Paige | UFC - The Ultimate Fighter Season 12 Opening Round, Day 4<br>Jun / 21 / 2010 | Decision (Majority)<br>Herb Dean | 2 | 5:00 |
| win | Mike Budnik | UFC - The Ultimate Fighter Season 12 Elimination Fights<br>Jun / 05 / 2010 | TKO (Punch to the Body)<br>Herb Dean | 1 | 2:36 |

## Related Videos[view more](#)

# Efrain Escudero
## *"Hecho en Mexico"*



Born: 1986-01-15

**AGE: 32** Tempe, Arizona
**United States**
Height
**5'9"**
175.26 cm Weight
**155 lbs**
70.31 kg

**Association:**
**Inv1ktus MMA**

**Class: Lightweight**

Wins30 2 KO/TKO (*7%*) 15 SUBMISSIONS (*50%*) 13 DECISIONS (*43%*)
Losses13 0 KO/TKO (*0%*) 2 SUBMISSIONS (*15%*) 11 DECISIONS (*85%*)

## Upcoming Fights

|   |   |   |   |   |
|---|---|---|---|---|

http://www.sherdog.com/fighter/Efrain-Escudero-16555

| Date | VS. Fighter | Event | Location |
|------|-------------|-------|----------|

## Professional Fighters League

**August 02, 2018** / *Nassau Veterans Memorial Coliseum, Uniondale, New York, United States*

Versus



### Efrain Escudero

30 - 13 - 0 *(Win - Loss - Draw)*



### Islam Mamedov

15 - 2 - 0 *(Win - Loss - Draw)*

See entire fight card

## Fight History - Pro

| Result | Fighter | Event | Method/Referee | R | Time |
|--------|---------|-------|----------------|---|------|
| win | Jason High | Professional Fighters League - PFL 2: 2018 Regular Season<br>Jun / 21 / 2018 | Technical Submission (Guillotine Choke)<br>Josh Stewart | 3 | 0:35 |
| win | Jorge Lopez | Lux Fight League - Lux 002<br>Feb / 17 / 2018 | Submission (Choke)<br>N/A | 1 | 4:59 |
| loss | Musa Khamanaev | ACB 74 - Agujev vs. Townsend<br>Nov / 18 / 2017 | Decision (Unanimous)<br>Herb Dean | 3 | 5:00 |
| win | Bruno Murata | Lux Fight League - Tampico<br>Jul / 21 / 2017 | Decision (Unanimous)<br>Luis Cobian | 3 | 5:00 |
| win | Fabricio de Assis Costa da Silva | | Decision (Unanimous)<br>Edward Collantes | 3 | 5:00 |

| | | | | | |
|---|---|---|---|---|---|
| | | CFC 3 - Conquer Fighting Championships 3 Mar / 18 / 2017 | | | |
| loss | Akhmed Aliev | FNG - Fight Nights Global 59 Feb / 23 / 2017 | Decision (Unanimous) Gennady Zuev | 3 | 5:00 |
| win | Nelson Carvalho | EBD 1 - European Beatdown 1 Dec / 03 / 2016 | Decision (Split) Axel Vankimmenade | 3 | 5:00 |
| win | Koshi Matsumoto | Vale Tudo Japan - VTJ 8th Sep / 19 / 2016 | Decision (Unanimous) Masato Fukuda | 3 | 5:00 |
| loss | Kevin Lee | UFC 197 - Jones vs. St. Preux Apr / 23 / 2016 | Decision (Unanimous) Mark Smith | 3 | 5:00 |
| loss | Leandro Silva | UFC Fight Night 78 - Magny vs. Gastelum Nov / 21 / 2015 | Decision (Unanimous) John McCarthy | 3 | 5:00 |
| win | Drew Dober | UFC 188 - Velasquez vs. Werdum Jun / 13 / 2015 | Submission (Guillotine Choke) Herb Dean | 1 | 0:54 |
| win | Rodrigo Goiana de Lima | UFC Fight Night 60 - Henderson vs. Thatch Feb / 14 / 2015 | Decision (Unanimous) Don Thais | 3 | 5:00 |
| loss | Leonardo Santos | UFC Fight Night 51 - Bigfoot vs. Arlovski 2 Sep / 13 / 2014 | Decision (Unanimous) Jerin Valel | 3 | 5:00 |
| win | Juha-Pekka Vainikainen | Superior Challenge 10 - Helsingborg May / 03 / 2014 | TKO (Elbows and Punches) N/A | 3 | 4:48 |
| loss | Dakota Cochrane | RFA 13 - Cochrane vs. Escudero Mar / 07 / 2014 | Decision (Unanimous) Dave Jouben | 3 | 5:00 |
| win | Luis Palomino | CFA 12 - Sampo vs. Thao Oct / 12 / 2013 | Decision (Unanimous) Jorge Ortiz | 3 | 5:00 |
| win | Zack Surdyka | Bellator MMA - Bellator 100 Sep / 20 / 2013 | Decision (Unanimous) N/A | 3 | 5:00 |
| win | Marcus Edwards | SCL - Greeley Stampede Jun / 29 / 2013 | Decision (Split) Eric Heinz | 3 | 5:00 |
| loss | Jorge Patino | Max Sport - 13.2 May / 11 / 2013 | Decision (Split) Mario Yamasaki | 3 | 5:00 |
| loss | Tyson Griffin | RFA 4 - Griffin vs. Escudero Nov / 02 / 2012 | Decision (Unanimous) Herb Dean | 3 | 5:00 |
| loss | Mac Danzig | UFC 145 - Jones vs. Evans Apr / 21 / 2012 | Decision (Unanimous) Blake Grice | 3 | 5:00 |

