# EXHIBIT 75

## Summary chart of annual events for select promoters

**Annual Count of Events for Select Promoters**
**2010 - 2016**

| Promoter | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|
| Zuffa | 32 | 38 | 36 | 34 | 46 | 41 | 41 |
| Strikeforce (pre-acquisition) | 15 | 5 | | | | | |
| Bellator | 22 | 25 | 25 | 25 | 23 | 16 | 22 |
| WSOF/PFL | | | | 1 | 6 | 11 | 10 | 8 |
| ONE Championship | | | 1 | 5 | 7 | 11 | 11 | 16 |
| Absolute Championship Berkut | | | | 1 | 6 | 12 | 16 | 22 |

**Source:**
Singer backup (Sherdog Denom for Market Shares)