# EXHIBIT 76

## Declaration of Tito Ortiz

## Declaration of Tito Ortiz

1. I have participated in Mixed Martial Arts ("*MMA*") competitions for nearly fifteen (15) years. During that time, I have fought approximately twenty five (25) times in the UFC. I have held UFC Championship titles in the light-heavyweight division.

2. I have spent my entire career fighting in the UFC. However, I have had experience with many other promotions. I have helped fellow fighters negotiate agreements with other promotions. I have also cornered fellow fighters when they have fought for other promotions, both in the United States and in Japan.

3. I believe a number of factors are responsible for Zuffa's success. First, Zuffa brought credibility and professionalism to the sport of MMA. Second, Zuffa worked harder than anybody else and took on the financial risk required to get the sport to take off at the mainstream level. Third, Zuffa provided, and continues to provide, the greatest possible promotional support to its fighters.

4. When I first started fighting for the UFC in 1997, I got paid $7,500 per fight. Over the course of my career with the UFC, my compensation increased with each fight, to the point where I currently earn $450,000 per fight. Additionally, I have always received bonuses over and above what my contracts have required Zuffa to pay.

5. I believe that UFC is the best MMA organization to fight in for many reasons. First, it provides the best compensation to their fighters. Second, it places a strong emphasis on fighter safety and provides world-class medical supervision and insurance for its fighters. Third, it puts more money and effort into promoting its fighters than any other promotion. By promoting its fighters so heavily, UFC gives them opportunities to gain sponsorship and other income. For example, the exposure I have received from the UFC has enabled me to branch off and successfully build my own companies. I run a training center, a nutrition company, and an apparel company, and the big fan base I have built up from the UFC has been integral to my success.

6. Zuffa's acquisition of Strikeforce is good for the sport and for the fighters. If it were not for Zuffa, I believe that Strikeforce would be out of business right now. The acquisition kept Strikeforce in business, and now Zuffa can run that promotion the right way. Strikeforce had a faulty business model, and Zuffa has the experience and capital to fix it. I believe that the Strikeforce fighters Zuffa acquired will benefit from increased exposure and improved compensation.

7. I believe that the Strikeforce acquisition will not change the need for the UFC and other MMA promotions to continue offering fighters competitive compensation. New promotions are entering and expanding into this business all the time, and if a promotion does not offer enough to attract the best talent, that talent will sign elsewhere. For example, now that Viacom owns Bellator, I believe that promotion will become an even better destination for fighters who decide not to pursue their careers with UFC or Strikeforce.

CONFIDENTIAL

ZFL-1470655

8. The global market for MMA is huge, and there are no obstacles preventing additional companies from entering and building new MMA promotions. So long as you invest in your product and market it the right way, anyone can succeed in this business. The list of other companies that are involved in this business—Bellator, Shark Fights, DREAM, M-1, King of the Cage, Titan Fighting, XFC, to name a few—just keeps on growing. Zuffa's acquisition of Strikeforce is not going to change that.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _19_ day of December, 2011, in the city of Huntington Bch, CA

*/s/ Tito Ortiz*

CONFIDENTIAL                                                                                                  ZFL-1470656