# EXHIBIT 77

# Excerpts of Deposition of Shannon Knapp

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon   )
Fitch, on behalf of           )
themselves and all others     )
similarly situated,           )
                              )
              Plaintiffs,     )
                              )
     v.                       ) Lead Case No.
                              ) 2:15-cv-01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate    )
Fighting Championship and     )
UFC,                          )
                              )
              Defendant.      )
_____)

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF SHANNON KNAPP

KANSAS CITY, MISSOURI

April 11, 2017

9:13 a.m.

Reported By:
Kay Merley, RMR, CRR
Job No. 49614

SHANNON KNAPP - CONFIDENTIAL

50

1  Q. On the Internet?
2  A. Yeah.
3  Q. So can you just tell me a little bit how you
4     did that? Did Invicta have a website?
5  A. Yeah, we streamed it live, yeah.
6  Q. Okay. Is that the only way during that first
7     year? Was that the only way people could
8     access it?
9  A. I tried later in the year, and it might have
10    been 2013 before I tried it. I'd have to look
11    at papers to be sure, but I tried to do some
12    Internet where you purchase it, and we crashed
13    every payroll server there was. We crashed
14    Ustream, you know, and I always did the right
15    thing. I'd always just give everybody their
16    money back, let them watch it for free.
17        We continued to build a brand. The
18    brand is successful because it's built within
19    the community. You know, we make people part
20    of it.
21 Q. I want to go back to -- I think you said --
22    when I asked you what are the elements that
23    makes -- that make Invicta successful, I think
24    you said the product. Could you tell me what
25    you mean by the product?

51

1  A. You know, the passion that my athletes -- you
2     know, I mean, when they step into the cage at
3     Invicta, they come to fight. They come to
4     win. They put on amazing performances, you
5     know. A matchmaker can be -- you know, any
6     match-up can look great on paper, but whoever
7     steps into that cage, that's what makes it all
8     go, you know, the performances, so I've been
9     really blessed. I have great athletes. They
10    love Invicta. They love the cause. They get
11    behind it. They promote it. And we work, you
12    know, to make it better.
13 Q. And so is that something -- when you're
14    looking for athletes to fight for Invicta,
15    what do you look for?
16 A. Everything. I mean, you look for, you know --
17    you look for talent, of course, first and
18    foremost for me. I'm looking for talent. I
19    want the best of the best, you know. You
20    know, after, you know, you find the talent, if
21    you get lucky and blessed that, you know,
22    they're incredibly marketable, they're an
23    incredible just individual and they're active
24    in their communities and they do great things,
25    then that's just the added perks of things,

52

1     but talent is the big deal.
2  Q. Are any of Invicta's athletes ranked
3     nationally, let's say?
4  A. Yeah, of course. Of course, because I have
5     divisions nobody else has, you know. Plus,
6     there are some of my athletes that other
7     promotions have those divisions and my
8     athlete's still ranked.
9  Q. Would you say that's part of Invicta's
10    success, that it has top-ranked athletes?
11 A. Well, honestly, I think we'd be successful
12    regardless because I think we put on a great
13    show. I think people are going to watch, you
14    know. I mean, not all of my athletes are the
15    top, top, top, you know. But they put on top
16    performances, so that is the difference. I'm
17    a little biased when it comes to Invicta,
18    so...
19 Q. Sure. Does Invicta ever co-promote with other
20    MMA promoters?
21 A. Co-promote? I don't attach other promoter's
22    names to, you know, my billing, but do I do
23    like -- there are certain promotions that have
24    tournaments, you know, and I will give the
25    winner a contract, so -- but I work with a lot

53

1     of people, so -- I don't know that the
2     co-promote word -- when you say co-promote, I
3     think of a billing, you know, like, you know,
4     you're doing an event, and both are getting a
5     billing on the show. Does that make sense?
6  Q. Both --
7  A. I'm trying to define that. So, example, like,
8     Invicta FC, you know, with -- let's use UFC --
9     Invicta and UFC presents. That to me is what
10    co-promoting -- that's what I think of when
11    you say co-promoting, so I think of that. I
12    just think of it, you know, two promotions in
13    the billing is the idea.
14 Q. Do you ever schedule bouts where an Invicta
15    fighter fights a fighter who's under contract
16    with another MMA promoter?
17 A. I have, yeah.
18 Q. How often would you say you've done that?
19 A. How often? I mean, it's not standard. You
20    know, I mean, typically I like to fight my own
21    athletes that are signed to contracts to me,
22    so it's not standard, you know. Maybe a
23    couple times or so, something like that, a
24    few.
25 Q. Do you remember what promotions the athletes

14 (Pages 50 to 53)

SHANNON KNAPP - CONFIDENTIAL

Page 58

1  so for me, you know, I -- it doesn't, you
2  know, up my profile of Invicta or anything
3  like that, but it does make a difference for
4  the women in the sport. I mean, it's not
5  putting more money in my bank account for
6  Invicta. It's not making us more lucrative,
7  so -- but does it -- I would be sending those
8  athletes anyway. It's just kind of like an
9  extended courtesy.
10 Q. Okay.
11    MR. RAYHILL: So I guess we're going
12 to go -- in terms of exhibit numbers, we'll
13 just start with Knapp 1.
14    (Deposition Exhibit 1 was marked for
15 identification.)
16 A. Should have brought my glasses, huh?
17 Q. (By Mr. Rayhill) Not all of them -- the print
18 is particularly small in this one.
19 A. It's away -- it's like...
20    MR. DURBIN: You want me to hold it?
21 A. Not that bad, not that clear over there. So
22 this is an interview or something; right?
23    MR. WIDNELL: Have you produced this
24 to us?
25    MR. RAYHILL: No.

