# EXHIBIT 78

# Redacted Excerpts of Deposition of Jeffrey Aronson

```
                                                                1
                 UNITED STATES DISTRICT COURT

                     DISTRICT OF NEVADA



     CUNG LE; NATHAN QUARRY, JON    )
     FITCH, on behalf of            )
     themselves and all others      )
     similarly situated,            )
                                    )
             Plaintiffs,            )
                                    )
             vs.                    )  Case No.
                                    )  2:15-cv-01045-RFB-(PAL)
                                    )
     ZUFFA, LLC, d/b/a Ultimate     )
     Fighting Championship and      )
     UFC,                           )
                                    )
             Defendant.             )
     _____)

                    April 25, 2017
                    10:34 a.m.

         Videotaped deposition of JEFFREY

    ARONSON, pursuant to notice and subpoena,

    at the offices of Cohen Milstein Sellers

    & Toll, PLLC, 2925 PGA Boulevard, Palm

    Beach Gardens, Florida, before Jack Finz,

    a Shorthand Reporter and Notary Public

    within and for the State of Florida.



    Job No. 50118
```

```
                                    22
 1              JEFFREY ARONSON
 2    feel free to ask questions about
 3    these four.  Just that it's not a
 4    complete article.
 5       Q.   Does this article refresh your
 6    recollection that you gave an interview
 7    with Bloody Elbow on December 31, 2014,
 8    or around then?
 9       A.   Not really.  I do a ton of
10    interviews.  But I see it.
11       Q.   Can you please read the
12    paragraph starting at the top of the page
13    that's Bates stamped 963 to the end?  It
14    begins with "Just 11 months ago."
15       A.   "Just 11 months ago, Titan was
16    an obscure, regional promotion that
17    wasn't signing fighters and had no TV
18    deal.  Today we're mentioned up there
19    with the top three or four promotions.
20    Are we three?  Are we four?  I don't
21    know.  Are we making leaps and bounds in
22    the right direction?  100 percent.  We're
23    diligently working to continue moving
24    forward."
25       Q.   Is that an accurate quote from
```

```
                                    23
 1              JEFFREY ARONSON
 2    you in this interview, as far as you
 3    recall?
 4       A.   I think so.
 5       Q.   Do you still believe that when
 6    you acquired Titan at the end of 2013
 7    that it was an obscure regional promotion
 8    and wasn't signing fighters and/or a TV
 9    deal?
10       A.   Yes.
11       Q.   What are the other top three
12    or four promotions that you were
13    referring to?
14            MS. DENNIS:  Objection to
15       form.
16            MR. SCHULZ:  Go ahead.
17       A.   UFC, Bellator, World Series of
18    Fighting, and probably One FC.
19       Q.   When you purchased a
20    controlling stake in Titan, what were
21    your plans for the promotion?
22       A.   My plans were to get the
23    promotion back into the public eye.  It
24    had been suffering financially for a
25    while.  So I wanted to get it back into
```

```
                                    24
 1              JEFFREY ARONSON
 2    the public eye, secure a television deal,
 3    and move forward, and give fighters an
 4    opportunity to get fights under a solid
 5    platform.
 6       Q.   Do you recall giving an
 7    interview with Iain Kidd of Bloody Elbow
 8    on or around February 24, 2014?
 9       A.   No.
10            (Aronson Exhibit 6 for
11       identification, transcript of
12       interview with Iain Kidd on
13       February 24, 2014.)
14       Q.   I am handing you what has been
15    marked Aronson Exhibit 6.  This is a
16    public article we printed off the
17    Internet.  Let me give you a chance to
18    take a look through it.
19       A.   Okay.
20       Q.   Does this article refresh your
21    recollection that you gave an interview
22    with Iain Kidd of Bloody Elbow on or
23    around February 24, 2014?
24       A.   Not really.
25       Q.   As far as you recall, does
```

```
                                    25
 1              JEFFREY ARONSON
 2    this article accurately quote you?
 3            MS. DENNIS:  Objection to
 4       form.
 5       A.   I don't know.  I don't
 6    remember the interview.
 7       Q.   If you start at the bottom of
 8    page 2, the article purports to quote
 9    you, around halfway down page 2.
10            Do you see that?
11       A.   "When I started Alchemist,"
12    that part?
13       Q.   Yes.  Can you read that quote?
14       A.   "When I started Alchemist in
15    2010," I think the year is wrong, by the
16    way, "with Lex McMahon, MC Hammer and
17    Nima Safapour, the goal was to create the
18    best management company in MMA, to
19    cultivate the top prospects and to get
20    them into UFC, to find the best veterans
21    and start running their careers
22    professionally and get them involved with
23    mainstream sponsors and things outside of
24    the cage.  We wanted to plant the seeds
25    today that will blossom into things for
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

