# EXHIBIT 79

## Redacted Declaration of Hunter Campbell

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF WM. HUNTER CAMPBELL IN SUPPORT OF ZUFFA'S MOTION FOR SUMMARY JUDGMENT** |

I, Wm. Hunter Campbell, declare as follows:

1.      I am over 21 years old and have personal knowledge of the information in this declaration. I have been employed by Zuffa, LLC ("Zuffa") since 2017 and I am currently the Chief Legal Officer and Executive Vice President of the Ultimate Fighting Championship ("UFC").  Prior to becoming the UFC's Chief Legal Officer, I was the Managing Partner of Campbell & Williams and was outside counsel to Zuffa.  I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

2.      During my tenure as both UFC's Chief Legal Officer and outside counsel to Zuffa, I have been involved in contract negotiations with numerous athletes or their managers and agents.

3.      Many athletes who compete in UFC events complete the terms of their contracts with Zuffa and become free agents. ███████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████ In many instances, when it becomes clear that an agreement with the athlete will not be reached at that time, Zuffa has waived the remaining time on an exclusive negotiating period.

4.      During free agency, athletes may negotiate new contracts with one or more MMA promoters or with other sports teams or sports promoters. ████████████████████████ ████████████████████████████████████████ █████████████████████████████████ ██████████████████████████ As described below, Zuffa has been unable or unwilling to match the offers provided by competing promoters for many of the free agent athletes.

5.      On May 12, 2018, Lyoto Machida, the former UFC Light Heavyweight champion, completed his contract with the UFC when he defeated Vitor Belfort at UFC 224 by knockout.  At the time of his last bout, Machida was making ██████████ █████████████████ ████████████████████████████

6.      ██████████████████████████████████████ ██████████████████████████████████████████

---

CAMPBELL DECL. ISO MOT. FOR
SUMMARY JUDGMENT                              Case No.: 2:15-cv-01045-RFB-(PAL)

1    ████████████, and Zuffa waived the remaining time on its exclusive negotiating period.

2    7. ████████████████████████████

████████████████████████████████

████████████████████████

5    8. ████████████████████████████

████████████████████████

7    9.    On June 20, 2018, Zuffa advised Machida that it had decided not to exercise its right

8    to match Bellator's offer to Machida.  Machida subsequently accepted an offer to compete for

9    Bellator.

10    10.    In the past few years, many other highly-ranked or well-known athletes have entered

11    free agency following the completion of their contracts with the UFC, including Gegard Mousasi,

12    Phil Davis, Ryan Bader, Roy Nelson, Misha Cirkunov, Kyoji Horiguchi, Lorenz Larkin, Rory

13    MacDonald, Benson Henderson, Matt Mitrione, Aljamain Sterling, Rick Story, Michael McDonald,

14    and John Dodson, among others.

15    11.    During the free agency period, Zuffa entered into new agreements with Cirkunov,

16    Sterling and Dodson, while the remaining athletes left to compete for another promoter.

17

18    I declare under penalty of perjury under the laws of the United States of America that the

19    foregoing facts are true and correct.  Executed this 30th day of July, 2018 in Las Vegas, NV.

20

21

22                                        Wm. Hunter Campbell

23

24

25

26

27

28

CAMPBELL DECL. ISO MOT. FOR            Case No.: 2:15-cv-01045-RFB-(PAL)
SUMMARY JUDGMENT