# EXHIBIT 86

# Summary chart showing athletes who competed for UFC then Bellator

**List of Athletes who Fought a Bellator Bout after a UFC Bout, Based on Singer Sherdog Data**
**Both Bouts Between 2011 - June 2017**

| Fighter ID | Fighter Name | Last UFC Bout Event | Event Date | Subsequent Bellator Bout Event | Event Date |
|---|---|---|---|---|---|
| 15129 | AARON ROSA | UFC on FX 2 - Alves vs. Kampmann | 3/3/2012 | Bellator MMA - Bellator 103 | 10/11/2013 |
| 69956 | ADAM CELLA | UFC on Fuel TV 9 - Mousasi vs. Latifi | 4/6/2013 | Bellator 138 - Unfinished Business | 6/19/2015 |
| 5366 | ALESSIO SAKARA | UFC Fight Night 30 - Machida vs. Munoz | 10/26/2013 | Bellator 152 - Freire vs. Souza | 4/16/2016 |
| 50367 | ALEX SOTO | UFC on Fuel TV 3 - Korean Zombie vs. Poirier | 5/15/2012 | Bellator 170 - Sonnen vs. Ortiz | 1/21/2017 |
| 113687 | ALEXIS DUFRESNE | UFC 182 - Jones vs. Cormier | 1/3/2015 | Bellator 155 - Carvalho vs. Manhoef | 5/20/2016 |
| 29470 | ANTHONY SMITH | UFC on Fuel TV 10 - Nogueira vs. Werdum | 6/8/2013 | Bellator MMA - Bellator 117 | 4/18/2014 |
| 20548 | BENSON HENDERSON | UFC Fight Night 79 - Henderson vs. Masvidal | 11/28/2015 | Bellator 153 - Koreshkov vs. Henderson | 4/22/2016 |
| 14600 | BUBBA MCDANIEL | UFC 171 - Hendricks vs. Lawler | 3/15/2014 | Bellator MMA - Bellator 121 | 6/6/2014 |
| 70452 | C.J. KEITH | UFC on FX 7 - Belfort vs. Bisping | 1/19/2013 | Bellator 156 - Galvao vs. Dantas 2 | 6/17/2016 |
| 35142 | CARLOS EDUARDO ROCHA | UFC on FX 3 - Johnson vs. McCall | 6/8/2012 | Bellator 142 - Dynamite | 9/19/2015 |
| 4112 | CHAEL SONNEN | UFC 167 - St. Pierre vs. Hendricks | 11/16/2013 | Bellator 170 - Sonnen vs. Ortiz | 1/21/2017 |
| 2193 | CHEICK KONGO | UFC 159 - Jones vs. Sonnen | 4/27/2013 | Bellator MMA - Bellator 102 | 10/4/2013 |
| 101117 | CHRIS HEATHERLY | UFC 180 - Werdum vs. Hunt | 11/15/2014 | Bellator 138 - Unfinished Business | 6/19/2015 |
| 7358 | CHRIS SAUNDERS | UFC - The Ultimate Fighter 15 Finale | 6/1/2012 | Bellator MMA - Bellator 92 | 3/7/2013 |
| 21131 | CLAY HARVISON | UFC on Fox 1 - Velasquez vs. Dos Santos | 11/12/2011 | Bellator MMA - Bellator 88 | 2/7/2013 |
| 56902 | CLIFFORD STARKS | UFC on Fox 7 - Henderson vs. Melendez | 4/20/2013 | Bellator MMA - Bellator 100 | 9/20/2013 |
| 48481 | CODY PFISTER | UFC Fight Night 91 - McDonald vs. Lineker | 7/13/2016 | Bellator 174 - Coenen vs. Budd | 3/3/2017 |
| 34621 | COLIN FLETCHER | UFC 158 - St. Pierre vs. Diaz | 3/16/2013 | Bellator 173 - McGeary vs. McDermott | 2/24/2017 |
| 21564 | DANIEL PINEDA | UFC 171 - Hendricks vs. Lawler | 3/15/2014 | Bellator 149 - Shamrock vs. Gracie | 2/19/2016 |
| 40523 | DANNY MITCHELL | UFC Fight Night 48 - Bisping vs. Le | 8/23/2014 | Bellator 158 - Daley vs. Lima | 7/16/2016 |
| 25981 | DIEGO NUNES | UFC on FX 7 - Belfort vs. Bisping | 1/19/2013 | Bellator MMA - Bellator 99 | 9/13/2013 |
| 11486 | DONNY WALKER | UFC Fight Night 25 - Shields vs. Ellenberger | 9/17/2011 | BFC - Bellator Fighting Championships 66 | 4/20/2012 |
