# EXHIBIT 87

# Summary chart showing athletes who competed for Bellator then UFC

**List of Athletes who Fought a UFC Bout after a Bellator Bout, Based on Singer Sherdog Data**
**Both Bouts Between 2011 - June 2017**

|  |  | Last Bellator Bout |  | Subsequent UFC Bout |  |
|---|---|---|---|---|---|
| Fighter ID | Fighter Name | Event | Event Date | Event | Event Date |
| 151701 | ABDUL RAZAK ALHASSAN | Bellator 143 - Warren vs. Davis | 9/25/2015 | UFC Fight Night 99 - Mousasi vs. Hall 2 | 11/19/2016 |
| 161099 | ALBERT MORALES | Bellator 137 - Halsey vs. Grove | 5/15/2015 | UFC Fight Night 94 - Poirier vs. Johnson | 9/17/2016 |
| 74266 | ALESSANDRO RICCI | BFC - Bellator Fighting Championships 47 | 7/23/2011 | UFC on Fox 21 - Maia vs. Condit | 8/27/2016 |
| 40951 | ALEXANDER VOLKOV | Bellator 139 - Kongo vs. Volkov | 6/26/2015 | UFC Fight Night 99 - Mousasi vs. Hall 2 | 11/19/2016 |
| 53300 | ANTHONY BIRCHAK | BFC - Bellator Fighting Championships 41 | 4/16/2011 | UFC on Fox 13 - Dos Santos vs. Miocic | 12/13/2014 |
| 18590 | ANTHONY LAPSLEY | BFC - Bellator Fighting Championships 35 | 3/5/2011 | UFC 167 - St. Pierre vs. Hendricks | 11/16/2013 |
| 29470 | ANTHONY SMITH | Bellator MMA - Bellator 129 | 10/17/2014 | UFC Fight Night 83 - Cerrone vs. Oliveira | 2/21/2016 |
| 108315 | BELAL MUHAMMAD | Bellator MMA - Bellator 112 | 3/14/2014 | UFC Fight Night 90 - Dos Anjos vs. Alvarez | 7/7/2016 |
| 10339 | BEN SAUNDERS | Bellator MMA - Bellator 100 | 9/20/2013 | UFC Fight Night 49 - Henderson vs. dos Anjos | 8/23/2014 |
| 53666 | BRIAN KELLEHER | Bellator MMA - Bellator 95 | 4/4/2013 | UFC 212 - Aldo vs. Holloway | 6/3/2017 |
| 48052 | BRUNO SANTOS | BFC - Bellator Fighting Championships 61 | 3/16/2012 | UFC Fight Night 33 - Hunt vs. Bigfoot | 12/7/2013 |
| 84645 | CAIN CARRIZOSA | Bellator MMA - Bellator 102 | 10/4/2013 | UFC 177 - Dillashaw vs. Soto | 8/30/2014 |
| 63410 | CARLA ESPARZA | BFC - Bellator Fighting Championships 46 | 6/25/2011 | UFC - The Ultimate Fighter 20 Finale | 12/12/2014 |
| 69681 | CHAD LAPRISE | BFC - Bellator Fighting Championships 76 | 10/12/2012 | UFC - The Ultimate Fighter Nations Finale | 4/16/2014 |
| 47227 | CHAS SKELLY | Bellator MMA - Bellator 96 | 6/19/2013 | UFC on Fox 11 - Werdum vs. Browne | 4/19/2014 |
| 51576 | CHRIS KELADES | Bellator MMA - Bellator 119 | 5/9/2014 | UFC Fight Night 54 - MacDonald vs. Saffiedine | 10/4/2014 |
| 7358 | CHRIS SAUNDERS | BFC - Bellator Fighting Championships 47 | 7/23/2011 | UFC - The Ultimate Fighter 15 Finale | 6/1/2012 |
| 22304 | CODY DONOVAN | BFC - Bellator Fighting Championships 38 | 3/26/2011 | UFC on FX 6 - Sotiropoulos vs. Pearson | 12/15/2012 |
| 30320 | DAMIAN GRABOWSKI | BFC - Bellator Fighting Championships 67 | 5/4/2012 | UFC Fight Night 82 - Hendricks vs. Thompson | 2/6/2016 |
| 113767 | DAMON JACKSON | Bellator MMA - Bellator 96 | 6/19/2013 | UFC 177 - Dillashaw vs. Soto | 8/30/2014 |
| 39485 | DAN SPOHN | BFC - Bellator Fighting Championships 71 | 6/22/2012 | UFC - The Ultimate Fighter 19 Finale | 7/6/2014 |
| 47899 | DARRELL HORCHER | Bellator MMA - Bellator 95 | 4/4/2013 | UFC on Fox 19 - Teixeira vs. Evans | 4/16/2016 |
