# EXHIBIT 93

## List of recent Bellator events


MAKE IT EPIC.
WATCH NOW


BELLATOR

EVENTS    FIGHTERS    VIDEOS    NEWS    SHOP    APP

## UPCOMING EVENTS



GEICO
Navy Federal
Credit Union
Teaming up
to help you save.
GET A QUOTE

AUGUST 17, 2018

BELLATOR 204
**Caldwell vs. Lahat**
Sanford Pentagon
Sioux Falls, SD

MORE INFO »    BUY TICKETS »

SEPTEMBER 21, 2018

BELLATOR 205
**Curran vs. McKee**
Centurylink Arena
Boise, ID

MORE INFO »    BUY TICKETS »

SEPTEMBER 29, 2018

BELLATOR 206
**Mousasi vs. MacDonald**
SAP Center
San Jose, CA

MORE INFO »    BUY TICKETS »

OCTOBER 12, 2018

BELLATOR 207
**Mitrione vs. Bader**
Mohegan Sun Arena
Uncasville, CT

MORE INFO »    BUY TICKETS »

OCTOBER 13, 2018

BELLATOR 208
**Fedor vs. Sonnen**
NYCB Live
Uniondale, NY

MORE INFO »    BUY TICKETS »

## PAST EVENTS ⌄



JUL 14, 2018
Bellator 203
**Bellator Rome**

Foro Italico, Rome, Italy

MORE INFO »



JUL 13, 2018
Bellator 202
**Budd vs. Nogueira**

WinStar World Casino & Resort, Thackerville, OK

MORE INFO »



JUN 29, 2018
Bellator 201
**MacFarlane vs. Lara**

Pechanga Resort & Casino, Temecula, CA

MORE INFO »



MAY 25, 2018
Bellator 200
**Bellator London**

The SSE Arena, Wembley, London, UK

MORE INFO »



MAY 12, 2018
Bellator 199
**Bader vs. King Mo**

SAP Center, San Jose, CA

MORE INFO »



APR 28, 2018
Bellator 198
**Fedor vs. Mir**

Allstate Arena, Rosemont, IL

MORE INFO »



APR 13, 2018
Bellator 197
**Chandler vs. Girtz**

The Family Arena, St. Charles, MO

MORE INFO »



APR 6, 2018

Bellator 196
**Henderson vs. Huerta**

Nemzeti Sportkozpontok - Bok Hall, Budapest, Hungary

MORE INFO

MAR 2, 2018
Bellator 195
**Caldwell vs. Higo**

WinStar World Casino & Resort, Thackerville, OK

MORE INFO

FEB 16, 2018
Bellator 194
**Nelson vs. Mitrione**

Mohegan Sun Arena, Uncasville, CT

MORE INFO

JAN 26, 2018
Bellator 193
**Larkin vs. Gonzalez**

Pechanga Resort & Casino, Temecula, CA

MORE INFO

JAN 20, 2018
Bellator 192
**Lima vs. MacDonald**

The Forum, Inglewood, CA

MORE INFO

DEC 15, 2017
Bellator 191
**McDonald vs. Ligier**

Metro Radio Arena, Newcastle upon Tyne, NE4 7NA

MORE INFO

DEC 9, 2017
Bellator 190
**Carvalho vs. Sakara**

Nelson Mandela Forum, Firenze, Italy

MORE INFO

DEC 1, 2017
Bellator 189
**Budd vs. Blencowe 2**

WinStar World Casino & Resort, Thackerville, OK

MORE INFO

NOV 17, 2017
Bellator 188
**Lahat vs. Labiano**

Menora Mivtachim Arena, Tel Aviv, Israel

MORE INFO

NOV 10, 2017
Bellator 187
**McKee vs. Moore**

3Arena, Dublin, Ireland

MORE INFO

NOV 3, 2017
Bellator 186
**Bader vs. Vassell**

Bryce Jordan Center, University Park, PA

MORE INFO

OCT 20, 2017
Bellator 185
**Mousasi vs. Shlemenko**

Mohegan Sun Arena, Uncasville, CT

MORE INFO



OCT 6, 2017
Bellator 184
**Dantas vs. Caldwell**

WinStar World Casino & Resort, Thackerville, OK

MORE INFO



SEP 23, 2017
Bellator 183
**Henderson vs. Pitbull**

SAP Center, San Jose, CA

MORE INFO



AUG 25, 2017
Bellator 182
**Koreshkov vs. Njokuani**

Turning Stone Resort Casino, Verona, NY

MORE INFO



JUL 14, 2017
Bellator 181
**Campos vs. Girtz 3**

MORE INFO



WinStar World Casino & Resort, Thackerville, OK

**JUN 24, 2017**
Bellator NYC
**Sonnen vs. Silva**

Madison Square Garden, New York, NY

MORE INFO »

**JUN 24, 2017**
Bellator 180
**Davis vs. Bader**

Madison Square Garden, New York, NY

MORE INFO »

**MAY 19, 2017**
Bellator 179
**Daley vs. MacDonald**

The SSE Arena, Wembley, London, UK

MORE INFO »

**MAY 1, 2017**
Bellator KB8
**Daniels vs. Boukis**

Nelson Mandela Forum, Firenze, Italy

MORE INFO »

**APR 21, 2017**
Bellator 178
**Straus vs. Pitbull 4**

Mohegan Sun Arena, Uncasville, CT

MORE INFO »

**APR 14, 2017**
Bellator 177
**Dantas vs. Higo**

Budapest Sports Arena, Budapest, Hungary

MORE INFO »

**APR 8, 2017**
Bellator 176
**Carvalho vs. Manhoef 2**

Pala Alpitour, Torino, Italy

MORE INFO »

**MAR 31, 2017**
Bellator 175
**Rampage vs. King Mo 2**

Allstate Arena, Rosemont, IL

MORE INFO »

**MAR 3, 2017**
Bellator 174
**Coenen vs. Budd**

WinStar World Casino & Resort, Thackerville, OK

MORE INFO »

**FEB 24, 2017**
Bellator 173
**McGeary vs. McDermott**

SSE Arena Belfast, Belfast, Ireland

MORE INFO »

**FEB 18, 2017**
Bellator 172
**Thomson vs. Pitbull**

SAP Center, San Jose, CA

MORE INFO »

**JAN 27, 2017**
Bellator 171
**Guillard vs. Njokuani**

Kansas Star Arena, Wichita, KS

MORE INFO »

**JAN 21, 2017**
Bellator 170
**Ortiz vs. Sonnen**

The Forum, Inglewood, CA

MORE INFO »

**DEC 16, 2016**
Bellator 169
**King Mo vs. Ishii**

3Arena, Dublin, Ireland

MORE INFO »

**DEC 10, 2016**
Bellator 168
**Sakara vs. Beltran**

Nelson Mandela Forum, Firenze, Italy



**DEC 3, 2016**
Bellator 167
### Caldwell vs. Taimanglo II
WinStar World Casino & Resort, Thackerville, OK

MORE INFO »

**DEC 2, 2016**
Bellator 166
### Dantas vs. Warren II
WinStar World Casino & Resort, Thackerville, OK

MORE INFO »

MORE EVENTS »



About   International   Press   Press Kit   Talent   | Partners

Sign Up for the Bellator MMA Newsletter

Email Address    SUBSCRIBE »

© 2018 Bellator Sport Worldwide. All rights reserved.

VIACOM