# EXHIBIT 94

# List of recent PFL events



PFL                                                                                          PFLmma.com