# EXHIBIT 98

## Summary chart of foreign promoters included in

## Exhibit 97

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
### Between January 2011 and April 2017

| | Number of Athletes | |
| --- | --- | --- |
| **Foreign Promoter** | **From Ranked Market to Foreign Promoter** | **From Foreign Promoter to Ranked Market** |
| 100% Fight | 14 | 16 |
| 10th Legion Championship Fighting | 0 | 1 |
| 1Â° Round Combat | 7 | 4 |
| 300 Sparta | 0 | 2 |
| 360 Pro Fight | 0 | 1 |
| ACC Fighting Championship | 1 | 1 |
| APFU | 0 | 1 |
| Abu Dhabi Warriors Fighting Championship | 22 | 23 |
| Acai do Japa Fight | 2 | 1 |
| Adrenalin FC | 0 | 2 |
| Adrenalin Fight Nights | 3 | 2 |
| Adrenalin-Unleashed | 1 | 2 |
| Adrenaline Cup | 0 | 1 |
| Advangers Fight | 1 | 0 |
| Adventure Fighters Tournament | 0 | 1 |
| Aggrelin | 0 | 1 |
| Alash Pride | 15 | 18 |
| All Fight System Organization | 1 | 1 |
| All or Nothing (England) | 1 | 2 |
| All-Russian Organization for the Development of Mixed Martial Arts | 0 | 1 |
| Almogavers | 1 | 2 |
| Altay Republic MMA League | 3 | 4 |
| Amateur Cage Battles | 0 | 1 |
| Amazon Fight | 4 | 9 |
| Amazon Forest Combat | 8 | 11 |
| Ambitions Fighting Championship | 3 | 2 |
| Americas Fighting Championship | 0 | 2 |
| Angel's Fighting | 0 | 1 |
| Ansgar Fighting League | 9 | 4 |
| Apocalypse Fighting Championship | 0 | 1 |
| Apollo Fight Club | 0 | 1 |
| Araucaria Combat | 0 | 1 |
| Arena Combat Championship | 1 | 2 |
| Arena Fight | 2 | 2 |
| Arena Fight (Para) | 0 | 2 |
| Arena Force | 0 | 1 |
| Arena MMA Plovdiv | 1 | 1 |
| Arena Tour MMA | 15 | 16 |
| Arena Wolf Fight | 0 | 1 |
| Arenal Fight Championship | 1 | 0 |
| Ares Champions | 1 | 0 |
| Armenia Fighting Championship | 2 | 1 |
| Arnold Fighters | 2 | 1 |
| Arrogant MMA | 1 | 0 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| Foreign Promoter | Number of Athletes | |
| --- | --- | --- |
| | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Art of War (China) | 4 | 2 |
| Arti Fighting Championship | 1 | 2 |
| Arzalet Fighting Globe Championship | 1 | 0 |
| Aspera Fighting Championship | 20 | 9 |
| Astrakhan MMA Federation | 0 | 2 |
| Australian Fighting Championship | 12 | 10 |
| Austrian Fight Challenge | 4 | 0 |
| Azerbaijan MMA Federation | 3 | 2 |
| BAMMA | 44 | 54 |
| BH Fight | 4 | 2 |
| Bahamas Open Martial Arts Championship | 0 | 1 |
| Baltic Fights | 5 | 5 |
| Bangarang Fighting Championship | 1 | 0 |
| Batalha MMA Championship | 3 | 0 |
| Battle for the North | 0 | 3 |
| Battle of Arnhem | 1 | 1 |
| Battle of Botnia | 4 | 4 |
| Battle of Champions (Russia) | 3 | 2 |
| Battle of Gabrovo | 1 | 1 |
| Battle of Kings | 1 | 1 |
| Battle of Porvoo | 0 | 1 |
| Battle of Stars | 5 | 8 |
| Battle of Wormer | 1 | 0 |
| Battle of the South | 1 | 0 |
| Battlezone Fighting Championships | 0 | 2 |
| Belgium Beatdown | 1 | 3 |
| Belgorod Oblast MMA Cup | 1 | 1 |
| Bem Estar Fight | 1 | 0 |
| Berkut Fighting Championship | 1 | 0 |
| Berserkers Arena | 1 | 3 |
| Best of the Best (Brazil) | 3 | 2 |
| Big Fight | 1 | 1 |
| Bigi Boi | 0 | 1 |
| Bilic-Eric Security | 1 | 2 |
| Bison Fighting Championship | 2 | 0 |
| Bison Kombat | 1 | 2 |
| Bitetti Combat | 11 | 12 |
| Bitetti Fight Championship | 1 | 1 |
| Blue Dog Gym | 1 | 1 |
| Blufight MMA | 1 | 0 |
| Boets Cup | 0 | 1 |
| Born 2 Fight | 0 | 2 |
| Bosnia Fight Championship | 3 | 3 |
| Botnia Punishment | 4 | 3 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| | Number of Athletes | |
| --- | --- | --- |
| Foreign Promoter | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Brace For War | 10 | 10 |
| Brasil Fight | 5 | 4 |
| Brave Combat Federation | 11 | 1 |
| Brazilian Fighting Championship | 0 | 1 |
| Brazilian King Fighter | 5 | 3 |
| British Challenge MMA | 6 | 4 |
| Bruality MMA Fight Championship | 1 | 0 |
| Brutality MMA | 1 | 0 |
| Budo Fighting Championships | 2 | 2 |
| Bukovel Cup | 4 | 3 |
| Bulgarian Fighters Organization | 1 | 1 |
| Bullets Fly Fighting Championship | 2 | 0 |
| Bushido Lithuania | 5 | 7 |
| CIS Cup | 1 | 0 |
| Cage Brazil Championship | 1 | 3 |
