# EXHIBIT 99

# Summary chart of Zuffa's share of Ranked athletes

## Zuffa Share of All Ranked Athletes (2011-2016) Promoters in Dr. Singer's Ranked Market

|             | 2011  | 2012  | 2013  | 2014  | 2015  | 2016  | Average Share 2011-2016 |
|-------------|-------|-------|-------|-------|-------|-------|-------------------------|
| Zuffa Share | 15.2% | 16.1% | 15.5% | 19.4% | 21.7% | 21.1% | 18.1%                   |

*Notes:*

Any athlete who is ranked for any Zuffa bout during the year is included in the numerator of the share calculation. Any athlete who is ranked for any bout with a promoter in Dr. Singer's Ranked Market during the year is included in the denominator of the share calculation.

Athletes who were ranked for both Zuffa and non-Zuffa bouts during the year are weighted in proportion to the share of bouts in that year with Zuffa in the numerator. For example, an athlete with 1 Zuffa bout and 3 non-Zuffa bouts is counted as 0.25 in the numerator.

*Sources:*
Singer Report Backup [Sherdog Denom for Market Shares.dta]