# EXHIBIT 102

# Antonio Rogerio Nogueira Sherdog profile

# Antonio Rogerio Nogueira
## "*Minotouro*"



Born: 1976-06-02

**AGE: 42** Vitoria da Conquista, Bahia **Brazil**
Height
**6'2"**
187.96 cm Weight
**205 lbs**
92.99 kg

**Association:**
**Team Nogueira**

**Class: Light Heavyweight**

Wins 22  7 KO/TKO (*32%*)  6 SUBMISSIONS (*27%*)  9 DECISIONS (*41%*)
Losses 8  3 KO/TKO (*38%*)  0 SUBMISSIONS (*0%*)  5 DECISIONS (*63%*)

## Upcoming Fights

| Date | VS. Fighter | Event | Location |
|---|---|---|---|

# UFC Fight Night 137

*September 22, 2018 / Geraldo Jose de Almeida (Ibirapuera) Gymnasium, Sao Paulo, Sao Paulo, Brazil*

Versus



### Antonio Rogerio Nogueira

22 - 8 - 0 *(Win - Loss - Draw)*



### Sam Alvey

33 - 10 - 0 *(Win - Loss - Draw)*

See entire fight card

## Fight History - Pro

| Result | Fighter | Event | Method/Referee | R | Time |
|---|---|---|---|---|---|
| loss | Ryan Bader | UFC Fight Night 100 - Bader vs. Nogueira 2<br>Nov / 19 / 2016 | TKO (Punches)<br>Mario Yamasaki | 3 | 3:51 |
| win | Patrick Cummins | UFC 198 - Werdum vs. Miocic<br>May / 14 / 2016 | TKO (Punches)<br>Leon Roberts | 1 | 4:52 |
| loss | Mauricio Rua | UFC 190 - Rousey vs. Correia<br>Aug / 01 / 2015 | Decision (Unanimous)<br>Mario Yamasaki | 3 | 5:00 |
| loss | Anthony Johnson | UFC on Fox 12 - Lawler vs. Brown<br>Jul / 26 / 2014 | KO (Punches)<br>Herb Dean | 1 | 0:44 |

| | | | | | |
|---|---|---|---|---|---|
| win | Rashad Evans | UFC 156 - Aldo vs. Edgar<br>Feb / 02 / 2013 | Decision (Unanimous)<br>Yves Lavigne | 3 | 5:00 |
| win | Tito Ortiz | UFC 140 - Jones vs. Machida<br>Dec / 10 / 2011 | TKO (Punches and Elbows to the Body)<br>Yves Lavigne | 1 | 3:15 |
| loss | Phil Davis | UFC Fight Night 24 - Nogueira vs. Davis<br>Mar / 26 / 2011 | Decision (Unanimous)<br>Herb Dean | 3 | 5:00 |
| loss | Ryan Bader | UFC 119 - Mir vs. Cro Cop<br>Sep / 25 / 2010 | Decision (Unanimous)<br>Josh Rosenthal | 3 | 5:00 |
| win | Jason Brilz | UFC 114 - Rampage vs. Evans<br>May / 29 / 2010 | Decision (Split)<br>Yves Lavigne | 3 | 5:00 |
| win | Luiz Cane | UFC 106 - Ortiz vs. Griffin 2<br>Nov / 21 / 2009 | TKO (Punches)<br>Steve Mazzagatti | 1 | 1:56 |
| win | Dion Staring | Jungle Fight 14 - Ceara<br>May / 09 / 2009 | Submission (Triangle Choke)<br>N/A | 3 | 3:59 |
| win | Vladimir Matyushenko | Affliction - Day of Reckoning<br>Jan / 24 / 2009 | KO (Knee)<br>Nelson Hamilton | 2 | 4:26 |
| win | Moise Rimbon | Sengoku - Sixth Battle<br>Nov / 01 / 2008 | Decision (Unanimous)<br>Kenichi Serizawa | 3 | 5:00 |
| win | Edwin Dewees | Affliction - Banned<br>Jul / 19 / 2008 | TKO (Punches)<br>Herb Dean | 1 | 4:06 |
| win | Todd Gouwenberg | HCF - Destiny<br>Feb / 01 / 2008 | TKO (Knees and Punches)<br>N/A | 2 | 4:34 |
| loss | Rameau Thierry Sokoudjou | Pride 33 - Second Coming<br>Feb / 24 / 2007 | KO (Punch)<br>Daisuke Noguchi | 1 | 0:23 |
| win | Alistair Overeem | Pride FC - Critical Countdown Absolute<br>Jul / 01 / 2006 | TKO (Corner Stoppage)<br>N/A | 2 | 2:13 |
| loss | Mauricio Rua | Pride FC - Critical Countdown 2005<br>Jun / 26 / 2005 | Decision (Unanimous)<br>N/A | 3 | 5:00 |
| win | Dan Henderson | Pride FC - Total Elimination 2005<br>Apr / 23 / 2005 | Submission (Armbar)<br>N/A | 1 | 8:05 |
| win | Alistair Overeem | Pride 29 - Fists of Fire<br>Feb / 20 / 2005 | Decision (Unanimous)<br>N/A | 3 | 5:00 |

| | | | | | |
|---|---|---|---|---|---|
| win | Kazuhiro Nakamura | Pride - Bushido 4<br>Jul / 19 / 2004 | Decision (Split)<br>N/A | 2 | 5:00 |
| win | Alex Stiebling | Gladiator FC - Day 1<br>Jun / 26 / 2004 | Decision (Unanimous)<br>N/A | 3 | 5:00 |
| win | Kazushi Sakuraba | Pride FC - Shockwave 2003<br>Dec / 31 / 2003 | Decision (Unanimous)<br>N/A | 3 | 5:00 |
| win | Kazuhiro Nakamura | Pride 25 - Body Blow<br>Mar / 16 / 2003 | Submission (Armbar)<br>N/A | 2 | 3:49 |
| win | Guy Mezger | Pride 24 - Cold Fury 3<br>Dec / 23 / 2002 | Decision (Split)<br>N/A | 3 | 5:00 |
| win | Tsuyoshi Kosaka | Deep - 6th Impact<br>Sep / 07 / 2002 | Decision (Unanimous)<br>Keiji Shiozaki | 3 | 5:00 |
| loss | Vladimir Matyushenko | UFO - Legend<br>Aug / 08 / 2002 | Decision (Unanimous)<br>N/A | 3 | 5:00 |
| win | Yusuke Imamura | Pride 20 - Armed and Ready<br>Apr / 28 / 2002 | Technical Submission (Guillotine Choke)<br>N/A | 1 | 0:35 |
| win | Jim Theobald | HOOKnSHOOT - Overdrive<br>Mar / 09 / 2002 | Submission (Armbar)<br>N/A | 1 | 4:59 |
| win | Katsuhisa Fujii | Deep - 2nd Impact<br>Aug / 18 / 2001 | Technical Submission (Armbar)<br>N/A | 1 | 3:59 |

## Related Videosview more