# EXHIBIT 103

**Redacted Excerpts of text messages between Sean Shelby and UFC athlete**

| Date | To | From | Content |
|---|---|---|---|
| 6/20/2015 22:12 | | 1301 ▇ | Hey! Soooo, any news? How long you think we're looking? |
| 6/20/2015 22:22 | 1301 ▇ | | No news yet |
| 6/20/2015 22:25 | | 1301 ▇ | Can you tell me if I'm going to be shelved again for 6 months? ▇▇▇▇ |
| 6/21/2015 7:06 | 1301 ▇ | | I just got done with their foght in Germany. I won't know where I'm going to put you for another week or so. Plan on getting back in within 4 months |
| 6/21/2015 12:13 | | 1301 ▇ | Ok, thanks for the info |

ZFL-2699696