# EXHIBIT 106

## Redacted 2013-2014 UFC Fight Card Changes

| EVENT | LOCATION | DATE | MAIN EVENT | FIGHT CARD CHANGES | INJURY |
|---|---|---|---|---|---|
| FX 7 | Ibirapuera Arena - São Paulo, Brazil | 1/19/2013 | Bisping v Belfort | | |
| FOX 6 | United Center - Chicago, IL | 1/26/2013 | Johnson v Dodson | | |
| UFC 156 | Mandalay Bay - Las Vegas, NV | 2/2/2013 | Aldo v Edgar | | |
| FUEL TV 7 | Wembley Arena - London, England | 2/16/2013 | Barao v McDonald | | |
| UFC 157 | Honda Center - Anaheim, CA | 2/23/2013 | Rousey v Carmouche | | |
| FUEL TV 8 | Saitama Arena - Tokyo, Japan | 3/3/2013 | W. Silva v Stann | | |
| UFC 158 | Bell Centre - Montreal, Canada | 3/16/2013 | GSP v Diaz | | |
| FUEL TV 9 | Ericsson Globe - Stockholm, Sweden | 4/6/2013 | Mousasi v Latifi | | |
| TUF Finale 17 FX | Mandalay Bay - Las Vegas, NV | 4/13/2013 | Faber v Jorgensen | | |
| FOX 7 | HP Pavilion - San Jose, CA | 4/20/2013 | Henderson v Melendez | | |
| UFC 159 | Prudential Center - Newark, NJ | 4/27/2013 | Jones v Sonnen | | |
| FX 8 | Jaragua do Sul - Santa Catarina, Brazil | 5/19/2013 | Belfort v Rockhold | | |
| UFC 160 | MGM - Las Vegas, NV | 5/25/2013 | Velasquez v Bigfoot | | |
| FUEL TV 10 | Paulo Sarasate Arena - Fortaleza, Brazil | 6/8/2013 | Big Nog v Werdum | | |
| UFC 161 | MTS Centre - Winnipeg, Canada | 6/15/2013 | Evans v Henderson | | |
| UFC 162 | MGM - Las Vegas, NV | 7/6/2013 | Silva v Weidman | | |
| FOX 8 | Key Arena - Seattle, WA | 7/27/2013 | DJ v Moraga | | |
| UFC 163 | HSBC Arena - Rio de Janeiro, Brazil | 8/3/2013 | Aldo v Jung | | |

| Event | Venue | Date | Main Event |
|---|---|---|---|
| **FS1 #1** | TD Garden - Boston, MA | 8/17/2013 | Shogun v Sonnen |
| **FS1 #2** | Bankers Life Fieldhouse - Indianapolis, IN | 8/28/2013 | Condit v Kampmann |
| **UFC 164** | BMO Harris Bradley Center - Milwaukee, WI | 8/31/2013 | B. Henderson v Pettis |
| *TUF 18 FS1* | | 9/4/2013 | *Premiere of TUF 18* |
| **FS1 #3** | Mineirinho Gymnasium - Belo Horizonte, Brazil | 9/4/2013 | Teixeira v Bader |
| **UFC 165** | Air Canada Centre - Toronto, Canada | 9/21/2013 | Jones v Gustafsson |
| **FS1 #4** | Jose Correa Arena - São Paulo, Brazil | 10/9/2013 | Maia v Shields |
| **UFC 166** | Toyota Center - Houston, TX | 10/19/2013 | Velasquez v JDS III |
| **FS2 #1** | Phones 4u Arena Manchester - Manchester, England | 10/26/2013 | Machida v Munoz |
| **FS1 #5** | Fight for the Troops - Fort Campbell, KY | 11/6/2013 | Kennedy v Natal |
| **FS1 #6** | Goiânia Arena - Goiânia, Brazil | 11/9/2013 | Belfort v D. Henderson |
| **UFC 167** | MGM - Las Vegas, NV | 11/16/2013 | GSP v Hendricks |
| **TUF Finale 18 FS1** | Mandalay Bay - Las Vegas, NV | 11/30/2013 | |
| **FS1 #7** | Brisbane Entertainment Centre - Brisbane, AUS | 12/7/2013 | Hunt vs Bigfoot |
| **FOX 9** | | 12/14/2013 | |
| **UFC 168** | MGM - Las Vegas, NV | 12/28/2013 | Weidman v Silva II/Rousey v Tate |

| EVENT | LOCATION | DATE | MAIN EVENT | FIGHT CARD CHANGES | INJURY CATAGORIES |
|---|---|---|---|---|---|
| FIGHT NIGHT ASIA (AFS1) | Marina Bay Sands - Singapore | 1/4/2014 | Saffiedine v Lim | | |
| FS1 #8 | The Arena at Gwinnett Center - Atlanta, GA | 1/15/2014 | Rockhold v Philippou | | |
| FOX 10 | United Center - Chicago, IL | 1/25/2014 | Henderson v Thomson | | |
| UFC 169 | Prudential Center - Newark, NJ | 2/1/2014 | Barao v Faber<br>Aldo v Lamas | | |
| FS1 #9 | Arena Jaragua - Jaragua do Sul, Brazil | 2/15/2014 | Machida v Mousasi | | |
| UFC 170 | Mandalay Bay - Las Vegas, NV | 2/22/2014 | Rousey v McMann<br>Evans v Cormier | | |
| FIGHT NIGHT ASIA (AFS2) | Cotai Arena - Venetian Macao, P.R. China | 3/1/2014 | Hathaway v Kim | | |
| FIGHT NIGHT EMEA (EMEA1) | The O2 Arena - London, England | 3/8/2014 | Gustafsson v Manuwa | | |
| UFC 171 | American Airlines Center - Dallas, TX | 3/15/2014 | Hendricks v Lawler | | |
| FS1 #10 | Ginasio Nelio Dias - Natal, Brazil | 2/23/2014 | Shogun v Henderson II | | |

