# EXHIBIT 107

# Redacted Excerpts of 30(b)(6) Deposition of Peter Dropick on Venues

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of          )
themselves and all others    )
similarly situated,          )
                             )
          Plaintiffs,        )
                             )
     vs.                     ) Case No.
                             ) 2:15-cv-01045-RFB-(PAL)
                             )
ZUFFA, LLC, d/b/a Ultimate   )
Fighting Championship and    )
UFC,                         )
                             )
          Defendant.         )
_____)

CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY PETER DROPICK

DECEMBER 1, 2016

LAS VEGAS, NEVADA

1:29 p.m.

Reported by:
KENDALL D. HEATH
Job No: 47775-B

PETER DROPICK - CONFIDENTIAL



7 (Pages 22 to 25)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PETER DROPICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

46

1  A.  I worked at Arrowhead Pond of Anaheim, in
2  Anaheim, California, what's now the Honda Center.
3      Q.  Did you have experience with that venue
4  and how they book events?
5      A.  Yes.  I wasn't directly booking all the
6  events; but yes.
7      Q.  Another question is, you said before that
8  Zuffa is based in Las Vegas.  That's your -- that's
9  basically your home market?
10     A.  Considered our headquarters, yes.
11     Q.  And how many venues would you say are in
12 Las Vegas?
13     A.  Twenty or so, plus outdoor space where
14 you can build out venues.
15         MS. GRIGSBY:  No additional questions.
16         MR. SILVERMAN:  No redirect.
17         THE VIDEOGRAPHER:  This concludes today's
18 deposition of Peter Dropick.  The number of media
19 used is one.  We are off the record at 2:33.
20         (Whereupon the deposition was
21         concluded at 2:33 p.m.)
22
23
24
25

47

1
2  STATE OF _____ )
3                           ) :ss
4  COUNTY OF _____)
5
6
7      I, PETER DROPICK, the witness
8  herein, having read the foregoing
9  testimony of the pages of this deposition,
10 do hereby certify it to be a true and
11 correct transcript, subject to the
12 corrections, if any, shown on the attached
13 page.
14
15         _____
16             PETER DROPICK
17
18
19
20 Sworn and subscribed to before me,
21 this _____ day of _____, 2016.
22
23 _____
24     Notary Public
25

48

1           REPORTER'S CERTIFICATE
2
3  STATE OF NEVADA   )
                      ) ss.
4  COUNTY OF CLARK   )
5
6      I, KENDALL D. HEATH, CCR No. 475, a
   Certified Court Reporter for the State of Nevada,
7  do hereby certify:
8       That I reported the taking of the
   deposition of the witness, PETER DROPICK,
9  commencing on the 1st day of December, 2016, at the
   hour of 1:29 p.m.
10
       That prior to being examined, the witness
11 was duly sworn by me to testify to the truth, the
   whole truth, and nothing but the truth.
12
       That I thereafter transcribed my said
13 shorthand notes into typewriting and that the
   typewritten transcript of said deposition is a
14 complete, true and accurate transcription of my
   said shorthand notes taken down at said time, and
15 that a request has not been made to review the
   transcript.
16
       I further certify that I am not a relative
17 or employee of an attorney or counsel of any of the
   parties, nor a relative or employee of any attorney
18 or counsel involved in said action, nor a person
   financially interested in the action.
19
       IN WITNESS WHEREOF, I have hereunto
20 set my signature this 15th day of December, 2016.
21
22
   _____
23
         KENDALL D. HEATH
24       CCR No. 475
25

49

1          INSTRUCTIONS TO WITNESS
2
3      Please read your deposition over carefully
4  and make any necessary corrections.  You should state
5  the reason in the appropriate space on the errata
6  sheet for any corrections that are made.
7      After doing so, please sign the errata sheet
8  and date it.
9      You are signing same subject to the changes
10 you have noted on the errata sheet, which will be
11 attached to your deposition.
12     It is imperative that you return the original
13 errata sheet to the deposing attorney within thirty
14 (30) days of receipt of the deposition transcript by
15 you.  If you fail to do so, the deposition transcript
16 may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25