# EXHIBIT 108

# "UFC Announces First NY Event at MSG"



