# EXHIBIT 110

## "Sonnen vs. Silva"



## ALL BELLATOR NYC VIDEOS (28)



**FULL FIGHT: BELLATOR NYC**
**Chael Sonnen vs. Wanderlei Silva** 23:29

The grudge will finally be settled when Chael Sonnen and Wanderlei Silva face off in the main event of Bellator NYC.



**FULL FIGHT: BELLATOR NYC**
**Fedor Emelianenko vs. Matt Mitrione** 10:21

"The Last Emperor" Fedor Emelianenko makes his Bellator debut against the hard-hitting Matt Mitrione.



**FULL FIGHT: BELLATOR NYC**
**Douglas Lima vs. Lorenz Larkin** 30:45

Top Welterweight contender Lorenz "The Monsoon" Larkin makes his Bellator debut when he challenges Welterweight Champion and knockout



**FULL FIGHT: BELLATOR NYC**
**Michael Chandler vs. Brent Primus** 10:48

Lightweight Champion Michael Chandler puts his title on the line against undefeated Brent Primus.



**FULL FIGHT: BELLATOR NYC**
**Aaron Pico vs. Zach Freeman** 7:02

Highly touted prospect Aaron Pico makes his MMA debut against submission specialist Zach Freeman.



**FULL FIGHT: BELLATOR NYC**
**Neiman Gracie vs. Dave Marfone** 12:51

Neiman Gracie looks to stay undefeated when he meets Dave Marfone in a Welterweight bout.



**ORIGINAL**
**What to Watch | Douglas Lima vs. Lorenz Larkin | Welterweight Title Fight** 1:23

Douglas Lima will defend his Welterweight title against Lorenz Larkin at Madison Square Garden! Jimmy Smith breaks down what to



**ORIGINAL**
**Best of Michael Chandler**

30 seconds of Michael Chandler destroying his opposition! #BellatorNYC



**ORIGINAL**
**One on One with Lorenz Larkin** 25:57

Lorenz Larkin stops by to hang out with Jenn Brown to talk about his Bellator debut and fighting at Madison



**ORIGINAL**
**Search Game with Aaron Pico** 1:28

Aaron Pico stops by to play the Google Search Game! Don't miss his upcoming fight at #BellatorNYC!



**ORIGINAL**
**Champions | Michael Chandler** 2:07

"That first round, you have to survive, you have to make it because rounds 1, 2 and 3 are deadly for Michael



**ORIGINAL**
**Sitdown | Aaron Pico** 1:25

Aaron Pico is headed to Madison Square Garden for his Bellator debut. Don't miss his fight against Zach Freeman on June 24th. #BellatorNYC

