# EXHIBIT 111

## Redacted Excerpts from 30(b)(6) Deposition of Ike Lawrence Epstein on Sponsorships

242

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
 )
      Plaintiffs, )
 )
      vs. ) Case No.
 ) 2:15-cv-01045-RFB-(PAL)
 )
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
 )
      Defendant. )
_____)

CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY IKE LAWRENCE EPSTEIN

July 21, 2017

LAS VEGAS, NEVADA

11:00 a.m.

Reported by:
DEBRA D. SMALLEY, CCR #537
Job No. 51247-A

CONFIDENTIAL - IKE LAWRENCE EPSTEIN

263

1  Q  Okay. If you look on page -- the page ending
2  in Bates stamp 201, did you sign this contract on behalf
3  of Zuffa?
4  A  It looks like my signature, yes.
5  Q  If you turn to the page Bates stamped 192.
6  A  Okay.
7  Q  Paragraph D. Can you read paragraph D at the
8  bottom of the page for me. Out loud, please.
9  A  Out loud?
10 Q  Yeah, if you could read it out loud for the
11 record.
12 A  "Exclusivity. Company and its owners, officers,
13 members, directors, shareholders, affiliates and/or
14 subsidiaries agree not to sponsor any other competitive
15 mixed martial arts (MMA) leagues, promoters, fighters,
16 and/or affiliated brands and agrees not to license
17 Company's current and/or future Product Lines or Company
18 Marks to the same during the Term without the express
19 written concept of Zuffa. For purposes of this section,
20 MMA shall he defined as unarmed combat involving the use
21 of a combination of techniques from different disciplines
22 of the martial arts, including, without limitation,
23 grappling, kicking and striking."
24 Q  So can you tell me what the purpose of that
25 clause was?

264

1  A  Exactly what it says.
2  Q  So under that clause, is it fair to say that
3  the sponsor was not allowed to sponsor any fighters who
4  fought for Bellator, let's say?
5  A  As we indicated in the answer that you had me
6  review previously, there are many reasons why we had
7  this exclusivity language in these documents. One of
8  them was customer confusion.
9     The strategy of all of our competitors was to
10 make their product look as close as it possibly could to
11 our product to confuse the consumer into thinking that
12 Bellator, EFC, whatever the list goes of promoters you
13 want to -- you want to lay out there, to confuse the
14 consumer to thinking that it was the UFC product, and
15 so the sponsors that were associated with our brand
16 were identifiers of our brand, and so we wanted our
17 sponsors to either be a sponsor of the UFC or not.
18    If they don't want to be a sponsor of the UFC,
19 they're free to go and sponsor Bellator, EFC, ONE FC,
20 the dozens and dozens of leagues that are out there,
21 but one of the important reasons for us was to prevent
22 customer confusion, because there were brands that were
23 very highly associated with our brand that created
24 customer confusion, and it was the explicit strategy
25 of our -- of our customers (sic). I mean, I had other

265

1  organizations tell me that's exactly what they were
2  trying to do. Create -- copy everything that we did to
3  confuse the customers to thinking that the products were
4  all the same.
5  Q  And so in pursuing that strategy, did Zuffa
6  adopt a policy to not allow sponsors to sponsor fighters
7  in the Octagon if they didn't become sponsors of the UFC
8  and sign the agreement with the UFC?
9     MS. GRIGSBY: Objection to form.
10    THE WITNESS: Can you restate that.
11    MR. SILVERMAN: Can you read the question back.
12    COURT REPORTER: "And so in pursuing that
13 strategy, did Zuffa adopt a policy to not allow sponsors
14 to sponsor fighters in the Octagon if they didn't become
15 sponsors of the UFC and sign the agreement with the UFC?"
16    MR. SILVERMAN: Strike that.
17    Just -- I'll amend that to say to sign an
18 agreement with the UFC.
19    THE WITNESS: That -- that wasn't true in all
20 situations, no. I mean, for example, we allowed, you
21 know, Nike, for example, to sponsor athletes that did
22 not have any league or brand affiliation with us.
23 There are many examples like that over the years.
24 BY MR. SILVERMAN:
25 Q  So Zuffa allowed Nike to sponsor fighters

