# EXHIBIT 112

# Redacted Excerpts of 30(b)(6) Deposition of Michael Mossholder on Sponsorships

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CUNG LE; NATHAN QUARRY, JON FITCH, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | Case No. 2:15-cv-01045-RFB-(PAL) |
| ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC, | ) ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY MICHAEL MOSSHOLDER

NOVEMBER 30, 2016

LAS VEGAS, NEVADA

12:49 p.m.

Reported by:
KENDALL D. HEATH
Job No: 47773-B

MICHAEL MOSSHOLDER - CONFIDENTIAL



18

1    A.  To my knowledge, it does.
2    Q.  Is there anyone with responsibility who's
3  not listed on this chart?
4    A.  No.
5    Q.  Okay.  Can you tell me who prepared this
6  chart?
7    A.  I provided information, and I believe
8  other executives on the legal team did as well.
9    Q.  And then the chart was drafted by your
10  attorneys --
11    A.  Yes.
12    Q.  -- with that information?
13    A.  Correct.
14    Q.  All right.  Let's turn to the next page
15  of Tab A.
16    Can you tell me who prepared Chart B?
17    A.  Legal counsel.
18
19
20
21
22
23
24
25

20

1    Q.  So this clause -- let's look at one of
2  these.  Let's introduce one of these actual
3  contracts.  Let's do Hudson Shipping Lines, which
4  is Tab 30 of this exhibit.
5    And for the record, the Bates number on
6  that is ZFL-2527920.
7    Can you point me, actually, to where in
8  this contract this clause is?  What page is it?  Or
9  is that not the right ... maybe we've got the wrong
10  one.  Yeah, it's the wrong one.
11    MS. GRIGSBY:  Counsel, can we go off the
12  record for a second?
13    MR. SILVERMAN:  Yeah, of course.
14    THE VIDEOGRAPHER:  We are off the record
15  at 1:07.
16    (Break taken.)
17    THE VIDEOGRAPHER:  We are back on the
18  record at 1:11.
19  BY MR. SILVERMAN:
20    Q.  So I've been informed by counsel that
21  we're going to use a corrected version of Tab A of
22  this exhibit, which we'll introduce after a break.
23    But for now, the document that I'd like
24
25

19

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

21

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

6 (Pages 18 to 21)

MICHAEL MOSSHOLDER - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

MICHAEL MOSSHOLDER - CONFIDENTIAL



|  | 70 |
|---|---|
| 1 | **additional requirements other than paying the** |
| 2 | **exposure fee in order to sponsor individual UFC** |
| 3 | **fighters?** |
| 4 | **(Court reporter requested clarification.)** |
| 5 | BY MR. SILVERMAN: |

|  | 72 |
|---|---|
| 1 | back? |
| 2 | (Court reporter requests clarification.) |
| 3 | MR. SILVERMAN:  Okay, I'll do it again. |

|  | 71 |
|---|---|
| 15 | (Court reporter requests clarification.) |
| 16 | THE WITNESS:  Yes. |
| 17 | BY MR. SILVERMAN: |
| 22 | **MS. GRIGSBY:  Objection to form.** |
| 23 | THE WITNESS:  Repeat the question, |
| 24 | please? |
| 25 | MR. SILVERMAN:  Can you read the question |

|  | 73 |
|---|---|
| 20 | **MS. GRIGSBY:  Counsel, are we at a good** |
| 21 | **time to just take a five-minute break?** |
| 22 | MR. SILVERMAN:  Sure, that's fine. |
| 23 | THE VIDEOGRAPHER:  We are off the record |
| 24 | at 2:52. |
| 25 | (Break taken.) |

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

74

1          THE VIDEOGRAPHER:  We're back on the
2    record at 3:09.
3    BY MR. SILVERMAN:
4        **Q.   So if you turn back to Tab A --**
5          **Actually, let's introduce this new -- so**
6    **we have a revised version of Tab A, which we're**
7    **going to mark as Exhibit 36A.**
8          **(Plaintiffs' Exhibit 36A was marked**
9          **for identification.)**
10          **(Discussion off the record.)**
11    BY MR. SILVERMAN:
12        **Q.   And the revision is that -- so this is**
13    **36A, which is the same as 36, except that the Tab**
14    **numbers have been updated to be correct.**
15
16
17
18
19
20
21          MR. SILVERMAN:  I'm handing you what has
22    been marked as Exhibit 43.
23          (Plaintiffs' Exhibit 43 was marked
24          for identification.)
25          (Discussion off the record.)

