1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, NW, Washington, DC 20005
5  Telephone: (202) 237-2727; Fax: (202) 237-6131

6  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
7  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
8  Telephone: (702) 382-7300; Fax: (702) 382-2755

9  DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
10 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
11 CAMPBELL & WILLIAMS
   700 South 7th Street, Las Vegas, NV 89101
12 Telephone: (702) 382-5222; Fax: (702) 382-0540

13 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DEFENDANT ZUFFA, LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 571)** |

Plaintiffs file a notice of supplemental authority from the *Hunt v. Zuffa* litigation in which the Court denied without prejudice two of Zuffa's motions requesting to seal Zuffa's promotional agreements with the plaintiff in that case. *Hunt v. Zuffa, LLC*, 2:17-cv-00085-JAD-CWH, ECF No. 133. The Court's order in the *Hunt* case did not weigh the merits of Zuffa's sealing motions or make a determination that Zuffa's promotional agreements do not meet the compelling reasons standard for sealing. Instead, the Court found that Zuffa's motions which cited the standard for a non-dispositive motion did not provide an adequate justification for sealing exhibits to a dispositive motion to dismiss. *Id*. Furthermore, the Court denied the motions without prejudice and Zuffa has subsequently re-filed a motion to seal explaining the justifications for sealing these documents under the compelling reasons standard. *Hunt* ECF No. 135.

Unlike the *Hunt* court which has not yet evaluated the merits of whether Zuffa's promotional agreements can be sealed under the compelling reasons standard, this Court has previously found that Zuffa's promotional agreements do meet that standard. ECF No. 495 (granting Zuffa's motion to seal promotional agreements under the compelling reasons standard in association with Zuffa's motion for partial summary judgment).

Dated: August 2, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/ Stacey K. Grigsby
      Stacey K. Grigsby
*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Zuffa's Response to Plaintiffs' Notice of Supplemental Authority** was served on August 2, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

    /s/ Roderick Crawford
An employee of Boies Schiller Flexner