

NEWS    FEATURES    RANKINGS    FIGHT FINDER    ALL ACCESS    PICTURES    BOXING    HOME    FORUMS

SEARCH FORUMS    RECENT POSTS



## Serious question. When signing to challenge for the belt...

Discussion in 'UFC Discussion' started by JohnOates, Jun 25, 2018.



Sign up now!

**JohnOates**
Orange Belt

Joined:           Aug 24, 2013
Messages:                395
Likes Received:          604

Is their a clause that says if you win you must defend your belt in xxx months, against an opponent of our (UFC) choosing?

If not, why do you think not? Surely anyone hungry and finally getting a title shot will sign to that.

If they refuse, screw them.

JohnOates, Jun 25, 2018                                              #1

UFC championship clause:

"if, at the expiration of the Term, Fighter is then UFC champion, the



**LouisBolanos**
Popcorn tastes good

Joined: Nov 7, 2014
Messages: 25,901
Likes Received: 91,638
Location: Lake Jackson

Term shall be automatically extended for a period commencing on the Termination Date and ending on the earlier of (i) one (1) year from the Termination Date; or (ii) the date on which Fighter has participated in three (3) bouts promoted by ZUFFA following the Termination Date ("Extension Term"). Any references to the Term herein shall be deemed to include a reference to the Extension Term, where applicable."

Basically you can interpret this as a one term extension, or extensions in perpetuity if you interpret "term" to include all subsequent "extension terms". It is legally ambiguous.

LouisBolanos, Jun 25, 2018                                              #2

JohnOates likes this.



**Arm Barbarian**
Steel Belt
**Platinum Member**

Joined: Jul 17, 2013
Messages: 30,643
Likes Received: 183,423
Location: Wild West

Did you watch McNeverDefend?

Pretty sure we've seen the answer to that question.

Arm Barbarian, Jun 25, 2018 #3

ixRanGzeNxi, MEAN357 and Couch Ninja like this.

---

**JohnOates**
Orange Belt

Joined: Aug 24, 2013
Messages: 395
Likes Received: 604

> LouisBolanos said: ↑
>
> *UFC championship clause:*
>
> *"if, at the expiration of the Term, Fighter is then UFC champion, the Term shall be automatically extended for a period commencing on the Termination Date and ending on the earlier of (i) one (1) year from the Termination Date; or (ii) the*

My head just exploded

JohnOates, Jun 25, 2018 #4

MEAN357 and Couch Ninja like this.

---

**Couch Ninja**
Pinball Wizard

Joined: Aug 13, 2016
Messages: 2,112
Likes Received: 4,754
Location: Fields of Sour Diesel

> JohnOates said: ↑
>
> *My head just exploded*

Mine too. It's like a rubik's cube with words

Couch Ninja, Jun 25, 2018 #5

VVarhead and JohnOates like this.

---

**cyrusthevyrus**
Black Belt

> Arm Barbarian said: ↑
>
> *Did you watch McNeverDefend?*
>
> *Pretty sure we've seen the answer to that question.*

Woodley is coming back hard

cyrusthevyrus, Jun 25, 2018 #6

Arm Barbarian likes this.

Joined: Jan 20, 2013
Messages: 5,239
Likes Received: 2,453



**LouisBolanos**
Popcorn tastes good

Joined: Nov 7, 2014
Messages: 25,901
Likes Received: 91,638
Location: Lake Jackson

JohnOates said: ↑

> My head just exploded

It basically means if your contract expired when you're UFC champ, the contract gets automatically extended for either 1 year or 3 more fights, whichever one finishes first. Whether this is a one time extension or keeps on auto-extending forever as long as you're champ is left ambiguous on purpose.

LouisBolanos, Jun 25, 2018     #7

JohnOates likes this.



**JohnOates**
Orange Belt

Joined: Aug 24, 2013
Messages: 395
Likes Received: 604

LouisBolanos said: ↑

> It basically means if your contract expired when you're UFC champ, the contract gets automatically extended for either 1 year or 3 more fights, whichever one finishes first. Whether this is a one time extension or keeps on auto-extending forever as long as you're champ is left ambiguous on purpose.

Thanks. So they are kinda leaving themselves open to Champs holding up divisions

JohnOates, Jun 25, 2018     #8



**LouisBolanos**
Popcorn tastes good

Joined: Nov 7, 2014
Messages: 25,901
Likes Received: 91,638
Location: Lake Jackson

JohnOates said: ↑

> Thanks. So they are kinda leaving themselves open to Champs holding up divisions

Only if they don't strip you, which they won't do for anyone not named Conor McGOAT. They didn't even do it for GSP when he wanted to take time out.

LouisBolanos, Jun 25, 2018     #9

JohnOates likes this.



**JohnOates**
Orange Belt

Joined: Aug 24, 2013
Messages: 395
Likes Received: 604

LouisBolanos said: ↑

*Only if they don't strip you, which they won't do for anyone not named Conor McGOAT. They didn't even do it for GSP when he wanted to take time out.*

Thanks for taking the time to answer

JohnOates, Jun 25, 2018                                                    #10

LouisBolanos likes this.

(You must log in or sign up to reply here.)

**Share This Page**

Tweet    Recommend    Be the first of your friends to recommend this.

FORUMS    FIGHT DISCUSSION    UFC DISCUSSION

SD DARK (DEFAULT)

Contact Us    Forum Rules   Privacy Policy