Justin C. Jones, Esq.
Nevada State Bar No. 8519
Nicole Lovelock, Esq.
Nevada State Bar No. 11187
**JONES LOVELOCK**
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: jjones@joneslovelock.com
Email: nlovelock@joneslovelock.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, dba ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>Defendant. | CASE NO.: 2:15-cv-01045-RFB-PAL<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST AND [*PROPOSED*] ORDER** |

Attorney Justin J. Jones ("Jones"), was formally employed with the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, the liaison counsel of record for *the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* (collectively referred to as the "Plaintiffs"). Jones is now employed with the law firm of JONES LOVELOCK, and therefore, no longer the attorney of record for Plaintiffs.

///

///

///

///

///

Pursuant to LR IA 11.6(e), Jones hereby moves this Court for an Order removing himself from the case as attorney of record and from all service lists, including the court's electronic notification list, in the above-captioned case.

DATED this 8th day of August, 2018.

**JONES LOVELOCK**

By: /s/ Justin C. Jones, Esq.
Justin C. Jones, Esq. (8519)
Nicole Lovelock, Esq. (11187)
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101

### ORDER

IT IS HEREBY ORDERED that Attorney Justin C. Jones shall be removed as attorney of record for Plaintiffs and from all electronic notices of filings and service.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2018

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2018, a true and correct copy of the **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST AND [*PROPOSED*] ORDER** was submitted for filing and service via the United States District Court CM/ECF System on all parties or persons requiring notice in this matter.

/s/ Lorie A. Januskevicius
An Employee of JONES LOVELOCK