| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro hac vice*) |
| 2 | (wisaacson@bsfllp.com) |
|   | STACEY K. GRIGSBY (*Pro hac vice*) |
| 3 | (sgrigsby@bsfllp.com) |
|   | NICHOLAS A. WIDNELL (*Pro hac vice*) |
| 4 | (nwidnell@bsfllp.com) |
|   | BOIES SCHILLER FLEXNER LLP |
| 5 | 1401 New York Avenue, NW, Washington, DC 20005 |
|   | Telephone: (202) 237-2727; Fax: (202) 237-6131 |
| 6 | |
| 7 | RICHARD J. POCKER #3568 |
|   | (rpocker@bsfllp.com) |
| 8 | BOIES SCHILLER FLEXNER LLP |
|   | 300 South Fourth Street, Suite 800, Las Vegas, NV 89101 |
| 9 | Telephone: (702) 382-7300; Fax: (702) 382-2755 |
| 10 | |
|   | DONALD J. CAMPBELL #1216 |
| 11 | (djc@campbellandwilliams.com) |
|   | J. COLBY WILLIAMS #5549 |
| 12 | (jcw@campbellandwilliams.com) |
|   | CAMPBELL & WILLIAMS |
| 13 | 700 South 7th Street, Las Vegas, NV 89101 |
|   | Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| 14 | |
| 15 | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
|   | Ultimate Fighting Championship and UFC |
| 16 | |
|   | [Additional Counsel Listed on Signature Page] |
| 17 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-(PAL) |
| 21 | | |
| 22 | | **JOINT MOTION TO SEAL PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION TO SEAL ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 581)** |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

JT. MOT. TO SEAL PLS' OPP. TO ZUFFA MOT. TO SEAL ZUFFA MOT. FOR SUMM. J.

When Defendant Zuffa, LLC ("Zuffa") filed its Motion for Summary Judgment on July 30, 2018 (ECF No. 573), it concurrently filed a Motion to Seal Zuffa, LLC's Motion for Summary Judgment and Related Materials (ECF No. 577) (the "Motion to Seal"). On August 13, 2018, Plaintiffs filed their Opposition to Defendant Zuffa, LLC's Motion to Seal Zuffa, LLC's Motion for Summary Judgment and Related Materials (ECF No. 577) (the "Opposition"). The Motion for Summary Judgment and the Opposition refer to documents that Zuffa has designated Confidential or Highly Confidential (the "Disputed Materials") pursuant to the Revised Stipulation and Protective Order issued by this Court on February 10, 2016 (ECF No. 217) (the "Protective Order"). In its Motion to Seal, Zuffa asserted that the Disputed Materials are properly sealed under the compelling reasons standard. As stated in Plaintiffs' Opposition, Plaintiffs do not believe Zuffa's confidentiality designations meet the compelling reasons standard, and oppose sealing the Disputed Materials for that reason. However, solely for the limited reason that the documents, as they currently stand, are still designated Confidential or Highly Confidential, Plaintiffs do not oppose Zuffa's request in this joint motion that the documents—and references to them in Plaintiffs' Opposition—remain under seal, in accordance with the Protective Order, until the Court has ruled on whether Zuffa has provided compelling reasons to seal them. Plaintiffs continue to reserve their right to challenge Zuffa's confidentiality designations pursuant to Section 6.1 of the Protective Order.

Zuffa and Plaintiffs (collectively, the "Parties") have stated their positions at length regarding the confidentiality and propriety of sealing the Disputed Materials, and, having met and conferred on this issue, jointly move to file certain material in Plaintiffs' Opposition conditionally under seal. The Parties' briefing states the Parties' positions as to whether that material is properly sealed, but the parties do not seek to re-litigate this issue for the purposes of these filings. Thus, at this time, the parties seek to conditionally seal the Disputed Materials until the Court has ruled on Parties respective motions regarding sealing.

The material conditionally lodged under seal in Plaintiffs' Opposition is material or descriptions of material that was conditionally lodged under seal as part of Zuffa's Motion for Summary Judgment. There is no new material that Zuffa seeks to file under seal in its Reply.

