WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER REGARDING THE JOINT MOTION TO SEAL PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION TO SEAL ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 581)** |

**[PROPOSED] ORDER**

Before this Court is the parties' Joint Motion to Seal Plaintiffs' Opposition to Zuffa, LLC's Motion to Seal Zuffa, LLC's Motion for Summary Judgment (ECF No. 581).

The Court finds that under the applicable standard, Zuffa [has or has not] made the requisite finding as to the documents Zuffa moves to seal.

IT IS HEREBY ORDERED THAT Zuffa's Motion to Seal is [GRANTED OR DENIED]. The Clerk of the Court shall [file under seal or unseal] those portions of documents that have been lodged under seal in connection with Plaintiffs' Opposition to Zuffa, LLC's Motion to Seal Zuffa, LLC's Motion for Summary Judgment (ECF No. 581).

IT IS SO ORDERED.

DATED: _____, 2018        By: _____
                                    Hon. Richard F. Boulware
                                    UNITED STATES DISTRICT JUDGE