WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W., Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF ALI ABDELAZIZ** |

# DECLARATION OF ALI ABDELAZIZ

I, Ali Abdelaziz, declare as follows:

1. I am over 21 years old and have personal knowledge of the information in this declaration. If called to testify, I could and would testify competently to the information in this declaration.

2. I am the President and Founder of Dominance MMA Management, a company that specializes in managing MMA fighters who compete in a variety of MMA Promotions including but not limited to the UFC, Bellator, Professional Fighters' League, and Absolute Championship Berkut. I personally represent around 100 MMA fighters, including approximately 50 UFC fighters, including current UFC Lightweight Champion Khabib Nurmagomedov and former UFC Champions Frankie Edgar, Cody Garbrandt, Fabricio Werdum, among many others.

3. Over the course of my career, I have personally engaged in hundreds of negotiations with MMA Promoters over the language and clauses of fighters' contracts including the compensation, benefits, and obligations detailed in those contracts.

4. The terms of fighters' contracts are typically subject to a confidentiality provision. For many of the fighters I represent, the confidentiality of these terms is very important. Many fighters do not want the terms of their contracts—including compensation and benefits—to be publicly disclosed.

5. For some fighters, public disclosure of such information raises legitimate safety concerns for them and their families, including making them targets of kidnapping and extortion schemes. In addition to safety concerns, some of the fighters I represent have communicated to me the desire to keep their compensation, benefits, and obligations under the contract confidential for privacy and other reasons, including to avoid requests for money from friends and family.

6. Public disclosure of the terms and compensation of fighters' agreements may also hinder me in obtaining the best possible deal for a fighter and give a strategic advantage to MMA Promoters in negotiations with fighters, which may ultimately work to the detriment of the fighter.

//

1  I declare under penalty of perjury under the laws of the United States of the America that
2  the foregoing is true and correct. Executed this __19__ day of August 2017 in
3  <u>Las Vegas, NV</u>   (location).

_____
Ali Abdelaziz