1  Eric L. Cramer (*Pro Hac Vice*)
   Michael Dell'Angelo (*Pro Hac Vice*)
2  Patrick F. Madden (*Pro Hac Vice*)
   Mark R. Suter (*Pro Hac Vice*)
3  BERGER MONTAGUE PC
   1818 Market Street, Suite 3600
4  Philadelphia, PA 19103
   Telephone:   (215) 875-3000
5  Facsimile:   (215) 875-4604
6  ecramer@bm.net
   mdellangelo@bm.net
7  pmadden@bm.net
   msuter@bm.net
8

9  *Co-Lead Counsel for the Classes and*
   *Attorneys for Individual and Representative Plaintiffs*
10 *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
   *Vazquez, Brandon Vera, and Kyle Kingsbury*
11
12 *(Additional counsel appear on signature page)*

13

14                    UNITED STATES DISTRICT COURT

15                         DISTRICT OF NEVADA

16 | Cung Le, Nathan Quarry, Jon Fitch, Brandon | Case No.: 2:15-cv-01045-RFB-(PAL) |
17 | Vera, Luis Javier Vazquez, and Kyle         |                                   |
   | Kingsbury on behalf of themselves and all   | **JOINT AGREED MOTION TO**        |
18 | others similarly situated,                  | **EXTEND MOTION FOR**             |
   |                                             | **SUMMARY JUDGMENT**              |
19 |                    Plaintiffs,              | **OPPOSITION AND REPLY BRIEF**    |
   |           v.                                | **DEADLINES AND FOR LEAVE TO**    |
20 |                                             | **FILE SUMMARY JUDGMENT**         |
   |                                             | **BRIEFING MATERIALS IN**         |
21 | Zuffa, LLC, d/b/a Ultimate Fighting         | **EXCESS OF PAGE LIMITS**         |
   | Championship and UFC,                       | **IMPOSED BY LOCAL RULE 7-3**     |
22 |                                             |                                   |
   |                    Defendant.               | **(First Request for Extension of Time)** |
23

24

25

26

27

28

---

JOINT AGREED MOTION TO EXTEND MOTION FOR SUMMARY JUDGMENT
OPPOSITION AND REPLY BRIEF DEADLINES AND FOR LEAVE TO FILE SUMMARY
JUDGMENT MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3

Pursuant to Local Rule IA 6-1 and Local Rule 7-3(c), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa") (Zuffa and Plaintiffs collectively, "the Parties"), by and through their undersigned attorneys, move to extend the deadlines for Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Defendant's Reply in Support of its Motion for Summary Judgment, and for leave to file summary judgment briefing in excess of the page limits imposed by Local Rule 7-3(a). The Parties seek to extend the deadlines set forth in the Second Stipulated Discovery Plan and Scheduling Order, ECF No. 513, for Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment—presently due September 14, 2018—and Zuffa's Reply in Support of its Motion for Summary Judgment—presently due October 26, 2018—by one week.

The Parties have met and conferred, reached an agreement, and now jointly move to extend the deadlines for Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment and Zuffa's Reply in Support of its Motion for Summary Judgment by one week. This proposed extension would alter the deadline for Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment from September 14, 2018 to September 21, 2018 and for Zuffa's Reply in Support of its Motion for Summary Judgment from October 26, 2018 to November 2, 2018. *See* ECF No. 513.

On July 27, 2018, the Parties jointly moved the Court to permit the Parties to allocate additional pages for their summary judgment briefing. *See* ECF No. 570. On July 30, 2018, Zuffa filed its Motion for Summary Judgment. *See* ECF No. 573. The Parties have since met and conferred, reached a subsequent agreement, and now jointly move the Court to permit the Parties to allocate 45 pages for Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment and 27 pages for Zuffa's Reply in Support of its Motion for Summary Judgment. The Parties intend for the page limits proposed herein to incorporate and supersede the page limits requested in their previous Joint Motion, ECF No. 570.

