**[PROPOSED] ORDER**

Before this Court is the Parties' Joint Agreed Motion to Extend Motion for Summary Judgment Opposition and Reply Brief Deadlines and for Leave to File Summary Judgment Briefing Materials in Excess of Page Limits Imposed by Local Rule 7-3, filed by Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa") (collectively "the Parties").

It is hereby ordered that the deadlines set forth in the Second Stipulated Discovery Plan and Scheduling Order, ECF No. 513, are modified as follows:

| | |
|---|---|
| Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment | September 21, 2018 |
| Zuffa's Reply in Support of its Motion for Summary Judgment | November 2, 2018 |

The Court finds that good cause exists and that a modification to the page limits specified in the District of Nevada Local Rule 7-3(a) is appropriate. Therefore, it is further ordered that the page limits for the briefing related to the Parties' summary judgment motions are modified as follows:

| | |
|---|---|
| Zuffa's Motion for Summary Judgment | 40 pages |
| Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment | 45 pages |
| Zuffa's Reply in Support of its Motion for Summary Judgment | 27 pages |

IT IS SO ORDERED.

DATED: _____     By: _____
The Honorable Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE

---

**[PROPOSED] ORDER RE: JOINT AGREED MOTION TO EXTEND MOTION FOR SUMMARY JUDGMENT OPPOSITION AND REPLY BRIEF DEADLINES AND FOR LEAVE TO FILE SUMMARY JUDGMENT BRIEFING MATERIALS IN EXCESS OF PAGE LMITS IMPOSED BY LOCAL RULE 7-3**