# <u>Exhibit A</u>

Order, *Hunt v. Zuffa*, 2:17-cv-00085 (D. Nev. Aug. 20, 2018)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

MARK HUNT,

        Plaintiff,

v.

ZUFFA, LLC, et al.,

        Defendants.

Case No. 2:17-cv-00085-JAD-CWH

**ORDER**

    Presently before the court is defendants Zuffa, LLC and Mark White's renewed motion for leave to file exhibits under seal and to redact a portion of their reply in support thereof (ECF No. 135), filed on August 1, 2018. Plaintiff did not file a response.

    Defendants previously filed a motion to seal various exhibits in support of their pending motion to dismiss, arguing that the exhibits were subject to confidentiality agreements. (ECF Nos. 114, 129). The court denied their request without prejudice and ordered the clerk of court to maintain the exhibits under seal for 14 days. (ECF No. 133.) Defendants now move to renew their motions to seal exhibits in support of their motion to dismiss and to redact a portion of their reply. (ECF No. 135.) Defendants argue that compelling reasons support their request to seal the exhibits and their reply.

    Generally, the public has a right to inspect and copy judicial records. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Such records are presumptively publicly accessible. *Id.* Consequently, a party seeking to seal a judicial record "bears the burden of overcoming this strong presumption." *Id.* In the case of dispositive motions, the party seeking to seal the record "must articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Id.* at 1178-79 (alteration and internal

1  quotation marks and citations omitted).  Among the compelling reasons which may justify sealing
2  a record are "when such court files might have become a vehicle for improper purposes, such as
3  the use of records to gratify private spite, promote public scandal, circulate libelous statements, or
4  release trade secrets."  *Id.* at 1179 (quotation omitted).

5  Here, defendants move to seal exhibits that contain agreements between defendant Zuffa
6  and plaintiff, and to redact a portion of their reply that quotes an agreement.  Defendants claim
7  that the agreements contain proprietary information, and that public disclosure would harm
8  Zuffa's contractual relationships with other fighters and its competitive standing with MMA
9  promoters.  The court finds that defendants have identified compelling reasons that warrant
10 sealing the exhibits attached to their motion to dismiss, and redacting a portion of their reply in
11 support thereof.  Therefore, the court will grant defendants renewed motion to seal.

12 IT IS THEREFORE ORDERED defendants Zuffa, LLC and Mark White's renewed
13 motion for leave to file exhibits under seal and to redact a portion of their reply in support thereof
14 (ECF No. 135) is GRANTED.

16 DATED: August 20, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE