Joseph R. Saveri (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408 4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:    (215) 875-3000
Facsimile:    (215) 875-4604
ecramer@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>  Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**PLAINTIFFS' RESPONSE TO SUPPLEMENTAL AUTHORITY REGARDING ZUFFA, LLC'S MOTIONS TO SEAL ZUFFA'S SUMMARY JUDGMENT MOTION AND PORTIONS OF PLAINTIFFS' CLASS CERTIFICATION REPLY (ECF NO. 592)** |

**PLAINTIFFS' RESPONSE TO SUPPLEMENTAL AUTHORITY REGARDING ZUFFA, LLC'S MOTIONs TO SEAL ZUFFA'S SUMMARY JUDGMENT MOTION AND PORTIONS OF PLAINTIFFS' CLASS CERTIFICATION REPLY**

Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, hereby file this Response to Defendant Zuffa, LLC's Motion for Leave to File Supplemental Authority Regarding Zuffa's Motions to Seal Zuffa's Summary Judgment Motion And Portions of Plaintiffs' Class Certification Reply (ECF No. 592) (the "Supplemental Authority Motion").

## ARGUMENT

Defendant Zuffa, LLC ("Zuffa") seeks leave to file an August 20, 2018 Order from the litigation captioned *Hunt v. Zuffa*, Case No. 2:17-cv-00085 (D. Nev.) (the "*Hunt* Order"), as supplemental authority to support two motions to seal. *See* ECF No 592-1. The Hunt Order does not support Zuffa's motions for the following reasons. First, unlike *Hunt*, *Le v. Zuffa* is a class case in which the absent class members have an abiding interest in understanding the bases of the claims and defenses, and thus there is a "strong presumption in favor of access," *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

Second, because the *Hunt* plaintiff did not oppose the motion to seal, the court was not apprised of any arguments in favor of public access, and as a result could not fully weigh the public's presumed right of access against the defendants' desire for confidentiality.

Third, under Local Rule 7-2(d), failure to oppose a motion constitutes *consent* to granting the motion, a fact which the *Hunt* defendants pointed out to the court when no opposition was filed within fourteen days.[1] Not only was no argument raised against sealing, but the court there was arguably obligated to hold in favor of sealing when effectively presented with a consent motion to seal.

---

[1] *See* Notice of Non-opposition to Renewed Motion to Seal, *Hunt* ECF No. 138, pp. 1-2.

Dated: August 31, 2018                     JOSEPH SAVERI LAW FIRM, INC.

By:          /s/Kevin E. Rayhill
                   Kevin E. Rayhill

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

COHEN MILSTEIN SELLERS & TOLL, PLLC
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

BERGER MONTAGUE PC
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorney for Plaintiffs*

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31ST day of August, 2018, a true and correct copy of the following document was served via the District of Nevada's ECF system to all counsel of record who have enrolled in the ECF system:

- **PLAINTIFFS' RESPONSE TO SUPPLEMENTAL AUTHORITY REGARDING ZUFFA, LLC'S MOTIONS TO SEAL ZUFFA'S SUMMARY JUDGMENT MOTION AND PORTIONS OF PLAINTIFFS' CLASS CERTIFICATION REPLY (ECF NO. 592)**

By:            /s/ Kevin E. Rayhill