WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W., Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**ZUFFA, LLC'S NOTICE OF NON-OPPOSITION REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT ZUFFA, LLC'S REPLY IN SUPPORT OF ITS MOTION TO SEAL MOTION FOR SUMMARY JUDGMENT AND RELATED MATERIALS (ECF NO. 591)** |

1  Defendant Zuffa, LLC ("Zuffa") hereby serves notice that it does not oppose Plaintiffs'
2  Motion for Leave to File Surreply to Defendant Zuffa, LLC's Reply in Support of Its Motion to
3  Seal Its Motion for Summary Judgment and Related Materials (ECF No. 591), Pursuant to Local
4  Rule 7-2(b) ("Plaintiffs' Surreply Motion").  Although Zuffa maintains the position that
5  compelling reasons exist to seal materials filed in connection with Zuffa's Motion for Summary
6  Judgment, the parties have extensively briefed the issue of sealing, and Zuffa does not wish to
7  occupy any more of the Court's resources by opposing yet another filing related to Zuffa's
8  Motion to Seal, ECF No. 577.  For that reason, Zuffa has filed this notice of non-opposition.
9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

ZUFFA'S NOTICE OF NON-OPPOSITION RE PLAINTIFFS' MOT. TO FILE SURREPLY
1

Dated: September 5, 2018

**BOIES SCHILLER FLEXNER LLP**
By: */s/ Stacey K. Grigsby*
William A. Isaacson (admitted *pro hac vice*)
Stacey K. Grigsby (admitted *pro hac vice*)
Nicholas A. Widnell (admitted *pro hac vice*)
1401 New York Ave, NW
Washington, D.C. 20005
Phone: (202) 237-2727/Fax: (202) 237-6131
wisaacson@bsfllp.com
sgrigsby@bsfllp.com
nwidnell@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

**CAMPBELL & WILLIAMS**
Donald J. Campbell (State Bar No. 1216)
J. Colby Williams (State Bar No. 5549)
700 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 382-5222/Fax: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

**BOIES SCHILLER FLEXNER LLP**
Richard J. Pocker (State Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Phone: (702) 382-7300/Fax: (702) 382-2755
rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Zuffa, LLC's Notice of Non-Opposition Regarding Plaintiffs' Motion for Leave to File Surreply to Defendant Zuffa, LLC's Reply in Support of Its Motion to Seal Motion for Summary Judgment and Related Materials (ECF No. 591)** was served on September 5, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Brent K. Nakamura*
Brent K. Nakamura