# Exhibit 11

Deposition of Nathan Quarry (September 30, 2016) (excerpted)

PUBLIC COPY

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Cung Le, Nathan Quarry, Jon Fitch ) Case No: 2:15-cv-01045-RFB(PAL)
Brandon Vera, Luis Javier Vazquez, )
and Kyle Kingsbury on behalf of )
themselves and all others )
similarly situated, )
)
        Plaintiff, )
)
vs. )
)
Zuffa, LLC, d/b/a Ultimate )
Fighting Championship and UFC, )
)
)
        Defendants. )

VIDEO DEPOSITION OF NATHAN QUARRY

taken at 300 South Fourth Street, Suite 800,

Las Vegas, Nevada 89101, beginning at 9:09 A.M.

and ending at 4:59 P.M. on Friday, September 30, 2016

Reported by:

Sarah Padilla
CCR NO. 929

Job No. 270538
Pages 1-297

1



**PUBLIC COPY**

**Page 42**

1  association?
2      MR. CRAMER: Asked and answered.
3      THE WITNESS: I don't recall if that was a
4  part of the conversation at the time. I don't know
5  if an association was in the line of sight at the
6  time.
7  BY MR. ISAACSON:
8      Q   All right.
9      A   That was over two years ago now, I
10 believe.
11     Q   All right. Well, when did you -- when you
12 say the association became in the line of sight,
13 when do you recall this association becoming within
14 your line of sight?
15     A   I don't recall.
16     Q   Was it before this lawsuit was filed?
17     A   I don't recall.
18     Q   All right. And have you spoken to
19 fighters about how this lawsuit will be of
20 assistance in achieving the goal of an association?
21     MR. CRAMER: Misstates the testimony. He
22 never said it would assist in achieving the goal of
23 an association.
24     MR. ISAACSON: It's a question.
25     MR. CRAMER: Okay.

**Page 43**

1      THE WITNESS: Have I spoken to fighters
2  saying how the lawsuit will help an association?
3  BY MR. ISAACSON:
4      Q   About how -- it would be of assistance in
5  achieving an association?
6      A   I would say probably, yes.
7      Q   And when you've spoken to fighters about
8  how the lawsuit would help achieve an association,
9  would you tell me what you say about that?
10     A   I think I just answered that by saying how
11 each of them help each other.
12     Q   And tell me how the lawsuit would help
13 achieve an association, at least as you have
14 explained that to other fighters?
15     MR. CRAMER: Objection to form.
16     THE WITNESS: Whether or not it helped to
17 actually achieve or found, make an association come
18 to fruition, that I don't know specifically about.
19 I know that when the lawsuit is won and Zuffa's
20 contracts are changed, at that point, then an
21 association would be helpful to then help to either
22 renegotiate those contracts, rewrite those
23 contracts.
24 BY MR. ISAACSON:
25     Q   All right. And have you spoken to other

**Page 44**

1  fighters about how, if the lawsuit is successful,
2  that after that an association would be helpful to
3  the fighters?
4      A   I don't know that I have specifically said
5  "after we win the lawsuit an association will be
6  helpful."
7      Q   All right. You have spoken to other
8  fighters about that there is a relationship between
9  the lawsuit and your goal of an association; do I
10 have that right?
11     MR. CRAMER: Objection to form.
12     THE WITNESS: What you do you mean by
13 "relationship"?
14 BY MR. ISAACSON:
15     Q   Well, the relationship as you have
16 described it, that you do consider the lawsuit, the
17 antitrust lawsuit and your goal of an association
18 someday to be related; correct?
19     A   Well, what I said is they are three
20 separate entities that will help each other. So
21 that is not related to one -- one may get a benefit
22 from the other. They're still separate entities.
23     Q   Well, you -- well, let's -- so I just want
24 to understand that. The -- you do think an
25 association would benefit if the antitrust lawsuit

**Page 45**

1  was successful; is that correct?
2      MR. CRAMER: Objection. Misstates the
3  testimony.
4      THE WITNESS: Do I think that an -- the
5  association would benefit --
6  BY MR. ISAACSON:
7      Q   If the antitrust lawsuit was successful.
8      MR. CRAMER: Misstates the testimony.
9  Object to the form.
10     THE WITNESS: I think the association is a
11 necessary thing to help the fighters, and winning
12 the lawsuit is also going to help the fighters, so
13 while they're separate entities, the association
14 will benefit from winning of the lawsuit.
15 BY MR. ISAACSON:
16     Q   All right. You do think that the
17 association will be of assistance if the antitrust
18 lawsuit is successful; do I have that correct?
19     A   I think the association is beneficial at
20 any time, whether the lawsuit is won or not.
21     Q   All right. Am I correct that one role
22 that you would like to see an association have in
23 the future is to negotiate or renegotiate the
24 players' contract -- the fighters' contracts in the
25 event that the antitrust lawsuit is successful?


