# Exhibit 12

## 30(b)(6) Deposition of Kirk D. Hendrick on behalf of Zuffa, LLC (November 29, 2016) (excerpted)

PUBLIC COPY - REDACTED

```
                                                              1
                UNITED STATES DISTRICT COURT

                    DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
         Plaintiffs,           )
                               )
         vs.                   ) Case No.
                               ) 2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
         Defendant.            )
_____)




                      CONFIDENTIAL

   VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

                 BY KIRK D. HENDRICK

                  NOVEMBER 29, 2016

                  LAS VEGAS, NEVADA

                     9:05 a.m.


Reported by:
KENDALL D. HEATH
Job No: 47771
```

**PUBLIC COPY - REDACTED**

KIRK D. HENDRICK - CONFIDENTIAL

17 (Pages 62 to 65)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY - REDACTED

66

68

**Do you own a financial stake in Zuffa or its current owner?**

A. No.

67

**Q. You can put that aside for now.**

69

**Q. Now, in addition to the binder that we marked as Exhibit 2, I believe last week Zuffa**

PUBLIC COPY - REDACTED

**produced additional template contracts, promotional and ancillary rights agreement contracts in advance of the deposition. Do you know how that came about?**

A. I do not.

**Q. Are those -- are the contracts that were produced last week for purposes of this deposition also in Exhibit 2 to the deposition?**

A. I'd have to see them to be sure.

**Q. To save time, is it okay with you if I refer to the exclusive promotional and ancillary rights agreement as PAR or EPAR? Does that make sense?**

**Do we understand EPAR as exclusive promotional and ancillary rights agreements for purposes of this deposition.**

A. And PAR as promotional and ancillary rights agreements?

**Q. Right.**

A. I think that's fine. That's not a term I would have used, nothing we vernacularly would say, but, yes, I'll try to keep that in mind.

**Q. Okay. Just to try to save words.**

A. No. I understand.

**Q. Help out our court reporter here.**

**Q. Okay. We'll just call it a PAR, and that will stand for either promotional and ancillary rights agreement or the exclusive promotional and ancillary rights agreement.**

A. Right.

PUBLIC COPY - REDACTED

210

[redacted]

212

[redacted]

211

[redacted]

213

[redacted]

MR. CRAMER: I'd like to mark as Exhibit 20 the next document, please.

(Plaintiffs' Exhibit 20 was marked for identification.)

BY MR. CRAMER:

[redacted]

**Q. Have you seen this series of e-mails before?**

A. I don't believe so.

**Q. Okay. Do you know who Ryan Parsons is?**

A. I know the name, but I don't know if I know him personally.

[redacted]

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL

214
216
215
217

55 (Pages 214 to 217)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY - REDACTED

218

[redacted]

220

[redacted]

**MS. GRIGSBY: Objection. I was just wondering, can you point me in your 30(b)(6) notice which topic is encompassed by this question?**

MR. CRAMER: The 30(b)(6) notice has a question about the contracts with fighters in general. I think it's 2.

MS. GRIGSBY: It says, "Any formal or informal policies, principles, procedures, processes, or practices regarding Zuffa's use and/or negotiation" --

MR. CRAMER: Yeah.

MS. GRIGSBY: -- "of the fighter contracts, and including the indemnity of any form templates or standard versions."

But, again, how does that go to the formal and informal policies, principles, procedures, processes or practices? You're asking about specific language.

219

[redacted]

221

MR. CRAMER: Well, the practice or policy or procedure presumably would be based upon, in part, contractual language.

MS. GRIGSBY: Well --

MR. CRAMER: And the witness has

[redacted]

MS. GRIGSBY: Well, you asked about -- again, he's testifying as to Topic 2, which is the practice and also the principles in terms of giving fighters discretion.

