# Exhibit 13

30(b)(6) Deposition of Kirk D. Hendrick on behalf of Zuffa, LLC (November 30, 2016) (excerpted)

PUBLIC COPY - REDACTED

285

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
        Plaintiffs,            )
                               )
        vs.                    )  Case No.
                               )  2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
        Defendant.             )
_____)
```

CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY KIRK D. HENDRICK

NOVEMBER 30, 2016

LAS VEGAS, NEVADA

9:14 a.m.

Reported by:
KENDALL D. HEATH
Job No: 47773-A

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

KIRK D. HENDRICK - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

KIRK D. HENDRICK - CONFIDENTIAL



23 (Pages 370 to 373)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

KIRK D. HENDRICK - CONFIDENTIAL



24 (Pages 374 to 377)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

KIRK D. HENDRICK - CONFIDENTIAL



25 (Pages 378 to 381)

**PUBLIC COPY - REDACTED**



Page 382

Page 383

Page 384

Page 385

24    Q.   Right.  Now, you know what Moody's
25    Investors Services is?

PUBLIC COPY - REDACTED

KIRK D. HENDRICK - CONFIDENTIAL

386

1  A. I do, yes.
2  Q. And did you have any involvement with
3  Moody's Investors Services issuing credit opinions
4  regarding Zuffa?
5  A. Very little. I know they were doing
6  that, but that would have been through our finance
7  group and through our Chief Financial Officer and
8  through Lorenzo Fertitta. And depending on the
9  time involved, Lawrence would have had some
10 involvement in that as well -- Lawrence Epstein.
11 I'm sorry.
12 Q. So Lawrence Epstein -- who was in the
13 finance group that would have been interfacing with
14 Moody's?
15 A. John Mulkey from our Chief Financial
16 Officer. I'm not sure which year you're talking
17 about, but if it's in the same time frame we've
18 been talking about, most likely it would have been
19 John Mulkey.
20 Q. Are you aware that Moody's issued a
21 credit opinion for Zuffa in November of 2009
22 approximately?
23 A. Not specifically aware, but based on
24 these other documents you showed me about the
25 timing of the loans, I would think that sounds

387

1  about right.
2  Q. And then another one in December of
3  2010?
4  A. Again, I don't recall specifically, but
5  that sounds probably right based on the term
6  loans.

24 MS. GRIGSBY: Again, can you just go back
25 to the clause or what exactly in your topics this

388

1  question relates to?
2  MR. CRAMER: Sure.
3  MS. GRIGSBY: I just want to note for the
4  record. Obviously you can depose the CFO
5  individually. You can depose Lorenzo Fertitta, the
6  former CEO, to ask these specific questions, but I
7  think that you're exceeding the scope of your
8  notice.
9  MR. CRAMER: The notice, specifically
10 question 7 and question 10 of -- and 7 through 14
11 more generally discuss the -- Zuffa's understanding
12 of the effect of both the exclusivity clause in 7
13 and the ancillary rights clauses in 10 collectively
14 on other MMA promoters and on Zuffa.

389



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**