# Exhibit 14

30(b)(6) Deposition of Ike Lawrence
Epstein on behalf of Zuffa, LLC (December
2, 2016) (excerpted)

**PUBLIC COPY - REDACTED**

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON          )
FITCH, on behalf of                  )
themselves and all others            )
similarly situated,                  )
                                     )
           Plaintiffs,               )
                                     )
      vs.                            )   Case No.
                                     )   2:15-cv-01045-RFB-(PAL)
                                     )
ZUFFA, LLC, d/b/a Ultimate           )
Fighting Championship and            )
UFC,                                 )
                                     )
           Defendant.                )
_____)



CONFIDENTIAL

VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

BY IKE LAWRENCE EPSTEIN

December 2, 2016

LAS VEGAS, NEVADA

11:29 A.M.


Reported by:
Sarah Padilla, CCR NO. 929
Job No: 47777

PUBLIC COPY - REDACTED

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



7 (Pages 22 to 25)

PUBLIC COPY - REDACTED

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



26

28

7        MS. GRISBY:  Counsel, I'm just going to
8    object to the scope when you are referring to either
9    fighters or things that occurred before the time
10   frame, the relevant time period, as defined by your
11   30(b)(6) notice.
12       MR. WEILER:  I think the questions are
13   relevant to the purposes for the acquisition, as
14   well as to inform me of the scope of the
15   negotiations, and as well as the decision to -- the
16   decision Zuffa made whether to acquire the
17   companies.  But your objection is noted for the
18   record.
19   BY MR. WEILER:

27

29

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**



30

9       Q   I would like to introduce what I think is
10   going to be Exhibit 56.
11           (Exhibit 56 was marked.)
12   BY MR. WEILER
13       Q   I'm just going to mark this for the
14   record, but then I'll refer you to the document in
15   the binder.
16       A   Okay.  Great.
17       Q   Exhibit 56 is a document bearing Bates
18   label ZUF-00172283 through 2323.
19       A   Which one is it?

31

32

33

2       MS. GRISBY:  Objection.
3       THE WITNESS:  Sorry.
4       MS. GRISBY:  Objection to form.
5       THE WITNESS:  Yes.
6   BY MR. WEILER:

9 (Pages 30 to 33)

PUBLIC COPY - REDACTED

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



**Q** I'd like to mark as Exhibit 57 a document that has been created from a spreadsheet bearing the

10 (Pages 34 to 37)

PUBLIC COPY - REDACTED



**106**

**108**

1          (Exhibit 72 was marked.)
2    BY MR. WEILER:
3        **Q   Do you recognize this document?**
4        A   I don't.
5        **Q   Do you know if this is something that the**
6    **UFC created -- strike that.**
7            Do you know if this is something that
8    Zuffa created?
9        A   I don't know.
10       **Q   I will direct your attention to page 6 of**
11   **this document.**
12       A   Got it.
13           MS. GRIGSBY:  Can I review this full
14   document?  I haven't had a time to look at it.
15           THE WITNESS:  Sure.
16           MR. WEILER:  Counsel, are you ready to
17   proceed?
18           MS. GRIGSBY:  No, I'm not quite yet.  And
19   since this wasn't produced by Zuffa, I just wanted
20   to ask, did this document come with highlighting?
21   Or -- I'm just curious, was it produced with
22   highlighting?
23           MR. WEILER:  I don't recall that -- I
24   don't recall.
25           MS. GRIGSBY:  Ready.

**107**

**109**

1    BY MR. WEILER:

22           MR. WEILER:  I'd like to mark as an
23   exhibit, Exhibit 72, a document bearing the Bates
24   label DB-Zuffa-00006631 and it runs through 6675.
25           THE WITNESS:  Got it.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



114

9    **MS. GRIGSBY: Objection. Counsel, we just**
10   **pulled the original document and it looks like this**
11   **is not the original format of the document that you**
12   **have just provided to the witness.**
13        MR. WEILER:  Would you prefer that a
14   document with a different format be provided to the
15   witness?
16        MS. GRIGSBY:  I would prefer a document
17   without Counsel's markings be provided to the
18   witness, or a clean document as it was produced to
19   you.
20        MR. WEILER:  Are you referring to the
21   highlighting that appears to be here on page 15?
22        MS. GRIGSBY:  Yes.  I had previously asked
23   you if there was highlighting in the original
24   document.  And we pulled our copy of the document
25   and it does not contain any highlighting.

115

1         MR. WEILER:  Are you directing the witness
2    to not answer any questions regarding the text?
3         MS. GRIGSBY:  No.  I just asked that you
4    provide -- I will just note for the record that this
5    is not the original condition of the document Bates
6    stamp DB-Zuffa-0006645.  And to the extent you're
7    representing that it is the document as produced,
8    then, the original document was not in this form.
9         MR. WEILER:  Well, I'll represent for the
10   record I don't know why there's highlighting on this
11   document.  It could be that those were call-outs
12   that were done for the benefit of the witness.
13        So I believe there was a question pending.
14   Could you please read the question back to the
15   witness.
16        THE WITNESS:  I have the question.  You

116

117

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



134

136

13    Q   I'd like to mark as Exhibit 75 a document
14   bearing the Bates label ZUF-000378347 going through
15   8371.
16        (Exhibit 75 was marked.)
17   BY MR. WEILER:
18    Q   Okay.  Do you recognize this document,
19   sir?
20    A   Yes.
21    Q   What is this document?

135

137

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



43 (Pages 166 to 169)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**PUBLIC COPY - REDACTED**

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



170

171

172

2     Q  I'd like to mark as Exhibit 82, a document
3 that is in your binder under a different --
4     A  18?
5     Q  -- numbers.  It's tab 18, correct.
6 Bearing Bates label ZFL-2128660 through 8704.
7     A  I've got it.
8     (Exhibit 82 was marked.)
9 BY MR. WEILER:
10     Q  Do you recognize this document that's been
11 marked here as Exhibit 82?
12     A  I do.
13     Q  And what is this document?

173

44 (Pages 170 to 173)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED

IKE LAWRENCE EPSTEIN - CONFIDENTIAL



174

19    **Q   I would like to mark as an exhibit,**
20    **Exhibit 83, document bearing the Bates label**
21    **ZFL-0551556, goes through 1558.**
22        A   All right.  I got it.
23            (Exhibit 83 was marked.)
24    BY MR. WEILER:
25        **Q   Do you recognize this document?**

175

1        A   Yes.
2        **Q   And what is this document?**

176

177

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**