# Exhibit 15

Deposition of Denitza Batchvarova (January 25, 2017) (excerpted)

**PUBLIC COPY - REDACTED**

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON          )
FITCH, on behalf of                  )
themselves and all others            )
similarly situated,                  )
                                     )
            Plaintiffs,              )
                                     )
        vs.                          )   Case No.
                                     )   2:15-cv-01045-RFB-(PAL)
                                     )
ZUFFA, LLC, d/b/a Ultimate           )
Fighting Championship and            )
UFC,                                 )
                                     )
            Defendant.               )
_____)




VIDEOTAPED DEPOSITION OF DENITZA BATCHVAROVA

Las Vegas, Nevada

January 25, 2017

9:11 A.M.




Reported by:
Sarah Padilla, CCR NO. 929
Job No. 48403

**PUBLIC COPY - REDACTED**



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED



34

35

36

12    Q    You have been handed what has been marked
13  Exhibit 96, which is Bates stamped ZFL-0895313 and
14  attachment ZFL-0895314.
15        (Exhibit 96 was marked.)
16  BY MR. SILVERMAN:
17    Q    Let me know when you have had a chance to
18  look through it.
19    A    Okay.  I have had a chance to look at it.
20    Q    Okay.  If you turn to page 13, beginning,
21  can you describe for me what this e-mail and the
22  attachment were?

37

2     Q    And did you send this e-mail in the
3   ordinary course of business?
4     A    I did.
5     Q    And did you prepare the attachment as
6   well?
7     A    I did.
8     Q    Okay.  What was the purpose of this

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY - REDACTED**



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY - REDACTED