# Exhibit 16

Deposition of Kurt Otto (February 6, 2017) (excerpted)

PUBLIC COPY

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

```
CUNG LE; NATHAN QUARRY, JON     )
FITCH, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
          Plaintiffs,           )
                                )
          vs.                   ) Case No.
                                ) 2:15-cv-01045-RFB-(PAL)
                                )
ZUFFA, LLC, d/b/a Ultimate      )
Fighting Championship and       )
UFC,                            )
                                )
          Defendant.            )
_____)
```

VIDEOTAPED DEPOSITION OF

KURT OTTO

New York, New York

February 6, 2017

10:00 a.m.

Reported by:
JUDITH CASTORE, CLR
Job No. 48410

**PUBLIC COPY**

```
                                               98
 1              OTTO
 2   into boxing.  Do you have a son or a
 3   daughter?
 4       Q    I have a son and a daughter,
 5   both.
 6       A    Okay, twins.
 7       Q    Yeah.
 8       A    Okay.  The last place I would
 9   take my 11-year-old son is to a rough
10   neighborhood and leave him there to box
11   for three hours straight, and go get a
12   Starbucks and come back.  I would
13   gladly leave him in an environment that
14   has many professionals that are there
15   to support him that are maybe wrestling
16   coaches, where it's a more positive
17   environment.
18           Not just because it needs a
19   coat of paint or there is a hole in the
20   mat; that's not what I mean.  There is
21   more attention brought to the sport of
22   mixed martial arts with higher-level
23   trainers which attracts people more.
24       Q    What I'm trying to get at is,
25   are there special skills that you need
```

```
                                               99
 1              OTTO
 2   to be a mixed martial arts fighter
 3   different from a boxer?
 4           Could Floyd Mayweather, for
 5   example --
 6       A    Of course.  Of course.
 7       Q    -- could he, tomorrow, fight
 8   mixed martial arts?  Would he be --
 9   without additional training, be able to
10   fight in the Octagon?
11       A    No.
12       Q    Why not?
13       A    No.  Well, here's an example:
14   Floyd Mayweather fights Conor McGregor
15   in a boxing match.  The odds are Floyd
16   Mayweather, in a boxing model, will
17   knock out Conor McGregor in 40 seconds.
18   Vice-versa, if Mayweather fights Conor
19   McGregor in the UFC, in a cage, with
20   mixed martial arts rules, Conor
21   McGregor will take him out in under 20
22   seconds.
23       Q    Get him to the ground?
24       A    Get him to the ground, submit
25   him.  They're just not used to it.
```

```
                                              100
 1              OTTO
 2       Q    It's a different sport?
 3       A    Right, a different sport.
 4   Now, Conor McGregor is a decent standup
 5   fighter, and he will be able to hang in
 6   there for a couple of minutes, but
 7   eventually Mayweather will light him up
 8   and knock him out.
 9           It's -- it's two different
10   sports.  It's like saying, you know,
11   you can take Lawrence Taylor and throw
12   him on a soccer field, but what's that
13   going to look like?
14       Q    MMA combines a variety of
15   fighting styles such as boxing or
16   Jiu Jitsu --
17       A    Everything.
18       Q    -- kickboxing -- everything.
19       A    Yes.
20       Q    That's different in important
21   ways, in your opinion, than just
22   wrestling or just boxing; is that
23   right?
24           MR. SKAGGS:  Objection.
25   Foundation.
```

```
                                              101
 1              OTTO
 2       A    It's not an opinion.  It's a
 3   fact.  Boxing is boxing.  Mixed martial
 4   arts, hence the word "mixed" martial
 5   arts, it's everything.
 6       Q    I would like you to turn back
 7   to the 10K just for a minute, the first
 8   document, Otto Exhibit 1.
 9       A    Sure.
10       Q    Page 15.
11       A    Yeah.
12       Q    Internal Page 15.
13       A    Internal Page 15.
14       Q    It's under "Risks related to
15   our industry."
16           The top says:  If we fail to
17   maintain effective --
18       A    If we fail to maintain
19   effective --
20       Q    Right.
21       A    Yes.
22       Q    So then, turn down to the --
23   just below the middle of the page,
24   where it says "risks related to our
25   industry."
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY**

```
                                    102
 1              OTTO
 2        There's a caption --
 3     A   Yes.
 4     Q   Okay, great.
 5        Underneath that, it says:
 6  The failure to retain or continue to
 7  recruit key athletes and coaches could
 8  negatively impact the growth of IFL's
 9  popularity.
10        Do you see that?
11     A   Yes.
12     Q   Then it says:  Our success
13  depends in large part upon the ability
14  to recruit and retain athletes and
15  coaches who are well-known fighters in
16  the MMA world and who have the physical
17  presence and ability to compete in our
18  live events.
19        Do you see that?
20     A   Yes.
21     Q   Then it goes on to say "and
22  television programming."
23     A   Um-hum.
24     Q   Do you agree that the success
25  of the IFL depended, in part, on the

                                    103
 1              OTTO
 2  ability to retain and recruit
 3  well-known fighters?
 4     A   It's the epitome of the
 5  sport, yes.
 6     Q   Why would it have been
 7  important for the IFL, or any upstart
 8  MMA promotion to recruit and retain
 9  well-known MMA fighters?
10        MR. SKAGGS:  Objection.
11  Foundation.
12     A   Well, it only -- in my
13  opinion, it only matters for two
14  things:  Ticket sales and TV revenue.
15     Q   Is that all?
16     A   Yeah.  So, if you have a
17  great fighter and you have the revenue
18  to pay that fighter what they're worth
19  because they put butts in the seat or
20  have purchase for pay-per-view,
21  et cetera, it's everything.  It's the
22  gasoline to the engine.  Without that,
23  you have zero.
24     Q   Why do you think that?
25  What's the basis for your opinion?

