# Exhibit 23

Deposition of Shannon Knapp (April 11, 2017) (excerpted)

PUBLIC COPY - REDACTED

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon )
Fitch, on behalf of )
themselves and all others )
similarly situated, )
 )
            Plaintiffs,)
 )
   v. ) Lead Case No.
 ) 2:15-cv-01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
 )
            Defendant. )
_____)

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF SHANNON KNAPP

KANSAS CITY, MISSOURI

April 11, 2017

9:13 a.m.

Reported By:
Kay Merley, RMR, CRR
Job No. 49614

**PUBLIC COPY – REDACTED**

**Page 58**

so for me, you know, I -- it doesn't, you know, up my profile of Invicta or anything like that, but it does make a difference for the women in the sport. I mean, it's not putting more money in my bank account for Invicta. It's not making us more lucrative, so -- but does it -- I would be sending those athletes anyway. It's just kind of like an extended courtesy.

Q. Okay.

MR. RAYHILL: So I guess we're going to go -- in terms of exhibit numbers, we'll just start with Knapp 1.

(Deposition Exhibit 1 was marked for identification.)

A. Should have brought my glasses, huh?

Q. (By Mr. Rayhill) Not all of them -- the print is particularly small in this one.

A. It's away -- it's like...

MR. DURBIN: You want me to hold it?

A. Not that bad, not that clear over there. So this is an interview or something; right?

MR. WIDNELL: Have you produced this to us?

MR. RAYHILL: No.

**Page 59**

MR. WIDNELL: I was under the understanding we produced documents that would be used in depositions. Are you familiar with that?

MR. RAYHILL: I'm not familiar with that. This is an article that I just had downloaded from the Internet.

MR. WIDNELL: I believe that we had an understanding that we would produce those to the other side before using them in deposition. I'll just lodge the objection. I'm not going to object to you using the document.

MR. RAYHILL: Fair enough. Fair enough.

Q. (By Mr. Rayhill) So this is an article that I downloaded from the Internet. It's dated February 17th, 2012.

A. Okay.

Q. Do you recall speaking for this interview?

A. I mean, I do a lot of them, but, I mean, yeah, I can look and see, yeah, this looks like everything I'd say, probably.

Q. No reason to think you didn't?

A. Oh, yeah. I mean...

**Page 60**

Q. So I'd just like to talk about on the second page, the third full paragraph starts with the words "in keeping." And it says, "In keeping with the goal of providing the best opportunities possible, Knapp will work in partnership with other promotions to ensure that fighters are able to stay busy. Knapp states that Invicta FC fighters will all be paid a fair market value, but given that her promotion will likely stick to four events per year, she understands that that may not be enough to get every fighter the fight that she wants -- the fights, excuse me, that she wants or needs."

So there's -- first of all, this paragraph is paraphrasing you, but is there any reason to believe you didn't -- that it misrepresents your position or misrepresents -- misrepresented your position at that time.

MR. WIDNELL: Objection, foundation.

A. So I think that when you read that paragraph, I think that you definitely have to look at the fact that I state, you know, I'm only going to do about four events a year, so if I

**Page 61**

sign talent, four events, I can't keep those athletes busy, so, you know, that was my basis for saying that, you know, I'm going to work with other promotions, but I work with other promotions anyway, so...

Q. And so four events a year is not enough for a fighter to --

A. No, I mean, not if you have a lot of athletes. And you have to remember, when I started Invicta, I had a bunch of athletes that wanted to fight. I mean, there's no way I could keep athletes busy with four fights a year.

Q. So in order to keep the -- get the athletes enough fights, you would work with other promotions?

A. Yeah.

Q. And Jewel was one of those promotions?

A. In 2012, I think. I think that's when -- I'm not sure in the beginning if we signed, like, long-term contracts. You know, I'm not sure if we signed -- we might have done -- maybe the first couple shows we did one-offs, you know, which would just be one fight, so I would have to look back, but...

