# Exhibit 24

Deposition of Sean Shelby (April 12, 2017)
(excerpted)

PUBLIC COPY - REDACTED

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
          Plaintiffs,          )
                               )
     vs.                       )   Case No.
                               )   2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
          Defendant.           )
_____)



CONFIDENTIAL

VIDEOTAPED DEPOSITION OF SEAN SHELBY

Las Vegas, Nevada

April 12, 2017

9:11 a.m.




Reported By:
Gale Salerno, RMR, CCR No. 542
Job No. 49972

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL

26

1    Q.  So when you're trying to set sides for a
2  bout, where do you start?
3    A.  You generally try to get the fairest
4  match-up possible.  But again, there's so many
5  factors:  Which fighters are available, when a
6  fighter wants to fight.
7       You also have to take into account who a
8  fighter wants to fight.  I mean, I can't make anybody
9  compete.
10      So you have to talk to both sides, and they
11  both have to agree to it.
12      But, if you look -- you know, and rankings
13  do factor into it if those fighters are ranked or one
14  is and one isn't.
15    Q.  The fighters themselves look at the
16  rankings; is that accurate?
17      MR. WIDNELL:  Objection.  Form.
18      THE WITNESS:  I mean, I would assume they
19  do.  I can't tell you if they do or don't
20  specifically, but I would assume.
21  BY MR. MADDEN:
22    Q.  Well, you said that when they -- that --
23  strike that.
24      You said that who the fighter wants to
25  fight is part of your matchmaking process, and one of

27

1  the things that fighters discuss with you when you're
2  talking to them about that is whether the person is
3  higher ranked than them; is that accurate?
4      MR. WIDNELL:  Objection.  Misstates
5  testimony.  Form.
6      THE WITNESS:  I'm not sure what you're
7  asking.
8  BY MR. MADDEN:
9    Q.  So it would generally be the case that a
10  fighter who is close to challenging for a title would
11  not want to fight a lower-ranked fighter, a
12  significantly lower-ranked fighter, someone who is
13  not close to challenging for the title in a bout?
14      MR. WIDNELL:  Is there a question?
15      THE WITNESS:  I'm not sure what you're
16  asking.  Can you please rephrase that?
17  BY MR. MADDEN:
18    Q.  So if you offer a fight to someone who is
19  close to challenging for a title --
20    A.  Okay.
21    Q.  -- and their offered opponent is
22  significantly lower ranked, a fighter, the higher
23  ranked fighter, would not want to take that fight
24  because of the ranking?
25      MR. WIDNELL:  Again, is there a question?

28

1  BY MR. MADDEN:
2    Q.  Is that accurate?
3    A.  I understand what you're saying.  Every
4  situation is different.  So you could have a fighter
5  who is ranked who requests a similarly ranked
6  fighter.  I have had fighters request an unranked
7  fighter.
8       So it -- I mean, it's -- it goes different
9  ways.
10    Q.  When you say you've had fighters request an
11  unranked fighter, is that a fighter who is close to
12  getting their title shot?
13      MR. WIDNELL:  Objection.  Form.
14      When you say "is that a fighter," which
15  fighter are you referring to?
16      THE WITNESS:  Yeah, I mean, that's a
17  general statement.  I've put a lot of bouts together,
18  so you have to give me some specific examples for me
19  to say yes or no.
20  BY MR. MADDEN:
21    Q.  Well, you just said you've had a fighter
22  request an unranked fighter.  So I'm asking about the
23  circumstances under which that occurred.
24      MR. WIDNELL:  Again, wait for a question
25  before you answer.

29

1  BY MR. MADDEN:
2    Q.  So were the circumstances under which that
3  occurred such that it involved a fighter who was
4  close to challenging for a title requesting an
5  unranked opponent?
6      MR. WIDNELL:  Objection.  Form.
7      You can answer.
8      THE WITNESS:  I mean, it's tough, because I
9  don't want to make the fighter, you know, look bad in
10  any way.  But there are fighters -- like I just had a
11  situation where I asked Carla Esparza, she would
12  fight another top ranked fighter, and she didn't want
13  to.  She asked for something else.  And so I said,
14  well, you know, we'll see if we can do this.  And I
15  think in her last bout, she ended up competing
16  against, I think it was Randa Markos, I believe.
17      And in those situations, all you can do is
18  go and ask the other fighter, you know, if they would
19  like to compete as well.  And if the other fighter
20  agrees, then you can take it from there.
21  BY MR. MADDEN:
22    Q.  So was Carla Esparaza in a position to
23  fight for a title soon?
24    A.  I mean soon, so when you say "soon," I mean
25  anything can happen because of injuries and whatnot.

8 (Pages 26 to 29)

**PUBLIC COPY – REDACTED**

SEAN SHELBY - CONFIDENTIAL

**30**

1　There have been fighters that weren't scheduled to
2　fight for a title, you know, within six months, eight
3　months.  And then you have injuries and that changes
4　everything all the time.
5　　　Q.  So if you had -- what weight division is
6　Carla Esparza?
7　　　A.  She's a straw weight.
8　　　Q.  So if you had a opportunity for a straw
9　weight title fight where the opponent for the current
10　champion -- I'm not going to even try to pronounce
11　her name --
12　　　A.  Joanna Jedrzejczyk?
13　　　Q.  Yes.  If you had a fight for her, and the
14　opponent dropped out, would Carla Esparza be on the
15　short list of people for a replacement?
16　　　　MR. WIDNELL:  Objection.  Form.
17　　　　THE WITNESS:  So there are so many
18　variables, it's really hard for me to say that,
19　because things change so fast, and you know,
20　especially in regards to title fights.
21　　　　It's -- you never really want to talk in
22　absolutes like that because you can say something,
23　and you end up having to change your mind the next
24　week.  It's just that the circumstances dictate
25　that.

**31**

1　BY MR. MADDEN:
2　　　Q.  Well, I wasn't speaking in absolutes.  I'm
3　asking whether she would be on a short list for a
4　title --
5　　　A.  Considering her ranking, I would assume
6　that, you know, that she would have to be.
7　　　　If Joanna was in a situation where she was
8　to fight, and there weren't a clear opponent for her,
9　that I believe -- I'm not sure where Carla was, I
10　think she was top five.  So in that situation, I
11　mean, yeah, it's a possibility.
12　　　Q.  So the short list is created based on the
13　fighters who are ranked highly in the UFC rankings?
14　　　A.  And even then, that's not 100 percent
15　accurate to say.  I assume that, you know, again, if
16　a fighter is scheduled to compete, and, you know, the
17　other fighters are having other bouts scheduled,
18　other fighters are injured, there's a lot of factors
19　that go into it.
20　　　Q.  So there are no objective criteria for who
21　would get a title fight?
22　　　A.  Well, what you do is, I mean, you try to
23　put the -- in many cases, you're trying to put the
24　fighter who -- and again, I'm sure this is
25　subjective -- who deserves based on, I mean, so many

**32**

1　different factors.  I mean, win streaks, who they
2　have competed against, how they've looked.  I guess
3　rankings would factor into that as well.
4　　　Q.  So the criteria for who gets the title shot
5　is based on win streaks, the quality of the opponents
6　in that win streak, and the ranking?
7　　　A.  And additionally, athlete availability,
8　scheduling.  Again, there's a lot of variables.
9　　　Q.  Is one of the criteria the number of fights
10　left on their contract?
11　　　A.  Like, I'm trying to say that --
12　　　Q.  I'll rephrase.  If they have one fight left
13　on their contract, is that a factor in whether you
14　would give them a title shot?
15　　　A.  For me, I would be willing to put a fighter
16　into that situation.
17　　　Q.  Have you ever done so?
18　　　A.  No, I haven't.  I don't think I have.
19　　　Q.  Would you first attempt to negotiate an
20　extension before you put them into that position?
21　　　A.  Sure.
22　　　Q.  As part of that negotiation, would you tell
23　them that their title shot is coming up?
24　　　　MR. WIDNELL:  Objection.  Form.
25　　　　THE WITNESS:  Well, again, you know, you

**33**

1　have -- it's hard to know if somebody has got a title
2　shot coming up.  I mean, they could win their next
3　one, they could lose their next one.  Sometimes
4　fighters are all on the right track.  You're looking
5　at them, and you're like you're on your way, you're
6　doing great.
7　BY MR. MADDEN:
8　　　Q.  Sure.  But so a fighter with one fight left
9　on their deal --
10　　　A.  Uh-huh.
11　　　Q.  -- and if I understand your testimony
12　correctly, you would be willing to put them in a
13　situation where that one fight was a championship
14　fight.  So my question is, would you -- strike that.
15　　　　I believe I also understand your testimony
16　to be that you would try to negotiate a new deal with
17　them before the title fight, and so my question is
18　would you tell them that they would get a title fight
19　next if they signed the new deal?
20　　　　MR. WIDNELL:  Objection.  Misstates
21　testimony.  Calls for speculation.
22　　　　THE WITNESS:  So when somebody goes, you
23　know, say somebody is going to get a title shot, you
24　would think that, you know, in many cases, that it
25　would be something new if they were to become

9  (Pages 30 to 33)

