# Exhibit 25

Deposition of John Mulkey (April 19, 2017) (excerpted)

PUBLIC COPY - REDACTED

```
                                                                    1
                 UNITED STATES DISTRICT COURT

                     DISTRICT OF NEVADA



     CUNG LE; NATHAN QUARRY, JON      )
     FITCH, on behalf of              )
     themselves and all others        )
     similarly situated,              )
                                      )
              Plaintiffs,             )
                                      )
              vs.                     )  Case No.
                                      )  2:15-cv-01045-RFB-(PAL)
                                      )
     ZUFFA, LLC, d/b/a Ultimate       )
     Fighting Championship and        )
     UFC,                             )
                                      )
              Defendant.              )
     _____)



                        CONFIDENTIAL

                  VIDEOTAPED DEPOSITION OF

                       JOHN MULKEY

                    Las Vegas, Nevada

                     April 19, 2017

                        9:07 a.m.



     REPORTED BY:
     CYNTHIA K. DuRIVAGE, CSR #451
     Job No. 50021
```

**PUBLIC COPY – REDACTED**

JOHN MULKEY - CONFIDENTIAL

86

25      MR. WEILER:  I'd like to mark as an

87

1   exhibit, Exhibit 16, a document bearing the Bates
2   label DB-ZUFFA-00020302, which is an email attaching
3   an attachment that runs consecutively starting at
4   DB-ZUFFA-00020303 and runs through 306.
5        (Exhibit 16 was marked for
6        identification by the reporter.)
7   BY MR. WEILER:

88

89

23 (Pages 86 to 89)

JOHN MULKEY - CONFIDENTIAL



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

JOHN MULKEY - CONFIDENTIAL



25 (Pages 94 to 97)

**PUBLIC COPY – REDACTED**

JOHN MULKEY - CONFIDENTIAL

214

[redacted]

215

[redacted]

21   MR. WEILER: I'd like to mark as an exhibit
22 a document that consists of an email bearing the
23 Bates label ZFL1081152 and an attachment to that
24 email that bears the Bates label 1081154 running
25 through 1081158.

216

1   (Exhibit 36 was marked for
2   identification by the reporter.)
3 BY MR. WEILER:
4   Q.  Do you recognize this document, Mr. Mulkey?
5   A.  Yes.
6   Q.  And is this an email chain that reflects
7 emails that you sent and received as well as an
8 attachment something that you sent and received in
9 the ordinary course of your duties as Zuffa's CFO?
10   A.  Yes.
11   Q.  And turning to the attachment to this
12 email, what is this document?

[redacted]

217

[redacted]

55 (Pages 214 to 217)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

JOHN MULKEY - CONFIDENTIAL

218

219

9    MR. WEILER: I'd like to mark as an
10 exhibit -- 37, is that right -- Exhibit 37, a
11 document bearing the Bates label ZFL12535916 running
12 through 12535917.
13    (Exhibit 37 was marked for
14    identification by the reporter.)
15 BY MR. WEILER:
16    Q. Do you recognize this document, Mr. Mulkey?
17    A. Yes.
18    Q. And is this document an email chain in
19 which you sent and received email messages as part of
20 your duties as Zuffa's CFO?
21    A. Yes.
22    Q. Have you ever heard of an MMA promotion
23 called Invicta?
24    A. Yes.
25    Q. And what is Invicta?

220

1    A. I don't know what it is today. I recall
2 back when this email was going back and forth that it
3 was a -- an MMA promotion that I think was only women
4 fighters.

221

**PUBLIC COPY – REDACTED**

JOHN MULKEY - CONFIDENTIAL

**222**

[redacted]

**223**

[redacted]

15    Q.  Did you meet with any current or former
16  Zuffa employees in connection with the testimony that
17  you're giving here today?
18    A.  No.
19    Q.  Now, other than materials that were
20  provided to you by your counsel at Boies Schiller or
21  other counsel that you may have, did you review any
22  materials in order to prepare for the testimony that
23  you've been giving here today?
24    A.  I don't recall so, no.
25    Q.  And I just want to know "Yes" or "No," I

**224**

1  don't want to know the substance of any
2  communications you may have had with attorneys from
3  Boies Schiller prior to today, but I just want to
4  know, "Yes" or "No," did you meet with attorneys from
5  Boies Schiller in order to prepare for the testimony
6  that you were giving here today?
7    A.  Yes.
8    Q.  And how many times did you meet with
9  attorneys from Boies Schiller?
10    A.  Once.
11    Q.  And how long did you meet with them?
12    A.  It was yesterday, so full, full day,
13  notwithstanding a delightful lunch.
14    Q.  They do have nice lunches here at
15  Boies Schiller.
16        MR. WEILER:  We're going to go off the
17  record briefly and confer with my colleague.
18        THE VIDEOGRAPHER:  We are now going off the
19  record.  The time is approximately 5:34 p.m.
20        (A recess was taken.)
21        THE VIDEOGRAPHER:  We are now back on the
22  record.  The time is approximately 5:42 p.m.
23        MR. WEILER:  I'd like mark as an exhibit,
24  Exhibit 38, a document bearing the Bates label, email
25  starting at DB-ZUFFA-00043106 and an attachment that

**225**

1  starts at DB-ZUFFA-00043107 and runs through 43125.
2        (Exhibit 38 was marked for
3         identification by the reporter.)
4  BY MR. WEILER:

[redacted]

**PUBLIC COPY – REDACTED**