# Exhibit 26

## Deposition of Jeffrey Aronson (April 25, 2017) (excerpted)

PUBLIC COPY - REDACTED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON FITCH, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-(PAL)

April 25, 2017
10:34 a.m.

Videotaped deposition of JEFFREY ARONSON, pursuant to notice and subpoena, at the offices of Cohen Milstein Sellers & Toll, PLLC, 2925 PGA Boulevard, Palm Beach Gardens, Florida, before Jack Finz, a Shorthand Reporter and Notary Public within and for the State of Florida.

Job No. 50118

PUBLIC COPY – REDACTED

JEFFREY ARONSON

their retirement."

**Q. Can you read the rest of the quote?**

A. Sure. "We have done exceptionally well with that, but the problem I started running into as I started signing more and more top young prospects, was I couldn't get them any fights. No one would fight these guys. So you've got these incredible 2-0, 3-0 prospects, but you can't get them any fights! The problem is the UFC is typically not looking for a kid who is 2-0 or 3-0, so they have to fight. It has become an epidemic. I started talking to other managers in the field and everybody has the same problems."

**Q. Can you read the last paragraph, too?**

A. "I decided about a year ago that I had had enough. I was looking around at different promotions and seeing what was going on in the business of MMA. I got myself familiar with some of the

JEFFREY ARONSON

promoters out there, and then I started a new company called Titan FC and I brought over a bunch of guys that had run the shows for the old Titan, because there's so much that goes into putting on a good show."

**Q. Other than the first sentence that says you started Alchemist in 2010, is there anything else in there that is incorrect?**

A. No.

**Q. Does this quote accurately explain what made you decide to start promoting in MMA?**

MS. DENNIS: Objection to form.

A. Some. I mean, there's a lot that went into it.

**Q. Do you disagree with anything in this quote?**

A. No.

**Q. Why do you think there were incredible prospects who weren't getting any fights?**

**JEFFREY ARONSON**

MS. DENNIS: Objection to form.

A. Because they were incredibly talented, and fighters at the same level with one or two fights didn't want to risk losing and getting a loss on their record so early.

**Q. Do you still believe that the UFC is typically or was at the time typically not looking for a kid who is 2-0 and 3-0?**

MS. DENNIS: Objection to form.

A. Yes.

**Q. Was it your perception at the time that the UFC already had more fighters signed than they could use?**

A. No.

**Q. Why was the UFC typically not looking for a kid who was 2-0 or 3-0?**

MS. DENNIS: Objection to form.

A. Very early in development.

**Q. So the UFC is looking for a**

**JEFFREY ARONSON**

**longer record, generally, as far as you are aware?**

MS. DENNIS: Objection to form, foundation.

A. I'm not aware. I just know that it is just very early in a prospect's career, and to put them on a stage like that would be crazy.

**Q. Can you read the next part of that page?**

A. Where would you like?

**Q. Starting "I pride myself."**

A. "I pride myself on my business acumen, and the one thing I really do is study what's going on in the industry and the field. History repeats itself, so look at everybody that's going up against the UFC, Bodog, Elite XC, Strikeforce... Everybody that has tried to challenge UFC has wound up on their butt. Nobody has been able to do it."

**Q. Does that quote accurately explain your view of the MMA market?**

MS. DENNIS: Objection to

PUBLIC COPY – REDACTED

JEFFREY ARONSON

form.

A. No. I think the issue is that you have companies like Bellator, who are backed by Viacom, who, you know, have more money than UFC. I just think UFC works incredibly smart and markets incredibly well.

**Q. Do you recall saying in this interview that everybody that has tried to challenge the UFC has wound up on their butt?**

MS. DENNIS: Objection to form. He doesn't recall the interview.

A. No.

**Q. Do you agree with the statement that everybody that has tried to challenge the UFC has wound up on their butt?**

A. No. Bellator is still there, still challenging, and growing.

**Q. Do you agree that Bodog, Elite XC and Strikeforce ended up on their butt?**

**JEFFREY ARONSON**

A. I mean, they are out of business, so, you know, some were underfunded, some didn't market correctly, some overpaid. I mean, there's a lot of things that go into putting on a show.

