# Exhibit 27

Rule 30(b)(6) Deposition of Drew Goldman
on behalf of Deutsche Bank (April 28, 2017)
(excerpted)

**FILED UNDER SEAL**