# Exhibit 30

## Deposition of Scott Coker (August 3, 2017) (excerpted)

PUBLIC COPY - REDACTED

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON        )
FITCH, on behalf of                )
themselves and all others          )
similarly situated,                )
                                   )
          Plaintiffs,              )
                                   )
     vs.                           )   Case No.
                                   )   2:15-cv-01045-RFB-(PAL)
                                   )
ZUFFA, LLC, d/b/a Ultimate         )
Fighting Championship and          )
UFC,                               )
                                   )
          Defendant.               )
_____)



HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

SCOTT COKER

LOS ANGELES, CALIFORNIA

AUGUST 3, 2017

9:09 a.m.



REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 51251

PUBLIC COPY – REDACTED

how they did their deals were, but you're not welcome to sponsor any fighters that are outside of UFC back at that time.

**Q. Sorry, what time was that?**

A. You know, from 2007, maybe, to 2011.

**Q. Around the time of the sale?**

A. Correct.

**Q. Is there anything else that you can think of regarding sponsors where, you know, if you weren't with -- if you were sponsoring another organization, you weren't with the UFC?**

A. I can't.

**Q. Other than sponsors, what other ways, if any, were you either with the UFC or not with the UFC?**

A. I'd say fighter contracts, sponsorships.

I think they held that, you know, in venues, maybe, they held the same feeling towards other venues. That's all I can think of right now.

**Q. With respect to fighter contracts, this notion of you're either with the UFC or you're not, how did that manifest itself?**

A. I mean, and maybe that was the wrong way to phrase it because, really, it's like when you have a

contract with a certain company, then that's who you're obligated to fight for.

They weren't going to let any of those athletes come over and fight, you know, in Strikeforce, you know, or any other league.

So I think that -- to me, I don't think that's unnatural.

**Q. Well, I think you testified earlier that Strikeforce would allow its fighters --**

A. Yes.

**Q. -- to fight other promotions, right?**

A. Yes.

**Q. That didn't hurt Strikeforce's business, did it?**

A. That's correct. And that was something that was really just my decision. In talking to the fighters, it was something that was important to them, so we granted them a hall pass to go and compete in Japan.

**Q. But did Strikeforce's decision to allow its fighters to fight in other promotions make it more difficult just for Strikeforce to run its business?**

A. No.

**Q. Did it impair Strikeforce's ability to be**

**as successful MMA promoter?**

A. No.

**Q. And how did the -- just getting back to the EA game, how did that game ultimately do commercially, do you know?**

A. I'm not sure.

**Q. Were there fighters -- I'll withdraw that.**

**We talked a little bit this morning about Affliction. Do you recall that testimony?**

A. Yes.

**Q. Okay. And I think you testified that there came a time when Affliction stopped promoting mixed martial arts events.**

**Do you recall that?**

A. Yes.

**Q. Do you recall approximately when Affliction stopped promoting mixed martial arts events?**

A. 2009.

**Q. Let me -- do you recall -- withdraw that.**

**Did you communicate with Ms. Knapp about Affliction's decision to stop promoting mixed martial arts events?**

A. Yes.

**Q. Okay. What do you recall about those**

**communications?**

So we decided know not to let our fighter go to fight in the Affliction show against Fedor

PUBLIC COPY – REDACTED

because of those reasons.

**Q. And what did you think of Affliction's -- sorry.**

**With respect to Rogers, you mentioned -- with respect to Rogers, you said that there was a little bit of heat; is that correct?**

A. Yeah. What I mean by heat is a promoter term in that he had just come off of a very big win against Andrei Arlovski, which he was the underdog. And so, now he was kind of Cinderella story in beating Andrei on a big Showtime event. And now, he was poised to take the next step up in a big fight with us on either Showtime TV or CBS.

**Q. And what did you think of Affliction's decision to not promote live MMA events?**

A. To be honest, I was not surprised.

**Q. And why were you not surprised?**

**Q. And what are the things that you believe are needed to make a successful MMA promotion?**

MR. KELLY: Objection --

THE WITNESS: There has -- sorry.

MR. KELLY: Let me just object. Vague and ambiguous as to time.

MR. DELL'ANGELO: So I'll withdraw the question.

BY MR. DELL'ANGELO:

**Q. From the time period of 2008 to March of 2011, did you have a view as to what was necessary to make a successful MMA promotion?**

A. Yes. In this business, there's two things you need to do.

**Q. Okay.**

A. And it's you need to put butts in seats and

sell tickets, and you need to drive TV ratings or pay-per-views.

**Q. Okay. And what do you need to do that?**

A. You need to have a good fight roster, you need to have a good marketing place, a digital plan, a social plan. You need to have full integration, you know, from the top down of like everybody being on the same page, so to speak.

But at the end of the day, if you can't sell tickets, you're not in the business. If you can't drive TV ratings, you're not in the business.

**Q. And what helps you as an MMA promoter to sell tickets or drive ratings?**

A. I believe the fighter is the key. They are number one in this industry. And not everybody might believe that. They might believe that, you know, it's the league, but I've always felt that the fighters were number one.

And from there, you have something to work with and something to build. It's like a star in a movie. You have a superstar signed to a movie, now have you something to build off of, right? And that's the same thing with the fighter.

**Q. Can you have a successful MMA promotion**

**without fighters?**

A. No.

**Q. In your experience, is having higher quality fighters better for growing and building a successful MMA promotion?**

A. Yes.

**Q. In your experience, what would happen to a promotion if it didn't have access to, you know, better quality fighters?**

A. In my opinion, I think a league can still survive as long as the expectation or the revenue streams that you think you're going to create are equal to the fighters that you're bringing in.

So example would be if you're signing Fedor and you're signing the Cung Les of the world at that time and you're signing, you know, big-name fighters like Frank Shamrock, but, you know, you're in a small venue selling 3,000 seats, you're not going to be in business very long. You have to have a balance in your expectation.

But if you're selling out big arenas and you have a TV deal, you have sponsors, now you're in the game. And that's the difference.

**Q. In your experience, would you sell out --**

PUBLIC COPY – REDACTED

**as an MMA promoter, would you be likely to sell out large arenas or venues with unknown --**

A. No.

**Q. -- fighters?**

A. No.

**Q. How about with fighters that are not recognized or fighters that have a very low rank, for example?**

**MS. GRIGSBY: Objection to form.**

THE WITNESS: I mean, low rank, to me, doesn't mean that you can't be a star. So you can be ranked 3 or 4 in the world, but -- the flip side of that is you can be ranked 3 or 4 in the world, doesn't mean you are a star.

So you can be ranked, you know, 10, 12, 14 in the world and still be a big star and still attract people and still draw TV ratings.

