# Exhibit 31

Deposition of Dana F. White (August 9, 2017) – Vol. 1 (excerpted)

**PUBLIC COPY - REDACTED**

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON      )
FITCH, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
          Plaintiffs,           )
                                )
     vs.                        )   Case No.
                                )   2:15-cv-01045-RFB-(PAL)
                                )
ZUFFA, LLC, d/b/a Ultimate      )
Fighting Championship and       )
UFC,                            )
                                )
          Defendant.            )
_____)


HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DANA F. WHITE

MORNING AND AFTERNOON SESSIONS

LAS VEGAS, NEVADA

AUGUST 9, 2017

9:30 a.m.


REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 51036-A

PUBLIC COPY – REDACTED

138

1       DANA WHITE - HIGHLY CONFIDENTIAL
2    and stuff like that.
3       Q.  All right.  And did you at that time, at
4    the time that you were quoted as saying, this in the
5    Baltimore Sun article, anticipate that the WEC would
6    be competitors with the UFC in some way?
7       A.  Well, I guess we would be out in the
8    marketplace competing for sponsors.
9       Q.  Okay.  And how about for fighter talent to
10   the extent that there was overlap between weight
11   classes?
12      A.  Yeah, there really wasn't any overlap.
13   There was a couple here and there, but yeah.
14      Q.  Okay.  And nevertheless, you know, you
15   expected that the UFC would compete with the WEC for
16   sponsors, correct?
17      A.  Yep.
18      Q.  Okay.  And so, you -- and then, you
19   continued to operate -- the UFC continued to operate
20   WEC for some time, correct?
21      A.  Right.
22      Q.  And is it correct that by mid-2009, the WEC
23   was the leader in the MMA promotion industry in the
24   bantamweight and featherweight weight classes?
25      A.  That what was?

139

1       DANA WHITE - HIGHLY CONFIDENTIAL
2       Q.  That the WEC was, you know, kind of the top
3    promotion for bantamweight and featherweight classes?
4       A.  I don't know if they were the top
5    promotion, but they had -- they had those guys.
6       Q.  And how would you characterize the quality
7    of the WEC's 135 and 145 weight classes?
8       A.  Yeah, they were really the only guys --
9    it's much like Invicta.  Like Invicta focuses on
10   women, and these guys had smaller weight classes.
11      So like I said, people said it couldn't be
12   done, I wanted to do it.
13      Q.  And you did, right?
14      A.  Yes.
15      Q.  And is it correct that the WEC was -- that
16   the UFC viewed the WEC as a feeder league for
17   younger, less experienced, lighter weight, and less
18   well-known fighters that would eventually move to the
19   UFC?
20      A.  Well, they focused on smaller weight
21   classes, which we didn't have.
22      But yeah, I'm not going to say we never got
23   somebody from the WEC, but they mostly focused on the
24   smaller weight classes.
25      But pretty much, every organization

140

1       DANA WHITE - HIGHLY CONFIDENTIAL
2    fighters have come from.  I mean, even Bellator and
3    organizations like that, they get their talent from
4    somewhere else.  Same thing.
5       Q.  So, but is it correct that at the time that
6    the UFC acquired the WEC, it viewed it as a promotion
7    that would feed fighters to it?
8       A.  I view everybody --
9       MR. ISAACSON:  Objection to form.
10      THE WITNESS:  -- as a feeder -- oh, sorry.
11   BY MR. DELL'ANGELO:
12      Q.  Go ahead.
13      A.  I view everybody as a feeder league, and
14   Bellator sees everybody as a feeder league.  When
15   it's your promotion, you see everybody else as a
16   feeder league.
17      Q.  So my question is:  As of the time that the
18   UFC acquired the WEC in 2006 whether or not the UFC
19   viewed WEC as a feeder league?
20      A.  It viewed everybody as a feeder league.
21      Q.  Okay.  And then, the UFC merged the WEC
22   into the UFC in October of 2010, correct?
23      A.  I don't know the exact date, but yes, we
24   eventually did.
25      Q.  Okay.  And why did the UFC merge -- well,

141

1       DANA WHITE - HIGHLY CONFIDENTIAL
2    the UFC -- withdraw that.
3       The UFC merged the WEC into the UFC because
4    it wanted the lighter weight classes that the WEC
5    had; is that correct?
6       A.  Correct.
7       Q.  And then -- and in doing so, the UFC
8    acquired Urijah Faber, right?
9       A.  Correct.
10      Q.  Okay.  And he went on to become -- to be
11   inducted into the UFC Hall of Fame, right?
12      A.  Correct.
13      Q.  And he was also featured -- Faber was
14   featured -- do you know if he was featured in two
15   main events in the WEC?
16      A.  Yes, pay-per-view.
17      Q.  And I think you said that the UFC also
18   acquired the WFA, correct?
19      A.  Correct.
20      Q.  And the WFA was also an MMA promoter?
21      A.  Yes.
22      Q.  And is it correct that the UFC acquired the
23   WFA in 2006?
24      A.  I don't know the exact date, but yes, we
25   did acquire it.

36  (Pages 138 to 141)

**PUBLIC COPY – REDACTED**



142

1          DANA WHITE - HIGHLY CONFIDENTIAL
2          Q.   And is it correct that at the time the UFC
3    acquired the WFA, it didn't view the WFA as
4    competition?
5          A.   Yeah, I -- yeah.
6          Q.   You never -- the WFA nevertheless had
7    something that the UFC wanted or needed, correct?
8          A.   Never had something that we wanted or
9    needed?

143

10              (Exhibit 32 was marked for
11              identification by the reporter.)
12   BY MR. DELL'ANGELO:
13        Q.   Let me show you what I'm marking as
14   Exhibit 32 to the deposition, Mr. White.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**



150

152

11      Q.  Okay.  Pride fighting championships was

12  another MMA promotion that the UFC purchased, right?

13      A.  What's the question?

14      Q.  Pride fighting championships was another

15  MMA promotion that the UFC purchased?

16      A.  Correct.

17      Q.  Okay.  And at the time that the UFC

18  purchased Pride, is it correct that Pride was the

19  largest MMA competitor to the UFC?

20      A.  They were -- they were the ones that I

21  respected the most.

22      Q.  In March of 2006, would you say that Pride

23  was the largest competitor to the UFC?

24      A.  They were the ones that I respected the

25  most.

151

153

1       DANA WHITE - HIGHLY CONFIDENTIAL

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED



154

9    Q.   And in response to Zuffa learning that
10   Pride was considering holding an event in Las Vegas,
11   isn't it true that the UFC decided to hold an event
12   to hurt Pride at the gate and on its PPV, that is,
13   pay-per-view?
14       A.   I don't remember.
15       Q.   If it did, would that be called
16   counterprogramming?
17       A.   Absolutely.
18       Q.   Do you recall whether or not UFC attempted
19   to counterprogram Pride's debut event, MMA event, in
20   the United States?
21       A.   What's the question again?
22       Q.   The question is whether -- do you recall
23   whether or not the UFC attempted to counterprogram
24   Pride's debut MMA event in the United States?
25       A.   I don't remember.

155

1            DANA WHITE - HIGHLY CONFIDENTIAL
2            (Exhibit 33 was marked for
3            identification by the reporter.)
4    BY MR. DELL'ANGELO:
5        Q.   I'm handing you what I've marked as
6    Exhibit 33.
7            Exhibit 33 is a one-page series of emails
8    stamped ZFL-2467721.
9            I think we talked about Craig Borsari a

156

157

5        Q.   Let's take a look.
6            (Exhibit 34 was marked for
7            identification by the reporter.)
8    BY MR. DELL'ANGELO:
9        Q.   Mr. White, I'm handing you what I've marked
10   as Exhibit 34.
11       A.   Okay.
12       Q.   Which is a three-page printout from the UFC
13   website in color that has the fight card for UFC 64,
14   Saturday, October 14th.
15           Do you have that before you?
16       A.   Yes.
17       Q.   And it was headlined by Rich Franklin
18   versus Anderson Silva?
19       A.   Yes.
20       Q.   Does that refresh your recollection as to
21   whether or not the UFC held an event on October 14th,
22   UFC 64?
23       A.   It doesn't, but we did.
24       Q.   Do you have any reason to believe that the
25   UFC didn't hold UFC 64 on October 14th, 2014?

