# Exhibit 32

Deposition of Dana F. White (August 9, 2017) – Vol. 2 (excerpted)

**PUBLIC COPY - REDACTED**

280

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
          Plaintiffs,          )
                               )
     vs.                       )  Case No.
                               )  2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
          Defendant.           )
_____)



HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DANA F. WHITE

AFTERNOON AND EVENING SESSIONS

LAS VEGAS, NEVADA

AUGUST 9, 2017

4:01 P.M.



REPORTED BY:
MICHELLE R. FERREYRA, CCR No. 876
JOB NO. 51036-B

PUBLIC COPY – REDACTED

285

I N D E X (Continued)

Exhibit 79  Dana White, Wanderlei Silva      358
            was paid $9.7 by the UFC, by
            Nate Wilcox, September 27, 2014
Exhibit 80  Portuguese article from Globo    360
Exhibit 81  Video excerpt from               361
            September 11, 2013 from UFC
            Tonight Interview
Exhibit 82  Excel spreadsheet                363
Exhibit 83  News article from the            394
            Las Vegas Sun

Exhibit 84  MMA Junkie article               403

Exhibit 85  Two-page article dated           405
            June 10, 2012 from Damen Martin
Exhibit 86  July 2, 2013 video from          406
            UFC 162 Post-fight Scrum in
            Las Vegas, Nevada
Exhibit 87  Excerpt from April 16, 2014      408
            Tough Nation's Finale Post-fight
            Media Scrum in Quebec City,
            Quebec, Canada

Exhibit 88  Video excerpt dated May 11, 2014  410
            UFC Fight Night 40, Post-fight
            Scrum in Cincinnati, Ohio

Exhibit 89  Excerpt from February 19, 2015   412
            from the gathering at
            Banff, Canada

Exhibit 90  Video excerpt from               413
            February 21, 2010 from UFC 108
            Post-fight Media Scrum in
            Las Vegas
Exhibit 91  Video excerpt from September 21, 417
            2011 taken from the UFC 135
            Pre-fight Scrum in Denver, Colorado

286

I N D E X (Continued)

Exhibit 92  Article taken from TMZ from      421
            March 6, 2017

Exhibit 93  Article from MMA Junkie,         423

Exhibit 94  Two-page e-mail series,          442
            WME_ZUFFA_001417791
Exhibit 95  Video excerpt from               448
            March 14, 2014 from the
            UFC 171 Pre-fight Scrum in
            Dallas, Texas

Exhibit 96  Video Excerpt from               451
            April 16, 2014 Tough Nation
            Finale Post-fight Scrum in
            Quebec City, Canada

287

LAS VEGAS, NEVADA, WEDNESDAY, AUGUST 9, 2017;

4:01 P.M.

-OOo-

VIDEOGRAPHER:  The time is approximately 4:01 p.m.  Let the record reflect Michelle Ferreyra is now the court reporter.  We are back on the record.

(Exhibit 61 marked.)

EXAMINATION

BY MR. DELL'ANGELO:

Q.  Mr. White, I'm going to hand you what I have marked as Exhibit 61 to the deposition.  Exhibit 61 is from FoxSports dated December 12, 2013 by Damen Martin.  Before we took our break, we were talking about Invicta.  Do you recall that?

A.  Yes.

Q.  Okay.  You're quoted at the bottom here as -- do you see that quote, that it's in kind of a larger font there --

A.  Yes.

Q.  -- okay, at the bottom?  And it says, "The girls who go into Invicta can now look and say, Jesus, we're going it fight in the UFC some day."  Do you see

288

DANA WHITE - HIGHLY CONFIDENTIAL

that?

A.  Yes.

Q.  Did you say that?

A.  I don't remember saying it, but, yeah.  I'm sure I did.

Q.  Okay.  Any reason to believe that that's not accurate, that statement?

A.  No.

Q.  Okay.  And what is that?  What do you take that to mean, that statement?

A.  It means that I -- I was the guy that said women would never fight in the UFC.  And when women -- you know, when I did decide to do it, it be -- it was huge.  It became very big.  And, you know, I'm sure a lot of these women that were in this division thought they would never fight in the UFC.

Q.  So it's a big deal to get -- have female fighters in the UFC?

A.  It became a big deal, yeah.

Q.  And it's certainly a big deal for the female fighters as well; right?

A.  Absolutely.

Q.  Okay.  And -- and that became an important part of your business, the UFC's business?

3  (Pages 285 to 288)

PUBLIC COPY – REDACTED



289

1   DANA WHITE - HIGHLY CONFIDENTIAL
2   A.  Correct.
3   Q.  It actually it lead to the rise of champions
4   like Rhonda Rousey; right?
5   A.  Yeah.
6   Q.  And she became a big star; right?
7   A.  Huge star.
8   Q.  Okay.  So would you flip to the second page
9   of the document, please, at the top.  You appear to be
10  quoted again.  Do you see that at the beginning of Bad
11  As?  Do you see that language?
12  A.  Yes.
13  Q.  But would you first read -- read that first
14  sentence there aloud?
15  A.  Aloud?
16  Q.  Yeah.
17  A.  "As bad as people don't want to believe it,
18  they don't want to hear it, meaning the other owners of
19  other mixed martial arts organizations, that's why they
20  are -- that's why they all are -- they all are the AAA
21  to the UFC."
22  Q.  Okay.  Any reason to believe that you did not
23  say that in December of 2013?
24  A.  No.
25  Q.  Okay.  And you believed that to be true at

290

1   DANA WHITE - HIGHLY CONFIDENTIAL
2   that time?
3   A.  I believe it to be true today.
4   Q.  Okay.  And would that include World Series of
5   Fighting?
6   A.  Yes.
7   Q.  Okay.  And the -- the World Series of
8   Fighting hasn't promoted any events in the
9   United States; right?
10  A.  Yes.
11  A.  Oh, I'm sorry.
12  A.  They're from the United States.
13  Q.  Withdraw that.  I was thinking of something
14  different.  Thank you.
15  A.  They're -- they're actually from Vegas.
16  Q.  Yeah.
17      The World Series of Fighting has released
18  some of its fighters to the UFC; right?
19  A.  Yes.  We have signed guys from their
20  organization?
21  Q.  What about Jessica Aguilar, she was released
22  to the UFC; right?
23  A.  I don't know.
24  Q.  Okay.  Mr. White, let me hand you another
25  compilation of text messages that were produced in this

291

1   DANA WHITE - HIGHLY CONFIDENTIAL
2   litigation.  I'm marking them as Exhibit 62.
3       (Exhibit 62 marked.)
4   BY MR. DELL'ANGELO:
5   Q.  Exhibit 62 begins with 2699687.
6   A.  I'm sorry, 62?
7   Q.  Yes.
8   A.  Oh, no.  No page.
9   Q.  I'm just identifying the exhibit number --
10  A.  Okay.
11  Q.  -- for the record, Mr. White.  And I -- I
12  will tell you that it's my understanding that the
13  compilation of text messages at Exhibit 62 were taken
14  from your -- one of your devices, Mr. White.
15  A.  Okay.
16  Q.  So would you turn to page 78 of Exhibit 62,
17  line 1600.
18  A.  Tell me the page again.
19  Q.  7-8, 78.
20  A.  Okay.
21  Q.  Are you at page 78?
22  A.  Yeah.
23  Q.  Okay.  And would you go to line 1600, please.
24  A.  Yes.

292

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED



293

11    Q.  Okay.  You can put that document aside.
12  Thank you.
13        Are you aware of a fight promotion by the
14  name of ONE FC?

