# Exhibit 33

Deposition of Dana F. White (August 10, 2017) (excerpted)

PUBLIC COPY - REDACTED

461

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
  )
      Plaintiffs, )
  )
      vs. ) Case No.
  ) 2:15-cv-01045-RFB-(PAL)
  )
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
  )
      Defendant. )
_____)

HIGHLY CONFIDENTIAL

CONTINUED VIDEOTAPED DEPOSITION OF

DANA F. WHITE, VOLUME II

LAS VEGAS, NEVADA

AUGUST 10, 2017

9:04 A.M.

REPORTED BY:
MICHELLE R. FERREYRA, CCR No. 876
JOB NO. 51038

**PUBLIC COPY – REDACTED**

538



10  Q. Okay. Are you familiar with Don King?
11  A. Very.
12  Q. Okay. Who's Don King?
13  A. Promotor, boxing promotor.
14  Q. Okay. And do you know what an option
15 contract is in boxing?
16  A. An option contract?
17  Q. Yes.
18  A. No.
19  Q. Do you know if -- you -- you've made some
20 public statements about the way boxing used its
21 contracts to control heavyweight division; right?
22  A. About how boxing uses its contracts to
23 control the heavyweight division?
24  Q. The way -- well, the way Don King --
25 promotors, such as Don King, would use their contracts

539

1       DANA WHITE - HIGHLY CONFIDENTIAL
2 to control heavyweight division. Do you recall that?
3       MR. ISAACSON: Objection to form.
4       THE WITNESS: No, I don't remember, but --
5 BY MR. DELL'ANGELO:
6  Q. Okay. Are you familiar with the term "lineal
7 championship -- champion" in boxing?
8  A. What is it?
9  Q. I'm asking you --
10  A. No.
11  Q. -- if you know what it is? Okay. If you
12 don't know what it is, that's fine.
13       What's the -- the typical UFC license fee for
14 a TV event?
15  A. Oh, I have no idea.
16  Q. Okay. All right. Do you know how -- what
17 level of revenue a UFC pay-per-view generates versus a
18 TV only event?
19  A. I don't know the --
20       MR. ISAACSON: Objection to form.
21       THE WITNESS: No. I don't know the exact.
22 BY MR. DELL'ANGELO:
23  Q. Okay. Actually, let -- let me reask the
24 question. Because I know we'll want it clear.
25       Do -- do you know what -- how the revenue is

540

1       DANA WHITE - HIGHLY CONFIDENTIAL
2 generated by a UFC pay-per-view event compared to a UFC
3 non pay-per-view event?
4       MR. ISAACSON: Do you have a time period for
5 this? Are you asking current or all the time?
6 BY MR. DELL'ANGELO:
7  Q. Do you know generally?
8  A. No.

17       MR. DELL'ANGELO: Okay. Okay. That document
18 there is seven --
19 BY MR. DELL'ANGELO:
20  Q. Is it -- is it true --
21       MR. DELL'ANGELO: Can I also have 127,
22 please?
23 BY MR. DELL'ANGELO:
24  Q. That you don't view boxing as competition to
25 the UFC?

541

1       DANA WHITE - HIGHLY CONFIDENTIAL
2       MR. ISAACSON: Objection to form.
3       THE WITNESS: I do. Sure.
4 BY MR. DELL'ANGELO:
5  Q. Okay.
6  A. For dates and -- you know, for dates and
7 venues. I told you before, on a Saturday night, I've
8 got to get people to stay home and watch fights. And,
9 you know, if they're on the same night, their
10 demographic is a little older than ours, but, you know,
11 we -- we -- we do compete for some things.
12       MR. DELL'ANGELO: 107 or 108?
13       MR. KOFFMAN: I'm sorry?
14       MR. DELL'ANGELO: 107 or 108?
15       (Exhibit 109 marked.)
16 BY MR. DELL'ANGELO:
17  Q. Mr. White, I'm handing you what I've marked
18 as Exhibit 108. 108 is an MMA Junkie article by John
19 Morgan, dated May 9, 2011.
20  A. Yep.
21       MR. DELL'ANGELO: Check if the last one was
22 108. Do you know for 108 or 109?
23 BY MR. DELL'ANGELO:
24  Q. Just take a look at that for a moment.
25       MR. DELL'ANGELO: Just for the record, I -- I

