# Exhibit 40

ZFL-0827903

**FILED UNDER SEAL**