# Exhibit 41

ZFL-0872344

**FILED UNDER SEAL**