# Exhibit 42

ZFL-0872351

**FILED UNDER SEAL**