# Exhibit 43

ZFL-0990908

**FILED UNDER SEAL**