# Exhibit 44

ZFL-1055607 (excerpted)

**FILED UNDER SEAL**