# Exhibit 45

ZFL-1081154

**FILED UNDER SEAL**