# Exhibit 46

ZFL-1096310

**FILED UNDER SEAL**