# Exhibit 47

ZFL-1240584

**FILED UNDER SEAL**