# Exhibit 48

ZFL-1384297 (excerpted)

**FILED UNDER SEAL**