# Exhibit 49

## ZFL-1391183

**FILED UNDER SEAL**