# Exhibit 50

ZFL-1404974

**FILED UNDER SEAL**