# Exhibit 51

ZFL-1421551

**FILED UNDER SEAL**