# Exhibit 52

ZFL-1472158 (excerpted)

**FILED UNDER SEAL**