# Exhibit 53

ZFL-1484034

**FILED UNDER SEAL**