# Exhibit 54

ZFL-1501599

**FILED UNDER SEAL**