# Exhibit 55

ZFL-1872579

**FILED UNDER SEAL**