# Exhibit 56

ZFL-1873428

**FILED UNDER SEAL**