# Exhibit 57

ZFL-1874637

**FILED UNDER SEAL**