# Exhibit 58

ZFL-1897652 (excerpted)

**FILED UNDER SEAL**