# Exhibit 59

ZFL-1904802

**FILED UNDER SEAL**