# Exhibit 60

ZFL-1911498

**FILED UNDER SEAL**