# Exhibit 61

ZFL-2020850

**FILED UNDER SEAL**