# Exhibit 62

ZFL-2193553

**FILED UNDER SEAL**