# Exhibit 63

## ZFL-2277058 (excerpted)

**FILED UNDER SEAL**