# Exhibit 64

ZFL-2279086 (excerpted)

**FILED UNDER SEAL**