# Exhibit 65

ZFL-2283306

**FILED UNDER SEAL**