# Exhibit 66

ZFL-2461790

FILED UNDER SEAL