# Exhibit 67

ZFL-2463304 (excerpted)

**FILED UNDER SEAL**