# Exhibit 68

ZFL-2469204

**FILED UNDER SEAL**