# Exhibit 69

ZFL-2469208

**FILED UNDER SEAL**