# Exhibit 70

ZFL-2477398

**FILED UNDER SEAL**