# Exhibit 71

ZFL-2496215

**FILED UNDER SEAL**