# Exhibit 72

ZFL-2497585

**FILED UNDER SEAL**