# Exhibit 73

ZFL-2528642

**FILED UNDER SEAL**