# Exhibit 74

ZFL-2528842

**FILED UNDER SEAL**