# Exhibit 75

ZFL-2535654

**FILED UNDER SEAL**