# Exhibit 76

ZFL-2536695

**FILED UNDER SEAL**