# Exhibit 77

ZFL-2544572

**FILED UNDER SEAL**