# Exhibit 78

ZFL-2700585 (excerpted)

**FILED UNDER SEAL**