# Exhibit 79

ZFL-2757165

**FILED UNDER SEAL**