# Exhibit 80

## ZFL-2764805

**FILED UNDER SEAL**