# Exhibit 81

ZFL-12535916

**FILED UNDER SEAL**