# Exhibit 82

ZFL-12543287

**FILED UNDER SEAL**