# Exhibit 83

ZUF-00031544

**FILED UNDER SEAL**