# Exhibit 84

ZUF-00085896

**FILED UNDER SEAL**