# Exhibit 85

ZUF-00108798 (excerpted)

**FILED UNDER SEAL**