# Exhibit 86

ZUF-00111415 (excerpted)

**FILED UNDER SEAL**