# Exhibit 87

ZUF-00154095

**FILED UNDER SEAL**