# Exhibit 88

ZUF-00162329 (excerpted)

**FILED UNDER SEAL**