# Exhibit 89

ZUF-00284193

**FILED UNDER SEAL**