# Exhibit 90

ZUF-00296965

**FILED UNDER SEAL**