# Exhibit 91

ZUF-00325418

**FILED UNDER SEAL**