# Exhibit 92

ZUF-00336384

**FILED UNDER SEAL**