# Exhibit 93

ZUF-00395941

**FILED UNDER SEAL**