# Exhibit 94

ZUF-00395952

**FILED UNDER SEAL**