# Exhibit 95

CG-UFC-00000005 (excerpted)

**FILED UNDER SEAL**