# Exhibit 96

DB-ZUFFA-00006237 (excerpted)

**FILED UNDER SEAL**