# Exhibit 97

DB-ZUFFA-00006389 (excerpted)

**FILED UNDER SEAL**