FILED UNDER SEAL

# Exhibit 98

DB-ZUFFA-00006528 (excerpted)