# Exhibit 99

DB-ZUFFA-00006631 (excerpted)

**FILED UNDER SEAL**