# Exhibit 100

DB-ZUFFA-00006712 (excerpted)

**FILED UNDER SEAL**