# Exhibit 101

DB-ZUFFA-00014046 (excerpted)

**FILED UNDER SEAL**