# Exhibit 102
DB-ZUFFA-00020303

**FILED UNDER SEAL**