# Exhibit 103

DB-ZUFFA-00024678 (excerpted)

**FILED UNDER SEAL**