# Exhibit 104

DB-ZUFFA-00056900 (excerpted)

**FILED UNDER SEAL**