# Exhibit 105

DB-ZUFFA-00057908 (excerpted)

**FILED UNDER SEAL**