# Exhibit 106

MDYS ZFF 000005

**FILED UNDER SEAL**