# Exhibit 107

MDYS ZFF 000039

**FILED UNDER SEAL**