# Exhibit 108

MDYS ZFF 000058

**FILED UNDER SEAL**