# Exhibit 109

MDYS ZFF 000074

**FILED UNDER SEAL**