# Exhibit 110

MDYS ZFF 000082

**FILED UNDER SEAL**