# Exhibit 111

MDYS ZFF 000103 (excerpted)

FILED UNDER SEAL