# Exhibit 112

RAINE0000019 (excerpted)

**FILED UNDER SEAL**