# Exhibit 113

RAINE0018791 (excerpted)

**FILED UNDER SEAL**