# Exhibit 114

RAINE0020542 (excerpted)

**FILED UNDER SEAL**