# Exhibit 115

RAINE0020633 (excerpted)

**FILED UNDER SEAL**