FILED UNDER SEAL

# Exhibit 116

WME_ZUFFA_00001150 (excerpted)