# Exhibit 117

WME_ZUFFA_00005368 (excerpted)

**FILED UNDER SEAL**