**FILED UNDER SEAL**

# Exhibit 118
## WME_ZUFFA_00013978