# Exhibit 119
WME_ZUFFA_00031950

**FILED UNDER SEAL**