# Exhibit 120

Z.E._006755 (excerpted)

**FILED UNDER SEAL**