# Exhibit 122

Hendrick 30(b)(6) Ex. 2 (excerpted)

**FILED UNDER SEAL**