# Exhibit 123

Hendrick 30(b)(6) Ex. 24 (ZFL-2642993)

**FILED UNDER SEAL**