# Exhibit 124

J. Silva Ex. 8 (ZUF-00296713)

**FILED UNDER SEAL**