# Exhibit 125

J. Silva Ex. 11 (ZFL-0822197)

**FILED UNDER SEAL**