# Exhibit 126

## J. Silva Ex. 12 (ZUF-00085896)

**FILED UNDER SEAL**