# Exhibit 127

## J. Silva Ex. 14 (ZFL-0826818)

**FILED UNDER SEAL**