# Exhibit 128

J. Silva Ex. 16 (ZFL-1012702)

**FILED UNDER SEAL**