# Exhibit 129

## J. Silva Ex. 26 (ZFL-2287140)

**FILED UNDER SEAL**