# Exhibit 130

J. Silva Ex. 28 (ZFL-0827903)

**FILED UNDER SEAL**