# Exhibit 131

J. Silva Ex. 29 (ZFL-2497582)

**FILED UNDER SEAL**