# Exhibit 132

J. Silva Ex. 39 (ZFL-0977248)

**FILED UNDER SEAL**