# Exhibit 133

J. Silva Ex. 45 (ZFL-2536288)

**FILED UNDER SEAL**