# Exhibit 134

Quinn Ex. 3 (ZFL-2699678) (excerpted)

**FILED UNDER SEAL**