# Exhibit 135

## White Ex. 36

**PUBLIC COPY**

×



**Dana White** ● @danawhite · 14 Oct 2012
OUCH @patriots

💬 180    🔁 211    42    ✉

**Ray Linden** @RBL78 · 14 Oct 2012
@danawhite @Patriots HAHAHA Good! Dummy!

💬 1    🔁 1    ✉

**Dana White** ●
@danawhite                          Following ⌄

Replying to @RBL78

# @RBL78 pride is dead dummy! I killed em!!!

1:21 PM - 14 Oct 2012

**23** Retweets  **8** Likes

💬 12    🔁 23    8    ✉

🖊 Tweet your reply

**Naim Ukperaj** @naimukp · 14 Oct 2012
Replying to @danawhite
@danawhite Lmfaoooo gooooood one #PrideIsDead

💬 1    🔁    ✉

**Dana White** ● @danawhite · 14 Oct 2012
@naimukp pride never die geek talkin shit

💬 3    🔁 4    1    ✉

**Naim Ukperaj** @naimukp · 14 Oct 2012
@danawhite lmao it's ok. you got him man #DanaKilledPride #UFC

💬    🔁    ✉

**Ray Linden** @RBL78 · 14 Oct 2012
Replying to @danawhite
@danawhite UFC will be dead soon if you keep oversaturating the product with lackluster cards, dummy!

💬 3    🔁    ✉

**Dana White** ● @danawhite · 14 Oct 2012
@RBL78 oh ok. Hold ur breath waiting for that one fuck nuts

💬 4    🔁 7    28    ✉

Tweet unavailable

**Ray Linden** @RBL78 · 14 Oct 2012
Replying to @flyin_crane42



Δ π EXHIBIT 26
Deponent White
Date 5/14/7 Rptr.
WWW.DEPOBOOK.COM

**PUBLIC COPY**