# Exhibit 137

White Ex. 117 (ZFL-0000221) (excerpted)

**FILED UNDER SEAL**