# Exhibit 138

## Defendant Zuffa, LLC's Responses to Plaintiffs' Second, Third, and Fourth Set of Requests for Admission (excerpted)

**FILED UNDER SEAL**