# Exhibit 141

Deposition of Hal J. Singer, Ph.D. (January 23, 2018) (excerpted)

```
    IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEVADA
                 - - -

CUNG LE, NATHAN QUARRY, JON: CIVIL ACTION
FITCH, BRANDON VERA, LUIS  :
JAVIER VAZQUEZ, and KYLE   :
KLINGSBURY on behalf of    :
themselves an others       :
Similarly situated,        :
           Plaintiffs      : CASE NO.
                           : 2:15-cv-01045-RFB
        vs.                : (PAL)
                           :
ZUFFA, LLC d/b/a ULTIMATE  :
FIGHTING CHAMPIONSHIP and  :
UFC,                       :
           Defendants      :

                 - - -
        Tuesday, January 23, 2018
                DAY 2
                 - - -
```

Continuation of videotaped deposition of HAL J. SINGER, Ph.D., taken pursuant to notice, was held at the offices of BERGER & MONTAGUE, P.C., 1622 Locust Street, Philadelphia, PA 19103, commencing at 10:19 a.m., on the above date, before Lori A. Zabielski, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

```
                 - - -
           MAGNA LEGAL SERVICES
              866.624.6221
              www.MagnaLS.com
```



Page 539

1  tracked market definition?
2      A.  It's conceivable that I did.
3  I don't know how frequently this happens
4  where there is a fighter associated with
5  a promoter, which is covered by
6  FightMetrics.  That seemed -- that would
7  seem to sweep up all of the associated
8  fighters, but I allowed the database to
9  inform that measure of the relevant input
10 market.
11     Q.  All right.  And if you --
12 why let the database define the fighters
13 in the tracked market as opposed to
14 define the tracked market by all the
15 fighters who work for the buyers in the
16 market?
17     A.  Again, I am not letting the
18 database define it.  I am defining the
19 market.  The database is one way to
20 measure the scope of the market after I
21 have defined it.  I have defined it as
22 MMA, professional MMA fighters, and then
23 I want to go out and get a list of who
24 those fighters are.  And, of course, this

Page 540

1  is ultimately leading to how big is Zuffa
2  in that -- in that market.  And I think I
3  identified two industry databases,
4  FightMetrics and Fight Matrix, and I used
5  both.
6      Q.  All right.  For the tracked
7  market, why did you use the FightMetric
8  list of fighters to identify the fighters
9  in that market as opposed to looking to
10 all the fighters who were -- who fought
11 for buyers in the market?
12     A.  I am not sure there is a
13 difference still, as we sit here.  But I
14 wanted to allow -- there is a product in
15 the market that promoters are buying or
16 people who are tracking the MMA industry
17 are buying, and that's the FightMetric
18 database.  I wanted to begin with that as
19 the way to populate the participants from
20 the fighters' perspective in my relevant
21 input market.
22     Q.  Why begin -- I understand
23 you wanted to begin with that.  Why did
24 you begin with that and I think end with

Page 541

1  that rather than look at all the fighters
2  who worked for buyers -- who fought for
3  buyers in the market?
4      A.  Remember, there were a few
5  additions I believe that I made to the --
6  to the tracked, and then there were a few
7  additions that I made to the -- to the
8  ranked.
9          I am not certain that there
10 are fighters who were omitted in the way
11 that you describe.  But I think that
12 there is a product in the market, people
13 use it to study this industry, and I felt
14 that that was a good place to start to
15 define the participants in the market.
16     Q.  Okay.  And did you follow
17 the same approach with the ranked market?
18         I asked you why did you look
19 to the list of fighters in the ranked
20 market as opposed to all the fighters who
21 fought for buyers or promoters in that
22 market.  Your answer would be you wanted
23 to start with a list that was in the
24 marketplace?

Page 542

1      A.  I thought that with -- with
2  ranked, we wanted to be as broad as we
3  possibly could and capture all the
4  relevant participants.  I think that if
5  you -- if you go beyond who has a rank,
6  you are going to tend to overstate the
7  boundaries of the market.  So I thought
8  that was -- that served as a useful outer
9  bound of how big the market could
10 conceivably be.
11     Q.  The -- are you familiar with
12 the term "price discrimination market" in
13 the merger guideline?
14     A.  Yes.
15     Q.  Okay.  Did you -- are you
16 defining any price discrimination markets
17 in this case?
18     A.  No.
19     Q.  If we look at paragraph 125
20 of your report, your rebuttal, your reply
21 report -- well, actually, I have this
22 along, so I am going to skip that.
23         Now, we have been discussing
24 your input market, input markets.

