Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER|MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:    (215) 875-3000
Facsimile:     (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>               Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL** |

Pending before the Court is Plaintiffs' Motion for Leave to Lodge Materials Under Seal re Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment. Having considered the papers submitted, the Court hereby **ORDERS**:

Plaintiffs' motion is **GRANTED**.


IT IS SO ORDERED.

DATED: _____          By: _____
                                                                     The Honorable Richard F. Boulware, II
                                                                     UNITED STATES DISTRICT JUDGE

Case No.: 2:15-cv-01045-RFB-(PAL)

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL