WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR ZUFFA TO FILE MOTION TO SEAL PLAINITFFS' OPPOSITION TO ZUFFA'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 599)**<br><br>**(First Request)** |

[PROPOSED] ORDER GRANTING JT. MOT. TO EXTEND ZUFFA'S DEADLINE TO FILE MOT. TO SEAL PLS' MSJ OPP.

**[PROPOSED] ORDER**

Before this Court is the Joint Motion to Extend the Deadline for Zuffa to File Motion to Seal Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment filed by Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") (collectively "the Parties").

The Court finds that the Parties have demonstrated that good cause exists and that the extension of the aforementioned deadline is appropriate. Therefore, it is ordered that the deadline for Zuffa to file a motion to seal Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment is extended by one week. Zuffa's motion to seal is now due on October 3, 2018.

IT IS SO ORDERED.

DATED: _____, 2018        By:_____

UNITED STATES [DISTRICT / MAGISTRATE] JUDGE