| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro hac vice*) |
| 2 | (wisaacson@bsfllp.com)<br>STACEY K. GRIGSBY (*Pro hac vice*) |
| 3 | (sgrigsby@bsfllp.com)<br>NICHOLAS WIDNELL (*Pro hac vice*) |
| 4 | (nwidnell@bsfllp.com)<br>BOIES SCHILLER FLEXNER LLP |
| 5 | 1401 New York Avenue, NW<br>Washington, DC 20005 |
| 6 | Tel: (202) 237-2727; Fax: (202) 237-6131 |
| 7 | RICHARD J. POCKER #3568<br>(rpocker@bsfllp.com) |
| 8 | BOIES SCHILLER FLEXNER LLP<br>300 South Fourth Street, Suite 800 |
| 9 | Las Vegas, Nevada 89101<br>Tel: (702) 382-7300; Fax: (702) 382-2755 |
| 10 | DONALD J. CAMPBELL #1216 |
| 11 | (djc@campbellandwilliams.com)<br>J. COLBY WILLIAMS  #5549 |
| 12 | (jcw@campbellandwilliams.com)<br>CAMPBELL & WILLIAMS |
| 13 | 700 South 7th Street<br>Las Vegas, Nevada 89101 |
| 14 | Tel: (702) 382-5222; Fax: (702) 382-0540 |
| 15 | *Attorneys for Defendant* Zuffa, LLC, d/b/a<br>Ultimate Fighting Championship and UFC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>     v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>              Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PLAINTIFFS' OPPOSITION TO ZUFFA'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 596)** |

**[PROPOSED] ORDER**

Before this Court is Zuffa, LLC's ("Zuffa") Motion to Seal Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment (ECF No. 596) ("Plaintiffs' Opposition").  After reviewing the relevant papers, the Court finds that Zuffa has shown that compelling reasons exist to seal the documents Zuffa moves to file under seal.

IT IS HEREBY ORDERED THAT Zuffa's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal those documents and portions of documents that have been lodged under seal in connection with Plaintiffs' Opposition.

IT IS FURTHER ORDERED THAT for those exhibits for which Zuffa has filed documents publicly, the Clerk of the Court shall replace those under seal exhibits with the versions Zuffa has filed publicly.

IT IS FURTHER ORDERED THAT the public redacted version of Plaintiffs' Opposition that Zuffa has filed publicly shall replace the public version of Plaintiffs' Opposition that was originally filed.

IT IS SO ORDERED.

DATED: _____, 2018              By:_____
                                                 Hon. Richard F. Boulware
                                                 UNITED STATES DISTRICT JUDGE