# Exhibit 44

ZFL-1055607 (excerpted)

**FILED UNDER SEAL**

# I. Company Overview

## Business Overview

Zuffa is a vertically integrated sports and media company that owns and operates the Ultimate Fighting Championship, the world's premier mixed martial arts (MMA) organization. UFC is the most recognized brand in MMA globally and is synonymous with the sport in many parts of the world. UFC produces more than 30 live events annually and over 250 hours of original programming. The Company generates majority of its revenues from monetizing its content through multiple distribution platforms (including PPV, free-to-air, subscription, closed circuit, online and mobile), event ticket sales, digital media, sponsorship, merchandise and licensing. In addition, ancillary brand extensions include an internationally distributed magazine, UFC GYM®, UFC Fight Club, and UFC Fan Expo® festivals.

UFC is the largest PPV event provider in the world. In 2012, the UFC burst into the mainstream with a landmark seven-year broadcast agreement with FOX Sports Media Group. The agreement includes four live events broadcast on the FOX network annually, with additional fight cards and thousands of hours of programming broadcast on FOX properties FX and FUEL TV. This also includes the longest-running sports reality show on television, The Ultimate Fighter®, which now airs Tuesday nights on FX.

UFC programming is broadcast in over 145 countries and territories, to nearly 800 million TV households worldwide, in 30 different languages. UFC connects with tens of millions of fans through its website, UFC.com, as well as social media sites Facebook and Twitter. UFC President Dana White is considered one of the most accessible and followed executives in sports, with over two million followers on Twitter.

Zuffa is headquartered in Las Vegas has offices in Los Angeles, Toronto, London, Sao Paolo and Beijing.

## History and Strategic Repositioning

The Ultimate Fighting Championship brand promoted the first MMA event in 1993. The purpose of the original UFC competitions was to establish which martial art would prove most. The competition fights had no weight classes and limited rules akin to the "no holds barred" style competitions popular in Brazil at the time ("Vale Tudo"). The events were positioned as entertainment and fans were predominantly "spectacle seekers". The unregulated nature of the competition while successful at first eventually led to a deterioration of the public perception of the UFC, associating the brand with "human cockfighting" and a "blood sport". The increasing bad publicity of the sport and the brand led to regulatory authorities banning the sport of mixed martial arts in a number of states and the loss of all cable PPV distribution rights. The niche nature of the sport led the UFC to a near bankruptcy in late 2000.

In January 2001, Zuffa, a holding company owned by Frank Fertitta III, Lorenzo Fertitta and Dana White, acquired the Ultimate Fighting Championship. Leveraging the Fertitta's relationships in the entertainment industry, Lorenzo Fertitta's experience as a member of the Nevada State Athletic Commission and Dana White's strong relationships with multiple popular MMA fighters such as Chuck

1

CONFIDENTIAL
FILED UNDER SEAL
ZFL-1055607

staging, lighting, and sound), weigh-ins, media conferences, guest fighter appearances and open workouts for the media. The Octagon™, symbolic of the highest quality of MMA events and a registered trademark of the UFC, is the main stage of all UFC events.

### Athletes

UFC is home to the best MMA athletes in the world and is the coveted destination for all MMA fighters around the world. UFC has the deepest talent roster in the sport of MMA with over 425 athletes from 38 countries competing in 9 divisions. All UFC fighters have previous combat sports experience and many are NCAA collegiate athletes, All-American wrestlers, world champions and Olympic competitors and medalists. All athletes are under long term, exclusive contracts which provides a major competitive advantage for the UFC.

The UFC Octagon has housed the most iconic MMA fighters in the world including currently active athletes such as Anderson Silva, Georges St. Pierre, Jon Jones, Junior Dos Santos, Cain Velazques, Rashad Evans, Forest Griffin, Chael Sonnen, Jose Aldo and legends such as Chuck Liddell, Matt Hughes, Royce Gracie, Mark Coleman, BJ Penn, and Tito Ortiz.

[Insert pictures of the current champions in each division, from existing slides]

In May 2011 UFC became the only league to provide insurance coverage for all of its fighters to cover accidental injuries suffered while training, as well as non-training incidents. The new policy is complementary to the gold-standard UFC has set for the event-related insurance coverage. The significant financial resources committed to the new insurance policy are a prime example of Zuffa's dedication to providing best-in-class opportunities for its athletes.

In January 2013, UFC created a Conduct Policy, a clear set of athlete guidelines to memorialize the values long held by the organization. As ambassadors of the sport and the organization, UFC athletes have always been held to a high standard. The UFC recognizes that athletes face both professional and personal pressures, and with health and safety paramount, the Conduct Policy best positions UFC athletes for a successful career and post-UFC future.

The league's undisputed highest level of competition, its paramount focus on fighter health and safety, its international dominance, and its significant revenue potential for fighters have cemented it as the Mecca of MMA. UFC is the ultimate destination for all fighters across the globe.

### Production Capabilities

UFC has full-service in-house production capabilities, unparalleled by any other sports leagues in the world. UFC creates and produces all of its live and taped content which allows us full control of the brand and the quality of production. We operate 2 production facilities located in Las Vegas, NV and one

CONFIDENTIAL
FILED UNDER SEAL
ZFL-1055613