# Exhibit 46

ZFL-1096310

**FILED UNDER SEAL**

**To:** Jackie Poriadjian
**From:** Doug Hartling
**Sent:** Thu 3/26/2015 6:47:07 PM
**Importance:** Normal
**Subject:** FW: pbc on espn starting saturday july 11
**Received:** Thu 3/26/2015 6:47:09 PM

I had Brendan pull some numbers from Nielsen and found out the following:

Of the total audience that tuned in to UFC Fight Night Boston (4,386,000), 507,000 **(or 11.5%)** also tuned in to PBC on NBC on March 7.
Of the total audience that tuned in to UFC Fight Night Stockholm (5,771,000), 1,016,000 **(17.6%)** also tuned in to PBC on NBC on March 7.

In our core demo, Males 18 – 49, the audience crossover was smaller: **8.6%** for Fight Night Boston, and **14.5%** for Fight Night Stockholm.

Would you like me to share this with Garry? I've also asked Simulmedia to pull a similar analysis from their STB sources.

Doug

**UFC**
DOUG HARTLING | VICE PRESIDENT, MARKETING
ULTIMATE FIGHTING CHAMPIONSHIP
PO Box 26959 | Las Vegas, NV 89126

http://twitter.com/ufc     http://facebook.com/UFC

---

**From:** Garry Cook
**Sent:** Monday, March 23, 2015 7:52 PM
**To:** Jackie Poriadjian
**Cc:** Doug Hartling; John Mulkey
**Subject:** FW: pbc on espn starting saturday july 11

Jackie

As we continue to drive demand for our products on TV it is worth looking at the other distractions in more detail. This one attached seems to be attracting our attention.

Personally I am not sure how this product is vastly different from previous iterations and how it will VASTLY change the outcome…..???

G

**From:** John Mulkey
**Date:** Thursday, 19 March 2015 22:40
**To:** Lorenzo Fertitta
**Cc:** Craig Borsari, Lawrence Epstein, Dana White Jr, Marshall Zelaznik, Garry Cook, Kirk Hendrick, Nakisa Bidarian
**Subject:** pbc on espn starting saturday july 11

Haymon's Premier Boxing Champions series, which seeks to bring high-level boxing back to network and cable television and away from the dominant HBO/Showtime/PPV market, is now headed to ESPN. In a press release issued by the sports broadcasting giant, it was confirmed that PBC would replace the long-running Friday Night Fights weekly series that had been a staple of ESPN2's programming for nearly 2 decades. The final FNF will air on May 22nd, and PBC on ESPN monthly shows will be the norm starting Saturday, July 11th. Primetime events will air on ESPN, while ABC will receive an undetermined set of Saturday afternoon cards. Weigh-ins and non-televised fights will stream on ESPN3/WatchESPN.

CONFIDENTIAL
FILED UNDER SEAL
ZFL-1096310

Haymon, a manager-adviser, has managed a series of time-buy arrangements -- this means the networks are not purchasing rights fees, but rather Haymon (and backing investors) are using their own money to buy air time to show the product -- with NBC, NBC Sports Network, Spike TV, CBS, among several other networks. The reported deal with ESPN has him paying them $16 million over the next two years.

PBC's first two outings have seen them average 3.4 million viewers for the March 7th NBC broadcast featuring Keith Thurman and Robert Guerrero, while the March 13th Spike TV event headlined by Andre Berto and Josesito Lopez averaged 869,000 and peaked at 1 million, which is about double the typical FNF ratings. The next PBC show is an April 4th light heavyweight (175 lbs) showdown between Canadian KO artist Adonis Stevenson and veteran Sakio Bika in Quebec City.

Friday Night Fights has long been the home for young prospects, many of whom would become future champions such as Floyd Mayweather, Yuriorkis Gamboa, and Guillermo Rigondeaux. Action fighters such as Micky Ward, Emmanuel Augustus (who fought Ward in the 2001 Fight of the Year), Delvin Rodriguez, and others made their appearances on the program. The aim of PBC is to switch from weekly to monthly and produce higher quality main events than in recent years as the FNF brand has faded.

Card and venue details are not yet known for the July 11th show, but with the broadcast window set for 9-11 PM ET, will go head-to-head with the 2nd half of the UFC 189: Aldo vs. McGregor prelims and the first half of the pay-per-view broadcast. It's really nothing to be too bothered about, but it just serves as a programming note if you're a fan of both sports.

---

**From:** Lorenzo Fertitta
**Sent:** Wednesday, March 18, 2015 10:01 AM
**To:** John Mulkey
**Cc:** Craig Borsari; Lawrence Epstein; Dana White Jr; Marshall Zelaznik; Garry Cook; Kirk Hendrick; Nakisa Bidarian
**Subject:** Re: PBC

He's doing all these deals to prove it can do ratings then he's going to put the whole package to bid between the networks and get paid.

Sent from my iPhone

On Mar 18, 2015, at 9:46 AM, John Mulkey <JohnMulkey@ufc.com> wrote:

> My contact mentioned that PBC was not happy with their Spike performance. This likely dilutes Spike's efforts on Friday pretty meaningfully, no?
>
> **From:** Craig Borsari
> **Sent:** Wednesday, March 18, 2015 9:43 AM
> **To:** Lorenzo Fertitta; Lawrence Epstein; Dana White Jr; Marshall Zelaznik; Garry Cook; John Mulkey; Kirk Hendrick; Nakisa Bidarian
> **Subject:** PBC
>
> **"Friday Night Fights" Ending As ESPN/ABC Will Add "Premier Boxing Champions"**
>
> Published March 18, 2015
>
> ESPN and ABC yesterday said that "Premier Boxing Champions" would "air a dozen two-hour live shows" on the nets annually, according to Bob Velin of USA TODAY. The series will replace ESPN2's "Friday Night Fights," which "televises its last show May 22." ESPN's first "PBC" show "will air July 11." ESPN and ABC are joining NBC, CBS and their affiliates "in airing" the "PBC" fights (*USA TODAY, 3/18*). Meanwhile, ESPN.com's Dan Rafael noted Spike TV's "PBC" telecast on Friday drew 869,000 viewers, marking the "most-watched Friday night boxing event" since the January 12, 2007, on ESPN2. Friday's audience "more than doubled" ESPN2's "FNF" average of 403,000 viewers in '14 (*ESPN.com, 3/16*).

Sent from my iPhone

CONFIDENTIAL                                ZFL-1096311
FILED UNDER SEAL