FILED UNDER SEAL

# Exhibit 54

ZFL-1501599

To: Marshall Zelaznik, Sean Shelby
From: Mark Fischer
Sent: Fri 10/21/2011 11:05:22 AM
Importance: Normal
Subject: Fwd: ONE Fighting Championship
Received: Fri 10/21/2011 11:05:24 AM

ONEFC Press Release October 24 2011.pdf

this is interesting

Begin forwarded message:

> From: Victor Cui <​​​​​​>
> Date: October 21, 2011 5:44:57 PM GMT+08:00
> To: Mark Fischer
> Subject: ONE Fighting Championship
>
> Hi Mark,
> How are you and I hope work, life and business are doing well – I can't believe how quickly the last few months have flown by since we spoke. It's been a very exciting period and as you may have heard the ONE FC event in September at the indoor stadium was a complete sell out. Our sponsorship and partnerships continue to grow quickly, I'm lucky that there has been such a huge interest in ONE FC and in MMA throughout the region.
>
> I've always appreciated our discussions and I want to confidentially share with you in advance a DRAFT press release about our partnerships that we will be distributing next week.
>
> Unlike other organizations, ONE FC has no intent on competing with UFC and I am always open to any initiatives you may have in mind. I believe that ONE FC is well positioned to be a feeder organization to UFC and if you have an interest in any of our fighters, I would be more than willing to offer them to UFC and support you in as many ways possible.
>
> With our hectic schedules, we're now long overdue for another Indian dinner to catch up! I will also give you a quick phone call later this evening and let's make plans to meet soon.
>
> Victor
CONFIDENTIAL
FILED UNDER SEAL
ZFL-1501599