# Exhibit 59

ZFL-1904802

**FILED UNDER SEAL**

**To:** Dave Sholler ▇▇▇▇▇▇
**From:** Michael ▇▇▇▇▇▇▇▇▇
**Sent:** Tue 10/9/2012 3:56:14 AM
**Importance:** Normal
**Subject:** RE: Legal question from media regarding contracts
**Received:** Tue 10/9/2012 3:56:00 AM

▇▇▇ Redacted ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**From:** Dave Sholler
**Sent:** Tuesday, September 25, 2012 4:32 PM
**To:** Kirk Hendrick; Michael Mersch; Jackie Poriadjian
**Subject:** Legal question from media regarding contracts

Hello –

▇▇▇ Redacted ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



**DAVE SHOLLER | DIRECTOR OF COMMUNICATIONS**
*ULTIMATE FIGHTING CHAMPIONSHIP*
PO Box 26959 | Las Vegas, NV 89126

http://twitter.com/ufc   http://facebook.com/UFC



---

**From:** Michael Chiappetta ▇▇▇▇▇▇▇▇▇
**Date:** Tue, 25 Sep 2012 16:44:35 -0400
**To:** Anthony Evans ▇▇▇▇▇▇▇▇▇
**Subject:** Re: Question

Of course, when I wrote "UFC" pertaining to King Mo's issue, I meant Zuffa.

On Tue, Sep 25, 2012 at 4:43 PM, Michael Chiappetta  wrote:
Great thanks.

So here is the situation: I spoke to Bellator's Bjorn Rebney today about the matching rights clause for fighters that have been released. Bellator has it in their contracts, and Dana said last weekend that UFC has it in their contracts, too, although he said it has never been used.

Bjorn said that while that may be true, that Bellator was forced to go through with presenting UFC King Mo's contract

CONFIDENTIAL
**FILED UNDER SEAL**

ZFL-1904802

when they signed him so UFC could determine whether or not they were going to match).

Case 2:15-cv-01045-RFB-BNW   Document 602-10   Filed 10/03/18   Page 3 of 3

Eventually, he said he would be willing to do away with the section that allows them to release a fighter and retain matching rights if Zuffa would also do the same.

So, basically, I was wondering if the company would like to respond to this offer/challenge in any way, whether it's a statement from you, Dana or someone else?

Please let me know at your earliest convenience.

Best,
mike

On Tue, Sep 25, 2012 at 4:35 PM, Anthony Evans ███████████████ te:
Sure. I'm in UK but be happy to help if I can.
Sent via BlackBerry by AT&T

**From:** Michael Chiappetta ███████████████
**Date:** Tue, 25 Sep 2012 16:16:21 -0400
**To:** Anthony Evans ███████████
**Subject:** Question

Hi Ant,

Hope all is well. Are you around today? I have a question I'd like to ask.

I am working on a story that requires that I ask the UFC for a response, so I'd like to run it past you. Of course, I'm not quite sure who is in the office and who is heading off to the UK for the event this weekend. Let me know if you have a moment or if I should direct it to someone else.

Thanks,

Mike Chiappetta

███████████████

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126