FILED UNDER SEAL

# Exhibit 64

ZFL-2279086 (excerpted)



**FILED UNDER SEAL**



**FILED UNDER SEAL**