FILED UNDER SEAL

# Exhibit 86

ZUF-00111415 (excerpted)

Strictly private and confidential



# Zuffa, LLC d/b/a Ultimate Fighting® Championship®

## Confidential Information Memorandum

### $100,000,000 Incremental Term Loan



Sole Lead Arranger



Syndication Agent

October 2009

A Passion to Perform.

Deutsche Bank

**FILED UNDER SEAL**
Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11         ZUF-00111415




### Talent recruitment and development

As the preeminent MMA brand in the industry, UFC believes that it attracts the best MMA athletes. The Company has over 200 fighters under contract (excluding WEC and PRIDE) and continually seeks to add the best MMA fighters to its franchise from both internal search efforts and from competing organizations. UFC athlete contracts are designed to retain talent within the Company.


The UFC's complete control and ownership of its content also discourages competing organizations from soliciting UFC fighters by restricting their ability to market prior fights for promotional purposes.

**FILED UNDER SEAL**

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11        ZUF-00111447