FILED UNDER SEAL

# Exhibit 87

ZUF-00154095

| | |
|---|---|
| From: | Kirk Hendrick |
| Sent: | Friday, February 06, 2009 8:04 AM |
| To: | Chad Hurley |
| Subject: | RE: CAGE FASHION SHOW |

Did someone approach us directly?  Or through one of our licensees?

Where is the event at?

Why would we want to do it?  ==We are "MMA"; everyone else is just a brand being pulled along in the wake of the UFC oceanliner.==

-----Original Message-----
From: Chad Hurley
Sent: Thursday, February 05, 2009 10:48 PM
To: Kirk Hendrick
Subject: RE: CAGE FASHION SHOW

I have discussed it with hin but we have not confirmed that we will send anything

-----Original Message-----
From: Kirk Hendrick
Sent: February 05, 2009 7:28 PM
To:
Subject: FW: CAGE FASHION SHOW

Chad, do you know why this says that UFC Clothing will be included?

1

**FILED UNDER SEAL**
Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00154095