# Exhibit 88

ZUF-00162329 (excerpted)

**FILED UNDER SEAL**

Strictly private and confidential



# Zuffa, LLC d/b/a Ultimate Fighting® Championship®

## Confidential Information Memorandum

### $100,000,000 Incremental Term Loan

October 2009

Deutsche Bank

A Passion to Perform.

Deutsche Bank

**FILED UNDER SEAL**
Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00162329

# Key investment considerations

| Highlight | Rationale |
|---|---|
| Established brand name | ■ UFC is the original promoter / producer of MMA sporting events<br>■ World's most profitable and widely recognized MMA franchise<br>■ #1 closed circuit provider in history of combat sports<br>■ #1 worldwide pay-per-view event provider since 2006<br>■ Complete brand control enables unique monetization opportunities |
| High barriers to entry | ■ 16 year history provides first mover advantage and an unparalleled content library<br>■ Difficult to replicate domestic distribution model<br>■ Vast majority of top fighters under multi-fight exclusive contracts<br>■ UFC platform offers fighters superior opportunities to monetize their potential in sponsorship and licensing royalties |
| [redacted] | [redacted] |
| Proven and experienced management team | ■ Fertitta brothers have strong relationships in the entertainment industry with proven track record for developing growth businesses<br>■ 14 year Executive Director of the Nevada State Athletic Commission (Marc Ratner) acts as liason with regulatory bodies throughout the world<br>■ Principals experienced in operating in a highly regulated environment |
| Widespread jurisdictional expansion | ■ Regulated in 40 states, significant progress being made for major U.S. markets of New York and Massachusetts, and in Ontario, Canada<br>■ Strong relationships with athletic commissions<br>■ Standards above and beyond athletic commission requirements further protect fighters |
| Multi-platform, international growth opportunities | ■ Worldwide distribution outside North America has massive growth potential, currently at only 285 million homes<br>■ Entered into a distribution agreement with Inner Mongolia television in June 2009, marking the first time in history that UFC will be seen on TV in China<br>■ Entered into multi-faceted content agreement with Grupo Televisa to showcase UFC events in Mexico beginning in July 2009<br>■ Recently launched live and taped programming on ESPN U.K. |
| Premium content provider to highly coveted M18-34 demographic | ■ Television ratings consistently exceed NBA, MLB and NHL among coveted M18-34 demographic<br>■ Multi-program television contract with Spike TV through 2011<br>■ Over 50 hours of programming per month on average on Spike TV in 2010 including two seasons per year of *The Ultimate Fighter* reality TV series<br>■ Season 10 of *The Ultimate Fighter* is currently top rated show on cable for M18-34 |

Deutsche Bank                                                                                        7

**FILED UNDER SEAL**

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00162347