# Exhibit 134

Quinn Ex. 3 (ZFL-2699678) (excerpted)

**FILED UNDER SEAL**

| | From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|---|
| 1 | Kirk Hendrick | Lorenzo Fertitta | 5/21/2012 10:02:40 AM | |
| 2 | Kirk Hendrick | Lorenzo Fertitta | 5/21/2012 1:20:05 PM | |
| 3 | Joe Silva | Group: | 5/26/2012 1:04:42 PM | |
| 4 | Joe Silva | Group: | 5/26/2012 3:37:26 PM | |
| 5 | Marshall Zelaznik | + | 5/27/2012 12:15:52 PM | |
| 6 | Lorenzo Fertitta | Joe Silva | 5/27/2012 1:13:20 PM | |
| 7 | | Marshall Zelaznik | 5/27/2012 1:51:18 PM | |
| 8 | | | 5/27/2012 7:35:55 PM | |
| 9 | | | 5/27/2012 7:37:36 PM | |
| 10 | | | 5/27/2012 7:37:36 PM | |
| 11 | | | 5/27/2012 7:39:00 PM | |
| 12 | | | 5/27/2012 7:41:52 PM | |
| 13 | Joe Silva | Group: | 5/28/2012 10:17:46 AM | |
| 14 | + | Group: | 5/28/2012 10:53:28 AM | |
| 15 | Joe Silva | | 5/29/2012 8:23:28 AM | |
| 16 | Joe Silva | | 5/29/2012 3:36:32 PM | |
| 17 | Joe Silva | | 5/29/2012 6:29:20 PM | |
| 18 | | Joe Silva | 5/29/2012 6:31:29 PM | |
| 19 | | Joe Silva | 5/29/2012 6:33:13 PM | |
| 20 | Joe Silva | | 5/29/2012 6:33:36 PM | |
| 21 | Joe Silva | | 5/29/2012 6:33:36 PM | |
| 22 | | Joe Silva | 5/30/2012 3:04:10 PM | |
| 23 | | Joe Silva | 5/30/2012 3:05:45 PM | |
| 24 | | Joe Silva | 5/30/2012 3:06:30 PM | |
| 25 | Joe Silva | | 5/30/2012 3:06:40 PM | |
| 26 | Joe Silva | | 5/30/2012 3:13:04 PM | |



ZFL-2699678

Page 1 of 169

FILED UNDER SEAL

Δ π EXHIBIT 3
Deponent
Date 7/27/17  Rptr



| | From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|---|
| 1450 | Lawrence Epstein | | 2/23/2014 8:08:32 AM | |
| 1451 | Lawrence Epstein | | 2/23/2014 8:09:07 AM | |
| 1452 | | Lawrence Epstein | 2/23/2014 9:44:39 AM | |
| 1453 | Dana White | | 2/23/2014 12:51:10 PM | |
| 1454 | Dana White | | 2/23/2014 2:53:54 PM | |
| 1455 | Dana White | | 2/23/2014 3:03:40 PM | |
| 1456 | | Dana White | 2/23/2014 3:12:09 PM | |
| 1457 | | Dana White | 2/23/2014 3:13:05 PM | |
| 1458 | Dana White | | 2/23/2014 3:14:04 PM | |
| 1459 | | Group: | 2/23/2014 4:45:49 PM | |
| 1460 | | Dana White | 2/23/2014 4:46:54 PM | |
| 1461 | Dana White | | 2/23/2014 4:47:32 PM | |
| 1462 | | Dana White | 2/23/2014 4:48:26 PM | |
| 1463 | Dana White | | 2/23/2014 4:49:27 PM | |
| 1464 | | Group: | 2/23/2014 7:03:05 PM | |
| 1465 | | Group: | 2/23/2014 7:11:02 PM | |
| 1466 | | Group: | 2/23/2014 7:11:05 PM | |
| 1467 | | Group: | 2/23/2014 7:11:58 PM | |
| 1468 | Craig Borsari | Group: | 2/23/2014 7:12:54 PM | |
| 1469 | Lawrence Epstein | | 2/23/2014 8:22:24 PM | |
| 1470 | | Group: | 2/23/2014 9:01:16 PM | Phenomenal response from fans on announcement |
| 1471 | | | 2/23/2014 9:26:00 PM | Told we would get Gil |
| 1472 | | | 2/24/2014 3:41:52 AM | That is great news. it's a great statement also to Bellator. Congrats!! |
| 1473 | | Joe Silva | 2/24/2014 7:18:22 AM | |
| 1474 | | Joe Silva | 2/24/2014 7:19:18 AM | |
| 1475 | Joe Silva | | 2/24/2014 7:19:28 AM | |
| 1476 | | Joe Silva | 2/24/2014 7:29:23 AM | |

