1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
5  1401 New York Avenue, NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16
   [Additional Counsel Listed on Signature Page]
17

18                UNITED STATES DISTRICT COURT
19                     DISTRICT OF NEVADA

| | |
|---|---|
| 20  Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-(PAL) |
| 23  Plaintiffs,<br>v.<br>25  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br>Defendant. | **JOINT MOTION TO EXTEND DEADLINE FOR ZUFFA TO FILE MOTION TO SEAL PLAINTIFFS' OPPOSITION TO ZUFFA'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 599)**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa") (collectively, "the Parties"), by and through their undersigned attorneys, move to extend the deadline for Zuffa to file a motion to seal Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment ("Plaintiffs' Opposition"). The Parties seek to extend the deadline set forth in the Revised Stipulation and Protective Order, which provides that the party claiming protection has five days after a filing is provisionally lodged under seal to file a motion to seal. ECF No. 217 ¶ 14.3. The current deadline for Zuffa to file a motion to seal Plaintiffs' Opposition is September 26, 2018. The parties hereby jointly move the Court for a one-week extension such that the motion to seal would be due on October 3, 2018. This is the first joint motion for extension of time to file a motion to seal.

The Parties have met and conferred, reached an agreement, and now jointly move to extend the deadline for Zuffa's Motion to Seal one week. As required by Local Rule 26-4, the Parties have good cause to extend the deadline because of the length of Plaintiffs' Opposition and the significant volume of accompanying exhibits. Plaintiffs' Opposition is 45 pages in length and is accompanied by 141 exhibits. Decl. of Stacey K. Grigsby in Support of Joint Motion to Extend Deadline to File Motion to Seal ¶ 4 ("Grigsby Decl."). Zuffa is currently reviewing each of these exhibits to determine which ones contain highly confidential information. *Id.* at ¶ 5.

An additional week will allow Zuffa to more completely review the necessary documents. In addition, because other motions to seal have been disputed in the past in this matter, Zuffa wishes to ensure its review is as thorough as possible. *See, e.g.*, ECF No. 581; Grigsby Decl. ¶ 6. Extending the filing deadline will give Zuffa the time to ensure all of the exhibits it seeks to seal meet the compelling reasons standard and to ensure Zuffa makes its requests to seal as narrowly tailored as possible in an effort to minimize any potential disputes. The Parties agree that it is in their collective interest to ensure that Zuffa's sealing requests are as narrowly tailored as possible to reduce any sealing disputes. Grigsby Decl. ¶ 7.

The Parties respectfully request that the Court grant a brief, one-week extension of time to file Zuffa's Motion to Seal until October 3, 2018 because good cause exists for the extension as described above.

| | |
|---|---|
| Dated: September, 25 2018 | Dated: September 25, 2018 |
| **JOSEPH SAVERI LAW FIRM, INC.** | **BOIES SCHILLER FLEXNER LLP** |
| By: */s/ Kevin E. Rayhill* | By: */s/ Stacey K. Grigsby* |
| Joseph R. Saveri (State Bar No. 130064) | William A. Isaacson (admitted *pro hac vice*) |
| Joshua P. Davis (admitted *pro hac vice*) | Stacey K. Grigsby (admitted *pro hac vice*) |
| Kevin E. Rayhill (admitted *pro hac vice*) | Nicholas A. Widnell (admitted *pro hac vice*) |
| Jiamin Chen (admitted *pro hac vice*) | 1401 New York Ave, NW |
| 601 California Street, Suite 1000 | Washington, D.C. 20005 |
| San Francisco, California 94108 | Phone: (202) 237-2727/Fax: (202) 237-6131 |
| Phone: (415) 500-6800/Fax: (415) 395-9940 | wisaacson@bsfllp.com |
| jsaveri@saverilawfirm.com | sgrigsby@bsfllp.com |
| jdavis@saverilawfirm.com | nwidnell@bsfllp.com |
| krayhill@saverilawfirm.com | |
| jchen@saverilawfirm.com | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | **CAMPBELL & WILLIAMS** |
| | Donald J. Campbell (State Bar No. 1216) |
| | J. Colby Williams (State Bar No. 5549) |
| | 700 South 7th Street |
| | Las Vegas, Nevada 89101 |
| **BERGER\|MONTAGUE PC** | Phone: (702) 382-5222/Fax: (702) 382-0540 |
| Eric L. Cramer (admitted *pro hac vice*) | djc@campbellandwilliams.com |
| Michael Dell'Angelo (admitted *pro hac vice*) | jcw@campbellandwilliams.com |
| Patrick F. Madden (admitted *pro hac vice*) | |
| Mark R. Suter (admitted *pro hac vice*) | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| 1818 Market Street, Suite 3600 | |
| Philadelphia, Pennsylvania 19103 | **BOIES SCHILLER FLEXNER LLP** |
| Phone: (215) 875-3000/Fax: (215) 875-4604 | Richard J. Pocker (State Bar No. 3568) |
| ecramer@bm.net | 300 South Fourth Street, Suite 800 |
| mdellangelo@bm.net | Las Vegas, Nevada 89101 |
| pmadden@bm.net | Phone: (702) 382-7300/Fax: (702) 382-2755 |
| msuter@bm.net | rpocker@bsfllp.com |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |

