Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA, LLC'S MOTION TO SEAL PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT AND RELATED MATERIALS (ECF NO. 602)** |

I, Kevin E. Rayhill, declare and state as follows:

1. I am an attorney at the Joseph Saveri Law Firm, Inc., Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs. I am a member in good standing of the State Bar of California, and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this Declaration in Support of Plaintiffs' Opposition to Defendant Zuffa, LLC's Motion to Seal Plaintiffs' Opposition to Zuffa, LLC's Motion for Summary Judgment and Related Materials (ECF No. 602) (the "Opposition").

3. Attached hereto as Exhibit 1 is a chart I created entitled "Zuffa's Sealed Documents—Plaintiffs' Arguments Against." It has sections corresponding to the five categories of documents Zuffa asks the Court to seal in its Motion to Seal Zuffa, LLC's Motion for Summary Judgment and Related Materials (ECF No. 577) (the "Motion to Seal"): Contracts, Financial Information, Business Communication and Strategy, Third Party Information, and Expert Reports and Testimony. In addition, Exhibit 1 contains a listing of Zuffa's newly unredacted documents. Exhibit 1 contains three columns. The first column is entitled "Document" and lists the materials Zuffa asks the Court to seal. These entries are taken directly from Zuffa's Motion to Seal. The second column is entitled "Description" and contains brief summaries I created of the content of the materials Zuffa asks the Court to seal. The third column is entitled "Argument Against" and contains brief statements of why Plaintiffs believe the materials should not be sealed (with the exception of some documents in the Third Party Information section, which Plaintiffs have indicated they do not oppose sealing).

4. Attached hereto as Exhibit 2 is a true and correct copy of an article written by Adam Swift, entitled "Inside the Standard Zuffa Contract," and published on the Sherdog.com website on Oct. 31, 2007. This article was downloaded from the Internet at my direction on October 17, 2018, and is available for download at http://www.sherdog.com/news/articles/Inside-the-Standard-Zuffa-Contract-9734http://www.sherdog.com/news/articles/Inside-the-Standard-Zuffa-Contract-9734.

5. Attached hereto as Exhibit 3 is a true and correct copy of an article entitled "The Business of Fighting: A Look Inside the UFC's Top-Secret Fighter Contract." The article was written

**DECL. OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' OPP TO ZUFFA, LLC'S MOTION TO SEAL PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT AND RELATED MATERIALS (ECF NO. 602)**

by Jonathan Snowden and was published on the Bleacher Report website on May 14, 2013. The article was downloaded from the Internet at my direction on October 17, 2018, and is available for download at https://bleacherreport.com/articles/1516575-the-business-of-fighting-a-look-inside-the-ufcs-top-secret-fighter-contract#slide8.

6. Attached hereto as Exhibit 4 is a true and correct copy of an article entitled "Bjorn Rebney Explains 'Key Misunderstanding' in UFC Contract Match for Eddie Alvarez." The article was written by Brian Hemminger and was published on the SB Nation MMA Mania website on January 9, 2013. The article was downloaded from the Internet at my direction on October 17, 2018, and is available for download at https://www.mmamania.com/2013/1/9/3853442/bjorn-rebney-lawsuit-eddie-alvarez-bellator-mma-ufc-contract-match.

7. Attached hereto as Exhibit 5 is a true and correct copy of an article entitled "What Investors Are Being Told About UFC Revenues." The article was written by John S. Nash and was published on the BloodyElbow.com website on October 20, 2015. The article was downloaded from the Internet at my direction on October 12, 2018, and is available for download at https://www.bloodyelbow.com/2015/10/20/9547333/what-deutsche-bank-moodys-and-standard-poors-tell-us-about-the-ufc.

8. Attached hereto as Exhibit 6 is a true and correct copy of an article entitled "Dana White: Rampage Jackson Has Made $15.2 Million in Career Earnings Fighting for UFC." The article was written by Adam Guillen Jr. and was published on the SB Nation MMA Mania website on January 24, 2013. The article was downloaded from the Internet at my direction on October 16, 2018, and is available for download at https://www.mmamania.com/2013/1/24/3913294/dana-white-rampage-jackson-career-earnings-ufc-millions.

9. Attached hereto as Exhibit 7 is a true and correct copy of "UFC Disputes Couture's Claims About His Pay." The article was written by Ken Pishna and Jeff Cain and was published on the MMA Weekly website on October 30, 2007. The article was downloaded from the Internet at my direction on October 16, 2018, and is available for download at https://www.mmaweekly.com/ufc-disputes-coutures-claims-about-his-pay-2.

10. Attached hereto as Exhibit 8 is a true and correct copy of an article entitled "UFC Announces Reebok Payouts For Athletes Starting in July 2015." The article was written by Damon Martin and was published on the Fox Sports website on May 6, 2015.  The article was downloaded from the Internet at my direction on October 16, 2018, and is available for download at https://www.foxsports.com/ufc/story/ufc-announces-reebok-payouts-for-athletes-starting-in-july-2015-050615.

11. Attached hereto as Exhibit 9 is a true and correct copy of an article entitled "UFC Increases Minimum Salary for New Fighters." The article was written by Tom Ngo and was published on the 5th Round website on May 30, 2015. The article was downloaded from the Internet at my direction on October 17, 2018, and is available for download at http://www.5thround.com/184827/ufc-increases-minimum-salary-for-new-fighters/

12. Attached hereto as Exhibit 10 is a true and correct copy of the " UFC Fighter Conduct Policy, " which is available on the Ultimate Fighting Championship's website.  The policy was downloaded from the Internet at my direction on October 17, 2018 and is available for download at http://media.ufc.tv/conduct/UFC_Fighter_Code_of_Conduct.pdf.

13. Attached hereto as Exhibit 11 is a true and correct copy of an article entitled "UFC President Dana White Says EA Sports Responsible for Current MMA Video Game War." The article was written by John Morgan and was published on the MMA Junkie website on July 12, 2009.  The article was downloaded from the Internet at my direction on October 17, 2018, and is available for download at https://mmajunkie.com/2009/07/ufc-president-dana-white-says-ea-sports-responsible-for-current-mma-video-game-war.

14. On October 15, 2018, I instructed a paralegal working under my direction to investigate whether fighter purse information was published on the Internet for every UFC event held in each of the states known to release purse information (Arizona, California, Florida, Georgia, Massachusetts, Nevada, New Mexico, Ohio, Virginia, Washington, and Wisconsin), since Zuffa acquired the UFC in January 2001. The paralegal personally viewed a webpage for each of those events that reported fighter purse information released by the relevant regulatory authority in each state. The paralegal confirmed

that fighter purse information is available on the Internet for 182 of the 420 UFC events that have taken place since January 2001.

   I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and this Declaration is executed in San Francisco, California on October 17, 2018.

                 By:  */s/Kevin E. Rayhill*
                      Kevin E. Rayhill

4

Case No.: 2:15-cv-01045 RFB-(PAL)

**DECL. OF KEVIN E. RAYHILL IN SUPPORT OF PLAINTIFFS' OPP TO ZUFFA, LLC'S MOTION TO SEAL PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT AND RELATED MATERIALS (ECF NO. 602)**