# Exhibit 6

"Dana White: Rampage Jackson Has Made $15.2 Million in Career Earnings Fighting for UFC"



MMA Mania, UFC news, results, videos, rumors, fights

**UFC PAYOUTS**  **LATEST NEWS**  **STRIKEFORCE NEWS**

# Dana White: Rampage Jackson has made $15.2 million in career earnings fighting for UFC

51

*According to UFC President Dana White, one of the things Quinton Jackson shouldn't complain too much about is the amount of coin he has collected over the years competing for the world's leading mixed martial arts (MMA) promotion. That's because "Rampage" has made more than $15 million over the last five years ... and counting.*

By Adam Guillen Jr.   |   Jan 24, 2013, 8:43pm EST



Esther Lin for MMA Fighting

Eleven **Ultimate Fighting Championship** (UFC) fights in five years has earned **Quinton**

**Jackson** $15.2 million in salary year-to-date, which averages to about $1.38 million per Octagon appearance.

Sounds more than fair, considering it excludes sponsorships and other supplementary income, but not to "Rampage."

Jackson has been adamant that once his **UFC on Fox 6** fight against **Glover Teixeira** this weekend (Jan. 26, 2013) is over -- win, lose or draw -- he will **pack his bags** in search of greener pastures that will "**make him happy.**" The former **Light Heavyweight** champion has given a laundry list of reasons for his unceremonious departure from the promotion he has called home for the last half-decade, including (but not limited to) his disapproval of **Joe Silva's match-making skills** to (more recently) the refusal to allow him to wear his **Reebok sponsored attire** into the Octagon.

And, according to Jackson, the latest dust up (there have been several) started at the top with company president Dana White's **"shit-talking"** about his injuries in and around his **UFC 144** fight with **Ryan Bader** in Feb. 2012.

White has, for the most part, bit his lip and let "Rampage" do all the talking, remaining relatively calm and understanding about his decision even though he seemingly can't comprehend it. In fact, White feels that Jackson is going about this whole situation all wrong and he actually "feels sorry" for the former Pride FC standout.

However, one item for which White refuses to feel sorry is Jackson's bank account, which the UFC has generously replenished with more than seven figures each time he has done 25 minutes of work (or less) for them inside the cage.

His explains to **MMA Fighting:**

> *"'Rampage' is a grown man. Actually, I'm kind of bummed out and I feel kind of sorry for him that he's doing this. I don't know why he's taking this approach. Listen, if you want to be made at me and mad at the UFC, feel however you want to feel. I feel like I've been there for 'Rampage,' I feel like I've done right for him. I haven't kept it a secret, I've said, this guy came out in an interview and said skateboarders make more than him. Rampage, since 2007, has made, from 2007 to 2012, $15.2 million in the UFC. I know a lot of skateboarders, it's weird, but I actually kind of live in that world, I'm into that, skating, surfing ... unless you're talking about Tony Hawk or Rob Dyrdek , skateboarders aren't*

> making $15.2 million. The way that he's acting, the way that he treated the media today, the media is here to ask you questions and talk to you, this is part of the deal, it's how this works. I actually feel kind of sorry for him. Whatever he's got in his mind, he's playing this thing the wrong way. Whenever his fight his over, we're either going to do a new deal or not do a new deal, we'll see what happens, but, I just think he is handling this the wrong way."

So much for Jackson's claim of fighting **"cheap."**

Nevertheless, once the curtains closes in Chicago, Ill., this Saturday night, Jackson will test the free agent waters, fishing for a new employer and possibly leaving millions on the table if things don't pan out the way in which he envisions.

Unless, of course, the UFC and Jackson can find some common ground and hammer out a deal at the eleventh hour, which doesn't seem likely because they are so far apart in so many areas.

Maybe even as many as 15.2 million areas.

## LATEST FROM OUR PARTNERS



Greatest Smack Talk Moments in MMA History
Most Electric Debuts in UFC History
Greatest Welterweight Title Bouts in UFC History
Most Disappointing Title Reigns in UFC History
Biggest Disappointments in UFC History
Biggest Busts in UFC History

## LATEST FROM MMA WAREHOUSE



Conor McGregor Boss Logic Splash Shirt
Khabib Nurmagomedov Gold Eagle Shirt
UFC Fight Kit Walkout (25th Anniversary)
Khabib Eagle Retro Photo Shirt
Conor McGregor Tiger Face Shirt
Team Khabib Bear Shirt
Team McGregor Tiger Shirt
**More:** Apparel Accessories Gloves Sale