1  **JOSEPH SAVERI LAW FIRM, INC.**
   Joseph R. Saveri (admitted *pro hac vice*)
2  Joshua P. Davis (admitted *pro hac vice*)
   Kevin E. Rayhill (admitted *pro hac vice*)
3  Jiamin Chen (admitted *pro hac vice*)
   601 California Street, Suite 1000
4  San Francisco, California 94108
   Phone: (415) 500-6800/Fax: (415) 395-9940
5  jsaveri@saverilawfirm.com
   jdavis@saverilawfirm.com
6  krayhill@saverilawfirm.com
   jchen@saverilawfirm.com
7

8  *Co-Lead Counsel for the Classes and*
   *Attorneys for Individual and Representative Plaintiffs*
9  *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
   *Brandon Vera, and Kyle Kingsbury*
10

11                     **UNITED STATES DISTRICT COURT**

12                            **DISTRICT OF NEVADA**

| | |
|---|---|
| 13  Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045 RFB-(PAL) |
| 14 | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |
| 15          Plaintiffs, | |
| 16 | |
| 17      vs. | |
| 18 | |
| 19  Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 20         Defendant. | |

[PROPOSED] ORDER

1  Pending before this Court is Plaintiffs' Motion for Leave to Lodge Materials Under Seal re
2  Plaintiffs' Opposition to Defendant Zuffa, LLC's Motion to Seal Plaintiffs' Opposition to Zuffa
3  LLC's Motion for Summary Judgment and Related Materials (ECF No. 596). Having considered
4  the papers submitted, the Court hereby **ORDERS**:

Plaintiffs' motion is **GRANTED**.

**IT IS SO ORDERED:**

_____
United States District Judge

Dated: _____