1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
5  1401 New York Avenue, NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16
   [Additional Counsel Listed on Signature Page]
17

18             UNITED STATES DISTRICT COURT

19                 DISTRICT OF NEVADA

20 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-(PAL) |
21 | | |
22 | | **JOINT MOTION TO PROVISIONALLY SEAL PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION TO SEAL PLAINTIFFS' OPPOSITION TO ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 604)** |
23 | Plaintiffs, | |
24 | v. | |
25 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
26 | | |
27 | Defendant. | |
28 | | |

JT. MOT. TO SEAL PLS' OPP. TO ZUFFA MTS PLS' OPP. TO ZUFFA MOT. FOR SUMM. J.

On October 3, 2018, Defendant Zuffa, LLC ("Zuffa") filed its Motion to Seal Plaintiffs' Opposition to Zuffa, LLC's Motion for Summary Judgment (ECF No. 602) (the "Motion to Seal"). On October 17, 2018, Plaintiffs filed their Opposition to Defendant Zuffa, LLC's Motion to Seal Plaintiffs' Opposition to Zuffa, LLC's Motion for Summary Judgment and Related Materials (ECF No. 604) (the "Opposition"). Plaintiffs' Opposition to Zuffa's Motion to Seal refers to documents that Zuffa and third parties have designated Confidential or Highly Confidential (the "Disputed Materials") pursuant to the Revised Stipulation and Protective Order issued by this Court on February 10, 2016 (ECF No. 217) (the "Protective Order"). In its Motion to Seal, Zuffa asserted that the Disputed Materials are properly sealed under the compelling reasons standard. As stated in Plaintiffs' Opposition, Plaintiffs do not believe Zuffa's confidentiality designations meet the compelling reasons standard, and oppose sealing the Disputed Materials for that reason. However, solely for the limited reason that the documents, as they currently stand, are still designated Confidential or Highly Confidential, Plaintiffs do not oppose Zuffa's request in this joint motion that the documents—and references to them in Plaintiffs' Opposition—remain under seal, in accordance with the Protective Order, until the Court has ruled on whether Zuffa has provided compelling reasons to seal them. Plaintiffs continue to reserve their right to challenge Zuffa's confidentiality designations pursuant to Section 6.1 of the Protective Order.

Zuffa and Plaintiffs (collectively, the "Parties") have stated their positions at length regarding the confidentiality and propriety of sealing the Disputed Materials, and consider the matter fully briefed. Now, in the interest of avoiding unnecessary paperwork, and having met and conferred on this issue, the Parties jointly move to file the Disputed Materials and all references to them in Plaintiffs' Opposition to the Motion to Seal conditionally under seal, pending the Court's ruling on the Parties' respective motions regarding sealing. Should the Court determine that any of the materials filed under seal in the Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment should not be sealed, Plaintiffs will re-file these materials on the public docket at that time.

Dated:  October 22, 2018

**JOSEPH SAVERI LAW FIRM, INC.**

By: */s/ Kevin E. Rayhill*
Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon*
*Fitch, Luis Javier Vazquez, Brandon Vera,*
*and Kyle Kingsbury*

**BERGER MONTAGUE PC**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon*
*Fitch, Luis Javier Vazquez, Brandon Vera,*
*and Kyle Kingsbury*

Dated:  October 22, 2018

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Stacey K. Grigsby*
William A. Isaacson (admitted *pro hac vice*)
Stacey K. Grigsby (admitted *pro hac vice*)
Nicholas A. Widnell (admitted *pro hac vice*)
1401 New York Ave, NW
Washington, D.C. 20005
Phone: (202) 237-2727/Fax: (202) 237-6131
wisaacson@bsfllp.com
sgrigsby@bsfllp.com
nwidnell@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**CAMPBELL & WILLIAMS**
Donald J. Campbell (State Bar No. 1216)
J. Colby Williams (State Bar No. 5549)
700 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 382-5222/Fax: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**BOIES SCHILLER FLEXNER LLP**
Richard J. Pocker (State Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Phone: (702) 382-7300/Fax: (702) 382-2755
rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

JT. MOT. TO SEAL PLS' OPP. TO ZUFFA MTS PLS' OPP. TO ZUFFA MOT. FOR SUMM. J.

**COHEN MILSTEIN SELLERS
    & TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, D.C. 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Attorneys for Plaintiffs*

**WOLF, RIFKIN, SHAPIRO,
    SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys*
*for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis*
*Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

3

JT. MOT. TO SEAL PLS' OPP. TO ZUFFA MTS PLS' OPP. TO ZUFFA MOT. FOR SUMM. J.

**WARNER ANGLE HALLAM JACKSON
    & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for
Individual and Representative Plaintiffs Cung
Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S.
    SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN KODROFF &
    WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

4

JT. MOT. TO SEAL PLS' OPP. TO ZUFFA MTS PLS' OPP. TO ZUFFA MOT. FOR SUMM. J.

**ATTESTATION OF FILER**

The signatories to this document are myself and Kevin Rayhill, and I have obtained Mr.

Rayhill's concurrence to file this document on his behalf.


Dated: October 22, 2018                                        */s/ Stacey K. Grigsby*

5

JT. MOT. TO SEAL PLS' OPP. TO ZUFFA MTS PLS' OPP. TO ZUFFA MOT. FOR SUMM. J.

1    **<u>CERTIFICATE OF SERVICE</u>**

2    The undersigned hereby certifies that the foregoing Joint Motion to Provisionally Seal

3    Plaintiffs' Opposition to Zuffa, LLC's Motion to Seal Plaintiffs' Opposition to Zuffa, LLC's

4    Motion for Summary Judgment was served on October 22, 2018 via the Court's CM/ECF

5    electronic filing system addressed to all parties on the e-service list.

6

7                                                                  */s/ Brent K. Nakamura*

8                                                                   Brent K. Nakamura

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

6

JT. MOT. TO SEAL PLS' OPP. TO ZUFFA MTS PLS' OPP. TO ZUFFA MOT. FOR SUMM. J.