# Exhibit E

Tweet posted by John S. Nash (@heynottheface)
on Twitter, dated September 21, 2018

