# Exhibit F

Tweet posted by Paul Gift (@MMAanalytics) on Twitter, dated September 24, 2018

