# Exhibit G

Bloody Elbow Article titled "Dana White slams Scott Coker in lawsuit deposition: All his promotions have been 'failures'"



BLOODY ELBOW

UFC NEWS　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　46

# Dana White slams Scott Coker in lawsuit deposition: All his promotions have been 'failures'

UFC president Dana White has slated Scott Coker by labeling all his promotions as 'failures.'

By Harry Davies | @harrydavies14 | Oct 1, 2018, 8:00am EDT



Photo by Jordan Mansfield/Getty Images

UFC president Dana White has always kept fairly quiet when asked about Bellator MMA president and Strikeforce founder Scott Coker, but most recently in a deposition White took aim at the former Zuffa employee, stating all promotions Coker has been affiliated with have been 'failures.'

Former UFC fighters Cung Le, Nathan Quarry and Jon Fitch originally filed the antitrust lawsuit against the UFC back in **December 2014**. White's deposition in regards to the lawsuit took place in Las Vegas in 2017.

When asked about Coker's involvement in several different promotions during his time promoting MMA, White labelled them all as 'failures.'

One of those promotions, Strikeforce, were once at a point in which they recruited a myriad of talented fighters, names such as Alistair Overeem, Nick Diaz and Fabricio Werdum, White said the following about Coker's involvement in Strikeforce.

"Yeah. What is crazy is you just laid out for me how horrible they were at promoting. [That's] amazing. If you can't turn those guys into stars and run your business, you should probably get into another line of work."

The UFC would go on to purchase Strikeforce in March 2011. Coker would continue to run Strikeforce until the promotion's dissolve at the beginning of 2013. After that, the UFC acquired most of the fighters signed to Strikeforce, however White remained insistent that fighters such as Ronda Rousey, were not stars until he turned them into household names in the UFC.

"Look at what everybody has done in Strikeforce," White said. "It's just, these guys don't know how to promote. It's not what they're good at. When you have Ronda Rousey and you can't turn her into a star, you should probably go open a restaurant or something."

## LATEST FROM OUR PARTNERS



Greatest Smack Talk Moments in MMA History
Most Electric Debuts in UFC History
Greatest Welterweight Title Bouts in UFC History
Most Disappointing Title Reigns in UFC History
Biggest Disappointments in UFC History
Biggest Busts in UFC History

## LATEST FROM MMA WAREHOUSE

Conor McGregor Boss Logic Splash Shirt
Khabib Nurmagomedov Gold Eagle Shirt
UFC Fight Kit Walkout (25th Anniversary)
Khabib Eagle Retro Photo Shirt
Conor McGregor Tiger Face Shirt
Team Khabib Bear Shirt



Team McGregor Tiger Shirt

**More:** Apparel Accessories Gloves Sale