# Exhibit H

Tweet posted by John S. Nash (@heynottheface) on Twitter, dated October 3, 2018





