# Exhibit J

Tweet posted by Paul Gift (@MMAanalytics) on Twitter, dated October 3, 2018

