# Exhibit K

Tweet posted by John S. Nash (@heynottheface) on Twitter, dated October 4, 2018

