# Exhibit M

"About Us" page from the website of the consulting firm Dewey Square Group

(http://www.deweysquare.com/)


MENU

# ABOUT US

## We help you win public support.

Dewey Square Group was founded in 1992. We help businesses, non profits, campaigns, and causes achieve their public affairs goals – whether they be favorable legislative or policy outcomes, successful advocacy efforts, community-based consumer marketing, or high-profile awareness campaigns.

## Making Clients Successful

DSG helps clients succeed by applying campaign-style strategies that help win the support of opinion leaders and the public. Our team is led by some of the nation's leading strategists and tacticians — professionals with impressive track records of success in the political and corporate arenas before joining DSG.

## Fully Integrated Public Affairs

Dewey Square Group first made its mark on the public affairs sector as a pioneer of highly effective grassroots strategies and tactics. In the last decade, we've emerged as a leader in the application of digital techniques, and built a unique and specialized practice around multicultural outreach. We also offer a complete suite of integrated public affairs capabilities including public relations, strategic and crisis communications, and community-based consumer marketing.

## Local Knowledge, Nationwide Reach

For nearly 25 years, we've been building a nationwide presence that includes deep local relationships and execution capability in all 50 states, enabling us to adapt to fast-moving environments, scale quickly and deliver results.

Dewey Square Group is a Hill+Knowlton Strategies company.

# DSG Offerings


**APP DEVELOPMENT**


**BALLOT INITIATIVES**

- BRAND AND REPUTATIONAL MANAGEMENT

- COMMUNITY-BASED CONSUMER MARKETING

- DEVELOPMENT AND PERMITTING PROJECTS

- DSG MEDIA

- EVENT MANAGEMENT

- GOVERNMENT RELATIONS

- GRASSROOTS: ORGANIZING, COALITION BUILDING

- GRASSTOPS

- MEDIA TRAINING

- MESSAGE AND NARRATIVE DEVELOPMENT

- MULTICULTURAL MARKETING AND COMMUNICATIONS

- MULTICULTURAL ORGANIZING AND OUTREACH

- ONLINE ADVERTISING

- PUBLIC AND MEDIA RELATIONS

- SOCIAL MEDIA

- SPORTS BUSINESS

- STRATEGIC AND CRISIS COMMUNICATIONS

- WEBSITE DESIGN AND DEVELOPMENT

# Get started with Dewey Square Group

We're ready to build and execute a public affairs strategy tailored to your unique goals.

Get in touch now (/get-in-touch)

## DSG Locations

BOSTON (/BOSTON)

SACRAMENTO (/SACRAMENTO)

ST. LOUIS (/ST-LOUIS)

TAMPA (/TAMPA)

WASHINGTON DC (/WASHINGTON-DC)



(/)Dewey Square Group helps businesses, non profits, campaigns and causes achieve their public affairs goals by winning the support of opinion leaders and the public.

 (https://www.facebook.com/deweysquare/)  (https://twitter.com/deweysquare) 

(https://www.linkedin.com/company/dewey-square-group)

## WHAT WE DO

Advocacy (http://www.deweysquare.com/advocacy/)

Communications (http://www.deweysquare.com/communications/)

Digital (http://www.deweysquare.com/digital/)

## GET TO KNOW US

About Us (http://www.deweysquare.com/about-us/)

Approach (http://www.deweysquare.com/approach/)

Clients (http://www.deweysquare.com/clients/)

Team (/dsg-team)

News (http://www.deweysquare.com/news/)

© 2016 Dewey Square Group. All rights reserved.  |  Privacy Policy (/privacy-policy)  |  Code of Conduct (/code-of-conduct)