# Exhibit N

Deposition excerpt from the August 3, 2017 deposition of Scott Coker

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
 )
      Plaintiffs, )
 )
      vs. ) Case No.
 ) 2:15-cv-01045-RFB-(PAL)
 )
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
 )
      Defendant. )
_____)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

SCOTT COKER

LOS ANGELES, CALIFORNIA

AUGUST 3, 2017

9:09 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 51251

44

SCOTT COKER - HIGHLY CONFIDENTIAL

    Q.  Those are called Bates numbers or control numbers, it just tells the lawyers what the pages are.

    And from time to time as we look at exhibits, I may refer to those numbers rather than the numbering on the page.

    What I want to do is just direct your attention, Mr. Coker, to the second email from the top on the first page of the document at 2679256. You see it's an email from Shannon Knapp to cokeriec@aol.com.

    All right.  Tell you what, could we go off the record for a moment.

    THE VIDEOGRAPHER:  Going off the record. The time is 9:51 a.m.

    (There was a discussion off the record.)

    THE VIDEOGRAPHER:  Going back on the record.  The time is 9:56 a.m.

    MR. KELLY:  Counsel, as we just discussed off the record, I'm going to designate the entirety of this transcript highly confidential, pursuant to the terms of the stipulated protective order, subject to the procedures in that protective order of after

45

1      SCOTT COKER - HIGHLY CONFIDENTIAL
2  receiving a copy of the transcript dedesignating
3  portions or lower the designation, whatever is
4  appropriate.
5         But for now, we'll go with highly
6  confidential.
7         MR. DELL'ANGELO:  Okay.  Thank you.
8  Understood, agreed.  That's fine.
9         Also just note for the record that on the
10 break, we confirmed and received Mr. Coker's signed
11 copy of the protective order in the case.
12 BY MR. DELL'ANGELO:
13    Q.   So Mr. Coker, returning your attention to
14 Exhibit 3, with which you were provided just before
15 we went on our break, that was the document at
16 ZFL-2679256, I understand that the print is very
17 small.
18         Have you had an opportunity to take a look
19 at the document during our break?
20    A.   I've tried.
21    Q.   Have those efforts yielded any success in
22 reading the print, notwithstanding its size here?
23    A.   No, it has not.
24    Q.   Okay.  All right.  So let's walk through
25 this.

299

CERTIFICATE OF REPORTER

I, Cynthia K. DuRivage, a Certified Shorthand Reporter of the State of Nevada, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

Reading and signing by the witness was requested.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: August 16, 2017

_____
CYNTHIA K. DuRIVAGE
CCR No. 451