# Exhibit 62

ZFL-2193553

**FILED UNDER SEAL**

**To:** [redacted]
**From:** Michael Mersch
**Sent:** Sat 7/25/2009 2:03:03 AM
**Importance:** Normal
**Subject:** RE: Affliction
**Received:** Sat 7/25/2009 2:03:00 AM

Any ramifications are good for us.  We're going to get most of their fighters (they only have 22 fighters). [redacted] Looks like we're also going to re-sign Tito Ortiz which should be announced very soon.

==Things are looking good.  This was a big day for the UFC.==

Dana is on the local ESPN radio affiliate right now talking about us coming to Boston "very soon" though so no pressure on you guys.  ☺

---

**From:** Kevin Mulvey [redacted]
**Sent:** Friday, July 24, 2009 6:53 PM
**To:** Michael Mersch
**Subject:** Re: Affliction

Wow! Short term/long term ramifications?

**From:** Michael Mersch
**Date:** Fri, 24 Jul 2009 18:15:17 -0700
**To:** [redacted]; Joseph Ricca<[redacted]>
**Subject:** Affliction

==Our main rival is done.==

http://www.sherdog.com/news/news/affliction-clothing-back-in-ufc-fold-18709

Michael P. Mersch
Assistant General Counsel
Zuffa, LLC
[redacted] direct
[redacted] fax

     

CONFIDENTIAL
FILED UNDER SEAL
ZFL-2193553