WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT ZUFFA, LLC'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

# APPENDIX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Appendix of Exhibits in Support of Zuffa's Reply in Support of Its Motion for Summary Judgment. The Exhibits noted below are attached as exhibits to the Declaration of Stacey K. Grigsby in Support of Defendant Zuffa, LLC's Reply in Support of Its Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| 113. | Chart of Plaintiffs' CSOF and Zuffa's Response |
| 114. | ACB Ranked Athletes List (2013-2016) |
| 115. | Excerpts of the Deposition of Michael Mersch ("Mersch Dep. I") (July 14, 2017) |
| 116. | Excerpts of the Deposition of Ike Lawrence Epstein ("Epstein Dep.") (May 26, 2017) |
| 117. | Letter from the FTC to Zuffa, LLC Closing Investigation into Strikeforce Acquisition (January 25, 2012) |
| 118. | Excerpts of the Deposition of Colin Neville (Raine) ("Neville Dep.") (August 8, 2017) |
| 119. | Deck on Zuffa's business in Brazil (January 2013), RAINE000019 |
| 120. | Excerpts of the Deposition of Prof. Roger D. Blair ("Blair Dep.") (December 8, 2017) |
| 121. | Excerpts of the Second Deposition of Dr. Hal J. Singer ("Singer Dep. II") (January 23, 2018) |
| 122. | Excerpts from Plaintiffs' First Amended Interrogatory Responses (November 14, 2016) |
| 123. | Excerpts from Plaintiffs' Second Interrogatory Responses (May 8, 2017) |
| 124. | Chart Of Overseas Promoters With At Least 4 Ranked Athletes Excluded from Singer's Ranked Market (2010-2016) |
| 125. | Excerpts of the First Deposition of Dr. Hal J. Singer ("Singer Dep. I") (September 27, 2017) |
| 126. | Chart of Rank of Current UFC Champions at Time of First UFC Bout |
| 127. | Excerpts of the Deposition of Brandon Vera ("Vera Dep.") (February 16, 2017) |

| Exhibit | Description |
|---|---|
| 128. | Summary Chart of the Number of Zuffa Bouts (1993-2016) |
| 129. | Excerpts of the 30(b)(6) Deposition of Ike Lawrence Epstein on Acquisitions ("Acquisitions Dep.") (December 2, 2016) |
| 130. | Excerpts of the Deposition of Michael Mersch ("Mersch Dep. II") (July 14, 2017) |
| 131. | Comparison of Promoters with at least 4 Ranked Athletes Included and Excluded from Singer's Ranked Market in 2013 |
| 132. | Excerpts of the Deposition of Lorenzo J. Fertitta ("Fertitta Dep.") (March 23, 2017) |
| 133. | Fightmatrix.com - Conor McGregor - Quarterly Generated Historical Rankings |
| 134. | Sherdog.com - Conor McGregor "Notorious" |