# EXHIBIT 114

# ACB Ranked Athletes List (2013-2016)

**Ranked Athletes with Bouts at Absolute Championship Berkut (2013-2016)**

| Summary of Ranked Athletes Competing for ACB (2013-2016) | | | | | |
|---|---|---|---|---|---|
| Year | No. Ranked | Highest Rank | No. Top 100 | No. Top 50 | No. Top 20 |
| 2013 | 4 | 185 |  | 0 | 0 |
| 2014 | 58 | 52 | 8 | 0 | 0 |
| 2015 | 120 | 40 | 18 | 4 | 0 |
| 2016 | 189 | 16 | 54 | 14 | 2 |

| List of Ranked Athletes Competing for ACB (2013-2016) | | | |
|---|---|---|---|
| Year | Promoter | Athlete Name | Athlete Rank |
| 2013 | Absolute Championship Berkut | AYUB HATUEV | 185 |
| 2013 | Absolute Championship Berkut | MAGOMED GINAZOV | 294 |
| 2013 | Absolute Championship Berkut | AMIRKHAN ADAEV | 611 |
| 2013 | Absolute Championship Berkut | ISLAM SELIMOV | 622 |
| 2014 | Absolute Championship Berkut | MUSA KHAMANAEV | 52 |
| 2014 | Absolute Championship Berkut | MAGOMED BIBULATOV | 56 |
| 2014 | Absolute Championship Berkut | BRETT ROGERS | 59 |
| 2014 | Absolute Championship Berkut | GADZHIMURAD ANTIGULOV | 59 |
| 2014 | Absolute Championship Berkut | ABDUL-KERIM EDILOV | 73 |
| 2014 | Absolute Championship Berkut | SERGEJ GRECICHO | 74 |
| 2014 | Absolute Championship Berkut | YUSUP SAADULAEV | 79 |
| 2014 | Absolute Championship Berkut | RASIM KURBANISMAILOV | 94 |
| 2014 | Absolute Championship Berkut | JACEK CZAJCZYNSKI | 107 |
| 2014 | Absolute Championship Berkut | SAID NURMAGOMEDOV | 119 |
| 2014 | Absolute Championship Berkut | MIKHAIL MALYUTIN | 121 |
| 2014 | Absolute Championship Berkut | BESLAN ISAEV | 125 |
| 2014 | Absolute Championship Berkut | HRACHO DARPINYAN | 125 |
| 2014 | Absolute Championship Berkut | ZELIMKHAN UMIEV | 127 |
| 2014 | Absolute Championship Berkut | RUSLAN KHASKHANOV | 132 |
| 2014 | Absolute Championship Berkut | ERIC REYNOLDS | 144 |
| 2014 | Absolute Championship Berkut | IGOR SVIRID | 149 |
| 2014 | Absolute Championship Berkut | SERGIO SOUZA | 158 |
| 2014 | Absolute Championship Berkut | ABDUL AZIZ ABDULVAKHABOV | 174 |
| 2014 | Absolute Championship Berkut | BESLAN USHUKOV | 174 |
| 2014 | Absolute Championship Berkut | CRISTHIAN TORRES | 199 |
| 2014 | Absolute Championship Berkut | RENAT LYATIFOV | 201 |
| 2014 | Absolute Championship Berkut | MAGOMED MAGOMEDKERIMOV | 205 |
| 2014 | Absolute Championship Berkut | ISRAFIL MAKHASHEV | 213 |
| 2014 | Absolute Championship Berkut | ARSEN UBAIDULAEV | 214 |
| 2014 | Absolute Championship Berkut | ARTUR GUSEINOV | 216 |
| 2014 | Absolute Championship Berkut | SALAMAN ZHAMALDAEV | 216 |
| 2014 | Absolute Championship Berkut | ALEXANDER STOLYAROV | 221 |
| 2014 | Absolute Championship Berkut | IGOR LITOSHIK | 222 |
| 2014 | Absolute Championship Berkut | NARIMAN ABBASOV | 225 |
| 2014 | Absolute Championship Berkut | AYUB HATUEV | 232 |
| 2014 | Absolute Championship Berkut | VELIMURAD ALKHASOV | 235 |
| 2014 | Absolute Championship Berkut | ALI BAGOV | 240 |
| 2014 | Absolute Championship Berkut | ANDREI KOSHKIN | 243 |
| 2014 | Absolute Championship Berkut | ASLAN TOKTARBAEV | 268 |
