# EXHIBIT 116

# Excerpts of the Deposition of Ike Lawrence Epstein (5/26/17)

# (Redacted)

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON      )
FITCH, on behalf of              )
themselves and all others        )
similarly situated,              )
                                 )
          Plaintiffs,            )
                                 )
     vs.                         ) Case No.
                                 ) 2:15-cv-01045-RFB-(PAL)
                                 )
ZUFFA, LLC, d/b/a Ultimate       )
Fighting Championship and        )
UFC,                             )
                                 )
          Defendant.             )
_____  )

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF

IKE LAWRENCE EPSTEIN

LAS VEGAS, NEVADA

MAY 26, 2017

9:07 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
Job No. 50641

CONFIDENTIAL - IKE LAWRENCE EPSTEIN

90

1  A. I do.
2  Q. Now, do you recall whether you reviewed
3  this portion of the Deutsche Bank offering memorandum
4  for accuracy?
5  A. I don't recall.
6  Q. Now, about two-thirds of the way down,
7  there's a sentence that begins "Furthermore."
8     Do you see that?
9  A. Yes.
10 Q. And it says:
11
12
13
14
15
16
17
18
19
20
21    Do you see that?
22 A. I do.
23 Q. Is that an accurate statement regarding the
24 championship clause?
25 A. I think it is accurate.

91

1  Q. I beg your pardon?
2  A. Yeah, it's accurate.
3  Q. Turning back to Exhibit 5 which is the
4  contract, could you turn to 13, article 13, which is
5  on page 11.
6  A. Okay.
7  Q. Article 13 is the right to match section.
8     Do you see that?
9  A. I do.
10 Q. And just let me read the first line to you.
11 It says:
12
13
14
15
16
17
18 A. I do.
19 Q. What was the business purpose to Zuffa of
20 that provision?
21    MS. GRIGSBY: Same objection. This was
22 asked and answered by Zuffa in the 30(b)(6)
23 deposition which took place on November 29th, 2016.
24 BY MR. SAVERI:
25 Q. You can go ahead and answer.

92

1  A. After we've invested a lot of time, effort,
2  and money in promoting an athlete, if the contract
3  expires, simply wanted the opportunity to match the
4  terms of any competing offer, and it's been something
5  that exists in boxing agreements for decades and
6  decades, existed in Bellator's agreements. It exists
7  obviously in our agreements. And it's actually
8  something that has been used effectively by fighters
9  to make sure they get a fair offer on the open
10 market.
11 Q. Excuse me. I didn't hear the last part.
12 A. They get a fair offer in the open market
13 because it requires the other promoter to make sure
14 they make a high offer. So it's hopefully not
15 matched.
16    We've been on both sides of this one very
17 recently.
18 Q. Now, would you turn to Epstein 1, the
19 Deutsche Bank materials. That same section that I
20 asked you about,
21
22    And about a third of the way down, above
23 the portion I asked you about a minute ago, there's a
24 sentence that begins
25    Do you see that? It starts five lines from

93

1  the top of that paragraph.
2
3  A. Yes.
4  Q. Let me read it to you. It says:
5
6
7
8
9
10
11
12
13 A. I do.
14 Q. Is that a true statement?
15 A. Back in 2000 -- what is this?
16 Q. The document is dated October 2009.
17 A. 2009. I'm not sure most contracts were
18    I don't know that. But certainly, the
19 exclusivity clause that
20
21
22    that's absolutely true.
23 Q. Okay. Turning back to the agreement again,
24 sir.
25 A. Okay.

24 (Pages 90 to 93)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

CONFIDENTIAL - IKE LAWRENCE EPSTEIN

**Page 358**

1  contain an exclusive period, did you mean contracts
2  such as Exhibit 5?
3      MR. SAVERI: Object to the form. Same
4  objection about the scope of the examination.
5      THE WITNESS: Yes.
6      MS. GRIGSBY: No further questions.
7      MR. SAVERI: Thank you.
8      THE WITNESS: Thank you.
9      THE VIDEOGRAPHER: This concludes Volume 1
10  of the videotaped deposition of Ike Lawrence Epstein
11  on May 26th, 2017.
12      The original media from today's testimony
13  will remain in the custody of David Feldman Worldwide
14  Court Reporting.
15      The time is approximately 6:00 p.m. We are
16  going off the record.
17      (The following occurred off the
18      video record.)
19      MR. NORTH: Can we also stipulate that the
20  transcript be marked confidential and any
21  designations?
22      MR. SAVERI: Whatever. I mean, yes, okay.
23  That's fine.
24      MS. GRIGSBY: That's what we usually do.
25

**Page 359**

1      MR. WEILER: Yes, that's fine.
2      (The deposition was concluded at
3      6:00 p.m.)

**Page 360**

STATE OF _____ )
                        ) :ss
COUNTY OF _____ )

    I, IKE LAWRENCE EPSTEIN, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

                    _____
                    IKE LAWRENCE EPSTEIN

Sworn and subscribed to before
me, this       day of
         , 2017.

                    _____
                    Notary Public

**Page 361**

        CERTIFICATE OF REPORTER
    I, Cynthia K. DuRivage, a Certified Shorthand Reporter of the State of Nevada, do hereby certify:
    That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.
    I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.
    Reading and signing by the witness was requested.
    IN WITNESS WHEREOF, I have this date subscribed my name.
Dated: June 12th, 2017

                    _____
                    CYNTHIA K. DuRIVAGE
                    CCR No. 451