# EXHIBIT 119

## RAINE000019 (Deck on Zuffa's business in Brazil)

## (Filed Under Seal)