# EXHIBIT 123

## Excerpts from Plaintiffs' Second Amended Interrogatory Responses

Joseph R. Saveri (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
rkoffman@cohenmilstein.com

Eric L. Cramer (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

*Co-Lead Counsel for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-(PAL)

**PLAINTIFFS' ANSWERS TO DEFENDANT ZUFFA, LLC'S SECOND SET OF INTERROGATORIES TO PLAINTIFFS LE, QUARRY, FITCH, VERA, VAZQUEZ, AND KINGSBURY**

multiple agreements with sponsors and multiple agreements with venues. Plaintiffs further object to this interrogatory on the ground that it is premature because Plaintiffs have not received all requested discovery, several discovery motions are pending, and Plaintiffs have not completed their expert work. Plaintiffs will submit a supplemental response when fact and expert discovery has been concluded, all discovery related motions have been resolved, and all expert analysis has been completed.

**INTERROGATORY NO. 6 (One Answer):**

For each consecutive three-month period of the relevant time period, **IDENTIFY** all **ATHLETES** who competed in a bout for any **OTHER PROMOTER** and who were at that time "Elite Professional MMA Fighters" as defined in paragraph 27(d) of the **COMPLAINT** during that time period.

**ANSWER:**

In addition to the General Objections set forth above, Plaintiffs object on the ground that responding to this interrogatory requires expert analysis and opinion and expert discovery has not yet completed. Plaintiffs further object to this interrogatory on the ground that it is premature because Plaintiffs have not received all requested discovery, several discovery motions are pending, and Plaintiffs have not completed their expert work. Plaintiffs will submit a supplemental response when fact and expert discovery has been concluded, all discovery related motions have been resolved, and all expert analysis has been completed.

**INTERROGATORY NO. 7 (One Answer):**

For each consecutive three-month period of the relevant time period, **IDENTIFY** all **ATHLETES** who competed in a bout for **ZUFFA** who were at that time "Elite Professional MMA Fighters" as defined in paragraph 27(d) of the **COMPLAINT** during that time period.

**ANSWER:**

In addition to the General Objections set forth above, Plaintiffs object on the ground that responding to this interrogatory requires expert analysis and opinion and expert discovery has not yet completed. Plaintiffs further object to this interrogatory on the ground that it is premature because Plaintiffs have not received all requested discovery, several discovery motions are pending, and Plaintiffs have not completed their expert work. Plaintiffs will submit a supplemental response when fact and expert discovery has been concluded, all discovery related motions have been resolved, and all expert analysis has been completed.

**INTERROGATORY NO. 8 (One Answer):**

For each three-month period of the relevant time period and for each **ATHLETE** identified as an "Elite Professional MMA Fighter" in your responses to Interrogatory 6 (One Answer) and Interrogatory 7 (One Answer), **IDENTIFY** how each **ATHLETE** meets the following qualifications (as those terms are used in paragraph 27(d) of the **COMPLAINT**): (1) "have demonstrated success through competition in local and/or regional MMA promotions" or (2) "developed significant public notoriety amongst MMA Industry media and the consuming audience through demonstrated success in athletic competition."

**ANSWER:**

In addition to the General Objections set forth above, Plaintiffs object on the ground that responding to this interrogatory requires expert analysis and opinion and expert discovery has not yet completed. Plaintiffs further object that this interrogatory is compound in that it asks Plaintiffs to identify how each athlete has demonstrated success through competition in local and/or regional MMA promotions and how each athlete has developed significant public notoriety amongst MMA industry media and the consuming audience. Plaintiffs further object to this interrogatory on the ground that it is premature because Plaintiffs have not received all requested discovery, several discovery motions are pending, and Plaintiffs have not completed their expert work. Plaintiffs will submit a supplemental response when fact and expert discovery

has been concluded, all discovery related motions have been resolved, and all expert analysis has been completed. .

**INTERROGATORY NO. 9 (One Answer):**

**IDENTIFY** each "Would-Be Rival MMA Promoter" that has been denied "necessary inputs" as those terms are used in Section VII of the **COMPLAINT** and the inputs that have been denied to each such promoter.

