# EXHIBIT 126

**Chart of Current UFC Champion's FightMatrix Rank When Signed by UFC**

## Rank of Current UFC Champions at Time of First UFC Bout

| Weight class | Current UFC Champion[1] | Current FightMatrix Rank[2] | FightMatrix Rank as of First UFC Bout[3] | Date of First UFC Bout |
|---|---|---|---|---|
| Flyweight (M) | Henry Cejudo | 1 | #110 | 12/13/14 |
| Bantamweight (M) | TJ Dillashaw | 1 | #38 | 12/3/2011 |
| Featherweight (M) | Max Holloway | 1 | #271 | 2/4/2012 |
| Lightweight (M) | Khabib Nurmagomedov | 1 | #151[4] | 1/20/2012 |
| Welterweight (M) | Tyron Woodley | 1 | #38 | 7/30/2011 |
| Middleweight (M) | Robert Whittaker | 1 | #197[5] | 12/15/2012 |
| Light Heavyweight (M) | Daniel Cormier | N/R (see Heavyweight) | See Heavyweight | |
| Heavyweight (M) | Daniel Cormier | 1 | #33 | 6/18/2011 |
| Strawweight (F) | Rose Namajunas | 1 | #7[6] | 12/12/2014 |
| Bantamweight (F) | Amanda Nunes | 1 | #3[7] | 9/10/2011 |

[1] Information pulled from http://www.ufc.com/rankings?id=

[2] Information from http://www.fightmatrix.com/mma-ranks/ (as of October 31, 2018).

[3] Date of first UFC bout (including first post-acquisition Strikeforce bouts) pulled by searching the athlete's name in "Fight Finder" on www.sherdog.com, and rank at time of the first UFC bout pulled from FightMatrix Historical Rankings.

[4] Khabib Nurmagomedov was ranked in the Welterweight division on FightMatrix on 1/1/2012.

[5] Robert Whittaker was ranked in the Welterweight division on FightMatrix on 10/1/2012.

[6] Prior to signing with the UFC, Rose Namajunas was the #39th ranked Strawweight on July 1, 2014. Her rank increased to the #7 ranked Strawweight on Oct. 1, 2014 after she began competing on UFC's reality show. Her record at the time of her first UFC bout was 2-1 (see below).

[7] Amanda Nunes was ranked in the featherweight division on FightMatrix on 7/1/2011.

MMA RANKINGS   MMA RECORDS & STATISTICS   FEATURES   UFC RECORDS   FAQ

share this page

# Henry Cejudo

Henry Cejudo's profile at Sherdog
Henry Cejudo's profile at Tapology

Rank State: **Nevada**
Age: **31**
Last 5: L L W W W
Asociation: **Fight Ready**
Pro Debut Date: **2013-03-02**
Pro Record: **13-2-0**

Current Ranking:
**#1 Flyweight**
**#6 Pound-For-Pound**
**#4 Division Dominance**



SPONSORED LINKS

CURRENT MMA RANKINGS

Pound for Pound

Division Point Dominance

Heavyweight+

Light Heavyweight

Middleweight

Welterweight

Lightweight

Featherweight

Bantamweight

Flyweight

Create PDF in your applications with the Pdfcrowd   HTML to PDF API                                    PDFCROWD

'Big League' Record: **9-2-0**
Last 3 Years: **4-2-0**
Win Finish %: **38.5%**
Combat Age: **34**
Quality Perf. %: **73.3%**
Last Quality Perf.: **2018-08-04**
540 Metric: **.810**
Rating Points: **484**

**Highest Quarterly Ranking: 10/01/2018**
#1 Flyweight

**All-Time Rank:**
#7 Flyweight

Last Fight Date: 8/04/2018 [UFC]
Last Opponent: [#2 FLW] Demetrious Johnson
Opponent's Last 5: W W W W L

Last Loss Date: 12/03/2016
Last Loss: [#5 FLW] Joseph Benavidez
Opponent's Last 5: W W W W L

UFC Record: **7-2-0**
Octagon Time: **2:03:14**
Title Bouts: **1-1-0**
Octagon Time: **2:03:14**
Longest Win Streak: **4 (2014-2015)**
Next Best Win Streak: **3 (2017-2018)**
UFC Debut: **2014-12-13**
Last UFC Fight: **2018-08-04**

**Quarterly Generated Historical Rankings**
*Rating bar represents the fighter's standing relative to the top of the division at the time*

| Date | ↑ ↓ | Rank | Record |
|------|-----|------|--------|

Strawweight

Women's Pound for Pound

Women's Division Point Dominance

Women's Featherweight+

Women's Bantamweight

Women's Flyweight

Women's Strawweight

Women's Atomweight

Unknown Division

SPONSORED LINKS

FEATURES

Fighter Search

All-Time MMA Rankings

Historical MMA Rankings

Weekly Ranking Summary

Upcoming MMA Events

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD

| 10/01/2018 | ⌃1 | #1 Flyweight | 13-2-0 | |
| 07/01/2018 | = | #2 Flyweight | 12-2-0 | |
| 04/01/2018 | = | #2 Flyweight | 12-2-0 | |
| 01/01/2018 | ⌃1 | #2 Flyweight | 12-2-0 | |
| 10/01/2017 | ⌃1 | #3 Flyweight | 11-2-0 | |
| 07/01/2017 | = | #4 Flyweight | 10-2-0 | |
| 04/01/2017 | = | #4 Flyweight | 10-2-0 | |
| 01/01/2017 | ⌄1 | #4 Flyweight | 10-2-0 | |
| 10/01/2016 | = | #3 Flyweight | 10-1-0 | |
| 07/01/2016 | = | #3 Flyweight | 10-1-0 | |
| 04/01/2016 | = | #3 Flyweight | 10-0-0 | |
| 01/01/2016 | ⌃3 | #3 Flyweight | 10-0-0 | |
| 10/01/2015 | ⌄1 | #6 Flyweight | 9-0-0 | |
| 07/01/2015 | ⌃4 | #5 Flyweight | 9-0-0 | |
| 04/01/2015 | NR | #9 Flyweight | 8-0-0 | |
| 01/01/2015 | NR | #77 Bantamweight | 7-0-0 | |
| 10/01/2014 | ⌄9 | #110 Flyweight | 6-0-0 | |
| 07/01/2014 | ⌄17 | #101 Flyweight | 6-0-0 | |
| 04/01/2014 | ⌃45 | #84 Flyweight | 6-0-0 | |
| 01/01/2014 | NR | #129 Flyweight | 5-0-0 | |

Lineal Championship Histories

FightMatrix MMA Awards

Links and Mentions

SPONSORED LINKS

ADVERTISE WITH US

**Support Fightmatrix.com and reach thousands of MMA fans by advertising with us! Click for more details.**

RECENT POSTS

Fight Matrix Program – UFC 230: Cormier vs. Lev (11-03-2018)

Current MMA Rankings Updated (10-28-2018)

Fight Matrix Program – UFC Fight Night 138: Voll n vs. Smith (10-27-2018)

Current MMA Rankings Updated (10-21-2018)

Current MMA Rankings Updated (10-14-2018)

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD



SPONSORED LINKS

share this page

MORE

# T.J. Dillashaw

*T.J. Dillashaw's profile at Sherdog*
*T.J. Dillashaw's profile at Tapology*

Rank State: **Nevada**
Age: **32**
Last 5: L W W W W
Association: **The Treigning Lab**
Pro Debut Date: **2010-03-26**
Pro Record: **16-3-0**

