# EXHIBIT 127

# Excerpts of the Deposition of Brandon Vera

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon      )
Fitch, Brandon Vera, Luis Javier )
Vazquez, and Kyle Kingsbury on   )
behalf of themselves and all     )
others similarly situated,       )
                                 )
        Plaintiffs,              )
                                 )
  vs.                            ) Case No. 2:15-cv-
                                 ) 01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate       )
Fighting Championship and UFC,   )
                                 )
        Defendants.              )
                                 )


DEPOSITION OF BRANDON VERA


Taken at the Offices of Boies, Schiller & Flexner
        300 South 4th Street, Suite 800
              Las Vegas, Nevada

        On Thursday, February 16, 2017
              At 9:11 a.m.


Reported by:  Jane V. Efaw, CCR #601, RPR



Page 178

```
 1       A.  Uh-huh.
 2       Q.  Which is in May of 2014.
 3       A.  Yes, sir.
 4       Q.  And then the next day you got sent a new
 5   contract.
 6       A.  Okay.
 7       Q.  Which you did not sign.  That was in May of
 8   2014.  And then you were released in June of 2014.
 9   Is that the correct timeline?
10           MR. KOFFMAN:  Object to the form.  He's
11   already answered this question.
12           THE WITNESS:  Are you asking me is that the
13   timeline in my understanding, that this is the
14   timeline?
15   BY MR. SKAGGS:
16       Q.  Yes.
17       A.  I understand this is the timeline.
18       Q.  And so at the time you were released in June
19   of 2014, did you still have one fight left on your
20   last Zuffa contract?
21           MR. KOFFMAN:  Object to the form.
22           THE WITNESS:  I don't know.  I don't know.
23   BY MR. SKAGGS:
24       Q.  All right.
25       A.  I'd have to refer back to my contract when I
```

Page 179

```
 1   fought Ben to see what else is on there.
 2       Q.  It's Exhibit 64.  So if you go back to
 3   Exhibit 64.  So if you go to 682.
 4       A.  Okay.
 5       Q.  Well, first let's start -- so the last page
 6   of the document shows that you signed this on
 7   December 3rd, 2009.  Do you agree?
 8       A.  Yes, sir.  That's what it shows.
 9       Q.  And then if we go back to 682, it says under
10   section 5.1, "The term is 26 months or six bouts."
11   Do you see that?
12       A.  Yes, sir.
13       Q.  So if you go to the Sher Dog list.  It looks
14   like -- do you agree that it looks like your first
15   fight after this contract that was signed was against
16   Jon Jones?
17       A.  Yes, sir.
18       Q.  And then you had -- did you have a fight
19   against Thiago Silva after that?
20       A.  Yes, sir.
21       Q.  Did you have a fight against Eliot Marshall
22   after that?
23       A.  Yes, sir.
24       Q.  Did you have a fight against Mauricio Rua
25   after that?
```

Page 180

```
 1       A.  Yes, sir.
 2       Q.  And did you have a fight against Ben
 3   Rothwell after that?
 4       A.  Yes, sir.
 5       Q.  So is that five fights total?
 6       A.  Yes, sir.
 7       Q.  And your contract was for six bouts?
 8       A.  Yes, sir.
 9       Q.  So you would have had one bout left at the
10   end of the contract when you were released?
11       A.  Yes, sir.
12       Q.  And you said two weeks after you were
13   released, you started talking to One?
14       A.  About two weeks, yeah.
15       Q.  About two weeks, okay.  So that in
16   Plaintiff's interrogatory responses, quoting from the
17   interrogatory responses, Part of the scheme involving
18   fighter intimidation, Zuffa also engaged in the
19   practice of benching fighters with as little as one
20   fight left in their promotion and ancillary rights
21   contracts, providing unfavorable match-ups when the
22   fighter refused to sign a new contract.  I'm
23   paraphrasing.
24           Being benched essentially meant that a
25   fighter would be forced to sit out for a lengthy
```

Page 181

```
 1   period of time prior to being given the last fight on
 2   his or her contract.  Then it says, "Zuffa could
 3   essentially use benching as a means to punish
 4   fighters for disobeying or for seeking to negotiate
 5   better terms, or simply to prevent fighters from
 6   fighting for rival promoters or even from negotiating
 7   with rival promoters."
 8           Were you benched in the way that this
 9   response describes?
10           MR. KOFFMAN:  Object to form.  That's a
11   pretty long thing that you just read, and part of
12   that you said you were paraphrasing.  So if you could
13   show him a copy of that.
14           MR. SKAGGS:  Okay.  We can do that.
15               (Whereupon Defendant's Exhibit 69
16               was marked for identification.)
17   BY MR. SKAGGS:
18       Q.  I think we're up to 69.  So you've been
19   handed Exhibit 69.  Do you recognize this document?
20       A.  Yes, sir.
21       Q.  Did you help put this together and
22   provide -- strike that.  Did you help provide
23   information that went into this document?
24       A.  Yes, sir.
25       Q.  If you go to page 33.  And the last
```



