# EXHIBIT 128

## Summary Chart of Zuffa's Bout Output

