# EXHIBIT 133

# Conor McGregor - Quarterly Generated Historical Rankings

# Conor McGregor

fightmatrix.com/fighter-profile/Conor+McGregor/15859

**Quarterly Generated Historical Rankings**

*Rating bar represents the fighter's standing relative to the top of the division at the time*

| Date | ↑ ↓ | Rank | Record | Points |
|---|---|---|---|---|
| 01/01/2018 | | #1 Lightweight | 21-3-0 | 1161 |
| 10/01/2017 | | #1 Lightweight | 21-3-0 | 1272 |
| 07/01/2017 | | #1 Lightweight | 21-3-0 | 1272 |
| 04/01/2017 | | #1 Lightweight | 21-3-0 | 1272 |
| 01/01/2017 | NR | #1 Lightweight | 21-3-0 | 1272 |
| 10/01/2016 | NR | #6 Welterweight | 20-3-0 | 584 |
| 07/01/2016 | | #2 Featherweight | 19-3-0 | 703 |
| 04/01/2016 | 1 | #2 Featherweight | 19-3-0 | 703 |
| 01/01/2016 | 2 | #1 Featherweight | 19-2-0 | 922 |

| Date | | | | |
|---|---|---|---|---|
| 10/01/2015 | 2 | #3 Featherweight | 18-2-0 | 577 |
| 07/01/2015 | 1 | #5 Featherweight | 17-2-0 | 361 |
| 04/01/2015 | 1 | #6 Featherweight | 17-2-0 | 346 |
| 01/01/2015 | | #7 Featherweight | 16-2-0 | 295 |
| 10/01/2014 | 12 | #7 Featherweight | 16-2-0 | 295 |
| 07/01/2014 | 2 | #19 Featherweight | 14-2-0 | 164 |
| 04/01/2014 | 1 | #21 Featherweight | 14-2-0 | 164 |
| 01/01/2014 | 2 | #20 Featherweight | 14-2-0 | 164 |
| 10/01/2013 | 1 | #18 Featherweight | 14-2-0 | 164 |
| 07/01/2013 | NR | #19 Featherweight | 13-2-0 | 149 |
| 04/01/2013 | 4 | #84 Lightweight | 12-2-0 | 92 |
| 01/01/2013 | NR | #80 Lightweight | 12-2-0 | 92 |

| Date | | | | |
|---|---|---|---|---|
| 10/01/2012 | 3 | #70 Featherweight | 11-2-0 | 70 |
| 07/01/2012 | 1 | #73 Featherweight | 11-2-0 | 70 |
| 04/01/2012 | NR | #74 Featherweight | 10-2-0 | 63 |
| 01/01/2012 | 2 | #211 Lightweight | 9-2-0 | 44 |
| 10/01/2011 | 23 | #209 Lightweight | 9-2-0 | 44 |
| 07/01/2011 | 216 | #232 Lightweight | 8-2-0 | 41 |
| 04/01/2011 | NR | #448 Lightweight | 6-2-0 | 25 |