# EXHIBIT 134

# Conor McGregor's Sherdog Profile

# Conor McGregor"Notorious"

sherdog.com/fighter/Conor-McGregor-29688

Born: 1988-07-14
**AGE: 30**    Dublin
**Ireland**
Height
**5'8"**
172.72 cm Weight
**155 lbs**
70.31 kg
Association:
**SBG Ireland**

Class: **Lightweight**

Wins 21 18 KO/TKO (*86*%) 1 SUBMISSIONS (*5*%) 2 DECISIONS (*10*%)

Losses 4 0 KO/TKO (*0*%) 4 SUBMISSIONS (*100*%) 0 DECISIONS (*0*%)

## Fight History - Pro

| Result | Fighter | Event | Method/Referee | R | Time |
|---|---|---|---|---|---|
| loss | Khabib Nurmagomedov | UFC 229 - Nurmagomedov vs. McGregor<br>Oct / 06 / 2018 | Submission (Neck Crank)<br>Herb Dean | 4 | 3:03 |
| win | Eddie Alvarez | UFC 205 - Alvarez vs. McGregor<br>Nov / 12 / 2016 | TKO (Punches)<br>John McCarthy | 2 | 3:04 |
| win | Nate Diaz | UFC 202 - Diaz vs. McGregor 2<br>Aug / 20 / 2016 | Decision (Majority)<br>John McCarthy | 5 | 5:00 |
| loss | Nate Diaz | UFC 196 - McGregor vs. Diaz<br>Mar / 05 / 2016 | Submission (Rear-Naked Choke)<br>Herb Dean | 2 | 4:12 |
| win | Jose Aldo | UFC 194 - Aldo vs. McGregor<br>Dec / 12 / 2015 | KO (Punch)<br>John McCarthy | 1 | 0:13 |

| | | | | | |
|---|---|---|---|---|---|
| win | Chad Mendes | UFC 189 - Mendes vs. McGregor<br>Jul / 11 / 2015 | TKO (Punches)<br>Herb Dean | 2 | 4:57 |
| win | Dennis Siver | UFC Fight Night 59 - McGregor vs. Siver<br>Jan / 18 / 2015 | TKO (Punches)<br>Herb Dean | 2 | 1:54 |
| win | Dustin Poirier | UFC 178 - Johnson vs. Cariaso<br>Sep / 27 / 2014 | TKO (Punches)<br>Herb Dean | 1 | 1:46 |
| win | Diego Brandao | UFC Fight Night 46 - McGregor vs. Brandao<br>Jul / 19 / 2014 | TKO (Punches)<br>Leon Roberts | 1 | 4:05 |
| win | Max Holloway | UFC Fight Night 26 - Shogun vs. Sonnen<br>Aug / 17 / 2013 | Decision (Unanimous)<br>Herb Dean | 3 | 5:00 |
| win | Marcus Brimage | UFC on Fuel TV 9 - Mousasi vs. Latifi<br>Apr / 06 / 2013 | TKO (Punches)<br>Robert Sundel | 1 | 1:07 |
| win | Ivan Buchinger | CWFC 51 - Cage Warriors Fighting Championship 51<br>Dec / 31 / 2012 | KO (Punch)<br>Marc Goddard | 1 | 3:40 |
| win | Dave Hill | CWFC 47 - Cage Warriors Fighting Championship 47<br>Jun / 02 / 2012 | Submission (Rear-Naked Choke)<br>Neil Hall | 2 | 4:10 |
| win | Steve O'Keefe | CWFC 45 - Cage Warriors Fighting Championship 45<br>Feb / 18 / 2012 | KO (Elbows)<br>Marc Goddard | 1 | 1:33 |
| win | Aaron Jahnsen | CWFC - Fight Night 2<br>Sep / 08 / 2011 | TKO (Punches)<br>Neil Hall | 1 | 3:29 |
| win | Artur Sowinski | CG 2 - Clash of the Giants<br>Jun / 11 / 2011 | TKO (Punches)<br>N/A | 2 | 1:12 |
| win | Paddy Doherty | IFC - Immortal Fighting Championship 4<br>Apr / 16 / 2011 | KO (Punch)<br>N/A | 1 | 0:04 |
| win | Mike Wood | CC 8 - Fields vs. Redmond<br>Mar / 12 / 2011 | KO (Punches)<br>N/A | 1 | 0:16 |
| win | Hugh Brady | CFC - Chaos Fighting Championships 8<br>Feb / 12 / 2011 | TKO (Punches)<br>N/A | 1 | 2:31 |

| Result | Fighter | Event | Method/Referee | R | Time |
|---|---|---|---|---|---|
| loss | Joseph Duffy | CWFC 39 - The Uprising<br>Nov / 27 / 2010 | Submission (Arm-Triangle Choke)<br>Marc Goddard | 1 | 0:38 |
| win | Connor Dillon | CFC - Chaos Fighting Championships 7<br>Oct / 09 / 2010 | TKO (Corner Stoppage)<br>N/A | 1 | 4:22 |
| win | Stephen Bailey | K.O. - The Fight Before Christmas 1<br>Dec / 12 / 2008 | TKO (Punches)<br>N/A | 1 | 1:22 |
| loss | Artemij Sitenkov | COT 3 - Cage of Truth<br>Jun / 28 / 2008 | Submission (Kneebar)<br>N/A | 1 | 1:09 |
| win | Mo Taylor | Cage Rage - Contenders: Ireland vs. Belgium<br>May / 03 / 2008 | TKO (Punches)<br>N/A | 1 | N/A |
| win | Gary Morris | COT 2 - Cage of Truth<br>Mar / 08 / 2008 | TKO (Punches)<br>N/A | 2 | N/A |

## Fight History - Pro Exhibition



| Result | Fighter | Event | Method/Referee | R | Time |
|---|---|---|---|---|---|

## Fight History - Amateur

| Result | Fighter | Event | Method/Referee | R | Time |
|---|---|---|---|---|---|
| win | Ciaran Campbell | ROT - Ring of Truth 6<br>Feb / 17 / 2007 | TKO (Punches)<br>David Jones | 1 | 1:31 |

## Related Videosview more



Conor...

Video: UFC...

Video: UFC...

## Pictures view more

1 out of 200

Conor McGregor

*Credit: Jason Burgos/Sherdog.com*

## Conor McGregor Related News

Around The Web

What Women Find Attractive in Places Around the World
Amendola Gets Burned by Ex Olivia Culpo, and His Bikini Mistress
Beth Stern Relentlessly Trolled Over Pittsburgh Shooting Post
Princess Eugenie's Second Wedding Dress Broke Royal Protocol
Whitey Bulger Killers Attempted to Remove His Tongue
The Surprisingly Shady History of the American Red Cross
What a 30-Day Break From Smoking Marijuana Does to Your Brain
Stars Who Haven't Figured Out They Aren't Famous Anymore











