| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro hac vice*) |
| | (wisaacson@bsfllp.com) |
| 2 | STACEY K. GRIGSBY (*Pro hac vice*) |
| | (sgrigsby@bsfllp.com) |
| 3 | NICHOLAS WIDNELL (*Pro hac vice*) |
| | (nwidnell@bsfllp.com) |
| 4 | BOIES SCHILLER FLEXNER LLP |
| | 1401 New York Avenue, NW |
| 5 | Washington, DC 20005 |
| | Tel: (202) 237-2727; Fax: (202) 237-6131 |
| 6 | |
| | RICHARD J. POCKER #3568 |
| 7 | (rpocker@bsfllp.com) |
| | BOIES SCHILLER FLEXNER LLP |
| 8 | 300 South Fourth Street, Suite 800 |
| | Las Vegas, Nevada 89101 |
| 9 | Tel: (702) 382-7300; Fax: (702) 382-2755 |
| 10 | DONALD J. CAMPBELL #1216 |
| | (djc@campbellandwilliams.com) |
| 11 | J. COLBY WILLIAMS  #5549 |
| | (jcw@campbellandwilliams.com) |
| 12 | CAMPBELL & WILLIAMS |
| | 700 South 7th Street |
| 13 | Las Vegas, Nevada 89101 |
| | Tel: (702) 382-5222; Fax: (702) 382-0540 |
| 14 | |
| | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| 15 | Ultimate Fighting Championship and UFC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL ZUFFA'S REPLY IN SUPPORT OF ZUFFA'S MOTION FOR SUMMARY JUDGMENT** |

[PROPOSED] ORDER GRANTING ZUFFA'S        Case No.: 2:15-cv-01045-RFB-(PAL)
MOT. TO SEAL ZUFFA'S REPLY ISO ZUFFA'S MSJ

**[PROPOSED] ORDER**

Before this Court is Zuffa, LLC's ("Zuffa") Motion to Seal Zuffa's Reply in Support of Zuffa's Motion for Summary Judgment ("Reply"). After reviewing the relevant papers, the Court finds that Zuffa has shown that compelling reasons exist to seal the documents Zuffa moves to file under seal.

IT IS HEREBY ORDERED THAT Zuffa's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal those documents and portions of documents that have been lodged under seal in connection with Zuffa's Reply.

IT IS SO ORDERED.

DATED: _____, 2018   By: _____
                               Hon. Richard F. Boulware
                               UNITED STATES DISTRICT JUDGE