1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
5  1401 New York Avenue, NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16
   [Additional Counsel Listed on Signature Page]
17

18                    UNITED STATES DISTRICT COURT

19                          DISTRICT OF NEVADA

20  Cung Le, Nathan Quarry, Jon Fitch, Brandon    | Case No.: 2:15-cv-01045-RFB-(PAL)
    Vera, Luis Javier Vazquez, and Kyle
21  Kingsbury on behalf of themselves and all     | **JOINT MOTION TO SEAL
22  others similarly situated,                    | PLAINTIFFS' OPPOSITION TO
                                                  | ZUFFA, LLC'S MOTION TO
23               Plaintiffs,                      | SEAL ZUFFA'S REPLY IN
             v.                                   | SUPPORT OF SUMMARY
24                                                | JUDGMENT (ECF NO. 619)**
25  Zuffa, LLC, d/b/a Ultimate Fighting
    Championship and UFC,
26
                 Defendant.
27

28

JT. MOT. TO SEAL PLS.' OPP. TO ZUFFA'S MTS ZUFFA'S REPLY ISO SUMM. J.

When Defendant Zuffa, LLC ("Zuffa") filed its Reply in Support of its Motion for Summary Judgment on November 2, 2018 (ECF No. 611) ("Reply"), it concurrently filed a Motion to Seal Zuffa, LLC's Reply in Support of Summary Judgment and Related Materials (ECF No. 614) ("Motion to Seal").  On November 16, 2018, Plaintiffs filed their Opposition to Defendant Zuffa, LLC's Motion to Seal Zuffa's Reply in Support of Zuffa's Motion for Summary Judgment (ECF No. 619) ("Opposition").  The Reply and the Opposition include, refer to, and quote from documents that Zuffa and third parties have designated Confidential or Highly Confidential ("Disputed Materials") pursuant to the Revised Stipulation and Protective Order issued by this Court on February 10, 2016 (ECF No. 217) (the "Protective Order").  In its Motion to Seal, Zuffa asserted that the Disputed Materials are properly sealed under the compelling reasons standard.  As stated in Plaintiffs' Opposition, Plaintiffs do not believe Zuffa's confidentiality designations meet the compelling reasons standard, and oppose sealing the Disputed Materials for that reason.  However, solely for the limited reason that the documents, as they currently stand, are still designated Confidential or Highly Confidential, Plaintiffs do not oppose Zuffa's request in this joint motion that the documents—and references to them in Plaintiffs' Opposition—remain under seal, in accordance with the Protective Order, until the Court has ruled on whether Zuffa has provided compelling reasons to seal them.  Plaintiffs continue to reserve their right to challenge Zuffa's confidentiality designations pursuant to Section 6.1 of the Protective Order.

Zuffa and Plaintiffs (collectively, the "Parties") have stated their positions at length in their respective briefing regarding the confidentiality and propriety of sealing descriptions of and quotations from the Disputed Materials, but the Parties do not seek to re-litigate this issue for the purposes of these filings.  Having met and conferred on this issue, the Parties jointly move to file the Disputed Materials and all references to them in Plaintiffs' Opposition conditionally under seal, pending the Court's ruling on the Parties' respective motions regarding sealing.  Should the Court determine that any of the materials under seal should not be sealed, the Parties will re-file these materials on the public docket at that time.

