# EXHIBIT B

## Tweet posted by John S. Nash (@heynottheface) on Twitter, dated October 3rd, 2018 at 5:12 PM





