# EXHIBIT C

# Tweet posted by Paul Gift (@MMAanalytics) on Twitter, dated October 3rd, 2018 at 7:08 PM

