# EXHIBIT D

## Tweet posted by Paul Gift (@MMAanalytics) on Twitter, dated November 2, 2018 at 10:55 PM

