# EXHIBIT F

# Tweet posted by Paul Gift (@MMAanalytics) on Twitter, dated November 3rd, 2018 at 2:20 AM

