WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**JOINT MOTION TO CONDITIONALLY FILE PLAINTIFFS' STATEMENT REGARDING RULE 23 STANDARDS UNDER SEAL** |

On January 9, 2019, Plaintiffs filed their Statement Regarding Rule 23 Standards (ECF No. 633) (the "Statement"). On the same date, both Defendant Zuffa, LLC ("Zuffa") and Plaintiffs (collectively, the "Parties") filed proposals regarding the treatment of protected materials at the upcoming evidentiary hearing on class certification (ECF Nos. 631, 632) (the "Sealing Proposals"). Plaintiffs' Statement contains references to  (1) the percentage of event revenues Zuffa pays to its fighters ("Wage Share"); (2) the Wage Share Zuffa would pay its fighters in a world absent the alleged anticompetitive scheme, as calculated by Plaintiffs' experts; (3) the Wage Share other sports organizations pay to their athletes, which is mostly publicly available information; and (4) the percentage of Class members impacted by Zuffa's alleged anticompetitive scheme, as calculated by Plaintiffs' expert Dr. Hal J. Singer. These materials have been designated as Confidential by Zuffa (the "Disputed Materials"), pursuant to the Revised Stipulation and Protective Order issued by this Court on February 10, 2016 (ECF No. 217) (the "Protective Order").

Zuffa does not believe that the information in categories (3) and (4) above meet the "compelling reasons" standard for sealing and has, in an effort to narrowly tailor its redactions, removed those redactions despite its belief that the "good cause" standard applies here.  Zuffa has attached a lesser redacted version of the Statement to this joint motion that removes redactions from categories (3) and (4) above.  Decl. of Stacey K. Grigsby in Supp. of Joint Mot. to Conditionally File Plaintiffs' Statement Regarding Rule 23 Standards under Seal ¶ 3 & Ex. A.

The Parties disagree as to whether the Disputed Materials should remain under seal. However, the briefing they have already filed in their respective Sealing Proposals directly addresses this dispute, and the Parties expect that the Court's decision on how to treat protected materials at the evidentiary hearing will resolve the disagreement regarding whether the Disputed Materials at issue in Plaintiffs' Statement should remain under seal. Therefore, solely for the limited reason that the Disputed Materials, as they currently stand, are still designated Confidential or Highly Confidential, Plaintiffs do not oppose Zuffa's request in this joint motion that the Disputed Materials remain under seal, in accordance with the Protective Order, until the Court has ruled on the Sealing Proposals and decided how it will treat protected material during

JT. MOT. TO COND. FILE PLS.' STATEMENT RE RULE 23 STD. UNDER SEAL

1  the evidentiary hearing. Plaintiffs continue to reserve their right to challenge Zuffa's

2  confidentiality designations pursuant to Section 6.1 of the Protective Order.

3      Zuffa and Plaintiffs have stated each of their positions at length in their respective briefing

4  regarding the treatment of confidential and protected material at the evidentiary hearing in the

5  Sealing Proposals and in other briefing on motions to seal, but the Parties do not seek to re-

6  litigate this issue for the purposes of these filings. Having met and conferred on this issue, the

7  Parties jointly move to file the Disputed Materials in Plaintiffs' Statement conditionally under

8  seal, pending the Court's ruling on the Parties' respective Sealing Proposals. Should the Court

9  determine that any of the materials under seal should not be sealed, the Parties will re-file these

10  materials on the public docket at that time.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  January 14, 2019

**JOSEPH SAVERI LAW FIRM. INC.**

By: */s/ Kevin E. Rayhill*
Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon*
*Fitch, Luis Javier Vazquez, Brandon Vera,*
*and Kyle Kingsbury*

**BERGER MONTAGUE PC**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon*
*Fitch, Luis Javier Vazquez, Brandon Vera,*
*and Kyle Kingsbury*

Dated:  January 14, 2019

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Stacey K. Grigsby*
William A. Isaacson (admitted *pro hac vice*)
Stacey K. Grigsby (admitted *pro hac vice*)
Nicholas A. Widnell (admitted *pro hac vice*)
1401 New York Ave, NW
Washington, D.C. 20005
Phone: (202) 237-2727/Fax: (202) 237-6131
wisaacson@bsfllp.com
sgrigsby@bsfllp.com
nwidnell@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**CAMPBELL & WILLIAMS**
Donald J. Campbell (State Bar No. 1216)
J. Colby Williams (State Bar No. 5549)
700 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 382-5222/Fax: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**BOIES SCHILLER FLEXNER LLP**
Richard J. Pocker (State Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Phone: (702) 382-7300/Fax: (702) 382-2755
rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COHEN MILSTEIN SELLERS**
    **& TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, D.C. 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Attorneys for Plaintiffs*

**WOLF, RIFKIN, SHAPIRO,**
    **SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys*
*for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis*
*Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

4

1

**WARNER ANGLE HALLAM JACKSON
  & FORMANEK PLC**

2

Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)

3

2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016

4

Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com

5

jelwell@warnerangle.com

6

*Counsel for the Classes and Attorneys for*

7

*Individual and Representative Plaintiffs Cung
Le, Nathan Quarry, Jon Fitch, Luis Javier*

8

*Vazquez, Brandon Vera, and Kyle Kingsbury*

9

**LAW OFFICE OF FREDERICK S.
  SCHWARTZ**

10

Frederick S. Schwartz (admitted *pro hac vice*)

11

15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403

12

Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

13

*Attorneys for Plaintiffs*

14

**SPECTOR ROSEMAN KODROFF &**

15

  **WILLIS, P.C.**

Jeffrey J. Corrigan (admitted *pro hac vice*)

16

William G. Caldes (admitted *pro hac vice*)
1818 Market Street, Suite 2500

17

Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611

18

jcorrigan@srkw-law.com

19

wcaldes@srkw-law.com

20

*Attorneys for Plaintiffs*

21

22

23

24

25

26

27

28

5

JT. MOT. TO COND. FILE PLS.' STATEMENT RE RULE 23 STD. UNDER SEAL

1

**ATTESTATION OF FILER**

2        The signatories to this document are myself and Kevin Rayhill, and I have obtained Mr.

3   Rayhill's concurrence to file this document on his behalf.

4

5

6   Dated: January 14, 2019                          */s/ Stacey K. Grigsby*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JT. MOT. TO COND. FILE PLS.' STATEMENT RE RULE 23 STD. UNDER SEAL

1

## **CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that the foregoing Joint Motion to Seal Plaintiffs'

3   Statement Regarding Rule 23 Standards was served on January 14, 2019 via the Court's CM/ECF

4   electronic filing system addressed to all parties on the e-service list.

5

6                                                               */s/ Brent K. Nakamura*

7                                                               Brent K. Nakamura

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JT. MOT. TO COND. FILE PLS.' STATEMENT RE RULE 23 STD. UNDER SEAL