WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER REGARDING THE JOINT MOTION TO CONDITIONALLY FILE PLAINTIFFS' STATEMENT REGARDING RULE 23 STANDARDS UNDER SEAL** |

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Before this Court is Zuffa, LLC's ("Zuffa") and Plaintiffs' (collectively, the "Parties") Joint Motion to Conditionally File Plaintiffs' Statement Regarding Rule 23 Standards Under Seal.

The Court finds that under the applicable standard, the Parties [have or have not] made the requisite finding as to the documents the Parties move to seal.

IT IS HEREBY ORDERED THAT the parties' Joint Motion to Seal is [GRANTED OR DENIED]. The Clerk of the Court shall [file under seal or unseal] those portions of Plaintiffs' Statement Regarding Rule 23 Standards that have been conditionally lodged under seal.

IT IS SO ORDERED.

DATED: _____, 2019          By: _____
                                         Hon. Richard F. Boulware
                                         UNITED STATES DISTRICT JUDGE