1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, NW
5  Washington, DC 20005
   Tel: (202) 237-2727; Fax: (202) 237-6131
6
   RICHARD J. POCKER #3568
7  (rpocker@bsfllp.com)
   BOIES SCHILLER FLEXNER LLP
8  300 South Fourth Street, Suite 800
   Las Vegas, Nevada 89101
9  Tel: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS  #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
   700 South 7th Street
13 Las Vegas, Nevada 89101
   Tel: (702) 382-5222; Fax: (702) 382-0540
14
   *Attorneys for Defendant* Zuffa, LLC, d/b/a
15 Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER REGARDING THE JOINT MOTION TO CONDITIONALLY FILE UNDER SEAL PLAINTIFFS' REPLY STATEMENT REGARDING RULE 23 STANDARDS (ECF NO. 646) AND PLAINTIFFS' RESPONSE TO ZUFFA, LLC'S PROPOSAL REGARDING THE TREATMENT OF PROTECTED MATERIAL FOR THE EVIDENTIARY HEARING ON CLASS CERTIFICATION (ECF NO. 639)** |

**[PROPOSED] ORDER**

Before this Court is Zuffa, LLC's ("Zuffa") and Plaintiffs' (collectively, the "Parties") Joint Motion to Conditionally File Under Seal Plaintiffs' Reply Statement Regarding Rule 23 Standards and Plaintiffs' Response to Zuffa, LLC's Proposal Regarding the Treatment of Protected Material for the Evidentiary Hearing on Class Certification.

The Court finds that under the applicable standard, the Parties [have or have not] made the requisite finding as to the documents the Parties move to seal.

IT IS HEREBY ORDERED THAT the parties' Joint Motion to Seal is [GRANTED OR DENIED]. The Clerk of the Court shall [file under seal or unseal] those portions of the documents referenced in the Joint Motion that have been conditionally lodged under seal.

IT IS SO ORDERED.

DATED: _____, 2019          By:_____
                                              Hon. Richard F. Boulware
                                              UNITED STATES DISTRICT JUDGE