William G/ Caldes (*Pro Hac Vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel:  (215) 496-0300
Fax:  (215) 496-6611
bcaldes@srkattorneys.com

*Attorney for Individual and Representative Plaintiffs Gabe Ruediger and Mac Danzig*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>   **v.**<br><br>**Zuffa, LLC d/b/a/ Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | Lead Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

TO THE CLERK:

Kindly note that the address of the law firm Spector Roseman & Kodroff P.C. has been changed to:    SPECTOR ROSEMAN & KODROFF, P.C.

2001 Market Street, Suite 3420

Philadelphia, PA  19103

Our email addresses, telephone number and facsimile number remain the same.

Dated: February 7, 2019                         /s/ William G. Caldes
                                                                William G. Caldes

*Attorney for Individual and Representative Plaintiffs Gabe Ruediger and Mac Danzig*

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2019, a true and correct copy of the foregoing Notice of Change of Address was filed with the Clerk of the Court and served upon Counsel of Record *via* ECF.

/s/ William G. Caldes
WILLIAM G. CALDES