WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**JOINT MOTION TO SEAL THE PARTIES' JOINT STATEMENT REGARDING INDEPENDENT EXPERTS** |

Zuffa, LLC ("Zuffa") and the Plaintiffs (collectively, the "Parties") respectfully request that the Court order the Clerk of Court to file under seal the Parties' Joint Statement Regarding Independent Experts (the "Statement"), filed concurrently with this motion, and that the Court conduct an *in camera* review of these materials in support of its appointment of an independent expert.

Federal Rule of Evidence 706, "only allows a court to appoint a neutral expert." *O'Neill v. Bannister*, 2012 WL 12542743, at *2 (D. Nev. Aug. 29, 2012) (citation and quotation marks omitted); *see also Woodroffe v. Oregon*, No. 2:12-CV-00124-SI, 2014 WL 1383400, at *5 (D. Or. Apr. 8, 2014) (citing *Walker v. Am. Home Shield Long Term Disability Plan*, 180 F.3d 1065, 1071 (9th Cir. 1999)). Pursuant to the Court's directive from the February 1, 2019 hearing, the Parties have each submitted the names of three Independent Expert candidates for the Court's consideration to assist the Court in evaluating the Parties' expert reports. Feb. 1, 2019 Hearing Transcript, ECF No. 651, 22:20-24:2. In order to guard against the risk of bias or prejudice, the parties respectfully request that the Court grant their joint motion and direct the Clerk of Court to file the Statement under seal so that no expert knows which side sponsored the expert's nomination. Since it is essential for the Court-appointed expert to serve in an independent role, the Statement is properly sealed under both the "good cause" and the "compelling reasons" standards. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016); *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

If the Statement were publicly filed, the proposed experts would know which side sponsored the expert's nomination, which could increase the risk that an expert might be biased towards the sponsoring party. The Court has already taken efforts to prevent against such bias by finding it "appropriate" for the Parties to contact each proposed expert jointly to ensure the expert did not know which party initially proposed his name. Feb. 1, 2019 Hearing Transcript, ECF No. 651, 26:16-25. The Parties have followed this approach. Declaration of Nicholas A. Widnell in Support of the Joint Motion to Seal ¶¶ 3-4. The Parties have contacted each Independent Expert candidate to assess whether the expert is interested in and available for the proposed appointment and to respond to any initial questions from the candidates. *Id.* All of these communications

were made jointly, and the Parties did not disclose to any candidate which party had proposed each expert's name. *Id.* Public disclosure of the Statement would negate those previous efforts at ensuring the candidates' neutrality towards both parties.

For the foregoing reasons and those included in the Declaration of Nicholas A. Widnell, the parties respectfully request the Court order the Clerk of Court to file under seal the Parties' Joint Statement Regarding Independent Experts.

| | |
|---|---|
| Dated: April 12, 2019_ | Dated: April 12, 2019 |
| **BERGER MONTAGUE PC** | **BOIES SCHILLER FLEXNER LLP** |
| By: */s/ Eric L. Cramer* | By: */s/ Nicholas A. Widnell* |
| Eric L. Cramer (admitted *pro hac vice*) | William A. Isaacson (admitted *pro hac vice*) |
| Michael Dell'Angelo (admitted *pro hac vice*) | Stacey K. Grigsby (admitted *pro hac vice*) |
| Patrick F. Madden (admitted *pro hac vice*) | Nicholas A. Widnell (admitted *pro hac vice*) |
| Mark R. Suter (admitted *pro hac vice*) | 1401 New York Ave, NW |
| 1818 Market Street, Suite 3600 | Washington, D.C. 20005 |
| Philadelphia, Pennsylvania 19103 | Phone: (202) 237-2727/Fax: (202) 237-6131 |
| Phone: (215) 875-3000/Fax: (215) 875-4604 | wisaacson@bsfllp.com |
| ecramer@bm.net | sgrigsby@bsfllp.com |
| mdellangelo@bm.net | nwidnell@bsfllp.com |
| pmadden@bm.net | |
| msuter@bm.net | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | **CAMPBELL & WILLIAMS** |
| | Donald J. Campbell (State Bar No. 1216) |
| | J. Colby Williams (State Bar No. 5549) |
| | 700 South 7th Street |
| | Las Vegas, Nevada 89101 |
| **JOSEPH SAVERI LAW FIRM, INC.** | Phone: (702) 382-5222/Fax: (702) 382-0540 |
| Joseph R. Saveri (State Bar No. 130064) | djc@campbellandwilliams.com |
| Joshua P. Davis (admitted *pro hac vice*) | jcw@campbellandwilliams.com |
| Kevin E. Rayhill (admitted *pro hac vice*) | |
| Jiamin Chen (admitted *pro hac vice*) | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| 601 California Street, Suite 1000 | |
| San Francisco, California 94108 | **BOIES SCHILLER FLEXNER LLP** |
| Phone: (415) 500-6800/Fax: (415) 395-9940 | Richard J. Pocker (State Bar No. 3568) |
| jsaveri@saverilawfirm.com | 300 South Fourth Street, Suite 800 |
| jdavis@saverilawfirm.com | Las Vegas, Nevada 89101 |
| krayhill@saverilawfirm.com | Phone: (702) 382-7300/Fax: (702) 382-2755 |
| jchen@saverilawfirm.com | rpocker@bsfllp.com |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |

**COHEN MILSTEIN SELLERS**
   **& TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, D.C. 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Attorneys for Plaintiffs*

**WOLF, RIFKIN, SHAPIRO,**
   **SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**ATTESTATION OF FILER**

The signatories to this document are myself and Eric Cramer, and I have obtained Mr. Cramer's concurrence to file this document on his behalf.

Dated: April 12, 2019                              */s/ Nicholas A. Widnell*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Motion to Seal the Parties' Joint Statement Regarding Independent Experts was served on April 12, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Roderick Crawford*
Roderick Crawford