WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>        v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                    Defendant. | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER REGARDING THE JOINT MOTION TO SEAL THE PARTIES' JOINT STATEMENT REGARDING INDEPENDENT EXPERTS** |

**[PROPOSED] ORDER**

Before this Court is the Parties' Joint Motion to Seal the Parties' Joint Statement Regarding Independent Experts.

The Court finds that under the applicable standard, the Parties have made the requisite showing as to the documents the Parties move to seal.

IT IS HEREBY ORDERED THAT the Parties' Joint Motion to Seal is GRANTED. The Clerk of the Court shall file under seal those documents that have been lodged under seal in connection with the Parties' Joint Statement Regarding Independent Experts.

IT IS SO ORDERED.

DATED: _____, 2019          By: _____
                                             Hon. Richard F. Boulware
                                             UNITED STATES DISTRICT JUDGE