Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:    (215) 875-3000
Facsimile:     (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

*(Additional counsel appear on signature page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>           v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                    Defendant. | Case No.: 2:15-cv-01045-RFB-PAL<br><br>**INDEX OF EXHIBITS TO DECLARATION OF PATRICK F. MADDEN, ESQ.** |

Pursuant to Local Civil Rule IA 10-3(d), Plaintiffs submit this Index of Exhibits to the Declaration of Patrick F. Madden, Esq.

| Exhibit Number | Description |
|---|---|
| 1 | May 29, 2019 email from Patrick Madden to Nick Widnell, Meghan Strong, et al. |
| 2 | May 30, 2019 email from Brent Nakamura to Patrick Madden et al. |
| 3 | May 31, 2019 email from Patrick Madden to Nick Widnell, Meghan Strong, et al. |
| 4 | June 4, 2019 email from Patrick Madden to Nick Widnell, Meghan Strong, et al. |
| 5 | June 6, 2019 email from Patrick Madden to Meghan Strong et al. |
| 6 | Summary of Plaintiffs' Objections to the 22 Disputed Exhibits (Out of 551 Exhibits Proposed by Zuffa) |
| 7 | Zuffa Summary Exhibit No. 1 |
| 8 | Zuffa Summary Exhibit No. 2 |
| 9 | Zuffa Summary Exhibit No. 3 |
| 10 | Zuffa Summary Exhibit No. 6 |
| 11 | Zuffa Summary Exhibit No. 7 |
| 12 | Zuffa Summary Exhibit No. 10 |
| 13 | Zuffa Summary Exhibit No. 11 |
| 14 | Zuffa Summary Exhibit No. 12 |
| 15 | Exhibit 87 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification, ECF No. 540-91 |
| 16 | Exhibit 88 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification, ECF No. 540-92 |
| 17 | Exhibit 89 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification, ECF No. 540-93 |
| 18 | Exhibit 92 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification, ECF No. 540-96 |
| 19 | Exhibit 87 to Zuffa's Motion for Summary Judgment, ECF No. 575-36 |
| 20 | Exhibit 96 to Zuffa's Motion for Summary Judgment, ECF No. 575-45 |
| 21 | Exhibit 97 to Zuffa's Motion for Summary Judgment, ECF No. 575-46 |
| 22 | Exhibit 98 to Zuffa's Motion for Summary Judgment, ECF No. 575-47 |
| 23 | Exhibit 99 to Zuffa's Motion for Summary Judgment, ECF No. 575-48 |
| 24 | Exhibit 114 to Zuffa's Reply in Support of Zuffa's Motion for Summary Judgment, ECF No. 613-3 |
| 25 | Exhibit 124 to Zuffa's Reply in Support of Zuffa's Motion for Summary Judgment, ECF No. 613-13 |
| 26 | Exhibit 126 to Zuffa's Reply in Support of Zuffa's Motion for Summary Judgment, ECF No. 613-15 |
| 27 | Exhibit 128 to Zuffa's Reply in Support of Zuffa's Motion for Summary Judgment, ECF No. 613-17 |
| 28 | Exhibit 131 to Zuffa's Reply in Support of Zuffa's Motion for Summary Judgment, ECF No. 613-20 |

| | |
|---|---|
| Dated: June 14, 2019 | Respectfully Submitted, |
| | By: /s/ Patrick F. Madden |
| | Patrick F. Madden |

Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

Joseph R. Saveri (*Pro Hac Vice*)
Joshua P. Davis (*Pro Hac Vice*)
Jiamin Chen (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
jchen@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

**Co-Lead Counsel for the Classes**

**Liaison Counsel for the Classes**

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Phone: (702) 341-5200/Fax (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

**Additional Counsel for the Classes**:

Robert C. Maysey (*Pro Hac Vice*)
Jerome K. Elwell (*Pro Hac Vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Frederick S. Schwartz (*Pro Hac Vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

William G. Caldes (*Pro Hac Vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
bcaldes@srkattorneys.com

John D. Radice (*Pro Hac Vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Phone: (646) 245-8502
jradice@radicelawfirm.com