# Exhibit 6

Summary of Plaintiffs' Objections to the 22 Disputed Exhibits (Out of 551 Exhibits Proposed by Zuffa)

EXHIBIT 6: Summary of Plaintiffs' Objections to the 22 Disputed Exhibits (Out of 551 Exhibits Proposed by Zuffa)

|  | Does Not Comply with FRE 1006 | Content Does Not Reflect Opinion/Analyses In Zuffa's Expert Reports | Conflicts with Zuffa's Economists' Opinions in Record | Misleading | Not in Class Certification Record |
|---|---|---|---|---|---|
| SE1 | X | X |  |  | X |
| SE2 | X | X |  | X | X |
| SE3 | X | X | X | X | X |
| SE6 | X | X |  | X | X |
| SE7 | X | X |  | X | X |
| SE10 | X | X |  | X | X |
| SE11 |  | X |  | X | X |
| SE12 | X | X |  | X | X |
| COE87, COE88, COE89, & COE92 |  | X |  |  |  |
| SJEs |  | X |  |  | X |