# Exhibit 7

Zuffa Summary Exhibit No. 1

(FILED UNDER SEAL)