# Exhibit 8

# Zuffa Summary Exhibit No. 2

# (FILED UNDER SEAL)