# Exhibit 9

Zuffa Summary Exhibit No. 3

(FILED UNDER SEAL)