# Exhibit 10

Zuffa Summary Exhibit No. 6

(FILED UNDER SEAL)