# Exhibit 11

Zuffa Summary Exhibit No. 7

(FILED UNDER SEAL)