# Exhibit 12

# Zuffa Summary Exhibit No. 10

# (FILED UNDER SEAL)