# Exhibit 13

# Zuffa Summary Exhibit No. 11

# (FILED UNDER SEAL)