# Exhibit 14

Zuffa Summary Exhibit No. 12

(FILED UNDER SEAL)