# Exhibit 15

Exhibit 87 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification, ECF No. 540-91

(FILED UNDER SEAL)