# Exhibit 16

Exhibit 88 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification, ECF No. 540-92

(FILED UNDER SEAL)