# Exhibit 17

Exhibit 89 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification, ECF No. 540-93

(FILED UNDER SEAL)