# Exhibit 18

Exhibit 92 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification, ECF No. 540-96

(FILED UNDER SEAL)