# Exhibit 20

Exhibit 96 to Zuffa's Motion for Summary Judgment, ECF No. 575-45

# EXHIBIT 96

# Summary chart of promoter events featuring FightMatrix-ranked athletes

# Ranked Market Promoters' Events with Ranked and Unranked Athletes
## December 16, 2010 to April 2017

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| King of the Cage | 185 | 261 | 70.9% |
| Ultimate Fighting Championship | 230 | 230 | 100.0% |
| Bellator MMA | 145 | 145 | 100.0% |
| Oplot Challenge | 85 | 116 | 73.3% |
| M-1 Global | 86 | 110 | 78.2% |
| Pancrase | 84 | 90 | 93.3% |
| Gladiator Challenge | 68 | 85 | 80.0% |
| Super Fight League | 52 | 78 | 66.7% |
| Shamrock Fighting Championships | 48 | 70 | 68.6% |
| Absolute Championship Berkut | 58 | 65 | 89.2% |
| Alaska Fighting Championship | 58 | 60 | 96.7% |
| Legacy Fighting Championship (Texas) | 59 | 60 | 98.3% |
| Cage Fury Fighting Championships | 56 | 58 | 96.6% |
| Cage Warriors Fighting Championship | 56 | 56 | 100.0% |
| One Championship | 54 | 55 | 98.2% |
| Xtreme Fighting League (Oklahoma) | 39 | 54 | 72.2% |
| Sparta Combat League | 37 | 52 | 71.2% |
| Driller Promotions | 46 | 51 | 90.2% |
| Shooto Americas | 50 | 50 | 100.0% |
| Tuff-N-Uff | 1 | 50 | 2.0% |
| North American Allied Fight Series | 27 | 49 | 55.1% |
| Fight Club OC | 26 | 48 | 54.2% |
| Iowa Challenge | 21 | 47 | 44.7% |
| Hardrock MMA | 10 | 46 | 21.7% |
| Resurrection Fighting Alliance | 46 | 46 | 100.0% |
| Brutaal Fight Night | 17 | 45 | 37.8% |
| Hard Knocks Fighting Championship | 30 | 45 | 66.7% |
| National Fighting Championship | 39 | 45 | 86.7% |
| SteelFist Fight Night | 40 | 45 | 88.9% |
| Modern Fighting Pankration | 37 | 44 | 84.1% |
| ProFC | 41 | 43 | 95.3% |
| Battlefield Fight League | 27 | 42 | 64.3% |
| Classic Entertainment and Sports | 41 | 41 | 100.0% |
| Victory Fighting Championship | 38 | 41 | 92.7% |
| Pacific Xtreme Combat | 35 | 39 | 89.7% |
| Extreme Challenge | 25 | 37 | 67.6% |
| World Series of Fighting | 37 | 37 | 100.0% |
| Full Contact Fighting Federation | 1 | 36 | 2.8% |
| Fight Time Promotions | 35 | 35 | 100.0% |
| Xplode Fight Series | 30 | 35 | 85.7% |
| Absolute Action MMA | 11 | 33 | 33.3% |
| Midwest Cage Championship | 32 | 33 | 97.0% |
| Rage in the Cage | 27 | 33 | 81.8% |
| Rage in the Cage OKC | 16 | 33 | 48.5% |
| Universal Reality Combat Championship | 23 | 33 | 69.7% |
| Fight Lab Promotions | 18 | 32 | 56.3% |
| Final Fight Championship | 31 | 32 | 96.9% |
| Ring of Combat | 25 | 31 | 80.6% |
| World Fighting Federation | 26 | 30 | 86.7% |
| Xtreme Kombat | 24 | 30 | 80.0% |
| AK Entertainment | 5 | 29 | 17.2% |
| CTN Promotions | 1 | 29 | 3.4% |
| Cage Titans Fighting Championship | 22 | 29 | 75.9% |
| Kick Down MMA | 5 | 29 | 17.2% |
| New England Fights | 23 | 29 | 79.3% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Sugar Creek Showdown | 25 | 29 | 86.2% |
| Tech-Krep Fighting Championship | 27 | 29 | 93.1% |
| Xtreme Fight Events | 20 | 29 | 69.0% |
| Back Alley Promotions | 23 | 28 | 82.1% |
| North Extreme Cagefighting | 9 | 28 | 32.1% |
| V3 Fights | 10 | 28 | 35.7% |
| Cage | 27 | 27 | 100.0% |
| Fight to Win | 25 | 27 | 92.6% |
| Titan Fighting Championship | 27 | 27 | 100.0% |
| Xtreme Fighting Championships | 27 | 27 | 100.0% |
| Atlas Fights | 25 | 26 | 96.2% |
| Conflict MMA Promotions | 17 | 26 | 65.4% |
| South Texas Fighting Championships | 22 | 26 | 84.6% |
| Cage Fighting Xtreme | 12 | 25 | 48.0% |
| Dynasty Combat Sports | 22 | 25 | 88.0% |
| FightForce | 2 | 25 | 8.0% |
| Heat | 24 | 25 | 96.0% |
| Hoosier Fight Club | 24 | 25 | 96.0% |
| No Mercy Extreme Fighting | 14 | 25 | 56.0% |
| Unified MMA | 24 | 25 | 96.0% |
| Xtreme Fighting Organization | 23 | 25 | 92.0% |
| Combat Zone | 15 | 24 | 62.5% |
| Intense Championship Fighting | 18 | 24 | 75.0% |
| Kansas City Fighting Alliance | 19 | 24 | 79.2% |
| Turf Wars Extreme Fighting | 14 | 24 | 58.3% |
| Dead Serious MMA | 1 | 23 | 4.3% |
| MAXFIGHT | 20 | 23 | 87.0% |
| Rogue Fights | 14 | 23 | 60.9% |
| Strike Hard Productions | 8 | 23 | 34.8% |
| Tachi Palace Fights | 23 | 23 | 100.0% |
| Total Mayhem | 13 | 23 | 56.5% |
| Valor Fight | 8 | 23 | 34.8% |
| Xtreme Caged Combat | 13 | 23 | 56.5% |
| BAMMA USA | 21 | 22 | 95.5% |
| CageSport | 22 | 22 | 100.0% |
| Center Real Fights | 22 | 22 | 100.0% |
| Invicta Fighting Championships | 22 | 22 | 100.0% |
| King of the Cage Canada | 20 | 22 | 90.9% |
