# Exhibit 25

Exhibit 124 to Zuffa's Reply in Support of Zuffa's Motion for Summary Judgment, ECF No. 613-13

# EXHIBIT 124

## List of Overseas Promoters with 4 Ranked Athletes that were Excluded from Singer's Ranked Market (2010-2016)

**Overseas Promoters With At Least 4 Ranked Athletes Excluded From Singer's Ranked Market**
2010-2016

Note: For promoters in Dr. Singer's Ranked market, the median number of ranked athletes a promoter had was 4. This chart summarizes the number of additional promoters and athletes that would be added to Dr. Singer's Ranked market had he included overseas promoters with 4 or more ranked athletes.

| Year | Singer's Ranked Market | | Add Overseas Promoters with at least as many Ranked Athletes as Median Promoter in Singer's Ranked Market | | |
|---|---|---|---|---|---|
| | Zuffa Athletes | Rival Ranked Market Athletes | Unique Promoters Added | Ranked Athletes Added | Zuffa Share Including Added Overseas Promoters |
| 2010 | 343 | 2361 | 145 | 887 | 10% |
| 2011 | 485 | 2294 | 175 | 993 | 13% |
| 2012 | 449 | 2270 | 181 | 1012 | 12% |
| 2013 | 452 | 2330 | 167 | 1052 | 12% |
| 2014 | 565 | 2228 | 181 | 1128 | 14% |
| 2015 | 576 | 2085 | 153 | 1159 | 15% |
| 2016 | 554 | 2168 | 183 | 1424 | 13% |

*Notes:*

The median number of ranked athletes among all rival promoters in Singer's Ranked Market was 4. This is calculated taking the median of the highest number of unique athletes per year across all years from 2010-2016 for each promoter.

The count of athletes added does not include athletes that participated in bouts for rival promoters in Singer's Ranked Market in the same year.

Athletes that participated in ranked bouts for multiple overseas promoters in the same year are included only once in the count of added athletes for each year.

*Sources:*
Singer Backup (Sherdog Denom for Market Shares.dta)