# Exhibit 27

Exhibit 128 to Zuffa's Reply in Support of Zuffa's Motion for Summary Judgment, ECF No. 613-17

# EXHIBIT 128

## Summary Chart of Zuffa's Bout Output

Case 2:15-cv-01045-RFB-PAL   Document 613-17   Filed 11/02/18   Page 2 of 2



Note: Zuffa Bouts includes post-acquisition WEC, Pride and Strikeforce bouts.
Source: Singer Backup ("All Sherdog Scrape.dta")