Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:    (215) 875-3000
Facsimile:    (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

*(Additional counsel appear on signature page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL** |

Pursuant to Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Local Rule IA 10-5(a), and Section 14.3 of the Revised Stipulation and Protective Order (the "Protective Order") issued in this action on February 10, 2016 (ECF No. 217 at 15), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") hereby move this Court for leave to lodge certain documents under seal related to Plaintiffs' Opposition to Zuffa's Motion for Summary Judgment.

Under Section 14.3 of the Protective Order, documents designated Confidential or Highly Confidential – Attorneys' Eyes Only "shall be provisionally lodged under seal with the Court, and redacted papers shall be publicly filed. Within 5 days of the materials being lodged with the Court, the Party claiming protection shall file a motion to seal setting forth the bases for sealing and proper authority under *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), or some other applicable authority." ECF No. 217 at 15.

The documents referenced below (or portions thereof) have been designated or refer to materials which have been designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendant or third parties. Accordingly, Plaintiffs seek leave to lodge the following documents under seal.

Plaintiffs do not believe Zuffa's confidentiality designations subject to this motion meet the applicable standard. However, solely for the limited reason that the material referenced, as they currently stand, are still designated Confidential or Highly Confidential, Plaintiffs seek to file the documents in question under seal, in accordance with the Protective Order. Plaintiffs continue to reserve their right to challenge Zuffa's confidentiality designations pursuant to Section 6.1 of the Protective Order, and object to Zuffa's efforts to seal these documents and the information contained in them during the upcoming hearing on Plaintiffs' Motion for Class Certification to the extent the Court permits the use of these documents.

First, Plaintiffs seek to lodge under seal Plaintiffs' Objections to Defendant Zuffa, LLC's Proposal to Introduce Certain Purported "Summary Exhibits" at the Hearing Concerning Plaintiffs' Motion for Class Certification.

Second, Plaintiffs seek to lodge under seal Exhibit 7 to the Declaration of Patrick F. Madden,

Esq. ("Madden Declaration"), which is a true and correct copy of purported Summary Exhibit No. 1 (referred to in Plaintiffs' papers as "SE1"), produced by Zuffa on May 24, 2019.

Third, Plaintiffs seek to lodge under seal Exhibit 8 to the Madden Declaration, which is a true and correct copy of purported Summary Exhibit No. 2 (referred to in Plaintiffs' papers as "SE2"), produced by Zuffa on May 24, 2019.

Fourth, Plaintiffs seek to lodge under seal Exhibit 9 to the Madden Declaration, which is a true and correct copy of purported Summary Exhibit No. 3 (referred to in Plaintiffs' papers as "SE3"), produced by Zuffa on May 24, 2019.

Fifth, Plaintiffs seek to lodge under seal Exhibit 10 to the Madden Declaration, which is a true and correct copy of purported Summary Exhibit No. 6 (referred to in Plaintiffs' papers as "SE6"), produced by Zuffa on May 24, 2019.

Sixth, Plaintiffs seek to lodge under seal Exhibit 11 to the Madden Declaration, which is a true and correct copy of purported Summary Exhibit No. 7 (referred to in Plaintiffs' papers as "SE7"), produced by Zuffa on May 24, 2019.

Seventh, Plaintiffs seek to lodge under seal Exhibit 12 to the Madden Declaration, which is a true and correct copy of purported Summary Exhibit No. 10 (referred to in Plaintiffs' papers as "SE10"), produced by Zuffa on May 24, 2019.

Eighth, Plaintiffs seek to lodge under seal Exhibit 13 to the Madden Declaration, which is a true and correct copy of purported Summary Exhibit No. 11 (referred to in Plaintiffs' papers as "SE11"), produced by Zuffa on May 24, 2019.

Ninth, Plaintiffs seek to lodge under seal Exhibit 14 to the Madden Declaration, which is a true and correct copy of purported Summary Exhibit No. 12 (referred to in Plaintiffs' papers as "SE12"), produced by Zuffa on May 24, 2019.

Tenth, Plaintiffs seek to lodge under seal Exhibit 15 to the Madden Declaration, which is a true and correct copy of Exhibit 87 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification (referred to in Plaintiffs' papers as "COE87"), ECF No. 540-91.

Eleventh, Plaintiffs seek to lodge under seal Exhibit 16 to the Madden Declaration, which is a

1  true and correct copy of Exhibit 88 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification
2  (referred to in Plaintiffs' papers as "COE88"), ECF No. 540-92.

3        Twelfth, Plaintiffs seek to lodge under seal Exhibit 17 to the Madden Declaration, which is a
4  true and correct copy of Exhibit 89 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification
5  (referred to in Plaintiffs' papers as "COE89"), ECF No. 540-93.

6        Thirteenth, Plaintiffs seek to lodge under seal Exhibit 18 to the Madden Declaration, which is a
7  true and correct copy of Exhibit 92 to Zuffa's Opposition to Plaintiffs' Motion for Class Certification
8  (referred to in Plaintiffs' papers as "COE92"), ECF No. 540-96.

9        Plaintiffs have filed all of these documents under seal, in accordance with the Court's ECF
10 system, with the instant motion. Plaintiffs have publicly filed placeholders for or redacted versions of
11 these documents with the Court, and will serve un-redacted versions of these documents on Defendant,
12 in accordance with LR IC 4-1(c)(4).

Dated: June 14, 2019

Respectfully Submitted,

By: /s/ Eric L. Cramer
    Eric L. Cramer

Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

Joseph R. Saveri (*Pro Hac Vice*)
Joshua P. Davis (*Pro Hac Vice*)
Jiamin Chen (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
jchen@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

**Co-Lead Counsel for the Classes**

**Liaison Counsel for the Classes**

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Phone: (702) 341-5200/Fax (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

**Additional Counsel for the Classes**:

Robert C. Maysey (*Pro Hac Vice*)
Jerome K. Elwell (*Pro Hac Vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Frederick S. Schwartz (*Pro Hac Vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

William G. Caldes (*Pro Hac Vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
bcaldes@srkattorneys.com

John D. Radice (*Pro Hac Vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Phone: (646) 245-8502
jradice@radicelawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of June, 2019 a true and correct copy of the **Plaintiffs' Motion for Leave to Lodge Materials Under Seal** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

                                                        */s/ Eric L. Cramer*