WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>          Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**JOINT NOTICE OF THIRD PARTY OBJECTION LETTERS REGARDING CERTAIN THIRD PARTY DOCUMENTS LISTED IN THE PARTIES' EXHIBIT LISTS** |

Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa") (collectively, "the Parties"), by and through their undersigned attorneys, hereby provide the Court with notice of third party letters the Parties have received regarding certain documents listed on the Parties' exhibit lists. On February 1, 2019, this Court held a Pre-Hearing Conference regarding the Evidentiary Hearings, and ordered the parties to exchange exhibit lists on May 24, meet and confer regarding those exhibit lists, and file any objections to the exhibit lists by June 14, 2019.  ECF No. 649.  On May 28th, the Parties provided notice to all third parties whose documents appear on the Parties' exhibit lists.  Declaration of Nicholas A. Widnell ("Widnell Decl."), ¶ 4.  The Parties received notice on June 12th that one letter addressed to Monte Cox was returned to sender after automatic mail forwarding expired.  The Parties will continue to attempt to give notice to Monte Cox. Widnell Decl. ¶¶ 5-6.

Certain third parties have raised objections regarding certain third party documents included on the exhibit list.  Widnell Decl. ¶ 7.  The Parties have met and conferred with third parties who raised objections.  Widnell Decl. ¶ 8.

Following the Parties' meet and confer efforts, certain third parties have prepared letters to the Court raising objections regarding the use of their documents that were not resolved through the meet and confer process.  True and correct copies of those objection letters are attached to this joint notice for the Court's review.  Widnell Decl. ¶ 9-14.

| | | |
|---|---|---|
| 1 | Dated:  June, 14 2019 | Dated:  June 14, 2019 |

**JOSEPH SAVERI LAW FIRM, INC.**

By: */s/ Kevin E. Rayhill*
Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon
Fitch, Luis Javier Vazquez, Brandon Vera,
and Kyle Kingsbury*

**BERGER|MONTAGUE PC**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon
Fitch, Luis Javier Vazquez, Brandon Vera,
and Kyle Kingsbury*

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Nicholas A. Widnell*
William A. Isaacson (admitted *pro hac vice*)
Stacey K. Grigsby (admitted *pro hac vice*)
Nicholas A. Widnell (admitted *pro hac vice*)
1401 New York Ave, NW
Washington, D.C. 20005
Phone: (202) 237-2727/Fax: (202) 237-6131
wisaacson@bsfllp.com
sgrigsby@bsfllp.com
nwidnell@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**CAMPBELL & WILLIAMS**
Donald J. Campbell (State Bar No. 1216)
J. Colby Williams (State Bar No. 5549)
700 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 382-5222/Fax: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**BOIES SCHILLER FLEXNER LLP**
Richard J. Pocker (State Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Phone: (702) 382-7300/Fax: (702) 382-2755
rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

2

**COHEN MILSTEIN SELLERS**
 **& TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, D.C. 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Attorneys for Plaintiffs*

**WOLF, RIFKIN, SHAPIRO,**
 **SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys*
*for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis*
*Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

JOINT NOTICE OF THIRD PARTY OBJECTION LETTERS REGARDING CERTAIN
THIRD PARTY DOCUMENTS LISTED IN THE PARTIES' EXHIBIT LISTS

1   **WARNER ANGLE HALLAM JACKSON**
      **& FORMANEK PLC**
2   Robert C. Maysey (admitted *pro hac vice*)
    Jerome K. Elwell (admitted *pro hac vice*)
3   2555 E. Camelback Road, Suite 800
    Phoenix, Arizona 85016
4   Phone: (602) 264-7101/Fax: (602) 234-0419
    rmaysey@warnerangle.com
5   jelwell@warnerangle.com

6   *Counsel for the Classes and Attorneys for*
    *Individual and Representative Plaintiffs Cung*
7   *Le, Nathan Quarry, Jon Fitch, Luis Javier*
    *Vazquez, Brandon Vera, and Kyle Kingsbury*
8

9   **LAW OFFICE OF FREDERICK S.**
      **SCHWARTZ**
10  Frederick S. Schwartz (admitted *pro hac vice*)
    15303 Ventura Boulevard, #1040
11  Sherman Oaks, California 91403
    Phone: (818) 986-2407/Fax: (818) 995-4124
12  fred@fredschwartzlaw.com

13  *Attorneys for Plaintiffs*

14  **SPECTOR ROSEMAN & KODROFF,**
    **P.C.**
15  William G. Caldes (admitted *pro hac vice*)
    2001 Market Street, Suite 3420
16  Philadelphia, Pennsylvania 19103
    Phone: (215) 496-0300/Fax: (215) 496-6611
17  bcaldes@srkattorneys.com

18  *Attorneys for Plaintiffs*

19

20

21

22

23

24

25

26

27

28
                                    4
    JOINT NOTICE OF THIRD PARTY OBJECTION LETTERS REGARDING CERTAIN
    THIRD PARTY DOCUMENTS LISTED IN THE PARTIES' EXHIBIT LISTS

**ATTESTATION OF FILER**

      The signatories to this document are myself and Kevin Rayhill, and I have obtained Mr.

Rayhill's concurrence to file this document on his behalf.

Dated: June 14, 2019                              _/s/Nicholas A. Widnell_____
                                                          Nicholas A. Widnell

JOINT NOTICE OF THIRD PARTY OBJECTION LETTERS REGARDING CERTAIN
THIRD PARTY DOCUMENTS LISTED IN THE PARTIES' EXHIBIT LISTS

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3    The undersigned hereby certifies that the foregoing Joint Notice of Third Party Objection Letters

4    Regarding Certain Third Party Documents Listed in the Parties' Exhibit Lists was served on June

5    14, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service

6    list.

7

8                                              */s/ Roderick Crawford*_____

9                                              Roderick Crawford

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
JOINT NOTICE OF THIRD PARTY OBJECTION LETTERS REGARDING CERTAIN
THIRD PARTY DOCUMENTS LISTED IN THE PARTIES' EXHIBIT LISTS