1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
5  1401 New York Avenue, NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER #3568
   (rpocker@bsfllp.com)
8  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
13 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC

16

17

18                    UNITED STATES DISTRICT COURT

19                          DISTRICT OF NEVADA

20

| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-(PAL) |
|---|---|
| Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | **DECLARATION OF NICHOLAS A. WIDNELL IN SUPPORT OF JOINT NOTICE OF THIRD PARTY OBJECTION LETTERS REGARDING CERTAIN THIRD PARTY DOCUMENTS LISTED IN THE PARTIES' EXHIBIT LISTS** |

I, Nicholas A. Widnell, declare as follows:

1. I am a member in good standing of the bar of the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I am a Partner in the law firm Boies Schiller Flexner LLP, counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFL-PAL.

2. I make this declaration in support of the Joint Notice of Third Party Objection Letters Regarding Certain Third Party Documents Listed in the Parties' Exhibit Lists.

3. Based on my review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration, and if called to testify, could and would testify competently to those facts under oath.

4. On May 28th, Zuffa and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") (collectively, "the Parties"), provided notice to all third parties whose documents appear on the Parties' exhibit list.

5. On June 12th, Parties received notice that one letter, addressed to Monte Cox, was returned to sender after automatic mail forwarding expired.

6. The Parties sent the letter addressed to Monte Cox to the forwarding address on June 13th.

7. Certain third parties raised objections regarding certain third party documents included on the exhibit list.

8. The Parties have met and conferred with parties who raised objections.[1]

9. Attached as Exhibit A is a true and correct copy of WME/IMG, LLC's Objection Letter dated June 13, 2019.

---

[1] The Parties and counsel for Golden Boy Promotions, Inc. and Golden Boy, LLC ("Golden Boy") were unable to find a time to meet and confer prior to filing the Joint Notice. Golden Boy has indicated its intention to object and sent an Objection Letter to the Parties. The Parties have attached that letter to this Declaration and intend to schedule a meet and confer with Golden Boy as soon as is practicable.

1

| WIDNELL DECL. ISO JOINT NOTICE OF THIRD PARTY OBJECTION LETTERS | Case No.: 2:15-cv-01045-RFB-(PAL) |

10. Attached as Exhibit B is a true and correct copy of The Raine Group LLC's Objection Letter dated June 14, 2019.

11. Attached as Exhibit C is a true and correct copy of Bellator Sport Worldwide LLC's Objection Letter dated June 14, 2019.

12. Attached as Exhibit D is a true and correct copy of Top Rank, Inc.'s Objections to Disclosure of Confidential Materials, dated June 14, 2019.

13. Attached as Exhibit E is a true and correct copy of the Declaration of David J. Marroso In Support of Top Rank Inc.'s Objections to Disclosure of Confidential Materials, dated June 14, 2019.

14. Attached as Exhibit F is a true and correct copy of Golden Boy's Objection Letter, dated June 14, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 14th day of June, 2019 in Washington, D.C.

By: /s/ *Nicholas A. Widnell*
Nicholas A. Widnell