| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro hac vice*) |
| | (wisaacson@bsfllp.com) |
| 2 | STACEY K. GRIGSBY (*Pro hac vice*) |
| | (sgrigsby@bsfllp.com) |
| 3 | NICHOLAS A. WIDNELL (*Pro hac vice*) |
| 4 | (nwidnell@bsfllp.com) |
| | BOIES SCHILLER FLEXNER LLP |
| 5 | 1401 New York Avenue NW, Washington, DC 20005 |
| | Telephone: (202) 237-2727; Fax: (202) 237-6131 |
| 6 | |
| 7 | RICHARD J. POCKER #3568 |
| | (rpocker@bsfllp.com) |
| 8 | BOIES SCHILLER FLEXNER LLP |
| | 300 South Fourth Street, Suite 800, Las Vegas, NV 89101 |
| 9 | Telephone: (702) 382-7300; Fax: (702) 382-2755 |
| 10 | |
| | DONALD J. CAMPBELL #1216 |
| 11 | (djc@campbellandwilliams.com) |
| | J. COLBY WILLIAMS #5549 |
| 12 | (jcw@campbellandwilliams.com) |
| | CAMPBELL & WILLIAMS |
| 13 | 700 South 7th Street, Las Vegas, NV 89101 |
| | Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| 14 | |
| 15 | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| | Ultimate Fighting Championship and UFC |
| 16 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 19 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-(PAL) |
| 20 | | |
| 21 | | **INDEX OF EXHIBITS IN THE JOINT NOTICE OF THIRD PARTY OBJECTION LETTERS REGARDING CERTAIN THIRD PARTY DOCUMENTS LISTED IN THE PARTIES' EXHIBIT LISTS** |
| 22 | Plaintiffs, | |
| | v. | |
| 23 | | |
| 24 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 25 | | |
| | Defendant. | |
| 26 | | |

Index of Exhibits in the Joint Notice of Third Party Objection Letters Regarding Certain Third Party Documents Listed in the Parties' Exhibit Lists

# INDEX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Index of Exhibits in the Joint Notice of Third Party Objection Letters Regarding Certain Third Party Documents Listed in the Parties' Exhibit Lists. The exhibits noted below are attached as exhibits to the Declaration of Nicholas A. Widnell in Support of Joint Notice of Third Party Objection Letters Regarding Certain Third Party Documents Listed in the Parties' Exhibit Lists.

| Exhibit | Description |
|---|---|
| A. | WME/IMG, LLC's Objection Letter dated June 13, 2019 |
| B. | The Raine Group LLC's Objection Letter dated June 14, 2019 |
| C. | Bellator Sport Worldwide LLC's Objection Letter dated June 14, 2019 |
| D. | Top Rank, Inc.'s Objections to Disclosure of Confidential Materials, dated June 14, 2019 |
| E. | Declaration of David J. Marroso In Support of Top Rank Inc.'s Objections to Disclosure of Confidential Materials, dated June 14, 2019 |
| F. | Golden Boy's Objection Letter, dated June 14, 2019 |

1

Index of Exhibits in the Joint Notice of Third Party Objection Letters Regarding Certain Third Party Documents Listed in the Parties' Exhibit Lists