# EXHIBIT F

# Golden Boy Promotions, Inc.'s Objection Letter dated June 14, 2019



Ricardo P. Cestero

D: 310.785.6809
F: 310.553.0687
RCestero@ggfirm.com
File Number: 17896-00601

June 14, 2019

**Via E-Mail**

Meghan H. Strong
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
mstrong@bsfllp.com

Re:   Le v. Zuffa, et al., 15-cv-01045-RFB-PAL

Dear Ms. Strong:

As you know, this firm represents Golden Boy Promotions, Inc. and Golden Boy Promotions, LLC ("Golden Boy").  I write in response to your letter dated May 28, 2019 regarding the upcoming class certification hearings in this matter.  This letter will confirm that Golden Boy objects to the public disclosure of the information contained in the documents produced as GBP000001-GBP000003 in your action.

Documents GBP000001 and GBP000002 contain sensitive financial information regarding Golden Boy's operations.  Specifically, those documents reveal Golden Boy's fight revenues, sponsorship revenues and fighter costs.  This data is private financial information protected by Golden Boy's right of privacy.  *H & M Assocs. v. City of El Centro*, 167 Cal. Rptr. 392, 399–400 (Ct. App. 1980) ("businesses, regardless of their legal form, have zones of privacy which may not be legitimately invaded.").  This information is also competitively sensitive information which could be used against Golden Boy in future business dealings if it is publicly disclosed.

Document GBP00003 is a copy of Golden Boy's standard promotional agreement with its fighters.  This document is a highly confidential document which contains many of the standard terms and conditions governing Golden Boy's arrangements with its fighters.  This document qualifies as a trade secret and the public disclosure of its terms could interfere with Golden Boy's future business efforts.

Golden Boy produced these documents pursuant to the "Attorneys' Eyes Only" designation in the Protective Order because of the highly sensitive nature of the information.  Golden Boy objects to any disclosure of this information beyond the "Attorneys' Eyes Only" limits in the Protective Order.  This is especially true given that Golden Boy and Zuffa have, at times, been direct competitors in the MMA promotion business.

For these reasons, Golden Boy objects to the disclosure of this information beyond the "Attorneys' Eyes Only" designation in the Protective Order.  To the extent the information

Meghan H. Strong
June 14, 2019
Page 2

produced by Golden Boy would be helpful to the Court, Golden Boy has no objection to the use of these documents in a closed hearing where the public and party representatives are excluded, so that the confidentiality of this information may be maintained to the fullest extent possible.

                        Sincerely,

                        Ricardo P. Cestero

RPC/jgg

cc:    Patrick Madden
        Mark R. Suter
        Kevin Rayhill
        Nicholas Widnell
        Jonathan Shaw

17896-00601/3193232.1