WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**JOINT MOTION PROPOSING BRIEFING SCHEDULE ON EXHIBIT OBJECTIONS** |

JOINT MOTION PROPOSING BRIEFING SCHEDULE ON EXHIBIT OBJECTIONS

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa") (collectively, "the Parties"), by and through their undersigned attorneys, respectfully request that the Court adopt the below proposed briefing schedule on objections to the Parties' exhibit lists.  The parties have met and conferred regarding their exhibit lists, agreed that certain exhibits as labeled on the attached list are joint exhibits, and now submit the attached combined list which includes joint, Plaintiffs, and Zuffa exhibits.  Declaration of Nicholas A. Widnell in Support of the Joint Motion Proposing Briefing Schedule ¶¶ 3-5.

At the February 1, 2019 hearing, the Court ordered the Parties to exchange exhibits by May 24, 2019, meet and confer by June 7, 2019, and file any objections by June 14, 2019.  ECF No. 649.  The Parties respectfully move the Court to adopt the following briefing schedule and page limits to allow the Parties to fully brief and respond to their objections:

|  | **Deadline** | **Page Limit** |
| --- | --- | --- |
| **Opening Motions** | June 14, 2019 | 10 pages, excluding exhibits |
| **Responses** | June 28, 2019 | 10 pages, excluding exhibits |
| **Replies** | July 12, 2019 | 5 pages, excluding exhibits |

The Parties respectfully request that the Court grant the proposed briefing schedule.

| | |
|---|---|
| Dated: June 14, 2019 | Dated: June 14, 2019 |
| **JOSEPH SAVERI LAW FIRM, INC.** | **BOIES SCHILLER FLEXNER LLP** |
| By: */s/ Kevin Rayhill* | By: */s/ Nicholas A. Widnell* |
| Joseph R. Saveri (State Bar No. 130064) | William A. Isaacson (admitted *pro hac vice*) |
| Joshua P. Davis (admitted *pro hac vice*) | Stacey K. Grigsby (admitted *pro hac vice*) |
| Kevin E. Rayhill (admitted *pro hac vice*) | Nicholas A. Widnell (admitted *pro hac vice*) |
| Jiamin Chen (admitted *pro hac vice*) | 1401 New York Ave, NW |
| 601 California Street, Suite 1000 | Washington, D.C. 20005 |
| San Francisco, California 94108 | Phone: (202) 237-2727/Fax: (202) 237-6131 |
| Phone: (415) 500-6800/Fax: (415) 395-9940 | wisaacson@bsfllp.com |
| jsaveri@saverilawfirm.com | sgrigsby@bsfllp.com |
| jdavis@saverilawfirm.com | nwidnell@bsfllp.com |
| krayhill@saverilawfirm.com | |
| jchen@saverilawfirm.com | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | **CAMPBELL & WILLIAMS**<br>Donald J. Campbell (State Bar No. 1216)<br>J. Colby Williams (State Bar No. 5549)<br>700 South 7th Street<br>Las Vegas, Nevada 89101<br>Phone: (702) 382-5222/Fax: (702) 382-0540<br>djc@campbellandwilliams.com<br>jcw@campbellandwilliams.com |
| **BERGER\|MONTAGUE PC** | |
| Eric L. Cramer (admitted *pro hac vice*) | |
| Michael Dell'Angelo (admitted *pro hac vice*) | |
| Patrick F. Madden (admitted *pro hac vice*) | |
| Mark R. Suter (admitted *pro hac vice*) | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| 1818 Market Street, Suite 3600 | |
| Philadelphia, Pennsylvania 19103 | **BOIES SCHILLER FLEXNER LLP** |
| Phone: (215) 875-3000/Fax: (215) 875-4604 | Richard J. Pocker (State Bar No. 3568) |
| ecramer@bm.net | 300 South Fourth Street, Suite 800 |
| mdellangelo@bm.net | Las Vegas, Nevada 89101 |
| pmadden@bm.net | Phone: (702) 382-7300/Fax: (702) 382-2755 |
| msuter@bm.net | rpocker@bsfllp.com |
| *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury* | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |

**COHEN MILSTEIN SELLERS**
   **& TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, D.C. 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Attorneys for Plaintiffs*

**WOLF, RIFKIN, SHAPIRO,**
   **SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN & KODROFF, P.C.**
William G. Caldes (admitted *pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
bcaldes@srkattorneys.com

*Attorneys for Plaintiffs*

**ATTESTATION OF FILER**

The signatories to this document are myself and Kevin Rayhill, and I have obtained Mr. Rayhill's concurrence to file this document on his behalf.

Dated: June 14, 2018         */s/ Nicholas A. Widnell*
                             Nicholas A. Widnell

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Joint Motion Proposing Briefing Schedule on Exhibit Objections was served on June 14, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Roderick Crawford

Roderick Crawford

Employee of Boies Schiller Flexner