WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER REGARDING JOINT MOTION PROPOSING BRIEFING SCHEDULE ON EXHIBIT OBJECTIONS** |

[PROPOSED] ORDER RE JOINT MOTION PROPOSING BRIEFING SCHEDULE ON
EXHIBIT OBJECTIONS

**[PROPOSED] ORDER**

      Before this Court is Zuffa, LLC's ("Zuffa") and Plaintiffs' (collectively, the "Parties") Joint Motion Proposing Briefing Schedule on Exhibit Objections.

      The Court finds that the Parties [have or have not] proposed a sufficient briefing schedule.

      IT IS HEREBY ORDERED THAT the Parties' proposed briefing schedule in their Joint Motion Proposing Briefing Schedule on Exhibit Objections is [GRANTED OR DENIED].

      IT IS SO ORDERED

DATED:_____, 2019          By:_____
                                                                Hon. Richard F. Boulware
                                                                UNITED STATES DISTRICT JUDGE