WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>   Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF NICHOLAS A. WIDNELL IN SUPPORT OF DEFENDANT ZUFFA, LLC'S OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST DOCUMENTS** |

I, Nicholas A. Widnell, declare as follows:

1. I am a member in good standing of the bar of the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I am a Partner in the law firm Boies Schiller Flexner LLP and counsel for Zuffa, LLC ("Zuffa") in the above captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFL-PAL.

2. I make this declaration in support of Zuffa, LLC's Objections to Plaintiffs' Exhibit List Documents.

3. Based on my review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration, and if called to testify, could and would testify competently to those facts under oath.

4. Since the parties' exchange of their respective exhibit lists on May 24th, counsel have met and conferred a number of times to resolve objections to their respective exhibit lists.

5. During several meet and confers during the week of June 3rd, Zuffa asked Plaintiffs if they would agree to a stipulation regarding the use of hearsay in exhibits.

6. The proposed stipulation was as follows: "The Parties agree that exhibits identified as containing hearsay statements may be used during the hearing to the extent an expert has considered that exhibit in forming an opinion, but not to establish the truth of the matter asserted by the hearsay statement."

7. Plaintiffs did not agree to Zuffa's proposed stipulation.

8. Exhibit A to this Declaration is the Declaration of Brent K. Nakamura in Support of Defendant Zuffa, LLC's Objections to Plaintiffs' Exhibit List Documents.

9. Exhibit B to this Declaration is a list of documents listed on Plaintiffs' exhibit list to which Zuffa objects on the basis that they contain hearsay statements that cannot be admitted for the truth of the matter asserted in those hearsay statements.

DECL. OF NICHOLAS A. WIDNELL ISO ZUFFA'S OBJECTIONS TO EXHIBIT LIST DOCUMENTS

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 14th day of June, 2019 in Washington, D.C.

By: /s/ Nicholas A. Widnell
Nicholas A. Widnell