WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT ZUFFA, LLC'S OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST DOCUMENTS** |

# APPENDIX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Index of Exhibits in Support of Objections to Plaintiffs' exhibit list documents. The exhibits noted below are attached as exhibits to the Declaration of Nicholas A. Widnell in Support of Defendant Zuffa, LLC's Objections to Plaintiffs' Exhibit List Documents and to the Declaration of Brent K. Nakamura in Support of Defendant Zuffa, LLC's Objections to Plaintiffs' exhibit list documents

| Exhibit | Description |
|---|---|
| A. | Declaration of Brent K. Nakamura in Support of Defendant Zuffa, LLC's Objections to Plaintiffs' Exhibit List Documents |
| B. | Plaintiffs' Exhibit List with additional columns noting which documents contain hearsay statements |
| 1. | Expert Report of Gene Deetz (September 6, 2016), Case No. 15-cv-3378, Dkt. No. 237-1 (Nov. 9, 2016) |
| 2. | Analysis of Revenues and Expenses on an Event-by-Event, Boxer-by-Boxer Basis |
| 3. | Golden Boy Promotions Profit & Loss – 2015, GBP000001 |
| 4. | Golden Boy Promotions Profit & Loss – 2016, GBP000002 |
| 5. | Declaration of Gene Deetz (Nov. 8, 2016), Case No. 15-cv-3378, Dkt. No. 237 (Nov. 9, 2016) |
| 6. | Defendants' Motion To Exclude Gene Deetz (Jan. 6, 2017), Case No. 15-cv-3378, Dkt. No. 322 (Jan. 6, 2017) |
| 7. | Excerpts of Deposition of Gene Deetz (Oct. 19, 2016), Case No. 15-cv-3378, Dkt. No. 322-3 (Jan. 6, 2017) |
| 8. | Excerpts of Unredacted Report of Gene Deetz (Sep. 6, 2016), Case No. 15-cv-3378, Dkt. No. 322-2 (Jan. 6, 2017) |
| 9. | Exhibit 35 Part 1, Case No. 15-cv-3378, Dkt. No. 237-2 (Nov. 9, 2016) (redacted version of an exhibit to Golden Boy's summary judgment filing including a list of bouts from various boxing events) |
| 10. | Exhibit 35 Part 2, Case No. 15-cv-3378, Dkt. No. 237-3 (Nov. 9, 2016) (second portion of the same exhibit as "Exhibit 35, Part 1" to Golden Boy's summary judgment filing including a list of bouts from various boxing events) |
| 11. | Redacted Expert Report of Gene Deetz (Sep. 6, 2016) Case No. 15-cv-3378, Dkt. |

| Exhibit | Description |
|---|---|
|  | No. 237-1 (Nov. 9, 2016) |
| 12. | Declaration of Elizabeth Sbardellati, Case No. 15-cv-3378, Dkt. No. 322-11 (Jan. 6, 2017) |
| 13. | UFC Presentation Discussion Materials (July, 2012), ZFL-1241786 |
| 14. | A View on a Zuffa's Strategy Toward Brazil, ZFL-2508355 |
| 15. | International Viewership – PPV Main Card Summary 2015, DB-ZUFFA-00007249 |
| 16. | Excerpts of the Deposition of Nakisa Bidarian ("Bidarian Dep.") (May 5, 2017) |
| 17. | Excerpts of the Deposition of Denitza Batchvarova ("Batchvarova Dep.") (July 25, 2017) |
| 18. | Excerpts of the Deposition of Kirk Hendrick ("Hendrick Dep.") (July 17, 2017) |
| 19. | Internal Document Regarding Zuffa Employee Compensation, ZUF-00096950 |
| 20. | Excerpts of the Deposition of Andrew Zimbalist ("Zimbalist Dep.") (Jan. 26, 2018) |
| 21. | Justin McCrary and Daniel L. Rubinfeld, *Measuring Benchmark Damages in Antitrust Litigation,* 3 J. Econometric Methods 63-74 (2014) |
| 22. | John M. Conner, Forensic Economics: *An Introduction with Special Emphasis on Price Fixing,* J. Comp. L. & Econ. 31 (2008) |

Index of Exhibits in Support of Defendant Zuffa's Objections To Plaintiffs' Exhibit List Documents