# EXHIBIT B

## Plaintiffs' Exhibit List with additional columns noting which documents contain hearsay statements

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| JCCX29 | Joint | * | X | ZUF-00421380 | |
| JCCX30 | Joint | * | X | ZUF-00447547 | |
| JCCX42 | Joint | * | X | | Declaration of Scott Coker in Support of Nonparty Bellator Sport Worldwide, LLC's Motion to Quash or Modify Subpoenas, 2:17-mc-00016 (C.D. Cal. Feb. 22, 2017) |
| JCCX55 | Joint | * | X | | Gerald W. Scully, *Pay and Performance in Major League Baseball*, 64(6) The American Economic Review 915 (1974) |
| JCCX56 | Joint | * | X | | Gerald W. Scully, *Player Salary Share and the Distribution of Player Earnings*, 25(2) Managerial and Decision Economics 77 (2004) |
| JCCX57 | Joint | * | X | | *Golden Boy Promotions LLC v. Alan Haymon*, 2:15-cv-03378-JFW-MRW, ECF No. 322-14 (C.D. Cal. January 6, 2017) |
| JCCX61 | Joint | * | X | | John Twomey & James Monks, *Monopsony and Salary Suppression: The Case of Major League Soccer in the United States*, 56(1) The American Economist 20 (2011) |
| JCCX65 | Joint | * | X | | *Live Gate & Attendance 2006-2015*, MMA Payout, available at http://mmapayout.com/blue-book/live-gate-attendance/ |
| JCCX72 | Joint | * | X | | Richard McGowan & John Mahon, *Demand for the Ultimate Fighting Championship: An Econometric Analysis of PPV Buy Rates*, 6(6) Journal of Business & Economics 1032 (2015) |
| PCCX2 | Plaintiffs | * | X | CG-UFC-00000005 | |
| PCCX7 | Plaintiffs | * | X | DB-ZUFFA-00006389 | |
| PCCX8 | Plaintiffs | * | X | DB-ZUFFA-00006528 | |
| PCCX11 | Plaintiffs | * | X | DB-ZUFFA-00007187 | |
| PCCX12 | Plaintiffs | | X | DB-ZUFFA-00007249 | |
| PCCX14 | Plaintiffs | * | X | DB-ZUFFA-00008846 | |
| PCCX17 | Plaintiffs | * | X | DB-ZUFFA-00024253 | |
| PCCX23 | Plaintiffs | * | X | DB-ZUFFA-00057908 | |
| PCCX26 | Plaintiffs | * | X | MARTIN0035084 | |
| PCCX27 | Plaintiffs | * | X | MARTIN0044963 | |
| PCCX28 | Plaintiffs | * | X | MDYS ZFF 000005 | |
| PCCX29 | Plaintiffs | * | X | MDYS ZFF 000039 | |
| PCCX30 | Plaintiffs | * | X | MDYS ZFF 000058 | |
| PCCX31 | Plaintiffs | * | X | MDYS ZFF 000074 | |
| PCCX32 | Plaintiffs | * | X | MDYS ZFF 000082 | |
| PCCX37 | Plaintiffs | * | X | RAINE0018791 | |
| PCCX38 | Plaintiffs | * | X | RAINE0020542 | |
| PCCX39 | Plaintiffs | * | X | RAINE0020633 | |
| PCCX42 | Plaintiffs | ** | X | WME_ZUFFA_00005365 | |
| PCCX44 | Plaintiffs | * | X | WME_ZUFFA_00013978 | |
| PCCX45 | Plaintiffs | * | X | WME_ZUFFA_00031950 | |
| PCCX46 | Plaintiffs | * | X | WME_ZUFFA_00076651 | |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX47 | Plaintiffs | * | X | Z.E._006755 | |
| PCCX73 | Plaintiffs | * | X | ZFL-0460809 | |
| PCCX82 | Plaintiffs | * | X | ZFL-0557588 | |
| PCCX112 | Plaintiffs | * | X | ZFL-1007379 | |
| PCCX134 | Plaintiffs | * | X | ZFL-1096310 | |
| PCCX148 | Plaintiffs | | X | ZFL-1241786 | |
| PCCX157 | Plaintiffs | * | X | ZFL-12543287 | |
| PCCX162 | Plaintiffs | * | X | ZFL-1384297 | |
| PCCX164 | Plaintiffs | * | X | ZFL-1391183 | |
| PCCX167 | Plaintiffs | * | X | ZFL-1394078 | |
| PCCX211 | Plaintiffs | * | X | ZFL-1862889 | |
| PCCX212 | Plaintiffs | * | X | ZFL-1872579 | |
| PCCX213 | Plaintiffs | * | X | ZFL-1873428 | |
| PCCX214 | Plaintiffs | * | X | ZFL-1874494 | |
| PCCX215 | Plaintiffs | * | X | ZFL-1874637 | |
| PCCX216 | Plaintiffs | * | X | ZFL-1874771 | |
| PCCX217 | Plaintiffs | * | X | ZFL-1879488 | |
| PCCX218 | Plaintiffs | * | X | ZFL-1886668 | |
| PCCX219 | Plaintiffs | * | X | ZFL-1892287 | |
| PCCX220 | Plaintiffs | * | X | ZFL-1892294 | |
| PCCX221 | Plaintiffs | * | X | ZFL-1892308 | |
| PCCX222 | Plaintiffs | * | X | ZFL-1892315 | |
| PCCX223 | Plaintiffs | * | X | ZFL-1897060 | |
| PCCX224 | Plaintiffs | * | X | ZFL-1897652 | |
| PCCX254 | Plaintiffs | * | X | ZFL-2206572 | |
| PCCX256 | Plaintiffs | * | X | ZFL-2235745 | |
| PCCX272 | Plaintiffs | * | X | ZFL-2463304 | |
| PCCX283 | Plaintiffs | * | X | ZFL-2483439 | |
| PCCX284 | Plaintiffs | * | X | ZFL-2486240 | |
| PCCX296 | Plaintiffs | | X | ZFL-2508355 | |
| PCCX299 | Plaintiffs | * | X | ZFL-2528642 | |
| PCCX300 | Plaintiffs | * | X | ZFL-2528842 | |
| PCCX321 | Plaintiffs | * | X | ZFL-2559292 | |
| PCCX322 | Plaintiffs | * | X | ZFL-2582134 | |
| PCCX323 | Plaintiffs | * | X | ZFL-2586870 | |
| PCCX324 | Plaintiffs | * | X | ZFL-2587231 | |
| PCCX325 | Plaintiffs | * | X | ZFL-2595178 | |
| PCCX346 | Plaintiffs | * | X | ZFL-2689504 | |
| PCCX347 | Plaintiffs | * | X | ZFL-2699672 | |
| PCCX348 | Plaintiffs | * | X | ZFL-2699674 | |
| PCCX349 | Plaintiffs | * | X | ZFL-2699678 | |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX350 | Plaintiffs | * | X | ZFL-2699683 | |
| PCCX351 | Plaintiffs | * | X | ZFL-2699687 | |
| PCCX352 | Plaintiffs | * | X | ZFL-2699690 | |
| PCCX353 | Plaintiffs | * | X | ZFL-2699696 | |
| PCCX354 | Plaintiffs | * | X | ZFL-2700585 | |
| PCCX362 | Plaintiffs | * | X | ZUF-00031973 | |
| PCCX366 | Plaintiffs | * | X | ZUF-00086103 | |
| PCCX376 | Plaintiffs | * | X | ZUF-00108798 | |
| PCCX379 | Plaintiffs | * | X | ZUF-00113209 | |
| PCCX389 | Plaintiffs | * | X | ZUF-00284193 | |
| PCCX396 | Plaintiffs | * | X | ZUF-00335242 | |
| PCCX397 | Plaintiffs | * | X | ZUF-00336384 | |
| PCCX398 | Plaintiffs | * | X | ZUF-00337760 | |
| PCCX405 | Plaintiffs | * | X | ZUF-00401766 | |
| PCCX406 | Plaintiffs | * | X | ZUF-00418378 | |
| PCCX408 | Plaintiffs | * | X | | "Movies and Entertainment Industry Profitability Rations," available at http://csimarket.com/Industry/industry_Profitability_Ratios.php?ind=917&hist=4 |
