# EXHIBIT 3

## GBP000001

# (Filed Under Seal)