# EXHIBIT 4

## GBP000002

# (Filed Under Seal)