# EXHIBIT 9

**Exhibit 35 Part 1, Case No. 15-cv-3378, Dkt. No. 237-2 (Nov. 9, 2016) (redacted version of an exhibit to Golden Boy's summary judgment filing including a list of bouts from various boxing events)**

# EXHIBIT 35
# PART 1

REDACTED Version of Document Filed Under Seal
Pursuant to Court Order Dated October 28, 2016 (Docket No. 141)
and Pending Court Order



**Golden Boy's Summary Judgment Exhibit No. 35**
-66-

HIGHLY CONFIDENTIAL

GBP008103

**Golden Boy's Summary Judgment Exhibit No. 35**
-67-

HIGHLY CONFIDENTIAL

GBP008104



**Golden Boy's Summary Judgment Exhibit No. 35**

HIGHLY CONFIDENTIAL
GBP008105

**Golden Boy's Summary Judgment Exhibit No. 35**

HIGHLY CONFIDENTIAL

GBP008106



**Golden Boy's Summary Judgment Exhibit No. 35**

HIGHLY CONFIDENTIAL
GBP008107

**Golden Boy's Summary Judgment Exhibit No. 35**

HIGHLY CONFIDENTIAL

GBP008108



**BLUE CORNER**                                                        **RED CORNER**

### MAIN EVENT - WBC HEAVYWEIGHT TITLE - 12 ROUNDS
Bermane STIVERNE                          vs.                          Deontay WILDER
Las Vegas, NV                                                          Tuscaloosa, AL
24-1-1 (21 KOs)                                                        32-0 (32 KOs)
Weight: 239 lbs.                                                       Weight: 219 lbs.

### WBC SUPER BANTAMWEIGHT TITLE - 12 ROUNDS
Leo SANTA CRUZ                            vs.                          Jesus RUIZ
Los Angeles, CA                                                       Nogales, MEX
28-0-1 (16 KOs)                                                       32-5-5 (21 KOs)
Weight: 121.5 lbs.                                                    Weight: 122 lbs.

### WBC CONTINENTAL AMERICAS SUPER LIGHTWEIGHT TITLE - 10 ROUNDS
Amir IMAM                                 vs.                          Fidel MALDONADO JR.
Fort Lauderdale, FL                                                   Albuquerque, NM
15-0 (13 KOs)                                                         19-2 (16 KOs)
Weight: 140 lbs.                                                      Weight: 139 lbs.

### SUPER LIGHTWEIGHTS - 4 ROUNDS
Cesar QUIÑONEZ                            vs.                          Joan VALENZUELA
Las Vegas, NV                                                        Chula Vista, CA
Pro Debut                                                            1-1
Weight: 139 lbs.                                                     Weight: 140 lbs.

### LIGHT HEAVYWEIGHTS - 10 ROUNDS
Vyacheslav SHABRANSKYY                    vs.                          Garrett WILSON
Los Angeles, CA                                                      Philadelphia, PA
11-0 (9 KOs)                                                         13-8-1 (7 KOs)
Weight: 177 lbs.                                                     Weight: 178 lbs.

### HEAVYWEIGHTS - 8 ROUNDS
Eric MOLINA                               vs.                          Raphael ZUMBANO
Rio Grande Valley, TX                                                Sao Paulo, BRA
22-2 (16 KOs)                                                        32-8-1 (25 KOs)
Weight: 241.5 lbs.                                                   Weight: 241 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:52 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016225

      

### HUNTER vs. ALVARADO
### PEREZ vs. ACOSTA
### ROACH JR. vs. QUARTEY
**Tuesday, January 20, 2015**
**2300Arena**
**Philadelphia, PA**

**BLUE CORNER**                                                         **RED CORNER**

*MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS*

**Eric HUNTER**                    *vs.*                  **Rene ALVARADO**
Philadelphia, PA                                          Managua, NIC
18-3 (9 KOs)                                                21-3 (15 KOs)

*SWING BOUT - LIGHTWEIGHTS - 4 ROUNDS*

**Avery SPARROW**               *vs.*               **Pedro ANDRES**
Philadelphia, PA                                            Pennsauken, NJ
3-0 (1 KO)                                                1-1

*CO MAIN EVENT - JUNIOR WELTERWEIGHTS - 10 ROUNDS*

**Michael PEREZ**               *vs.*               **Miguel ACOSTA**
Newark, NJ                                               Miranda, VEN
21-1 (10 KOs)                                           29-7-2 (23 KOs)

*TV OPENER - LIGHTWEIGHTS - 6 ROUNDS*

**Lamont ROACH JR.**            *vs.*               **Herbert QUARTEY**
Washington, DC                                       Baltimore, MD
5-0 (2 KOs)                                           8-10 (7 KOs)

*WELTERWEIGHTS - 6 ROUNDS*

**Raymond SERRANO**          *vs.*               **Jerome RODRIGUEZ**
Philadelphia, PA                                       Allentown, PA
19-2 (9 KOs)                                         6-1-3 (2 KOs)

*JUNIOR MIDDLEWEIGHTS - 6 ROUNDS*

**Robert SWEENEY**           *vs.*               **Gilbert Alex SANCHEZ**
Manassas, VA                                         Camden, NJ
3-1                                                4-6 1 (2 KOs)

*JUNIOR LIGHTWEIGHTS - 4 ROUNDS*

**Timothy MCNAIR**           *vs.*               **Carlos ROSARIO**
Snow Hill, NC                                         Pennsauken, NJ
0-2                                                1-1

(Bout Card and Order Subject to Change)

Last Updated: 1/14/15 3:37 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016226

     

### JUAREZ vs. CASTELLANOS
### MAIZON vs. ROSAS
### GIBSON vs. LARA
**Monday, January 26, 2015**
**Cowboys Dancehall**
**San Antonio, TX**

*BLUE CORNER*                                                      *RED CORNER*

*MAIN EVENT - WBC SILVER FEATHERWEIGHT TITLE & FINAL ELIMINATOR - 12 ROUNDS*

| Rocky JUAREZ | vs. | Robinson CASTELLANOS |
| Houston, TX | | Celaya, MEX |
| 30-10-1 (21 KOs) | | 20-10 (13 KOs) |

*TV SWING BOUT - SUPER BANTAMWEIGHTS - 4/6 ROUNDS*

| Javier RODRIGUEZ | vs. | Quincy WESBY |
| San Antonio, TX | | Dallas, TX |
| 11-0-1 (1 KO) | | 2-7 |

*CO MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS*

| Travell MAIZON | vs. | Nestor ROSAS |
| Austin, TX | | Piedras Negras, MEX |
| 9-0 (9 KOs) | | 9-3 (6 KOs) |

*TV OPENER - WELTERWEIGHTS - 8 ROUNDS*

| KeAndre GIBSON | vs. | Nelson LARA |
| Austin, TX | | Carazo, NIC |
| 11-0-1 (5 KOs) | | 15-6-5 (8 KOs) |

*LIGHTWEIGHTS - 4 ROUNDS*

| Christian SANTIBANEZ | vs. | Albert ROMERO |
| San Antonio, TX | | Austin, TX |
| 1-2 | | 1-3-1 |

*WELTERWEIGHTS - 4 ROUNDS*

| Armando CARDENAS | vs. | Albert ESPINOZA |
| San Antonio, TX | | Laredo, TX |
| 5-0 (2 KOs) | | 2-5 |

*SUPER FEATHERWEIGHTS - 6 ROUNDS*

| Arturo ESQUIVEL | vs. | Jesus SANDOVAL |
| Alice, TX | | Redwood City, CA |
| 9-1 (2 KOs) | | 3-5-3 |

*LIGHTWEIGHTS - 4 ROUNDS*

| Robert VELA | vs. | Ramiro TORRES |
| Robstown, TX | | San Antonio, TX |
| 10-0-2 (5 KOs) | | 4-27-1 (2 KOs) |

(Bout Card and Order Subject to Change)

Last Updated: 1/23/15 3:09 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                          GBP016227



**BLUE CORNER**                                                    **RED CORNER**

*MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS*

Pablo Cesar CANO                      vs.                   Juan Carlos ABREU
Tlanepantla, MEX                                            Santo Domingo, DOM
28-4-1 (21 KOs)                                             18-1 (17 KOs)
Weight: 147.6 lbs.                                          Weight: 147.4 lbs.

*SWING BOUT - JUNIOR LIGHTWEIGHTS - 4 ROUNDS*

Nick ARCE                             vs.                   Lyonell KELLY
Los Angeles, CA                                             Los Angeles, CA
1-0 (1 KO)                                                  1-4-1 (1 KO)
Weight: 127.4 lbs.                                          Weight: 129 lbs.

*CO-MAIN EVENT - SUPER BANTAMWEIGHTS - 8 ROUNDS*

Diego DE LA HOYA                      vs.                   Manuel ROMAN
Mexicali, MEX                                               Paramount, CA
8-0 (6 KOs)                                                 17-3-3 (6 KOs)
Weight: 121.4 lbs.                                          Weight: 122 lbs.

*TV BOUT - HEAVYWEIGHTS - 4 ROUNDS*

TAISHAN                               vs.                   Roy MCCRARY
Beijing, CHN                                                Memphis, TN
2-0 (2 KOs)                                                 3-2 (3 KOs)
Weight: 282 lbs.                                            Weight: 269 lbs.

*LIGHTWEIGHTS - 6 ROUNDS*

Everton LOPES                         vs.                   Evan WOOLSEY
Salvador, BRA                                               Wichita, KS
Pro Debut                                                  2-6
Weight: 134.2 lbs.                                          Weight: 135.2 lbs.

*SUPER WELTERWEIGHTS - 6 ROUNDS*

Neeco MACIAS                          vs.                   Tavorus TEAGUE
Palm Desert, CA                                             Paramount, CA
7-0 (3 KO's)                                                2-1-1 (1 KO)
Weight: 151 lbs.                                            Weight: 151 lbs.

*SUPER BANTAMWEIGHTS - 6 ROUNDS*

Oscar NEGRETE                         vs.                   Fernando FUENTES
Los Angeles, CA                                             Hemet, CA
7-0 (3 KOs)                                                 5-3 (1 KO)
Weight: 119.6 bs.                                           Weight: 119.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 2/26/15 2:16 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                    GBP016228



**BLUE CORNER**                                         **RED CORNER**

*MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS*

Joseph DIAZ JR.                    vs.              Juan Luis HERNANDEZ
South El Monte, CA                                 Culiacan, MEX
14-0 (9 KOs)                                       17-4-1 (9 KOs)
Weights: 124 lbs.                                  Weight: 122.6 lbs.

*TV SWING BOUT - MIDDLEWEIGHTS - 4 ROUNDS*

Jason QUIGLEY                      vs.              Lanny DARDAR
Danegal, IRL                                       Houma, LA
3-0 (3 KOs)                                        2-2-2 (1 KO)
Weights: 160.8 lbs.                                Weights: 161 lbs.

*CO-MAIN EVENT - LIGHTWEIGHTS - 6 ROUNDS*

Christian GONZALEZ                 vs.              Julio Cesar SARINANA
Los Angeles, CA                                    Phoenix, AZ
8-0 (8 KOs)                                        3-2-1
Weights: 131.8 lbs.                                Weight: 133 lbs.

*TV BOUT - SUPER FEATHERWEIGHTS - 6 ROUNDS*

Santiago GUEVARA                   vs.             Carlos MORALES
Los Angeles, CA                                    Los Angeles, CA
8-0 (3 KOs)                                        6-1-3 (2 KOs)
Weight: 131 lbs.                                   Weight: 131 lbs.

*SUPER BANTAMWEIGHTS - 6 ROUNDS*
                                   vs.

Roy TAPIA                                          Ali GONZALEZ
East Los Angeles, CA                               Tijuana, MEX
10-0-1 (5 KOs)                                     6-5 (1 KO)
Weight: 123 lbs.                                   Weight: 122.6 lbs.

*LIGHTWEIGHTS - 4 ROUNDS*
                                   vs.

Cesar QUINONEZ                                     Oscar ROJAS
Las Vegas, NV                                      Salinas, CA
1-0 (1 KO)                                         0-1
Weight: 135.8 lbs.                                 Weight: 134.8 lbs.

*LIGHTWEIGHTS - 4 ROUNDS*
                                   vs.

Jesus DELGADO                                      Rocco ESPINOZA
Los Angeles, CA                                    Las Vegas, NV
3-0-1 (1 KO)                                       4-11
Weight: 132.8 lbs.                                 Weight: 130.4 lbs.

*FEATHERWEIGHTS - 4 ROUNDS*
                                   vs.

Emilio SANCHEZ                                     Luis COSME
Los Angeles, CA                                    Bayamon, PR
6-0 (5 KOs)                                        8-5-1 (3 KOs)
Weight: 122 lbs.                                   Weight: 124.8 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 3/5/15 1:46 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016229

Case 2:15-cv-03378-JFW-MRW   Document ... Page 13 of 50   Page ID



**BLUE CORNER**                                                              **RED CORNER**

*MAIN EVENT – NABF & WBO INTERNATIONAL JUNIOR LIGHTWEIGHT CHAMPIONSHIP – 10 ROUNDS*

Francisco VARGAS                              vs.                 Will TOMLINSON
Mexico City, MEX                                                 Victoria, AUS
21-0-1 (15 KOs)                                                  23-1-1 (13 KOs)
Weight: 129.5 lbs.                                               Weight: 130 lbs.

*CO - FEATURE VACANT WBC- USNBC LIGHT HEAVYWEIGHT TITLE – 10 ROUNDS*

Fabiano PENA                                 vs.                 Vyacheslav SHABRANSKYY
Philadelphia, PA                                                Los Angeles, CA
11-0-1 (8 KOs)                                                   12-0 (10 KOs)
Weight: 173. .5 lbs.                                             Weight: 174.5 lbs.

