# EXHIBIT 10

**Exhibit 35 Part 2, Case No. 15-cv-3378, Dkt. No. 237-3 (Nov. 9, 2016) (second portion of the same exhibit as "Exhibit 35, Part 1" to Golden Boy's summary judgment filing including a list of bouts from various boxing events)**

# Exhibit 35
# PART 2

REDACTED Version of Document Filed Under Seal
Pursuant to Court Order Dated October 28, 2016 (Docket No. 141)
and Pending Court Order



**BLUE CORNER**                                                                                    **RED CORNER**

| | | |
|---|---|---|
| Bernard HOPKINS<br>Philadelphia, PA<br>54-6-2 (32 KOs)<br>Weight: 172.4 lbs. | **MAIN EVENT - IBF, WBA, & IBA LIGHT HEAVYWEIGHT TITLES - 12 ROUNDS**<br>vs. | Beibut SHUMENOV<br>Shymkent, KAZ<br>14-1 (9 KOs)<br>Weight: 174.4 lbs. |
| Shawn PORTER<br>Akron, OH<br>23-0-1 (14 KOs)<br>Weight: 146.8 lbs. | **CO-MAIN EVENT - IBF WELTERWEIGHT TITLE - 12 ROUNDS**<br>vs. | Paulie MALIGNAGGI<br>Brooklyn, NY<br>33-5 (7 KOs)<br>Weight: 146.2 lbs. |
| Peter QUILLIN<br>Brooklyn, NY<br>30-0 (22 KOs)<br>Weight: 159.8 lbs. | **WBO MIDDLEWEIGHT TITLE - 12 ROUNDS**<br>vs. | Lukas KONECNY<br>Usti, CZ<br>50-4(23 KOs)<br>Weight: 158.25 lbs. |
| Lamont ROACH JR.<br>Washington, DC<br>Pro Debut<br>Weight: 134.4 lbs. | **LIGHTWEIGHTS - 4 ROUNDS**<br>vs. | Victor GALINDO<br>Ponce, PR<br>1-3 (1 KO)<br>Weight: 142.8 lbs. |
| David GRAYTON<br>Washington, DC<br>6-0 (5 KOs)<br>Weight: 148.2 lbs. | **WELTERWEIGHTS - 4 ROUNDS**<br>vs. | Howard REECE<br>Miami, FL<br>2-4 (1 KO)<br>Weight: 149.2 lbs. |
| Sadam ALI<br>Brooklyn, NY<br>18-0 (11 KOs)<br>Weight: 146.25 lbs. | **WELTERWEIGHTS - 10 ROUNDS**<br>vs. | Michael CLARK<br>Columbus, OH<br>44-9-1 (18 KOs)<br>Weight: 144 lbs. |
| Zachary OCHOA<br>Brooklyn, NY<br>6-0 (3 KOs)<br>Weight: 134.5 lbs. | **JUNIOR WELTERWEIGHTS - 4/6 ROUNDS**<br>vs. | Hector MARENGO<br>Arecibo, PR<br>6-7-4 (4 KOs)<br>Weight: 140.2 lbs. |
| Marcus BROWNE<br>Staten Island, NY<br>9-0 (7 KOs)<br>Weight: 174 lbs. | **LIGHT HEAVYWEIGHTS - 8 ROUNDS**<br>vs. | Otis GRIFFIN<br>Troy, AL<br>24-15-2 (10 KOs)<br>Weight: 176.5 lbs. |
| D'Mitrius BALLARD<br>Washington, DC<br>4-0 (3 KOs)<br>Weight: 167 lbs. | **SUPER MIDDLEWEIGHTS - 6 ROUNDS**<br>vs. | Quincy MINER<br>St. Louis, MO<br>3-4<br>Weight: 165.2 lbs. |
| Dominic WADE<br>Largo, MD<br>14-0 (10 KOs)<br>Weight: 163 lbs. | **MIDDLEWEIGHTS - 8 ROUNDS**<br>vs. | Marcus UPSHAW<br>Jacksonville, FL<br>15-11-2 (7 KOs)<br>Weight: 157.4 lbs. |
| Chrisshawn ALEXANDER<br>Washington, DC<br>4-0 (4 KOs)<br>Weight: 135.2 lbs. | **LIGHTWEIGHTS - 4 ROUNDS**<br>vs. | Jose VALDERRAMA<br>Arecibo, PR<br>3-7 (3 KOs)<br>Weight: 138.6 lbs. |

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016268



| BLUE CORNER | | RED CORNER |
|---|---|---|
| | **MAIN EVENT - WBA INTERIM WELTERWEIGHT TITLE - 12 ROUNDS** | |
| Keith THURMAN | vs. | Julio DIAZ |
| Clearwater, FL | | Coachella, CA |
| 22-0 (20 KOs) | | 40-9-1 (29 KOs) |
| Weight: 145.6 lbs. | | Weight: 146.8 lbs. |
| | **CO-MAIN EVENT – WBC CONTINENTAL AMERICAS SUPER LIGHTWEIGHT TITLE - 12 ROUNDS** | |
| Lucas MATTHYSSE | vs. | John MOLINA JR. |
| Trelew, ARG | | Covina, CA |
| 34-3 (32 KOs) | | 27-3 (22 KOs) |
| Weight: 140 lbs. | | Weight: 139.2 lbs. |
| | **WBC LIGHTWEIGHT TITLE - 12 ROUNDS** | |
| Omar FIGUEROA JR. | vs. | Jerry BELMONTES |
| Weslaco, TX | | Corpus Christi, TX |
| 22-0-1 (17 KOs) | | 19-3 (5 KOs) |
| Weight: 134.8 lbs. | | Weight: 134.8 lbs. |
| | **MIDDLEWEIGHTS - 6 ROUNDS** | |
| Yamaguchi FALCAO | vs. | Francisco NAJERA |
| São Paulo, BRZ | | Tijuana, MEX |
| 0-0 | | 0-1 |
| Weight: 161.4 lbs. | | Weight: 158 lbs. |
| | **MIDDLEWEIGHTS - 10 ROUNDS** | |
| Jermall CHARLO | vs. | Hector MUNOZ |
| Houston, TX | | Albuquerque, NM |
| 17-0 (13 KOs) | | 22-12-1 (14 KOs) |
| Weight: 158 lbs. | | Weight: 158 lbs. |
| | **SUPER BANTAMWEIGHTS - 6/8 ROUNDS** | |
| Joseph DIAZ JR. | vs. | Luis MALDONADO |
| S. El Monte, CA | | Calexico, CA |
| 9-0 (7 KOs) | | 38-11-1 (29 KOs) |
| Weight: 122.8 lbs. | | Weight: 121.6 lbs. |
| | **SUPER WELTERWEIGHTS - 8 ROUNDS** | |
| Terrell GAUSHA | vs. | Charles WHITTAKER |
| Cleveland, OH | | Winter Haven, FL |
| 8-0 (5 KOs) | | 40-14-2 (24 KOs) |
| Weight: 154.8 lbs. | | Weight: 155.6 lbs. |
| | **WELTERWEIGHTS - 4 ROUNDS** | |
| Bryant PERELLA | vs. | Roberto CRESPO |
| Lehigh Acres, FL | | Brooklyn, NY |
| 3-0 (2 KOs) | | 4-3 |
| Weight: 146.8 lbs. | | Weight: 146.6 lbs. |
| | **WELTERWEIGHTS - 10 ROUNDS** | |
| Frankie GOMEZ | vs. | Orlando VASQUEZ |
| East Los Angeles, CA | | Bayamon, PR |
| 16-0 (12 KOs) | | 12-3-1 (6 KOs) |
| Weight: 143.2 lbs. | | Weight: 143 lbs. |
| | **LIGHTWEIGHTS – 8 ROUNDS** | |
| Sharif BOGERE | vs. | Arturo URENA |
| Las Vegas, NV | | Mazatlan, MEX |
| 23-1 (15 KOs) | | 26-16-1 (22 KOs) |
| Weight: 141.2 lbs. | | Weight: 150 lbs. |

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016269

      

**PEREZ vs. ROMERO**
**ARROYO vs. QUIJANO**
**Monday, April 28, 2014**
**Coliseo Ruben Rodriguez**
**Bayamon, PR**

**BLUE CORNER**                                                                 **RED CORNER**

**MAIN EVENT - WBA FEDELATIN SUPER LIGHTWEIGHT TITLE - 10 ROUNDS**

Michael PEREZ                                    vs.                            Jorge ROMERO
Lares, PR                                                                       Culiacan, MEX
19-1-2 (10 KOs)                                                                24-8 (21 KOs)
Weight: 140 lbs.                                                               Weight: 138.6 lbs.

**SWING BOUT - LIGHTWEIGHTS - 4 ROUNDS**

Jose LOPEZ                                       vs.                            Roberto RIVERA
Humacao, PR                                                                    Toa Alta, PR
1-0 (1KO)                                                                      2-1 (1 KO)
Weight: 134 lbs.                                                               Weight: 134 lbs.

**CO-MAIN EVENT - SUPER FLYWEIGHTS - 8 ROUNDS**

McJoe ARROYO                                     vs.                            David QUIJANO
Fajardo, PR                                                                    Caguas, PR
13-0 (7 KOs)                                                                   15-4-1 (9 KOs)
Weight: 115 lbs.                                                               Weight: 115 lbs.

**TV BOUT - WELTERWEIGHTS - 6 ROUNDS**

John Karl SOSA                                   vs.                            Victor PEREZ
Caguas, PR                                                                     Carolina, PR
9-0 (6 KOs)                                                                    3-1 (1 KO)
Weight: 145 lbs.                                                               Weight: 144 lbs.

**SUPER FEATHERWEIGHTS - 10 ROUNDS**

Jayson VELEZ                                     vs.                            Miguel SOTO
Caguas, PR                                                                     Arecibo, PR
21-0 (15 KOs)                                                                  11-2 (11 KOs)
Weight: 127 lbs.                                                               Weight: 128 lbs.

**SUPER WELTERWEIGHTS - 8 ROUNDS**

Prichard COLON                                   vs.                            Javier GARCIA
Orocovis, PR                                                                   Gurabo, PR
8-0 (8 KOs)                                                                    6-4-1 (2 KOs)
Weight: 151 lbs.                                                               Weight: 150 lbs.

**SUPER BANTAMWEIGHTS - 4 ROUNDS**

Josue DECLET                                     vs.                            Edgardo MARIN
Caguas, PR                                                                     Humacao, PR
2-0-1                                                                          0-1
Weight: 122 lbs.                                                               Weight: 120 lbs.

**SUPER WELTERWEIGHTS - 4 ROUNDS**

Willie JONES                                     vs.                            William LORENZO
Tampa, FL                                                                      San Lorenzo, PR
3-0 (2 KOs)                                                                    3-15 (1 KO)
Weight: 145 lbs.                                                               Weight: 149 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:36 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL



**BLUE CORNER**　　　　　　　　　　　　　　　　　　　　　**RED CORNER**

*MAIN EVENT - SUPER WELTERWEIGHTS - 10 ROUNDS*
vs.

Ishe SMITH
Las Vegas, NV
25-6 (11 KOs)
Weight: 154 lbs.

Ryan DAVIS
Granite, Hills, IL
24-13 3 (9 KOs)
Weight: 153.4 lbs.

*CO-MAIN EVENT - LIGHTWEIGHTS - 10 ROUNDS*
vs.

Mickey BEY
Las Vegas, NV
19-1-1 (10 KOs)
Weight: 133 lbs.

Alan HERRERA
Mazatlan, MEX
32-5 (21 KOs)
Weight: 135 lbs.

*TV BOUT - WBA INTERIM FEATHERWEIGHT TITLE - 12 ROUNDS*
vs.

Jesus CUELLAR
Buenos Aires, ARG
23-1 (18 KOs)
Weight: 125 lbs.

Rico RAMOS
Los Angeles, CA
23-3 (12 KOs)
Weight: 125.2 lbs.

*BANTAMWEIGHTS - 10 ROUNDS*
vs.

Raushee WARREN
Cincinnati, OH
10-0 (3 KOs)
Weight: 118 lbs.

Martin ALVARADO
Durango, MEX
7-2 (6 KOs)
Weight: 118 lbs.

*JUNIOR WELTERWEIGHTS - 8 ROUNDS*
vs.

Robert EASTER JR.
Toledo, OH
9-0 (8 KOs)
Weight: 135.5 lbs.

Carlos CARDENAS
Barinas, VEN
20-7-1 (13 KOs)
Weight: 136 lbs.

*JUNIOR WELTERWEIGHTS - 8 ROUNDS*
vs.

Jamel HERRING
Cincinnati, OH
7-0 (4 KOs)
Weight: 134.5 lbs.

Rogelio CASAREZ
Peten, GTM
6-1 (3 KOs)
Weight: 136.5 lbs.

*LIGHTWEIGHTS - 4 ROUNDS*
vs.

Raynell WILLIAMS
Cleveland, OH
3-0 (3 KOs)
Weight: 131 lbs.

Joshua AROCHO
Vineland, NJ
3-8-4 (2 KOs)
Weight: 130 lbs.

*SUPER WELTERWEIGHTS - 4 ROUNDS*
vs.

Javonte CLARK
Cincinnati, OH
1-0 (1 KO)
Weight: 148 lbs.

Miguel RICO
Mexicali, MEX
2-5-1
Weight: 148 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:36 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016271



**BLUE CORNER**                                                                    **RED CORNER**

### MAIN EVENT - WBC, WBA & RING MAGAZINE WELTERWEIGHT TITLES - 12 ROUNDS

Floyd MAYWEATHER                         vs.                        Marcos R. MAIDANA
Las Vegas, NV                                                       Santa Fe, ARG
45-0 (26 KOs)                                                       35-3 (31 KOs)
Weight: 146 lbs.                                                    Weight: 146.5 lbs.

### WBC SILVER WELTERWEIGHT TITLE - 12 ROUNDS

Amir KHAN                                vs.                        Luis COLLAZO
Bolton, ENG                                                        Brooklyn, NY
28-3 (19 KOs)                                                      35-5 (18 KOs)
Weight: 147 lbs.                                                   Weight: 147 lbs.

### VACANT WBA INTERNATIONAL SUPER LIGHTWEIGHT TITLE - 10 ROUNDS

Adrien BRONER                            vs.                        Carlos MOLINA
Cincinnati, OH                                                     Norwalk, CA
27-1 (22 KOs)                                                      17-1-1 (7 KOs)
Weight: 140 lbs.                                                   Weight: 140 lbs.

### VACANT WBA INTERNATIONAL SUPER MIDDLEWEIGHT TITLE - 10 ROUNDS

J'Leon LOVE                              vs.                        Marco PERIBAN
Las Vegas, NV                                                      Mexico City, MX
17-0 (10 KOs)                                                      20-1-1 (13 KOs)
Weight: 168 lbs.                                                   Weight: 168 lbs.

### CRUISERWEIGHTS - 6 ROUNDS

Andrew TABITI                            vs.                        John SHIPMAN
Las Vegas, NV                                                      Amarillo, TX
5-0 (5 KOs)                                                        3-1 (2 KOs)
Weight: 194 lbs.                                                   Weight: 194 lbs.

### SUPER MIDDLEWEIGHTS - 8 ROUNDS

Ronald GAVRIL                            vs.                        Tyrell HENDRIX
Las Vegas, NV                                                      Los Angeles, CA
8-0 (6 KOs)                                                        10-3-2 (3 KOs)
Weight: 167 lbs.                                                   Weight: 167 lbs.

### MIDDLEWEIGHTS - 8 ROUNDS

Anthony OGOGO                            vs.                        Jonuel TAPIA
East Anglia, ENG                                                   Bronx, NY
5-0 (2 KOs)                                                        8-4-1 (5 KOs)
Weight: 161.5 lbs.                                                 Weight: 158 lbs.

### WELTERWEIGHTS - 8 ROUNDS

Ashley THEOPHANE                         vs.                        Angino PEREZ
Las Vegas, NV                                                      Miami, FL
34-6-1 (10 KOs)                                                    15-4 (13 KOs)
Weight: 142 lbs.                                                   Weight: 141.5 lbs.

### SUPER MIDDLEWEIGHTS - 6 ROUNDS

Lanell BELLOWS                           vs.                        Thomas GIFFORD
Las Vegas, NV                                                      Hot Springs, AR
6-1-1 (5 KOs)                                                      2-1-1 (1 KOs)
Weight: 168 lbs.                                                   Weight: 166.5 lbs.

### WELTERWEIGHTS - 4 ROUNDS

Ladarius MILLER                          vs.                        Richard COLAS
Memphis, TN                                                        Las Vegas, NV
1-0                                                                1-2 (1 KOs)
Weight: 140 lbs.                                                   Weight: 142 lbs.

