# EXHIBIT 15

DB-ZUFFA-00007249

# (Filed Under Seal)