# EXHIBIT 16

## Excerpts of the Deposition of Nakisa Bidarian

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
        Plaintiffs,            )
                               )
        vs.                    ) Case No.
                               ) 2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
        Defendant.             )
_____)

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF

NAKISA BIDARIAN

LAS VEGAS, NEVADA

MAY 5, 2017

9:10 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
Job No. 50309

1    memo that was prepared by the Vinci
2    team prior to receiving info memo.
3    We expect color tomorrow on what
4    funds are most interested."
5    Do you see that?
6    A.  Yes.
7    Q.  Did you forward this email chain and the
8    attached presentation here to Lorenzo Fertitta and
9    Lawrence Epstein and others as part of your job at
10   Zuffa?
11   A.  I don't recall forwarding this email, but
12   you know, based on this printout, yes, I forwarded
13   this email to those individuals on the email chain.
14   Q.  And the presentation as well?
15   A.  Yes, based on the email that this was the
16   presentation attached to it.
17   Q.  And it looks like the date of this is
18   January of 2013.
19       Do you know as of January of 2013 whether
20   Vinci was a potential investor in Project Brady?
21   A.  As of -- I don't think we'd shared much
22   information with Vinci at that point, so I couldn't
23   determine whether they were going to be an investor
24   or not.
25   Q.  Did you ask Vinci to prepare this

1  presentation here?
2      A.  No.
3      Q.  Just directing your attention to, there's
4  an email from Mr. Gouveia, I believe, Itau, which was
5  the bank that was advising Zuffa, right?
6      A.  Yes.
7      Q.  He says:
8          "Nakisa, please find Vinci's
9          internal memo.  Glad if you could
10         circulate internally.  Best regards,
11         Cassio."
12         Do you see that?
13     A.  Yes.
14     Q.  Do you know why Mr. Gouveia was forwarding
15  this presentation to you?
16         MR. NORTH:  Objection, calls for
17  speculation.
18         THE WITNESS:  Yeah, I was going to say, I
19  can't speak to why Cassio forwarded an email.
20  BY MR. WEILER:
21     Q.  And do you know one way or the other
22  whether Zuffa had shared any information with Vinci
23  at the time this presentation was forwarded to you?
24     A.  I can't definitively say whether any
25  information had been shared, but my assumption would

68

1   be that, if anything, it would have been very limited
2   because we hadn't even met with them.
3       Q.   So just turning your attention to, it looks
4   like in the email chain that was forwarded to you,
5   you then forwarded on, there's a message, it looks
6   like it's from the gentleman named Carlos Eduardo
7   Martins, and it's sent to a Mr. Gouveia, and he says:
8               "Cassio, please find attached the
9           presentation prepared by our
10          research team on UFC and Zuffa.
11          Important to note, we have not
12          revised this presentation after
13          yesterday's meeting, so you'll find
14          some ideas that we provide, and we
15          were able to discuss with them (such
16          as tier 3 events and relaunch of the
17          Pride brand).  Note that we prepared
18          this material between the time we
19          received the teaser and we had our
20          first meeting in Rio October last
21          year.  I would ask you to forward
22          this presentation to Lorenzo and
23          team, and of course, we would be
24          more than glad to discuss it."
25              Do you see where it says that?

1    A.    Yes.
2    Q.    As you sit here today, do you know who
3  Carlos Eduardo Martins is?
4    A.    I can't recall him, no.
5    Q.    It looks like he is somebody who works at
6  Vinci --
7    A.    Correct.
8    Q.    -- do you agree with that?  Okay.
9          Do you know one way or the other what
10 Mr. Martins is referring to when he says, "Note that
11 we prepared this material between the time we
12 received the teaser and we had our first meeting in
13 Rio last year"?  Do you know what he's referring to
14 there?
15   A.    I don't know what he's referring to.
16         I would assume, based on the email chain,
17 the teaser is referring to the UFC.  I don't know who
18 he had his meeting with in Rio.
19   Q.    So directing your attention back to
20 Exhibit 4.
21   A.    Exhibit 4.
22   Q.    Yes.
23   A.    Let's see.  Yes.
24   Q.    So the first page of Exhibit 4, bottom
25 email, it looks like it's an email from you to

71

1    Q.   So directing your attention to this
2    presentation, page 4.
3    A.   Exhibit 6?
4    Q.   Yes.
5    A.   What is the title of the page just so I
6    make sure --
7    Q.   Zuffa -- well, all of them actually say,
8    "Zuffa And The Development Of MMA."
9         There's a bar that says -- it's 2508359 at
10   the top, there's a bar that says --
11   A.   Okay.  Got it.
12   Q.   Okay.  The second bullet point says:
13          "One risk to the model is the
14        raise of a new viable alternative
15        organization that could become an
16        option for fighters that are for
17        some reason discontent with the UFC.
18        In fact, recent failures of same
19        fighters to become viable outside of
20        the UFC (see Vitor Belfort and Fedor
21        Emelianenko stories below) disprove
22        this theory, but this risk in the
23        future should not be entirely
24        disregarded, in our opinion."
25        Do you see where it says that?

1   A.   I read it.

2   Q.   Did you agree or do you agree as you sit
3   here today with this presentation that one risk to
4   Zuffa's model is a new viable alternative
5   organization that could become an option for
6   fighters?

7   A.   This is a document created by Vinci.  I
8   mean, I have no idea where they got their thought
9   process from or what they were thinking when they
10  wrote that, so it's not possible for me to kind of
11  make any statement to anything they presented in this
12  presentation.

13       I'm not even sure I understand the logic of
14  the page, so...

15  Q.   Do you understand the logic about what it
16  says here, "Recent failures of famed fighters to
17  become viable outside of the UFC disprove this
18  theory"?

19  A.   No.  As long as I've been at the UFC, Vitor
20  Belfort was a part of the UFC, so I don't even know
21  what it's referring to.

22  Q.   So turning your attention to page Bates
23  label ZFL-2508362.

24  A.   Yes.

25  Q.   There's a reference that says:

167

CERTIFICATE OF REPORTER

I, Cynthia K. DuRivage, a Certified Shorthand Reporter of the State of Nevada, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Reading and signing by the witness was requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated:  May 18, 2017

_____
CYNTHIA K. DuRIVAGE
CCR No. 451