# EXHIBIT 17

## Excerpts of the Deposition of Denitza Batchvarova

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

```
CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
         Plaintiffs,           )
                               )
         vs.                   )  Case No.
                               )  2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
         Defendant.            )
_____)
```

VIDEOTAPED DEPOSITION OF DENITZA BATCHVAROVA

Las Vegas, Nevada

January 25, 2017

9:11 A.M.

Reported by:
Sarah Padilla, CCR NO. 929
Job No. 48403

198

1 were supplying legal advice in that answer?
2     A   I have absolutely no recollection of what
3 my response was to John, so --
4     Q   I'm handing you what has been marked as
5 Exhibit 122.  And it is Bates stamped ZFL-2508353
6 and attachment ZFL-2508355.
7        (Exhibit 122 was marked.)
8 BY MR. SILVERMAN:
9     Q   If you look at the e-mail on top, you are
10 CC'd on this; is that right?
11     A   Yes, I am.
12     Q   Can you tell me what the attached --
13 who -- first let's start can you tell me who Vinci
14 Partners are?
15     A   Vinci Partners, to the best of my
16 understanding, is a product equity firm in Brazil.
17     Q   And do you know what the purpose of this
18 attached presentation was?
19     A   I don't know.  I am not aware of it.
20     Q   Do you know why Nakisa Bidarian CC'd you
21 on the e-mail with this presentation attached?
22     A   When I joined the company, we were looking
23 to create a joint venture in Brazil with a strategic
24 partner.  So that process continued for a number of
25 months.  And we ended up not moving forward with a

199

1  strategic partner down in Brazil.  So as part of
2  that, as soon as I joined the company, I was kept
3  informed of the process.  But I was not active in
4  part of the process.
5      Q    Did you have any conversations with Vinci
6  Partners or any input into this presentation?
7      A    No, I did not.  I did not.  I don't
8  believe that -- I don't believe this was a
9  presentation that I was put to verify or any
10 collaboration with them.  It seems like it was a
11 presentation that they did develop by themselves.
12     Q    Do you know who commissioned that
13 presentation from Vinci Partners?
14         MS. LYNCH:  Objection to form.
15 BY MR. SILVERMAN:
16     Q    Strike that.
17         Did Zuffa -- do you know if Zuffa
18 commissioned this report from the Vinci Partners?
19     A    I'm not aware if we commissioned it.
20     Q    Do you know who else was working on this
21 potential private equity deal in Brazil?
22     A    It really was Lorenzo Fertita, John
23 Mulkey, Lawrence Epstein, Kirk Hendrick, Marshall
24 Zelaznik, Nakisa Bidarian, and Joe Carr.
25         MR. SILVERMAN:  Okay.  I think that is all my

```
 1   STATE OF NEVADA)
                    )  ss
 2   COUNTY OF CLARK)

 3

 4           I, Sarah Padilla, a duly commissioned and
 5   licensed court reporter, Clark County, State of Nevada,
 6   do hereby certify:  That I reported the taking of the
 7   deposition of the witness, Denitza Batchvarova,
 8   commencing on Wednesday, January 25, 2017, at 9:11 A.M.;
 9   That prior to being examined, the witness was, by me,
10   duly sworn to testify to the truth; That thereafter I
11   transcribed my shorthand notes into typewriting and
12   that the typewritten transcript of said deposition is a
13   complete, true, and accurate record of said shorthand
14   notes.  I further certify that I am not a relative
15   or employee of any attorney or counsel of any of the
16   parties nor a relative or employee of an attorney or
17   counsel involved in said action, nor a person
18   financially interested in the action; that a request
19   [x] has [] has not been made to review the transcript.
20           IN WITNESS WHEREOF, I have hereunto set my
21   hand in the County of Clark, State of Nevada, this 14th
22   day of February.
23
24                              _____
25                              SARAH PADILLA, CCR 929
```