# EXHIBIT 18

## Excerpts of the Deposition of Kirk Hendrick

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
 )
      Plaintiffs, )
 )
      vs. ) Case No.
 ) 2:15-cv-01045-RFB-(PAL)
 )
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
 )
      Defendant. )
_____)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

KIRK D. HENDRICK

LAS VEGAS, NEVADA

JULY 17, 2017

9:12 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 51214

136

1      HIGHLY CONFIDENTIAL - KIRK D. HENDRICK
2  12:19 p.m.
3          (A luncheon recess was taken from
4          12:19 to 1:03 p.m.)
5          THE VIDEOGRAPHER:  We are back on the
6  record at 1:03 p.m.
7
8              EXAMINATION (CONTINUED)
9  BY MR. MADDEN:
10     Q.   Are you familiar with a firm called Vinci
11  Partners?
12     A.   Vinci, spell that.
13     Q.   V-i-n-c-i.
14     A.   No, I don't think so.  Doesn't ring a bell.
15          (Exhibit 11 was marked for
16          identification by the reporter.)
17          MR. WIDNELL:  Are you making these two
18  separate exhibits?
19          MR. MADDEN:  Yes.
20          (Exhibit 12 was marked for
21          identification by the reporter.)
22  BY MR. MADDEN:
23     Q.   So you've been handed what have been marked
24  Exhibits 11 and 12.
25          Exhibit 11 is an email exchange, two pages,

137

1      HIGHLY CONFIDENTIAL - KIRK D. HENDRICK

2  Bates-numbered ZFL-2508353 and 2508354.

3           Exhibit 12 is a presentation, Power Point

4  presentation, that was attached to this email.  Its

5  first page is ZFL-2508355, and its last page is

6  2508384.

7           Before we go through the process of going

8  through the whole thing, based on Exhibit 11, which

9  shows that this presentation was sent by Nakisa

10 Bidarian to you in January of 2013, does it refresh

11 your recollection as to who Vinci Partners is?

12      A.  No.

13          MR. WIDNELL:  Objection, misstates the

14 document.

15          THE WITNESS:  No, it doesn't.

16 BY MR. MADDEN:

17      Q.  Okay.  Have you ever seen Exhibit 12

18 before?

19      A.  Well, I can see at the top of this email

20 that, like you said, it looks like Nakisa Bidarian

21 copied me or sent this apparently to me if you're

22 saying it was attached to this email, but I don't

23 know if I ever saw it.

24      Q.  So you don't recall ever seeing this email

25 before?

138

HIGHLY CONFIDENTIAL - KIRK D. HENDRICK

2   A.   No, I don't.

3   Q.   Okay.  We can put it aside.

4        (Exhibit 13 was marked for

5        identification by the reporter.)

6   BY MR. MADDEN:

7   Q.   You've been handed what has been marked Exhibit 13.  It is a June 15th email exchange beginning at Bates ZUF-00153787 and ending ZUF-00153788.

In the bottom email, it is from you to Lorenzo Fertitta at Station Casinos dot com, D. White at UFC dot TV, C. Borsari at UFC dot TV.

Those latter two email address are for Dana White and Craig Borsari, right?

MR. WIDNELL:  Objection, form.

THE WITNESS:  So you're talking about the bottom part of the email where it says, "From: Kirk Hendrick," and you're saying, "To: Dwhite@ufc.tv," it looks like it says it twice.

BY MR. MADDEN:

Q.   Yes.

A.   And cborsari@ufc.tv.  So D. White is Dana White, C. Borsari is Craig Borsari, if that's what you're asking.

281

CERTIFICATE OF REPORTER

I, Cynthia K. DuRivage, a Certified Shorthand Reporter of the State of Nevada, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

Reading and signing by the witness was requested.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: July 31, 2017

_____
CYNTHIA K. DuRIVAGE
CCR No. 451