# EXHIBIT 19

## ZUF-00096950

## (Redacted)

**THIS DOCUMENT WAS PRODUCED IN NATIVE**

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00096950



**ZUFFA, LLC (ex UK and WEC)**
**EMPLOYEE COMPENSATION PROFORMA**
**Run-Rate Analysis**

| | Position | | Hire Date | [redacted] |
|---|---|---|---|---|
| 1 | President | Dana White | 1/15/2001 | |
| 2 | CEO | Lorenzo Fertitta | 7/1/2008 | |
| 3 | COO | Kirk Hendrick | 11/1/2002 | |
| 4 | CFO | John Mulkey | 3/31/2006 | |
| 5 | CMO | Bryan Johnston | 5/1/2009 | |
| 6 | Executive Chef | [redacted] | 2/23/2009 | |
| 7 | Sous Chef | [redacted] | 3/23/2009 | |
| 8 | Personal Trainer | [redacted] | 1/15/2007 | |
| 9 | Executive Assistant | [redacted] | 7/14/2008 | |
| 10 | Executive Assistant | [redacted] | 7/14/2008 | |
| 11 | Security Officer | [redacted] | 5/14/2009 | |
| 12 | Boxing Trainer | [redacted] | 1/22/2007 | |
| 13 | Muay Thai Trainer | [redacted] | 9/3/2009 | |
| 14 | Executive Assistant | [redacted] | 4/30/2008 | |
| 15 | Flight Attendant | [redacted] | 2/14/2008 | |
| 16 | Chief Flight Attendant | [redacted] | 1/21/2008 | |
| 17 | Flight Attendant | [redacted] | 5/19/2008 | |
| 18 | Exec Director of Security | [redacted] | 9/15/2008 | |
| | Security Officer | [redacted] | 5/28/2009 | |
| 19 | Director of Facilities/Security | [redacted] | 2/12/2007 | |
| 20 | Special Projects Coordinator | [redacted] | 9/17/2007 | |
| X | Allocation | [redacted] | | |
| X | Allocation | [redacted] | | |
| | | **Total Executive** | | |
| 21 | General Counsel | Lawrence Epstein | 8/1/2007 | |
| 22 | VP of Gov't Affairs | Marc Ratner | 5/15/2006 | |
| 23 | Asst. General Counsel | Jaime Pollack | 4/1/2005 | |
| 24 | Asst. General Counsel | Mike Mersch | 3/26/2007 | |
| 25 | Paralegal | [redacted] | 9/17/2007 | |
| 26 | Paralegal | [redacted] | 2/9/2008 | |
| 27 | Paralegal/Admin Assistant | [redacted] | 2/3/2009 | |
| 28 | Director Human Resources | [redacted] | 1/8/2009 | |
| 29 | Bus & Leg Affairs Coord | [redacted] | 2/24/2003 | |
| | | **Total Legal & Bus. Dev.** | | |
| 30 | VP of Finance & Acct | Link McCluan | 12/4/2001 | |
| 31 | Financial Controller | [redacted] | 11/27/2006 | |
| 32 | Events Controller | [redacted] | 8/14/2006 | |
| 33 | Staff Accountant | [redacted] | 2/20/2006 | |
| 34 | A/P Clerk | [redacted] | 11/12/2007 | |
| 35 | Staff Accountant | [redacted] | 6/23/2008 | |
| 36 | A/R Coordinator | [redacted] | | |
| 37 | A/P Clerk | [redacted] | 6/2/2009 | |
| 38 | Financial Analyst | [redacted] | 5/7/2007 | |
| 39 | Analyst | [redacted] | 7/6/2009 | |
| 40 | Sr. Financial Analyst | [redacted] | 8/27/2007 | |
| 41 | Merchandise Analyst | [redacted] | 7/7/2008 | |
| | | | | |
| 42 | Director of Production | [redacted] | 1/25/2006 | |
| 43 | Director of Spanish Production | [redacted] | 3/1/2007 | |
| 44 | DVD Production Manager | [redacted] | 2/20/2007 | |
| 45 | Graphic Artist | [redacted] | 11/10/2008 | |
| 46 | DVD Developer | [redacted] | 4/12/2007 | |
| 47 | Editing Director | [redacted] | 3/31/2005 | |
