# EXHIBIT 20

## Excerpts of the Deposition of Andrew Zimbalist

Confidential

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
- - - - - - - - - - - - - - - - - - - - - x
CUNG LE, NATHAN QUARRY, JOHN FITCH,
BRANDON VERA, LUIS JAVIER VAZQUEZ,
and KYLE KINGSBURY, on behalf of
themselves and all others similarly
situated,
          Plaintiffs,
                              Case No.
     -against-       2:15-cv-01045-RFB(PAL)
ZUFFA, LLC, d/b/a ULTIMATE FIGHTING
CHAMPIONSHIP and UFC,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - x

     H I G H L Y  C O N F I D E N T I A L
          Videotaped oral deposition of
     ANDREW ZIMBALIST, Ph.D., taken pursuant
     to notice, was held at the law offices
     of Cohen Millstein, 88 Pine Street, New
     York, New York, commencing January 26,
     2018, 10:13 a.m., on the above date,
     before Leslie Fagin, a Court Reporter
     and Notary Public in the State of New
     York.
                         - - -


          MAGNA LEGAL SERVICES
     320 West 37th Street, 12th Floor
        New York, New York 10018
              (866) 624-6221



Confidential

Page 149

1      A. Zimbalist - Confidential
2      A.   Across all of his fighters or her
3 fighters, a promoter has -- is paying 5
4 percent?
5      Q.   Yes.
6      A.   Okay.
7          MR. CRAMER: Same objections.
8          You may answer.
9      A.   What am I assuming about the wage
10 share of the other promoters?
11      Q.   No information.
12      A.   I don't think it's productive to
13 continue this. It's not something that I
14 think can occur.
15          If you want me to respond to a
16 hypothetical, you have to give me full
17 information about all of the actors. You
18 can't give me partial information. I don't
19 think it's plausible. It doesn't sound to me
20 like it could possibly happen, but if you
21 want me to make assumptions and tell you how
22 I would analyze it, I need more information.
23      Q.   Fair enough.
24          Can you turn to paragraph 84.
25          So with respect to the data that



Confidential

Page 150

1      A. Zimbalist - Confidential
2   you rely on from Professor Dietz' report, did
3   you do anything to independently verify that
4   data?
5       A.   I did some things, yes.  I looked
6   at the -- as I recall, I looked at the
7   revenue that was reported and the
8   compensation that was reported for several
9   years.  I looked at, I believe -- it's been a
10  while, but I believe I looked at some of the
11  individual athlete compensation.
12      Q.   How did looking at that data
13  independently verify the data?
14          MR. CRAMER:  Objection to form.
15      A.   Well, first of all, Professor Dietz
16  was given access to the entirety of the
17  Golden Boy record to write his report.  He
18  was working for Golden Boy.  The data that I
19  used was his data and happens to be more
20  complete than the data that Dr. Blair
21  referred to, which has smaller numbers and,
22  in fact, on the compensation side, if I
23  remember correctly, he has total compensation
24  for all the Golden Boy fighters being close
25  to what compensation was received by one



Page 151

```
 1        A. Zimbalist - Confidential
 2   single boxer, so that's the basis for my
 3   saying that what Roger Blair offered was
 4   incomplete and unrepresentative.
 5        Q.   So if there had been errors in the
 6   data that Dietz relied on, would more data
 7   suggest that it was more reliable?
 8             MR. CRAMER:  Objection to form.
 9        A.   So you are postulating that Golden
10   Boy had two releases of data, one release was
11   earlier to Dietz and they later discovered
12   that there were errors in that data, so they
13   took out that data and then they provided new
14   data that Dr. Blair looked at.
15             Is that what you are asking me?
16        Q.   You said you verified the data by
17   comparing it to Professor Blair's data that
18   he used?
19        A.   In part.
20        Q.   And you concluded there was more
21   data that was in Dietz' report than in the
22   data that Professor Blair used.
23             Is more data necessarily more
24   reliable data?
25        A.   So, necessarily in the abstract,
```



Page 152

1   A. Zimbalist - Confidential
2   no, of course not, it's not, but under the
3   circumstances, under which the Dietz data was
4   provided and the circumstance that there was
5   a boxer, Sol Alvarez, who earned $13.3
6   million, and that that number, in and of
7   itself -- let me take a look here, that
8   number, $13.3 million is almost double what
9   Dr. Blair represents is the entirety of
10  compensation to all of Golden Boy's fighters
11  in 2016, then I think it is pretty sound
12  evidence that the data that Roger Blair was
13  looking at was incomplete.
14      Q.   So what steps did you take to
15  confirm that the information related to
16  Alvarez was correct?
17      A.   I can't remember if that particular
18  number appears in the Dietz report or not.
19  It's been a while since I looked at it.
20      Q.   With respect to the data in the
21  Dietz report, what steps did you take to
22  independently verify the data?
23      A.   I didn't take any steps to
24  independently verify the data.
25      Q.   For the information that you used



Page 183

```
 1
 2                    CERTIFICATE
 3
           I HEREBY CERTIFY that the witness,
 4   ANDREW ZIMBALIST, was duly sworn by me and
     that the deposition is a true record of the
 5   testimony given by the witness.
 6   _____
     Leslie Fagin,
 7   Registered Professional Reporter
     Dated: January 26, 2018
 8
 9
10
           (The foregoing certification of
11   this transcript does not apply to any
12   reproduction of the same by any means, unless
13   under the direct control and/or supervision
14   of the certifying reporter.)
15
16
17
18
19
20
21
22
23
24
25
```

