WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT ZUFFA, LLC'S MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION** |

Index of Exhibits in Support of Defendant Zuffa's Motion to Seal Exhibits and Protected
Materials at the Evidentiary Hearing On Class Certification

# INDEX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Index of Exhibits in Support of Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification. The exhibits noted below are attached as exhibits to the Declaration of Stacey K. Grigsby in Support of Defendant Zuffa, LLC's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification.

| Exhibit | Description |
| --- | --- |
| A. | Declaration of Brent K. Nakamura in support of Zuffa, LLC's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification |
| B. | Declaration of Wm. Hunter Campbell |
| C. | The Parties' Combined Exhibit List with additional columns noting which documents should be sealed, redacted, or public |

1

Index of Exhibits in Support of Defendant Zuffa's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing On Class Certification