# EXHIBIT B

## Declaration of Wm. Hunter Campbell

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**DECLARATION OF W. HUNTER CAMPBELL IN SUPPORT OF DEFENDANT ZUFFA, LLC'S MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION** |

I, William Hunter Campbell, declare as follows:

1. I am over 21 years old. I have personal knowledge of the facts stated in this declaration and if called to testify, I could and would competently testify to these facts. I am a member in good standing of the State Bar of Nevada. I am Of Counsel to the law firm of Campbell & Williams and Chief Business Officer (CBO) and Executive Vice-President of defendant Zuffa, LLC ("Zuffa"), d/b/a Ultimate Fighting Championship® ("UFC"). UFC is a mixed martial arts ("MMA") promoter. Prior to serving as Zuffa's CBO, I was the Chief Legal Officer with Zuffa from 2017 to 2019, and prior to 2017 I represented Zuffa as outside counsel on several matters.

2. I make this declaration in support of Zuffa's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification ("Motion to Seal").

3. Through my role as Zuffa's CBO and CLO, as well as from my representation of Zuffa, I am familiar with Zuffa's practice of maintaining the confidentiality of Zuffa's financial information. Zuffa executives and employees keep financial information—including revenue and compensation information, both on an individual and aggregate level—private and confidential. Zuffa's event-level financials, including compensation and spending information, are considered highly confidential. All of this information also constitutes highly sensitive business information that we keep private, as such information would allow competitors to gain competitive advantages over us in the marketplace, including but not limited to, allowing those competitors to have a tactical advantage over Zuffa in negotiations with venues, sponsors, athletes, and others. Public release of this information would thus cause Zuffa competitive harm.

4. Zuffa's highly sensitive financial information, business information, financial planning, modeling, and related strategic documents and communications from the past five years (post-2013) are particularly sensitive because they reflect Zuffa's current financial decisions and business strategies. They represent Zuffa's most recent decisions and strategies, information that Zuffa's competitors could use to have a tactical advantage over Zuffa, as described in the paragraphs above. Release of this most recent information from the past 5 years would cause Zuffa the greatest competitive harm.

1

5. Zuffa is a subsidiary of Endeavor Group Holdings, Inc. ("Endeavor"), which filed for an initial public offering (IPO) on May 23, 2019. Zuffa, however, is merely one of Endeavor's many holdings, the limited public release of Endeavor's financial information as part of its IPO does not include the public release of all of Zuffa's financial information. Although Endeavor has released a high-level overview of some of Zuffa's financial information during the limited period of January through August, 2016, the remainder of Zuffa's revenue, expenses, compensation, and other financial information remains private on a yearly, quarterly, and event-by-event basis. The only exception is that, at times, Zuffa discloses certain financial information to third-party credit rating agencies and banks, who receive this information under an obligation to maintain its confidentiality. Zuffa's detailed revenues and expenses, particularly on an event-level basis, remain competitively sensitive and would, if publicly released, provide competitors with an insight into how Zuffa chooses to invest.

6. Zuffa also works diligently to keep its financial planning, modeling, and related strategic documents and communications highly confidential and does not disclose these secrets and materials publicly. Zuffa regularly makes strategic decisions about where and how to invest, as well as valuations of different assets, and other similar trade secret business strategies. Release of this information would allow competitors to understand Zuffa's product investment, development, and innovation strategies, thereby giving them an undue advantage.

7. As with its financial information, Zuffa's trade secret business strategy information from the past five years (post-2013) is also the most sensitive information of this type because it represents Zuffa's most recent strategic decisions. Many of these strategies continue to be in operation and implemented regularly, and release of this information would cause competitive harm to Zuffa by revealing its business model to competitors, giving them an unearned competitive advantage and an opportunity to mimic Zuffa's successful model.

2

CAMPBELL DECL. ISO ZUFFA'S MOT. TO SEAL         Case No.: 2:15-cv-01045-RFB-(PAL)
EXH. AND PROT. MATERIALS AT CLASS CERT. HRG.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 14th day of June, 2019 in Las Vegas, NV.

/s/ Wm. Hunter Campbell
Wm. Hunter Campbell

3

CAMPBELL DECL. ISO ZUFFA'S MOT. TO SEAL    Case No.: 2:15-cv-01045-RFB-(PAL)
EXH. AND PROT. MATERIALS AT CLASS CERT. HRG.