WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS  #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER REGARDING CONDITIONALLY FILING UNDER SEAL CERTAIN EXHIBITS AS REQUESTED IN ZUFFA, LLC'S MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION** |

**[PROPOSED] ORDER**

Before this Court is Zuffa, LLC's ("Zuffa's") Motion to Seal Exhibits and Protected Materials at The Evidentiary Hearing on Class Certification ("Motion to Seal"). In that motion, Zuffa has requested that the documents bearing Bates numbers DB-ZUFFA-00007249, ZUF-00096950, GBP000001, and GBP000002 that have been conditionally lodged under seal as exhibits to Zuffa's concurrently filed Objections to Plaintiffs' Exhibit List Documents be filed under seal pending the Court's ruling on what documents, statements, and materials may be filed under seal at the evidentiary hearing on class certification.

The Court finds that under the applicable standard, Zuffa has established that these documents are appropriately filed under seal.

IT IS HEREBY ORDERED THAT Zuffa's Motion to Seal is [GRANTED OR DENIED]. The Clerk of the Court shall [file under seal or unseal] those documents or portions thereof that have been lodged under seal in connection with Zuffa's Objections to Plaintiffs' Exhibit List Documents.

IT IS SO ORDERED.

DATED: _____, 2019        By: _____
                                      Hon. Richard F. Boulware
                                      UNITED STATES DISTRICT JUDGE