1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, NW
5  Washington, DC 20005
   Tel: (202) 237-2727; Fax: (202) 237-6131
6
   RICHARD J. POCKER #3568
7  (rpocker@bsfllp.com)
   BOIES SCHILLER FLEXNER LLP
8  300 South Fourth Street, Suite 800
   Las Vegas, Nevada 89101
9  Tel: (702) 382-7300; Fax: (702) 382-2755

10 DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS  #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
   700 South 7th Street
13 Las Vegas, Nevada 89101
   Tel: (702) 382-5222; Fax: (702) 382-0540
14
   *Attorneys for Defendant* Zuffa, LLC, d/b/a
15 Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION** |

**[PROPOSED] ORDER**

Before this Court is Zuffa, LLC's ("Zuffa's") Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification ("Motion to Seal"). In that motion, Zuffa has requested that specific exhibits identified in Exhibit C to the Declaration of Stacey K. Grigsby in Support of Zuffa, LLC's Motion to Seal be permitted to be filed under seal and that certain statements regarding and certain discussions of those documents be sealed from the public.

The Court finds that compelling reasons exist to seal these documents and to prevent the public disclosure of certain statements regarding and discussions of these documents. Zuffa has established that these documents, certain statements about these documents, and certain discussions of these documents are appropriately filed under seal. In addition, to the extent that the types of sensitive information Zuffa has identified in these documents appear in other Protected Materials that the Parties may use at the evidentiary hearing, including depositions, the Court finds compelling reasons to seal these materials as well.

IT IS HEREBY ORDERED THAT Zuffa's Motion to Seal is GRANTED. If used at the evidentiary hearing on class certification or otherwise filed with the Court, the parties shall file the identified documents and Protected Materials under seal and shall not publicly disclose the content of the documents at the evidentiary hearing.

IT IS SO ORDERED.

DATED: _____, 2019         By: _____
                                    Hon. Richard F. Boulware
                                    UNITED STATES DISTRICT JUDGE