WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W., Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

BRENT K. NAKAMURA (*Pro hac vice*)
(bnakamura@bsfllp.com)
1999 Harrison St., Suite 900, Oakland CA 94612
Telephone: (510) 874-1000; Fax: (510) 571-1460

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DEFENDANT ZUFFA, LLC'S MOTION FOR RELIEF FROM TECHNICAL FAILURE IN ELECTRONIC CASE FILING PURSUANT TO LOCAL RULE IC 3-1(C)** |

Defendant Zuffa, LLC ("Zuffa") moves the Court for relief from two untimely filings resulting from technical failures in the Court's Case Management and Electronic Case Filing ("ECF") system. The two filings at issue are Defendant Zuffa, LLC's Objections to Plaintiffs' Exhibit List Documents, ECF No. 664, and related documents, and Zuffa, LLC's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification, ECF No. 665, and related documents.

As a result of a technical failure in the Court's ECF system, counsel for Zuffa was unable to access the ECF system to make a timely filing of ECF Nos. 664 and 665. As detailed in the accompanying Declaration of Brent K. Nakamura in Support of Defendant Zuffa, LLC's Motion for Relief from Technical Failure in Electronic Case Filing Pursuant to Local Rule IC 3-1(c) ("Nakamura Declaration"), counsel for Zuffa repeatedly attempted to file these two documents. ¶¶ 3-7, 10. As soon as it became clear that ECF technical errors would prevent Zuffa from making both filings in a timely fashion, Counsel for Zuffa served Plaintiffs with the two motions, both of which were later filed publicly in full. *Id.* ¶¶ 8-9.

As counsel for Zuffa was unable to timely file ECF Nos. 664 and 665 due to ECF system technical failures, Zuffa respectfully requests that pursuant to District of Nevada Local Rule IC 3-1(c) the Court deem both filings timely as if they had been filed on June 14, 2019 and that the briefing schedule deadlines from the Court's June 17, 2019 minute order, ECF No. 670, remain in effect. Counsel for Plaintiffs do not oppose this motion. *Id.* ¶ 11.

| | | |
|---|---|---|
|1| Dated:  June 18, 2019 | Respectfully Submitted, |
|2| | BOIES SCHILLER FLEXNER LLP |
|3| | By: */s / Brent K. Nakamura* |
|4| |      Brent K. Nakamura |

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

BRENT K. NAKAMURA (*Pro hac vice*)
(bnakamura@bsfllp.com)
1999 Harrison St., Suite 900, Oakland CA 94612
Telephone: (510) 874-1000; Fax: (510) 571-1460

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 S. Fourth St., Ste. 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

2
ZUFFA'S MOT. RELIEF FROM ECF TECHNICAL FAILURE PURSUANT TO LR IC 3-1(C)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendant Zuffa, LLC's Motion for Relief from Technical Failure in Electronic Case Filing Pursuant to Local Rule IC 3-1(c) was served on June 18, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s / Brent K. Nakamura

Brent K. Nakamura, an Employee of
Boies Schiller Flexner LLP