WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

BRENT K. NAKAMURA (*Pro hac vice*)
(bnakamura@bsfllp.com)
1999 Harrison St., Suite 900
Oakland CA 94612
Telephone: (510) 874-1000; Fax: (510) 571-1460

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**INDEX OF EXHIBITS TO THE DECLARATION OF BRENT K. NAKAMURA IN SUPPORT OF DEFENDANT ZUFFA, LLC'S MOTION FOR RELIEF FROM TECHNICAL FAILURE IN ELECTRONIC CASE FILING PURSUANT TO LOCAL RULE IC 3- 1(C)** |

Index of Exhibits to the Declaration of Brent K. Nakamura ISO Mot. for LR IC 3-1(c) Relief

## INDEX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Index of Exhibits to the Declaration of Brent K. Nakamura in Support of Defendant Zuffa, LLC's Motion for Relief from Technical Failure in Electronic Case Filing Pursuant to Local Rule IC 3- 1(c).

| Exhibit | Description |
|---|---|
| 1 | Notice of Electronic Filing ("NEF") for ECF No. 664 |
| 2 | NEF for ECF No. 665 |
| 3 | NEF for ECF No. 663 (Under Seal) |
| 4 | June 14, 2019 email from counsel for Zuffa to Plaintiffs serving motion to seal |
| 5 | June 15, 2019 email from counsel for Zuffa to Plaintiffs serving publicly filed objections to Plaintiffs' Exhibit List |
| 6 | First screenshot showing attempt to access ECF system on June 14, 2019 |
| 7 | Second screenshot showing attempt to access ECF system on June 14, 2019 |
| 8 | June 14, 2019 email from counsel for Zuffa to Plaintiffs serving motion to seal |

Index of Exhibits to the Declaration of Brent K. Nakamura ISO Mot. for LR IC 3-1(c) Relief