# Exhibit 1

Notice of Electronic Filing ("NEF") for ECF No. 664

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:15-cv-01045-RFB-BNW Le et al v. Zuffa, LLC Brief |
| **Date:** | Saturday, June 15, 2019 12:21:27 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered by Isaacson, William on 6/15/2019 at 0:20 AM PDT and filed on 6/15/2019

**Case Name:** Le et al v. Zuffa, LLC
**Case Number:** 2:15-cv-01045-RFB-BNW
**Filer:** Zuffa, LLC
**Document Number:** 664

**Docket Text:**
**BRIEF by Defendant Zuffa, LLC.** *REGARDING ZUFFA'S OBJECTIONS TO PLAINTIFFS EXHIBIT LIST DOCUMENTS* **(Attachments: # (1) Declaration OF NICHOLAS A. WIDNELL IN SUPPORT OF DEFENDANT ZUFFA, LLCS OBJECTIONS TO PLAINTIFFS EXHIBIT LIST DOCUMENTS, # (2) Index OF EXHIBITS IN DEFENDANT ZUFFA, LLCS OBJECTIONS TO PLAINTIFFS EXHIBIT LIST DOCUMENTS, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit 1, # (6) Exhibit 2, # (7) Exhibit 3, # (8) Exhibit 4, # (9) Exhibit 5, # (10) Exhibit 6, # (11) Exhibit 7, # (12) Exhibit 8, # (13) Exhibit 9, # (14) Exhibit 10, # (15) Exhibit 11, # (16) Exhibit 12, # (17) Exhibit 13, # (18) Exhibit 14, # (19) Exhibit 15, # (20) Exhibit 16, # (21) Exhibit 17, # (22) Exhibit 18, # (23) Exhibit 19, # (24) Exhibit 20, # (25) Exhibit 21, # (26) Exhibit 22) (Isaacson, William)**

**2:15-cv-01045-RFB-BNW Notice has been electronically mailed to:**

Abby L. Dennis     adennis@bsfllp.com

Benjamin D. Brown     bbrown@cohenmilstein.com

Bradley Scott Schrager     bschrager@wrslawyers.com, crehfeld@wrslawyers.com, dbravo@wrslawyers.com, dfresquez@wrslawyers.com, lrillera@wrslawyers.com,

ODavidoff@wrslawyers.com

Brent K. Nakamura    bnakamura@bsfllp.com, jchavez@bsfllp.com, pmendez-ruiz@bsfllp.com, rcrawford@bsfllp.com, sphan@bsfllp.com, tle@bsfllp.com

Daniel H. Silverman    dsilverman@cohenmilstein.com

David Marroso    dmarroso@omm.com, brookejenkins@omm.com

Don Springmeyer    dspringmeyer@wrslawyers.com, cmixson@wrslawyers.com, crehfeld@wrslawyers.com, nvaldez@wrslawyers.com

Donald J. Campbell    djc@campbellandwilliams.com, lmartinez@campbellandwilliams.com, maw@cwlawlv.com, rpr@cwlawlv.com, srm@campbellandwilliams.com

Eric D. Hone    eric@h1lawgroup.com, Bobbye@h1lawgroup.com, Jamie@h1lawgroup.com, moorea@h1lawgroup.com

Eric L. Cramer    ecramer@bm.net, mdaniels@bm.net

Eugene A Spector    espector@srkattorneys.com

Evan Edmund North    enorth@bsfllp.com

Frederick S. Schwartz    fred@fredschwartzlaw.com

J Colby Williams    jcw@cwlawlv.com, connie@campbellandwilliams.com, jyc@cwlawlv.com, lmm@cwlawlv.com, maw@cwlawlv.com, rpr@cwlawlv.com

Jerome Elwell    Jelwell@warnerangle.com

Jiamin Chen    jchen@saverilawfirm.com

John D Radice    jradice@radicelawfirm.com

Joseph R. Saveri    jsaveri@saverilawfirm.com, dvandemortel@saverilawfirm.com, erowell@saverilawfirm.com, gaulkh@saverilawfirm.com, hhaile@saverilawfirm.com, jday@saverilawfirm.com

