# Exhibit 2

Notice of Electronic Filing ("NEF") for ECF No. 665

| | |
|---|---|
| From: | cmecf@nvd.uscourts.gov |
| To: | cmecfhelpdesk@nvd.uscourts.gov |
| Subject: | Activity in Case 2:15-cv-01045-RFB-BNW Le et al v. Zuffa, LLC Motion to Seal |
| Date: | Saturday, June 15, 2019 12:26:00 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered by Grigsby, Stacey on 6/15/2019 at 0:25 AM PDT and filed on 6/15/2019

**Case Name:**       Le et al v. Zuffa, LLC
**Case Number:**   2:15-cv-01045-RFB-BNW
**Filer:**                  Zuffa, LLC
**Document Number:** 665

**Docket Text:**
**MOTION to Seal [664] Brief,,, by Defendant Zuffa, LLC. (Attachments: # (1) Declaration OF STACEY K. GRIGSBY IN SUPPORT OF ZUFFA, LLCS MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION, # (2) Index OF EXHIBITS IN DEFENDANT ZUFFA, LLCS MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION, # (3) Exhibit A, # (4) Exhibit B, # (5) Exhibit C, # (6) Proposed Order REGARDING CONDITIONALLY FILING UNDER SEAL CERTAIN EXHIBITS AS REQUESTED IN ZUFFA, LLCS MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION, # (7) Proposed Order GRANTING ZUFFA, LLCS MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION) (Grigsby, Stacey)**

**2:15-cv-01045-RFB-BNW Notice has been electronically mailed to:**

Abby L. Dennis     adennis@bsfllp.com

Benjamin D. Brown     bbrown@cohenmilstein.com

Bradley Scott Schrager     bschrager@wrslawyers.com, crehfeld@wrslawyers.com, dbravo@wrslawyers.com, dfresquez@wrslawyers.com, lrillera@wrslawyers.com, ODavidoff@wrslawyers.com

Brent K. Nakamura     bnakamura@bsfllp.com, jchavez@bsfllp.com, pmendez-ruiz@bsfllp.com, rcrawford@bsfllp.com, sphan@bsfllp.com, tle@bsfllp.com

Daniel H. Silverman     dsilverman@cohenmilstein.com

David Marroso     dmarroso@omm.com, brookejenkins@omm.com

Don Springmeyer     dspringmeyer@wrslawyers.com, cmixson@wrslawyers.com, crehfeld@wrslawyers.com, nvaldez@wrslawyers.com

Donald J. Campbell     djc@campbellandwilliams.com, lmartinez@campbellandwilliams.com, maw@cwlawlv.com, rpr@cwlawlv.com, srm@campbellandwilliams.com

Eric D. Hone     eric@h1lawgroup.com, Bobbye@h1lawgroup.com, Jamie@h1lawgroup.com, moorea@h1lawgroup.com

Eric L. Cramer     ecramer@bm.net, mdaniels@bm.net

Eugene A Spector     espector@srkattorneys.com

Evan Edmund North     enorth@bsfllp.com

Frederick S. Schwartz     fred@fredschwartzlaw.com

J Colby Williams     jcw@cwlawlv.com, connie@campbellandwilliams.com, jyc@cwlawlv.com, lmm@cwlawlv.com, maw@cwlawlv.com, rpr@cwlawlv.com

Jerome Elwell     Jelwell@warnerangle.com

Jiamin Chen     jchen@saverilawfirm.com

John D Radice     jradice@radicelawfirm.com

Joseph R. Saveri     jsaveri@saverilawfirm.com, dvandemortel@saverilawfirm.com, erowell@saverilawfirm.com, gaulkh@saverilawfirm.com, hhaile@saverilawfirm.com, jday@saverilawfirm.com

