# Exhibit 3

Notice of Electronic Filing ("NEF") for ECF No. 663

**Pretrial Motions / Injunctive Relief**

2:15-cv-01045-RFB-BNW Le et al v. Zuffa, LLC

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered by Isaacson, William on 6/14/2019 at 11:49 PM PDT and filed on 6/14/2019
**Case Name:**        Le et al v. Zuffa, LLC
**Case Number:**      2:15-cv-01045-RFB-BNW
**Filer:**            Zuffa, LLC
**Document Number:** 663

**Docket Text:**
**SEALED BRIEF by Defendant Zuffa, LLC. (Attachments: # (1) Exhibit 3, # (2) Exhibit 4, # (3) Exhibit 15, # (4) Exhibit 19) (Isaacson, William)**

**2:15-cv-01045-RFB-BNW No electronic public notice will be sent because the case/entry is sealed.**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/14/2019] [FileNumber=9286047-0
] [0180629631ba67ef431150d180912fc0d0a77f34d6ce34e7b64adff6a7d40d20d1f
d507adc6bebf4671f8374f69cae25d45c326c6edda030bf85bbf72d749097]]
**Document description:** Exhibit 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/14/2019] [FileNumber=9286047-1
] [52f8ebe43b44147d8b1d9330c3e915a91a00dfcdc0ed6a2f87e4c55ebc5c8ba185a
47dcadc6f9b3586de07b377f26960cfe79919121f271849787e3e9a6b25d9]]
**Document description:** Exhibit 4
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/14/2019] [FileNumber=9286047-2
] [57db5251a8bdb5807a6a59baa6565fe02ac5c91a42125c793adafed2a13324e0989
a2c957d29eca595618a5287d55304b6358b6fd3af503abc1da78ab4d21ae3]]
**Document description:** Exhibit 15
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/14/2019] [FileNumber=9286047-3
] [0f2c46d670a39e7c31412384b70fa2e75a5d2ba817f16dcaf042902d84db20a5c97
0358221869dd6facff6c321d53d6e9517e54c5fe7ca3885e186098b5b077e]]
**Document description:** Exhibit 19
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/14/2019] [FileNumber=9286047-4
] [3df32590940afe7884623d9cc207520db4ba297eba50fd0cec1ad886e28e7091b48
76f7b34157e1e495c8fc6a431e87809ee08e5f6c02ad74540925c73039bfa]]