# Exhibit 4

Email from counsel for Zuffa to Plaintiffs serving motion to seal dated June 14, 2019

| | |
|---|---|
| **From:** | Meghan Strong |
| **To:** | Patrick Madden; Mark R. Suter; Kevin Rayhill |
| **Cc:** | Nicholas Widnell; Stacey Grigsby; Jonathan Shaw; Brent Nakamura |
| **Subject:** | Le v. Zuffa - Motion to Seal |
| **Date:** | Friday, June 14, 2019 11:57:48 PM |
| **Attachments:** | 1 - 2019-06-14 Final Zuffa MTS Exh at Evid Hrg.pdf |
| | 2 - 2019-06-14 Final SKG Decl ISO Zuffa MTS Exh.pdf |
| | 3 - 2019-06-14 Motion to Seal Index of Exhibits.pdf |
| | 4 - EXHIBIT A.PDF |
| | 5 - EXHIBIT B.PDF |
| | 6 - EXHIBIT C.PDF |
| | 7 - 2019-06-14 Final Prop Order 1 of 2 Re Cond Seal Exs to Zuffa Objecti....pdf |
| | 8 - 2019-06-14 Final Prop Order 2 of 2 Re Zuffa MTS Ex Evid Hrg.pdf |

Counsel,

Please see attached. Due to technical difficulties with ECF, we have been attempting to but have been unable to file Zuffa LLC's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification. We will continue to attempt to file but are sending you a copy now so you have it.

Best,
Meghan

**Meghan H. Strong***
Associate

**BOIES SCHILLER FLEXNER** LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 274 1122
(m) +1 ███████████
mstrong@bsfllp.com
www.bsfllp.com
**Admitted to practice in CA only; Not admitted to practice in DC.*