# Exhibit 5

Email from counsel for Zuffa to Plaintiffs serving publicly filed objections to Plaintiffs' Exhibit List dated June 15, 2019

| | |
|---|---|
| **From:** | Meghan Strong |
| **To:** | Patrick Madden; Mark R. Suter; Kevin Rayhill |
| **Cc:** | Nicholas Widnell; Jonathan Shaw; Stacey Grigsby; Brent Nakamura |
| **Subject:** | Le v. Zuffa - Zuffa Objections to Plaintiffs" Exhibit List |
| **Date:** | Saturday, June 15, 2019 12:04:46 AM |

Counsel,

Due to technical difficulties with ECF, we have been attempting to but have been unable to file Zuffa LLC's Objections to Plaintiffs' Exhibit List Documents. We will continue to attempt to file, but we have uploaded the motion and all attachments for you to the link below:

https://bsfllp.sharefile

Best,
Meghan


**Meghan H. Strong***
Associate

**BOIES SCHILLER FLEXNER** LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 274 1122
(m) +1
mstrong@bsfllp.com
www.bsfllp.com
*Admitted to practice in CA only; Not admitted to practice in DC.