# Exhibit 6

First screenshot showing attempt to access ECF system on June 14, 2019

