# Exhibit 7

Second screenshot showing attempt to access
ECF system on June 14, 2019

