# Exhibit 8

Email from counsel for Zuffa to Plaintiffs serving motion to seal dated June 14, 2019

| | |
|---|---|
| **From:** | Meghan Strong |
| **To:** | Patrick Madden; Mark R. Suter; Kevin Rayhill |
| **Cc:** | Nicholas Widnell; Stacey Grigsby; Jonathan Shaw; Brent Nakamura |
| **Subject:** | Le v. Zuffa - Under Seal Exhibits |
| **Date:** | Friday, June 14, 2019 11:52:00 PM |
| **Attachments:** | Ex 3 - GBP000001 - FUS.pdf |
| | Ex 4 - GBP000002 - FUS.pdf |
| | Ex 15 - DB-ZUFFA-00007249 - FUS.pdf |
| | Ex 19 - ZUF-00096950 COMBINED - FUS.pdf |

Counsel,

Please see attached the four exhibits filed under seal with Zuffa, LLC's Objections to Plaintiffs' Exhibit List Documents.

Best,
Meghan

**Meghan H. Strong***
Associate

**BOIES SCHILLER FLEXNER** LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 274 1122
(m) +1 ███████████
mstrong@bsfllp.com
www.bsfllp.com

*Admitted to practice in CA only; Not admitted to practice in DC.*