WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

BRENT K. NAKAMURA (*Pro hac vice*)
(bnakamura@bsfllp.com)
1999 Harrison St., Suite 900, Oakland CA 94612
Telephone: (510) 874-1000; Fax: (510) 571-1460

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ZUFFA, LLC'S MOTION FOR RELIEF FROM TECHNICAL FAILURE IN ELECTRONIC CASE FILING PURSUANT TO LOCAL RULE IC 3-1(C)** |

**[PROPOSED] ORDER**

Before this Court is Defendant Zuffa, LLC's Motion for Relief from Technical Failure in Electronic Case Filing Pursuant to Local Rule IC 3-1(c).

The Court finds that a technical error occurred with the Court's ECF system such that the relief ordered below is appropriate pursuant to District of Nevada Local Rule IC 3-1(c).

IT IS HEREBY ORDERED THAT Defendant Zuffa, LLC's Objections to Plaintiffs' Exhibit List Documents, ECF No. 664, and related documents, and Zuffa, LLC's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification, ECF No. 665, and related documents, are deemed to have been timely filed on June 14, 2019.  The briefing schedule deadlines from the Court's June 17, 2019 minute order, ECF No. 670, remain in effect.

IT IS SO ORDERED

DATED:_____, 2019                    By:_____
                                                                     Hon. Richard F. Boulware
                                                                     UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING ZUFFA'S MOT. RELIEF FROM ECF TECHNICAL
FAILURE PURSUANT TO LR IC 3-1(C)