WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>     Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**JOINT MOTION TO CONDITIONALLY FILE UNDER SEAL PLAINTIFFS' OBJECTIONS TO DEFENDANT ZUFFA, LLC'S PROPOSAL TO INTRODUCE CERTAIN PURPORTED "SUMMARY EXHIBITS" AT THE HEARING CONCERNING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED MATERIALS** |

On June 14, 2019, Plaintiffs filed their Objections to Defendant Zuffa, LLC's Proposal to Introduce Certain Purported "Summary Exhibits" at the Hearing Concerning Plaintiffs' Motion for Class Certification (ECF No. 658) ("Plaintiffs' Objections").  Zuffa, LLC ("Zuffa") has filed its Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification (ECF No. 665) ("Motion to Seal"), which proposes to seal certain exhibits, including but not limited to certain summary exhibits discussed in Plaintiffs' Objections at the upcoming hearing.  Plaintiffs and Zuffa (jointly, the "Parties") submit this Joint Motion to reduce the burden on the Court and avoid unnecessary briefing and motion practice.

The Parties disagree as to whether the Disputed Materials should remain under seal at the upcoming hearing.  However, the briefing they have already filed and the briefing they intend to file regarding sealing issues pursuant to their proposed briefing schedule, ECF No. 662, directly address this dispute.  The Parties expect that the Court's decision on how to treat exhibits and protected materials at the evidentiary hearing will resolve the disagreement regarding whether the Disputed Materials at issue in Plaintiffs' Objections should remain under seal.[1]  Therefore, solely for the limited reason that the Disputed Materials, as they currently stand, are still designated Confidential, Plaintiffs do not oppose Zuffa's request in this joint motion that the Disputed Materials remain under seal, in accordance with the Protective Order, until the Court has ruled on Zuffa's Motion to Seal and determined what protected material is properly sealed during the evidentiary hearing.  Plaintiffs continue to reserve their right to challenge Zuffa's confidentiality designations pursuant to Section 6.1 of the Protective Order, ECF No. 217.

Zuffa and Plaintiffs have stated each of their positions at length in their respective briefing regarding the treatment of confidential and protected material at the evidentiary hearing in the Sealing Proposals filed in January, ECF Nos. 631, 632, 639, 645, Zuffa's Motion to Seal, and in other briefing on motions to seal.  The Parties do not seek to re-litigate this issue for the purposes of these filings.  Having met and conferred on this issue, the Parties jointly move to file the Disputed Materials in Plaintiffs' Objections conditionally under seal, pending the Court's ruling

---

[1] All Exhibits referenced in this Joint Motion are exhibits to the Declaration of Patrick F. Madden, ECF No. 658-1.

JT. MOT. TO COND. FILE UNDER SEAL PLS.' OBJECTIONS TO ZUFFA'S SUM. EXS.

on Zuffa's Motion to Seal.  Should the Court determine that any of the materials under seal should not be sealed, the relevant party will re-file any such materials on the public docket at that time.

In total, Plaintiffs lodged 12 exhibits under seal, four of which were previously filed under seal as part of Zuffa's opposition to class certification.  Table A identifies each exhibit lodged under seal and lists Zuffa's sealing position with respect to each exhibit and whether Zuffa believes the exhibit should be redacted or made public in its entirety.  If applicable, Table A also lists the corresponding exhibit of the attached Declaration of Stacey K. Grigsby in Support of this Joint Motion that contains the redacted or public version of each document.

**Table A**: Exhibits Lodged Under Seal in Plaintiffs' Objections and Zuffa's Positions on Each

| Exhibit | Exhibit List No.[2] | Exhibit Name | Zuffa's Sealing Position | Grigsby Decl. |
|---|---|---|---|---|
| 7 | ZCCX296 | Zuffa Summary Exhibit No. 1 | Public | Ex. A |
| 8 | ZCCX301 | Zuffa Summary Exhibit No. 2 | Sealed | |
| 9 | ZCCX302 | Zuffa Summary Exhibit No. 3 | Redacted | Ex. B |
| 10 | ZCCX305 | Zuffa Summary Exhibit No. 6 | Public | Ex. C |
| 11 | ZCCX306 | Zuffa Summary Exhibit No. 7 | Public | Ex. D |
| 12 | ZCCX297 | Zuffa Summary Exhibit No. 10 | Sealed | |
| 13 | ZCCX298 | Zuffa Summary Exhibit No. 11 | Redacted | Ex. E |
| 14 | ZCCX299 | Zuffa Summary Exhibit No. 12 | Sealed | |
| 15 | ZCCX211 | Ex. 87 to Zuffa's Class Cert. Opp. | Sealed[3] | |
| 16 | ZCCX212 | Ex. 88 to Zuffa's Class Cert. Opp. | Sealed | |
| 17 | ZCCS213 | Ex. 89 to Zuffa's Class Cert. Opp. | Sealed | |
| 18 | ZCCX214 | Ex. 92 to Zuffa's Class Cert. Opp. | Redacted (*See* ECF No. 540-96)[4] | |

---

[2] These Exhibit List Numbers refer to exhibit list numbers from the "Parties' Combined List of Joint, Plaintiff, and Zuffa Exhibits", ECF No. 662-2.

[3] In addition to the reasons provided in the Motion to Seal, Zuffa justified sealing Exhibits 15 through 18 to the Madden Declaration in a motion to seal Zuffa's opposition to class certification and related materials.  ECF Nos. 541.  Plaintiffs filed a statement of non-opposition to Zuffa's motion to seal these documents.  ECF No. 543.

