# Exhibit A

Summary Exhibit No. 1

