# Exhibit B

Redacted Summary Exhibit No. 3

**Dr. Singer's UFC Athlete Fighter Shares and Foreclosure Shares**

|      | Mean Fighter Share | Mean Tracked Foreclosure Share | Mean Ranked Foreclosure Share | Mean Athlete Deviations | | |
|------|---|---|---|---|---|---|
|      |   |   |   | Fighter Share | Tracked Foreclosure Share | Ranked Foreclosure Share |
| 2005 | 0.61% | 31.9% | 13.4% | -0.79% | -25.3% | -19.3% |
| 2006 | 0.86% | 43.1% | 21.0% | -0.56% | -21.4% | -17.6% |
| 2007 | 1.38% | 59.7% | 28.8% | -0.37% | -12.1% | -14.3% |
| 2008 | 1.07% | 73.1% | 30.1% | -0.24% | -3.0% | -14.5% |
| 2009 | 1.04% | 78.9% | 34.4% | -0.28% | -2.3% | -16.6% |
| 2010 | 1.08% | 89.6% | 60.0% | -0.14% | 3.5% | -0.6% |
| 2011 | 0.97% | 92.4% | 74.0% | -0.22% | 2.6% | 4.1% |
| 2012 | 1.01% | 94.2% | 84.5% | 0.03% | 2.3% | 9.1% |
| 2013 | 1.02% | 96.5% | 86.8% | -0.05% | 2.8% | 9.0% |
| 2014 | ■ | 96.7% | 81.2% | ■ | 1.4% | 2.2% |
| 2015 | ■ | 96.8% | 78.5% | ■ | 1.8% | 0.9% |
| 2016 | ■ | 96.6% | 78.3% | ■ | 1.5% | 0.7% |

**Notes:**

1. Reported means are taken across all UFC athlete-bouts included in Dr. Singer's impact regression.

2. An athlete's fighter share (foreclosure share) deviation at an event is equal to his fighter share (foreclosure share) at the event minus the average fighter share (average foreclosure share) observed across all the athlete's UFC bouts. For example, if an athlete's average fighter share was 2% and he earned 1.5% at an event, his fighter share deviation is -.5%. The table reports the averages of these deviations across athlete-bouts by year for athletes who fought in multiple UFC bouts.

**Source:** Regression Data.dta (SR1 Backup Materials)







Notes:  The chart reports athletes' predicted fighter shares using Dr. Singer's foreclosure shares and estimates of the year fixed effects, time trend, and foreclosure share coefficient from Dr. Singer's impact regression models.  These predictions are made at the athlete-bout level but are reported annually.  The chart is normalized so that the reported fighter share in 2005 is equal to UFC athletes' average fighter share in 2005.  Source:  Regression Data.dta (SR1 Backup Materials)