# Exhibit C

## Summary Exhibit No. 6

**Pre-Acquisition Strikeforce* and Zuffa (UFC, WEC) Average Event Revenue (2008-2010)**

| Year | Strikeforce Per Event Average Revenue | Zuffa Per Event Average Revenue | Zuffa Per Event Average Revenue as Percentage of Strikeforce Per Event Average Revenue |
|---|---|---|---|
| 2008 | $278,174 | $13,838,892 | 4975% |
| 2009 | $1,280,135 | $11,599,145 | 906% |
| 2010 | $1,054,888 | $13,116,587 | 1243% |

*Source:*
Singer SR1 Backup (Regression.dta)

*Notes:*
Dollar values are in 2016 $ based on CPI-U
*2011 pre-acquisition Strikeforce events are dropped from Singer's regressions due to missing individual compensation data
Zuffa includes only UFC and WEC events

CONFIDENTIAL                                                              1

**Pre-Acquisition Strikeforce* and Zuffa (UFC, WEC) Average Event Compensation (2008-2010)**

| Year | Strikeforce Per Event Average Total Compensation | Strikeforce Per Athlete-Bout Average Total Compensation | Zuffa Per Event Average Total Compensation | Zuffa Per Athelte-Bout Average Total Compensation | Zuffa Per Event Average Total Compensation as Percentage of Strikeforce Per Event Average Total Compensation |
|---|---|---|---|---|---|
| 2008 | $223,394 | $11,032 | $2,631,696 | $132,412 | 1178% |
| 2009 | $646,341 | $34,018 | $2,327,981 | 108784 | 360% |
| 2010 | $546,893 | $34,851 | $2,740,720 | $129,279 | 501% |

*Source:*
Singer SR1 Backup (Regression.dta)

*Notes:*
Dollar values are in 2016 $ based on CPI-U
*2011 pre-acquisition Strikeforce events are dropped from Singer's regressions due to missing individual compensation data
Zuffa includes only UFC and WEC events

CONFIDENTIAL                                                                2

**Pre-Acquisition Strikeforce* and Zuffa (UFC, WEC) Average Event Wage Share (2008-2010)**

| Year | Strikeforce Per Event Average Wage Share | Zuffa Per Event Average Wage Share | Difference between Zuffa and Strikeforce Per Event Average Wage Share |
|---|---|---|---|
| 2008 | 93% | 22% | -71% |
| 2009 | 97% | 21% | -75% |
| 2010 | 51% | 22% | -29% |

<u>*Source:*</u>
Singer SR1 Backup (Regression.dta)

<u>*Notes:*</u>
Dollar values are in 2016 $ based on CPI-U
*2011 pre-acquisition Strikeforce events are dropped from Singer's regressions due to missing individual compensation data
Zuffa includes only UFC and WEC events