# Exhibit D

## Summary Exhibit No. 7



**Athlete Wage Share at Strikeforce Events**

Zuffa acquired Strikeforce on March 13, 2011. Strikeforce athletes' wage share was 69% before the acquisition and 53% after the acquisition.

**Note**: Chart reports all Strikeforce events included in Dr. Singer's impact regression. Wage share at each Strikeforce event is calculated using event revenues and athlete compensation from from Dr. Singer's regression data. The average wage shares reported in the text box weight Strikeforce events according to their number of observations in Dr. Singer's impact regression." **Source**: Regression Data.dta



**Athlete Wage Share at Strikeforce Events**

Zuffa acquired Strikeforce on March 13, 2011. Strikeforce athletes' wage share was 69% before the acquisition and 53% after the acquisition.

Note: Chart reports all Strikeforce events included in Dr. Singer's impact regression. Wage share at each Strikeforce event is calculated using event revenues and athlete compensation from from Dr. Singer's regression data. The average wage shares reported in the text box weight Strikeforce events according to their number of observations in Dr. Singer's impact regression." **Source**: Regression Data.dta

CONFIDENTIAL