# Exhibit E

Redacted Summary Exhibit No. 11

**Zuffa Annual Production Costs for The Ultimate Fighter ("TUF")**

| Year | Zuffa Annual TUF Production Costs | Zuffa Annual TUF Production Costs in 2016 Dollars |
|---|---|---|
| 2016 | ■ | ■ |
| 2015 | ■ | ■ |
| 2014 | ■ | ■ |
| 2013 | $21,228,878 | $21,862,086 |
| 2011 | $17,047,186 | $18,123,842 |
| 2009 | $17,526,617 | $19,558,264 |

**Source:** Singer Backup ("Zuffa Yearly Financial Statements_CKD.XLSX"), including 2016 ("2016 IS YTD Side by Side"), 2015 ("15 IS YTD Side by Side"), 2014 ("2014 Company"), 2013 ("2013 Company"), 2011 ("2011 Company"), 2009 ("2009 Company")

**Note:** All reported $ values are adjusted for inflation using annual CPI and are reported in 2016 dollars.