| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro hac vice*) |
|   | (wisaacson@bsfllp.com) |
| 2 | STACEY K. GRIGSBY (*Pro hac vice*) |
|   | (sgrigsby@bsfllp.com) |
| 3 | NICHOLAS A. WIDNELL (*Pro hac vice*) |
|   | (nwidnell@bsfllp.com) |
| 4 | BOIES SCHILLER FLEXNER LLP |
|   | 1401 New York Avenue, NW, Washington, DC 20005 |
| 5 | Telephone: (202) 237-2727; Fax: (202) 237-6131 |
| 6 | |
|   | RICHARD J. POCKER #3568 |
| 7 | (rpocker@bsfllp.com) |
|   | BOIES SCHILLER FLEXNER LLP |
| 8 | 300 South Fourth Street, Suite 800, Las Vegas, NV 89101 |
|   | Telephone: (702) 382-7300; Fax: (702) 382-2755 |
| 9 | |
| 10 | DONALD J. CAMPBELL #1216 |
|    | (djc@campbellandwilliams.com) |
| 11 | J. COLBY WILLIAMS #5549 |
|    | (jcw@campbellandwilliams.com) |
| 12 | CAMPBELL & WILLIAMS |
|    | 700 South 7th Street, Las Vegas, NV 89101 |
| 13 | Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| 14 | |
|    | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| 15 | Ultimate Fighting Championship and UFC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER REGARDING JOINT MOTION TO CONDITIONALLY FILE UNDER SEAL PLAINTIFFS' OBJECTIONS TO DEFENDANT ZUFFA, LLC'S PROPOSAL TO INTRODUCE CERTAIN PURPORTED "SUMMARY EXHIBITS" AT THE HEARING CONCERNING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND RELATED MATERIALS** |

[PROPOSED] ORDER RE JT. MOT. TO COND. FILE UNDER SEAL PLS.' OBJS. TO ZUFFA'S SUM. EXS.

**[PROPOSED] ORDER**

Before this Court is Zuffa, LLC's ("Zuffa") and Plaintiffs' (collectively, the "Parties") Joint Motion To Conditionally File Under Seal Plaintiffs' Objections to Defendant Zuffa, LLC's Proposal to Introduce Certain Purported "Summary Exhibits" at the Hearing Concerning Plaintiffs' Motion for Class Certification and Related Materials.

The Court finds that under the applicable standard, the Parties [have or have not] made this requisite finding as to the documents the parties move to seal.

IT IS HEREBY ORDERED THAT the Parties' Joint Motion to Seal is [GRANTED OR DENIED]. The Clerk of the Court shall [conditionally file under seal or unseal] those portions of documents that have been lodged under seal in connection with Plaintiffs' Objections to Defendant Zuffa, LLC's Proposal to Introduce Certain Purported "Summary Exhibits" at the Hearing Concerning Plaintiffs' Motion for Class Certification and Related Materials.

IT IS SO ORDERED

DATED:_____, 2019          By:_____
                                       Hon. Richard F. Boulware
                                       UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE JT. MOT. TO COND. FILE UNDER SEAL PLS.' OBJS. TO ZUFFA'S SUM. EXS.