Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:   (215) 875-3000
Facsimile:    (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Brandon Vera, and Kyle Kingsbury*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>     v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>            Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DECLARATION OF PATRICK F. MADDEN, ESQ.** |

I, Patrick F. Madden, Esq., declare and state as follows:

1. I am an associate at Berger Montague PC, one of the Court appointed Interim Co-Lead Counsel for the proposed Classes and an attorney for Individual and Representative Plaintiffs. I am a member in good standing of the State Bar of Pennsylvania and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this declaration in support of Plaintiffs' Opposition to Defendant Zuffa, LLC's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification.

3. Attached as Exhibit 1 is a true and correct copy of a letter from Jonathan M. Shaw to Eric L. Cramer dated May 24, 2019.

4. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Hal J. Singer, Ph.D., dated August 31, 2017, with Zuffa's proposed redactions.

5. Attached as Exhibit 3 is a true and correct copy of the Rebuttal Expert Report of Hal J. Singer, Ph.D., dated January 12, 2018, with Zuffa's proposed redactions.

6. Attached as Exhibit 4 is a true and correct copy of the Supplemental Expert Report of Hal J. Singer, Ph.D., dated April 3, 2018, with Zuffa's proposed redactions.

7. Attached as Exhibit 5 is a true and correct copy of the Second Supplemental Reply Report of Hal J. Singer, Ph.D., dated May 28, 2018, with Zuffa's proposed redactions.

8. Attached as Exhibit 6 is a true and correct copy of the Expert Report of Professor Robert H. Topel, dated October 27, 2017, with Zuffa's proposed redactions.

9. Attached as Exhibit 7 is a true and correct copy of a document bearing the Bates label MDYS ZFF 000082 through MDYS ZFF 000087. This document was produced by Moody's Investors Service, Inc. to Plaintiffs in discovery. This document is a true and correct copy of a credit opinion prepared for Zuffa by Moody's Investors Service, Inc. in February 2016.

10. Attached as Exhibit 8 is a true and correct copy of excerpts from the Form S-1 Registration Statement of Endeavor Group Holdings, Inc., dated May 23, 2019. This document

can be accessed at https://www.sec.gov/Archives/edgar/data/1766363/000119312519155034/d681105ds1.htm.

11.  Attached as Exhibit 9 is a true and correct copy of a document bearing the Bates label ZFL-0895314 through ZFL-0895317. This document was produced by Zuffa to Plaintiffs in discovery. This document is a true and correct copy of a Zuffa presentation entitled "Minimum Fighter Pay," dated January 2015.

12.  Attached as Exhibit 10 is a true and correct copy of Professor Robert H. Topel's Reply to the Supplemental Expert Report of Hal J. Singer, Ph.D, dated May 7, 2018, ECF No. 551-16.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. This Declaration was executed in Philadelphia, Pennsylvania on June 28, 2019.

                                                    /s/ *Patrick F. Madden*
                                                    Patrick F. Madden