# Exhibit 9

ZFL-0895314

(FILED UNDER SEAL)