BERGER MONTAGUE PC
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DECLARATION OF PATRICK F. MADDEN, ESQ.** |

I, Patrick F. Madden, Esq., declare and state as follows:

1. I am an associate at Berger Montague PC, one of the Court appointed Interim Co-Lead Counsel for the proposed Classes and an attorney for Individual and Representative Plaintiffs. I am a member in good standing of the State Bar of Pennsylvania and have been admitted pro hac vice in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this declaration in support of Plaintiffs' Opposition to Non-Parties WME/IMG, LLC ("WME") and The Raine Group LLC's ("Raine") Objections to Potential Use of Confidential Information at Evidentiary Hearing (ECF NOS. 661-3 and 661-4).

3. On June 7, 2019, Plaintiffs' counsel, including myself, met and conferred with counsel for Raine and for Zuffa. Plaintiffs inquired whether Raine would consent to the use of the documents Plaintiffs had identified in their May 28 notification letter in open court. Raine counsel Lisa Cohen responded that the documents were subject to confidentiality agreements with third parties. I asked Ms. Cohen who the third parties were. Ms. Cohen refused to reveal their identities. I asked Ms. Cohen if she would agree to ask the third parties if they would consent to the use of the Raine documents in open court. Ms. Cohen stated that she would consider it, but has never disclosed to Plaintiffs whether the third parties consented.

4. On June 14, 2019, Plaintiffs' counsel, including myself, met and conferred with counsel for WME and for Zuffa. The parties discussed whether WME would consent to the use of the documents Plaintiffs had identified in their May 28 notification letter in open court. Counsel for WME stated that WME would be objecting to the use of their documents at the evidentiary hearing.

5. Attached as Exhibit 1 is a true and correct copy of a document bearing the Bates label RAINE0000575 through RAINE0000595. This document was produced by Raine to Plaintiffs in discovery. This document is a true and correct copy of a presentation entitled "Overview of the UFC."

6. Attached as Exhibit 2 is a true and correct copy of a document bearing the Bates label RAINE0016846 through RAINE0016880. This document was produced by Raine to Plaintiffs in discovery. This document is a true and correct copy of a document entitled "Consolidated and Combined Financial Statements[,] Zuffa[,] Years ended December 31, 2015 and 2014."

7. Attached as Exhibit 3 is a true and correct copy of a document bearing the Bates label RAINE18791 through RAINE0018809. This document was produced by Raine to Plaintiffs in discovery. This document is a true and correct copy of a March 31, 2016 document titled entitled "Follow-up Question List From [Third Party]."

8. Attached as Exhibit 4 is a true and correct copy of a document bearing the Bates label RAINE0020542. This document was produced in excel format by Raine to Plaintiffs in discovery. This document is a true and correct copy of a diligence tracking spreadsheet dated March 29, 2016 prepared for Zuffa by The Raine Group.

9. Attached as Exhibit 5 is a true and correct copy of a document bearing the Bates label RAINE0020633. This document was produced in excel format by Raine to Plaintiffs in discovery. This document is a true and correct copy of a diligence tracking spreadsheet dated June 15, 2016 prepared for Zuffa by The Raine Group.

10. Attached as Exhibit 6 is a true and correct copy of a document bearing the Bates label WME_ZUFFA_00001150. This document was produced by WME to Plaintiffs in discovery. This document is a true and correct copy of a WME/IMG presentation titled "Project Basquiat Final Posting Memo," dated June 12, 2016.

11. Attached as Exhibit 7 is a true and correct copy of a document bearing the Bates label WME_ZUFFA_00005368. This document was produced by in excel format WME to Plaintiffs in discovery. This document is a true and correct copy of an excel spreadsheet titled "athlete comparison data v_02.xlsx" prepared in May 2016 by WME/IMG.

12. Attached as Exhibit 8 is a true and correct copy of a document bearing the Bates label WME_ZUFFA_00013978 through WME_ZUFFA_00013979. This document was produced by WME to Plaintiffs in discovery. This document is a true and correct copy of a March 20, 2016 email from Brent Richard to Ali Pfitzenmaier with an embedded email from Brent Richard to himself.

13. Attached as Exhibit 9 is a true and correct copy of a document bearing the Bates label WME_ZUFFA_00076651 through WME_ZUFFA_00076716. This document was produced by WME to Plaintiffs in discovery. This document is a true and correct copy of a document originally produced in Excel format entitled "Project Basquiat Preliminary Investment Review May31, 2016."

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. This Declaration was executed in Philadelphia, Pennsylvania on June 28, 2019.

                                                */s/ Patrick F. Madden*
                                                Patrick F. Madden