# Exhibit 1

RAINE0000575

(FILED UNDER SEAL)