# Exhibit 2

RAINE0016846

(FILED UNDER SEAL)