# Exhibit 3

RAINE0018791

(FILED UNDER SEAL)