# Exhibit 4

RAINE0020542

(FILED UNDER SEAL)