# Exhibit 5

RAINE0020633

(FILED UNDER SEAL)