# Exhibit 6

WME_ZUFFA_00001150

(FILED UNDER SEAL)