# Exhibit 7

WME_ZUFFA_00005368

(FILED UNDER SEAL)