# Exhibit 8

WME_ZUFFA_00013978

(FILED UNDER SEAL)