# Exhibit 9

WME_ZUFFA_00076651

(FILED UNDER SEAL)