BERGER MONTAGUE PC
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DECLARATION OF PATRICK F. MADDEN, ESQ.** |

I, Patrick F. Madden, Esq., declare and state as follows:

1. I am an associate at Berger Montague PC, one of the Court appointed Interim Co-Lead Counsel for the proposed Classes and an attorney for Individual and Representative Plaintiffs. I am a member in good standing of the State Bar of Pennsylvania and have been admitted pro hac vice in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this declaration in support of Plaintiffs' Opposition to Non-Parties Bellator Sport Worldwide LLC, Golden Boy Promotions, Inc., Golden Boy Promotions, LLC, and Top Rank, Inc.'s Objections to Potential Use of Confidential Information at Evidentiary Hearing (ECF NOS. 661-5, 661-6, 661-8).

3. Attached as Exhibit 1 is a true and correct copy of excerpts of a document entitled "Expert Report of Gene Deetz, CPA/ABV, ASA, CFF, September 26, 2016." This document was filed in the case captioned *Golden Boy Promotions, LLC v. Alan Haymon*, Case No. 2:15-cv-03378-JFW-MRW (C.D. Cal.) at ECF No. 322-13. Exhibit 1 was downloaded at my direction from the PACER website for the United States District Court for the Central District of California on June 28, 2019.

4. Attached as Exhibit 2 is a true and correct copy of a document bearing the Bates label SBPCL00002101 through SBPCL00002102. This document was produced by third party Bellator Sport Worldwide LLC to Plaintiffs in discovery. This document is a true and correct copy of a document entitled "Bellator Sport Worldwide LLC Unaudited Profit and Loss."

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Scott Coker, taken in this matter on August 3, 2017.

6. Attached as Exhibit 4 is a true and correct copy of a document bearing the Bates label GBP000001, which was marked as Exhibit 8 at the deposition of Robert Blair, taken in this matter on December 9, 2017. This document was produced by third party Golden Boy Promotions Inc./Golden Boy Promotions, LLC to Plaintiffs in discovery. This document is a true and correct copy of a document entitled "Golden Boy Promotions Profit & Loss All Transactions."

7. Attached as Exhibit 5 is a true and correct copy of a document bearing the Bates label GBP000002, which was marked as Exhibit 9 at the deposition of Robert Blair, taken in this matter on

December 9, 2017. This document was produced by third party Golden Boy Promotions Inc./Golden Boy Promotion LLC to Plaintiffs in discovery. This document is a true and correct copy of a document entitled "Golden Boy Promotions Profit & Loss All Transactions."

8. Attached as Exhibit 6 is a true and correct copy of a document bearing the Bates label GBP000003 through GBP0000015. This document was produced by third party Golden Boy Promotions Inc./Golden Boy Promotion LLC to Plaintiffs in discovery. This document is a true and correct copy of a standard promotional agreement that Golden Boy Promotions, LLC uses with its fighters.

9. Attached as Exhibit 7 is a true and correct copy of a document bearing the Bates label TR-0001 through TR-0007, which was marked as Exhibit 2 at the 30(b)(6) deposition of Robert Arum on behalf of Top Rank, Inc., taken in this matter on October 17, 2017. This document was produced by third party Top Rank, Inc. to Plaintiffs in discovery. This document is a true and correct copy of the Declaration of David Lopez, Chief Financial Officer of Top Rank, Inc., dated October 12, 2017.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. This Declaration was executed in Philadelphia, Pennsylvania on June 28, 2019.

*/s/ Patrick F. Madden*
Patrick F. Madden