# Exhibit 1

Golden Boy Promotions, LLC v. Alan Haymon, Case No. 2:15-cv-03378-JFW-MRW (C.D. Cal. Jan. 6, 2017), ECF No. 322-13

Case 2:15-cv-01045-RFB-BNW   Document 677-3   Filed 06/28/19   Page 2 of 5
Case 2:15-cv-03378-JFW-MRW   Document 322-13   Filed 01/06/17   Page 19 of 4   Page ID
#:22113

# Exhibit 2

99910-00000/2666011.2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, GOLDEN BOY PROMOTIONS, INC. And BERNARD HOPKINS, <br><br>                       Plaintiffs,<br><br>v.<br><br>ALAN HAYMON, ALAN HAYMON DEVELOPMENT, INC., HAYMON HOLDINGS, LLC, HAYMON SPORTS, LLC, HAYMON BOXING MANAGEMENT, HAYMON BOXING LLC, and RYAN CALDWELL,<br><br>                       Defendants. | Case 2:15-cv-03378 JFW (MRWx) |

**Expert Report of
Gene Deetz, CPA/ABV, ASA, CFF**
September 6, 2016



Expert Report of Gene Deetz, September 6, 2016

35. In Exhibits 1 and 3, I present my period-over-period analyses from 2014 through June 30, 2016, including the TV revenues and related events, as well as the boxers in these events, noting boxers of championship caliber. The analyses summarized in this exhibit show declines in Golden Boy's TV revenue, total revenue, and income from boxing operations, consistent with the anticompetitive impact of Haymon's business practices.[19]

36. In Appendix V, I have done a separate analysis of Golden Boy's contracts with broadcast networks. That analysis reveals that as Haymon began signing contracts with network broadcasters, Golden Boy's network contracts were not renewed on terms previously acceptable to the networks.[20]

37. The continuous and dramatic decline of Golden Boy's on-air events and revenues is occurring at the same time as Haymon enters into the aforementioned exclusivity clauses and makes the related cash payments to the various broadcast networks. *See* Exhibit 1 and Appendix IV.

38. The number of broadcast events and their associated revenues declined in 2015 and 2016, when compared to 2014, as presented in Exhibit 1. As I stated above, the relationship between Golden Boy and the broadcast media (HBO, Showtime, FOX, among others), and Golden Boy's ability to promote successful events requires, among other things, championship caliber boxers[21] and network timeslot availability.[22]

39. Appendices IV and V reflect both the Haymon and Golden Boy media contracts during 2014, 2015, and through June 30, 2016. These appendices demonstrate both the decrease in Golden Boy's access to broadcast media for potential promotion of championship caliber events and the results of Haymon's significant investment in network and cable broadcast timeslots.

40. Consistent with the decline in TV Revenue is a decline in both the number of championship caliber boxing events and the number of Golden Boy promoted championship caliber boxers. *See* Exhibit 1.

---

[19] *See* ¶13
[20] *See* Appendices IV and V.
[21] As defined in the Kneuper Report, the base criteria for championship caliber boxers are those with a US based manager or promoter, as well as a television appearance within the preceding eighteen months and a current period top ten ranking in any of the fourteen weight classes, additionally including any former televised world champions within the last eighteen months.
[22] The Shaw Report at pages 5 and 10 describes the promoters' requirement for both product and platform.

