# Exhibit 2

SBPCL00002101

(FILED UNDER SEAL)