# Exhibit 3

Deposition of Scott Coker (August 3, 2017) (excerpted)

(FILED UNDER SEAL)