# Exhibit 4

GBP000001

(FILED UNDER SEAL)