# Exhibit 5

GBP000002

(FILED UNDER SEAL)