# Exhibit 6

GBP000003

(FILED UNDER SEAL)