# Exhibit 7

TR-0001

(FILED UNDER SEAL)