Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

*(Additional counsel appear on signature page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL** |

Pursuant to Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Local Rule IA 10-5(a), and Section 14.3 of the Revised Stipulation and Protective Order (the "Protective Order") issued in this action on February 10, 2016 (ECF No. 217 at 15), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") hereby move this Court for leave to lodge certain documents under seal related to Plaintiffs' Response to Defendant Zuffa, LLC's Objections to Plaintiffs' Exhibit List Documents; Plaintiffs' Opposition to Defendant Zuffa, LLC's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification; Plaintiffs' Opposition to Non-Parties WME/IMG, LLC and The Raine Group LLC's Objections to Potential Use of Confidential Information at Evidentiary Hearing (ECF Nos. 661-3 and 661-4); and Plaintiffs' Opposition to Non-Parties Bellator Sport Worldwide LLC, Golden Boy Promotions Inc., Golden Boy Promotion LLC and Top Rank Inc.'s Objections to Potential Use of Confidential Information at Evidentiary Hearing (ECF Nos. 661-5, 661-6, 661-8).

Under Section 14.3 of the Protective Order, documents designated Confidential or Highly Confidential – Attorneys' Eyes Only "shall be provisionally lodged under seal with the Court, and redacted papers shall be publicly filed. Within 5 days of the materials being lodged with the Court, the Party claiming protection shall file a motion to seal setting forth the bases for sealing and proper authority under *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), or some other applicable authority." ECF No. 217 at 15.

The documents referenced below (or portions thereof) have been designated or refer to materials which have been designated Confidential or Highly Confidential – Attorneys' Eyes Only by Defendant or third parties. Accordingly, Plaintiffs seek leave to lodge the following documents under seal.

First, Plaintiffs seek to lodge under seal Plaintiffs' Response to Defendant Zuffa, LLC's Objections to Plaintiffs' Exhibit List Documents.

Second, Plaintiffs seek to lodge under seal Plaintiffs' Opposition to Defendant Zuffa, LLC's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification.

Third, Plaintiffs seek to lodge under seal Exhibit 2 to the Declaration of Patrick F. Madden, Esq.

filed concurrently with Plaintiffs' Opposition to Defendant Zuffa, LLC's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification (hereafter "Madden Declaration 1"). Exhibit 2 is a true and correct copy of the Expert Report of Hal J. Singer, Ph.D., dated August 31, 2017, with Zuffa's proposed redactions.

Fourth, Plaintiffs seek to lodge under seal Exhibit 3 to Madden Declaration 1, which is a true and correct copy of purported the Rebuttal Expert Report of Hal J. Singer, Ph.D., dated January 12, 2018, with Zuffa's proposed redactions.

Fifth, Plaintiffs seek to lodge under seal Exhibit 4 to Madden Declaration 1, which is a true and correct copy of the Supplemental Expert Report of Hal J. Singer, Ph.D., dated April 3, 2018, with Zuffa's proposed redactions.

Sixth, Plaintiffs seek to lodge under seal Exhibit 5 to Madden Declaration 1, which is a true and correct copy of the Second Supplemental Reply Report of Hal J. Singer, Ph.D., dated May 28, 2018, with Zuffa's proposed redactions.

Seventh, Plaintiffs seek to lodge under seal Exhibit 6 to Madden Declaration 1, which is a true and correct copy the Expert Report of Professor Robert H. Topel, dated October 27, 2017, with Zuffa's proposed redactions.

Eighth, Plaintiffs seek to lodge under seal Exhibit 9 to Madden Declaration 1, which is a true and correct copy of a document bearing the Bates label ZFL-0895314 through ZFL-0895317.

Ninth, Plaintiffs seek to lodge under seal Exhibit 10 to Madden Declaration 1, which is a true and correct copy of Professor Robert H. Topel's Reply to the Supplemental Expert Report of Hal J. Singer, Ph.D, dated May 7, 2018, ECF No. 551-16.

Tenth, Plaintiffs seek to lodge under seal Plaintiffs' Opposition to Non-Parties WME/IMG, LLC and The Raine Group LLC's Objections to Potential Use of Confidential Information at Evidentiary Hearing (ECF Nos. 661-3 and 661-4).

Eleventh, Plaintiffs seek to lodge under seal Exhibit 1 to the Declaration of Patrick F. Madden, Esq. filed concurrently with Plaintiffs' Opposition to Non-Parties WME/IMG, LLC and The Raine Group LLC's Objections to Potential Use of Confidential Information at Evidentiary Hearing (ECF

NOS. 661-3 and 661-4) (hereafter "Madden Declaration 2"). Exhibit 1 is a true and correct copy of a document bearing the Bates label RAINE0000575 through RAINE0000595.

Twelfth, Plaintiffs seek to lodge under seal Exhibit 2 to Madden Declaration 2, which is a true and correct copy of a document bearing the Bates label RAINE0016846 through RAINE0016880.

Thirteenth, Plaintiffs seek to lodge under seal Exhibit 3 to Madden Declaration 2, which is a true and correct copy of a document with the Bates label RAINE18791 through RAINE0018809.

Fourteenth, Plaintiffs seek to lodge under seal Exhibit 4 to Madden Declaration 2, which is a true and correct copy of a document bearing the Bates label RAINE0020542.

Fifteenth, Plaintiffs seek to lodge under seal Exhibit 5 to Madden Declaration 2, which is a true and correct copy of a document bearing the Bates label RAINE0020633.

