Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:   (215) 875-3000
Facsimile:    (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO LODGE MATERIALS UNDER SEAL** |

Pending before the Court is Plaintiffs' Motion for Leave to Lodge Materials Under Seal related to Plaintiffs' Response to Defendant Zuffa, LLC's Objections to Plaintiffs' Exhibit List Documents; Plaintiffs' Opposition to Defendant Zuffa, LLC's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification; Plaintiffs' Opposition to Non-Parties WME/IMG, LLC and The Raine Group LLC's Objections to Potential Use of Confidential Information at Evidentiary Hearing (ECF Nos. 661-3 and 661-4); and Plaintiffs' Opposition to Non-Parties Bellator Sport Worldwide LLC, Golden Boy Promotions Inc., Golden Boy Promotion LLC and Top Rank Inc.'s Objections to Potential Use of Confidential Information at Evidentiary Hearing (ECF Nos. 661-5, 661-6, 661-8). Having considered the papers submitted, the Court hereby **ORDERS**:

Plaintiffs' motion is **GRANTED**.

IT IS SO ORDERED.

DATED: _____

By: _____
The Honorable Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE