WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER, State Bar No. 3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL, State Bar No. 1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS, State Bar. No. 5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**INDEX OF EXHIBITS TO DEFENDANT ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' OBJECTIONS TO DEFENDANT ZUFFA, LLC'S PROPOSAL TO INTRODUCE CERTAIN PURPORTED "SUMMARY EXHIBITS" AT THE HEARING CONCERNING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

**INDEX OF EXHIBITS**

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Index of Exhibits to its Opposition to Plaintiffs' Objections to Defendant Zuffa, LLC's Proposal to Introduce Certain Purported "Summary Exhibits" at the Hearing Concerning Plaintiffs' Motion for Class Certification. The exhibits noted below are attached as exhibits to the Declarations of Nicholas A. Widnell, Dr. Joshua Lustig, and Brent K. Nakamura in Support of Defendant Zuffa, LLC's Opposition to Plaintiffs' Objections to Defendant Zuffa, LLC's Proposal to Introduce Certain Purported "Summary Exhibits" at the Hearing Concerning Plaintiffs' Motion for Class Certification.

| Exhibit | Description |
|---|---|
| 1. | Email from Meghan Strong to Patrick Madden, dated June 7, 2019 |
| 2. | List of Basic Arithmetic Operations used in Each Summary Exhibit |
| 3. | Excerpt from Dr. Singer's "Regression Data" file |
| 4. | List of Disputed Zuffa Summary Exhibits by Type of Basic Data Visualization Used and Underlying Materials |
| 5. | "15_Core_Regs_Plus_Damages.do" from Dr. Singer's backup files served on Zuffa with Dr. Singer's first expert report |
| 6. | Printout of a Backup File that was provided to Plaintiffs that underlies SE1, SE3, and SE7 |
| 7. | Email from Eric Cramer to Nicholas Widnell, dated April 13, 2018 |
| 8. | Email from Suzanne Jaffe Nero to Patrick Madden and Mark Suter, dated April 13, 2018 |
| 9. | Email from Brent Nakamura to Patrick Madden, dated June 21, 2019 |
| 10. | Excerpts from the Deposition of Robert Topel ("Topel Dep.") (December 6, 2017) |
| 11. | Excerpt from Dr. Singer's "Sherdog Denom for Market Shares.dta" file |
| 12. | Printout of Backup file that was provided to Plaintiffs that was used to generate Summary Exhibit SE5 |
| 13. | Printout of Backup file that was provided to Plaintiffs that was used to generate Summary Exhibit SE6 |

| Exhibit | Description |
|---|---|
| 14. | Printout of Backup file that was provided to Plaintiffs that was used to generate Summary Exhibit SE10 |
| 15. | Printout of Backup file that was provided to Plaintiffs that was used to generate Summary Exhibit SE13 |
| 16. | Printout of Backup files that were provided to Plaintiffs that was used to generate Summary Exhibits SE2 and SE12 |
| 17. | Extract of Dr. Singer's Raw "Regression Data" |