# EXHIBIT 2

## Chart listing the Summary Exhibits to which Plaintiffs have objected

**List of Basic Arithmetic Operations Used in Each Summary Exhibit**

| Disputed Zuffa Summary Ex. | Ex. Number | Basic Data Operations | Arithmetic Operations |
|---|---|---|---|
| SE1 | ZCCX296 | Sort to include only Strikeforce bouts used in Dr. Singer's impact regression. | **Addition, multiplication, and division**: Plot numbers on chart and take the average (mean). |
| SE2 | ZCCX301 | Sort to include only Zuffa bouts used in Dr. Singer's impact regression; sort by weight class and year of event, exclude pre-acquisition Strikeforce bouts, use CPI-U figures. | **Addition, multiplication, and division**: Take the average (mean) of a set of numbers for each weight class, adjust for inflation by multiplying by CPI-U figures. |
| SE3 | ZCCX302 | On pp. 1-3, sort to include only UFC bouts used in Dr. Singer's impact regression; on p. 4, use coefficients generated by Dr. Singer's initial impact regression in the Tracked and Ranked Markets and Dr. Singer's time trend and foreclosure share measures. | **Addition, subtraction, multiplication, and division**: On pp. 1-3, take the average (mean) of fighter share and foreclosure share for each athlete, subtract the calculated means from athletes' observed fighter shares and foreclosure shares, and summarize for each year as listed in the summary exhibit. On p. 4, take a sum of Dr. Singer's estimated effects from his measure of foreclosure share, time trend, and year fixed effects across UFC bouts and summarize by year. |
| SE6 | ZCCX305 | Sort to include only Strikeforce and Zuffa (WEC and UFC) bouts and for the years 2008 to 2010. | **Addition, multiplication, and division**: Take the average (mean) event revenue as noted, divide Zuffa revenue by Strikeforce revenue as indicated in exhibit, adjust for inflation by multiplying by CPI-U figures. |
| SE7 | ZCCX306 | Sort to include only Strikeforce events with bouts used in Dr. Singer's impact regression. | **Addition, multiplication, and division**: Divide event athlete compensation by event revenues to derive wage share; determine average (mean) wage share pre- and post-Strikeforce acquisition as indicated in the exhibit. |

| Disputed Zuffa Summary Ex. | Ex. Number | Basic Data Operations | Arithmetic Operations |
|---|---|---|---|
| SE10 | ZCCX297 | Sort by broadcast type ("broadcast" variable) in Dr. Singer's "Regression Data" file and use only events included in Dr. Singer's impact regression. | **Addition, multiplication, and division**: Take the average (mean) non-athlete event costs by type of broadcast and display over listed time period. |
| SE11 | ZCCX298 | Extract annual TUF production costs from files in in Dr. Singer's backup files listed in the exhibit; omit any years where TUF yearly production costs are not listed separately. | **Multiplication**: Copy yearly production costs from spreadsheets, adjust for inflation by multiplying by CPI-U figures. |
| SE12 | ZCCX299 | Sort to include only Zuffa bouts used in Dr. Singer's impact regression; sort by broadcast type ("broadcast" variable) in Dr. Singer's regression and by relevant time period. | **Addition, multiplication, and division**: Take the average (mean and median) athlete compensation at events for each type of broadcast event revenue as noted and adjust for inflation by multiplying by CPI-U figures; take average (mean and median) of compensation for individual athletes divided by revenues from events for each type of broadcast ("Fighter Share"); and take average (mean and median) of compensation for all athletes divided by revenues from events for each type of broadcast ("Wage Share"). |
| Class Cert. Opp. Ex 87 | ZCCX210 | Sort to include only Zuffa bouts that took place after December 16, 2010 and that were included in Dr. Singer's regression; list distribution of athlete bout compensation (including in how many bouts athletes received levels of per-bout compensation) by number of previous bouts. | **Addition, multiplication**: Take the athletes in each category of previous bouts who meet the listed compensation level criteria and make a simple histogram graph of that information; adjust for inflation by multiplying by CPI-U figures. |