http://www.sherdog.com/fighter/Efrain-Escudero-16555

| | | | | | |
|---|---|---|---|---|---|
| loss | Jacob Volkmann | UFC 141 - Lesnar vs. Overeem<br>Dec / 30 / 2011 | Decision (Unanimous)<br>Herb Dean | 3 | 5:00 |
| win | Cesar Avila | BFC - Bellator Fighting Championships 55<br>Oct / 22 / 2011 | Submission (Guillotine Choke)<br>John McCarthy | 1 | 1:55 |
| win | Mike Rio | CFA 2 - McCorkle vs. Hayes<br>Jul / 23 / 2011 | Decision (Unanimous)<br>N/A | 3 | 5:00 |
| loss | Fabricio Camoes | TPF 9 - The Contenders<br>May / 06 / 2011 | Decision (Unanimous)<br>Josh Rosenthal | 3 | 5:00 |
| win | Ashe Bowman | XCage - Predators<br>Apr / 08 / 2011 | Decision (Unanimous)<br>Luis Cobian | 3 | 5:00 |
| win | Jeremy Larsen | RITC - Rage in the Cage 148<br>Jan / 29 / 2011 | Submission (Armbar)<br>N/A | 3 | 3:21 |
| win | Alfredo Martinez | DRFCF - Desert Rage Full Contact Fighting 8<br>Nov / 19 / 2010 | Submission (Rear-Naked Choke)<br>N/A | 1 | 1:14 |
| loss | Charles Oliveira | UFC Fight Night 22 - Marquardt vs. Palhares<br>Sep / 15 / 2010 | Submission (Rear-Naked Choke)<br>Kerry Hatley | 3 | 2:25 |
| win | Dan Lauzon | UFC 114 - Rampage vs. Evans<br>May / 29 / 2010 | Decision (Unanimous)<br>Josh Rosenthal | 3 | 5:00 |
| loss | Evan Dunham | UFC Fight Night 20 - Maynard vs. Diaz<br>Jan / 11 / 2010 | Submission (Armbar)<br>Dan Miragliotta | 3 | 1:59 |
| win | Cole Miller | UFC 103 - Franklin vs. Belfort<br>Sep / 19 / 2009 | TKO (Punches)<br>Yves Lavigne | 1 | 3:36 |
| win | Phillipe Nover | UFC - The Ultimate Fighter 8 Finale<br>Dec / 13 / 2008 | Decision (Unanimous)<br>Steve Mazzagatti | 3 | 5:00 |
| win | Tommy Wagner | FMF - Full Moon Fighting<br>Feb / 23 / 2008 | Submission (Punches)<br>N/A | 1 | 1:12 |
| win | Eric Regan | RITC 99 - Rage in the Cage 99<br>Aug / 18 / 2007 | Submission (Rear-Naked Choke)<br>N/A | 2 | 2:15 |
| win | Jon Kecks | CS - Cage Supremacy 2<br>Jul / 22 / 2007 | Submission (Triangle Choke)<br>N/A | 1 | 2:04 |
| win | TJ Zasa | CS - Cage Supremacy<br>Jun / 24 / 2007 | Submission (Rear-Naked Choke)<br>N/A | 2 | 0:43 |

| | | | | | |
|---|---|---|---|---|---|
| win | Peter Newsheller | RITC 96 - Rage in the Cage 96<br>Jun / 15 / 2007 | Submission (Rear-Naked Choke)<br>N/A | 1 | 1:13 |
| win | Jose Rodriguez | RITC 95 - Rage in the Cage 95<br>May / 12 / 2007 | Submission (Triangle Choke)<br>N/A | 1 | 2:29 |
| win | Nic Stone | RITC 93 - Rage in the Cage 93<br>Apr / 20 / 2007 | Submission (Armbar)<br>N/A | 2 | 1:25 |
| win | Mike Smith | RITC 92 - Cronin vs. Vigil<br>Mar / 30 / 2007 | Submission (Rear-Naked Choke)<br>N/A | 1 | 2:57 |
| win | Joe Cronin | RITC 84 - Celebrity Theatre<br>Jul / 01 / 2006 | Decision (Unanimous)<br>N/A | 3 | 3:00 |
| win | Chris Collado | RITC 83 - Rampage<br>Jun / 10 / 2006 | Submission (Choke)<br>N/A | 1 | N/A |

## Fight History - Pro Exhibition

| Result | Fighter | Event | Method/Referee | R | Time |
|---|---|---|---|---|---|
| win | Junie Allen Browning | UFC - The Ultimate Fighter Season 8 Semifinals, Day 1<br>Jun / 25 / 2008 | Submission (Brabo Choke)<br>Steve Mazzagatti | 2 | 3:26 |
| win | Shane Nelson | UFC - The Ultimate Fighter Season 8 Quarterfinals, Day 2<br>May / 31 / 2008 | Submission (Triangle Choke)<br>Steve Mazzagatti | 2 | 4:32 |
| win | Ido Pariente | UFC - The Ultimate Fighter Season 8 Elimination Fights<br>May / 21 / 2008 | Submission (Rear-Naked Choke)<br>Steve Mazzagatti | 1 | 3:37 |

## Related Videosview more