Page 59

1    MR. WIDNELL: I was under the
2  understanding we produced documents that would
3  be used in depositions. Are you familiar with
4  that?
5    MR. RAYHILL: I'm not familiar with
6  that. This is an article that I just had
7  downloaded from the Internet.
8    MR. WIDNELL: I believe that we had
9  an understanding that we would produce those
10 to the other side before using them in
11 deposition. I'll just lodge the objection.
12 I'm not going to object to you using the
13 document.
14   MR. RAYHILL: Fair enough. Fair
15 enough.
16 Q. (By Mr. Rayhill) So this is an article that I
17 downloaded from the Internet. It's dated
18 February 17th, 2012.
19 A. Okay.
20 Q. Do you recall speaking for this interview?
21 A. I mean, I do a lot of them, but, I mean, yeah,
22 I can look and see, yeah, this looks like
23 everything I'd say, probably.
24 Q. No reason to think you didn't?
25 A. Oh, yeah. I mean...

Page 60

1 Q. So I'd just like to talk about on the second
2  page, the third full paragraph starts with the
3  words "in keeping." And it says, "In keeping
4  with the goal of providing the best
5  opportunities possible, Knapp will work in
6  partnership with other promotions to ensure
7  that fighters are able to stay busy. Knapp
8  states that Invicta FC fighters will all be
9  paid a fair market value, but given that her
10 promotion will likely stick to four events per
11 year, she understands that that may not be
12 enough to get every fighter the fight that she
13 wants -- the fights, excuse me, that she wants
14 or needs."
15    So there's -- first of all, this
16 paragraph is paraphrasing you, but is there
17 any reason to believe you didn't -- that it
18 misrepresents your position or
19 misrepresents -- misrepresented your position
20 at that time.
21    MR. WIDNELL: Objection, foundation.
22 A. So I think that when you read that paragraph,
23 I think that you definitely have to look at
24 the fact that I state, you know, I'm only
25 going to do about four events a year, so if I

Page 61

1  sign talent, four events, I can't keep those
2  athletes busy, so, you know, that was my basis
3  for saying that, you know, I'm going to work
4  with other promotions, but I work with other
5  promotions anyway, so...
6  Q. And so four events a year is not enough for a
7     fighter to --
8  A. No, I mean, not if you have a lot of athletes.
9     And you have to remember, when I started
10    Invicta, I had a bunch of athletes that wanted
11    to fight. I mean, there's no way I could keep
12    athletes busy with four fights a year.
13 Q. So in order to keep the -- get the athletes
14    enough fights, you would work with other
15    promotions?
16 A. Yeah.
17 Q. And Jewel was one of those promotions?
18 A. In 2012, I think. I think that's when -- I'm
19    not sure in the beginning if we signed, like,
20    long-term contracts. You know, I'm not sure
21    if we signed -- we might have done -- maybe
22    the first couple shows we did one-offs, you
23    know, which would just be one fight, so I
24    would have to look back, but...
25 Q. Okay. That's all. I'm finished with that