```
                                                    26
 1              JEFFREY ARONSON
 2   their retirement."
 3       Q.   Can you read the rest of the
 4   quote?
 5       A.   Sure.  "We have done
 6   exceptionally well with that, but the
 7   problem I started running into as I
 8   started signing more and more top young
 9   prospects, was I couldn't get them any
10   fights.  No one would fight these guys.
11   So you've got these incredible 2-0, 3-0
12   prospects, but you can't get them any
13   fights!  The problem is the UFC is
14   typically not looking for a kid who is
15   2-0 or 3-0, so they have to fight.  It
16   has become an epidemic.  I started
17   talking to other managers in the field
18   and everybody has the same problems."
19       Q.   Can you read the last
20   paragraph, too?
21       A.   "I decided about a year ago
22   that I had had enough.  I was looking
23   around at different promotions and seeing
24   what was going on in the business of MMA.
25   I got myself familiar with some of the
```

```
                                                    27
 1              JEFFREY ARONSON
 2   promoters out there, and then I started a
 3   new company called Titan FC and I brought
 4   over a bunch of guys that had run the
 5   shows for the old Titan, because there's
 6   so much that goes into putting on a good
 7   show."
 8       Q.   Other than the first sentence
 9   that says you started Alchemist in 2010,
10   is there anything else in there that is
11   incorrect?
12       A.   No.
13       Q.   Does this quote accurately
14   explain what made you decide to start
15   promoting in MMA?
16           MS. DENNIS:  Objection to
17       form.
18       A.   Some.  I mean, there's a lot
19   that went into it.
20       Q.   Do you disagree with anything
21   in this quote?
22       A.   No.
23       Q.   Why do you think there were
24   incredible prospects who weren't getting
25   any fights?
```

```
                                                    28
 1              JEFFREY ARONSON
 2           MS. DENNIS:  Objection to
 3       form.
 4       A.   Because they were incredibly
 5   talented, and fighters at the same level
 6   with one or two fights didn't want to
 7   risk losing and getting a loss on their
 8   record so early.
 9       Q.   Do you still believe that the
10   UFC is typically or was at the time
11   typically not looking for a kid who is
12   2-0 and 3-0?
13           MS. DENNIS:  Objection to
14       form.
15       A.   Yes.
16       Q.   Was it your perception at the
17   time that the UFC already had more
18   fighters signed than they could use?
19       A.   No.
20       Q.   Why was the UFC typically not
21   looking for a kid who was 2-0 or 3-0?
22           MS. DENNIS:  Objection to
23       form.
24       A.   Very early in development.
25       Q.   So the UFC is looking for a
```

```
                                                    29
 1              JEFFREY ARONSON
 2   longer record, generally, as far as you
 3   are aware?
 4           MS. DENNIS:  Objection to
 5       form, foundation.
 6       A.   I'm not aware.  I just know
 7   that it is just very early in a
 8   prospect's career, and to put them on a
 9   stage like that would be crazy.
10       Q.   Can you read the next part of
11   that page?
12       A.   Where would you like?
13       Q.   Starting "I pride myself."
14       A.   "I pride myself on my business
15   acumen, and the one thing I really do is
16   study what's going on in the industry and
17   the field.  History repeats itself, so
18   look at everybody that's going up against
19   the UFC, Bodog, Elite XC, Strikeforce...
20   Everybody that has tried to challenge UFC
21   has wound up on their butt.  Nobody has
22   been able to do it."
23       Q.   Does that quote accurately
24   explain your view of the MMA market?
25           MS. DENNIS:  Objection to
```