| 73825 | DUSTIN JACOBY | UFC on Fox 2 - Evans vs. Davis | 1/28/2012 | Bellator MMA - Bellator 123 | 9/5/2014 |
| 13599 | DUSTIN NEACE | UFC - The Ultimate Fighter 14 Finale | 12/3/2011 | BFC - Bellator Fighting Championships 81 | 11/16/2012 |
| 57343 | EDIMILSON SOUZA | UFC Fight Night 77 - Belfort vs. Henderson 3 | 11/7/2015 | Bellator 152 - Freire vs. Souza | 4/16/2016 |
| 16555 | EFRAIN ESCUDERO | UFC 145 - Jones vs. Evans | 4/21/2012 | Bellator MMA - Bellator 100 | 9/20/2013 |
| 25320 | ERIC WISELY | UFC on Fuel TV 2 - Gustafsson vs. Silva | 4/14/2012 | Bellator MMA - Bellator 113 | 3/21/2014 |
| 24952 | ESTEVAN PAYAN | UFC on Fox 11 - Werdum vs. Browne | 4/19/2014 | Bellator MMA - Bellator 126 | 9/26/2014 |
| 9798 | FRANCIS CARMONT | UFC Fight Night 49 - Henderson vs. dos Anjos | 8/23/2014 | Bellator 135 - Warren vs. Galvao | 3/27/2015 |
| 65128 | GILBERT SMITH | UFC - The Ultimate Fighter 17 Finale | 4/13/2013 | Bellator 151 - Warren vs. Caldwell | 3/4/2016 |
| 108499 | GUILHERME VASCONCELOS | UFC 175 - Weidman vs. Machida | 7/5/2014 | Bellator 157 - Dynamite 2 | 6/24/2016 |
| 83949 | JACK MAY | UFC Fight Night 47 - Bader vs. St. Preux | 8/16/2014 | Bellator 170 - Sonnen vs. Ortiz | 1/21/2017 |
| 57214 | JAKE LINDSEY | UFC 185 - Pettis vs. Dos Anjos | 3/14/2015 | Bellator 171 - Guillard vs. Njokuan | 1/27/2017 |
| 21219 | JOEY BELTRAN | UFC Fight Night 29 - Maia vs. Shields | 10/9/2013 | Bellator MMA - Bellator 108 | 11/15/2013 |
| 259 | JOHN ALESSIO | UFC 148 - Silva vs. Sonnen 2 | 7/7/2012 | Bellator MMA - Bellator 101 | 9/27/2013 |
| 44311 | JOHN TEIXEIRA DA CONCEICAO | UFC 147 - Silva vs. Franklin 2 | 6/23/2012 | Bellator MMA - Bellator 128 | 10/10/2014 |
| 9418 | JOSH KOSCHECK | UFC Fight Night 62 - Maia vs. LaFlare | 3/21/2015 | Bellator 172 - Thomson vs. Pitbull | 2/18/2017 |
| 9179 | JOSH NEER | UFC 157 - Rousey vs. Carmouche | 2/23/2013 | Bellator MMA - Bellator 129 | 10/17/2014 |
| 2394 | JOSH THOMSON | UFC Fight Night 71 - Mir vs. Duffee | 7/15/2015 | Bellator 142 - Dynamite | 9/19/2015 |
| 73756 | JUSTIN LAWRENCE | UFC - The Ultimate Fighter 17 Finale | 4/13/2013 | Bellator 138 - Unfinished Business | 6/19/2015 |
| 10126 | KENDALL GROVE | UFC 130 - Rampage vs. Hamill | 5/28/2011 | Bellator MMA - Bellator 104 | 10/18/2013 |
| 24121 | KEVIN CASEY | UFC on Fox 21 - Maia vs. Condit | 8/27/2016 | Bellator 170 - Sonnen vs. Ortiz | 1/21/2017 |
| 39432 | KRIS MCCRAY | UFC Fight Night 24 - Nogueira vs. Davis | 3/26/2011 | BFC - Bellator Fighting Championships 65 | 4/13/2012 |
| 4153 | KURT PELLEGRINO | UFC 128 - Shogun vs. Jones | 3/19/2011 | BFC - Bellator Fighting Championships 59 | 11/26/2011 |
| 9511 | LAVAR JOHNSON | UFC 157 - Rousey vs. Carmouche | 2/23/2013 | Bellator MMA - Bellator 102 | 10/4/2013 |
| 8592 | MARCUS DAVIS | UFC 125 - Resolution | 1/1/2011 | Bellator MMA - Bellator 93 | 3/21/2013 |
| 49519 | MATT MITRIONE | UFC Fight Night 81 - Dillashaw vs. Cruz | 1/17/2016 | Bellator 157 - Dynamite 2 | 6/24/2016 |