| 101995 | DAVI RAMOS | Bellator MMA - Bellator 130 | 10/24/2014 | UFC Fight Night 106 - Belfort vs. Gastelum | 3/11/2017 |
| 59284 | DERRICK LEWIS | BFC - Bellator Fighting Championships 46 | 6/25/2011 | UFC on Fox 11 - Werdum vs. Browne | 4/19/2014 |
| 89993 | DESMOND GREEN | Bellator MMA - Bellator 119 | 5/9/2014 | UFC 210 - Cormier vs. Johnson 2 | 4/8/2017 |
| 47845 | DOMINIQUE STEELE | BFC - Bellator Fighting Championships 78 | 10/26/2012 | UFC on Fox 16 - Dillashaw vs. Barao 2 | 7/25/2015 |
| 9265 | EDDIE ALVAREZ | Bellator MMA - Bellator 106 | 11/2/2013 | UFC 178 - Johnson vs. Cariaso | 9/27/2014 |
| 23108 | EDGAR GARCIA | BFC - Bellator Fighting Championships 55 | 10/22/2011 | UFC 180 - Werdum vs. Hunt | 11/15/2014 |
| 16555 | EFRAIN ESCUDERO | BFC - Bellator Fighting Championships 55 | 10/22/2011 | UFC 141 - Lesnar vs. Overeem | 12/30/2011 |
| 16555 | EFRAIN ESCUDERO | Bellator MMA - Bellator 100 | 9/20/2013 | UFC Fight Night 51 - Bigfoot vs. Arlovski 2 | 9/13/2014 |
| 81765 | ELIAS THEODOROU | BFC - Bellator Fighting Championships 64 | 4/6/2012 | UFC - The Ultimate Fighter Nations Finale | 4/16/2014 |
| 42432 | FELICE HERRIG | Bellator MMA - Bellator 94 | 3/28/2013 | UFC - The Ultimate Fighter 20 Finale | 12/12/2014 |
| 67132 | HEATHER CLARK | Bellator MMA - Bellator 94 | 3/28/2013 | UFC - The Ultimate Fighter 20 Finale | 12/12/2014 |
| 11292 | HECTOR LOMBARD | BFC - Bellator Fighting Championships 58 | 11/19/2011 | UFC 149 - Faber vs. Barao | 7/21/2012 |
| 75125 | HOLLY HOLM | Bellator MMA - Bellator 91 | 2/28/2013 | UFC 184 - Rousey vs. Zingano | 2/28/2015 |
| 43874 | J.C. COTTRELL | Bellator MMA - Bellator 128 | 10/10/2014 | UFC on Fox 20 - Holm vs. Shevchenko | 7/23/2016 |
| 61146 | JACK HERMANSSON | Bellator MMA - Bellator 93 | 3/21/2013 | UFC Fight Night 93 - Arlovski vs. Barnett | 9/3/2016 |
| 9267 | JAY HIERON | BFC - Bellator Fighting Championships 56 | 10/29/2011 | UFC on FX 5 - Browne vs. Bigfoot | 10/5/2012 |
| 59375 | JEREMY KIMBALL | Bellator MMA - Bellator 98 | 9/7/2013 | UFC on Fox 23 - Shevchenko vs. Pena | 1/28/2017 |
| 48156 | JERROD SANDERS | BFC - Bellator Fighting Championships 37 | 3/19/2011 | UFC Fight Night 45 - Cerrone vs. Miller | 7/16/2014 |
| 15174 | JESSICA AGUILAR | Bellator MMA - Bellator 94 | 3/28/2013 | UFC 190 - Rousey vs. Correia | 8/1/2015 |
| 39575 | JESSICA EYE | BFC - Bellator Fighting Championships 83 | 12/7/2012 | UFC 166 - Velasquez vs. Dos Santos 3 | 10/19/2013 |
| 12903 | JIM WALLHEAD | BFC - Bellator Fighting Championships 74 | 9/28/2012 | UFC Fight Night 93 - Arlovski vs. Barnett | 9/3/2016 |
| 40954 | JIMMIE RIVERA | Bellator MMA - Bellator 95 | 4/4/2013 | UFC Fight Night 72 - Bisping vs. Leites | 7/18/2015 |
| 2765 | JOE RIGGS | Bellator MMA - Bellator 106 | 11/2/2013 | UFC on Fox 13 - Dos Santos vs. Miocic | 12/13/2014 |
| 17460 | JOSH SAMMAN | BFC - Bellator Fighting Championships 46 | 6/25/2011 | UFC - The Ultimate Fighter 17 Finale | 4/13/2013 |
| 24948 | JOSH SHOCKLEY | BFC - Bellator Fighting Championships 70 | 5/25/2012 | UFC 174 - Johnson vs. Bagautinov | 6/14/2014 |
| 18495 | JOSH STANSBURY | BFC - Bellator Fighting Championships 71 | 6/22/2012 | UFC - The Ultimate Fighter 23 Finale | 7/8/2016 |