| Cage Challenge (Sweden) | 2 | 1 |
| Cage Combat (Brazil) | 0 | 2 |
| Cage Conflict | 0 | 2 |
| Cage Contender | 6 | 20 |
| Cage Fight Championship (Slovenia) | 1 | 0 |
| Cage Fight Series (Austria) | 0 | 2 |
| Cage Fighters | 0 | 1 |
| Cage Fighters Championship | 2 | 2 |
| Cage Fighters Kuwait | 1 | 1 |
| Cage Fighting (Dagestan) | 2 | 0 |
| Cage Fighting Championship (Australia) | 4 | 16 |
| Cage League Championship | 1 | 0 |
| Cage Survivor | 0 | 1 |
| Cage Wars (Australia) | 1 | 0 |
| Cage of Glory | 3 | 2 |
| Caged Fighters | 1 | 0 |
| Caged Fury UK | 0 | 1 |
| Caged Steel Fighting Championships | 1 | 5 |
| Cagemania | 0 | 2 |
| Calvo Promotions | 10 | 6 |
| Cameta Fight | 1 | 0 |
| Campinas Fight | 0 | 1 |
| Candeias Fight MMA | 0 | 1 |
| Capital Fight | 2 | 1 |
| Carelia Fight | 7 | 8 |
| Caribbean Ultimate Fist Fighting | 2 | 3 |
| Carnage in the Cage (Australia) | 3 | 3 |
| Celtic Gladiator | 5 | 3 |
| Centro Oeste Fight | 1 | 1 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| Foreign Promoter | Number of Athletes | |
|---|---|---|
| | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Centurion Mixed Martial Arts | 0 | 1 |
| Champion Pro MMA Fights | 1 | 0 |
| Chaos Fighting Championships | 0 | 2 |
| Chekhov MMA Tournament | 3 | 2 |
| Chinese Fighting Promotion | 1 | 0 |
| Chinese Kung Fu Championships | 2 | 1 |
| Circuito Araguaia de MMA | 1 | 1 |
| Circuito de Lutas (Sao Paulo) | 0 | 1 |
| Clan Wars | 2 | 1 |
| Clash of the Titans | 0 | 1 |
| Clube da Luta (Rio de Janeiro) | 2 | 2 |
| Coalizao Fight | 1 | 2 |
| Coliseu Extreme Fight | 4 | 7 |
| Coliseu Fight Night | 0 | 1 |
| Coliseum Fighting Championship | 5 | 8 |
| Colosseum Battles Champions | 1 | 0 |
| Colosseum Fighting Championship (Wales) | 0 | 3 |
| Colosseum Sports MMA | 1 | 0 |
| Combat Brazil | 0 | 1 |
| Combat Challenge Serbia | 1 | 0 |
| Combat Fighters Championship | 0 | 1 |
| Combat Performance League | 2 | 1 |
| Combat Sambo Federation  of Ukraine | 1 | 0 |
| Combate Cotas MMA | 0 | 2 |
| Conquest MMA Panama | 1 | 1 |
| Copa Brasil Mixed Martial Arts | 1 | 1 |
| Corumba Fight Night | 0 | 1 |
| Costa Combat | 1 | 3 |
| Costa Rica Fight League | 0 | 1 |
| Costa Rica MMA | 2 | 3 |
| Cup of Nizhny Novgorod | 0 | 1 |
| Cup of Peresvet | 1 | 0 |
| D-Fight Promotion | 1 | 0 |
| Dacheng Wuyi | 1 | 0 |
| Dare Fight Sports | 0 | 6 |
| Days of Glory | 0 | 1 |
| Deep | 72 | 84 |
| Demo Fight | 1 | 2 |
| Demolidor Fight MMA | 1 | 1 |
| Demolition Xtreme Fighting Championship | 2 | 4 |
| Den Bojovnikov | 1 | 0 |
| Derbent Fighting Championship | 1 | 1 |
| Desert Force | 6 | 5 |
| Devil Fight Night | 0 | 1 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| Foreign Promoter | Number of Athletes | |
|---|---|---|
| | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Dictator Fighting Championship | 1 | 1 |
| Dragon Battle Fight | 1 | 1 |
| Dubai Fighting Championship | 1 | 3 |
| Duelo de Titas | 1 | 1 |
| Duet 4 Fight Night | 0 | 1 |
| Eagles Fighting Championship | 0 | 1 |
| Eco Fight Championship | 2 | 2 |
| Egyptian Fighting Championship | 0 | 1 |
| Elite Extreme Championship | 0 | 1 |
| Elite Fight Night (Brazil) | 0 | 2 |
| Elite Tournament | 1 | 1 |
| Elity MMA | 1 | 0 |
| Emperor Fighting Championship | 1 | 2 |
| Emporium Combat | 0 | 1 |
| Encontro Fight | 0 | 1 |
| Equinocio Fight | 0 | 1 |
| Espoo Fight Night | 0 | 1 |
| Eternal MMA | 4 | 2 |
| Eurasian Fighting Championship | 1 | 2 |
| Eurasian Pankration League | 1 | 1 |
| Eurogames MMA Sports | 3 | 3 |
| Europa MMA Fighting Championship | 0 | 2 |
| European Beatdown | 2 | 1 |
| European Combat Sambo Federation | 13 | 12 |
| European Fight League | 0 | 3 |
| European Fighting Challenge | 6 | 4 |
| European MMA | 2 | 8 |
| Evolution Championship | 1 | 1 |
| Evolution of Fighters | 1 | 1 |
| Explosion Fight | 1 | 0 |
| Explosion MMA | 1 | 2 |
| Explosive MMA | 0 | 1 |
| Extreme Cage Championships | 0 | 1 |
| Extreme Fighting Championship (Africa) | 6 | 5 |
| Extreme Fighting Sports | 1 | 2 |
| Extreme MMA | 2 | 2 |
| F3 Championship | 1 | 1 |
| FDI Real Kech | 1 | 0 |