| Event | Venue | Date | Fight |
|---|---|---|---|
| **FIGHT NIGHT EMEA (EMEA2)** | du Arena - Yas Island, Abu Dhabi UAE | 4/11/2014 | M.Nogueira v Nelson |
| **FS1 #11** | Colisée Pepsi - Quebec City, Canada | 5/16/2014 | Bisping v Kennedy |
| **FOX 11** | Amway Center - Orlando, FL | 4/16/2014 | Werdum v Browne |
| **UFC 172** | Baltimore Arena - Baltimore, MD | 4/26/2014 | Jones v Teixeira |
| **FS1 #12** | US Bank Arena - Cincinnati, OH | 5/10/2014 | E.Silva v Brown |
| **UFC 173** | MGM - Las Vegas, NV | 5/24/2014 | Barao v Dillashaw |
| **FIGHT NIGHT EMEA (EMEA3)** | O2 World Berlin - Berlin, Germany | 5/31/2014 | Munoz v Mousasi |
| **FS1 #13** | Ibirapuera Gymnasium - São Paulo, Brazil | 5/31/2014 | Mioci v Maldanado |
| **FS1 #14** | Tingley Coliseum - Albuquerque, NM | 6/7/2014 | B.Henderson v Khabilov |

| Event | Venue | Date | Main Event |
|---|---|---|---|
| UFC 174 | Rogers Arena - Vancouver, Canada | 6/14/2014 | DJ v Bagautinov |
| FIGHT NIGHT AUS (AUS1) | Vector Arena - Auckland, New Zealand | 6/28/2014 | Te Huna v Marquardt |
| FS1 #15 | AT&T Center - San Antonio, TX | 6/28/2014 | Swanson v Stephens |
| UFC 175 | Mandalay Bay - Las Vegas, NV | 7/5/2014 | Weidman v Machida<br>Rousey v Davis |
| TUF 19 FINALE | Mandalay Bay - Las Vegas, NV | 7/6/2014 | Edgar v Penn |
| FS1 #16 | Revel Casino - Atlantic City, NJ | 7/16/2014 | Cerrone v J. Miller |
| FIGHT NIGHT EMEA (EMEA4) | The O2 Arena - Dublin, Ireland | 7/19/2014 | McGregor v C. Miller |
| FOX 12 | SAP Center - San Jose, CA | 7/26/2014 | Lawler v Brown |
| UFC 176 | Staples Center, Los Angeles CA | | Aldo vs. Mendes II |
| FS1 #17 | Cross Insurance Center - Bangor, ME | 8/16/2014 | Bader v St. Preux |
| FIGHT NIGHT ASIA (AFS3) | Cotai Arena - Venetian Macao - P.R. China | 8/23/2014 | Bisping v Le |
| FS1 #18 | BOK Center - Tulsa, OK | 8/23/2014 | B. Henderson v dos Anjos |

| Event | Venue | Date | Main Fight |
|---|---|---|---|
| FS1 #18 | BOK Center - Tulsa, OK | 8/23/2014 | te. Henderson v dos Anjos |
| UFC 177 | Sleep Train Arena - Sacramento, CA | 8/30/2014 | Dillashaw v Soto |
| FS1 #19 | Foxwoods Resort Casino - Ledyard, CT | 9/5/2014 | Souza v Mousasi |
| FIGHT NIGHT BRAZIL (BFS1) | Nilson Nelson Gymnasium - Brasilia, Brazil | 9/13/2014 | Bigfoot v Arlovski |
| FIGHT NIGHT ASIA (AFS4) | Saitama Arena - Tokyo, Japan | 9/20/2014 | Hunt v Nelson |
| UFC 178 | MGM - Las Vegas, NV | 9/27/2014 | Johnson v Cariaso |
| FIGHT NIGHT EMEA (EMEA5) | Ericsson Globe - Stockholm, Sweden | 10/4/2014 | Nelson vs Story |
| FS1 #20 | Halifax Metro Centre - Halifax, Canada | 10/4/2014 | MacDonald v Saffiedine |
| UFC 179 | Ginasio do Maracanazinho - Rio de Janeiro, Brazil | 10/25/2014 | Aldo v Mendes II |
| FIGHT NIGHT AUS (AUS2) | Allphones Arena - Sydney, AUS | 11/8/2014 | |
| FS1 #20 | Sabiazinho Gymnasium - Uberlândia, Brazil | 11/8/2014 | |
| UFC 180 | Mexico City Arena - Mexico City, Mexico | 11/15/2014 | Velasquez v Werdum |
| FS1 #22 | USA, city TBD | 11/22/2014 | |

| UFC 181 | Mandalay Bay - Las Vegas, NV | 12/6/2014 | Weidman v Belfort | | |
|---|---|---|---|---|---|
| TUF 20 FINALE | USA, city TBD | 12/12/2014 | | | |
| FOX 13 | US Airways Center - Phoenix, AZ | 12/13/2014 | | | |
| FS1 #23 | Brazil, city TBD | 12/20/2014 | | | |

CONFIDENTIAL

7

ZFL-0921215