266

1  inside the Octagon and during Fight Week?
2  A  Yes.
3  Q  Without having any agreement whatsoever with
4  Zuffa?
5  A  That's correct.
6  Q  Did Nike pay Zuffa any compensation for that
7  right?
8  A  They paid us absolutely nothing.
9  Q  Okay. Can you list any other exceptions?
10 A  I'm sure there are others. I just can't think
11 of them right now.
12 Q  Can you estimate how many -- do you have any
13 idea how many exceptions there were of that sort?
14 A  You know, we phased in these league affiliation
15 agreements for over a period of time so, you know, there
16 were a lot of sponsors that, you know, during certain
17 periods were sponsoring athletes that didn't have any
18 brand or league affiliation agreements.
19 Q  Well, what period was that?
20 A  It was all the way through, because certain
21 athletes would negotiate it in their contact, so, you
22 know, Tito Ortiz, for example, or -- or other fighters.
23 You know, like Dan Henderson, for a period of time, you
24 know, was able to wear Clinch Gear to go with his brand.
25 Tito had Punishment brand. So this was, you know,

CONFIDENTIAL - IKE LAWRENCE EPSTEIN

### Page 343

1  was.
2  Q   And that was before Zuffa acquired Strikeforce;
3  is that right?
4  A   Yes.
5–23 [redacted]
24   Did Mr. Mersch write that email in his official
25  capacity?

### Page 344

1  A   Yes.
2  Q   Okay. Why do you think -- strike that.
3      What was he referring to -- strike that.
4      Why do you think he referred specifically to
5  providing Strikeforce fighters with a revenue stream?
6  A   You should ask him. I have no idea.
7      MR. SILVERMAN: All right. That's all I've got.
8      THE WITNESS: Thank you very much.
9      MR. SILVERMAN: Thanks. Sorry we ran a bit
10 over.
11     THE VIDEOGRAPHER: This concludes today's
12 deposition of Lawrence Epstein. We're off the record
13 at 1:46 p.m.
14     (Time Noted: 1:46 p.m.)

### Page 345

STATE OF _____ )
                        ) :ss
COUNTY OF _____ )

I, IKE LAWRENCE EPSTEIN, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

_____
IKE LAWRENCE EPSTEIN

Sworn and subscribed to before me, this _____ day of _____, 2017.

_____
Notary Public

### Page 346

REPORTER'S CERTIFICATION

I, Debra D. Smalley, Registered Merit Reporter, Certified Shorthand Reporter, in and for the State of California, do hereby certify:

That the foregoing witness was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenograhically by me and later transcribed into typewriting under my direction; that the foregoing is a true record of the testimony and proceedings taken at that time.

IN WITNESS WHEREOF, I have subscribed my name this date:

_____
DEBRA D. SMALLEY, RMR
CSR NO. 8513

CONFIDENTIAL - IKE LAWRENCE EPSTEIN

```
                                              347
 1           INSTRUCTIONS TO WITNESS
 2
 3        Please read your deposition over carefully
 4     and make any necessary corrections. You should state
 5     the reason in the appropriate space on the errata
 6     sheet for any corrections that are made.
 7        After doing so, please sign the errata sheet
 8     and date it.
 9        You are signing same subject to the changes
10     you have noted on the errata sheet, which will be
11     attached to your deposition.
12        It is imperative that you return the original
13     errata sheet to the deposing attorney within thirty
14     (30) days of receipt of the deposition transcript by
15     you. If you fail to do so, the deposition transcript
16     may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

```
                                              348
 1              E R R A T A
 2
 3
 4
 5        I wish to make the following changes,
 6     for the following reasons:
 7
 8     PAGE LINE
 9     ___ ___ CHANGE:_____
10     REASON:_____
11     ___ ___ CHANGE:_____
12     REASON:_____
13     ___ ___ CHANGE:_____
14     REASON:_____
15     ___ ___ CHANGE: _____
16     REASON:_____
17     ___ ___ CHANGE: _____
18     REASON:_____
19     ___ ___ CHANGE: _____
20     REASON:_____
21
22     _____  _____
23        WITNESS' SIGNATURE         DATE
24
25
```

28 (Pages 347 to 348)