76

75

1    BY MR. SILVERMAN:
2        **Q.   So in the middle of the first page, on**
3    **July 20th, 2010 --**
4        A.   I'd like to read it, please.
5        **Q.   Oh, sorry.  Let me know when you're**
6    **ready.**
7          **(Witness reviewing document.)**
8        A.   Okay.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

77



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

MICHAEL MOSSHOLDER - CONFIDENTIAL



27 (Pages 102 to 105)

MICHAEL MOSSHOLDER - CONFIDENTIAL



106

107

108

109

```
 3        MS. GRIGSBY:  We have it.
 4        (Brief pause.)
 5     BY MR. SILVERMAN:
 6        Q.  Did you find it?
 7        A.  I have not.  I have found the contract,
 8     but I haven't found the ...
 9        Q.  Okay.  I'll just give you a couple more
10     minutes then.
11        (Brief pause.)
```

28  (Pages 106 to 109)

MICHAEL MOSSHOLDER - CONFIDENTIAL



|   | 120 |
|---|---|
| 1 | ████████ |
| 2 | MR. SILVERMAN: Well, we're about out of |
| 3 | time, so let's shut the tape off for now. |
| 4 | THE VIDEOGRAPHER: Go off the record? |
| 5 | MR. SILVERMAN: Let's go off the record, |
| 6 | yeah. |
| 7 | THE VIDEOGRAPHER: We are off the record |
| 8 | at 4:58. |
| 9 | (Proceedings adjourned) |

|   | 121 |
|---|---|
| 1 | |
| 2 | STATE OF _____ ) |
| 3 | ) :ss |
| 4 | COUNTY OF _____) |
| 5 | |
| 6 | |
| 7 | I, MICHAEL MOSSHOLDER, the witness |
| 8 | herein, having read the foregoing |
| 9 | testimony of the pages of this deposition, |
| 10 | do hereby certify it to be a true and |
| 11 | correct transcript, subject to the |
| 12 | corrections, if any, shown on the attached |
| 13 | page. |
| 14 | |
| 15 | _____ |
| 16 | MICHAEL MOSSHOLDER |
| 17 | |
| 18 | |
| 19 | |
| 20 | Sworn and subscribed to before me, |
| 21 | this _____ day of _____, 2016. |
| 22 | |
| 23 | _____ |
| 24 | Notary Public |
| 25 | |

31 (Pages 118 to 121)

MICHAEL MOSSHOLDER - CONFIDENTIAL

122

```
 1            REPORTER'S CERTIFICATE
 2
 3   STATE OF NEVADA    )
                        ) ss.
 4   COUNTY OF CLARK    )
 5
 6        I, KENDALL D. HEATH, CCR No. 475, a
     Certified Court Reporter for the State of Nevada,
 7   do hereby certify:
 8        That I reported the taking of the deposition
     of the witness, MICHAEL MOSSHOLDER, Volume 1,
 9   commencing on the 30th day of November, 2016, at
     the hour of 12:49 p.m.
10
          That prior to being examined, the witness
11   was duly sworn by me to testify to the truth, the
     whole truth, and nothing but the truth.
12
          That I thereafter transcribed my said
13   shorthand notes into typewriting and that the
     typewritten transcript of said deposition is a
14   complete, true and accurate transcription of my
     said shorthand notes taken down at said time, and
15   that a request has not been made to review the
     transcript.
16
          I further certify that I am not a relative
17   or employee of an attorney or counsel of any of the
     parties, nor a relative or employee of any attorney
18   or counsel involved in said action, nor a person
     financially interested in the action.
19
          IN WITNESS WHEREOF, I have hereunto
20   set my signature this 13th day of December, 2016.
21
22
          _____
23
              KENDALL D. HEATH
24              CCR No. 475
25
```

124

```
 1               E R R A T A
 2
 3
 4
 5      I wish to make the following changes,
 6   for the following reasons:
 7
 8   PAGE LINE
 9   ___ ___ CHANGE:_____
10   REASON:_____
11   ___ ___ CHANGE:_____
12   REASON:_____
13   ___ ___ CHANGE:_____
14   REASON:_____
15   ___ ___ CHANGE: _____
16   REASON:_____
17   ___ ___ CHANGE: _____
18   REASON:_____
19   ___ ___ CHANGE: _____
20   REASON:_____
21
22   _____  _____
23    WITNESS' SIGNATURE        DATE
24
25
```

123

```
 1       INSTRUCTIONS TO WITNESS
 2
 3      Please read your deposition over carefully
 4   and make any necessary corrections. You should state
 5   the reason in the appropriate space on the errata
 6   sheet for any corrections that are made.
 7      After doing so, please sign the errata sheet
 8   and date it.
 9      You are signing same subject to the changes
10   you have noted on the errata sheet, which will be
11   attached to your deposition.
12      It is imperative that you return the original
13   errata sheet to the deposing attorney within thirty
14   (30) days of receipt of the deposition transcript by
15   you. If you fail to do so, the deposition transcript
16   may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

32  (Pages 122 to 124)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099