1

JT. MOT. TO SEAL PLS' OPP. TO ZUFFA MOT. TO SEAL ZUFFA MOT. FOR SUMM. J.

1 | Should the Court determine that any of the materials filed under seal in the Motion for Summary
2 | Judgment should not be sealed, Zuffa will re-file these materials on the public docket. The
3 | parties therefore submit this joint motion for the Court's consideration pursuant to the Protective
4 | Order for the Court's determination of whether the documents conditionally lodged under seal as
5 | part of Plaintiffs' Opposition are properly filed under seal.
6 | //
7 | //
8 | //
9 | //
10 | //
11 | //
12 | //
13 | //
14 | //
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

| | |
|---|---|
| Dated:  August 20, 2018 | Dated:  August 20, 2018 |
| **JOSEPH SAVERI LAW FIRM, INC.** | **BOIES SCHILLER FLEXNER LLP** |
| By: */s/ Kevin E. Rayhill* | By: */s/ Stacey K. Grigsby* |
| Joseph R. Saveri (State Bar No. 130064) | William A. Isaacson (admitted *pro hac vice*) |
| Joshua P. Davis (admitted *pro hac vice*) | Stacey K. Grigsby (admitted *pro hac vice*) |
| Kevin E. Rayhill (admitted *pro hac vice*) | Nicholas A. Widnell (admitted *pro hac vice*) |
| Jiamin Chen (admitted *pro hac vice*) | 1401 New York Ave, NW |
| 601 California Street, Suite 1000 | Washington, D.C. 20005 |
| San Francisco, California 94108 | Phone: (202) 237-2727/Fax: (202) 237-6131 |
| Phone: (415) 500-6800/Fax: (415) 395-9940 | wisaacson@bsfllp.com |
| jsaveri@saverilawfirm.com | sgrigsby@bsfllp.com |
| jdavis@saverilawfirm.com | nwidnell@bsfllp.com |
| krayhill@saverilawfirm.com | |
| jchen@saverilawfirm.com | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | **CAMPBELL & WILLIAMS** |
| | Donald J. Campbell (State Bar No. 1216) |
| | J. Colby Williams (State Bar No. 5549) |
| | 700 South 7th Street |
| | Las Vegas, Nevada 89101 |
| | Phone: (702) 382-5222/Fax: (702) 382-0540 |
| **BERGER MONTAGUE PC** | djc@campbellandwilliams.com |
| Eric L. Cramer (admitted *pro hac vice*) | jcw@campbellandwilliams.com |
| Michael Dell'Angelo (admitted *pro hac vice*) | |
| Patrick F. Madden (admitted *pro hac vice*) | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| Mark R. Suter (admitted *pro hac vice*) | |
| 1818 Market Street, Suite 3600 | **BOIES SCHILLER FLEXNER LLP** |
| Philadelphia, Pennsylvania 19103 | Richard J. Pocker (State Bar No. 3568) |
| Phone: (215) 875-3000/Fax: (215) 875-4604 | 300 South Fourth Street, Suite 800 |
| ecramer@bm.net | Las Vegas, Nevada 89101 |
| mdellangelo@bm.net | Phone: (702) 382-7300/Fax: (702) 382-2755 |
| pmadden@bm.net | rpocker@bsfllp.com |
| msuter@bm.net | |
| | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | |

**COHEN MILSTEIN SELLERS**
   **& TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, D.C. 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Attorneys for Plaintiffs*

**WOLF, RIFKIN, SHAPIRO,**
   **SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**ATTESTATION OF FILER**

The signatories to this document are myself and Kevin Rayhill, and I have obtained Mr. Rayhill's concurrence to file this document on his behalf.

Dated: August 20, 2018                                              */s/ Stacey K. Grigsby*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Motion to Seal Plaintiffs' Opposition to Zuffa, LLC's Motion to Seal Zuffa, LLC's Motion for Summary Judgment (ECF No. 581) was served on August 20, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Roderick Crawford

Roderick Crawford

JT. MOT. TO SEAL PLS' OPP. TO ZUFFA MOT. TO SEAL ZUFFA MOT. FOR SUMM. J.