The table below summarizes the Parties' proposal:

JOINT AGREED MOTION TO EXTEND MOTION FOR SUMMARY JUDGMENT
OPPOSITION AND REPLY BRIEF DEADLINES AND FOR LEAVE TO FILE SUMMARY
JUDGMENT MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3

| Brief | Current LR 7-3(a) Limit | Proposed Limit | Current Deadline | Proposed Deadline |
|---|---|---|---|---|
| Zuffa's Motion for Summary Judgment | 30 pages | 40 pages[1] | -- | -- |
| Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment | 30 pages | 45 pages[2] | September 14, 2018 | September 21, 2018 |
| Zuffa's Reply in Support of its Motion for Summary Judgment | 20 pages | 27 pages | October 26, 2018 | November 2, 2018 |

The proposed page limits, as outlined above, incorporate the 40 page limit for Zuffa's Motion for Summary Judgment that was requested in the Parties' previous Joint Motion, ECF No. 570, and are otherwise intended to supersede the page limits previously requested. The Parties have submitted a Proposed Order with the present Motion that incorporates all of the terms specified above, and believe that in light of the superseding Proposed Order, ruling on the previous Motion, ECF No. 570, is no longer necessary.

The Parties have good cause to seek to exceed the Local Rule 7-3(a) page limits as the record is extensive and the issues to be addressed in the Parties' Summary Judgment briefing are substantial and susceptible of lengthy exposition. For these reasons, good cause exists to grant an extension of the Local Rule 7-3(a) page limits. *See Jacobs v. Clark Cty. Sch. Dist.*, 373 F. Supp. 2d 1162, 1168 (D. Nev. 2005) (granting a motion to exceed the page limit requirements of the District of Nevada's Local Rules where the issues to be addressed "are substantial and susceptible of lengthy exposition"). The Parties agree that additional time to file these briefs is necessary in order to adequately address the breadth of the issues involved.

The Parties respectfully request that the Court extend the deadlines set forth in the Second Stipulated Discovery Plan and Scheduling Order, ECF No. 513, as specified above, that the Court find that good cause exists, and that the Court grant leave to file Summary Judgment briefing materials in excess of the page limits specified by Local Rule 7-3(a) as specified above.

---

[1] The 40 page limit includes Zuffa's Statement of Undisputed Material Facts.
[2] The 45 page limit includes Plaintiffs' Counterstatement of Undisputed Material Facts.