**PUBLIC COPY**

Page 46

```
 1       A    If the association is called upon to help
 2  in such matters, I think having all the fighters
 3  speak with one voice would definitely be helpful as
 4  opposed to each fighter standing alone.
 5       Q    All right.  And am I correct that you --
 6  that one relationship you see between the antitrust
 7  lawsuit and your goal of an association is that if
 8  the antitrust lawsuit is successful, the association
 9  would be a good organization to renegotiate the
10  contracts?
11            MR. CRAMER:  Asked and answered.  Form.
12            THE WITNESS:  It's speculation.  I see in
13  all the other professional leagues that a players'
14  association has been very helpful in helping defend
15  the players' rights.
16            MR. CRAMER:  Do you need a break?
17            THE WITNESS:  No, I'm good.
18            MR. ISAACSON:  That is one of the rules of
19  these things.  Any time you need a break, just say
20  so.
21            THE WITNESS:  Do I need a break?
22            MR. ISAACSON:  No, you're doing great.
23  What he's referring to is when does the coffee hit.
24            MR. CRAMER:  You just looked a little
25  uncomfortable.
                         46
```

Page 47

```
 1            THE WITNESS:  Oh, it's just my back.
 2            MR. CRAMER:  That's why I --
 3            THE WITNESS:  As long as I can move around
 4  I'm okay for the most part.
 5            MR. CRAMER:  Keep moving around, then.
 6  BY MR. ISAACSON:
 7       Q    So if the antitrust lawsuit is successful,
 8  what is your understanding of any benefit you
 9  individually will receive?
10       A    The antitrust lawsuit, me personally, I'm
11  here as a class representative of those that are
12  still fighting and those that will fight in the
13  future.  Our main goal for the lawsuit itself is
14  damages and what would have happened if we would
15  have had a free market where the fighters were able
16  to compete and see what their true value is worth
17  and then change the exclusive contracts that the
18  fighters are forced to be into if they want to fight
19  in the biggest league in the world, especially in
20  the United States, as well as not having to worry
21  about being threatened, blacklisted, punished for
22  not doing what they are told right out the gate.
23  ==As Joe Silva said one time, "If you don't==
24  ==like the first fight I offer you, you're sure as==
25  ==shit not going to like the second one."==  Those types
                         47
```

Page 48

```
 1  of things, when you're trying to work in an
 2  organization and you are trying to think about your
 3  own career, those are things that you should not be
 4  bullied into being forced to do.  Otherwise you are
 5  going to be punished.
 6            My goal for the lawsuit is definitely
 7  damages for everything that has happened in the past
 8  and to change the way Zuffa does business moving
 9  forward.
10  BY MR. ISAACSON:
11       Q    And I'll come back to those points you
12  just made.  But can you tell me what is your
13  understanding of how you will benefit if the
14  antitrust lawsuit is successful?
15       A    How I will benefit if the antitrust
16  lawsuit is successful.  Well, I'm not a part of the
17  bout class.  My fights were outside of that
18  timeline.  I am a part of the identity class.  My
19  fights are shown 24 hours a day on the UFC website.
20  Trading cards are sold, video games are sold.  At
21  the start of every UFC pay-per-view, they show me
22  getting knocked out, so I assume that still has some
23  value to them.  These are things I was never able to
24  negotiate.  No fighter is able to negotiate because
25  they're all handed the same cookie cutter contract
                         48
```

Page 49

```
 1  and forced to sign, and if you don't want to sign
 2  that, you have nowhere else to go since UFC has
 3  bought up all the competition.
 4       Q    All right.  Do you expect that if the
 5  antitrust lawsuit is successful that you would
 6  financially benefit by being -- from your role in
 7  the identity class?
 8       A    I have no idea.  I'm not the -- I don't
 9  know what the numbers would be.
10       Q    All right.  Are you familiar with the
11  concept of class representatives receiving bonus
12  awards or other compensation?
13       A    I have heard that, yes.
14       Q    And have you heard that from anyone other
15  than lawyers?
16       A    At any time?
17       Q    Sure.
18       A    No.  That's not something that comes up in
19  average fighter speak conversations.  We're talking
20  more about kimuras and heel hooks and knock outs.
21       Q    All right.  And what is your understanding
22  of the potential for a class representative in
23  receiving any special award?
24       A    I have no idea.  I don't know how those
25  things work.  And I sat down and considered joining
                         49
```



13 (Pages 46 to 49)