[redacted]

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL

```
234  [REDACTED]
236  [REDACTED]

235
 1      MR. CRAMER:  All right.  Let's go off the
 2   record.  Tape stopped.
 3      THE VIDEOGRAPHER:  This marks the end of
 4   media No. 5 of the deposition of Kirk Hendrick.  We
 5   are off the record at 3:31.
 6      (Break taken.)
 7      THE VIDEOGRAPHER:  We are back on the
 8   record at 3:51, and this marks the beginning of
 9   media No. 6 in the deposition of Kirk Hendrick.
10   BY MR. CRAMER:
     [REDACTED]

237  [REDACTED]
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

KIRK D. HENDRICK - CONFIDENTIAL

238

240

239

241

MR. CRAMER: I'd like to mark Exhibit 23, the next document.

(Plaintiffs' Exhibit 23 was marked for identification.)

BY MR. CRAMER:

**Let me know when you're ready to answer questions.**

A. Okay. Give me a minute to read this.

**Q. Yes. Of course.**

A. Thank you.

61 (Pages 238 to 241)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY - REDACTED

<␀/>
<␀/>
<␀/>

<␀/>

<␀/>

<␀/>

<␀/>

<␀/>

<␀/>

<␀/>

<␀/>

<␀/>

<␀/>

<␀/>

KIRK D. HENDRICK - CONFIDENTIAL

242

1      (Witness reviewing document.)
2   A.  Okay.

[Remainder of page 242 redacted]

243

[Page 243 redacted]

244

[Page 244 redacted]

245

[Page 245 redacted]

**PUBLIC COPY - REDACTED**

KIRK D. HENDRICK - CONFIDENTIAL

254
256
255
257

65 (Pages 254 to 257)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL

258

MS. GRIGSBY: Objection, form.

THE WITNESS: Yeah. Can you ask me again.

BY MR. CRAMER:

260

259

261

66 (Pages 258 to 261)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY - REDACTED

262

[redacted]

263

[redacted]

264

[redacted]

**Q. Fighters are independent contractors; is that right?**

A. Correct.

**Q. And many don't have other forms of income other than fighting; correct?**

A. I don't know if you quantify. I would say most of them are professional athletes, and that's what they devote their time to, but I don't know how many of them have other jobs.

**Q. And as independent contractors, fighters need to pay their own trainers and their own managers and their own doctors; is that right?**

A. They have their own businesses, yes.

**Q. And they have other expenses associated with those businesses, correct? Gym fees and other fees; correct?**

A. I would assume so.

MR. CRAMER: I'd like to mark the next document as Exhibit 24.

(Plaintiffs' Exhibit 24 was marked for identification.)

BY MR. CRAMER:

265

[redacted]

**I'll give you a moment to read it and let me know when you're through.**

A. Thank you.

(Witness reviewing document.)

Okay.

**Q. Do you recall receiving this e-mail?**

A. I don't.

[redacted]

**Q. Who's Andrei?**

A. Andrei Arlovski.

**Q. And he was a fighter with the UFC?**

A. Correct.

PUBLIC COPY - REDACTED

**Q. Do you know who Leo Khorolinksy is?**
A. I don't know what his exact function was, but he was, let's say, manager/agent for Andrei.
[redacted]

[redacted]
**Q. You can put that document aside.**
A. Can I take a quick break?
MR. CRAMER: Of course. Let's go off the record.
THE VIDEOGRAPHER: We are off the record at 4:34.
(Break taken.)
THE VIDEOGRAPHER: We are back on the record at 4:37.
BY MR. CRAMER:
[redacted]

[redacted]

[redacted]
**Q. Okay. Is Tom Cruise one of the owners of Zuffa at the moment?**
A. I don't know. He might be. I don't think so.
MR. CRAMER: All right. I'd like to mark the next document as Exhibit 25.
(Plaintiffs' Exhibit 25 was marked for identification.)
BY MR. CRAMER:
[redacted] **know when you've reviewed the document.**
A. Just one minute. Thank you.
(Witness reviewing document.)
**Q. All right. So who's Kongo?**

PUBLIC COPY - REDACTED

270

A. Cheick Kongo.

**Q. Who's that? Was he a fighter with the UFC?**

A. Yes. He fought heavyweight in the UFC.

**Q. And do you know who Anthony McGann is?**

A. He's a manager from over in the UK, manages several fighters.

271

272

**Q. All right. You can put that document aside.**

**I'd like to introduce the next document, which is Exhibit 26.**

**(Plaintiffs' Exhibit 26 was marked for identification.)**

BY MR. CRAMER:

**And you'll let me know when you're ready to testify about it.**

273

A. (Witness reviewing document.)

Okay.

**Q. All right. This is an e-mail that you reviewed in the regular -- I'm sorry -- you sent at the top in the regular course of your business; is that right?**

A. Yes. I would have been forwarding the prior e-mail, it looks like.

PUBLIC COPY - REDACTED