                                    104
 1              OTTO
 2     A   Because people -- the people
 3  who are already popular in a sport,
 4  they do not need a battery.  You don't
 5  have to polish them up.  They're ready
 6  to go.  They're going to sell tickets.
 7        The people in the sport that
 8  are up and coming, you have to do a
 9  background on them, meaning you gotta
10  go to their house; you gotta watch them
11  eat dinner with their family, and what
12  they drive and where they train.  You
13  have to build a story.  You have to
14  make people care about that person.
15  Maybe 18 months to a year later, or two
16  years later, you might get someone to
17  care about that person in order for
18  them to want buys.
19        So the financial -- financial
20  input into somebody you think may have
21  potential, you have to cure them like a
22  fine wine until they're ready to
23  produce for you.
24        I know that sounds harsh, but
25  it's true.  Me, I honestly didn't take

                                    105
 1              OTTO
 2  that approach.  You want to know why?
 3     Q   Yes.
 4     A   Because I was three deep in
 5  every weight class, and I had a season.
 6  I wasn't counting on one person making
 7  or breaking my business.
 8     Q   It's fair to say that most
 9  promoters rely on the presence of a few
10  well-known athletes to promote their
11  events?
12     A   Yes.
13        MR. SKAGGS:  Objection.
14  Foundation.
15     A   Yes.  So what I did
16  differently to fight that -- because I
17  was a nobody in the sport --
18     Q   Right.
19     A   -- I took all of the coaches
20  that were former UFC champions that no
21  one gave a crap about anymore, and they
22  weren't fighting but the fans loved
23  them, and the fans wanted to see them.
24  And we were very hands-on.  And I knew
25  that those coaches were the lifeblood
```

106

OTTO

of new talent coming up, so I got the coach first, and then I got the great fighter.

Q   So, having well-known former UFC champions as coaches was part of your business model?

A   Yes, right. Because if you weren't a UFC champion and you weren't retired and you didn't actually have a belt -- and not every single one of my coaches, by the way, were UFC champions, but the ones that were the most popular and the fans wanted to see and the fans wanted to see who that former champion produced as the next up-and-coming star, coming up, that's what excited our fans.

And by the way, not only did I have the teams fight each other, occasionally, the coaches would fight each other. Can you imagine Belichick fighting Dan?

Q   Fighting Quinn?

A   Yes. That was unbelievable.

107

OTTO

Q   It was.

A   I actually shut it off and went to bed and turned it on and, "What the heck just happened?"

Q   For the record, we're talking about the Super Bowl.

Did the IFL permit the coaches to fight outside the IFL --

MR. SKAGGS:  Objection. Foundation.

Q   -- while they were working for the IFL?

A   Yes. And they did.

Q   Did the IFL grant equity to entice coaches to join the IFL or work with the IFL?

A   Yes. We give them shares in the company.

Q   Were the coaches paid a salary or stipend?

A   They were paid a salary, and they were paid bonus if an individual fighter won on their team. So we had an individual bonus system and we had

108

OTTO

team-win bonus system. There was a financial interest in them winning, and they were rewarded for it.

Similar to the watch list you have -- the UFC has; fight of the night; they have knockout; they have submission of the night, right?

Q   Yeah.

A   It's a bonus structure. We -- we were team based, so we had a different type of bonus structure.

MR. CRAMER:  I would like to mark as the next exhibit -- what are we up to, 5? Otto Exhibit 5, an article.

(Document titled, IFL Needs Buyer to Stay Alive, Mixed Martial Arts Company Running Out of Time, was marked Deposition Exhibit 5, for identification, as of this date.)

Q   Otto Exhibit 5 is an article from The Record, June 27, 2008. It's entitled "IFL Needs Buyer to Stay

109

OTTO

Alive, Mixed Martial Arts Company Running Out of Time."

And I just want to turn your attention to the second page of the article; page of the exhibit, there is and forwards the end of the page, there is a quote from Gary Shaw, a Wayne-based boxing Promoter.

Do you see that, Gary Shaw?

A   Gary Shaw, yes. And Gary knew Jay very well.

Q   Jay Larkin?

A   Um-hum.

Q   Larkin was the CEO of IFL?

A   Yes, after Gareb.

Q   Do you know Gary Shaw?

A   I have met him. I have said hello to him at an event, but I don't know him personally.

Q   It says here he was a boxing promoter who is a Pro Elite consultant and board member.

Do you see that, in the paragraph beginning with "Gary Shaw"?

28 (Pages 106 to 109)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123   1.800.642.1099

**PUBLIC COPY**