Q. Okay. That's all. I'm finished with that

16 (Pages 58 to 61)

**PUBLIC COPY – REDACTED**

SHANNON KNAPP - CONFIDENTIAL

### Page 62

1  document.
2     MR. WIDNELL: Kevin, could we go off
3  the record just briefly?
4     MR. RAYHILL: Absolutely.
5     THE VIDEOGRAPHER: Stand by, please.
6  Going off record at 10:23 a.m.
7     (A recess was taken.)
8     THE VIDEOGRAPHER: Here marks the
9  beginning of Media 2. Resuming record at
10 10:37 a.m.
11 Q. (By Mr. Rayhill) Okay. Does Invicta have a
12    relationship with -- strike that. Does
13    Invicta have a financial relationship with
14    Zuffa?
15 A. What do you mean?
16 Q. Well, let me make it a more general question.
17    Does Invicta have a business relationship with
18    Zuffa of any kind?
19 A. Yes.
20 Q. Can you tell me about that?
21 A. Yes. We have a broadcast distribution deal
22    with the UFC, which means that we air on UFC
23    Fight Pass.
24 Q. And how long have you had that arrangement
25    with Zuffa?

### Page 63

1  A. I think I'm going on two years.
2  Q. And can you tell me what sort of content, what
3     sort of Invicta content gets -- let's back up.
4     Does some Invicta content get broadcast on
5     Fight Pass?
6  A. Yes.
7  Q. And Fight Pass is a subscription service that
8     UFC runs; is that correct?
9  A. Yes.
10 Q. Can you tell me what kind of content gets
11    broadcast, what kind of -- type of Invicta
12    content gets broadcast on Fight Pass?
13 A. Yeah, live events.
14 Q. And how many live events per year, let's say?
15 A. Six to eight, you know. I mean, this year
16    will be six.
17 Q. How many live events does Invicta typically do
18    in a year?
19 A. About six. We're looking to do eight this
20    year.
21 Q. Has Zuffa ever provided any financial support
22    for an Invicta event, a live MMA event?
23 A. Yeah.
24 Q. And can you tell me roughly how many times
25    Zuffa has provided financial support?

### Page 64

1  A. Oh, absolutely, once, yeah, one time.
2  Q. Can you tell me when that was?
3  A. It would be February of 2015, I believe.
4  Q. And can you tell me about -- so can you tell
5     me how much financial support they provided?
6  A. They just covered an event, so I'd have to
7     look at the figures, you know, to be exact,
8     but I know they just covered an event, a full
9     event once.
10 Q. So when you say they covered the full event,
11    do you mean they paid for all expenses related
12    to that event?
13 A. Yes.
14 Q. Do you recall where the event was?
15 A. Yes. At the Shrine in L.A.
16 Q. The Shrine is the Shrine Auditorium?
17 A. Uh-huh.
18 Q. Do you recall if Zuffa provided any logistical
19    support for that event?
20 A. In terms of?
21 Q. Did they help you find the venue?
22 A. Yes.
23 Q. Did they help you sell tickets?
24 A. What do you mean by that?
25 Q. Did they -- well, let's strike that question.

### Page 65

1     Did they help you determine the price for the
2     tickets?
3  A. Yes, because I asked for assistance.
4  Q. Did they help with advertising for the event?
5  A. I believe not, other than on the digital
6     platform.
7  Q. Was that event broadcast -- when you say the
8     digital platform, are you talking about Fight
9     Pass?
10 A. Yes.
11 Q. Okay. Was that event broadcast on Fight Pass?
12 A. Yes.
13 Q. So when you say they advertised on the digital
14    platform, do you mean that they did
15    promotional ads?
16 A. Right, correct.
17 Q. For the upcoming event?
18 A. Correct.
19 Q. And that was the only event that they provided
20    that sort of --
21 A. Yeah.
22 Q. -- financial support for?
23 A. Yes.
24 Q. And the same for the logistical support,
25    helping find a venue?