**PUBLIC COPY – REDACTED**

SEAN SHELBY - CONFIDENTIAL

34

1  champion.  Or even just fighting for the title, it's
2  a more valuable thing.
3      So in actuality, in many cases you want
4  them to have a better deal or more money even going
5  into that fight.
6  BY MR. MADDEN:
7      Q.  Do you consider story lines when you're
8  matching fighters up, like rubber matches, bad blood,
9  comeback fights, things along those lines?
10     MR. WIDNELL:  Objection.  Form.
11     THE WITNESS:  I mean, that's fair to say in
12  some cases.  There are fighters that say, well, I
13  have an issue with another fighter, you know, there's
14  things going on between us.  And so in some cases you
15  would do that.
16  BY MR. MADDEN:
17     Q.  Do you think that makes for better fights?
18     A.  No, not necessarily.  In some cases, you
19  know, you're going to get fighters that, you know,
20  there's so much disdain for each other, and then when
21  it comes time for them to actually compete -- and I'm
22  just guessing here, but there's so much for them to
23  lose.  And in some situations, you actually can get a
24  worse fight.  That's not every case.
25     Q.  Is it fair to say that part of your job is

35

1  to create contenders?
2      A.  The matches I put together have contenders
3  emerge.
4      Q.  Who is Joe Benavidez?
5      A.  He's a fighter in the 125-pound weight
6  class.
7      Q.  Is he a higher level fighter than the
8  125-pound weight class?
9      MR. WIDNELL:  Objection.  Form.
10     THE WITNESS:  Yes, he is.
11     MR. WIDNELL:  If we could take a break at
12  some point in the near future, if you want to do that
13  before introducing this document, that would be
14  great.  If you want to do this document and the line
15  of questioning for this document, but as we discussed
16  earlier --
17     MR. MADDEN:  Let's mark this as Exhibit 2
18  on the record, and then let's take a break.
19     MR. WIDNELL:  Perfect.  Thank you very
20  much.
21     (Exhibit 2 was marked for
22     identification.)
23     THE VIDEOGRAPHER:  We're now going off the
24  record.  The time is approximately 9:56 a.m.
25     (A recess was taken from 9:56 a.m.

36

1  to 10:03 a.m.)
2      THE VIDEOGRAPHER:  We are now back on the
3  record.  The time is approximately 10:03 a.m.
4  BY MR. MADDEN:
5      Q.  So you have in front of you a document
6  that is Bates numbered ZFL1897060, and it ends at
7  ZFL1897369.  And it's a compilation of text
8  messages.
9      Is your cell phone number (702) 249 --
10  strike that.
11     Is your cell phone number (702) 497-8364?
12     A.  Yes.
13     Q.  Okay.  And did you, or do you have --
14  strike that.
15     Are you the owner of the e-mail address
16  SeanShelby@gmail.com?
17     A.  Yes.
18     Q.  Are you the only user of that e-mail
19  address?
20     A.  Yes.
21     Q.  And are you the only user of the cell phone
22  number (702) 497-8364?
23     A.  Yes.
24     (Exhibit 3 was marked for
25     identification.)

37

1  BY MR. MADDEN:
2      Q.  Okay.  So the document that's been put in
3  front of you as Exhibit 2 has been produced by Zuffa
4  as a compilation of text messages that have been
5  pulled from your phone.
6      And we will go into some of them
7  specifically later, but for now, introduced as
8  Exhibit 3, is a subset of those text messages.
9      If you could take a second to review the
10  subset.
11     A.  Okay.
12     Q.  So the additional column in the subset,
13  I'll state for the record, refers to the Bates number
14  on Exhibit 2 where these text messages may be found.
15     Now, some of them are incomplete in
16  Exhibit 2, and so the column will -- we also received
17  individual texts that would have the full message.
18  So the column also reflects in some cases where the
19  individual text is found where the complete
20  information is.
21     A.  Okay.
22     Q.  So that's what the column furthest to the
23  right Bates refers to.
24     Do you recall this text message
25  conversation in January of 2015?

10  (Pages 34 to 37)

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL

38

1    A.  I don't.
2    Q.  So as of January of 2015, is it accurate
3  that Joe Benavidez had fought only twice in three out
4  of the previous four years?
5    A.  I would have to go back and look
6  specifically, but it's possible.
7    Q.  Was it common for fighters not to get more
8  than two bouts in a year at that time?
9    MR. WIDNELL:  Objection.  Form.
10    THE WITNESS:  Well, there were fighters
11  that had gotten two, and fighters that had gotten
12  three, and some had four, I think.  And maybe more.
13  BY MR. MADDEN:
14    Q.  Did you receive a number of complaints from
15  fighters who were idle during that time period?
16    MR. WIDNELL:  Objection.  Form.
17    THE WITNESS:  I do receive complaints from
18  fighters because there are fighters that want to
19  fight every month.  And then there's some fighters
20  that have no intention of fighting even more than
21  once a year.
22  BY MR. MADDEN:
23    Q.  So the -- your second text in the chain, as
24  reflected in Exhibit 3, can you read me what you
25  wrote.

39

1    A.  Okay.  Is it the one where it starts "You
2  have an opponent"?
3    Q.  Correct.
4    A.  "I have 40 other guys in your weight class
5  and 60 bantamweights, 80 featherweight.  And I have
6  to create contenders above all else right now.  A
7  logjam I hope is over before the summer."
8    Q.  In January of 2015, did you have about 40
9  flyweight fighters?
10    A.  It's possible.
11    Q.  And is the number for bantamweights
12  accurate roughly, as well?
13    A.  Yeah, I would say it's possible.  That's
14  what I wrote.
15    Q.  And is the number for featherweights also
16  roughly accurate?
17    A.  I assume it would be.  The featherweights
18  seem a little bit high, but okay.
19    Q.  And the featherweights are the 145 guys?
20    A.  Correct.
21    Q.  And so you had written, "I have to create
22  contenders above all else right now."
23    A.  Uh-huh.
24    Q.  What did you mean by that?
25    A.  Well, you know, at the end of the day, you

40

1  have to have somebody challenging for a belt.  And
2  so, you know, that's fighters working their way up
3  the division.
4    Q.  So contenders are a subset of fighters at
5  the top of each division?
6    MR. WIDNELL:  Objection.  Form.
7    THE WITNESS:  In this context, yes.
8  BY MR. MADDEN:
9    Q.  And what do you do to create contenders?
10    A.  Well, you try to make the logical match-ups
11  that need to -- you know, one guy kind of standing
12  out among others, and so the public could now
13  recognize it, you know, that, you know, this person
14  deserves a title shot.
15    Q.  So in addition to -- you can put the
16  exhibit aside.
17    A.  Sure.
18    Q.  Thanks.  In addition to your responsibility
19  of pitting individual fighters against each other in
20  a bout, you also have responsibility for filling bout
21  slots and cards; is that accurate?  I'll withdraw
22  that question.
23    For each UFC event, there's a certain
24  number of bouts; is that accurate?
25    A.  Yes.

41

1    Q.  Okay.  And some number of those bouts you
2  were responsible for filling with fighters in your
3  divisions; is that right?
4    A.  Yes.
5    Q.  On a typical card, how many bouts are
6  there?
7    A.  It depends on the state, but there can be
8  anywhere from 12 to 14.
9    Q.  Which -- has that been the case all the way
10  through since 2010?
11    A.  I don't recall.  I mean, I would guess.  I
12  mean, I would have to go back and look specifically.
13    Q.  But as a general matter, the number of
14  bouts on an event card hasn't changed over the last
15  seven years?
16    MR. WIDNELL:  Objection.  Asked and
17  answered.
18    THE WITNESS:  I don't know.  I mean, it
19  could have been at 12 and it moved to, you know, kind
20  of more or less than the 13.  I'm not sure.
21  BY MR. MADDEN:
22    Q.  Of those 12 to 14 bouts, how many are you
23  responsible for in a given card?
24    A.  Currently?
25    Q.  Yes.

11  (Pages 38 to 41)

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL

74

1    to come up with the best decision possible.
2    BY MR. MADDEN:
3        Q.  So comparing the Fox events, the events
4    that are broadcast on the Fox networks, and the UFC
5    numbered events, is there a difference in the quality
6    of fighters that appear on the cards?
7        MR. WIDNELL: Objection. Form.
8        THE WITNESS: Quality as to what?
9    BY MR. MADDEN:
10       Q.  Well, so, I mean, there's championship
11   bouts, right?
12       A.  Correct.
13       Q.  That's one sort of upper echelon of
14   quality. And then there's other, you know,
15   high-level fighters, I think you've called them
16   contenders, that fight each other that will also
17   appear on main cards of numbered events, right?
18       A.  Uh-huh.
19       Q.  Do Fox events also feature similar levels
20   of competition, including championship bouts and
21   fights between contenders?
22       A.  For the most part, championship bouts are
23   on the pay-per-views. But again, you know, we have
24   events -- like a Fox event, you could have -- you
25   could have somebody who has competed on the main card

75

1    of a numbered event three months ago, and they're on
2    the main card of a Fox event now. So it's really all
3    over the place.
4        Q.  So other than the championship bouts, the
5    fighters who appear on the Fox events are similar to
6    the fighters who appear on the pay-per-view main
7    cards?
8        MR. WIDNELL: Objection. Misstates.
9        THE WITNESS: I would agree with that
10   assessment.
11   BY MR. MADDEN:
12       Q.  So when you're filling the bouts for which
13   you're responsible for -- and let's start with the
14   numbered events, do you have a budget for fighter
15   compensation that you have to abide by for your bout
16   slots?
17       A.  I try to -- I'm usually trying to make the
18   best card possible at the time, considering
19   variables. There have been times where they have
20   come back and said, well, this is quite expensive.
21       So then you kind of have got to go back to
22   the drawing board.
23       Q.  Who would tell you that it's quite
24   expensive?
25       A.  If you're sitting in, you know, in a

76

1    meeting going over events, then, yeah, that could
2    come up. And it could come up from somebody like
3    Lawrence Epstein or Lorenzo or Dana. Any number of
4    people.
5        Q.  Who attends these meetings to go over
6    events other than Epstein, Lorenzo, Dana, yourself?
7        MR. WIDNELL: Objection. Misstates.
8        THE WITNESS: I'm trying to think of all
9    the people. I mean, it could be anywhere from just
10   me and Dana, and now Maynard, or it was Joe Silva, to
11   if you're in a scheduling meeting or anything like
12   that. I mean, it's just, there's 10 to 12, 15 people
13   at times in these meetings. Dropick was in the
14   meeting. I couldn't name them all.
15   BY MR. MADDEN:
16       Q.  Is it at those meetings that it's
17   determined which bouts go where on the card? So
18   whether in a prelim or the main card or the Fight
19   Pass prelim?
20       MR. WIDNELL: Objection. Form.
21       THE WITNESS: That's primarily established
22   between the matchmakers and Dana White.
23   BY MR. MADDEN:
24       Q.  So not at the meeting that goes over the
25   event?