**Q. Can you read the next paragraph?**

A. "No one is going to take on Zuffa and win at this point. It's just not going to happen, and I have no aspirations to do that. I am very happy to do that carving my place and my niche giving young fighters the best platform in the world to shine on, and giving vets the opportunity to come and shine."

**Q. So do you disagree with this statement "No one is going to take on Zuffa and win at this point"?**

A. I don't disagree. I think the issue is you are asking somebody that has a local baseball team to go and play the New York Yankees, and it's two separate worlds.

JEFFREY ARONSON

**Q. In that analogy, who is the local baseball team?**

A. Titan.

**Q. And who is the Yankees?**

A. You know, Bellator, UFC, One FC, you know.

**Q. Anyone else that you put in that category?**

A. I don't know every promotion there is. There are some promotions in India that are huge. But it's, you know, there are many huge MMA promotions.

**Q. But you wouldn't put Titan FC in that category?**

A. No.

**Q. Is it fair to say that when you started working with Titan FC you had no aspirations to take on Zuffa and win at that point?**

MS. DENNIS: Objection to form.

A. No.

**Q. You say it's not accurate to say that?**

**JEFFREY ARONSON**

A. No, I'm saying no. UFC has a 20-year head start over Titan and had been in business for years. I certainly wasn't in a position financially or from a startup to want to go and even attempt that.

**Q. Can you read the next paragraph?**

A. "I give every single fighter a UFC Out clause, and every fighter that finishes a fight is going to get a bonus. I am doing everything to incentivize these guys to go out there, let it all hang out and put on the best shows. I don't want to be considered a feeder league, I want to provide the best platform for talent. So yes, all my guys have the ability to leave for the UFC, because every kid training in MMA has the dream of being a UFC champion. I want to be part of the facilitation of helping these guys get the fights they need."

**Q. Do you know what a Zuffa Out clause, or I think you said a UFC Out**

PUBLIC COPY – REDACTED

JEFFREY ARONSON

**clause, is?**

A. Yes. That if the UFC comes calling within a certain amount of time before a fight, Titan will release them to go into UFC.

**Q. Did you give every fighter at Titan FC a UFC Out clause?**

A. Yes.

**Q. Do you still think it's true that every kid training in MMA has the dream of being a UFC champion?**

A. I do.

MS. DENNIS: I object to the form.

**Q. Independently from this article, do you believe that's true?**

A. What is that? I'm sorry.

**Q. I will just restate the question.**

**Do you believe that every kid training in MMA has the dream of being a UFC champion?**

A. I don't know. Because so many top five or top three or top ten UFC

JEFFREY ARONSON

fighters go into Bellator. I don't know. I don't know if that really holds true anymore.

**Q. When do you think that began to change?**

A. You know, there have been numerous promotions that have come in in the last five years, like One FC, and Bellator has really upped their game. So, I mean, I think competition brings out the best. And, you know, I couldn't give you a date.

**Q. In your experience at Titan, have you had any fighters want to leave for other promotions, other than the UFC?**

A. I don't offer it.

**Q. So if a fighter came to you and asked to leave to go to Bellator, you wouldn't let?**

MS. DENNIS: Objection to form.

A. I haven't been approached. But I did let one fighter out recently to go to World Series of Fighting.

JEFFREY ARONSON

**Q. What fighter was that?**

A. Andre Harrison.

**Q. And when was that?**

A. A few months ago.

**Q. Can you explain what happened there?**

A. He had just run -- he had run its course, he was Titan champion for a long time, and, quite frankly, I couldn't get fighters to fight him anymore. It was getting -- you know, it just didn't work. So I allowed him to go there.