BY MR. DELL'ANGELO:

**Q. Okay. But in your experience, at least at that time, was a higher ranked fighter more likely to attract -- you know, enable a promoter to put butts in seats, as you so say, or sell pay-per-views?**

**MS. GRIGSBY: Objection to form, compound.**

THE WITNESS: I think that -- it's a

difficult question to answer because I've had other fighters that were not ranked, Cung Le being one of them, but he was a big star, drew big TV ratings and drew, you know, butts in the seats.

So, you know, I think it depends on the person.

And then, I've had other fighters that are ranked 1, 2, 3, but they don't move the deal that well. So it's a hard question to answer.

BY MR. DELL'ANGELO:

**Q. So what makes a -- well, at least with respect to Cung Le, though, is it fair to say that his notoriety helped to make for a successful promotion when he was -- or a successful, I guess, bout when he was fighting?**

A. Yeah, I think -- I mean, I think Cung was a product of being a great martial artist, and he had a great promotion vehicle behind him.

**Q. And what is it, in your experience, that makes a successful pay-per-view event in the mixed martial arts?**

A. That the fighters are No. 1.

**Q. What do you mean No. 1?**

A. I mean, if you don't have the right

fighters to put them on pay-per-view, then you don't have a product to sell.

**Q. And what do you mean by the right fighters in that context?**

A. Again, it goes to -- you know, sometimes the personality outweighs the ranking.

For instance, like Zuffa, they had a fight with the pro wrestler guy, not Brock but the other guy. I forgot his name. But he's never fought before, was trying to become a fighter, and he fought and it was a big draw because he had such a big following of fan base. So, you know, to me, it can kind of go -- you know, that can go both ways.

(Exhibit 7 was marked for identification by the reporter.)

BY MR. DELL'ANGELO:

**Q. Let's take a look back at Exhibit 7, the email that I've put before you there.**

A. Exhibit 7?

**Q. I'm sorry. I didn't actually hand you that.**

**For the record, Exhibit 7 is a two-page series of emails spanning ZFL-2469204 through 2469205.**

**Mr. Coker, would you take a look at Exhibit 7, and tell me if you recognize that document.**

A. That's pretty funny. I can't read the small print.

**Q. All right. So --**

A. I can -- I can comment on the first.

PUBLIC COPY – REDACTED



25 (Pages 94 to 97)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY – REDACTED



98

Q. Do you think that that could be -- if there was only one player that that could be -- hurt fighters?
A. Yes.
Q. Okay. And what other ways -- what ways would it hurt the fighters, in your opinion?
A. Well, the biggest way is think about if there's only one place to have a job, and then, there's only a certain amount of slots available to have employment, the fighter purses naturally would go down because now you're in control of the marketplace. So now, you can dictate what an entry fighter level would get and what a mid-tier fighter

99

SCOTT COKER - HIGHLY CONFIDENTIAL

would get, what a top-tier fighter would get. And you kind of control the marketplace at that point.
**Q. I think you testified that you wanted to pursue Fedor at this time?**
A. At this time, yes.
**Q. So did you think that Fedor was an important fighter for Strikeforce to try to get in its roster?**
A. Yes.
**Q. And why?**
A. Being undefeated for ten years, coming off of a big fight where he knocked out Andrei Arlovski. Had a lot of heat on him.
I mean, he's the man. Fedor is the greatest of all time. And when you can have a fighter like that come on to your roster, it's always a good day.
**Q. Did you believe that signing Fedor at Strikeforce would help Strikeforce sell pay-per-views?**
**MS. GRIGSBY: Objection, foundation.**
THE WITNESS: I believed that he would help drive ratings on Showtime, I believed that he would put butts in seats. I would believe that he would

100

SCOTT COKER - HIGHLY CONFIDENTIAL

help us drive ratings on CBS and eventually drive ratings on pay-per-view.
BY MR. DELL'ANGELO:
**Q. So is it fair to say that you believe that overall, attracting a fighter like Fedor would be, you know, good for Strikeforce's business?**
A. Yes.
**Q. I think you testified a little earlier today -- and I'm sorry, let me just withdraw that.**
**Is that generally true with other fighters that have heat on them, as you described it, to use that term?**
A. Could you repeat the question one more time.
**Q. Sure. So I wanted to know if that was also generally true with respect to Strikeforce's ability to attract other fighters that had heat on them, as you used that term?**
A. Yes. It would have been a great statement and a great recruiting tool.
**Q. So getting a fighter like Fedor, you believed, would have helped Strikeforce recruit or attract other quality fighters?**
A. Yes.

101

SCOTT COKER - HIGHLY CONFIDENTIAL

**Q. Is that something that you viewed as being important to Strikeforce?**
A. Yes.
**Q. And why is that?**
A. My goal was to build this company as big as we could, become a -- you know, a sizeable player in the mixed martial arts world.
And I felt like we had a lot of pieces in place. We started -- we started recruiting top talent, that we were building from the ground up with, say, like Ty Woodley, Luke Rockhold, Daniel Cormier, a lot of the stars that are currently stars today for the UFC.
We started building our free agent fighters. So we built the roster from the ground up and we bought some of the fighters from the top down. And I think that Fedor would have been the icing on the cake for us, you know, to just show the industry that, hey, these are real players, you can count on them, and they're going to be here for a long time.
**Q. This email in Exhibit 7 is dated July 4, 2009, correct?**
A. Yes, that's correct.
**Q. Do you recall around that time frame, in**

PUBLIC COPY – REDACTED

102

SCOTT COKER - HIGHLY CONFIDENTIAL

**2009, did Strikeforce acquire fighters from any other promotion?**

A. Yes.

**Q. And what promotion was that?**

A. In 2009, we acquired Pro Elite.

**Q. And what was Pro Elite?**

A. Pro Elite was a struggling mixed martial arts fight company based out of Los Angeles. They -- well, at this time, we already had acquired them. This is prior to this.

**Q. Right. So the email in Exhibit 7 is sometime later in 2009, Strikeforce had already acquired Pro Elite?**

A. That is correct. And my thought, honestly, was in October of '10 -- I'm sorry -- October of '08 is when we acquired Pro Elite.

So that's my belief. So we acquired Pro Elite, which had the CBS, Showtime contracts. It had Nick Diaz' contract, Robbie Lawler's contract, it had Gina Carano's contract. So we acquired a lot of these great fighters at the end of '08.

**Q. How did the acquisition -- well, let me withdraw that.**

**Did Pro Elite include any other MMA brands**

103

SCOTT COKER - HIGHLY CONFIDENTIAL

**that Strikeforce acquired?**

A. No, because it was not a purchase of the entire company, it was just an asset purchase. So we plucked out certain things that we wanted and left a lot of things that we didn't want.