40  (Pages 154 to 157)

PUBLIC COPY – REDACTED



158

DANA WHITE - HIGHLY CONFIDENTIAL

1   A.  No.

2   Q.  Okay.  You can set that aside.

3       (Exhibit 35 was marked for

4       identification by the reporter.)

5   BY MR. DELL'ANGELO:

6   Q.  Mr. White, I have marked and am handing you

7   what has been marked as Exhibit 35 to the litigation.

8       Exhibit 35 is a transcript produced by

9   Zuffa in the litigation beginning at ZUF-00110189.

10      Do you have Exhibit 35, Mr. White?

11  A.  Yes.

159

160

161

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

162



17  Q.  So are you saying that the statements that
18  you make as a promoter in your capacity as president
19  of the UFC are not necessarily statements that we can
20  attribute as being completely truthful?
21  A.  I'm a fight promoter.  My job is to sell
22  you fights.  My job is to make you not take your wife
23  out on Saturday night, not go to a movie, or whatever
24  else you might want to do on Saturday night.  My job
25  is to make you stay home and watch the UFC.

163

1  DANA WHITE - HIGHLY CONFIDENTIAL
2  Q.  So my question to you is whether or not
3  that means that at least some of the statements that
4  you make publicly are not statements that can be
5  taken as entirely accurate on face value; is that
6  correct?
7  A.  I'm a promoter, and I sell fights for a
8  living.
9  Q.  Okay.  So are you not going to answer the
10  question?
11  A.  That's the answer.
12  Q.  The answer is?
13  A.  I'm a promoter and I sell fights for a
14  living.
15  Are you seriously asking me if I would go
16  out and say, hey, when this thing happens, it's going
17  to be the most mediocre thing to ever, you know.
18  Q.  What I'm asking you is if when you go out
19  and you talk about the MMA industry and the UFC if
20  the things that you say are true?
21  MR. ISAACSON:  Objection to form.
22  THE WITNESS:  I sell fights for a living.
23  I mean, that's the best way that I can explain it to
24  you, you know.
25  It's what -- it's what I believe, you know.

164

1  DANA WHITE - HIGHLY CONFIDENTIAL
2  It's no different than what Bellator says, you know,
3  hey, watch the best fighters in the world, watch the
4  best fights, all the greatest champions ever are
5  going to fight.
6  Do I believe that's true?  No, I don't
7  believe that's true.
8  I believe that what I say is true, and he
9  believes what he says is true, and the list goes on
10  and on.
11  BY MR. DELL'ANGELO:
12  Q.  Okay.  That's fine.
13  A.  It's an opinion.  And I'm selling fights.
14  I'm trying to make you stay home Saturday night and
15  buy a pay-per-view.
16  Q.  This is what I wanted to be clear about it,
17  and I think you said it, but let's be clear, is that
18  your testimony is that the things that you say as a
19  fight promoter are things that you believe to be
20  true, correct?
21  A.  It's my opinion.
22  Q.  But you nevertheless believe them to be
23  true, correct?
24  MR. ISAACSON:  Objection to form.  You're
25  asking him if his opinion is true?

165

1  DANA WHITE - HIGHLY CONFIDENTIAL
2  BY MR. DELL'ANGELO:
3  Q.  I'm asking if the statements that you made
4  publicly as a fight promoter on behalf of the UFC are
5  statements that you believe to be true?
6  MR. ISAACSON:  Objection.  Asked and
7  answered.
8  THE WITNESS:  You're a smart man.  I'm a
9  promoter.  I promote fights.  I sell fights for a
10  living, as do other promoters.
11  And you know, everybody believes that they
12  have the best fighters in the world, and that's --
13  nobody is ever going to go out and say, you know, we
14  got some guys that are really good and we got some
15  guys that are all right, we got some mediocre guys,
16  we have some guys.
17  Everything.  Conor McGregor literally said
18  I had these T-shirts made that said the biggest fight
19  in combat sports history for him and Mayweather.  And
20  Conor said, "You say that for every one of my fights,
21  so this is the biggest one, right?"  And I said,
22  "Till the next one."
23  BY MR. DELL'ANGELO:
24  Q.  So you understand that your deposition is
25  being videotaped today, right?

42 (Pages 162 to 165)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**



**166**

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    A.  I do.
3    Q.  Okay.  You understand that -- do you
4  understand that this video may be shown to the jury
5  at some point?
6    A.  I do.
7    Q.  Do you think that the jury is entitled to a
8  straight answer to the question of whether or not the
9  statements that you make publicly as an MMA promoter
10  are truthful?
11    A.  I am very --
12    MR. ISAACSON:  Objection --
13    THE WITNESS:  Oops, I'm sorry.
14    MR. ISAACSON:  -- it's argumentative.
15    THE WITNESS:  I am very confident that the
16  jury knows that I sell fights for a living and I'm a
17  fight promoter.  And I am confident that you may not
18  be understanding this, but I am confident that they
19  will, yes.
20  BY MR. DELL'ANGELO:
21    Q.  Would you go back to Exhibit 27.
22    MR. ISAACSON:  Actually, it's 12:50.  The
23  food is here.
24    MR. DELL'ANGELO:  Okay.  I've got just a
25  couple more questions on this subject, and then,

**167**

1    DANA WHITE - HIGHLY CONFIDENTIAL
2  we'll wrap up for lunch.
3    MR. ISAACSON:  All right.
4  BY MR. DELL'ANGELO:
5    Q.  Would you go back to Exhibit 27, please,
6  and just turn to page 5 of the document.
7    Actually, I understand you guys want to get
8  to lunch.  Let's skip that.  Let me show you one last
9  document, Mr. White.
10    A.  So don't take 7 -- 27?
11    Q.  Yes.  You can put that aside.  I'll try to
12  expedite this for you.
13    Q.  Isn't it true that at some point after the
14  UFC acquired Pride, it shut Pride down?
15    A.  Yes.
16    Q.  Okay.  And after the UFC acquired Pride,
17  Pride never actually put on any MMA bouts, correct?
18    A.  Yes.
19    (Exhibit 36 was marked for
20    identification by the reporter.)
21  BY MR. DELL'ANGELO:
22    Q.  I'm handing you what I've marked as
23  Exhibit 36 to the deposition.
24    Exhibit 36 is a one-page document that
25  contains a printout of tweets.

**168**

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    Mr. White, is your -- was your Twitter
3  handle in October of 2012 at Dana White?
4    A.  Yes.
5    Q.  And in the middle of the page, there
6  appears to be a tweet from you to at RBL78.
7    Do you see that?
8    A.  Yes.
9    Q.  Okay.  And would you read your tweet,
10  please.
11    A.  "Pride is dead, dummy.  I killed them."
12    Q.  And did you write that?
13    A.  I did.
14    MR. DELL'ANGELO:  Okay.  We can break for
15  lunch.
16    THE VIDEOGRAPHER:  The time is
17  approximately 12:53 p.m.
18    We are going off the record.
19    (A luncheon recess was taken from
20    12:53 p.m. to 1:40 p.m.)
21    THE VIDEOGRAPHER:  The time is 1:40 p.m. we
22  are back on the record.
23  ///
24  ///
25  ///

**169**

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    EXAMINATION (RESUMED)
3  BY MR. DELL'ANGELO:
4    Q.  Mr. White, the IFL was an MMA promoter at
5  one time?
6    A.  Yes.
7    Q.  And did the IFL compete against UFC?
8    A.  Yes.
9    Q.  Was the IFL -- if you recall, earlier this
10  morning, you talked with competitors that you had
11  competed against because they had said something
12  negative about the UFC.
13    Am I characterizing that fairly?
14    A.  Yes.