294

14    Q.  So are you familiar with a fight promotion
15  ONE FC?
16    A.  Yes.
17    Q.  Okay.
18    A.  Very familiar.
19    Q.  Is it correct that ONE FC only promotes MMA
20  bouts in Asia?
21    A.  Yes.
22    Q.  Okay.  And when did you -- well, let's -- I'm
23  going to play another video excerpt for you.
24        (Exhibit 63 marked.)
25    \\

295

1        DANA WHITE - HIGHLY CONFIDENTIAL
2  BY MR. DELL'ANGELO:
3    Q.  This is taken from an August 23, 2014 UFC
4  Fight Night 48 Post-Night Scrum in Macau, China.  So if
5  you would direct your attention to the video screen.
6        MR. ISAACSON:  I will object to the use of
7  this video in questions on the basis of completeness.
8        (Video clip playing.)
9        REPORTER:  One more thing.  There's a couple
10  of ONE FC.  You got RUFF, a little tiny one, but
11  they're doing good work.  And a couple others, Kunlun
12  and some others.  A lot of times, UFC has bought out
13  their competitors, and it really helped out and did a
14  lot, like Strikeforce.  Do you guys have plans like
15  that?  Is that how you think over there?
16        MR. DANA WHITE:  No.  You know, to have -- to
17  have grassroots companies like that is great for us.
18  You have to have it.  I mean, we -- we need
19  organizations like that around for the guys to get
20  experience, get fights under their belt, make some
21  money, and -- and -- and start to consider making this
22  a career.  So having small organizations out there is a
23  great thing.  It's not a -- you know, I love it.
24  BY MR. DELL'ANGELO:
25    Q.  So, Mr. White, in August --

296

1        DANA WHITE - HIGHLY CONFIDENTIAL
2        MR. ISAACSON:  I am just going to raise an
3  objection, that because parts of that were hard to hear
4  I don't think the court reporter's able to create a
5  transcript of it.  So --
6  BY MR. DELL'ANGELO:
7    Q.  Mr. White, in August of 2014, did you view
8  ONE FC as a -- as a grassroots promotion?
9    A.  Yes.
10    Q.  Okay.  And but you, nevertheless, thought
11  that having a smaller promotion, like ONE FC out there
12  at the time, was a -- was a good thing for the UFC;
13  right?
14    A.  I will tell you what -- I will tell you what
15  drives me crazy, what cracks me up, is we're trying to
16  get into Asia; so we have been working on Asia for a
17  long time.  And every time I do interviews over there,
18  they say, "Are you guys like ONE FC?  Is that what you
19  are."  Yeah.  Yeah.  So it's owned by a billionaire.
20  And every time I do interviews in Asia, they ask if the
21  UFC is like ONE FC.  What are you guys, like ONE FC?
22  Yeah, no.  We're like the UFC, but yeah.  They're not a
23  minor grassroots organization.  They're a monster.
24    Q.  In Asia?
25    A.  Yeah.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

297

DANA WHITE - HIGHLY CONFIDENTIAL

1
2    Q.  And they don't promote events in the
3    United States; right?
4        A.  No.  Nobody knows what the UFC is in Asia.
5    They all know ONE FC.
6        Q.  What's your basis for saying that?  Have you
7    spoken to everybody in Asia?
8        A.  Pretty much.  Everybody that you can do an
9    interview with, yes.  Everybody that you can do an
10   inter with -- interview with that's worth doing an
11   interview with in Asia always asks me if we're like the
12   ONE FC.
13       Q.  You promote events in Asia; right?
14       A.  Yes.
15       Q.  Okay.  And would you promote events in Asia
16   if nobody knew who UFC is?
17       A.  Nobody does know who UFC is.  I'm working on
18   that.
19       Q.  Okay.  But you -- so you, nevertheless,
20   continue to promote events there; right?
21       A.  We do continue.  Because I'm going to
22   continue until they know what the UFC is.
23       Q.  All right.  So Bellator is also an MMA
24   promotion in the United States; right?
25       A.  Yes.

298

DANA WHITE - HIGHLY CONFIDENTIAL

1
2        Q.  Okay.  Let me show you --
3        MR. DELL'ANGELO:  93, please.
4    BY MR. DELL'ANGELO:
5        Q.  Do you recall a time -- well, let's just back
6    up.
7            There was a time when Bjorn Rebney ran
8    Bellator; right?
9        A.  Bjork, yes.
10       Q.  Okay.  Did you say Bjork?
11       A.  Yes.
12       Q.  Is that -- is that a pejorative or is that
13   his name?  Do I have it wrong?
14       A.  That's what I like to call him.
15       Q.  So just for the -- for the purposes of our
16   testimony, I'm going to refer to him as Mr. Rebney.
17   Okay?
18       A.  Okay.
19       Q.  Okay.  You can refer to him as Bjork if you
20   wish.  I'll understand that Bjork means Mr. Rebney.
21       A.  Got it.
22       Q.  Okay.  Do you recall a time when you were
23   told that Mr. Rebney was prepared to get rid of
24   matching rights provisions in its contracts if the UFC
25   would do the same?

299

DANA WHITE - HIGHLY CONFIDENTIAL

1
2        A.  No.
3        Q.  If in 2012, the UFC -- sorry.
4            If in 2012, Bellator would have removed
5    matching rights provisions in its contracts, would the
6    UFC have done the same?
7        A.  Probably not, no.
8        Q.  All right.  So I'm going to play another
9    video for you, Mr. White.  This is an excerpt taken
10   from a January 10, 2013 -- let me withdraw that.
11           This is an excerpt taken from the
12   January 2013 interview with MIDDLEEasy.com.  Let me
13   direct your attention to the video screen.
14           MR. ISAACSON:  I don't think you have given
15   us a number.
16           MR. DELL'ANGELO:  Sorry.  It's -- we will
17   mark it as Exhibit 64.
18           (Exhibit 64 marked.)
19           MR. ISAACSON:  All right.  And because it's
20   an excerpt, I will object to questions on this on the
21   grounds of completeness.
22           (Video clip playing.)
23           MR. DANA WHITE:  You see the thing, the
24   Bellator thing, I have never said a bad word about
25   them, ever.  They're a smaller organization that's out

300

DANA WHITE - HIGHLY CONFIDENTIAL

1
2    there.  You know, we need smaller promotions.
3    It's -- it's not a bad thing.
4    BY MR. DELL'ANGELO:
5        Q.  Okay.  In January of 2013, Mr. White, did you
6    believe that Bellator was a smaller organization?
7        A.  Yes.
8        Q.  And were you able to -- to hear the audio on
9    that video?
10       A.  Yes.
11       Q.  Okay.  Do you -- did you -- is that you
12   appearing in that video?
13       A.  That is me.
14       Q.  Okay.  You -- you said that, what you heard
15   there?
16       A.  Yes.
17       Q.  Did you have any trouble hearing it?
18       A.  That's me, yes.
19       Q.  Okay.  All right.  I'm going to play you
20   another video excerpt from a February 1, 2013 UFC 156
21   Pre-fight Scrum in Las Vegas, Nevada, which I will mark
22   as Exhibit 65.  Mr. White, if you could direct your
23   attention to the video screen and watch this excerpt,
24   please.
25           (Exhibit 65 marked.)

6  (Pages 297 to 300)

PUBLIC COPY – REDACTED



**301**

DANA WHITE - HIGHLY CONFIDENTIAL
1
2       MR. ISAACSON:  I will object to questions
3  based on this video on the grounds of completeness.
4           (Video clip playing.)
5       MR. DANA WHITE:  It's like Dave Meltzer
6  writes that story, right?  The fight's in Southern
7  California, $750,000 in ticket sales, we still got four
8  or five fights before that fight, have not started
9  promoting that fight yet, 750.
10      Now, Bellator comes out, right, and they do
11  their first show.  And everybody's going -- pasting
12  Spike's press release all over the fucking place.
13  "It's a home run.  This fucking thing was awesome.  He
14  did this."  They sold 2400 fucking tickets in Southern
15  California.  If that's a fucking home run, holy shit.
16  What did I hit at 750,000?  They sold 2400 tickets, and
17  I'm reading around about what a home run that event
18  was.  Are you fucking shittin' me?
19 BY MR. DELL'ANGELO:
20      Q.  Mr. White, was that you in video excerpt
21  marked as Exhibit 65 that you just saw there?
22      A.  Yes.
23      Q.  Okay.  And did you say that --
24      A.  Yes.
25      Q.  -- what you heard there?

**302**

DANA WHITE - HIGHLY CONFIDENTIAL
1
2       A.  Yeah.
3       Q.  Okay.  Is it fair to say that in February of
4  2013, you were not impressed with Bellator's
5  performance as an MMA promotion?
6       A.  You can say that.
7       Q.  Okay.  All right.  That's -- that's a yes?
8       A.  Yes.
9       Q.  All right.  And let me play you another
10  excerpt from February 16, 2013 taken in London, England
11  at UFC FUEL TV 7 Post-fight Media Scrum.
12      A.  Okay.
13      MR. ISAACSON:  I will object to the use of
14  the video on the grounds -- as to questions on the
15  grounds of completeness.
16          (Exhibit 66 marked.)
17          (Video clip playing.)
18      REPORTER:  Are you not worried they might be
19  able to use -- leverage all of those resources to
20  help -- you know, to rival you guys.
21      MR. DANA WHITE:  They better start.  They're
22  doing fucking 700,000 viewers, and the numbers are
23  dropping like fucking flies.  They better start
24  leveraging something quick.
25      But they built the UFC.  You know that,