**PUBLIC COPY – REDACTED**

### Page 542

```
 1        DANA WHITE - HIGHLY CONFIDENTIAL
 2   think I said 108.  This should be 109.  Thanks.  I'll
 3   remark the MMA Junkie article from May 9, 2011 as 109.
 4   BY MR. DELL'ANGELO:
 5      Q.  All right.  Did you get a chance to -- just
 6   take look at that Mr. White.
 7      A.  Read it, no.
 8      Q.  Okay.  Let me just direct your attention on
 9   the first page there.
10      A.  Uh-huh.
11      Q.  If you -- of you look at the beginning here,
12   do you understand that there's a discussion about
13   boxing?
14      A.  Yep.
15      Q.  Okay.  And the third paragraph down, you're
16   quoted as saying, "I think boxing and the UFC can
17   co-exist."  Do you see that?
18      A.  Yep.
19      Q.  Okay.  And did you say that in 2011?
20      A.  Probably, yeah.
21      Q.  All right.  Did you believe it to be true at
22   that time?
23      A.  Yes.
24      Q.  Do you still believe it to be true?
25      A.  Yes.
```

### Page 543

```
 1        DANA WHITE - HIGHLY CONFIDENTIAL
 2      Q.  Okay.  If you look down two more paragraphs,
 3   it says, "Hell no," White said.  Do you see that?
 4      A.  Yeah.
 5      Q.  And after that, you're quoted as saying, "We
 6   don't look at it like we're in competition.  People who
 7   are real fight fans are fight fans, whether it's MMA or
 8   it's boxing," closed quotes.  Do you see that?
 9      A.  Yeah.
10      Q.  Okay.  And in 2011, was it your view that UFC
11   wasn't in competition with boxing?
12          MR. ISAACSON:  Objection to form.
13          THE WITNESS:  Yeah, no.  We're -- we're not
14   in competition with boxing.
15   BY MR. DELL'ANGELO:
16      Q.  Okay.  All right.  You can set those aside.
17      A.  We compete over certain things, venues and
18   nights, but --
19      Q.  But in terms of, you know, as a market,
20   you're -- you're not in competition with boxing?
21          MR. ISAACSON:  Objection to form.
22          MR. DELL'ANGELO:  I'll withdraw the question.
23   It's fine.
24          (Exhibit 110 marked.)
25   \\
```

### Page 544

DANA WHITE - HIGHLY CONFIDENTIAL
BY MR. DELL'ANGELO:

[content redacted]

### Page 545

DANA WHITE - HIGHLY CONFIDENTIAL

[content redacted]



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

PUBLIC COPY – REDACTED



546

547

548

12    Q.  Okay.  Let me show you what I'm marking as
13  Exhibit -- as Exhibit 101 -- I'm sorry.  111.
14        (Exhibit 111 marked.)
15  BY MR. DELL'ANGELO:

549

10    Q.  Okay.  All right.
11        (Exhibit 112 marked.)
12  BY MR. DELL'ANGELO:

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

554

11    A.  Yes.
12    Q.  Okay. You were a -- all right. So --
13        (Exhibit 114 marked.)
14    BY MR. DELL'ANGELO:

555

556

10        (Exhibit 115 marked.)
11    BY MR. DELL'ANGELO:
12    Q.  Mr. White, I'm handing you what I've marked
13    as Exhibit 115. So I guess if you don't know, is it
14    fair to say that -- as you sit here today, that even
15    though you've received, approximately 9 or 10 percent
16    of the now hundreds of millions of dollars of
17    distributions that we've seen that you don't -- you
18    don't know how the company was paying for those
19    distributions?
20    A.  I told you, I'm the fight genius. I'm the
21    promotion genius. I told you that yesterday. That's
22    what I do. It's the only thing I care about. And as
23    long as I do the only thing that I like and care about,
24    this whole thing works.
25    Q.  So the answer's no?