Page 543

```
 1        A.   Yes.
 2        Q.   Now, your output markets are
 3   the live MMA events in which the
 4   participating fighters are either in the
 5   relevant input market or the relevant
 6   input submarket?
 7        A.   Yes.
 8        Q.   Okay.  And the consumers of
 9   the output market include viewers, cable
10   networks, broadcast networks and
11   sponsors; is that fair?
12        A.   Well, certainly, viewers and
13   consumers.
14             Can I hear -- can I hear --
15        Q.   Viewers, cable networks,
16   broadcast networks, sponsors.
17        A.   I feel more comfortable
18   saying that viewers are the -- are the
19   primary consumers in the output market,
20   not the -- not the cable distributors.
21   That's just an intermediary between the
22   viewer and the -- and the producer of the
23   event.
24        Q.   So I am not -- I wasn't
```

Page 544

```
 1   trying to assess anybody as primary or
 2   secondary.
 3             Rather, consumers -- do the
 4   consumers in your output market include
 5   viewers, cable networks, broadcast
 6   networks and sponsors?
 7             MR. CRAMER:  Asked and
 8        answered.
 9             THE WITNESS:  I don't recall
10        looking at substitution by
11        sponsors or substitution by cable
12        distributors.  I think that the
13        right lens is that of the
14        consumer's perspective, ultimately
15        the viewer.
16   BY MR. ISAACSON:
17        Q.   All right.  Well, let me use
18   a -- maybe it's my word choice.
19             Are the customers in your
20   relevant output market viewers, cable
21   networks, broadcast networks and
22   sponsors?
23             MR. CRAMER:  Objection to
24        form.
```

Page 545

```
 1             THE WITNESS:  And let's just
 2        focus on cable networks.  Are
 3        you -- I took your first question
 4        to mean cable distributors.  Are
 5        you -- are you intentionally
 6        making a distinction between cable
 7        networks and cable distributors
 8        now?
 9   BY MR. ISAACSON:
10        Q.   No.  I am not even sure what
11   you mean by a cable distributors.
12        A.   Oh, a cable distributor
13   would be like Comcast, and a cable
14   network would be like a station or a
15   network that appears on the cable system.
16        Q.   I mean -- well, let's --
17   let's do both.
18        A.   Okay.
19        Q.   So -- so Comcast is under
20   your definition a cable station?
21        A.   No.  Comcast is a
22   distributor.
23        Q.   A distributor.  Okay.
24        A.   Comcast happens to be
```

Page 546

```
 1   vertically integrated into certain
 2   networks as well.  But...
 3        Q.   All right.  Okay.  So are
 4   the customers in your relevant output
 5   market viewers, cable stations, cable
 6   networks, broadcast networks and
 7   sponsors?
 8             MR. CRAMER:  Form.
 9             THE WITNESS:  I think that
10        I -- the most natural customer to
11        think of in the output market,
12        which is the consumption of the
13        event, is the viewer.  I think
14        that we could -- we could talk
15        about the way that sponsors -- the
16        role that sponsors play in this
17        market and the role that cable
18        networks play, but I -- they are
19        not -- they are not symmetrically
20        aligned with the viewers.  And I
21        think that if -- I am trying to
22        recall the methods that I used to
23        define the contours, and I think
24        it was largely from the
```

MAGNA LEGAL SERVICES

Page 547

```
 1      perspective of viewers.
 2   BY MR. ISAACSON:
 3      Q.   So for your relevant output
 4   market, are sponsors customers in that
 5   market?
 6           MR. CRAMER:  Asked and
 7      answered.
 8           THE WITNESS:  I just don't
 9      like using -- I don't like using
10      the word "customer."
11   BY MR. ISAACSON:
12      Q.   Okay.  Are -- in your output
13   market, are sponsors buyers in that
14   market?
15           MR. CRAMER:  Asked and
16      answered.
17           THE WITNESS:  Sponsors are
18      buying advertising slots that are
19      associated with the event itself,
20      but I think the consumption of the
21      event is most properly understood
22      from the lens of the viewer, the
23      consumer.
24
```