**FILED UNDER SEAL**

| | From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|---|
| 1477 | Joe Silva <+ | | 2/24/2014 7:33:37 AM | |
| 1478 | Dana White | | 2/24/2014 8:26:51 AM | |
| 1479 | Dana White | | 2/24/2014 2:30:13 PM | |
| 1480 | Dana White | | 2/24/2014 3:53:31 PM | Wandy just pulled out of TUF Finale with an injury! |
| 1481 | Dana White | | 2/24/2014 3:54:12 PM | Here we fukn go |
| 1482 | Joe Silva <+ | | 2/24/2014 4:55:28 PM | |
| 1483 | | Joe Silva <+ | 2/24/2014 4:56:39 PM | |
| 1484 | Dana White | | 2/24/2014 6:53:59 PM | |
| 1485 | Dana White | | 2/24/2014 6:54:12 PM | |
| 1486 | | Dana White | 2/24/2014 6:57:22 PM | |
| 1487 | Dana White | | 2/24/2014 6:58:32 PM | |
| 1488 | | Dana White | 2/24/2014 7:01:03 PM | |
| 1489 | Dana White | | 2/24/2014 7:05:09 PM | |
| 1490 | | Dana White | 2/24/2014 7:06:05 PM | |
| 1491 | Dana White | | 2/24/2014 7:06:37 PM | |
| 1492 | Dana White | | 2/24/2014 7:09:03 PM | |
| 1493 | | Dana White | 2/24/2014 7:09:28 PM | |
| 1494 | | | 2/25/2014 8:43:15 AM | |
| 1495 | | | 2/25/2014 9:11:06 AM | |
| 1496 | | | 2/25/2014 9:16:46 AM | |
| 1497 | | | 2/25/2014 9:18:02 AM | |
| 1498 | Mulkey | | 2/25/2014 4:30:18 PM | Monster signs w bellator. |
| 1499 | Dana White | | 2/25/2014 7:00:04 PM | Bro, u know i love u to fukn death as it is but what u pulled off this week with Melendez and "other dude" is fukn BAD ASS! Fukn cut throat nasty busines |
| 1500 | Dana White | | 2/25/2014 7:00:06 PM | s like u see in movies!! Good shit homie, CONGRATS |
| 1501 | | Dana White | 2/25/2014 7:06:43 PM | We gotta keep taking these fuckers oxygen till they tap out.  We have sacrificed too much to let anyone get traction now |
| 1502 | Dana White | | 2/25/2014 7:20:19 PM | I agree! U r 100% correct and i LOVE IT |

**FILED UNDER SEAL**

| | From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|---|
| 1503 | Mulkey | | 2/26/2014 8:04:04 AM | |
| 1504 | | Mulkey | 2/26/2014 8:20:49 AM | |
| 1505 | Mulkey | | 2/26/2014 8:23:07 AM | |
| 1506 | | Mulkey | 2/26/2014 8:23:45 AM | |
| 1507 | Mulkey | | 2/26/2014 8:24:09 AM | |
| 1508 | | Dana White | 2/26/2014 10:45:50 AM | |
| 1509 | Dana White | | 2/26/2014 11:45:11 AM | |
| 1510 | | | 2/26/2014 1:13:16 PM | |
| 1511 | | | 2/26/2014 1:20:52 PM | |
| 1512 | | | 2/26/2014 2:17:57 PM | |
| 1513 | | | 2/26/2014 2:19:38 PM | |
| 1514 | Mulkey | | 2/26/2014 3:02:35 PM | |
| 1515 | | DFW | 2/26/2014 3:20:59 PM | |
| 1516 | Dana White | | 2/26/2014 3:57:23 PM | Hi Dana, this is Mick with Legacy. I am currently battling the Texas commission about pro mma being 3 or 5 minute rounds. Essentially if they choose to m |
| 1517 | Dana White | | 2/26/2014 3:57:27 PM | ake all of your fights in Dallas next month three minute rounds they can do so without any explanation whatsoever other than they are boxing people and d |
| 1518 | Dana White | | 2/26/2014 3:57:32 PM | oing it in the name of "safety". I can explain much better in a conversation or even an email if your interested. They may not screw with you because you |
| 1519 | Dana White | | 2/26/2014 3:57:36 PM | r the UFC but they absolutely can if they want to. I haven't heard back for you last few texts so I am sending to your iphone also just in case. Thank y |
| 1520 | Dana White | | 2/26/2014 3:57:41 PM | |
| 1521 | | | 2/26/2014 5:38:08 PM | |
| 1522 | Coops | | 2/26/2014 5:44:32 PM | |
| 1523 | | Dana White | 2/26/2014 8:48:45 PM | |
| 1524 | Dana White <+ | | 2/26/2014 8:51:24 PM | |
| 1525 | Nakisa Bidarian | | 2/27/2014 8:54:42 AM | |
| 1526 | Nakisa Bidarian | | 2/27/2014 8:55:00 AM | |
| 1527 | Dana White | | 2/27/2014 11:16:26 AM | |
| 1528 | Dana White | | 2/27/2014 11:16:28 AM | |

ZFL-2699678

**FILED UNDER SEAL**