**COHEN MILSTEIN SELLERS
  & TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, D.C. 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,
Luis Javier Vazquez, Brandon Vera, and Kyle
Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Attorneys for Plaintiffs*

**WOLF, RIFKIN, SHAPIRO,
  SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys
for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis
Javier Vazquez, Brandon Vera, and Kyle
Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**ATTESTATION OF FILER**

The signatories to this document are myself and Kevin Rayhill, and I have obtained Mr. Rayhill's concurrence to file this document on his behalf.

Dated: September 25, 2018                              */s/ Stacey K. Grigsby*
                                                       Stacey K. Grigsby

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Motion to Extend Deadline for Zuffa to File Motion to Seal Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment (ECF No. 599) was served on September 25, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Roderick Crawford*
Roderick Crawford

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF STACEY K. GRIGSBY IN SUPPORT OF JOINT MOTION TO EXTEND DEADLINE FOR ZUFFA TO FILE MOTION TO SEAL PLAINTIFFS' OPPOSITION TO ZUFFA'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 599)**<br><br>**(First Request)** |

I, Stacey K. Grigsby, declare as follows:

1. I am a member in good standing of the bar of the District of Columbia and the bar of the State of New York. I am admitted *pro hac vice* to practice before this Court. I am a Partner in the law firm Boies Schiller Flexner LLP ("BSF"), counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-PAL.

2. I make this declaration in support of the Joint Motion to Extend Deadline to File Motion to Seal. Based on my personal experience, knowledge, and review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

3. Zuffa intends to move to seal certain documents, deposition testimony, and corresponding portions of Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment ("Plaintiffs' Opposition") that Zuffa believes contain confidential and commercially sensitive information that is properly sealed under the Ninth Circuit's "compelling reasons" standard.

4. Plaintiffs' Opposition is 45 pages in length and, in total, there are 141 exhibits attached to Plaintiffs' Opposition.

5. Zuffa is in the process of reviewing Plaintiffs' Opposition and all of the attached exhibits, which include a variety of documents ranging from depositions to expert reports to emails and other documents, in order to determine what documents and portions thereof the compelling reason standard for motions to seal.

6. In several recent filings, Plaintiffs and Zuffa have disagreed in motion practice as to what material is properly filed under seal under the compelling reasons standard as well as the good cause standard.

7. In a September 24, 2018 discussion with Kevin Rayhill, counsel for Plaintiffs, counsel for Zuffa discussed Zuffa's desire to work to narrow and reduce any sealing disputes related to Plaintiffs' Opposition. Mr. Rayhill agreed that it was in the interests of both parties to work to narrow and reduce sealing disputes.

1

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing
2  facts are true and correct. Executed this 25th day of September, 2018 in Washington, DC.

                                                */s/ Stacey K. Grigsby*
                                                Stacey K. Grigsby

2

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR ZUFFA TO FILE MOTION TO SEAL PLAINITFFS' OPPOSITION TO ZUFFA'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 599)**<br><br>**(First Request)** |

**[PROPOSED] ORDER**

Before this Court is the Joint Motion to Extend the Deadline for Zuffa to File Motion to Seal Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment filed by Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") (collectively "the Parties").

The Court finds that the Parties have demonstrated that good cause exists and that the extension of the aforementioned deadline is appropriate. Therefore, it is ordered that the deadline for Zuffa to file a motion to seal Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment is extended by one week. Zuffa's motion to seal is now due on October 3, 2018.

IT IS SO ORDERED.

DATED: October 9, 2018         By: _____
                                    RICHARD F. BOULWARE, II
                                    United States District Court

1

[PROPOSED] ORDER GRANTING JT. MOT. TO EXTEND ZUFFA'S DEADLINE TO FILE MOT. TO SEAL PLS' OPP.