| 2014 | Absolute Championship Berkut | ABDUL-RAKHMAN DUDAEV | 278 |
| 2014 | Absolute Championship Berkut | RAMZAN ALGERIEV | 278 |
| 2014 | Absolute Championship Berkut | IBRAGIM TIBILOV | 280 |
| 2014 | Absolute Championship Berkut | MURAD ZEINULABIDOV | 282 |
| 2014 | Absolute Championship Berkut | ABUBAKAR VAGAEV | 292 |
| 2014 | Absolute Championship Berkut | MAGOMED ALHASOV | 305 |
| 2014 | Absolute Championship Berkut | MAGOMED GINAZOV | 315 |
| 2014 | Absolute Championship Berkut | ABDUL-RAHMAN DZHANAEV | 318 |
| 2014 | Absolute Championship Berkut | ZABIT MAGOMEDSHARIPOV | 341 |
| 2014 | Absolute Championship Berkut | CHARLES ANDRADE | 359 |
| 2014 | Absolute Championship Berkut | USTARMAGOMED GADZHIDAUDOV | 373 |
| 2014 | Absolute Championship Berkut | YERZHAN ESTANOV | 376 |
| 2014 | Absolute Championship Berkut | OLIVIER PASTOR | 397 |
| 2014 | Absolute Championship Berkut | MUKHAMED KOKOV | 399 |
| 2014 | Absolute Championship Berkut | DZHAMBULAT KURBANOV | 441 |

| Year | Promoter | Athlete Name | Athlete Rank |
|---|---|---|---|
| 2014 | Absolute Championship Berkut | PAATA ROBAKIDZE | 448 |
| 2014 | Absolute Championship Berkut | SHEIKH-MAGOMED ARAPKHANOV | 470 |
| 2014 | Absolute Championship Berkut | ISLAM MAKOEV | 545 |
| 2014 | Absolute Championship Berkut | GEORGI STOYANOV | 548 |
| 2014 | Absolute Championship Berkut | AMIRKHAN ADAEV | 590 |
| 2014 | Absolute Championship Berkut | ERMEK TLAUOV | 591 |
| 2014 | Absolute Championship Berkut | ISLAM SELIMOV | 612 |
| 2014 | Absolute Championship Berkut | TIMOFEY NASTYUKHIN | 621 |
| 2015 | Absolute Championship Berkut | GADZHIMURAD ANTIGULOV | 40 |
| 2015 | Absolute Championship Berkut | RUSLAN ABILTAROV | 40 |
| 2015 | Absolute Championship Berkut | VELIMURAD ALKHASOV | 43 |
| 2015 | Absolute Championship Berkut | ANATOLY TOKOV | 49 |
| 2015 | Absolute Championship Berkut | BESLAN ISAEV | 55 |
| 2015 | Absolute Championship Berkut | IRMESON CAVALCANTE DE OLIVEIRA | 55 |
| 2015 | Absolute Championship Berkut | ABU AZAITAR | 61 |
| 2015 | Absolute Championship Berkut | ALI BAGOV | 67 |
| 2015 | Absolute Championship Berkut | ARBI AGUJEV | 69 |
| 2015 | Absolute Championship Berkut | MARCIN LASOTA | 74 |
| 2015 | Absolute Championship Berkut | ASLAMBEK SAIDOV | 75 |
| 2015 | Absolute Championship Berkut | MURAD KALAMOV | 80 |
| 2015 | Absolute Championship Berkut | EDUARD VARTANYAN | 81 |
| 2015 | Absolute Championship Berkut | ABDUL AZIZ ABDULVAKHABOV | 84 |
| 2015 | Absolute Championship Berkut | ALBERT DURAEV | 87 |
| 2015 | Absolute Championship Berkut | FILIP MACEK | 90 |
| 2015 | Absolute Championship Berkut | MICHAL ANDRYSZAK | 95 |
| 2015 | Absolute Championship Berkut | SERGEY KHANDOZHKO | 98 |
| 2015 | Absolute Championship Berkut | MAGOMEDRASUL KHASBULAEV | 101 |
| 2015 | Absolute Championship Berkut | NIKOLA DIPCHIKOV | 102 |
| 2015 | Absolute Championship Berkut | NIKOLAY ALEKSAKHIN | 102 |
| 2015 | Absolute Championship Berkut | SALIMGEREY RASULOV | 103 |
| 2015 | Absolute Championship Berkut | MUSLIM MAKHMUDOV | 104 |
| 2015 | Absolute Championship Berkut | MUSLIM KHIZRIEV | 117 |