**ANSWER:**

In addition to the General Objections set forth above, Plaintiffs object on the ground that responding to this interrogatory requires expert analysis and opinion and expert discovery has not yet completed. Plaintiffs further object to this interrogatory on the ground that it is premature because Plaintiffs have not received all requested discovery, several discovery motions are pending, and Plaintiffs have not completed their expert work. Plaintiffs will submit a supplemental response when fact and expert discovery has been concluded, all discovery related motions have been resolved, and all expert analysis has been completed.

**INTERROGATORY NO. 10 (One Answer):**

For each year of the relevant time period, please **IDENTIFY** every "meaningful Promoter of live Elite Professional MMA," whether or not each identified promoter is in the "minor leagues" (as those terms are used in paragraph 128 and heading VII(A)(2) of the **COMPLAINT**), and all criteria that qualify or qualified each identified promoter as "meaningful."

**ANSWER:**

In addition to the General Objections set forth above, Plaintiffs object on the ground that responding to this interrogatory requires expert analysis and opinion and expert discovery has not yet completed. Plaintiffs further object to this interrogatory on the ground that it is premature because Plaintiffs have not received all requested discovery, several discovery motions

are pending, and Plaintiffs have not completed their expert work. Plaintiffs will submit a supplemental response when fact and expert discovery has been concluded, all discovery related motions have been resolved, and all expert analysis has been completed.

**INTERROGATORY NO. 11 (One Answer):**

State the factual basis for the allegations in paragraph 155 of the **COMPLAINT**, including the data source(s) from which the "average . . . . MMA bouts per UFC Fighter per year" was obtained or derived (regardless of whether it was obtained or derived by You, a person acting on Your behalf, or a third party).

**ANSWER:**

In addition to the General Objections set forth above, Plaintiffs object to this interrogatory on the ground that it seeks information known to and equally available to Zuffa. Plaintiffs further object on the ground that responding to this interrogatory requires expert analysis and opinion and expert discovery has not yet completed. Subject to and without waiving their objections, Plaintiffs respond to Interrogatory No. 11 as follows:

**Plaintiffs' Common Response:**

In an interview posted to the UFC's YouTube page on January 16, 2012, Lorenzo Fertitta states that UFC fighters "fight on average 1.6 times per year." *See* Lorenzo Fertitta Interview – Uncut, at 19:13, available at https://www.youtube.com/watch?v=ck0Lb8pDmVg. Plaintiffs conducted further analysis using a statement made by Dana White as quoted in an article entitled "Dana White on UFC roster cuts: 'There's 100 more guys that are gonna go'," written by Dave Doyle and published on February 21, 2013, on the MMAFighting.com website, available for download at http://www.mmafighting.com/ufc/2013/2/21/4015876/dana-white-on-ufc-roster-cuts-theres-100-more-guys-that-are-gonna-go. In that article, Mr. White is quoted as saying, "We have 475 guys under contract." Plaintiffs used that number and the number of bouts Zuffa put on in 2013 to calculate the average number of bouts per fighter.

**INTERROGATORY NO. 12 (One Answer):**

State the factual basis for the allegations in paragraph 103 of the **COMPLAINT**, including the data source(s) from which the "50% of league revenue" was obtained or derived (regardless of whether it was obtained or derived by You, a person acting on Your behalf, or a third party).

**ANSWER:**

In addition to the General Objections set forth above, Plaintiffs object to this Interrogatory on the ground that it seeks information known to and equally available to Zuffa. Plaintiffs further object on the ground that responding to this interrogatory requires expert analysis and opinion and expert discovery has not yet been completed. Subject to and without waiving their objections, Plaintiffs respond to Interrogatory No. 12 as follows:

**Plaintiffs' Common Response:**

Plaintiffs do not believe the UFC is, and do not assert that the UFC has ever been a "league." Zuffa is a promoter of mixed martial arts events—an individual sport. The comparison to the "Big 4" was intended solely to make the point that Elite Professional MMA Fighters are under-compensated.