**Current Ranking:**
**#1 Bantamweight**
**#3 Pound-For-Pound**
**#2 Division Dominance**

CURRENT MMA RANKINGS

Pound for Pound
Division Point Dominance
Heavyweight+
Light Heavyweight
Middleweight
Welterweight
Lightweight
Featherweight
Bantamweight
Flyweight

Create PDF in your applications with the Pdfcrowd HTML to PDF API PDFCROWD

'Big League' Record: **13-3-0**
Last 3 Years: **4-1-0**
Win Finish %: **68.8%**
Combat Age: **37**
Quality Perf. %: **84.2%**
Last Quality Perf.: **2018-08-04**
540 Metric: **.824**
Rating Points: **927**

**Highest Quarterly Ranking: 10/01/2018**
#1 Bantamweight

**All-Time Rank:**
#2 Bantamweight

Last Fight Date: 8/04/2018 [UFC]
Last Opponent: [#3 BW] Cody Garbrandt
Opponent's Last 5:  W  W  W  L  L

Last Loss Date: 1/17/2016
Last Loss: [NRBW] Dominick Cruz

UFC Record: **12-3-0**
Octagon Time: **3:06:27**
Title Bouts: **5-1-0**
Octagon Time: **3:06:27**
Longest Win Streak: **4 (2016-2018, active)**
Next Best Win Streak: **4 (2014-2015)**
UFC Debut: **2011-12-03**
Last UFC Fight: **2018-08-04**

**Quarterly Generated Historical Rankings**
*Rating bar represents the fighter's standing relative to the top of the division at the time*

| Date | ↑ ↓ | Rank | Record | |
|------|-----|------|--------|---|
| 10/01/2018 | = | #1 Bantamweight | 16-3-0 | ■ |

Strawweight

Women's Pound for Pound

Women's Division Point Dominance

Women's Featherweight+

Women's Bantamweight

Women's Flyweight

Women's Strawweight

Women's Atomweight

Unknown Division

SPONSORED LINKS

FEATURES

Fighter Search

All-Time MMA Rankings

Historical MMA Rankings

Weekly Ranking Summary

Upcoming MMA Events

Create PDF in your applications with the Pdfcrowd HTML to PDF API                    PDFCROWD

| 07/01/2018 | = | #1 Bantamweight | 15-3-0 | |
| 04/01/2018 | = | #1 Bantamweight | 15-3-0 | |
| 01/01/2018 | ⌃ 1 | #1 Bantamweight | 15-3-0 | |
| 10/01/2017 | = | #2 Bantamweight | 14-3-0 | |
| 07/01/2017 | = | #2 Bantamweight | 14-3-0 | |
| 04/01/2017 | = | #2 Bantamweight | 14-3-0 | |
| 01/01/2017 | = | #2 Bantamweight | 14-3-0 | |
| 10/01/2016 | = | #2 Bantamweight | 13-3-0 | |
| 07/01/2016 | = | #2 Bantamweight | 12-3-0 | |
| 04/01/2016 | ⌄ 1 | #2 Bantamweight | 12-3-0 | |
| 01/01/2016 | = | #1 Bantamweight | 12-2-0 | |
| 10/01/2015 | = | #1 Bantamweight | 12-2-0 | |
| 07/01/2015 | = | #1 Bantamweight | 11-2-0 | |
| 04/01/2015 | = | #1 Bantamweight | 11-2-0 | |
| 01/01/2015 | = | #1 Bantamweight | 11-2-0 | |
| 10/01/2014 | = | #1 Bantamweight | 11-2-0 | |
| 07/01/2014 | ⌃ 11 | #1 Bantamweight | 10-2-0 | |
| 04/01/2014 | ⌃ 3 | #12 Bantamweight | 9-2-0 | |
| 01/01/2014 | ⌃ 1 | #15 Bantamweight | 8-2-0 | |
| 10/01/2013 | ⌄ 2 | #16 Bantamweight | 8-1-0 | |
| 07/01/2013 | ⌃ 6 | #14 Bantamweight | 8-1-0 | |
| 04/01/2013 | ⌃ 2 | #20 Bantamweight | 7-1-0 | |

Lineal Championship Histories

FightMatrix MMA Awards

Links and Mentions

SPONSORED LINKS

ADVERTISE WITH US
Support Fightmatrix.com and reach thousands of MMA
fans by advertising with us! Click for more details.

RECENT POSTS

Fight Matrix Program – UFC 230: Cormier vs. Lev
(11-03-2018)

Current MMA Rankings Updated (10-28-2018)

Fight Matrix Program – UFC Fight Night 138: Voll
n vs. Smith (10-27-2018)

Current MMA Rankings Updated (10-21-2018)

Current MMA Rankings Updated (10-14-2018)

| 01/01/2013 | ⌃3 | #22 Bantamweight | 6-1-0 | |
| 10/01/2012 | ⌃11 | #25 Bantamweight | 6-1-0 | |
| 07/01/2012 | ⌃1 | #36 Bantamweight | 5-1-0 | |
| 04/01/2012 | ⌃30 | #37 Bantamweight | 5-1-0 | |
| 01/01/2012 | ⌄29 | #67 Bantamweight | 4-1-0 | |
| 10/01/2011 | ⌃64 | #38 Bantamweight | 4-0-0 | |
| 07/01/2011 | ⌃34 | #102 Bantamweight | 4-0-0 | |
| 04/01/2011 | ⌃3 | #136 Bantamweight | 4-0-0 | |
| 01/01/2011 | NR | #139 Bantamweight | 4-0-0 | |

BLOGS

Boxing

Event Previews

Event Reviews

Fighter Highlights

Historical Ranks

MMA Ranks

MMA Statistics

Other

Submission Grappling

The Uncut Sports Show

Upcoming Events

**Latest Men's Rankings:**
P4P | Division Dominance | Heavyweight | LightHeavyweight | Middleweight | Welterweight | Lightweight | Featherweight | Bantamweight | Flyweight | Strawweight

**Latest Women's Rankings:**
P4P | Division Dominance | Featherweight+ | Bantamweight | Flyweight | Strawweight | Atomweight

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD



MMA RANKINGS MMA RECORDS & STATISTICS FEATURES UFC RECORDS FAQ

share this page

MORE

# Max Holloway

*Max Holloway's profile at Sherdog*
*Max Holloway's profile at Tapology*

Rank State: **Michigan**
Age: **26**
Last 5: W W W W W
Asociation: **Gracie Technics**
Pro Debut Date: **2010-09-11**
Pro Record: **19-3-0**

**Current Ranking:**
**#1 Featherweight**
**#2 Pound-For-Pound**
**#1 Division Dominance**

SPONSORED LINKS

CURRENT MMA RANKINGS

- Pound for Pound
- Division Point Dominance
- Heavyweight+
- Light Heavyweight
- Middleweight
- Welterweight
- Lightweight
- Featherweight
- Bantamweight
- Flyweight

Create PDF in your applications with the Pdfcrowd HTML to PDF API PDFCROWD

'Big League' Record: **15-3-0**
Last 3 Years: **5-0-0**
Win Finish %: **57.9%**
Combat Age: **33**
Quality Perf. %: **90.9%**
Last Quality Perf.: **2017-12-02**
540 Metric: **.500**
Rating Points: **1468**

**Highest Quarterly Ranking: 10/01/2018**
#1 Featherweight

**All-Time Rank:**
#35 Absolute
#3 Featherweight

Last Fight Date: 12/02/2017 [UFC]
Last Opponent: [#3 FW] Jose Aldo
Opponent's Last 5:  L  W  L  L  W