Page 182

1  paragraph starts on line 20.  You can read it over.
2  I'm going to read it over again into the record,
3  but --
4      A.  Which line?
5      Q.  Starting with line 20.  You're good.
6      A.  Yes, sir.
7      Q.  So were you benched in the way that is
8  described in this paragraph?
9          MR. KOFFMAN:  Object to form.  Calls for a
10 legal conclusion.  You can answer.
11 BY MR. SKAGGS:
12     Q.  In 2014.
13         MR. KOFFMAN:  Same objection.
14         THE WITNESS:  2014.  It doesn't -- it does
15 not appear to be.
16 BY MR. SKAGGS:
17     Q.  And you were, in fact, released with one
18 fight left on your contract; is that right?
19         MR. KOFFMAN:  Object to form.
20         THE WITNESS:  At that time, yes, sir.
21 BY MR. SKAGGS:
22     Q.  And very shortly there afterwards, you
23 started negotiations with another MMA promoter?
24     A.  Yes, sir.
25     Q.  While you were under contract with Zuffa,

Page 183

1  were you popular in the United States?
2          MR. KOFFMAN:  Object to the form.
3  BY MR. SKAGGS:
4      Q.  Do you need to take a break?
5      A.  No, sir.  I'm trying to figure out when I
6  was cut.  Sorry.  It's really bugging me.
7      Q.  That's okay.
8      A.  I don't need to take a break.  Sorry.
9      Q.  You can set that aside.  While you were
10 under contract with Zuffa, were you popular in the
11 United States?
12     A.  Yes, sir.
13     Q.  And did you have a fan base in the
14 United States?
15     A.  Yes, sir.
16     Q.  And had you achieved notoriety in the
17 United States?
18     A.  Yes, sir.
19     Q.  And while you were under contract with
20 Zuffa, were you popular in any countries other than
21 the United States?
22     A.  Yes, sir.
23     Q.  Which countries?
24     A.  Southeast Asia.
25     Q.  So that whole area?

Page 184

1      A.  That region, yes, sir.
2      Q.  Did you have a fan base in southeast Asia?
3      A.  Yes, sir.
4      Q.  Had you achieved notoriety in southeast
5  Asia?
6      A.  Yes, sir.
7      Q.  Okay.  Are you still popular in the
8  United States?
9      A.  Yes, sir.
10     Q.  And are you still popular in countries other
11 than the United States?
12     A.  Yes, sir.
13         MR. KOFFMAN:  I know we haven't been going
14 that long after lunch, but I kind of need a bathroom
15 break when you're in a good spot.
16         MR. SKAGGS:  We can do it now.
17         MR. KOFFMAN:  Okay.
18         THE VIDEOGRAPHER:  We are going off the
19 record.  The time is approximately 2:17 p.m.
20         (A brief recess was taken.)
21         THE VIDEOGRAPHER:  We are now back on the
22 record.  The time is approximately 2:32 p.m.
23         (Whereupon Defendant's Exhibit 70
24         was marked for identification.)
25 ///

Page 185

1  BY MR. SKAGGS:
2      Q.  Sob you've been handed what's been marked
3  Exhibit 70.  It's an article called "The Controlled
4  Fury of Brandon Vera," dated October 21st of 2014.
5  Do you remember this article?
6      A.  I don't, but I'll read it.
7      Q.  Yeah.  Just let me know when you're ready.
8  So do you see that paragraph maybe two-thirds of the
9  way down?  It starts, "When the UFC offered me a
10 contract extension."  Do you see that paragraph?
11     A.  Yes, sir.
12     Q.  It says "When UFC offered me a contract
13 extension, that was so ridiculous, I said 'hell no.'
14 I thought that it was like a slap on my face, so they
15 can take it and shove it wherever you want."
16         Does that quote refresh your recollection
17 whether you had received a contract extension from
18 Zuffa?
19         MR. KOFFMAN:  Object to the form.
20         THE WITNESS:  That doesn't put this contract
21 in my mind.  Reading this, it might have been when
22 they had a verbal from somebody.  I don't know who
23 the verbal was, but it was half of what I was making,
24 is what I remember.  And then I remember talking to
25 Dana, the last time I talked to him, he said he would

```
                                                 Page 258
 1            CERTIFICATE OF DEPONENT
 2      PAGE  LINE  CHANGE         REASON
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15           *   *   *   *   *
16
17      I, BRANDON VERA, deponent herein, do hereby
        certify and declare the within and foregoing
18      transcription to be my deposition in said action;
        that I have read, corrected and do hereby affix my
19      signature to said deposition.
20
21
22         _____
              BRANDON VERA, Deponent
23
24
25
```

```
                                                 Page 259
 1            REPORTER'S CERTIFICATE
 2      STATE OF NEVADA  )
                         ) SS:
 3      COUNTY OF CLARK  )
 4        I, Jane V. Efaw, CCR No. 601, do hereby certify:
 5        That I reported the taking of the deposition of
 6      the witness, BRANDON VERA, at the time and place
 7      aforesaid;
 8        That prior to being examined, the witness was by
 9      me duly sworn to testify to the truth, the whole
10      truth, and nothing but the truth;
11        That I thereafter transcribed my shorthand notes
12      into typewriting and that the typewritten transcript
13      of said deposition is a complete, true and accurate
14      transcription of said shorthand notes taken down at
15      said time, and that a request has been made to review
16      the transcript.
17        I further certify that I am not a relative or
18      employee of counsel of any party involved in said
19      action, nor a relative or employee of the parties
20      involved in said action, nor a person financially
21      interested in the action.
22        Dated at Las Vegas, Nevada, this _____ day of
23      _____, 2017.
24
           _____
25         Jane V. Efaw, CCR #601
```