| | |
|---|---|
| Dated: November 20, 2018 | Dated: November 20, 2018 |
| **JOSEPH SAVERI LAW FIRM, INC.** | **BOIES SCHILLER FLEXNER LLP** |
| By: */s/ Kevin E. Rayhill* | By: */s/ Stacey K. Grigsby* |
| Joseph R. Saveri (State Bar No. 130064)<br>Joshua P. Davis (admitted *pro hac vice*)<br>Kevin E. Rayhill (admitted *pro hac vice*)<br>Jiamin Chen (admitted *pro hac vice*)<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Phone: (415) 500-6800/Fax: (415) 395-9940<br>jsaveri@saverilawfirm.com<br>jdavis@saverilawfirm.com<br>krayhill@saverilawfirm.com<br>jchen@saverilawfirm.com | William A. Isaacson (admitted *pro hac vice*)<br>Stacey K. Grigsby (admitted *pro hac vice*)<br>Nicholas A. Widnell (admitted *pro hac vice*)<br>1401 New York Ave, NW<br>Washington, D.C. 20005<br>Phone: (202) 237-2727/Fax: (202) 237-6131<br>wisaacson@bsfllp.com<br>sgrigsby@bsfllp.com<br>nwidnell@bsfllp.com<br><br>*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | **CAMPBELL & WILLIAMS**<br>Donald J. Campbell (State Bar No. 1216)<br>J. Colby Williams (State Bar No. 5549)<br>700 South 7th Street<br>Las Vegas, Nevada 89101<br>Phone: (702) 382-5222/Fax: (702) 382-0540<br>djc@campbellandwilliams.com<br>jcw@campbellandwilliams.com |
| **BERGER MONTAGUE PC**<br>Eric L. Cramer (admitted *pro hac vice*)<br>Michael Dell'Angelo (admitted *pro hac vice*)<br>Patrick F. Madden (admitted *pro hac vice*)<br>Mark R. Suter (admitted *pro hac vice*)<br>1818 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103<br>Phone: (215) 875-3000/Fax: (215) 875-4604<br>ecramer@bm.net<br>mdellangelo@bm.net<br>pmadden@bm.net<br>msuter@bm.net | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC<br><br>**BOIES SCHILLER FLEXNER LLP**<br>Richard J. Pocker (State Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, Nevada 89101<br>Phone: (702) 382-7300/Fax: (702) 382-2755<br>rpocker@bsfllp.com |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |

| | |
|---|---|
| 1 | **COHEN MILSTEIN SELLERS & TOLL, PLLC** |
| 2 | Benjamin D. Brown (admitted *pro hac vice*) |
|   | Richard A. Koffman (admitted *pro hac vice*) |
| 3 | Daniel H. Silverman (admitted *pro hac vice*) |
|   | 1100 New York Ave., N.W., |
| 4 | Suite 500, East Tower |
|   | Washington, D.C. 20005 |
| 5 | Phone: (202) 408-4600/Fax: (202) 408 4699 |
|   | bbrown@cohenmilstein.com |
| 6 | rkoffman@cohenmilstein.com |
| 7 | dsilverman@cohenmilstein.com |
| 8 | *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative* |
| 9 | *Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle* |
| 10 | *Kingsbury* |
| 11 | **RADICE LAW FIRM, P.C.** |
| 12 | John D. Radice (admitted *pro hac vice*) |
|   | 34 Sunset Blvd |
| 13 | Long Beach, NJ 08008 |
|   | jradice@radicelawfirm.com |
| 14 | |
|   | *Attorneys for Plaintiffs* |
| 15 | |
|   | **WOLF, RIFKIN, SHAPIRO,** |
| 16 | **SCHULMAN & RABKIN, LLP** |
|   | Don Springmeyer |
| 17 | Nevada Bar No. 1021 |
|   | Bradley S. Schrager |
| 18 | Nevada Bar No. 10217 |
|   | Justin C. Jones |
| 19 | Nevada Bar No. 8519 |
| 20 | 3556 E. Russell Road, Second Floor |
|   | Las Vegas, Nevada 89120 |
| 21 | (702) 341-5200/Fax: (702) 341-5300 |
|   | dspringmeyer@wrslawyers.com |
| 22 | bschrager@wrslawyers.com |
|   | jjones@wrslawyers.com |
| 23 | |
| 24 | *Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs* |
| 25 | *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle* |
| 26 | *Kingsbury* |
| 27 | |
| 28 | |

3

JT. MOT. TO SEAL PLS.' OPP. TO ZUFFA'S MTS ZUFFA'S REPLY ISO SUMM. J.

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**ATTESTATION OF FILER**

The signatories to this document are myself and Kevin Rayhill, and I have obtained Mr. Rayhill's concurrence to file this document on his behalf.

Dated: November 20, 2018         */s/ Stacey K. Grigsby*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Motion to Seal Plaintiffs' Opposition to Zuffa's Motion to Seal Zuffa's Reply in Support of its Motion for Summary Judgment was served on November 20, 2018 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Roderick Crawford*
Roderick Crawford