| Phoenix Fight Night | 9 | 22 | 40.9% |
| Rumble Time Promotions | 18 | 22 | 81.8% |
| Strikeforce | 22 | 22 | 100.0% |
| Disorderly Conduct | 18 | 21 | 85.7% |
| Gladiators of the Cage | 17 | 21 | 81.0% |
| PA Cage Fight | 14 | 21 | 66.7% |
| Rings | 18 | 21 | 85.7% |
| Alpha One Sports Media Group | 10 | 20 | 50.0% |
| Destiny MMA | 13 | 20 | 65.0% |
| World Fighting Championships (Nevada) | 14 | 20 | 70.0% |
| Xtreme Combat Promotions | 1 | 20 | 5.0% |
| Dragon House MMA | 17 | 19 | 89.5% |
| Fight Force International | 8 | 19 | 42.1% |
| Jackson's MMA Series | 18 | 19 | 94.7% |
| Pinnacle Combat MMA | 18 | 19 | 94.7% |
| Reality Fighting | 13 | 19 | 68.4% |
| Alaska Beatdown | 8 | 18 | 44.4% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Colosseum Combat | 17 | 18 | 94.4% |
| Elite 1 MMA Productions | 15 | 18 | 83.3% |
| Impact Fighting Championship (United States) | 12 | 18 | 66.7% |
| Rumble on the Ridge | 18 | 18 | 100.0% |
| Striker Fighting Championship | 6 | 18 | 33.3% |
| Valor Fights (Tennessee) | 13 | 18 | 72.2% |
| West Coast Fighting Championship | 17 | 18 | 94.4% |
| Bush Cree Promotions | 3 | 17 | 17.6% |
| C3 Fights | 17 | 17 | 100.0% |
| Full Contact Contender | 16 | 17 | 94.1% |
| In Ya Face Fight Productions | 3 | 17 | 17.6% |
| Real Fighting Championships | 15 | 17 | 88.2% |
| Rocktagon MMA | 8 | 17 | 47.1% |
| The Warriors Cage | 16 | 17 | 94.1% |
| Combat Games MMA | 8 | 16 | 50.0% |
| Fivestar Fight League | 10 | 16 | 62.5% |
| Jeremy Horn's Elite Fight Night | 15 | 16 | 93.8% |
| Revelation Fight Organization | 9 | 16 | 56.3% |
| Revolution Cage Warrior Challenge | 2 | 16 | 12.5% |
| US Freedom Fighter Championship | 7 | 16 | 43.8% |
| World Cagefighting Championships (Pennsylvania) | 9 | 16 | 56.3% |
| World War Fighting Championship | 16 | 16 | 100.0% |
| Caged Aggression (Iowa) | 11 | 15 | 73.3% |
| Extreme Cage Combat | 10 | 15 | 66.7% |
| Locked in the Cage | 6 | 15 | 40.0% |
| Pinnacle Fighting Championships | 15 | 15 | 100.0% |
| The Clash MMA | 8 | 15 | 53.3% |
| Ultimate Impact | 6 | 15 | 40.0% |
| Xtreme Fighting Inc. | 5 | 15 | 33.3% |
| 24/7 Entertainment | 8 | 14 | 57.1% |
| Aggression Fighting Championship | 12 | 14 | 85.7% |
| American Fighting Organization | 6 | 14 | 42.9% |
| Cage Fighting Xtreme (Mass.) | 12 | 14 | 85.7% |
| Jasaji Fighting League | 6 | 14 | 42.9% |
| Maximum Fighting Championship | 14 | 14 | 100.0% |
| North American Fighting Championship | 12 | 14 | 85.7% |
| Renaissance MMA | 8 | 14 | 57.1% |
| Rocky Mountain Bad Boyz | 5 | 14 | 35.7% |
| Rocky Mountain Fight Championships | 11 | 14 | 78.6% |
| Savage Entertainment | 8 | 14 | 57.1% |
| Summit Fighting Championships | 10 | 14 | 71.4% |
| Xcessive Force Fighting Championship | 13 | 14 | 92.9% |
| Blackout Fighting Championship (Missouri) | 6 | 13 | 46.2% |
| Bluegrass Brawl | 8 | 13 | 61.5% |
| Championship Fighting Alliance | 13 | 13 | 100.0% |
| Draka | 12 | 13 | 92.3% |
| Extreme Fight Club | 1 | 13 | 7.7% |
| Georgian Universal Fighting Federation | 1 | 13 | 7.7% |
| International Fighting Championship | 4 | 13 | 30.8% |
| Michiana Fight League | 9 | 13 | 69.2% |
| Respect in the Cage | 11 | 13 | 84.6% |
| Rings of Dreams | 4 | 13 | 30.8% |
| Rumble in the Cage | 11 | 13 | 84.6% |
| Shogun Fights | 12 | 13 | 92.3% |
| Showdown Fights | 13 | 13 | 100.0% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Square Ring Promotions | 12 | 13 | 92.3% |
| Warrior Xtreme Cagefighting | 6 | 13 | 46.2% |
| 3FC Fighting Championship | 4 | 12 | 33.3% |
| Canadian Extreme Cage Rage | 1 | 12 | 8.3% |
| Combate Americas | 12 | 12 | 100.0% |
| Conquest of the Cage | 10 | 12 | 83.3% |
| Fury MMA (England) | 4 | 12 | 33.3% |
| Icon Amateur Sports Association | 1 | 12 | 8.3% |
| Latin Fighter Championship | 1 | 12 | 8.3% |
| Midwest Fight Series | 8 | 12 | 66.7% |
| Nitro MMA | 12 | 12 | 100.0% |
| Premier Fighting Championship | 5 | 12 | 41.7% |
| Rock's Xtreme MMA | 7 | 12 | 58.3% |
| Superior Combative Championships | 3 | 12 | 25.0% |
| Total Warrior Combat | 8 | 12 | 66.7% |
| Art of War Productions | 7 | 11 | 63.6% |
| Ascendancy Fighting Championship | 3 | 11 | 27.3% |
| Caged Power | 4 | 11 | 36.4% |
| Chosen Few Fighting Championships | 9 | 11 | 81.8% |
| Complete Devastation MMA | 7 | 11 | 63.6% |
| Danger-Fire Promotions | 1 | 11 | 9.1% |
| Freestyle Cage Fighting | 8 | 11 | 72.7% |
| Fury Fighting | 11 | 11 | 100.0% |
| Global Fighting Alliance | 5 | 11 | 45.5% |