| PCCX410 | Plaintiffs | * | X | | "Team Comparison -17/18," NHL Numbers, available at http://nhlnumbers.com/teams?year |
| PCCX413 | Plaintiffs | * | X | | *2016 NFL franchise tage value for every position*, ESPN (Feb. 27, 2016), available at http://www.espn.com/nfl/story/_/id/14858518/2016-nfl-franchise-tag-values-everyposition |
| PCCX414 | Plaintiffs | * | X | | 30(b)(6) Deposition of Jeff Quinn on behalf of Zuffa, LLC (July 27, 2017), Exhibit 3 |
| PCCX423 | Plaintiffs | * | X | | Alexander K. Lee, *Scott Coker open to five-round main events, Michael Page vs. Paul Daley 'winner takes all' match*, MMA Fighting (Oct. 24, 2017), available at https://www.mmafighting.com/2017/10/24/16528050/scott-coker-open-to-five-round-main-events-michael-page-vs-paul-daley-winner-takes-all- |
| PCCX425 | Plaintiffs | * | X | | Andrew Brennan, *Professional Wrestlers Must Realize They Can't Enter The MMA Or The UFC; It's Not A Scripted Fight*, Forbes (Oct. 31, 2016), available at https://www.forbes.com/sites/andrewbrennan/2016/10/31/professional-wrestlers-must-realize-they-cant-enter-the-mma-or-the-ufc-its-not-a-scripted-fight/ |
| PCCX430 | Plaintiffs | * | X | | Andy Samuelson, *Strikeforce CEO Coker Sees Endless Possibilities*, Las Vegas Sun (August 18, 2009), available at https://lasvegassun.com/news/2009/aug/18/strikeforce-ceo-coker-sees-endless-possibilities/ |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX431 | Plaintiffs | * | X | | Anthony C. Krautmann, Peter Von Allmen, and David Berri, *The Underpayment of Restricted Players in North American Sports Leagues*, International Journal of Sport Finance, vol.4, 161-175 (2009) |
| PCCX432 | Plaintiffs | * | X | | Anthony Krautmann, *What's Wrong with Scully-Estimates of a Player's Marginal Revenue Product*, Economic Inquiry 37(2):369-381 (1999) |
| PCCX433 | Plaintiffs | * | X | | Anton Tabuena *White defends UFC pay: Fighters make a lot of money, we're on par with other sports*, Bloody Elbow (June 23, 2016), available at https://www.bloodyelbow.com/2016/6/23/12011036/white-defends-ufc-pay-fightersmake-a-lot-of-money-were-on-par-with |
| PCCX434 | Plaintiffs | * | X | | *Arbitrator's ruling puts baseball in hot corner*, Chicago Tribune (Dec. 25, 1975), available at http://archives.chicagotribune.com/1975/12/25/page/82/article/arbitrators-ruling-putsbaseball-in-hot-corner |
| PCCX436 | Plaintiffs | * | X | | *Average Salary for EPL, NBA, MLB, NFL, NHL, MLS, WNBA, AFL etc…*, BigSoccer.com (Apr. 14, 2006), available at http://www.bigsoccer.com/threads/average-salary-for-epl-nbamlb-nfl-nhl-mls-wnba-afl-etc.339337/ |
| PCCX438 | Plaintiffs | * | X | | Bellator letter to Congress re Ali Act (Testimony of Tracey Lesetar-Smith Bellator MMA), available at http://docs.house.gov/meetings/IF/IF17/20171109/106604/HHRG-115-IF17-20171109-SD011.pdf |
| PCCX439 | Plaintiffs | * | X | | Bill Shaikin, *A look at how Major League Baseball salaries have grown more than 20,000% the last 50 years*, Los Angeles Times (March 28, 2016), available at www.latimes.com/sport/mlb/la-sp-mlb-salaries-chart-20160329-story.html |
| PCCX441 | Plaintiffs | * | X | | Brad R. Humphreys, *Alternative Measures of Competitive Balance in Sports Leagues*, J. Sports Econ. 133-148 (2002) |
| PCCX442 | Plaintiffs | * | X | | Bruce Weber, *Gerald W. Scully, Who Wrote Landmark Baseball Analysis, Dies at 67,* New York Times (June 6, 2009), available at http://www.nytimes.com/2009/06/07/sports/baseball/07scully.html |
| PCCX446 | Plaintiffs | * | X | | Charles Korr, *The End of Baseball as We Knew It: The Players Union, 1960-81* (Urban, Ill: University of Illinois Press, 2002) |
| PCCX447 | Plaintiffs | * | X | | Chris Smith, *UFC Vs. WWE: How Much More Is Real Fighting Worth?*, Forbes (July 12, 2016), available at https://www.forbes.com/sites/chrissmith/2016/07/12/ufc-vs-wwe-how-much-more-is-real-fighting-worth/#1464184050f0 |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX451 | Plaintiffs | * | X | | Damon Martin, *Dana White defends fighter pay: 'In this sport you eat what you kill,'* FOX Sports (Nov. 15, 2016), available at https://www.foxsports.com/ufc/story/dana-white-defends-fighter-pay-in-this-sport-you-eat-what-you-kill-092616 |
| PCCX452 | Plaintiffs | * | X | | Dan Rafael, *Klitschko camp 'surprised' by $23m purse bid*, ESPN UK (Apr. 25, 2013), available at http://en.espn.co.uk/boxing/sport/story/204099.html |
| PCCX453 | Plaintiffs | * | X | | Daniel Sutter & Stephen Winkler, *NCAA Scholarship Limits and Competitive Balance in College Football*, 3 J. Sports Econ. 16 (2003) |
| PCCX454 | Plaintiffs | * | X | | Darren Rovell & Brett Okamoto, *Dana White on $4 billion UFC sale: 'Sport is going to the next level'*, ESPN (July 11, 2016), available at http://www.espn.com/mma/story/_/id/16970360/ufc-sold-unprecedented-4-billion-dana-white-confirms |
| PCCX456 | Plaintiffs | * | X | | David Berri, Michael Leeds & Peter von Allmen, *Salary Determination in the Presence of Fixed Revenues*, International Journal of Sport Finance (10) (2015) |
| PCCX460 | Plaintiffs | * | X | | Declaration of Geen Deetz (Nov. 8, 2016) Case No. 15-cv-3378, Dkt No. 237 (Nov. 9, 2016) |
| PCCX462 | Plaintiffs | * | X | | Defendants' Mot. To Exclude Gene Deetz, Case No. 15-cv-3378, Dkt No. 322 (Jan. 6, 2017) |
| PCCX466 | Plaintiffs | * | X | | DIRECTV Interview with Dana White (undated), at http://www.directv.com/see/landing/pride_interview.html |
| PCCX467 | Plaintiffs | * | X | | *Done deal: UFC owners purchase PRIDE FC*, MMA Mania (Mar. 27, 2007), available at http://www.mmamania.com/2007/03/27/done-deal-ufc-owners-purchase-pride-fc |