*SUPER MIDDLEWEIGHTS - 6 ROUNDS*

Yamaguchi FALCAO                             vs.                 Raymond TERRY
Victoria, BRA                                                    Philadelphia, PA
3-0 (1 KO)                                                       3-0 (2 KOs)
Weight: 161.7 lbs.                                               Weight: 159.5 lbs.

*WELTERWEIGHTS – 6 ROUNDS*

Armando CARDENAS                             vs.                 Marco Antonio SOLIS
San Antonio, TX                                                 Austin, TX
6-0 (4 KOs)                                                      3-0 (1 KO)
Weight: 143  lbs.                                                Weight: 139.5 lbs.

*SUPER WELTERWEIGHTS - 8 ROUNDS*

Travell MAZION                               vs.                 Joshua SNYDER
Austin, TX                                                       York, PA
9-0 (9 KOs)                                                      9-10-1 (3 KOs)
Weight: 153.5 lbs.                                               Weight: 153 lbs.

*WELTERWEIGHTS – 5 ROUNDS*

Zachary OCHOA                                vs.                 Engleberto VALENZUELA
Brooklyn, NY                                                    Agua Prieta, MEX
9-0 (4 KOs)                                                      9-4 (3 KOs)
Weight: 140.5 lbs.                                               Weight: 142 lbs.

*LIGHT HEAVYWEIGHTS - 6 ROUNDS*

D'Mitrius BALLARD                            vs.                 Jason ZABOKRTSKY
Washington, DC                                                 Topeka, KS
7-0 (6 KOs)                                                      3-0 (3 KOs)
Weight: 171.5 lbs.                                               Weight: 169.7 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:54 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                  GBP016230

    

**GOMEZ vs. KAMEGAI**
**RIOS vs. FRIAS**
**KAVANAGH vs. ZAMUDIO**
**Friday, March 20, 2015**
**Fantasy Springs Resort Casino**
**Indio, CA**

*BLUE CORNER*                                                       *RED CORNER*

### MAIN EVENT - SUPER WELTERWEIGHTS - 10 ROUNDS

Alfonso GOMEZ                          vs.                    Yoshihiro KAMEGAI
Guadalajara, MEX                                             Tokyo, JAP
24-6-2 (12 KOs)                                              25-2-1 (22 KOs)

### TV SWING BOUT - MIDDLEWEIGHTS - 4 ROUNDS

Jason QUIGLEY                          vs.                    Tolutomi AGUNBIADE
Danegal, IRL                                                 Houston, TX
4-0 (4 KOs)                                                  2-2 (1 KO)

### CO - MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

Ronny RIOS                             vs.                    Sergio FRIAS
Santa Ana, CA                                                Guadalajara, MEX
23-1 (10 KOs)                                                16-4-2 (8 KOs)

### TV BOUT - LIGHTWEIGHTS - 8 ROUNDS

Jamie KAVANAGH                         vs.                    Miguel ZAMUDIO
Indio, CA                                                    Los Mochis, MEX
17-1-1 (8 KOs)                                               29-6-1 (17 KOs)

### FEATHERWEIGHTS - 4 ROUNDS

Rafael GRAMAJO                         vs.                    Salvador PEREZ
Los Angeles, CA                                              Fresno, CA
1-1-1 (1 KO)                                                 2-6-2 (1 KO)

### FEATHERWEIGHTS - 8 ROUNDS

Abraham LOPEZ                          vs.                    Juan Carlos MARTINEZ
La Puente, CA                                                Indio, CA
17-0 (12 KOs)                                                20-15-1 (7 KOS)

### WELTERWEIGHTS - 6 ROUNDS

Albert HERRERA                         vs.                    Jose MARRUFO
Riverside, CA                                                Phoenix, AZ
9-10-1 (5 KOs)                                               4-2-2

(Bout Card and Order Subject to Change)

Last Updated: 3/18/15 5:54 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016231



**BLUE CORNER**                                              **RED CORNER**

### MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

Julian RAMIREZ                      vs.                    Raul HIDALGO
East Los Angeles, CA                                      Casas Grande, MEX
13-0 (8 KOs)                                              23-12 (17 KOs)
Weights: 126 lbs.                                         Weights: 125 lbs.

### TV SWING BOUT - FEATHERWEIGHTS - 6 ROUNDS

Joet GONZALEZ                       vs.                    Ali GONZALEZ
Glendora, CA                                              Tijuana, MEX
8-0 (3 KOs)                                               6-5-1 (1 KO)
Weights: 124 lbs.                                         Weights: 123.8 lbs.

### CO-MAIN EVENT - SUPER MIDDLEWEIGHTS - 6 ROUNDS

Yamaguchi FALCAO                    vs.                    Deartie TUCKER
Victoria, BRA                                             Ft. Smith, AR
4-0 (2 KOs)                                               2-0 (2 KOs)
Weights: 161.6 lbs.                                       Weights: 158 lbs.

### TV BOUT - SUPER LIGHTWEIGHTS - 6 ROUNDS

Everton LOPES                       vs.                    Robert SEYAM
Salvador, BRA                                             Wichita, KS
1-0                                                       2-2 (2 KOs)
Weights: 139.2 lbs.                                       Weights: 139.4 lbs.

### WELTERWEIGHTS - 4 ROUNDS

Meisik BAGHDASARYAN                 vs.                    Mario ANGELES
Glendale, CA                                              Mexico City, MEX
Pro Debut                                                 1-6-2
Weights: 147 lbs.                                         Weights: 146.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 4/1/15 7:35 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016232



**BLUE CORNER**

**RED CORNER**

**MAIN EVENT - SUPER LIGHTWEIGHT - 12 ROUNDS**
vs.

Lucas MATTHYSSE
Chubut, ARG
36-3 (34 KOs)
Weight: 139 lbs.

Ruslan PROVODNIKOV
Yekateringburg, RUS
24-3 (17 KOs)
Weight: 139.5 lbs.

**MIDDLEWEIGHTS - 10 ROUNDS**
vs.

Patrick TEIXEIRA
Santa Catarina, BRA
24-0 (20 KOs)
Weight: 160 lbs.

Patrick ALLOTEY
Accra, GHA
30-1 (24 KOs)
Weight: 157 lbs.

**MIDDLEWEIGHTS - 8 ROUNDS**
vs.

Lekan BYFIELD
Atlanta, GA
6-7-2 (1 KO)
Weight: 158 lbs.

Vitaly KOPYLENKO
Kiev, UKR
24-1-0 (14 KOs)
Weight: 160 lbs.

**SUPER WELTERWEIGHTS - 4 ROUNDS (SWING BOUT)**
vs.

Sidney McCOW
New York City, NY
2-2 (1 KO)
Weight: 146 lbs.

Paulo SOUZA
Somerville, MA
0-7
Weight: 150.5 lbs.

**LIGHTWEIGHTS - 6 ROUNDS**
vs.

Guillermo SANCHEZ
Buffalo, New York
15-14-1 (6 KOs)
Weight: 133 lbs.

Vitor JONES DE OLIVERA
Salvador, BRA
8-0 (5 KOs)
Weight: 135 lbs.

**LIGHTWEIGHTS - 6 ROUNDS**
vs.

Lamont ROACH JR.
Washington, DC
6-0 (3 KOs)
Weight: 132.5 lbs.

Jose Miguel Castro
Carolina, PR
4-2 (2 KOs)
Weight: 133 lbs.

**SUPER WELTERWEIGHTS - 10 ROUNDS**
vs.

Eddie GOMEZ
Bronx, NY
17-1 (10 KOs)
Weight: 149 lbs.

Jonathan BATISTA
San Pedro de Macoris, DOI
14-5 (7 KOs)
Weight: 149.5 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:55 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016233

  **GOLDEN BOY** **MÉXICO** FANTASY SPRINGS  

### GESTA vs. MOLINA
### FONTANEZ vs. HERNANDEZ
### QUIGLEY vs. SNYDER
### Thursday, April 30, 2015
### Fantasy Springs Resort Casino
### Indio, CA

*BLUE CORNER*                                                        *RED CORNER*

_____MAIN EVENT - SUPER LIGHTWEIGHTS - 10 ROUNDS_____

**Mercito GESTA**                          vs.                    **Carlos MOLINA**
San Diego, CA                                                     Norwalk, CA
28-1-1 (16 KOs)                                                   17-2-1 (7 KOs)
Weight: 136.5 lbs.                                                Weight: 139.4 lbs.


_____SWING BOUT - SUPER BANTAMWEIGHTS - 4 ROUNDS_____

**Rafael GRAMAJO**                         vs.                    **Luis COSME**
Los Angeles, CA                                                   Baymon, PR
2-1 (1 KO)                                                        8-6-1 (3 KOs)
Weight: 121.8 lbs.                                                Weight: 121.6 lbs.


_____CO-MAIN - LIGHTWEIGHTS - 8 ROUNDS_____

**Jeffrey FONTANEZ**                       vs.                    **Jose HERNANDEZ**
Caguas, PR                                                        Ft. Worth, TX
14-1 (11 KOs)                                                     15-9-1 (7 KOs)
Weight: 135.6 lbs.                                                Weight: 135.8 lbs.


_____TV BOUT - SUPER MIDDLEWEIGHTS - 4 ROUNDS_____

**Jason QUIGLEY**                          vs.                    **Joshua SNYDER**
Donegal, IRL                                                      York, PA
5-0 (5 KOs)                                                       9-11-1 (3 KOs)
Weight: 161.4 lbs.                                                Weight: 160.4 lbs.


_____SUPER MIDDLEWEIGHTS - 8 ROUNDS_____

**Yamaguchi FALCAO**                       vs.                    **Gerardo IBARRA**
Victoria, BRA                                                     Houston, TX
5-0 (2 KOs)                                                       14-2 (8 KOs)
Weight: 161.2 lbs.                                                Weight: 161.6 lbs.


_____SUPER LIGHTWEIGHTS - 4 ROUNDS_____

**Ruslan MADIYEV**                         vs.                    **Christian SANTIBANEZ**
Los Angeles, CA                                                   San Antonio, TX
3-0 (1 KO)                                                        3-3 (2 KOs)
Weight: 136.8 lbs.                                                Weight: 136.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 4/30/15 10:04 AM


**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016234



**BLUE CORNER**                                                    **RED CORNER**

**MAIN EVENT – FEATHERWEIGHTS – 10 ROUNDS**

Manuel AVILA                          vs.                          Erik RUIZ
Fairfield, CA                                                     Oxnard, CA
16-0 (7 KOs)                                                     13-2 (6 KOs)
Weight: 122.4 lbs.                                               Weight: 123 lbs.

**TV SWING BOUT – FEATHERWEIGHTS – 4 ROUNDS**

Nick ARCE                             vs.                          Marco ALCARAZ
Los Angeles, CA                                                  Greenville, TX
2-0 (2 KOs)                                                      0-5
Weight: 125.4 lbs.                                               Weight: 125.2 lbs.

**CO-MAIN EVENT – FEATHERWEIGHTS – 8 ROUNDS**

Diego DE LA HOYA                      vs.                          Ramiro ROBLES
Mexicali, MEX                                                    Guanajuato, MEX
9-0 (6 KOs)                                                      12-2-1 (6 KOs)
Weight: 123.6 lbs.                                               Weight: 122.4 lbs.

**TV BOUT – SUPER BANTAMWEIGHTS – 6 ROUNDS**

Oscar NEGRETE                         vs.                          Luis MALDONADO JR.
Paramount, CA                                                    Calexico, CA
8-0 (3 KOs)                                                      38-13-1 (29 KOs)
Weight: 119.4 lbs.                                               Weight: 120 lbs.

**LIGHTWEIGHTS – 4 ROUNDS**

Jesus DELGADO                         vs.                          Benjamin VINSON
Los Angeles, CA                                                  Nogales, AZ
4-0-1 (1 KO)                                                     1-2 (1 KO)
Weight: 133.6 lbs.                                               Weight: 136 lbs.

**SUPER BANTAMWEIGHTS – 4 ROUNDS**

Emilio SANCHEZ                        vs.                          Eliezer AGOSTO
Los Angeles, CA                                                  Vega Alta, PR
7-0 (6 KOs)                                                      2-4 (2 KOs)
Weight: 124.4 lbs.                                               Weight: 124.6 lbs.