(Bout Card and Order Subject to Change)
Last Updated: 5/2/14 5:21 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                      GBP016272

       

### OROZCO vs. HONORIO
### AVILA vs. DE LA MORA
### Thursday, May 15, 2014
### Del Mar Fairgrounds
### Del Mar, CA

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | *FEATHERWEIGHTS - 4 ROUNDS* | |
| **Prince SMALLS**<br>San Diego, CA<br>4-0-1 | *vs.* | **Victor SERRANO**<br>Tijuana, MEX<br>2-3 |
| | *JUNIOR FEATHERWEIGHTS - 4 ROUNDS* | |
| **Jorge RUIZ**<br>San Diego, CA<br>6-1 (2 KOs) | *vs.* | **Walter SANTIBANES**<br>Phoenix, AZ<br>2-2 |
| | *MAIN EVENT - JUNIOR WELTERWEIGHTS - 10 ROUNDS* | |
| **Antonio OROZCO**<br>San Diego, CA<br>19-0 (15 KOs) | *vs.* | **Martin HONORIO**<br>Mexico City, MEX<br>32-8-1 (16 KOs) |
| | *SWING BOUT - MIDDLEWEIGHTS - 4 ROUNDS* | |
| **Elias ESPADAS**<br>Merida, MEX<br>5-1 (3 KOs) | *vs.* | **Jamal HARRIS**<br>Los Angeles, CA<br>5-7-4 (3 KOs) |
| | *CO-MAIN EVENT - JUNIOR FEATHERWEIGHTS - 10 ROUNDS* | |
| **Manuel AVILA**<br>Fairfield, CA<br>14-0 (5 KOs) | *vs.* | **David DE LA MORA**<br>Tijuana, MEX<br>25-5 (18 KOs) |
| | *TV BOUT - BANTAMWEIGHTS - 6 ROUNDS* | |
| **Manuel ROMAN**<br>Paramount, CA<br>16-2-3 (6 KOs) | *vs.* | **Jose SILVEIRA**<br>Kanasin, MEX<br>15-10 (6 KOs) |
| | *FEATHERWEIGHTS - 4 ROUNDS* | |
| **Roque RAMOS**<br>Vista, CA<br>4-0-1 (1 KO) | *vs.* | **Misael CHACON**<br>Phoenix, AZ<br>1-2 |
| | *JUNIOR MIDDLEWEIGHTS - 4 ROUNDS* | |
| **Tevin WATTS**<br>Los Angeles, CA<br>2-0-1 | *vs.* | **Elliot SEYMOUR**<br>Pasadena, CA<br>1-7 (1 KO) |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:37 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016273

       

## ALVARADO vs. JUAREZ
## GIBSON vs. NATER
## Monday, May 26, 2014
## Fort Bliss - Stout Fitness Center
## El Paso, TX

*BLUE CORNER*                                                                                          *RED CORNER*

### MAIN EVENT - WBC SILVER FEATHERWEIGHT TITLE - 12 ROUNDS

| | | |
|---|---|---|
| Rene ALVARADO<br>Managua, NIC<br>20-2 (14 KOs)<br>Weight: 125.6 lbs. | vs. | Rocky JUAREZ<br>Houston, TX<br>29-10-1 (21 KOs)<br>Weight: 125.2 lbs. |

### SWING BOUT - WELTERWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| Ryan KARL<br>Houston, TX<br>Pro Debut<br>Weight: 142.5 lbs. | vs. | Wilbert MITCHELL<br>Dallas, TX<br>1-10<br>Weight: 142.6 lbs. |

### CO-MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS

| | | |
|---|---|---|
| KeAndre GIBSON<br>St. Louis, MO<br>9-0-1 (4 KOs)<br>Weight: 143.2 lbs. | vs. | John NATER<br>Bayamon, PR<br>13-5 (10 KOs)<br>Weight: 143.6 lbs. |

### TV BOUT - AMATEUR FIGHT - FLYWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| Juliette LADISA<br>Bronx, NY<br>13-5<br>Weight: 109 lbs. | vs. | Alex LOVE<br>Ft. Carson, CO<br>51-8<br>Weight: 111.2 lbs. |

### AMATEUR FIGHT - SUPER MIDDLEWEIGHTS - 3 ROUNDS

| | | |
|---|---|---|
| Lachi ALLEN<br>San Antonio, TX<br>28-5<br>Weight: 163.8 lbs. | vs. | Reyes MARQUEZ<br>Winston Salem, NC<br>42-6<br>Weight: 164 lbs. |

### AMATEUR FIGHT - CRUISERWEIGHTS - 3 ROUNDS

| | | |
|---|---|---|
| Adrian TAYLOR<br>Mesquite, TX<br>70-10<br>Weight: 176.6 lbs. | vs. | Steve NELSON<br>Omaha, NE<br>38-4<br>Weight: 177.6 lbs. |

### JUNIOR MIDDLEWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| Bryant PERRELLA<br>Fort Myers, FL<br>4-0 (3 KOs)<br>Weight: 147.6 lbs. | vs. | Benito TOVAR<br>Milwaukee, WI<br>3-0-1 (3 KOs)<br>Weight: 146 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:37 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016274



**BLUE CORNER**                                                                                    **RED CORNER**

### MAIN EVENT - JUNIOR LIGHTWEIGHTS - 10 ROUNDS

Emmanuel GONZALEZ                          vs.                          Tevin FARMER
Bronx, NY                                                              Philadelphia, PA
14-0 (7 KOs)                                                          15-4-1 (3 KOs)
Weight: 130 lbs.                                                       Weight: 129 lbs.

### SWING BOUT - HEAVYWEIGHTS - 4 ROUNDS

Danny KELLY                                vs.                          Eric NEWELL
Washington, DC                                                         Bethlehem, PA
5-0-1 (4 KOs)                                                         7-2-2 (5 KOs)
Weight: 242 lbs.                                                       Weight: 265 lbs.

### CO-MAIN EVENT - VACANT NABF JR. HEAVYWEIGHT TITLE - 8 ROUNDS

Alexis SANTOS                              vs.                          Daniel MARTZ
Lawrence, MA                                                           Clarksburg, WV
13-0 (11 KOs)                                                         10-1-1 (7 KOs)
Weight: 223 lbs.                                                       Weight: 255 lbs.

### TV BOUT - LIGHTWEIGHTS - 8 ROUNDS

Jamie KAVANAGH                             vs.                          Michael CLARK
Dublin, IRL                                                           Columbus, OH
16-1-1 (7 KOs)                                                        44-10-1 (18 KOs)
Weight: 135 lbs.                                                       Weight: 135 lbs.

### SUPER MIDDLEWEIGHTS - 4 ROUNDS

Mark DELUCA                                vs.                          Dustin CAPLINGER
Quincy, MA                                                            Chillicothe, OH
9-0 (6 KOs)                                                          3-5
Weight: 160 lbs.                                                      Weight: 165 lbs.

### SUPER MIDDLEWEIGHTS - 6 ROUNDS

Gary O'SULLIVAN                            vs.                          Jose MEDINA
Cork, IRL                                                             Quincy, MA
16-1 (10 KOs)                                                        18-14-1 (7 KOs)
Weight: 164 lbs.                                                      Weight: 164.5 lbs.

### LIGHTWEIGHTS - 4 ROUNDS

Lamont ROACH                               vs.                          Miguel RODRIGUEZ
Washington, DC                                                        Philadelphia, PA
1-0                                                                  1-6
Weight: 133 lbs.                                                      Weight: 134 lbs.

Last Updated: 8/30/16 10:38 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                          GBP016275

   

### CENTENO vs. IBARRA
### GOMEZ vs. SANTANA
**Fantasy Springs Resort Casino**
**Indio, CA**
**June 6, 2014**

| | | |
|---|---|---|
| **BLUE CORNER** | | **RED CORNER** |

**MAIN EVENT - MIDDLEWEIGHTS - 10 ROUNDS**

| | | |
|---|---|---|
| Hugo CENTENO JR.<br>Oxnard, CA<br>20-0 (11 KOs)<br>Weight: 160 lbs. | vs. | Gerardo IBARRA<br>Houston, TX<br>14-0 (8 KOs)<br>Weight: 162 lbs. |

**CO-MAIN EVENT - SUPER WELTERWEIGHTS – 10 ROUNDS**

| | | |
|---|---|---|
| Eddie GOMEZ<br>Bronx, NY<br>16-0 (10 KOs)<br>Weight: 149 lbs. | vs. | Francisco SANTANA<br>Santa Barbara, CA<br>19-3-1 (9 KOs)<br>Weight: 148.2 lbs. |

**FEATHERWEIGHTS - 6 ROUNDS**

| | | |
|---|---|---|
| Diego DE LA HOYA<br>Mexicali, MEX<br>4-0 (3 KO's)<br>Weight: 123.2 lbs. | vs. | Rigoberto CASILLAS<br>Tijuana, MEX<br>10-11-1 (8 KOs)<br>Weight: 123.4 lbs. |

**MIDDLEWEIGHTS - 10 ROUNDS**

| | | |
|---|---|---|
| Terrell GAUSHA<br>Cleveland, OH<br>9-0 (5 KOs)<br>Weight: 156.2 lbs. | vs. | James WINCHESTER<br>Reidsville, NC<br>16-9 (6 KOs)<br>Weight: 155.8 lbs. |

**SUPER BANTAMWEIGHTS – 4 ROUNDS**

| | | |
|---|---|---|
| Oscar NEGRETE<br>Los Angeles, CA<br>4-0<br>Weight: 123.6 lbs. | vs. | Pablo CUPUL<br>Merida, MEX<br>4-15 (3 KOs)<br>Weight: 126 lbs. |

**JUNIOR WELTERWEIGHTS - 4 ROUNDS**

| | | |
|---|---|---|
| David FIGUEROA<br>Indio, CA<br>Pro Debut<br>Weight: 138.8 lbs. | vs. | Rick QUEVEDO<br>Palm Springs, CA<br>Pro Debut<br>Weight: 138.4 lbs. |

**MIDDLEWEIGHTS - 6 ROUNDS**

| | | |
|---|---|---|
| Immanuwel ALEEM<br>Richmond, VA<br>7-0 (3 KOs)<br>Weight: 162.2 lbs. | vs. | Cameron ALLEN<br>Battle Creek, MI<br>5-15 (3 KOs)<br>Weight: 159.4 lbs. |

**WELTERWEIGHTS - 6 ROUNDS**

| | | |
|---|---|---|
| David GRAYTON<br>Washington, DC<br>7-0 (6 KOs)<br>Weight: 147 lbs. | vs. | German VALDEZ<br>Agua Prieta, MEX<br>3-4-1 (1 KO)<br>Weight: 147.2 lbs. |

**MIDDLEWEIGHTS - 4 ROUNDS**

| | | |
|---|---|---|
| Kyrone DAVIS<br>Wilmington, DE<br>2-0 (2 KOs)<br>Weight: 160.6 lbs. | vs. | Jas PHIPPS<br>New Orleans, LA<br>4-3 (1 KO)<br>Weight: 161.2 lbs. |

**Golden Boy's Summary Judgment Exhibit No. 35**
-123-

 GBP016276

      

### *ARROYO vs. SALUDAR*
### *SEDA vs. RANGEL*
### *Thursday, June 19, 2014*
### *Coliseo Ruben Rodriguez*
### *Bayamon, PR*

*BLUE CORNER*          *RED CORNER*

#### *MAIN EVENT – IBF FLYWEIGHT TITLE ELIMINATOR – 12 ROUNDS*

| McWilliams ARROYO | vs. | Froilan SALUDAR |
|---|---|---|
| Fajardo, PR | | Polomolok, PHL |
| 14-1 (12 KOs) | | 19-0-1 (11 KOs) |
| Weight: 112 lbs. | | Weight: 111.3 lbs. |

#### *SWING BOUT – LIGHTWEIGHTS – 4 ROUNDS*

| Jose LOPEZ | vs. | Rafael VAZQUEZ |
|---|---|---|
| Humacao, PR | | San Juan, PR |
| 2-0 (2 KOs) | | 1-0 |
| Weight: 134 lbs. | | Weight: 134 lbs. |

#### *CO-MAIN EVENT – JUNIOR FEATHERWEIGHTS – 10 ROUNDS*

| Cesar SEDA | vs. | Alex RANGEL |
|---|---|---|
| Juana Diaz, PR | | Ciudad Obregon, MEX |
| 25-2 (17 KOs) | | 15-2-2 (9 KOs) |
| Weight: 121 lbs. | | Weight: 120 lbs. |

#### *TV BOUT – JUNIOR MIDDLEWEIGHTS – 6 ROUNDS*

| Prichard COLON | vs. | Carlos GARCIA |
|---|---|---|
| Orocovis, PR | | Trujillo Alto, PR |
| 9-0 (9 KOs) | | 7-12-1 (7 KOs) |
| Weight: 148 lbs. | | Weight: 149 lbs. |

#### *JUNIOR WELTERWEIGHTS – 4 ROUNDS*

| Milton SANTIAGO | vs. | Carlos LOPEZ |
|---|---|---|
| Philadelphia, PA | | San Juan, PR |
| 5-0 (3 KOs) | | 4-4 |
| Weight: 139 lbs. | | Weight: 140 lbs. |

#### *WELTERWEIGHTS – 4 ROUNDS*

| Miguel CANINO | vs. | Luis ORTIZ |
|---|---|---|
| San Juan, PR | | Arecibo, PR |
| Pro Debut | | 0-2 |
| Weight: 137 lbs. | | Weight: 141 lbs. |

#### *JUNIOR FEATHERWEIGHTS – 4 ROUNDS*

| Jean Carlos LOPEZ | vs. | Juan FIGUEROA |
|---|---|---|
| San Juan, PR | | Corozal, PR |
| Pro Debut | | Pro Debut |
| Weight: 118 lbs. | | Weight: 119 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:39 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016277

**GUERRERO vs. KAMEGAI**
SATURDAY, JUNE 21, 2014 – STUBHUB CENTER – CARSON, CA
GARY RUSSELL JR.   DEVON ALEXANDER
VASYL LOMACHENKO   JESUS SOTO KARASS

GOLDEN BOY   SHOWTIME

| **BLUE CORNER** | | **RED CORNER** |
|---|---|---|
| Robert GUERRERO<br>Gilroy, CA<br>31-2-1 (18 KOs)<br>Weight: 146 lbs. | *MAIN EVENT - WELTERWEIGHTS - 12 ROUNDS*<br>vs. | Yoshihiro KAMEGAI<br>Tokyo, JAP<br>24-1-1 (21 KOs)<br>Weight: 146.75 lbs. |
| Gary RUSSELL JR.<br>Capital Heights, MD<br>24-0 (14 KOs)<br>Weight: 125.5 lbs. | *CO-MAIN EVENT - WBO VACANT FEATHERWEIGHT TITLE - 12 ROUNDS*<br>vs. | Vasyl LOMACHENKO<br>Bilhorod, UKR<br>1-1 (1 KO)<br>Weight: 125.5 lbs. |
| Devon ALEXANDER<br>St. Louis, MO<br>25-2(14 KOs)<br>Weight: 148.25 lbs. | *SUPER WELTERWEIGHTS - 10 ROUNDS*<br>vs. | Jesus SOTO KARASS<br>Los Mochis, MEX<br>28-9-3 (18 KOs)<br>Weight: 148 lbs. |
| Vyacheslav SHABRANSKYY<br>N. Hollywood, CA<br>8-0 (7 KOs)<br>Weight: 175.25 lbs. | *LIGHT HEAVYWEIGHTS - 6 ROUNDS*<br>vs. | Michael GBENGA<br>Silver Spring, MD<br>15-14 (15 KOs)<br>Weight: 172.75 lbs. |
| Chad DAWSON<br>New Haven, CT<br>31-3 (17 KOs)<br>Weight: 182.8 lbs. | *CRUISERWEIGHTS - 10 ROUNDS*<br>vs. | George BLADES<br>Indianapolis, IN<br>23-5 (16 KOs)<br>Weight: 177.5 lbs. |
| Dominic BREAZEALE<br>Alhambra, CA<br>10-0 (9 KOs)<br>Weight: 251.5 lbs. | *HEAVYWEIGHTS - 10 ROUNDS*<br>vs. | Devin VARGAS<br>Toledo, OH<br>18-3 (7 KOs)<br>Weight: 234 lbs. |
| Sharif BOGERE<br>Las Vegas, NV<br>24-1 (16 KOs)<br>Weight: 136 lbs. | *JUNIOR WELTERWEIGHTS - 8 ROUNDS*<br>vs. | Miguel ZAMUDIO<br>Guasave, MEX<br>28-4-1 (16 KOs)<br>Weight: 137 lbs. |
| Michael HUNTER<br>Van Nuys, CA<br>4-0 (3 KOs)<br>Weight: 207.25 lbs. | *HEAVYWEIGHTS - 8 ROUNDS*<br>vs. | Jerry FORREST<br>Lafayette, LA<br>7-1 (6 KOs)<br>Weight: 224.5 lbs. |
| Fabian MAIDANA<br>Santa Fe, ARG<br>Pro Debut<br>Weight: 144.2 lbs. | *WELTERWEIGHTS - 4 ROUNDS*<br>vs. | Eddie J. DIAZ<br>Los Angeles, CA<br>Pro Debut<br>Weight: 149.8 lbs. |
| Marcos HERNANDEZ<br>Fresno, CA<br>1-0<br>Weight: 149.25 lbs. | *SUPER WELTERWEIGHT - 4 ROUNDS*<br>vs. | Dante STOWERS<br>San Diego, CA<br>0-4<br>Weight: 151.25 lbs. |

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016278

**GOLDEN BOY PROMOTIONS PRESENTS:**
**FRIDAY, JUNE 27, 2014**
**THE JOINT**
**HARD ROCK HOTEL & CASINO**

LAS VEGAS

**DOMINIC WADE** VS. NICK BRINSON   **ERROL SPENCE JR.** VS. RONALD CRUZ   **MARCUS BROWNE** VS. DONTA WOODS

GOLDEN BOY   Corona Extra   GOLDENBOYPROMOTIONS.COM

**BLUE CORNER**

Errol SPENCE JR
Dallas, TX
12-0 (10 KOs)
Weight: 146.6 lbs.