| 48 | Graphic Designer | [redacted] | 5/1/2008 | |
| 50 | Editor | [redacted] | 1/7/2008 | |
| 51 | Assistant Editor | [redacted] | 9/26/2007 | |
| 52 | Production Coordinator | [redacted] | 8/27/2007 | |
| 53 | Editor | [redacted] | 12/3/2007 | |
| 54 | Media Mgmt Coordinator | [redacted] | | |
| 55 | Production Coordinator | [redacted] | 5/19/2005 | |
| | | **Total Production** | | |
| 56 | Sr. VP of Ops | Craig Borsari | 7/19/2005 | |
| 57 | VP of Event Operations | Donna Spaulding | 8/12/2002 | |
| 58 | Mgr of Event Operations | [redacted] | 7/6/2006 | |
| 59 | Event Ops Manager | [redacted] | 2/27/2007 | |
| 60 | Claims Specialist/Acct Assist | [redacted] | 3/30/2007 | |
| 61 | Event Ops Coordinator | [redacted] | 12/1/2006 | |
| 62 | Admin. Assistant | [redacted] | 11/20/2006 | |
| 63 | Runner | [redacted] | 10/17/2006 | |
| 64 | Talent Relations | Joseph Silva | 1/15/2001 | |
| | | **Total Event Operations** | | |
| 65 | Exec VP of Entertainment | Don Gold | 8/1/2005 | |
| 66 | VP of Licensing | | | |
| 67 | Director of Merchandise | [redacted] | 8/7/2006 | |
| 68 | Warehouse Manager | [redacted] | 1/29/2007 | |
| 69 | Art Director | [redacted] | | |
| 70 | Merchandise Coordinator | [redacted] | 10/2/2003 | |
| | | **Total Merchandise** | | |
| 71 | Director of Public Relations | [redacted] | 8/5/2005 | |
| 72 | Publicist | [redacted] | 11/13/2006 | |
| 73 | Event Manager | [redacted] | 5/7/2007 | |
| 74 | PR Representative | [redacted] | 6/25/2007 | |
| 75 | Publicist | [redacted] | 10/1/2008 | |
| 76 | Admin. Assistant | [redacted] | 5/19/2009 | |
| 77 | Dir. Of Spanish Affairs | [redacted] | 11/30/2006 | |
| | | **Total Public Relations** | | |
| 78 | VP New Media & Technology | Edward Muncey | 1/23/2006 | |
| 79 | Director of IT | Jeff Quinn | 11/10/2008 | |
| 80 | Director - Website Ops | [redacted] | 3/6/2006 | |
| 81 | Content Developer | [redacted] | 8/21/2006 | |
| 82 | Content Developer | [redacted] | 9/8/2008 | |
| 83 | New Media Developer Espanol | [redacted] | 2/12/2006 | |
| 84 | Fight Club Manager | [redacted] | 2/25/2008 | |
| 85 | Graphics Media Associate | [redacted] | 1/22/2007 | |
| 86 | Asst. Content Coordinator | [redacted] | 4/25/2007 | |
| 87 | Traffic Manager | [redacted] | 5/12/2009 | |
| 88 | Systems Administrator | [redacted] | 5/11/2009 | |
| | | **Total Website** | | |
| 89 | VP of Sales & Sponsorship | Michael Pine | 5/14/2007 | |
| 90 | Digital Sales Director | [redacted] | | |
| 91 | Account Executive | [redacted] | | |
| 92 | Host/Admin | [redacted] | 7/6/2009 | |
| 93 | Accounts Manager | [redacted] | 2/5/2007 | |
| | | **Total Advertising & Sponsorship** | | |
| 94 | Director of Marketing | [redacted] | 2/9/2009 | |
| 95 | Pay-Per-View & Affiliate Mktg | [redacted] | 2/18/2002 | |
| 96 | Manager of Affiliate Mktg. | [redacted] | 3/31/2009 | |
| 97 | Manager of Affiliate Mktg. | [redacted] | 2/9/2009 | |
| 98 | Director of Creative Services | [redacted] | 7/16/2001 | |
| | | **Total Marketing** | | |
| | | **Total Company** | | |