Joshua P. Davis    jdavis@saverilawfirm.com

Kevin Rayhill    krayhill@saverilawfirm.com, cforthuber@saverilawfirm.com

Marcy N. Lynch    mlynch@bsfllp.com

Mark R. Suter    msuter@bm.net, mdellangelo@bm.net, tstires@bm.net

Michael C. Dell'Angelo    mdellangelo@bm.net, tstires@bm.net

Nicholas A. Widnell    nwidnell@bsfllp.com

Patrick F. Madden     pmadden@bm.net, mdellangelo@bm.net, tstires@bm.net

Richard A. Koffman     rkoffman@cohenmilstein.com, dwelch@cohenmilstein.com, efilings@cohenmilstein.com, mcampbell@cohenmilstein.com, tkitzman@cohenmilstein.com

Richard J. Pocker     rpocker@bsfllp.com, cwright@bsfllp.com, dburgos@bsfllp.com, swisniewski@bsfllp.com

Robert Maysey     rmaysey@warnerangle.com, tbaldridge@warnerangle.com

Rory L. Skaggs     rskaggs@bsfllp.com

Ross P. McSweeney     rmcsweeney@bsfllp.com

Stacey K. Grigsby     Sgrigsby@bsfllp.com

Steven Holtzman     sholtzman@bsfllp.com, jchavez@bsfllp.com, sphan@bsfllp.com, steven-holtzman-1941@ecf.pacerpro.com

Suzanne Jaffe Nero     sjaffe@bsfllp.com, mkim@bsfllp.com

William A. Isaacson     wisaacson@bsfllp.com, jholdip@bsfllp.com, slee@bsfllp.com

William G Caldes     bcaldes@srkattorneys.com

**2:15-cv-01045-RFB-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-0
] [e52aa73c0b81ea82aec519e3f6489a7a936c7d9ab6d160f43a489e9090c53f4f13c
918fb728b740f59cf891da5f7e14e466eeafd2d7f56b95b32ef422a732bdc]]
**Document description:**Declaration OF NICHOLAS A. WIDNELL IN SUPPORT OF DEFENDANT ZUFFA, LLCS OBJECTIONS TO PLAINTIFFS EXHIBIT LIST DOCUMENTS
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-1
] [3ddb8485cdc95eb9bc4edfc3c0950cf24afdf96e6c88f06e582a2efcef0949584d6
5f1db1955669740e535f300e2aeb56f06cbaffc615ef3d907b07135c77c77]]
**Document description:**Index OF EXHIBITS IN DEFENDANT ZUFFA, LLCS OBJECTIONS TO PLAINTIFFS EXHIBIT LIST DOCUMENTS
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-2
] [b61cbc1a03bce142ef6adeb8fd5a0216a7c6647250d3ff43d3fec8427823c2b15e1
5f610f6c508467eff4014073e07d68d360a9e64c152d675dbf308c83a56e6]]