Joshua P. Davis     jdavis@saverilawfirm.com

Kevin Rayhill     krayhill@saverilawfirm.com, cforthuber@saverilawfirm.com

Marcy N. Lynch     mlynch@bsfllp.com

Mark R. Suter     msuter@bm.net, mdellangelo@bm.net, tstires@bm.net

Michael C. Dell'Angelo     mdellangelo@bm.net, tstires@bm.net

Nicholas A. Widnell     nwidnell@bsfllp.com

Patrick F. Madden     pmadden@bm.net, mdellangelo@bm.net, tstires@bm.net

Richard A. Koffman     rkoffman@cohenmilstein.com, dwelch@cohenmilstein.com, efilings@cohenmilstein.com, mcampbell@cohenmilstein.com, tkitzman@cohenmilstein.com

Richard J. Pocker     rpocker@bsfllp.com, cwright@bsfllp.com, dburgos@bsfllp.com, swisniewski@bsfllp.com

Robert Maysey     rmaysey@warnerangle.com, tbaldridge@warnerangle.com

Rory L. Skaggs     rskaggs@bsfllp.com

Ross P. McSweeney     rmcsweeney@bsfllp.com

Stacey K. Grigsby     Sgrigsby@bsfllp.com

Steven Holtzman     sholtzman@bsfllp.com, jchavez@bsfllp.com, sphan@bsfllp.com, steven-holtzman-1941@ecf.pacerpro.com

Suzanne Jaffe Nero     sjaffe@bsfllp.com, mkim@bsfllp.com

William A. Isaacson     wisaacson@bsfllp.com, jholdip@bsfllp.com, slee@bsfllp.com

William G Caldes     bcaldes@srkattorneys.com

**2:15-cv-01045-RFB-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286056-0
] [c02d0823b55b2b726c4a142cf562d36c9a523832380282cce1606122ad08b592a62
b64b90a95134d8683839d760f264da8ef67585b1da5f874777429f1483a9f]]
**Document description:** Declaration OF STACEY K. GRIGSBY IN SUPPORT OF ZUFFA, LLCS MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286056-1
] [9e1009f6f145ddb72f4925cb2d51793af1bd3d8b72377851e968c45f7b5a33ab3a9
25d83bbc01338ec6307eeb4faf09405e735ec112a5e64c23986fdb7930a1a]]
**Document description:** Index OF EXHIBITS IN DEFENDANT ZUFFA, LLCS MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286056-2
] [271405c120eb880d51c7a4f28f351eb5c57dc79133436b581c276e7f89b5ca57c04
6667c5fdc5a7b690eafd8ce9c26d126f5eba7d681c4ff9de1db600984274a]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286056-3
] [e566ba5f5e3d3f485a77210d6112c90bd18ab4e8ad57647f80d862514c738342559
dff34b07c50290903e0092ad8168b3a8accbfb95ee532654b78df813e77f2]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286056-4
] [1d18aed272c008a6bf86e1abf427dfbe04b6b4419d35ae62567f91589e081600855
5a4031b705338b22cac1bfb0283494508fe41d74f76086aa3a6c47b0b0eae]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286056-5
] [37e403d5fe94d3de04501083cab95c21507dcbf06a5fb49d03812bb7afeac7bac18
a1ebcc8c2a24dde2881934da424e8053c6879cf1de4ce969124bd84ebb497]]
**Document description:**Proposed Order REGARDING CONDITIONALLY FILING UNDER SEAL CERTAIN EXHIBITS AS REQUESTED IN ZUFFA, LLCS MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286056-6
] [4cc6c96a21e29c193f93a92a6cfb15ad02d143edd4a0240420e86aa60d0c07d05c1
ac9670ff4bb54fdc7186dd8500d8354ff1e7b02a4528de557a9972ef625b8]]
**Document description:**Proposed Order GRANTING ZUFFA, LLCS MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/15/2019] [FileNumber=9286056-7
] [2842b8751ae252cf54385e38fada4c22bc5b29d62d5bb3cae0a54df046d18ef8185
fd6ad5e608641fdc8ec6627eb2ce3ba1803e1b4b443d0cbd0f6ebfed6ccb8]]