[4] Plaintiffs filed Ex. 92 to Zuffa's Class Cert. Opposition under seal in its entirety in attaching it to their Objections.  ECF No. 658-20.  However, Ex. 92 was filed in redacted form when attached to Zuffa's Class Cert. Opposition.  ECF No. 540-96.  Zuffa does not seek to alter the redactions as they exist in the version currently on the docket at ECF No. 540-96.  Grigsby Decl. ¶3.

JT. MOT. TO COND. FILE UNDER SEAL PLS.' OBJECTIONS TO ZUFFA'S SUM. EXS.

1        Finally, as Plaintiffs' Objections brief does not contain any material that meets the sealing

2   criteria provided in Zuffa's Motion to Seal, Zuffa is filing an unredacted version of that brief

3   publicly.  Grigsby Decl. Ex. F.

4

5   Dated:  June 19, 2019                              Dated:  June 19, 2019

6   **JOSEPH SAVERI LAW FIRM, INC.**        **BOIES SCHILLER FLEXNER LLP**

7   By: */s/ Kevin E. Rayhill*                     By: */s/ Stacey K. Grigsby*

8   Joseph R. Saveri (State Bar No. 130064)    William A. Isaacson (admitted *pro hac vice*)
    Joshua P. Davis (admitted *pro hac vice*)      Stacey K. Grigsby (admitted *pro hac vice*)

9   Kevin E. Rayhill (admitted *pro hac vice*)     Nicholas A. Widnell (admitted *pro hac vice*)
    Jiamin Chen (admitted *pro hac vice*)        1401 New York Ave, NW

10  601 California Street, Suite 1000           Washington, D.C. 20005
    San Francisco, California 94108            Phone: (202) 237-2727/Fax: (202) 237-6131

11  Phone: (415) 500-6800/Fax: (415) 395-9940   wisaacson@bsfllp.com
    jsaveri@saverilawfirm.com                  sgrigsby@bsfllp.com

12  jdavis@saverilawfirm.com                  nwidnell@bsfllp.com
    krayhill@saverilawfirm.com

13  jchen@saverilawfirm.com                   *Attorneys for Defendant* Zuffa, LLC, d/b/a
                                     Ultimate Fighting Championship and UFC

14  *Co-Lead Counsel for the Classes and*

15  *Attorneys for Individual and Representative*   **CAMPBELL & WILLIAMS**
    *Plaintiffs Cung Le, Nathan Quarry, Jon*     Donald J. Campbell (State Bar No. 1216)

16  *Fitch, Luis Javier Vazquez, Brandon Vera,*  J. Colby Williams (State Bar No. 5549)
    *and Kyle Kingsbury*                  700 South 7th Street

17                                    Las Vegas, Nevada 89101
    **BERGER MONTAGUE PC**           Phone: (702) 382-5222/Fax: (702) 382-0540

18  Eric L. Cramer (admitted *pro hac vice*)     djc@campbellandwilliams.com
    Michael Dell'Angelo (admitted *pro hac vice*) jcw@campbellandwilliams.com

19  Patrick F. Madden (admitted *pro hac vice*)
    Mark R. Suter (admitted *pro hac vice*)     *Attorneys for Defendant* Zuffa, LLC, d/b/a

20  1818 Market Street, Suite 3600           Ultimate Fighting Championship and UFC
    Philadelphia, Pennsylvania 19103

21  Phone: (215) 875-3000/Fax: (215) 875-4604  **BOIES SCHILLER FLEXNER LLP**
    ecramer@bm.net                         Richard J. Pocker (State Bar No. 3568)

22  mdellangelo@bm.net                  300 South Fourth Street, Suite 800
    pmadden@bm.net                      Las Vegas, Nevada 89101

23  msuter@bm.net                       Phone: (702) 382-7300/Fax: (702) 382-2755
                                     rpocker@bsfllp.com

24  *Co-Lead Counsel for the Classes and*

25  *Attorneys for Individual and Representative*   *Attorneys for Defendant* Zuffa, LLC, d/b/a
    *Plaintiffs Cung Le, Nathan Quarry, Jon*     Ultimate Fighting Championship and UFC

26  *Fitch, Luis Javier Vazquez, Brandon Vera,*
    *and Kyle Kingsbury*

27

28

JT. MOT. TO COND. FILE UNDER SEAL PLS.' OBJECTIONS TO ZUFFA'S SUM. EXS.

**COHEN MILSTEIN SELLERS**
   **& TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, D.C. 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Attorneys for Plaintiffs*

**WOLF, RIFKIN, SHAPIRO,**
   **SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys*
*for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis*
*Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

4

**WARNER ANGLE HALLAM JACKSON
& FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for
Individual and Representative Plaintiffs Cung
Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S.
SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.**
Jeffrey J. Corrigan (admitted *pro hac vice*)
William G. Caldes (admitted *pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
jcorrigan@srkw-law.com
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

JT. MOT. TO COND. FILE UNDER SEAL PLS.' OBJECTIONS TO ZUFFA'S SUM. EXS.

**ATTESTATION OF FILER**

The signatories to this document are myself and Kevin Rayhill, and I have obtained Mr. Rayhill's concurrence to file this document on his behalf.

Dated: June 19, 2019                              */s/ Stacey K. Grigsby*

JT. MOT. TO COND. FILE UNDER SEAL PLS.' OBJECTIONS TO ZUFFA'S SUM. EXS.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Motion to Seal Plaintiffs'

Objections to Defendant Zuffa, LLC's Proposal to Introduce Certain Purported "Summary

Exhibits" at the Hearing Concerning Plaintiffs' Motion for Class Certification was served on June

19, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service

list.

*/s/ Roderick Crawford*
Roderick Crawford

JT. MOT. TO COND. FILE UNDER SEAL PLS.' OBJECTIONS TO ZUFFA'S SUM. EXS.