HIGHLY CONFIDENTIAL

11

**EXHIBIT 3**
**Analysis of Revenues and Expenses on an Event-by-Event, Boxer-by-Boxer Basis**

| 2014 Metrics | TV Revenue | Ticket Sales | Merchandise Royalty | Sponsorship Revenue | Co-Promotion Revenue Share | Other Revenue | Total Revenue | Fighter COGS | Other Expenses | Income from Boxing Operations |
|---|---|---|---|---|---|---|---|---|---|---|
| Not under contract - championship caliber | 18,540,738 | 8,468,935 | 17,506 | 865,028 | | 587,880 | 28,480,088 | 16,650,987 | 9,334,761 | 2,494,339 |
| Not under contract - not championship caliber | 46,182,928 | 20,833,965 | 57,319 | 2,039,902 | | 894,340 | 70,008,454 | 46,133,051 | 22,000,313 | 1,875,089 |
| Under contract - championship caliber | 28,972,751 | 8,582,634 | 16,413 | 855,513 | | 211,525 | 38,638,836 | 24,827,789 | 9,383,695 | 4,427,352 |
| Under contract - not championship caliber | 2,387,256 | 254,667 | 306 | 636,229 | | 42,951 | 3,321,409 | 1,732,290 | 1,556,056 | 33,063 |
| **Total 2014** | **96,083,673** | **38,140,201** | **91,545** | **4,396,672** | **-** | **1,736,696** | **140,448,787** | **89,344,118** | **42,274,826** | **8,829,843** |

| 2015 Metrics | TV Revenue | Ticket Sales | Merchandise Royalty | Sponsorship Revenue | Co-Promotion Revenue Share | Other Revenue | Total Revenue | Fighter COGS | Other Expenses | Income from Boxing Operations |
|---|---|---|---|---|---|---|---|---|---|---|
| Not under contract - championship caliber | 1,155,832 | - | - | - | - | (786,014) | 369,819 | 46,580 | 5,432 | 317,807 |
| Not under contract - not championship caliber | 2,070,179 | 1,286,869 | 2,179 | 770,673 | 25,200 | 139,584 | 4,294,684 | 2,896,388 | 1,872,290 | (473,994) |
| Under contract - championship caliber | 23,067,055 | 11,208,612 | 70,743 | 1,475,715 | 1,973,547 | 1,520,128 | 39,315,798 | 24,723,222 | 9,221,395 | 5,371,180 |
| Under contract - not championship caliber | 1,122,510 | 426,882 | 361 | 782,595 | 12,748 | (1,557) | 2,343,540 | 1,197,983 | 1,669,363 | (523,806) |
| **Total 2015** | **27,415,576** | **12,922,363** | **73,282** | **3,028,983** | **2,011,495** | **872,140** | **46,323,840** | **28,864,172** | **12,768,480** | **4,691,187** |

| 2016 Metrics | TV Revenue | Ticket Sales | Merchandise Royalty | Sponsorship Revenue | Co-Promotion Revenue Share | Other Revenue | Total Revenue | Fighter COGS | Other Expenses | Income from Boxing Operations |
|---|---|---|---|---|---|---|---|---|---|---|
| Not under contract - championship caliber | 2,552,411 | 927,047 | 6,508 | 150,363 | - | - | 3,636,328 | 2,050,000 | 1,211,661 | 374,667 |
| Not under contract - not championship caliber | 600,787 | 391,362 | 1,676 | 361,218 | - | - | 1,355,042 | 902,135 | 788,244 | (335,337) |
| Under contract - championship caliber | 19,000,689 | 6,664,961 | 49,762 | 1,214,355 | - | - | 26,929,767 | 14,711,458 | 9,087,663 | 3,130,645 |
| Under contract - not championship caliber | 191,508 | 230,493 | 1,315 | 260,064 | - | - | 683,381 | 542,630 | 510,097 | (369,347) |
| **Total 2016** | **22,345,395** | **8,213,863** | **59,260** | **1,986,000** | **-** | **-** | **32,604,518** | **18,206,224** | **11,597,665** | **2,800,629** |

Sources:
GBP008103
GBP008105
GBP008107
GBP016225
GBP016257
GBP016300
Rankings from http://www.ibfusbaregistration.com/
Rankings from http://www.wbaboxing.com/
Rankings from http://wbcboxing.com/
Rankings from http://www.wboboxing.com/
Rankings from http://www.fightnews.com/

HIGHLY CONFIDENTIAL

3

EXHIBIT B

128

EXHIBIT 2                    Page 20