Sixteenth, Plaintiffs seek to lodge under seal Exhibit 6 to Madden Declaration 2, which is a true and correct copy of a document bearing the Bates label WME_ZUFFA_00001150.

Seventeenth, Plaintiffs seek to lodge under seal Exhibit 7 to Madden Declaration 2, which is a true and correct copy of a document bearing the Bates label WME_ZUFFA_00005368.

Eighteenth, Plaintiffs seek to lodge under seal Exhibit 8 to Madden Declaration 2, which is a true and correct copy of a document bearing the Bates label WME_ZUFFA_00013978 through WME_ZUFFA_00013979.

Nineteenth, Plaintiffs seek to lodge under seal Exhibit 9 to Madden Declaration 2, which is a true and correct copy of a document bearing the Bates label WME_ZUFFA_00076651 through WME_ZUFFA_00076716.

Twentieth, Plaintiffs seek to lodge under seal Plaintiffs' Opposition to Non-Parties Bellator Sport Worldwide LLC, Golden Boy Promotions, Inc., Golden Boy Promotions, LLC, and Top Rank, Inc.'s Objections to Potential Use of Confidential Information at Evidentiary Hearing (ECF NOS. 661-5, 661-6, 661-8).

Twenty-first, Plaintiffs seek to lodge under seal Exhibit 2 to the Declaration of Patrick F. Madden, Esq. filed concurrently with Plaintiffs' Opposition to Non-Parties Bellator Sport Worldwide LLC, Golden Boy Promotions, Inc., Golden Boy Promotions, LLC, and Top Rank, Inc.'s Objections to

Potential Use of Confidential Information at Evidentiary Hearing (ECF NOS. 661-5, 661-6, 661-8) (hereafter "Madden Declaration 3"). Exhibit 2 is a true and correct copy of a document bearing the Bates label SBPCL00002101 through SBPCL00002102.

Twenty-second, Plaintiffs seek to lodge under seal Exhibit 3 to Madden Declaration 3, which is a true and correct copy of excerpts from the deposition transcript of Scott Coker, taken in this matter on August 3, 2017.

Twenty-third, Plaintiffs seek to lodge under seal Exhibit 4 to Madden Declaration 3, which is a true and correct copy of a document bearing the Bates label GBP000001.

Twenty-fourth, Plaintiffs seek to lodge under seal Exhibit 5 to Madden Declaration 3, which is a true and correct copy of a document bearing the Bates label GBP000002.

Twenty-fifth, Plaintiffs seek to lodge under seal Exhibit 6 to Madden Declaration 3, which is a true and correct copy of a document bearing the Bates label GBP000003 through GBP0000015.

Twenty-sixth, Plaintiffs seek to lodge under seal Exhibit 7 to Madden Declaration 3, which is a true and correct copy of a document bearing the Bates label TR-0001 through TR-0007.

Plaintiffs have filed all of these documents under seal, in accordance with the Court's ECF system, with the instant motion. Plaintiffs have publicly filed placeholders for or redacted versions of these documents with the Court, and will serve un-redacted versions of these documents on Defendant, in accordance with LR IC 4-1(c)(4).

| | |
|---|---|
| Dated: June 28, 2019 | Respectfully Submitted,<br><br>By: /s/ Eric L. Cramer<br>   Eric L. Cramer<br><br>Eric L. Cramer (*Pro Hac Vice*)<br>Michael Dell'Angelo (*Pro Hac Vice*)<br>Patrick F. Madden (*Pro Hac Vice*)<br>Mark R. Suter (*Pro Hac Vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Phone: (215) 875-3000/Fax: (215) 875-4604<br>ecramer@bm.net<br>mdellangelo@bm.net<br>pmadden@bm.net<br>msuter@bm.net<br><br>Joseph R. Saveri (*Pro Hac Vice*)<br>Joshua P. Davis (*Pro Hac Vice*)<br>Jiamin Chen (*Pro Hac Vice*)<br>Kevin E. Rayhill (*Pro Hac Vice*)<br>JOSEPH SAVERI LAW FIRM, INC.<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Phone: (415) 500-6800/Fax: (415) 395-9940<br>jsaveri@saverilawfirm.com<br>jdavis@saverilawfirm.com<br>jchen@saverilawfirm.com<br>krayhill@saverilawfirm.com<br><br>Benjamin D. Brown (*Pro Hac Vice*)<br>Richard A. Koffman (*Pro Hac Vice*)<br>Daniel H. Silverman (*Pro Hac Vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W., Suite 500<br>Washington, DC 20005<br>Phone: (202) 408-4600/Fax: (202) 408 4699<br>bbrown@cohenmilstein.com<br>rkoffman@cohenmilstein.com<br>dsilverman@cohenmilstein.com<br><br>**Co-Lead Counsel for the Classes** |

**Liaison Counsel for the Classes**

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Phone: (702) 341-5200/Fax (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

**Additional Counsel for the Classes**:

Robert C. Maysey (*Pro Hac Vice*)
Jerome K. Elwell (*Pro Hac Vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

William G. Caldes (*Pro Hac Vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
bcaldes@srkattorneys.com

John D. Radice (*Pro Hac Vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Phone: (646) 245-8502/Fax: (609) 358-0745
jradice@radicelawfirm.com

Frederick S. Schwartz (*Pro Hac Vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2019 a true and correct copy of the PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL was served via the District of Nevada's ECF system to all counsel of record who have enrolled in the ECF system.

*/s/ Eric L. Cramer*