| Disputed Zuffa Summary Ex. | Ex. Number | Basic Data Operations | Arithmetic Operations |
|---|---|---|---|
| Class Cert. Opp. Ex 88 | ZCCX211 | Sort to include only Zuffa bouts that took place after December 16, 2010 and that were included in Dr. Singer's regression; list distribution of athlete bout compensation (including in how many bouts athletes received levels of per-bout compensation) by athletes' rank at the time of their bouts as listed in Dr. Singer's ("currentrank") variable. | **Addition, multiplication**: Take the athletes in each ranking category who meet the listed compensation level criteria and make a simple histogram graph of that information; adjust for inflation by multiplying by CPI-U figures. |
| Class Cert. Opp. Ex 89 | ZCCX212 | Sort to include only Zuffa bouts that took place after December 16, 2010 and that were included in Dr. Singer's regression; list distribution of athlete bout compensation (including in how many bouts athletes received levels of per-bout compensation) by number of previous UFC, Strikeforce, and WEC wins (as listed in Dr. Singer's data). | **Addition, multiplication**: Take the athletes in each category of previous wins who meet the listed compensation level criteria and make a simple histogram graph of that information; adjust for inflation by multiplying by CPI-U figures. |
| Class Cert. Opp. Ex 92 | ZCCX213 | None. | **None**. |
| MSJ Ex. 87 | ZCCX194 | This is a list of athletes who meet the criteria listed on the summary exhibit during the time period listed on the exhibit. | **None**. |
| MSJ Ex. 96 | ZCCX198 | Sort by time period (December 16, 2010 to April 2017). | **Addition, division**: Take the number of events each listed promoter held during the relevant time period where the event had at least one athlete in the Ranked Market and divide by the number of total events to determine a percentage figure. |

3

| Disputed Zuffa Summary Ex. | Ex. Number | Basic Data Operations | Arithmetic Operations |
|---|---|---|---|
| MSJ Ex. 97 | ZCCX199 | Sort by time period (January 2011 to April 2017). | **Addition**: Determine the number of UFC, other Ranked Market, and foreign promoter bouts fought by each athlete listed; count the number of times the athlete switched from the Ranked Market to a Foreign Promoter and vice-versa. |
| MSJ Ex. 98 | ZCCX200 | Sort by time period (January 2011 to April 2017). | **Addition**: For each foreign promoter, count the number of athletes in MSJ Ex. 97 who switched from the Ranked Market to the foreign promoter and the number of athletes in MSJ Ex. 97 who switched from the promoter to the Ranked Market. |
| MSJ Ex. 99 | ZCCX201 | Sort by time period (2011 to 2016). | **Addition**, **division**: Determine the number ranked athletes and Zuffa athletes satisfying the criteria listed in the exhibit and divide these numbers to determine Zuffa's share of all ranked athletes per year in the Ranked Market. |
| MSJ Reply Ex. 114 | ZCCX256 | Sort by time period (2013 to 2016); identify athletes from Dr. Singer's data with bouts at MMA promoter Absolute Championship Berkut during that time period. | **Addition**: Count the number of ranked athletes meeting the criteria listed on the exhibit. |
| MSJ Reply Ex. 124 | ZCCX230 | Sort by time period (2010 to 2016); identify athletes from Dr. Singer's data meeting the criteria listed on the exhibit. | **Addition**: Count the number of ranked athletes competing for each foreign promoter as described in the exhibit. |
| MSJ Reply Ex. 126 | ZCCX183 | This is a list of athletes who meet the criteria listed on the summary exhibit during the time period listed on the exhibit. | **None**. |
| MSJ Reply Ex. 128 | ZCCX277 | Sort to include only Zuffa (including WEC, post-acquisition Strikeforce, and Pride) bouts in Dr. Singer's data. | **Addition**: Count the number of Zuffa bouts for each year and make a bar graph. |

4

| Disputed Zuffa Summary Ex. | Ex. Number | Basic Data Operations | Arithmetic Operations |
|---|---|---|---|
| MSJ Reply Ex. 131 | ZCCX229 | Sort to include only 2013 promoters and athletes as listed in the exhibit. | **None**. |