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

SHANNON KNAPP - CONFIDENTIAL

```
                                                    62
 1    document.
 2           MR. WIDNELL:  Kevin, could we go off
 3    the record just briefly?
 4           MR. RAYHILL:  Absolutely.
 5           THE VIDEOGRAPHER:  Stand by, please.
 6    Going off record at 10:23 a.m.
 7           (A recess was taken.)
 8           THE VIDEOGRAPHER:  Here marks the
 9    beginning of Media 2.  Resuming record at
10    10:37 a.m.
11    Q.  (By Mr. Rayhill) Okay.  Does Invicta have a
12    relationship with -- strike that.  Does
13    Invicta have a financial relationship with
14    Zuffa?
15  A.  What do you mean?
16  Q.  Well, let me make it a more general question.
17    Does Invicta have a business relationship with
18    Zuffa of any kind?
19  A.  Yes.
20  Q.  Can you tell me about that?
21  A.  Yes.  We have a broadcast distribution deal
22    with the UFC, which means that we air on UFC
23    Fight Pass.
24  Q.  And how long have you had that arrangement
25    with Zuffa?
```

```
                                                    63
 1  A.  I think I'm going on two years.
 2  Q.  And can you tell me what sort of content, what
 3    sort of Invicta content gets -- let's back up.
 4    Does some Invicta content get broadcast on
 5    Fight Pass?
 6  A.  Yes.
 7  Q.  And Fight Pass is a subscription service that
 8    UFC runs; is that correct?
 9  A.  Yes.
10  Q.  Can you tell me what kind of content gets
11    broadcast, what kind of -- type of Invicta
12    content gets broadcast on Fight Pass?
13  A.  Yeah, live events.
14  Q.  And how many live events per year, let's say?
15  A.  Six to eight, you know.  I mean, this year
16    will be six.
17  Q.  How many live events does Invicta typically do
18    in a year?
19  A.  About six.  We're looking to do eight this
20    year.
21  Q.  Has Zuffa ever provided any financial support
22    for an Invicta event, a live MMA event?
23  A.  Yeah.
24  Q.  And can you tell me roughly how many times
25    Zuffa has provided financial support?
```

```
                                                    64
 1  A.  Oh, absolutely, once, yeah, one time.
 2  Q.  Can you tell me when that was?
 3  A.  It would be February of 2015, I believe.
 4  Q.  And can you tell me about -- so can you tell
 5    me how much financial support they provided?
 6  A.  They just covered an event, so I'd have to
 7    look at the figures, you know, to be exact,
 8    but I know they just covered an event, a full
 9    event once.
10  Q.  So when you say they covered the full event,
11    do you mean they paid for all expenses related
12    to that event?
13  A.  Yes.
14  Q.  Do you recall where the event was?
15  A.  Yes.  At the Shrine in L.A.
16  Q.  The Shrine is the Shrine Auditorium?
17  A.  Uh-huh.
18  Q.  Do you recall if Zuffa provided any logistical
19    support for that event?
20  A.  In terms of?
21  Q.  Did they help you find the venue?
22  A.  Yes.
23  Q.  Did they help you sell tickets?
24  A.  What do you mean by that?
25  Q.  Did they -- well, let's strike that question.
```

```
                                                    65
 1    Did they help you determine the price for the
 2    tickets?
 3  A.  Yes, because I asked for assistance.
 4  Q.  Did they help with advertising for the event?
 5  A.  I believe not, other than on the digital
 6    platform.
 7  Q.  Was that event broadcast -- when you say the
 8    digital platform, are you talking about Fight
 9    Pass?
10  A.  Yes.
11  Q.  Okay.  Was that event broadcast on Fight Pass?
12  A.  Yes.
13  Q.  So when you say they advertised on the digital
14    platform, do you mean that they did
15    promotional ads?
16  A.  Right, correct.
17  Q.  For the upcoming event?
18  A.  Correct.
19  Q.  And that was the only event that they provided
20    that sort of --
21  A.  Yeah.
22  Q.  -- financial support for?
23  A.  Yes.
24  Q.  And the same for the logistical support,
25    helping find a venue?
```

17 (Pages 62 to 65)

SHANNON KNAPP - CONFIDENTIAL

106

1  and all other promotional marketing media
2  assets." And then it goes on to describe it
3  in detail.
4      And I'm going to skip some of that
5  detail and drop down to the fifth line from
6  the bottom, starting with the words
7  "promotional materials." Do you see where I
8  am?
9  A. Okay.
10 Q. All right. So starting there, it says,
11    "Promotional materials (including, without
12    limitation, master recordings of any features
13    developed in connection with the live events,
14    fighter biographies, fighter promotional
15    photographs, and any promotional materials
16    used on or in connection with any fighter
17    websites), and any and all information,
18    materials, designs, and other content
19    contained in, and passwords for, any fighter
20    webpages (but not including any source code or
21    object code related to such webpages and
22    websites.)" Do you see that?
23 A. Uh-huh.
24 Q. Can you tell me about the fighter webpages?
25    Let me rephrase that question. Did Invicta

107

1  develop fighter webpages for its fighters?
2  A. I mean, we had a website that had the athletes
3     up, but they never got any of this stuff. I
4     mean, we didn't have passwords for fighter
5     pages or any of that kind of stuff, so...
6  Q. Well, so do you have an understanding what
7     they're referring to there when they refer to
8     fighter webpages?
9  A. To a degree. I'm thinking what they thought
10    was like, you know, if the fighters went up
11    and -- you know, we had the athletes up on the
12    website and then, like, their bio information,
13    stuff like that, but I'm not 100 percent sure.
14    But that encompasses a lot of stuff, and I
15    never had to give any of that, so...
16 Q. I couldn't hear the last part.
17 A. I said that paragraph encompasses a ton of
18    stuff.
19 Q. And you never had to give it?
20 A. Yeah, so...
21 Q. I see. Okay. Turning to the second page
22    ending in 8055, Paragraph 6, it says, "Term
23    and Termination," Subparagraph 6.1, Term.
24    "The term of this agreement shall commence on
25    the effective date and shall be perpetual,