```
                                        38
 1              JEFFREY ARONSON
 2   translates into the cage, so everybody
 3   deserves a second chance.
 4       Q.   Are those vets trying to get
 5   back into the UFC, in you experience?
 6       A.   I think they are trying to get
 7   their careers on a positive flow.  That's
 8   the most important thing to these guys.
 9       Q.   With the fights that Titan FC
10   puts on, are you trying to compete
11   directly with the UFC?
12            MS. DENNIS:  Objection to
13       form.
14       A.   You asked me this numerous
15   times, and my answer is not going to
16   change.
17       Q.   Can you give your answer one
18   more time for me?
19            MS. DENNIS:  Objection to
20       form; asked and answered.
21       A.   No.
22       Q.   If the UFC offers a Titan FC
23   fighter a contract, do you ever bid
24   against the UFC for that contract?
25            MS. DENNIS:  I object to form.

                                        39
 1              JEFFREY ARONSON
 2       A.   How could I bid if it's in my
 3   contract that they have an automatic out?
 4       Q.   So you can't bid under your
 5   contract?
 6            MS. DENNIS:  I object to form.
 7       A.   They have an automatic
 8   release.  It's a Zuffa Out clause.
 9       Q.   Can you explain how that works
10   then?
11       A.   If Zuffa comes calling within
12   X amount of time before a Titan event,
13   then the fighter is free to go and fight
14   for Zuffa.
15       Q.   So under that contract you
16   can't offer the fighter more money to
17   keep them?
18            MS. DENNIS:  Form.
19       A.   A fighter could say no.  A
20   fighter could say no if they wanted to
21   stay with Titan, certainly.  But why
22   would I bid against myself?
23       Q.   What I am asking is would you
24   bid against the UFC.
25       A.   If I have a Zuffa Out clause,

                                        40
 1              JEFFREY ARONSON
 2   how could I bid against the UFC?  I am
 3   offering the fighter an opportunity to go
 4   to UFC, so how could I bid against them?
 5       Q.   If you turn to page 4 of this
 6   interview.  Can you read the paragraph in
 7   the middle of the page that begins with
 8   "No one is the going to tell me."
 9       A.   "No one is going to tell me
10   that the best talent in the world is not
11   at that UFC level.  A guy might have a
12   little bit of a rough patch in the UFC
13   but the year before he might have been
14   ready to fight for the title.  Look at
15   somebody like George Sotiropolous who we
16   just signed.  He went through a rough
17   patch, but a year before that he was one
18   fight away from the lightweight title."
19       Q.   In early 2014, do you think
20   that the best talent in the world was at
21   the UFC level?
22       A.   Not necessarily.  Bellator
23   certainly had fighters on par with UFC.
24   Strikeforce had fighters on par with UFC.
25   I think those have all been established

                                        41
 1              JEFFREY ARONSON
 2   and they have become champions in the
 3   UFC.
 4       Q.   Strikeforce at the time was
 5   controlled by Zuffa; is that right?
 6       A.   No, I don't think in 2014.  I
 7   don't know.  I don't know the date.
 8       Q.   Did Titan FC sometimes promote
 9   fights between two different UFC
10   veterans?
11       A.   Probably.
12       Q.   Do you recall whether Titan FC
13   29 was a fight between Mike Ritchey and
14   George Sotiropolous?
15       A.   Yes.
16       Q.   Do you know if they were UFC
17   veterans?
18       A.   Yes.  We have also put on UFC
19   verse Bellator, Bellator verse Prospect.
20   I mean, it's back and forth, back and
21   forth.
22       Q.   Were all of the UFC vets who
23   were acquired by Titan FC fighters who
24   UFC had released?
25            MS. DENNIS:  Objection to
```

11 (Pages 38 to 41)