| 7431 | MELVIN GUILLARD | UFC Fight Night 37 - Gustafsson vs. Manuwa | 3/8/2014 | Bellator 141 - Guillard vs. Girtz | 8/28/2015 |
| 4015 | MICHAEL GUYMON | UFC Fight Night 23 - Fight for the Troops 2 | 1/22/2011 | Bellator MMA - Bellator 85 | 1/17/2013 |
| 53596 | NAH-SHON BURRELL | UFC 160 - Velasquez vs. Bigfoot 2 | 5/25/2013 | Bellator MMA - Bellator 108 | 11/15/2013 |
| 5778 | NAM PHAN | UFC - The Ultimate Fighter China Finale | 3/1/2014 | Bellator 131 - Tito vs. Bonnar | 11/15/2014 |
| 35732 | NOAD LAHAT | UFC Fight Night 82 - Hendricks vs. Thompson | 2/6/2016 | Bellator 164 - Koreshkov vs. Lima 2 | 11/10/2016 |
| 54543 | OLI THOMPSON | UFC on Fox 4 - Shogun vs. Vera | 8/4/2012 | Bellator 158 - Daley vs. Lima | 7/16/2016 |
| 19726 | PAUL BRADLEY | UFC on Fox 1 - Velasquez vs. Dos Santos | 11/12/2011 | Bellator MMA - Bellator 104 | 10/18/2013 |
| 23531 | PAUL SASS | UFC on Fuel TV 7 - Barao vs. McDonald | 2/16/2013 | Bellator MMA - Bellator 104 | 10/18/2013 |
| 278 | PHIL BARONI | UFC 125 - Resolution | 1/1/2011 | Bellator MMA - Bellator 122 | 7/25/2014 |
| 27802 | PHIL DAVIS | UFC on Fox 14 - Gustafsson vs. Johnson | 1/24/2015 | Bellator 142 - Dynamite | 9/19/2015 |
| 348 | QUINTON JACKSON | UFC on Fox 6 - Johnson vs. Dodson | 1/26/2013 | Bellator MMA - Bellator 108 | 11/15/2013 |
| 348 | QUINTON JACKSON | UFC 186 - Johnson vs. Horiguchi | 4/25/2015 | Bellator 157 - Dynamite 2 | 6/24/2016 |
| 14018 | RORY MACDONALD | UFC Fight Night 89 - MacDonald vs. Thompson | 6/18/2016 | Bellator 179 - Daley vs. MacDonald | 5/19/2017 |
| 51228 | RYAN COUTURE | UFC 164 - Henderson vs. Pettis 2 | 8/31/2013 | Bellator MMA - Bellator 124 | 9/12/2014 |
| 662 | RYAN JENSEN | UFC 129 - St. Pierre vs. Shields | 4/30/2011 | Bellator MMA - Bellator 117 | 4/18/2014 |
| 19640 | SEAN MCCORKLE | UFC Fight Night 24 - Nogueira vs. Davis | 3/26/2011 | BFC - Bellator Fighting Championships 60 | 3/9/2012 |
| 20744 | SHAMAR BAILEY | UFC 139 - Shogun vs. Henderson | 11/19/2011 | BFC - Bellator Fighting Championships 60 | 3/9/2012 |
| 21446 | SIRWAN KAKAI | UFC Fight Night 73 - Teixeira vs. St. Preux | 8/8/2015 | Bellator 151 - Warren vs. Caldwell | 3/4/2016 |
| 3014 | STEPHAN BONNAR | UFC 153 - Silva vs. Bonnar | 10/13/2012 | Bellator 131 - Tito vs. Bonnar | 11/15/2014 |
| 13332 | TERRY ETIM | UFC on Fuel TV 7 - Barao vs. McDonald | 2/16/2013 | Bellator MMA - Bellator 109 | 11/22/2013 |
| 158 | TITO ORTIZ | UFC 148 - Silva vs. Sonnen 2 | 7/7/2012 | Bellator MMA - Bellator 120 | 5/17/2014 |
| 29744 | TOM DEBLASS | UFC on Fuel TV 6 - Franklin vs. Le | 11/10/2012 | Bellator MMA - Bellator 95 | 4/4/2013 |
| 435 | VLADIMIR MATYUSHENKO | UFC on Fox 6 - Johnson vs. Dodson | 1/26/2013 | Bellator MMA - Bellator 99 | 9/13/2013 |
| 18744 | WAYLON LOWE | UFC Fight Night 24 - Nogueira vs. Davis | 3/26/2011 | Bellator 140 - Lima vs. Koreshkov | 7/17/2015 |

**Source:**
Singer backup (Sherdog Denom for Market Shares