| 10071 | LISA ELLIS | BFC - Bellator Fighting Championships 58 | 11/19/2011 | UFC - The Ultimate Fighter 20 Finale | 12/12/2014 |
| 14207 | LYMAN GOOD | Bellator MMA - Bellator 95 | 4/4/2013 | UFC Fight Night 71 - Mir vs. Duffee | 7/15/2015 |
| 47065 | MARCIN HELD | Bellator 155 - Carvalho vs. Manhoef | 5/20/2016 | UFC Fight Night 98 - Dos Anjos vs. Ferguson | 11/5/2016 |
| 54637 | MARK GODBEER | Bellator MMA - Bellator 102 | 10/4/2013 | UFC Fight Night 99 - Mousasi vs. Hall 2 | 11/19/2016 |
| 64754 | MATT VAN BUREN | BFC - Bellator Fighting Championships 82 | 11/30/2012 | UFC - The Ultimate Fighter 19 Finale | 7/6/2014 |
| 109357 | MICHAEL MCBRIDE | Bellator MMA - Bellator 129 | 10/17/2014 | UFC 203 - Miocic vs. Overeem | 9/10/2016 |
| 25412 | NATHAN COY | Bellator MMA - Bellator 116 | 4/11/2014 | UFC Fight Night 80 - Namajunas vs. VanZant | 12/10/2015 |
| 33115 | NAZARENO MALEGARIE | BFC - Bellator Fighting Championships 76 | 10/12/2012 | UFC 191 - Johnson vs. Dodson 2 | 9/5/2015 |
| 26261 | NORDINE TALEB | BFC - Bellator Fighting Championships 74 | 9/28/2012 | UFC - The Ultimate Fighter Nations Finale | 4/16/2014 |
| 7415 | PHILLIPE NOVER | Bellator MMA - Bellator 95 | 4/4/2013 | UFC Fight Night 66 - Edgar vs. Faber | 5/16/2015 |
| 348 | QUINTON JACKSON | Bellator MMA - Bellator 120 | 5/17/2014 | UFC 186 - Johnson vs. Horiguchi | 4/25/2015 |
| 81719 | RASHAD COULTER | Bellator 135 - Warren vs. Galvao | 3/27/2015 | UFC 211 - Miocic vs. Dos Santos 2 | 5/13/2017 |
| 15907 | ROGER HOLLETT | BFC - Bellator Fighting Championships 57 | 11/12/2011 | UFC 152 - Jones vs. Belfort | 9/22/2012 |
| 47068 | SABAH HOMASI | Bellator MMA - Bellator 124 | 9/12/2014 | UFC 202 - Diaz vs. McGregor 2 | 8/20/2016 |
| 35410 | SAM ALVEY | BFC - Bellator Fighting Championships 50 | 9/17/2011 | UFC Fight Night 47 - Bader vs. St. Preux | 8/16/2014 |
| 60908 | SEAN SPENCER | BFC - Bellator Fighting Championships 62 | 3/23/2012 | UFC on Fox 6 - Johnson vs. Dodson | 1/26/2013 |
| 20906 | SHANE HOWELL | BFC - Bellator Fighting Championships 42 | 4/23/2011 | UFC Fight Night 44 - Swanson vs. Stephens | 6/28/2014 |
| 45624 | SHAWN JORDAN | BFC - Bellator Fighting Championships 45 | 5/21/2011 | UFC on FX 2 - Alves vs. Kampmann | 3/3/2012 |
| 89761 | SULTAN ALIEV | Bellator MMA - Bellator 92 | 3/7/2013 | UFC on Fox 14 - Gustafsson vs. Johnson | 1/24/2015 |
| 16470 | TAMDAN MCCRORY | Bellator 134 - British Invasion | 2/27/2015 | UFC on Fox 17 - Dos Anjos vs. Cerrone 2 | 12/19/2015 |
| 45607 | TATEKI MATSUDA | BFC - Bellator Fighting Championships 48 | 8/20/2011 | UFC Fight Night 50 - Jacare vs. Mousasi 2 | 9/5/2014 |
| 58503 | VOLKAN OEZDEMIR | Bellator MMA - Bellator 115 | 4/4/2014 | UFC Fight Night 104 - Bermudez vs. Korean Zombie | 2/4/2017 |
| 76241 | WILL BROOKS | Bellator 145 - Vengeance | 11/6/2015 | UFC - The Ultimate Fighter 23 Finale | 7/8/2016 |
| 23401 | WILSON REIS | BFC - Bellator Fighting Championships 51 | 9/24/2011 | UFC 165 - Jones vs. Gustafsson | 9/21/2013 |
| 20522 | ZACH MAKOVSKY | BFC - Bellator Fighting Championships 83 | 12/7/2012 | UFC on Fox 9 - Johnson vs. Benavidez 2 | 12/14/2013 |

**Source:**
Singer backup (Sherdog Denom for Market Shares)