| Face the Danger | 0 | 1 |
| Face to Face | 7 | 13 |
| Fair Fight (Brazil) | 1 | 1 |
| Fair Fighting Championship | 2 | 5 |
| Fam Fight | 1 | 0 |
| Fatality Arena | 3 | 3 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
### Between January 2011 and April 2017

| Foreign Promoter | Number of Athletes | |
| --- | --- | --- |
| | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Faxe Forward Challenge | 0 | 1 |
| Federal Fight | 2 | 0 |
| Federal Gladiators Combat | 1 | 0 |
| Federation of MMA of Russia | 2 | 1 |
| Federation of Pankration of Karachaevo-Cherkessiya | 2 | 0 |
| Festival de Lutas da CUFA | 1 | 1 |
| Fight 2 Night | 3 | 2 |
| Fight 4 Life | 1 | 0 |
| Fight Alliance Promotions | 2 | 2 |
| Fight Club Cherdak | 0 | 1 |
| Fight Club Den Haag | 1 | 3 |
| Fight Club Osminog | 1 | 1 |
| Fight Club Promotion | 1 | 0 |
| Fight Code | 0 | 1 |
| Fight Effect | 1 | 1 |
| Fight Exclusive Night | 6 | 6 |
| Fight Festival | 16 | 23 |
| Fight Masters Combat | 1 | 3 |
| Fight Masters Cup | 1 | 0 |
| Fight Night Blagaj | 0 | 1 |
| Fight Night Champion League | 2 | 1 |
| Fight Night Finland | 11 | 7 |
| Fight Night Liechtenstein | 1 | 0 |
| Fight Night Series | 0 | 1 |
| Fight Nights Global | 89 | 64 |
| Fight Now Championship | 1 | 1 |
| Fight On | 2 | 0 |
| Fight One | 1 | 3 |
| Fight Promotion Showdown Goes Ruissalo | 1 | 0 |
| Fight Star | 12 | 5 |
| Fight Team Junior Oliveira | 0 | 1 |
| Fight UK MMA | 1 | 2 |
| Fight for Charity (Poland) | 0 | 1 |
| Fight for Glory (Finland) | 2 | 2 |
| Fight of Champions | 0 | 1 |
| Fight of Gladiators | 0 | 1 |
| Fight of the Night | 0 | 1 |
| Fight or Nothing | 2 | 1 |
| FightPro | 2 | 2 |
| FightStar Championship | 0 | 2 |
| FightWorld Cup | 4 | 3 |
| Fighten MMA Championship | 2 | 4 |
| Fighter Gala | 1 | 3 |
| Fighters Arena | 5 | 6 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| Foreign Promoter | Number of Athletes | |
| --- | --- | --- |
| | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Fighting China | 0 | 1 |
| Fighting Marcou Challenge | 3 | 3 |
| Fighting Nexus | 1 | 0 |
| Fightor | 1 | 2 |
| Fights With Rules | 2 | 1 |
| Fightspirit Championship | 5 | 5 |
| Fightstar Promotions | 4 | 1 |
| Fightway Challenge | 2 | 1 |
| Finnish Mixed Martial Arts Federation | 1 | 2 |
| Fist Fight | 0 | 1 |
| Fit Fashion Combat Championship | 1 | 0 |
| Force Fighting Championship | 1 | 1 |
| Formula Fight Championship | 1 | 0 |
| Fort MMA Championships | 2 | 0 |
| Fox Fight MMA | 0 | 1 |
| Frederico Fighting Championship | 0 | 1 |
| Free-Fight Elite Championship | 1 | 2 |
| Freon | 1 | 2 |
| Full Contact Fighting | 0 | 1 |
| Full House | 0 | 1 |
| Full Metal Dojo | 3 | 2 |
| Fury MMA (Australia) | 0 | 1 |
| Fusion Fight Night Series | 1 | 1 |
| Fusion Fighting Championship | 3 | 2 |
| Fusion Fighting Championship (Peru) | 8 | 8 |
| GM Promotion | 2 | 1 |
| GSW Fighter | 1 | 0 |
| Gama Fight | 0 | 1 |
| Gandu Fight Night | 2 | 0 |
| General Fighting Championship | 3 | 3 |
| German MMA Championship | 10 | 16 |
| Girl Fights Only | 1 | 1 |
| Gladiadores MMA | 0 | 1 |
| Gladiator (Japan) | 11 | 9 |
| Gladiator Arena | 2 | 4 |
| Gladiator Championship Fighting | 3 | 6 |
| Gladiator Fighting Arena | 3 | 5 |
| Gladiator Fighting Championship (Germany) | 0 | 2 |
| Gladiator MMA Nalchik | 1 | 0 |
| Gladiators (Cyprus) | 1 | 0 |
| Gladiators Fighting Championship (Kuwait) | 3 | 2 |
| Gladiators Fighting Championship (Ukraine) | 3 | 2 |
| Glam Fight | 1 | 1 |
| Global Fight Club | 3 | 5 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| | Number of Athletes | |
| --- | --- | --- |
| **Foreign Promoter** | **From Ranked Market to Foreign Promoter** | **From Foreign Promoter to Ranked Market** |
| Global Fighting Championship | 1 | 0 |
| Glory | 5 | 8 |
| Glory of Heroes | 1 | 1 |
| Godoi Combat Ceres | 1 | 0 |
| Gods of the Arena | 1 | 0 |
| Gods of the Arena (England) | 1 | 0 |
| Gold Fight | 1 | 0 |
| Gold Warriors MMA | 2 | 1 |
| Golden Belts | 1 | 2 |
| Golden Fighters | 2 | 3 |
| Golden Lion Promotions | 0 | 1 |
| Golden Ring | 1 | 2 |