1   Dated:  August 28, 2018                    Dated:  August 28, 2018

2

3   **BERGER MONTAGUE PC**                     **BOIES SCHILLER FLEXNER LLP**

    By: */s Eric L. Cramer*                    By: *Stacey K. Grigsby*
4   Eric L. Cramer (admitted *pro hac vice*)   William A. Isaacson (admitted *pro hac vice*)
    Michael Dell'Angelo (admitted *pro hac vice*)   Stacey K. Grigsby (admitted *pro hac vice*)
5   Patrick F. Madden (admitted *pro hac vice*)   Nicholas A. Widnell (admitted *pro hac vice*)
    Mark R. Suter (admitted *pro hac vice*)    1401 New York Ave, NW
6   1818 Market Street                         Washington, D.C. 20005
    Philadelphia, Pennsylvania 19103           Phone: (202) 237-2727/Fax: (202) 237-6131
7   Phone: (215) 875-3000/Fax: (215) 875-4604   wisaacson@bsfllp.com
    ecramer@bm.net                             sgrigsby@bsfllp.com
8   mdellangelo@bm.net                         nwidnell@bsfllp.com
    pmadden@bm.net
9   msuter@bm.net                              *Attorneys for Defendant* Zuffa, LLC, d/b/a
                                               Ultimate Fighting Championship and UFC
10
    *Co-Lead Counsel for the Classes and*
11  *Attorneys for Individual and Representative*   **CAMPBELL & WILLIAMS**
    *Plaintiffs Cung Le, Nathan Quarry, Jon*   Donald J. Campbell (State Bar No. 1216)
12  *Fitch, Luis Javier Vazquez, Brandon Vera,*   J. Colby Williams (State Bar No. 5549)
    *and Kyle Kingsbury*                        700 South 7th Street
13                                             Las Vegas, Nevada 89101
                                               Phone: (702) 382-5222/Fax: (702) 382-0540
14  **COHEN MILSTEIN SELLERS**                  djc@campbellandwilliams.com
        **& TOLL, PLLC**                        jcw@campbellandwilliams.com
15  Benjamin D. Brown (admitted *pro hac vice*)
    Richard A. Koffman (admitted *pro hac vice*)   *Attorneys for Defendant* Zuffa, LLC, d/b/a
16  Daniel Silverman (admitted *pro hac vice*)   Ultimate Fighting Championship and UFC
    1100 New York Ave., N.W.
17  Suite 500, East Tower                      **BOIES SCHILLER FLEXNER LLP**
    Washington, D.C. 20005                     Richard J. Pocker (State Bar No. 3568)
18  Phone: (202) 408-4600/Fax: (202) 408 4699   300 South Fourth Street, Suite 800
    bbrown@cohenmilstein.com                   Las Vegas, Nevada 89101
19  rkoffman@cohenmilstein.com                 Phone: (702) 382-7300/Fax: (702) 382-2755
    dsilverman@cohenmilstein.com               rpocker@bsfllp.com
20
                                               *Attorneys for Defendant* Zuffa, LLC, d/b/a
21  *Co-Lead Counsel for the Classes and*      Ultimate Fighting Championship and UFC
    *Attorneys for Individual and Representative*
22  *Plaintiffs Cung Le, Nathan Quarry, Jon*
    *Fitch, Luis Javier Vazquez, Brandon Vera,*
23  *and Kyle Kingsbury*

24

25

26

27

28
                                        3
    JOINT AGREED MOTION TO EXTEND MOTION FOR SUMMARY JUDGMENT
    OPPOSITION AND REPLY BRIEF DEADLINES AND FOR LEAVE TO FILE SUMMARY
    JUDGMENT MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

**WOLF, RIFKIN, SHAPIRO,**
    **SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys*
*for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis*
*Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

4

JOINT AGREED MOTION TO EXTEND MOTION FOR SUMMARY JUDGMENT
OPPOSITION AND REPLY BRIEF DEADLINES AND FOR LEAVE TO FILE SUMMARY
JUDGMENT MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WARNER ANGLE HALLAM JACKSON
    & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for
Individual and Representative Plaintiffs Cung
Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S.
    SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Counsel for the Classes and Attorneys for
Individual and Representative Plaintiffs Cung
Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Brandon Vera, and Kyle Kingsbury*

JOINT AGREED MOTION TO EXTEND MOTION FOR SUMMARY JUDGMENT
OPPOSITION AND REPLY BRIEF DEADLINES AND FOR LEAVE TO FILE SUMMARY
JUDGMENT MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3

**SPECTOR ROSEMAN KODROFF &**
    **WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Counsel for the Classes and Attorneys for*
*Individual and Representative Plaintiffs Cung*
*Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Counsel for the Classes and Attorneys for*
*Individual and Representative Plaintiffs Cung*
*Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

6

## ATTESTATION OF FILER

The signatories to this document are myself and Stacey Grigsby, and I have obtained Ms. Grigsby's concurrence to file this document on her behalf.

Dated: August 28, 2018                                   */s/  Eric L. Cramer*          

7

1

### <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on this 28th day of August, 2018 a true and correct copy of the

3

**Parties' Joint Agreed Motion to Extend Motion for Summary Judgment Opposition and Reply Brief Deadlines and for Leave to File Summary Judgment Briefing Materials in**

4

**Excess of Page Limits Imposed By Local Rule 7-3** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

5

6

*/s/ Eric L. Cramer*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

JOINT AGREED MOTION TO EXTEND MOTION FOR SUMMARY JUDGMENT OPPOSITION AND REPLY BRIEF DEADLINES AND FOR LEAVE TO FILE SUMMARY JUDGMENT MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3