PUBLIC COPY

| | |
|---|---|
| Page 50 | Page 52 |
| 1 the lawsuit, as I said, there is damages from the<br>2 past that's changing the way Zuffa does business<br>3 moving forward. My main goal is to do that, to<br>4 change things for the next generation of fighters<br>5 and those fighters that are still under contract<br>6 right now.<br>7     I think that's a very hard concept for<br>8 people to understand, and I use this phrase often.<br>9 Those that want to rule the world can't comprehend<br>10 that the rest of us just want to live in it. They<br>11 don't understand that, yes, we want to follow our<br>12 dream and then maybe also feed our families as well.<br>13 And every single sporting organization the owners<br>14 have the same position, that the athletes that are<br>15 putting their health, safety and life on the line<br>16 are incredibly lucky and anyone would be willing to<br>17 do their job for free, and the promoters and<br>18 businessmen are just doing it for the love of the<br>19 sport, and they just want to see others live their<br>20 dream while they reap billions and billions of<br>21 dollars in profit, and they expect the fighters and<br>22 athletes to thank them for that opportunity.<br>23     Like I said, every major sports<br>24 organization has an association. The NFL started<br>25 with the players wanted the team owners, the owners | 1 meeting.<br>2     Have you been part of any actual formal<br>3 meetings to plan a potential association?<br>4   A  Yes.<br>5   Q  Okay. How many such meetings?<br>6   A  I don't know. Not many.<br>7   Q  In the range of a half dozen? More than<br>8 ten?<br>9   A  Probably a little less than a half dozen.<br>10   Q  All right. And how many people have<br>11 attended those meetings? Can you give me an<br>12 estimate?<br>13     MR. CRAMER: All the meetings combined?<br>14 BY MR. ISAACSON:<br>15   Q  We can break it down. If you can do it in<br>16 some sort of summary fashion. Are these a series of<br>17 small meetings of small groups of people? Are these<br>18 large meetings? Anything that gets us through this<br>19 efficiently.<br>20   A  Sorry. I think there was maybe three or<br>21 four, maybe a dozen people at the most at these<br>22 meetings.<br>23   Q  All right. Thanks.<br>24     So you've been to three or four meetings<br>25 about planning a potential association and up to a |
| Page 51 | Page 53 |
| 1 to wash their jerseys in between games. And the<br>2 owners said, "I can't believe how greedy you guys<br>3 are." Three months out of the year you get to play<br>4 football and then you go back to the factory. You<br>5 want us to wash your jerseys, that's just<br>6 ridiculous. And so the athletes formed an<br>7 association, were able to fight for their rights.<br>8 And it's just our time. It's the ways these things<br>9 go.<br>10     Every organization, as you look around<br>11 this building you'll see exit signs. No one here<br>12 had to picket to get exit signs or fire exits. That<br>13 was done a hundred years ago because of a fire in<br>14 New York where there was no fire exits and people<br>15 had to picket for those things. It's just our time<br>16 and we are going to fight to get what we believe we<br>17 deserve as the actual draw for the show. Dana White<br>18 can say over and over again that it's the best show<br>19 ever and they brand it as the UFC. He has yet to<br>20 put on a fight with no fighters and just an empty<br>21 cage and sell a million pay-per-view buys.<br>22   Q  All right. Now you mentioned before that<br>23 sometimes when you talk to fighters about<br>24 association, it's a brief conversation or just a<br>25 sentence and not a -- not anything like a planning | 1 dozen people would have been at any one of those<br>2 meetings. Is that a fair summary?<br>3   A  That is a rough estimate.<br>4     MR. CRAMER: I'm just going to make an<br>5 objection on the record. I'm going to allow these<br>6 questions, but you're not supposed to use this<br>7 deposition as a means to inquire into organizational<br>8 activities that are unrelated to this lawsuit. The<br>9 witness said it was separate from this lawsuit. And<br>10 I'll allow it for a little while, but to the extent<br>11 Zuffa thinks it's going to start discovering all<br>12 kinds of information unrelated to the lawsuit<br>13 through this deposition, that is improper.<br>14     MR. ISAACSON: I think my questions have<br>15 been proper and will continue to be proper.<br>16 BY MR. ISAACSON:<br>17   Q  Have the other named plaintiffs in this<br>18 case attended those meetings?<br>19   A  I would say off and on. I don't know that<br>20 they've been to every one or if I've been to every<br>21 one or if they've been to every one at all times.<br>22   Q  Can you identify any of the named<br>23 plaintiffs who didn't attend any of the meetings?<br>24   A  I wouldn't know. I don't believe I was at<br>25 every meeting, so I wouldn't know if they were there |



14 (Pages 50 to 53)

PUBLIC COPY