```
                                              110
 1                  OTTO
 2     A   Yeah.
 3     Q   What's a Pro Elite
 4  consultant?
 5     A   A Pro Elite consultant?
 6     Q   Do you know?
 7     A   Pro Elite is an organization.
 8     Q   Fighting organization?
 9     A   Fighting organization that he
10  was a consultant of, yeah.
11     Q   And his quote is:  You need
12  TV to survive, he said.  You have to
13  get your fighters known.
14         And then the article says:
15  IFL's problem, he said, has been that
16  its TV deals don't provide, quote,
17  enough big-time eyeballs, closed quote.
18  The company was also hampered by the
19  team concept which didn't interest fans
20  used to focusing on individual
21  fighters, Shaw said.  The concept was
22  ultimately dumped.
23         Do you see that?
24     A   Yeah.
25     Q   Do you think one -- do you
```

```
                                              111
 1                  OTTO
 2  think one reason why the IFL did not
 3  succeed was that the IFL didn't get
 4  big-time TV deals?
 5         MR. SKAGGS:  Objection.
 6    Foundation.
 7     A   I think it's all relative.
 8  We were the only fight organization to
 9  Gary Shaw's quote, which is his
10  opinion, which is grossly distorted.
11  But we were the only fight organization
12  that was paid for our content.  He did
13  a time buy.  He paid, from what I
14  remember, to be on TV.
15     Q   You mean other than the UFC,
16  IFL was the only one that was paid at
17  the time?
18     A   That I know of, yeah.  I
19  mean -- and maybe King of the Cage.
20  Maybe.  But that was usually done on
21  the Indian reservations.  I don't know
22  how that worked.
23     Q   If you put that aside,
24  putting aside what Mr. Shaw said, would
25  you agree that the IFL had trouble
```

```
                                              112
 1                  OTTO
 2  getting its fighters known?
 3         MR. SKAGGS:  Objection.
 4    Foundation.  Leading.
 5     A   No.  I don't think we had
 6  difficulty getting our fighters known.
 7  I think that we ran out of money
 8  before -- before we could really -- as
 9  we started to introduce this new
10  concept into the world of mixed martial
11  arts, we were picking up a lot of
12  steam.  And we were always at the mercy
13  of the network to show our content
14  without editing it down so much where
15  we couldn't -- we were -- just wanted
16  to show the fights, and there wasn't
17  enough background story to promote that
18  fight and build that fighter up.
19         When you have a 30-minute
20  show, and then your net-net, you take
21  out the commercials, you're' talking
22  probably 14 to 15 minutes worth of
23  actual content and --
24     Q   Right.
25     A   -- you know.  I mean, what
```

```
                                              113
 1                  OTTO
 2  are you talking about here?
 3     Q   Let's say you could have
 4  retained and recruited, at that time,
 5  fighters who were under contract with
 6  the UFC.
 7         Would that have helped your
 8  business?
 9         MR. SKAGGS:  Objection.
10    Foundation.  Leading.
11     A   Well, we did have fighters
12  that were released of their contract
13  that were excellent fighters that we
14  did have fight for us, and it was a
15  positive experience, having that
16  fighter now fighting with us.
17         For whatever reason that they
18  were let go from the UFC, I don't know
19  that answer.  But when we did have the
20  bigger names, it was obviously better.
21  We would have super fights with those
22  fighters.
23     Q   When you were a promoter, I
24  guess from the perspective of the
25  promoter, is it in the promoter's --
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY**

**Page 114**

OTTO

```
 1                OTTO
 2   MMA promoter's interest to have
 3   contracts with their fighters that
 4   allowed the promoter to keep the
 5   fighter locked up if the fighter wins
 6   and let go the fighter if the fighter
 7   loses?
 8           MR. SKAGGS:  Objection.
 9       Foundation.  Leading.
10       Q    Is that in the interest of
11   the promoter to have a contract that
12   works that way?
13       A    In a typical scenario, yes,
14   but I honestly can't think of one
15   fighter -- I know it sounds crazy, but
16   I cannot think of one fighter that I
17   have let go because they lost.  I can't
18   think of one.
19           Now, there were cases where a
20   coach came to me -- a coach came to me
21   and said, Listen, I gave this kid four
22   or five times to put up or shut up, and
23   he just didn't cut the mustard, so I'm
24   swapping him out with so-and-so.
25           I said, It's your choice.
```

**Page 115**

```
 1                OTTO
 2   It's a team sport.  But I never, ever
 3   personally broke a contract because
 4   somebody lost, that I -- that I can
 5   remember.  I mean, no.
 6       Q    Were you aware of the basic
 7   outlines of -- did you ever see a
 8   contract between the UFC and a fighter?
 9       A    No.
10       Q    Were you aware of the basic
11   outlines of the contract terms between
12   the UFC and fighters?
13       A    Yeah.  I mean, a fighter
14   would, to the best of their knowledge,
15   recite some stuff from there.  Like,
16   Oh, yeah, man, when I fought with the
17   UFC, they did this, this, this, and
18   this.  But I never spoke to, like, that
19   fighter's manager about a contract
20   that -- physically, I have never seen
21   an actual UFC contract ever in my life.
22       Q    Right.
23       A    But I knew how it kind of
24   went together, just based on what the
25   fighters were telling me.
```