17 (Pages 62 to 65)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

SHANNON KNAPP - CONFIDENTIAL

```
                                                          66
 1   A.  They did help me one other time with a venue.
 2   Q.  Do you remember when that was?
 3   A.  That would have been, I think, July of 2015.
 4   Q.  Okay.  And where was that event?
 5   A.  The Cosmopolitan, the Cosmopolitan in
 6       Las Vegas.
 7   Q.  In Las Vegas, okay.  And they -- so when you
 8       say they helped you with the venue, did they
 9       speak to the venue on Invicta's behalf?
10   A.  They introduced me, so -- but, you know, that
11       would be helping me, assisting me, so...
12   Q.  Sure.  But they did not provide financial
13       support?
14   A.  No, no.  Yeah, I took care of everything.
15   Q.  Okay.  Does Invicta hold its fights in an
16       octagon?
17   A.  No.
18   Q.  Can you tell me about the setting that the
19       fights are?
20   A.  Hexagon.
21   Q.  It's a hexagon?
22   A.  Uh-huh.
23   Q.  I see, okay.  Has Invicta ever held an event
24       in an octagon?
25   A.  Yes.  I rented their cage once when I did a
```

```
                                                          67
 1       show in Vegas.
 2   Q.  Do you recall when that show was?
 3   A.  2015 or '16.  '15.  Wait, let me think, okay?
 4       I think it was '16.  Yeah.  Well --
 5   Q.  That's fine.
 6   A.  -- it was at the Tropicana.  It's easy to find
 7       online.
 8   Q.  It was at the Tropicana?
 9   A.  Yeah.
```

[Lines 10-25 redacted]

```
                                                          68
 1   [redacted]
 2   [redacted]
 3   Q.  But the only time you did a promotion --
 4   A.  Yeah, to date, yeah.
 5   Q.  Has Zuffa ever acquired the contracts of any
 6       Invicta fighters?
 7   A.  Acquired?  You mean --
 8   Q.  Purchased.
 9   A.  Yes.
10   Q.  Can you tell me how often that's happened?
11   A.  Once.
12   Q.  Okay.  Can you tell me when that was?
13   A.  December of 2013.
14   Q.  Why did Invicta -- first of all, can you tell
15       me how many contracts Zuffa purchased at that
16       time?
17   A.  Not -- not correctly.  I mean, I can't
18       remember exactly.  I mean, they purchased a
19       division from me.
20   Q.  Okay.  What division was that?
21   A.  The strawweight, 115 pounds.
22   Q.  Has Zuffa ever acquired the contract of any
23       other -- other than that one event you just
24       described, has Zuffa ever acquired the
25       contract of another Invicta fighter?
```

```
                                                          69
 1   A.  When you say acquire, what do you mean?  Did
 2       they purchase?
 3   Q.  Purchased it from Invicta.
 4   A.  No.
 5   Q.  Have you ever offered to provide fighters to
 6       Zuffa?
 7   A.  Yes.
 8   Q.  Do you recall about how often?
 9   A.  Well, when I think -- if -- if I offered?
10       What do you mean by offered exactly?
11   Q.  Did you communicate to Zuffa that you could or
12       would provide them with a fighter?
13   A.  Yeah, if there's a particular athlete that's
14       ready -- wants to move on or something like
15       that, then, yeah, I'll speak to them about it.
16       They never approach my athletes without -- I
17       mean, nine times out of ten, it's my athlete
18       or management approaches them, and then they
19       will call me and let me know that one of my
20       athletes is approaching, but there have been
21       times that I think an athlete -- they're a
22       better home for an athlete, and I have made
23       that call and spoke with a matchmaker.
24   Q.  And so when you say you've made that call,
25       you've allowed the athlete to move to the UFC?
```

18 (Pages 66 to 69)

**PUBLIC COPY – REDACTED**

SHANNON KNAPP - CONFIDENTIAL



**Page 126**

```
 1  designated -- if it's designated "attorneys'
 2  eyes only," then only the attorneys can see
 3  it.
 4         THE WITNESS:  I mean, that's my issue
 5  with discussing my business stuff is because
 6  some of the plaintiffs Tweet stuff, say stuff.
 7  I see it.  And I don't want my business, my
 8  company business, because this has nothing to
 9  do with me, so I don't want my company
10  business out there.  That's the only reason.
11         MR. WIDNELL:  Just for the record,
12  neither Mr. Rayhill nor I can offer you legal
13  advice about how this process works, so you
14  should really talk to your own attorney about
15  how this could be used.  There are some
16  wrinkles in terms of how it could be used in
17  terms of what's ultimately treated as
18  confidential.
19         THE WITNESS:  Okay, thank you.
20         MR. RAYHILL:  Agree.  Thank you,
21  Nick.
22         THE WITNESS:  Thank you.
23         MR. DURBIN:  But we certainly have
24  the 21-day right to review it and mark
25  anything that we think should be designated
```