77

1        A.  No, not usually.
2        Q.  When you find out that there's an event
3    that you have bouts to fill, do you and/or Joe start
4    with the headliner, or do you just start by putting
5    together the bouts that you could make?
6        A.  Well, that's a difficult question to
7    answer, because there's so many variables. Usually
8    you start with a date and a location, and then Joe
9    and I would start working on a card.
10       The problem with it is that, again, there's
11   so many variables. There's, you know, you have a
12   roster of fighters, but you don't know where they are
13   at either physically or mentally. Do they have other
14   things going on in their lives? If they can make the
15   date, if they agree to the opponent. There's again,
16   so many things.
17       So sometimes we have a headliner right out
18   of the gate, and that's amazing. And sometimes you
19   build the undercard, and you have to wait because the
20   main event hasn't materialized.
21       Q.  How far out do you set dates -- withdraw.
22       How far out are you made aware of dates and
23   locations of events?
24       MR. WIDNELL: For what time period?
25       MR. MADDEN: Before Joe Silva left the

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

SEAN SHELBY - CONFIDENTIAL



**78**

**79**

5    at least from what I think, that -- they're not
6    100 percent yet, but you move on and start building
7    the card anyways.
8    BY MR. MADDEN:
9        Q.   So for the numbered events, the headliner
10   would be the focus of UFC's marketing efforts; is
11   that accurate?
12       A.   Not necessarily in every case.
13       Q.   Which cases would it not be the case?
14           MR. WIDNELL: Objection. Form.
15           THE WITNESS: Well, I suppose that you
16   could have somebody that the public and the press is
17   even more interested in than the actual main event
18   itself.
19   BY MR. MADDEN:
20       Q.   In such circumstances, would that event be
21   made a co-main event? Or would that bout be made a
22   co-main event?
23           MR. WIDNELL: Objection. Calls for
24   speculation.
25           THE WITNESS: Not necessarily, because

**80**

1    theoretically, you could have two title fights, say,
2    on a card, and you could have the third fight in the
3    middle of the card be actually more popular to the
4    fans than the two title fights.
5    BY MR. MADDEN:
6        Q.   And so the UFC markets the third fight over
7    the headliners and the title fights?
8            MR. WIDNELL: Objection. Misstates.
9            THE WITNESS: Well, I'm not in the PR
10   industry, but I would assume that, you know, if news
11   outlets, which are the gateway to the fans, are
12   requesting fighters or a fight or take more interest,
13   that you're not going to hold those fighters back.
14   You're going to give them what they want. And
15   thereby, you know, through, you know, kind of
16   organically, it would build into a bigger fight.
17   BY MR. MADDEN:
18       Q.   When you say you're going to give them what
19   they want, what do you mean by that?
20       A.   Well, if news outlets or the fans are
21   showing more of an interest towards a fight, again,
22   I'm not a PR person, but well, that's what I would
23   do.
24       Q.   What would you do?
25       A.   Well, you would accommodate them.

**81**

1        Q.   By doing what?
2        A.   Well, you would go and if, you know, like
3    if say news outlets were putting in more requests for
4    a fighter, again, I'm not a PR person, but this is
5    what I would do.
6        Q.   But so I'm just trying to understand your
7    answer. So news outlets are putting in more requests
8    for a fighter. What kind of requests did news
9    outlets put in for a fighter?
10           MR. WIDNELL: Objection. Foundation.
11   Calls for speculation.
12           THE WITNESS: Again, you're kind of asking
13   me to be a PR person.
14   BY MR. MADDEN:
15       Q.   I'm just asking you what you mean.
16       A.   Well, if I'm a manager or whatever else,
17   and everybody is coming to me saying, hey, I really
18   would like to get some time with your fighter or
19   whatever, then, of course you're going to go and
20   connect the two.
21       Q.   So what you're saying is that in some
22   cases, the headliners or the championship bouts do
23   not generate as much demand from the news or fans for
24   the fighter to participate in promotional appearances
25   and other activities as another fight on the card?

21  (Pages 78 to 81)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

SEAN SHELBY - CONFIDENTIAL

82

1      MR. WIDNELL:  Objection.  Misstates the
2  testimony which, was discussing a hypothetical, not
3  actual facts.
4      THE WITNESS:  Could you restate that?
5  BY MR. MADDEN:
6      Q.  So several questions ago I asked whether
7  the headliner was the main focus of the UFC's
8  marketing efforts.  And you described a situation in
9  which they might not be, such as when there are
10  requests for appearances or access to a fighter who
11  is not the headliner and/or is not in a championship
12  bout.
13      A.  Uh-huh.
14      Q.  And so I'm just trying to get clarification
15  on what you are saying there, and is what you're
16  saying that on occasion, based on news and/or fan
17  demand, a fighter that is not the headliner and is
18  not in the championship bout may be made accessible
19  for appearances or interviews or some other form of
20  UFC marketing as opposed to the headliner?
21      MR. WIDNELL:  Objection.  Misstates
22  testimony.
23      THE WITNESS:  That's not exactly what I'm
24  saying.  What I'm saying is that you could put a
25  fight on a card, and again, it could, for some

83

1  reason, whatever reason, it could just generate so
2  much more interest than the ones that are at the top
3  of the card, the main or co-main.  Theoretically,
4  that could happen.
5      So you have, again, people in the news
6  outlets or fans just going after that fight, showing
7  more interest in that fight, going to the fighter,
8  going to the managers or agents or whatever have you.
9  And you can, I assume, coming to the UFC saying, hey,
10  we want more information about that bout.  We want to
11  write stories on that bout and whatnot.
12  BY MR. MADDEN:
13      Q.  So the UFC's advertising materials include
14  billboards and posters and television advertisements,
15  right?
16      MR. WIDNELL:  Objection.  Foundation.
17  BY MR. MADDEN:
18      Q.  And in fact, you used to work on some of
19  those advertisements, right?
20      A.  Correct.
21      MR. WIDNELL:  Were you asking about the
22  time period when he worked on advertising?
23      MR. MADDEN:  I think my question was clear.
24  BY MR. MADDEN:
25      Q.  And those posters and billboards will

84

1  feature the names and/or likenesses of the main event
2  fighters?
3      MR. WIDNELL:  Objection.  No time period
4  specified.
5      THE WITNESS:  I mean, yes and no.  I mean,
6  there could be the main event fighters.  There could
7  be the co-main event fighters.  There might be other
8  fighters that they feature.
9  BY MR. MADDEN:
10      Q.  So the UFC puts out marketing materials
11  featuring more than just the names and likenesses of
12  the headliners?
13      MR. WIDNELL:  Objection.  Foundation.  No
14  time period specified.
15      THE WITNESS:  Are you referring to now
16  or --
17  BY MR. MADDEN:
18      Q.  Does that affect your answer?
19      A.  I mean, I don't know anything about that
20  now.  And you're also talking about when I did it,
21  you're talking about it, we're talking a long time,
22  years ago.
23      Q.  So you don't see any of the UFC's marketing
24  materials now?
25      MR. WIDNELL:  Objection.  Misstates.