**Q. Was he under contract at the time that you let him leave?**

A. Um-hum.

**Q. How much longer did he have on his contract?**

A. He was under a champion's clause, so he would have kept going until he was released.

**Q. Do you know if he is still at World Series of Fighting?**

A. He is now the World Series of Fighting champion.

JEFFREY ARONSON

**Q. Was it your goal at Titan FC to compete head on with Zuffa?**

A. No.

**Q. What would you describe your goal as?**

A. To provide the best platform for up-and-coming talent, really build them up in the public eye, and put on the best fights possible, as well as vets that may have hit a rocky patch, and see where they are in their career and test them against the young prospects.

**Q. What do you mean by vets who have hit a rocky patch?**

A. Veterans from UFC, from Bellator, from other promotions, that may have lost a couple of fights in a row, and got cut, and we have picked them up and offered them an opportunity for redemption, see if they still have it or they don't, put them up against the top prospects. And a lot of it is mental, it's not physical. So if guys have things going on outside the cage, it

PUBLIC COPY – REDACTED

JEFFREY ARONSON

translates into the cage, so everybody deserves a second chance.

**Q. Are those vets trying to get back into the UFC, in you experience?**

A. I think they are trying to get their careers on a positive flow. That's the most important thing to these guys.

**Q. With the fights that Titan FC puts on, are you trying to compete directly with the UFC?**

MS. DENNIS: Objection to form.

A. You asked me this numerous times, and my answer is not going to change.

**Q. Can you give your answer one more time for me?**

MS. DENNIS: Objection to form; asked and answered.

A. No.

**Q. If the UFC offers a Titan FC fighter a contract, do you ever bid against the UFC for that contract?**

MS. DENNIS: I object to form.

JEFFREY ARONSON

A. How could I bid if it's in my contract that they have an automatic out?

**Q. So you can't bid under your contract?**

MS. DENNIS: I object to form.

A. They have an automatic release. It's a Zuffa Out clause.

**Q. Can you explain how that works then?**

A. If Zuffa comes calling within X amount of time before a Titan event, then the fighter is free to go and fight for Zuffa.

**Q. So under that contract you can't offer the fighter more money to keep them?**

MS. DENNIS: Form.

A. A fighter could say no. A fighter could say no if they wanted to stay with Titan, certainly. But why would I bid against myself?

**Q. What I am asking is would you bid against the UFC.**

A. If I have a Zuffa Out clause,

JEFFREY ARONSON

how could I bid against the UFC? I am offering the fighter an opportunity to go to UFC, so how could I bid against them?

**Q. If you turn to page 4 of this interview. Can you read the paragraph in the middle of the page that begins with "No one is the going to tell me."**

A. "No one is going to tell me that the best talent in the world is not at that UFC level. A guy might have a little bit of a rough patch in the UFC but the year before he might have been ready to fight for the title. Look at somebody like George Sotiropolous who we just signed. He went through a rough patch, but a year before that he was one fight away from the lightweight title."

**Q. In early 2014, do you think that the best talent in the world was at the UFC level?**

A. Not necessarily. Bellator certainly had fighters on par with UFC. Strikeforce had fighters on par with UFC. I think those have all been established

JEFFREY ARONSON

and they have become champions in the UFC.

**Q. Strikeforce at the time was controlled by Zuffa; is that right?**

A. No, I don't think in 2014. I don't know. I don't know the date.

**Q. Did Titan FC sometimes promote fights between two different UFC veterans?**

A. Probably.

**Q. Do you recall whether Titan FC 29 was a fight between Mike Ritchey and George Sotiropolous?**

A. Yes.

**Q. Do you know if they were UFC veterans?**

A. Yes. We have also put on UFC verse Bellator, Bellator verse Prospect. I mean, it's back and forth, back and forth.

**Q. Were all of the UFC vets who were acquired by Titan FC fighters who UFC had released?**

MS. DENNIS: Objection to

PUBLIC COPY – REDACTED

JEFFREY ARONSON
A. I don't remember it.
**Q. Do you remember giving an interview to Duane Finley around June 15, 2015?**
A. Not particularly.
**Q. We were talking earlier about Fight Pass; right?**
A. Um-hum.
**Q. When did Titan and Zuffa enter into a deal to have Titan show up on Fight Pass?**
A. I'm not sure of the date. I think I said it here somewhere.
I'm really not sure. I think it was 2015.
**Q. Why did Titan enter into a deal with Zuffa to broadcast Titan shows on Fight Pass?**
A. The international exposure. Fight Pass is positioning itself kind of as the Netflix of fights. And it was a great way to establish more publicity on the Titan events by getting a push by the CPO machine.