**Q. How did Strikeforce's acquisition of Pro Elite impact Strikeforce's business?**

A. When you have great fighters, great personalities, a great TV deal, then you can get great sponsorships, and you know, that's what helps you drive your business.

**Q. Is it your view, then, that without things such as great fighters, you can't do those other things, like attract great sponsors, et cetera?**

A. It makes it very difficult.

**Q. How would you -- how would you characterize the -- I guess Strikeforce around the -- as an MMA promotion at the time of the Pro Elite acquisition? How would you characterize its trajectory in the MMA marketplace?**

A. Clearly, No. 2 in the marketplace. I mean, UFC had a 20-year, you know, first in market advantage.

But I think we were gaining ground, gaining

104

SCOTT COKER - HIGHLY CONFIDENTIAL

momentum, income was pretty much -- those two years was pretty much like a hockey stick. In a down economic time, we were not impacted by the economy because we were still packing the stadium, we had great ratings, and we were putting butts in seats.

When I think about that time period for Strikeforce, I think that it was a great time for the company because we had just acquired all these great fighters, we already had great fighters. We were buying more fighters, we were starting to build more fighters. And we had a great TV deal, and you know, once you added Showtime and CBS, Strikeforce became really a regional brand to become a national brand.

**Q. And was Strikeforce becoming a stronger competitor to the UFC at that time?**

A. Yes.

**Q. And was Strikeforce competing with the UFC for top talent at that time, that is, fighters?**

A. The only fighter that I would think that we were both after that we really wanted was Fedor.

**Q. In terms of -- in terms of top fighters?**

A. Because we had just acquired all these great fighters, and we only had so many TV dates. So, you know, the house is pretty full, if you can

105

SCOTT COKER - HIGHLY CONFIDENTIAL

understand what I mean by that.

So we were looking for that one fighter that could make a big impact, and we wanted to get Fedor on our roster.

**Q. At that time, how would you characterize Strikeforce's heavyweight division?**

A. The thought behind getting Fedor, honestly, was to put together I mean arguably the greatest heavyweight tournament ever in the history of MMA, especially North America.

And we already had Alistair Overeem, we had Fabricio Werdum, we had Josh Barnett. We had Brett Rogers. We had Big Foot Silva, and we had Andrei Arlovski.

And I wanted to put Fedor on a roster so I could put him in this tournament because I knew that this was a tournament that was going to be a significant difference maker in our sport.

**Q. How did you think that Strikeforce's heavyweight division compared to the UFC's heavyweight division in 2009?**

A. Yeah. In 2009 and '10, we had more top 10 rated heavyweights than the UFC did. So arguably, we had a better heavyweight division than they did.

PUBLIC COPY – REDACTED

**Q. In your experience in many years of MMA promotion, what is your opinion of how important a heavyweight division is to an MMA promotion?**

A. I mean, I think that the light heavyweight division has been always a -- probably the strongest in MMA, and I think heavyweight, to me, would be just as important because everybody likes the heavyweights.

**Q. Does having a strong heavyweight division, in your experience, help an MMA promoter do things like, you know, attract fans, attract viewers or sell tickets?**

A. Put butts in seats? At that time in space, with Strikeforce, under that scenario, yes.

**Q. And so, at that time, in 2009, Strikeforce had the No. 1 heavyweight in the world?**

A. Shortly after this email, we signed Fedor.

**Q. So after July of 2009, when Strikeforce signed Fedor, Strikeforce had the No. 1 heavyweight in the world?**

A. Yes.

**Q. In MMA?**

A. Yes.

**Q. And how important did you think that that**

**was to Strikeforce as an MMA promoter?**

A. When people found out that we had signed Fedor and we had the Showtime TV deal and we had all these other heavyweights to fight Fedor and we had the CBS deal, it helped the brand tremendously in the perception of the general public and our fans, and I think we gained a lot of fans all over the world.

It became -- you know, we already were a national player because we had Showtime, but now, I think Fedor helped us become an international TV property.

**Q. And as a result, was Strikeforce becoming an even stronger competitor in the MMA promotion business?**

A. Yes.

**Q. I think you testified earlier that in March of 2011, Strikeforce was sold to Zuffa?**

A. Yes.

**Q. Tell me about how that sale came to be. Who contacted whom?**

MR. KELLY: Let me just interject here.

There is -- we believe that there is as part of the sale transaction a confidentiality provision that may provide some restriction on what

Mr. Coker is permitted to say.

I have a copy of an employment agreement Mr. Coker signed that also has a confidentiality restriction. The language of that permits him to answer these questions in the context of the subpoena in this deposition.

I do not know and Mr. Coker does not know what the sale document or the confidentiality and sale document provides and restricts. We understand that it's with Zuffa.

So Mr. Coker is concerned, rightfully so, of violating that and does not want to answer questions that may -- that seek information covered by the scope of that confidentiality agreement.

So I don't know if this is something that you guys have talked about leading up to today, but I think Mr. Coker will answer whatever questions he can. If he's not sure, absent some stipulation that, you know, Zuffa is waiving any confidentiality restrictions, he's going to be cautious and not disclose information that we think may be covered.

MR. DELL'ANGELO: Okay. I appreciate that, Counsel, and I will say for counsel for Zuffa too, my questions are fair -- my intended questions are

fairly high level along the lines of who contacted whom and how the sale came to be rather than about the details of the sale itself. I suppose if there are specific objections with respect to the confidentiality --

MR. KELLY: And I raised the concern, context of that question because I just don't know how broad the scope of the confidentiality restriction is and if it covers, for example, the negotiations leading up to it, in theory, who contacted who could fall within that category.

So you guys probably have the document and can advise the scope.

MS. GRIGSBY: I do have the asset purchase agreement here, but we don't object based on confidentiality to discussing things like who contacted whom or I guess any other documents that were produced in the underlying litigation. So there are also Strikeforce documents that are produced as part of Zuffa's documents.

MR. KELLY: Just so I'm clear, if the questions are about documents that were produced in this case and Mr. Coker is asked questions about those documents, Zuffa is agreeing on the record that

PUBLIC COPY – REDACTED

SCOTT COKER - HIGHLY CONFIDENTIAL

the confidentiality provisions won't restrict him from answering those questions?

MS. GRIGSBY: Correct. I mean, this is subject to obviously a protective order as well, and we would designate some of these things as highly confidential, but we won't object.

MR. KELLY: Yes. I just want to make sure that he personally isn't going to step into any trouble by answering questions.