43  (Pages 166 to 169)

**PUBLIC COPY – REDACTED**

170

[REDACTED]

4      Q.   And that was in such a way that the UFC
5   would then target the IFL as a competitor that would
6   compete against, as you've testified?
7          MR. ISAACSON:  Objection to form.
8          THE WITNESS:  Yes, we competed against the
9   IFL.
10  BY MR. DELL'ANGELO:
11     Q.   And there was litigation between the IFL
12  and the UFC, correct?
13     A.   Yes.
14     Q.   And the IFL sued not only the UFC but you
15  personally as well, correct?
16     A.   Oh, I don't remember that.
17         (Exhibit 37 was marked for
18         identification by the reporter.)
19  BY MR. DELL'ANGELO:
20     Q.   I'm handing you what I have marked as
21  Exhibit 37 to the deposition.
22     Exhibit 37 is a complaint, International
23  Fight League, Inc. versus Zuffa, LLC dba Ultimate
24  Fighting Championship and Dana White, individually
25  and in his capacity as president of Zuffa, LLC.  It's

171

1          DANA WHITE - HIGHLY CONFIDENTIAL
2   Silva action number 06-CV-0880, southern district of
3   New York, dated February 3, 2006.
4          Do you have Exhibit 37, Mr. White?
5      A.   Yes.
6      Q.   Okay.  Does that refresh your recollection
7   as to whether or not --
8      A.   No.
9      Q.   -- the International Fight League sued you?
10     A.   I didn't remember this, and norm this now.
11     Q.   Even looking at the document doesn't remind
12  you that you were sued by the IFL?
13     A.   No, it doesn't.
14     Q.   Okay.  So would you take a look at
15  paragraph 20 of the complaint that's on page 6.
16         I understand that you don't recall having
17  been sued by the IFL, but you now have what I will
18  represent to you is a copy of the complaint by when
19  the IFL sued you.
20         Would you read paragraph 20, please.
21     A.   "On or about January 29th
22         2006 and as negotiations between FSN
23         and plaintiff drew to a close,
24         defendant UFC, though White and
25         other UFC representatives contacted

172

1          DANA WHITE - HIGHLY CONFIDENTIAL
2          FSN and falsely informed FSN that
3          IFL had illegally hired away two
4          former Zuffa employees, that IFL had
5          stolen and was wrongfully using
6          confidential and/or proprietary
7          information from Zuffa, including
8          business and marketing plans, and
9          that IFL representatives had gauged
10         unauthorized access to the inner
11         television trailer production
12         workings of a UFC sponsored fight."
13     Q.   So that's one of the allegations in the IFL
14  complaint against you.
15         Do you deny those allegations?
16     A.   No.  That's true.
17     Q.   Okay.  And --
18     A.   I don't know if I talked to FSN about it.
19  I don't know if that's true.
20     Q.   So let's clarify.  What part is true?
21     A.   That these guys had gone back and done
22  that.  What I just told you five minutes ago.
23     Q.   Okay.  So but the portion about you
24  contacting FSN, you're not sure about?
25     A.   You're talking 2006.

173

1          DANA WHITE - HIGHLY CONFIDENTIAL
2      Q.   I'm just asking --
3      A.   No, no.  I'm saying you're talking 2006.
4      Q.   Yep.
5      A.   I'm trying to get a TV deal.  What power I
6   do have with any network.  Can I just pick up the
7   phone and call FSN?  Who do I call at FSN?  Who do I
8   talk to?  Who do I let know that this happened?  No.
9   That's --
10     Q.   It's fair to say that you don't recall?
11     A.   It's fair to say that that never
12  happened.
13     Q.   So somebody is not telling the truth,
14  right?
15     A.   Right.
16     Q.   Either the allegation is wrong or you're
17  wrong, right?
18     A.   Well, apparently -- I didn't even remember
19  being sued, so apparently I was right because there's
20  no way I lost this litigation or I'd remember that.
21     Q.   Do you remember the outcome of the
22  litigation?
23     A.   I don't.
24     Q.   Okay.  Let's take a turn to paragraph 31.
25         Read paragraph 31, please.?

44  (Pages 170 to 173)

**PUBLIC COPY – REDACTED**



186

1    **DANA WHITE - HIGHLY CONFIDENTIAL**
2    A.  Correct.
3    **Q.  Let me hand you what the I've marked as**
4    **Exhibit 41.  Please take a look at that.**

187

11   **Q.  Okay.  You can set that aside.**
12   **Are you familiar with the former MMA**
13   **promoter EliteXC?**
14   A.  Yes.
15   **Q.  Is there a time when you thought of EliteXC**
16   **as a low level promoter that didn't compete with the**
17   **UFC?**
18   A.  EliteXC, yeah.  Yeah, I who they are.  I
19   was mistaking them for somebody else at first.  It's
20   a T-shirt company.
21   **Q.  Are you thinking of Affliction?**
22   A.  No.  Different one.
23   **Q.  All right.  So focusing on Elite X E?**
24   A.  EliteXC, they were a publicly traded
25   company, right?  Maybe it's not the one I'm thinking

188

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    of, then.  There's been many.
3    (Exhibit 42 was marked for
4    identification by the reporter.)
5    MR. DELL'ANGELO:  All right.  Why don't we
6    mark as Exhibit 42 a video clip that I'll play from
7    September 23, 2007.  It's a UFC 76 post fight press
8    conference in Anaheim, California.
9    MR. ISAACSON:  Is this an excerpt?
10   MR. DELL'ANGELO:  Yes, it is.
11   MR. ISAACSON:  I'll object on the grounds
12   of completeness to the use of this exhibit in
13   question.
14   (Video clip played.)
15   UNIDENTIFIED SPEAKER:  Can I get your
16   thoughts on, say, Bodog and EliteXC and how you feel
17   they stack up --
18   DANA WHITE:  They suck.
19   (Laughter.)
20   DANA WHITE:  You know, I'll be honest.  I
21   think that, you know, I'm not impressed with any
22   newcomer.  But I'll tell you what.  The last -- the
23   last ProElite show looked better than any of the
24   other ones they had done --
25   THE REPORTER:  I can't hear it.

189

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    DANA WHITE:  I actually saw the end -- at
3    the end of it, I saw the Robbie Lawlor -- the Lawlor
4    fight.  But again, you're talking about the lower
5    level, the lower tier, Robbie Lawlor.  I like Robbie
6    Lawlor.  I'm the one that brought him into the UFC,
7    and he's not in the UFC because he lost three in a
8    row.  And Ninja wasn't even ranked, and he has a
9    title.  So, you know, you're talking about lower,
10   lower, lower level.  I mean, if you picked all those
11   shows, you know, to be a No. 2, they're so far,
12   No. 2, it's not even funny.  And I'm just being
13   honest now.  I'm not being a wise-ass.
14   UNIDENTIFIED SPEAKER:  So you don't feel
15   there's competition (inaudible)?
16   DANA WHITE:  No.  Competition?  No.
17   Competition?  No.  Not at all.  I think there are --
18   they're necessary.  We need those shows because, you
19   know, fighters are getting paid, fighters are
20   fighting and getting experience and guys are going to
21   come up and fight in the UFC some day.
22   UNIDENTIFIED SPEAKER:  So you look at them
23   more as like developmental leagues?
24   DANA WHITE:  Huh?
25   UNIDENTIFIED SPEAKER:  You look at them

48 (Pages 186 to 189)

PUBLIC COPY – REDACTED

190

1          DANA WHITE - HIGHLY CONFIDENTIAL
2    more as like developmental leagues?
3          DANA WHITE:  Yeah, they're like the
4    Triple A.
5          (End of video clip.)
6    BY MR. DELL'ANGELO:
7       Q.  Were you able to hear at the beginning of
8    that, Mr. White, that you were asked, can I have your
9    thoughts on Bodog and EliteXC?
10      A.  Yes.
11      Q.  So was that you depicted in the video?
12      A.  Yes.
13      Q.  And did you say that?
14      A.  A younger me.
15         MR. ISAACSON:  I'll object to did you say
16   that because we haven't said what "that" is.  And I'm
17   going to object to the use of this on the additional
18   grounds that I can't hear some of it, the court
19   reporter can't make an accurate transcript of it, and
20   I don't know what the witness can hear of it.  We can
21   obviously hear some parts of it.
22         MR. DELL'ANGELO:  Again, please.
23         MR. ISAACSON:  You didn't make that clear
24   because people don't know who aren't here what can be
25   heard and what can't be heard.