**303**

DANA WHITE - HIGHLY CONFIDENTIAL
1
2  right?  Philippe Dauman said he built the UFC.
3  Philippe Dauman is the pompous, arrogant guy who runs
4  Viacom who claims he built the UFC.  Well, whatever you
5  did building the UFC, brother, you better start doing
6  it again because things aren't looking good over there.
7 BY MR. DELL'ANGELO:
8       Q.  Okay.  So, Mr. White, was that you in the
9  video we just saw at Exhibit 66?
10      A.  Yes.
11      Q.  Okay.  Were you able to hear that okay?
12      A.  Yes.
13      Q.  Okay.  And did you -- did you say what
14  was -- what you heard in the video there?
15      A.  Yes.
16      Q.  Okay.  And were -- were you referring in part
17  to Bellator in that video?
18      A.  Yes.
19      Q.  Okay.  And were you suggesting that, you
20  know, Bellator and Viacom better start doing something
21  to improve Bellator's performance?
22      A.  I'm suggesting that they're very bad at what
23  they do, yes.
24      Q.  Okay.  So would you go back to Exhibit 11
25  that was the text compilation from Mr. Fertitta that

**304**

DANA WHITE - HIGHLY CONFIDENTIAL
1
2  was produced in the litigation we have now looked at
3  several times today.  Let me know when you have that.
4       A.  I have it.
5       Q.  Great.  Would you turn to page 38, please.
6       A.  (Witness complies.)
7       Q.  Let me know when you get to page 38,
8  Mr. White.
9       A.  I'm on 38.
10      Q.  Okay.  Great.
11      Would you direct your attention to rows 804
12  through 810 on page 38 of Exhibit 11.
13      A.  Yeah.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**



305 / 307

**307**
20    Q.  All right.  And that's a -- that's -- you're
21  saying that -- I just want to understand you.  Because
22  Mr. Coker's been in several different promotions;
23  right?
24    A.  Right.
25    Q.  Okay.

**306 / 308**

**308**
1       DANA WHITE - HIGHLY CONFIDENTIAL
2    A.  All failures.
3    Q.  Right.  Is it your -- not withstanding the
4  fact that the UFC got some -- I think as you testified
5  earlier, some really great fighters from Mr. Coker's
6  Strikeforce promotion; right?
7    A.  That we turned into stars.  When you have
8  Rhonda Rousey and you can't turn her into a star, you
9  should probably go open a restaurant or something.
10    Q.  And so -- and so is it your testimony that at
11  Bellator, Mr. Coker is continuing to essentially
12  recycle has-been fighters?  Is that --
13    A.  Well, no.  He -- he recycles big names.
14    Q.  Right.
15    A.  That's what he does.  Rampage Jackson is a
16  huge name.  Tito Ortiz is a huge name.  And -- and
17  basically, he re -- you know, takes guys with big names
18  and puts on fights with them instead of turning guys
19  into stars, even when he has a roster packed with
20  stars, and one of them include Rhonda Rousey.
21    Q.  Well, Rhonda Rousey wasn't a star at the time
22  that she was fighting under contract with Strikeforce;
23  right?
24    A.  Till I turned her into a star.
25    Q.  Right.  But the point is, she wasn't a star

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

309

1      DANA WHITE - HIGHLY CONFIDENTIAL
2  at Strikeforce; correct?
3      A.  Yeah, no.
4      Q.  Okay.  So -- and at this time in 2013 --
5      A.  I just for the record, I turned her into a
6  star immediately when she got to the UFC --
7      Q.  Okay.
8      A.  -- her first fight.
9          MR. DELL'ANGELO:  Move to strike as
10  nonresponsive.
11         THE WITNESS:  Yeah.
12         MR. DELL'ANGELO:  There's no question
13  pending.
14         THE WITNESS:  All right.
15  BY MR. DELL'ANGELO:
16     Q.  So in 2013 -- in mid-2013, Tito Ortiz and
17  Rampage Jackson were effectively UFC has-beens; is that
18  right?
19     A.  If -- if that's the way you want to look at
20  it, yeah.  They were guys -- they were guys who lost
21  three fights in a row in the UFC.
22     Q.  Right.  But they were -- they were not really
23  UFC kind of level fighters any more; right?
24     A.  According to me, yeah.  And according to Joe
25  Silva, yes.

310

1      DANA WHITE - HIGHLY CONFIDENTIAL
2      Q.  Okay.  In fact, if you -- and likewise, UFC
3  doesn't take rejects from Bellator; right?
4      A.  We have taken guys from Bellator.
5      Q.  I'm asking if you have taken rejects from
6  Bellator?
7      A.  Define reject.
8      Q.  So let's -- let me play a video clip for you
9  from August 22, 2013 from the UFC Fight Night 27
10  Post-fight Scrum in Indianapolis, Indiana.  This would
11  be Exhibit 67.
12         (Exhibit 67 marked.)
13         (Video clip playing.)
14         MR. DANA WHITE:  You want to go, go.  If you
15  don't want to be here, why would we want you here.  And
16  then what are they doing if Eddie Alvarez loses, what
17  do they think?  He's going to come and sign a deal with
18  the UFC?  No.  We actually -- we really don't take
19  their rejects.  We really don't.
20         REPORTER:  You wouldn't take him?
21         MR. DANA WHITE:  No.  If Eddie loses -- if
22  Eddie loses, why would we bring him to the UFC?
23  BY MR. DELL'ANGELO:
24     Q.  Okay.  Were you able to see the video at
25  Exhibit 67, Mr. White?

311

1      DANA WHITE - HIGHLY CONFIDENTIAL
2          MR. ISAACSON:  I will object to the use of
3  the video in questions on the grounds of completeness.
4  BY MR. DELL'ANGELO:
5      Q.  Were you able to see the video at Exhibit 67,
6  Mr. White?
7      A.  Yes.
8      Q.  And were you able to hear it okay?
9      A.  Yes.
10     Q.  Okay.  And did you say that, what you heard
11  in the video?
12     A.  Yes.
13     Q.  Okay.  And did they -- to whom you were
14  referring in the video, was that Bellator?
15     A.  Yes.
16     Q.  Okay.  And in the -- in your statement there,
17  you said, "We really don't take their rejects."  Did
18  you hear that part?
19     A.  Yes.
20     Q.  Okay.  What did you mean by that?
21     A.  Well, I -- I just said it.  I said, "If -- if
22  somebody loses, we're not going to bring them to the
23  UFC."  But Eddie Alvarez wasn't undefeated either.
24     Q.  But -- but the -- the larger point is that if
25  somebody loses in Bellator, it's not someone -- that's

312

1      DANA WHITE - HIGHLY CONFIDENTIAL
2  not -- that's a fighter that UFC is not interested in
3  signing; right?
4      A.  Right.  So if he had lost the fight, we're
5  not signing somebody straight off a loss.  Yes.
6      Q.  In fact, he would have to win a number of
7  fights, or take as the case may be, in another promotion
8  before UFC would be willing to --
9      A.  Exactly.
10     Q.  -- sign them; correct?
11     A.  That -- yeah.  That is the standard that we
12  have set for our organization.
13     Q.  Okay.  Let's look at -- I'm going to mark
14  another video for you.  It's taken from -- it's an
15  excerpt taken from a September 29, 2013 UFC 168 Media
16  Scrum in Rio de Janeiro, Brazil, which we will mark as
17  Exhibit 68.
18         (Exhibit 68 marked.)
19         MR. ISAACSON:  This is September 29th what
20  year?
21         MR. DELL'ANGELO:  2013.
22         (Video clip playing.)
23         REPORTER:  Is there any chance like the UFC
24  ends up buying Bellator in a couple of years?
25         MR. DANA WHITE:  There's nothing there.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

313

1   DANA WHITE - HIGHLY CONFIDENTIAL
2   There's nothing there that -- if you look at any of the
3   companies that we ended up buying in the past, there
4   was value.  There's no value to that company
5   whatsoever.
6       If you look at Pride, look at all the
7   contracts we got from Pride and all the guys that came
8   over and the big fights we made.  Look at the Pride
9   library.  Amazing library with some of the most
10  talented fighters of all times.
11      When we bought the WFA, we bought them
12  because Rampage had a contract with them; so we bought
13  his contract.  When we bought Strikeforce, we bought
14  their library, and we ended up getting -- I mean, just
15  the fights we had with Nick Diaz alone was worth buying
16  that company.  Do you know what I mean?
17  There's -- there was no value with that other -- with
18  the other company.
19      MR. ISAACSON:  So I will object to the use of
20  the video in questions on grounds of completeness, and
21  because the question in the video was not intelligible.
22  BY MR. DELL'ANGELO:
23      Q.  Mr. White, were you able to see the video
24  that we played as Exhibit 68?
25      A.  Yes.