557

1         **DANA WHITE - HIGHLY CONFIDENTIAL**
2     A.  The answer's no.
3     Q.  Here's Exhibit 115. Exhibit 115 is the
4     Consolidated Financial Statements For The Years Ended
5     December 31, 2011 and 2010.
6     A.  Yeah.
7     Q.  Bates stamp ZFL-0000031. Have you seen this
8     before, Mr. White?
9     A.  No.
10    Q.  Any reason to doubt this is a true and
11    correct copy of Zuffa's Consolidated Financial
12    Statements For The Years Ended December 31, 2011 and
13    2010?
14    A.  No.
15    Q.  Okay. Would you turn to page 4, please.
16    A.  (Witness complies.)
17    Q.  Are you there?
18    A.  Yeah.
19    Q.  Okay. All right. And then look at the
20    table -- go up three lines down. It says, "Balance as
21    of December 31, 2009," as we stated. Do you see that?
22    A.  Which one are you asking me about?
23    Q.  Three lines down. It says, "Balance as of
24    December 31, 2009."
25    A.  Yes.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

```
                                                            558
 1         DANA WHITE - HIGHLY CONFIDENTIAL
 2     Q.  Do you see that?  Okay.
 3         And just under that it says, "Distributions,"
 4   correct?
 5     A.  Yeah.
 6     Q.  Okay.  And what was the amount of
 7   distributions that were made to you and the other
 8   owners of Zuffa for the period ending December 31,
 9   2009?
10     A.  $305,000.
11     Q.  Are you sure that's correct?
12     A.  No.
13     Q.  Because if you look at --
14     A.  It's wrong?
15     Q.  It's says -- it's in thousands; right.  So
16   wouldn't it be $305 million?
17     A.  Oh, awesome.  All right.
18     Q.  All right.  And you weren't -- were you even
19   aware of the size of the distribution to you?
20     A.  No.
21     Q.  Okay.
22     A.  If I cared about the money, I'd be gone with
23   everybody else.  I'm still here.
24     Q.  You -- you said a number of times, actually,
25   that you don't really care about money; right?
```

```
                                                            559
 1         DANA WHITE - HIGHLY CONFIDENTIAL
 2     A.  A million times.
 3     Q.  Okay.  Then you -- you've recently said after
 4   the WME acquisition that you have all the money you
 5   need; right?
 6     A.  Correct.
 7     Q.  Okay.  Do you know how Zuffa managed to make
 8   a $305 million distribution in -- in 2010?  Did it sell
 9   equity?
10     A.  Ask Lorenzo.
11     Q.  Okay.  Do you know if UFC sold equity --
```

```
                                                            560
 5     Q.  -- just to be clear.  Okay.
 6         (Exhibit 116 marked.)
 7   BY MR. DELL'ANGELO:
```

```
                                                            561
14     Q.  Okay.  All right.
15         (Exhibit 117 marked.)
16   BY MR. DELL'ANGELO:
17     Q.  I'm handing you what I've marked as
18   Exhibit 117, Mr. White.  Exhibit 117 is the Combined
19   Financial Statements of Zuffa For The Years Ended
20   December 31, 2013 --
21     A.  Okay.
22     Q.  -- and 2012?
23     A.  Okay.
24     Q.  Bates stamped ZFL-0000221.  Have you seen
25   this before?
```

26 (Pages 558 to 561)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**

562
1      **DANA WHITE - HIGHLY CONFIDENTIAL**
2      A.   No.
3      Q.   Any reason to believe that this is not the
4   combined -- a true and correct copy of the Combined
5   Financial Statements at Zuffa For The Years Ended
6   December 31, 2012 and 2013?
7      A.   No.
8      Q.   Okay.  Would you please turn to page 5 of the
9   document.
10     A.   (Witness complies.)
11     Q.   And if you look at the far left column,
12  "Balance as of December 31, 2011"?
13     A.   Yeah.
14     Q.   Do you see under that, there's distributions?
15     A.   Yeah.
16     Q.   And what was the distribution to yourself and



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**



566

568

567

1   **DANA WHITE - HIGHLY CONFIDENTIAL**
2   **MR. DELL'ANGELO:  Exhibit 118?**
3   MR. KOFFMAN:  Yeah.
4   (Exhibit 118 marked.)
5   BY MR. DELL'ANGELO:

569

28 (Pages 566 to 569)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**PUBLIC COPY – REDACTED**