Page 548

```
 1   BY MR. ISAACSON:
 2      Q.   So does that mean sponsors
 3   are not buyers in your relevant output
 4   market?
 5           MR. CRAMER:  Asked and
 6      answered.
 7           THE WITNESS:  They buy
 8      advertising slots that are sold
 9      alongside the event itself, but I
10      am -- I am considering the event
11      as the -- as what's being
12      produced.
13   BY MR. ISAACSON:
14      Q.   Okay.  In your relevant
15   output market, are broadcast networks --
16   I guess you don't like using the term
17   "customers" for broadcast networks; is
18   that --
19      A.   They are certainly not
20   the -- not the ultimate customer.  They
21   are an intermediary that gets them
22   between the ultimate customer and the
23   producer.  And only for a small sliver of
24   events.
```

Page 549

```
 1           I think the action, the
 2   television action at least, is occurring
 3   on the pay-per-view side, not on the
 4   non-pay-per-view viewing side.
 5      Q.   As you define your relevant
 6   output market, are broadcast networks
 7   customers or buyers?
 8      A.   I think the broadcast
 9   networks are buying the rights to
10   distribute the events to the ultimate
11   consumer, which is the viewer.  So I
12   still like to think about the consumer or
13   the buyer in the output market, the
14   event, the production of the event as the
15   consumer, the viewer, ultimately.
16      Q.   And so I just need to go
17   over this again because I understand you
18   think the consumer -- you think about the
19   consumer as the -- I guess as the -- as
20   the buyer ultimately, but I am trying to
21   figure out who you are excluding.  I
22   understand you have got the consumers in
23   there.
24           Are broadcast networks
```

Page 550

```
 1   customers or buyers in your -- in the
 2   relevant output market you have defined?
 3           MR. CRAMER:  Asked and
 4      answered.
 5           THE WITNESS:  I think they
 6      are an intermediate -- an
 7      intermediary that stands between
 8      the customers and the producers of
 9      the events, and only for a small
10      sliver of what I consider the
11      valuable television that's being
12      produced here.
13   BY MR. ISAACSON:
14      Q.   So does that mean they are
15   or are not customers or buyers in your
16   relevant output market?
17      A.   I think -- sorry.
18           MR. CRAMER:  I was going to
19      say, same objection.
20           Go ahead.  You may answer.
21           THE WITNESS:  I would -- I
22      would say it depends on how you
23      want to -- what question are you
24      trying to answer?
```

Magna Legal Services

Page 551

1  BY MR. ISAACSON:
2      Q.  I am talking about the
3  questions you are answering that you are
4  defining in your market.  I am talking
5  about your relevant output market.
6      A.  Sure.
7      Q.  Are the buyer -- are the
8  broadcast networks buyers or customers in
9  that market?
10         MR. CRAMER:  Same objection.
11         THE WITNESS:  I think
12  that -- I would have to go back to
13  my initial report, but if I am
14  remembering correctly, I was
15  looking at to where viewers would
16  go in response to a SSNIP in the
17  output market, not where cable
18  distributors would go, not where
19  cable networks would go.  I was
20  looking at where viewers would go.
21  That's my memory, sitting here
22  today, as to -- as to how I
23  performed the SSNIP in the output
24  market.

Page 552

1  BY MR. ISAACSON:
2      Q.  So at the -- by the end of
3  your reply report, you have not done a
4  SSNIP analysis for your output market for
5  sponsors; is that correct?
6         MR. CRAMER:  Objection to
7  form.
8         THE WITNESS:  I would have
9  to go back and look at my initial
10  report, but I -- my -- sitting
11  here, I don't -- I don't recall
12  doing that.
13  BY MR. ISAACSON:
14      Q.  Okay.  And at the end of
15  your reports, for your -- for the
16  relevant output market you have defined,
17  you haven't done a SSNIP analysis for
18  broadcast networks; is that correct?
19      A.  I think the same answer.
20  It's possible I had record evidence that
21  spoke to the views of broadcasters, but
22  I -- sitting here, that's not what I
23  recall.
24      Q.  Okay.  For your relevant