| 2015 | Absolute Championship Berkut | RASUL ALBASKHANOV | 119 |
| 2015 | Absolute Championship Berkut | ADRIAN ZIELINSKI | 122 |
| 2015 | Absolute Championship Berkut | HUSEIN KUSHAGOV | 123 |
| 2015 | Absolute Championship Berkut | MAGOMED MAGOMEDOV | 127 |
| 2015 | Absolute Championship Berkut | AZAMAT AMAGOV | 129 |
| 2015 | Absolute Championship Berkut | GIGA KUKHALASHVILI | 134 |
| 2015 | Absolute Championship Berkut | VINICIUS LIMA | 135 |
| 2015 | Absolute Championship Berkut | ZABIT MAGOMEDSHARIPOV | 135 |
| 2015 | Absolute Championship Berkut | JOSE DE RIBAMAR MACHADO GOMES | 140 |
| 2015 | Absolute Championship Berkut | MIKAEL SILANDER | 141 |
| 2015 | Absolute Championship Berkut | MUKHAMED KOKOV | 141 |
| 2015 | Absolute Championship Berkut | DENIS MUTSNEK | 145 |
| 2015 | Absolute Championship Berkut | FILIP WOLANSKI | 149 |
| 2015 | Absolute Championship Berkut | CASSIO BARBOSA DE OLIVEIRA | 154 |
| 2015 | Absolute Championship Berkut | VLADIMIR KATYHIN | 155 |
| 2015 | Absolute Championship Berkut | ADAM ZAJAC | 159 |
| 2015 | Absolute Championship Berkut | JORGE LUIS BEZERRA | 160 |
| 2015 | Absolute Championship Berkut | ISA UMAROV | 164 |
| 2015 | Absolute Championship Berkut | ABDUL-RAKHMAN TEMIROV | 170 |
| 2015 | Absolute Championship Berkut | ANDREI KOSHKIN | 170 |
| 2015 | Absolute Championship Berkut | ABDUL-RAHMAN DZHANAEV | 172 |
| 2015 | Absolute Championship Berkut | VITOR NOBREGA | 179 |
| 2015 | Absolute Championship Berkut | ZAURBEK BASHAEV | 181 |
| 2015 | Absolute Championship Berkut | JULIO CESAR DOS SANTOS | 183 |
| 2015 | Absolute Championship Berkut | PETR YAN | 197 |
| 2015 | Absolute Championship Berkut | PATRIK KINCL | 201 |
| 2015 | Absolute Championship Berkut | JOSIP ARTUKOVIC | 202 |
| 2015 | Absolute Championship Berkut | LEW POLLEY | 205 |
| 2015 | Absolute Championship Berkut | MUKHAMED BERKHAMOV | 205 |
| 2015 | Absolute Championship Berkut | ISAAC PIMENTEL | 211 |
| 2015 | Absolute Championship Berkut | ASKAR ASKAROV | 215 |
| 2015 | Absolute Championship Berkut | EVGENIY LAZUKOV | 221 |
| 2015 | Absolute Championship Berkut | KAMIL SELWA | 221 |
| 2015 | Absolute Championship Berkut | ANTONI CHMIELEWSKI | 230 |

| Year | Promoter | Athlete Name | Athlete Rank |
|---|---|---|---|
| 2015 | Absolute Championship Berkut | MAXIM SHVETS | 231 |
| 2015 | Absolute Championship Berkut | MUKHOMAD VAKHAEV | 232 |
| 2015 | Absolute Championship Berkut | ZAUR GADZHIBABAYEV | 234 |
| 2015 | Absolute Championship Berkut | DMITRY SAMOILOV | 235 |
| 2015 | Absolute Championship Berkut | TAREK SULEIMAN | 239 |
| 2015 | Absolute Championship Berkut | GRIGORIY KICHIGIN | 240 |
| 2015 | Absolute Championship Berkut | VISKHAN MAGOMADOV | 241 |
| 2015 | Absolute Championship Berkut | ASKER BARAGUNOV | 250 |
| 2015 | Absolute Championship Berkut | ARTEM LOBOV | 253 |
| 2015 | Absolute Championship Berkut | HARON ORZUMIEV | 261 |
| 2015 | Absolute Championship Berkut | IBRAGIM CHUZHIGAEV | 262 |
| 2015 | Absolute Championship Berkut | MAHARBEK KARGINOV | 264 |
| 2015 | Absolute Championship Berkut | ALEKSANDR LUNGA | 265 |