Plaintiffs based their analysis on the collective bargaining agreements for certain other major league professional sports.

**INTERROGATORY NO. 13 (One Answer):**

State the factual basis for the allegations in paragraphs 7 and 74 of the **COMPLAINT** that UFC controls approximately 90% of the revenues derived from live Elite Professional MMA bouts, including the data source(s) from which the 90% figure was obtained or derived (regardless of whether it was obtained or derived by You, a person acting on Your behalf, or a third party).

**ANSWER:**

In addition to the General Objections set forth above, Plaintiffs object to this Interrogatory on the ground that it seeks information known to and equally available to Zuffa. Plaintiffs further object on the ground that responding to this interrogatory requires expert

analysis and opinion and expert discovery has not yet completed. Subject to and without waiving their objections, Plaintiffs respond to Interrogatory No. 13 as follows:

**Plaintiffs' Common Response:**

The allegations in paragraphs 7 and 74 of the Complaint that the UFC controls approximately 90% of the revenues derived from live Elite Professional MMA Fighter bouts comes from an article entitled "Ultimate Cash Machine," written by Matthew Miller and published in Forbes magazine on April 17, 2008. The article is available at https://www.forbes.com/forbes/2008/0505/080.html.

DATED: May 8, 2017

*/s/ Joseph R. Saveri*
Joseph R. Saveri

JOSEPH SAVERI LAW FIRM, INC.
Joseph R. Saveri
Joshua P. Davis
Matthew Weiler
Kevin E. Rayhill
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
mweiler@saverilawfirm.com
krayhill@saverilawfirm.com

Eric L. Cramer
Michael Dell'Angelo
Patrick F. Madden
Mark R. Suter
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

COHEN MILSTEIN SELLERS & TOLL, PLLC
Benjamin D. Brown
Richard A. Koffman
Daniel Silverman
1100 New York Ave., N.W., Ste. 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP
Don Springmeyer
Nevada State Bar No. 1021
Bradley Schrager
Nevada State Bar No. 10217
Daniel Bravo
Nevada State Bar No. 13078
3556 East Russell Road, Second Floor
Las Vegas, NV 89120
Telephone: (702) 341-5200
Fax: (702) 341-5300

*Liaison Counsel for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
Robert C. Maysey
Jerome K. Elwell
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

LAW OFFICE OF FREDERICK S. SCHWARTZ
Frederick S. Schwartz
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
William G. Caldes
1818 Market Street – Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300/Fax: (215) 496-6611
espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen@srkw-law.com
wcaldes@srkw-law.com

*Counsel for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera and Kyle Kingsbury*

**CERTIFICATE OF SERVICE**

I, Kevin E. Rayhill, am employed by the Joseph Saveri Law Firm, Inc. My business address is 555 Montgomery Street, Suite 1210, San Francisco, CA 94111. I am over the age of eighteen and not a party to this action.

On May 8, 2017, I served the following documents via ECF on all parties to this action:

**PLAINTIFFS' ANSWERS TO DEFENDANT ZUFFA, LLC'S SECOND SET OF INTERROGATORIES TO PLAINTIFFS LE, QUARRY, FITCH, VERA, VAZQUEZ, AND KINGSBURY**

*/s/ Kevin E. Rayhill*
Kevin E. Rayhill

**VERIFICATION**

My name is Jon Fitch. I am one of the named Plaintiffs in the action captioned Le et al. v. Zuffa, LLC, Case No. 2:15-cv-01045-RFB-PAL (D. Nev.).

I have reviewed the following document:

**PLAINTIFFS' ANSWERS TO DEFENDANT ZUFFA, LLC'S SECOND SET OF INDIVIDUAL INTERROGATORIES TO PLAINTIFFS LE, QUARRY, FITCH, VERA, VAZQUEZ, AND KINGSBURY**

I believe this document to be true and accurate with respect to statements based on my personal knowledge. Otherwise, I am informed and believe that the matters stated therein are true and correct.

I declare under penalty of perjury under the laws of the United States that these answers are true and correct. Executed on the 8th day of May, 2017.