Next Fight: UFC 231: Holloway vs. Ortega
Next Opponent: [#2 FW] Brian Ortega
Opponent's Last 5:  W  W  W  W  W

Last Loss Date: 8/17/2013
Last Loss: [#5 LW] Conor McGregor
Opponent's Last 5:  W  L  W  W  L

UFC Record: **15-3-0**
Octagon Time: **3:35:47**
Title Bouts: **3-0-0**
Octagon Time: **3:35:47**
Longest Win Streak: **12 (2014-2017, active)**
Next Best Win Streak: **3 (2012)**
UFC Debut: **2012-02-04**
Last UFC Fight: **2017-12-02**

Strawweight

Women's Pound for Pound

Women's Division Point Dominance

Women's Featherweight+

Women's Bantamweight

Women's Flyweight

Women's Strawweight

Women's Atomweight

Unknown Division

SPONSORED LINKS

FEATURES

Fighter Search

All-Time MMA Rankings

Historical MMA Rankings

Weekly Ranking Summary

Upcoming MMA Events

Create PDF in your applications with the Pdfcrowd HTML to PDF API          PDFCROWD

**Quarterly Generated Historical Rankings**

*Rating bar represents the fighter's standing relative to the top of the division at the time*

| Date | ↑↓ | Rank | Record | |
|------|-----|------|--------|---|
| 10/01/2018 | = | #1 Featherweight | 19-3-0 | |
| 07/01/2018 | = | #1 Featherweight | 19-3-0 | |
| 04/01/2018 | = | #1 Featherweight | 19-3-0 | |
| 01/01/2018 | = | #1 Featherweight | 19-3-0 | |
| 10/01/2017 | = | #1 Featherweight | 18-3-0 | |
| 07/01/2017 | = | #1 Featherweight | 18-3-0 | |
| 04/01/2017 | = | #1 Featherweight | 17-3-0 | |
| 01/01/2017 | ⌃3 | #1 Featherweight | 17-3-0 | |
| 10/01/2016 | ⌄1 | #4 Featherweight | 16-3-0 | |
| 07/01/2016 | ⌃1 | #3 Featherweight | 16-3-0 | |
| 04/01/2016 | = | #4 Featherweight | 15-3-0 | |
| 01/01/2016 | ⌃1 | #4 Featherweight | 15-3-0 | |
| 10/01/2015 | ⌃1 | #5 Featherweight | 14-3-0 | |
| 07/01/2015 | ⌃6 | #6 Featherweight | 13-3-0 | |
| 04/01/2015 | ⌃4 | #12 Featherweight | 12-3-0 | |
| 01/01/2015 | ⌃3 | #16 Featherweight | 11-3-0 | |
| 10/01/2014 | ⌃10 | #19 Featherweight | 10-3-0 | |
| 07/01/2014 | ⌃18 | #29 Featherweight | 9-3-0 | |
| 04/01/2014 | ⌃20 | #47 Featherweight | 8-3-0 | |
| 01/01/2014 | ⌃3 | #67 Featherweight | 7-3-0 | |

Lineal Championship Histories

FightMatrix MMA Awards

Links and Mentions

SPONSORED LINKS

ADVERTISE WITH US

**Support Fightmatrix.com and reach thousands of MMA fans by advertising with us! Click for more details.**

RECENT POSTS

Fight Matrix Program – UFC 230: Cormier vs. Lewis (11-03-2018)

Current MMA Rankings Updated (10-28-2018)

Fight Matrix Program – UFC Fight Night 138: Volkan vs. Smith (10-27-2018)

Current MMA Rankings Updated (10-21-2018)

Current MMA Rankings Updated (10-14-2018)

| 10/01/2013 | = | #70 Featherweight | 7-3-0 | |
| 07/01/2013 | ⌄13 | #70 Featherweight | 7-2-0 | |
| 04/01/2013 | ⌄ 7 | #57 Featherweight | 7-1-0 | |
| 01/01/2013 | ⌃ 5 | #50 Featherweight | 7-1-0 | |
| 10/01/2012 | ⌃73 | #55 Featherweight | 6-1-0 | |
| 07/01/2012 | ⌃13 | #128 Featherweight | 5-1-0 | |
| 04/01/2012 | NR | #241 Featherweight | 4-1-0 | |
| 01/01/2012 | ⌃10 | #271 Lightweight | 4-0-0 | |
| 10/01/2011 | ⌄ 6 | #281 Lightweight | 4-0-0 | |
| 07/01/2011 | ⌃55 | #275 Lightweight | 4-0-0 | |
| 04/01/2011 | ⌃13 | #330 Lightweight | 3-0-0 | |
| 01/01/2011 | NR | #443 Lightweight | 2-0-0 | |

### BLOGS

Boxing

Event Previews

Event Reviews

Fighter Highlights

Historical Ranks

MMA Ranks

MMA Statistics

Other

Submission Grappling

The Uncut Sports Show

Upcoming Events

**Latest Men's Rankings:**
P4P | Division Dominance | Heavyweight | LightHeavyweight | Middleweight | Welterweight | Lightweight | Featherweight | Bantamweight | Flyweight | Strawweight

**Latest Women's Rankings:**
P4P | Division Dominance | Featherweight+ | Bantamweight | Flyweight | Strawweight | Atomweight

Create PDF in your applications with the Pdfcrowd HTML to PDF API    PDFCROWD



share this page

# Khabib Nurmagomedov

*Khabib Nurmagomedov's profile at Sherdog* ↗
*Khabib Nurmagomedov's profile at Tapology* ↗

Rank State: **Nevada**
Age: **30**
Last 5: W W W W W
Asociation: **Fightspirit Team**
Pro Debut Date: **2008-09-13**
Pro Record: **27-0-0**

**Current Ranking:**
#1 Lightweight
#8 Pound-For-Pound
#6 Division Dominance

SPONSORED LINKS

CURRENT MMA RANKINGS

Pound for Pound

Division Point Dominance

Heavyweight+

Light Heavyweight

Middleweight

Welterweight

Lightweight

Featherweight

Bantamweight

Flyweight

MMA RANKINGS   MMA RECORDS & STATISTICS   FEATURES   UFC RECORDS   FAQ

Create PDF in your applications with the Pdfcrowd HTML to PDF API                    PDFCROWD

'Big League' Record: **14-0-0**
Last 3 Years: **5-0-0**
Win Finish %: **63%**
Combat Age: **34**
Quality Perf. %: **81.5%**
Last Quality Perf.: **2018-10-06**
540 Metric: **.583**
Rating Points: **1233**

**Highest Quarterly Ranking: 10/01/2018**
**#3 Lightweight**

**All-Time Rank:**
**#11 Lightweight**

Last Fight Date: 10/06/2018 [UFC]
Last Opponent: [#5 LW] Conor McGregor
Opponent's Last 5: W L W W L

UFC Record: **11-0-0**
Octagon Time: **2:33:15**
Title Bouts: **2-0-0**
Octagon Time: **2:33:15**
Longest Win Streak: **11 (2012-2018, active)**
UFC Debut: **2012-01-20**
Last UFC Fight: **2018-10-06**

**Records & Trivia:**
27 wins without a loss

27*^ fight undefeated streak
*(No Contests ignored, * - active streak, ^ - career start)*

**Quarterly Generated Historical Rankings**
*Rating bar represents the fighter's standing relative to the top of the division at the time*