| Global Proving Ground | 6 | 11 | 54.5% |
| Havoc Fighting Championship | 10 | 11 | 90.9% |
| Knucklehead Fight Promotions | 7 | 11 | 63.6% |
| Legacy Fighting Alliance | 11 | 11 | 100.0% |
| Legends of Fighting Championship | 10 | 11 | 90.9% |
| Northwest Fighting | 6 | 11 | 54.5% |
| Rumble World Entertainment | 8 | 11 | 72.7% |
| SD Total Combat | 4 | 11 | 36.4% |
| Spartan Fighting Championship | 4 | 11 | 36.4% |
| True Fight Fan Entertainment | 3 | 11 | 27.3% |
| UPC Unlimited | 9 | 11 | 81.8% |
| X-1 World Events (Hawaii) | 10 | 11 | 90.9% |
| Xtreme Fighters Latino | 10 | 11 | 90.9% |
| All Powers Combat | 5 | 10 | 50.0% |
| California Fight League | 3 | 10 | 30.0% |
| Combate Extremo | 8 | 10 | 80.0% |
| ExciteFight | 5 | 10 | 50.0% |
| Front Street Fights | 10 | 10 | 100.0% |
| HD Boxing | 6 | 10 | 60.0% |
| Horsepower Promotions | 6 | 10 | 60.0% |
| Omaha Fight Club | 2 | 10 | 20.0% |
| Orthrus Promotions | 6 | 10 | 60.0% |
| Russian MMA Union | 4 | 10 | 40.0% |
| Saturday Night Fights (Canada) | 2 | 10 | 20.0% |
| Star Elite Cage Fighting | 5 | 10 | 50.0% |
| The Blue Corner | 1 | 10 | 10.0% |
| Triple A Promotions | 4 | 10 | 40.0% |
| Triple X Cagefighting | 8 | 10 | 80.0% |
| Ultimate Warrior Challenge (Mexico) | 8 | 10 | 80.0% |
| Warfare Fighting Championships | 8 | 10 | 80.0% |
| Warrior Nation Xtreme Fighters Alliance | 5 | 10 | 50.0% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Alaska Cage Fighting | 5 | 9 | 55.6% |
| Ascend Combat | 3 | 9 | 33.3% |
| Cage Warrior Combat (Washington) | 7 | 9 | 77.8% |
| Caged Madness | 2 | 9 | 22.2% |
| Central Pennsylvania Warrior Challenge | 3 | 9 | 33.3% |
| Dakota Fighting Championship | 9 | 9 | 100.0% |
| Duel for Domination | 3 | 9 | 33.3% |
| Fearless Fighting Championship | 4 | 9 | 44.4% |
| Full Contact Championship | 3 | 9 | 33.3% |
| Global Knockout | 8 | 9 | 88.9% |
| Lights Out Promotions (California) | 8 | 9 | 88.9% |
| Native Fighting Championship | 5 | 9 | 55.6% |
| Off The Chain MMA | 8 | 9 | 88.9% |
| Purgatory Fight Series | 8 | 9 | 88.9% |
| Ring Wars | 1 | 9 | 11.1% |
| USA Mixed Martial Arts | 7 | 9 | 77.8% |
| Wreck MMA | 6 | 9 | 66.7% |
| American Predator Fighting Championships | 5 | 8 | 62.5% |
| Big John's MMA | 4 | 8 | 50.0% |
| Fight King | 8 | 8 | 100.0% |
| Fitetime Entertainment | 4 | 8 | 50.0% |
| Fusion Fight League | 5 | 8 | 62.5% |
| Gateway Fighting Series | 3 | 8 | 37.5% |
| Hero Fighting Championship | 8 | 8 | 100.0% |
| Impact Fight League | 4 | 8 | 50.0% |
| Kickass Productions | 4 | 8 | 50.0% |
| Latin American Warrior | 4 | 8 | 50.0% |
| MMA Raju | 6 | 8 | 75.0% |
| Max Fights | 7 | 8 | 87.5% |
| Maxximo Fighting Championship | 4 | 8 | 50.0% |
| Mexican Fighters Promotions | 5 | 8 | 62.5% |
| Midtown Productions | 2 | 8 | 25.0% |
| No Love Entertainment | 7 | 8 | 87.5% |
| Premium Fight Championship | 8 | 8 | 100.0% |
| Prime Fighting | 5 | 8 | 62.5% |
| Prize Fight Promotions | 7 | 8 | 87.5% |
| Raxx Ultimate Fighting | 4 | 8 | 50.0% |
| Reign Promotions | 2 | 8 | 25.0% |
| Shark Fights | 8 | 8 | 100.0% |
| South Valley Gym | 3 | 8 | 37.5% |
| Strike King Combat | 5 | 8 | 62.5% |
| Unified Combat League | 3 | 8 | 37.5% |
| United Combat League | 8 | 8 | 100.0% |
| World Best Gladiators | 3 | 8 | 37.5% |
| World Fighters Championship (Mexico) | 5 | 8 | 62.5% |
| 3 River Throwdown | 6 | 7 | 85.7% |
| Awol MMA | 6 | 7 | 85.7% |
| Bangkok Fight Night | 3 | 7 | 42.9% |
| California Xtreme Fighting | 7 | 7 | 100.0% |
| Capital City Cage Wars | 7 | 7 | 100.0% |
| Combat Night (Florida) | 2 | 7 | 28.6% |
| Combat USA | 6 | 7 | 85.7% |
| Crown Fighting Championships | 7 | 7 | 100.0% |
| Ensenada Xtreme Fighting | 5 | 7 | 71.4% |
| Evolution Fighting Championships (Canada) | 6 | 7 | 85.7% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| FKF Boxing | 3 | 7 | 42.9% |
| Fight Hard MMA | 4 | 7 | 57.1% |
| Fists of Fury | 3 | 7 | 42.9% |
| Friday Night Fight Night | 1 | 7 | 14.3% |
| Kingdom Promotions | 5 | 7 | 71.4% |
| MEZ Sports | 6 | 7 | 85.7% |
| MMA Big Show | 1 | 7 | 14.3% |
| Max Fights (Mexico) | 2 | 7 | 28.6% |
| PA Caged Combat | 4 | 7 | 57.1% |
| Premier Fight Association | 3 | 7 | 42.9% |
| Red Scorpion Promotions | 5 | 7 | 71.4% |
| Ringside MMA | 7 | 7 | 100.0% |
| Rocky Mountain MMA | 5 | 7 | 71.4% |
| Score Fighting Series | 7 | 7 | 100.0% |
| Ultimate Generation Combat | 4 | 7 | 57.1% |
| Valley Fight League | 4 | 7 | 57.1% |