| PCCX468 | Plaintiffs | * | X | | Douglas S. Looney, *The Start of a Chain Reaction?*, Sports Illustrated (Feb. 16, 1976), available at https://www.si.com/vault/1976/02/16/558545/the-start-of-a-chain- |
| PCCX469 | Plaintiffs | * | X | | Dusty Christensen, *One of 'baseball's great researchers': Smith professor fields lifetime achievement award*, Daily Hampshire Gazette (March 8, 2018), available at http://www.gazettenet.com/smith-college-economist-wins-baseball-research-award-16052832 |
| PCCX470 | Plaintiffs | * | X | | Edmund Edmonds & William Manz, *Congress and Boxing: A Legislative History 1960-2003* (William S. Hein & Co., Inc., Buffalo, New York, 2005) |
| PCCX473 | Plaintiffs | * | X | | Emily Breza, Supreet Kaur, & Yogita Shamdasani, *The Morale Effects Of Pay Inequality*, Quarterly J. Econ. (2017) |
| PCCX474 | Plaintiffs | * | X | | Eric Cramer & Daniel Berger, *The Superiority of Direct Proof of Monopoly Power and Anticompetitive Effects in Antitrust Cases Involving Delayed Entry of Generic Drugs,* 39 University of San Francisco L. Rev. (2004) |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX476 | Plaintiffs | * | X | | Ethan Finkelstein, *WSOF New PPV Model to Award 50 Percent to Fighters*, Fansided (Sept. 23, 2014), available at https://fansided.com/2014/09/23/wsof-new-ppv-model-award-50-percent-fighters/ |
| PCCX477 | Plaintiffs | * | X | | Excerpts of Deposition of Gene Deetz (Oct. 9, 2016), Case No. 15-cv-3378, Dkt No. 322-3 (Jan. 6, 2017) |
| PCCX478 | Plaintiffs | * | X | | Excerpts of Unredacted Report of Gene Deetz (Sep. 6, 2016), Case No. 15-cv-3378, Dkt No. 322-2 (Jan. 6, 2017) |
| PCCX479 | Plaintiffs | * | X | | Exhibit 35 Part 1, Case No. 15-cv-3378, Dkt No. 237-2 (Nov. 9, 2016) |
| PCCX480 | Plaintiffs | * | X | | Exhibit 35 Part 2, Case No. 15-cv-3378, Dkt No. 237-3 (Nov. 9, 2016) |
| PCCX481 | Plaintiffs | * | X | | Expert Report of Gene Deetz, CPA/ABV, ASA, CFF (Sep. 6, 2016), attached to Declaration of Gene Deetz in Support of Opposition to Defendants' Motions for Summary Judgment, Case No. 15-cv-3378, Dkt No. 327-1 (Nov. 9, 2016) |
| PCCX486 | Plaintiffs | * | X | | *Forbes Releases 19th Annual MLB Team Valuations*, Forbes (March 23, 2016), available at https://www.forbes.com/sites/forbespr/2016/03/23/forbes-releases-19th-annual-mlbteam-valuations/#c132d9620af0 |
| PCCX487 | Plaintiffs | * | X | | Fredrik Anderson, Simon Burgess, & Julia Lane, *Cities, Matching and the Productivity Gains of Agglomeration*, 61(1) Journal of Urban Economics 112-128 (2007) |
| PCCX488 | Plaintiffs | * | X | | Gary Herman, *UFC is no longer interested in Andrei Arlovski*, Five Ounces of Pain (July 30, 2009), available at https://web.archive.org/web/20121115112856/http://www.fiveouncesofpain.com/2009/07/30/ufc-is-no-longer-interested-in-andrei-arlovski/ |
| PCCX492 | Plaintiffs | * | X | | Gerald W. Scully, *Binding Salary Arbitration in Major League Baseball*, 21(3) American Behavioral Scientist 431-450 (1978) |
| PCCX493 | Plaintiffs | * | X | | Gerald W. Scully, The Business of Major League Baseball (University of Chicago Press 1989) |
| PCCX494 | Plaintiffs | * | X | | Gregory S. Crawford, *Cable Regulation in the Internet Era*, in *Economic Regulation and Its Reform: What Have We Learned?* (Nancy L. Rose ed., University of Chicago Press 2014) |
| PCCX496 | Plaintiffs | * | X | | Harold Seymour, *Baseball: The Early Years* (New York: Oxford University Press, 1960) |
| PCCX497 | Plaintiffs | * | X | | Henry J. Raimondo, *Free Agent's Impact on the Labor Market for Baseball Players*, 4(2) Journal of Labor Research 183-93 (1983) |
| PCCX499 | Plaintiffs | * | X | | Iain Kidd, *Titan FC Owner Jeff Aronson talks unique bonus structure & contracts*, Bloody Elbow (February 24, 2014), available at https://www.bloodyelbow.com/2014/2/24/5442930/titan-fc-owner-jeff-aronson-Titan-FC-27-Gurgel-Riddle-Ricci |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX501 | Plaintiffs | * | X | | Ira Horowitz, *Sports Broadcasting*, in *Government and the Sports Business*, 275-323 (Roger G. Noll ed., Brookings Institution, 1974) |
| PCCX502 | Plaintiffs | * | X | | James B. Dworkin, *Owners Versus Players: Baseball and Collective Bargaining* (Boston, Mass: Auburn House, 1981) |
| PCCX503 | Plaintiffs | * | X | | James Cassing & Richard W. Douglas, *Implications of the Auction Mechanism in Baseball's Free Agent Draft*, 47(1) Southern Economic Journal 110-121 (1980) |
| PCCX504 | Plaintiffs | * | X | | James Edwards, *ONE Championship and UFC is the story of East and West in the MMA market*, Independent (April 19, 2016), available at https://www.independent.co.uk/sport/general/mma/one-championship-and-ufc-is-the-story-of-east-and-west-in-the-mma-market-a6990646.html |
| PCCX505 | Plaintiffs | * | X | | James Goyder, *ONE Championship Receives From Multibillion Dollar Fund*, MMA Weekly (July 13, 2016), available at https://www.mmaweekly.com/one-championship-receives-major-funding-boost-from-multibillion-dollar-fund |
| PCCX506 | Plaintiffs | * | X | | James Monks, *Revenue Shares and Monopsonistic Behavior in Intercollegiate Athletics*, Cornell Higher Education Research Institute Working Paper 155 (September 2013), available at https://www.ilr.cornell.edu/sites/ilr.cornell.edu/files/WP155.pdf |
| PCCX507 | Plaintiffs | * | X | | James Quirk & Rodney D. Fort, *Hard Ball: The Abuse of Power in Pro Team Sports* (Princeton University Press 1999). |
| PCCX508 | Plaintiffs | * | X | | James Quirk & Rodney D. Fort, *Pay Dirt: The Business of Professional Team Sports* (Princeton University Press 1992). |