**WELTERWEIGHTS – 4 ROUNDS**

Zachary COOPER                        vs.                          Diego PADILLA
Seattle, WA                                                      Los Angeles, CA
2-0-2 (2 KOs)                                                    Pro Debut
Weight: 147 lbs.                                                 Weight: 145 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 5/6/15 4:07 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016235

## CANELO VS. KIRKLAND
### SATURDAY, MAY 9, 2015
MINUTE MAID PARK  HOUSTON TX  LIVE ON HBO

**BLUE CORNER**

Canelo ALVAREZ
Guadalajara, MEX
44-1-1 (31 KOs)

Humberto SOTO
Los Mochis, MEX
65-8-2 (35 KOs)

Joseph DIAZ JR.
South El Monte, CA
15-0 (10 KOs)

TAISHAN
Beijing, CHN
3-0 (2 KOs)

Joshua CLOTTEY
Accra, GHA
38-4 (22 KOs)

Ryan MARTIN
Chattanooga, TN
12-0 (7 KOs)

Curtis MEEKS
Austin, TX
9-1-2 (3 KOs)

Cresencio RAMOS
San Antonio, TX
2-0 (1 KO)

James LEIJA JR.
San Antonio, TX
Pro Debut

Alfonso LOPEZ
Cut and Shoot, TX
23-3 (18 KOs)

Antonio CAPULIN
Houston, TX
14-0 (6 KOs)

Eugene HILL
Galveston, TX
31-1 (21 KOs)

KeAndre GIBSON
St. Louis, MO
12-0-1 (5 KOs)

Joseph RODRIGUEZ
San Antonio, TX
8-0 (2 KOs)

Rodrigo GUERRERO
Mexico City, MEX
22-5-1 (15 KOs)

Armando PINA
Chicago, IL
5-0 (5 KOs)

**MAIN EVENT - SUPER WELTERWEIGHTS - 12 ROUNDS**
vs.

**SUPER LIGHTWEIGHTS - 10 ROUNDS**
vs.

**FEATHERWEIGHTS - 10 ROUNDS**
vs.

**HEAVYWEIGHTS - 4 ROUNDS**
vs.

**SUPER WELTERWEIGHTS - 10 ROUNDS**
vs.

**LIGHTWEIGHTS - 6 ROUNDS**
vs.

**SUPER LIGHTWEIGHTS - 8 ROUNDS**
vs.

**FEATHERWEIGHTS - 4 ROUNDS**
vs.

**WELTERWEIGHTS - 4 ROUNDS**
vs.

**LIGHT HEAVYWEIGHTS - 6 ROUNDS**
vs.

**LIGHTWEIGHTS - 6 ROUNDS**
vs.

**HEAVYWEIGHTS - 6 ROUNDS**
vs.

**WELTERWEIGHTS - 8 ROUNDS**
vs.

**FEATHERWEIGHTS - 6 ROUNDS**
vs.

**SUPER BANTAMWEIGHTS - 10 ROUNDS**
vs.

**LIGHT HEAVYWEIGHTS - 6 ROUNDS**
vs.

**RED CORNER**

James KIRKLAND
Austin, TX
32-1 (28 KOs)

Frankie GOMEZ
East Los Angeles, CA
18-0 (13 KOs)

Giovani DELGADO
Mexico City, MEX
15-2 (9 KOs)

Terrell Woods
Flint, MI
6-18-3 (6 KOs)

Jorge SILVA
Tijuana, MEX
19-8-2 (15 KOs)

Ivan ZAVALA
Leon, MEX
7-9-2 (3 KOs)

Ramsey LUNA
Corpus Christi, TX
12-2 (5 KOs)

Cody WALKER
Shreveport, LA
1-4

Eric BUTLER
San Antonio, TX
0-5-1

Lester GONZALEZ
San Diego, CA
12-16-4 (6 KOs)

Arturo ESQUIVEL
Chihuahua, MEX
9-2 (2 KOs)

Chris VENDOLA
Providence, RI
8-8 (8 KOs)

Jorge ROMERO
Culiacan, MEX
24-9 (21 KOs)

Luis GUEVARA
Houston, TX
3-0-1 (2 KOs)

Arturo BADILLO
Tijuana, MEX
20-6 (18 KOs)

Zacharia KELLEY
Lawton, OK
4-10 (4 KOs)

(Bout Card and Order Subject to Change)
Last Updated: 5/6/2015 9:16 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016236

    

### HUNTER vs. ESCALANTE
### LOPEZ vs. TETTEH
### TAISHAN vs. GAUCH
### Friday, May 22, 2015
### Fantasy Springs Resort Casino
### Indio, CA

**BLUE CORNER**                                             **RED CORNER**

#### MAIN EVENT – SUPER FEATHERWEIGHTS - 10 ROUNDS

Eric HUNTER                          vs.          Antonio ESCALANTE
Philadelphia, PA                                  El Paso, TX
20-3 (10 KOs)                                     29-7 (20 KOs)
Weight: 126.6 lbs.                                Weight: 129.4 lbs.

#### TV SWING BOUT - MIDDLEWEIGHTS - 6 ROUNDS

Antonio GUTIERREZ                    vs.          Paul VALENZUELA
Tijuana, MEX                                      Santa Rosalia, MEX
18-0-1 (8 KOs)                                    7-1-1 (5 KOs)
Weight: 158.2 lbs.                                Weight: 160 lbs.

#### CO-MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

Abraham LOPEZ                        vs.          Alfred TETTEH
La Puente, CA                                     Washington, DC
17-0-1 (12 KOs)                                   19-3-1 (15 KOs)
Weight: 125.8 lbs.                                Weight: 125.6 lbs.

#### TV BOUT - HEAVYWEIGHTS - 4 ROUNDS

TAISHAN                              vs.          Lance GAUCH
Beijing, CHN                                      Hannibal, MO
4-0 (2 KOs)                                       5-8-2 (3 KOs)
Weight: 284.4 lbs.                                Weight: 291.4 lbs.

#### FEATHERWEIGHTS - 8 ROUNDS

Joet GONZALEZ                        vs.          Jose A. BERANZA
Glendora, CA                                      Mexico City, MEX
9-0 (4 KOs)                                       36-32-2 (28 KOs)
Weight: 123 lbs.                                  Weight: 123.4 lbs.

#### SUPER WELTERWEIGHTS - 4 ROUNDS

Darius ERVIN                         vs.          Abraham CALDERON
Indio, CA                                         Los Angeles, CA
1-0                                               Pro Debut
Weight: 148.4 lbs.                                Weight: 149.2 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 5/21/15 2:45 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL



**BLUE CORNER**                                                          **RED CORNER**

### MAIN EVENT - SUPER FEATHERWEIGHTS - 10 ROUNDS

| Jayson VELEZ | vs. | Daniel RAMIREZ |
| Juncos, PR | | Tijuana, MEX |
| 22-0-1 (16 KOs) | | 11-2 (5 KOs) |
| Weight: 128 lbs. | | Weight: 127.8 lbs. |

### TV SWING BOUT - SUPER BANTAMWEIGHTS - 4 ROUNDS

| Rafael GRAMAJO | vs. | Pablo CUPUL |
| Los Angeles, CA | | Merida, MEX |
| 3-1-1 (2 KOs) | | 4-16 (3 KOs) |
| Weight: 122 lbs. | | Weight: 121.4 lbs. |

### CO-MAIN EVENT - SUPER FEATHERWEIGHTS - 8 ROUNDS

| Emmanuel GONZALEZ | vs. | Carlos MORALES |
| Bronx, NY | | Los Angeles, CA |
| 14-1 (7 KOs) | | 8-1-3 (3 KOs) |
| Weight: 130 lbs. | | Weight: 130 lbs. |

### TV BOUT - LIGHTWEIGHTS - 6 ROUNDS

| Christian GONZALEZ | vs. | Darryl HAYES |
| Los Angeles, CA | | Houston, TX |
| 9-0 (9 KOs) | | 3-4 (1 KO) |
| Weight: 131.6 lbs. | | Weight: 131.4 lbs. |

### SUPER BANTAMWEIGHTS - 4 ROUNDS

| Pablo RUBIO | vs. | Julio YNAMI |
| Whittier, CA | | Ensenada, BC |
| Pro Debut | | Pro Debut |
| Weight: 121.6 lbs. | | Weight: 120.8 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 6/3/15 1:55 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016238

       

*SANCHEZ vs. CLAGGET*
*MENDEZ vs. LOPEZ*
*VENCES vs. GUEVARA*
*Friday, June 26, 2015*
*Salinas Storm House*
*Salinas, CA*

**BLUE CORNER**                                                                **RED CORNER**

### MAIN EVENT - VACANT IBA AMERICAS WELTERWEIGHT TITLE - 10 ROUNDS

Alan SANCHEZ                        vs.                        Stephen CLAGGETT
Fairfield, CA                                                  Alberta, CAN
15-3-1 (8 KOs)                                                 21-3-1 (14 KOs)

### TV SWING - SUPER FEATHERWEIGHTS - 4 ROUNDS

Adrian RODRIGUEZ                    vs.                        Michael GAXIOLA
Oakland, CA                                                    Modesto, CA
0-5-1                                                          3-2

### CO-MAIN EVENT - SUPER MIDDLEWEIGHTS - 10 ROUNDS

Paul MENDEZ                         vs.                        David LOPEZ
Salinas, CA                                                    Nogales, MEX
18-2-2 (9 KOs)                                                 41-15-1 (25 KOs)

### TV BOUT - LIGHTWEIGHTS - 6 ROUNDS

Andy VENCES                         vs.                        Santiago GUEVARA
San Jose, CA                                                   Los Angeles, CA
11-0 (7 KOs)                                                   8-1 (3 KOs)

### LIGHTWEIGHTS - 4 ROUNDS

Oscar ROJAS                         vs.                        Percy PETERSON
Salinas, CA                                                    Stockton, CA
0-2                                                            1-8-1

### AMATEUR BOUT - SUPER FLYWEIGHTS - 3X2 ROUNDS

Pete TAVAREZ                        vs.                        Aida ALFARO
Salinas, CA                                                    Salinas, CA
55-5                                                           15-2

### AMATEUR BOUT - STRAWWEIGHTS - 3X2 ROUNDS

Andy TAVAREZ                        vs.                        Angel ALFARO
Salinas, CA                                                    Salinas, CA
40-10                                                          30-10

(Bout Card and Order Subject to Change)

Last Updated: 6/24/15 4:52 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016239

     

### SHABRANSKYY vs. PARKER
### BALLARD vs. OBANDO
### ROACH JR. vs. SANTIBANEZ
**Tuesday, June 30, 2015**
**2300 Arena**
**Philadelphia, PA**

**BLUE CORNER**                                                           **RED CORNER**

**MAIN EVENT - CRUISERWEIGHTS - 10 ROUNDS**

Vyacheslav SHABRANSKYY                    vs.                    Paul PARKER
Los Angeles, CA                                                  Toledo, OH
13-0 (11 KOs)                                                    7-0 (4 KOs)

**TV SWING BOUT - SUPER LIGHTWEIGHTS - 6 ROUNDS**

Damon ALLEN                               vs.                    Luis RODRIGUEZ
Philadelphia, PA                                                 Carolina, PR
6-0 (2 KOs)                                                      3-4 (2 KOs)

**CO-MAIN EVENT - LIGHT HEAVYWEIGHTS - 6 ROUNDS**

D'Mitrius BALLARD                         vs.                    Josue OBANDO
Washington, DC                                                   Guadalajara, MEX
8-0 (7 KOs)                                                      11-5 (9 KOs)

**TV BOUT - LIGHTWEIGHTS - 6 ROUNDS**

Lamont ROACH JR.                          vs.                    Christian SANTIBANEZ
Washington, DC                                                   San Antonio, TX
7-0 (3 KOs)                                                      3-4 (2 KOs)

**SUPER FEATHERWEIGHTS - 6 ROUNDS**

Kevin RIVERS                              vs.                    Luis LIZARRAGA
Cheverly, MD                                                     Merida, MEX
11-0 (8 KOs)                                                     5-4-1 (2 KOs)

**LIGHTWEIGHTS - 6 ROUNDS**

Victor VASQUEZ                            vs.                    Edgardo TORRES
Philadelphia, PA                                                 Morovis, PR
18-9-1 (8 KOs)                                                   2-4 (2 KOs)

**LIGHTWEIGHTS - 4 ROUNDS**

GangYong KIM                              vs.                    Tyrone LUCKEY
Philadelphia, PA                                                 Middletown, NJ
4-1                                                              5-4-2 (5 KOs)

(Bout Card and Order Subject to Change)

Last Updated: 6/23/15 11:13 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

-87-
GBP016240



**BLUE CORNER**                                                    **RED CORNER**

### MAIN EVENT - SUPER LIGHTWEIGHTS - 10 ROUNDS

Gilberto GONZALEZ           vs.           Hevinson HERRERA
Mexico City, MEX                          Barranquilla, COL
25-3 (20 KOs)                             17-10-1 (11 KOs)
Weight: 139.4 lbs.                        Weight: 139 lbs.

### TV SWING BOUT - WELTERWEIGHTS - 4 ROUNDS

Melsik BAGHDASARYAN         vs.           Abraham CALDERON
Glendale, CA                              Los Angeles, CA
1-0 (1 KO)                                0-1
Weight: 145.6 lbs.                        Weight: 146 lbs.

### CO-MAIN EVENT - FEATHERWEIGHTS - 8 ROUNDS

Diego DE LA HOYA            vs.           Jose ESTRELLA
Mexicali, MEX                             Tijuana, MEX
10-0 (6 KOs)                              14-6-1 (10 KOs)
Weight: 123.3 lbs.                        Weight: 123.8 lbs.

### TV BOUT - FEATHERWEIGHTS - 8 ROUNDS

Oscar NEGRETE              vs.            Ramiro ROBLES
Los Angeles, CA                           Guanajuato, MEX
10-0 (3 KOs)                              12-3-1 (6 KOs)
Weight: 120 lbs.                          Weight: 123 lbs.

### FEATHERWEIGHTS - 6 ROUNDS

Emilio SANCHEZ             vs.            Jose CEN-TORRES
Los Angeles, CA                           Merida, MEX
8-0 (6 KOs)                               13-7 (1 KO)
Weight: 121.8 lbs.                        Weight: 123.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 7/1/15 4:33 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                      GBP016241



**BLUE CORNER**                                                                                  **RED CORNER**

### MAIN EVENT – VACANT NABF SUPER LIGHTWEIGHT TITLE  - 12 ROUNDS

Mauricio HERRERA                          vs.                    Hank LUNDY
Riverside, CA                                                    Philadelphia, PA
21-5 (7 KOs)                                                     25-4-1(12 KOs)
Weight: 139.4 lbs.                                              Weight: 139 lbs

### CO – MAIN EVENT – VACANT NABO LIGHTWEIGHT TITLE - 10 ROUNDS

Michael PEREZ                             vs.                    Luis SANCHEZ
Newark, NJ                                                      Cancun, MEX
22-1-2 (10 KOs)                                                 17-3-1 (5 KOs)
Weight: 134.4 lbs.                                             Weight: 133.4 lbs

### FEATHERWEIGHTS – 10 ROUNDS

Joseph DIAZ JR.                           vs.                    Rene ALVARADO
South El Monte, CA                                             Managua, NIC
16-0 (10 KOs)                                                   22-4 (15 KOs)
Weight: 125.6 lbs.                                             Weight: 125.8 lbs

### SUPER FEATHERWEIGHTS - 4 ROUNDS

Nick ARCE                                 vs.                    Ricardo ALVARADO
Los Angeles, CA                                               McAllen, TX
3-0 (3 KOs)                                                     7-6 (6 KOs)
Weight: 128.2 lbs.                                             Weight: 130.4 lbs

### SUPER MIDDLEWEIGHTS - 6 ROUNDS

Jason QUIGLEY                             vs.                    Tom HOWARD
Donegal, IRE                                                   Trenton, MI
6-0 (6 KOs)                                                     8-3 (4 KOs)
Weight: 161.6 lbs.                                             Weight: 159.4 lbs

### LIGHTWEIGHTS - 6 ROUNDS

Ivan DELGADO                              vs.                    Angel ALBELO
Los Angeles, CA                                               Manati, PR
5-0-1 (2 KOs)                                                   4-7-3 (1 KO)
Weight: 131.4 lbs.                                             Weight: 131.8 lbs

### WELTERWEIGHTS - 8 ROUNDS

Zachary OCHOA                             vs.                    David RODELA
Brooklyn, NY                                                   Oxnard, CA
11-0 (5 KOs)                                                    17-10-4 (7 KOs)
Weight: 141.4 lbs.                                             Weight: 141 lbs

(Bout Card and Order Subject to Change)

Last Updated: 7/10/15 5:25 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                          GBP016242



**BLUE CORNER**                                                                    **RED CORNER**

### MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

Abraham LOPEZ                        vs.                        Jorge DIAZ
La Puente, CA                                                   New Brunswick, NJ
18-0-1 (13 KOs)                                                 18-3-1 (10 KOs)
Weight: 125 lbs.                                                Weight: 125.6 lbs.