Dominic L. WADE
Washington, DC
15-0 (11 KOs)
Weight: 161.6 lbs.

Marcus BROWNE
Staten Island, NY
10-0 (7 KOs)
Weight: 178.4 lbs.

Gerald WASHINGTON
San Jose, CA
12-0 (9 KOs)
Weight: 250.4 lbs.

BJ FLORES
Ozark, MO
29-1-1 (19 KOs)
Weight: 203.8 lbs.

Dennis HASSON
Philadelphia, PA
16-0 (6 KOs)
Weight: 176.6 lbs.

Steve LOVETT
New South Whales, AUS
9-0 (7 KOs)
Weight: 176.2 lbs.

Lanell V. BELLOWS
Kansas City, MO
7-1-1 (6 KOs)
Weight: 167 lbs.

Ryan KARL
Houston, TX
1-0 (1 KO)
Weight: 145.2 lbs.

John MAGDA
Rutherford, NJ
6-0 (5 KOs)
Weight: 166.6 lbs.

Caleb H. PLANT
Nashville, TN
2-0 (1 KO)
Weight: 160.6 lbs.

Ladarius MILLER
Memphis, TN
2-0 (1 KO)
Weight: 140.4 lbs.

*MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS*
vs.

*CO-MAIN - MIDDLEWEIGHTS - 10 ROUNDS*
vs.

*TV OPENER - LIGHT HEAVYWEIGHTS - 8 ROUNDS*
vs.

*HEAVYWEIGHTS - 8 ROUNDS*
vs.

*HEAVYWEIGHTS - 8 ROUNDS*
vs.

*LIGHT HEAVYWEIGHTS - 8 ROUNDS*
vs.

*OFF TV SWING BOUT CRUISERWEIGHTS - 8 ROUNDS*
vs.

*SUPER MIDDLEWEIGHTS - 6 ROUNDS*
vs.

*OFF TV SWING BOUT - WELTERWEIGHTS - 4 ROUNDS*
vs.

*SUPER MIDDLEWEIGHTS - 6 ROUNDS*
vs.

*MIDDLEWEIGHTS - 4 ROUNDS*
vs.

*WELTERWEIGHTS - 4 ROUNDS*
vs.

**RED CORNER**

Ronald CRUZ
Manati, PR
20-3 (15 KOs)
Weight: 148 lbs.

Nicholas A. BRINSON
Rochester, NY
16-1-2 (6 KOs)
Weight: 160.6 lbs.

Donta R. WOODS
Atlanta, GA
8-2 (7 KOs)
Weight: 178.4 lbs.

Travis WALKER
Houston, TX
39-11-1 (31 KOs)
Weight: 243.2 lbs.

Anthony C. SMITH
Stanton, DE
15-2 (10 KOs)
Weight: 203.2 lbs.

Tyrell HENDRIX
Los Angeles, CA
10-4-2 (3 KOs)
Weight: 172.8 lbs.

Dwayne WILLIAMS
Chicago, IL
4-2 (1 KO)
Weight: 175.6 lbs.

Jas PHIPPS
New Orleans, LA
4-4 (1 KO)
Weight: 166.8 lbs.

Corey A. MULDREW
Texarkana, TX
1-7
Weight: 143.2 lbs.

Taneal GOYCO
Philadelphia, PA
6-6-1 (3 KOs)
Weight: 167 lbs.

Michael NORIEGA
Brawley, CA
4-3 (4 KOs)
Weight: 157.2 lbs.

Jacinto QUINTANA
Ft. Myers, FL
2-2 (2 KOs)
Weight: 143 lbs.

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016279

     

### GOMEZ vs. PAREDES
### DIAZ JR. vs. ROBLES
### DE LA HOYA vs. TAMAYO
### Wednesday, July 9, 2014
### Hard Rock Hotel & Casino
### Las Vegas, NV

*BLUE CORNER*                                                              *RED CORNER*

*MAIN EVENT - JUNIOR MIDDLEWEIGHTS - 10 ROUNDS*
vs.

Alfonso GOMEZ                                                              Ed PAREDES
Guadalajara, MEX                                                          Lawrence, MA
23-6-2 (12 KOs)                                                            35-3-1 (23 KOs)
Weight: 150.2 lbs.                                                         Weight: 150 lbs.

*CO-MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS*
vs.

Joseph DIAZ JR.                                                            Ramiro ROBLES
South El Monte, CA                                                        Guanajuato, MEX
11-0 (7 KOs)                                                               11-1-1 (6 KOs)
Weight: 123.6 lbs.                                                         Weight: 124 lbs.

*TV BOUT - FEATHERWEIGHTS - 6 ROUNDS*
vs.

Diego DE LA HOYA                                                           Miguel TAMAYO
Mexicali, MEX                                                             Ciudad Obregon, MEX
5-0 (3 KOs)                                                                14-8-2 (12 KOs)
Weight: 124 lbs.                                                           Weight: 122 lbs.

*JUNIOR FEATHERWEIGHTS - 4 ROUNDS*
vs.

Oscar NEGRETE                                                             Carlos MEDINA
Los Angeles, CA                                                          Nayarit, MEX
5-0 (1 KO)                                                                 1-0
Weight: 118.6 lbs.                                                         Weight: 118.2 lbs.

*FEATHERWEIGHTS - 6 ROUNDS*
vs.

Joet GONZALEZ                                                             David CLARK
Glendora, CA                                                              San Diego, CA
7-0 (1 KO)                                                                 6-3 (4 KOs)
Weight: 122 lbs.                                                           Weight: 122.6 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:39 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                                    GBP016280



**BLUE CORNER**

**RED CORNER**

| | | |
|---|---|---|
| Canelo ALVAREZ<br>Guadalajara, MEX<br>43-1-1 (31 KOs)<br>Weight: 155 lbs. | *MAIN EVENT - MIDDLEWEIGHTS - 12 ROUNDS*<br>vs. | Erislandy LARA<br>Guantanamo, CUB<br>19-1-2 (12 KOs)<br>Weight: 155 lbs. |
| Abner MARES<br>Guadalajara, MEX<br>26-1-1 (14 KOs)<br>Weight: 126.5 lbs. | *CO-MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS*<br>vs. | Jonathan OQUENDO<br>Vega Alta, PR<br>24-3 (16 KOs)<br>Weight: 126.5 lbs. |
| Juan Manuel LOPEZ<br>Caguas, PR<br>34-3 (31 KOs)<br>Weight: 130 lbs. | *WBO INTERNATIONAL & NABF JUNIOR LIGHTWEIGHT TITLES - 10 ROUNDS*<br>vs. | Francisco VARGAS<br>Mexico City, MEX<br>19-0-1 (13 KOs)<br>Weight: 129 lbs. |
| Johan PEREZ<br>Caracas, VEN<br>19-1-1 (13 KOs)<br>Weight: 140 lbs. | *WBA INTERIM SUPER LIGHTWEIGHT WORLD TITLE - 12 ROUNDS*<br>vs. | Mauricio HERRERA<br>Riverside, CA<br>20-4 (7 KOs)<br>Weight: 140 lbs. |
| Yamaguchi FALCAO<br>Los Angeles, CA<br>1-0<br>Weight: 161.5 lbs. | *SUPER MIDDLEWEIGHTS - 4/6 ROUNDS*<br>vs. | Jesus CRUZ<br>Arecibo, PR<br>1-1-1<br>Weight: 162 lbs. |
| Tomoki KAMEDA<br>Tokyo, JPN<br>29-0 (18 KOs)<br>Weight: 118 lbs. | *WBO BANTAMWEIGHT WORLD TITLE - 12 ROUNDS*<br>vs. | Pungluang SINGYU<br>Bangkok, THA<br>46-2 (31 KOs)<br>Weight: 117 lbs. |
| Jason QUIGLEY<br>Donegal, IRL<br>Pro Debut<br>Weight: 160 lbs. | *MIDDLEWEIGHTS - 4 ROUNDS*<br>vs. | Howard REECE<br>Ocala, FL<br>2-6 (1 KO)<br>Weight: 158 lbs. |
| Yoandris SALINAS<br>Miami, FL<br>20-0-2 (13 KOs)<br>Weight: 123 lbs. | *FEATHERWEIGHTS - 10 ROUNDS*<br>vs. | Enrique QUEVEDO<br>Los Angeles, CA<br>15-7-1 (9 KOs)<br>Weight: 122 lbs. |
| John Karl SOSA<br>Caguas, PR<br>11-0 (6 KOs)<br>Weight: 141.5 lbs. | *WELTERWEIGHTS - 6 ROUNDS*<br>vs. | Luis BELLO<br>Michoacan, MEX<br>5-1 (2 KOs)<br>Weight: 141 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 7/11/14 6:09 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

-128-

CONFIDENTIAL

GBP016281








### GESTA vs. ARCEO
### CHICAS vs. ROBLES
### TAISHAN vs. ROZMAN
### Friday, July 18, 2014
### Longshoreman's Hall
### San Francisco, CA

**BLUE CORNER**

Laura DEANOVIC
San Francisco, CA
1-5
Weight: 129.5 lbs.

Fabian MELENDEZ
San Carlos, CA
Pro Debut
Weight: 189.5 lbs.

Arturo QUINTERO
San Jose, CA
15-4-1 (9 KOs)
Weight: 136 lbs.

Andy VENCES
San Jose, CA
7-0 (3 KOs)
Weight: 131.5 lbs.

Mercito GESTA
Cebu, PHI
27-1-1 (15 KOs)
Weight: 138.5 lbs.

Ricardo PINELL
San Francisco, CA
8-1-1 (6 KOs)
Weight: 157 lbs.

Jonathan CHICAS
San Francisco, CA
13-1 (6 KOs)
Weight: 142 lbs.

TAISHAN
Bejing, CH
Pro Debut
Weight: 287 lbs.

Benjamin BRISENO
Hayward, CA
3-1
Weight: 123 lbs.

Joel SLAPNO
San Leandro, CA
Pro Debut
Weight: 152 lbs.

**JUNIOR LIGHTWEIGHTS - 4 ROUNDS**
vs.

**CRUISERWEIGHTS - 4 ROUNDS**
vs.

**JUNIOR WELTERWEIGHTS - 6 ROUNDS**
vs.

**LIGHTWEIGHTS - 6 ROUNDS**
vs.

**MAIN EVENT - JUNIOR WELTERWEIGHTS - 10 ROUNDS**
vs.

**SWING BOUT - SUPER MIDDLEWEIGHTS - 4 ROUNDS**
vs.

**CO-MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS**
vs.

**TV BOUT - HEAVYWEIGHTS - 4 ROUNDS**
vs.

**FEATHERWEIGHTS - 4 ROUNDS**
vs.

**JUNIOR MIDDLEWEIGHTS - 4 ROUNDS**
vs.

**RED CORNER**

Celene ROMAN
Ontario, CA
3-1-2
Weight: 127 lbs.

Payton BOYEA
Sacramento, CA
0-4
Weight: 190 lbs.

Mario HERMOSILLO
Tijuana, MEX
12-13-4 (2 KOs)
Weight: 140 lbs.

Adolfo LANDERAS
Mexico City, MEX
22-35-2 (10 KOs)
Weight: TBA

Luis ARCEO
Tijuana, MEX
25-12-4 (19 KOs)
Weight: 137 lbs.

Jamal HARRIS
Los Angeles, CA
5-9-4 (3 KOs)
Weight: 163 lbs.

Emanuel ROBLES
San Diego, CA
10-0-1 (3 KOs)
Weight: 142 lbs.

Alex ROZMAN
Minneapolis, MN
2-6 (1 KO)
Weight: 255 lbs.

Walter SANTIBANES
Phoenix, AZ
3-2 (1 KO)
Weight 124 lbs.

Jesus SANCHEZ
Fresno, CA
Pro Debut
Weight: 152 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:40 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

-129-

CONFIDENTIAL

GBP016282

      

**GOMEZ vs. PARIS**
**SHABRANSKY vs. WALKER**
**Friday, July 25, 2014**
**Fantasy Springs Resort Casino**
**Indio, CA**

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | **MAIN EVENT – JUNIOR WELTERWEIGHTS – 10 ROUNDS** | |
| Frankie GOMEZ | vs. | Vernon PARIS |
| East Los Angeles, CA | | Tallahasse, FL |
| 17-0 (13 KOs) | | 28-1 (16 KOs) |
| Weight: 140 lbs. | | Weight: 139.2 lbs. |
| | **CO-MAIN EVENT – SUPER MIDDLEWEIGHTS – 8 ROUNDS** | |
| Terrell GAUSHA | vs. | Ronnie WARRIOR JR. |
| Cleveland, OH | | Tulsa, OK |
| 10-0 (5 KOs) | | 15-8-1 (5 KOs) |
| Weight: 157 lbs. | | Weight: 164.2 lbs. |
| | **TV BOUT – CRUISERWEIGHTS – 6 ROUNDS** | |
| Vyacheslav SHABRANSKY | vs. | Demetrius WALKER |
| North Hollywood, CA | | Kansas City, MO |
| 9-0 (8 KOs) | | 7-5-1 (4 KO's) |
| Weight: 176.8 lbs. | | Weight: 174.8 lbs. |
| | **JUNIOR MIDDLEWEIGHTS – 4 ROUNDS** | |
| Neeco MACIAS | vs. | Robert HILL |
| Palm Desert, CA | | Inglewood, CA |
| 5-0 (1KO) | | 1-5 |
| Weight: 151.6 lbs. | | Weight: 153.2 lbs. |
| | **WELTERWEIGHTS – 6 ROUNDS** | |
| Bryant PERRELLA | vs. | Cristian STEELE |
| Fort Myers, FL | | Philadelphia, PA |
| 5-0 (4 KOs) | | 4-8-2 (1 KO) |
| Weight: 146 lbs. | | Weight: 145.4 lbs. |
| | **MIDDLEWEIGHTS – 8 ROUNDS** | |
| Daquan ARNETT | vs. | Angel HERNANDEZ |
| Orlando, FL | | Gary, IN |
| 11-1 (7 KOs) | | 16-16-1 (13 KOs) |
| Weight: 156 lbs. | | Weight: 155.8 lbs. |
| | **SUPER MIDDLEWEIGHTS – 4 ROUNDS** | |
| Caleb PLANT | vs. | Bryan TRUE |
| Nashville, TN | | Los Angeles, CA |
| 3-0 (1 KO) | | 1-1-1 (1 KO) |
| Weight: 161 lbs. | | Weight: 161.8 lbs. |
| | **JUNIOR WELTERWEIGHTS – 6 ROUNDS** | |
| Damian SOSA | vs. | Ryan PICOU |
| Buenos Aires, ARG | | Los Angeles, CA |
| 7-0 (6 KOs) | | 1-3 |
| Weight: 136.8 lbs. | | Weight: 136.2 lbs. |
| | **FEATHERWEIGHTS – 4 ROUNDS** | |
| Mario BARRIOS | vs. | Salvador PEREZ |
| San Antonio, TX | | Campeche, MEX |
| 4-0 (1 KO) | | 2-4-2 (1 KO) |
| Weight: 125.8lbs. | | Weight: 123.2 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:40 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016283