| | | | Monthly | |
|---|---|---|---|---|
| | Consultant Compensation | | | |
| X | Consultant | [redacted] | | |
| X | Consultant | [redacted] | | |
| X | Consultant | [redacted] | | |
| 99 | Hourly | [redacted] | Production | 14.00 |
| ## | Hourly | [redacted] | Legal | 12.00 |
| ## | Hourly | [redacted] | PR | 9.00 |
| ## | Hourly | [redacted] | Prod Intern | 10.00 |
| ## | Hourly | [redacted] | Web Coord. | 15.00 |

UFC Run Rate Static

**ZUFFA, LLC (ex UK and WEC)**
**EMPLOYEE COMPENSATION PROFORMA**

| | Position | |
|---|---|---|
| 1 | President | Dana White |
| 2 | CEO | Lorenzo Fertitta |
| 3 | COO | Kirk Hendrick |
| 4 | CFO | John Mulkey |
| 5 | EVP & GC | Lawrence Epstein |
| 6 | Sr. VP of Ops | Craig Borsari |
| 7 | VP Talent | Joseph Silva |
| 8 | VP New Media | Edward Muncey |
| 9 | Allocation | John Hertig |
| 10 | VP of Finance | Link McCluan |
| 11 | CMO | Bryan Johnston |
| | | |
| 12 | | Marshall Zelaznik |
| 13 | | Jackie Poriadjian |
| 14 | | Reed Harris |
| 15 | | Peter Dropick |

Exec Summary



**ZUFFA, LLC**
**EXECUTIVE COMPENSATION PROFORMA**
**2007 Bonus Matrix**

| | Position | |
|---|---|---|
| 1 | President | Dana White |
| 2 | General Counsel | Lawrence Epstein |
| 3 | COO | Kirk Hendrick |
| 4 | CFO | John Mulkey |
| 5 | Sr. VP of Ops | Craig Borsari |
| 6 | Allocation | John Hertig |
| 7 | VP of Finance & Acct | Link McCluan |
| 8 | VP Talent Relations | Joseph Silva |
| 9 | VP New Media & Technology | Edward Muncey |
| 10 | Exec VP of Entertainment | Don Gold |
| 11 | Director of Ops | Donna Spaulding |
| 12 | VP of Sales & Sponsorship | Michael Pine |
| 13 | VP of Gov't Affairs | Marc Ratner |
| 14 | President, UK Ops | Marshall Zelaznik |
| 15 | VP Biz Development/Ops | Jackie Poriadjian |
| 16 | VP of Production | Peter Dropick |

**Accrued in P&L**

Exec Bonus 2007

**ZUFFA, LLC**

**EXECUTIVE COMPENSATION PROFORMA**

**2008 Bonus Matrix**

| | Position | |
|---|---|---|
| 2 | General Counsel | Lawrence Epstein |
| 3 | COO | Kirk Hendrick |
| 4 | CFO | John Mulkey |
| 5 | Sr. VP of Ops | Craig Borsari |
| 6 | Allocation | John Hertig |
| 7 | VP of Finance & Acct | Link McCluan |
| 8 | VP Talent Relations | Joseph Silva |
| 9 | VP New Media & Technology | Edward Muncey |