**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-3
] [876a7b756ceedc2c8d09fc58b64d81f67fc8a181f4954d42d2d756462cb1941d898
ca6e02ca54fbd3ef73af04641854a9e473b59d7ef9587150b1da7b212b326]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-4
] [616aa9c7f619338b898571200b0ab5df8740573b0b93355da771c148a3a010fe8f1
9cb6964bcc6477997555b8a07fe0a4cf3e0aeaef93179725104d8755f3447]]
**Document description:**Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-5
] [35fa1ce4bf2a5ef0b1530cc49bc29ee742b8b5bb36b4b975977daeeefb07904c4fe
47550345101bbc69c0bab9a46a2e1d3f958a43181060f4c620b20747cf834]]
**Document description:**Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-6
] [b8673e6db75848a7df96e37b8e9c5faada65b3f90b624ce521e48aea97ed04ea677
1651daf6d689bfb5926fd4e57b551e442ecfdc5b37697b03a8c0070f3bf4a]]
**Document description:**Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-7
] [49725b6cc552eff6bc852a0b781b06af95e2b6c478d7c1a4b33f369981c21e4f501
f658efdddb2eacaeaffade9d3066f68b253a027de9ada03fca56d2ec82842]]
**Document description:**Exhibit 4
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-8
] [d7aedb702cb414850e3ae2c452eef70aa41b0440153cba46d9662a973761b87ec3d
6a1a3b02a6e87dda02909f2e2b758749ef6bc1da049d698dba648c6a92c70]]
**Document description:**Exhibit 5
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-9
] [660dc57584097a6b710fadf8d5886c694d73e0628338cbba8476aa3d40f6d1d9fee
7e8b1b782327c8f1abf0481ac7f6f201315d2cced06c01ff04662ea9101fe]]
**Document description:**Exhibit 6
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-1
0] [9fe0acc046f426f4997c7d024fe8155fe82c9b52dc35984dd8aaaa4d411ee9112c
023d3b1b950626396147bee69bb08b2982dd09eb1616f4371ce3a7382b3dbb]]
**Document description:**Exhibit 7
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-1
1] [a817997e8c6549d4e2bb27d81e34389ec64d098b5bdeabc9967a022bc5843d7961
a18e3eb817c15a0e04506a42494a74eda6a4f1e58f59e0ce36584026578c24]]
**Document description:**Exhibit 8
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-1
2] [5dca530271a546e2575ce2a16edfa1c1c5cea672720122918189d67bc982628a17
b9a6da574a489c358fa57fcc565208ced5b16d495b03c46acd362738b6f973]]
**Document description:**Exhibit 9
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-1
3] [210f8243097184fad0a074e75e7961eec2376671a62744c14e21225eac6dcabb86
a0c7576a0e2ca620f5974e01c8472b3bb36634f963998243ebbba381120f84]]
**Document description:**Exhibit 10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-1
4] [1e00807bf8a9e578bd00e05993602897b122599f89be310dd00849f3f958e06bb6
a2ec8936b69e5aba408fefbd490b419776e6ba8adf36efc59237e1c319ceac]]
**Document description:**Exhibit 11
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-1
5] [3426dfb012aa586fe8ada7854885e98b8fa37cb40af52f0a09ffc1592502b84643
9441e9101c311b9d08379b5e20400459f131a1ee6032b6f59b84dd340ffa13]]
**Document description:**Exhibit 12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-1
6] [4b027319422f4fe6ec9980417792d99e6cad78afae4bd29fafeb0b80ce1906fd5e
04109220d5e8cb687c066a334d653543186e961b9acdd73b55aa5314ab8cbe]]
**Document description:**Exhibit 13
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-1
7] [980c01204970781d80872e08759c4de31cb9d287bfdcb5ce5c58597ed68e31e327
47731ffcd4390b1fd6f032f09cd2f7f284940101747ca7af976edf0d404c9c]]
**Document description:**Exhibit 14
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-1
8] [d86a71becf58c5a0d33e85132a2e5edaedb28de855d3b1706ed4a65f70f5774b95
fb90f0d394c0bcccb2ef9c788dd01fc2736f47bb646efb97d747fdad29e15b]]
**Document description:**Exhibit 15
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-1

9] [533e7f45059368a015f08bbb4101796cee9cd3a0634621ed8c8f1c03f1dcd41bb86b930625f4fd5989c124d1e427fdc432ecb1fa2d439582cdc19404b2d945d6]]
**Document description:**Exhibit 16
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-20] [660d81592eab55e5e65f92ad75f46281c6fd97570d3704ea05d0453c93a622e2c0755acca259ad0f25cdddc9b8c2dbb9eae06c89f45a37607029dfc229ca8b76]]
**Document description:**Exhibit 17
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-21] [481518fc296902e63b81d35525d7178958b1ed2a3c8b7afa45636578e22f275d8139d47f2fa267b1097b1346da9b210f9e285423ad9ac1c8d59ca13bd0f60479]]
**Document description:**Exhibit 18
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-22] [b81c42b36e09552ee641c28189d7ceb4e603af8d2c051805701b05cb2594b267ae35dced68a93dbfd3e3836ce4571724db03369c1acc9e455a7a7e9b7c386bf6]]
**Document description:**Exhibit 19
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-23] [a25018d2d73e4ca342d24296b0b9989738a95a8b0d8a8e01ff7f399fccbc5c7bcad1b542ef3099ad04d884fa46b6271023286379ae99c64089bdfb90de1f0005]]
**Document description:**Exhibit 20
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-24] [7f6e26d3dbe9eb3ea827e391d50230cae7f16c37c9e0f0fd371abe803ad623068b42b31d21f401001129d328b458e7a9a624aab7451c889cc7f3cd76ca74a881]]
**Document description:**Exhibit 21
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-25] [5373ffc232820c23ee02c0c79ee3439613c7928b3083b485f54862654a488522000b124562989590a48d9d72ceaecedfb86efc36abe1b1e1e3113d15a8660307]]
**Document description:**Exhibit 22
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286053-26] [5187d17b97470e6202f1b88a767d53b9270aa32b14fb19942fbb4766070aa3c0f5bedee5f1502e38a831fd6f978656fd29fd23ad2ec0e87e4bc87c9be06d5272]]