108

1  unless sooner terminated in accordance with
2  the terms of this agreement." Do you see
3  that?
4  A. Uh-huh.
5  Q. So based on your understanding as a signer of
6     this document, the licensing rights that were
7     assigned in this document were forever?
8  A. Right.
9  Q. Okay.
10     MR. DURBIN: Objection. Calls for a
11  legal conclusion and also misstates the
12  language of the document.
13     MR. RAYHILL: Good point.
14 Q. (By Mr. Rayhill) The -- yeah, the rights that
15    were assigned under this contract were
16    perpetual. Is that your understanding?
17 A. Yeah.
18     MR. DURBIN: Unless terminated
19  sooner. That's the language of the contract.
20     MR. RAYHILL: Fair enough.
21 Q. (By Mr. Rayhill) Has the contract been
22    terminated?
23 A. No.
24 Q. I'm done with that document. Thank you.
25     (Deposition Exhibit 5 was marked for

109

1  identification.)
2  A. Yeah.
3  Q. (By Mr. Rayhill) You've been handed what's
4     been marked as Exhibit 5. It has the Bates
5     number INV0764. Do you recognize this
6     document?
7  A. Uh-huh.
8  Q. Can you tell me what it is?
9  A. It's an e-mail, a couple of e-mails where I
10    reached out to Don Lorenzo about Invicta being
11    on Fight Pass, where I sent over some reports
12    from the shows that I had done where we
13    crashed payroll servers and things like that.
14 Q. Okay. So is this an e-mail that you sent and
15    received in the ordinary course of business?
16 A. What do you mean?
17 Q. Is this an e-mail you received as part of your
18    work for Invicta?
19 A. Yeah, I mean, yeah, I'm soliciting to try to
20    get on Fight Pass.
21 Q. Okay. So turning to page ending in 766.
22 A. Uh-huh.
23 Q. In the middle of the page, it's an e-mail from
24    you to Dana White and Lorenzo Fertitta. Do
25    you see that?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

SHANNON KNAPP - CONFIDENTIAL

**110**

1  A. Yeah.
2  Q. It says, "Hello, Dana and Lorenzo. I hope
3     you're doing well. I spoke with Dana a few
4     weeks ago about the possibility of Invicta
5     being broadcast exclusively on Fight Pass. I
6     would love the opportunity to speak with you
7     more regarding Invicta and Fight Pass. I
8     really believe it could be a partnership that
9     brings great value to both companies and the
10    sport." Did you write that?
11 A. Yes.
12 Q. Can you tell me what you meant by "it could be
13    a partnership that brings great value to both
14    companies and the sport"?
15 A. Yeah, they need content for Fight Pass, and
16    Invicta, I think, is a great product to put on
17    Fight Pass, so to me that's great value in a
18    partnership.
19 Q. Okay. All right. Done with that.
20 A. We're done?
21 Q. All done. Yes, sorry.
22       (Deposition Exhibit 6 was marked for
23    identification.)
24 Q. (By Mr. Rayhill) Okay. You've been handed
25    what's been marked as Exhibit 6. It has the

**111**

1     Bates number ZFL1227979. Let me know when
2     you've had a chance to look it over.
3  A. I'm good. I mean, we can just go through it.
4     I mean, I haven't seen it in a while, but --
5  Q. We are going to go through it. Do you
6     recognize this document?
7  A. Yeah, yeah.
8  Q. Can you tell me what it is?
9  A. It's a license agreement.
10 Q. Okay. A license agreement with whom?
11 A. For Invicta and the UFC Fight Pass.
12 Q. Okay. And just generally can you tell me
13    what's -- what transpired under this license
14    agreement? What did you grant the license --
15    first of all, did you grant the license?
16 A. Yeah.
17 Q. Under this agreement? And what did you grant
18    the license for?
19 A. To air our live events and for our library to
20    be housed on UFC Fight Pass.
21 Q. Okay. So let's start with the live events.
22    So I believe you testified earlier -- and
23    correct me if I'm wrong -- that you had
24    broadcast the early Invicta fights on your
25    website?

**112**

1  A. Right.
2  Q. So -- and that would have involved recording
3     the fights in some way; is that correct?
4  A. Uh-huh. Yeah, we always record it. We always
5     had a truck and record it just like it's being
6     aired on television.
7  Q. Okay. And just to be clear, you recorded all
8     the Invicta events?
9  A. Yes.
10 Q. Okay. And so under the -- well, let's go
11    through it. Okay. The top of the document,
12    it says "license agreement," and I'll just,
13    you know, for the record represent that here
14    in the first paragraph, it refers to in the
15    second line, refers to Invicta FC as the
16    licensor and on the fourth line refers to
17    Zuffa, LLC, as the licensee?
18 A. Yes, sorry. I'm yawning.
19 Q. Not a problem. Okay. Paragraph 1, "Term,"
20    starting in the middle of the second line.
21    "The term of this agreement shall commence on
22    May 1st, 2014, and expire on March 31st,
23    2015," in parentheses and quotes, "('Term')."
24    Do you see that?
25 A. Uh-huh.