```
                                      50                                              52
 1         JEFFREY ARONSON                    1         JEFFREY ARONSON
 2    relationship with the UFC, Titan's      2    form.
 3    relationship?                           3        A.  If anything, we knew who were
 4        MS. DENNIS:  Objection to           4    the parties involved there.  But did it
 5    form.                                   5    add anything?  I don't know.  We had a
 6        A.  I think it's fine.  I mean,     6    good working relationship with them at
 7    it's okay.  It's good.                  7    Alchemist and we have a good working
 8        Q.  Since you took over at Titan,   8    relationship with them today.
 9    do you know about how many Titan fighters 9        Q.  If you look at the next page,
10    have gone on to the UFC?               10    page 3, the top of page 3.
11        A.  An exact list?                 11        A.  Yes.
12        Q.  No, just a rough number.       12        Q.  The interviewer is asking
13        A.  That actually fought for Titan 13    about talent exchange.
14    or were signed to Titan or --          14        A.  Yes.
15        Q.  That were signed to Titan.     15        Q.  Do you know what the article
16        A.  I don't.  I'm sorry.           16    is referring to when it says talent
17        Q.  In this article it says -- it  17    exchange?
18    quotes you as saying "Since I took over 18        A.  You know, there was a big push
19    Titan," and this article was August 22, 19    a few years ago for different promotions
20    2014, "I would say a minimum of ten    20    to challenge each other and put guys
21    fighters have gone to the UFC."        21    against it.  None of it ever came to
22            Does that number sound         22    fruition.  I think my position on this
23    inaccurate to you?                     23    was that my athletes, I felt, were of the
24        MS. DENNIS:  The entire quote      24    top level in the world and there was no
25    actually goes on to say "and we're     25    promotion I wouldn't put my guys up

                                      51                                              53
 1         JEFFREY ARONSON                    1         JEFFREY ARONSON
 2    not missing a beat," just for the       2    against.
 3    record.                                 3        Q.  When you say put your guys up
 4        A.  Can you tell me where it is?    4    against, do you mean co-promote an event
 5        Q.  Yes, it's on page 2.            5    against a fighter from another promotion?
 6        A.  I mean, at that point I'm       6        A.  No, have a fighter from
 7    assuming that that's what the number was. 7    another promotion come to Titan and
 8        Q.  At the top of that quote it     8    fight.  I don't think that would be a
 9    says "I think we have an excellent      9    co-promotion.
10    relationship with the UFC."  Would you 10        Q.  The second sentence here says
11    disagree with that characterization?   11    "I think we are going to see cross-
12        A.  No.  I think we have a good    12    promotion superfights at some point."
13    relationship with UFC.                 13        A.  Um-hum.
14        Q.  Did the long-term work you did 14        Q.  Do you know what
15    at Alchemist help you with your personal 15    cross-promotion superfights referred to?
16    relationship with UFC?                 16        A.  That's exactly what I was just
17        MS. DENNIS:  Objection to          17    talking to, where one guy would come over
18    form.                                  18    from one promotion and fight another.
19        A.  I personally have never        19    But that doesn't mean a co-promoted
20    negotiated a deal with UFC in my life. 20    event.  It's just you are taking two
21    So...                                  21    stars and putting them in onto one mat.
22        Q.  Do you disagree that your work 22            It also says right underneath
23    at Alchemist helps you in your         23    that I say I see talent exchanges
24    relationship with UFC?                 24    happening, and I think we are going to
25        MS. DENNIS:  Objection to          25    see like-minded individuals from a
```

14 (Pages 50 to 53)

```
                                          74
 1            JEFFREY ARONSON
 2   with Bellator.  I've dealt with other
 3   promotions when I was with Alchemist.  I
 4   know who the key players are.  And I
 5   found UFC to be the best promotion in the
 6   world to deal with.  So that's an honest
 7   statement.
 8       Q.   Did you have a good
 9   relationship with the UFC at the time you
10   gave this interview, which was, I
11   believe, in March of 2016?
12       A.   I've always -- I told you, we
13   have always had a good relationship with
14   UFC.  I mean, it's never been anything
15   different.
16            (A video was played, as
17       follows:
18            "MR. McGRATH:  Why does this
19       guy this want to fight in the
20       championships?  What is your
21       personal goal for the organization?
22            MR. ARONSON:  To continue to
23       increase the opportunity for
24       certain fighters, to increase the
25       eyeballs, so increase the amount of
```