| Gouveia Fight Championship | 0 | 1 |
| Grabaka | 8 | 7 |
| Grachan | 14 | 7 |
| Grand Combat Entertainment | 0 | 1 |
| Grand European Fighting Championship | 5 | 5 |
| Grand Fighting Championship | 2 | 2 |
| Grandslam MMA | 12 | 7 |
| Greek Fighting Championship | 4 | 1 |
| Greifswalder Fight Night | 0 | 2 |
| Gringo Super Fight | 1 | 4 |
| Guarus Combat | 0 | 1 |
| Haidar Capixaba Combat | 3 | 2 |
| Hard Fight Championship (Mato Grosso) | 1 | 1 |
| Hard Fighting Championship | 2 | 2 |
| Headhunters Fighting Championship | 1 | 0 |
| Heat Sports | 1 | 0 |
| Heavy Fighting Championship | 0 | 1 |
| Heroes Fighting Championship (Sweden) | 1 | 0 |
| Heroes Gate | 5 | 8 |
| Herus Fight | 0 | 1 |
| Hex Fight Series | 14 | 8 |
| High Fight Rock | 8 | 5 |
| Hit Fighting Championship | 1 | 4 |
| Hombres de Honor | 3 | 5 |
| Honor & Glory | 1 | 2 |
| Honor Academy | 1 | 2 |
| Huawu Fight | 1 | 1 |
| ID MMA Promotion | 1 | 0 |
| IMPI Fighting Championships | 0 | 1 |
| IV Elements Fighting Cup | 1 | 0 |
| Ibiuna Fight | 0 | 1 |
| Ichiban Kombat Championship | 1 | 0 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
Between January 2011 and April 2017

| | Number of Athletes | |
| --- | --- | --- |
| Foreign Promoter | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Ichigeki | 1 | 2 |
| Idu Na Vy | 0 | 1 |
| Imbituba MMA Fight | 0 | 1 |
| Immortal Fighting Championship | 0 | 1 |
| Immortals Fight Promotions | 0 | 1 |
| Imortal Fight Championship | 7 | 9 |
| Imperium Fighting Championship | 0 | 2 |
| Imperium MMA Pro | 1 | 1 |
| Incredible Fighting Night | 3 | 1 |
| Industry of Combat New Zealand | 1 | 3 |
| Infernales MMA Salta | 0 | 1 |
| Inhumas Fight Championship | 1 | 3 |
| Inka Fighting Championship | 6 | 6 |
| Innferno Fighting Championship | 0 | 1 |
| Inoki Genome Federation | 14 | 15 |
| Insano Empalux Grand Prix | 1 | 0 |
| International Association Diamond Fight | 2 | 2 |
| International Caucasian Fight Championship | 1 | 1 |
| International Combat Elite | 7 | 4 |
| International Fighter Championship | 4 | 3 |
| International Fighting Championship (Austria) | 0 | 1 |
| International Fighting MMA | 1 | 0 |
| International Martial Arts Tournament | 2 | 2 |
| International Mixfight | 0 | 2 |
| International Pro Combat | 2 | 3 |
| International Ring Fight Arena | 1 | 3 |
| International Submission Fighting Association | 1 | 0 |
| Into the Cage | 1 | 1 |
| Invictus Pro MMA League | 1 | 1 |
| Invictus Show Fight | 0 | 1 |
| Iranduba Fight Championship | 0 | 1 |
| Iron Fight Combat | 5 | 4 |
| Iron Fighters Organization Europe | 1 | 1 |
| Iron Fist Gym Vienna | 1 | 2 |
| Iron Man Championship Fight | 3 | 2 |
| Iron Man Vale Tudo | 2 | 2 |
| Ironstone | 1 | 0 |
| Island Rumble | 1 | 2 |
| Israel Warrior Challenge | 3 | 2 |
| It's Time Combat | 2 | 1 |
| Itaperucu Fight Combat | 0 | 1 |
| JNI Promotions | 1 | 0 |
| JVT Championship | 2 | 2 |
| Jaguar Fight Championship | 0 | 1 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
Between January 2011 and April 2017

| | Number of Athletes | |
|---|---|---|
| Foreign Promoter | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Jewels | 8 | 12 |
| Juiz de Fora Fight | 1 | 2 |
| Jungle Fight | 17 | 61 |
| K-Oz Entertainment | 5 | 4 |
| KHK MMA Team | 0 | 1 |
| KOMMA | 0 | 1 |
| Kaiser Fight Night | 0 | 1 |
| KapiranGoat Fight Nights | 0 | 1 |
| Katana Fight | 4 | 0 |
| Kauhajoki Fight Night | 0 | 1 |
| Kavkaz Arena | 1 | 0 |
| Kayo MMA | 0 | 1 |
| Kazakhstan MMA Federation | 2 | 3 |
| Kenpokan Fight Night | 1 | 0 |
| Killacam Promotions | 1 | 3 |
| Killer Bees Academy | 1 | 0 |
| King Fights | 2 | 2 |
| King Kaz Fight | 0 | 1 |
| King Kombat MMA | 1 | 0 |
| King of Kings | 0 | 1 |
| King of the Cage Australia | 0 | 1 |
| King of the Door | 0 | 2 |
| Knights of Moscow Oblast Ring | 1 | 1 |
| Knock Out Championship | 1 | 3 |
| Knockout in the Cage | 0 | 1 |
| KnuckleUp MMA | 2 | 2 |
| Kombat Goiano | 1 | 0 |
| Kombat Komplett | 0 | 1 |
| Kombat League | 1 | 2 |
| Konfrontacja Sztuk Walki | 41 | 37 |
| Kumite MMA Combate | 0 | 2 |
| Kung Fu World Cup | 2 | 0 |
| Kungfu Union | 1 | 1 |