**Page 116**

```
 1                OTTO
 2       Q    What did you know about?
 3       A    In complaint form.
 4       Q    What were the fighters
 5   complaining to you about with respect
 6   to the UFC contract?
 7       A    I think one of the biggest
 8   consistent complaints was --
 9           MR. SKAGGS:  Hearsay
10       objection.
11       Q    Go ahead.
12       A    Finally, they let me out of
13   the contract, and finally I can come
14   fight for you guys, man, because last
15   time I fought was year and a half ago,
16   and I've been sitting on a shelf,
17   collecting dust.  And it's killing me,
18   because I just want to fight.  I just
19   want to be able to fight, and I can't
20   even fight in, like, a Jiu Jitsu
21   tournament.
22           I mean, they were pretty
23   stringent on what they could do, even
24   outside of fighting, I've heard.
25       Q    Outside of MMA fighting?
```

**Page 117**

```
 1                OTTO
 2       A    Yeah.  I mean, like, even if
 3   you wanted to fight in a Jiu Jitsu
 4   tournament or a kickboxing tournament
 5   or something that wasn't mixed martial
 6   arts, you know, or whatever.  So they
 7   were pretty happy to finally be
 8   released and finally be able to fight
 9   again.
10       Q    Was it your understanding,
11   from 2006 to 2008, at least, that the
12   UFC had under contract more fighters
13   than it could use regularly for its
14   events?
15           MR. SKAGGS:  Objection.
16       Foundation.  Leading.
17       A    I think, mathematically, if
18   you add up how many events they had per
19   year and how many fighters they had
20   under contract, and if you think about
21   how much money these guys would make,
22   you can't have -- I think we had 160
23   fighters under contract, 170 fighters
24   under contract, but they were all
25   active, and they were all being
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY**

Page 118

```
 1            OTTO
 2   shuffled throughout the season.  And at
 3   that time, the UFC was not at the pace
 4   that they're going at right now.
 5          There's a lot of content on
 6   TV every single -- seems likes every
 7   other weekend there's either free
 8   fights on live TV, and then there's
 9   pay-per-view, but back then, they
10   didn't have that model.  So there was a
11   lot of -- a lot of dust on these guys.
12      Q    Were you aware about -- I
13   think you testified earlier about how
14   the typical MMA contract worked, but
15   was it your understanding that fighters
16   only got paid by the UFC if they
17   fought?
18          MR. SKAGGS:  Objection.
19      Foundation.  Leading.
20      Q    For example, if the fighter
21   was gathering dust, to use your term,
22   they weren't getting paid, correct?
23          MR. SKAGGS:  Same objection.
24      A    To my knowledge, no.
25      Q    They were not getting paid?
```

Page 119

```
 1            OTTO
 2      A    They were not getting paid,
 3   no.  The typical model -- typically,
 4   again, I have never seen a contract of
 5   the UFC's, but typically it's
 6   show-and-win, right?
 7      Q    You get paid to show up and
 8   you get paid a bonus if you win?
 9      A    You get paid to show up and
10   you get paid to win.  And then there
11   may be a bonus or something after that.
12      Q    During this time, did you
13   have an understanding that the UFC's
14   contracts with its fighters were
15   exclusive?  In other words, if a
16   fighter was under contract with UFC,
17   was it your understanding that they
18   could not fight in an MMA promotion
19   other than the UFC, during the time
20   they were under contract?
21          MR. SKAGGS:  Objection.
22      Foundation.  Leading.
23      A    Correct.  They could not
24   fight, period.  Then there was other
25   complaints that I heard also -- aside
```

Page 120

```
 1            OTTO
 2   from fighting, I heard complaints from
 3   fighters like -- because I honestly
 4   didn't care.  I wanted them --
 5   honestly, I wanted them to make as much
 6   money as they could.
 7          So, if their fight shorts
 8   looked like NASCAR and they had all
 9   these logos on them, God bless you,
10   man; iron 50 more of them on there.
11          So I -- I -- I heard, you
12   know, several complaints about them not
13   being able to make extra revenue based
14   on sponsorship due to their contract,
15   but I didn't know the details of it.
16          MR. SKAGGS:  Hearsay
17      objection.
18      Q    Did you ever try to hire a
19   UFC fighter that was currently, or at
20   that time, under contract with UFC?
21      A    No.
22      Q    Why not?
23      A    I just didn't want to get
24   sued again.
25      Q    You thought the UFC would sue
```

Page 121