**Page 127**

```
 1  either confidential or attorneys' eyes only.
 2         MR. RAYHILL:  You do have that.
 3         THE WITNESS:  And you're very aware
 4  of what my concerns are?
 5         MR. DURBIN:  Right, and if we
 6  exercise that right, it will restrict access
 7  accordingly.
 8         THE WITNESS:  Perfect, thank you.
```

**Page 128**

```
 4  the sources of that revenue?
 5  A. What do you mean exactly?
 6  Q. Well, let's go through a couple possibilities.
 7  A. Okay.
 8  Q. Are these -- is Invicta's content ever shown
 9     on a Pay-Per-View basis?
10  A. Not Pay-Per-View, on other broadcast
11     platforms.
12  Q. Okay.  So your live events are never broadcast
13     on a Pay-Per-View basis?
14  A. Not that I'm aware of.
15  Q. Okay.  And they are broadcast on Fight Pass?
16  A. You know what, maybe I take that back, because
17     it has been aired on Sony, like the Play
18     Station thing, so I don't know if you have
19     to -- I'd have to -- yeah.
20  Q. Vague understanding.
```

**Page 129**

```
 6  Q. Okay.  Now I really am done with that.
 7  A. Okay.
 8         MR. RAYHILL:  How's everybody holding
 9  up?  If everybody's doing okay?  I'm fine to
10  continue.
11         MR. DURBIN:  Do you want to take a
12  break?
13         THE WITNESS:  It's up to you guys.
14         MR. DURBIN:  Let's plow ahead for a
15  few more minutes.
16         MR. RAYHILL:  Okay.  Very good.
17  Q. (By Mr. Rayhill) Okay.  So when you put on an
18     Invicta event --
19  A. Uh-huh.
20  Q. -- can you tell me what the main expenses you
21     face in putting on an event are?
22  A. The main or the biggest?
23  Q. Yeah.
24  A. Fight cards, production, those are always the
25     biggest.  Well, travel, hotels.  I mean, it's
```

33 (Pages 126 to 129)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

SHANNON KNAPP - CONFIDENTIAL

130

1  very expensive.  Even at my level it's
2  incredibly expensive.  I think people don't
3  realize how expensive that -- if you're not
4  really involved in it.  It takes a lot of
5  money to do the events.
6  **Q.  Okay.  And then when you put on a live event,**
7  **what are your main sources of revenue?**
8  **A.  Would be my licensing fee, would be the main**
9  **source of revenue, ticket sales, some**
10 **sponsorship.  That's pretty much it.**
11 **Q.  Okay.  But the licensing fee is the largest of**
12 **those three?**
13 **A.  Yes.  I mean, it's very important.**
14 Q.  Okay.
15 A.  You know.
16         (Deposition Exhibit 7 was marked for
17 identification.)
18 Q.  (By Mr. Rayhill) All set?
19 A.  Yeah, good enough, yeah.
20 Q.  Okay.  So you've been handed what's been
21 marked as Exhibit 7?
22 A.  Uh-huh.
23 Q.  It has the Bates number ZFL- 0951222.  Do you
24 recognize this document?
25 A.  Uh-huh.

132



131



133

1  Q.  Okay.  Do you know why Zuffa wanted to do this
2      event -- this event in Los Angeles?
3  A.  Yeah, I mean, I can only assume, you know, was
4      that they were doing an event on Saturday.
5      Fans love it when Invicta goes before them.
6      They love when you go into town, and you can
7      get Invicta and you can get the UFC.  I mean,
8      it's a big deal to them because they got a
9      whole weekend of fights.  And Cris Cyborg will
10     be on that card, which, you know, is a great
11     deal for them as well.
12 Q.  And why is it a great deal to have Cris Cyborg
13     on the card?
14 A.  At that time I believe she was a UFC athlete.
15 Q.  Okay.  Finished with that document.  Thank
16     you.
17 A.  Uh-huh.
18         (Deposition Exhibit 8 was marked for
19 identification.)
20 Q.  (By Mr. Rayhill) Let me know when you're
21     ready.
22 A.  I'm ready.
23 Q.  Okay.  You've been handed what's been marked
24     as Exhibit 8.  It has the Bates number
25     ZFL1119496.  Do you recognize this document?