85

1      THE WITNESS:  I do not focus on UFC
2  marketing materials.  I drive by, I'll see a
3  billboard, sure.
4  BY MR. MADDEN:
5      Q.  And those billboards feature the names and
6  likenesses of headline fighters?
7      MR. WIDNELL:  Objection.  Misstates.
8      THE WITNESS:  Really, the only one I
9  actually drive by now, you know, when I see it, it's
10  the one out there.  And I've seen title fights on it.
11  I've seen fights that aren't title fights on it.
12  BY MR. MADDEN:
13      Q.  Are they the headliners on the event
14  whether they're title fighters or not?
15      MR. WIDNELL:  Objection.  Form.
16      THE WITNESS:  I believe I've seen fights
17  that weren't headliners.
18  BY MR. MADDEN:
19      Q.  Is it important for marketing purposes that
20  the headliner of a pay-per-view card be either an
21  established star or a championship bout?
22      MR. WIDNELL:  Objection.  Form.
23      THE WITNESS:  Again, I'm not in the PR
24  business or the marketing business.  So I assume if
25  you're going to put somebody as the main event you're

22  (Pages 82 to 85)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

SEAN SHELBY - CONFIDENTIAL



118

1          (Exhibit 7 was marked for
2          identification.)
3    BY MR. MADDEN:
4        **Q.   You've been handed what's been marked as**
5    **Exhibit 7.  It's another text compilation between --**
6    **well, it's a text compilation that includes multiple**
7    **parties, but it's not group text, if you understand**
8    **what I'm saying.**

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL



122

1  And so sometimes it's kind of hard to
2  explain to the fighters, listen, I know you just
3  fought and you want to turn around and you want to
4  fight right away again, but there's other fighters
5  waiting for a fight as well.
6  And so I'm going to, depending on the
7  circumstance, because as we discussed earlier,
8  there's so many variables, right?
9  So in her division, there's probably other
10 women that I'm going to put in a bout now, and then
11 I'm going to get her another fight.
12 The worst thing that I could do is go,
13 Angela, I promise you I'm going to put you in, and
14 then I don't make good on my promise.  I don't want
15 to do that, you know.
16 So what I'm trying to do, especially with
17 fighters, I'm trying to temper their expectations.
18 And so they're not expecting something.
19 Again, because of variables, anything can
20 happen.  And then I'm stuck with her going but you
21 told me, but you told me, you know?
22 So I'm always trying to be kind of kids
23 gloves and respectful at the same time with the
24 fighters.
25 So this is a conversation with these two

123

1  kind of match, and I'm trying to be respectful to
2  them, but also let them know kind of the things I'm
3  dealing with.
4  Remember, we're talking text messaging,
5  too.  If you want to get on the phone, we can talk
6  for an hour about variables and situations.  But over
7  texts, this is the fastest way to kind of explain
8  things to them that there are other fighters in the
9  division, there are fighters that were waiting before
10 to fight and now it's their turn.
11 **Q.  And you only have so many slots on a card**
12 **to fill bouts, right?  You only have so many bouts to**
13 **fill with fighters?**
14 A.  Sure.
15 **Q.  And so you're limited in your ability to**
16 **put fighters on a card by the number of bout slots**
17 **you have?**

124

4  The other thing you don't want to do is you
5  don't want a fighter, especially if they're injured,
6  and they're coming back and make them wait even
7  longer.  There's something to be said for brain rust
8  and other things like that.
9  So even if that fighter was injured until
10 say December, and it was because of them that they
11 weren't allowed to fight, you still want to get them
12 in as soon as you can.
13 So, you know -- and I'm not sure, but if
14 Angela had just fought, you want to get those people
15 in first, obviously.
16 And again, there's so many different
17 variables here, and there's so many different reasons
18 why these other fighters might not have fought.

125

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

SEAN SHELBY - CONFIDENTIAL



126

3    Again, you're really -- it's a really
4  difficult -- it's not an exact science to do this.
5  And so like I said, there's so many variables you're
6  dealing with at any one time.
7    The entire complexion of my roster could
8  change in two months.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL



**130**

(redacted)

**132**

1 with the trainers or the gyms.  In some cases they
2 own their own gyms.  So they come and they fight in
3 the UFC and it elevates their gym, so...
4 BY MR. MADDEN:
5     **Q.   And fighters carry their own costs of**
6 **hiring coaches?**
7         MR. WIDNELL:  Objection.  Form.
8         THE WITNESS:  Again, I don't know how that
9 end works for the majority of it.  I'm sure some do.
10 BY MR. MADDEN:
11     **Q.   Does Zuffa pay it?  Pay coaches for**
12 **fighters?**
13         MR. WIDNELL:  Objection.  Form.
14         THE WITNESS:  Not to my knowledge.
15 BY MR. MADDEN:
16     **Q.   Does Zuffa pay for nutritionists for**
17 **fighters?**
18         MR. WIDNELL:  Objection.  Form.
19         THE WITNESS:  There was only once where, my
20 understanding is that a nutritionist was paid for.
21 BY MR. MADDEN:

(redacted)

**131**

1 BY MR. MADDEN:
2     **Q.   There have been isolated instances where**
3 **the UFC has given a fighter money for training?**
4         MR. WIDNELL:  Objection.  Foundation.
5         THE WITNESS:  There may have.
6 BY MR. MADDEN:
7     **Q.   Have fighters asked you for training costs?**
8         MR. WIDNELL:  Objection.  Form.
9         THE WITNESS:  I can't remember.  There
10 might have been.
11 BY MR. MADDEN:
12     **Q.   When you negotiate contracts with fighters,**
13 **do they ask for payments for their training?**
14         MR. WIDNELL:  Objection.  Form.
15         THE WITNESS:  Generally, no.
16 BY MR. MADDEN:
17     **Q.   For their gym memberships?**
18         A.   Gym membership?  I don't think I've heard
19 that one.  Maybe, but you know, that's a separate
20 specific thing.
21     **Q.   So generally fighters would pay for their**
22 **own gym memberships?**
23         MR. WIDNELL:  Objection.  Form.
24         THE WITNESS:  I don't know generally.  I
25 mean, I'm not sure how the fighter works out his deal

**133**

(redacted)

18     **Q.   Does the UFC compensate sparring partners**
19 **for fighters?**
20         MR. WIDNELL:  Objection.  Form.
21         THE WITNESS:  Not to my knowledge.
22 BY MR. MADDEN:
23     **Q.   Does the UFC pay for, or does Zuffa pay**
24 **for health insurance for fighters who are out of**
25 **competition?**

34  (Pages 130 to 133)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL



**158**

**160**

1  listed here, do you believe that these fighters
2  comprise the best fighters in the 115-pound division
3  for women?
4       MR. WIDNELL: Objection. Form.
5  BY MR. MADDEN:
6    **Q. Across promotions.**
7    A. I'm trying to figure out, you're asking me
8  if I agree with these, this? I don't agree with the
9  entirety of this. Not absolutely, no.
10   **Q. What don't you agree with?**
11   A. I think -- I think Livia deserves to be way
12  up there. I think Mizuki probably deserves to be in
13  there somewhere. And I am sure that there are other
14  women that, you know, you could -- you could put
15  anywhere in that top ten.
16       If you want me to go and, you know, take a
17  day and review all the women in the world and give
18  you my top ten, I would be glad to do that.
19       But this is somebody else's, and so I don't
20  think you're going to have everybody all agree on one
21  consensus.
22       That's kind of the cool thing about a top
23  ten, it gets everybody talking.
24   **Q. Okay. So after acquiring fighters from**
25  **Invicta, the UFC had a season of the Ultimate Fighter**

**159**

1  March 20th, 2017, rankings in the various women's
2  divisions from the same MMA Rising website.
3       The second page has a ranking of
4  strawweights. That's the 115-pound division.
5       First, is Livia Renata Souza, is she in the
6  UFC?
7    A. Where is she on here?
8    **Q. She's in the contenders field beneath the**
9  **top ten.**
10   A. No. I think she's, sorry, in Invicta.
11   **Q. And Randa Markos, she's a UFC fighter?**
12   A. Yes.
13   **Q. Carla Esparza is a UFC fighter?**
14   A. Yes.
15   **Q. Juliana Lima?**
16   A. Yes.
17   **Q. And we've talked about Michelle Waterson.**
18  **She's a UFC fighter. And all of the top ten are UFC**
19  **fighters?**
20       MR. WIDNELL: Objection. Misstates the
21  document.
22       THE WITNESS: Yes.
23  BY MR. MADDEN:
24   **Q. Putting aside the individual rankings**
25  **between the individual fighters and the contenders**

**161**

1  devoted to women's strawweight; is that correct?
2    A. Correct.
3       I'm sorry, can I put some of this away?
4    **Q. Yes. We are going to turn back to**
5  **Exhibit 2 right now.**
6    A. Is it okay if I put this away?
7    **Q. Yes. We will not be going back to that.**
8    A. Sorry, I just have so much here. I just
9  want to make sure that...
10       MR. WIDNELL: Take these guys and just hand
11  them back in the stack.
12       That's Exhibit 2 that you want to go back
13  to?
14       MR. MADDEN: Yes. The large compendium.
15       MR. WIDNELL: And what page is it?
16       MR. MADDEN: You know what? It might be
17  able to do one better.
18  BY MR. MADDEN:
19   **Q. So page 104.**
20   A. 104.
21   **Q. Bates number ZFL1897163.**
22   A. Okay.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL

162

3    A.  Okay.  So that's the majority of the page
4  here?
5    Q.  **Correct.**
6    A.  Okay.
7    Q.  **So if you could just take a minute to read**
8  **through the conversation.**
9    A.  Sure.  Okay.
10    Q.  **So in particular, I would like to focus on**
11  **the text starting at 12:29 a.m.**
12    A.  Oh, boy.