JEFFREY ARONSON
**Q. Does Fight Pass help pay net fee fighters game exposure?**
A. Sure. I think that any time you are on a network that's being distributed, you have all eyes on you. So anything that's going on, you know, when they see a hot prospect, or there's someone that they really like, they keep a close watch on him. But they did that at CBS, too.
**Q. At the time Titan had a deal to have events broadcast on CBS; is that right?**
A. Yes.
**Q. Were there any advantages to Titan to be broadcast on Fight Pass above and beyond being broadcast on CBS?**
MS. DENNIS: Objection to form.
A. Yes.
**Q. What were they?**
A. Promotion in over 150 countries, through UFC's PR machine.
**Q. The article says that Titan FC**

JEFFREY ARONSON
**was the 20th promotion to have their fights catalogued under the UFC banner. Do you know if that's accurate?**
A. No.
**Q. No, you don't know?**
A. I think the definition of catalog is that they showed the old fights, not that they were live streaming events on the network.
**Q. And did Fight Pass put the live Titan events on the network?**
A. Yes.
**Q. You can put that one aside.**
**Were you involved at all in the negotiations between Zuffa and Titan regarding the Fight Pass deal?**
A. No.
**Q. Who was involved in those negotiations?**
A. I was in the background, dealing with Lex McMahon, and Lex was negotiating with UFC.
**Q. Did you discuss those negotiations with Mr. McMahon?**

JEFFREY ARONSON
A. Yes.
**Q. Did you have final approval over the terms of the deal with Zuffa?**
A. Yes.
**Q. Are you familiar with the terms of the deal?**

e

PUBLIC COPY – REDACTED

[redacted]

[redacted]

**Q. Did you discuss any of the deal points with Mr. McMahon while he was negotiating them?**

A. Yes.

(Aronson Exhibit 12 for identification, email dated April 17, 2015, Bates stamped ZFL-0953328 through 32.)

**Q. I am handing you what has been marked as Aronson Exhibit 12.**

**Let me know when you have had a chance to look through it.**

**JEFFREY ARONSON**

A. Okay.

**Q. Have you seen this email chain before?**

A. I'm copied on it, but it's a couple of years ago.

**Q. If you look at the first page, the second email down --**

MR. SILVERMAN: For the record, this is ZFL-0953328.

**Q. This is an email from Lex McMahon. Was he the one who was in charge of negotiating the deal points?**

A. Yes.

**Q. Do you know who Marshall Zelaznik is?**

A. Yes, I do.

**Q. Who is he?**

A. Marshall was in charge of Fight Pass but let go when the new owners came in and bought UFC.

**Q. He was in charge of Fight Pass for who?**

A. UFC.

**Q. Just for the record.**

**JEFFREY ARONSON**

A. Or unless someone else is running it that I don't know about.

**Q. And do you know who Steve Stim is?**

A. No.

[redacted]

MR. SILVERMAN: That's correct.

MS. DENNIS: Because there are a number of emails from Mr. McMahon.