We'll take your representation on behalf of Zuffa, and if there is a question, I guess, that Zuffa draws the line, please interject because we don't know all the documents that have been produced in the underlying case or what information is out there.

MR. DELL'ANGELO: I think there's a way to shortcut this to some extent.

I'm going to mark as Exhibit 8 video No. 23.

(Exhibit 8 was marked for identification but replaced below by a different video clip.)

BY MR. DELL'ANGELO:

**Q. So video No. 23 is a video dated**

**SCOTT COKER - HIGHLY CONFIDENTIAL**

**September 6, 2014, also available on YouTube. It's an interview with Mr. Coker with Ariel Helwani.**

**So why don't I play that, and since this is publicly available, we can use this as a basis.**

A. Perfect. Okay.

(Video clip played.)

MR. COKER: We're going to stay with that, and that's work, and to me, it's like, look --

THE REPORTER: Wait.

(Video stopped.)

MR. KELLY: Can we start over.

MR. DELL'ANGELO: We're now playing Exhibit 8, which is an excerpt of a September 6, 2014 interview of the witness, Mr. Coker, by Ariel Helwani.

(Video clip played.)

SCOTT COKER: We're going to stay with that, and that's work, and to me, it's like, look, if Chael Sonnen wins and Fedor wins, hey, he's already told me he wants to fight Fedor. So maybe that fight goes together. That's a pay-per-view worthy fight card.

UNKNOWN SPEAKER: Yeah.

SCOTT COKER: I mean fight. So to me, it's

SCOTT COKER - HIGHLY CONFIDENTIAL

like this. We're not going to do like, you know, the companies were, we have to do one every month.

UNKNOWN SPEAKER: Umm.

SCOTT COKER: Or every other month.

We're going to do pay-per-view when the fights are big enough and we feel like we have an event that's big enough to do pay-per-view. So whether that's twice a year or three times a year or once a year, we'll do more that month.

UNKNOWN SPEAKER: There's no set.

MR. COKER: There's no set.

UNKNOWN SPEAKER: Okay.

MR. COKER: We'll be like the boxing model.

UNKNOWN SPEAKER: Okay.

MR. COKER: So when the fights are, you know -- you know, being built up to the point where we should be doing it, then we'll do it. But we're not going to be forced into, you know -- because otherwise, I think it's becomes irrelevant.

UNKNOWN SPEAKER: Yeah.

MR. COKER: It's like you're doing it just to be doing it.

UNKNOWN SPEAKER: Right.

Mr. COKER: And is it really a pay-per-view

SCOTT COKER - HIGHLY CONFIDENTIAL

worthy card, you know. That's really -- I don't want to be in that situation. I want to be in a situation where this is like boxing. When the fight is built up big enough, then we'll go for it.

UNKNOWN SPEAKER: You look at it like Triple G and Danny --

(Video stopped.)

MR. DELL'ANGELO: I think the wrong video got played. I'm going to withdraw. Could we play 15.

This is a September 1, 2016 interview from The Fighter and The Kid. It's a continuation of the one that we marked earlier today.

THE REPORTER: Is this Exhibit 8 now?

MR. DELL'ANGELO: I'd like to make it Exhibit 8 if that's okay with everybody.

MR. KELLY: Fine with us.

MS. GRIGSBY: Fine with me.

(Exhibit 8 was marked for identification by the reporter.)

(Video clip played.)

PUBLIC COPY – REDACTED



? So we went and we brought Pro Elite, we got Gina Carano, and we got, you know, Nick Diaz. We got, you know --

**Q. Miesha --**

A. -- no, Miesha was somebody we found in a tournament. We had a tournament.

But anyway, so we got about ten top, top, talented athletes, world class athletes. And then we integrated them with our roster, which was Cung,

SCOTT COKER - HIGHLY CONFIDENTIAL

Frank, and Josh Thompson, Gilbert Melendez, and then, we started taking off.

And so, that was -- that way, so because with that deal, we got the CBS contract and the Showtime contract because that's what they had, they had delivered or they had already acquired those. So we had instantly a Showtime deal. We went from doing four fights a year to 16 fights a year, had to ramp up. It was a great time of growth for the company, and then -- and then, you know, that was in 2009 -- 2008. And 2010, you know, the UFC knocks on the door and says, "We'd like to acquire Strikeforce."

(End of video clip.)

BY MR. DELL'ANGELO:

**Q. So Mr. Coker, you've had an opportunity to see the video that we've marked as Exhibit 8.**

**Was that you in the video that was just played?**

A. Yes.

**Q. Do you have any reason to believe that that wasn't an accurate depiction of you and what you said in or around September 1, 2016?**

A. That's correct.

**Q. So at the end of the video there, you**

**SCOTT COKER - HIGHLY CONFIDENTIAL**

**mention that you, Strikeforce had been approached by the UFC.**

**Do you recall that?**

A. We got a call from Dana White, in I believe it was October of '10. And Dana said that Lorenzo wants to buy Strikeforce, you know, are you interested?

And I'll never forget it because I was really at Dave and Buster's having dinner going, well, why does he want to buy Strikeforce? And I said, well, let me get back to you, Dana. I'm going to talk to my partners, and then, I'll circle back.

**Q. Was that the first time that Mr. White or somebody from the UFC had contacted Strikeforce about purchasing Strikeforce?**

A. I believe so, yes.

**Q. And did Mr. White or somebody from the UFC contact Strikeforce more than once about purchasing Strikeforce?**

A. After this date --

**Q. Yes.**

A. -- the initial date?

What happened was Dana contacted me, I contacted my partners.

SCOTT COKER - HIGHLY CONFIDENTIAL

And then, I think somebody from Ari's company knew somebody from our company, and then they contacted them. So my partners and I said, well, let's just go listen to them and hear what they have to say. That's all.

**Q. And who are the partners that you're referring to.**

A. On my side?

**Q. Yes.**

**Q. And so, did you and representatives of Strikeforce or its investor group then go and meet with representatives of UFC about UFC's potential acquisition of Strikeforce?**

A. Yes.

**Q. And when was that?**

A. That was, I believe it was two days before

PUBLIC COPY – REDACTED

118

SCOTT COKER - HIGHLY CONFIDENTIAL

Thanksgiving in '10.

**Q. So November 2010 sometime?**

A. Yes.

**Q. And where did you -- where did you meet with UFC --**

A. We met with their -- we went with the UFC at the WME offices here in Beverly Hills.

**Q. With whom from the UFC did you meet?**

A. Lorenzo Fertitta was there. Ari Emanuel was there.

**Q. Anyone else?**

A. And I believe there was a couple lawyers, they brought in a couple lawyers from their side, and I don't remember their names.