191

1          DANA WHITE - HIGHLY CONFIDENTIAL
2    BY MR. DELL'ANGELO:
3       Q.  So Mr. White, the statements that you made
4    in that video, were they statements that you believed
5    to be true at the time?
6          MR. ISAACSON:  I object to the question
7    because the statements can't be heard.
8          MR. DELL'ANGELO:  I believe the witness
9    testified he was able to hear them, right?
10         MR. ISAACSON:  He did not testify he could
11   hear all the statements.
12   BY MR. DELL'ANGELO:
13      Q.  Were you able to hear your statements in
14   the video?
15      A.  I think I did.
16      Q.  Okay.  And to the extent --
17      A.  I don't know if I missed anything.
18      Q.  To the extent that you believe you did, are
19   they statements that you believed to be true about
20   EliteXC?
21         MR. ISAACSON:  Object to the form of the
22   question.  We won't know what he heard or did not
23   hear.
24         THE WITNESS:  And what specifically are you
25   asking about?  What did I say about EliteXC that you

192

1          DANA WHITE - HIGHLY CONFIDENTIAL
2    are asking me?
3          MR. DELL'ANGELO:  I will withdraw the
4    question.
5          (Exhibit 43 was marked for
6          identification by the reporter.)
7    BY MR. DELL'ANGELO:
8       Q.  Here's Exhibit 43.  Would you take a look
9    at that, please.
10         Exhibit 43 is a May 29, 2008 article
11   entitled "UFC has fight on hands CBS event latest
12   challenge to MMA leader" by Beau Dior in USA Today."
13         Do you have Exhibit 4, Mr. White?
14      A.  Yes.
15      Q.  And if you look down at the second
16   paragraph, it refers to Kimbo Slice?
17      A.  Yep.
18      Q.  Kimbo Slice is a former MMA fighter,
19   correct?
20      A.  Yes.
21      Q.  And 2011, it goes on to say that he
22   competes in Elite Xtreme Combat.
23         Do you see that?
24      A.  Yes.
25      Q.  You can take a minute to read this, but I

193

1          DANA WHITE - HIGHLY CONFIDENTIAL
2    would direct your attention to the quote a few lines
3    down where you're quoted as saying "Whether they like
4    it or not, they're the farm league," UFC president
5    Dana White says."
6          Do you see that?
7       A.  Yes.
8       Q.  And did you say in May of 2009 that EliteXC
9    was a farm league?
10      A.  It says I said it.
11      Q.  Okay.  Do you have any reason to disagree
12   that in May of 2008, you viewed the UFC as a farm
13   league?
14      A.  No.
15         (Exhibit 44 was marked for
16         identification by the reporter.)
17   BY MR. DELL'ANGELO:
18      Q.  I'm handing you what I've marked as
19   Exhibit 44, Mr. White.  There you go.
20         Exhibit 44 is an article from ESPN.com,
21   dated July 6, 2007, titled "White not worried about
22   the competition."
23      A.  Yes.
24      Q.  All right.  And if you look toward the
25   bottom of the page, do you see, the very last line,

49 (Pages 190 to 193)

PUBLIC COPY – REDACTED

---

194

1       DANA WHITE - HIGHLY CONFIDENTIAL
2   it says, "ESPN The Magazine" on the first page?
3       A.  Yes.
4       Q.  Then if you go up, it says, "ESPN the
5   magazine" again.  Then it follows, "do you watch
6   other shows."
7       Do you see that?
8       A.  Yes.
9       Q.  Then go up one more.  "ESPN The Magazine
10  how do you feel."
11      Do see that?
12      A.  Yes.
13      Q.  Okay.  It says:
14          "ESPN The Magazine:  How do you
15      feel about the IFL, Bodog, EliteXC
16      and the other competition popping
17      up?"
18      Do you see that?
19      A.  Yes.
20      Q.  Would you read your answer, please.
21      A.   "It's good for us.  I don't
22  Look at those guys as competition at
23  all.  They're nowhere near the
24  league that we're in.  I need shows
25  like this.  They're the feeder

---

195

1       DANA WHITE - HIGHLY CONFIDENTIAL
2   leagues.  All the guys who fight in
3   those shows aspire to be in the UFC
4   some day.  They're creating all the
5   UFC talent of tomorrow."
6       Q.  Did you say that in July of 2007?
7       A.  I don't know.
8       Q.  Any reason that you disagree that that
9   was -- well, withdraw that.
10      Was that true in July of 2007?
11      MR. ISAACSON:  Objection to form.
12      THE WITNESS:  Any reason not to believe it
13  was true?
14  BY MR. DELL'ANGELO:
15      Q.  Withdraw again.
16      Yeah.  Do you believe that was true in July
17  of 2007?
18      MR. ISAACSON:  Objection to form.
19      THE WITNESS:  Should I said I'm horrified
20  and terrified of all this competition?
21  BY MR. DELL'ANGELO:
22      Q.  I'm just asking for the truth, Mr. White.
23      A.  It's the truth.
24      MR. ISAACSON:  Objection to form.
25      THE WITNESS:  The truth is I should have

---

196

1       DANA WHITE - HIGHLY CONFIDENTIAL
2   said I'm totally scared of all these guys and I'm
3   worried about them because you are talking about IFL
4   who those guys had a lot of money, and the guy from
5   Bodog, another criminal, but he had a lot of money.
6   BY MR. DELL'ANGELO:
7       Q.  Just so I'm clear, are you saying that take
8   the time in 2007 that you were scared about EliteXC
9   and Bodog as competing promotions to the UFC?
10      A.  Well, you're insane if you don't worry
11  about your competition.  You absolutely have to worry
12  about your competition.
13      Q.  And so, was EliteXC and Bodog competition
14  that you were concerned about in 2007?
15      A.  Yeah.  So Bodog, this guy had nothing but
16  cash.  The guy lived on an island somewhere, Calvin
17  Ayre, who was doing illegal gaming and was offering
18  guys huge money just to fly out and hang out with him
19  on the island.  And yeah, you got to.  You got to
20  worry about that.
21      Q.  So you were legitimately concerned about
22  Bodog as a competitor as well?
23      A.  Definitely.
24      Q.  They're not in business anymore, right?
25      Let me withdraw that.  They're not in the

---

197

1       DANA WHITE - HIGHLY CONFIDENTIAL
2   MMA promotion business, correct?
3       A.  I'm not sure, but I think he's in prison,
4   so yeah, it would be pretty tough for him to be in
5   business.
6       Q.  I'm asking about the business itself.  Do
7   you know if Bodog is still promoting MMA events?
8       A.  I don't think so.  I don't know, though.
9       Q.  Okay.
10      A.  He could be.  I think he's in prison.
11      Q.  Affliction entertainment, is that an MMA
12  promotion created by Affliction clothing?
13      A.  Yes.
14      Q.  And was Affliction clothing in the business
15  of sponsoring MMA fighters?
16      A.  Yes.
17      Q.  And did Affliction clothing ever sponsor
18  fighters in the UFC?
19      A.  Yes.
20      Q.  And did Affliction clothing sponsor UFC
21  fighters at the time that Affliction Entertainment
22  was promoting MMA events?
23      A.  Yes.
24      Q.  And when did you first learn that
25  Affliction was going to start promoting MMA events?

---

50  (Pages 194 to 197)

PUBLIC COPY – REDACTED

198

1      DANA WHITE - HIGHLY CONFIDENTIAL
2    A.  I don't remember.
3    Q.  And is it true that there came a time when
4  the UFC banned Affliction from sponsoring UFC
5  fighters?
6    A.  I don't know exactly when, but I believe
7  so, yes.
8        (Exhibit 45 was marked for
9        identification by the reporter.)
10  BY MR. DELL'ANGELO:
11    Q.  I'm going to show you -- do you recall
12  meeting with a representative of Affliction about
13  shutting down Affliction's MMA promotion?
14    A.  No.  I don't really -- one of the owners of
15  Affliction used to call and threaten my life every
16  day, yeah.
17    Q.  Do you recall ever meeting with a lawyer
18  for Affliction about having Affliction shut down
19  their MMA promotion?
20    A.  No.  Todd Beard.  I couldn't remember his
21  name.  Todd Beard.
22    Q.  Let me show you what I've marked as
23  Exhibit 45.
24        For the record, Exhibit 5 is afternoon
25  article from Bloody Elbow by Nate Wilcox, dated

199

1      DANA WHITE - HIGHLY CONFIDENTIAL
2  July 24, 2009 that includes quotes attributed to Dana
3  White.
4        And do you know Ken Iole?
5    A.  Kevin Iole, yes.
6    Q.  And who Kevin Iole?
7    A.  Well, I laugh every time you say Bloody
8  Elbow, but Kevin Iole is a legit reporter.
9        MR. ISAACSON:  So this seems to be a
10  publication of some sort of excerpt, so I will object
11  to the use of this document on completeness grounds.
12        MR. DELL'ANGELO:  Okay.
13        THE WITNESS:  It's not from a real -- it's
14  not a legitimate news source.
15  BY MR. DELL'ANGELO:
16    Q.  If you look at the second page, it
17  attributes -- it says that you said:
18        "White said an Affliction attorney
19        flew to Las Vegas only days after
20        UFC 100 and offered to fold and turn
21        its contracts over to the UFC if the
22        UFC would remove its ban on its
23        fighters wearing Affliction
24        T-shirts."
25        Do you see that?