314

1   DANA WHITE - HIGHLY CONFIDENTIAL
2       Q.  Okay.  Were you able to hear it okay?
3       A.  Yes.
4       Q.  Okay.
5       A.  I couldn't understand what the interviewer
6   was saying, like if it --
7       Q.  Did -- did you understand your statement?
8       A.  Yes.
9       Q.  Okay.  And you were able to hear it okay?
10      A.  Yes.
11      Q.  All right.  And did you say what it is that
12  you heard and that you were saying -- depicted as
13  saying in that video?
14      A.  Yes.
15      Q.  Okay.
16      A.  I also didn't know what company they were
17  talking about where there was no value.
18      Q.  Okay.  All right.  Why don't -- why don't we
19  play it again and see if you can hear it better.  I
20  will represent to you that the text of the question is:
21  Is there any chance that the UFC ends up trying to buy
22  Bellator in a couple of years?
23      A.  Okay.  I'm good with that.
24      Q.  Well, we will -- we will play it again and
25  see if you can -- see if you can hear it.

315

1   DANA WHITE - HIGHLY CONFIDENTIAL
2       MR. KOFFMAN:  Do you want me to turn up the
3   volume?
4       MR. DELL'ANGELO:  Yeah.  Let's do that.
5       (Video clip playing.)
6       REPORTER:  Is there any chance like the UFC
7   ends up buying Bellator?
8       MR. DANA WHITE:  There's nothing there.
9   There's nothing there that -- if you look at any of the
10  companies that we ended up buying in the past, there
11  was value.  There's no value --
12  BY MR. DELL'ANGELO:
13      Q.  Okay.  Were -- were you able to hear that
14  clear?
15      A.  Yes.
16      Q.  All right.
17      A.  Yes.
18      Q.  All right.
19      A.  What year was that?
20      Q.  That was in September of 2013.  It was at the
21  Media Scrum in connection with the UFC 168 in Rio de
22  Janeiro.
23      A.  Got it.
24      Q.  So in -- in September of 2013, was it your
25  view that there was nothing of value to acquire of

316

1   DANA WHITE - HIGHLY CONFIDENTIAL
2   Bellator?
3       A.  Yeah.  Yeah.  Bellator felt the same way
4   about the UFC.  That's -- that's how you talk 'em,
5   about the competition.
6       Q.  All right.  So let me show you another
7   document.  In late 2013, did you believe -- well,
8   were you aware that Ben Askren was an MMA fighter?
9       A.  Yes.
10      Q.  And who is Ben Askren fighting for at the
11  time?
12      A.  Bellator.  No, no, no.  ONE FC.  ONE FC.
13  Oh, no.  He fought for Bellator too.  I don't know.
14  What year?
15      Q.  2013.
16      A.  I don't know.
17      Q.  Okay.
18      A.  So he was either with Bellator or ONE FC.
19      Q.  Okay.  So why don't we play -- why don't we
20  play an excerpt of a November 30, 2013 video taken from
21  the Tough 18 Finale Prefight Interview with MMA Junkie
22  in Las Vegas.  And --
23      (Exhibit 69 marked.)
24      (Video clip playing.)
25      MR. DANA WHITE:  You know, I -- I wasn't even

10  (Pages 313 to 316)

PUBLIC COPY – REDACTED

317

DANA WHITE - HIGHLY CONFIDENTIAL

1  going to say this because it just sounds like I'm
2  always just (beeping) on, you know, those guys.  But
3  it's -- it's not true.  There's no competition for him
4  over at -- at Bellator.  There's competition for him at
5  World Series of Fighting.  You know, this kid
6  will -- will probably sign with them.  I don't know.  I
7  mean, they've got to come to an agreement and deal.
8  But if he does, there's -- there's actual competition
9  for him there.
10      MR. ISAACSON:  So I will object to the use of
11  the video in questions on the grounds of completeness,
12  including that whoever he's talking to or whatever he's
13  responding to is not part of the video.
14  BY MR. DELL'ANGELO:
15      **Q.  Okay.  Do -- do you remember talking about**
16  **Ben Askren as a -- not having competition at Bellator?**
17      A.  I don't remember it, but --
18      **Q.  Okay.**
19      A.  Yeah.
20      **Q.  And you thought Ben Askren was a -- is it**
21  **correct that you didn't believe -- or sorry.**
22      **Is it correct that you believe that there**
23  **wasn't competition for Ben Askren at World Series of**
24  **Fighting?**

318

DANA WHITE - HIGHLY CONFIDENTIAL

1      A.  There was?
2      **Q.  That there -- that there -- that -- is it**
3  **correct that you believed that Ben Askren -- that there**
4  **wasn't competition at World Series of Fighting?**
5      A.  No.  I said there was competition.
6      **Q.  Okay.**
7      A.  I said there wasn't at Bellator.
8      **Q.  Okay.**
9      A.  I said there was competition at -- at --
10      **Q.  So you believe that there may have been**
11  **competition for Ben Askren at World Series of Fighting,**
12  **but not at Bellator in late 2013; is that correct?**
13      A.  Yeah.  Apparently, yes.
14      **Q.  Okay.  And then -- but you, nevertheless,**
15  **thought that Ben Askren was a boring fighter; right?**
16      A.  Yeah.
17      Well, just for the record, just so you know,
18  did you know that I tried to sign Ben Askren?
19      **Q.  My question to you was whether or not you**
20  **thought Ben Askren was a boring fighter?**
21      A.  And the answer's yes.  And I said to you, do
22  you know that I tried to sign him?
23      MR. DELL'ANGELO:  Can I have Tab 179, please.
24      THE WITNESS:  Is that a no?  ONE FC outbid me

319

DANA WHITE - HIGHLY CONFIDENTIAL

1  and paid him more money.
2      MR. DELL'ANGELO:  Okay.  Move to strike
3  everything after yes as nonresponsive.
4      THE WITNESS:  He doesn't want to hear the
5  good stuff.
6  BY MR. DELL'ANGELO:
7      **Q.  Do you recall Tweeting about Ben Askren?**
8      A.  Yes.
9      **Q.  Okay.  And do you recall Tweeting that Ben**
10  **Askren makes Fitch look like Wanderlei Silva?**
11      A.  Yeah.
12      **Q.  Do you recall Tweeting that, "When Ben**
13  **As -- when Ambien can't sleep, it takes Ben Askren, the**
14  **most boring fighter in MMA history, I would rather**
15  **watch flies fuck"?**
16      A.  Yeah.
17      **Q.  Okay.**
18      A.  Ben Askren is a genius.  Ben Askren started
19  a -- a public beef with me that -- that I jumped right
20  into, and, you know, he became pretty popular over here
21  in the United States.  He's a smart kid.
22      MR. DELL'ANGELO:  Okay.  Move to strike
23  everything after yes as nonresponsive.
24      \\

320

DANA WHITE - HIGHLY CONFIDENTIAL

1  BY MR. DELL'ANGELO:
2      **Q.  We're going to play another video for you,**
3  **Mr. White.  It's an excerpt taken from an April 23,**
4  **2014 interview on ESPN First Take.  We will mark that**
5  **as Exhibit 70 to the deposition.**
6      MR. HUNTER CAMPBELL:  We're on 69?
7      MR. DELL'ANGELO:  I think 69 was the Tough 18
8  Finale video from 11/13, wasn't it?
9      MR. HUNTER CAMPBELL:  We're on 69.
10      MR. KOFFMAN:  69 should have been the Tough
11  Finale.
12      MR. DELL'ANGELO:  Yeah.
13  BY MR. DELL'ANGELO:
14      **Q.  So we're going to mark as -- regardless,**
15  **we're going to as Exhibit 70 an excerpt from an**
16  **April 23, 2014 interview that you did on ESPN First**
17  **Take.  Would you take a look at the monitor, please.**
18      A.  Yes.
19      (Exhibit 70 marked.)
20      (Video clip playing.)
21      STEPHEN A. SMITH:  But I guess what I'm
22  asking is:  How is it that you're able to give people
23  the fights that they want to see, but in another
24  pugilistic sport, the promoters are

11  (Pages 317 to 320)

**PUBLIC COPY – REDACTED**



333

DANA WHITE - HIGHLY CONFIDENTIAL

1  was available to everybody.

3  **Q.  Are -- are you not understanding the**
4  **question?  Because the question is:  Is it possible to**
5  **stack a card by acquiring fighters rather than building**
6  **them?**

7  A.  I answered the question.

8  **Q.  I don't think you did.**

9  A.  I answered the question.

10  MR. ISAACSON:  That wasn't your last

11  question, and his answer was to your last question.

12  BY MR. DELL'ANGELO:

13  **Q.  So then -- then let's -- let's see if we get**
14  **this clear.  Is it possible for an MMA promotor to**
15  **stack a card without building -- without that MMA**
16  **promotor building the talent themself?**

17  A.  I don't understand the question.

18  Do you want to know what's even crazier?

19  Four years ago, Strikeforce had Rhonda Rousey.

20  MR. ISAACSON:  I'm going to -- I'm going to

21  strike your answer.  Let him --

22  THE WITNESS:  All right.  I will stop.  I'm

23  getting crazy over here.  I drank an energy drink.