Page 553

1  output market as you define it, you
2  didn't do a SSNIP analysis for cable
3  stations or cable networks?
4      A.  I don't recall doing a
5  SSNIP, but I would have to go back and
6  refer to my -- from that perspective, but
7  I would have to go back and refer to my
8  initial report.
9      Q.  Okay.  And do you -- are you
10  able to say today whether cable stations
11  or cable networks are customers in the
12  relevant output market that you defined?
13      A.  I think that with the caveat
14  that we are studying the non-pay-per-view
15  events, which, of course, are not the
16  important or salient or marketable or
17  valuable component of the content that's
18  being created, I think that you could say
19  that the cable networks can serve as a
20  proxy for the preferences of the ultimate
21  consumers, but I think that I conducted
22  my relevant output market analysis from
23  the perspective of the ultimate consumers
24  or customers, namely, the viewers.

Page 554

1      Q.  Are the consumers the only
2  relative -- relevant customers in the
3  output market you have defined?
4      A.  Can I have it back?
5          - - -
6         (The reporter read from the
7  record as requested.)
8          - - -
9  BY MR. ISAACSON:
10      Q.  And by "consumers," I mean
11  individuals who attend or watch events,
12  such as myself.
13      A.  I am going to have it back.
14  I am sorry.
15      Q.  Sure.  I don't blame you.
16          - - -
17         (The reporter read from the
18  record as requested.)
19          - - -
20  BY MR. ISAACSON:
21      Q.  And by "consumers," I mean
22  individuals who attend events or watch
23  them.
24      A.  I don't know what it means



Page 555

1   to say the only relevant.  I think I have
2   answered this now several times, which is
3   that there are other intermediaries that
4   sometimes stand between the consumer, the
5   end consumer, and the producer of the
6   events.  And whether or not you want to
7   call them relevant, I think, doesn't
8   really have any bearing on my analysis
9   much.
10         Q.   Okay.  I understand.  What I
11   am trying to understand is other than as
12   a proxy for individual consumers, were --
13   proxy or intermediary for individual
14   consumers, were broadcast networks, cable
15   stations or -- broadcast networks or
16   cable stations relevant to your output
17   market analysis?
18         A.   Only insofar as they are
19   representing an intermediary or a proxy
20   for the ultimate viewer or consumer.
21         Q.   All right.  And while you
22   considered them -- cable stations and
23   broadcast networks as intermediaries for
24   individual viewers and customers, you did

Page 556

1   not consider them, other than that, to be
2   customers in your relevant output market;
3   is that correct?
4         A.   Other than the preferences
5   that they are -- that they are trying to
6   capture of their viewers, I don't know
7   what else there is to capture.  But -- so
8   I will leave it at that.
9         Q.   And sponsors, you don't
10   consider sponsors to be intermediaries
11   for individual viewers or customers; is
12   that correct?
13         A.   I would consider sponsors
14   differently.  I don't consider them to be
15   an intermediary or a proxy for the demand
16   of the -- of the viewers, no.
17         Q.   And you wouldn't consider
18   sponsors to be customers in the relevant
19   output market that you have defined?
20         MR. CRAMER:  Asked and
21     answered.
22         THE WITNESS:  There is
23     analysis, of course, that is
24     coming to mind of what I call

Page 557

1     shorthand, the sponsorship tax,
2     but that was designed largely to
3     see if fighters would defect, and
4     so it was more, I think, relevant
5     for the input market.  We are
6     talking about output market now.
7   BY MR. ISAACSON:
8         Q.   Yes, that's true.  We were
9   just talking about relevant output
10   market.
11         A.   I think that if this were a
12   different case and it concerned the
13   exercise of market power vis-à-vis
14   sponsors, say, a price increase of
15   advertisement, say, for the -- for the
16   sponsors, I just -- sitting here thinking
17   about the way that I informed the
18   relevant output market, I can't recall.
19   It's possible that it's in there, but I
20   just can't recall analyses that were done
21   from the perspective of sponsors.
22         Q.   Okay.  Now, I think you
23   mentioned that you considered broadcast
24   of MMA to be a small sliver of the