| 2015 | Absolute Championship Berkut | ALEXEY NAUMOV | 270 |
| 2015 | Absolute Championship Berkut | AMIRKHAN ADAEV | 271 |
| 2015 | Absolute Championship Berkut | SERGEY FALEY | 272 |
| 2015 | Absolute Championship Berkut | MURAD ZEINULABIDOV | 279 |
| 2015 | Absolute Championship Berkut | IBRAGIM TIBILOV | 287 |
| 2015 | Absolute Championship Berkut | MAGOMED GINAZOV | 296 |
| 2015 | Absolute Championship Berkut | USTARMAGOMED GADZHIDAUDOV | 296 |
| 2015 | Absolute Championship Berkut | SHAMIL NIKAEV | 298 |
| 2015 | Absolute Championship Berkut | JULIO CESAR DE ALMEIDA | 302 |
| 2015 | Absolute Championship Berkut | RENAT LYATIFOV | 309 |
| 2015 | Absolute Championship Berkut | ZAUR KASUMOV | 315 |
| 2015 | Absolute Championship Berkut | DZHAMAL MAGOMEDOV | 318 |
| 2015 | Absolute Championship Berkut | ALEXANDER PLETENKO | 320 |
| 2015 | Absolute Championship Berkut | ZOZIMAR DE OLIVEIRA SILVA JR. | 322 |
| 2015 | Absolute Championship Berkut | THIAGO MELLER | 325 |
| 2015 | Absolute Championship Berkut | PANAGIOTIS STROUMPOULIS | 333 |
| 2015 | Absolute Championship Berkut | ANDRII MYTROFANOV | 339 |
| 2015 | Absolute Championship Berkut | ISLAM MAKOEV | 341 |
| 2015 | Absolute Championship Berkut | YUSUF RAISOV | 349 |
| 2015 | Absolute Championship Berkut | GUILLERMO MARTINEZ AYME | 362 |
| 2015 | Absolute Championship Berkut | ARTEM SHOKALO | 367 |
| 2015 | Absolute Championship Berkut | JAKUB KOWALEWICZ | 370 |
| 2015 | Absolute Championship Berkut | DAMIAN STASIAK | 379 |
| 2015 | Absolute Championship Berkut | ALEXANDER CHERNOV | 380 |
| 2015 | Absolute Championship Berkut | ALEXEY EFREMOV | 380 |
| 2015 | Absolute Championship Berkut | LAMBERD AKHIADOV | 390 |
| 2015 | Absolute Championship Berkut | ILYAS OMAROV | 397 |
| 2015 | Absolute Championship Berkut | ALEXANDER MATMURATOV | 399 |
| 2015 | Absolute Championship Berkut | VISKHAN AMIRKHANOV | 423 |
| 2015 | Absolute Championship Berkut | ASLAMBEK ARSAMIKOV | 428 |
| 2015 | Absolute Championship Berkut | JANUSZ STASZEWSKI | 440 |
| 2015 | Absolute Championship Berkut | RASUL SHOVHALOV | 457 |
| 2015 | Absolute Championship Berkut | DZHAMBULAT KURBANOV | 458 |
| 2015 | Absolute Championship Berkut | ANTONIO MAGNO LIMA PEREIRA | 461 |
| 2015 | Absolute Championship Berkut | KHAMZAT AUSHEV | 463 |
| 2015 | Absolute Championship Berkut | SERGEI BAL | 479 |
| 2015 | Absolute Championship Berkut | GIORGOS PASCHALIDIS | 488 |
| 2015 | Absolute Championship Berkut | SHAMIL GAZIEV | 504 |
| 2015 | Absolute Championship Berkut | DAMIAN BILAS | 514 |
| 2015 | Absolute Championship Berkut | RASUL YAKHYAEV | 521 |
| 2015 | Absolute Championship Berkut | MAGOMED KHAMZAEV | 543 |
| 2015 | Absolute Championship Berkut | SAYD-HAMZAT AVKHADOV | 551 |
| 2015 | Absolute Championship Berkut | RASUL EDIEV | 568 |
| 2015 | Absolute Championship Berkut | MAGOMED RAISOV | 579 |
| 2015 | Absolute Championship Berkut | IMRAN ABAEV | 588 |
| 2015 | Absolute Championship Berkut | MATEUSZ STRZELCZYK | 596 |
| 2015 | Absolute Championship Berkut | RAKHMAN MAKHAZHIEV | 628 |