Jon Fitch

**VERIFICATION**

My name is Kyle Kingsbury. I am one of the named Plaintiffs in the action captioned Le et al. v. Zuffa, LLC, Case No. 2:15-cv-01045-RFB-PAL (D. Nev.).

I have reviewed the following document:

**PLAINTIFFS' ANSWERS TO DEFENDANT ZUFFA, LLC'S SECOND SET OF INDIVIDUAL INTERROGATORIES TO PLAINTIFFS LE, QUARRY, FITCH, VERA, VAZQUEZ, AND KINGSBURY**

I believe this document to be true and accurate with respect to statements based on my personal knowledge. Otherwise, I am informed and believe that the matters stated therein are true and correct.

I declare under penalty of perjury under the laws of the United States that these answers are true and correct. Executed on the 8th day of May, 2017.

Kyle Kingsbury

**VERIFICATION**

My name is Cung Le. I am one of the named Plaintiffs in the action captioned Le et al. v. Zuffa, LLC, Case No. 2:15-cv-01045-RFB-PAL (D. Nev.).

I have reviewed the following document:

**PLAINTIFFS' ANSWERS TO DEFENDANT ZUFFA, LLC'S SECOND SET OF INDIVIDUAL INTERROGATORIES TO PLAINTIFFS LE, QUARRY, FITCH, VERA, VAZQUEZ, AND KINGSBURY**

I believe this document to be true and accurate with respect to statements based on my personal knowledge. Otherwise, I am informed and believe that the matters stated therein are true and correct.

I declare under penalty of perjury under the laws of the United States that these answers are true and correct. Executed on the 8th day of May, 2017.

Cung Le

**VERIFICATION**

My name is Nathan Quarry. I am one of the named Plaintiffs in the action captioned Le et al. v. Zuffa, LLC, Case No. 2:15-cv-01045-RFB-PAL (D. Nev.).

I have reviewed the following document:

**PLAINTIFFS' ANSWERS TO DEFENDANT ZUFFA, LLC'S SECOND SET OF INDIVIDUAL INTERROGATORIES TO PLAINTIFFS LE, QUARRY, FITCH, VERA, VAZQUEZ, AND KINGSBURY**

I believe this document to be true and accurate with respect to statements based on my personal knowledge. Otherwise, I am informed and believe that the matters stated therein are true and correct.

I declare under penalty of perjury under the laws of the United States that these answers are true and correct. Executed on the 8th day of May, 2017.

Nathan Quarry

## VERIFICATION

My name is Luis Javier Vazquez. I am one of the named Plaintiffs in the action captioned Le et al. v. Zuffa, LLC, Case No. 2:15-cv-01045-RFB-PAL (D. Nev.).

I have reviewed the following document:

**PLAINTIFFS' ANSWERS TO DEFENDANT ZUFFA, LLC'S SECOND SET OF INDIVIDUAL INTERROGATORIES TO PLAINTIFFS LE, QUARRY, FITCH, VERA, VAZQUEZ, AND KINGSBURY**

I believe this document to be true and accurate with respect to statements based on my personal knowledge. Otherwise, I am informed and believe that the matters stated therein are true and correct.

I declare under penalty of perjury under the laws of the United States that these answers are true and correct. Executed on the 8th day of May, 2017.

Luis Javier Vazquez

**VERIFICATION**

My name is Brandon Vera. I am one of the named Plaintiffs in the action captioned Le et al. v. Zuffa, LLC, Case No. 2:15-cv-01045-RFB-PAL (D. Nev.).

I have reviewed the following document:

**PLAINTIFFS' ANSWERS TO DEFENDANT ZUFFA, LLC'S SECOND SET OF INDIVIDUAL INTERROGATORIES TO PLAINTIFFS LE, QUARRY, FITCH, VERA, VAZQUEZ, AND KINGSBURY**

I believe this document to be true and accurate with respect to statements based on my personal knowledge. Otherwise, I am informed and believe that the matters stated therein are true and correct.

I declare under penalty of perjury under the laws of the United States that these answers are true and correct. Executed on the 8th day of May, 2017.

____________________________
Brandon Vera