Strawweight

Women's Pound for Pound

Women's Division Point Dominance

Women's Featherweight+

Women's Bantamweight

Women's Flyweight

Women's Strawweight

Women's Atomweight

Unknown Division

SPONSORED LINKS

FEATURES

Fighter Search

All-Time MMA Rankings

Historical MMA Rankings

Weekly Ranking Summary

Upcoming MMA Events

Create PDF in your applications with the Pdfcrowd HTML to PDF API
PDFCROWD

| Date | ↑↓ | Rank | Record | |
|------|-----|------|--------|---|
| 10/01/2018 | = | #3 Lightweight | 26-0-0 | |
| 07/01/2018 | = | #3 Lightweight | 26-0-0 | |
| 04/01/2018 | ⌃1 | #3 Lightweight | 25-0-0 | |
| 01/01/2018 | ⌃1 | #4 Lightweight | 25-0-0 | |
| 10/01/2017 | = | #5 Lightweight | 24-0-0 | |
| 07/01/2017 | ⌃1 | #5 Lightweight | 24-0-0 | |
| 04/01/2017 | ⌄1 | #6 Lightweight | 24-0-0 | |
| 01/01/2017 | ⌃1 | #5 Lightweight | 24-0-0 | |
| 10/01/2016 | ⌃2 | #6 Lightweight | 23-0-0 | |
| 07/01/2016 | NR | #8 Lightweight | 23-0-0 | |
| 07/01/2015 | ⌄2 | #6 Lightweight | 22-0-0 | |
| 04/01/2015 | ⌃1 | #4 Lightweight | 22-0-0 | |
| 01/01/2015 | ⌃1 | #5 Lightweight | 22-0-0 | |
| 10/01/2014 | ⌄2 | #6 Lightweight | 22-0-0 | |
| 07/01/2014 | ⌃5 | #4 Lightweight | 22-0-0 | |
| 04/01/2014 | = | #9 Lightweight | 21-0-0 | |
| 01/01/2014 | ⌄1 | #9 Lightweight | 21-0-0 | |
| 10/01/2013 | ⌃2 | #8 Lightweight | 21-0-0 | |
| 07/01/2013 | ⌃2 | #10 Lightweight | 20-0-0 | |
| 04/01/2013 | ⌃7 | #12 Lightweight | 19-0-0 | |
| 01/01/2013 | ⌄3 | #19 Lightweight | 18-0-0 | |
| 10/01/2012 | ⌃40 | #16 Lightweight | 18-0-0 | |

Lineal Championship Histories

FightMatrix MMA Awards

Links and Mentions

SPONSORED LINKS

ADVERTISE WITH US

**Support Fightmatrix.com and reach thousands of MMA fans by advertising with us! Click for more details.**

RECENT POSTS

Fight Matrix Program – UFC 230: Cormier vs. Lev (11-03-2018)

Current MMA Rankings Updated (10-28-2018)

Fight Matrix Program – UFC Fight Night 138: Voll n vs. Smith (10-27-2018)

Current MMA Rankings Updated (10-21-2018)

Current MMA Rankings Updated (10-14-2018)

Create PDF in your applications with the Pdfcrowd HTML to PDF API                                    PDFCROWD

| 07/01/2012 | ⌄4 | #56 Lightweight | 17-0-0 | |
| 04/01/2012 | NR | #52 Lightweight | 17-0-0 | |
| 01/01/2012 | ⌃24 | #151 Welterweight | 16-0-0 | |
| 10/01/2011 | ⌃56 | #175 Welterweight | 15-0-0 | |
| 07/01/2011 | ⌄67 | #231 Welterweight | 12-0-0 | |
| 04/01/2011 | ⌃00 | #164 Welterweight | 10-0-0 | |
| 01/01/2011 | ⌄17 | #264 Welterweight | 9-0-0 | |
| 10/01/2010 | ⌃07 | #247 Welterweight | 9-0-0 | |
| 07/01/2010 | NR | #354 Welterweight | 8-0-0 | |
| 04/01/2010 | ⌄8 | #374 Lightweight | 7-0-0 | |
| 01/01/2010 | NR | #366 Lightweight | 7-0-0 | |
| 10/01/2009 | NR | #406 Welterweight | 6-0-0 | |

BLOGS

Boxing

Event Previews

Event Reviews

Fighter Highlights

Historical Ranks

MMA Ranks

MMA Statistics

Other

Submission Grappling

The Uncut Sports Show

Upcoming Events

**Latest Men's Rankings:**
P4P | Division Dominance | Heavyweight | LightHeavyweight | Middleweight | Welterweight | Lightweight | Featherweight | Bantamweight | Flyweight | Strawweight

**Latest Women's Rankings:**
P4P | Division Dominance | Featherweight+ | Bantamweight | Flyweight | Strawweight | Atomweight

Create PDF in your applications with the Pdfcrowd HTML to PDF API                    PDFCROWD

share this page

# Tyron Woodley



*Tyron Woodley's profile at Sherdog*
*Tyron Woodley's profile at Tapology*

Rank State: **Texas**
Age: **36**
Last 5: W D W W W
Asociation: **American Top Team Evolution**
Pro Debut Date: **2009-02-07**
Pro Record: **19-3-1**

Current Ranking:
**#1 Welterweight**
**#4 Pound-For-Pound**
**#3 Division Dominance**

SPONSORED LINKS

CURRENT MMA RANKINGS

Pound for Pound

Division Point Dominance

Heavyweight+

Light Heavyweight

Middleweight

Welterweight

Lightweight

Featherweight

Bantamweight

Flyweight

'Big League' Record: **18-3-1**
Last 3 Years: **4-0-1**
Win Finish %: **63.2%**
Combat Age: **41**
Quality Perf. %: **91.3%**
Last Quality Perf.: **2018-09-08**
540 Metric: **.739**
Rating Points: **1923**

**Highest Quarterly Ranking: 10/01/2018**
#1 Welterweight

**All-Time Rank:**
#22 Absolute
#3 Welterweight

Last Fight Date: 9/08/2018 [UFC]
Last Opponent: [#4 WW] Darren Till
Opponent's Last 5: W W W L

Last Loss Date: 6/14/2014
Last Loss: [#8 WW] Rory MacDonald
Opponent's Last 5: L L W W L

UFC Record: **9-2-1**
Octagon Time: **2:24:46**
Title Bouts: **4-0-1**
Octagon Time: **2:24:46**
Longest Win Streak: **3 (2017-2018, active)**
Next Best Win Streak: **3 (2014-2016)**
UFC Debut: **2013-02-02**
Last UFC Fight: **2018-09-08**

**Quarterly Generated Historical Rankings**
*Rating bar represents the fighter's standing relative to the top of the division at the time*