| Arnold Sports Festival | 2 | 6 | 33.3% |
| Ascension Muay Thai and Kickboxing | 2 | 6 | 33.3% |
| Cagemasters MMA | 5 | 6 | 83.3% |
| Coalition of Combat | 4 | 6 | 66.7% |
| Cornhusker Fight Club | 6 | 6 | 100.0% |
| Felix's LA Bad Boy Promotions | 2 | 6 | 33.3% |
| Fight Night Entertainment | 5 | 6 | 83.3% |
| Full Nelson Promotions | 3 | 6 | 50.0% |
| Matrix Fights | 6 | 6 | 100.0% |
| Merseburger Fight Night | 3 | 6 | 50.0% |
| Midwest Championship Fighting | 3 | 6 | 50.0% |
| Pound'Em Productions | 6 | 6 | 100.0% |
| Prestige Fighting Championship | 4 | 6 | 66.7% |
| Psychout MMA | 4 | 6 | 66.7% |
| Real Fights League | 3 | 6 | 50.0% |
| Rich Dambakly MMA | 2 | 6 | 33.3% |
| Ringside Ultimo Fighting | 4 | 6 | 66.7% |
| Seconds Out/Vivid MMA | 4 | 6 | 66.7% |
| Solid as a Rock Fighting Championships | 5 | 6 | 83.3% |
| Strike Off Fighting Championship | 6 | 6 | 100.0% |
| Texas Premier Fight Promotions | 4 | 6 | 66.7% |
| The Supreme Cage | 5 | 6 | 83.3% |
| The Ultimate Combat | 3 | 6 | 50.0% |
| Top Shelf Entertainment | 4 | 6 | 66.7% |
| Ultimate Victory Challenge | 4 | 6 | 66.7% |
| United Fighting Federation | 4 | 6 | 66.7% |
| Vengeance Fighting Alliance | 3 | 6 | 50.0% |
| Xtreme Fighting Championships (Louisiana) | 3 | 6 | 50.0% |
| Absolute Fighting Championship | 5 | 5 | 100.0% |
| Art of Fighting | 5 | 5 | 100.0% |
| Art of War Cage Fights | 1 | 5 | 20.0% |
| BattleGrounds MMA | 5 | 5 | 100.0% |
| Big Dawg Promotions | 2 | 5 | 40.0% |
| Black and Gold Promotions | 3 | 5 | 60.0% |
| Colorado Fight League | 2 | 5 | 40.0% |
| Dream | 5 | 5 | 100.0% |
| Evolution Combat Sports Championship | 4 | 5 | 80.0% |
| Extreme Beatdown | 5 | 5 | 100.0% |
| Fights Factory | 2 | 5 | 40.0% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Fresquez Productions | 5 | 5 | 100.0% |
| Fury Fighting Championship | 5 | 5 | 100.0% |
| Genesis Combat Sports | 4 | 5 | 80.0% |
| Global Fight League | 4 | 5 | 80.0% |
| Head to Head Promotions | 1 | 5 | 20.0% |
| House of Fame | 5 | 5 | 100.0% |
| Hybrid Combat | 3 | 5 | 60.0% |
| International Xtreme Fight Association | 5 | 5 | 100.0% |
| Iron Boy MMA | 2 | 5 | 40.0% |
| Iron Pit Productions | 1 | 5 | 20.0% |
| Medieval Fight Productions | 3 | 5 | 60.0% |
| Mexico Fighter | 4 | 5 | 80.0% |
| Mosley Showdown | 1 | 5 | 20.0% |
| Oklahoma Fighting Championship | 4 | 5 | 80.0% |
| Ottumwa MMA | 1 | 5 | 20.0% |
| Prestige Fights | 5 | 5 | 100.0% |
| Pure Fighting Championships | 4 | 5 | 80.0% |
| Quad Cities Fighting Championship | 3 | 5 | 60.0% |
| Quebec Mixed Martial Arts League (LAMMQ) | 4 | 5 | 80.0% |
| Red Cage | 1 | 5 | 20.0% |
| Reto de Campeones MMA | 5 | 5 | 100.0% |
| Sherman Cage Rage | 4 | 5 | 80.0% |
| Shine MMA | 4 | 5 | 80.0% |
| ShoFight | 1 | 5 | 20.0% |
| Smash Global | 4 | 5 | 80.0% |
| The Beatdown (Colorado) | 2 | 5 | 40.0% |
| Thunder and Lightning | 4 | 5 | 80.0% |
| Tyumen Fight Night | 2 | 5 | 40.0% |
| United Combat Sports | 3 | 5 | 60.0% |
| Universal Fight Alliance | 1 | 5 | 20.0% |
| Urban Fighting League | 4 | 5 | 80.0% |
| Vote MMA | 2 | 5 | 40.0% |
| Warrior Championship Fighting | 3 | 5 | 60.0% |
| 011 MMA Team | 1 | 4 | 25.0% |
| Absolute Cage Fighting | 4 | 4 | 100.0% |
| Absolute Fighting Alliance | 3 | 4 | 75.0% |
| Aggression MMA | 4 | 4 | 100.0% |
| Apex Fight Productions | 2 | 4 | 50.0% |
| BlackEye Promotions | 2 | 4 | 50.0% |
| Cage Championships | 4 | 4 | 100.0% |
| Cage Gladiator | 4 | 4 | 100.0% |
| Chaos In The Cage | 4 | 4 | 100.0% |
| Club Raw | 1 | 4 | 25.0% |
| Concert and the Cage | 2 | 4 | 50.0% |
| Cut Throat MMA | 2 | 4 | 50.0% |
| Duelo De Giagantes (Mexico) | 4 | 4 | 100.0% |
| Evolution Fighting Championship (Kansas) | 4 | 4 | 100.0% |
| Fight Me MMA | 4 | 4 | 100.0% |
| FightRight MMA | 2 | 4 | 50.0% |
| Flash Academy MMA | 2 | 4 | 50.0% |
| Fury Fights | 1 | 4 | 25.0% |
| Gladiator Promotions | 3 | 4 | 75.0% |
| Golden Cage MMA | 4 | 4 | 100.0% |
| Grant's Martial Arts | 1 | 4 | 25.0% |
| Griggs Entertainment | 3 | 4 | 75.0% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Immortal Kombat Fighting | 4 | 4 | 100.0% |
| Impactotal Fight | 3 | 4 | 75.0% |
| Imperial Fighting | 2 | 4 | 50.0% |
| Instinct MMA | 4 | 4 | 100.0% |
| International Combat Events | 2 | 4 | 50.0% |
| Justified Defiance | 2 | 4 | 50.0% |
| King MMA | 3 | 4 | 75.0% |
| Knockout Promotions (Michigan) | 4 | 4 | 100.0% |
| Long Beach Fight Night | 4 | 4 | 100.0% |