| PCCX509 | Plaintiffs | * | X | | James R. Hill & William Spellman, *Professional Baseball: The Reserve Clause and Salary Structure*, 22(1) Industrial Relations 1-19 (1983) |
| PCCX510 | Plaintiffs | * | X | | James Surowiecki, *Hollywood's Star System, At a Cubicle Near You*, The New Yorker (May 28, 2001), available at http://www.newyorker.com/magazine/2001/05/28/hollywoods-starsystem-at-a-cubicle-near-you |
| PCCX511 | Plaintiffs | * | X | | Jason Gay, *Mayweather and McGregor's Mindless Summer Fight*, Wall Street Journal (June 15, 2017), available at https://www.wsj.com/articles/mayweather-and-mcgregors-mindless-summer-fight-1497535595 |
| PCCX512 | Plaintiffs | * | X | | Jeffery B. Same, *Comment: Breaking the Chokehold: An Analysis of Potential Defenses Against Coercive Contracts in Mixed Martial Arts*, 2012 Mich. St. L. Rev. 1057 (2012) |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX513 | Plaintiffs | * | X | | Jeffrey Thaler, *Breaking Down the Match-Up: UFC vs. IFL*, Sherdog (Mar. 2, 2006), available at http://www.sherdog.com/news/articles/Breaking-Down-the-MatchUp-UFC |
| PCCX514 | Plaintiffs | * | X | | Jeremiah Douglas Johnson, *Predicting Outcomes Of Mixed Martial Arts Fights With Novel Fight Variables*, Thesis Submitted to the Graduate Faculty of the University of Georgia in Partial Fulfillment of the Requirements for the Degree Master Of Science (2012), available at https://getd.libs.uga.edu/pdfs/johnson_jeremiah_d_201208_ms.pdf |
| PCCX515 | Plaintiffs | * | X | | Jesse Baker & Matthew Thomson, *The Ultimate Fighting Championships (UFC): The Evolution of a Sport*, Cases in Marketing Management 115 (Kenneth E. Clow & Donald Baack, eds. 2012) |
| PCCX516 | Plaintiffs | * | X | | Jesse Holland, *Bob Arum fires back at Dana White: 'UFC fighters get paid nothing'*, MMA Mania (Sept. 23, 2011), available at http://www.mmamania.com/2011/9/23/2444228/bobarum-fires-back-at-dana-white-ufc-fighters-get-paid-nothing |
| PCCX517 | Plaintiffs | * | X | | Jesse Holland, *Lorenzo Fertitta: UFC will generate record-high $600 million revenue for 2015*, MMA Mania (Dec. 28, 2015), available at http://www.mmamania.com/2015/12/28/10675158/lorenzo-fertitta-ufc-will-generate-record-high-600-million-revenue-2015-mma |
| PCCX518 | Plaintiffs | * | X | | Jim Edwards, *Scott Coker Talks Bellator Going to Ireland, Poland, Brazil, KSW and ACB*, Champions.co (May 18, 2017), available at https://champions.co/p/scott-coker-talks-bellator-ireland-poland-brazil-ksw-acb/4272912 |
| PCCX519 | Plaintiffs | * | X | | John Barr and Josh Gross, *UFC fighters say low pay simply brutal*, ESPN (Jan. 15, 2012), available at http://www.espn.com/espn/otl/story/_/page/UFCpay/ufc-fighters-say-lowpay-most-painful-hit-all |
| PCCX520 | Plaintiffs | * | X | | John Charles Bradbury, *What is Right with Scully Estimates of a Player's Marginal Revenue Product*, 14(1) Journal of Sports Economics 87 (2013) |
| PCCX521 | Plaintiffs | * | X | | John Cholish: *'90% Including Some Top Tier Fighters' Unhappy With UFC Pay, Full Contact Fighter*, Full Contact Fighter (May 31, 2013), available at http://fcfighter.com/post/john-cholish-says-90-including-some-top-tier-fighters-unhappy-with-ufc-pay |
| PCCX523 | Plaintiffs | * | X | | John M. Connor, *Forensic Economics: An Introduction with a Special Emphasis on Price Fixing*, 4(1) Journal of Competition Law and Economics 31 (2007) |
| PCCX524 | Plaintiffs | * | X | | John McCain and Ken Nahigian, *Symposium Sports and the Law: A Fighting Chance for Professional Boxing*, 15 Stan. L. & Pol'y Rev. 7 (2004) |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX525 | Plaintiffs | * | X | | John Morgan, *Dana White stands by "pay for rankings" claim, says UFC is the NFL of MMA*, MMA Junkie (June 14, 2010), available at http://mmajunkie.com/2010/06/dana-white-stands-by-pay-for-rankings-claim-says-ufc-is-the-nfl-of-mixed-martial-arts |
| PCCX526 | Plaintiffs | * | X | | John Morgan, *Justin Gaethje on new UFC deal: "Now I get a chance to prove I'm the best in the world."* MMA Junkie (May 5, 2017), available at https://mmajunkie.com/2017/05/justin-gaethje-ufc-i-get-a-chance-to-prove-im-the-best-in-the-world |
| PCCX527 | Plaintiffs | * | X | | John Morgan, *Strikeforce CEO Scott Coker Predicts Dream Co-Promotion in Relatively Short Time*, MMA Junkie (Aug. 17, 2009), available at http://mmajunkie.com/2009/08/strikeforce-ceo-scott-coker-predicts-dream-co-promotion-in-relatively-short-time |
| PCCX528 | Plaintiffs | * | X | | John Nash, *Why do boxers make more than MMA fighters?*, Bloody Elbow (Aug. 23, 2016), available at https://www.bloodyelbow.com/2016/8/23/12512178/why-do-boxers-make-more-than-mma-fighters |
| PCCX529 | Plaintiffs | * | X | | John S. Nash Twitter post (July 10, 2017), available at https://twitter.com/heynottheface/status/884511218207084544 |
| PCCX530 | Plaintiffs | * | X | | John Vrooman, *The Economic Structure of the NFL* in The Economics Of The National Football League: The State Of The Art, 7 Sports Economics, Management And Policy 22 (K.G. Quinn ed., Springer 2012) |
| PCCX531 | Plaintiffs | * | X | | John Vrooman, *Theory of the Perfect Game: Competitive Balance in Monopoly Sports Leagues*, 34 Review of Industrial Organization 5 (2009) |
| PCCX532 | Plaintiffs | * | X | | Johnathan Baker, *Beyond Schumpeter vs. Arrow: How Antitrust Fosters Innovation*, 74 Antitrust L.J. 575-602 (2007) |