### CO-MAIN EVENT - SUPER BANTAMWEIGHTS - 8 ROUNDS

Roy TAPIA                            vs.                        Juan Luis HERNANDEZ
East Los Angeles, CA                                           Tijuana, MEX
10-0-2 (5 KOs)                                                 18-5-1 (9 KOs)
Weight: 122.8 lbs.                                             Weight: 122.4 lbs.

### TV BOUT - SUPER LIGHTWEIGHTS - 4 ROUNDS

Hector TANAJARA JR.                  vs.                        Thomas DE LEON
San Antonio, TX                                                Grand Rapids, MI
Pro Debut                                                      0-2
Weight: 134 lbs.                                               Weight: 137.6 lbs.

### OPENING TV BOUT - SUPER LIGHTWEIGHTS - 4 ROUNDS

Jonathan NAVARRO                     vs.                        Andrew GOMEZ
East Los Angeles, CA                                           Galveston, TX
Pro Debut                                                      0-1
Weight: 139.8 lbs.                                             Weight: 139 lbs.

### LIGHTWEIGHTS - 4 ROUNDS

Francisco OCHOA                      vs.                        Marquis PIERCE
Los Angeles, CA                                                Newark, NJ
1-0                                                            1-6
Weight: 131 lbs.                                               Weight: 127 lbs.

### SUPER BANTAMWEIGHTS - 4 ROUNDS

Pablo RUBIO                          vs.                        Martin REGALADO
East Los Angeles, CA                                           San Pedro, CA
1-0 (1 KO)                                                     Pro Debut
Weight: 121.5 lbs.                                             Weight: 119.8 lbs.

### BANTAMWEIGHTS - 4 ROUNDS

Joshua FRANCO                        vs.                        Temoatzin LANDEROS
San Antonio, TX                                                Tijuana, MEX
Pro Debut                                                      0-1
Weight: 116.4 lbs.                                             Weight: 117.2 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/5/15 2:15 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                GBP016243

    

*PEREZ vs. MIKHAYLENKO*
*SALINAS vs. AVILA*
*Saturday, August 8th, 2015*
*Fantasy Springs Resort Casino*
*Indio, CA*

**BLUE CORNER**                                                                **RED CORNER**

*MAIN EVENT - NABA WELTERWEIGHT TITLE - 12 ROUNDS*

Johan PEREZ                          vs.                          Dmitry MIKHAYLENKO
Caracas, VEN                                                      Krasnodar, RUS
20-2-1 (13 KOs)                                                   19-0 (8 KOs)

*CO-MAIN BOUT - VACANT INTERIM NABF SUPER BANTAMWEIGHT TITLE - 10 ROUNDS*

Yoandris SALINAS                     vs.                          Manuel AVILA
Miami, FL                                                         Fairfield, CA
21-1-2 (14 KOs)                                                   17-0 (7 KOs)

*TV OPENER - SUPER FEATHERWEIGHTS - 10 ROUNDS*

Tevin FARMER                         vs.                          Daulis PRESCOTT
Philadelphia, PA                                                  Barranquilla, COL
19-4-1 (4 KOs)                                                    30-2 (22 KOs)

*FEATHERWEIGHTS - 6 ROUNDS*

Joet GONZALEZ                        vs.                          Miguel TAMAYO
Glendora, CA                                                      Ciudad Obregon, MEX
11-0 (4 KOs)                                                      16-14-2 (KOs)

*HEAVYWEIGHTS - 4 ROUNDS*

Paulis RITTER                        vs.                          Tommy WASHINGTON
Newport, CA                                                       Lansing, MI
Pro Debut                                                         3-7 (2 KOs)

*SUPER MIDDLEWEIGHTS - 6 ROUNDS*

Jason QUIGLEY                        vs.                          Michael FAULK
Los Angeles, CA                                                   Queens, NY
7-0 (7 KOs)                                                       3-2 (1 KO)

*JUNIOR MIDDLEWEIGHTS - 6 ROUNDS*

Neeco MACIAS                         vs.                          Julian CRUZ
Palm Desert, CA                                                   Long Beach, CA
8-0 (4 KOs)                                                       2-4

*WELTERWEIGHTS - 4 ROUNDS*

Darius ERVIN                         vs.                          Diego PADILLA
Indio, CA                                                         Los Angeles, CA
2-0                                                               1-0

*MIDDLEWEIGHTS - 4 ROUNDS*

Quilisito MADERA                     vs.                          Fernando NAJERA
Las Vegas, NV                                                     Tijuana, MEX
1-0                                                               1-7

(Bout Card and Order Subject to Change)

Last Updated: 8/4/15 4:41 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                GBP016244



## BLUE CORNER                                          RED CORNER

### MAIN EVENT – VACANT WBC YOUTH SUPER BANTAMWEIGHT TITLE – 10 ROUNDS

| Diego DE LA HOYA | vs. | Jesus RUIZ |
|---|---|---|
| Mexicali, MEX | | Nogales, MEX |
| 11-0 (7 KOs) | | 32-6-5 (21 KOs) |
| Weight: 122 lbs. | | Weight: 121.6 lbs |

### CO-MAIN EVENT – SUPER LIGHTWEIGHTS – 8 ROUNDS

| Everton LOPES | vs. | Omar TIENDA |
|---|---|---|
| Salvador, BRA | | Nuevo Leon, MEX |
| 3-0 (1 KO) | | 13-0 (8 KOs) |
| Weight: 136 lbs. | | Weight: 136 lbs. |

### TV BOUT – LIGHTWEIGHTS – 6 ROUNDS

| Christian GONZALEZ | vs. | Luis LIZARRAGA JR. |
|---|---|---|
| Los Angeles, CA | | Merida, MEX |
| 10-0 (9 KOs) | | 5-5-1 (2 KOs) |
| Weight: 131 lbs. | | Weight: 131.4 lbs. |

### SUPER FEATHERWEIGHTS – 6 ROUNDS

| Ivan DELGADO | vs. | Thomas HERRERA |
|---|---|---|
| Los Angeles, CA | | Tucson, AZ |
| 6-0-1 (2 KOs) | | 4-13-1 (1 KO) |
| Weight: 130.6 lbs. | | Weight: 130.4 lbs. |

### SUPER BANTAMWEIGHTS – 6 ROUNDS

| Rafael GRAMAJO | vs. | Adrian RODRIGUEZ |
|---|---|---|
| Los Angeles, CA | | Guadalajara, MEX |
| 4-1-1 (2 KOs) | | 1-6-1 |
| Weight: 121.6 lbs. | | Weight: 122 lbs. |

### SUPER LIGHTWEIGHTS – 4 ROUNDS

| Jonathan NAVARRO | vs. | Gibran GUTIERREZ |
|---|---|---|
| East Los Angeles, CA | | Santa Ana, CA |
| 1-0 (1 KO) | | Pro Debut |
| Weight: 140.2 lbs. | | Weight: 140 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 9/3/15 3:46 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                GBP016245



**BLUE CORNER**                                                      **RED CORNER**

### MAIN EVENT - VACANT NABF LIGHTWEIGHT TITLE - 10 ROUNDS

| Jeffrey FONTANEZ | vs. | Marvin QUINTERO |
|---|---|---|
| Caguas, PR | | Tijuana, MEX |
| 15-1 (12 KOs) | | 27-6 (23 KOs) |
| Weight: 134.6 lbs. | | Weight: 134.8 lbs. |

### CO-MAIN EVENT - SUPER FEATHERWEIGHTS - 8 ROUNDS

| Carlos MORALES | vs. | O'Nell NEGRON |
|---|---|---|
| Los Angeles, CA | | Vega Baja, PR |
| 11-1-3 (5 KOs) | | 10-1-2 (8 KOs) |
| Weight: 130 lbs. | | Weight: 130 lbs. |

### TV BOUT - SUPER BANTANWEIGHTS - 8 ROUNDS

| Oscar NEGRETE | vs. | Jose ESTRELLA |
|---|---|---|
| Los Angeles, CA | | Tijuana, MEX |
| 11-0 (3 KOs) | | 14-7-1 (10 KOs) |
| Weight: 119.8 lbs. | | Weight: 119 lbs. |

### LIGHTWEIGHTS - 4 ROUNDS

| Hector TANAJARA | vs. | Antonio MARTINEZ |
|---|---|---|
| San Antonio, TX | | Durango, MEX |
| 1-0 (1 KO) | | 3-4 (3 KOs) |
| Weight: 132 lbs. | | Weight: 132 lbs. |

### FEATHERWEIGHTS- 6 ROUNDS

| Emilio SANCHEZ | vs. | Juan SANDOVAL |
|---|---|---|
| Pacoima, CA | | San Bernardino, CA |
| 9-0 (6 KOs) | | 7-16-1 (4 KOs) |
| Weight: 122 lbs. | | Weight: 122.8 lbs. |

### LIGHTWEIGHTS - 4 ROUNDS

| Francisco ESPARZA | vs. | Carlos GONZALEZ |
|---|---|---|
| Las Vegas, NV | | Bell, CA |
| Pro Debut | | 1-7 |
| Weight: 131 lbs. | | Weight: 133.6 lbs. |

### LIGHTWEIGHTS - 4 ROUNDS

| Alejandro SALINAS | vs. | Oscar DUARTE |
|---|---|---|
| Youngstown, OH | | Parral, MEX |
| 3-0 (3 KOs) | | 2-0-1 (2 KOs) |
| Weight: 130 lbs. | | Weight: 133 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 9/17/15 2:56 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016246



**BLUE CORNER**

**RED CORNER**

### MAIN EVENT - MIDDLEWEIGHTS - 10 ROUNDS

Patrick TEIXEIRA
Santa Catarina, BRA
25-0 (21 KOs)
Weight: 156 lbs.

vs.

Don MOUTON
Houston, TX
13-9-1 (11 KOs)
Weight: 156.2 lbs.

### CO-MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS

Zachary OCHOA
Brooklyn, NY
12-0 (5 KOs)
Weight: 141.2 lbs.

vs.

Alejandro RODRIGUEZ
Guadalajara, MEX
24-18-1 (14 KOs)
Weight: 141 lbs.

### TV BOUT - MIDDLEWEIGHTS - 6 ROUNDS

Antonio GUTIERREZ
Tijuana, MEX
18-1-1 (8 KOs)
Weight: 156.8 lbs.

vs.

Victor FONSECA
San Diego, CA
9-5-1 (7 KOs)
Weight: 159.4 lbs.

### LIGHTWEIGHTS - 4 ROUNDS

Francisco OCHOA
Los Angeles, CA
2-0 (1 KO)
Weight: 132.6 lbs.

vs.

Isaac AVALOS
Tijuana, MEX
Pro Debut
Weight: 131.8 lbs.

### SUPER BANTAMWEIGHTS - 4 ROUNDS

Pablo RUBIO JR.
Los Angeles, CA
2-0 (2 KOs)
Weight: 121.8 lbs.

vs.

Adrian RODRIGUEZ
Guadalajara, MEX
1-7-1
Weight: 119.4 lbs.

### SUPER FLYWEIGHTS - 4 ROUNDS

Joshua FRANCO
San Antonio, TX
1-0
Weight: 114.6 lbs.

vs.

Saul HERNANDEZ
Tijuana, MEX
5-7-1 (3 KOs)
Weight: 113.2 lbs.

### SUPER LIGHTWEIGHTS - 4 ROUNDS

Abraham LOPEZ
Rowland Heights, CA
1-1
Weight: 139.6 lbs.

vs.