Case 2:15-cv-01045-RFB-BNW   Document 237-3   Filed 06/19/16   Page 18   Page ID



**BELMONTES vs. COTTO**
**GIBSON vs. HERNANDEZ**
Thursday, August 7, 2014
**American Bank Center**
Corpus Christi, TX

| BLUE CORNER | | RED CORNER |
|---|---|---|
| **Jerry BELMONTES**<br>Corpus Christi, TX<br>19-4 (5 KOs) | *MAIN EVENT - JUNIOR LIGHTWEIGHTS - 10 ROUNDS*<br>vs. | **Abner COTTO**<br>Aguas Buenas, PR<br>17-2 (8 KOs) |
| **Robert VELA**<br>Robstown, TX<br>9-0-1 (5 KOs) | *SWING BOUT - JUNIOR LIGHTWEIGHTS - 6 ROUNDS*<br>vs. | **Jesse ANGUIANO**<br>San Antonio, TX<br>2-3-2 (1 KO) |
| **KeAndre GIBSON**<br>Austin, TX<br>10-0 -1 (3 KOs) | *CO-MAIN EVENT - JUNIOR WELTERWEIGHTS - 8 ROUNDS*<br>vs. | **Jose HERNANDEZ**<br>Ft. Worth, TX<br>14-7-1 (6 KOs) |
| **Oscar CANTU**<br>Kingsville, TX<br>7-0 (1 KO) | *TV BOUT - BANTAMWEIGHTS - 6 ROUNDS*<br>vs. | **Joseph RIOS**<br>San Antonio, TX<br>13-9-2 (4 KOs) |
| **Jairo CASTANEDA**<br>San Antonio, TX<br>5-0 (2 KOs) | *WELTERWEIGHTS - 4 ROUNDS*<br>vs. | **Josue GARCIA**<br>El Paso, TX<br>1-1 |
| **Marty GUTIERREZ**<br>Corpus Christi, TX<br>5-1 (1 KO) | *JUNIOR LIGHTWEIGHTS - 4 ROUNDS*<br>vs. | **Jesus GARZA**<br>Dallas, TX<br>2-4-1 |
| **Ernest REYNA**<br>Corpus Christi, TX<br>4-1 (3 KOs) | *HEAVYWEIGHTS - 4 ROUNDS*<br>vs. | TBA |
| **Steve BELMONTES**<br>Corpus Christi, TX<br>Pro Debut | *JUNIOR WELTERWEIGHTS - 4 ROUNDS*<br>vs. | **James Burns**<br>Ft. Worth, TX<br>1-3-1 (1 KO) |
| **Julian GILDEN**<br>Corpus Christi, TX<br>6-0 (5 KOs) | *JUNIOR LIGHTWEIGHTS - 4 ROUNDS*<br>vs. | **Manuel RUBALCAVA**<br>Nuevo Laredo,TX<br>1-9 |
| **Jeremy LONGORIA**<br>Corpus Christi, TX<br>5-4 (1 KO) | *JUNIOR LIGHTWEIGHTS - 4 ROUNDS*<br>vs. | **Albert NAVARRO**<br>Kingsville, TX<br>3-7-1 (1 KO) |
| **Cesar MARTINEZ**<br>Round Rock, TX<br>0-1 | *JUNIOR LIGHTWEIGHTS - 4 ROUNDS*<br>vs. | **Roy GARCIA**<br>Alice, TX<br>2-11 (1 KO) |
| **Ryan KARL**<br>Houston, TX<br>2-0 (2 KOs) | *WELTERWEIGHTS - 4 ROUNDS*<br>vs. | **David GREEN**<br>Monroe, LA<br>2-20-1 (1 KO) |
| **Justin DE LOACH**<br>Houston, TX<br>8-0 (4 KOs) | *MIDDLEWEIGHTS - 4 ROUNDS*<br>vs. | **Thomas ALLEN**<br>Bronx, NY<br>2-5 (2 KOs) |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:41 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016284



**BLUE CORNER**                                                                              **RED CORNER**

### MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS

Danny GARCIA                                          vs.                          Rod SALKA
Philadelphia, PA                                                                   Bunoia, PA
28-0 (16 KOs)                                                                      19-3 (3 KOs)
Weight: 141.75 lbs.                                                                Weight: 141 lbs.

### CO-MAIN EVENT - IBF JUNIOR WELTERWEIGHT WORLD TITLE - 12 ROUNDS

Lamont PETERSON                                       vs.                          Edgar SANTANA
Washington, DC                                                                     New York, NY
32-2-1 (16 KOs)                                                                    29-4 (20 KOs)
Weight: 140 lbs.                                                                   Weight: 139.5 lbs.

### TV OPENER - VACANT WBA MIDDLEWEIGHT WORLD TITLE - 12 ROUNDS

Daniel JACOBS                                         vs.                          Jarrod FLETCHER
Brooklyn, NY                                                                       Queensland, AUS
27-1 (24 KOs)                                                                      18-1 (10 KOs)
Weight: 159.5 lbs.                                                                 Weight:159.25 lbs.

### SUPER LIGHTWEIGHTS - 4/6 ROUNDS

Zachary OCHOA                                         vs.                          Luis CERVANTES
Brooklyn, NY                                                                       Palm Springs, CA
7-0 (4 KOs)                                                                        7-7-3 (2 KO)
Weight: 140 lbs.                                                                   Weight: 139.6 lbs.

### WBO INTER- CONTINENTAL WELTERWEIGHT TITLE - 10 ROUNDS

Sadam ALI                                             vs.                          Jeremy BRYAN
Brooklyn, NY                                                                       Paterson, NJ
19-0 (12 KOs)                                                                      17-3 (7 KOs)
Weight: 146.6 lbs.                                                                 Weight: 145.4 lbs.

### WELTERWEIGHTS - 10 ROUNDS

Anthony PETERSON                                      vs.                          Edgar RIOVALLE
Washington, DC                                                                     Mexico City, MEX
33-1 (21 KOs)                                                                      37-18-2 (26 KOs)
Weight: 137 lbs.                                                                   Weight: 144.4 lbs.

### LIGHT HEAVYWEIGHTS - 10 ROUNDS

Marcus BROWNE                                         vs.                          Paul VAZQUEZ
Staten Island, NY                                                                  Oakland, CA
11-0 (8 KOs)                                                                       10-5-1 (3 KOs)
Weight: 176.4 lbs.                                                                 Weight: 174.2 lbs.

### JUNIOR MIDDLEWEIGHTS - 6 ROUNDS

Prichard COLON                                        vs.                          Lenwood DOZIER
Orocovis, PR                                                                       Washington, DC
10-0 (10 KOs)                                                                      9-6-1 (4 KOs)
Weight: 150 lbs.                                                                   Weight: 154.2 lbs.

### SUPER MIDDLEWEIGHTS - 6 ROUNDS

D'metrius BALLARD                                     vs.                          Barry TROTTER
Temple Hills, MD                                                                   Columbus, MD
5-0 (4 KOs)                                                                        2-1 (1 KO)
Weight: 169 lbs.                                                                   Weight: 168.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/8/14 1:29 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016285

# SHAWN PORTER VS. KELL BROOK

**IBF WELTERWEIGHT WORLD CHAMPIONSHIP**

**SAKIO BIKA VS. ANTHONY DIRRELL**    **OMAR FIGUEROA JR VS DANIEL ESTRADA**

SATURDAY, AUGUST 16, 2014   STUBHUB CENTER   CARSON, CA

**GOLDEN BOY**   **SHOWTIME**

---

**BLUE CORNER**

**Shawn PORTER**
Cleveland, OH
24-0-1 (15 KOs)
Weight: 146.8 lbs.

**Sakio BIKA**
Sydney, AUS
32-5-3 (21 KOs)
Weight: 167.8 lbs.

**Omar FIGUEROA JR.**
Weslaco, TX
23-0-1 (17 KOs)
Weight: 135 lbs.

**Lydell RHODES**
Oklahoma City, OK
21-0 (10 KOs)
Weight: 142.6 lbs.

**Jason QUIGLEY**
Donegal, IRL
1-0 (1 KO)
Weight: 161.4 lbs.

**Deontay WILDER**
Tuscaloosa, AL
31-0 (31 KOs)
Weight: 224 lbs.

**Jorge LINARES**
Barinas, VEN
36-3 (23 KOs)
Weight: 137 lbs.

**Alan SANCHEZ**
Fairfield, CA
13-3-1 (7 KOs)
Weight: 148 lbs.

**Dominic BREAZEALE**
Glendale, CA
11-0 (10 KOs)
Weight: 250 lbs.

**Callum SMITH**
Liverpool, ENG
12-0 (9 KOs)
Weight: 171 lbs.

**Luke CAMPBELL**
Hull, ENG
6-0 (4 KOs)
Weight: 136 lbs.

**Fabian MAIDANA**
Santa Fe, ARG
1-0
Weight: 142.4 lbs.

---

**MAIN EVENT - IBF WELTERWEIGHT WORLD TITLE - 12 ROUNDS**
vs.

**CO-MAIN EVENT - WBC SUPER MIDDLEWEIGHT WORLD TITLE - 12 ROUNDS**
vs.

**WBC LIGHTWEIGHT WORLD TITLE - 12 ROUNDS**
vs.

**WELTERWEIGHTS - 8 ROUNDS**
vs.

**SUPER MIDDLEWEIGHTS - 4 ROUNDS**
vs.

**HEAVYWEIGHTS - 10 ROUNDS**
vs.

**JUNIOR WELTERWEIGHTS - 8 ROUNDS**
vs.

**JUNIOR MIDDLEWEIGHTS - 8 ROUNDS**
vs.

**HEAVYWEIGHTS - 8 ROUNDS**
vs.

**LIGHT HEAVYWEIGHTS - 6 ROUNDS**
vs.

**JUNIOR WELTERWEIGHTS - 4 ROUNDS**
vs.

**WELTERWEIGHTS - 4 ROUNDS**
vs.

---

**RED CORNER**

**Kell BROOK**
Sheffield, ENG
32-0-(22 KOs)
Weight: 146.4 lbs.

**Anthony DIRRELL**
Flint, MI
26-0-1 (22 KOs)
Weight: 168 lbs.

**Daniel ESTRADA**
Mexico City, MEX
32-2-1 (24 KOs)
Weight: 134.8 lbs.

**John NATER**
Bayamon, PR
13-6 (10 KOs)
Weight: 144 lbs.

**Fernando NAJERA**
Tijuana, MEX
1-3
Weight: 158.2 lbs.

**Jason GAVERN**
Orlando, FL
25-16-4 (11 KOs)
Weight: 247 lbs.

**Ira TERRY**
Memphis, TN
26-11 (16 KOs)
Weight: 132 lbs.

**Jose Luis RAMIREZ JR.**
Tijuana, MEX
7-0-1 (4 KOs)
Weight: 144 lbs.

**Billy ZUMBRUN**
Ogden, UT
27-13-1 (16 KOs)
Weight: 233 lbs.

**Abraham HERNANDEZ**
Monterrey, MEX
5-0 (3 KOs)
Weight: 166.8 lbs.

**Steve TRUMBLE**
Baton Rouge, LA
13-38 (8 KOs)
Weight: 132 lbs.

**Phillip SORIANO**
Meridian, MI
0-3
Weight: 141 lbs.

---

(Bout Card and Order Subject to Change)

Last Updated: 8/15/14 4:55 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

-133-

GBP016286

      

### AVILA vs. FRIAS
### WASHINGTON vs. AGUILERA
### ROBB vs. GREEN
**Friday, August 22, 2014**
**Allan Witt Sports Center**
**Fairfield, CA**

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | *MIDDLEWEIGHTS - 4 ROUNDS* | |
| Mauricio ZAVALETA | vs. | William WALTERS |
| San Leandro, CA | | Sacramento, CA |
| 1-1 (1 KO) | | 1-3 |
| Weight: 155 lbs. | | Weight: 154 lbs. |
| | *CRUISERWEIGHTS - 4 ROUNDS* | |
| Ryan BOURLAND | vs. | Phillip SMITH |
| Vacaville, CA | | San Francisco, CA |
| 3-0 (2KOs) | | Pro Debut |
| Weight: 176 lbs. | | Weight: 175 lbs. |
| | *JUNIOR MIDDLEWEIGHTS - 4 ROUNDS* | |
| Joel SIAPANO | vs. | Jesus SANCHEZ |
| San Leandro, CA | | Fresno, CA |
| 0-1 | | 1-0 |
| Weight: 152 lbs. | | Weight: 152 lbs. |
| | *MAIN EVENT - JUNIOR FEATHERWEIGHTS - 10 ROUNDS* | |
| Manuel AVILA | vs. | Sergio FRIAS |
| Vacaville, CA | | Guadalajara, MEX |
| 15-0 (6 KOs) | | 15-3-2 (8 KOs) |
| Weight: 122 lbs. | | Weight: 122 lbs. |
| | *SWING BOUT - LIGHTWEIGHTS - 6 ROUNDS* | |
| Andy VENCES | vs. | Cesar MARTINEZ |
| San Jose, CA | | Los Angeles, CA |
| 8-0 (4 KOs) | | 4-2-2 (1 KO) |
| Weight: 130.5 lbs. | | Weight: 131.5 lbs. |
| | *CO-MAIN EVENT - HEAVYWEIGHTS - 8 ROUNDS* | |
| Gerald WASHINGTON | vs. | Nagy AGUILERA |
| Vallejo, CA | | New York, NY |
| 13-0 (10 KOs) | | 19-8 (13 KOs) |
| Weight: 246 lbs. | | Weight: 244 lbs. |
| | *TV BOUT - JUNIOR LIGHTWEIGHTS - 8 ROUNDS* | |
| Guy ROBB | vs. | Ronell GREEN |
| Sacramento, CA | | Wheeling, WV |
| 13-1 (5 KOs) | | 10-0 (5 KOs) |
| Weight: 127 lbs. | | Weight: 127.5 lbs. |
| | *JUNIOR WELTERWEIGHTS - 4 ROUNDS* | |
| Chris BAUTISTA | vs. | Percy PETERSON |
| Madera, CA | | Stockton, CA |
| 2-0 | | 0-3-1 |
| Weight: 137.5 lbs. | | Weight: 135 lbs. |
| | *FEATHERWEIGHTS - 6 ROUNDS* | |
| Manny ROBLES JR. | vs. | Sergio NAJERA |
| Los Angeles, CA | | Acapulco, MEX |
| 5-0 (2 KOs) | | 8-14-2 (2 KOs) |
| Weight: 125.5 lbs. | | Weight: 124 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/21/14 4:32 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016287



**BLUE CORNER**

**RED CORNER**

<u>MAIN EVENT – WBA INTERNATIONAL SUPER LIGHTWEIGHT TITLE – 12 ROUNDS</u>
vs.

| BLUE CORNER | RED CORNER |
|---|---|
| Adrien BRONER<br>Cincinnati, OH<br>28-1 (22 KOs)<br>Weight: 140 lbs. | Emanuel TAYLOR<br>Cleverly, MD<br>18-2 (12 KOs)<br>Weight: 138.5 lbs. |

<u>CO-MAIN EVENT – WBC SILVER SUPER LIGHTWEIGHT TITLE – 12 ROUNDS</u>
vs.

| Roberto ORTIZ<br>Torreon, MEX<br>31-0-1 (24 KOs)<br>Weight: 139.5 lbs. | Lucas MATTHYSSE<br>Trelew, ARG<br>35-3 (33 KOs)<br>Weight: 139 lbs. |

<u>WELTERWEIGHTS – 10 ROUNDS</u>
vs.

| Andre BERTO<br>Winter Haven, FL<br>28-3 (22 KOs)<br>Weight: 145.5 lbs. | Steve UPSHER<br>Philadelphia, PA<br>24-3-1 (6 KOs)<br>Weight: 145.5 lbs. |

<u>MIDDLEWEIGHTS – 6 ROUNDS</u>
vs.

| Terrell GAUSHA<br>Cleveland, OH<br>11-0 (6 KOs)<br>Weight: 156.5 lbs. | Juan Carlos ROJAS<br>Saltillo, MEX<br>5-7-1 (4 KOs)<br>Weight: 160 lbs. |

<u>WBA FEDELATIN SUPER LIGHTWEIGHT TITLE – 10 ROUNDS</u>
vs.

| Michael PEREZ<br>Newark, NJ<br>21-2 (10 KOs)<br>Weight: 140 lbs. | Jared ROBINSON<br>Charlotte, NC<br>15-1 (7 KOs)<br>Weight: 140 lbs. |

<u>BANTAMWEIGHTS – 10 ROUNDS</u>
vs.

| Rau'Shee WARREN<br>Cincinnati, OH<br>11-0 (3 KOs)<br>Weight: 117.5 lbs. | Jose Luis ARAIZA<br>Tecate, MEX<br>34-8-1 (25 KOs)<br>Weight: 120 lbs. |

<u>LIGHTWEIGHTS – 6 ROUNDS</u>
vs.

| Robert EASTER JR.<br>Toledo, OH<br>10-0 (8 KOs)<br>Weight: 136.5 lbs. | Roberto ACEVEDO<br>Moca, PR<br>13-13-3 (1 KO)<br>Weight: 130 lbs. |

<u>LIGHTWEIGHTS – 4 ROUNDS</u>
vs.

| Raynell WILLIAMS<br>Cleveland, OH<br>4-0 (3 KOs)<br>Weight: 133.5 lbs. | Evan WOOSLEY<br>Wichita, KS<br>2-3<br>Weight: 134 lbs. |