Exec Bonus 2008





## ZUFFA, LLC 2008 Bonus Plan

| | Position | Name | Hire Date | |
|---|---|---|---|---|
| 1 | President | Dana White | 1/15/2001 | [redacted] |
| 2 | CEO | Lorenzo Fertitta | 7/1/2008 | |
| 3 | COO | Kirk Hendrick | 11/1/2002 | |
| 4 | CFO | John Mulkey | 3/31/2006 | |
| 5 | Personal Trainer | [redacted] | 1/15/2007 | |
| 6 | Executive Assistant | | 7/14/2008 | |
| 7 | Executive Assistant | | 7/14/2008 | |
| 8 | Director | | 8/11/2008 | |
| 9 | Boxing Trainer | | 1/22/2007 | |
| 10 | Executive Assistant | | 4/30/2008 | |
| 11 | Flight Attendant | | 2/14/2008 | |
| 12 | Flight Attendant | | 5/19/2008 | |
| 13 | Chief Flight Attendant | | 1/21/2008 | |
| 14 | Exec Director of Security | | 9/15/2008 | |
| 15 | Director of Facilities/Sec | | 2/12/2007 | |
| 16 | Special Projects Coordin | Frank Curreri | 9/17/2007 | |
| | | **Total Executive** | | |
| 17 | General Counsel | Lawrence Epstein | 8/1/2007 | |
| 18 | VP of Gov't Affairs | Marc Ratner | 5/15/2006 | |
| 19 | Asst. General Counsel | Jaime Pollack | 4/1/2005 | |
| 20 | Asst. General Counsel | Mike Mersch | 3/26/2007 | |
| 21 | Paralegal | [redacted] | 9/17/2007 | |
| 22 | Admin. Assistant | | 11/20/2006 | |
| 23 | Bus & Leg Affairs Coord | | 2/24/2003 | |
| | | **Total Legal & Bus. Dev.** | | |
| 24 | VP of Finance & Acct | [redacted] | 12/4/2001 | |
| 25 | Financial Controller | | 11/27/2006 | |
| 26 | Events Controller | | 8/14/2006 | |
| 27 | Staff Accountant | | 2/20/2006 | |
| 28 | Staff Accountant | | 1/29/2007 | |
| 29 | A/P Clerk | | 11/12/2007 | |
| 30 | A/P Clerk | | 12/28/2007 | |
| 31 | A/R Clerk | | 6/23/2008 | |
| 32 | Financial Analyst | | 5/7/2007 | |
| 33 | Sr. Financial Analyst | | 8/27/2007 | |
| 34 | Merchandise Analyst | | 7/7/2008 | |
| 35 | Claims Specialist/Acct As | | 3/30/2007 | |
| | | **Total Acctg. & Finance** | | |
| 36 | Director of Production | [redacted] | 1/25/2006 | |
| 37 | Director of Spanish Prod. | | 3/1/2007 | |
| 38 | DVD Production Manage | | 2/20/2007 | |
| 39 | Graphic Artist | | 11/10/2008 | |
| 40 | Production Coordinator | | 12/1/2006 | |
| 41 | Editor | | 12/3/2007 | |
| 42 | Graphic Designer | | 5/1/2008 | |
| 43 | DVD Developer | | 4/12/2007 | |
| 44 | Editing Director | | 3/31/2005 | |
| 45 | Editor | | 1/7/2008 | |
| 46 | Assistant Editor | | 9/26/2007 | |
| 47 | Media Mgmt Coordinator | | 8/27/2007 | |
| 48 | Production Coordinator | | 5/19/2005 | |
| | | **Total Production** | | |
| 49 | Sr. VP of Ops | Craig Borsari | 7/19/2005 | |
| 50 | VP of Event Operations | Donna Spaulding | 8/12/2002 | |
| 51 | Mgr of Event Operations | [redacted] | 7/6/2006 | |
| 52 | Event Ops Coordinator | | 2/27/2007 | |
| 53 | Travel Coordinator | | 6/25/2007 | |
| 54 | Runner | | 10/17/2006 | |
| 55 | Talent Relations | Joseph Silva | 1/15/2001 | |
| 56 | Talent Relations & Creati | Sean Shelby | 8/1/2002 | |
| | | **Total Event Operations** | | |
| 57 | Exec VP of Entertainmen | | 8/1/2005 | |
| 58 | VP of Licensing | [redacted] | 2/11/2008 | |
| 59 | Director of Merchandise | | 8/7/2006 | |
| 60 | Merchandise Coordinator | | 10/2/2003 | |
| | | **Total Merchandise** | | |
| 61 | Director of Public Relatio | [redacted] | 8/5/2005 | |
| 62 | Publicist | | 11/13/2006 | |
| 63 | Event Manager | | 5/7/2007 | |
| 64 | PR Representative | | 6/25/2007 | |
| 65 | Publicist | | 10/1/2008 | |
| 66 | Dir. Of Spanish Affairs | | 11/30/2006 | |
| | | **Total Public Relations** | | |
| 67 | VP New Media & Techno | Edward Muncey | 1/23/2006 | |
| 68 | Director of IT | [redacted] | 11/10/2008 | |
| 69 | Director - Website Ops | | 3/6/2006 | |
| 70 | Content Developer | | 8/21/2006 | |
| 71 | Content Developer | | 9/8/2008 | |
| 72 | New Media Developer Es | | 2/12/2006 | |
| 73 | Fight Club Manager | | 2/25/2008 | |
| 74 | Graphics Media Associat | | 1/22/2007 | |
| 75 | Asst. Content Coordinato | | 4/25/2007 | |
| 76 | Systems Administrator | | 12/17/2007 | |
| | | **Total Website** | | |
| 77 | VP of Sales & Sponsorsh | [redacted] | 5/14/2007 | |
| 78 | Sales Coordinator | | 11/20/2006 | |
| 79 | Sponsorship Sales Asso | | 2/5/2007 | |
| | | **Total Advertising & Sponsorship** | | |
| 80 | Pay-Per-View & Affiliate M | [redacted] | 2/18/2002 | |
| 81 | Manager of Affiliate Mktg | | 4/23/2007 | |
| 82 | Director of Creative Servi | | 7/16/2001 | |
| | | **Total Marketing** | | |
| | | **Total Company** | | |

**Hourly**

| | Position | Name | Hire Date |
|---|---|---|---|
| 83 | [redacted] | | [redacted] |
| 84 | | | |
| 85 | | | |
| 86 | | | |
| 87 | | | |
| 88 | | | |
| 89 | | | |

**UK**

| | Position | Name | Hire Date | |
|---|---|---|---|---|
| 90 | President, UK Ops | Marshall Zelaznik | 9/12/2006 | [redacted] |
| 91 | VP Business Developme | Jackie Poriadjian | 2/15/2007 | |
| 92 | Director Event Operation | [redacted] | 10/2/2007 | |
| 93 | Office & Acctg Spv | | 10/15/2007 | |
| 94 | Sr. Communications Man | | 4/1/2007 | |
| 95 | Mktg & Distr. Supervisor | | 6/30/2008 | |