**113**

1  Q. Okay. The Subparagraph (a), "The term may be
2     extended in accordance with the following:
3     Zuffa shall have the right in its sole
4     discretion to two separate one-year extensions
5     of the term, parentheses, (each an 'extension
6     term')" -- quotations around extension term,
7     closed parentheses -- "of this agreement by
8     providing written notice to Licensor by no
9     later than January 1st, 2015, to extend the
10    term for a period," you know, commencing soon
11    thereafter, and then another chance to extend
12    it. Did Zuffa extend this contract?
13 A. Yes.
14 Q. Is the contract still in effect?
15 A. Yes.
16 Q. Okay. Has there been a second extension, or
17    are we still on the first extension?
18 A. We've modified the agreement, and we're in the
19    second -- let's see -- went in in '14; right?
20       MR. DURBIN: (Nods head.)
21 A. '14, so '15, '16, and, yeah, '17.
22 Q. (By Mr. Rayhill) So when you say you modified
23    the agreement, can you tell me what you meant
24    by that?
25 A. There was another document that modified -- or

SHANNON KNAPP - CONFIDENTIAL

114

1  just increasing the pay.
2  Q. Increasing the -- I see.
3  A. Yeah, in the licensing fee.
4  Q. The licensing fee.
5  A. Yeah.
6  Q. Thank you.
7      MR. RAYHILL: Nick, can I just ask
8  with trepidation, did Zuffa produce the second
9  licensing, the modified licensing agreement?
10     MR. WIDNELL: You know, I don't know
11 the answer to that.
12     MR. RAYHILL: Let me ask you, can you
13 check on it, and if the answer is no, unless
14 there's -- you know, if it's outside the
15 discovery period or whatever there's a reason
16 for not producing it --
17     MR. WIDNELL: I don't recall, but
18 yeah.
19     MR. RAYHILL: And I'll check too.
20 Thank you.
21 Q. (By Mr. Rayhill) Turning to Paragraph 2,
22 "Events," it says, "Zuffa hereby orders from
23 the Licensor, and Licensor hereby agrees to
24 provide no less than four live professional
25 mixed martial arts events under the brand name

115

1  'Invicta.'"  And then it goes on.  And then in
2  the -- carrying over to the top of the next
3  page, the last sentence in that paragraph
4  reads, "Zuffa shall have the option to license
5  each event produced by licensor during the
6  term."  So I think you said -- can you tell me
7  how many live events Invicta produces per
8  year?
9  A. Anywhere from six -- yeah, I think the first
10 one we started out -- 2014 I think we did
11 four, but we're doing six now and hopefully
12 eight this year.
13 Q. I see, okay.  And has Zuffa picked up the
14 rights to all of those events?
15 A. Yeah, they've -- I mean, I'm their No. 1
16 property on Fight Pass, so they've never
17 turned down one of them.
18 Q. So when you say you're their No. 1 property,
19 can you tell me what that means?
20 A. Well, it means live events, the most viewers
21 watch our content, the Invicta content.  We're
22 very popular on the platform.
23 Q. Good.  Do you have a sense, let's say, the
24 last -- can you tell me when the last Invicta
25 event was broadcast on Fight Pass?

116

1  A. Yeah, it was March 25th.
2  Q. Okay.  And was that a Pay-Per-View event?
3  A. No.
4  Q. Or was it included in the subscription?
5  A. Yeah.
6  Q. Do you have a sense -- a sense of how many
7  viewers watched?
8  A. No.  We don't have -- no, we don't have
9  numbers for it.  I can just tell by, I mean,
10 social media and different things.  I mean, we
11 went up against March Madness.  We turned in
12 No. 5 start from the very first fight, packed
13 the house.  And that's the -- March Madness
14 was here in Kansas City, so we must be doing
15 something right; right?
16 Q. Good for you.
17     MR. DURBIN: And it went up against
18 the Jayhawk game.
19     THE WITNESS: Yeah.
20     MR. DURBIN: In Kansas City.
21     THE WITNESS: In Kansas City.  Yeah,
22 we had trending in on the top 10 -- well, top
23 5 right out of the gate and stayed that way,
24 and we made it up to No. 3 during the Kansas
25 game, and, you know, that's worldwide.

117

1  Q. (By Mr. Rayhill) Great.
2      MR. DURBIN: Of course, K.U. wasn't
3  playing very well.
4  Q. (By Mr. Rayhill) Thank you for that.
5      THE WITNESS: That added note.
6      MR. DURBIN: As a bitter Jayhawk fan,
7  let me say, K.U. didn't play very well that
8  night.
9      MR. RAYHILL: All right.
10     THE WITNESS: This is the longest
11 I've sat in a long time.
12     MR. RAYHILL: Sorry.
13     THE WITNESS: That's okay.  So if I
14 just move around a lot.
15     MR. RAYHILL: Well, I'll try to just
16 skip to the important parts.
17 Q. (By Mr. Rayhill) Looking at the top of the
18 page ending in 7981, the very top paragraph,
19 it's a partial paragraph.  The paragraph
20 begins on the prior page.  It's Paragraph 3.
21 It's called "Grant of Rights," and I'm not
22 going to read the whole paragraph.  I just
23 want to read the last sentence, which is at
24 the top of 7981.
25     And it says, "License period means