```
                                          75
 1            JEFFREY ARONSON
 2       shows, and to constantly do better
 3       than the show before.  I really
 4       think it's important not to look at
 5       anyone else as a competitor.  I
 6       mean, to me my only competitor is
 7       myself.  So I want that every Titan
 8       show to be better than the last
 9       Titan show.  I want the fighters to
10       put on the best fights.  I want
11       them to have the best opportunity.
12       And if I could help facilitate some
13       of my fighters getting to fulfill
14       their dream, because, let's face
15       it, you go into every gym in the
16       world and you ask the guys in an
17       MMA gym what is your goal in life?
18       UFC champion.  Right?  Come on.  We
19       could all kid ourselves, we could
20       all say it's this promotion, that
21       promotion.  It's not.  It's UFC.
22       That's the top of the mountain.  So
23       if I could be a facilitator and I
24       can be somebody that can help these
25       guys get to that point, I've done
```

```
                                          76
 1            JEFFREY ARONSON
 2       my job well.")
 3       Q.   So in that interview in
 4   March -- strike that.
 5            Do you think that in March of
 6   2016 it was the goal of all MMA fighters
 7   to fight in the UFC, if they could get
 8   there?
 9            MS. DENNIS:  Objection to
10       form.
11       A.   I do.  I think UFC is the best
12   promotion in the United States.  I think
13   it has plenty of competitors, but I think
14   that they are far and above the best
15   promotion in the United States.  Or in
16   the world.  I believe that.
17       Q.   Do you think it is the goal of
18   all MMA fighters to fight in UFC today,
19   if they can get there?
20            MS. DENNIS:  Objection to
21       form.
22       A.   I do.  I would want to.
23       Q.   Can you describe what
24   cross-promotion is to me, as you
25   understand the term?
```

```
                                          77
 1            JEFFREY ARONSON
 2       A.   We went through that.
 3       Q.   I think we covered that.
 4   You're right.
 5            MR. SILVERMAN:  Why don't we
 6       take a little break.
 7            THE VIDEOGRAPHER:  We are
 8       going off the record at 12:18.
 9            (A recess was taken.)
10            THE VIDEOGRAPHER:  Here begins
11       Media Unit No. 2 in the continued
12       deposition of Jeff Aronson.  We are
13       back on the record at 12:29 p.m.
14            (Aronson Exhibit 11 for
15       identification, transcript of
16       interview by Duane Finley on June
17       15, 2015.)
18   BY MR. SILVERMAN:
19       Q.   I am handing you what has been
20   marked as Aronson Exhibit 11.
21            Let me know when you have had
22   a chance to read it.
23       A.   Okay.
24       Q.   Have you seen this article
25   before?
```

```
                                          78
              JEFFREY ARONSON
 1
 2      A.   I don't remember it.
 3      Q.   Do you remember giving an
 4   interview to Duane Finley around June 15,
 5   2015?
 6      A.   Not particularly.
 7      Q.   We were talking earlier about
 8   Fight Pass; right?
 9      A.   Um-hum.
10      Q.   When did Titan and Zuffa enter
11   into a deal to have Titan show up on
12   Fight Pass?
13      A.   I'm not sure of the date.  I
14   think I said it here somewhere.
15           I'm really not sure.  I think
16   it was 2015.
17      Q.   Why did Titan enter into a
18   deal with Zuffa to broadcast Titan shows
19   on Fight Pass?
20      A.   The international exposure.
21   Fight Pass is positioning itself kind of
22   as the Netflix of fights.  And it was a
23   great way to establish more publicity on
24   the Titan events by getting a push by the
25   CPO machine.
```

```
                                          79
 1            JEFFREY ARONSON
 2      Q.   Does Fight Pass help pay net
 3   fee fighters game exposure?
 4      A.   Sure.  I think that any time
 5   you are on a network that's being
 6   distributed, you have all eyes on you.
 7   So anything that's going on, you know,
 8   when they see a hot prospect, or there's
 9   someone that they really like, they keep
10   a close watch on him.  But they did that
11   at CBS, too.
12      Q.   At the time Titan had a deal
13   to have events broadcast on CBS; is that
14   right?
15      A.   Yes.
16      Q.   Were there any advantages to
17   Titan to be broadcast on Fight Pass above
18   and beyond being broadcast on CBS?
19           MS. DENNIS:  Objection to
20      form.
21      A.   Yes.
22      Q.   What were they?
23      A.   Promotion in over 150
24   countries, through UFC's PR machine.
25      Q.   The article says that Titan FC
```