| Kunlun Fight | 16 | 11 |
| Kyokushin Fighters Gala | 1 | 1 |
| LA Entertainment | 0 | 1 |
| La Familia Fight Club | 1 | 2 |
| La Nuit des Defis | 1 | 1 |
| Lappeenranta Fight Night | 8 | 3 |
| Latin American Fight League | 1 | 3 |
| League MMA | 0 | 1 |
| League S-70 | 34 | 33 |
| Legacy of Sparta | 1 | 2 |
| Legend | 4 | 3 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| | Number of Athletes | |
| --- | --- | --- |
| **Foreign Promoter** | **From Ranked Market to Foreign Promoter** | **From Foreign Promoter to Ranked Market** |
| Legend Fighting Championship | 6 | 11 |
| Legend Japan | 0 | 1 |
| Legend MMA | 1 | 0 |
| Legion Fight | 5 | 7 |
| Leo Max Man's Club | 1 | 1 |
| Let's Get It On Promotions | 0 | 1 |
| Liga Kavkaz | 1 | 1 |
| Limo Fight Championship | 2 | 6 |
| Lion Fighting Championships | 1 | 1 |
| Lion's Fights | 1 | 3 |
| Lionheart Fighting Championships | 1 | 1 |
| Lionliga | 1 | 1 |
| Lions Fighting Championship | 6 | 4 |
| Lipetsk Mix Federation | 1 | 1 |
| Lockdown Fighting Championships | 1 | 0 |
| Lyon Fighting Championship | 2 | 2 |
| MMA 300 | 1 | 2 |
| MMA Against Dengue | 3 | 8 |
| MMA Attack | 8 | 7 |
| MMA Cartel | 1 | 0 |
| MMA Challengers | 2 | 1 |
| MMA Champions League | 2 | 1 |
| MMA Corona Cup | 1 | 2 |
| MMA Cup Of Boryspol | 0 | 1 |
| MMA Down Under | 3 | 2 |
| MMA Espana | 1 | 0 |
| MMA Fight Show | 2 | 0 |
| MMA Fighters Club | 2 | 3 |
| MMA Galla | 0 | 1 |
| MMA Live | 0 | 1 |
| MMA Pro Ukraine | 2 | 5 |
| MMA Promotions | 1 | 1 |
| MMA Rocks | 3 | 1 |
| MMA Sanda Combat | 0 | 2 |
| MMA South Russian Championship | 0 | 1 |
| MMA Star in the Ring | 6 | 5 |
| MMA Stara Zagora | 1 | 0 |
| MMA Super Heroes | 6 | 9 |
| MMA Total Combat | 0 | 1 |
| MMA World Series | 1 | 0 |
| MMAA Arena | 1 | 1 |
| MNA MMA Circuit | 0 | 1 |
| Macae Fight | 1 | 1 |
| Made 4 The Cage | 16 | 15 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| Foreign Promoter | Number of Athletes | |
|---|---|---|
| | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Madness Fighting Competition | 1 | 1 |
| Malaysian Fighting Championship | 1 | 0 |
| Malaysian Invasion MMA | 2 | 4 |
| Man of War Fighting Championship | 1 | 0 |
| Mannheim Harbor Brawl | 1 | 1 |
| Manowar MMA Combat Series | 0 | 1 |
| Master Combat Fight | 0 | 3 |
| Master Fighters Championship | 0 | 2 |
| Max Fight | 7 | 9 |
| Max Mix Fight | 1 | 0 |
| Max Sport | 6 | 5 |
| Maxi Fight | 1 | 1 |
| Megdan Fighting | 1 | 0 |
| Merciless | 0 | 1 |
| Merthyr Mayhem MMA | 1 | 0 |
| Miedzychod Town Council | 2 | 1 |
| Milano in the Cage | 0 | 2 |
| Minas Combat | 1 | 1 |
| Minas Fight Championship | 1 | 0 |
| Minotaur Mixed Martial Arts (Australia) | 0 | 2 |
| Minotauro Fights | 0 | 1 |
| Mix Combat | 0 | 1 |
| Mix Fight Combat | 1 | 1 |
| Mix Fight Events | 1 | 0 |
| Mix Fight Explosion | 1 | 1 |
| Mix Fight Night (Austria) | 2 | 1 |
| Mix Fight Tournament | 4 | 5 |
| Mix Fighter | 1 | 5 |
| MixFace | 4 | 1 |
| Moema Fight | 0 | 1 |
| Monteiro Fight Night | 1 | 0 |
| Montenegro Fighting Championship | 2 | 2 |
| Morganti Contact Championship | 0 | 1 |
| Mortal Kombat Championship | 0 | 1 |
| Moscow Pankration Federation | 1 | 1 |
| Mr. Cage Championship | 10 | 11 |
| Mr. Fighter Combat | 0 | 1 |
| Mr. Prime Fighter Champion | 0 | 2 |
| Muay Thai Boxing Gym Goch | 1 | 1 |
| Munja Fighting Championship | 1 | 0 |
| N/A | 1 | 3 |
| N1 Pro | 5 | 3 |
| NP Fight | 1 | 2 |
| Naiza Fighter Championship | 1 | 1 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
### Between January 2011 and April 2017

| Foreign Promoter | Number of Athletes | |
| --- | --- | --- |
| | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Natal Fight Championship | 4 | 1 |
| National Fighting Championship (Austria) | 0 | 1 |
| Nativos Fight Gladiator | 1 | 0 |
| Neman Challenge | 3 | 3 |
| New Stream | 2 | 3 |
| Next Japan | 1 | 1 |
| Night Fighter One | 0 | 1 |
| Nitrix Champion Fight | 3 | 12 |
| No Compromises Fighting Championship | 0 | 1 |
| No. 1 Martial Arts Club | 0 | 1 |
| Noc Gladiatora | 4 | 3 |
| Nokaut Fighting Championship | 2 | 1 |