```
 1            OTTO
 2   you if you tried to hire one of their
 3   fighters?
 4      A    1,000 percent.
 5      Q    Why did you think that?
 6      A    Because they originally sued
 7   me for nothing to begin with, so at
 8   least if it was something, I knew I
 9   would be screwed.
10      Q    Did the UFC have under -- in
11   your opinion, between 2006 and 2008,
12   while you were involved with the IFL,
13   did the UFC have under contract the
14   vast majority of well-known or marquis
15   fighters, MMA fighters?
16          MR. SKAGGS:  Objection.
17      Foundation.  Leading?
18      A    At the time that I was in the
19   midst of the IFL, in my opinion,
20   excluding what you see now with Conor
21   McGregor, that was the heyday.  That
22   was ridiculous.  The pay-per-views buys
23   that the UFC had at that time, like
24   Chuck Liddell, Ken Shamrock, Tito
25   Ortiz, Randy Couture, these were --
```

31 (Pages 118 to 121)

**PUBLIC COPY**

242

OTTO
other revenue streams; otherwise,
you're dead in the water.
Q    So, in order to compete on
the level of the UFC, you need a ton of
capital; is that right?
A    To start off with.
     MR. SKAGGS:  Objection.
Leading.
Q    You said "to start off with,"
a ton of capital; yes?
A    Yes.  To get that machine
going so that you can prove to the TV
network that you have the wherewithal
to actually put on an event.  Not just
a one-off situation; I'm talking about
a season.  I am talking about, I'm
going to deliver you 35 shows.
Q    You need a lot of top-level
fighters in order to get the TV
contract?
     MR. SKAGGS:  Objection.
Foundation.
Q    Is that right?
A    It's all linked.

243

OTTO
Q    And you need the TV contract?
A    Yes.  And --
Q    It's hard to --
A    And then, the TV networks get
upset if they can't sell time to
Gatorade, the beer companies, the
popcorn companies, and the Muscle Milk,
and the HeadBlade, and whatever.  So,
if someone is blocking you from doing
that, it's a challenge.
Q    Hard to compete if you have a
competitor out there blocking you from
gettings top sponsors?
     MR. SKAGGS:  Objection.
Leading.  Foundation.
Q    Is that right?
A    That is 100 percent right.
Q    Sounds like there's a bit of
a catch-22 because it's hard to get the
top-level fighters unless you're
already an established business with a
top TV contract.  It's hard to get a TV
contract unless you have the top-level
fighters?

244

OTTO
     MR. SKAGGS:  Objection.
Foundation.  Leading.
A    Correct.
Q    Go ahead.
A    And one more thing, it's
tough to get the top fighters if you
don't have a TV deal for them to strut
their stuff.  You -- you know,
everybody wants their 15 minutes of
fame, right?
     So it's not -- in the
beginning, they say, Oh, Man, I want
all the money; I want the sponsorship;
I want to have the glory; I want to
have all the stuff, but in reality,
first, they just want to be shown on
TV.  They want to show their parents
that they're on TV and they're
fighting.  I know it's crazy, but it's
the truth.
     And then -- but if you -- if
you're on some wacky network on some
crazy station that they're showing at
2:00 in the morning, who wants that?

245

OTTO
How can you -- how could you generate
revenue from that?
     So, unfortunately, in that
business, you have to go from first
gear to sixth gear, like this.  And
then you're all in; chips in, and it's
do or die.  And then, if anything
breaks, it's risky.
Q    So it's a difficult business
to break into, in your opinion?
     MR. SKAGGS:  Objection.
Foundation.
A    It's as tough as it is.  And
then, on top of that, you have people
shooting arrows at you.
Q    Like Zuffa?
     MR. SKAGGS:  Objection.
Foundation.
A    Right.
Q    Are you aware that Zuffa
acquired the World Fighting Alliance?
     MR. SKAGGS:  Objection.
Foundation.
Q    In about 2006?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY**

**246**

OTTO
```
 1            MR. SKAGGS:  Leading.
 2      A   I know there is -- was a
 3  maybe three or four companies they
 4  acquired.
 5      Q   World Extreme Cage Fighting?
 6            MR. SKAGGS:  Objection.
 7      A   Yes, WEC.
 8      Q   So you're aware that Zuffa
 9  acquired WEC?
10            MR. SKAGGS:  Objection.
11  Foundation.
12      A   At the time, yes.
13      Q   And you're aware that Zuffa
14  acquired Pride in 2007?
15            MR. SKAGGS:  Objection.
16  Foundation.
17      A   Yes.
18      Q   Do you have an opinion about
19  whether Zuffa's acquisition of Pride
20  and WEC and WFA, in or about 2006 or
21  2007, made it more difficult or less
22  difficult to compete with the UFC?
23            MR. SKAGGS:  Objection.
24  Calls for speculation, and
```

**247**

OTTO
```
 1  irrelevant.
 2      A   Well, you tell me.  If I need
 3  to go get fighters that are bigger
 4  names, they're not in the woods
 5  somewhere up, in a tree, hiding,
 6  they're in a fight organization.  And
 7  if they're locked up in a contract
 8  prematurely or a contract that was
 9  transferred and assumed because of the
10  acquisition, I have no shot of getting
11  that fighter.
12          So I have to go all the way
13  down to the gym level and go find a new
14  gym rat that has talent and build them