34 (Pages 130 to 133)

SHANNON KNAPP - CONFIDENTIAL

134

1  A. Yes.
2  Q. Can you tell me what it is?

136

17     (Deposition Exhibit 9 was marked for
18  identification.)
19  A. I'm good.
20  Q. (By Mr. Rayhill) You've been handed what's
21  been marked as Exhibit 9. It has the Bates
22  number ZFL-0914088. That's actually three
23  documents. It's an e-mail with two
24  attachments. First attachment begins at 0 --
25  has the Bates number 091, and the second

135

137

1  attachment has the Bates number -- I've got
2  them in reverse on my -- in any event, the
3  attachments end in 090 and 091.
4     Okay, all right. Do you recognize
5  this document?
6  A. Yeah.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

SHANNON KNAPP - CONFIDENTIAL

214

1  relationship with Cyborg, the UFC benefited by
2  making sure that she had fights and even
3  though they couldn't provide --
4  A. Oh, yeah, for sure.
5       MR. RAYHILL: Objection, calls for
6  speculation. Sorry.
7  A. For sure, yeah, for sure.
8  Q. (By Mr. Widnell) We talked a little bit about
9  the sale of the 115-pound division, and I
10 think Mr. Rayhill asked you whether or not you
11 have a 115-pound division now.
12 A. Yes, I do.
13 Q. It sounds like when you sold the contracts,
14 you sold the contracts for a significant
15 portion of the 115-pound division to UFC. How
16 quickly were you able to bring in equivalent
17 fighters?
18 A. Like probably the next week. I think within
19 ten days I refilled the division.
20 Q. So would you say that there's no shortage of
21 fighters right now that you could -- at that
22 time that you could have gotten?
23 A. Yeah, I mean, yeah.
24 Q. When you're looking for fighters, what
25 criteria do you use to pick out fighters to

215

1  contract with?
2  A. Sign? First and foremost talent. You know,
3  that's always the biggest deals. I'm looking
4  for the most talented. You know, then you
5  apply everything else, you know, goes into it,
6  but talent is the major thing you're looking
7  for.
8  Q. I think Mr. Rayhill asked about rankings. Do
9  you consider a fighter's rankings as part of
10 your criteria for making a decision on whether
11 or not to sign a fighter?
12 A. Sometimes. It depends. You know, it's going
13 to depend, definitely depend. There are a lot
14 of athletes that are not ranked yet, but only
15 because they're young athletes, so I'm still
16 going to sign them based on the talent factor.
17 Q. So with a young athlete that you're going --
18 like that that you just described, could that
19 be an athlete that hasn't had a lot of fights
20 yet?
21 A. Absolutely, yeah.
22 Q. So do you feel you have the ability to pick
23 out fighters who are promising fighters even
24 if they haven't had a, you know, significant
25 number of fights in MMA -- professional MMA

216

1  fights?
2  A. Absolutely. That's what, you know, I'm good
3  at, is picking young talent, and because
4  Invicta is all female, you know, and
5  we're not -- you know, there's not a lot of
6  men on the card, it's all women, I can build
7  stars very quickly, so...
8  Q. So I think you just described a difference
9  between women's MMA fighting and men's MMA
10 fighting. Is that accurate? Would you say
11 that it's harder to build an MMA male fighter
12 as quickly as an MMA female fighter?
13      MR. RAYHILL: Objection, calls for
14 speculation.
15 A. In this day and age, it's -- you know, it's --
16 you know, it's easy to build men as well. You
17 know, I think they're about the same. The
18 difference is trying to build a female athlete
19 in an organization that has men and only a
20 couple divisions for women, you know, you're
21 going to have a ton of male fights on that
22 card and only a couple female fights, where
23 Invicta we're all women, so the women are
24 going to circle through more frequently and
25 get more exposure, therefore, making it easier

217

1  to build them faster.
2  Q. Are there differences between women's MMA
3  promotions and men's MMA promotions?
4       MR. RAYHILL: Objection. Calls --
5  A. Are there differences? Not to -- a little. I
6  mean, I provide a hair braider. I don't know
7  that they do that for the men, you know, so
8  there are certain differences and things like
9  that, but...
10 Q. (By Mr. Widnell) Would you say that MMA
11 promotions for men are -- are widely known and
12 are very successful?
13      MR. RAYHILL: Objection, calls for
14 speculation.
15 A. Yeah, I mean...
16 Q. (By Mr. Widnell) Would you say MMA promotions
17 for women are widely known and as successful
18 as men's divisions right now?
19 A. Well, I think they're getting there. I think
20 that they're not that many. There's me, you
21 know, that are all women.
22 Q. How long have there been women MMA promotions?
23 A. Oh, well, there haven't been where they're all
24 female. Women have competed on the cards, you
25 know, for ten, however many years, but when it