164

163

11    Q.  **So you can put that aside for the time**
12  **being.**
13    A.  Wait, I should probably put it back in
14  there.
15    Q.  **And we are now at Exhibit 13.**
16        **(Exhibit 13 was marked for**
17        **identification.)**
18  BY MR. MADDEN:

165

1  have to keep fighting the best, is that a statement
2  that you agree with?
3        MR. WIDNELL:  Objection.  Form.
4        THE WITNESS:  Depends on what context.  If
5  he's asking me really the number one, meaning the one
6  that fights the best, then I agree with that
7  statement.
8  BY MR. MADDEN:
9    Q.  **Are you familiar with the concept of a**
10  **lineal champion?**
11    A.  I am.
12    Q.  **Can you describe it for me.**
13    A.  A lineal champion is somebody who has
14  beaten, say, there's somebody who is champion of an
15  organization, but that person lost at some point
16  before to another person, well, then that person
17  would be not necessarily recognized as the
18  organizational champion, but the lineal champion, is
19  my understanding.
20    Q.  **So does Zuffa keep track of who lineal**
21  **champions are?**
22        MR. WIDNELL:  Objection.  Foundation.
23        THE WITNESS:  I don't know if anybody else
24  does in the Zuffa office.  But it's not something
25  that I'm looking at.  I mean, it's not something I

42  (Pages 162 to 165)



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL



166

1  focus on.  I don't think too many people know exactly
2  what a lineal champion is.  Boxing uses it quite a
3  bit.
4  BY MR. MADDEN:
5      Q.   There are many promoters that co-promote
6  fights in boxing, right?
7          MR. WIDNELL:  Objection.  Foundation.
8          THE WITNESS:  I'm not in the boxing
9  business.
10 BY MR. MADDEN:
11     Q.   So when you say that "to be the best you
12 have to keep fighting the best," is that a reason
13 that aspiring top fighters are attracted to the UFC
14 over other promotions?
15         MR. WIDNELL:  Objection.  Foundation.
16         THE WITNESS:  I'm sure that there's a
17 number of reasons why fighters want to be in one
18 place or the other.  So I couldn't answer that.  I'm
19 not a fighter.
20 BY MR. MADDEN:
21     Q.   Well, you're aware of numerous instances
22 where fighters turn down other promoters to fight
23 with UFC, right?
24     A.   Yeah.  But I've been turned down as well.
25     Q.   Do you know who Louis Smolka is?

167

1      A.   He is or was, I'm not sure, if he still is,
2  he's a UFC fighter.
3      Q.   And in 2013, did the UFC sign him?
4      A.   I think he came in around that time.
5      Q.   Who is Jason House?
6      A.   He's a manager.
7      Q.   And -- let's do it this way.
8          (Exhibit 14 was marked for
9          identification.)
10 BY MR. MADDEN:

168

4      A.   PXC is another promotion.
5      Q.   Where is it?
6      A.   I believe it's -- I believe they do fights
7  in the Pacific, like Guam, Hawaii.  In that region.
8      Q.   Does it stand for Pacific Extreme Combat?
9      A.   Honestly, I don't know.
10     Q.   So Smolka was not under contract with the
11 UFC as of November 22nd, 2013?
12     A.   No.  In reading this, it appears not.
13     Q.   Did you understand him to have a contract
14 in hand from One FC at the time?
15     A.   I'm sorry, gentlemen.  But I really have to
16 look at this.
17          So he's saying, his coach wants to -- wants
18 him to -- sorry.  Okay, so what are you asking me?
22 But I have no real knowledge if that's the truth
23 because one of the tactics a manager will quite often
24 do is say that they have a deal from another
25 promotion to try to use that as leverage to get you

169

1  to sign their fighter.
2          And he might have had, he might not have
3  had.  So I can't really tell you.
4      Q.   But you signed Smolka right after this?
5      A.   It's possible.
6      Q.   And he's had eight fights in the UFC at
7  this point?
8      A.   Okay.
9      Q.   And he's fighting this weekend, I think?
10     A.   I'm sorry, I'm not sure if he is or not.
11     Q.   He's scheduled to?
12     A.   Okay.
13     Q.   I'm asking.
14     A.   I'm sorry, I don't know.  I don't know.
15     Q.   He's in your weight class, isn't he?
16     A.   No.  Mick Maynard handles the 125-pound.
17     Q.   So he's a 125 guy?
18     A.   Yes.
19     Q.   Who is Michinori Tanaka?
20     A.   He is a fighter who fought for the UFC.
21     Q.   How long has he been in the UFC?
22     A.   I don't know.
23     Q.   What weight division is he in?
24     A.   I believe bantamweight.
25     Q.   And that's the 1 --

43 (Pages 166 to 169)

PUBLIC COPY – REDACTED



174

1      Do you see that?
2    A.  Okay.
3    Q.  So going back to my initial line of
4  questioning, is it important to the UFC that other
5  MMA promotions showcase up-and-coming talent and
6  assist fighters to develop their skills?
7      MR. WIDNELL: Objection. Foundation.
8  Form.
9      THE WITNESS: I'm sorry, could you repeat
10  the question?
11  BY MR. MADDEN:
12    Q.  Is it important to the UFC that other MMA
13  promotions showcase up-and-coming talent and assist
14  fighters to develop their skills?
15    A.  Of course, yeah.
16    Q.  When an MMA fighter begins his or her
17  professional year, they're not typically ready to
18  come to the UFC, right?
19      MR. WIDNELL: Objection. Form.
20      THE WITNESS: That's a blanket statement.
21  You know, somebody like BJ Penn got his start in the
22  UFC. Yeah, I mean, whether it be UFC or One or
23  Bellator, for the most part, they're not ready for
24  that level if they're starting out their MMA career.
25

175

1  BY MR. MADDEN:
2    Q.  So you've told fighters that a four-and-one
3  professional record at 125 pounds is too early to
4  come to the UFC?
5      MR. WIDNELL: Objection. Form.
6      THE WITNESS: I could see myself saying
7  that. But it depends, you know, on the fighter
8  themselves. So there might be a fighter out there
9  that's four-and-one that has no business being
10  anywhere near a top promotion, and then there's a
11  fighter who is four-and-one that could go to any of
12  the top ones and do well.
13  BY MR. MADDEN:
14    Q.  The record is independent of their talent;
15  is that a fair statement?
16      MR. WIDNELL: Objection. Form.
17      THE WITNESS: I mean, sometimes it is. I
18  mean, again, that's kind of a blanket statement.
19  It's always kind of a case-by-case basis.
20      If you're just saying, you know, blankety
21  as a four-and-one fighter, it's hard to tell. You
22  have got to get in there. You have to watch them
23  fight. You have to see who they fought. You have to
24  kind of just recognize potential as well.
25

176

1  BY MR. MADDEN:
2    Q.  So I guess my question was a little bit
3  different. It's that a fighter can have talent, but
4  not yet have a record that demonstrates that talent,
5  right?
6      MR. WIDNELL: Objection. Form.
7      THE WITNESS: I suppose that's possible.
8  BY MR. MADDEN:
9    Q.  Let's go to look at some of these
10  statements. Go to Exhibit 2. Let's start at
11  page 165.
12      MR. WIDNELL: Are you finished with Exhibit
13  6?
14      MR. MADDEN: For now. If I have to come
15  back, I have to come back.
16      MR. WIDNELL: But for now?
17      MR. MADDEN: For now yeah.
18      THE WITNESS: What page?
19  BY MR. MADDEN:
20    Q.  165 Exhibit 3, Bates number ZFL1897224.
21    A.  Okay.

177

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

SEAN SHELBY - CONFIDENTIAL



**178**

**180**

**179**

```
 1         Q.  You didn't know who his opponents were in
 2    those fights, right?
 3         A.  I'm not sure if I did or if I didn't.  I'm
 4    not sure if I knew who Matt Sayles was at that time.
 5    That's three years ago.
 6         Q.  Do you know who he is now?
 7         A.  I do.
 8         Q.  Who is he?
 9         A.  He's a fighter in the bantamweight
10    division.
11         Q.  In the UFC?
12         A.  No, he's not in UFC.
13         Q.  What --
14         A.  I would like to have him in the UFC.  I'm
15    not sure right now.
16         Q.  If we go to page 218.
17             Who is Trevor Lally?
18         A.  He is a manager coach.
19         Q.  So we're on page 218 of 310 in Exhibit 2.
20    The Bates number is ZFL1897277.  It contains texts
21    from April 9th, 2014, May 1st, 2013, May 10th, 2013,
22    and May 10th, 2014.
23             I would like to focus our attention on the
24    text from May 1st, 2013.  So it is the complete text.
```

**181**

```
 7             But you know, you have -- listen, you have
 8    a distinction here.  You have promotions that are on
 9    that level where you have these, again, what were
10    they?  RFA, Titan and these other ones.
11             So you have those.  And then those fighters
12    are, for the most part, they're trying.  They're at
13    this level, and they're trying to work their way up
14    to a different level.
15             And so fighters, most of the time in those
16    promotions, move on to Bellator, UFC.  It depends on
17    where in the world they are, too.  I suppose One is
18    another promotion.
19             And so they move on for the most part.
22         A.  Well, for the most part, it's pretty well
23    established that you have promotions, like say RFA,
24    where, you know, you can -- they win a fight and they
25    say, hey, you know, I want to move to so and so
```

46 (Pages 178 to 181)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

SEAN SHELBY - CONFIDENTIAL



**182**

1  promotion, I want to do this, I want to do that.
2         And so they're, you know, they're at that
3  level.
4         And in addition, these promotions, you
5  know, they actively want to have their fighters move
6  on.  For them, I think it's -- it even makes things
7  easier for them.  If they're established as, hey, you
8  know, this is where you come to develop and get
9  really good, cut your teeth on some good guys and
10  then you could move up to another promotion.
11        So fighters will want to go there because
12  it's tough to get -- to make match-ups.
13        And there's stuff on my level to make
14  match-ups and to good fights put together, and I'm
15  sure it's tough on their level, too.
16     Q.  And so those promotions include the three
17  that we just named, Legends, Titan and RFA, right?
18     MR. WIDNELL:  Objection.  No time period
19  for the question.
20     THE WITNESS:  Yeah, I would agree with
21  that.
22  BY MR. MADDEN:
23     Q.  Does it include CFSC?
24     A.  Yes.  I would agree with that.
25     Q.  Does it include Jungle Fights?