MR. SILVERMAN: Sorry. I am referring to the email at the

```
                                                      86
 1                JEFFREY ARONSON
 2   bottom of the first page.
            [redacted]
17       Q.   Was that one of the points
18   that you discussed with Mr. McMahon?
19       A.   I don't remember.
            [redacted]
```

```
                                                      87
 1                JEFFREY ARONSON
 2       A.   Um-hum.
 3       Q.   Is that a point that you
 4   discussed with Mr. McMahon?
 5       A.   I don't remember.
 6       Q.   Do you --
 7       A.   But I know we don't get it.
 8       Q.   Did you have any discussions
 9   with McMahon or anyone else about that
10   request?
11            MS. DENNIS:  Objection to
12   form.
13       A.   I don't remember.
14       Q.   Do you know if Zuffa has ever
15   paid Titan FC for releasing a fighter
16   from a contract?
17       A.   I don't know.
18            MS. DENNIS:  Objection to
19   form.
20       Q.   Strike that.  Let me ask the
21   question again.
22            Has Zuffa ever agreed to pay
23   Titan any fee for releasing a fighter
24   from contract?
25            MS. DENNIS:  Objection to
```

```
                                                      88
 1                JEFFREY ARONSON
 2   form.
 3       A.   No.
 4       Q.   Under the agreement with
            [redacted]
24            MS. DENNIS:  Objection.  I
25   will object to form.  It is
```

```
                                                      89
 1                JEFFREY ARONSON
 2   incomplete.
 3            MR. SILVERMAN:  Let me
 4   introduce the other half.
 5            (Aronson Exhibit 14 for
 6   identification, email dated June
 7   12, 2015, Bates stamped ZFL-0958964
 8   through 85.)
 9       Q.   I am handing you what has been
10   marked as Aronson Exhibit 14, Bates
11   stamped ZFL-0958964.
12            Can you confirm whether this
            [redacted]
```



23 (Pages 86 to 89)



90

92

91

93

**Q. Moving on, were you at some point the CEO of Cash4Gold?**

A. Yes.

**Q. What is Cash4Gold?**

A. Cash4Gold was a direct response campaign where people would take their gold, silver, platinum, palladium, put it in an envelope provided, and send it back in to the company, get evaluated.

PUBLIC COPY – REDACTED

JEFFREY ARONSON

Sent a check, if they liked it, accepted it. If they didn't, they sent it back, the merchandise would be sent back, in the United States and through all of Europe.

**Q. When did you become the CEO of Cash4Gold?**

A. I was the founder and CEO somewhere around 2008.

**Q. When did you leave Cash4Gold?**

A. Somewhere around 2012.

**Q. Did Cash4Gold sponsor UFC and WEC fighters?**

A. I don't know if I sponsored any WEC fighter, but I sponsored UFC fighters and Strikeforce fighters, and Bellator fighters.

**Q. What fighters did Cash4Gold sponsor?**

A. Give me a list. I'll tell you if I sponsored them.

(Aronson Exhibit 15 for identification, email dated April 20, 2010, Bates stamped



JEFFREY ARONSON

ZFL-2197884.)

**Q. I am handing you what has been marked as Exhibit Aronson 15, Bates stamp ZFL-2197884.**

**Let me know when you have had --**

A. Okay.

**Q. If you look at the email that**



**Q. You can put that aside.**

**You became involved with Titan in December 2013; is that right?**

A. Sounds right.

**Q. Do you know that year, roughly, the size of Titan's revenues, in 2013?**

A. I don't know if they did a show in 2013. Maybe one. I don't know. Small.

**Q. Could you estimate the revenue that Titan brought in in 2014?**

A. No.

**Q. Can you put a cap on it? Do you know if it was less than 1 million?**

A. I have no idea. Honestly, I don't have the slightest idea.

**Q. How about for 2015?**

A. I wouldn't know the number, just offhand. I have a lot of businesses.

**Q. How about 2016?**



**JEFFREY ARONSON**

A. Same.

**Q. Could you say whether it's less than 10 million?**

A. Yes.

**Q. Each year would be less than 10 million?**

A. Yes.

**Q. Can you say whether it was less than 5 million?**

A. I don't know the numbers.

**Q. Can you estimate what percentage of revenue Titan paid out to its fighters in 2016?**

MS. DENNIS: Objection to form.

A. No.

**Q. Can you estimate the largest purse that Titan has paid out to a fighter?**

A. Show and win?

**Q. Yes.**

A. Show, win, bonus, somewhere around 15,000, maybe.

**Q. Can you estimate Titan FC's**





PUBLIC COPY – REDACTED