**Q. And did Mr. Fertitta speak at the meeting?**

A. Yes.

**Q. Okay. And what did he say?**

A. He said, "I guess I should open it up because I'm the one that called the meeting."

And he said, "I think Strikeforce is building a great brand, but we feel there should only be one brand, so we would like to buy your company."

**Q. Did he explain why he felt that there should only be one brand?**

119

SCOTT COKER - HIGHLY CONFIDENTIAL

A. No.

**Q. What did you understand him to mean?**

A. That he wanted to buy Strikeforce to get our fighters and make Strikeforce go away.

**Q. Did you have a view as to why UFC or Mr. Fertitta might want Strikeforce to go away in November of 2010?**

A. I asked him. I said, "Lorenzo, why do you want to buy Strikeforce? You already have Pride, you already have WEC."

I think they had bought WEC and they had bought three or four companies, you know.

I said, "What would you do with it?"

And he said, "Well, we would -- we would close it down, and we would take all the fighters and bring them to the UFC."

**Q. And did he tell you anything else about UFC's plans if it acquired Strikeforce?**

A. No. I wasn't that interested in hearing any more after that.

**Q. Why is that?**

A. Well, you know, like closing Strikeforce down had -- you know, that just didn't fit in my vocabulary.

120

SCOTT COKER - HIGHLY CONFIDENTIAL

**Q. Right.**

A. So you know, I just, you know, was not that interested anymore.

**Q. What was your view at the time, if any -- well, let me withdraw that.**

**Did you have a view at the time of what impact shutting Strikeforce would have on the MMA industry if the UFC acquired it and shut it down?**

A. I mean, I knew that there's only one player left, it's not going to be a healthy industry. Somebody is going to control the marketplace, control, you know, the fighter purses, which really is the number one key item as far as cost in the company.

You know, but at that time, at that moment, you know, I was like, you know, I have no interest in selling Strikeforce.

**Q. And at that time, did you need to sell Strikeforce?**

A. No.

**Q. Did you want to sell Strikeforce?**

A. No.

**Q. I think you testified earlier that, at this time, Strikeforce was doing pretty well, right?**

121

SCOTT COKER - HIGHLY CONFIDENTIAL

A. Yes.

**Q. And did you view Strikeforce as being competitive with UFC at the time?**

A. UFC was still No. 1 in the marketplace, but we had some tremendous growth and gain, and we were getting momentum.

**Q. And did -- let me play for you -- well, in terms of the -- withdraw that.**

**In terms of the talent base that Strikeforce had around the time November 2010 when you were discussing a potential acquisition by the UFC, did you view the Strikeforce's talent base as being competitive with the UFC's?**

**MS. GRIGSBY: Objection to form.**

THE WITNESS: I believe that the phone started ringing from Dana because we had signed Fedor and we announced the heavyweight tournament.

It was clear that although we were a very small company, much smaller than the UFC, but we were in the same business, that we had a better heavyweight division than they did, and I think that that was one of the considerations on their part.

BY MR. DELL'ANGELO:

**Q. And so, what was the result of -- withdraw**

PUBLIC COPY – REDACTED

SCOTT COKER - HIGHLY CONFIDENTIAL

**that.**

**What was the outcome of the meeting that you had with Lorenzo Fertitta, Ari Emanuel, and the lawyers who were present in late November 2010 regarding the UFC's possible acquisition of Strikeforce?**

A. The outcome of the meeting was they threw out a number which we felt was ridiculous, and they left the room and said: Why don't you guys think about it. And CAA represented us, Brian Weinstein, Craig Jacobson was there, my lawyer, Stratton Sclavos, was there.

We were there just to hear them talk, you know, hear what they had to say. After they threw an offer and said think about it, we just got up and left and went home.

**Q. And what number did the UFC put out there?**

A. I can't recall. It was like a single-digit number.

**Q. So was it in the order of millions of dollars?**

A. Oh, yeah, millions, yeah.

**Q. So it was a single-digit million?**

A. Yes.

SCOTT COKER - HIGHLY CONFIDENTIAL

**Q. Less than 10 million?**

A. Yes.

**Q. And then, did discussions between Strikeforce and the UFC resume at some point thereafter regarding the possible sale of Strikeforce to the UFC?**

A. Yes.

**Q. And do you recall approximately when that was?**

A. Stratton and Lorenzo kept talking.

And then, Lorenzo, you know, he and -- you know, like they kept talking about the deal, what kind of deal.

I had told my partner: Listen, I'm not interested, you know.

And that went on from like November, December. I would say at some point, it stopped. And I'd say after January 1st, it picked back up.

**Q. And was Mr. White involved in any of the conversations, to the best of your knowledge?**

A. No.

**Q. Just so we're clear, you didn't speak to Mr. White about the UFC's acquisition or possible acquisition of Strikeforce?**

SCOTT COKER - HIGHLY CONFIDENTIAL

A. No.

**Q. Do you recall whether or not anyone on behalf of Strikeforce or the investors whom you've identified, do you recall whether or not any of them spoke to Mr. White about the UFC's possible acquisition of Strikeforce?**

**MS. GRIGSBY: Objection, foundation.**

THE WITNESS: Yeah, I can only speculate.

(Exhibit 9 was marked for identification by the reporter.)

BY MR. DELL'ANGELO:

**Q. Let me show you what I've marked as Exhibit 9 to the deposition.**

**For the record, Exhibit 9 is a one-page email, ZUF-00447778.**

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY – REDACTED

A. No.

**Q. Did you believe that it was necessary to make derogatory comments about Dana White or other executives at the UFC in order to have a successful promotion at Strikeforce?**

A. No.

**Q. Did you believe that you needed to engage in the other types of conduct that the UFC engaged in, such as with respect to venues or sponsors at Affliction and Tapout that you testified about in order to have a successful MMA promotion at Strikeforce?**

**MS. GRIGSBY: Objection to form, compound.**

THE WITNESS: No, it's just not my style of doing business.

BY MR. DELL'ANGELO:

**Q. Notwithstanding whether or not it's your style, which I appreciate, did you think it was necessary for you to engage in that sort of behavior in order to have a successful promotion at Strikeforce?**

A. No.

MS. GRIGSBY: Objection to form.