200

1      DANA WHITE - HIGHLY CONFIDENTIAL
2    A.  Yes.
3    Q.  Do you deny that the UFC told he flicks
4  that it would remove its ban on UFC fighters wearing
5  Affliction T-shirts if Affliction would stop
6  promoting MMA events?
7    A.  I don't remember that.
8        MR. ISAACSON:  Objection to form.
9        THE WITNESS:  Oh, I'm sorry.
10        No, I don't remember that.  I don't
11  remember that.
12        (Exhibit 46 was marked for
13        identification by the reporter.)
14  BY MR. DELL'ANGELO:
15    Q.  I'm handing you what I've marked as
16  Exhibit 46 to the deposition.
17        Exhibit 46 is a one-page email ZFL-2674805
18  from Kirk Hendrick to you, Dana White, Lorenzo
19  Fertitta, and Lawrence Epstein and John Mulkey.
20        Do you have Exhibit 46?
21    A.  I do.
22    Q.  And do you have any reason to believe that
23  you didn't receive Exhibit 46 on or about
24  September 29, 2008?
25    A.  No.

201

1      DANA WHITE - HIGHLY CONFIDENTIAL
2    Q.  And who is Kirk Hendrick in September of
3  2008?
4    A.  Kirk was the -- was our head of legal and
5  our COO.



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

210

DANA WHITE - HIGHLY CONFIDENTIAL
1
2     A.  Yes.  I have nicknames.
3     Q.  Did you call -- there came a time when the
4  UFC acquired Strikeforce, right?
5     A.  Right.
6     Q.  And after the UFC acquired Strikeforce, did
7  you stop calling Strikeforce Strike Farse?
8     A.  I did.
9     Q.  Did you hear yourself call Strikeforce a
10  tiny little regional show with nobody in it?
11     A.  Yes.
12     Q.  Is that something that you believed to be
13  true in August of 2009?
14     A.  I don't know what I believed in August of,
15  you know, 2009, but yeah, I said it.
16     Q.  Okay.  Was there a -- was there a time when
17  you believed that Strikeforce was a tiny little
18  regional show with nobody in it?
19     A.  Is there a time that I believed that?
20     Q.  Yes.
21     A.  Apparently.
22     Q.  Well, as you sit here today, do you know
23  whether or not you believed that at some point?
24     A.  I've done a zillion of those interviews.  I
25  don't know what I believed at the time when I said

211

DANA WHITE - HIGHLY CONFIDENTIAL
1
2  it, but I said it.
3     Q.  All right.  And there came a time when
4  Strikeforce was trying to become more than a tiny
5  little regional show, right?
6     A.  I don't know what their intentions were
7  when they were building their business.
8     Q.  All right.  I'm going to play you another
9  video clip taken from the same August 6, 2009 UFC 101
10  prefight press conference in Philadelphia, which is
11  an excerpt, which we will mark as Exhibit 48.
12        (Exhibit 48 was marked for
13        identification by the reporter.)
14     MR. ISAACSON:  Object to the use of this
15  exhibit on completeness grounds.
16  BY MR. DELL'ANGELO:
17     Q.  Mr. White, would you direct your attention
18  to the video monitor and watch the clip we're to
19  play.
20     A.  Yes.
21        (Video clip played.)
22     DANA WHITE:  Strikeforce probably isn't
23  even the deal that he had with Affliction.  You know
24  what I mean?  They have no money.  They have no
25  money.

212

DANA WHITE - HIGHLY CONFIDENTIAL
1
2        (End of video clip.)
3     MR. KOFFMAN:  Sorry, I think I played the
4  wrong one.
5     MR. DELL'ANGELO:  All right.
6        (Video clip played.)
7     UNIDENTIFIED SPEAKER:  You've always spoken
8  highly about Strikeforce, but are the gloves off now?
9  They're having a conference call with Fedor at the
10  very same time as your press conference.  Are you
11  going to look upon Strikeforce as benignly?  You
12  always say when people come at you, you're there.  Do
13  they come at you now?
14     DANA WHITE:  You just answered your own
15  question.  They should have stayed the way they were.
16     UNIDENTIFIED SPEAKER:  So are you going to
17  do the same things you did with Affliction and
18  counterprogram?
19     DANA WHITE:  We'll see what happens.  If
20  they want to fight anymore, we'll fight.  We know how
21  that goes, and you know how it ends.
22     MR. ISAACSON:  So I'll object because the
23  questioner was inaudible at times, so the court
24  reporter is unable to create a transcript.
25     MR. DELL'ANGELO:  I'm not really sure how

213

DANA WHITE - HIGHLY CONFIDENTIAL
1
2  you can know that but...
3     MR. ISAACSON:  Because she's typed into the
4  transcript "I cannot hear."
5     MR. DELL'ANGELO:  Okay.  You have the
6  Livenote, I don't.  So now we know.
7  BY MR. DELL'ANGELO:
8     Q.  Mr. White, in the video that was just
9  played, you were asked a question about Strikeforce,
10  and you said that they should have stayed the way
11  they were.
12        Were you able to hear that part?
13     A.  Yes.
14     Q.  And what did you mean that Strikeforce
15  should have stayed the way they were?
16     A.  I don't know.  But boy, was I wrong, that
17  they didn't have any money.  They lost 30-something
18  million dollars, so I guess I was wrong on that one.
19  They had money.
20     Q.  You ultimately acquired them, though,
21  right?
22     A.  Yes.
23     Q.  And did you acquire them because they had
24  something that the UFC wanted?
25     A.  Yes.

54 (Pages 210 to 213)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED



**214**

1   DANA WHITE - HIGHLY CONFIDENTIAL

**216**

1   DANA WHITE - HIGHLY CONFIDENTIAL
2   A.  That's a good -- yes.
3   Q.  Isn't it also true that the UFC acquired
4   Alistair Overeem from Strikeforce?
5   A.  I didn't know that, but yes.
6   Q.  Did Alistair Overeem go on to become a
7   championship contender in the UFC?
8   A.  And what about Dan Henderson, did
9   Q.  And what about Dan Henderson, did
10  Strikeforce acquire Dan Henderson -- sorry, withdraw
11  that.
12       Did the UFC acquire Dan Henderson from
13  Strikeforce?
14  A.  Yes.
15  Q.  And Mr. Henderson went on to be a UFC
16  championship contender as well, right?
17  A.  Yes.
18  Q.  What about Jake Shields, did UFC acquire
19  Jake Shields from Strikeforce?
20  A.  Yes.
21  Q.  And Mr. Shields went on to be a UFC
22  contender as well, didn't he?
23  A.  Yes.
24  Q.  What about Gilbert Melendez, did the UFC
25  acquire Gilbert Melendez from Strikeforce?

**215**

6   Q.  Okay.  And the UFC also acquired Fabricio
7   Werdum from Strikeforce, right?
8   A.  Werdum, yes.
9   Q.  And he went on to become a champion --
10  A.  Yes.
11  Q.  -- in the UFC, correct?
12  A.  Yes.
13  Q.  And Strikeforce also -- sorry, withdraw
14  that.
15       UFC also acquired Miesha Tate from
16  Strikeforce, right?
17  A.  I didn't think of that.  Miesha Tate, yes.
18  Q.  And she went on to become a champion in the
19  UFC?
20  A.  Yes.
21  Q.  What about Tyron Woodley, did UFC acquire
22  Tyrone Woodley from Strikeforce?
23  A.  Yes.
24  Q.  And he went on to become a champion in the
25  UFC as well, right?