24  BY MR. DELL'ANGELO:

25  **Q.  So it was your view in December of 2014 that**

334

DANA WHITE - HIGHLY CONFIDENTIAL

2  **Bellator didn't have fighters to stack a card with?**

3  A.  They did.  Absolutely did.

4  **Q.  So take a look at Exhibit 11, please.  Would**
5  **you take a look at Exhibit 11, please?**

6  A.  Oh, okay.  Okay.

7  **Q.  Would you go to page 155.**

8  A.  Yeah.

9  **Q.  Okay.  Would you take a look at row 3446,**
10  **please.**

11  A.  Yeah.

335

336

6  **Q.  Right.  And so let's take a look -- well, are**
7  **you familiar with the term "legend fights" in MMA?**

8  A.  Legend fights?

9  **Q.  Yeah.**

10  A.  Okay.

11  **Q.  No.  I'm asking if you are familiar with the**
12  **term?**

13  A.  I'm not familiar.

14  **Q.  Okay.  Are you family with the term "a freak**
15  **show fight"?**

16  A.  Eh, I mean, freak show, that -- that's what I

17  call some of the fights.

18  **Q.  Okay.  What's a freak show fight?**

19  A.  So when I built this business, right,

20  I -- I -- I set standards.  So I was a huge boxing fan

21  growing up.  Okay?  And I hated everything that boxing

22  did.  Loved the sport, but hated everything they did.

23  So I had a vision in my mind of how I would do it and

24  how I would change everything from the live event to

25  the fights to how it's produced on television,

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED

337

DANA WHITE - HIGHLY CONFIDENTIAL
1  everything.  That's my opinion.  Okay?
2      So I went out -- with my opinion, I went out
3  and looked at people that I thought were talented and
4  built talent and did all this stuff, and that's my
5  opinion.
6      Now, if I look at some of these fights that
7  other people do, you know, when -- when I see a fight
8  that I don't like and I wouldn't do it my -- that's not
9  what I would do, I call it a freak show.
10     **Q.  Okay.  And it was your -- was it your view**
11  **that Bellator couldn't generate strong ratings unless**
12  **it was putting on freak shows?**
13     A.  Yes.  In what I would determine to be a freak
14  show, yes.
15     **Q.  All right.  So we talked a little bit**
16  **earlier, do you recall, about the number of fighters**
17  **that UFC had under contract and whether or not at**
18  **various times there may have been too many fighters**
19  **under contract.  Do you recall that?**
20     A.  No.  That's a Joe Silva thing.  There's too
21  many fighters under contract is a Joe Silva thing.
22     **Q.  Let's take a look --**
23     A.  The matchmaking is a number games for those
24  guys.  If we can't get somebody at a certain amount of
25

338

DANA WHITE - HIGHLY CONFIDENTIAL
1  fights, they have to be paid for not fighting.
2     **Q.  Okay.  I'm going to mark as Exhibit 72 an**
3  **excerpt of a video from February 22, 2013 from the UFC**
4  **157 Pre-fight Media Scrum in Anaheim, California.**
5  **Mr. White, would direct your attention to the monitor.**
6         (Exhibit 72 marked.)
7         (Video clip playing.)
8     REPORTER:  So how long is the rope, then, for
9  a guy like Urijah Faber?
10    MR. DANA WHITE:  Yeah.  Could be Saturday.
11  You never know.  There's over 100 guys.  We're heavy.
12  BY MR. DELL'ANGELO:
13    **Q.  Is that you in the video, Mr. White?**
14    A.  Yes.
15    **Q.  Okay.  And were you able to hear it okay?**
16    A.  Yes.
17    **Q.  And did you -- did you say that?**
18    A.  Yes.
19    **Q.  Okay.  And so in February of 2013, you said**
20  **that the -- you were 100 guys heavy.  Did that mean you**
21  **had too many -- 100 guys too many on the roster at that**
22  **time?**
23    A.  According to Joe Silva, yes.
24    **Q.  Okay.  So your -- the information that you're**
25

339

DANA WHITE - HIGHLY CONFIDENTIAL
1  **conveying in the video is not your belief, but your**
2  **testimony now is that that's Mr. Silva's belief?**
3     A.  Correct.
4     **Q.  Okay.**
5     MR. ISAACSON:  Whoa, whoa.  I will -- I
6  neglected my objection, which I believe it was a
7  continuing one, but the -- I object to questions based
8  on the video on the grounds of completeness.
9  BY MR. DELL'ANGELO:
10    **Q.  Okay.  Let's play -- I'm going to mark**
11  **another video as Exhibit 73.  Exhibit 73 is an excerpt**
12  **from the same February 22, 2013 UFC 157 Pre-fight Media**
13  **Scrum in Anaheim, California.**
14    MR. ISAACSON:  I repeat my objection to the
15  excerpts.
16    MR. DELL'ANGELO:  Yep.
17         (Exhibit 73 marked.)
18         (Video clip playing.)
19    REPORTER:  I think what some people have a
20  problem with is just the fact that, you know, like
21  Leonard Garcia and Dan Hardy were defending themselves
22  on Twitter yesterday cause fans were saying, you know,
23  "Oh, you guys still have a job.  You guys keep losing."
24  Can you just -- I think that all of us -- and you talk
25

340

DANA WHITE - HIGHLY CONFIDENTIAL
1  about the bubble.  We can say, Well, there are some
2  fighters who are in the UFC primarily, and they're
3  great fighters, but for entertainment value.
4     MR. DANA WHITE:  That's not true.  So the
5  question -- here's the question.  Any fucking -- look
6  at any sport, anybody who owns a team or a league or
7  anything like that, when you look at Urijah -- I
8  have -- here -- here's another fact.  We have
9  470-something guys under contract.  Okay?  We have over
10  100 guys too many.  We have over 100 guys too many on
11  the roster right now.
12  BY MR. DELL'ANGELO:
13    **Q.  Okay.  So, Mr. White, was that you depicted**
14  **on the video?**
15    A.  Yes.
16    **Q.  Okay.  And were you able to hear it okay?**
17    A.  Yes.
18    **Q.  And you said that UFC has 470-something guys**
19  **under contract; correct?**
20    A.  Correct.
21    **Q.  Okay.  And you also said that there were 100**
22  **guys too many on the roster at that time?**
23    A.  Yes.
24    MR. DELL'ANGELO:  Okay.  I'm going to mark
25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

341

DANA WHITE - HIGHLY CONFIDENTIAL

1  another video as Exhibit 74.  It's taken -- it's an
2  excerpt from an October 19, 2013 UFC 166 Post-fight
3  Media Scrum in Houston, Texas.
4  (Exhibit 74 marked.)
5  (Video clip playing.)
6  MR. DANA WHITE:  I kept telling you guys our
7  roster is too full.  Guys have to get fights.  And it's
8  like every time after a show and we cut a guy, they're
9  like, Fuck you, Dana White.  You're an idiot.  This
10  guy -- da, da, da.  Shut the fuck up.  Let us run our
11  business.  Look.  The roster's too full.
12  BY MR. DELL'ANGELO:
13  Q.  Mr. White, is that you depicted in the video?
14  MR. ISAACSON:  I'm objecting on the grounds
15  of completeness.
16  MR. DELL'ANGELO:  Okay.
17  MR. ISAACSON:  In addition, that seems to be
18  cut off at the beginning and the end.
19  BY MR. DELL'ANGELO:
20  Q.  Okay.  Mr. White, was that you depicted in
21  the video?
22  A.  Yes.
23  Q.  Okay.  And were you able to hear it okay?
24  A.  Yes.

342

DANA WHITE - HIGHLY CONFIDENTIAL

1  Q.  Okay.  And did you again say in October of
2  2013 that the roster was too full at the UFC?
3  A.  Yes.
4  Q.  Okay.  All right.
5  A.  So to expand on that -- Joe Silva was --
6  Q.  There's not a question pending.
7  A.  No, you don't want to hear this one?
8  Q.  No.  There's just not a pending question.
9  A.  Got it.
10  Q.  So I'm going to mark as Exhibit 75 a video
11  from September 2013 from the UFC Tonight interview.
12  (Exhibit 75 marked.)
13  (Video clip playing.)
14  MR. DANA WHITE:  Those guys signed him, and
15  now they won't give him a fight until January?  If you
16  sign a -- if you sign a contract with the UFC, I owe
17  you three fights in a year.  If you don't fight those
18  three fights in a year because of me, I still have to
19  pay you your money.
20  BY MR. DELL'ANGELO:
21  Q.  Mr. White --
22  MR. ISAACSON:  I will repeat my objection.
23  MR. DELL'ANGELO:  Yeah.
24  \\

343

DANA WHITE - HIGHLY CONFIDENTIAL

1  BY MR. DELL'ANGELO:
2  Q.  Mr. White, were -- was that you depicted in
3  the video?
4  A.  Yes.
5  Q.  And were you able to see it okay?
6  A.  Yes.
7  Q.  And you heard it okay?
8  A.  Yes.