Page 558

1   valuable television of MMA?
2         A.   Oh, yes.
3         Q.   Would you explain what you
4   mean by that?
5         A.   When you just use the
6   weights, when you compute the
7   pay-per-view revenues versus the
8   non-pay-per-view revenues on TV,
9   pay-per-view is much bigger.
10         Q.   All right.
11         MR. ISAACSON:  Could we give
12     him his original report or do you
13     have the original report there?
14         MR. WIDNELL:  No.
15   BY MR. ISAACSON:
16         Q.   This has previously been
17   marked as Exhibit-1.  So on page 74 of
18   your opening report, paragraph 108, in
19   the last sentence, last sentence of
20   paragraph 108.
21         A.   Yeah, I was just getting my
22   bearings.  Hold on.  Yes, got it.
23         Q.   It says:  Fight Matrix is
24   recognized by Zuffa itself as an



Page 559

```
 1  authoritative source of MMA Fighter
 2  rankings.
 3          And for that, you cite the
 4  definition of Javier Vazquez?
 5          Is there anything else that
 6  you would point to to support that?
 7          MR. CRAMER:  He signed the
 8  exhibits, too.
 9          MR. ISAACSON:  Yes, he
10  signed the deposition exhibits.
11          MR. CRAMER:  Let me just
12  lodge an objection.  You've had
13  many hours to depose the witness
14  on the opening report, and this
15  report was written a long time
16  ago.  You should have asked this
17  question at the opening report.
18          MR. ISAACSON:  No.  We -- we
19  allocated our -- we were allowed
20  to allocate our hours as to how we
21  wanted and whether we wanted to.
22  So we were allowed to do both
23  reports.  That was the original
24  deal.
```

Page 560

```
 1          MR. CRAMER:  That's not my
 2  understanding.  I am not going to
 3  direct him not to answer.
 4          MR. ISAACSON:  That was
 5  actually written down because I
 6  was --
 7          MR. CRAMER:  All right.
 8  Well, I am not going to direct him
 9  not to answer.  I am just saying
10  you are asking him to remember
11  something from a long time ago.
12          But go ahead.
13          THE WITNESS:  You are asking
14  me if there are other sources of
15  authority beyond those cited in
16  footnote 300 --
17          MR. ISAACSON:  Yes.
18          THE WITNESS:  -- which
19  includes these exhibits, 42, 43
20  and 44, as to whether Zuffa
21  considers the Fight Matrix data to
22  be authoritative?
23  BY MR. ISAACSON:
24     Q.   Yes.
```

Page 561

```
 1     A.   Sitting here, I am not going
 2  to be able to recall others, but it's
 3  certainly conceivable that throughout my
 4  report I have mentioned others.
 5     Q.   Okay.  In your rebuttal
 6  report, paragraph 124?
 7     A.   Okay.  I have got it.
 8     Q.   Right.  So there is a
 9  discussion of coefficients that were not
10  statistically significant.  And you say
11  that's not at all surprising that some
12  are not individually statistically
13  insignificant, and you explain why.
14     A.   I think you said -- oh,
15  never mind.  Just keep -- keep going.  I
16  am sorry.
17     Q.   All right.  And your
18  conclusion is it's not at all surprising
19  that coefficients of some are
20  individually statistically significant,
21  but this does not apply that these
22  control variables are not collectively
23  significant.
24     A.   You almost said it right,
```

Page 562

```
 1  but I think you used significant when you
 2  meant to say insignificant.  It's not
 3  surprising that some are --
 4     Q.   You are right.  You are
 5  right.  Let me rephrase.
 6     A.   -- individually -- I will
 7  finish -- individually significant when
 8  you consider the fact that they are
 9  colinear with other -- a myriad of other
10  right-hand side variables in the
11  regression.
12     Q.   Let me rephrase my question.
13  In your opinion, it's not at all
14  surprising that coefficients on some are
15  individually statistically insignificant,
16  but that does not apply to control
17  variables are not collectively
18  significant?
19     A.   Well, let me hear the end of
20  that.
21          - - -
22          (The reporter read from the
23      record as requested.)
24          - - -
```