| 2015 | Absolute Championship Berkut | ROMAN AVDAL | 641 |
| 2015 | Absolute Championship Berkut | TIMUR TEMIRBULATOV | 650 |
| 2016 | Absolute Championship Berkut | DENIS GOLTSOV | 16 |
| 2016 | Absolute Championship Berkut | ANTHONY LEONE | 20 |
| 2016 | Absolute Championship Berkut | BRETT COOPER | 31 |
| 2016 | Absolute Championship Berkut | MAGOMED MAGOMEDOV | 31 |

| Year | Promoter | Athlete Name | Athlete Rank |
|---|---|---|---|
| 2016 | Absolute Championship Berkut | GADZHIMURAD ANTIGULOV | 33 |
| 2016 | Absolute Championship Berkut | JOSE MARIA TOME | 33 |
| 2016 | Absolute Championship Berkut | ANATOLY TOKOV | 34 |
| 2016 | Absolute Championship Berkut | OLEG BORISOV | 35 |
| 2016 | Absolute Championship Berkut | ASLAMBEK SAIDOV | 37 |
| 2016 | Absolute Championship Berkut | PAUL BUENTELLO | 40 |
| 2016 | Absolute Championship Berkut | ZABIT MAGOMEDSHARIPOV | 43 |
| 2016 | Absolute Championship Berkut | RASUL ALBASKHANOV | 44 |
| 2016 | Absolute Championship Berkut | NORMAN PARKE | 48 |
| 2016 | Absolute Championship Berkut | VELIMURAD ALKHASOV | 49 |
| 2016 | Absolute Championship Berkut | SALIMGEREY RASULOV | 52 |
| 2016 | Absolute Championship Berkut | USTARMAGOMED GADZHIDAUDOV | 52 |
| 2016 | Absolute Championship Berkut | ALEKSEI BUTORIN | 54 |
| 2016 | Absolute Championship Berkut | BESLAN ISAEV | 54 |
| 2016 | Absolute Championship Berkut | JAKE BOSTWICK | 56 |
| 2016 | Absolute Championship Berkut | MALIK MERAD | 57 |
| 2016 | Absolute Championship Berkut | MIKE KYLE | 57 |
| 2016 | Absolute Championship Berkut | SAUL ROGERS | 59 |
| 2016 | Absolute Championship Berkut | ALBERT DURAEV | 60 |
| 2016 | Absolute Championship Berkut | ANDREI KOSHKIN | 60 |
| 2016 | Absolute Championship Berkut | ASKAR ASKAROV | 60 |
| 2016 | Absolute Championship Berkut | ALEXANDER SARNAVSKIY | 62 |
| 2016 | Absolute Championship Berkut | ABDUL AZIZ ABDULVAKHABOV | 63 |
| 2016 | Absolute Championship Berkut | ISA UMAROV | 63 |
| 2016 | Absolute Championship Berkut | ALI BAGOV | 64 |
| 2016 | Absolute Championship Berkut | MAX NUNES | 66 |
| 2016 | Absolute Championship Berkut | MAHARBEK KARGINOV | 67 |
| 2016 | Absolute Championship Berkut | MAXIM FUTIN | 68 |
| 2016 | Absolute Championship Berkut | MARCELO ALFAYA | 69 |
| 2016 | Absolute Championship Berkut | EDUARD VARTANYAN | 70 |
| 2016 | Absolute Championship Berkut | RODNEY WALLACE | 70 |
| 2016 | Absolute Championship Berkut | TURAL RAGIMOV | 70 |
| 2016 | Absolute Championship Berkut | ILYA SHCHEGLOV | 73 |
| 2016 | Absolute Championship Berkut | YASUBEY ENOMOTO | 73 |
| 2016 | Absolute Championship Berkut | MUSA KHAMANAEV | 74 |
| 2016 | Absolute Championship Berkut | MUSLIM MAKHMUDOV | 74 |
| 2016 | Absolute Championship Berkut | PETR YAN | 78 |
| 2016 | Absolute Championship Berkut | MUSLIM KHIZRIEV | 79 |
| 2016 | Absolute Championship Berkut | JESSE TAYLOR | 82 |
| 2016 | Absolute Championship Berkut | ROBERT WHITEFORD | 83 |
| 2016 | Absolute Championship Berkut | SHAMIL ABDULKHALIKOV | 84 |
| 2016 | Absolute Championship Berkut | TIM HAGUE | 86 |
| 2016 | Absolute Championship Berkut | MIKAEL SILANDER | 87 |