Strawweight

Women's Pound for Pound

Women's Division Point Dominance

Women's Featherweight+

Women's Bantamweight

Women's Flyweight

Women's Strawweight

Women's Atomweight

Unknown Division

SPONSORED LINKS

FEATURES

Fighter Search

All-Time MMA Rankings

Historical MMA Rankings

Weekly Ranking Summary

Upcoming MMA Events

Create PDF in your applications with the Pdfcrowd HTML to PDF API          PDFCROWD

| Date | ↑↓ | Rank | Record | |
|---|---|---|---|---|
| 10/01/2018 | = | #1 Welterweight | 19-3-1 | |
| 07/01/2018 | = | #1 Welterweight | 18-3-1 | |
| 04/01/2018 | = | #1 Welterweight | 18-3-1 | |
| 01/01/2018 | = | #1 Welterweight | 18-3-1 | |
| 10/01/2017 | = | #1 Welterweight | 18-3-1 | |
| 07/01/2017 | = | #1 Welterweight | 17-3-1 | |
| 04/01/2017 | = | #1 Welterweight | 17-3-1 | |
| 01/01/2017 | = | #1 Welterweight | 16-3-1 | |
| 10/01/2016 | NR | #1 Welterweight | 16-3-0 | |
| 04/01/2016 | ⌄ 3 | #7 Welterweight | 15-3-0 | |
| 01/01/2016 | = | #4 Welterweight | 15-3-0 | |
| 10/01/2015 | = | #4 Welterweight | 15-3-0 | |
| 07/01/2015 | = | #4 Welterweight | 15-3-0 | |
| 04/01/2015 | ⌃ 1 | #4 Welterweight | 15-3-0 | |
| 01/01/2015 | = | #5 Welterweight | 14-3-0 | |
| 10/01/2014 | ⌃ 1 | #5 Welterweight | 14-3-0 | |
| 07/01/2014 | ⌄ 3 | #6 Welterweight | 13-3-0 | |
| 04/01/2014 | ⌃ 11 | #3 Welterweight | 13-2-0 | |
| 01/01/2014 | ⌃ 1 | #14 Welterweight | 12-2-0 | |
| 10/01/2013 | ⌃ 1 | #15 Welterweight | 11-2-0 | |
| 07/01/2013 | ⌄ 1 | #16 Welterweight | 11-2-0 | |
| 04/01/2013 | ⌃ 5 | #15 Welterweight | 11-1-0 | |

Lineal Championship Histories

FightMatrix MMA Awards

Links and Mentions

SPONSORED LINKS

ADVERTISE WITH US

**Support Fightmatrix.com and reach thousands of MMA fans by advertising with us! Click for more details.**

RECENT POSTS

Fight Matrix Program – UFC 230: Cormier vs. Le (11-03-2018)

Current MMA Rankings Updated (10-28-2018)

Fight Matrix Program – UFC Fight Night 138: Voll n vs. Smith (10-27-2018)

Current MMA Rankings Updated (10-21-2018)

Current MMA Rankings Updated (10-14-2018)

Create PDF in your applications with the Pdfcrowd HTML to PDF API                                    PDFCROWD

| Date | | Rank | Record | |
|---|---|---|---|---|
| 01/01/2013 | ⌄ 1 | #20 Welterweight | 10-1-0 | |
| 10/01/2012 | ⌄ 2 | #19 Welterweight | 10-1-0 | |
| 07/01/2012 | ⌄ 2 | #17 Welterweight | 10-0-0 | |
| 04/01/2012 | ⌃ 6 | #15 Welterweight | 10-0-0 | |
| 01/01/2012 | ⌄ 2 | #21 Welterweight | 9-0-0 | |
| 10/01/2011 | ⌃ 19 | #19 Welterweight | 9-0-0 | |
| 07/01/2011 | ⌄ 4 | #38 Welterweight | 8-0-0 | |
| 04/01/2011 | ⌃ 13 | #34 Welterweight | 8-0-0 | |
| 01/01/2011 | ⌃ 44 | #47 Welterweight | 7-0-0 | |
| 10/01/2010 | ⌄ 9 | #91 Welterweight | 6-0-0 | |
| 07/01/2010 | ⌃ 6 | #82 Welterweight | 6-0-0 | |
| 04/01/2010 | ⌄ 6 | #88 Welterweight | 5-0-0 | |
| 01/01/2010 | ⌃ 76 | #82 Welterweight | 5-0-0 | |
| 10/01/2009 | ⌃ 86 | #258 Welterweight | 4-0-0 | |
| 07/01/2009 | NR | #344 Welterweight | 3-0-0 | |

**BLOGS**

Boxing

Event Previews

Event Reviews

Fighter Highlights

Historical Ranks

MMA Ranks

MMA Statistics

Other

Submission Grappling

The Uncut Sports Show

Upcoming Events

**Latest Men's Rankings:**

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD



# Robert Whittaker

*Robert Whittaker's profile at Sherdog*
*Robert Whittaker's profile at Tapology*

Rank State: **Nevada**
Age: **27**
Last 5: W W W W W
Asociation: **PMA Super Martial Arts**
Pro Debut Date: **2009-03-14**
Pro Record: **20-4-0**

**Current Ranking:**
#1 Middleweight
#5 Pound-For-Pound
#7 Division Dominance

**SPONSORED LINKS**

CURRENT MMA RANKINGS

Pound for Pound

Division Point Dominance

Heavyweight+

Light Heavyweight

Middleweight

Welterweight

Lightweight

Featherweight

Bantamweight

Flyweight

Create PDF in your applications with the Pdfcrowd HTML to PDF API                    PDFCROWD

'Big League' Record: **11-2-0**
Last 3 Years: **6-0-0**
Win Finish %: **70%**
Combat Age: **33**
Quality Perf. %: **91.7%**
Last Quality Perf.: **2018-06-09**
540 Metric: **.621**
Rating Points: **1737**

**Highest Quarterly Ranking: 10/01/2018**
#1 Middleweight

**All-Time Rank:**
#11 Middleweight

Last Fight Date: 6/09/2018 [UFC]
Last Opponent: [#3 MW] Yoel Romero
Opponent's Last 5: W W L W L

Last Loss Date: 2/22/2014
Last Loss: [#5 WW] Stephen Thompson
Opponent's Last 5: W D L W L

UFC Record: **11-2-0**
Octagon Time: **2:40:26**
Title Bouts: **1-0-0**
Octagon Time: **2:40:26**
Longest Win Streak: **9 (2014-2018, active)**
Next Best Win Streak: **2 (2012-2013)**
UFC Debut: **2012-12-15**
Last UFC Fight: **2018-06-09**

**Quarterly Generated Historical Rankings**
*Rating bar represents the fighter's standing relative to the top of the division at the time*

| Date | ↑ ↓ | Rank | Record |
|------|-----|------|--------|

Strawweight

Women's Pound for Pound

Women's Division Point Dominance

Women's Featherweight+

Women's Bantamweight

Women's Flyweight

Women's Strawweight

Women's Atomweight

Unknown Division

SPONSORED LINKS

FEATURES

Fighter Search

All-Time MMA Rankings

Historical MMA Rankings

Weekly Ranking Summary

Upcoming MMA Events

Create PDF in your applications with the Pdfcrowd HTML to PDF API                    PDFCROWD

| Date | | Rank | Record | |
|------|---|------|--------|---|
| 10/01/2018 | = | #1 Middleweight | 20-4-0 | |
| 07/01/2018 | ⌃1 | #1 Middleweight | 20-4-0 | |
| 04/01/2018 | = | #2 Middleweight | 19-4-0 | |
| 01/01/2018 | = | #2 Middleweight | 19-4-0 | |
| 10/01/2017 | ⌃3 | #2 Middleweight | 19-4-0 | |
| 07/01/2017 | ⌃2 | #5 Middleweight | 18-4-0 | |
| 04/01/2017 | = | #7 Middleweight | 17-4-0 | |
| 01/01/2017 | ⌃2 | #7 Middleweight | 17-4-0 | |
| 10/01/2016 | = | #9 Middleweight | 16-4-0 | |
| 07/01/2016 | = | #9 Middleweight | 16-4-0 | |
| 04/01/2016 | ⌄1 | #9 Middleweight | 15-4-0 | |
| 01/01/2016 | ⌃12 | #8 Middleweight | 15-4-0 | |
| 10/01/2015 | = | #20 Middleweight | 14-4-0 | |
| 07/01/2015 | ⌃14 | #20 Middleweight | 14-4-0 | |
| 04/01/2015 | ⌄1 | #34 Middleweight | 13-4-0 | |
| 01/01/2015 | NR | #33 Middleweight | 13-4-0 | |
| 10/01/2014 | = | #73 Welterweight | 12-4-0 | |
| 07/01/2014 | ⌃15 | #73 Welterweight | 12-4-0 | |
| 04/01/2014 | ⌄29 | #88 Welterweight | 11-4-0 | |
| 01/01/2014 | ⌄2 | #59 Welterweight | 11-3-0 | |
| 10/01/2013 | ⌄2 | #57 Welterweight | 11-3-0 | |
| 07/01/2013 | ⌃53 | #55 Welterweight | 11-2-0 | |
| 04/01/2013 | ⌄10 | #108 Welterweight | 10-2-0 | |