| M-NT Native Sports and Entertainment | 3 | 4 | 75.0% |
| MMA Fight Series | 2 | 4 | 50.0% |
| Madtown Throwdown | 4 | 4 | 100.0% |
| National Fight Alliance MMA | 3 | 4 | 75.0% |
| Nemesis Promotions | 2 | 4 | 50.0% |
| Ohio Cage Combat | 2 | 4 | 50.0% |
| Ohio Fighting Championship | 1 | 4 | 25.0% |
| Operation Octagon | 2 | 4 | 50.0% |
| Prestige Fight Club | 2 | 4 | 50.0% |
| Primetime MMA | 1 | 4 | 25.0% |
| PrizeFight MMA Championships | 2 | 4 | 50.0% |
| Quatro's Promotions | 3 | 4 | 75.0% |
| Rebel Fighter | 4 | 4 | 100.0% |
| Ring of Fire | 4 | 4 | 100.0% |
| Samurai Pro Sports | 4 | 4 | 100.0% |
| Sharkbite Fighting Championships | 3 | 4 | 75.0% |
| Slay Marketing | 4 | 4 | 100.0% |
| SportFight | 4 | 4 | 100.0% |
| SportFight X | 3 | 4 | 75.0% |
| Superior Cage Combat | 4 | 4 | 100.0% |
| The Cage Inc. | 4 | 4 | 100.0% |
| TriState Cage Fights | 3 | 4 | 75.0% |
| Tru-Form Entertainment | 3 | 4 | 75.0% |
| Ultimate Cage Combat | 3 | 4 | 75.0% |
| Ultimate Showdown (Montana) | 1 | 4 | 25.0% |
| Ultimate Warrior Fighting | 4 | 4 | 100.0% |
| Victory Combat Sports (USA) | 3 | 4 | 75.0% |
| Wisconsin Xtreme Cage Fighting | 3 | 4 | 75.0% |
| World Championship Full Contact | 4 | 4 | 100.0% |
| World Kickboxing Association | 1 | 4 | 25.0% |
| Wright Companies | 1 | 4 | 25.0% |
| 808 Battleground | 2 | 3 | 66.7% |
| A&A Fight Time Promotions | 2 | 3 | 66.7% |
| Aggression Session | 3 | 3 | 100.0% |
| Alexander Nevsky MMA | 2 | 3 | 66.7% |
| All Star Boxing | 2 | 3 | 66.7% |
| All Star Promotions | 2 | 3 | 66.7% |
| American MMA Fight League | 3 | 3 | 100.0% |
| Arise Fighting Championships | 2 | 3 | 66.7% |
| Arkansas Xtreme Challenge | 1 | 3 | 33.3% |
| Armageddon Fighting Championships | 3 | 3 | 100.0% |
| Battle for the Border | 3 | 3 | 100.0% |
| Black and Blue Entertainment | 3 | 3 | 100.0% |
| Blueblood MMA | 2 | 3 | 66.7% |
| Bobish's Ultimate Cage Battles | 3 | 3 | 100.0% |
| Cage Combat Championships | 1 | 3 | 33.3% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Cage Combat Fighting Championships | 3 | 3 | 100.0% |
| Cage Fighting Events | 3 | 3 | 100.0% |
| Cage Fighting Manitoba | 2 | 3 | 66.7% |
| Cage Time Production | 3 | 3 | 100.0% |
| Caged Rage | 2 | 3 | 66.7% |
| Coliseum to the Cage | 1 | 3 | 33.3% |
| Combat Development League | 2 | 3 | 66.7% |
| Combat MMA | 2 | 3 | 66.7% |
| Combat Sports Challenge | 2 | 3 | 66.7% |
| Complete Cage Promotions | 1 | 3 | 33.3% |
| Conquer Fighting Championships | 3 | 3 | 100.0% |
| Coveted Fighting Championship | 2 | 3 | 66.7% |
| Desert Rage Full Contact Fighting | 3 | 3 | 100.0% |
| Dollar D Promotions | 3 | 3 | 100.0% |
| Element Fighting Championship | 3 | 3 | 100.0% |
| Elite Promotions | 2 | 3 | 66.7% |
| Empire Fights | 3 | 3 | 100.0% |
| Epic Fight Night | 3 | 3 | 100.0% |
| Fight Night | 1 | 3 | 33.3% |
| Fight Party | 3 | 3 | 100.0% |
| Fight4Pride Championship | 3 | 3 | 100.0% |
| Flawless Fighting Championship | 3 | 3 | 100.0% |
| Global Warriors Fighting Championship | 3 | 3 | 100.0% |
| Grand Junction Fight Night | 2 | 3 | 66.7% |
| Gruesome MMA | 1 | 3 | 33.3% |
| Hope Fight Productions | 1 | 3 | 33.3% |
| Hoplite Fight Productions | 1 | 3 | 33.3% |
| Indy MMA | 2 | 3 | 66.7% |
| K-1 | 2 | 3 | 66.7% |
| K.O. Kings | 3 | 3 | 100.0% |
| Knockout Events | 2 | 3 | 66.7% |
| Kombat Zone | 3 | 3 | 100.0% |
| Lords of the Cage | 3 | 3 | 100.0% |
| MMA Brawl Room | 2 | 3 | 66.7% |
| MMA Madness | 1 | 3 | 33.3% |
| MMA Xplosion | 3 | 3 | 100.0% |
| Main Event Sports | 2 | 3 | 66.7% |
| Mayhem Inc. | 1 | 3 | 33.3% |
| NFC Promotions | 1 | 3 | 33.3% |
| Native American Take Over | 1 | 3 | 33.3% |
| Next Level Fight Club | 3 | 3 | 100.0% |
| North Star Combat | 1 | 3 | 33.3% |
| OKC Fight Night | 1 | 3 | 33.3% |
| Pheasant City Fight Night | 2 | 3 | 66.7% |
| Phoenix Fighting Challenge | 2 | 3 | 66.7% |
| Power Promotions | 1 | 3 | 33.3% |
| Premier Cage Fighting | 3 | 3 | 100.0% |
| Pride & Pain MMA | 1 | 3 | 33.3% |
| ProElite | 3 | 3 | 100.0% |
| Professional Fighting Championship | 2 | 3 | 66.7% |
| Provincial Fighting Championships | 3 | 3 | 100.0% |
| Pure Fighting Championships (Wisconsin) | 2 | 3 | 66.7% |
| Quest for Glory Championship | 2 | 3 | 66.7% |
| Rage in the Cage (Idaho) | 3 | 3 | 100.0% |
| Rage in the Ring | 1 | 3 | 33.3% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Sal Combat | 2 | 3 | 66.7% |
| Savarese Promotions | 1 | 3 | 33.3% |
| Spokane Showdown | 1 | 3 | 33.3% |