| PCCX533 | Plaintiffs | * | X | | Jon Show, *Strikeforce builds a following in the shadows of the UFC*, Sports Business Journal (October 12, 2009), at http://sportsbusinessdaily.com/Journal/Issues/2009/10/20091012/SBJ-In-Depth/Strikeforce-Builds-A-Following-In-The-Shadows-Of-The- |
| PCCX535 | Plaintiffs | * | X | | Jonathan Snowden, *Disastrous debut costs IFL millions: The history of MMA on television, Part 2*, Bleacher Report (Dec. 12, 2012), available at http://bleacherreport.com/articles/1442316-disastrous-debut-costs-ifl-millions-the-history-of-mma-on-television-part-2 |
| PCCX536 | Plaintiffs | * | X | | Jonathan Snowden, *UFC 118 Preview: Dana White Brings Back the Zuffa Myth for an Ignorant Boston Press*, Bloody Elbow (August 26, 2010), at https://www.bloodyelbow.com/2010/8/26/1651748/ufc-118-preview-dana-white-brings |
| PCCX537 | Plaintiffs | * | X | | Josh Gross, *Cuban sees bright future for MMA*, ESPN, (Sept. 13, 2007), available at http://www.espn.com/extra/mma/news/story?id=3017701 |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX538 | Plaintiffs | * | X | | Josh Gross, *Lappen Sues WFA for Breach of Contract*, Sherdog, (Dec. 7, 2006), available at http://www.sherdog.com/news/articles/Lappen-Sues-WFA-for-Breach-of-Contract-6308 |
| PCCX540 | Plaintiffs | * | X | | Ken Pishna & Ivan Trembow, *UFC Buying World Extreme Cagefighting*, MMAWeekly (Dec. 11, 2006), available at https://web.archive.org/web/20070929111019/http://www.mmaweekly.com/absolutenm/templates/dailynews.asp?articleid=3053&zoneid=13 |
| PCCX546 | Plaintiffs | * | X | | Kevin Iole, *In cutting Jake Shields, UFC takes a page out of NFL's playbook*, Yahoo Sports (Apr. 7, 2014), available at https://sports.yahoo.com/news/in-cutting-jake-shields--ufc-takes-a-page-out-of-nfl-s-playbook-203152661-mma.html |
| PCCX548 | Plaintiffs | * | X | | Kevin Yam, *Salary of a Hockey Player*, The Physics Factbook (2005), available at https://hypertextbook.com/facts/2005/KevinYam.shtml |
| PCCX549 | Plaintiffs | * | X | | Lawrence M. Kahn, *The Sports Business as a Labor Market Laboratory*, 14 Journal of Economic Perspectives 81 (2000) |
| PCCX550 | Plaintiffs | * | X | | Leandro Arozamena & Federico Weinschelbaum, *A note on the suboptimality of right-of-first-refusal clauses*, 4(24) Economics Bulletin 1-5 (2006) |
| PCCX552 | Plaintiffs | * | X | | Letter to CBS News by Nick Lembo, New Jersey Deputy Attorney General and the Counsel to the New Jersey State Athletic Control Board (Dec.r 15, 2006), available at http://www.mmaweekly.com/new-jersey-commission-corrects-60-minutes-story-2 |
| PCCX558 | Plaintiffs | * | X | | Luke Thomas, *Scott Coker on UFC-Reebok sponsorship program: Bellator's 'phone's been ringing'*, MMA Fighting (May 11, 2005), available at http://www.mmafighting.com/2015/5/11/8581653/scott-coker-on-ufc-reebok-sponsorship-program-bellators-phones-been |
| PCCX559 | Plaintiffs | * | X | | M.L. Freedman, *Preference-based Sorting and Matching in Industrial Clusters* (Cornell University 2009) |
| PCCX560 | Plaintiffs | * | X | | Marcel Kahan, Shmuel Leshem & Rangarajan Sundaram, *On First-Purchase Rights: Rights of First Refusal and Rights of First Offer*, 14 American L. & Econ. Rev. (2012). |
| PCCX562 | Plaintiffs | * | X | | Matt Erickson, *Wanderlei Silva lashes out at UFC in video announcing retirement from MMA*, MMA Junkie (Sept. 19, 2014), available at http://mmajunkie.com/2014/09/wanderlei-silva-lashes-out-at-ufc-in-video-announcing-retirement-from-mma |
| PCCX564 | Plaintiffs | * | X | | Matt Marx, Deborah Strumsky Strumsky & Lee Fleming, *Noncompetes and Inventor Mobility: Specialists, Stars, and the Michigan Experiment*, Management Science, April 2009 |
| PCCX565 | Plaintiffs | * | X | | Matthew Miller, *Ultimate Cash Machine*, Forbes (Apr. 17, 2008), available at https://www.forbes.com/forbes/2008/0505/080.html |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX566 | Plaintiffs | * | X | | Matthew Rognlie, *Deciphering the Fall and Rise in the Net Capital Share: Accumulation or Scarcity?*, Brookings Papers on Economic Activity, 1-69 (2015) |
| PCCX567 | Plaintiffs | * | X | | Michael Leeds, Peter Von Allmen & Victor Matheson, *The Economics of Sports* (Routledge 5th ed. 2016) |
| PCCX568 | Plaintiffs | * | X | | Michael Woods, *UFC struggles to shake outlaw nature*, ESPN (May 12, 2009), available at |
| PCCX569 | Plaintiffs | * | X | | Mike Bohn, *Bellator's Joe Schilling signs with GLORY, plans kickboxing and MMA in 2015*, MMA Junkie (Jan. 7, 2015), available at http://mmajunkie.com/2015/01/bellators-joe-schilling-signs-with-glory-plans-kickboxing-and-mma-in-2015 |
| PCCX570 | Plaintiffs | * | X | | Mike Bohn, *UFC President Dana White: If you're not a 'big pay-per-view star, shut up and fight,*' MMAJunkie (March 4, 2017), available at http://mmajunkie.com/2017/03/ufc-president-dana-white-if-youre-not-a-big-pay-per-view-star-shut-up-and-fight |
| PCCX571 | Plaintiffs | * | X | | Mike Chiappetta, *'The Grass Is Greener': UFC-to-Bellator Signees Speak Out*, Bleacher Report (April 5, 2016), available at http://bleacherreport.com/articles/2630256-the-grass-is-greener-ufc-to-bellator-signees-speak-out |
| PCCX572 | Plaintiffs | * | X | | Mike Fagan, *The Week in Quotes: December 27th-January 2nd*, Bloody Elbow (Jan. 3, 2009), available at https://www.bloodyelbow.com/2009/1/3/708095/the-week-in-quotes-decembe |
| PCCX573 | Plaintiffs | * | X | | Mike Kappell, *Payroll Blog: Payroll Training, Tips, and News*, Patriot Software (Dec. 14, 2015), available at: https://www.patriotsoftware.com/payroll/training/blog/what-is-internal- |