Andrew GOMEZ
Mission, TX
0-2
Weight: 139.6 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 10/1/15 12:50 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL



**BLUE CORNER**                                                                                    **RED CORNER**

### MAIN EVENT - VACANT WBC SUPER LIGHTWEIGHT TITLE - 12 ROUNDS

| Lucas MATTHYSSE | vs. | Viktor POSTOL |
|---|---|---|
| Chubut, ARG | | Kiev, UKR |
| 37-3 (34 KOs) | | 27-0 (11 KOs) |
| Weight: 139.4 lbs. | | Weight: 139.4 lbs. |

### CO-MAIN EVENT - SUPER LIGHTWEIGHTS - 10 ROUNDS

| Antonio OROZCO | vs. | Humberto SOTO |
|---|---|---|
| San Diego, CA | | Los Mochis, MEX |
| 22-0 (15 KOs) | | 65-8-2 (35 KOs) |
| Weight: 140.6 lbs. | | Weight: 140.2 lbs. |

### FEATHERWEIGHTS - 10 ROUNDS

| Julian RAMIREZ | vs. | Hugo PARTIDA |
|---|---|---|
| East Los Angeles, CA | | Mexico City, MEX |
| 14-0 (8 KOs) | | 20-5-2 (15 KOs) |
| Weight: 126 lbs. | | Weight: 126 lbs. |

### SUPER FEATHERWEIGHTS - 6 ROUNDS

| Nick ARCE | vs. | Juan HERNANDEZ |
|---|---|---|
| Los Angeles, CA | | Tijuana, MEX |
| 4-0 (4 KOs) | | 3-0 |
| Weight: 128.6 lbs. | | Weight: 126 lbs. |

### LIGHTWEIGHTS - 10 ROUNDS

| Mercito GESTA | vs. | Miguel Angel MENDOZA |
|---|---|---|
| San Diego, CA | | Aguascalientes, MEX |
| 28-1-2 (16 KOs) | | 21-6-2 (21 KOs) |
| Weight: 134.8 lbs. | | Weight: 134.2 lbs. |

### SUPER LIGHTWEIGHTS - 8 ROUNDS

| Marcelino LOPEZ | vs. | David RODELA |
|---|---|---|
| Buenos Aires, ARG | | Oxnard, CA |
| 31-1-1 (16 KOs) | | 17-11-4 (7 KOs) |
| Weight: 139 lbs. | | Weight: 139 lbs. |

### LIGHT HEAVYWEIGHTS - 8 ROUNDS

| D'Mitrius BALLARD | vs. | Juan Carlos ROJAS |
|---|---|---|
| Washington, DC | | Hayward, CA |
| 9-0 (7 KOs) | | 8-12-1 (7 KOs) |
| Weight: 169 lbs. | | Weight: 165.2 lbs |

### SUPER FEATHERWEIGHTS - 6 ROUNDS

| Kevin RIVERS | vs. | Alejandro OCHOA |
|---|---|---|
| Palmer Park, MD | | Bell Gardens, CA |
| 12-0 (9 KOs) | | 6-10-2 (1 KO) |
| Weight: 126.2 lbs. | | Weight: 128 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 10/2/15 4:26 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                          GBP016248



### RED CORNER                                                    ### BLUE CORNER

#### MAIN EVENT - MIDDLEWEIGHT WORLD CHAMPIONSHIP TITLE UNIFICATION - 12 ROUNDS

| Gennady GOLOVKIN | vs. | David LEMIEUX |
| Los Angeles, CA | | Montreal, CAN |
| 33-0 (30 KOs) | | 34-2 (31 KOs) |
| Weight: 159.4 lbs. | | Weight: 159.8 lbs. |

#### CO-MAIN EVENT - WBC FLYWEIGHT TITLE - 12 ROUNDS

| Roman GONZALEZ | vs. | Brian VILORIA |
| Managua, NIC | | Waipahu, HI |
| 43-0 (37 KOs) | *Not GBP Fight* | 36-4 (22 KOs) |
| Weight: 111.4 lbs. | | Weight: 111.4 lbs. |

#### VACANT WBA INTERIM HEAVYWEIGHT TITLE - 12 ROUNDS

| Luis ORTIZ | vs. | Matias Ariel VIDONDO |
| Miami, FL | | Rosario, ARG |
| 22-0 (19 KOs) | | 20-1-1 (18 KOs) |
| Weight: 237.8 lbs. | | Weight: 261 lbs. |

#### IBF MIDDLEWEIGHT TITLE ELIMINATOR – 12 ROUNDS

| Tureano JOHNSON | vs. | Eamonn O'KANE |
| Nassau, BAH | | Belfast, IRE |
| 18-1 (13 KOs) | | 17-1-1 (5 KOs) |
| Weight: 159.4 lbs. | | Weight: 160 lbs. |

#### WELTERWEIGHTS - 4 ROUNDS

| Ruslan MADIYEV | vs. | Sean GEE |
| Karaganda, KAZ | | Chicago, IL |
| 5-1 (3 KOs) | | 2-2 |
| Weight: 139.6 lbs. | | Weight: 142.6 lbs. |

#### LIGHTWEIGHTS - 6 ROUNDS

| Lamont ROACH JR. | vs. | Jose BUSTOS |
| Washington, DC | | Ciudad Juarez, MEX |
| 8-0 (3 KOs) | | 7-5-3 (4 KOs) |
| Weight: 131.4 lbs. | | Weight: 130.4 lbs. |

#### NABO JR. WELTERWEIGHT TITLE – 10 ROUNDS

| Ghislain MADUMA | vs. | Maurice HOOKER |
| Montreal, CAN | | Dallas, TX |
| 17-1 (11 KOs) | | 18-0-2 (14 KOs) |
| Weight: 139.2 lbs. | | Weight: 139.4 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 11:02 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                          GBP016249

    

*DIAZ JR. vs. TAMAYO*
*GOMEZ vs. SILVA*
**Friday, October 23, 2015**
*Fantasy Springs Resort Casino*
*Indio, CA*

*BLUE CORNER*                                                          *RED CORNER*

### MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

Joseph DIAZ JR.                          vs.                          Ruben TAMAYO
South El Monte, CA                                                    Cuidad Obregon, MEX
17-0 (10 KOs)                                                         23-6-4 (15 KOs)
Weight: 125.6 lbs.                                                    Weight: 125.6 lbs.

### TVSWING BOUT - HEAVYWEIGHTS - 4 ROUNDS

Paul RITTER                              vs.                          Relonzo RICHARD JR.
Newport Beach, CA                                                     Lancaster, CA
0-1                                                                   Pro Debut
Weight: 253.4 lbs.                                                    Weight: 212 lbs.

### CO-MAIN EVENT - SUPER WELTERWEIGHTS - 10 ROUNDS

Frankie GOMEZ                            vs.                          Jorge SILVA
East Los Angeles, CA                                                 Tijuana, MEX
18-0 (13 KOs)                                                        19-9-2 (15 KOs)
Weight: 150 lbs.                                                     Weight: 149.2 lbs.

### SUPER MIDDELWEIGHTS - 6 ROUNDS

Alberto FUNDORA                          vs.                          Richard ROMERO
Coachella,CA                                                         Commerce, CA
5-0 (2 KOs)                                                          3-0 (3 KOs)
Weight: 167.8 lbs.                                                   Weight: 167.2 lbs.

### SUPER LIGHTWEIGHTS - 4 ROUNDS

Marco MAGDALENO                          vs.                          Phillip BOUNDS
Indio, CA                                                            Compton, CA
Pro Debut                                                           Pro Debut
Weight: 137.8 lbs.                                                   Weight: 138.6 lbs.

### WELTERWEIGHTS - 4 ROUNDS

Meisik BAGHDASARYAN                      vs.                          Diego PADILLA
Glendale, CA                                                         Los Angeles, CA
2-0 (1 KO)                                                           1-1
Weight: 145.8 lbs.                                                   Weight: 147lbs.

### MIDDLEWEIGHTS - 6 ROUNDS

KeAndre GIBSON                           vs.                          Thomas HOWARD
St. Louis, MO                                                        Trenton, MI
13-0-1 (5 KOs)                                                       8-5 (4 KOs)
Weight: 151 lbs.                                                     Weight: 155.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 10/22/15 3:23 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                                    GBP016250



**BLUE CORNER**                                                   **RED CORNER**

### TV MAIN EVENT - SUPER LIGHTWEIGHTS - 10 ROUNDS

**Martin HONORIO**                    vs.                **Miguel Angel HUERTA**
Mexico City, MEX                                         Santa Ana, CA
32-9-1 (16 KOs)                                          28-13-1 (18 KOs)
Weight: 137.2 lbs.                                       Weight: 139.4 lbs.

### TV CO-MAIN - FEATHERWEIGHTS - 8 ROUNDS

**Joet GONZALEZ**                     vs.                **Marcos RIOS**
Glendora, CA                                             San Diego, CA
11-0 (5 KOs)                                             12-0-1 (8 KOs)
Weight: 123 lbs.                                         Weight: 123.2 lbs.

### TV BOUT - SUPER WELTERWEIGHTS - 6 ROUNDS

**Jonathan NAVARRO**                  vs.                **Shaun HENSON**
East Los Angeles, CA                                     Los Lunas, NM
2-0 (1 KO)                                               2-2 (2 KOs)
Weight: 144.6 lbs.                                       Weight: 148.5 lbs.

### SUPER LIGHTWEIGHTS - 4 ROUNDS

**Hector TANAJARA JR.**               vs.                **Martin ALVARADO**
San Antonio, TX                                          Durango, MEX
2-0 (1 KO)                                               7-7 (6 KOs)
Weight: 134.4 lbs.                                       Weight: 138.2 lbs.

### SUPER LIGHTWEIGHTS - 6 ROUNDS

**Damon ALLEN**                       vs.                **Oscar SANTANA**
Philadelphia, PA                                         Pomona, CA
7-0 (3 KOs)                                              4-2-1 (2 KOs)
Weight: 136.4 lbs.                                       Weight: 136.2 lbs.

### SUPER MIDDLEWEIGHTS - 6 ROUNDS

**Alan CAMPA**                        vs.                **Paul VALENZUELA**
Hermosillo, MEX                                          Santa Rosalia, MEX
13-2 (9 KOs)                                             9-1-1 (6 KOs)
Weight: 162 lbs.                                         Weight: 162 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 11/5/15 4:19 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                      GBP016251

     

### DE LA HOYA vs. DELGADO
### KARL SOSA vs. SANCHEZ
### GARCIA vs. HIDALGO
**Friday, November 20, 2015**
**The Joint - Hard Rock Hotel & Casino**
**Las Vegas, NV**

*BLUE CORNER*                                                           *RED CORNER*

#### SUPER BANTAMWEIGHTS - 8 ROUNDS

**Roy TAPIA**                          vs.                **Erik RUIZ**
**East Los Angeles, CA**                                 **Oxnard, CA**
**11-0-2 (6 KOs)**                                       **14-4 (6 KOs)**

#### TV MAIN EVENT - SUPER BANTAMWEIGHTS - 8 ROUNDS

**Diego DE LA HOYA**                   vs.                **Giovanni DELGADO**
**Mexicali, MEX**                                        **Mexico City, MEX**
**12-0 (7 KOs)**                                         **15-3 (9 KOs)**

#### TV CO-MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS

**John KARL SOSA**                     vs.                **Alan SANCHEZ**
**Caguas, PR**                                           **Fairfield, CA**
**13-0 (6 KOs)**                                         **16-3-1 (8KOs)**

#### TV OPENER - FEATHERWEIGHTS - 8 ROUNDS

**Horacio GARCIA**                     vs.                **Raul HIDALGO**
**Guadalajara, MEX**                                     **Nuevas Casas Grandes, MEX**
**29-1 (20 KOs)**                                        **24-13 (18 KOs)**

#### SUPER MIDDLEWEIGHTS - 6 ROUNDS

**Jason QUIGLEY**                      vs.                **Marchristopher ADKINS**
**Donegal, IRL**                                         **Dallas, TX**
**8-0 (8 KOs)**                                          **6-1 (2 KOs)**

#### FEATHERWEIGHTS - 4 ROUNDS

**Francisco ESPARZA**                  vs.                **Jose RODRIGUEZ**
**Las Vegas, NV**                                        **San Juan, PR**
**1-0**                                                  **2-1 (1 KO)**

(Bout Card and Order Subject to Change)

Last Updated: 11/16/15 5:55 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016252



**BLACK CORNER**                                                                                                    **RED CORNER**

*MAIN EVENT - WBC & RING MAGAZINE MIDDLEWEIGHT TITLES - 12 ROUNDS*

Miguel COTTO                                          vs.                          Canelo ALVAREZ
Caguas, PR                                                                         Guadalajara, MEX
40-4 (33 KOs)                                                                      45-1-1 (32 KOs)


*WBC SUPER FEATHERWEIGHT TITLE - 12 ROUNDS*

Takashi MIURA                                         vs.                          Francisco VARGAS
Akita, JAP                                                                         Mexico City, MEX
29-2-2 (22 KOs)                                                                    22-0-1 (16 KOs)


*JUNIOR FEATHERWEIGHTS - 10 ROUNDS*

Guillermo ROGONDEAUX                                 vs.                          Drian FRANCISCO
Santiago De Cuba, CUB                                                             Sablayan, PHI
15-0 (10 KOs)                   Not GBP Fight                                     28-3-1 (22 KOs)


*FEATHERWEIGHTS - 10 ROUNDS*

Jayson VELEZ                                          vs.                          Ronny RIOS
Caguas, PR                                                                         Santa Ana, CA
23-0-1 (16 KOs)                                                                    24-1 (10 KOs)


*LIGHTWEIGHTS - 6 ROUNDS*

Alberto MACHADO                                       vs.                          Tyrone LUCKEY
San Juan, PR                                                                       Long Branch, NJ
11-0 (9 KOs)                                                                       8-4-2 (6 KOs)


*IBF BANTAMWEIGHT TITLE - 12 ROUNDS*

Randy CABALLERO                                       vs.                          Lee HASKINS
Coachella, CA                                                                      Bristol, ENG
22-0 (13 KOs)                                                                      32-3 (14 KOs)


*HEAVYWEIGHTS - 4 ROUNDS*

Zhang ZHILEI                                          vs.                          Juan GOODE
Zhengzhou, CHI                                                                     Taylor, MI
5-0 (3 KOs)                                                                        6-2 (5 KOs)


*JUNIOR BANTAMWEIGHTS - 6 ROUNDS*

Jose MARTINEZ                                         vs.                          Oscar MOJICA
Las Marias, PR                                                                     Dallas, TX
15-0 (11 KOs)                                                                      8-0 (1 KO)


*LIGHTWEIGHTS - 4 ROUNDS*

Hector TANAJARA JR.                                  vs.                          Jose Fabian NARANJO
San Antonio, TX                                                                   Uruapan, MEX
3-0 (2 KOs)                                                                        3-1-1 (1 KO)


(Bout Card and Order Subject to Change)

Last Updated: 11/16/15 11:35 AM


**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                       GBP016253



**BLUE CORNER**                                                    **RED CORNER**

### TV MAIN EVENT - LIGHTWEIGHTS - 8 ROUNDS

Christian GONZALEZ                    vs.                    Alejandro OCHOA
Los Angeles, CA                                             Bell Gardens, CA
11-0 (10 KOs)                                               7-10-2 (1 KO)
Weight: 130.4 lbs.                                          Weight: 134 lbs.