<u>SUPER WELTERWEIGHTS – 4 ROUNDS</u>
vs.

| Jamontay CLARK<br>Cincinnati, OH<br>2-0 (2 KOs)<br>Weight: 146.5 lbs | Matthew MONTALVO<br>Bryan, OH<br>0-0-1<br>Weight: 148 lbs. |

<u>LIGHTWEIGHTS – 4 ROUNDS</u>
vs.

| Lamont ROACH JR.<br>Washington, DC<br>2-0 (1 KO)<br>Weight: 131.5 lbs. | Rocco ESPINOZA<br>Las Vegas, NV<br>4-8<br>Weight: 131.5 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 9/5/14 3:10 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016288

      

**ORTIZ vs. KAYODE**
**CUELLAR vs. LOPEZ**
*Thursday, September 11, 2014*
*The Joint - Hard Rock Hotel & Casino*
*Las Vegas, NV*

| BLUE CORNER | | RED CORNER |
|---|---|---|
| **Luis ORTIZ**<br>Miami, FL<br>21-0 (18 KOs) | *MAIN EVENT - VACANT WBA INTERIM HEAVYWEIGHT WORLD TITLE - 12 ROUNDS*<br>vs. | **Lateef KAYODE**<br>Los Angeles, CA<br>20-0 (16 KOs) |
| **Jesus CUELLAR**<br>Buenos Aires, ARG<br>24-1 (18 KOs) | *CO-MAIN EVENT - WBA INTERIM FEATHERWEIGHT WORLD TITLE - 12 ROUNDS*<br>vs. | **Juan Manuel LOPEZ**<br>Rio Piedras, PR<br>34-4 (31 KOs) |
| **Jermall CHARLO**<br>Houston, TX<br>18-0 (14 KOs) | *TV BOUT - MIDDLEWEIGHTS - 8 ROUNDS*<br>vs. | **Norberto GONZALEZ**<br>Monterey, MEX<br>20-4 (13 KOs) |
| **Julian WILLIAMS**<br>Philadelphia, PA<br>16-0-1 (10 KOs) | *TV BOUT - JUNIOR MIDDLEWEIGHTS - 8 ROUNDS*<br>vs. | **Eliezer GONZALEZ**<br>San Juan, PR<br>14-0 (9 KOs) |
| **Errol SPENCE JR.**<br>De Soto, TX<br>13-0 (10 KOs) | *TV BOUT - WELTERWEIGHTS - 8 ROUNDS*<br>vs. | **Noe BOLANOS**<br>Obregon, MEX<br>26-10-1 (16 KOs) |
| **Josesito LOPEZ**<br>Riverside, CA<br>32-6 (19 KOs) | *TV BOUT - WELTERWEIGHTS - 8 ROUNDS*<br>vs. | **Rafael COBOS**<br>Tijuana, MEX<br>15-4-5 (3 KOs) |
| **Jamel HERRING**<br>Rockville, NY<br>8-0 (5 KOs) | *LIGHTWEIGHTS - 8 ROUNDS*<br>vs. | **Luis PELAYO**<br>Guadalajara, MEX<br>11-4-1 (6 KOs) |
| **Jordan SHIMMELL**<br>Sheboygan, WI<br>16-0 (13 KOs) | *CRUISERWEIGHTS - 8 ROUNDS*<br>vs. | **Joell GODFREY**<br>Fayetteville, NC<br>17-11-1 (6 KOs) |
| **Prichard COLON**<br>Orocovis, PR<br>11-0 (10 KOs) | *JUNIOR MIDDLEWEIGHTS - 8 ROUNDS*<br>vs. | **Christopher DEGOLLADO**<br>Monterey, MEX<br>9-2 (8 KOs) |
| **Bryant PERRELLA**<br>Ft. Myers, FL<br>6-0 (5 KOs) | *WELTERWEIGHTS - 6 ROUNDS*<br>vs. | TBA |
| **Oscar NEGRETE**<br>Los Angeles, CA<br>6-0 (1 KO) | *JUNIOR FEATHERWEIGHTS - 4 ROUNDS*<br>vs. | **Gabriel BRAXTON**<br>Richmond, VA<br>1-4 |

(Bout Card and Order Subject to Change)

Last Updated: 9/8/14 5:15 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016289



**BLUE CORNER**                                                                                        **RED CORNER**

|  | *MAIN EVENT – WBC WELTERWEIGHT & WBC SUPER WELTERWEIGHT TITLE - 12 ROUNDS* |  |
|---|---|---|
| Floyd MAYWEATHER JR.<br>Las Vegas, NV<br>46-0 (26 KOs) | vs. | Marcos MAIDANA<br>Santa Fe, ARG<br>35-4 (31 KOs) |
|  | *CO-MAIN EVENT – WBC SUPER BATAMWEIGHT TITLE - 12 ROUNDS* |  |
| Leo SANTA CRUZ<br>Los Angeles, CA<br>27-0-1 (15 KOs) | vs. | Manuel ROMAN<br>Los Angeles, CA<br>17-2-3 (6 KOs) |
|  | *SUPER MIDDLEWEIGHTS - 10 ROUNDS* |  |
| Alfredo ANGULO<br>Mexicali, MEX<br>22-4 (18 KOs) | vs. | James DE LA ROSA<br>Harligen, TX<br>22-2 (13 KOs) |
|  | *IBF LIGHTWEIGHT TITLE - 12 ROUNDS* |  |
| Miguel VASQUEZ<br>Guadalajara, MEX<br>34-3 (13 KOs) | vs. | Mickey BEY<br>Las Vegas, NV<br>20-1-1 (10 KOs) |
|  | *SUPER LIGHTWEIGHTS - 10 ROUNDS* |  |
| Humberto SOTO<br>Los Mochis, MEX<br>64-8-2 (35 KOs) | vs. | John MOLINA<br>Los Angeles, CA<br>27-4 (22 KOs) |
|  | *CRUISERWEIGHTS - 6 ROUNDS* |  |
| Andrew TABITI<br>Las Vegas, NV<br>6-0 (6 KOs) | vs. | TBA |
|  | *JUNIOR WELTERWEIGHTS - 6 ROUNDS* |  |
| Damian SOSA<br>Buenos Aires, ARG<br>8-0 (6 KOs) | vs. | TBA |
|  | *FEATHERWEIGHTS - 4 ROUNDS* |  |
| Junior SABA<br>Las Vegas<br>Pro Debut | vs. | TBA |
|  | *WELTERWEIGHTS - 4 ROUNDS* |  |
| Fabian MAIDANA<br>Santa Fe, ARG<br>2-0 | vs. | TBA |
|  | *SUPER MIDDLEWEIGHTS - 4 ROUNDS* |  |
| Kevin MORGAN<br>Las Vegas, NV<br>Pro Debut | vs. | TBA |

(Bout Card and Order Subject to Change)

Last Updated: 8/18/14 2:24 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016290

**GOLDEN BOY** **LEIJA★BATTAH PROMOTIONS** **Corona Extra** **O'Reilly AUTO PARTS** **MÉXICO** **FOX SPORTS 1** **FOX DEPORTES**

**DIAZ JR vs. HIDALGO
MALDONADO vs. LARA
ALVAREZ vs. JOHNSON**
Monday, September 29, 2014
State Farm Arena
Hidalgo, TX

| BLUE CORNER | | RED CORNER |
|---|---|---|
| Joseph DIAZ JR.<br>South El Monte, CA<br>11-0 (7 KOs) | MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS<br>vs. | Raul HIDALGO<br>Casas Grandes, MEX<br>21-11 (16 KOs) |
| Ryan KARL<br>Houston, TX<br>3-0 (3 KOs) | SWING BOUT - WELTERWEIGHTS - 4 ROUNDS<br>vs. | TBA |
| Fidel MALDONADO JR.<br>Albuquerque, NM<br>18-2 (15 KOs) | CO-MAIN EVENT - JUNIOR WELTERWEIGHTS - 8 ROUNDS<br>vs. | Nohan LARA<br>Managua, NIC<br>15-5-5 (8 KOs) |
| Ricardo ALVAREZ<br>Guadalajara, MEX<br>23-3-3 (13 KOs) | TV BOUT - JUNIOR WELTERWEIGHTS - 8 ROUNDS<br>vs. | John Michael JOHNSON<br>San Antonio, TX<br>31-9 (23 KOs) |
| Antonio TARVER JR.<br>Orlando, FL<br>Pro Debut | MIDDLEWEIGHTS - 4 ROUNDS<br>vs. | Zachary BRIONES<br>Austin, TX<br>1-1 |
| Joseph RODRIGUEZ<br>San Antonio, TX<br>6-0 (2 KOs) | JUNIOR FEATHERWEIGHTS - 6 ROUNDS<br>vs. | Jeremy LONGORIA<br>Corpus Christi, TX<br>6-4 (1 KO) |
| Johnny TAPIA<br>Brownsville, TX<br>1-0 (1 KO) | JUNIOR FEATHERWEIGHTS - 4 ROUNDS<br>vs. | Carlos TREVINO<br>McAllen, TX<br>2-0-1 |
| Ricardo LAMAS<br>Matamoros, MEX<br>1-0 (1 KO) | JUNIOR WELTERWEIGHTS - 4 ROUNDS<br>vs. | Norberto SAENZ<br>Brownsville, TX<br>Pro Debut |
| Luis CASTRO<br>Edinburg, TX<br>4-1 (4 KOs) | JUNIOR LIGHTWEIGHTS - 4 ROUNDS<br>vs. | Jesus GARZA<br>Dallas, TX<br>2-6-1 |
| Enrique ALVAREZ<br>McAllen, TX<br>1-0 (1 KO) | WELTERWEIGHTS - 4 ROUNDS<br>vs. | Hector GARZA<br>Harlingen, TX<br>3-12 (2 KOs) |
| Ricardo PALACIOS<br>Mission, TX<br>1-0 | WELTERWEIGHTS - 4 ROUNDS<br>vs. | Gregorio BERGARA<br>McAllen, TX<br>Pro Debut |
| Patrick RANGEL<br>Austin, TX<br>0-1 | JUNIOR LIGHTWEIGHTS - 4 ROUNDS<br>vs. | Manuel RUBALCAVA<br>Laredo, TX<br>1-10 |
| Steve LOVETT<br>Houston, TX<br>10-0 (8 KOs) | LIGHT HEAVYWEIGHTS - 6 ROUNDS<br>vs. | TBA |

(Bout Card and Order Subject to Change)

Last Updated: 9/19/14 4:25 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016291



### RIOS vs. CASTELLANOS
### OROZCO vs. FORBES
### DE LA HOYA vs. RUIZ
**Friday, October 10, 2014**
**Fantasy Springs Resort Casino**
**Indio, CA**

| **BLUE CORNER** | | **RED CORNER** |
|---|---|---|
| **Ronny RIOS**<br>Santa Ana, CA<br>23-0 (10 KOs)<br>Weight: 126 lbs. | *MAIN EVENT – JUNIOR LIGHTWEIGHTS – 10 ROUNDS*<br>vs. | **Robinson CASTELLANOS**<br>Guanajuato, MEX<br>19-10 (12 KOs)<br>Weight: 127 lbs. |
| **Jesus DELGADO**<br>Los Angeles, CA<br>1-0-1<br>Weight: 134.8 lbs. | *SWING BOUT – JUNIOR WELTERWEIGHTS – 4 ROUNDS*<br>vs. | **Joan VALENZUELA**<br>Chula Vista, CA<br>1-0 (1 KO)<br>Weight: 139.5 lbs. |
| **Antonio OROZCO**<br>San Diego, CA<br>20-0 (15 KOs)<br>Weight: 141.8 lbs. | *CO-MAIN EVENT – WELTERWEIGHTS – 8 ROUNDS*<br>vs. | **Steve FORBES**<br>Los Angeles, CA<br>35-13 (11 KOs)<br>Weight: 142 lbs. |
| **Diego DE LA HOYA**<br>Mexicali, MEX<br>6-0 (5 KOs)<br>Weight: 123 lbs. | *TV BOUT – FEATHERWEIGHTS – 6 ROUNDS*<br>vs. | **Luis Alfonso RUIZ**<br>Merida, MEX<br>5-2-1 (2 KOs)<br>Weight: 123.6 lbs. |
| **Neeco MACIAS**<br>Palm Desert, CA<br>6-0 (2 KO's)<br>Weight: 148.4 lbs. | *JUNIOR MIDDLEWEIGHTS – 4 ROUNDS*<br>vs. | **Roberto CRESPO**<br>Brooklyn, NY<br>4-4<br>Weight: 147.8 lbs. |
| **Tony GUTIERREZ**<br>Tijuana, MEX<br>15-0-1 (7 KOs)<br>Weight: 162 lbs. | *SUPER MIDDLEWEIGHTS – 6 ROUNDS*<br>vs. | **Dashon JOHNSON**<br>Riverside, CA<br>15-15-3 (5 KOs)<br>Weight: 166.8 lbs. |
| **Santiago GUEVARA**<br>Los Angeles, CA<br>7-0 (3 KOs)<br>Weight: 133.4 lbs. | *LIGHTWEIGHTS – 4 ROUNDS*<br>vs. | **Rocco ESPINOZA**<br>Las Vegas, NV<br>4-9<br>Weight: 132.8 lbs. |
| **Oscar NEGRETE**<br>Los Angeles, CA<br>7-0 (2 KOs)<br>Weight: 119.2 lbs. | *SUPER BANTAMWEIGHTS – 4 ROUNDS*<br>vs. | **Salvador PEREZ**<br>Lexington, KY<br>2-5-2 (1 KO)<br>Weight: 120 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 10/9/14 2:30 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016292

# MONSTER BRAWL

## 23-2 7KO'S DANNY O'CONNOR VS. ANDREW FARMER 18-2 8KO'S

FRAMINGHAM, MA 2008 OLYMPIAN — FRONT ROYAL, VIRGINIA

**OCTOBER 30TH, 2014** 6PM DOORS/FIGHTS 7-11
**PLYMOUTH, MA @ MEMORIAL HALL**

GOLDEN BOY · BOXING U.S.A. · Corona Extra · O'Reilly AUTO PARTS · méxico · PAR 4 · FOX · FOX

A PORTION OF THE PROCEEDS TO BENEFIT THE CLADDAGH FUND THE CHARITABLE FOUNDATION OF THE DROPKICK MURPHYS

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | **MAIN EVENT – WELTERWEIGHTS – 10 ROUNDS** | |
| Danny O'CONNOR | vs. | Andrew FARMER |
| Framingham, MA | | Ft. Valley, VA |
| 23-2 (7 KOs) | | 18-2 (8 KOs) |
| Weight: 146 lbs. | | Weight: 146 lbs. |
| | **SWING BOUT – MIDDLEWEIGHTS – 6 ROUNDS** | |
| Mark DeLUCA | vs. | Ryan DAVIS |
| Witman, MA | | Granite City, IL |
| 11-0 (8 KOs) | | 24-14-3 (9 KOs) |
| Weight: 158.5 lbs. | | Weight: 159.5 lbs. |
| | **CO-MAIN EVENT – JUNIOR WELTERWEIGHTS – 10 ROUNDS** | |
| Sharif BOGERE | vs. | Fernando GARCIA |
| Las Vegas, NV | | Tijuana, MEX |
| 25-1 (17 KOs) | | 28-3-2 (18 KOs) |
| Weight: 136 lbs. | | Weight: 136 lbs. |
| | **TV BOUT – SUPER MIDDLEWEIGHTS – 4 ROUNDS** | |
| Jason QUIGLEY | vs. | Greg McCOY |
| Donegal, IRL | | New Haven, CT |
| 2-0 (2 KOs) | | 3-3-1 (1 KO) |
| Weight: 165.5 lbs. | | Weight: 165 lbs. |
| | **SUPER MIDDLEWEIGHTS – 4 ROUNDS** | |
| Paul GONZALVES | vs. | Sergio CABRERA |
| Hyannis, MA | | Somerville, MA |
| 7-4 (4 KOs) | | 0-3 |
| Weight: 168 lbs. | | Weight: 168 lbs. |
| | **JUNIOR MIDDLEWEIGHTS – 4 ROUNDS** | |
| Michael McLAUGHLIN | vs. | Paulo De'SOUZA |
| Boston, MA | | Somerville, MA |
| 8-1-1 (4 KOs) | | 0-3 |
| Weight: 154 lbs. | | Weight: 154 lbs. |
| | **HEAVYWEIGHTS – 4 ROUNDS** | |
| Julian POLLARD | vs. | John ORR |
| Brockton, MA | | Kansas City, MO |
| 3-0 (3 KOs) | | 1-3 |
| Weight: 256.5 lbs. | | Weight: 302.5 lbs. |
| | **LIGHT HEAVYWEIGHTS – 6 ROUNDS** | |
| D'Mitrius BALLARD | vs. | Thomas GIFFORD |
| Washington, DC | | Hot Springs, AR |
| 6-0 (5 KOs) | | 2-2-1 (1 KO) |
| Weight: 173 lbs. | | Weight: 171.5 lbs. |
| | **JUNIOR WELTERWEIGHTS – 4 ROUNDS** | |
| Lamont ROACH JR. | vs. | Rafael FRANCIS |
| Washington, DC | | Boston, MA |
| 3-0 (1 KO) | | 0-1 |
| Weight: 137.5 lbs. | | Weight: 138.8 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 10/29/14 2:19 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016293



## BLUE CORNER

## RED CORNER

### MAIN EVENT – IBF, WBA & WBO LIGHT HEAVYWEIGHT TITLES – 12 ROUNDS

**Bernard HOPKINS**
Philadelphia, PA
55-6-2 (32 KOs)
Weight: 173.5 lbs.

vs.