**WEC**

| | Position | Name | Hire Date | |
|---|---|---|---|---|
| 96 | Co-Director | Reed Harris | 10/16/2006 | [redacted] |
| 97 | Co-Director | Scott Adams | 10/16/2006 | |
| 98 | Event Operations Manag | [redacted] | 1/29/2007 | |
| 99 | Director of Production | | 9/8/2008 | |
| 100 | Editor | | | |
| 101 | Editor | | | |
| 102 | Asst. Editor | | 11/1/2007 | |
| 103 | VP of Production | Peter Dropick | 11/15/2006 | |

| | | | Location | Type | # | make sure using right map | Location for Construction |
|---|---|---|---|---|---|---|---|
| 1 | Marc | Rahner | 1st Floor | Office | 114 | VP of Government & Reg. Affairs | Palace As-is |
| 2 | Michael | Wunsch | 1st Floor | Office | 117 | Assistant General Counsel | Palace As-is |
| | | | 1st Floor | Office | | Vice President of Event Operations | Production ON 104-5 |
| 5 | Stean | Shelby | 1st Floor | Office | 138 | Director of Creative Services | Production 100-Shared |
| | | | 1st Floor | Office | 121 | Talent Relations & Creative | Production Cube-1 Shared |
| 6 | Michael | Pirie | 1st Floor | Office | 127 | Vice President, Sponsorship Sales | WEC ON-2 |
| | | | 1st Floor | Office | 127 | Director of Public Relations | WEC ON-1 |
| | | | 1st Floor | Office | 124 | Director of IT | Production ON 125-B |
| | | | 1st Floor | Office | 136 | Director, Website Operations | |
| 10 | Edward | Muncey | 1st Floor | Office | 123 | Vice President, New Media & Technology | Production ON 125-5 |
| 11 | Peter | Dropick | 1st Floor | Office | 188 | WEC-VP of Event Ops & Production | WEC As-is |
| 12 | Doug | Hartling | 1st Floor | Office | 185 | Director of PPV Marketing | Accounting ON Table |
| 13 | Reed | Harris | 1st Floor | Office | 155 | WEC-VP | Dropick ofc |
| | TBD | | 1st Floor | Office | 128 | Travel Office | |
| | TBD | | 1st Floor | Office | 115 | Public Relations | |
| 14 | TBD I.T Admin | | 1st Floor | North Cube 1 | | I.T administrative | NA |
| | | | 1st Floor | North Cube 2 | | New Media, Graphics Design & Support | NA |
| | | | 1st Floor | North Cube 3 | | New Media, Manager of Fan Experience | WEC 11 |
| | | | 1st Floor | North Cube 4 | | Assistant to New Media | Palace As-is |
| | | | 1st Floor | North Cube 5 | | New Media | Production Cube-2 Shared |
| | | | 1st Floor | North Cube 6 | | New Media | |
| | | | 1st Floor | Cube | | Director of Spanish Production | |
| | | | 1st Floor | Cube | | Marketing Manager | Accounting ON Table |
| | | | 1st Floor | Cube | | Affiliate Marketing | Accounting ON Table |
| | | | 1st Floor | Cube | | Affiliate Marketing | |
| | | | 1st Floor | Cube | | Creative-Wire Tuesday | Production Cube-3 Shared |
| | | | 1st Floor | Cube | | Creative-1st Wire week | Production ON 104-5 |
| | | | 1st Floor | Cube | | Runner | Production ON 104-5 |
| | | | 1st Floor | Cube | | Event Operations Coordinator | Production ON 104-5 |
| | | | 1st Floor | Cube | | Travel Coordinator | Production Cube-4 Shared |
| | | | 1st Floor | Cube | | Graphic Artist | |
| | | | 1st Floor | Cube | | Director of Security | WEC TBD |
| | | | 1st Floor | Cube | | Sponsorship Sales Coordinator | WEC 5 |
| | | | 1st Floor | Cube | | Sponsorship Sales Coordinator | WEC 7 |
| | | | 1st Floor | Cube | | Events Manager | WEC 10 |
| | | | 1st Floor | Cube | | Director of Hispanic Affairs | WEC 9 |
| | | | 1st Floor | Cube Split | | PR intern | WEC 3-Share |
| | | | 1st Floor | Cube Split | | Administrative Assistant | WEC 3-Share |
| | | | 1st Floor | Cube | | Publicist | WEC-4 |
| | | | 1st Floor | Cube | | Publicist | WEC-6 |
| | | | 1st Floor | Cube | | WEC-Event Operations Manager | WEC 8 |
| | | | 1st Floor | Cube | | WEC-Public Relations Manager | NA |
| | | | 2nd Floor | Cube | | Medical Claims Coordinator | Acctg As-is |
| 40 | Craig | Borsari | 2nd Floor | Exec Office | 208 | Executive VP of Operations & Production | Production ON 102 (screening room) |
| | TBD | | 2nd Floor | Admin | 208 | Exec Admin-Finance/Marketing/Paralegal | NA |
| | | | 2nd Floor | Cube | | Senior Analyst | Acctg As-is |
| | | | 2nd Floor | Office | 210 | VP of Human Resources | Palace hallway ofc as-is |
| | | | 2nd Floor | Cube | | Special Projects Coordinator | WEC As-is |