30 (Pages 114 to 117)

SHANNON KNAPP - CONFIDENTIAL

218

1   comes to all female, you know, I think there
2   was a promotion years -- you know, maybe five,
3   six years ago that threw a few fights here and
4   there, but nothing that's been steady, like
5   what we do at Invicta.
6   **Q. And how long have men's MMA promotions been in**
7   **existence?**
8   A. Oh, a long time, long time.  I mean, early
9   '90s, maybe sooner.  I wasn't involved back
10  then, so...
11  **Q. Would you say that women's MMA promoters or**
12  **the business of promoting MMA fights for women**
13  **is more of a nascent industry right now?**
14  A. Possibly, yeah.
15  **Q. At one point I think you were talking about**
16  **the success of a recent Invicta event, and I**
17  **think you talked about how it had gone up**
18  **against March Madness.**
19  A. Yeah, pretty cool.
20  **Q. When you're competing for eyeballs for an**
21  **audience, do you compete with Sports Center**
22  **too?**
23  A. I think you're competing with everybody when
24  you're trying to get the eyeballs, you know, I
25  mean, everything, even reality series.  You

219

1   know, you're trying to get -- but to me,
2   you're kind of competing with everybody that's
3   got something going on that night.
4   **Q. Is there a specific demographic that you're**
5   **targeting?**
6   A. Not really.  I mean, you've got your typical
7   18 to 35, but you kind of target everybody.
8   We're all over the board.
9   **Q. When you were working at Strikeforce, was**
10  **there a demographic that you were targeting?**
11  A. 18-to-35-year-old male.
12  **Q. Would that be a difference between your**
13  **promotion and other promotions that tended to**
14  **have a focus on men's --**
15  A. Yeah.
16  **Q. -- men's MMA promotions?**
17  A. Yeah.
18      MR. RAYHILL:  Objection, calls for
19  speculation.
20  A. You know, I think that it's pretty standard
21  across the board on the male side of the
22  sport.  I think for us, at Invicta, you know,
23  I can look at our audience, and I can see
24  that, you know, 18 to 35, the young kids, the
25  mature -- what I consider mature audience with

220

1   male and female, you know, my mother's --
2   women love it that are my mom's age, so, yeah,
3   I think it's all over the board.
4   **Q. When you're competing for fighters to bring in**
5   **fighters, which promoters do you compete with**
6   **to -- when you're trying to sign a fighter?**
7   A. Everybody a little bit to a degree, you know.
8   Some are more aggressive.  You know, I have
9   more competition with certain ones.  You know,
10  can maneuver and do things that are not so
11  nice, but, yeah, you compete a little bit
12  about everybody.  Even a little bit with the
13  UFC, even though we're on Fight Pass, there's
14  still going to be an athlete that they see, I
15  see, and we're both going to try to sign the
16  athlete.
17  **Q. So if you know that UFC is trying to sign an**
18  **athlete, that doesn't stop you from trying to**
19  **sign the athlete?**
20  A. Heck, no.  I don't put UFC out in my
21  contracts.  I'm not a feeder.  I -- you know,
22  I really want to make this clear.  I run my
23  promotion differently than all the other
24  promotions out there.  You know, I can't ask
25  my athletes to fight hard for me if I'm not

221

1   willing to fight hard for them and give them
2   the opportunities they're looking for.  And I
3   assure you, every one of them wants to be in
4   the UFC.  You know, it's not like anybody's
5   poaching or anybody's trying to take.  This is
6   the dream, you know.
7   **Q. When you say that everybody wants to be in the**
8   **UFC, is that because UFC has restricted the**
9   **ability of other promoters to compete, or is**
10  **it because of something unique to the UFC?**
11  A. I think it's the Broadway, it's the Q-Tip,
12  it's the Kleenex, it's the big stage that we
13  all look at, you know.  This day and age, I
14  mean, there's a lot of options out there these
15  days, a lot of options, a lot more than there
16  were years and years ago, but there are
17  definitely options, and, you know, I don't
18  know why each one wants to, but it's something
19  that's important to them, you know.
20  **Q. So my question was is in any way UFC's ability**
21  **to be attractive to professional MMA fighters**
22  **a function of UFC doing things to hurt**
23  **other --**
24  A. No.
25  **Q. -- fighters?**