```
                                          80
 1            JEFFREY ARONSON
 2   was the 20th promotion to have their
 3   fights catalogued under the UFC banner.
 4   Do you know if that's accurate?
 5      A.   No.
 6      Q.   No, you don't know?
 7      A.   I think the definition of
 8   catalog is that they showed the old
 9   fights, not that they were live streaming
10   events on the network.
11      Q.   And did Fight Pass put the
12   live Titan events on the network?
13      A.   Yes.
14      Q.   You can put that one aside.
15           Were you involved at all in
16   the negotiations between Zuffa and Titan
17   regarding the Fight Pass deal?
18      A.   No.
19      Q.   Who was involved in those
20   negotiations?
21      A.   I was in the background,
22   dealing with Lex McMahon, and Lex was
23   negotiating with UFC.
24      Q.   Did you discuss those
25   negotiations with Mr. McMahon?
```

```
                                          81
 1            JEFFREY ARONSON
 2      A.   Yes.
 3      Q.   Did you have final approval
 4   over the terms of the deal with Zuffa?
 5      A.   Yes.
 6      Q.   Are you familiar with the
 7   terms of the deal?
```

### Page 102

```
 1
 2     STATE OF _____ )
 3                             ) :ss
 4     COUNTY OF _____ )
 5
 6
 7        I, JEFFREY ARONSON, the witness
 8     herein, having read the foregoing
 9     testimony of the pages of this deposition,
10     do hereby certify it to be a true and
11     correct transcript, subject to the
12     corrections, if any, shown on the attached
13     page.
14
15             _____
16              JEFFREY ARONSON
17
18
19
20     Sworn and subscribed to before
21     me, this      day of
22                , 2017.
23
24     _____
25        Notary Public
```

### Page 103

```
 1
 2            C E R T I F I C A T E
 3     STATE OF FLORIDA    )
 4                         : ss.
 5     COUNTY OF PALM BEACH )
 6        I, JACK FINZ, a Shorthand
 7     Reporter and Notary Public within and
 8     for the State of Florida, do hereby
 9     certify:
10        That JEFFREY ARONSON, the
11     witness whose deposition is
12     hereinbefore set forth, was duly sworn
13     by me and that such deposition is a
14     true record of the testimony given by
15     the witness.
16        I further certify that I am
17     not related to any of the parties to
18     this action by blood or marriage, and
19     that I am in no way interested in the
20     outcome of this matter.
21        IN WITNESS WHEREOF, I have
22     hereunto set my hand this 4th day of
23     May, 2017.
24
25             _____
                    JACK FINZ
```

### Page 104

```
 1            INSTRUCTIONS TO WITNESS
 2
 3        Please read your deposition over carefully
 4     and make any necessary corrections. You should state
 5     the reason in the appropriate space on the errata
 6     sheet for any corrections that are made.
 7        After doing so, please sign the errata sheet
 8     and date it.
 9        You are signing same subject to the changes
10     you have noted on the errata sheet, which will be
11     attached to your deposition.
12        It is imperative that you return the original
13     errata sheet to the deposing attorney within thirty
14     (30) days of receipt of the deposition transcript by
15     you. If you fail to do so, the deposition transcript
16     may be deemed to be accurate and may be used in court.
```

### Page 105

```
 1                    E R R A T A
 2
 3
 4
 5        I wish to make the following changes,
 6     for the following reasons:
 7
 8     PAGE LINE
 9     ___ ___ CHANGE:_____
10     REASON:_____
11     ___ ___ CHANGE:_____
12     REASON:_____
13     ___ ___ CHANGE:_____
14     REASON:_____
15     ___ ___ CHANGE: _____
16     REASON:_____
17     ___ ___ CHANGE: _____
18     REASON:_____
19     ___ ___ CHANGE: _____
20     REASON:_____
21
22     _____   _____
23     WITNESS' SIGNATURE         DATE
```

27 (Pages 102 to 105)