| Nord Desant | 0 | 1 |
| Nordic Fighting Championship | 1 | 0 |
| North vs. the Rest | 0 | 2 |
| Northwest League of Combat Sambo | 0 | 1 |
| Noxii Combat | 1 | 3 |
| Number One Fight Show | 1 | 1 |
| O Rei da Arena Fight | 0 | 1 |
| OX MMA | 1 | 1 |
| Obracun Ringu | 1 | 0 |
| Octagon Fighting Championship | 0 | 1 |
| Octagon Fighting Club | 1 | 3 |
| Octagon Fighting Sensation | 11 | 13 |
| Octagon Rounds Fight | 1 | 1 |
| OctagonMMA Warriors | 0 | 1 |
| Oktagon | 1 | 1 |
| Olympian MMA Championships | 7 | 13 |
| Omega MMA | 2 | 3 |
| On Top Promotions | 5 | 8 |
| One Gate 2 Far | 0 | 1 |
| Only Men Stuff | 2 | 7 |
| Open Professional Fighting Arena Safari | 1 | 1 |
| Open West Siberia MMA Championship | 1 | 1 |
| Orenburg MMA Federation | 6 | 8 |
| PRB FCF MMA | 1 | 0 |
| PROMMAC | 1 | 3 |
| Pacific Rim Organized Fighting | 6 | 4 |
| Pain Pit Fight Night | 2 | 7 |
| Panama Fight League | 3 | 5 |
| Pancrace | 2 | 2 |
| Pancrase Fighting Championship | 9 | 9 |
| Pancration Black Sea Cup | 1 | 2 |
| Pankration Cup of Call | 0 | 1 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| Foreign Promoter | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
|---|---|---|
| Parma Fights | 0 | 1 |
| Pentagon Combat (Minas Gerais) | 0 | 1 |
| Peresvet Fighting Championship | 0 | 1 |
| Peru Fighting Championship | 0 | 2 |
| Phoenix Fighting Championship | 3 | 2 |
| Pi Pro Fighter | 1 | 1 |
| Pink Fight | 0 | 2 |
| Pitbull Fighting Championship | 1 | 2 |
| Polish MMA Federation | 0 | 2 |
| Porto Fight | 1 | 0 |
| Potiguar Combat | 0 | 1 |
| Power Fight Extreme | 1 | 2 |
| Power Nation Fighting Championship | 0 | 1 |
| Praera Extreme Fight | 1 | 1 |
| Precol Combat | 1 | 1 |
| Predador Fight Championship | 3 | 7 |
| Premier Fight League | 1 | 2 |
| Premium MMA Liga | 1 | 1 |
| Pretorian | 0 | 1 |
| Pretorian Fight | 0 | 1 |
| Pride of Caucasus | 1 | 4 |
| Primal Fighting Championship | 2 | 0 |
| Pro Fight | 0 | 2 |
| Pro Mix Fight | 1 | 0 |
| ProfSport | 2 | 1 |
| Professional Combat Sambo | 4 | 7 |
| Professional Fights RadMer | 4 | 4 |
| Professional League of MMA | 9 | 8 |
| Proud Warrior Productions | 1 | 1 |
| Pyatigorsk Fighting Championship | 1 | 0 |
| Quest Fighting Championship | 1 | 3 |
| RCC Boxing Promotions | 2 | 0 |
| Radical Combat | 1 | 1 |
| Radio Patrulha Combat | 1 | 0 |
| Radmer | 1 | 1 |
| Raged UK MMA | 1 | 0 |
| Ranik Ultimate Fighting Federation | 3 | 1 |
| Raw Promotions | 1 | 1 |
| Razdolie Cup | 1 | 1 |
| Ready2Fight | 0 | 2 |
| Real Fight | 2 | 3 |
| Real Fight Championship | 7 | 3 |
| Real Fight Promotion | 5 | 4 |
| Real Fight-FC | 1 | 0 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| | Number of Athletes | |
| --- | --- | --- |
| Foreign Promoter | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Real Fighting Championship (Germany) | 0 | 1 |
| Real Pain Challenge | 2 | 6 |
| Real Xtreme Fighting | 7 | 9 |
| Rebel Fighting Championship | 5 | 6 |
| Recife Fighting Championship | 3 | 4 |
| Redemption Fighting Championship | 3 | 3 |
| Regional Mix Fight Tournament | 1 | 1 |
| Rei da Selva Combat | 2 | 2 |
| Reign in Power Fighting Championship | 1 | 0 |
| Respect Austria | 1 | 1 |
| Respect Fighting Championship | 5 | 5 |
| Revelation Fighting Championship | 0 | 1 |
| Revolucao MMA | 1 | 0 |
| Revolution | 1 | 0 |
| Revolution Fighting Champion | 1 | 0 |
| Rhein Neckar Championship | 1 | 0 |
| Ring of Fire (France) | 0 | 1 |
| Ringside Fight Night | 0 | 1 |
| Rio Fight Championship | 2 | 0 |
| Rise of Champions | 2 | 2 |
| Rising On Fighting Championship | 3 | 2 |
| Rizin Fighting Federation | 24 | 9 |
| Road Fighting Championship | 34 | 27 |
| Rock Fight | 0 | 1 |
| Rock and Brawl | 0 | 1 |
| Rock the Cage (Germany) | 0 | 1 |
| Rockstrike Fighting Tournament | 0 | 4 |
| Rod Fighting | 6 | 7 |
| Romanian Mixed Martial Arts Federation | 0 | 1 |
| Ronin Fighting Championships (England) | 1 | 1 |
| Roshambo MMA | 1 | 6 |
| Rostov Region Pankration Federation | 1 | 1 |
| Round | 1 | 1 |
| Roundhouse MMA | 2 | 2 |
| Royal Arena | 2 | 3 |
| Rumble of the Kings | 1 | 2 |
| Run Fight Trophy | 1 | 1 |