15  up and start from scratch.  So, if you
16  buy all the talent, your chances of
17  finding Conor McGregor are slim to
18  none; this one is out of town.
19      Q   Is that, you believe, what
20  Zuffa was engaged in, in part, in
21  buying all of these companies?
22            MR. SKAGGS:  Objection.
23  Calls for speculation.  Leading.
24  Foundation.
```

**248**

OTTO
```
 1      A   From a strategic standpoint
 2  if you have the capital to do it, I
 3  understand why they would do it.  If
 4  that's, in fact, why they did it, I
 5  understand why they did it.
 6          But to directly answer your
 7  questions, Does it limit your fight
 8  pool?  Yes.  For free agents, yes.
 9      Q   For rivals?
10      A   Yes.
11      Q   Did Zuffa ever
12  counter-program any of IFL's events?
13            MR. SKAGGS:  Objection.
14      Q   Meaning, put up a Zuffa event
15  or UFC event counter to an IFL event?
16            MR. SKAGGS:  Leading.
17  Foundation.
18      A   I do recall that.  I don't
19  know the specific event or the date or
20  the year, but I do know that it may
21  have crossed paths maybe once or twice.
22  It could have been coincidental.  Maybe
23  not.  I do remember some talk about
24  that, or I do -- it directly relates to
```

**249**

OTTO
```
 1  our season being exposed ahead of time,
 2  so I know that there was talk about
 3  that.
 4      Q   That Zuffa might have decided
 5  to put out an event counter to an IFL
 6  event in order to make sure that the
 7  IFL event was not as successful as it
 8  otherwise might have been?
 9            MR. SKAGGS:  Objection.
10  Leading.  Foundation.
11      A   Correct.  And there is one
12  more thing to that.  Like -- and,
13  again, this is just my opinion, okay?
14  That if -- let's say I book something
15  on a Saturday night in Dallas, Saturday
16  night, midmonth.  If another MMA event,
17  let's say, the UFC, was two weeks
18  before that or a week before that, not
19  even on the same night, that arena
20  could frown on that because it's, like,
21  saturated, like, Oh, we just had an
22  event there.  I don't know.  We're not
23  going to sell as much Coca-Cola and
24  popcorn; who's going to show up.
```

Page 250

OTTO

Okay. So you have that kind of effect, but again, that's just my opinion from a business standpoint. So -- but I do recall I know that they had our schedule, because everybody and their mother had it. And I do recall there was conflicting times.

Q Did the IFL pay the health benefits of its fighters?

A Yep. Yes.

Q How did you go about -- what was the nature of the benefits offered by the IFL to fighters?

A Well, we had an event policy, twofold, that if anyone was ever injured as a fighter in the event -- and then also people in the stands sometimes fight, so you had that event insurance for the, like, the Jets and Phillies fans -- I'm just kidding. And the Raiders.

So we would have event insurance that night. And then, also, every single time somebody was injured,

Page 251

OTTO

legitimately injured, whether it was practice or whether it was in a fight, or whether they lost a tooth or whether they broke a nose or whether they cracked an orbital or whatever the situation was, we sent them to the emergency room, and we paid for that in full ourselves, every time.

MR. CRAMER: All right. Thank you. I have no further questions.

THE WITNESS: Uh-huh.

MR. SKAGGS: I need to take a look at this. Maybe 15 minutes; does that work?

MR. CRAMER: Sure.

MR. SKAGGS: Cool.

VIDEOGRAPHER: The time now is 2:37. Going off the record.

(Whereupon, a brief recess was taken.)

VIDEOGRAPHER: The time now is 2:53. This marks the beginning of Tape Number 3. We're back on

Page 252

OTTO

the record.

MR. CRAMER: I was asked before we finished, what the nature of Exhibit 8 was, the International Fight League Team Member Fight Agreement, or the provenance of it was, and it, for whatever reason, the exhibit version did not have a Bates number, but it was produced to Zuffa or Zuffa's counsel, bearing the Bates range 8B-PLPF0001123 through 1141.

I don't know why the version that we're using is not a version that was Bates stamped. I can't answer that question. But we -- apparently, this was sent to Zuffa under cover of a letter, dated January 12, 2007.

Over to you.

EXAMINATION BY MR. SKAGGS:

Q How are you? I'm Rory Skaggs. I'll be asking you some

Page 253

OTTO

**questions. If you don't understand just let me know, and I will try to rephrase.**

**We talked a little bit about this at the beginning, but you said you had probably met the named plaintiffs in this case at some point.**

**Do you remember any conversations you might have had with them?**

A If anything, it would just be like a hello and goodbye. Maybe they came to my event or I was at an event that they were at, just like introduce, hello.

Q **Nothing substantive?**

A No conversation but hello or goodbye. That's it.

Q **So we've been talking -- or, you've been talking about your experience with IFL.**

**Just so I'm clear, before you started IFL, you had no previous business experience in MMA promotion;**

64 (Pages 250 to 253)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY**