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

SHANNON KNAPP - CONFIDENTIAL

218

1  comes to all female, you know, I think there
2  was a promotion years -- you know, maybe five,
3  six years ago that threw a few fights here and
4  there, but nothing that's been steady, like
5  what we do at Invicta.
6  Q. And how long have men's MMA promotions been in
7     existence?
8  A. Oh, a long time, long time. I mean, early
9     '90s, maybe sooner. I wasn't involved back
10    then, so...
11 Q. Would you say that women's MMA promoters or
12    the business of promoting MMA fights for women
13    is more of a nascent industry right now?
14 A. Possibly, yeah.
15 Q. At one point I think you were talking about
16    the success of a recent Invicta event, and I
17    think you talked about how it had gone up
18    against March Madness.
19 A. Yeah, pretty cool.
20 Q. When you're competing for eyeballs for an
21    audience, do you compete with Sports Center
22    too?
23 A. I think you're competing with everybody when
24    you're trying to get the eyeballs, you know, I
25    mean, everything, even reality series. You

219

1  know, you're trying to get -- but to me,
2  you're kind of competing with everybody that's
3  got something going on that night.
4  Q. Is there a specific demographic that you're
5     targeting?
6  A. Not really. I mean, you've got your typical
7     18 to 35, but you kind of target everybody.
8     We're all over the board.
9  Q. When you were working at Strikeforce, was
10    there a demographic that you were targeting?
11 A. 18-to-35-year-old male.
12 Q. Would that be a difference between your
13    promotion and other promotions that tended to
14    have a focus on men's --
15 A. Yeah.
16 Q. -- men's MMA promotions?
17 A. Yeah.
18    MR. RAYHILL: Objection, calls for
19    speculation.
20 A. You know, I think that it's pretty standard
21    across the board on the male side of the
22    sport. I think for us, at Invicta, you know,
23    I can look at our audience, and I can see
24    that, you know, 18 to 35, the young kids, the
25    mature -- what I consider mature audience with

220

1  male and female, you know, my mother's --
2  women love it that are my mom's age, so, yeah,
3  I think it's all over the board.
4  Q. When you're competing for fighters to bring in
5     fighters, which promoters do you compete with
6     to -- when you're trying to sign a fighter?
7  A. Everybody a little bit to a degree, you know.
8     Some are more aggressive. You know, I have
9     more competition with certain ones. You know,
10    can maneuver and do things that are not so
11    nice, but, yeah, you compete a little bit
12    about everybody. Even a little bit with the
13    UFC, even though we're on Fight Pass, there's
14    still going to be an athlete that they see, I
15    see, and we're both going to try to sign the
16    athlete.
17 Q. So if you know that UFC is trying to sign an
18    athlete, that doesn't stop you from trying to
19    sign the athlete?
20 A. Heck, no. I don't put UFC out in my
21    contracts. I'm not a feeder. I -- you know,
22    I really want to make this clear. I run my
23    promotion differently than all the other
24    promotions out there. You know, I can't ask
25    my athletes to fight hard for me if I'm not

221

1  willing to fight hard for them and give them
2  the opportunities they're looking for. And I
3  assure you, every one of them wants to be in
4  the UFC. You know, it's not like anybody's
5  poaching or anybody's trying to take. This is
6  the dream, you know.
7  Q. When you say that everybody wants to be in the
8     UFC, is that because UFC has restricted the
9     ability of other promoters to compete, or is
10    it because of something unique to the UFC?
11 A. I think it's the Broadway, it's the Q-Tip,
12    it's the Kleenex, it's the big stage that we
13    all look at, you know. This day and age, I
14    mean, there's a lot of options out there these
15    days, a lot of options, a lot more than there
16    were years and years ago, but there are
17    definitely options, and, you know, I don't
18    know why each one wants to, but it's something
19    that's important to them, you know.
20 Q. So my question was is in any way UFC's ability
21    to be attractive to professional MMA fighters
22    a function of UFC doing things to hurt
23    other --
24 A. No.
25 Q. -- fighters?