**183**

1     A.  Jungle Fights have had fighters come to the
2  UFC and do amazingly well.
3        There's -- more than most promotions, those
4  fighters in Jungle Fights are at UFC level long
5  before.  So just really quality fighters there.
6     Q.  But they release their fighters to the UFC
7  when the UFC asks?
8     MR. WIDNELL:  Objection.  Vague and
9  ambiguous.
10     THE WITNESS:  I can't recall specific, but
11  they might have.
12        (Exhibit 16 was marked for
13        identification.)
14  BY MR. MADDEN:
15     Q.  You've been handed what's been marked
16  Exhibit 16.  It's an e-mail chain that begins at
17  Bates number ZFL0872344 and ends at ZFL0872345.
18     A.  Okay.

**184**

1  Caesar Arzamendia Gonzalez.  Are you familiar with
2  who that is?
3     A.  I'm not.
4     Q.  Are you familiar with who Mayra De Leon is?
5     A.  Mayra?  Yes.
6     Q.  Who is she?
7     A.  She's a coordinator, I believe, for UFC.
8  she might not work for us anymore.
9     Q.  What is Pilgrim Studios?
10     A.  They are the company that handles the
11  Ultimate Fighter series.
12     Q.  And who is Dan Farmer?
13     A.  He worked for the UFC and handled some of
14  the duties for the Ultimate Fighter.
15     Q.  And who Wallid Ismail?
16     A.  Wallid is a former fighter, promoter,
17  trainer.  And he ran the Jungle Fights.
18     Q.  So did he run Jungle Fights as of
19  January 15th, 2015?
20     A.  I'm assuming so, yes.

**185**

1     Q.  Okay.  You can put that aside.
2        (Exhibit 17 was marked for
3        identification.)
4  BY MR. MADDEN:
5     Q.  You're being handed what's being marked as
6  Exhibit 17.  It is an e-mail chain that is one page,
7  Bates number ZFL0872351.  The first e-mails are the
8  same as in Exhibit No. 16, but it does not include

22     Q.  So is it fair to say that like the -- like
23  your testimony concerning RFA and Titan and certain
24  other promoters, that Jungle Fight is a promotion
25  that wants to send talent to the UFC?

47 (Pages 182 to 185)

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL

186

1     MR. WIDNELL:  Objection.  Misstates
2  testimony.  Vague and ambiguous with respect to date.

[REDACTED]

9          There have been situations, too, where, you
10  know, a fighter -- first of all, you know, if I find
11  out that a fighter is under contract with another
12  promotion, I back off, and you know, try to sort out
13  with the promoter.  But there are situations, too,
14  where a fight promoter will say, listen, this fighter
15  is under contract with me.  And in reality, we have
16  no real way of knowing if they do or they don't.
17          And so, I mean, this could easily, maybe he

[REDACTED]

21          So it's kind of really hard for me to take
22  this as anything.
23          But with that said, you know, I think other
24  fighters have come in from Jungle Fight before.
25          My original point was, is that what

187

1  separates Jungle Fight a little bit from those other
2  ones are there are so many amazing fighters in Jungle
3  Fight, I think that those fighters down there,
4  specifically Jungle Fighter, are just UFC caliber
5  fighters.  There's a lot of guys down there in that
6  organization.
7  BY MR. MADDEN:
8      Q.  What makes them UFC caliber?
9      A.  Are they good fighters or not?  Could they
10  fight in a top promotion?
11     Q.  So why do they fight in Jungle Fight if
12  they could fight in a top promotion?
13         MR. WIDNELL:  Objection.  Form.
14         THE WITNESS:  Well, you know, I can't speak
15  for the other top promotions, again like Bellator or
16  us, but you have to understand that, especially in
17  Brazil, there are so many top fighters.  So many
18  talented fighters.  Of course, there isn't spots for
19  everybody, you know.
20         So they will be fighting in Jungle Fight.
21  And you know, I wish I could take more fighters from
22  Jungle Fight if they allowed it, but it's just not a
23  possibility.
24  BY MR. MADDEN:
25     Q.  Have you requested from Jungle Fight to

188

1  sign their fighters and they turned you down?
2         MR. WIDNELL:  Objection.  Form.
3         THE WITNESS:  I can't remember.
4  BY MR. MADDEN:
5      Q.  So you don't remember any instances that
6  Jungle Fight has denied the UFC access to one of its
7  fighters?
8         MR. WIDNELL:  Objection.  Form.
9         THE WITNESS:  I don't remember either/or.
10  BY MR. MADDEN:
11     Q.  So it's just possible that they could say
12  no?
13         MR. WIDNELL:  Objection.  Form.
14         THE WITNESS:  I assume it is.
15  BY MR. MADDEN:
16     Q.  But you don't know that it's possible?
17     A.  I don't.  I mean, we're speaking
18  hypotheticals now.
19     Q.  Well, you testified, "I wish I could take
20  more fighters from Jungle Fight if they allowed."
21  Who is "they"?
22     A.  Well, whoever the powers that be is.  I
23  don't know the hierarchy of Jungle Fight.  So when I
24  say they, I mean the promotion.
25     Q.  Of Jungle Fight?

189

1      A.  Of Jungle Fight, yes.
2      Q.  So you have not, to your knowledge, ever
3  been turned down to sign one of their fighters to the
4  UFC, but you would if they allowed you to?
5         MR. WIDNELL:  Objection.  Form.
6         THE WITNESS:  I don't remember which
7  fighters have been through Jungle Fight or fought in
8  Jungle Fight or not.
9         But an overall generalized statement is
10  that there are amazing, really good fighters in
11  Jungle Fight, and that's what my point is.
12  BY MR. MADDEN:
13     Q.  There are amazing really good fighters in
14  Jungle Fight that you have not attempted to sign to
15  the UFC; is that accurate?
16         MR. WIDNELL:  Objection.  Form.
17         THE WITNESS:  I don't know specifically.  I
18  would have to go back and look.
19  BY MR. MADDEN:
20     Q.  What would you look at?
21     A.  I would have to go back and try to remember
22  if I've tried to sign somebody, I had signed
23  somebody.  I mean, you're asking about specifics,
24  and...
25     Q.  So in addition to the ones that we've

48  (Pages 186 to 189)

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL



190

1  discussed, Invicta also releases fighters to the UFC;
2  is that right?
3      MR. WIDNELL:  Objection.  Vague with
4  respect to "the ones."
5      THE WITNESS:  They have before, yes.
6  BY MR. MADDEN:
7      Q.  In fact, Invicta will at times release
8  fighters to the UFC even if the UFC has no present
9  plan to use the fighter in a fight; is that right?
10     MR. WIDNELL:  Objection.  Form.
11     THE WITNESS:  Maybe.  You would have to
12 give me a specific instance.
13         (Exhibit 18 was marked for
14         identification.)
15 BY MR. MADDEN:
16     Q.  You've been handed what's been marked
17 Exhibit 18.  It is an e-mail chain bearing the Bates
18 number ZFL0799255.  The first e-mail is from a

191

192

11     So sometimes what happens is something like
12 this, or a fighter says, hey, I want to come or I ask
13 a fighter to fight in the UFC, and then it's
14 agreeable to the fighter or management or whatever.
15     So once we have that, then I start spending
16 my time worrying about finding them a fight.
17     There have been times where, you know, I've
18 made these grand plans for a fighter, and it turns
19 out they don't want to come to the UFC, or I do lose
20 them to another promotion.  And then I've just wasted
21 all my time.
22     So once I have an agreement, you know, a
23 verbal agreement, and, it looks like it's moving
24 positive in that direction, now we can move forward
25 with plans.

193

1      With that said, if I remember correctly,
2  prior to this Karolina had a great kind of
3  fight-of-the-year type thing, and she was such a high
4  caliber -- it's not normally that I do sign actually
5  a fighter.  Usually the only way in is if I have a
6  specific spot for you.
7      And so at that time, Karolina was one of
8  those fighters.  I think she was undefeated coming
9  off a fight-of-the-year performance.  And that's
10 somebody that, listen, I hardy ever do it.  But
11 that's somebody you sign.  They're going to do great
12 things in the promotion, and okay, you're going to
13 break from what you normally do.  It's very rare, but
14 it happens once in a while.
15     So that might have been the case here.  But
16 again, usually it's the first where it's just,
17 there's no sense in me just -- it was just spinning
18 my wheels for nothing if they're not signed yet or
19 they haven't agreed.
20     So I'm not sure how long she had a fight
21 after this, but in this case, it could have been
22 immediately, but she was so special, it might have
23 taken some time.
24 BY MR. MADDEN:
25     Q.  Okay.  If you could turn to Exhibit 2,

49 (Pages 190 to 193)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY SEALED REDACTED

SEAN SHELBY - CONFIDENTIAL



194

1    page 280.  It's Bates numbered ZFL1897339.
2        A.  I'm sorry, what was the page again?
3        Q.  280.
4        A.  280.  Okay.
5        Q.  So this is a series of text messages
6    ranging from -- excuse me, August 14th, 2013 to
7    August 17th, 2013.