BY MR. DELL'ANGELO:

**Q. So did there come a time when -- I think you've already testified, there came a time in March of 2011, correct, when Strikeforce acquired UFC -- I'm sorry, withdraw that.**

**I think you testified earlier that in March of 2011, Strikeforce was acquired by the UFC, correct?**

A. Yes.

**Q. Do you recall -- how would you characterize the quality of fighters that the UFC acquired from Strikeforce?**

A. Substantial.

**Q. And do you recall -- or, withdraw that.**

**Do you know if some of the fighters that the UFC acquired from Strikeforce went on to become champions at the UFC?**

A. Yes.

**Q. And who are you thinking of?**

A. Luke Rockhold, Ty Woodley.

**Q. Any others that you can think of?**

A. Robbie Lawler, Ronda Rousey, Nick Diaz. Daniel Cormier. Miesha Tate. Amanda Nunez.

I think that's a pretty good list.

**Q. Okay. Are there other fighters that you can think of that the UFC acquired from Strikeforce that went on to be contenders for a championship in the UFC?**

A. With Gregor Mushashi, Jacare Souza.

The Cuban fighter, what's his name? I forgot his name. But he's pretty prominent right now.

**Q. How about Alistair Overeem?**

A. Yes. Alistair Overeem, Fabricio Werdum, Josh Barnett, Big Foot Silva.

**Q. That's Antonio Silva?**

A. I believe so. They're all named Silvas. I get confused.

**Q. How about Gilbert Melendez?**

A. Yes. Gilbert Melendez. Josh Thompson.

**Q. Did Gilbert Melendez go on to become a championship contender in the UFC?**

A. Yes.

**Q. He was acquired by UFC from Strikeforce?**

A. Yes.

Cung Le.

**Q. And how about Dan Henderson?**

A. Yes, Dana Henderson got acquired.

**Q. And he went on to be a championship contender in the UFC?**

A. Yes. In fact, I think his last fight was against Michael Bisping and he lost.

**Q. And who was Michael Bisping at the time of that fight?**

A. The current middleweight champion.

**Q. At the UFC?**

A. At the UFC.

**Q. And how about Tim Kennedy?**

A. Yes, Tim Kennedy, another contender.

**Q. And how about Yoel Romero?**

A. Yoel Romero, that's the Cuban gentleman I was referring to.

**Q. It's your understanding he went on to be a contender for the championship of UFC?**

A. Yes.

**Q. And was acquired by the UFC from Strikeforce?**

A. Yes.

**Q. And how about Paul Daley?**

A. Yes. I believe his contract with assigned, but it was a very short relationship. I don't think he stayed there long.

PUBLIC COPY – REDACTED

134

SCOTT COKER - HIGHLY CONFIDENTIAL

**Q. How would you characterize him as a fighter in terms of quality?**

A. Oh, top fighter.

**Q. How about Lorenzo Larkin?**

A. Yes.

**Q. Also acquired --**

A. Yes.

**Q. -- by the UFC from Strikeforce?**

A. Yes.

**Q. How about Josh Thompson?**

A. Correct.

**Q. Also acquired by the UFC from Strikeforce?**

A. Yes.

**Q. And that list of fighters that we covered, Dan Cormier, Dan Cormier, Fabricio Werdum, Alistair Overeem, Big Foot Silva, Josh Barnett, Gerard Mousasi, Rafael Cavalcante, Dan Henderson, Jake Shields, Ronaldo Souza, Robbie Lawler, Tim Kennedy, Luke Rockhold, Yoel Romero, Tyrone Woodley, Nick Diaz, Paul Daley, Lorenz Larkin, Gilbert Melendez, Josh Thompson, Ronda Rousey, Miesha Tate, how would you characterize them in terms of quality of fighters in MMA promotions?**

A. I mean, a lot of those fighters are the

135

SCOTT COKER - HIGHLY CONFIDENTIAL

stars of our sport today.

**Q. So it's fair to say that the UFC acquired some significant number of very high quality fighters, many of whom went on to be champions or championship contenders in the UFC?**

A. Yes.

**Q. And UFC acquired them from Strikeforce?**

A. Yes.

**Q. After Strikeforce sold its promotion to the UFC, did you receive feedback from members of the industry regarding the impact of the sale on the MMA industry?**

A. Yeah. A lot of people were disappointed.

**Q. And why were they disappointed?**

A. Because you know, I had managers call me and say: Now our purses are going to go down. Now there's only one buyer, and it's not going to be good for MMA as an industry.

**Q. And did anyone else other than managers contact you to tell you about what they had thought about the impact of the sale of Strikeforce to the UFC on the MMA industry?**

A. I mean, I had a lot of fighters reach out. I had some media reach out.

136

SCOTT COKER - HIGHLY CONFIDENTIAL

**Q. And what did the fighters -- sorry. Anyone else?**

A. Those are the -- those are the two that I...

**Q. Okay. And what did fighters tell you about the impact of the sale of Strikeforce to the UFC?**

A. On one hand, they were happy because, you know, we had sold the company.

On the other hand, they were disappointed because, you know, now they have to -- you know, they came to work for Strikeforce not to go work for the UFC. And so now, they're assigned to the UFC. So there was some of that dialogue that went back and forth between us.

**Q. And did they have any -- after the sale -- immediately after the sale of Strikeforce to the UFC, did those fighters have opportunities to fight in, you know, promotions with people sort of quality and stature to the UFC?**

**MS. GRIGSBY: Objection to form, speculation.**

THE WITNESS: Can you repeat the question one more time.

137

SCOTT COKER - HIGHLY CONFIDENTIAL

BY MR. DELL'ANGELO:

**Q. Sure. I'll withdraw the question.**

**And how would you describe the health of the MMA promotion industry after the sale of Strikeforce to the UFC?**

**MS. GRIGSBY: Objection, calls for expert testimony.**

MR. KELLY: Join.

MR. DELL'ANGELO: Let me withdraw that.

BY MR. DELL'ANGELO:

**Q. How would you characterize the MMA industry immediately -- well, withdraw.**

**How would you characterize the state of the MMA industry in the 12 months after the sale of Strikeforce to the UFC?**

**MS. GRIGSBY: Same objection.**

THE WITNESS: I did have managers that called me. Some of these are friends of mine. And said, you know, the offers are about 20 percent less than when you guys were here.

And I apologized and, you know, let them know my thoughts.

But some people were not happy.

PUBLIC COPY – REDACTED

138

SCOTT COKER - HIGHLY CONFIDENTIAL

BY MR. DELL'ANGELO:

**Q. To be clear, why were they not happy?**

A. Because the sale of Strikeforce impacted their fighters' income.

**Q. In a negative way or a positive way?**

A. In a negative way.

**Q. I'd like to play another short video clip for you.**

A. Okay.

**Q. This is taken from a June 18th, 2015 interview with MMA Fighting on ESPN, also available on YouTube. I believe it was done in St. Louis, Missouri.**

**I'm going to mark this as Exhibit 10.**

**(Exhibit 10 was marked for identification by the reporter.)**

**MR. DELL'ANGELO: Would the videographer please play video No. 4.**

**(Video clip played.)**

UNKNOWN SPEAKER: Sure, but you would agree that things are different since the peak era of Strikeforce?