**217**

1   DANA WHITE - HIGHLY CONFIDENTIAL
2   A.  Yes.
3   Q.  And Mr. Melendez went on to be a
4   championship contender as well, didn't he?
5   A.  Yes.
6   Q.  And Yoel Romero, did the UFC acquire
7   promoting Romero?
8   A.  I didn't remember that he came from there.
9   Q.  But is it correct that Mr. Romero came from
10  Strikeforce to the UFC?
11  A.  I guess so, yeah.  I didn't remember that.
12  Yeah.
13  Q.  Okay.  I understand that.
14       Do you recall that --
15       MR. ISAACSON:  I don't think I'm being
16  difficult here to say he really needs your testimony
17  as to what you know, and we don't think he's
18  misleading you with these questions, but it doesn't
19  actually help him to say I agree with you because
20  you're saying it.
21       And I think I'm being helpful with this
22  comment.
23       So if you actually don't know, tell him.
24       THE WITNESS:  Okay.  I don't know about Gil
25  Romero, no.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**



218

DANA WHITE - HIGHLY CONFIDENTIAL
1
2  BY MR. DELL'ANGELO:
3      Q.  So just so be clear, your testimony is that
4  you don't recall if the UFC acquired Yoel Romero from
5  Strikeforce, correct?
6      A.  Yes.
7      Q.  Just so we're clear, I want your testimony
8  to be clear as well.
9      A.  Okay.
10     Q.  So if there's something I'm asking you that
11 you're not clear on or you don't know the answer,
12 just let me know, and we'll try to get it cleared up.
13     Now about Nick Diaz?
14     A.  Yes.
15     Q.  Did the UFC acquire Nick Diaz from
16 Strikeforce?
17     A.  Yes.
18     Q.  And Mr. Diaz went on to become a
19 championship contender in the UFC as well, correct?
20     A.  I think he fought for a title before he
21 went to Strikeforce.  But yeah, he's a very popular,
22 famous fighter, yes.
23     Q.  I'm going to give you a list of fighters,
24 and can you tell me if they're also all fighters that
25 the UFC acquired from Strikeforce?

219

DANA WHITE - HIGHLY CONFIDENTIAL
1
2      Paul Daley, did UFC get him from
3  Strikeforce?
4      A.  I don't -- I don't remember where we got
5  him.
6      Q.  Okay.  How about Lorenz Larkin, do you
7  recall if the UFC acquired Mr. Larkin from
8  Strikeforce?
9      A.  I don't.
10     Q.  How about Josh Thompson?
11     A.  Yes.
12     Q.  Josh Thompson was acquired from
13 Strikeforce?
14     A.  Yes.
15     Q.  Okay.  How about Ronaldo Souza?
16     A.  Jacare, yes.
17     Q.  How about Tim Kennedy?
18     A.  Yes.
19     Q.  UFC acquired Tim Kennedy from Strikeforce?
20     A.  Yes.
21     Q.  And Antonio Silva --
22     A.  Yes.
23     Q.  -- the UFC acquired Mr. Silva from
24 Strikeforce?
25     A.  Yes.

220

DANA WHITE - HIGHLY CONFIDENTIAL
1
2      Q.  And Josh Barnett, the UFC also acquired
3  Josh Barnett from Strikeforce, correct?
4      A.  Yes.
5      Q.  And Gegard Mousasi?
6      A.  Mousasi, yes.
7      Q.  Mousasi.  Also acquired by the UFC from
8  Strikeforce, correct?
9      A.  Yes.
10     Q.  And Rafael Cavalcante, also acquired by the
11 UFC from Strikeforce; is that correct?
12     A.  Yes.
13     Q.  And those fighters, Cavalcante, Mousasi,
14 Souza, Thompson, Larkin, Kennedy, Silva, Barnett,
15 Larkin, Daley, all popular fighters in the UFC?
16     A.  Yes.
17     Q.  And have achieved some meaningful level of
18 success even if they didn't become champions in the
19 UFC?
20     A.  Yeah.  What is crazy is you just laid out
21 for me how horrible they were at promoting.  There's
22 amazing.
23     Q.  Because they actually had a lot of great
24 fighters -- that is, Strikeforce actually had a lot
25 of great fighters when the UFC acquired them, right?

221

DANA WHITE - HIGHLY CONFIDENTIAL
1
2      A.  Yeah.  If you can't turn those guys into
3  stars and run your business, you should probably get
4  into another line of work.
5      Q.  Was there a concern at UFC that sponsors
6  might be sponsoring -- well, let me withdraw that.
7      Was there a concern at the UFC that
8  sponsors were sponsoring fighters in Strikeforce
9  which would as a result provide those Strikeforce
10 fighters with a revenue stream?
11     MR. ISAACSON:  Objection to form.
12     THE WITNESS:  Was there a concern that
13 sponsors sponsoring Strikeforce would give them a
14 stream of revenue?
15 BY MR. DELL'ANGELO:
16     Q.  Yeah.  Let me ask it a different way, so
17 I'll withdraw the question.
18     Do you recall a concern at the UFC that
19 when -- that if sponsors sponsored a Strikeforce
20 fighter that by doing so, they would be providing
21 Strikeforce fighters with revenue?
22     A.  No.  I can't control who sponsors want to
23 sponsor.
24     I mean, for Bellator right now, Bellator
25 has Dave and busters.  We've never had Dave and

56  (Pages 218 to 221)

PUBLIC COPY – REDACTED

222

```
 1        DANA WHITE - HIGHLY CONFIDENTIAL
 2  busters.  And they have other sponsors and we don't
 3  have either.  I can't control who sponsors what.
 4        Q.  Were you aware that there came a time in
 5  mid-2010 when the UFC would not allow sponsors to
 6  sponsor UFC fighters if they also sponsored
 7  Strikeforce fighters?
 8        A.  I don't know.  I don't know the answer to
 9  that.
10        Q.  Do you know who Stratton Sclavos is?
11        A.  Stratton Sclavos?  No.
12        Q.  Do you recall participating in
13  conversations with anybody at Strikeforce or silicon
14  valley sports entertainment about the UFC's potential
15  acquisition of Strikeforce?
16        MR. ISAACSON:  Objection to form.
17        THE WITNESS:  There was -- I think you just
18  asked him if he was talking to anybody at Strikeforce
19  about acquiring Strikeforce.
20        MR. DELL'ANGELO:  Well, yeah.
21        MR. ISAACSON:  Okay.
22  BY MR. DELL'ANGELO:
23        Q.  So do you recall speaking to anybody
24  involved with Strikeforce or Silicon Valley Sports &
25  Entertainment about the UFC acquiring Strikeforce?
```

223



```
 1        DANA WHITE - HIGHLY CONFIDENTIAL
 2        A.  There was a conference call.
 3        Q.  Okay.
 4        A.  I don't know who was on the phone or who
 5  was involved in it.
 6        Q.  Okay.  Do you recall participating in such
 7  a conference call?
 8        A.  Yes.
```

224

```
 1        DANA WHITE - HIGHLY CONFIDENTIAL
 2        (Exhibit 49 was marked for
 3        identification by the reporter.)
 4  BY MR. DELL'ANGELO:
 5        Q.  Mr. White, I'm handing you what I've marked
 6  as Exhibit 49 to the deposition.
 7        Exhibit 49 is April August 5th, 2010
 8  article from the San Jose Mercury News, byline Mark
 9  Emmons, E-m-m-o-n-s.
10        Mr. White, would you look at the second
11  page of the document, please.  About three-quarters
12  of the way down the page, there is a quote of you
13  that begins with, "They're a lower league."
14        Do you see that?
15        A.  What paragraph is it?
16        Q.  It is the fifth from the -- if you're
17  counting from the bottom, it's the fifth one up.
18        A.  Yes.
19        Q.  Okay.  Would you read that, please.
20        A.    "They're a lower league, he
21        said.  There's a million
22        Strikeforces out there, which is a
23        good thing.  We need somebody to
24        bring along talent.  Nobody's dream
25        growing up is to fight in
```