25  Q.  All right.  Fighter purses are -- in MMA are

344

DANA WHITE - HIGHLY CONFIDENTIAL

1  reported publicly; right?
2  A.  Yes.
3  Q.  But the fighter purse doesn't reflect
4  necessarily the full amount that a fighter's paid; is
5  that correct?
6  A.  Correct.
7  Q.  And that's because, at least at the UFC,
8  fighters are sometimes compensated with bonuses or
9  other forms of payment that are not part of their fight
10  purse; correct?
11  A.  Correct.
12  Q.  Okay.  And you're familiar with boxing;
13  correct?
14  A.  Yes.
15  Q.  And you've promoted boxing matches in the
16  past; right?
17  A.  No.
18  Q.  Or you're -- you're promoting one now; right?
19  A.  Yes.
20  Q.  And you have represented boxers in the past;
21  right?
22  A.  Yes.
23  Q.  You represented Tito Ortiz when he was a
24  boxer; right?

17 (Pages 341 to 344)



PUBLIC COPY – REDACTED



345

DANA WHITE - HIGHLY CONFIDENTIAL

1
2  A.  No.  Tito didn't box.
3  Q.  Okay.
4  A.  He was -- there was -- there was a kid named
5  Derek Harmon who fought Roy Jones, Jr.
6  Q.  And you represented him?
7  A.  Yes.
8  Q.  Okay.  You are promoting a fairly notable
9  boxing match right now; right?
10  A.  Yes.
11  Q.  Okay.  Upcoming?
12  A.  The biggest ever in combat sports history.
13  Q.  According to the t-shirts you had printed up?
14  A.  That's right.  That's right.
15  Q.  So is it correct that in boxing, the types of
16  bonuses that the UFC pays the conformed part of a
17  fighter's compensation would also have to be disclosed
18  publicly?
19  A.  Ask me that question again.
20  Q.  Sure.  Is it correct that in boxing, a
21  fighter's total compensation has to be disclosed
22  publicly?
23  A.  I don't know.  I don't know the answer to
24  that.
25  Q.  Are you familiar with something called the

346

DANA WHITE - HIGHLY CONFIDENTIAL

1  Ali Act?
2
3  A.  I -- I know it, but I don't know it.
4  Q.  Oh, you don't -- you are aware of it, is that
5  what you're saying?
6  A.  I'm aware of it, but I don't know it.
7  Q.  Okay.
8  A.  If you asked me to break it down for you, I
9  couldn't.
10  Q.  Okay.  That's fair.
11  And renegotiation is a regular part of your
12  business at UFC; right, renegotiating fighter
13  contracts?
14  A.  Yes.  Yes.

347

5  Q.  So I'm going to mark as Exhibit 76 an excerpt
6  of a video taken on December 29, 2016 from a UFC 207
7  Pre-fight Scrum in Las Vegas, Nevada.
8  (Exhibit 76 marked.)
9  (Video clip playing.)
10  MR. DANA WHITE:  You honor your deal, you
11  know, or you at least get to a point, you know, because
12  most guys never make it to the end of a UFC contract.
13  They will get within three fights, and then we want to
14  sit back down and start talking, right, to keep them.
15  BY MR. DELL'ANGELO:
16  Q.  Mr. White --
17  MR. ISAACSON:  I will object on the grounds
18  of completeness --
19  BY MR. DELL'ANGELO:
20  Q.  Mr. White --
21  MR. ISAACSON:  -- especially that the
22  question and the answer are not present.
23  BY MR. DELL'ANGELO:
24  Q.  Okay.  Mr. White, were you able to see the
25  video at Exhibit 76?

348

DANA WHITE - HIGHLY CONFIDENTIAL

1
2  A.  Yes.
3  Q.  Okay.  And were you able to hear it okay?
4  A.  Yes.
5  Q.  Okay.  And you indicated that a -- a fighter
6  will get within three fights, and then "we will to sit
7  back down with them and start talking, right, to keep
8  them."  Did you hear that part?
9  A.  Yes.
10  Q.  Okay.  And were you referring to
11  renegotiating the fighter's contract when they got
12  close to the end of the contract?
13  A.  Yes.
14  Q.  Okay.  You also believe the fighter pay
15  should not be public; right?
16  A.  It's up to the fighter.

18 (Pages 345 to 348)

**PUBLIC COPY – REDACTED**



349

351

1    DANA WHITE - HIGHLY CONFIDENTIAL

350

18        MR. DELL'ANGELO:  Okay.  113, please.
19            (Exhibit 77 marked.)
20    BY MR. DELL'ANGELO:
21        **Q.  Mr. White, I am handing you what I have**
22    **marked as Exhibit 77 to the deposition.  Exhibit 77 is**
23    **a one-page e-mail at ZFL-1421551.  Do you have that**
24    **Exhibit 77, Mr. White?**
25        A.  Yes.

352

19 (Pages 349 to 352)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**



**353**

**355**

1    **DANA WHITE - HIGHLY CONFIDENTIAL**
2    that we just played at Exhibit 78?
3       A.   Yes.
4       Q.   And were you able to hear it okay?
5       A.   Yes.
6       Q.   Okay.  And did you say that?
7       A.   Yes.
8       Q.   Okay.  And is it true that Mr. -- that if you
9    turn down a fight that Mr. Silva offers, it will -- it
10   will be worse for the fighter?
11      A.   We're in the fight business.  That's what we
12   do.  We put on fights, we sell fights.  Yes.  If you
13   call and say to him, Hey, listen.  I don't want to
14   fight.  You know, Joe Silva is -- that's the business
15   we're in.  You have to fight.  What are you -- what are
16   you going to -- you're in the UFC, you're in the fight
17   business, and you're saying you don't want to fight?
18   Yeah.
19      Q.   So it -- it will be worse for the fighter if
20   they turn down the fight; is that correct?
21      A.   Yeah.  He's mean and nasty.  That's why.
22      Q.   Okay.  We -- we were talking a minute
23   about -- about fighter pay.  Has the UFC taken steps to
24   keep fighter -- total fighter compensation secret from
25   other fighters?  That is --

**354**

**356**

1        DANA WHITE - HIGHLY CONFIDENTIAL
2       A.   Every -- every guy's contract -- first of
3    all, none of these fighters want their pay out in the
4    open.  I don't know if I've ever had a fighter that
5    said, "Hey, let's put my -- put my pay out there."
6        And do we -- do we work to keep away from
7    people?  You know, I would -- I would have to say I
8    don't remember any instances.  But, yeah, we
9    probably -- we have probably done it, yeah.
10      Q.   There were certainly times when it would be
11   problematic for the UFC if other fighters found out
12   what a particular fighter was making; right?
13      A.   Say that again.
14      Q.   There are instances, are there not, where it
15   would have been problematic for the UFC if fighters
16   found out what another fighter was making?
17       MR. ISAACSON:  Objection to form.
18       THE WITNESS:  There would be --
19   BY MR. DELL'ANGELO:
20      Q.   Let's -- I will withdraw the question.  Let's
21   take a specific example.
22      A.   Yeah.

6       Q.   Let me mark as Exhibit 78 an excerpt of a
7    video from February 16, 2013 on UFC on FUEL TV 7 the
8    Post-fight Media Scrum in London, England.
9           (Exhibit 78 marked.)
10          (Video clip playing.)
11       MR. DANA WHITE:  I can tell you this, man,
12   you fucking call Joe Silva and turn down a fight, you
13   might as well just say fucking rip up my contract.
14   Yeah.  He's a -- yeah.  He's a -- he's a mean little
15   fucker.  You don't call Joe Silva and tell him you
16   don't want to fucking fight anybody.  You might as well
17   just take the fight because -- because it's going to be
18   worse if you do.  You might as well just do it.  Fuck
19   it.  All right.  I will fight him.
20   BY MR. DELL'ANGELO:
21      Q.   Okay.  Mr. White, was that you --
22       MR. ISAACSON:  I will object to the use of
23   the video on completeness grounds.
24   BY MR. DELL'ANGELO:
25      Q.   Mr. White, was that you depicted in the video

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

357



18    Q.  Okay.  And so it has -- it has been a concern
19 from time to time with the UFC, such that the UFC
20 doesn't want fighters to know what other fighters are
21 making; right?
22    A.  All the -- all the fighters know what other
23 fighters are making.  They all talk.  They all talk.
24 They all know.  Even guys who say they don't want their
25 number out there, they tell.  They tell the other

359

1           DANA WHITE - HIGHLY CONFIDENTIAL
2 you're getting it right?  That is, the numbers that
3 you're disclosing, do you make an effort to make sure
4 that you're --
5    A.  Yeah.  Well, I read the number somewhere.  I
6 got it -- I got it from accounting.  And understand,
7 when I -- when I put a number out, it's a total of
8 everything.  Bonuses, you know, to date what he's been
9 paid in the UFC.
10    Q.  Sure.  So --
11       (Exhibit 79 marked.)
12 BY MR. DELL'ANGELO:
13    Q.  Here's what we have marked as Exhibit 79.
14 Exhibit 79 is a document entitled Dana White, Wanderlei
15 Silva was paid $9.7 by the UFC by Nate Wilcox,
16 September 27, 2014.  Do you recall saying publicly that
17 Wanderlei Silva was paid 9.7 million by the UFC?
18    A.  No.  I don't remember the -- the number or
19 whatever.
20       MR. ISAACSON:  I will object to the document
21 on the grounds of completeness --
22 BY MR. DELL'ANGELO:
23    Q.  Yeah.  The question is whether or not --
24       MR. ISAACSON:  Let me finish my objection,
25 whether it be a excerpt from some other publication.