| 2016 | Absolute Championship Berkut | ISAAC PIMENTEL | 92 |
| 2016 | Absolute Championship Berkut | ADLAN BATAEV | 93 |
| 2016 | Absolute Championship Berkut | RAMAZAN ESENBAEV | 94 |
| 2016 | Absolute Championship Berkut | MARAT BALAEV | 95 |
| 2016 | Absolute Championship Berkut | MURAD KALAMOV | 95 |
| 2016 | Absolute Championship Berkut | DAMIAN SZMIGIELSKI | 96 |
| 2016 | Absolute Championship Berkut | MIKE WILKINSON | 96 |
| 2016 | Absolute Championship Berkut | ARBI AGUJEV | 101 |
| 2016 | Absolute Championship Berkut | STEVE CARL | 105 |
| 2016 | Absolute Championship Berkut | MICHAL ANDRYSZAK | 108 |
| 2016 | Absolute Championship Berkut | EVGENIY LAZUKOV | 109 |
| 2016 | Absolute Championship Berkut | MIKHAIL KOLOBEGOV | 110 |
| 2016 | Absolute Championship Berkut | ED ARTHUR | 114 |
| 2016 | Absolute Championship Berkut | ALEXANDR SHABLIY | 115 |
| 2016 | Absolute Championship Berkut | RYAN SCOPE | 116 |
| 2016 | Absolute Championship Berkut | SHARAF DAVLATMURODOV | 116 |
| 2016 | Absolute Championship Berkut | BEN ALLOWAY | 117 |
| 2016 | Absolute Championship Berkut | VALDINES SILVA | 117 |
| 2016 | Absolute Championship Berkut | YUSUF RAISOV | 118 |
| 2016 | Absolute Championship Berkut | VALERIY KHAZHIROKOV | 119 |
| 2016 | Absolute Championship Berkut | PATRIK KINCL | 120 |
| 2016 | Absolute Championship Berkut | ZAURBEK BASHAEV | 120 |
| 2016 | Absolute Championship Berkut | AZAMAT AMAGOV | 126 |

| Year | Promoter | Athlete Name | Athlete Rank |
|---|---|---|---|
| 2016 | Absolute Championship Berkut | ADAM ZAJAC | 130 |
| 2016 | Absolute Championship Berkut | AMIRKHAN ADAEV | 130 |
| 2016 | Absolute Championship Berkut | JOHN MAGUIRE | 132 |
| 2016 | Absolute Championship Berkut | ZELIMKHAN UMIEV | 133 |
| 2016 | Absolute Championship Berkut | JESSE JUAREZ | 134 |
| 2016 | Absolute Championship Berkut | RUSLAN ABILTAROV | 136 |
| 2016 | Absolute Championship Berkut | MUKHAMED KOKOV | 139 |
| 2016 | Absolute Championship Berkut | MICHAIL TSAREV | 143 |
| 2016 | Absolute Championship Berkut | MUKHAMED BERKHAMOV | 144 |
| 2016 | Absolute Championship Berkut | ADRIAN ZIELINSKI | 146 |
| 2016 | Absolute Championship Berkut | DONALD SANCHEZ | 146 |
| 2016 | Absolute Championship Berkut | ALI ESKIEV | 151 |
| 2016 | Absolute Championship Berkut | SAYD-HAMZAT AVKHADOV | 151 |
| 2016 | Absolute Championship Berkut | GRACHIK BOZINYAN | 152 |
| 2016 | Absolute Championship Berkut | IGOR SVIRID | 155 |
| 2016 | Absolute Championship Berkut | SERGEY KHANDOZHKO | 158 |
| 2016 | Absolute Championship Berkut | IGOR FERNANDES | 159 |
| 2016 | Absolute Championship Berkut | ABDUL-RAKHMAN TEMIROV | 160 |
| 2016 | Absolute Championship Berkut | MUKHOMAD VAKHAEV | 160 |
| 2016 | Absolute Championship Berkut | HANS STRINGER | 161 |
| 2016 | Absolute Championship Berkut | ISLAM MAKOEV | 163 |
| 2016 | Absolute Championship Berkut | NIKOLA DIPCHIKOV | 167 |
| 2016 | Absolute Championship Berkut | IBRAGIM CHUZHIGAEV | 171 |
| 2016 | Absolute Championship Berkut | GIORGI LOBZHANIDZE | 175 |
| 2016 | Absolute Championship Berkut | KURBAN GADZHIEV | 176 |