Lineal Championship Histories

FightMatrix MMA Awards

Links and Mentions

SPONSORED LINKS

ADVERTISE WITH US

**Support Fightmatrix.com and reach thousands of MMA fans by advertising with us! Click for more details.**

RECENT POSTS

Fight Matrix Program – UFC 230: Cormier vs. Lev (11-03-2018)

Current MMA Rankings Updated (10-28-2018)

Fight Matrix Program – UFC Fight Night 138: Voll n vs. Smith (10-27-2018)

Current MMA Rankings Updated (10-21-2018)

Current MMA Rankings Updated (10-14-2018)

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD

| Date | Change | Rank | Record | |
|------|--------|------|--------|---|
| 01/01/2013 | ⌃99 | #98 Welterweight | 10-2-0 | |
| 10/01/2012 | ⌄8 | #197 Welterweight | 9-2-0 | |
| 07/01/2012 | ⌄8 | #189 Welterweight | 9-2-0 | |
| 04/01/2012 | ⌃21 | #181 Welterweight | 9-1-0 | |
| 01/01/2012 | ⌄59 | #202 Welterweight | 8-1-0 | |
| 10/01/2011 | ⌃90 | #143 Welterweight | 7-0-0 | |
| 07/01/2011 | ⌃59 | #233 Welterweight | 6-0-0 | |
| 04/01/2011 | ⌃10 | #292 Welterweight | 5-0-0 | |
| 01/01/2011 | ⌃37 | #302 Welterweight | 5-0-0 | |
| 10/01/2010 | ⌄18 | #339 Welterweight | 4-0-0 | |
| 07/01/2010 | ⌃45 | #321 Welterweight | 4-0-0 | |
| 04/01/2010 | NR | #366 Welterweight | 3-0-0 | |

**BLOGS**

Boxing

Event Previews

Event Reviews

Fighter Highlights

Historical Ranks

MMA Ranks

MMA Statistics

Other

Submission Grappling

The Uncut Sports Show

Upcoming Events

**Latest Men's Rankings:**
P4P | Division Dominance | Heavyweight | LightHeavyweight | Middleweight | Welterweight | Lightweight | Featherweight | Bantamweight | Flyweight | Strawweight

**Latest Women's Rankings:**
P4P | Division Dominance | Featherweight+ | Bantamweight | Flyweight | Strawweight | Atomweight

Create PDF in your applications with the Pdfcrowd HTML to PDF API          PDFCROWD



SPONSORED LINKS

share this page

MORE

# Daniel Cormier

*Daniel Cormier's profile at Sherdog*
*Daniel Cormier's profile at Tapology*

Rank State: **Nevada**
Age: **39**
Last 5: W W NC W W
Association: **American Kickboxing Academy**
Pro Debut Date: **2009-09-25**
Pro Record: **21-1-0**

**Current Ranking:**
**#1 Heavyweight**
**#1 Pound-For-Pound**
**#10 Division Dominance**

CURRENT MMA RANKINGS

- Pound for Pound
- Division Point Dominance
- Heavyweight+
- Light Heavyweight
- Middleweight
- Welterweight
- Lightweight
- Featherweight
- Bantamweight
- Flyweight

Create PDF in your applications with the Pdfcrowd HTML to PDF API PDFCROWD

'Big League' Record: **19-1-0**
Last 3 Years: **4-0-0**
Win Finish %: **66.7%**
Combat Age: **43**
Quality Perf. %: **81.8%**
Last Quality Perf.: **2018-07-07**
540 Metric: **.800**
Rating Points: **2234**

**Highest Quarterly Ranking: 10/01/2018**
**#1 Heavyweight**

**All-Time Rank:**
**#11 Absolute**
**#22 Heavyweight+**
**#7 Light Heavyweight**

Last Fight Date: 7/07/2018 [UFC]
Last Opponent: [#2 HW] Stipe Miocic
Opponent's Last 5:  W  W  W  W  L

Next Fight: UFC 230: Cormier vs. Lewis
Next Opponent: [#3 HW] Derrick Lewis
Opponent's Last 5:  W  L  W  W  W

Last Loss Date: 1/03/2015
Last Loss: [NRHW] Jon Jones

UFC Record: **10-1-0 , 1 NC**
Octagon Time: **2:36:02**
Title Bouts: **5-1-0**
Octagon Time: **2:36:02**
Longest Win Streak: **6 (2015-2018, active)**
Next Best Win Streak: **4 (2013-2014)**
UFC Debut: **2013-04-20**
Last UFC Fight: **2018-07-07**

Strawweight

Women's Pound for Pound

Women's Division Point Dominance

Women's Featherweight+

Women's Bantamweight

Women's Flyweight

Women's Strawweight

Women's Atomweight

Unknown Division

SPONSORED LINKS

FEATURES

Fighter Search

All-Time MMA Rankings

Historical MMA Rankings

Weekly Ranking Summary

Upcoming MMA Events

Create PDF in your applications with the Pdfcrowd HTML to PDF API    PDFCROWD

**Quarterly Generated Historical Rankings**

*Rating bar represents the fighter's standing relative to the top of the division at the time*

| Date | ↑↓ | Rank | Record | |
|---|---|---|---|---|
| 10/01/2018 | NR | #1 Heavyweight | 21-1-0 | |
| 07/01/2018 | = | #1 Light Heavyweight | 20-1-0 | |
| 04/01/2018 | = | #1 Light Heavyweight | 20-1-0 | |
| 01/01/2018 | = | #1 Light Heavyweight | 19-1-0 | |
| 10/01/2017 | = | #1 Light Heavyweight | 19-1-0 | |
| 07/01/2017 | ⌃1 | #1 Light Heavyweight | 19-1-0 | |
| 04/01/2017 | = | #2 Light Heavyweight | 18-1-0 | |
| 01/01/2017 | = | #2 Light Heavyweight | 18-1-0 | |
| 10/01/2016 | = | #2 Light Heavyweight | 18-1-0 | |
| 07/01/2016 | ⌄1 | #2 Light Heavyweight | 17-1-0 | |
| 04/01/2016 | ⌃1 | #1 Light Heavyweight | 17-1-0 | |
| 01/01/2016 | = | #2 Light Heavyweight | 17-1-0 | |
| 10/01/2015 | = | #2 Light Heavyweight | 16-1-0 | |
| 07/01/2015 | ⌃1 | #2 Light Heavyweight | 16-1-0 | |
| 04/01/2015 | ⌄1 | #3 Light Heavyweight | 15-1-0 | |
| 01/01/2015 | = | #2 Light Heavyweight | 15-0-0 | |
| 10/01/2014 | = | #2 Light Heavyweight | 15-0-0 | |
| 07/01/2014 | ⌃5 | #2 Light Heavyweight | 15-0-0 | |
| 04/01/2014 | NR | #7 Light Heavyweight | 14-0-0 | |
| 01/01/2014 | = | #3 Heavyweight | 13-0-0 | |