| Submission Championship MMA | 3 | 3 | 100.0% |
| TKO Major League MMA | 3 | 3 | 100.0% |
| The Victorium | 1 | 3 | 33.3% |
| Toe 2 Toe Fights | 3 | 3 | 100.0% |
| Tommy Tran Promotions | 3 | 3 | 100.0% |
| Total Fight Championship | 3 | 3 | 100.0% |
| Trilogy Championship Fighting | 3 | 3 | 100.0% |
| Ultimate Warrior Challenge | 3 | 3 | 100.0% |
| Unarmed Combat Unleashed | 2 | 3 | 66.7% |
| Uptown Fight Night | 1 | 3 | 33.3% |
| Uruara Fight | 2 | 3 | 66.7% |
| Valhalla Cage Fighting | 1 | 3 | 33.3% |
| WCK Muay Thai | 2 | 3 | 66.7% |
| War Party Cage Fighting | 1 | 3 | 33.3% |
| Xtreme Combat Productions | 2 | 3 | 66.7% |
| AM Ford Fight Night | 2 | 2 | 100.0% |
| ASAP Fighting Championship | 1 | 2 | 50.0% |
| AX Combat | 2 | 2 | 100.0% |
| All Rounder Fight Club | 1 | 2 | 50.0% |
| American Fighting Championship | 2 | 2 | 100.0% |
| Annihilation Productions | 2 | 2 | 100.0% |
| Baja Cage Fighting | 2 | 2 | 100.0% |
| Battle Night MMA Championship | 1 | 2 | 50.0% |
| Battlefield Fighting Championship | 1 | 2 | 50.0% |
| Battleground MMA | 2 | 2 | 100.0% |
| Bizzarro Promotions | 1 | 2 | 50.0% |
| Bullet Events | 1 | 2 | 50.0% |
| Bully's Fight Night | 2 | 2 | 100.0% |
| CA Fight Syndicate | 2 | 2 | 100.0% |
| Cage Brawl Fighting Championships | 1 | 2 | 50.0% |
| Cage Fight Nights MMA League | 1 | 2 | 50.0% |
| Caged In Promotions | 2 | 2 | 100.0% |
| Caged Warrior Combat | 2 | 2 | 100.0% |
| Canadian Fighting Championship | 2 | 2 | 100.0% |
| Carolina Fight Promotions | 2 | 2 | 100.0% |
| Challenge MMA (Canada) | 2 | 2 | 100.0% |
| Charity Fight (North Carolina) | 2 | 2 | 100.0% |
| Chicago Cagefighting Championship | 2 | 2 | 100.0% |
| Crowbar MMA | 2 | 2 | 100.0% |
| DesertBrawl | 1 | 2 | 50.0% |
| Dominion Warrior Tri Combat | 1 | 2 | 50.0% |
| East Coast Fighting Championship | 2 | 2 | 100.0% |
| Evolution Combat Sports Series | 2 | 2 | 100.0% |
| Extreme Combat Challenge | 1 | 2 | 50.0% |
| Fierce Fighting Championship | 1 | 2 | 50.0% |
| Fight Brigade MMA | 2 | 2 | 100.0% |
| Fight Club Mexico | 1 | 2 | 50.0% |
| Fight for Change | 2 | 2 | 100.0% |
| Fight for Wrestling | 2 | 2 | 100.0% |
| Fighter Physique | 2 | 2 | 100.0% |
| FitCon Fights | 1 | 2 | 50.0% |
| Freedom Fight | 2 | 2 | 100.0% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Gameness Fighting Championship | 1 | 2 | 50.0% |
| Gladiator Productions (Illinois) | 2 | 2 | 100.0% |
| Gladius Fights | 2 | 2 | 100.0% |
| Harrah Fight Night | 2 | 2 | 100.0% |
| Imperio MMA | 1 | 2 | 50.0% |
| International Sport Combat Federation | 2 | 2 | 100.0% |
| Iron Will Fighting Championship | 1 | 2 | 50.0% |
| MMA Fight Night (Canada) | 1 | 2 | 50.0% |
| Made For War | 2 | 2 | 100.0% |
| Martial Arts Super Sport | 2 | 2 | 100.0% |
| Martinez Brothers Production | 2 | 2 | 100.0% |
| Mayhem Promotions | 1 | 2 | 50.0% |
| Mescalero Warrior Challenge | 2 | 2 | 100.0% |
| Mid City Fight Productions | 2 | 2 | 100.0% |
| Midnight Sun Mayhem | 2 | 2 | 100.0% |
| Midwest Ultimate Cage Fights | 1 | 2 | 50.0% |
| Mixed Fighting Alliance | 2 | 2 | 100.0% |
| Moab Combat Sports | 1 | 2 | 50.0% |
| No Mercy Combat | 1 | 2 | 50.0% |
| Paramount MMA | 2 | 2 | 100.0% |
| Pennsylvania Fighting Championship | 2 | 2 | 100.0% |
| Premier Fighting Challenge (Virginia) | 1 | 2 | 50.0% |
| Pure MMA LLC | 2 | 2 | 100.0% |
| Rage at the Osage | 1 | 2 | 50.0% |
| Raging Warrior Promotions | 1 | 2 | 50.0% |
| Raging Wolf | 2 | 2 | 100.0% |
| Red Canvas Fight Promotions | 2 | 2 | 100.0% |
| Revolution Challenge | 1 | 2 | 50.0% |
| Rhino Fighting Championships | 2 | 2 | 100.0% |
| Rockford Cagefighting Championship | 2 | 2 | 100.0% |
| Rogue Warrior Championships | 2 | 2 | 100.0% |
| Second2None Cage Fights | 1 | 2 | 50.0% |
| Sheboygan Showdown Combat Championship | 2 | 2 | 100.0% |
| Southeastern Fighting Champions | 1 | 2 | 50.0% |
| Stateline Warriors | 1 | 2 | 50.0% |
| Steel City Rumble | 2 | 2 | 100.0% |
| Strike Fight (United States) | 2 | 2 | 100.0% |
| Substance Cage Combat | 2 | 2 | 100.0% |
| Ten Toes Up | 1 | 2 | 50.0% |
| Texas Cage Fighting | 1 | 2 | 50.0% |
| The Fight Club | 1 | 2 | 50.0% |
| The Rock MMA | 1 | 2 | 50.0% |
| Top Alliance Combat | 1 | 2 | 50.0% |
| Total Fight Challenge | 1 | 2 | 50.0% |
| Ultimate Top Team Fights | 1 | 2 | 50.0% |
| Ultimo Guerrero en Pie | 1 | 2 | 50.0% |
| Unbreakable Challenge | 2 | 2 | 100.0% |
| Unorthodox Industries Championships | 2 | 2 | 100.0% |