| PCCX574 | Plaintiffs | * | X | | Mike Whitman, *Strikeforce Challengers 20 Draws 143,000 Viewers on Showtime*, Sherdog (Nov. 22, 2011), available at http://www.sherdog.com/news/news/Strikeforce-Challengers-20-Draws-143000-Viewers-on-Showtime-37424 |
| PCCX576 | Plaintiffs | * | X | | MMA Junkie Staff, *Legacy FC and RFA merge to create new Legacy Fighting Alliance promotion*, MMA Junkie (Sept. 19, 2016), available at http://mmajunkie.com/2016/09/legacy-fc-and-rfa-merge-to-create-new-legacy-fighting-alliance-promotion |
| PCCX579 | Plaintiffs | * | X | | MMAWeekly.com Staff, *UFC 138 TV Ratings Match Past Tape Delays*, MMA Weekly (Nov. 8, 2011), available at http://www.mmaweekly.com/ufc-138-tv-ratings-match-past-tape-delays |
| PCCX580 | Plaintiffs | * | X | | Mohamed El-Hodiri & James Quirk, *An Economic Model of a Professional Sports League*, 79 J. Pol. Econ. 1302 (1971) |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX581 | Plaintiffs | * | X | | Moody's Investors Service, *Announcement: Moody's Changed Zuffa LLC's (d/b/a Ultimate Fighting Championship or UFC) Rating Outlook to Positive from Stable*, (December 1, 2010), available at https://www.moodys.com/research/Moodys-Changed-Zuffa-LLCs-dba-Ultimate-Fighting-Championship-or-UFC--PR_210184 |
| PCCX582 | Plaintiffs | * | X | | Mookie Alexander, *Six takeaways from Floyd Mayweather vs. Conor McGregor*, Bloody Elbow (Aug. 27, 2017), avilable at https://www.bloodyelbow.com/2017/8/27/16211240/editorial-six-takeaways-floyd-mayweather-vs-conor-mcgregor-boxing-ufc-ppv-mma |
| PCCX583 | Plaintiffs | * | X | | Mookie Alexander, *Spike Executive: Bellator NYC was the 'first of many' PPV events we'll be running*, Bloody Elbow (June 25, 2017), available at https://www.bloodyelbow.com/2017/6/25/15870964/spike-executive-bellator-nyc-the-first-of-many-ppv-events-running-mma-news |
| PCCX586 | Plaintiffs | * | X | | Nate Wilcox, *More Details Emerge on UFC Acquisition of Strikeforce*, Bloody Elbow (Mar. 13, 2011), available at http://www.bloodyelbow.com/2011/3/13/2047456/ufc-strikeforce-acquisition-more-details-emerge |
| PCCX589 | Plaintiffs | * | X | | Nick Baldwin, *CEO Victor Cui explains why Conor McGregor isn't suitable for ONE Championship*, Bloody Elbow (May 22, 2017), available at http://www.bloodyelbow.com/2017/5/22/15677574/ceo-victor-cui-explains-why-conor-mcgregor-isnt-suitable-for-one-championship-mma-ufc-news |
| PCCX590 | Plaintiffs | * | X | | Nick Thomas, *Strikeforce open to Bellator co-promotion, Gilbert Melendez vs. Eddie Alvarez: A potential fight*, Bloody Elbow (May 17, 2010), at https://www.bloodyelbow.com/2010/5/17/1476096/strikeforce-open-to-bellator-co |
| PCCX591 | Plaintiffs | * | X | | Noah Kirsch, *Exclusive: Billionare Fertitta Brothers Sell Remaining UFC Stakes at $5 Billion Valuation*, Forbes (Sept. 7, 2017), available at https://www.forbes.com/sites/noahkirsch/2017/09/07/exclusive-billionaire-fertitta-brothers-sell-remaining-ufc-stakes-at-5-billion-valuation/#71960a604d69 |
| PCCX592 | Plaintiffs | * | X | | Omri Ben-Shahar, *California Got It Right: Ban the Non-Compete Agreements*, Forbes (October 27, 2016), available at https://www.forbes.com/sites/omribenshahar/2016/10/27/california-got-it-right-ban-the-non-compete-agreements/#473d29cc3538 |
| PCCX593 | Plaintiffs | * | X | | *Owners Say Reserve Clause Reason They Invested in Baseball*, Chicago Tribune (June 4, 1970), available at http://archives.chicagotribune.com/1970/06/04/page/98/article/ownerssay-reserve-clause-reason-they-invested-in-baseball |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX594 | Plaintiffs | * | X | | *Pat Miletich's Statement in UFC-IFL Case*, MMA Weekly (June 17, 2006), available at http://www.mmaweekly.com/pat-miletichs-statement-in-ufc-ifl-case |
| PCCX596 | Plaintiffs | * | X | | Paul Dollery, *An Olympic gold medallist, 'King Mo' and a big night in Dublin for Irish MMA*, The 42 (Dec. 16, 2016), available at http://www.the42.ie/bellator-169-bamma-27-preview-3141650-Dec2016/ |
| PCCX597 | Plaintiffs | * | X | | Paul Gift, *Performance Evaluation and Favoritism: Evidence from Mixed Martial Arts*, Pepperdine University Working Paper (2014) |
| PCCX598 | Plaintiffs | * | X | | Paul M. Sommers & Noel Quinton, *Pay and Performance in Major League Baseball: The Case of the First Family of Free Agents*, 17(3) The Journal of Human Resources 426-436 (1982) |
| PCCX602 | Plaintiffs | * | X | | Paul Weiler, *Leveling the Playing Field: How the Law Can Make Sports Better for Fans* (2000) |
| PCCX603 | Plaintiffs | * | X | | Peter Carroll, *ACB confirms cancellation of three events due to 'organizational and financial problems*, MMAFighting.com (July 30, 2018), available at https://www.mmafighting.com/2018/7/30/17629554/acb-confirms-cancellation-of-three-events-due-to-organizational-and-financial-problems |
| PCCX609 | Plaintiffs | * | X | | *ProElite and DREAM form new promotional partnership and fighter exchange program*, MMA Mania (Jan. 18, 2012), available at https://www.mmamania.com/2012/1/18/2715790/proelite-dream-co-promotion-partnership-ufc |
| PCCX611 | Plaintiffs | * | X | | Redacted Expert Report of Gene Deetz (Sep. 6, 2016) Case No. 15-cv-3378, Dkt No. 237-1 (Nov. 9, 2016) |
| PCCX612 | Plaintiffs | * | X | | *Report: Affliction MMA folds, will now be allowed to sponsor UFC and its fighters*, MMA Mania (July 24, 2009), available at https://www.mmamania.com/2009/07/24/report-affliction-folds-will-now-sponsor-ufc |
| PCCX613 | Plaintiffs | * | X | | Richard E. Bartok, *NFL Free Agency Restrictions Under Antitrust Attack*, 41 Duke L.J. 503 (1991) |