### TV CO-MAIN EVENT - SUPER BANTAMWEIGHTS - 6 ROUNDS

Oscar NEGRETE                         vs.                    Ernesto GUERRERO
Rosemead, CA                                                Agua Prieta, MEX
11-0 (4 KOs)                                                17-16 (11 KOs)
Weight: 117.6 lbs.                                          Weight: 119 lbs.


### TV OPENER - LIGHTWEIGHTS - 6 ROUNDS

Ivan DELGADO                          vs.                    Luis LIZARRAGA JR.
Los Angeles, CA                                             Merida, MEX
7-0-1 (2 KOs)                                               5-6-1 (2 KOs)
Weight: 130.8 lbs.                                          Weight: 130.4 lbs.


### SUPER FEATHERWEIGHTS - 6 ROUNDS

Nick ARCE                             vs.                    Ali GONZALEZ
Los Angeles, CA                                             Tijuana, MEX
5-0 (5 KOs)                                                 6-6-1 (1 KO)
Weight: 126.8 lbs.                                          Weight: 127.4 lbs.


### FEATHERWEIGHTS - 6 ROUNDS

Emilio SANCHEZ                        vs.                    Juan HERNANDEZ
Pacoima, CA                                                 Tijuana, MEX
10-0 (7 KOs)                                                4-1 (1 KO)
Weight: 125.6 lbs.                                          Weight: 125.8 lbs.


### SUPER FLYWEIGHTS - 6 ROUNDS

Joshua FRANCO                         vs.                    Leonardo REYES
San Antonio, TX                                            Tijuana, MEX
2-0 (1 KO)                                                  3-8-1 (1 KO)
Weight: 114.4 lbs.                                          Weight: 114.4 lbs.


(Bout Card and Order Subject to Change)

Last Updated: 12/4/15 10:19 AM


**Golden Boy's Summary Judgment Exhibit No. 35**

-101-

CONFIDENTIAL                                                       GBP016254

    

### DIAZ JR. vs. PARTIDA
### ALVARADO vs. CANCIO
### TAISHAN vs. ARAMBULA
**Friday, December 18, 2015**
**Fantasy Springs Resort Casino**
**Indio, CA**

*BLUE CORNER*                                                    *RED CORNER*

#### TV MAIN EVENT - VACANT NABF FEATHERWEIGHT TITLE - 10 ROUNDS

| | | |
|---|---|---|
| Joseph DIAZ JR.<br>South El Monte, CA<br>18-0 (10 KOs)<br>Weight: 125.4 lbs. | vs. | Hugo PARTIDA<br>Mexico City, MEX<br>20-6-2 (15 KOs)<br>Weight: 126 lbs. |

#### TV CO-MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

| | | |
|---|---|---|
| Rene ALVARADO<br>Managua, NIC<br>22-5 (15 KOs)<br>Weight: 127.4 lbs. | vs. | Andrew CANCIO<br>Blythe, CA<br>15-3-2 (11 KOs)<br>Weight: 127.2 lbs. |

#### TV OPENER - HEAVYWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| TAISHAN<br>Beijing, CHN<br>5-0 (3 KOs)<br>Weight: 280 lbs. | vs. | Daniel ARAMBULA<br>Guadalajara, MEX<br>3-1 (1 KO)<br>Weight: 212 lbs. |

#### WELTERWEIGHTS - 6 ROUNDS

| | | |
|---|---|---|
| Oscar TORRES<br>Rosemead, CA<br>6-0 (3 KOs)<br>Weight: 146.6 lbs. | vs. | Evincii DIXON<br>Lancaster, PA<br>6-12-1 (2 KOs)<br>Weight: 147 lbs. |

#### SUPER BANTAMWEIGHTS - 6 ROUNDS

| | | |
|---|---|---|
| Rafael GRAMAJO<br>Los Angeles, CA<br>5-1-1 (2 KOs)<br>Weight: 121 lbs. | vs. | Michael GAXIOLA<br>Modesto, CA<br>4-4<br>Weight: 121.6 lbs. |

#### HEAVYWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| Donnie PALMER<br>Boston, MA<br>6-0-1 (6 KOs)<br>Weight: 300 lbs. | vs. | Tommy WASHINGTON<br>Lansing, MI<br>7-7 (3 KOs)<br>Weight: 259 lbs. |

#### SUPER LIGHTWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| Marco MAGDALENO<br>Indio, CA<br>1-0 (1 KO)<br>Weight: 137.4 lbs. | vs. | Derick BARTLEMAY<br>Portland, OR<br>Pro Debut<br>Weight: 139.2 lbs. |

#### WELTERWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| Jon Jon DINONG<br>Coachella, CA<br>Pro Debut<br>Weight: 146.6 lbs. | vs. | Deartie TUCKER<br>Ft. Smith, AR<br>2-3 (2 KOs)<br>Weight: 146 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 12/17/15 2:19 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                    GBP016255



**BLUE CORNER**                                                                                              **RED CORNER**

### MAIN EVENT - WBA INTERIM HEAVYWEIGHT TITLE - 12 ROUNDS

**Luis ORTIZ**                                        vs.                        **Bryant JENNINGS**
Miami, FL                                                                          Philadelphia, PA
23-0 (20 KOs)                                                                      19-1 (10 KOs)

### CO-MAIN EVENT - SUPER FEATHERWEIGHTS - 10 ROUNDS

**Nicholas WALTERS**                                 vs.                        **Jason SOSA**
Montego Bay, JAM                                                                   Camden, NJ
26-0 (21 KOs)                                                                      18-1-3 (14 KOs)

Not  GBP  Fight

### SUPER MIDDLEWEIGHTS - 6/8 ROUNDS

**D'Mitrius BALLARD**                                vs.                        **Fabiano PENA**
Washington, D.C.                                                                   Philadelphia, PA
10-0 (7 KOs)                                                                       11-3-1 (8 KOs)

### HBO LATINO MAIN EVENT LIGHT HEAVYWEIGHTS - 10 ROUNDS

**Yuniesky GONZALEZ**                                vs.                        **Vyacheslav SHABRANSKYY**
Pinar Del Rio, CUB                                                                 Los Angeles, CA
16-1 (12 KOs)                                                                      14-0 (12 KOs)

### MIDDLEWEIGHTS - 10 ROUNDS

**Gabriel ROSADO**                                   vs.                        **Joshua CLOTTEY**
Philadelphia, PA                                                                   Accra, GHA
21-9 (13 KOs)                                                                      39-4 (22 KOs)

### LIGHTWEIGHTS - 10 ROUNDS

**Yuriorkis GAMBOA**                                 vs.                        **Hylon WILLIAMS**
Miami, FL                                                                          Houston, TX
24-1 (17 KOs)                                                                      16-1-1 (3 KOs)

### MIDDLEWEIGHTS - 10 ROUNDS

**Jorge MELENDEZ**                                   vs.                        **Steven MARTINEZ**
Manati, PR                                                                         Bayamon, PR
28-5-1 (26 KOs)                                                                    15-2 (12 KOs)

(Bout Card and Order Subject to Change)

Last Updated: 12/14/15 4:06 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                         GBP016256

     

## OROZCO vs. HUERTA
## RAMIREZ vs. WILSON
### Friday, January 24, 2014
### Fantasy Springs Resort Casino
### Indio, CA

**BLUE CORNER**

**RED CORNER**

**MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS**
vs.

Antonio OROZCO
San Diego, CA
18-0 (14 KO's)
Weight: 141.4 lbs.

Miguel Angel HUERTA
Mexico City, MEX
27-11-1 (18 KO's)
Weight: 142 lbs.

**SWING BOUT - FEATHERWEIGHTS - 6 ROUNDS**
vs.

Manny ROBLES JR.
Los Angeles, CA
4-0 (2 KO's)
Weight: 124 lbs.

Ricky LOPEZ
Denver, CO
10-2 (4 KO's)
Weight: 124.8 lbs.

**CO MAIN EVENT - FEATHERWEIGHTS - 8 ROUNDS**
vs.

Julian RAMIREZ
East Los Angeles, CA
9-0 (6 KO's)
Weight: 123.8 lbs.

Derrick WILSON
Ft. Myers, FL
10-5-2 (3 KO's)
Weight: 123.4 lbs.

**TV BOUT - HEAVYWEIGHTS - 8 ROUNDS**
vs.

Dominic BREAZEALE
Alhambra, CA
8-0 (8 KO's)
Weight: 254.6 lbs.

Homer FONSECA
Peirsaw, TX
10-6-3 (3 KO's)
Weight: 298 lbs.

**HEAVYWEIGHTS - 8 ROUNDS**
vs.

Gerald WASHINGTON
Los Angeles, CA
10-0 (7 KO's)
Weight: 248 lbs.

Arron LYONS
Jackson, MS
12-14-1 (9 KO's)
Weight: 234 lbs

**IBF JUNIOR MIDDLEWEIGHT FINAL ELIMINATOR - 12 ROUNDS**
vs.

Cornelius BUNDRAGE
Detroit, MI
32-5 (19 KO's)
Weight: 153.4 lbs.

Joey HERNANDEZ
Miami, FL
23-1-1 (13 KO's)
Weight: 153.6 lbs.

**JUNIOR LIGHTWEIGHTS - 4 ROUNDS**
vs.

Santiago GUEVARA
Los Angeles, CA
5-0 (3 KO's)
Weight: 132 lbs.

Rocco ESPINOZA
Las Vegas, NV
4-7
Weight: 130 lbs.

**WELTERWEIGHTS - 4 ROUNDS**
vs.

Kevin WATTS
Palmdale, CA
3-0 (2 KO's)
Weight: 137.6 lbs.

Julian CRUZ
Acapulco, MEX
1-3
Weight: 141.2 lbs.

**JUNIOR MIDDLEWEIGHTS - 4 ROUNDS**
vs.

Tevin WATTS
Palmdale, CA
1-0
Weight: 145.6 lbs.

Gustavo LOPEZ
King City, CA
0-1
Weight: 145.6 lbs.

**WELTERWEIGHTS - 4 ROUNDS**
vs.

Kirk BILLS
Las Vegas, NV
Pro Debut
Weight: 144 lbs.

Jesus DELGADO
Santa Ana, CA
Pro Debut
Weight: 142.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:30 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016257



**BLUE CORNER**                                                                              **RED CORNER**

### MAIN EVENT – IBF JR. WELTERWEIGHT TITLE – 12 ROUNDS
vs.

Lamont PETERSON                                                                             Dierry JEAN
Washington, DC                                                                              Montreal Quebec, CAN
31-2-1 (16 KO's)                                                                            25-0 (17 KO's)
Weight: 139.5 lbs.                                                                          Weight: 139 lbs.

### CO-MAIN EVENT – WBC CONTINENTAL AMERICAS TITLE – SUPER WELTERWEIGHTS – 10 ROUNDS
vs.

Jermell CHARLO                                                                              Gabriel ROSADO
Houston, TX                                                                                 Philadelphia, PA
22-0 (11 KO's)                                                                              21-7 (13 KO's)
Weight: 153 lbs.                                                                            Weight: 154 lbs.

### MIDDLEWEIGHTS – 6/8 ROUNDS
vs.

Dominic WADE                                                                                Dashon JOHNSON
Largo, MD                                                                                   Riverside, CA
13-0 (10 KO's)                                                                              15-13-3 (5 KO's)
Weight: 163 lbs.                                                                            Weight: 163.4 lbs.

### BANTAMWEIGHTS – 8 ROUNDS
vs.

Rau'shee WARREN                                                                             German MERAZ
Cincinnati, OH                                                                              Agua Prieta, MEX
17-0 (3 KO's)                                                                               33-26-1 (20 KO's)
Weight: 118.4 lbs.                                                                          Weight: 119 lbs.

### LIGHTWEIGHTS – 8 ROUNDS
vs.

Robert EASTER JR.                                                                           Daniel ATTAH
Toledo, OH                                                                                  Washington, DC
8-0 (8 KO's)                                                                                28-17-1 (11 KO's)
Weight: 134 lbs.                                                                            Weight: 134.5 lbs.

### LIGHTWEIGHTS – 6 ROUNDS
vs.

Jamel HERRING                                                                               Antonio SANCHEZ
Coram, NY                                                                                   Bayaman, PR
6-0 (4 KO's)                                                                                5-1-2 (3 KO's)
Weight: 135 lbs.                                                                            Weight: 138 lbs.

### SUPER MIDDLEWEIGHTS – 4 ROUNDS
vs.

D'Mitrius BALLARD                                                                           Marion FARR
Temple Hills, MD                                                                            Zephyr Hills, FL
3-0 (2 KO's)                                                                                3-3
Weight: 167.8 lbs.                                                                          Weight: 168 lbs.

### LIGHTWEIGHTS – 4 ROUNDS
vs.

Raynell WILLIAMS                                                                            William STIMMEL
Cleveland, OH                                                                               Muskogee, OK
6-2 (2 KO's)                                                                                1-2 (1 KO)
Weight: 133.2 lbs.                                                                          Weight: 130.2 lbs.

### WELTERWEIGHTS – 4 ROUNDS
vs.

Semajay THOMAS                                                                              Kevin WOMACK
Chicago, IL                                                                                 Baltimore, MD
1-0                                                                                         4-2-1 (2 KO's)
Weight: 142 lbs.                                                                            Weight: 143 lbs.