**Sergey KOVALEV**
Chelyabinsk, RUS
25-0-1 (23 KOs)
Weight: 174.5 lbs.

### CO – FEATURE – WBO INTERCONTINENTAL WELTERWEIGHT TITLE – 10 ROUNDS

**Sadam ALI**
Brooklyn, NY
20-0 (12 KOs)
Weight: 146 lbs.

vs.

**Luis Carlos ABREGU**
Salta, ARG
36-1 (29 KOs)
Weight: 146.5 lbs.

### LIGHT HEAVYWEIGHTS – 10 ROUNDS

**Vyacheslav SHABRANSKY**
Los Angeles, CA
10-0 (8 KOs)
Weight: 173.5 lbs.

vs.

**Emil GONZALEZ**
San Juan, PR
11-8-1 (8 KOs)
Weight: 174 lbs.

### CRUISERWEIGHTS – 10 ROUNDS

**Nadjib MOHAMMEDI**
Aix en Provence, FRA
36-3 (21 KOs)
Weight: 176 lbs.

vs.

**Demetrius WALKER**
Kansas City, MO
7-7-1 (4 KOs)
Weight: 174.5 lbs.

### HEAVYWEIGHTS – 10 ROUNDS

**Vyacheslav GLAZKOV**
Lugansk, UKR
18-0-1 (11 KOs)
Weight: 220 lbs.

vs.

**Darnell WILSON**
Miami, FL
25-17-3 (21 KOs)
Weight: 239 lbs.

### JUNIOR LIGHTWEIGHTS – 10 ROUNDS

**Eric HUNTER**
Philadelphia, PA
18-3 (9 KOs)
Weight: 128 lbs.

vs.

**Daniel RAMIREZ**
Los Angeles, CA
11-1 (5 KOs)
Weight: 127 lbs.

### LIGHT HEAVYWEIGHTS – 8 ROUNDS

**Sullivan BARRERA**
Miami, FL
13-0 (8 KOs)
Weight: 175 lbs.

vs.

**Rowland BRYANT**
Altamonte Springs, FL
18-3 (12 KOs)
Weight: 174 lbs.

### LIGHT HEAVYWEIGHTS – 6 ROUNDS

**Andrey SIROTKIN**
Zubovo, RUS
4-0 (1 KO)
Weight: 169 lbs.

vs.

**Michael MITCHELL**
Paterson, NJ
3-4-2 (1 KO)
Weight: 168 lbs.

### JUNIOR WELTERWEIGHTS – 4 ROUNDS

**Ryan MARTIN**
Chattanooga, TN
8-0 (4 KOs)
Weight: 136 lbs.

vs.

**Isais GONZALES**
Tucson, AZ
17-3 (12 KOs)
Weight: 135.5 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:45 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

-141-

GBP016294

     

### *DIAZ vs. CASTANEDA*
### *RAMIREZ vs. MELO*
### *DE LA HOYA vs. GONZALEZ*
### *TAISHAN vs. WASHINGTON*
**Thursday, November 13, 2014**
**Fantasy Springs Resort Casino**
**Indio, CA**

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | *MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS* | |
| Joseph DIAZ JR.<br>South El Monte, CA<br>12-0 (8 KOs) | vs. | Roberto CASTANEDA<br>Mexicali, MEX<br>21-7-1 (15 KOs) |
| | *SWING BOUT - LIGHTWEIGHTS - 4 ROUNDS* | |
| Jesus DELGADO<br>Los Angeles, CA<br>2-0-1 (1 KO) | vs. | Rick QUEVEDO<br>Riverside, CA<br>1-1 |
| | *CO-MAIN EVENT - FEATHERWEIGHTS - 8 ROUNDS* | |
| Julian RAMIREZ<br>East Los Angeles, CA<br>12-0 (7 KOs) | vs. | Pedro MELO<br>Tijuana, MEX<br>11-5-2 (2 KOs) |
| | *TV BOUT - FEATHERWEIGHTS - 6 ROUNDS* | |
| Diego DE LA HOYA<br>Mexicali, MEX<br>7-0 (5 KOs) | vs. | Ali GONZALEZ<br>Tijuana, MEX<br>6-3 (1 KO) |
| | *TV BOUT - HEAVYWEIGHTS - 4 ROUNDS* | |
| TAISHAN<br>Beijing, CH<br>1-0 (1 KO) | vs. | Tommy WASHINGTON<br>Lansing, MI<br>3-6 (2 KOs) |
| | *JUNIOR FEATHERWEIGHTS - 6 ROUNDS* | |
| Roy TAPIA<br>East Los Angeles, CA<br>9-0-1 (4 KOs) | vs. | TBA |
| | *LIGHTWEIGHTS - 6 ROUNDS* | |
| Gabriel TOLMAJYAN<br>Glendale, CA<br>13-3-2 (3 KOs) | vs. | Carlos MORALES<br>Los Angeles, CA<br>5-1-3 (2 KOs) |
| | *JUNIOR LIGHTWEIGHTS - 4 ROUNDS* | |
| Nicolas ARCE<br>Los Angeles, CA<br>Pro Debut | vs. | Adalbert VALENZUELA<br>Tijuana, MEX<br>1-4 |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:46 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016295

        

### SANCHEZ vs. PAREDES
### TOMLINSON vs. ZAMUDIO
### Thursday, December 4, 2014
### Bing Crosby Hall - Del Mar Fairgrounds
### Del Mar, CA

**BLUE CORNER**                                                                 **RED CORNER**

#### LIGHT HEAVYWEIGHTS - 4 ROUNDS
vs.

Ulises SIERRA                                                                    Loren MYERS
San Diego, CA                                                                   San Diego, CA
7-0-2 (5 KOs)                                                                   9-19-1 (2 KOs)
Weight: 170 lbs.                                                                 Weight: 168 lbs.

#### MAIN EVENT - JUNIOR MIDDLEWEIGHTS - 10 ROUNDS
vs.

Alan SANCHEZ                                                                     Ed PAREDES
Fairfield, CA                                                                    Hollywood, FL
14-3-1 (8 KOs)                                                                   35-4-1 (23 KOs)
Weight: 149 lbs.                                                                 Weight: 148.5 lbs.

#### SWING BOUT - JUNIOR MIDDLEWEIGHTS - 4 ROUNDS
vs.

Adrian VARGAS                                                                    Mario HERMOSILLO
National City, CA                                                               Mexico City, MEX
10-0-1 (7 KOs)                                                                   12-15-4 (2 KOs)
Weight: 148.5 lbs.                                                               Weight: 146.5 lbs.

#### CO - MAIN EVENT - JUNIOR WELTERWEIGHTS - 8 ROUNDS
vs.

Will TOMLINSON                                                                   Miguel ZAMUDIO
Melbourne, AUS                                                                   Los Mochis, MEX
22-1-1 (12 KOs)                                                                  29-5-1 (17 KOs)
Weight: 134 lbs.                                                                 Weight: 137 lbs.

#### TV BOUT - MIDDLEWEIGHTS - 6 ROUNDS
vs.

Elias ESPADAS                                                                    Carlos LOPEZ
Merida, MEX                                                                      Humacao, PR
6-1 (3 KOs)                                                                      5-1-1 (3 KOs)
Weight: 160 lbs.                                                                 Weight: 160 lbs.

#### FEATHERWEIGHTS - 4 ROUNDS
vs.

Jorge RUIZ                                                                       Raymond CHACON
San Diego, CA                                                                    Los Angeles, CA
6-2 (2 KOs)                                                                      5-11
Weight: 124.5 lbs.                                                               Weight: 125 lbs.

#### WELTERWEIGHTS - 4 ROUNDS
vs.

Brian NEVAREZ                                                                    Mario ANGELES
San Diego, CA                                                                    San Diego, CA
1-0                                                                              1-5-2
Weight: 144.5 lbs.                                                               Weight: 146 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 12/4/14 9:08 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                     GBP016296



## BLUE CORNER

**David LEMIEUX**
Montreal, CAN
32-2 (30 KOs)
Weight: 160 lbs.

**Hugo CENTENO JR.**
Oxnard, CA
21-0 (11 KOs)
Weight: 159.4 lbs.

**Thomas DULORME**
Carolina, PR
21-1 (14 KOs)
Weight: 139 lbs.

**Eddie GOMEZ**
Bronx, NY
16-1 (10 KOs)
Weight: 149.4 lbs.

**Zachary OCHOA**
Brooklyn, NY
8-0 (4 KOs)
Weight: 141 lbs.

**John Karl SOSA**
Caguas, PR
11-0 (6 KOs)
Weight: 144.6 lbs.

**D'Mitrius BALLARD**
Washington, DC
7-0 (6 KOs)
Weight: 170.6 lbs.

**Lamont ROACH JR.**
Washington, DC
4-0 (2 KOs)
Weight: 132.8 lbs.

## RED CORNER

**Gabriel ROSADO**
Philadelphia, PA
21-8 (13 KOs)
Weight: 159.8 lbs.

**James DE LA ROSA**
San Benito, TX
23-2 (13 KOs)
Weight: 159.8 lbs.

**Hank LUNDY**
Philadelphia, PA
25-3-1 (12 KOs)
Weight: 140 lbs.

**James WINCHESTER**
Reidsville, NC
16-10 (6 KOs)
Weight: 150.8 lbs.

**Jose Miguel CASTRO**
Carolina, PR
4-1 (2 KOs)
Weight: 138.4 lbs.

**Jason THOMPSON**
Brooklyn, NY
5-8-4 (4 KOs)
Weight: 144.8 lbs.

**Tylon BURRIS**
Hartford, CT
4-2 (2 KOs)
Weight: 170.4 lbs.

**Alexander CHARNECO**
Aguada, PR
2-0 (2 KOs)
Weight: 134 lbs.

---

*MAIN EVENT - NABF MIDDLEWEIGHT TITLE - 12 ROUNDS*
vs.

*CO - FEATURE - MIDDLEWEIGHTS - 10 ROUNDS*
vs.

*VACANT NABF & NABA JUNIOR WELTERWEIGHT TITLE - 10 ROUNDS*
vs.

*SUPER WELTERWEIGHTS - 10 ROUNDS*
vs.

*SUPER LIGHTWEIGHTS - 6 ROUNDS*
vs.

*WELTERWEIGHTS - 8 ROUNDS*
vs.

*LIGHT HEAVYWEIGHTS - 6 ROUNDS*
vs.

*LIGHTWEIGHTS - 4 ROUNDS*
vs.

---

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:47 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016297

**GOLDEN BOY**   LEIJA★BATTAH PROMOTIONS   MÉXICO   O'Reilly AUTO PARTS   DeWALT   TOYOTA   BOXING   EVERLAST

**DIAZ vs. BERANZA**
**HERNANDEZ vs. VALLECILLO**
**MORALES vs. SHAILEZOV**
**Monday, December 8, 2014**
**Cowboys Dancehall**
**San Antonio, TX**

NO
TV

**BLUE CORNER**

**RED CORNER**

*FEATHERWEIGHTS - 10 ROUNDS*
vs.

Joseph DIAZ JR.
South El Monte, CA
13-0 (9 KO's)
Weight: 123.6 lbs.

Jose Angel BERANZA
Mexico City, MEX
36-31-2 (28 KOs)
Weight: 123.4 lbs.

*BANTAMWEIGHTS - 10 ROUNDS*
vs.

Ivan MORALES
Tijuana, MEX
26-0 (15 KOs)
Weight: 118.4 lbs.

Timur SHAILEZOV
Los Angeles, CA
17-8-1 (4 KOs)
Weight: 118.8 lbs.

*JUNIOR WELTERWEIGHTS – 8 ROUNDS*
vs.

Jose HERNANDEZ
FT. Worth, TX
14-8-1 (6 KOs)
Weight: 137.4 lbs.

Justo VALLECILLO
San Antonio, TX
6-17 (3 KOs)
Weight: 135.4 lbs.

*JUNIOR LIGHTWEIGHTS - 6 ROUNDS*
vs.

Joseph RODRIGUEZ
San Antonio, TX
7-0 (2 KOs)
Weight: 130 lbs.

Jesus SANDOVAL
San Francisco, CA
3-4-3
Weight: 129.6 lbs.

*LIGHTWEIGHTS - 4 ROUNDS*
vs.

Christian SANTBANEZ
San Antonio, TX
0-2
Weight: 134.4 lbs.

Daniel ARRIAGA
San Antonio, TX
0-1-2
Weight: 133 lbs.

*MIDDLEWEIGHTS - 4 ROUNDS*
vs.

Jairo CASTANEDA
San Antonio, TX
6-0 (2 KOs)
Weight: 148.8 lbs.

Albert ESPINOZA
Laredo, TX
2-4
Weight: 157.2 lbs.

*FEATHERWEIGHTS - 4 ROUNDS*
vs.

Crescencio RAMOS
San Antonio, TX
1-0 (1 KO)
Weight: 126.2 lbs.

Jaime HERNANDEZ
Cooperas, Cove, TX
1-2
Weight: 124.4 lbs.

*JUNIOR FEATHERWEIGHTS - 4 ROUNDS*
vs.

Juan TAPIA
Brownsville, TX
2-0 (1 KO)
Weight: 122 lbs.

Robert LEDESMA
San Antonio, TX
0-3
Weight: 118.4 lbs.

*LIGHT HEAVYWEIGHTS - 4 ROUNDS*
vs.

Adam FRANKLIN
San Antonio, TX
Pro Debut
Weight: 168 lbs.

Kevin CONRAD
San Marcos, TX
0-2
Weight: 169 lbs.

*LIGHTWEIGHTS - 4 ROUNDS*
vs.

David RUIZ
San Antonio, TX
0-2-3
Weight: 133 lbs.

Cesar MARTINEZ
Austin, TX
0-2-3
Weight: 135 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:47 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016298



| BLUE CORNER | | RED CORNER |
|---|---|---|
| **Amir KHAN**<br>Bolton, UK<br>29-3 (19 KOs)<br>Weight: 147 lbs. | **MAIN EVENT - WBC SILVER WELTERWEIGHT TITLE - 12 ROUNDS**<br>vs. | **Devon ALEXANDER**<br>St. Louis, MO<br>26-2 (14 KOs)<br>Weight: 147 lbs. |
| **Keith THURMAN**<br>Clearwater, FL<br>23-0 (21 KOs)<br>Weight: 146 lbs. | **CO-FEATURE - WBA INTERIM WELTERWEIGHT TITLE - 12 ROUNDS**<br>vs. | **Leonard BUNDU**<br>Florence, ITALY<br>31-0-2 (11 KOs)<br>Weight: 146.5 lbs. |
| **Abner MARES**<br>Guadalajara, MEX<br>27-1-1 (14 KOs)<br>Weight: 127 lbs. | **SUPER FEATHERWEIGHTS - 10 ROUNDS**<br>vs. | **Jose RAMIREZ**<br>Mexicali, MEX<br>24-3-2 (15 KOs)<br>Weight: 130.5 lbs. |
| **Jermall CHARLO**<br>Houston, TX<br>19-0 (15 KOs)<br>Weight: 154 lbs. | **IBF JUNIOR MIDDLEWEIGHT TITLE ELIMINATOR - 12 ROUNDS**<br>vs. | **Lenny BOTTAI**<br>Livorno, ITALY<br>22-2 (9 KOs)<br>Weight: 154 lbs. |
| **Jermell CHARLO**<br>Houston, TX<br>24-0 (11 KOs)<br>Weight: 153.5 lbs. | **JUNIOR MIDDLEWEIGHT - 10 ROUNDS**<br>vs. | **Mario LOZANO**<br>Chihuahua, MEX<br>27-5 (20 KOs)<br>Weight: 153 lbs. |
| **Errol SPENCE JR.**<br>Dallas, TX<br>14-0 (11 KOs)<br>Weight: 149.5 lbs. | **JUNIOR MIDDLEWEIGHTS - 8 ROUNDS**<br>vs. | **Javier CASTRO**<br>Cuidad Juarez, MEX<br>27-7 (22 KOs)<br>Weight: 151.5 lbs. |
| **Victor ORTIZ**<br>Ventura, CA<br>29-5-2 (22 KOs)<br>Weight: 146.5 lbs. | **WELTERWEIGHTS - 8 ROUNDS**<br>vs. | **Manny PEREZ**<br>Denver, CO<br>21-10-1 (4 KOs)<br>Weight: 146 lbs. |
| **Yoshihiro KAMEGAI**<br>Tokyo, JAP<br>24-2-1 (21 KOs)<br>Weight: 151 lbs. | **JUNIOR MIDDLEWEIGHTS - 8 ROUNDS**<br>vs. | **Oscar GODOY**<br>San Jose, CA<br>13-3 (6 KOs)<br>Weight: 150 lbs. |
| **Beibut SHUMENOV**<br>Las Vegas, NV<br>14-2 (9 KOs)<br>Weight: 200 lbs. | **CRUISERWEIGHTS - 8 ROUNDS**<br>vs. | **Bobby THOMAS JR.**<br>Beckley, WV<br>14-2-1 (9 KOs)<br>Weight: 201 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 12/12/14 3:59 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016299



**RED CORNER**                                                                 **BLUE CORNER**

### TV MAIN EVENT - SUPER FEATHERWEIGHTS - 10 ROUNDS

Julian RAMIREZ                        vs.                  Chris MARTIN
East Los Angeles, CA                                      San Diego, CA
15-0 (8 KOs)                                              28-6-3 (9 KOs)
Weight: 127.4 lbs.                                        Weight: 125.4 lbs.