| | | | 2nd Floor | Admin | 208 | Executive Assistant to Dana and Craig | Palace outside Kirk's ofc |
| | | | 2nd Floor | Cube | | Accounts Receivable Coordinator | WEC As-is |
| | | | 2nd Floor | Cube | | Administrative Assistant | Palace outside Kirk's ofc |
| 47 | Lawrence | Epstein | 2nd Floor | Exec Office | 202 | Executive Vice President & General Counsel | Palace As-is |
| 48 | Lorenzo | Fertitta | 2nd Floor | Exec Office | 207 | | Palace As-is |
| | | | 2nd Floor | Cube | | Accounts Payable Specialist | Acctg As-is |
| | | | 2nd Floor | Cube | | Merchandise Analyst | WEC As-is |
| | | | 2nd Floor | Cube | | Financial Analyst | Acctg As-is |
| | | | 2nd Floor | Cube | | Manager of Event Operations | Palace |
| 50 | Kirk | Hendrick | 2nd Floor | Exec Office | 213 | Chief Operating Officer | Palace (Marc's existing) |
| | | | 2nd Floor | Admin | 213 | Executive Assistant to Lorenzo Fertitta | Palace As-is |
| | | | 2nd Floor | Cube | | Paralegal | Acctg As-is |
| | | | 2nd Floor | Exec Office | 204 | Chief Marketing Officer | Palace As-is |
| | | | 2nd Floor | Cube | | Executive Security | None |
| | | | 2nd Floor | Admin | 213 | Business & Legal Affairs Coordinator | Palace outside Kirk's ofc |
| | | | 2nd Floor | Office | 238 | Vice President of Finance & Accounting | Acctg As-is |
| | | | 2nd Floor | Exec Office | 206 | Chief Financial Officer | WEC On-3 |
| | | | 2nd Floor | Exec Admin | | Paralegal | Palace outside Kirk's ofc |
| | | | 2nd Floor | Office | 224 | International Television Affairs | Palace |
| | | | 2nd Floor | Office | 237 | Financial Controller | Acctg As-is |
| | | | 2nd Floor | Cube | 225 | Executive Director-Security | Palace As-is |
| | | | 2nd Floor | Cube | | Events Controller | Acctg As-is |
| | | | 2nd Floor | Cube | | Staff Accountant | Acctg As-is |
| | | | 2nd Floor | Cube | | Administrative Assistant | Palace outside Kirk's ofc |
| | | | 2nd Floor | Cube | | Accounts Payable Specialist | Acctg As-is |
| 70 | Dana | White | 2nd Floor | Exec Office | 216 | President | None |
| | | | Production | Office Split | 188 | Assistant Content Coordinator | NA |
| | | | Production | Office Split | 187 | Existing Director | NA |
| | | | Production | Office | 191 | Motion Graphics Artist | NA |
| | | | Production | Cube | 4 | Independent Contractor | NA |
| | | | Production | Cube | | Production Coordinator | NA |
| | | | Production | Office | 118 | DVD Developer | NA |
| | | | Production | Office | 5 | Manager, Content Developer | NA |
| | | | Production | Office | 189 | Assistant Editor | NA |
| | | | Production | Office Split | 187 | Independent Contractor | NA |
| | | | Production | Cube | 6 | Media Management Coordinator | NA |
| | | | Production | Office Exec | 193 | Director of Production | NA |
| | | | Production | Cube | 111 | Editor | NA |
| | | | Production | Office Split | 117 | Editor | NA |
| | | | Production | Cube | 108 | New Media Content Developer, Espanol | NA |
| | | | Production | Office | 108 | DVD Production Manager | NA |
| | | | Production | Cube | | Production Coordinator | NA |
| | | | Production | Cube | 5 | Administrative Assistant | NA |
| | | | Production | Office | 105 | Content Developer | NA |
| | | | Contractor | | | Public Relations Consultant | |
| | | | OUTSIDE | | | Public Attendant / Administrative Asst | |
| | | | OUTSIDE | | | Personal Trainer | |
| | | | Contractor | | | Editorial Director | |
| | | | OUTSIDE | | | Executive Vice President of Entertainment | Stay in Los Angeles |
| | | | OUTSIDE | | | Personal Trainer | |
| | | | OUTSIDE | | | Public Relations | |
| | | | OUTSIDE | | | Vice President of Talent Relations | |
| | | | OUTSIDE | | | Senior Communications Manager | |
| | | | OUTSIDE | | | Office & Accounting Supervisor-UK Ofc | |
| | | | OUTSIDE | | | Director of Event Operations, UK Division | |
| | | | OUTSIDE | | | VP of Government Relations, UK Division | |
| | | | OUTSIDE | | | Supervisor, Marketing and Distribution | |
| | | | OUTSIDE | | | President, UK Division | |
| | | | OUTSIDE | | | Co-General Manager | |
| | | | WAREHOUSE | Office | | Merchandise Coordinator | To Warehouse permanent |
| | | | WAREHOUSE | Office | | Director of Merchandising | To Warehouse permanent |