56 (Pages 218 to 221)

```
                                                                  222
 1        MR. RAYHILL:  Objection, calls for
 2     speculation.
 3  A.  I mean, no, I don't see that.  I mean, I don't
 4     see that.
 5  Q.  (By Mr. Widnell) Has UFC ever done anything to
 6     harm Invicta's ability to compete?
 7  A.  No.  Actually, they've been really good, you
 8     know, in the business relationship, been
 9     really good.  Never stopped me, you know --
10     yeah, I have nothing to complain.  If I did, I
11     would tell you.
12  Q.  Did UFC ever do anything to harm Strikeforce
13     while you were working at Strikeforce to your
14     knowledge?
15  A.  Not that I saw.  I mean, you always get that
16     rumor stuff, but never anything that, you
17     know, like a direct shot.
18  Q.  Okay.  Did UFC ever do anything to your
19     knowledge to harm Affliction while you were
20     working at Affliction?
21  A.  Not that, you know, not that I'm -- both
22     companies bickered, but, like I told you
23     before, Todd would get drunk and do things.
24     It wasn't like, you know, I mean...
25  Q.  And did UFC to your knowledge do anything to

                                                                  223
 1     harm IFC while you worked at IFC?
 2  A.  No, not that --
 3        MR. RAYHILL:  Objection, IFL.
 4        THE WITNESS:  It's IFL.
 5        MR. WIDNELL:  I'm sorry, IFL.
 6        THE WITNESS:  That's okay.
 7  Q.  (By Mr. Widnell) I think you also -- you spoke
 8     about using Jewel fighters.  When you have a
 9     fighter from Jewel that you use in an event,
10     does that fighter, then, typically go back to
11     fight for Jewel, or do you try to hire that
12     fighter?
13  A.  No, I have a contract with them as well, but I
14     also -- they fight, you know, if the
15     opportunity comes there.
16  Q.  When a fighter for Jewel fights for you at an
17     event, do you regard that as co-promoting?
18  A.  Actually, no.  I mean, once again, my
19     definition of co-promoting is more of the
20     billing.  You know, that's what I think of is
21     you co-promote it like that, and I don't give
22     any kind of billing.  Technically we are.  You
23     know, if they have a contract there too, we're
24     co-promoting, but not...
25  Q.  And you also spoke about your fighters would

                                                                  224
 1     go to Bellator on occasion.  Would that be --
 2     would they go and fight for Bellator while
 3     they were still under a contract with you?
 4  A.  Uh-huh, I have a couple that are going to
 5     fight over there every once in a while.
 6  Q.  So are those -- are those fighters who are
 7     fighting for Bellator currently under contract
 8     with you?
 9  A.  Yeah, and what they are is, once again, it's
10     that regional thing where Bellator will go
11     into market, maybe one of my athletes are
12     there, so they'll compete on the card and sell
13     tickets or something.
14  Q.  Do you regard that as co-promotion?
15  A.  No, no.
16  Q.  Would you describe yourself as someone who's
17     knowledgeable of the MMA industry?
18  A.  Yeah.
19  Q.  Is the term "elite professional MMA fighter"
20     widely understood within the MMA industry?
21        MR. RAYHILL:  Objection.  Calls for
22     speculation.
23  A.  Repeat that just so I make sure I have a real
24     grasp of what you're saying.
25  Q.  (By Mr. Widnell) Sure.  Is the term "elite

                                                                  225
 1     professional MMA fighter" widely understood
 2     within the MMA industry?
 3  A.  I would think so.
 4  Q.  Do you know what that term means?
 5  A.  I know what I perceive it to mean.  I mean, to
 6     me an elite professional is one of our
 7     top-tier MMA athletes.
 8  Q.  Do you think that other people would share
 9     your perspective of what that term means?
10        MR. RAYHILL:  Speculation, objection.
11  A.  I mean, the educated, you know, part of the
12     sport, you know, would definitely say that.  I
13     mean, a typical fan, I don't know if they'd
14     know the difference if you're an MMA fighter
15     or if you're an elite.
16  Q.  (By Mr. Widnell) So using that term, would you
17     say that all UFC fighters are elite
18     professional MMA fighters?
19        MR. RAYHILL:  Objection, calls for
20     speculation.
21  A.  I would think that most people that compete
22     there, you know, are at a higher level.  But
23     in my opinion, you know, it's going to be the
24     A level that I consider to be the elite MMA.
25  Q.  (By Mr. Widnell) So if I heard you correctly,
```

SHANNON KNAPP - CONFIDENTIAL

226

1  it sounds like from your opinion, not all
2  fighters --
3  A. No, like I say, it may be that way, but, yeah,
4     I don't think all of them are. But that's my
5     opinion based on, you know, if you got a new
6     guy coming in, is he elite yet? No, I think
7     he needs to prove himself a little more. So
8     just my opinion.
9  **Q. All right. Would you say that some of your**
10    **fighters in Invicta are elite MMA professional**
11    **fighters?**
12 **A. Yes.**
13 Q. Would you say that some Bellator fighters are
14    elite professional MMA fighters?
15 A. Yeah, I mean, yeah, we all have that A level,
16    that top tier. Every promotion has it,
17    whatever that is in that promotion, but yeah.
18 Q. So would you say regional promoters have elite
19    professional MMA fighters?
20 A. Well, some, you know. I think that -- I think
21    each is going to classify on their own
22    promotion that it's elite for them, but, yeah,
23    I mean, Bellator and the UFC have -- have the
24    highest profile of athletes.
25 Q. How about WSOF, would you say they have elite