| Ruse Fight Night | 1 | 1 |
| Russian MMA Championship | 2 | 3 |
| SKFO | 2 | 2 |
| SZMMA - Slovakian MMA Association | 1 | 1 |
| Salford Fight Factory | 0 | 1 |
| Salvaterra Marajo Fight | 0 | 1 |
| Samurai Combate | 0 | 1 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| Foreign Promoter | Number of Athletes | |
|---|---|---|
| | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
| Samurai Fight Combat | 1 | 6 |
| Samurai da Selva | 1 | 0 |
| Sao Francisco Fight | 3 | 3 |
| Sao Jose Super Fight | 3 | 2 |
| Saturn & RusFighters | 1 | 1 |
| Scandinavian Fight Nights | 2 | 2 |
| Scottish Fight Challenge | 0 | 2 |
| Selva MMA | 1 | 0 |
| Sena Combat | 0 | 1 |
| Serbian Battle Championship | 4 | 4 |
| Shamrock Events | 3 | 2 |
| Shenghua Jungtai Fighting Championship | 2 | 3 |
| Shidokan Costa Rica | 0 | 1 |
| Shinobi MMA Fighting Championships | 1 | 0 |
| Shinzo Fight Sport | 5 | 6 |
| Shock n Awe | 7 | 8 |
| Shockwave Combate | 1 | 1 |
| Shooto | 28 | 58 |
| Shooto Europe | 4 | 5 |
| Show Fighting Enterprise | 4 | 3 |
| Showfight (Portugal) | 1 | 2 |
| Siberian Fighter | 2 | 2 |
| Siberian League | 0 | 2 |
| Sidney Academy | 1 | 1 |
| Singapore Fighting Championship | 0 | 1 |
| Sixt Fight Night | 1 | 0 |
| Slugfest | 0 | 1 |
| Smash Fight | 7 | 6 |
| Sochi Fighting Championship | 2 | 2 |
| Sochi Star Club | 1 | 1 |
| Sparta MMA | 3 | 4 |
| Sparta X | 0 | 1 |
| Spartacus Fighting Championship | 2 | 3 |
| Spartan MMA | 0 | 3 |
| Sprawl N Brawl | 1 | 2 |
| Stand Up | 1 | 0 |
| StandUpWar | 1 | 0 |
| Standout Fighting Tournament | 1 | 4 |
| Staredown | 0 | 2 |
| Stars Night | 1 | 1 |
| Stary Oskol Mixed Martial Arts Federation | 6 | 7 |
| Staydown Fighting Championship | 1 | 2 |
| Storm MMA | 0 | 2 |
| Street Culture Promotions | 3 | 2 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| | Number of Athletes | |
| --- | --- | --- |
| **Foreign Promoter** | **From Ranked Market to Foreign Promoter** | **From Foreign Promoter to Ranked Market** |
| Streetfighters Team Cup | 1 | 1 |
| Strength & Honour Championship (Belgium) | 1 | 0 |
| Strength and Honor Championship | 21 | 24 |
| Strength and Honour | 1 | 1 |
| Strike Fight (France) | 0 | 1 |
| Strike Fighting Championship (Brazil) | 1 | 0 |
| Striker's House Cup | 2 | 0 |
| Subcarpathian MMA Show | 0 | 1 |
| Super Norte Fight | 1 | 1 |
| Super Pitbull Fight | 0 | 2 |
| Super Power Combat | 0 | 1 |
| Superfight Australia | 1 | 0 |
| Superior Challenge | 16 | 19 |
| Superior Fighting Championship | 6 | 5 |
| Superleague of MMA | 1 | 0 |
| Superstar Fight (China) | 2 | 1 |
| Supreme Fighting Championship (Serbia) | 0 | 1 |
| Swastik Fighting Championship | 1 | 0 |
| Swiss Las Vegas | 0 | 1 |
| Swiss MMA Championship | 2 | 1 |
| Syena MMA Championship | 0 | 1 |
| Szczerek Fight Team | 1 | 0 |
| Tajikistan Fighting Championship | 1 | 1 |
| Talent MMA Circuit | 8 | 15 |
| Tambov MMA Federation | 1 | 0 |
| Tanko Fighting Championships | 1 | 5 |
| Tavares Combat | 1 | 1 |
| Team Lakay Championship | 1 | 2 |
| Team Nogueira | 0 | 4 |
| Team Super Pro | 0 | 1 |
| Tempel Fight School | 3 | 0 |
| Tenkaichi Fight | 3 | 3 |
| Tesla Fighting Championship | 2 | 3 |
| Thai Boxe Mania | 0 | 1 |
| Thai Fight | 1 | 0 |
| Thai Kickbox Center Lucerne | 1 | 1 |
| Thaiboxing Arena | 0 | 1 |
| Thailand Ring Wars | 0 | 1 |
| The Battle | 1 | 0 |
| The Best Fighter (Cape Verde) | 1 | 1 |
| The Best MMA | 0 | 1 |
| The Cage | 3 | 2 |
| The Cage World Championship | 1 | 0 |
| The Gladiator King | 3 | 0 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| | Number of Athletes | |
|---|---|---|
| **Foreign Promoter** | **From Ranked Market to Foreign Promoter** | **From Foreign Promoter to Ranked Market** |
| The Hill Fighters | 4 | 6 |
| The King of Jungle Championship | 1 | 1 |
| The Proving Grounds (Philippines) | 1 | 0 |
| The Warriors Combat | 1 | 1 |
| The Zone Fighting Championship | 4 | 12 |
| Thunder Fight | 8 | 5 |
| Thunderman | 0 | 1 |
| Thunderstrike Fight League | 3 | 2 |
| Time to Shine | 0 | 2 |
| Titans Fighters Champions | 2 | 0 |
| Tocantins Fight Combat | 0 | 2 |