```
                                    422
 1              OTTO
 2  you were asked a lot by Zuffa's counsel
 3  about a handful of Zuffa fighters that
 4  fought for the UFC and then fought for
 5  the IFL.
 6         Was it your opinion that the
 7  fighters that fought for the UFC and
 8  then for the IFL were fighters that
 9  Zuffa, for one reason or another,
10  didn't want anymore?
11         MR. SKAGGS:  Objection.
12     Q   And that's why they could
13  fight for the IFL?
14         MR. SKAGGS:  Calls for
15     speculation.
16     Q   And maybe not in every case,
17  but in a lot of cases?
18     A   From face value, in most
19  cases, probably the reason either, A,
20  they -- not that weren't talented
21  fighters, because some of them were
22  backed.  So they did like him at some
23  point.
24     Q   Right?
25     A   They did take their calls at
```

```
                                    423
 1              OTTO
 2  some point.
 3         It was probably more of a
 4  personality conflict and more of a
 5  strategic "get the hell out of here"
 6  kind of thing; go, be my guest.
 7     Q   Did a lot of the fighters
 8  that's fought with the IFL that
 9  formerly were with the UFC have losing
10  records with the UFC?
11     A   I know --
12         MR. SKAGGS:  Objection.
13     Leading.
14     A   I know -- I know for a
15  fact -- for a fact that fighters that
16  did fight for the UFC felt always a
17  crazy amount of stress to win, no
18  matter what, for the fear of being cut
19  and would express to me that -- they're
20  like, Man, I can finally train and not
21  worry and fight without that additional
22  burden on my head before I go into the
23  ring and fight.
24     Q   A lot of the fighters
25  fighting for the UFC -- did you have an
```

```
                                    424
 1              OTTO
 2  understanding that the UFC's contracts
 3  with their fighters allowed the UFC to
 4  cut fighters if they lost fights?
 5         MR. SKAGGS:  Objection.
 6     Leading.  Foundation.
 7     Q   Do you know one way or the
 8  other if that's true?
 9     A   I don't know whether the UFC
10  can cut fighters at well,
11  contractually, because they feel like
12  it because someone got pissed or
13  because they lost.  I don't know the
14  complexity of it, but I do know that,
15  as a fan, simply just watching and
16  reading about the industry, that there
17  were fighters that were let go that I
18  couldn't believe; I'm like, Why?  You
19  know, after -- years after the IFL.
20         In the IFL, during the time
21  of the IFL, I would ask those questions
22  to myself.  Also, like, Why the hell
23  would they let that guy go?  Doesn't
24  make any sense.  I'll take him.
25         So there were situations like
```

```
                                    425
 1              OTTO
 2  that.
 3     Q   Was it your sense that -- let
 4  ask it this way:  Did you ever sign
 5  someone the with IFL that you knew at
 6  the time that UFC wanted to continue
 7  having under contract?
 8         MR. SKAGGS:  Objection.
 9     Calls for speculation.  Leading.
10     A   There were two distinct
11  fighters that I know the UFC wanted so
12  bad that fought in the IFL.  They
13  wanted Ben Rockwell, and they wanted
14  Big Country, two of my heavyweights.
15         At the time, they were
16  lacking heavyweights, and Big Country
17  managed himself, with his wife.  And
18  Ben Rockwell was managed by Monty Cox.
19  So Monty's like, Hey, listen, Man, UFC
20  is really asking about Ben.
21         And I said, It's no problem.
22  He has two fights left.  When he's
23  done, see what they offer him.  I don't
24  care.
25         So we went back and forth and
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY**

426

1  OTTO
2  back and forth and back and forth, and
3  then there was a lot of money for Ben.
4  So I said, Bye, Ben. And he went. Big
5  Country stayed, and when the IFL -- I
6  think, when the IFL was sold, then Big
7  Country went.
8      Q  Let me ask it this way --
9      A  I think it worked out that
10 way.
11     Q  -- did the IFL ever sign a
12 free agent, former UFC fighter who
13 somehow became a free agent, that the
14 UFC hadn't cut? In other words, that
15 the UFC actually wanted?
16     A  I've never seen a scenario
17 like that.
18        MR. SKAGGS: Objection.
19 Calls for speculation.
20     Q  You have never seen a
21 scenario like that? Why, do you think?
22     A  Like I said, I have never
23 seen their contract ever --
24     Q  Right.
25     A  -- of but I know for a fact

427

1  OTTO
2  that there were guys that were wanting
3  to come and fight for us, but for some
4  mysterious reason, couldn't. And I
5  know they weren't fighting there, but
6  they were there, but they weren't
7  fighting. So I would assume they were
8  pretty much locked up.
9      Q  Was it generally known in the
10 industry that fighters under contract
11 with -- let me ask it this way: It was
12 generally understood -- and I believe
13 you just testified -- that if Zuffa had
14 a fighter under contract and wanted to
15 keep that fighter under contract, it
16 generally was able to do so; is that
17 fair?
18        MR. SKAGGS: Objection.
19 Foundation.
20     A  Can you re-ask the question?
21     Q  Yeah.
22        If UFC had a fighter under
23 contract and desired to keep that
24 fighter under contract, it was
25 generally understood in the MMA

428

1  OTTO
2  industry that Zuffa had the power to
3  keep them; is that fair?
4      A  Oh, yeah. Yes.
5        MR. SKAGGS: Objection.
6  Leading. Calls for speculation.
7      Q  Why do you think that? What
8  information do you have that forms the
9  basis of your opinion on that question?
10     A  Well, then and now -- then
11 and even now, as a fan, to this very
12 moment there's still contractual
13 disputes with very big-name fighters
14 via GSP.
15     Q  George Saint Pierre?
16     A  Yeah. Why is he not
17 fighting? Does anybody know?
18     Q  Is it fair to say that, in
19 2006, the IFL lost close to
20 $10 million?
21     A  As far as a filing, yes.
22     Q  And, in 2007, the IFL lost
23 close to $4 million; is that fair?
24     A  Say what year again.
25     Q  2007.