56 (Pages 218 to 221)

**PUBLIC COPY – REDACTED**

SHANNON KNAPP - CONFIDENTIAL

**Page 222**

1    MR. RAYHILL: Objection, calls for
2    speculation.
3    A. I mean, no, I don't see that. I mean, I don't
4       see that.
5    Q. (By Mr. Widnell) Has UFC ever done anything to
6       harm Invicta's ability to compete?
7    A. No. Actually, they've been really good, you
8       know, in the business relationship, been
9       really good. Never stopped me, you know --
10      yeah, I have nothing to complain. If I did, I
11      would tell you.
12   Q. Did UFC ever do anything to harm Strikeforce
13      while you were working at Strikeforce to your
14      knowledge?
15   A. Not that I saw. I mean, you always get that
16      rumor stuff, but never anything that, you
17      know, like a direct shot.
18-24 [REDACTED]
25   Q. And did UFC to your knowledge do anything to

**Page 223**

1       harm IFC while you worked at IFC?
2    A. No, not that --
3       MR. RAYHILL: Objection, IFL.
4       THE WITNESS: It's IFL.
5       MR. WIDNELL: I'm sorry, IFL.
6       THE WITNESS: That's okay.
7    Q. (By Mr. Widnell) I think you also -- you spoke
8       about using Jewel fighters. When you have a
9       fighter from Jewel that you use in an event,
10      does that fighter, then, typically go back to
11      fight for Jewel, or do you try to hire that
12      fighter?
13   A. No, I have a contract with them as well, but I
14      also -- they fight, you know, if the
15      opportunity comes there.
16   Q. When a fighter for Jewel fights for you at an
17      event, do you regard that as co-promoting?
18   A. Actually, no. I mean, once again, my
19      definition of co-promoting is more of the
20      billing. You know, that's what I think of is
21      you co-promote it like that, and I don't give
22      any kind of billing. Technically we are. You
23      know, if they have a contract there too, we're
24      co-promoting, but not...
25   Q. And you also spoke about your fighters would

**Page 224**

1       go to Bellator on occasion. Would that be --
2       would they go and fight for Bellator while
3       they were still under a contract with you?
4    A. Uh-huh, I have a couple that are going to
5       fight over there every once in a while.
6    Q. So are those -- are those fighters who are
7       fighting for Bellator currently under contract
8       with you?
9    A. Yeah, and what they are is, once again, it's
10      that regional thing where Bellator will go
11      into market, maybe one of my athletes are
12      there, so they'll compete on the card and sell
13      tickets or something.
14   Q. Do you regard that as co-promotion?
15   A. No, no.
16   Q. Would you describe yourself as someone who's
17      knowledgeable of the MMA industry?
18   A. Yeah.
19   Q. Is the term "elite professional MMA fighter"
20      widely understood within the MMA industry?
21      MR. RAYHILL: Objection. Calls for
22      speculation.
23   A. Repeat that just so I make sure I have a real
24      grasp of what you're saying.
25   Q. (By Mr. Widnell) Sure. Is the term "elite

**Page 225**

1       professional MMA fighter" widely understood
2       within the MMA industry?
3    A. I would think so.
4    Q. Do you know what that term means?
5    A. I know what I perceive it to mean. I mean, to
6       me an elite professional is one of our
7       top-tier MMA athletes.
8    Q. Do you think that other people would share
9       your perspective of what that term means?
10      MR. RAYHILL: Speculation, objection.
11   A. I mean, the educated, you know, part of the
12      sport, you know, would definitely say that. I
13      mean, a typical fan, I don't know if they'd
14      know the difference if you're an MMA fighter
15      or if you're an elite.
16   Q. (By Mr. Widnell) So using that term, would you
17      say that all UFC fighters are elite
18      professional MMA fighters?
19      MR. RAYHILL: Objection, calls for
20      speculation.
21   A. I would think that most people that compete
22      there, you know, are at a higher level. But
23      in my opinion, you know, it's going to be the
24      A level that I consider to be the elite MMA.
25   Q. (By Mr. Widnell) So if I heard you correctly,

57 (Pages 222 to 225)

**PUBLIC COPY – REDACTED**