195

1        Q.  And this was before the UFC had a
2    strawweight division?

5        Q.  And because, as we went over this morning,
6    the strawweight division was announced in November of
7    2013 and this is August of 2013?
8        A.  I guess so, yes.
9        Q.  Are you familiar with the promotion
10   Pancrase?
11       A.  Yes.
12       Q.  Is that a promotion that releases fighters
13   to the UFC?
14           MR. WIDNELL:  Objection.  Vague with
15   respect to time.
16           MR. MADDEN:  I'll withdraw and rephrase.
17   BY MR. MADDEN:
18       Q.  Is that a promotion that you would
19   categorize with promotions like RFA and Legends and
20   Titan?
21           MR. WIDNELL:  Objection.  Vague as to in
22   what way?
23           THE WITNESS:  Yeah, I'm not sure.  I mean,
24   it's a bit different than those other promotions that
25   they talked about earlier.

196

1    BY MR. MADDEN:
2        Q.  In what way?
3        A.  I would say it's a bit different in that,
4    you know, it's a fight promotion based out of Japan
5    rather than something out of, you know, this part of
6    the world, North America.
7        Q.  So the difference between Pancrase and RFA
8    is geographic?
9            MR. WIDNELL:  Objection.  Misstates the
10   testimony.
11           THE WITNESS:  Yeah, no, I didn't -- it
12   would be a little bit different, because they could
13   have their own set of stars over there that drive it,
14   and so they might have a fighter that's worth
15   something to them.  I don't know, but in that area.
16           And so again, when we talked about earlier,
17   stars come in all different shapes and sizes, and
18   over there they might have somebody that's a star to
19   them.  So it's a little bit different thing.
20   BY MR. MADDEN:
21       Q.  And One FC has released fighters to the
22   UFC; is that right?
23           MR. WIDNELL:  Object to the form.  Vague as
24   to time.
25           THE WITNESS:  I don't know.  They might

197

1    have.
2    BY MR. MADDEN:
3        Q.  Are you familiar with Leandro Issa?
4        A.  Yes, I am.
5        Q.  Was he under contract with One FC when he
6    came to the UFC?
7            MR. WIDNELL:  Objection.  Foundation.
8            THE WITNESS:  He might have been.
9            (Exhibit 19 was marked for
10           identification.)
11   BY MR. MADDEN:
12       Q.  You're being handed what has been marked as
13   Exhibit 19.  This is a text message from you to

16           MR. WIDNELL:  Just a correction, I think
17   there are three 6's.
18           MR. MADDEN:  There are.  So ZFL1886668.
19   Excuse me.
20           And what we're going to do is introduce
21   Exhibit 20.
22           (Exhibit 20 was marked for
23           identification.)
24   BY MR. MADDEN:
25       Q.  You can put Exhibit 19 aside.  I won't

50 (Pages 194 to 197)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL

---

198

1   have any questions on it.  It will be included in
2   Exhibit 20 that you're getting now.
3       A.  Okay.
4       Q.  Exhibit 20 is a compilation of text
5   messages from November 24th, 2013 to November 25th,
6   2013 between you and -- excuse me, to November 26th,

13          Can I read this first?
14      Q.  Yes.
15      A.  All right, thanks.  Okay.  Got it.
16      Q.  Okay.  So does this refresh your
17  recollection on whether Issa was under contract with
18  One FC at the time that you signed him to fight
19  Russell Doane?
20      A.  Yeah, it absolutely does.
21      Q.  And he was?
22      A.  Yeah, he was.
23          It was a strange case, too, because it was
24  really -- this one stands out because Chatri
25  Sityodtong is I guess in control, one of the guys in

---

199

1   control of One FC.  And so at the time it was really
2   peculiar that he wanted him into the UFC because, as
3   I said here, it's right here, it's not normally
4   possible.  They don't let their fighters come to the
5   UFC.  If they did, I wish I could have Aoki and their
6   125-pound champion.
7           I can't even tell you how many times we got
8   calls from their matchmaker telling us to back off
9   their fighters because we didn't know that they were
10  under contract at the time.
11          So that's why this one really stands out to
12  me.  He did come to the UFC, and it was a weird
13  situation where, you know, we were going into
14  Singapore.  Leandro was training, and a trainer at
15  the gym.  And the Chatri Sityodtong, who has
16  something to do with One FC, said, hey, can you give
17  him a UFC shot?  You know, he's scheduled to do
18  something else, but we would really want to put him
19  in there.
20          And you know, at the time, the offices out
21  of Asia were telling me to be really nice to Chatri.
22  And so I put him in a UFC fight.  So that's why it
23  just really stands out.  It was just so out of the
24  ordinary for this one fighter to come into the UFC.
25  So that's pretty much it.

---

200

1       Q.  We're going to come back to this exhibit,
2   but I would like to in the interim introduce
3   Exhibit 21.
4           (Exhibit 21 was marked for
5           identification.)
6           MR. WIDNELL:  Is this a document that
7   you've produced to us?
8           MR. MADDEN:  It is not.
9           MR. WIDNELL:  I thought we had an agreement
10  we were producing documents to each other before
11  using them in depositions.
12          MR. MADDEN:  So as a preliminary matter,
13  that is an agreement that your side deliberately
14  chose not to follow yesterday, so...
15          MR. WIDNELL:  With which document?
16          MR. MADDEN:  With documents concerning --
17          MR. WIDNELL:  Which document in particular?
18  We produced at least one document ahead of time.
19          MR. MADDEN:  And you used documents that
20  you didn't produce.
21          I'm not going to get into an argument about
22  it right now.  The fact of the matter is we've asked
23  several times for the basis of the objection.  We
24  have yet to get it.
25          You have not abided by the rule on your

---

201

1   own, and we have asked for documents in the public
2   sphere from you, and you objected to giving them to
3   us on that basis, that they are in the public sphere.
4           So it is our position that this objection
5   has been long since waived.
6           MR. NORTH:  Let's go over off the record if
7   there will be further discussion on this subject.
8           MR. WIDNELL:  Can we go on off the record?
9   I just want to make sure we're on the same page.  I'm
10  not actually trying to impede anything here.  Can we
11  go off?
12          MR. MADDEN:  I'm fine with going off the
13  record.
14          THE VIDEOGRAPHER:  We are now going off the
15  record.  The time is approximately 3:33 p.m.
16          (A discussion was held off the record.)
17          THE VIDEOGRAPHER:  We are now back on the
18  record.  The time is approximately 3:34 p.m.
19  BY MR. MADDEN:
20      Q.  All right.  So you've been handed what's
21  been marked as Exhibit 21.  It is an article from
22  MMA Weekly dated November 26th, 2013.  So it
23  coincides with the end of the text chain that was
24  Exhibit 20.
25      A.  Okay.

51 (Pages 198 to 201)

**PUBLIC COPY – REDACTED**

SEAN SHELBY - CONFIDENTIAL

202

1    Q.  And it's titled UFC Signs Leandro Issa,
2  David Galera and Royston Wee, but misses out on Eddie
3  Ng and Shinya Aoki.
4    A.  Okay.
5    Q.  And the article reports that bantamweights
6  Leandro Issa, Dave Galera and Royston Wee were added
7  to the UFC roster, with the latter pair set to face
8  each other in Singapore on January 3.
9        Were those three fighters all on the One FC
10  roster prior to being signed by the UFC?
11    A.  Yeah.  I mean, I assume so.  To my
12  knowledge, Ng, Aoki, Issa -- is there another one on
13  here?
14    Q.  I'm referring to Leandro Issa, Dave Galera
15  and Royston Wee with that question.
16    A.  I'm not sure if Dave Galera was or if he
17  wasn't.
18    Q.  Is Galera and Wee, are they within one of
19  the weight classes that you were charged with?
20    A.  I'm sorry, I'm confused here.
21    MR. WIDNELL:  Objection.
22    THE WITNESS:  Are you asking, you're asking
23  if all of these gentlemen were on the One FC roster?
24  BY MR. MADDEN:
25    Q.  So my question is when they were signed in

203

1  November of 2013, were they previously to being
2  signed on the One FC roster?  Those three fighters,
3  Leandro Issa, Dave Galera and Royston Wee?
4    MR. WIDNELL:  Do you mean at the time that
5  they were signed, or at some point previously?
6    MR. MADDEN:  I mean -- let's see if we can
7  break this down a little bit better.
8  BY MR. MADDEN:
9    Q.  As you can see in the article, they have a
10  quote from Leandro Issa where he said he "only had
11  one more fight on my One FC deal, and the UFC wanted
12  to sign me.  I asked Victor Cui, and he said I had
13  done some great fights and to say thank you, he would
14  allow me to sign.  They are the two biggest
15  organizations in the world, and I was so proud to
16  fight for One FC, but when I first started MMA my
17  dream was to fight for UFC.  So I am so happy that
18  dream is coming true."
19        So as I understand it, Issa had an active
20  contract with One FC that he was released from in
21  order to sign with the UFC.
22        Is that your understanding?
23    A.  That's my understanding.
24    Q.  Okay.  Were Galera and Wee in similar
25  positions?