MR. COKER: Well, I was just --

UNKNOWN SPEAKER: It's just got to be --

139

SCOTT COKER - HIGHLY CONFIDENTIAL

it's a lot harder to --

MR. COKER: I will tell you this. After I sold Strikeforce, I think the industry went like this.

(End of video clip.)

BY MR. DELL'ANGELO:

**Q. So Mr. Coker, is that you depicted in the video?**

A. Yes.

**Q. And is that an accurate depiction of a comment that you made on or about June 18, 2015 to MMA fighting?**

A. Yes.

**Q. Tell me if I'm characterizing this incorrectly, but I think you're indicating the hand motion you made was in a downward direction; is that correct?**

A. Correct.

**Q. What did you mean by what you were saying as depicted in the video of Exhibit 10?**

A. To me, it was a surprise because, you know, one of the things that I had thought would happen in selling the company was like our champions would eventually fight their champions, and it would be,

140

SCOTT COKER - HIGHLY CONFIDENTIAL

you know, like it would unify some of these fighters into having, you know, who is really king of the hill, so to speak, or who is the best fighter.

But I think that we had built our own audience, and Pride had built their own audience. All these companies had built their own audiences.

And for some reason, it just didn't resonate, and I think that the industry at that time just kind of had a lull in it, you know, and I think people were, you know, disappointed that we had sold and disappointed that Pride had sold because they were fans of Pride, they were fans of Strikeforce. And maybe not necessarily a fan of the UFC.

You could obviously be a fan of all three. Like myself, I would watch all three.

But we had developed our own fan base to the point where they were fans of our own company.

And so, when we went to -- when these fighters went over to the UFC, I don't think some of our fans went with them.

And so, I think there was a lull, it was kind of of -- and I think it took about a year to get out of that funk, you know, but I think the mixed martial arts industry was in a little bit of a funk

141

SCOTT COKER - HIGHLY CONFIDENTIAL

at that time, in 2012.

**Q. When you sold -- well, you and your partners sold Strikeforce to the UFC in March of 2013, did you need to sell Strikeforce?**

A. No.

**Q. Were there economic considerations with respect to the profitability of Strikeforce that necessitated a sale for some reason?**

A. No.

**Q. So why did you make the decision to sell Strikeforce?**

A. Well -- and you'll see this in the interview, and they asked me: If you had to do things all over again, what would you do different? And I said, well, I would have found a different partner, somebody that was in it for the long term and all the right reasons.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

PUBLIC COPY – REDACTED

**preacquisition, did that cease once UFC had completed the acquisition of Strikeforce?**

**MS. GRIGSBY: Objection to form.**

THE WITNESS: Yes.

BY MR. DELL'ANGELO:

**Q. So for example, after the UFC acquired Strikeforce, Mr. White stopped calling Strikeforce Strikefarse?**

A. Yes, that's correct.

**Q. Okay. And after the UFC acquired Strikeforce, to the best of your knowledge, did Mr. White stop making personal attacks with respect to you?**

A. To my knowledge.

**Q. I apologize if I asked this before. I just wanted to be clear about this point.**

**Were you involved in the decision to cease operations of Strikeforce after the acquisition by UFC?**

A. No.

**Q. Did anyone at the UFC discuss with you some of the changes that you've testified about after the UFC's acquisition of Strikeforce, such as with respect to fighters and sponsorship tax, those sorts**





**of things?**

A. Can you repeat that one more time.

**Q. Sure. So I think you testified a little earlier that there were some changes at Strikeforce after it was acquired by the UFC, some of those things including like moving fighters from Strikeforce to the UFC and imposition of the sponsorship tax to Strikeforce fighters.**

**Did anybody at the UFC talk to you about those decisions?**

A. No. My role, really, was almost like an on-call consultant, and I had no decision-making ability at my time at the UFC.

**Q. All right. Did there come a time -- did there come a time when you ceased to be involved with Strikeforce and the UFC altogether?**

A. Yes.

**Q. When was that?**

A. March of '14.

**Q. Okay. And why in March of '14 did you come to no longer be involved with Strikeforce or the UFC?**

A. That is when my three-year deal with the UFC ran out.

**Q. And what, if anything, did you do after**





**March of 2014?**

MR. KELLY: Objection, vague and ambiguous.

MR. DELL'ANGELO: Fair. I'll withdraw the question.

BY MR. DELL'ANGELO:

**Q. After March of 2014, were you employed?**

A. No.

**Q. Did you become involved in any other MMA promotion?**

A. In June of '14, I did.

**Q. And in June of 2014, what MMA promotion did you become involved in?**

A. Bellator MMA.

**Q. And I think you mentioned a little earlier that your agreement with the UFC after the acquisition of Strikeforce was essentially a noncompete; is that right?**

A. It was an employment agreement, but as we were negotiating the deal with my partners, they approached me, and they said look, you know, UFC is not going to just let you open up another company in two months.

**Q. Sure.**

A. So there's going to be an employment





agreement, to me, which I interpret that as a noncompete agreement. And I think there was some noncompete language in there, I can't remember.

But essentially, that's what the deal was was that, you know, in order for the sale to go through, I basically had to agree to this three-year deal.

**Q. And you interpreted the three-year deal as part of the sale of Strikeforce to the UFC as, at least in part, effectively a noncompete?**

A. That's correct.

**Q. That is, in the MMA industry?**

A. Yes.

**Q. So by March of 2014, that agreement had expired, and as of June of 2014, you became involved in Bellator, correct?**

A. Yes.

**Q. Okay. And tell me about -- tell me about that. How did you become involved in Bellator?**

A. Had a meeting with Kevin Kay, and I was actually on my path to start another organization. And after meeting Kevin, I felt very comfortable in jumping on the Bellator ship and try to get them, you know, situated properly and make this a real





PUBLIC COPY – REDACTED

SCOTT COKER - HIGHLY CONFIDENTIAL

legitimate MMA company.

**Q. And prior to your involvement in Bellator in June of 2014, how would you characterize it as an MMA promoter?**

A. How would I characterize?

**Q. Bellator --**

A. Bellator.

**Q. -- as an MMA promoter before you got involved in June of 2014.**

A. Bellator was run by Bjorn Rebney, and at that time, I felt like it was a dying brand.

**Q. Why did you view Bellator as a dying brand before you got involved in June of 2014?**

A. I don't think it -- to me, the way I felt was it didn't have the respectability and the credibility of the MMA community, the managers, the fighters, and lacked star power.