225

```
 1        DANA WHITE - HIGHLY CONFIDENTIAL
 2        Strikeforce.  Everybody wants to
 3        fight in the UFC, and Strikeforce is
 4        one of the steppingstones that helps
 5        you get there."
 6        Q.  Did you say that?
 7        A.  I don't remember saying it, but --
 8        Q.  Do you believe it's true?
 9        A.  Do you believe that I said that?
10        Q.  Do you believe that that statement was true
11  in August of 2010?
12        A.  Not if you look at the roster they had, no.
13        Q.  And why is that?
14        A.  Because their roster was incredible if you
15  look at what everybody has done in Strikeforce.  It's
16  just, these guys don't know how to promote.  It's not
17  what they're good at.
18        Q.  Now, in January of 2011, isn't it correct
19  that the UFC had too many fighters on its roster?
20        A.  According to who?
21        Q.  Well, how about according to you?
22        A.  Okay.  According to me, we had too many
23  fighters on the roster.
24        Q.  I'm asking if in January of 2011, you
25  believed that the UFC had too many fighters on its
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED



226

1          **DANA WHITE - HIGHLY CONFIDENTIAL**
2     roster?
3          A.  I have no idea.
4          (Exhibit 50 was marked for
5          identification by the reporter.)
6     BY MR. DELL'ANGELO:

228

1          **DANA WHITE - HIGHLY CONFIDENTIAL**
2          A.  In 2011, what did I think -- where do I
3     think the UFC stood compared to other promotions?
4          **Q.  Correct.**
5          A.  I don't know what I thought in 2011.
6          **Q.  Do you recall what Joe Silva told you he**
7     **thought?**
8          A.  No.
9          (Exhibit 51 was marked for
10         identification by the reporter.)
11    BY MR. DELL'ANGELO:
12         **Q.  Let me show you Exhibit 51.**

227

228

227

22         **Q.  In February of 2011, about a month after**
23    **the email that I just showed you in Exhibit 50, what**
24    **was -- what was your view of where the UFC stood**
25    **relative to other MMA promotions?**

229

58  (Pages 226 to 229)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**



24    MR. DELL'ANGELO:  Move to strike everything
25    after "right" as nonresponsive.

59 (Pages 230 to 233)

**PUBLIC COPY – REDACTED**

234

1          DANA WHITE - HIGHLY CONFIDENTIAL
2          Okay.  So I'd like to mark as Exhibit 52 a
3  video excerpt from March 18th, 2012 interview at
4  Inside MMA Newark, New Jersey.
5          (Exhibit 52 was marked for
6          identification by the reporter.)
7  BY MR. DELL'ANGELO:
8      **Q.  Would you take a look at the video monitor,**
9  **Mr. White.**
10         MR. ISAACSON:  I'll object to --
11         THE WITNESS:  Yes.
12         MR. ISAACSON:  -- questions based on this
13  exhibit based on completeness.
14         (Video clip played.)
15         UNIDENTIFIED SPEAKER:  All right.  So is
16  there any -- on a personal note, is there any feeling
17  of not so much gratitude but you won sort of not the
18  battle, but you won the war when it comes to your all
19  your competitors?
20         DANA WHITE:  Yeah.  I guess I'm proud of
21  what the UFC has become and things that we've
22  accomplished.  And the guys that were competitors,
23  the be honest with you, you know, listen, I'll say
24  the same thing I said two weeks ago.  I never saw
25  Strikeforce as a competitor: I'll say it now, and I

236

1          **DANA WHITE - HIGHLY CONFIDENTIAL**
2  **March 2012 excerpt that we just saw that the UFC shut**
3  **down Strikeforce, right?**
4      A.  Yes.
5      **Q.   And the UFC shut down Strikeforce in**
6  **December of 2012, correct?**
7      A.  I don't know.
8          (Exhibit 53 was marked for
9          identification by the reporter.)
10  BY MR. DELL'ANGELO:
11      **Q.  Let me show you what I'm marking as Exhibit**
12  **53, Mr. White.**



235

1          DANA WHITE - HIGHLY CONFIDENTIAL
2  said it then.
3          And Scott Coker never acted like a
4  competitor with me.  You know, he never came out --
5  am I pleased about all the people, you know, that the
6  organizations we've crushed before them?  Absolutely.
7  Yeah, the ones that came out and wanted to fight and
8  wanted to make a fight out of it absolutely?  I'm
9  100 percent happy about that.
10         (End video clip.)
11  BY MR. DELL'ANGELO:
12      **Q.  Mr. White, is that you depicted on that**
13  **video?**
14      A.  Yes.
15      **Q.  And did you say that?**
16      A.  Yes.
17      **Q.  You said that following --**
18         MR. ISAACSON:  Objection to form.
19  BY MR. DELL'ANGELO:
20      **Q.  You said what was depicted on the video**
21  **after the UFC's acquisition of Strikeforce?**
22      A.  Yes.
23         MR. ISAACSON:  Objection to form.
24  BY MR. DELL'ANGELO:
25      **Q.  And there came a time not long after the**

237

22      **Q.  Okay.  Does that refresh your recollection**
23  **as to when the UFC ceased Strikeforce operations?**
24      A.  Yes.
25      **Q.  Okay.  And when was that?**

60  (Pages 234 to 237)

PUBLIC COPY – REDACTED

238

DANA WHITE - HIGHLY CONFIDENTIAL

1   A.   January 2013.
2       Q.   Okay.  And as a result of the UFC ceasing
3   Strikeforce operations, it absorbed Strikeforce
4   fighters or released those whom it didn't absorb into
5   the UFC, correct?
6       A.   Yes.
7       Q.   And the Strikeforce acquisition was very
8   beneficial to the UFC, wasn't it?
9       A.   Was it beneficial?
10      Q.   Yeah.
11      A.   We've turned everything we've done into
12  success.
13      Q.   And the Strikeforce acquisition enabled the
14  UFC to put on some really massive fights, right?
15      A.   Yeah --
16      MR. ISAACSON:  Objection.
17      THE WITNESS:  I wasn't out looking to
18  acquire Strikeforce.  Strikeforce called us.
19  BY MR. DELL'ANGELO:
20      Q.   My question -- move to strike as
21  nonresponsive.
22      My question to you is:  Did the UFC's of
23  Strikeforce allow the UFC to put on massive fights?
24      MR. ISAACSON:  Objection to form.

239

DANA WHITE - HIGHLY CONFIDENTIAL

1       THE WITNESS:  Yes.
2   BY MR. DELL'ANGELO:
3       Q.   Okay.
4       A.   They called us to acquire them, we didn't
5   call them.
6       Q.   Okay.  I move to strike as nonresponsive
7   everything after "Yes."
8       So is it also true that as a result of the
9   UFC's acquisition of Strikeforce that the UFC has
10  been able to generate substantial revenue?
11      A.   Yes.  Because we turned all those guys that
12  they couldn't turn into stars into stars.
13      MR. DELL'ANGELO:  Move to strike everything
14  after "Yes" as nonresponsive.
15      MR. ISAACSON:  Just so you understand, when
16  he makes a motion, that doesn't mean it's granted.
17      THE WITNESS:  Got it.
18      MR. ISAACSON:  So don't worry about that.
19      THE WITNESS:  I'm not worried.  It's funny.
20  BY MR. DELL'ANGELO:
21      Q.   So I'd like to play another video for you.
22  It's an excerpt taken from that same April 8th, 2013
23  Global Speaker Series that you did at the Stanford
24  Graduate School Of Business in Stanford, California.

240

DANA WHITE - HIGHLY CONFIDENTIAL

1   I will mark this as Exhibit 54.
2       (Exhibit 54 was marked for
3       identification by the reporter.)
4       MR. ISAACSON:  I'll object to the use of
5   this exhibit in question on the grounds of
6   completeness.  You said before what the date of this
7   was.
8       (Video clip played.)
9       DANA WHITE:  We saw some value there.
10  Library?  Well, I mean, just look at what's happened
11  with Diaz, the fight that we did with Diaz, just one
12  guy.  If you look at what we paid for Strikeforce and
13  one guy what we did with that fight, and if you look
14  at the purchase of Pride, the library, you've got to
15  see that all over TV, we're doing the Best of Pride
16  and all this stuff.
17      And then, you see -- because I saw