358

1           DANA WHITE - HIGHLY CONFIDENTIAL
2 fighters.
3    Q.  You sometimes put their numbers out there;
4 right?
5    A.  Me?
6    Q.  Yeah.
7    A.  Well, I -- the only way that I would ever
8 another fighter -- a fighter's number out there that
9 didn't want it out there is if he lied about what he
10 was being paid.
11    Q.  And --
12    A.  If he lied about what he was being
13 paid -- for example, Randy Couture.  Randy Couture went
14 out there and completely lied about what he made.  And
15 I said what he said isn't true.  He made "X."
16    Q.  What about Wanderlei Silva?
17    A.  He must have lied too if I put it out there.
18    Q.  Okay.  And do you know if -- if you put it
19 out there, that is what Wanderlei Silva was paid?
20    A.  No.  I don't even know what Wanderlei Silva
21 was paid.
22       MR. DELL'ANGELO:  May I have 144, please?
23 BY MR. DELL'ANGELO:
24    Q.  So when you -- when you do disclose fighter
25 pay publicly, do you make an effort to make sure that

360

1           DANA WHITE - HIGHLY CONFIDENTIAL
2       THE WITNESS:  That's right.  This is Bloody
3 Elbow again.  It's not an actual interview with me.
4 BY MR. DELL'ANGELO:
5    Q.  So just so we're clear, you don't recall, as
6 you sit here today, saying that Wanderlei Silva made
7 $9.7 million; is that --
8    A.  Correct.
9    Q.  Okay.
10    A.  And the source is Bloody Elbow.
11 That's -- who doesn't even do interviews.  They
12 actually take stuff from other people.  You guys have
13 got to stop reading this website.
14    Q.  So you -- your view is that the quote of you
15 may be unreliable; is that correct?
16    A.  Bloody Elbow?
17    Q.  Yeah.
18    A.  I think it speaks for itself.
19    Q.  Okay.  How about Matt Riddle, do you recall
20 disclosing his pay publicly?
21    A.  Oh, and they're saying it's from Brazil.
22 This story was from Brazil, which was in Portuguese.
23 And a sophisticated website like Bloody Elbow is giving
24 the accurate --
25    Q.  I take it you don't read Portuguese; right?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**



385

1      **DANA WHITE - HIGHLY CONFIDENTIAL**
2      A.   Okay.  Which number?
3      **Q.   Page 41.**
4      A.   Okay.
5      **Q.   Okay.  And let's go down -- I want you to**
6  **look at row 1054.**
7      A.   Okay.

386

387

388

25      **Q.   Right.  You can set that aside.**

28  (Pages 385 to 388)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

389

1          DANA WHITE - HIGHLY CONFIDENTIAL
2     A.  Huh?
3     Q.  Oh, you can set that exhibit aside.  I'm done
4  with that exhibit.
5     A.  Oh.
6     Q.  Thank you.  You can set it aside.
7          MR. DELL'ANGELO:  Can we take a quick comfort
8  break?
9          MR. ISAACSON:  Sure.
10         MR. DELL'ANGELO:  Okay.  Let's go off the
11  record.
12         VIDEOGRAPHER:  The time is approximately
13  5:52 p.m.  We are going off the record.
14         (A short break was taken.)
15         VIDEOGRAPHER:  The time is 6:13 p.m.  We are
16  back on the record.
17  BY MR. DELL'ANGELO:



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**



**393**

23    Q.  Okay.  Is it correct that a number of
24  fighters have complained publicly about their UFC
25  fighter compensation?

**394**

1           DANA WHITE - HIGHLY CONFIDENTIAL
2    A.  Yes.
3         MR. ISAACSON:  Objection to form.
4  BY MR. DELL'ANGELO:
5    Q.  And does that include Cowboy Cerrone, who we
6  talked about a little earlier today?
7    A.  Yes.
8    Q.  Okay.  And Barrao?
9    A.  Who?
10   Q.  I don't know if I -- maybe I'm not
11  pronouncing it correctly.  Barrao?
12   A.  Who?
13   Q.  Barrao, B-a-r-r-a-o.
14   A.  Is it Barrao?
15   Q.  Barrao.  Okay.
16   A.  Handom Barrao?
17   Q.  Yeah.
18   A.  I didn't know that.
19   Q.  Okay.  How about Demetrius Johnson?
20   A.  Oh, yeah.
21   Q.  Okay.  Tim Kennedy?
22   A.  Yeah.
23   Q.  Okay.  Jon Cholish?
24   A.  Who?
25   Q.  Jon Cholish?

**395**

1           DANA WHITE - HIGHLY CONFIDENTIAL
2    A.  I don't even know who that is.
3    Q.  Okay.
4    A.  So he shouldn't be complaining at all.
5    Q.  All right.  Why is that?  Because you don't
6  know who he is?
7    A.  I don't even know who he is.  If I don't know
8  who you are, holy --
9         MR. DELL'ANGELO:  All right.  Can you find
10  38, please?
11       (Exhibit 83 marked.)
12  BY MR. DELL'ANGELO:
13   Q.  I'm marking and handing to you, Mr. White,
14  what I have marked as Exhibit 82.  Would take a look at
15  that.
16       MR. DELL'ANGELO:  Is that Exhibit 83?
17       MR. KOFFMAN:  No.  We already have
18  Exhibit 82.  83.
19       MR. DELL'ANGELO:  I'm sorry.
20  BY MR. DELL'ANGELO:
21   Q.  Mr. White, can I have your copy back?  I
22  mismarked it.  It should be Exhibit 83.  All right.
23       Mr. White, I'm handing you what I have
24  remarked as Exhibit 83.  Exhibit 83 is a July 1, 2013
25  e-mail -- sorry, news article from the Las Vegas Sun.

**396**

1           DANA WHITE - HIGHLY CONFIDENTIAL
2  Take a moment to look at that, Mr. White.  Just for the
3  record, the by line is Case Keefer.  So if you look at
4  the middle of the page, the middle of the second page,
5  there's a bolded section that says, "White responds to
6  Tim Kennedy."  And the first sentence under there says,
7  "White was set off on the fighter pay rant after a
8  reporter asked about recent comments made by UFC
9  middleweight Tim Kennedy."  Do you see that?
10   A.  Yes.
11   Q.  Does that refresh your recollection that Tim
12  Kennedy complained about his fighter pay?
13   A.  No.  Tim Kennedy -- Kennedy complains about
14  everything; so --
15   Q.  All right.  But you don't recall if he
16  complained about his pay?
17   A.  That doesn't surprise me.  There isn't one
18  thing he doesn't complain about.
19   Q.  And you see you're quoted there saying that,
20  "He should then go be a garbage man" --
21   A.  Yeah.
22   Q.  -- "if he's not happy"?
23   A.  I think he said that garbagemen make more
24  money than -- than UFC fighters do.  I said, "Then go
25  be a garbageman."  Nobody's making you fight.

30  (Pages 393 to 396)

PUBLIC COPY – REDACTED



397

DANA WHITE - HIGHLY CONFIDENTIAL

1
2    **Q.   Right.  Is that what you saw as the sort of**
3    **best alternative for Mr. Kennedy at that time?**
4         MR. ISAACSON:  Objection.  Argumentative.
5         THE WITNESS:  If -- if that's what you're
6    claiming, that garbagemen make more than UFC fighters
7    do, then -- who -- who's making you fight?  Nobody's
8    making you fight.
9         And the other thing is nobody made you sign a
10   UFC contract.  You sat down, you had a lawyer, you had
11   representation, and when you signed the -- the
12   contract, you were thrilled.
13        MR. DELL'ANGELO:  Move to strike as
14   nonresponsive.
15   BY MR. DELL'ANGELO:

399

398

400

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**



445

447

1    DANA WHITE - HIGHLY CONFIDENTIAL

2    But I will tell you a story.  So we were supposed to do

3    it --

4        **Q.  Just so you know --**

5        A.  Well, no.  You asked me whether we compete or

6    not.