| 2016 | Absolute Championship Berkut | SERGEI BILOSTENNIY | 180 |
| 2016 | Absolute Championship Berkut | SHAMIL NIKAEV | 180 |
| 2016 | Absolute Championship Berkut | ABDUL-RAHMAN DZHANAEV | 182 |
| 2016 | Absolute Championship Berkut | SYLWESTER BORYS | 183 |
| 2016 | Absolute Championship Berkut | SHAMIL SHAKHBULATOV | 187 |
| 2016 | Absolute Championship Berkut | TAICHI NAKAJIMA | 188 |
| 2016 | Absolute Championship Berkut | CHARLES ANDRADE | 194 |
| 2016 | Absolute Championship Berkut | ABDULLA ISAEV | 196 |
| 2016 | Absolute Championship Berkut | VLADIMIR KATYHIN | 202 |
| 2016 | Absolute Championship Berkut | MARCIO BRENO RODRIGUES BRAGA | 203 |
| 2016 | Absolute Championship Berkut | JAMES BRUM | 204 |
| 2016 | Absolute Championship Berkut | NODAR KUDUKHASHVILI | 205 |
| 2016 | Absolute Championship Berkut | BJOERN SCHMIEDEBERG | 207 |
| 2016 | Absolute Championship Berkut | HUSEIN KUSHAGOV | 216 |
| 2016 | Absolute Championship Berkut | DAVID CUBAS | 218 |
| 2016 | Absolute Championship Berkut | IBRAGIM TIBILOV | 218 |
| 2016 | Absolute Championship Berkut | WALLYSON CARVALHO | 218 |
| 2016 | Absolute Championship Berkut | MARCIN LASOTA | 220 |
| 2016 | Absolute Championship Berkut | EDDY ELLIS | 223 |
| 2016 | Absolute Championship Berkut | ANDY SPIERS | 225 |
| 2016 | Absolute Championship Berkut | ROMAN KOPYLOV | 230 |
| 2016 | Absolute Championship Berkut | SOSO NIZHARADZE | 240 |
| 2016 | Absolute Championship Berkut | IGOR LITOSHIK | 243 |
| 2016 | Absolute Championship Berkut | JULIO CESAR DOS SANTOS | 244 |
| 2016 | Absolute Championship Berkut | LEANDRO RODRIGUES PONTES | 244 |
| 2016 | Absolute Championship Berkut | FILIP MACEK | 245 |
| 2016 | Absolute Championship Berkut | DANNY MITCHELL | 247 |
| 2016 | Absolute Championship Berkut | ISLAM MESHEV | 247 |
| 2016 | Absolute Championship Berkut | DANIEL CRAWFORD | 253 |
| 2016 | Absolute Championship Berkut | DENIS MUTSNEK | 256 |
| 2016 | Absolute Championship Berkut | MAGOMED GINAZOV | 257 |
| 2016 | Absolute Championship Berkut | DIEGO MARLON | 258 |
| 2016 | Absolute Championship Berkut | CARLOS ALEXANDRE DA COSTA | 259 |
| 2016 | Absolute Championship Berkut | ALEXANDER PEDUSON | 265 |
| 2016 | Absolute Championship Berkut | JOILTON SANTOS | 269 |
| 2016 | Absolute Championship Berkut | KEVIN PETSHI | 275 |
| 2016 | Absolute Championship Berkut | BAYSANGUR VAKHITOV | 280 |
| 2016 | Absolute Championship Berkut | BISLAN ETLESHEV | 281 |
| 2016 | Absolute Championship Berkut | STANISLAV VLASENKO | 284 |
| 2016 | Absolute Championship Berkut | VISKHAN MAGOMADOV | 289 |
| 2016 | Absolute Championship Berkut | ANDREW FISHER | 292 |

| Year | Promoter | Athlete Name | Athlete Rank |
|---|---|---|---|
| 2016 | Absolute Championship Berkut | KHAMZAT AUSHEV | 298 |
| 2016 | Absolute Championship Berkut | RUSTAM GADZHIEV | 303 |
| 2016 | Absolute Championship Berkut | RUSTAM CHSIEV | 306 |
| 2016 | Absolute Championship Berkut | SAIFULLAH DZHABRAILOV | 320 |
| 2016 | Absolute Championship Berkut | RUSTAM ASUEV | 324 |
| 2016 | Absolute Championship Berkut | XAVIER ALAOUI | 327 |