Lineal Championship Histories

FightMatrix MMA Awards

Links and Mentions

SPONSORED LINKS

ADVERTISE WITH US

**Support Fightmatrix.com and reach thousands of MMA fans by advertising with us! Click for more details.**

RECENT POSTS

Fight Matrix Program – UFC 230: Cormier vs. Lewis (11-03-2018)

Current MMA Rankings Updated (10-28-2018)

Fight Matrix Program – UFC Fight Night 138: Volkan vs. Smith (10-27-2018)

Current MMA Rankings Updated (10-21-2018)

Current MMA Rankings Updated (10-14-2018)

Create PDF in your applications with the Pdfcrowd HTML to PDF API                    PDFCROWD

| 10/01/2013 | = | #3 Heavyweight | 12-0-0 | |
| 07/01/2013 | ⌃ 1 | #3 Heavyweight | 12-0-0 | |
| 04/01/2013 | = | #4 Heavyweight | 11-0-0 | |
| 01/01/2013 | = | #4 Heavyweight | 10-0-0 | |
| 10/01/2012 | = | #4 Heavyweight | 10-0-0 | |
| 07/01/2012 | ⌃ 3 | #4 Heavyweight | 10-0-0 | |
| 04/01/2012 | = | #7 Heavyweight | 9-0-0 | |
| 01/01/2012 | ⌄ 1 | #7 Heavyweight | 9-0-0 | |
| 10/01/2011 | ⌃10 | #6 Heavyweight | 9-0-0 | |
| 07/01/2011 | ⌃17 | #16 Heavyweight | 8-0-0 | |
| 04/01/2011 | ⌃ 6 | #33 Heavyweight | 7-0-0 | |
| 01/01/2011 | ⌄ 1 | #39 Heavyweight | 6-0-0 | |
| 10/01/2010 | ⌃25 | #38 Heavyweight | 5-0-0 | |
| 07/01/2010 | ⌃ 1 | #163 Heavyweight | 2-0-0 | |
| 04/01/2010 | NR | #164 Heavyweight | 2-0-0 | |

BLOGS

Boxing

Event Previews

Event Reviews

Fighter Highlights

Historical Ranks

MMA Ranks

MMA Statistics

Other

Submission Grappling

The Uncut Sports Show

Upcoming Events

**Latest Men's Rankings:**

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD



share this page

# Rose Namajunas

🇺🇸 *Rose Namajunas's profile at Sherdog* 🔗
**Rank State:** New York
**Age:** 26
**Last 5:** W L W W W
**Asociation:** 303 Training Center
**Pro Debut Date:** 2013-01-05
**Pro Record:** 8-3-0

**Current Ranking:**
#1 Women Strawweight
#2 Pound-For-Pound
#3 Division Dominance

'Big League' Record: **9-2-0**
Last 3 Years: **5-1-0**

SPONSORED LINKS

CURRENT MMA RANKINGS

Pound for Pound

Division Point Dominance

Heavyweight+

Light Heavyweight

Middleweight

Welterweight

Lightweight

Featherweight

Bantamweight

Flyweight

Create PDF in your applications with the Pdfcrowd   HTML to PDF API                    PDFCROWD

Win Finish %: **75%**
Combat Age: **29**
Quality Perf. %: **81.8%**
Last Quality Perf.: **2018-04-07**
540 Metric: **.793**
Rating Points: **235**

**Highest Quarterly Ranking: 10/01/2018**
#1 Women Strawweight

**All-Time Rank:**
#15 Women (All)

Last Fight Date: 4/07/2018 [UFC]
Last Opponent: [#3 W115] Joanna Jedrzejczyk
Opponent's Last 5: 

Last Loss Date: 7/30/2016
Last Loss: [#8 W115] Karolina Kowalkiewicz
Opponent's Last 5:

UFC Record: **6-2-0**
Octagon Time: **1:42:28**
Title Bouts: **2-1-0**
Octagon Time: **1:42:28**
Longest Win Streak: **3 (2017-2018, active)**
Next Best Win Streak: **3 (2015-2016)**
UFC Debut: **2014-12-12**
Last UFC Fight: **2018-04-07**

**Quarterly Generated Historical Rankings**
*Rating bar represents the fighter's standing relative to the top of the division at the time*

| Date | ↑ ↓ | Rank | Record | |
|------|-----|------|--------|--|
| 10/01/2018 | = | #1 Women Strawweight | 8-3-0 | |

Strawweight

Women's Pound for Pound

Women's Division Point Dominance

Women's Featherweight+

Women's Bantamweight

Women's Flyweight

Women's Strawweight

Women's Atomweight

Unknown Division

SPONSORED LINKS

FEATURES

Fighter Search

All-Time MMA Rankings

Historical MMA Rankings

Weekly Ranking Summary

Upcoming MMA Events

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD

| Date | Change | Rank | Record | |
|---|---|---|---|---|
| 07/01/2018 | = | #1 Women Strawweight | 8-3-0 | |
| 04/01/2018 | = | #1 Women Strawweight | 7-3-0 | |
| 01/01/2018 | ⌃ 4 | #1 Women Strawweight | 7-3-0 | |
| 10/01/2017 | = | #5 Women Strawweight | 6-3-0 | |
| 07/01/2017 | ⌃ 2 | #5 Women Strawweight | 6-3-0 | |
| 04/01/2017 | ⌃ 1 | #7 Women Strawweight | 5-3-0 | |
| 01/01/2017 | = | #8 Women Strawweight | 5-3-0 | |
| 10/01/2016 | ⌄ 3 | #8 Women Strawweight | 5-3-0 | |
| 07/01/2016 | = | #5 Women Strawweight | 5-2-0 | |
| 04/01/2016 | ⌃ 2 | #5 Women Strawweight | 4-2-0 | |
| 01/01/2016 | ⌃ 5 | #7 Women Strawweight | 4-2-0 | |
| 10/01/2015 | ⌄ 1 | #12 Women Strawweight | 2-2-0 | |
| 07/01/2015 | = | #11 Women Strawweight | 2-2-0 | |
| 04/01/2015 | ⌄ 3 | #11 Women Strawweight | 2-2-0 | |
| 01/01/2015 | ⌄ 1 | #8 Women Strawweight | 2-2-0 | |
| 10/01/2014 | ⌃ 32 | #7 Women Strawweight | 2-1-0 | |
| 07/01/2014 | ⌄ 3 | #39 Women Strawweight | 2-1-0 | |
| 04/01/2014 | ⌄ 7 | #36 Women Strawweight | 2-1-0 | |
| 01/01/2014 | ⌃ 5 | #29 Women Strawweight | 2-1-0 | |
| 10/01/2013 | ⌄ 14 | #34 Women Strawweight | 2-1-0 | |
| 07/01/2013 | ⌃ 7 | #20 Women Strawweight | 2-0-0 | |
| 04/01/2013 | NR | #27 Women Strawweight | 1-0-0 | |