| Upper Peninsula Cagefighting | 1 | 2 | 50.0% |
| Uppercut Promotions | 2 | 2 | 100.0% |
| War on the Valley Isle | 1 | 2 | 50.0% |
| World Extreme Fighting | 2 | 2 | 100.0% |
| World Fighting Championships (Florida) | 2 | 2 | 100.0% |
| Worldwide Mixed Martial Arts | 2 | 2 | 100.0% |
| X Fights | 2 | 2 | 100.0% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Xtreme Elite Fighters | 2 | 2 | 100.0% |
| Xtreme Fighting Mexico | 1 | 2 | 50.0% |
| Z Promotions | 2 | 2 | 100.0% |
| 4 Bears Casino | 1 | 1 | 100.0% |
| 408 Fights | 1 | 1 | 100.0% |
| AVJ Events | 1 | 1 | 100.0% |
| AXS TV Fights | 1 | 1 | 100.0% |
| Absolute Fight Factory | 1 | 1 | 100.0% |
| American Cage Fighting Championships | 1 | 1 | 100.0% |
| American Fighting Alliance | 1 | 1 | 100.0% |
| Aragon Fight Promotions | 1 | 1 | 100.0% |
| Argos MMA Fighting | 1 | 1 | 100.0% |
| Baja Fighters Championship | 1 | 1 | 100.0% |
| Battle Xtreme Championship | 1 | 1 | 100.0% |
| Beat Down MMA | 1 | 1 | 100.0% |
| Beg for Mercy | 1 | 1 | 100.0% |
| Berzerker Xtreme Championship | 1 | 1 | 100.0% |
| Big Bully MMA | 1 | 1 | 100.0% |
| Big Six Entertainment | 1 | 1 | 100.0% |
| Blockbuster MMA | 1 | 1 | 100.0% |
| BloodSport Championships | 1 | 1 | 100.0% |
| Bone MMA | 1 | 1 | 100.0% |
| Boy Dog Promotions | 1 | 1 | 100.0% |
| Bricktown Brawl | 1 | 1 | 100.0% |
| Bring the Thunder MMA | 1 | 1 | 100.0% |
| Cabo Xtreme Combat | 1 | 1 | 100.0% |
| Cage Fighter Warrior Series | 1 | 1 | 100.0% |
| Cage Warrior Combat (Texas) | 1 | 1 | 100.0% |
| CageStar | 1 | 1 | 100.0% |
| Caged Chaos (Louisiana) | 1 | 1 | 100.0% |
| Camp Lejeune | 1 | 1 | 100.0% |
| Capitol Fighting Championships | 1 | 1 | 100.0% |
| Carden Combat Sports | 1 | 1 | 100.0% |
| Carnage MMA | 1 | 1 | 100.0% |
| Cedartown Beatdown | 1 | 1 | 100.0% |
| Centurion Fights | 1 | 1 | 100.0% |
| Cherokee Street | 1 | 1 | 100.0% |
| Chihuahua Extremo | 1 | 1 | 100.0% |
| Clash in the Rockies | 1 | 1 | 100.0% |
| Cowboy MMA | 1 | 1 | 100.0% |
| Crimson Gloves Championship | 1 | 1 | 100.0% |
| Discipline MMA | 1 | 1 | 100.0% |
| Down East Fighting Championship | 1 | 1 | 100.0% |
| East Coast Fight Productions | 1 | 1 | 100.0% |
| El Orgullo del Valle | 1 | 1 | 100.0% |
| Eleven O2 Promotions | 1 | 1 | 100.0% |
| Elite Mexico Challenge Fighting | 1 | 1 | 100.0% |
| Elite Warrior Challenge | 1 | 1 | 100.0% |
| Empire Sports Marketing | 1 | 1 | 100.0% |
| Epic Fights | 1 | 1 | 100.0% |
| Evolution Fight League | 1 | 1 | 100.0% |
| Extreme Adrenaline Championships | 1 | 1 | 100.0% |
| Extreme Cagefighting Organization | 1 | 1 | 100.0% |
| Extreme Fight Academy | 1 | 1 | 100.0% |
| Extreme Fighters World Championships | 1 | 1 | 100.0% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Eye of the Tiger | 1 | 1 | 100.0% |
| FM Productions | 1 | 1 | 100.0% |
| Faith Fighting Championship | 1 | 1 | 100.0% |
| Fight Game | 1 | 1 | 100.0% |
| Fight Night at the Island | 1 | 1 | 100.0% |
| Fight Night in the Cage | 1 | 1 | 100.0% |
| Fight Tour | 1 | 1 | 100.0% |
| Fighting For Our Future | 1 | 1 | 100.0% |
| Fightville MMA | 1 | 1 | 100.0% |
| Florida Championship Fighting | 1 | 1 | 100.0% |
| Friday Night Fights NYC | 1 | 1 | 100.0% |
| Full Contact Promotions | 1 | 1 | 100.0% |
| Full Force Fighting Championships | 1 | 1 | 100.0% |
| G-Force Fights | 1 | 1 | 100.0% |
| G1 Fights | 1 | 1 | 100.0% |
| Genesis Fight Night | 1 | 1 | 100.0% |
| Genesis MMA | 1 | 1 | 100.0% |
| Gladiator MMA (Missouri) | 1 | 1 | 100.0% |
| Global Warrior Challenge | 1 | 1 | 100.0% |
| Glory Fight | 1 | 1 | 100.0% |
| Gods of War | 1 | 1 | 100.0% |
| Golden Lotus Productions | 1 | 1 | 100.0% |
| Great Lakes Combat Association | 1 | 1 | 100.0% |
| Groupe Yvon Michel | 1 | 1 | 100.0% |
| HD Fight Series | 1 | 1 | 100.0% |
| Hess Extreme Fighting | 1 | 1 | 100.0% |
| Hilia Fights | 1 | 1 | 100.0% |
| Impact MMA | 1 | 1 | 100.0% |
| Independent Fight League | 1 | 1 | 100.0% |
| Indiana Cage Fighting | 1 | 1 | 100.0% |
| Invincible | 1 | 1 | 100.0% |
| Iron-Quest Fighting Championship | 1 | 1 | 100.0% |
| JB Sports Marketing Inc. | 1 | 1 | 100.0% |
| Jones Entertainment Group | 1 | 1 | 100.0% |
| Kaged Productions | 1 | 1 | 100.0% |
| Kamikaze Fight League | 1 | 1 | 100.0% |
| King of the Ring (Georgia) | 1 | 1 | 100.0% |
| Knockout Entertainment Canada | 1 | 1 | 100.0% |
| Knockout Fight Promotions | 1 | 1 | 100.0% |
| Legend Fights | 1 | 1 | 100.0% |
| MMA Fight Pit | 1 | 1 | 100.0% |