| PCCX614 | Plaintiffs | * | X | | Richard Mann, *Ranking Points for Highest Ranked Fighter by Promotion*, FightMatrix (Aug. 3, 2016), available at http://www.fightmatrix.com/2016/08/03/ranking-points-for-highest-ranked-fighter-by-promotion/ |
| PCCX615 | Plaintiffs | * | X | | Rick Smith, *Here's Why Hollywood Should Kiss the Handshake Deal Goodbye*, Note. 23 Loy. L.A. Ent. L. Rev. 503 (2003) |
| PCCX616 | Plaintiffs | * | X | | Riley Kontek, *4 Reasons MMA Fans Should Pay Attention to One FC*, Bleacher Report (May 30, 2013), available at https://bleacherreport.com/articles/1656276-4-reasons-mma-fans-should-pay-attention-to-one-fc#slide0 |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX617 | Plaintiffs | * | X | | Robert J. Szczerba, *Mixed Martial Arts and the Evolution of John McCain,* Forbes (Apr. 3, 2014), available at http://www.forbes.com/sites/robertszczerba/2014/04/03/mixed-martial-arts-and-the-evolution-of-john-mccain/#27d42ac91a3b |
| PCCX620 | Plaintiffs | * | X | | Rodney D. Fort & Roger G. Noll, *Pay and Performance in Baseball: Modeling Regulars, Reserves and Expansion*, California Institute of Technology Social Science Working Paper 527 (May 1984), available at https://authors.library.caltech.edu/81597/1/sswp527.pdf |
| PCCX621 | Plaintiffs | * | X | | Rodney D. Fort, *Sports Economics* (Prentice Hall 3rd ed. 2011) |
| PCCX622 | Plaintiffs | * | X | | *Rodney Fort's Sports Economics*, available at https://sites.google.com/site/rodswebpages/codes |
| PCCX628 | Plaintiffs | * | X | | Roger G. Noll, *Attendance and Price Setting*, in *Government and the Sports Business* 115-157 (Roger G. Noll ed., Brookings Institution 1974) |
| PCCX629 | Plaintiffs | * | X | | Roger G. Noll, *Professional Basketball: Economic and Business Perspectives*, in *The Business of Professional Sports* (Paul D. Staudohar & James A. Mangan eds., 1991) |
| PCCX630 | Plaintiffs | * | X | | Roger Noll, *Buyer Power and Economic Policy*, 72 Antitrust L.J. 615-616 (2005). |
| PCCX631 | Plaintiffs | * | X | | Roger Noll, *The Economics of Baseball Contraction*, 4 J. Sports Econ. 383 (2003) |
| PCCX632 | Plaintiffs | * | X | | Ronald J. Gilson, *The Legal Infrastructure of High Technology Industrial Districts: Silicon Valley, Route 128, and Covenants Not To Compete*, 74 New York Univ. L. R. 575 (Jun. 1999) |
| PCCX633 | Plaintiffs | * | X | | Ryan Hockensmith, *White not worried about the competition*, ESPN (July 31, 2007), available at http://www.espn.com/extra/mma/news/story?id=2928261 |
| PCCX636 | Plaintiffs | * | X | | Sampsa Samila & Olav Sorenson, *Noncompete Covenants: Incentives to Innovate or Impediments to Growth,* 57 Management Science 3 (March 2011) |
| PCCX637 | Plaintiffs | * | X | | Sbardellati Declaration, Case No. 15-cv-3378, Dkt No. 322-3 (Jan. 6, 2017) |
| PCCX638 | Plaintiffs | * | X | | *Scott Coker Talks Co-Promotion and Negotiations with Fedor, But is Conspicuously Mum About CBS Negotiations*, Cage Potato (Sept. 8, 2015), available at https://web.archive.org/web/20150908181338/http://www.cagepotato.com/scott-coker-talks-co-promotion-and-negotiations-fedor-conspicuously-mum-about-cbs-negotiations/ |
| PCCX639 | Plaintiffs | * | X | | Shaun Al-Shatti, *ONE Championship's Victor Cui: 'We've gotten a lot of interest' since UFC-Reebok deal*, MMA Fighting (May 21, 2015), available at https://www.mmafighting.com/2015/5/21/8632159/one-championship-s-victor-cui-we-ve-gotten-a-lot-of-interest-since |

*Le et al. v. Zuffa* , No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX640 | Plaintiffs | * | X | | Shaun Al-Shatti, *Scott Coker: Paul Daley vs. Michael Page planned for early 2018, 'MVP' to box in interim,* MMA Fighting (July 4, 2017), available at https://www.mmafighting.com/2017/7/4/15882564/scott-coker-paul-daley-vs-michael-page-planned-for-early-2018-mvp-to-box-in-interim |
| PCCX641 | Plaintiffs | * | X | | Shaun Al-Shatti, *Where in the world has Ben Askren been? Well, it's complicated...* , MMA Fighting (April 28, 2017), available at https://www.mmafighting.com/2017/4/28/15457314/where-in-the-world-has-ben-askren-been-well-its-complicated |
| PCCX642 | Plaintiffs | * | X | | Sherdog.com Staff, *Dream, One FC Form Alliance, Plan March 31 Co-Promotion* , Sherdog (Nov. 28, 2011), available at http://www.sherdog.com/news/news/Dream-One-FC-Form-Alliance-Plan-March-31-CoPromotion-37500 |
| PCCX643 | Plaintiffs | * | X | | SI Wire, *Von Miller won't sign franchise tag: 'It's a league-wide problem'* , Sports Illustrated (July 12, 2016), available at https://www.si.com/nfl/2016/07/12/von-miller-denver-broncos-franchise-tag-league-wide-problem |
| PCCX644 | Plaintiffs | * | X | | Simcha Barkai, *Declining Labor and Capital Shares* (U. of Chicago, New Working Paper Series No. 2, 2016), available at https://research.chicagobooth.edu/~/media/5872fbeb104245909b8f0ae8a84486c9.pdf |
| PCCX645 | Plaintiffs | * | X | | Simon Rottenberg, *The Baseball Players' Labor Market* , 64(3) J. Pol. Econ. 242-258 (1956) |
| PCCX646 | Plaintiffs | * | X | | Statement of Patrick English, Hearing Before the Committee on Commerce, Science, and Transportation, U.S. Senate, 105th Cong. 2nd Sess., Business Practices in the Professional Boxing Industry (March 24, 1998) |
| PCCX648 | Plaintiffs | * | X | | Steve Juon, *Justin Gaethje tests free agency, but WSOF still holds matching rights* , MMA Mania (Mar. 30, 2017), available at https://www.mmamania.com/2017/3/30/15115160/justin-gaethje-tests-free-agency-but-wsof-still-holds-matching-rights |