### WELTERWEIGHTS – 4 ROUNDS
vs.

Javonte CLARK                                                                               Lee R. KREISHER
Cincinnati, OH                                                                              Dover, OH
Pro Debut                                                                                   3-5-1 (2 KO's)
Weight: 147.6                                                                               Weight: 147 lbs.

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                                GBP016258



**BLUE CORNER**                                                                                    **RED CORNER**

### MAIN EVENT - WBA INTERNATIONAL WELTERWEIGHT TITLE - 12 ROUNDS

Victor ORTIZ                              vs.                              Luis COLLAZO
Ventura, CA                                                               Brooklyn, NY
29-4-2 (22 KO's)                                                         34-5 (17 KO's)
Weight: 146.6 lbs.                                                       Weight: 146.6 lbs.

### CO-MAIN EVENT - SUPER WELTERWEIGHTS - 10 ROUNDS

Eddie GOMEZ                               vs.                              Daquan ARNETT
Bronx, NY                                                                Orlando, FL
15-0 (10 KO's)                                                          11-0 (7 KO's)
Weight: 147.2 lbs.                                                       Weight: 148.6 lbs.

### TV BOUT - SUPER FEATHERWEIGHTS - 8 ROUNDS

Gary RUSSELL JR.                          vs.                              Miguel TAMAYO
Capitol Heights, MD                                                      Obregon, MEX
23-0 (13 KO's)                                                          14-7-2 (12 KO's)
Weight: 126.8 lbs.                                                       Weight: 126.4 lbs.

### CRUISERWEIGHTS - 6 ROUNDS

Marcus BROWNE                             vs.                              Kentrell CLAIBORNE
Staten Island, NY                                                        Shreveport, LA
8-0 (7 KO's)                                                            4-8 (3 KO's)
Weight: 176.4 lbs.                                                       Weight: 180 lbs.

### SUPER FEATHERWEIGHTS - 8 ROUNDS

Emmanuel GONZALEZ                         vs.                              Victor SANCHEZ
Bronx, NY                                                                Houston, TX
13-0 (7 KO's)                                                           5-7-2 (2 KO's)
Weight: 129 lbs.                                                         Weight: 128.6 lbs.

### SUPER LIGHTWEIGHTS - 4 ROUNDS

Zachary OCHOA                             vs.                              Jose VALDERRAMA
Brooklyn, NY                                                             Manati, PR
5-0 (3 KO's)                                                            3-6 (3 KO's)
Weight: 140 lbs.                                                         Weight: 140 lbs.

### FEATHERWEIGHTS - 8 ROUNDS

Rafael VAZQUEZ                            vs.                              Bradley PATRAW
Brooklyn, NY                                                             St. Paul, MN
9-1 (7 KO's)                                                            10-6 (5 KO's)
Weight: 123.8 lbs.                                                       Weight: 123.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:32 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                      GBP016259



### MALDONADO JR. vs. NATER
### SPENCE JR. vs. OLOUCH
**Monday, February 10, 2014**
### Cowboys Dancehall
### San Antonio, TX

| | | |
|---|---|---|
| **_BLUE CORNER_** | | **_RED CORNER_** |
| Fidel MALDONADO JR.<br>Albuquerque, NM<br>17-2 (14 KO's) | **_MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS_**<br>vs. | John NATER<br>Bayamon, PR<br>13-4 (10 KO's) |
| Kendo CASTANEDA<br>San Antonio, TX<br>5-0 (1 KO) | **_SWING BOUT - WELTERWEIGHTS - 4 ROUNDS_**<br>vs. | Randy FUENTES<br>McAllen, TX<br>3-1-1 |
| Errol SPENCE JR.<br>Desoto, TX<br>10-0 (8 KO's) | **_CO-MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS_**<br>vs. | Peter OLOUCH<br>Pahokee, FL<br>12-6-2 (6 KO's) |
| Julian WILLIAMS<br>Philadelphia, PA<br>14-0-1 (8 KO's) | **_TV BOUT - JUNIOR MIDDLEWEIGHTS - 10 ROUNDS_**<br>vs. | TBA |
| Terrell GAUSHA<br>Cleveland, OH<br>12-2 (6 KO's) | **_TV BOUT - MIDDLEWEIGHTS - 8 ROUNDS_**<br>vs. | George SOSA<br>Trenton, NJ<br>13-5 (13 KO's) |
| Luis TORRES<br>Laredo, TX<br>5-3-3 (1 KO) | **_WELTERWEIGHTS - 6 ROUNDS_**<br>vs. | Milton RAMOS<br>Waco, TX<br>9-4-2 |
| Gibran RUIZ<br>San Antonio, TX<br>Pro Debut | **_JUNIOR MIDDLEWEIGHTS - 4 ROUNDS_**<br>vs. | TBA |
| Joseph RODRIGUEZ<br>San Antonio, TX<br>4-0 (2 KO's) | **_FEATHERWEIGHTS - 4 ROUNDS_**<br>vs. | Jesus GARZA<br>Dallas, TX<br>2-3-1 |
| Mario BARRIOS<br>San Antonio, TX<br>1-0 (1 KO) | **_JUNIOR FEATHERWEIGHTS - 4 ROUNDS_**<br>vs. | Manuel RUBALCAVA<br>Laredo, TX<br>1-6 |
| Marco SOLIS<br>Austin, TX<br>Pro Debut | **_JUNIOR WELTERWEIGHTS - 4 ROUNDS_**<br>vs. | Danny SANCHEZ<br>San Antonio, TX<br>0-6 |
| Travell MAZION<br>Austin, TX<br>6-0 (5 KO's) | **_JUNIOR WELTERWEIGHTS - 6 ROUNDS_**<br>vs. | Justo VALLECILLO<br>San Antonio, TX<br>6-15 (3 KO's) |
| Justin DELOACH<br>Georgia, LA<br>6-0 (4 KO's) | **_JUNIOR MIDDLEWEIGHTS - 4 ROUNDS_**<br>vs. | German VALDEZ<br>Agua Prieta, MEX<br>2-3-1 (1 KO) |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:32 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016260

    

### AVILA vs. QUEVEDO
### MENDEZ vs. CASAREZ
### Monday, February 17, 2014
### Storm House
### Salinas, CA

**BLUE CORNER**                                                         **RED CORNER**

**MAIN EVENT - JUNIOR FEATHERWEIGHTS - 10 ROUNDS**

Manuel AVILA                            vs.                            Enrique QUEVEDO
Fairfield, CA                                                          San Pedro, CA
13-0 (5 KO's)                                                          15-6-1 (9 KO's)
Weight: 122 lbs.                                                       Weight: 119.5 lbs.

**SWING BOUT - LIGHTWEIGHTS - 6 ROUNDS**

Andy VENCES                             vs.                            Dominic COCA
San Jose, CA                                                          Watts, CA
6-0 (2 KO's)                                                          8-6 (2 KO's)
Weight: 131 lbs.                                                       Weight: 134 lbs.

**CO-MAIN EVENT - IBA CONTINENTAL MIDDLEWEIGHT TITLE - 10 ROUNDS**

Paul MENDEZ                             vs.                            Raul CASAREZ
Salinas, CA                                                           Edinburg, TX
14-2-2 (6 KO's)                                                       20-4 (9 KO's)
Weight: 160 lbs.                                                      Weight: 160 lbs.

**TV BOUT - FEATHERWEIGHTS - 4 ROUNDS**

Diego DE LA HOYA                        vs.                            Sergio NAJERA
Mexicali, MEX                                                         Tijuana, MEX
2-0 (2 KO's)                                                          6-12-2 (1 KO)
Weight: 123.5 lbs.                                                    Weight: 123 lbs.

**FEATHERWEIGHTS - 4 ROUNDS**

Luis AMBROSIO                           vs.                            Adrian RODRIGUEZ
Fresno, CA                                                            San Diego, CA
3-0 (3 KO's)                                                          0-0-1
Weight: 124 lbs.                                                      Weight: 124.5 lbs.

**MIDDLEWEIGHTS - 4 ROUNDS**

Rudy PUGA                               vs.                            Charon SPAIN
Salinas, CA                                                           Davenport, IA
3-0 (3 KO's)                                                          0-2-1
Weight: 160 lbs.                                                      Weight: 157 lbs.

**JUNIOR WELTERWEIGHTS - 4 ROUNDS**

Chris BATISTA                           vs.                            DaVonte DONALDSON
Madera, CA                                                            Long Beach, CA
1-0                                                                   1-2
Weight: 136 lbs.                                                      Weight: 135 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:33 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016261



**TOE TO TOE**
**CANELO vs ANGULO**
**SATURDAY, MARCH 8, 2014**
MGM GRAND LAS VEGAS LIVE ON PAY-PER-VIEW

## BLUE CORNER

**Saul ALVAREZ**
Guadalajara, MEX
42-1-1 (30 KOs)
Weight: 155 lbs.

**Leo SANTA CRUZ**
Los Angeles, CA
26-0-1 (15 KOs)
Weight: 122 lbs.

**Jorge LINARES**
Barinas, VEN
35-3 (23 KOs)
Weight: 134.5 lbs.

**Ricardo ALVAREZ**
Guadalajara, MEX
23-2-3 (13 KOs)
Weight: 135 lbs.

**Will TOMLINSON**
Melbourne, AUS
21-0-1 (12 KOs)
Weight: 130 lbs.

**Francisco VARGAS**
México City, MEX
18-0-1 (13 KOs)
Weight: 130 lbs.

**Joseph DIAZ**
S. El Monte, CA
8-0 (6 KOs)
Weight: 124 lbs.

**Keandre GIBSON**
St. Louis, MO
8-0-1 (3 KOs)
Weight: 143 lbs.

**Steve LOVETT**
New South Wales, AUS
7-0 (5 KOs)
Weight: 178 lbs.

### MAIN EVENT - SUPER WELTERWEIGHTS - 12 ROUNDS
vs.

### WBC SUPER BANTAMWEIGHT TITLE - 12 ROUNDS
vs.

### WBC FINAL LIGHTWEIGHT ELIMINATOR - 10 ROUNDS
vs.

### WBC VACANT INTERNATIONAL LIGHTWEIGHT TITLE - 10 ROUNDS
vs.

### JUNIOR LIGHTWEIGHTS - 10 ROUNDS
vs.

### JUNIOR LIGHTWEIGHTS - 10 ROUNDS
vs.

### SUPER BANTAMWEIGHTS - 8 ROUNDS
vs.

### JUNIOR WELTERWEIGHTS - 6 ROUNDS
vs.

### LIGHT HEAVYWEIGHTS - 4 ROUNDS
vs.

## RED CORNER

**Alfredo ANGULO**
Mexicali, MEX
22-3 (18 KOs)
Weight: 154.5 lbs.

**Cristian MIJARES**
Gomez Palacio, MEX
48-7-2 (23 KOs)
Weight: 122 lbs.

**Nihito ARAKAWA**
Musashino, JAP
24-3-1 (16 KOs)
Weight: 134.5 lbs.

**Sergio THOMPSON**
Chetumal, MEX
28-3 (26 KOs)
Weight: 135 lbs.

**Jerry BELMONTES**
Corpus Christi, TX
18-3 (5 KOs)
Weight: 129 lbs.

**Abner COTTO**
Caguas, PR
17-1 (8 KOs)
Weight: 130 lbs.

**Jovany FUENTES**
Bayamon, PR
5-3 (4 KOs)
Weight: 122 lbs.

**Antonio WONG**
Tijuana, MEX
11-7-1 (6 KOs)
Weight: 143 lbs.

**Francisco F. MOLINA**
Tijuana, MEX
2-2 (2 KOs)
Weight: 179 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 3/7/14 4:44 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016262



**BLUE CORNER**                                                                                    **RED CORNER**

### MAIN EVENT - UNIFIED SUPER LIGHTWEIGHT TITLE - 12 ROUNDS
vs.

Danny GARCIA                                                                                       Mauricio HERRERA
Philadelphia, PA                                                                                   Riverside, CA
27-0 (16 KOs)                                                                                      20-3 (7 KOs)

### CO-MAIN EVENT - WBC FINAL ELIMINATOR - HEAVYWEIGHTS - 12 ROUNDS
vs.

Deontay WILDER                                                                                     Malik SCOTT
Tuscaloosa, AL                                                                                     Philadelphia, PA
30-0 (30 KOs)                                                                                      36-1-1 (13 KOs)

### LIGHTWEIGHTS - 8 ROUNDS
vs.

Jose GONZALEZ                                                                                      Ramesis GIL
Toa Baja, PR                                                                                       Santo Dominiga, DR
22-1 (17 KOs)                                                                                      8-8-5 (5 KOs)

### FEATHERWEIGHTS - 4 ROUNDS
vs.

Pedro VICENTE                                                                                      Karl GARCIA
Mayaguez, PR                                                                                       Bayamon, PR
4-0 (1 KO)                                                                                         3-2 (1 KO)

### WBO JR. LIGHTWEIGHT INTERNATIONAL TITLE - 10 ROUNDS
vs.

Juan Manuel LOPEZ                                                                                  Daniel PONCE DE LEON
Caguas, PR                                                                                         Cuauhtemoc, MEX
33-3 (30 KOs)                                                                                      45-5 (35 KOs)

### MIDDLEWEIGHTS - 10 ROUNDS
vs.

Daniel JACOBS                                                                                      Milton NUNEZ
Brooklyn, NY                                                                                       Miami, FL
26-1 (23 KOs)                                                                                      26-9-1 (24 KOs)

### JR. WELTERWEIGHTS - 4 ROUNDS
vs.

John Karl SOSA                                                                                     Antonio SANCHEZ
Caguas, PR                                                                                         Toa Baja, PR
8-0 (6 KOs)                                                                                        5-2-2 (3 KOs)

### WELTERWEIGHTS - 8 ROUNDS
vs.

Ed PAREDES                                                                                         George L SOSA
Hollywood, FL                                                                                      Philadelphia, PA
34-3-1 (22 KOs)                                                                                    13-6 (13 KOs)

### SUPER WELTERWEIGHTS - 6 ROUNDS
vs.

Prichard COLON                                                                                     Shadrick D HOWARD
Orocovis, PR                                                                                       Russellville, MO
7-0 (7 KOs)                                                                                        14-17-3 (6 KOs)

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                                       GBP016263



**MONDAY,**
**MARCH 17**
**5-11PM**
**HOUSE OF BLUES**
**BOSTON, MA**

**BLUE CORNER**                                                                          **RED CORNER**

**JUNIOR LIGHTWEIGHTS - 6 ROUNDS**

**Ryan KIELCZWESKI**                          vs.                          **Guillermo SANCHEZ**
Quincy, MA                                                                Buffalo, NY
18-0 (4 KOs)                                                              13-10-1 (5 KOs)
Weight: 129 lbs.                                                          Weight: 128 lbs.