### TV SWING BOUT - WELTERWEIGHTS - 6 ROUNDS

Jonathan NAVARRO                      vs.                  Carlos RODRIGUEZ
East Los Angeles, CA                                      Casas Grandes, Mex
3-0 (2 KOs)                                               9-2 (4 KOs)
Weight: 142 lbs.                                          Weight: 142 lbs.

### TV CO-MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

Abraham LOPEZ                         vs.                  Carlos VALCARCEL
La Puente, CA                                             Guaynabo, PR
19-0-1 (14 KOs)                                           14-6-4 (5 KOs)
Weight: 126 lbs.                                          Weight: 125.4 lbs.

### FEATHERWEIGHTS - 6 ROUNDS

Edgar VALERIO                         vs.                  Justin LOPEZ
Los Angeles, CA                                           Grandville, MI
4-0 (2 KOs)                                               5-4 (5 KOs)
Weight: 125 lbs.                                          Weight: 123.2 lbs.

### BANTAMWEIGHTS - 6 ROUNDS

Joshua FRANCO                         vs.                  Juan BENAVIDES
San Antonio, TX                                           Ciudad Obregon, MEX
3-0 (2 KOs)                                               5-6-1 (2 KOs)
Weight: 117.2 lbs.                                        Weight: 117.4 lbs.

### SUPER BANTAMWEIGHTS - 4 ROUNDS

Pablo RUBIO JR.                       vs.                  Bryan PEREZ
Los Angeles, CA                                           Carolina, PR
3-0 (2 KOs)                                               2-2-1 (1 KO)
Weight: 120.6 lbs.                                        Weight: 121.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 1/28/16 4:01 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016300

    

**CABALLERO vs. GARCIA**
**GOMEZ vs. ORTIZ**
**Friday, Febuary 5, 2016**
**Fantasy Springs Resort Casino**
**Indio, CA**

*RED CORNER*                                                                            *BLUE CORNER*

### MIDDLEWEIGHTS - 4 ROUNDS
vs.

Shane MOSLEY JR.
Pomona, CA
4-1 (4 KOs)

Daniel HENRY
Lewiston, ME
3-4-3

### TV MAIN EVENT - SUPER BANTAMWEIGHTS - 10 ROUNDS
vs.

Randy CABALLERO
Coachella, CA
22-0 (13 KOs)

Ruben GARCIA
Mexico City, MEX
15-1-1 (6 KOs)

### TV SWING BOUT - SUPER FEATHERWEIGHTS - 6 ROUNDS
vs.

Hector TANAJARA JR.
San Antonio, TX
4-0 (3 KOs)

Clay BURNS
Alexandria, LA
3-0-1 (3 KOs)

### TV CO-MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS
vs.

Frankie GOMEZ
East Los Angeles, CA
19-0 (13 KOs)

Silverio ORTIZ
Chicxulub, MEX
29-16 (15 KOs)

### BANTAMWEIGHTS - 6 ROUNDS
vs.

Rocco SANTOMURO
Las Vegas, NV
12-0 (1 KO)

Jose ESTRELLA
Tijuana, MEX
14-9-1 (10 KOs)

### SUPER WELTERWEIGHTS - 6 ROUNDS
vs.

Neeco MACIAS
Palm Desert, CA
10-0 (5 KOs)

Paul MPENDO
Kampala, UGD
8-13-4 (4 KOs)

### LIGHT HEAVYWEIGHTS - 4 ROUNDS
vs.

Alberto FUNDORA
Coachella, CA
6-0 (2 KOs)

Cesar RUIZ
Sonora, MEX
2-2 (1 KO)

### WELTERWEIGHTS - 4 ROUNDS
vs.

Jesus SANCHEZ
Indio, CA
Pro Debut

Gibran GUTIERREZ
Santa Ana, CA
0-1

(Bout Card and Order Subject to Change)

Last Updated: 1/28/16 5:44 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016301



**RED CORNER**                                                              **BLUE CORNER**

### TV MAIN EVENT - FEATHERWEIGHTS - 8 ROUNDS

Diego DE LA HOYA                         vs.                    Arturo BADILLO
Mexicali, MEX                                                   Tijuana, MEX
13-0 (7 KOs)                                                    20-9 (18 KOs)
Weight: 126 lbs.                                                Weight: 124.6 lbs.

### TV CO-MAIN EVENT - SUPER FEATHERWEIGHTS - 10 ROUNDS

Carlos MORALES                           vs.                    Omar TIENDA
Los Angeles, CA                                                Nuevo Leon, MEX
12-1-3 (6 KOs)                                                  14-2 (8 KOs)
Weight: 129.6 lbs.                                             Weight: 129.4 lbs.

### TV OPENER - SUPER FEATHERWEIGHTS - 6 ROUNDS

Nick ARCE                                vs.                    Luis LIZARRAGA JR.
Los Angeles, CA                                               Merida, MEX
6-0 (6 KOs)                                                    5-7-1 (2 KOs)
Weight: 127 lbs.                                               Weight: 126.6 lbs.

### SUPER LIGHTWEIGHTS - 4 ROUNDS

Oscar DUARTE                             vs.                    Archie WEAH
Parral, MEX                                                    Norcross, GA
3-0-1 (2 KOs)                                                  1-4
Weight: 139.4 lbs.                                             Weight: 139.6 lbs.

### SUPER FEATHERWEIGHTS - 4 ROUNDS

Francisco ESPARZA                        vs.                    Antonio MARTINEZ
Las Vegas, NV                                                  Durango, MEX
2-0                                                            3-5 (3 KOs)
Weight: 129 lbs.                                               Weight: 128.2 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 2/18/16 3:53 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                     GBP016302



**RED CORNER**                                                          **BLUE CORNER**

### TV MAIN EVENT - SUPER LIGHTWEIGHTS - 10 ROUNDS

Michael Angelo PEREZ          vs.          Martin HONORIO
Newark, NJ                                 Mexico City, MEX
23-1-2 (11 KOs)                            33-9-1 (16 KOs)
Weight: 137.6 lbs.                         Weight: 138 lbs.

### TV CO-MAIN EVENT - SUPER FEATHERWEIGHTS - 8 ROUNDS

Christian GONZALEZ            vs.           David RODELA
Los Angeles, CA                            Oxnard, CA
12-0 (11 KOs)                              17-12-4 (7 KOs)
Weight: 132.4 lbs.                         Weight: 131.4 lbs.

### TV OPENER - SUPER BANTAMWEIGHTS - 8 ROUNDS

Oscar NEGRETE                vs.           Neftali CAMPOS
Los Angeles, CA                            Tijuana, MEX
12-0 (5 KOs)                               11-0 (9 KOs)
Weight: 119 lbs.                           Weight: 120 lbs.

### SUPER WELTERWEIGHTS - 4 ROUNDS

Alexis ROCHA                 vs.           Jordan ROSARIO
Santa Ana, CA                              Santo Domingo, DR
Pro debut                                  0-3
Weight: 147.2 lbs.                         Weight: 147.8 lbs.

### SUPER BANTAMWEIGHTS - 6 ROUNDS

Rafael GRAMAJO               vs.           Sharone CARTER
Los Angeles, CA                            St. Louis, MO
6-1-1 (2 KOs)                              4-0 (2 KOs)
Weight: 121.4 lbs.                         Weight: 121.6 lbs.

### SUPER FEATHERWEIGHTS - 6 ROUNDS

Ivan DELGADO                 vs.           Jesus SANDOVAL
Los Angeles, CA                            Mazatlan, MEX
8-0-1 (2 KOs)                              5-8-3 (1 KO)
Weight: 131 lbs.                           Weight: 130 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 3/3/16 3:53 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                    GBP016303



| RED CORNER | MAIN EVENT - HEAVYWEIGHTS - 12 ROUNDS | BLUE CORNER |
| --- | --- | --- |

**RED CORNER**

**MAIN EVENT - HEAVYWEIGHTS - 12 ROUNDS**
vs.

**BLUE CORNER**

Luis ORTIZ
Miami, FL
24-0 (21 KOs)
Weight: 242.6 lbs.

Tony THOMPSON
Washington, DC
40-6 (27 KOs)
Weight: 263.8 lbs.

**CO-MAIN EVENT - VACANT WBO WELTERWEIGHT TITLE - 12 ROUNDS**
vs.

Sadam ALI
Brooklyn, NY
22-0 (13 KOs)
Weight: 147 lbs.

Jessie VARGAS
Las Vegas, NV
26-1 (9 KOs)
Weight: 146.2 lbs.

**WBC INTERIM FEATHERWEIGHT TITLE - 12 ROUNDS**
vs.

Robinson CASTELLANOS
Celaya, MEX
21-10 (13 KOs)
Weight: 124.6 lbs.

Oscar ESCANDON
Tolima, COL
24-2 (16 KOs)
Weight: 126 lbs.

**LIGHTWEIGHTS – 6/8 ROUNDS**
vs.

Lamont ROACH JR.
Washington, DC
9-0 (3 KOs)
Weight: 131.6 lbs.

Jesus LULE
Ft. Myers, FL
8-15-1 (1 KO)
Weight: 133.6 lbs.

**SUPER WELTERWEIGHTS - 8 ROUNDS**
vs.

Rashidi ELLIS
Lynn, MA
14-0 (11 KOs)
Weight: 149 lbs.

Marco LOPEZ
Tlaxcala, MEX
23-8 (14 KOs)
Weight: 148.6 lbs.

**LIGHT HEAVYWEIGHTS - 6 ROUNDS**
vs.

D'Mitrius BALLARD
Washington, DC
11-0 (7 KOs)
Weight: 168.2 lbs.

Liosvy Mayedo
Las Tuna, CUB
8-2 (6 KOs)
Weight: 175 lbs.

**SUPER LIGHTWEIGHTS - 6 ROUNDS**
vs.

Zachary OCHOA
Brooklyn, NY
13-0 (6 KOs)
Weight: 140 lbs.

Rosbel MONTOYA
Tamaulipas, MEX
16-6-1 (13 KOs)
Weight: 140.4 lbs.

**FEATHERWEIGHTS - 6 ROUNDS**
vs.

Kevin RIVERS
Palmer Park, MD
12-1 (9 KOs)
Weight: 126 lbs.

Angel AISPURO
Sinaloa, MEX
6-3-2 (3 KOs)
Weight: 126.6 lbs.

**LIGHTWEIGHTS - 6 ROUNDS**
vs.

Damon ALLEN
Philadelphia, PA
8-0 (3 KOs)
Weight: 135.2 lbs.

Daniel PERALES
McCallen, TX
6-3-1 (4 KOs)
Weight: 135.2 lbs.

**CRUISERWEIGHTS - 6 ROUNDS**
vs.

Todd UNTHANK-MAY
Philadelphia, PA
8-0 (3 KOs)
Weight: 177.8 lbs.

Alexander JOHNSON
Washington, DC
16-3 (7 KOs)
Weight: 175.6 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 11:13 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016304

    

**OROZCO vs. ACOSTA**
**CANCIO vs. CAZARES**
**Friday, March 25, 2016**
**Fantasy Springs Resort Casino**
**Indio, CA**

| *RED CORNER* | | *BLUE CORNER* |
|---|---|---|
| | *SUPER WELTERWEIGHTS - 8 ROUNDS* | |
| KeAndre GIBSON | vs. | Hector VELAZQUEZ |
| St. Louis, MS | | Tijuana, MEX |
| 14-0-1 (6 KOs) | | 57-26-3 (39 Kos) |
| Weight: 149 lbs. | | Weight: 154.4 lbs. |
| | *TV MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS* | |
| Antonio OROZCO | vs. | Miguel ACOSTA |
| San Diego, CA | | Philadelphia, PA |
| 23-0 (15 KOs) | | 29-8-2 (23 KOs) |
| Weight: 142.4 lbs. | | Weight: 142 lbs. |
| | *TV SWING BOUT - LIGHTWEIGHTS - 4 ROUNDS* | |
| Marco MAGDALENO | vs. | Luis SILVA |
| Indio, CA | | Tijuana, MEX |
| 2-0 (1 KO) | | 2-7 (1 KO) |
| Weight: 134 lbs. | | Weight: 134.2 lbs. |
| | *TV CO-MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS* | |
| Andrew CANCIO | vs. | Hugo CAZARES |
| Blythe, CA | | Los Mochis, MEX |
| 16-3-2 (12 KOs) | | 40-8-2 (27 KOs) |
| Weight: 126 lbs. | | Weight: 126 lbs. |
| | *SUPER MIDDLEWEIGHTS - 8 ROUNDS* | |
| Jason QUIGLEY | vs. | Freddy LOPEZ |
| Donegal, IRL | | Chiapas, MEX |
| 9-0 (8 KOs) | | 10-3 (7 KOs) |
| Weight: 163.4 lbs. | | Weight: 165 lbs. |
| | *SUPER BANTAMWEIGHTS - 8 ROUNDS* | |
| Emilio SANCHEZ | vs. | Gustavo MOLINA |
| Pacoima, CA | | Tlaxcala, MEX |
| 11-0 (8 KOs) | | 12-9 (5 KOs) |
| Weight: 121.2 lbs. | | Weight: 119 lbs. |
| | *SUPER WELTERWEIGHTS - 4 ROUNDS* | |
| Jon Jon DINONG | vs. | Jared TEER |
| Los Angles, CA | | Olympia, WA |
| 1-0 (1 KO) | | 2-5 |
| Weight: 148 lbs. | | Weight: 151 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 3/24/16 2:45 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016305

**RED CORNER**                                                          **BLUE CORNER**

### TV MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

Manuel AVILA                              vs.                 Rene ALVARADO
Fairfield, CA                                                 Managua, NIC
19-0 (8 KOs)                                                  23-6 (16 KOs)
Weight: 125.8 lbs.                                            Weight: 125.6 lbs.

### TV CO-MAIN EVENT - SUPER LIGHTWEIGHTS - 8 ROUNDS

Gilberto GONZALEZ                         vs.                 Luis ARCEO
Mexico City, MEX                                              Aguascalientes, MEX
25-3 (21 KOs)                                                 28-14-4 (19 KOs)
Weight: 136 lbs.                                              Weight: 135 lbs.

### TV OPENER - WELTERWEIGHTS - 6 ROUNDS

Oscar TORRES                              vs.                 Marquis TAYLOR
Los Angeles, CA                                               Houston, TX
8-0 (4 KOs)                                                   3-1
Weight: 146.8 lbs.                                            Weight: 145.4 lbs.

### FEATHERWEIGHTS - 6 ROUNDS

Edgar VALERIO                             vs.                 Javier RODRIGUEZ
Los Angeles, CA                                               Monterrey, MEX
5-0 (3 KOs)                                                   3-1 (2 KOs)
Weight: 125 lbs.                                              Weight: 125.4 lbs.

### SUPER BANTAMWEIGHTS - 4 ROUNDS

Pablo RUBIO JR.                           vs.                 Juan Carlos BENAVIDES
Los Angeles, CA                                               Ciudad Obregon, MEX
4-0 (3 KOs)                                                   5-7-1 (2 KOs)
Weight: 120.8 lbs.                                            Weight: 122 lbs.

### BANTAMWEIGHTS - 6 ROUNDS

Joshua FRANCO                             vs.                 Jorge PEREZ
San Antonio, TX                                               Riverside, CA
4-0 (2 KOs)                                                   2-1 (1 KO)
Weight: 117.4 lbs.                                            Weight: 116.8 lbs.