**Headcount Planner**
**UFC and WEC Team Members - Las Vegas Only**
**2008-2011 Plan**

| | Position | | Type | Floor | 2008 | 2009 | 2010 | 2011 | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | President | Dana White | Executive | 2 | 1 | 1 | 1 | 1 | Convert Board room |
| 2 | COO | Kirk Hendrick | Executive | 2 | 1 | 1 | 1 | 1 | Ofc west of Dana |
| 3 | CFO | John Mulkey | Executive | 2 | 1 | 1 | 1 | 1 | Ofc east of Dana |
| 4 | Executive Assistant to Dana/CB/KH | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | Out front of bosses |
| 5 | Executive Assistant to JM/MR/MP/LE | TBD | Cubicle | 2 | 1 | 1 | 1 | 1 | Out front of bosses |
| 6 | Director of Facilities/Security | [redacted] | Manager | 1 | 1 | 1 | 1 | 1 | |
| | | **Total Executive** | | | **6** | **6** | **6** | **6** | |
| 7 | General Counsel | Lawrence Epstein | Executive | 2 | 1 | 1 | 1 | 1 | East corner exec ofc |
| 8 | VP of Gov't Affairs | Marc Ratner | Executive | 2 | 1 | 1 | 1 | 1 | Next to Lawrence |
| 9 | Asst. General Counsel | Jaime Pollack | Manager | 2 | 1 | 1 | 1 | 1 | north wall |
| 10 | Asst. General Counsel | Mike Mersch | Manager | 2 | 1 | 1 | 1 | 1 | north wall |
| 11 | Paralegal | Tracy Hyman | Cubicle | 2 | 1 | 1 | 1 | 1 | Out front of Lawrence |
| 12 | Admin. Assistant | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| 13 | Bus & Leg Affairs Coord | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| | | **Total Legal & Bus. Dev.** | | | **7** | **7** | **7** | **7** | |
| 14 | VP of Finance & Acct | [redacted] | Manager | 2 | 1 | 1 | 1 | 1 | Biggest ofc north wall |
| 15 | Financial Controller | [redacted] | Manager | 2 | 1 | 1 | 1 | 1 | north wall |
| 16 | Events Controller | [redacted] | Manager | 2 | 1 | 1 | 1 | 1 | north wall |
| 17 | Staff Accountant | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| 18 | Staff Accountant | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| 19 | A/P Clerk | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| 20 | A/P Clerk | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| 21 | Financial Analyst | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| 22 | Financial Analyst | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| 23 | Merchandising Analyst | TBD | Cubicle | 2 | | 1 | 1 | 1 | |
| 24 | Claims Specialist/Acct Assist | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| | | **Total Acctg. & Finance** | | | **10** | **11** | **11** | **11** | |
| 25 | Director of Production | [redacted] | Manager | 1 | 1 | 1 | 1 | 1 | |
| 26 | Director of Spanish Production | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 27 | DVD Production Manager | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 28 | Production Coordinator | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 29 | DVD Developer | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 30 | Editing Director | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 31 | Graphic Designer | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 32 | Editor | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 33 | Assistant Editor | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 34 | Media Mgmt Coordinator | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 35 | Production Coordinator | TBD | Cubicle | | | 1 | 1 | 1 | |
| 36 | VOD Editor | TBD | Cubicle | | 1 | 1 | 1 | 1 | |
| 35 | Production Coordinator | [redacted] | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| | | **Total Production** | | | **12** | **13** | **13** | **13** | |
| 36 | Sr. VP of Ops | Craig Borsari | Executive | 2 | 1 | 1 | 1 | 1 | West Corner Exec ofc |
| 37 | VP of Event Operations | Donna Spaulding | Manager | 1 | 1 | 1 | 1 | 1 | |
| 38 | Mgr of Event Operations | [redacted] | ubicle | 1 | 1 | 1 | 1 | 1 | |
| 39 | Event Ops Coordinator | | ubicle | 1 | 1 | 1 | 1 | 1 | |
| 40 | Travel Coordinator | | ubicle | 1 | 1 | 1 | 1 | 1 | |