227

1     professional MMA fighters?
2  A. They've got a couple in there, yeah.
3  Q. How about ONE, would you say they have
4     elite --
5  A. Oh, I forgot about them. Oh, yeah, I forgot
6     about that promotion. Yeah, I'd definitely
7     say they do. They're doing extremely well.
8  Q. How about a promotion like ACD, would you say
9     that they have elite professional MMA
10    fighters?
11 A. I've never even heard from them, but, okay,
12    yeah, don't think so. I mean, maybe, what
13    they deem, you know.
14 Q. If they were -- if they were winning fighters
15    from the UFC, would that make you think that
16    they might --
17 A. If they were what?
18 Q. If they were able to win fighters that the UFC
19    was also bidding for, would that make you
20    think --
21 A. Possibly, yeah. I mean...
22 Q. How quickly can you become an elite
23    professional MMA fighter?
24 A. How quickly? Strange -- I mean, you have to
25    be able to fight top-tier talent, you know.

228

1  You have to be competitively matched and -- in
2  eight fights, could you do it? Sure, if
3  you're fighting high-quality fights, but I
4  think it's hard to put kind of a gauge on
5  that.
6      MR. WIDNELL: I think we're done. Do
7  you have anything more?
8      MR. RAYHILL: Take a five-minute
9  break.
10     MR. WIDNELL: Sure.
11     THE VIDEOGRAPHER: Stand by, please.
12 Going off record 3:57 p.m.
13     (A recess was taken.)
14     THE VIDEOGRAPHER: Resuming record at
15 3:58 p.m.
16     MR. RAYHILL: Plaintiffs have no
17 further questions.
18     MR. WIDNELL: Defendants have no
19 further questions.
20     MR. DURBIN: The witness will read
21 and sign, and we will exercise our right to a
22 21-day review to mark it confidential or
23 highly confidential for attorneys' eyes only
24 in different parts of the transcript. Once we
25 have that transcript, we'll start that clock.

229

1      THE VIDEOGRAPHER: Stand by, please.
2  End time 3:58 p.m.
3
4      (Time Noted: 3:58 p.m.)

58 (Pages 226 to 229)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**Page 230**

```
 1
 2      STATE OF _____ )
 3                              ) :ss
 4      COUNTY OF _____)
 5
 6
 7          I, SHANNON KNAPP, the witness
 8      herein, having read the foregoing
 9      testimony of the pages of this deposition,
10      do hereby certify it to be a true and
11      correct transcript, subject to the
12      corrections, if any, shown on the attached
13      page.
14
15              _____
16              SHANNON KNAPP
17
18
19
20      Sworn and subscribed to before
21      me, this         day of
22                , 2017.
23
24      _____
25          Notary Public
```

**Page 231**

```
 1              C E R T I F I C A T E
 2
 3          I, Kay L. Merley, a Certified Court
 4      Reporter of the State of Missouri, do hereby
 5      certify:
 6          That prior to being examined, the witness
 7      was first duly sworn;
 8          That said deposition was taken down by me
 9      in shorthand at the time and place hereinbefore
10      stated and was thereafter reduced to typewriting
11      under my direction;
12          That the foregoing transcript is a true
13      record of the testimony given by said witness;
14          That I am not a relative or employee or
15      attorney or counsel of any of the parties or a
16      relative or employee of such attorney or counsel
17      or financially interested in the action.
18          Witness my hand and seal this 25th day of
19      April, 2017.
20
21
22
23              Kay L. Merley
24              Missouri Supreme Court
25              Certified Court Reporter, #822
```

**Page 232**

```
 1              INSTRUCTIONS TO WITNESS
 2
 3          Please read your deposition over carefully
 4      and make any necessary corrections. You should state
 5      the reason in the appropriate space on the errata
 6      sheet for any corrections that are made.
 7          After doing so, please sign the errata sheet
 8      and date it.
 9          You are signing same subject to the changes
10      you have noted on the errata sheet, which will be
11      attached to your deposition.
12          It is imperative that you return the original
13      errata sheet to the deposing attorney within thirty
14      (30) days of receipt of the deposition transcript by
15      you. If you fail to do so, the deposition transcript
16      may be deemed to be accurate and may be used in court.
```

**Page 233**

```
 1                  E R R A T A
 2
 3
 4
 5      I wish to make the following changes,
 6      for the following reasons:
 7
 8      PAGE LINE
 9      ___ ___ CHANGE:_____
10          REASON:_____
11      ___ ___ CHANGE:_____
12          REASON:_____
13      ___ ___ CHANGE:_____
14          REASON:_____
15      ___ ___ CHANGE: _____
16          REASON:_____
17      ___ ___ CHANGE: _____
18          REASON:_____
19      ___ ___ CHANGE: _____
20          REASON:_____
21
22      _____   _____
23       WITNESS' SIGNATURE         DATE
```