| Too Much Talent MMA | 0 | 1 |
| Top Fighting Championship | 11 | 11 |
| Top Strike | 0 | 1 |
| Top Team Challenge | 0 | 1 |
| Total Full Contact | 1 | 0 |
| Trench Warz | 5 | 7 |
| Tribe Tokyo Fight | 7 | 4 |
| Tribelate | 1 | 1 |
| Trophy MMA | 1 | 5 |
| Tsumada Fighting Championship | 1 | 1 |
| Tuff Guy Pro Fighting | 1 | 1 |
| Turku Fight | 1 | 1 |
| Twins MMA | 6 | 5 |
| U-Spirits | 2 | 3 |
| UK Fighting Championships | 1 | 0 |
| Ukrainian Association of Martial Arts | 0 | 2 |
| Ultimate Cage Championships | 1 | 6 |
| Ultimate Cage Fighting Championships | 3 | 3 |
| Ultimate Challenge MMA | 13 | 22 |
| Ultimate Fight Imperatriz | 1 | 1 |
| Ultimate Fight Serbia | 1 | 0 |
| Ultimate Warrior Challenge (England) | 2 | 7 |
| Ultra Elite Fighters | 0 | 1 |
| Underdog MMA Fight Challenge | 1 | 0 |
| Underdog Xtreme Championships | 1 | 1 |
| Union MMA Pro | 4 | 4 |
| Union of Veterans of Sport | 9 | 7 |
| Unity Championships | 2 | 2 |
| Universal Cage Fighters | 0 | 1 |
| Universal Fighting Titanium | 1 | 0 |
| Upper Sport Combat | 1 | 3 |
| Ural Fight League | 0 | 1 |
| Urban Boxing | 0 | 2 |

## List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked
**Between January 2011 and April 2017**

| Foreign Promoter | From Ranked Market to Foreign Promoter | From Foreign Promoter to Ranked Market |
|---|---|---|
| VIP Fight | 0 | 1 |
| Vale Tudo (Russia) | 0 | 1 |
| Vale Tudo Japan | 35 | 25 |
| ValeTudo.lt | 0 | 1 |
| Valley of Kings | 0 | 2 |
| Varese in the Cage | 1 | 1 |
| Venator Fighting Championship | 10 | 10 |
| Vendetta (Austria) | 0 | 1 |
| Verdict Fighting Championship | 1 | 2 |
| Versia Fighting Championship | 1 | 2 |
| Vision Fighting Championship | 2 | 7 |
| Viva Nicaragua Canal 13 | 1 | 0 |
| Vologda Martial Arts Union | 3 | 4 |
| Voplata Mixed Fight | 0 | 1 |
| Voronezh MMA Federation | 8 | 5 |
| Vosmiugolnik | 3 | 1 |
| W.I.N. Fighting Championship | 2 | 1 |
| WBK | 4 | 3 |
| WSOF Global Championship | 11 | 6 |
| Wako Grand Prix | 0 | 1 |
| War of Champions MMA | 3 | 2 |
| Warrior Fight | 1 | 1 |
| Warrior Fight Night | 2 | 1 |
| Warrior Fight Night (England) | 1 | 1 |
| Warrior Fight Series | 3 | 4 |
| Warrior's Honor | 1 | 3 |
| Warrior's Way (Russia) | 3 | 3 |
| Warriors Arena MMA | 1 | 2 |
| Warriors Realm Fighting Championship | 2 | 2 |
| Warriors of God | 1 | 0 |
| Watch Out Combat Show | 12 | 25 |
| We Love MMA (Free Fight Association Germany) | 2 | 0 |
| Web Fight Combat | 5 | 6 |
| White Rex | 3 | 5 |
| Win Combat Championship | 3 | 2 |
| Win Fight & Entertainment | 1 | 4 |
| Wollongong Wars | 1 | 1 |
| World Ertaymash Federation | 3 | 3 |
| World Fight Tour | 0 | 2 |
| World Fighting Championship Akhmat | 58 | 32 |
| World Fighting Championships (England) | 2 | 5 |
| World Fighting Combat | 0 | 2 |
| World Free Fight Challenge | 4 | 10 |
| World Full Contact Association | 1 | 0 |

**List of Foreign Promoters Athletes in Ex. 97 Switched To While Ranked**
**Between January 2011 and April 2017**

| | Number of Athletes | |
|---|---|---|
| **Foreign Promoter** | **From Ranked Market to Foreign Promoter** | **From Foreign Promoter to Ranked Market** |
| World Gladiators League | 1 | 0 |
| World Kickboxing Network | 2 | 3 |
| World Kings Glory | 2 | 1 |
| World Kung Fu Combat Mixed Championship | 1 | 1 |
| World MMA Association | 1 | 2 |
| World Mixed Martial Arts Federation | 3 | 4 |
| World New Combate | 0 | 1 |
| World Team USA | 1 | 0 |
| World Ultimate Full Contact | 4 | 6 |
| World Warriors Fighting Championship | 11 | 6 |
| Wu Lin Feng | 5 | 3 |
| X Fight Nights | 2 | 0 |
| X Fights Series | 1 | 2 |
| X-Combat Ultra Mixed Martial Arts | 0 | 2 |
| X-Fest MMA | 1 | 0 |
| X-Fight (Rio de Janeiro) | 0 | 1 |
| X-Fight MMA | 1 | 3 |
| XCage (Poland) | 2 | 6 |
| XForce MMA | 1 | 1 |
| Xingu Fight | 0 | 1 |
| Xplosion | 1 | 2 |
| Xplosion Fight Series | 2 | 0 |
| Xtreme Fighting Championship (Australia) | 3 | 2 |
| Zhong Wu Ultimate Fighting | 2 | 0 |
| Zst | 25 | 29 |
| **Total:  861 Promoters** | **2197** | **2528** |

**Source:**
Singer backup (Sherdog Denom for Market Shares)