429

1  OTTO
2      A  2006 was close to 10-?
3      Q  Yes.
4      A  2007, 4-. So things were
5  looking up. Probably right.
6      Q  Did the IFL ever turn a
7  profit at the end of any year?
8      A  Our first two fights prior to
9  being public, yes.
10     Q  But not at the end of any
11 year?
12     A  I -- I don't know how the
13 math works, to be honest with you. I
14 don't know if they showed a profit or
15 not. I know they showed a trend of
16 being on its way to being profitable.
17 I remember that. And that is what also
18 gave us the -- I believe, the ability
19 to go and do a second raise from a
20 major financial institution to get
21 behind us.
22     Q  The trend was you were losing
23 less money every year?
24     A  Right. From what I recall.
25     Q  Zuffa's counsel asked you --

108 (Pages 426 to 429)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY

```
                                    430
 1                OTTO
 2       A   So, also, stock.  We went
 3   from 22 cents to over $17 and change
 4   per share.  So, on paper, I was worth
 5   $135 million, which was wallpaper.  I
 6   can't do anything with it.  But the
 7   stock was a penny stock.
 8           Then we, out of the gate,
 9   were 22, 23 cents a share, and by the
10   grace of God, got on 60 Minutes, and
11   the next morning, said I was worth
12   $135 million, which didn't mean squat
13   but did look cool on paper.
14       Q   You were asked some
15   questions --
16       A   I never sold one share, by
17   the way, in my life, and I still owned
18   those shares which had probably became
19   four different companies.  And I think
20   it's some half-assed company in Canada
21   right now trading at -- probably the
22   largest shareholder of that crap
23   company, whatever it is.
24       Q   Is it fair to say that
25   professional MMA fighters at the top

                                    431
 1                OTTO
 2   level of the sport are highly skilled
 3   athletes; is that right?
 4           MR. SKAGGS:  Objection.
 5       Foundation.
 6       A   More so than -- yes, more so
 7   than any other athletes, I believe, in
 8   any sport.
 9       Q   And they need specific
10   training in mixed martial arts,
11   correct?  Various different martial
12   arts, in order to be a professional MMA
13   athlete at the top level of the sport;
14   is that right?
15           MR. SKAGGS:  Objection.
16       Foundation.  Leading.
17       A   Painstakingly true, not only
18   all the of their techniques, but weight
19   training and cardio and diet more so
20   than any other athlete.
21           Go take a look at a
22   42-year-old professional pitcher in
23   baseball and look at them and then go
24   look at GSP or any elite athletes.
25       Q   So you were asked some

                                    432
 1                OTTO
 2   questions about whether there was a
 3   talent pool of millions of people that
 4   could potentially be a professional MMA
 5   fighter.
 6       A   The answer is no.
 7       Q   The talent pool for those
 8   athletes that are capable of doing it,
 9   willing to do it, and willing to take
10   the pain and all the others things that
11   go along with it is very small; is that
12   right?
13       A   Correct.
14           MR. SKAGGS:  Objection.
15       Leading.  Foundation.
16       A   And so is the paycheck along
17   with it; it's in proportion to the
18   athlete, I mean, to the point where
19   it's ridiculous.
20       Q   In terms of -- from the
21   perspective of the fan, would you say a
22   fan who is going to an NCA college
23   football game, if you just say, Hey, I
24   know you got this ticket to an NCA
25   college football game; I'm going to

                                    433
 1                OTTO
 2   give you a ticket to an MMA event, do
 3   you think the fan would view that as
 4   interchangeable?  Same thing?
 5           MR. SKAGGS:  Objection.
 6       Foundation.  Leading.
 7       A   Well, not even close.  And
 8   you tell me, what 5-foot-8 rogue
 9   Irish-speaking, redheaded kid with a
10   beard, with tattoos all over his body
11   can sell out an arena to watch him
12   weight in with no seat available in MSG
13   the night before he is supposed to
14   fight?  I don't see that.
15           I have seen Michael Jordon
16   play.  I have seen Lawrence Taylor
17   play.  Not even within smelling
18   distance of that kind of situation.
19       Q   To be successful at the top
20   levels of professional MMA, you need to
21   be an elite MMA athlete; is that fair?
22           MR. SKAGGS:  Objection.
23       Leading.  Foundation.
24       A   And you need to be good
25   looking; you need to be charismatic;
```

**PUBLIC COPY**