204

1    A.  I don't believe so.  I'm not sure about
2  Dave Galera.  But I think Royston was actually on --
3  this is a long time ago, so I think Royston was
4  actually involved in the Ultimate Fighter China, and
5  then came into this, I think.
6        And then Dave Galera, I don't think so.  I
7  think Leandro was the only one.  I could be wrong
8  about Dave, but I'm fairly certain it was just Issa.
9    Q.  Okay.  So did you say that Wee may have
10  been UFC Tuf China?
11    A.  Wee might have been, yeah.
12    Q.  And then Galera, you believe, was a free
13  agent when he was signed?
14    A.  I believe.  I mean, we're talking years
15  ago, so I'm not sure.  But that's what I think was
16  the case, was he's a -- Galera is a free agent.  Wee
17  was from China, and Issa was with One FC.
18    Q.  So had Galera and Wee previously been with
19  One FC?
20    A.  I have no idea.
21    Q.  Was Eddie Ng a One FC fighter?
22    A.  I believe Eddie was a One FC fighter.
23    Q.  And Shin Aoki was a One FC fighter?
24    A.  He's a One FC fighter.
25    Q.  And this article reports that they each

205

1  declined the opportunity to sign with the UFC.  Is
2  that accurate?
3    A.  I'm just speaking generalities here.
4  Shinya Aoki can come over and negotiate anytime he
5  wants if one would allow him.  That's never going to
6  happen.
7        But yeah, I'm not sure.  I can't remember
8  about Eddie.
9    Q.  And in 2013, was that also the case?
10    A.  With Shinya?
11    Q.  Yes.
12    A.  Yes.  Yeah, Shinya Aoki, I hold in very
13  high regard.
14    Q.  And I just want to be clear about timelines
15  here.  In November of 2013, you also held him in
16  very high regard and would have signed him if the
17  opportunity had presented itself?
18    A.  Listen, the sport ebbs and flows, right?
19  So I'm not sure if Aoki had lost at any point, and
20  then you kind of get down on the guy, but then they
21  come back and they're great.
22        But, you know, I like Shinya.  But were
23  there times where I didn't have space or wouldn't be
24  able to take him, then sure.  But generally, I like
25  Shinya, you know.

52 (Pages 202 to 205)

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL



**206**

1      (Exhibit 22 was marked for
2      identification.)
3  BY MR. MADDEN:
4      **Q.  Before we get to Exhibit 22, just a couple**
5  **more questions on Exhibit 21, the news article.**
6      **It says that Issa had a record of 11 and 3**
7  **and fought unsuccessfully for the One FC 135-pound**
8  **belt last year.**
9      **Is it your understanding that Issa had**
10 **had the opportunity to compete for the One FC**
11 **championship in his weight class?**
12     MR. WIDNELL:  Objection.  Form.
13     THE WITNESS:  Yeah, I can't recall that.
14 So I just have to go I guess by what they're saying
15 here, yeah.
16 BY MR. MADDEN:
17     **Q.  And do you know who Heath Sims is?**
18     A.  Yeah, Heath is -- was a good wrestler for
19 the U.S.  He's I think the head coach at the Evolve
20 Gym down there.  I think he also is a One FC
21 matchmaker consultant as well.
22     **Q.  And he is quoted, and I'm just going to**
23 **skip to the second line of his quote, as saying that,**
24 **"Shinya and Eddie talked to the UFC and decided they**
25 **could earn more fighting for One FC."**

**207**

1      **Do you dispute that conversation happened?**
2      MR. WIDNELL:  Objection.  Vague with
3  respect to conversation.
4      THE WITNESS:  Yeah, I mean, I don't -- I
5  don't recall the specifics, but I have spoken with
6  One or Chatri before about if there is any way I
7  could make the Shinya thing happen, and I was never
8  successful.
9  BY MR. MADDEN:
10     **Q.  I'm sorry, who is Chatri?**
11     A.  Chatri Sityodtong.  He's one of the
12 people -- well, he's Shinya's manager, but I believe
13 he's also -- and he owns the Evolve gym, but he's
14 also involved I believe with One as well.
15     **Q.  You can put aside Exhibit 21, excuse me,**
16 **and let's turn to Exhibit 22, which is an e-mail**
17 **chain, or I guess it's really one e-mail, one page,**
18 **ZFL0480658.**
19     A.  I'm sorry.  Pardon me.  One more time.

22     A.  What page are you looking at?
23     MR. WIDNELL:  It's this.
24     THE WITNESS:  Oh, it's this one.  I'm
25 sorry.  Okay.

53  (Pages 206 to 209)

PUBLIC COPY – REDACTED

SEAN SHELBY - CONFIDENTIAL



210

22    MR. MADDEN:  I think that we are just about
23  out of tape, so we'll go off the record.
24    THE VIDEOGRAPHER:  This concludes today's
25  tape -- or I'm sorry tape five in the continuing

211

1  deposition of Sean Shelby.  We are now going off the
2  record.  The time is approximately 3:50 p.m.
3    (A recess was taken from 3:50 p.m.
4    to 4:07 p.m.)
5    THE VIDEOGRAPHER:  We are now on the
6  record.  This is the beginning of tape six in the
7  continuing deposition of Sean Shelby.  The time is
8  approximately 4:07 p.m.
9  BY MR. MADDEN:
10    Q.  We were talking before the break, several
11  minutes before the break, about a certain kind of
12  promotion that included RFA and Titan that releases
13  guys to the UFC.  And I just wanted to cover one
14  more.
15    Are you familiar with the promotion called
16  Cage Warriors?
17    MR. WIDNELL:  Objection.  Misstates
18  testimony.
19    THE WITNESS:  Yes, I am.
20  BY MR. MADDEN:
21    Q.  And is -- do you know who Graham Boylan is?
22    A.  I do.
23    Q.  Is he the owner of Cage Warriors FC?
24    A.  I'm not sure.
25    Q.  Let me rephrase.  Is he in charge of Cage

212

1  Warriors FC?
2    A.  I would believe so.
3    Q.  And they release fighters to the UFC?
4    MR. WIDNELL:  Objection.  Foundation.
5    THE WITNESS:  I believe they -- in some
6  circumstances, they would.
7  BY MR. MADDEN:
8    Q.  In fact, they released Conor McGregor to
9  the UFC?
10    A.  I'm not sure if they did or if he was on
11  his last fight.  I mean, I wanted Conor prior, much
12  prior to when we actually -- he entered the UFC, but
13  it wasn't possible.
14    Q.  So just putting aside Cage Warriors and
15  just generally, there are promotions that release
16  fighters to the UFC when the UFC has a need to fill a
17  spot on an event card; is that correct?
18    MR. WIDNELL:  Objection.  Vague.
19    THE WITNESS:  Yeah, I mean, I wouldn't
20  necessarily agree with the blanket statement, but on
21  a case by case there are promotions.
22  BY MR. MADDEN:
23    Q.  So I believe you've testified today that
24  there are sort of ebbs and flows to your need for
25  fighters, and sometimes guys are injured and you

213

1  don't have enough, and sometimes you have too many.
2    So when you don't have enough fighters, are
3  you usually able to fill those spots with fighters
4  from other promotions?
5    MR. WIDNELL:  Objection.  Assumes facts not
6  in evidence.
7    THE WITNESS:  Yeah, I mean, again, we were
8  talking in generalities.  Specifically, has there
9  been a time where that's possible?  I'm sure there
10  is.  There's also been other times where a fighter
11  has been unattached.
12    So I guess I would say it takes all kinds
13  and all different ways.
14  BY MR. MADDEN:
15    Q.  So you are also able to sign free agent
16  fighters to fill spots when you need those spots
17  filled?
18    A.  Yes, correct.
19    Q.  So at the beginning of the day when we
20  started talking about your responsibilities as the
21  matchmaker, one of those responsibilities was to sign
22  fighters and negotiate their compensation; is that
23  right?
24    A.  Yes.
25    Q.  Did you -- was it in your responsibility to

54  (Pages 210 to 213)

PUBLIC COPY - REDACTED

SEAN SHELBY - CONFIDENTIAL

**214**

1  actually get them to sign a specific agreement?
2      MR. WIDNELL: Objection. Form.
3      THE WITNESS: Yeah. Normally, like I said
4  before, the normal course of action is either they
5  come to me or I go to them and we discuss fighting
6  for the UFC. And we normally talk about money. And
7  that's really about it. I mean, there might be one
8  time or another more than that, but that's generally
9  what it is.
10 BY MR. MADDEN:
11     Q. And that's because it's imperative that you
12 keep the contracts as uniform as possible?
13     MR. WIDNELL: Objection. Assumes facts not
14 in evidence.
15     THE WITNESS: I mean, that's a general
16 statement. Many times the contracts aren't that way
17 and sometimes they are.
18 BY MR. MADDEN:
19     Q. Well, it's a general statement that you've
20 actually made, right?
21     A. As far as what? I'm not...
22         (Exhibit 24 was marked for
23         identification.)
24 BY MR. MADDEN:
25     Q. You've been handed what's been marked as

**215**

1  Exhibit 24. It's a two-page document beginning at
2  Bates ZFL0799146 and ending at ZFL0799147.



**216**

24 BY MR. MADDEN:
25     Q. Would it be unusual for a fighter to have

**217**

1  a two-and-one record and be receiving his third
2  contract?
3      MR. WIDNELL: Objection. Form.
4      THE WITNESS: I don't know. I mean
5  specifically, I'm not sure in this case.
6  BY MR. MADDEN:
10     MR. WIDNELL: Do you mean the first
11 numbered paragraph?
12     MR. MADDEN: First numbered bullet, first
13 numbered paragraph.
14     MR. WIDNELL: Okay.
15     THE WITNESS: Right. Are you talking about
16 the compromise number one here?
17 BY MR. MADDEN:
18     Q. Yeah.
19     A. Okay.

55 (Pages 214 to 217)

PUBLIC COPY REDACTED