**Q. And what do you mean it lacked star power?**

A. They didn't have very big names at Bellator.

**Q. Just so we're clear, I'm going to ask you a series of questions that are all pre of June '14. I'll try to preface them, make it clear if I'm asking something different, so I don't have to keep**

**SCOTT COKER - HIGHLY CONFIDENTIAL**

**repeating it and we understand each other.**

**Before you got involved with Bellator in June of 2014 -- well, did you have an understanding as to why Bellator lacked, as you've used the term, star power before June of 2014?**

**MS. GRIGSBY: Objection, foundation.**

THE WITNESS: My belief is that the founder and the promoter, Bjorn Rebney at that time, quite frankly, a lot of people didn't like him and didn't want to do business with him.

So that makes it tough when you're trying to recruit fighters.

BY MR. DELL'ANGELO:

**Q. Are there any other reasons that you can think of?**

A. You're talking specifically about 2014.

**Q. Before June of 2014 why Bellator didn't have big names or star power?**

**MS. GRIGSBY: Objection, foundation.**

THE WITNESS: I think it comes to leadership, and I think that there was lacking -- there was a lack of leadership.

BY MR. DELL'ANGELO:

**Q. So when you joined Bellator in 2014, did**

**SCOTT COKER - HIGHLY CONFIDENTIAL**

**you have an opportunity to develop an understanding of its financial condition?**

A. I'm not sure.

**Q. So you've been involved in the mixed martial arts industry since at least 2006, right?**

A. Yes.

**Q. Okay. And from 2006 to June of 2014 when you became involved in Bellator, do you know during what period of time within that time frame Bellator existed?**

A. Bellator started as a product that was created by the founder, Bjorn Rebney, I think they started in '06 or '07, and I can't be sure, it might have been later than that. They were not backed by Viacom at that time, and they were ESPN Deportes product, which was made for Spanish television. That's why they called it Bellator because in Latin, it means warrior.

**Q. So you were involved in the MMA industry for basically the whole time that Bellator was in business, right?**

A. Well, yes, but I mean, I would say that there's probably two years or a year-and-a-half that I basically unplugged and wasn't really actively on

SCOTT COKER - HIGHLY CONFIDENTIAL

the websites or talking to people and really more focused on things that I wanted to do.

**Q. What period of time was that?**

A. That was from the time that Strikeforce closed until, let's say, March of '14.

**Q. So Strikeforce closed in March of '11, right? I think that's what you testified to.**

A. No. It was bought in March of '11, then it ran for a year-and-a-half.

**Q. I'm sorry. When you say closed, I was thinking the transaction closed. You mean the business closed?**

A. The business closed, yeah.

So the last year-and-a-half, really, if I wanted to go to a fight, a UFC, I would call and they would arrange tickets. Other than that, I was doing a lot of personal things.

**Q. Okay. So from the time Bellator closed -- excuse me. Withdraw that.**

**From the time that Strikeforce closed in 2013 to roughly March of 2014, you were not a student of the MMA industry; is that right?**

A. I was studying martial arts myself. I was traveling with my girlfriend and playing a lot of

PUBLIC COPY – REDACTED

golf.

**Q. You weren't a student of the MMA promotion industry or business, right?**

A. No.

**Q. So about three months later, you become involved in Bellator, correct? So June of 2014, about three months after you kind of emerged from your --**

A. Yes.

**Q. -- your hiatus, if you will? Okay.**

**And so, from the time of March 2014 to the time of June 2014, did you study or research Bellator to try to understand it more and why it may have lacked star power?**

A. No. The mindset really wasn't to, you know, like to study anything, really. It was stop and smell the roses, unwind a little bit, just relax. Go on vacation, travel, you know, travel all over the world for a year-and-a-half, and then, play a lot of golf and just relax.

**Q. Right. Yes, I appreciate that. All I was really trying to understand is up to June of 2014 how dialed in you really were to Bellator's business and why, you know --**

A. I had no idea. Honestly, it was Kevin Kay requesting a meeting, and I didn't even know who Kevin Kay was, to be honest with you. So I said, okay, I'll go meet him. But really, I'm going to go open another company. I remember telling some friends: I'm not in the business of building other people's businesses, I'm go to build my own business again and I'm going to go back and do this.

And I sat down with Kevin Kay, and he's telling me what he's doing, telling me what he wants to do, wants to make a move in the top position.

Originally, I thought he wanted me to work with Bjorn Rebney. I said, well, this is not -- you know, by committee, this is -- something that has to be very, you know -- somebody has to make the decision. I don't want to argue with somebody else.

And I said, Kevin, I go, your brand has really been dented. And you know, I'm coming up off a very, very -- you know, time in my life where Strikeforce was great, I want to create something else great.

I remember telling Kevin this. I said, your ship is kind of like the Titanic. You know? Do I want to jump on the Titanic as you guys are

tilting? I go: I don't know. I go -- I had to think about that.

And I said something to him, and I wanted to see how he'd react. And what I said was, I said: Kevin, you don't only have a black eye in the business, you have an orbital fracture, and I'm not a surgeon. I don't even know if I can help you.

He said: Well, hey, think about it. I said: Well, I'll think about it.

And I didn't call him back for a month because I wasn't looking for a job, I didn't want to be employed by anybody.

But he kept calling me and talking. And the more I talked to him, I started feeling good about his vision.

And so, finally, after much -- you know, thinking about it for two-and-a-half months, I said: You know what, F it. Let's go for it. I'm going to go and try my best and try to help build Bellator. And then, they made the move to remove Bjorn, and I came in two days later. And that was March of '14, yeah, March of '14.

**Q. In your estimation, as you just sort of articulated, was Bellator's lack of star power part**

**of what made it like the Titanic in the MMA industry?**

A. I think it comes from leadership at the top, and it was that tournament format. To me, the tournament format, my belief is this -- and I worked for K-1 for eight years, which was the greatest tournament format, you know, entity ever, that and Pride.

And you should do tournaments when you have eight stars because then, everybody can identify with these eight fighters, just like we did for the heavyweight tournament.

These were tournament formats that were happening every week in a different city in a little town that, you know, a lot of people didn't hear about. You know, I didn't even know what some of these cities were. And a 1500, 1800-seat stadium. It just looked very small, very dark, very dingy, and the product was just subpar. And this is before, you know, Viacom came in and took it over.

So that's what I was referring to. Kevin was like, you know. And he goes: Well, have you watched our product lately? I says: No, not really. And I really hadn't even watched one episode to that point. He goes: Well, check it out.

PUBLIC COPY – REDACTED