18  somebody -- I keep talking about the internet.  The
19  internet drives me crazy.
20      So they're saying, you know, it was the
21  most expensive fight library in history.  You're an
22  idiot, the guy who wrote that.
23      If you look at the talent that we've had
24  from Pride and how many fights we've done, huge,

241

DANA WHITE - HIGHLY CONFIDENTIAL

1   massive fights that have made tons of revenue and
2   helped build our library, Pride and Strikeforce were
3   both great purchases, and so was the WEC.
4       (End of video clip.)
5   BY MR. DELL'ANGELO:
6       Q.   Mr. White, was that you on the video?
7       A.   Yes.
8       Q.   Were you able to hear yourself okay?
9       A.   Yes.
10      Q.   Okay.  And did you say what you heard
11  depicted on the video that I played just now?
12      A.   Yes.
13      Q.   Okay.  And is what you said on the video
14  clip that I just played, was that true at the time
15  that you said it in April of 2013?
16      A.   Yes.
17      MR. ISAACSON:  Objection, compound.
18  BY MR. DELL'ANGELO:
19      Q.   Pro Elite was also an MMA promotion,
20  correct?
21      A.   Yes.
22      Q.   And the UFC never sought to acquire Pro
23  Elite, right?
24      A.   We never sought to acquire anybody that

61 (Pages 238 to 241)

PUBLIC COPY – REDACTED

242

1          DANA WHITE - HIGHLY CONFIDENTIAL
2    didn't come and ask us to buy 'em.
3      **Q.  Regardless of the reason, isn't it true**
4    **that the UFC never sought to acquire Pro Elite?**



244

1          DANA WHITE - HIGHLY CONFIDENTIAL
2      **Q.  Was Invicta ever a competitor of the UFC?**
3      A.  When you -- when you talk about
4    competitors, I would consider somebody a competitor
5    who came out and challenged me, came out and said the
6    UFC is going down, we're going to do this, that, and
7    everything else.  That was when you got on my radar
8    and said let's compete.
9      **Q.  To the best of your knowledge, did Invicta**
10   **ever put on or promote MMA bouts that competed with**
11   **bouts that the UFC promoted?**
12     A.  Yes.  I would say yes.
13     **Q.  Okay.**
14     A.  Invicta is a very successful promotion.
15     **Q.  And isn't it true that by early 2013, the**
16   **UFC and Invicta were collaborating on MMA promotion**
17   **is?**
18     A.  I don't think we were collaborating.  I
19   went and made them an offer to buy their 115 pound
20   weight division.
21     **Q.  Okay.  And did you make the purchase?**
22     A.  Yes.
23     **Q.  And Invicta also shared talent, fighter**
24   **talent, with the UFC, right?**
25     A.  They didn't share.  I mean, they -- if we

243

BY MR. DELL'ANGELO:
21     **Q.  Earlier today, when you mentioned Shannon**
22   **Napp, I think you said that she's involved with an**
23   **MMA promotion by the name of Invicta; is that**
24   **correct?**
25     A.  Correct.

245

1          DANA WHITE - HIGHLY CONFIDENTIAL
2    were interested in a -- in a fighter, we could -- we
3    would sign them.
4      **Q.  And so, UFC signed away -- is it correct**
5    **that Invicta signed some of its talent to UFC?**
6      A.  That we signed some of their talent?
7      **Q.  Yes.**
8      A.  Yes.
9      **Q.  And UFC also helped to make some certain**
10   **Invicta promotions possible, isn't it?**
11     A.  To make them possible?
12     **Q.  Yes.**
13     A.  What do you mean?
14     **Q.  Make it possible for Invicta to promote**
15   **mixed martial arts bouts.**
16     A.  We made it possible for them to promote
17   bouts financially?
18     **Q.  Let me show you --**
19        MR. ISAACSON:  The record should reflect
20   that when he said we made it -- he asked that as a
21   question.
22   BY MR. DELL'ANGELO:
23     **Q.  -- what I've marked as Exhibit 55 to the**
24   **deposition.**
25   ///

62  (Pages 242 to 245)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

246

1      DANA WHITE - HIGHLY CONFIDENTIAL
2          (Exhibit 55 was marked for
3          identification by the reporter.)
4   BY MR. DELL'ANGELO:
5      Q.  Exhibit 55 is a two-page email, Bates
6   ZFL-1006180.  The bottom email in the chain is from
7   Shannon Knapp to df@ufc.com, dated December 6, 2013,
8   subject:  Re thanks.
9          So the email address, dfw@ufc.com, is that
10  one of your email addresses that you used at the UFC?
11     A.  Yes.
12     Q.  Do you have any reason to believe that you
13  didn't receive this email from Shannon Knapp at the
14  bottom of the page on December 6, 2013?
15     A.  No.
16     Q.  In fact, if you look at the top of the
17  page, it looks like you responded to Ms. Knapp.  "You
18  got it."
19          Do you see that?
20     A.  No, she did.  She said that.  I said,
21  "Thank you, and kick some ass this weekend."
22     Q.  And she responded you, "Got it --"
23     A.  Right.
24     Q.  -- with a little emoji face right there.
25          So if you look down there at the first

247

1      DANA WHITE - HIGHLY CONFIDENTIAL
2   email on there chain, the second paragraph from
3   Ms. Knapp to you and Lorenzo Fertitta says:
4          "I will continue to 100 percent
5          support you both, your promotion and
6          all your athletes.  I really do
7          appreciate you both."
8          Do you see that?
9      A.  Yes.
10     Q.  And just above that, she says:
11          "I really appreciate what you did
12          for me and how you made this event
13          possible.  I won't forget."
14          Do you see that?
15     A.  Yes.
16     Q.  Do you know what event Ms. Knapp was
17  thanking you and Mr. Fertitta for making possible?
18     A.  I do not.  And I also don't know what we
19  did for her.
20         MR. DELL'ANGELO:  Let's play another video
21  excerpt, dated February 16, 2013.  It's from UFC on
22  Fuel TV 7, post fights from London, England.
23         MR. ISAACSON:  I'll object to the use of
24  the exhibit in question on the grounds of
25  completeness.

248

1      DANA WHITE - HIGHLY CONFIDENTIAL
2          (Exhibit 56 was marked for
3          identification by the reporter.)
4          (Video clip played.)
5          DANA WHITE:  So we were going to sign her.
6   We were going to sign her to a contact, and then, we
7   were going to have her fight in Invicta, which means
8   we pay all the bills for her to fight in Invicta.
9   Instead, she'd be under a UFC contract with all the
10  perks and benefits of being a UFC fighter and would
11  fight in Invicta, though.
12         (End of video clip.)
13  BY MR. DELL'ANGELO:
14     Q.  Were you able to hear that video,
15  Mr. White?
16     A.  Yes.
17     Q.  Did that refer to Cyborg, do you know?
18     A.  I don't know.  I was going to ask you.
19     Q.  All right.  There came a time that the UFC
20  entered into a historic deal with Invicta, correct?
21         MR. ISAACSON:  Objection to form.
22         THE WITNESS:  I don't know.  What is the
23  deal?
24  BY MR. DELL'ANGELO:
25     Q.  It's for the Invicta fights appearing on

249

1      DANA WHITE - HIGHLY CONFIDENTIAL
2   Fight Pass.
3      A.  Okay.  Yeah.  Yeah.
4      Q.  Are you aware that -- you know --
5      A.  Why was it historic?
6      Q.  Do you know who Marshall Zelaznik is?
7      A.  Yes.
8      Q.  Who is Marshall Zelaznik?
9      A.  He ran -- well, he did acquisitions for us
10  and did TV deals and things like that.
11     Q.  And he was in charge of Fight Pass at the
12  UFC, or he was in charge of the content?
13     A.  Yeah, content.
14     Q.  Okay.  Let me show you what I'm marking as
15  Exhibit 57.
16         (Exhibit 57 was marked for
17         identification by the reporter.)
18  BY MR. DELL'ANGELO:
19     Q.  I'll show you what I'm marking as
20  Exhibit 57.  It's a printout from the UFC.com
21  website, dated June 5th, 2014, entitled "UFC Fight
22  Pass Signs Historic Content Deal With Invicta FC
23  UFC."
24     A.  Yep.
25     Q.  So I'll represent to you, Mr. White, that

63  (Pages 246 to 249)

PUBLIC COPY – REDACTED