446

448

10       **Q.  Right.  Does the UFC compete with -- well,**

11   **let me withdraw that.**

12       **Do you know what the WWE is?**

13   A.  Yes.

14       **Q.  That's the World -- World Wrestling?**

15   A.  Yes.

16       **Q.  Okay.  Does UFC compete with WWE?**

17   A.  It's -- no.  I don't think so.

18       MR. ISAACSON:  Could -- I think you should

19   define compete with for who?  I mean, eyeballs,

20   fighters, you know, et cetera.  So -- so I object to

21   form.

22   BY MR. DELL'ANGELO:

23       **Q.  Have --**

24   A.  They did when we were on TV.  They're -- I

25   mean, when they're on TV.  They're not on TV anymore.

DAVID FELDMAN WORLDWIDE, INC.

450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED



**449**

8      Q.  And so it was -- it was certainly before
9  2014; right?
10     A.  I don't know.
11     Q.  Okay.
12     A.  But I'm glad you said that, reminded me of
13  that.
14     Q.  Yeah.  He has done a good job of coaching
15  you.
16         (Exhibit 95 marked.)
17     MR. DELL'ANGELO:  Let's mark an excerpt as
18  Exhibit 95.  This is an excerpt from March 14, 2014
19  from the UFC 171 Pre-fight Scrum in Dallas, Texas.
20         (Video clip playing.)
21     REPORTER:  Since the launch, people have been
22  comparing Fight Pass to the WWE network.  And, you
23  know, is that a fair comparison?  Do you look at it as
24  something you should compare with or is that a totally
25  different thing?

**451**

1         DANA WHITE - HIGHLY CONFIDENTIAL
2      Q.  Okay.  Were they -- you believe they were
3  true at the time you made them?
4      A.  Yes.
5      Q.  Do you believe that they're still true?
6      A.  No.
12     Q.  But that was in 2000, though; right?
13     A.  And since then -- I don't know when it was.
14  And since then, you know, he's interested in a lot of
15  our people now.  You know, Rhonda Rousey was on there.
16  They're definitely interested in Conor McGregor.  We
17  have gone back and forth with Brock Lesnar.  So, yeah.
18  I would -- I would say we are in competition.
19     Q.  Now?
20     A.  Yes.
21     Q.  But in 2014, your view was that you weren't?
22     A.  Whatever I was thinking then, I don't know
23  time.  I can't tell you what I was thinking in that
24  interview.  But A lot of things change in business.
25     MR. DELL'ANGELO:  So let me -- I would like

**450**

1         DANA WHITE - HIGHLY CONFIDENTIAL
2      MR. DANA WHITE:  Is it competition?  No.  I
3  mean, there's people that watch WWE, and there's people
4  that watch UFC.  You know, I don't care what the WWE's
5  doing.  It doesn't matter.  Good for them; I hope they
6  hit a home run, and it's -- it's very successful for
7  them.  What we're doing is completely different than
8  from what they're doing.  And, you know, you're always
9  going to have people who are going to bitch, but Fight
10  Pass has been a massive home run for us.  Huge home
11  run.
12     MR. ISAACSON:  I object to the use of the
13  excerpt as a basis for questions on the grounds of
14  completeness.
15  BY MR. DELL'ANGELO:
16     Q.  So, Mr. White, were you able to see that
17  video?
18     A.  Yep.
19     Q.  Were you able to hear it okay?
20     A.  Yes.
21     Q.  And you were depicted in that video?
22     A.  Yes.
23     Q.  Okay.  Did you make the statements in that
24  video?
25     A.  I did.

**452**

1         DANA WHITE - HIGHLY CONFIDENTIAL
2  to mark as Exhibit 96 the video clip from April 16,
3  2014 of -- taken from -- it's an excerpt from
4  April -- sorry, 16, 2014 Tough Nations Finale
5  Post-fight Scrum in Quebec City, Canada.
6         (Exhibit 96 marked.)
7         (Video clip playing.)
8      REPORTER:  When it comes to Direct TV, like
9  4/16/2014 just advertising space, for instance, would
10  more of that now benefit you when it comes to promoting
11  pay-per-views with WWE not being a focal point for
12  Direct TV?
13     MR. DANA WHITE:  I -- I don't think whether
14  WWE is on there or off there it affects us one way or
15  another.  I've always said we're two completely
16  different markets.  We're, you know -- you know, is
17  there some crossover?  Sure.  There is in boxing too.
18  But I don't think with Vince being on Direct TV or
19  being off Direct -- or Direct TV it -- it helps or
20  hurts our business one way or the other.
21  BY MR. DELL'ANGELO:
22     Q.  Mr. White, is it correct that in --
23     MR. ISAACSON:  I will object to the use of
24  the video on the grounds of completeness.
25  \\\

44  (Pages 449 to 452)

**PUBLIC COPY – REDACTED**



## 453

1  ==DANA WHITE - HIGHLY CONFIDENTIAL==
2  ==BY MR. DELL'ANGELO:==
3     ==Q.  Were you able to see the video, Mr. White?==
4     ==A.  Yes.==
5     ==Q.  Okay.  It was played as Exhibit 96.  And were==
6  ==you depicted in that video?==
7     ==A.  Yes.==
8     ==Q.  Okay.  Did you make the statements that you==
9  ==heard after the question was asked?==
10    ==A.  Yeah.==
11    ==Q.  And did you believe those statements to be==
12 ==true at the time they were made?==
13    ==A.  Yes.==
14    ==Q.  Okay.  And I believe you said that you've==
15 ==always said that the UFC and the WWE were two==
16 ==completely different markets; correct?==
17    ==A.  Right.==
18    Q.  Okay.  And is -- is it your testimony that
19 you believe there's come a time when you -- where that
20 is no longer true?
21    A.  Yeah.

## 454

13    Q.  Okay.  Mr. White, do you know currently what
14 percentage of the UFC's total gross revenues are paid
15 to fighters?
16    A.  I do not.
17    Q.  Okay.  Do you know at any time what
18 percentage of the UFC's total gross revenues were paid
19 to fighters?
20    A.  I don't.  Lorenzo would know that.
21    Q.  Lorenzo has spoken about that publicly;
22 right?
23    A.  Yes.
24    Q.  Okay.  And what do you understand that -- and
25 when you refer to "Lorenzo," you're referring to

## 455

1     DANA WHITE - HIGHLY CONFIDENTIAL
1  Lorenzo White -- or excuse me, Lorenzo Fertitta; right?
3    A.  My husband, yeah.
4    Q.  Okay.  We're -- we're learning so many new
5  things about today.
6    A.  Yeah.
7    Q.  Okay.  When you're referring to Lorenzo,
8  you're referring to Lorenzo Fertitta; right?
9    A.  Yes.
10   Q.  Okay.  What is -- and what do you understand
11 Mr. Fertitta has said publicly about the percentage of
12 revenue that the UFC pays to fighters?
13   A.  I don't know.
14      MR. ISAACSON:  Objection.  Calls for hearsay.
15      THE WITNESS:  You should -- you should ask
16 him those questions.  I don't know.
17 BY MR. DELL'ANGELO:
18   Q.  Do you recall having defended statements that
19 Mr. Fertitta has made about the percentage of revenue
20 that the UFC paid to its fighters?
21   A.  Yeah.  But I bet you when I said it, I said,
22 Hey, Lorenzo pointed this whole thing out.  If Lorenzo
23 knows, then I don't know.
24      It's just when we were talking about that
25 lawsuit, when I clam up and I say, Yeah, you should

## 456

1     DANA WHITE - HIGHLY CONFIDENTIAL
2  probably talk to the lawyers about that because I don't
3  know what I'm talking about.
4       MR. DELL'ANGELO:  Well, Counsel, I'm going to
5  transition at 7:30; so I'm going to suggest that we
6  transition until tomorrow.
7       MR. ISAACSON:  Where are we at?  How much
8  time do we have to go?
9       VIDEOGRAPHER:  Would you like to go off the
10 record now or I can -- I can tell you we were nine
11 minutes short of the mark of making it eight hours.
12      MR. DELL'ANGELO:  Okay.  So we have about two
13 hours left.
14      VIDEOGRAPHER:  So we have two hours and nine
15 minutes.
16      MR. ISAACSON:  All right.  Let's take a
17 break.
18      VIDEOGRAPHER:  This concludes Volume I of the
19 videotaped deposition of Dana White.  The time is
20 approximately 7:25 p.m.  We are going off the record.
21      (Thereupon, the videotaped deposition
22       concluded at 7:25 p.m.)

45  (Pages 453 to 456)

PUBLIC COPY – REDACTED