| 2016 | Absolute Championship Berkut | BRUCE BOYINGTON | 328 |
| 2016 | Absolute Championship Berkut | SHAMKHAN BARAKHANOV | 336 |
| 2016 | Absolute Championship Berkut | ANDREI CIUBOTARU | 338 |
| 2016 | Absolute Championship Berkut | JAROSLAV POKORNY | 346 |
| 2016 | Absolute Championship Berkut | PAWEL KIELEK | 357 |
| 2016 | Absolute Championship Berkut | SULEIMAN BOUHATA | 359 |
| 2016 | Absolute Championship Berkut | STANISLAV KLYBIK | 365 |
| 2016 | Absolute Championship Berkut | JAMIL SILVEIRA DA CONCEICAO | 367 |
| 2016 | Absolute Championship Berkut | MICHAEL BOBNER | 370 |
| 2016 | Absolute Championship Berkut | RUSTAM KERIMOV | 370 |
| 2016 | Absolute Championship Berkut | KARIM MAGOMEDOV | 372 |
| 2016 | Absolute Championship Berkut | YUSUP UMAROV | 377 |
| 2016 | Absolute Championship Berkut | LOM-ALI NALGIEV | 378 |
| 2016 | Absolute Championship Berkut | RASUL EDIEV | 379 |
| 2016 | Absolute Championship Berkut | MAGOMED KHAMZAEV | 382 |
| 2016 | Absolute Championship Berkut | ARYMARCEL SANTOS | 383 |
| 2016 | Absolute Championship Berkut | RASUL SHOVHALOV | 384 |
| 2016 | Absolute Championship Berkut | MURAT TLYARUKOV | 386 |
| 2016 | Absolute Championship Berkut | ALIHAN SULEIMANOV | 391 |
| 2016 | Absolute Championship Berkut | ILYAS OMAROV | 401 |
| 2016 | Absolute Championship Berkut | RASUL YAKHYAEV | 419 |
| 2016 | Absolute Championship Berkut | ANDREY KRASNIKOV | 432 |
| 2016 | Absolute Championship Berkut | SEBASTIAN ROMANOWSKI | 449 |
| 2016 | Absolute Championship Berkut | ARTUR LEMOS | 450 |
| 2016 | Absolute Championship Berkut | ARTUR SOLOVIEV | 464 |
| 2016 | Absolute Championship Berkut | LAMBERD AKHIADOV | 465 |
| 2016 | Absolute Championship Berkut | GUILLERMO MARTINEZ AYME | 472 |
| 2016 | Absolute Championship Berkut | VASILY PALYOK | 481 |
| 2016 | Absolute Championship Berkut | NIKOLAI DAKIN | 504 |
| 2016 | Absolute Championship Berkut | RAKHMAN MAKHAZHIEV | 504 |
| 2016 | Absolute Championship Berkut | LUKASZ RAJEWSKI | 506 |
| 2016 | Absolute Championship Berkut | ISLAM ISAEV | 507 |
| 2016 | Absolute Championship Berkut | MAXIM PASHKOV | 516 |
| 2016 | Absolute Championship Berkut | IMRAN ABAEV | 529 |
| 2016 | Absolute Championship Berkut | ASLAMBEK ARSAMIKOV | 531 |
| 2016 | Absolute Championship Berkut | KHAMZAT DALGIEV | 539 |
| 2016 | Absolute Championship Berkut | MICHAEL BRIGHTMON | 541 |
| 2016 | Absolute Championship Berkut | JOSE EUDES TAVARES | 547 |
| 2016 | Absolute Championship Berkut | RIM KHAZIAKHMETOV | 549 |
| 2016 | Absolute Championship Berkut | RENAT LYATIFOV | 559 |
| 2016 | Absolute Championship Berkut | ALIM CHERKESOV | 569 |
| 2016 | Absolute Championship Berkut | MAGOMED RAISOV | 574 |
| 2016 | Absolute Championship Berkut | ANVAR AMIRLI | 590 |
| 2016 | Absolute Championship Berkut | MICHELL ADELINA | 626 |
| 2016 | Absolute Championship Berkut | EVGENY LAKHIN | 631 |
| 2016 | Absolute Championship Berkut | GAVIN HUGHES | 633 |
| 2016 | Absolute Championship Berkut | VLADIMIR NIKITIN | 645 |

*Sources:*

Singer Backup (Sherdog Denom for Market Shares.dta)