Lineal Championship Histories

FightMatrix MMA Awards

Links and Mentions

SPONSORED LINKS

ADVERTISE WITH US

**Support Fightmatrix.com and reach thousands of MMA fans by advertising with us! Click for more details.**

RECENT POSTS

Fight Matrix Program – UFC 230: Cormier vs. Lev (11-03-2018)

Current MMA Rankings Updated (10-28-2018)

Fight Matrix Program – UFC Fight Night 138: Voll n vs. Smith (10-27-2018)

Current MMA Rankings Updated (10-21-2018)

Current MMA Rankings Updated (10-14-2018)

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD



# Amanda Nunes

*Amanda Nunes's profile at Sherdog*
*Amanda Nunes's profile at Tapology*

Rank State: **Nevada**
Age: **30**
Last 5: W W W W W
Asociation: **American Top Team**
Pro Debut Date: **2008-03-08**
Pro Record: **16-4-0**

**Current Ranking:**
#1 Women Bantamweight
#1 Pound-For-Pound
#1 Division Dominance

SPONSORED LINKS

CURRENT MMA RANKINGS

Pound for Pound

Division Point Dominance

Heavyweight+

Light Heavyweight

Middleweight

Welterweight

Lightweight

Featherweight

Bantamweight

Flyweight

**MMA RANKINGS** · **MMA RECORDS & STATISTICS** · **FEATURES** · **UFC RECORDS** · **FAQ**

share this page

Create PDF in your applications with the Pdfcrowd   HTML to PDF API          PDFCROWD

'Big League' Record: **10-2-0**
Last 3 Years: **5-0-0**
Win Finish %: **87.5%**
Combat Age: **34**
Quality Perf. %: **70%**
Last Quality Perf.: **2018-05-12**
540 Metric: **.846**
Rating Points: **221**

**Highest Quarterly Ranking: 10/01/2018**
#1 Women Bantamweight

**All-Time Rank:**
#3 Women (All)

Last Fight Date: 5/12/2018 [UFC]
Last Opponent: [#2 W135] Raquel Pennington
Opponent's Last 5: W W W W L

Next Fight: UFC 232: Jones vs. Gustafsson 2
Next Opponent: [#1 W145] Cristiane Justino
Opponent's Last 5: W W W W W

Last Loss Date: 9/27/2014
Last Loss: [#4 W135] Cat Zingano
Opponent's Last 5: W L L L W

UFC Record: **9-1-0**
Octagon Time: **1:28:54**
Title Bouts: **4-0-0**
Octagon Time: **1:28:54**
Longest Win Streak: **7 (2015-2018, active)**
Next Best Win Streak: **2 (2013)**
UFC Debut: **2013-08-03**
Last UFC Fight: **2018-05-12**

Strawweight

Women's Pound for Pound

Women's Division Point Dominance

Women's Featherweight+

Women's Bantamweight

Women's Flyweight

Women's Strawweight

Women's Atomweight

Unknown Division

SPONSORED LINKS

FEATURES

Fighter Search

All-Time MMA Rankings

Historical MMA Rankings

Weekly Ranking Summary

Upcoming MMA Events

Create PDF in your applications with the Pdfcrowd HTML to PDF API                    PDFCROWD

**Quarterly Generated Historical Rankings**

*Rating bar represents the fighter's standing relative to the top of the division at the time*

| Date | ↑↓ | Rank | Record | |
|------|-----|------|--------|---|
| 10/01/2018 | = | #1 Women Bantamweight | 16-4-0 | |
| 07/01/2018 | = | #1 Women Bantamweight | 16-4-0 | |
| 04/01/2018 | = | #1 Women Bantamweight | 15-4-0 | |
| 01/01/2018 | = | #1 Women Bantamweight | 15-4-0 | |
| 10/01/2017 | = | #1 Women Bantamweight | 15-4-0 | |
| 07/01/2017 | = | #1 Women Bantamweight | 14-4-0 | |
| 04/01/2017 | = | #1 Women Bantamweight | 14-4-0 | |
| 01/01/2017 | = | #1 Women Bantamweight | 14-4-0 | |
| 10/01/2016 | ⌃5 | #1 Women Bantamweight | 13-4-0 | |
| 07/01/2016 | ⌄1 | #6 Women Bantamweight | 12-4-0 | |
| 04/01/2016 | ⌃2 | #5 Women Bantamweight | 12-4-0 | |
| 01/01/2016 | ⌄1 | #7 Women Bantamweight | 11-4-0 | |
| 10/01/2015 | ⌃7 | #6 Women Bantamweight | 11-4-0 | |
| 07/01/2015 | ⌄1 | #13 Women Bantamweight | 10-4-0 | |
| 04/01/2015 | ⌃6 | #12 Women Bantamweight | 10-4-0 | |
| 01/01/2015 | ⌄1 | #18 Women Bantamweight | 9-4-0 | |
| 10/01/2014 | ⌄7 | #17 Women Bantamweight | 9-4-0 | |
| 07/01/2014 | = | #10 Women Bantamweight | 9-3-0 | |
| 04/01/2014 | = | #10 Women Bantamweight | 9-3-0 | |
| 01/01/2014 | ⌃2 | #10 Women Bantamweight | 9-3-0 | |

Lineal Championship Histories

FightMatrix MMA Awards

Links and Mentions

SPONSORED LINKS

ADVERTISE WITH US

**Support Fightmatrix.com and reach thousands of MMA fans by advertising with us! Click for more details.**

RECENT POSTS

Fight Matrix Program – UFC 230: Cormier vs. Lew (11-03-2018)

Current MMA Rankings Updated (10-28-2018)

Fight Matrix Program – UFC Fight Night 138: Voll n vs. Smith (10-27-2018)

Current MMA Rankings Updated (10-21-2018)

Current MMA Rankings Updated (10-14-2018)

Create PDF in your applications with the Pdfcrowd HTML to PDF API                                                                    PDFCROWD

| 10/01/2013 | ⌃5 | #12 Women Bantamweight | 8-3-0 | |
| 07/01/2013 | ⌄2 | #17 Women Bantamweight | 7-3-0 | |
| 04/01/2013 | ⌃5 | #15 Women Bantamweight | 7-3-0 | |
| 01/01/2013 | ⌄2 | #10 Women Bantamweight | 7-2-0 | |
| 10/01/2012 | ⌃2 | #8 Women Bantamweight | 7-2-0 | |
| 07/01/2012 | = | #10 Women Bantamweight | 6-2-0 | |
| 04/01/2012 | ⌄1 | #10 Women Bantamweight | 6-2-0 | |
| 01/01/2012 | = | #9 Women Bantamweight | 6-2-0 | |
| 10/01/2011 | NR | #9 Women Bantamweight | 6-2-0 | |
| 07/01/2011 | = | #3 Women Featherweight | 6-1-0 | |
| 04/01/2011 | ⌃1 | #3 Women Featherweight | 6-1-0 | |
| 01/01/2011 | ⌃1 | #4 Women Featherweight | 5-1-0 | |
| 10/01/2010 | ⌃1 | #5 Women Featherweight | 5-1-0 | |
| 07/01/2010 | = | #6 Women Featherweight | 5-1-0 | |
| 04/01/2010 | NR | #6 Women Featherweight | 5-1-0 | |
| 01/01/2010 | NR | #5 Women Bantamweight | 4-1-0 | |

BLOGS

Boxing

Event Previews

Event Reviews

Fighter Highlights

Historical Ranks

MMA Ranks

MMA Statistics

Other

Submission Grappling

The Uncut Sports Show

Upcoming Events

Create PDF in your applications with the Pdfcrowd HTML to PDF API

PDFCROWD