| MMA Sport Federation (Missouri) | 1 | 1 | 100.0% |
| MMA Xtreme (Indiana) | 1 | 1 | 100.0% |
| Maverick MMA | 1 | 1 | 100.0% |
| Meskwaki Mayhem | 1 | 1 | 100.0% |
| Mexico Fighting Championship | 1 | 1 | 100.0% |
| Michigan Mixed Martial Arts | 1 | 1 | 100.0% |
| Midwest Cage Combat | 1 | 1 | 100.0% |
| Midwest Sports Council | 1 | 1 | 100.0% |
| More Than Conquerors | 1 | 1 | 100.0% |
| National Association of Industrial and Office Properties Arizona | 1 | 1 | 100.0% |
| Natural Disaster | 1 | 1 | 100.0% |
| New Hampshire Fight League | 1 | 1 | 100.0% |
| New League Fights | 1 | 1 | 100.0% |
| Night of the Pain | 1 | 1 | 100.0% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| No Limits | 1 | 1 | 100.0% |
| Norcal Fight Fest | 1 | 1 | 100.0% |
| North Idaho Fight Night | 1 | 1 | 100.0% |
| Odyssey Fights | 1 | 1 | 100.0% |
| Oklahoma Charity Fight Night | 1 | 1 | 100.0% |
| Oklahoma KO | 1 | 1 | 100.0% |
| OneWorld MMA | 1 | 1 | 100.0% |
| Orlando City Fights | 1 | 1 | 100.0% |
| Pain on the Cane | 1 | 1 | 100.0% |
| Paul Vandale Promotions | 1 | 1 | 100.0% |
| Power Beat Down | 1 | 1 | 100.0% |
| Premier Combat League | 1 | 1 | 100.0% |
| Pro Fighting Series | 1 | 1 | 100.0% |
| Pro XFC | 1 | 1 | 100.0% |
| Prodigy MMA | 1 | 1 | 100.0% |
| Quality Entertainment | 1 | 1 | 100.0% |
| RMR Productions | 1 | 1 | 100.0% |
| RadRok MMA Championship | 1 | 1 | 100.0% |
| Raise the Bar Fitness | 1 | 1 | 100.0% |
| Reality Cage Combat | 1 | 1 | 100.0% |
| Red Rock Rumble | 1 | 1 | 100.0% |
| Renaissance Fight Night | 1 | 1 | 100.0% |
| Return of the Coliseum | 1 | 1 | 100.0% |
| Revolution Cage Combat | 1 | 1 | 100.0% |
| Richmond Rumble MMA | 1 | 1 | 100.0% |
| Ringside Ticket | 1 | 1 | 100.0% |
| Rivals MMA | 1 | 1 | 100.0% |
| Royalty Fighting Entertainment | 1 | 1 | 100.0% |
| Ruckus in the Cage | 1 | 1 | 100.0% |
| Scientific Street Fighting | 1 | 1 | 100.0% |
| Scrap Live | 1 | 1 | 100.0% |
| Slamm (Canada) | 1 | 1 | 100.0% |
| Slammer in the Hammer | 1 | 1 | 100.0% |
| South Georgia Fighting Championship | 1 | 1 | 100.0% |
| Southern Fighting Championship | 1 | 1 | 100.0% |
| Split Decision | 1 | 1 | 100.0% |
| Sports Management and Management Agency | 1 | 1 | 100.0% |
| State Line Promotions | 1 | 1 | 100.0% |
| Sterling Entertainment Group | 1 | 1 | 100.0% |
| Subzero Fighting | 1 | 1 | 100.0% |
| Supreme Fighting Championship (Florida) | 1 | 1 | 100.0% |
| TKO Fight Alliance | 1 | 1 | 100.0% |
| Tap or Nap Promotions | 1 | 1 | 100.0% |
| Texas City Throwdown | 1 | 1 | 100.0% |
| Throwdown at T-Bones | 1 | 1 | 100.0% |
| Title Quest | 1 | 1 | 100.0% |
| Triumph Fighting Championship | 1 | 1 | 100.0% |
| Triumph Promotions | 1 | 1 | 100.0% |
| Twilight Fight Night | 1 | 1 | 100.0% |
| UR Fight | 1 | 1 | 100.0% |
| Ultimate Alliance Fights | 1 | 1 | 100.0% |
| Ultimate Cage Wars (USA) | 1 | 1 | 100.0% |
| Ultimate Combat Experience | 1 | 1 | 100.0% |
| Ultimate Monster Challenge | 1 | 1 | 100.0% |
| Ultimate Women Challenge | 1 | 1 | 100.0% |

**Ranked Market Promoters' Events with Ranked and Unranked Athletes**
**December 16, 2010 to April 2017**

| Promoter Name | Events with at least one Ranked Athlete | Total Events | Percent of Events with at least one Ranked Athlete |
|---|---|---|---|
| Undisputed Combat Challenge | 1 | 1 | 100.0% |
| Undisputed MMA | 1 | 1 | 100.0% |
| Universal Cage Combat | 1 | 1 | 100.0% |
| Up N Up | 1 | 1 | 100.0% |
| Urban Conflict Championships | 1 | 1 | 100.0% |
| Victory One Championships | 1 | 1 | 100.0% |
| Victory Promotions | 1 | 1 | 100.0% |
| War MMA | 1 | 1 | 100.0% |
| War Sports | 1 | 1 | 100.0% |
| Warrior Xtreme Combat | 1 | 1 | 100.0% |
| Warrior-1 MMA | 1 | 1 | 100.0% |
| Warriors for Heroes | 1 | 1 | 100.0% |
| Wolfe Pack Promotions | 1 | 1 | 100.0% |
| Women's Fighting Championship | 1 | 1 | 100.0% |
| World Championship Fighting | 1 | 1 | 100.0% |
| World Combat Federation | 1 | 1 | 100.0% |
| World Cup of Mixed Martial Arts | 1 | 1 | 100.0% |
| World Extreme Cagefighting | 1 | 1 | 100.0% |
| World MMA Council | 1 | 1 | 100.0% |
| XCage | 1 | 1 | 100.0% |
| Xtreme Cage Fighter | 1 | 1 | 100.0% |
| Xtreme Fighters | 1 | 1 | 100.0% |
| Xtreme Gladiator Challenge | 1 | 1 | 100.0% |

*Source:*
Singer backup ("Sherdog denom for market shares.dta"

*Notes:*
Includes only promoters eligible for Dr. Singer's Ranked Market (all "Tracked" promoters, One Championship, and promoters with any North American events).