| PCCX649 | Plaintiffs | * | X | | Steve Sievert, *Strikeforce to be flagship promotion in upcoming 'EA Sports MMA' videogame* , MMAJunkie.com (Nov. 6, 2009), available at https://web.archive.org/web/20091109023530/http://mmajunkie.com/news/16763/strikeforce-to-be-flagship-promotion-in-ea-sports-mma-videogame.mma |
| PCCX650 | Plaintiffs | * | X | | Steven A. Riess, *Sports in America from Colonial Times to the Twenty-First Century* (2011) |
| PCCX651 | Plaintiffs | * | X | | Steven C. Salop, *The Flawed Incremental Price-Cost Test* , 81 Antitrust L.J. 371 (2017) |

Page 15 of 17

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX652 | Plaintiffs | * | X | | Steven C. Salop, *The Raising Rivals' Cost Foreclosure Paradigm, Conditional Pricing Practices and the Flawed Incremental Price-Cost Test*, 81 Antitrust L.J. 371 (2017) |
| PCCX653 | Plaintiffs | * | X | | Steven Marrocco, *Andrei Arlovski released from WSOF, signs with UFC for targeted bout with Schaub*, MMAJunkie (Apr. 24, 2014), available at http://mmajunkie.com/2014/04/andre-arlovski-released-from-wsof-signs-with-ufc-for-targeted-bout-with-brendan-schaub |
| PCCX654 | Plaintiffs | * | X | | Steven Marrocco, *Showtime: Floyd Mayweather vs. Conor McGregor did 4.3 million PPV buys in North America*, MMA Junkie (Dec. 14, 2017), available at http://mmajunkie.com/2017/12/showtime-floyd-mayweather-vs-conor-mcgregor-pay-perview-buys-north-america |
| PCCX659 | Plaintiffs | * | X | | Suresh Naidu, *Recruitment Restrictions and Labor Markets: Evidence from the Post-Bellum US South*, Journal of Labor Economics (2010) |
| PCCX660 | Plaintiffs | * | X | | Sushil Bikhchandani, Steven Lippman, & Reade Ryan, *On the Right of First Refusal* 5(1) Advances in Theoretical Econ. (2005) |
| PCCX661 | Plaintiffs | * | X | | Teddy Montemayor & John Bieschke, *How the UFC and Reebok Changed the Sponsorship Landscape in MMA*, MMA Newsline (Jan. 9, 2017), available at http://www.mmanewsline.com/how-ufc-and-reebok-changed-sponsorship-landscape-in-mma/ |
| PCCX662 | Plaintiffs | * | X | | Thane N. Rosenbaum, *The Antitrust Implications of Professional Sports Leagues Revisited: Emerging Trends in the Modern Era*, 41 U. Miami L. Rev. 729 (1987) |
| PCCX665 | Plaintiffs | * | X | | To amend the Professional Boxing Safety Act of 1996 to include fighters of combat sports in the safety provisions of such Act: Hearing on H. R. 44 Before the House Energy and Commerce Subcomm. on Commerce, Manufacturing, and Trade, 115th Cong. (2017), available at http://docs.house.gov/meetings/IF/IF17/20171109/106604/HHRG-115-IF17-20171109-SD011.pdf |
| PCCX666 | Plaintiffs | * | X | | Tom Ngo, *IFL: Going, Going…Gone! UFC Here We Come?*, 5th Round (July 25, 2008), available at https://web.archive.org/web/20091201045527/http://www.5thround.com/07252008/news/1293/ifl-going-goinggone/ |
| PCCX667 | Plaintiffs | * | X | | Tommy Rojas, *Dana White UFC President Interview*, Primetime Fighters (2001), available at http://www.primetimefighters.net/interview2.htm |

*Le et al. v. Zuffa*, No. 2:15-cv-01045-RFB-(PAL)
List of Zuffa's Hearsay Objections to Plaintiffs' Exhibits

| Exhibit Number | Party Listing Exhibit | Chamber Stars | Hearsay Objection | Bates Number | Document Description (for non-Bates Numbered Documents) |
|---|---|---|---|---|---|
| PCCX668 | Plaintiffs | * | X | | Tony Mogan, *ONE Championship: Asia's MMA powerhouse plays up its differences to UFC in battle for supremacy*, International Business Times (Jan. 21, 2017), available at https://www.ibtimes.co.uk/one-championship-asias-mma-powerhouse-plays-its-differences-ufc-battle-supremacy- |
| PCCX669 | Plaintiffs | * | X | | Trent Reinsmith, *UFC's Dana White Says Floyd Mayweather-Conor McGregor Boxing Match Sold 6.7 Million PPVs*, Forbes (Oct. 25, 2017), available at https://www.forbes.com/sites/trentreinsmith/2017/10/25/ufc-president-dana-white-says-floyd-mayweather-vs-conor-mcgregor-boxing-match-sold-6-7-million-ppvs/ |
| PCCX670 | Plaintiffs | * | X | | Trevor Collier, Andrew Johnson & John Ruggiero, *Aggression in Mixed Martial Arts: An Analysis of the Likelihood of Winning a Decision*, in 4 Violence and Aggression in Sporting Contests, Sports Economics, Management and Policy Series, 97-109 (Springer 2011) |
| PCCX671 | Plaintiffs | * | X | | *Two-division WSOF champ David Branch relinquishes titles, heads to free agency*, MMA Junkie (Feb. 6, 2017), available at https://mmajunkie.com/2017/02/two-division-wsof-champ-david-branch-relinquishes-titles-heads-to-free-agency |
| PCCX677 | Plaintiffs | * | X | | *UFC 91 replay on Spike TV peaks with 3.3 million viewers*, MMA Mania (Jan. 27, 2009), available at https://www.mmamania.com/2009/01/27/ufc-91-replay-on-spike-tv-peeks-with-33-million-viewers |
| PCCX680 | Plaintiffs | * | X | | *UFC on Fuel TV 7 post-fight media scrum* (Feb. 2013), available at https://youtu.be/y0NTilTqn2w?t=12m9s |
| PCCX682 | Plaintiffs | * | X | | *Viacom buys Bellator, plans 2013 start on Spike*, USA Today (Oct. 26, 2011), available at https://usatoday30.usatoday.com/sports/mma/post/2011 10-26/viacom-buys-bellator-plans-2013-start-on-spike/558003/1 |
| PCCX685 | Plaintiffs | * | X | | William M. Boal & Michael R. Ransom, *Monopsony in the Labor Market*, Journal of Economic Literature (1997). |
| PCCX687 | Plaintiffs | * | X | | Xavier Gabaix & David Laibson, *Shrouded Attributes, Consumer Myopia, and Information Suppression in Competitive Markets*, 121 Quarterly Journal of Economics 505-540 (2006) |
| PCCX688 | Plaintiffs | * | X | | Zach Arnold, *PRIDE office in Tokyo shut down, all workers fired*, Fight Opinion (Oct. 4, 2007), available at http://www.fightopinion.com/2007/10/04/pride-office-in-tokyo-shut-down-all-workers-fired/ |