**MAIN EVENT - JUNIOR MIDDLEWEIGHTS - 10 ROUNDS**

**Julian WILLIAMS**                           vs.                          **Freddy HERNANDEZ**
Philadelphia, PA                                                          Mexico City, MEX
14-0-1 (8 KOs)                                                            30-6 (20 KOs)
Weight: 153 lbs.                                                          Weight: 153 lbs.

**CO MAIN EVENT - HEAVYWEIGHTS - 6 ROUNDS**

**Alexis SANTOS**                             vs.                          **Sylvester BARRON**
Lawrence, MA                                                              Seattle, WA
12-0 (10 KOs)                                                             8-3 (3 KOs)
Weight: 222.5 lbs.                                                        Weight: 239 lbs.

**TV BOUT - LIGHTWEIGHTS - 6 ROUNDS**

**John Joe NEVIN**                            vs.                          **Alberto CANDELARIA**
Mullingar, IRL                                                            San Juan, PR
Pro Debut                                                                 3-0-1 (2 KOs)
Weight: 131 lbs.                                                          Weight: 129.5 lbs.

**OPENING TV BOUT - JUNIOR WELTERWEIGHTS - 8 ROUNDS**

**Jamie KAVANAGH**                            vs.                          **Andres NAVARRO**
Dublin, IRL                                                               Rio Piedras, PR
15-1-1 (7 KOs)                                                            9-4-1 (6 KOs)
Weight: 135.5 lbs.                                                        Weight: 137 lbs.

**SUPER MIDDLEWEIGHTS - 4 ROUNDS**

**Billy TRAFT**                               vs.                          **Jose BREWER**
Dorchester, MA                                                            Wichita, KS
3-0 (1 KO)                                                                0-5
Weight: 168.5 lbs.                                                        Weight: 168.5 lbs.

**JUNIOR MIDDLEWEIGHTS - 4 ROUNDS**

**Greg VENDETTI**                             vs.                          **Pedro GONZALEZ**
Stoneham, MA                                                              Gloucester, MA
4-1-1 (2 KOs)                                                             Pro Debut
Weight: 153 lbs.                                                          Weight: 151 lbs.

**WELTERWEIGHTS - 4 ROUNDS**

**Rashidi ELLIS**                             vs.                          **Bryan ABRAHAM**
Somerville, MA                                                            Schenectady, NY
3-0 (2 KOs)                                                               6-18-2 (6 KOs)
Weight: 145.5 lbs.                                                        Weight: 144.5 lbs.

**WELTERWEIGHTS - 4 ROUNDS**

**Kareem MARTIN**                             vs.                          **Eric PALMER**
Clinton, MD                                                               Fairchance, PA
Pro Debut                                                                 2-1-2
Weight: 147 lbs.                                                          Weight: 144.5 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:34 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                          GBP016264

     

### *ORTIZ vs. BARRETT*
### *WASHINGTON vs. SCOTT*
### *Thursday, April 3, 2014*
### *Fantasy Springs Resort Casino*
### *Indio, CA*

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | *MAIN EVENT - HEAVYWEIGHTS - 10 ROUNDS* | |
| **Luis ORTIZ**<br>Miami, FL<br>20-0 (17 KOs)<br>Weight: 233 lbs. | vs. | Monte BARRETT<br>Greenville, NC<br>35-10-2 (20 KOs)<br>Weight: 229 lbs. |
| | *SWING BOUT – FEATHERWEIGHTS – 6 ROUNDS* | |
| **Diego DE LA HOYA**<br>Mexicali, MEX<br>3-0 (3 KOs)<br>Weight: 124 lbs. | vs. | Jaxel MARRERO<br>San Juan, PR<br>1-1-1<br>Weight: 122.6 lbs. |
| | *CO-MAIN EVENT - HEAVYWEIGHTS - 10 ROUNDS* | |
| **Gerald WASHINGTON**<br>Vallejo, CA<br>11-0 (8 KOs)<br>Weight: 255.8 lbs. | vs. | Skipp SCOTT<br>Houston, TX<br>16-1 (10 KOs)<br>Weight: 260.8 lbs. |
| | *OPENING TV BOUT - HEAVYWEIGHTS - 8 ROUNDS* | |
| **Dominic BREAZEALE**<br>Alhambra, CA<br>9-0 (9 KOs)<br>Weight: 254 lbs. | vs. | Nagy AGUILERA<br>New York, NY<br>19-7 (13 KOs)<br>Weight: 229 lbs. |
| | *JUNIOR WELTERWEIGHTS - 4 ROUNDS* | |
| **Santiago GUEVARA**<br>Los Angeles, CA<br>6-0 (3 KOs)<br>Weight: 136 lbs. | vs. | Erik AGUIRRE<br>San Diego, CA<br>2-3-1<br>Weight: 133 lbs. |
| | *JUNIOR MIDDLEWEIGHTS - 4 ROUNDS* | |
| **Neeco MACIAS**<br>Palm Desert, CA<br>3-0 (1 KO)<br>Weight: 153.6 lbs. | vs. | Elliot SEYMOUR<br>Pasadena, CA<br>1-5 (1 KO)<br>Weight: 153.8 lbs. |
| | *JUNIOR WELTERWEIGHTS –6 ROUNDS* | |
| **Kevin WATTS**<br>Lancaster, CA<br>4-0 (2 KOs)<br>Weight: 140 lbs. | vs. | Joaquin CHAVEZ<br>Los Angeles, CA<br>6-11-3 (2 KOs)<br>Weight: 140 lbs. |
| | *HEAVYWEIGHTS - 6 ROUNDS* | |
| **Michael HUNTER**<br>Van Nuys, CA<br>3-0 (3 KOs)<br>Weight: 211.8 lbs. | vs. | Rodney HERNANDEZ<br>Modesto, CA<br>5-1 (1 KO)<br>Weight: 232 lbs. |
| | *HEAVYWEIGHTS - 4 ROUNDS* | |
| **Stephan SHAW**<br>St. Louis, MO<br>2-0 (2 KOs)<br>Weight: 266 lbs. | vs. | Kevin HOWARD<br>Montgomery, AL<br>3-12-1 (1 KO)<br>Weight: 250 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:34 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016265

   

### *RIOS vs. CANCIO*
### *RAMIREZ vs. RODRIGUEZ*
### *Monday, April 14, 2014*
### *UIC Pavilion*
### *Chicago, IL*

**BLUE CORNER**

**RED CORNER**

**HEAVYWEIGHTS - 6 ROUNDS**
vs.

**Jordan SHIMMELL**
Hudsonville, MI
13-0 (11 KOs)
Weight: 207.4 lbs.

**Damon MCCREARY**
Detroit, MI
15-1 (11 KOs)
Weight: 257.4 lbs.

**MAIN EVENT - JUNIOR LIGHTWEIGHTS - 10 ROUNDS**
vs.

**Ronny RIOS**
Santa Ana, CA
22-0 (10 KOs)
Weight: 127.6 lbs.

**Andrew CANCIO**
Blythe, CA
15-2-2 (11 KOs)
Weight: 127.4 lbs.

**SWING BOUT - LIGHTWEIGHTS - 4 ROUNDS**
vs.

**Jose Felix QUEZADA**
Chicago, IL
1-0 (1 KO)
Weight: 134.6 lbs.

**Antoine KNIGHT**
Chicago, IL
2-6 (1 KO)
Weight: 134.8 lbs.

**CO-MAIN EVENT - FEATHERWEIGHTS - 8 ROUNDS**
vs.

**Julian RAMIREZ**
East Los Angeles, CA
10-0 (6 KOs)
Weight: 122.2 lbs.

**Carlos RODRIGUEZ**
Los Mochis, MEX
22-13-3 (10 KOs)
Weight: 122.4 lbs.

**TV BOUT - JUNIOR WELTERWEIGHTS - 6 ROUNDS**
vs.

**Jose ARAMBULA**
Harvey, IL
6-0 (3 KOs)
Weight: 134.2 lbs.

**David DIAZ**
Milwaukee, WI
4-0-1 (2 KOs)
Weight: 135.4 lbs.

**WELTERWEIGHTS - 4 ROUNDS**
vs.

**Alex MARTIN**
Harvey, IL
4-0 (4 KOs)
Weight: 146.8 lbs.

**Anthony LINENFELSER**
Rockford, IL
3-6 (3 KOs)
Weight: 144.6 lbs.

**SUPER MIDDLEWEIGHTS - 6 ROUNDS**
vs.

**Mike GAVRONSKI**
Chicago, IL
13-0-1 (10 KOs)
Weight: 165.4 lbs.

**Kevin HAND**
Portland, OR
5-5-1 (5 KOs)
Weight: 167 lbs.

**WELTERWEIGHTS - 4 ROUNDS**
vs.

**Semajay THOMAS**
Chicago, IL
2-0
Weight: 142.2 lbs.

**Miguel Antonio RODRIGUEZ**
Philadelphia, PA
1-5
Weight: 139 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:35 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016266

**GOLDEN BOY**  **LEIJA★BATTAH** PROMOTIONS  **Corona** Extra  **O'Reilly** AUTO PARTS  **FOX** SPORTS1  **FOX** DEPORTES

*SANCHEZ vs. SILVA*
*SPENCE JR. vs. CHARLES*
*Friday, April 18, 2014*
*Alamodome/Illusions Theater*
*San Antonio, TX*

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | *MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS* | |
| **Alan SANCHEZ** | vs. | **Jorge SILVA** |
| Fairfield, CA | | Tijuana, MEX |
| 12-3-1 (6 KOs) | | 19-5-2 (15 KOs) |
| Weight: 146.25 lbs. | | Weight: 147 lbs. |
| | *SWING BOUT - FEATHERWEIGHTS - 4 ROUNDS* | |
| **Joseph RODRIGUEZ JR.** | vs. | **Francisco ARELLANO** |
| San Antonio, TX | | Bay City, TX |
| 5-0 (2 KOs) | | 4-2 (1 KO) |
| Weight: 124.75 lbs. | | Weight: 125 lbs. |
| | *CO-MAIN EVENT - JUNIOR MIDDLEWEIGHTS - 10 ROUNDS* | |
| **Errol SPENCE JR.** | vs. | **Raymond CHARLES** |
| Dallas, TX | | San Antonio, TX |
| 11-0 (9 KOs) | | 12-2-2 (5 KOs) |
| Weight: 147.5 lbs. | | Weight: 148 lbs. |
| | *TV BOUT - JUNIOR WELTERWEIGHTS - 6 ROUNDS* | |
| **Travell MAZION** | vs. | **Antonio SANCHEZ** |
| Austin, TX | | Levittown Toa Baja, PR |
| 7-0 (6 KOs) | | 5-3-2 (3 KOs) |
| Weight: 138.5 lbs. | | Weight: 139 lbs. |
| | *JUNIOR FEATHERWEIGHTS - 10 ROUNDS* | |
| **Raul MARTINEZ** | vs. | **Sergio PERALES** |
| San Antonio, TX | | Brownsville, TX |
| 30-3 (18 KOs) | | 21-1 (15 KOs) |
| Weight: 119 lbs. | | Weight: 118.5 lbs. |
| | *JUNIOR FEATHERWEIGHTS - 6 ROUNDS* | |
| **Javier RODRIGUEZ** | vs. | **Manuel RUBALCAVA** |
| San Antonio, TX | | Laredo, TX |
| 8-0-1 (1 KO) | | 1-7 |
| Weight: 122 lbs. | | Weight: 122 lbs. |
| | *JUNIOR FEATHERWEIGHTS - 6 ROUNDS* | |
| **Christina RUIZ** | vs. | **Crystal HOY** |
| San Antonio, TX | | Las Vegas, NV |
| 7-6-2 (4 KOs) | | 5-6-3 (2 KOs) |
| Weight: 120.5 lbs. | | Weight: 119.75 lbs. |
| | *JUNIOR LIGHTWEIGHTS - 6 ROUNDS* | |
| **Miguel FLORES** | vs. | **Jose DEL VALLE** |
| Morelia, MEX | | Bayamon, PR |
| 13-0 (8 KOs) | | 2-4-3 |
| Weight: 128.25 lbs. | | Weight: 127.75 lbs. |
| | *CRUISERWEIGHTS - 6 ROUNDS* | |
| **Steve LOVETT** | vs. | **Daniel ALLOTEY** |
| New South Wales, AUS | | Accra, GH |
| 8-0 (6 KOs) | | 9-5 (6 KOs) |
| Weight: 178.75 lbs. | | Weight: 193 lbs. |
| | *MIDDLEWEIGHTS - 4 ROUNDS* | |
| **Justin DELOACH** | vs. | **Leshon SIMS** |
| Augusta, GA | | Inglewood, CA |
| 7-0 (4 KOs) | | 5-16 (3 KOs) |
| Weight: 157.75 lbs. | | Weight: 157.75 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:35 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016267