### SUPER FEATHERWEIGHTS - 4 ROUNDS

Tenochtitlan NAVA                         vs.                 Antonio MARTINEZ
Los Angeles, CA                                               Durango, MEX
Pro Debut                                                     3-6 (3 KOs)
Weight: 128.8 lbs.                                            Weight: 130 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 4/1/16 9:48 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                            GBP016306



**RED CORNER**                                                                 **BLUE CORNER**

### TV MAIN EVENT - SUPER WELTERWEIGHTS - 10 ROUNDS

Jesus SOTO KARASS                    vs.                    Yoshihiro KAMEGAI
Los Mochis, MEX                                             Tokyo, JPN
28-10-3 (18 KOs)                                            26-3-1 (23 KOs)
Weight: 153.6 lbs.                                          Weight: 153.4 lbs.

### TV CO-MAIN EVENT - CRUISERWEIGHTS - 8 ROUNDS

Vyacheslav SHABRANSKYY               vs.                    Derrick FINDLEY
Los Angeles, CA                                             Chicago, IL
15-0 (12 KOs)                                               23-18-1 (15 KOs)
Weight: 179 lbs.                                            Weight: 178 lbs.

### TV OPENER - LIGHTWEIGHTS - 4 ROUNDS

Genaro GAMEZ                         vs.                    Archie WEAH
San Diego, CA                                               Norcross, GA
Pro Debut                                                  1-5
Weight: 132.6 lbs.                                          Weight: 132.2 lbs.

### SUPER MIDDLEWEIGHTS - 4 ROUNDS

Niko VALDES                          vs.                    Roberto RAMIREZ
Miami, FL                                                   Navojoa, Mex
Pro Debut                                                  0-2
Weight: TBA                                                 Weight: TBA

### WELTERWEIGHTS - 6 ROUNDS

Jonathan NAVARRO                     vs.                    Tavorus TEAGUE
East Los Angeles, CA                                        Paramount, CA
4-0 (3 KOs)                                                 3-10-2 (2 KOs)
Weight: 143 lbs.                                            Weight: 143.6 lbs.

### SUPER FEATHERWEIGHTS - 4 ROUNDS

Jousce GONZALEZ                      vs.                    Noe PEREZ
Glendora, CA                                                Ciudad Juarez, MEX
Pro Debut                                                  1-1
Weight: 129 lbs.                                            Weight: 129 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 4/14/16 1:55 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                      GBP016307



**RED CORNER**                                                    **BLUE CORNER**

### TV MAIN EVENT - NABF/NABA LIGHTWEIGHT TITLES - 10 ROUNDS

Marvin QUINTERO                      vs.                      Petr PETROV
Tijuana, MEX                                                  Stavropol, RUS
28-6 (24 KOs)                                                 36-4-2 (16 KOs)
Weight: 136.2 lbs.                                            Weight: 134.4 lbs.

### TV SWING BOUT - SUPER WELTERWEIGHTS - 4 ROUNDS

Alexis ROCHA                         vs.                      Abdel VERA
Santa Ana, CA                                                Carolina, PR
1-0 (1 KO)                                                    0-2
Weight: 147.6 lbs.                                            Weight: 149 lbs.

### TV CO MAIN - VACANT WBC CONTINENTAL AMERICAS WELTERWEIGHT TITLE - 10 ROUNDS

Pablo Cesar CANO                     vs.                      Alan SANCHEZ
Tlanepantla, MEX                                             Fairfield, CA
29-4-1 (21 KOs)                                              17-3-1 (9 KOs)
Weight: 146.4 lbs.                                           Weight: 147 lbs.

### TV OPENER - VACANT NABF SUPER BANTAMWEIGHT TITLE - 10 ROUNDS

Horacio GARCIA                       vs.                      Erik RUIZ
Guadalajara, MEX                                             Oxnard, CA
30-1 (21 KOs)                                                15-5 (6 KOs)
Weight: 121.8 lbs.                                           Weight: 122.4 lbs.

### FEATHERWEIGHTS - 8 ROUNDS

Joet GONZALEZ                        vs.                      Ricardo PROANO
Glendora, CA                                                 Chihuahua, MEX
12-0 (6 KOs)                                                 11-3 (9 KOs)
Weight: 125.6 lbs.                                           Weight: 125.6 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 5/5/16 4:53 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

-155-

CONFIDENTIAL                                                           GBP016308

**SATURDAY, MAY 7, 2016**

HCANELOKHAN

DAVID LEMIEUX VS GLEN TAPIA   MAURICIO HERRERA VS FRANKIE GOMEZ   PATRICK TEIXEIRA VS CURTIS STEVENS

---

*RED CORNER*                                                                                    *BLUE CORNER*

*MAIN EVENT - WBC MIDDLEWEIGHT TITLE - 12 ROUNDS*

Canelo ALVAREZ                              vs.                              Amir KHAN
Guadalajara, MEX                                                          Bolton, ENG
46-1-1 (32 KOs)                                                          31-3 (19 KOs)
Weight: 155 lbs.                                                          Weight: 155 lbs.

*CO-MAIN EVENT - VACANT NABO MIDDLEWEIGHT TITLE - 10 ROUNDS*

David LEMIEUX                              vs.                              Glen TAPIA
Montreal CAN                                                              Passaic, NJ
34-3 (31 KOs)                                                            23-2 (15 KOs)
Weight: 160 lbs.                                                          Weight: 159.5 lbs.

*WELTERWEIGHTS - 10 ROUNDS*

Mauricio HERRERA                          vs.                              Frankie GOMEZ
Riverside, CA                                                            East Los Angeles, CA
22-5 (7 KOs)                                                            20-0 (13 KOs)
Weight: 145.5 lbs.                                                        Weight: 146 lbs.

*VACANT WBC DE LAS AMERICAS MIDDLEWEIGHT TITLE - 10 ROUNDS*

Patrick TEIXEIRA                          vs.                              Curtis STEVENS
Santa Catarina, BRA                                                      Brooklyn, NY
26-0 (22 KOs)                                                            27-5 (20 KOs)
Weight: 159 lbs.                                                          Weight: 160 lbs.

*SUPER BANTAMWEIGHT – 8/10 ROUNDS*

Diego DE LA HOYA                          vs.                              Rocco SANTOMAURO
Mexicali, MEX                                                            Duarte, CA
14-0 (8 KOs)                                                            13-0 (1 KO)
Weight: 122 lbs.                                                          Weight: 121 lbs.

*MIDDLEWEIGHTS - 10 ROUNDS*

Jason QUIGLEY                             vs.                              James DE LA ROSA
Donegal, IRL                                                            Harlingen, TX
10-0 (9 KOs)                                                            23-3 (13 KOs)
Weight: 160 lbs.                                                          Weight: 159.5 lbs.

*LIGHTWEIGHTS - 8 ROUNDS*

Lamont ROACH JR.                          vs.                              Jose Arturo ESQUIVEL
Washinton, DC                                                            Ciudad Saucilio, MEX
10-0 (3 KOs)                                                            9-4 (2 KOs)
Weight: 132 lbs.                                                          Weight: 132 lbs.

*SUPER WELTERWEIGHTS - 8 ROUNDS*

Rashidi ELLIS                             vs.                              Marco Antonio LOPEZ
Boston, MA                                                              Tlaxcala, MEX
14-0 (11 KOs)                                                            24-8 (15 KOs)
Weight: 150 lbs.                                                          Weight: 148.5 lbs.

*SUPER LIGHTWEIGHTS - 4 ROUNDS*

David MIJARES                             vs.                              Omar REYES
Santa Monica, CA                                                        Corpus Christi, TX
Pro Debut                                                              1-2
Weight: 139.5 lbs.                                                        Weight: 141 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 5/6/16 6:14 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016309

    

**GOMEZ vs SOSA**
**MALDONADO JR. vs. HOVHANNISYAN**
**Friday, May 20, 2016**
**Fantasy Springs Resort Casino**
**Indio, CA**

**RED CORNER**                                                          **BLUE CORNER**

*TV MAIN EVENT - VACANT IBF NORTH AMERICAN WELTERWEIGHT TITLE - 10 ROUNDS*

Eddie GOMEZ                         vs.          John Karl SOSA
Bronx, NY                                        Caguas, PR
18-1 (11 KOs)                                    13-1 (6 KOs)
Weight: 145.6 lbs.                               Weight: 146.6 lbs.

*TV SWING BOUT - WELTERWEIGHTS - 4 ROUNDS*

Jesus SANCHEZ                       vs.          Livan NAVARRO
Indio, CA                                        Havana, CUB
1-0 (1 KO)                                       2-0
Weight: 141.8 lbs.                               Weight: 141.4 lbs.

*TV CO-MAIN EVENT - LIGHTWEIGHTS - 10 ROUNDS*

Fidel MALDONADO JR.                 vs.          Art HOVHANNISYAN
Albuquerque, NM                                  Glendale, CA
21-3 (18 KOs)                                    17-2-2 (9 KOs)
Weight: 135 lbs.                                 Weight: 134.2 lbs.

*LIGHTWEIGHTS - 6 ROUNDS*

Joseph AGUIRRE                      vs.          Rony ALVARADO
Cancun, MEX                                      Ciudad Juarez, MEX
12-0 (8 KOs)                                     9-7 (5 KOs)
Weight: 134 lbs.                                 Weight: 135 lbs.

*SUPER MIDDLEWEIGHTS - 8 ROUNDS*

D'Mitrius BALLARD                   vs.          Victor FONSECA
Temple Hills, MD                                 Tijuana, MEX
12-0 (8 KOs)                                     9-6-1 (7 KOs)
Weight: 168.6 lbs.                               Weight: 166.6 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 5/19/16 1:02 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016310

  

**Wednesday, May 25, 2016**
**Ray Dolby Ballroom**
**Hollywood, CA**

### RED CORNER                                          BLUE CORNER

#### LIGHTWEIGHTS - 6 ROUNDS

**Damon ALLEN**                 vs.                **Danny MONTOYA**
Philadelphia, PA                                  Reynosa, MEX
9-0 (3 KOs)                                       10-3 (7 KOs)
Weight: 134.4 lbs.                                Weight: 135 lbs.

#### LIGHTWEIGHTS - 6 ROUNDS

**Hector TANAJARA JR.**         vs.                **Francisco MEDEL**
San Antonio, TX                                   Uruapan, MEX
5-0 (3 KOs)                                        9-2 (5 KOs)
Weight: 132 lbs.                                  Weight: 134.6 lbs.

#### MIDDLEWEIGHTS - 6 ROUNDS

**Alexis SALAZAR**              vs.                **Hector VELASQUEZ**
Tlaquepaque, MEX                                  Tijuana, MEX
6-3 (3 KOs)                                       57-27-3 (39 KOs)
Weight: 155 lbs.                                  Weight: 150.4 lbs.

#### FEATHERWEIGHTS - 6 ROUNDS

**Edgar VALERIO**               vs.                **Harold REYES**
Los Angeles, CA                                   Fajardo, PR
6-0 (4 KOs)                                        2-4-1
Weight: 125 lbs.                                  Weight: Pending

(Bout Card and Order Subject to Change)

Last Updated: 5/24/16 4:04 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                        GBP016311



**RED CORNER**                                                    **BLUE CORNER**

### TV MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

Ronny RIOS                              vs.                   Efrain ESQUIVIAS
Santa Ana, CA                                                 Gardena, CA
25-1 (10 KOs)                                                 17-4-1 (10 KOs)
Weight: 126 lbs.                                              Weight: 126 lbs.

### TV CO-MAIN EVENT - SUPER LIGHTWEIGHTS - 8 ROUNDS

Zachary OCHOA                           vs.                   Luis Joel GONZALEZ
Brooklyn, NY                                                  Bayamon, PR
14-0 (6 KOs)                                                  11-3-1 (6 KOs)
Weight: 139.2 lbs.                                            Weight: 139.8 lbs.

### TV OPENER - SUPER FLYWEIGHTS - 6 ROUNDS

Seniesa ESTRADA                         vs.                   Christina FUENTES
East Los Angeles, CA                                          Laredo, TX
6-0 (1 KO)                                                    4-7-5
Weight: 111 lbs.                                              Weight: 113.4 lbs.

### FEATHERWEIGHTS - 6 ROUNDS

Rafael GRAMAJO                          vs.                   Harold REYES
Los Angeles, CA                                              Fajardo, PR
7-1-1 (2 KOs)                                                2-5-1
Weight: 122 lbs.                                             Weight: 123 lbs.

### SUPER BANTAMWEIGHTS - 6 ROUNDS

Pablo RUBIO JR.                         vs.                   Jorge PEREZ
Los Angeles, CA                                              Riverside, CA
5-0 (3 KOs)                                                  2-2 (1 KO)
Weight: 121.6 lbs.                                           Weight: 122 lbs.

### SUPER FEATHERWEIGHTS - 4 ROUNDS

Tenochtitlan NAVA                       vs.                   David MONTES
Los Angeles, CA                                              El Paso, TX
1-0                                                          0-2
Weight: 127 lbs.                                             Weight: 128 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 6/2/16 2:58 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016312

**RED CORNER**

**Francisco VARGAS**
Mexico City, MEX
23-0-1 (17 KOs)
Weight: 129.6 lbs.

*TV MAIN EVENT - WBC SUPER FEATHERWEIGHT TITLE - 12 ROUNDS*
vs.

**BLUE CORNER**

**Orlando SALIDO**
Ciudad Obregon, MEX
42-13-3 (29 KOs)
Weight: 130 lbs.

**Julian RAMIREZ**
East Los Angeles, CA
16-0 (8 KOs)
Weight: 125.4 lbs.

*TV CO-MAIN EVENT - VACANT NABA FEATHERWEIGHT TITLE - 10 ROUNDS*
vs.

**Abraham LOPEZ**
La Puente, CA
20-0-1 (15 KOs)
Weight: 125.6 lbs.

**Gabriel ROSADO**
Philadelphia, PA
22-9 (13 KOs)
Weight: 159.8 lbs.

*MIDDLEWEIGHTS - 10 ROUNDS*
vs.

**Antonio GUTIERREZ**
Tijuana, MEX
20-1-1 (9 KOs)
Weight: 159 lbs.

**Christian GONZALEZ**
Buena Park, CA
13-0 (12 KOs)
Weight: 132 lbs.

*LIGHTWEIGHTS TITLE - 8 ROUNDS*
vs.

**Jhon GEMINO**
Batangas, PHI
12-6-1 (5 KOs)
Weight: 127.8 lbs.

**Nick ARCE**
Los Angeles, CA
7-0 (6 KOs)
Weight: 126.6 lbs.

*SUPER FEATHERWEIGHTS - 6 ROUNDS*
vs.

**Francisco DOMINGUEZ**
Cuidad Juarez, MEX
8-9 (2 KOs)
Weight: 127.8 lbs.

**Jonathan NAVARRO**
East Los Angeles, CA
5-0 (4 KOs)
Weight: 138.4 lbs.

*SUPER LIGHTWEIGHTS - 6 ROUNDS*
vs.

**Marc TORRES**
Mcallen, TX
4-1 (1 KO)
Weight: 138.2 lbs.

**Alexis ROCHA**
Santa Ana, CA
2-0 (2 KOs)
Weight: 148.2 lbs.

*SUPER WELTERWEIGHTS – 4 ROUNDS*
vs.

**Anthony WOODS**
Las Vegas, NV
0-4
Weight: 148.4 lbs.

**Genaro GAMEZ**
San Diego, CA
1-0 (1 KO)
Weight: 132 lbs.

*LIGHTWEIGHTS - 4 ROUNDS*
vs.

**Juan BRYAND**
Laredo TX
1-3
Weight: 131.8 lbs.

**Oscar DUARTE**
Parral, MEX
4-0 (2 KO's)
Weight: 135 lbs.

*LIGHTWEIGHTS - 4 ROUNDS*
vs.

**Luis LIZARRAGA JR.**
Merida, MEX
5-8-1 (2 KOs)
Weight: 134.2 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 11:20 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

-160-

CONFIDENTIAL

GBP016313

    

### Charity Vision Fight Night
### Saturday June 11, 2016
### Rail Event Center
### Salt Lake City, Utah

**RED CORNER**                                                                **BLUE CORNER**

### LIGHT HEAVYWEIGHTS - 8 ROUNDS

**D'Mitrius BALLARD**                          **vs.**                    **Ernesto BERROSPE**
**Washington, DC**                                                        **Guadalajara, MEX**
**13-0 (9KOs)**                                                           **14-9 (9 KOs)**

### BANTAMWEIGHTS - 6 ROUNDS

**Joshua FRANCO**                             **vs.**                     **Sam RODRIGUEZ**
**San Antonio, TEX**                                                      **Bronx, NY**
**5-0 (3 KOs)**                                                           **4-1 (3 KOs)**

### WELTERWEIGHTS - 4 ROUNDS

**David MIJARES**                             **vs.**                     **Cory VOM BAUR**
**Santa Monica, CA**                                                      **Vancouver, WA**
**1-0**                                                                   **2-4**

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 11:20 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                             GBP016314