| 41 | Runner | | ubicle | 1 | 1 | 1 | 1 | 1 | |
| 42 | Talent Relations & Creative | Sean Shelby | Manager | 1 | 1 | 1 | 1 | 1 | |
| | | **Total Event Operations** | | | **7** | **7** | **7** | **7** | |
| 43 | Director of Licensing | ***Randy Klein*** | | CA | | | | | |
| 43 | Director of Merchandise | [redacted] | | Windriver | | | | | |
| 44 | Merchandise Coordinator | | | Windriver | | | | | |
| | | **Total Merchandise** | | | | | | | |
| 45 | Exec VP of Entertainment | Don Gold | | CA | | | | | |
| | | **Total Home Video** | | | | | | | |
| 46 | Director of Public Relations | [redacted] | Manager | 1 | 1 | 1 | 1 | 1 | |
| 47 | Publicist | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 48 | Event Manager | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 49 | Dir. Of Spanish Affairs | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| | | **Total Public Relations** | | | **4** | **4** | **4** | **4** | |
| 50 | VP New Media & Technology | Edward Muncey | Manager | 1 | 1 | 1 | 1 | 1 | |
| 51 | Director - Website Ops | [redacted] | Manager | 1 | 1 | 1 | 1 | 1 | |
| 52 | Content Developer | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 53 | New Media Developer Espanol | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 54 | New Media Coordinator | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 55 | Graphics Media Associate | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 56 | Asst. Content Coordinator | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 57 | IT Systems Administrator | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| | | **Total Website** | | | **8** | **8** | **8** | **8** | |
| 58 | VP of Sales & Sponsorship | Michael Pine | Executive | 2 | 1 | 1 | 1 | 1 | Exec Ofc east of Mulkey |
| 59 | Sales Coordinator | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| 59 | Sponsorship Sales Associate | [redacted] | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| | | **Total Advertising & Sponsorship** | | | **3** | **3** | **3** | **3** | |
| 60 | Director of Marketing | [redacted] | Manager | 1 | 1 | 1 | 1 | 1 | |
| 61 | Pay-Per-View & Affiliate Mktg | [redacted] | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 62 | Manager of Affiliate Mktg. | [redacted] | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 63 | Marketing Assistant (WEC?) | [redacted] | Cubicle | 1 | | 1 | 1 | 1 | |
| 64 | Director of Creative Services | [redacted] | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| | | **Total Marketing** | | | **4** | **5** | **5** | **5** | |
| 65 | Website Content / PR Coordinator | [redacted] | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 66 | Event Operations Manager | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 67 | Director of Production | | | CA | | | | | |
| 68 | Editor | | | CA | | | | | |
| 69 | Editor | | | CA | | | | | |
| 70 | Assistant Editor | | | CA | | | | | |
| 71 | VP of Production | Peter Dropick | Manager | 1 | 1 | 1 | 1 | 1 | |
| | | **Total WEC** | | | **3** | **3** | **3** | **3** | |
| 65 | Hourly-Intern | [redacted] | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 66 | Hourly | | Cubicle | 1 | 1 | 1 | 1 | 1 | |
| 67 | Hourly | | Cubicle | 2 | 1 | 1 | 1 | 1 | |
| 68 | Hourly | | Cubicle | 1 | 0.5 | | | | |
| | **Total Hourly** Headcount | | | | **3.5** | **3** | **3** | **3** | |
| | **Total UFC/WEC Las Vegas** | | | | **67.5** | **70** | **70** | **70** | |



**ZUFFA, LLC**
**Headcount Planner**
**Las Vegas-based only**

| Position | | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|

**ZUFFA, LLC**
**Life Insurance**

<u>**Employee**</u>

1  Kirk Hendrick
2  John Mulkey
3  Lawrence Epstein
4  Craig Borsari
5  John Hertig



Life Insurance

**ZUFFA, LLC**
**Life Insurance**

<u>**Employee**</u>

Dana White

Kirk Hendrick

John Mulkey

Lawrence Epstein

Craig Borsari

John Hertig



Life Insurance (2)