# EXHIBIT 4

## List of Disputed Zuffa Summary Exhibits by Type of Basic Data Visualization Used and Underlying Materials

**List of Disputed Zuffa Summary Exhibits by Type of Basic Data Visualization Used and Underlying Materials**

| Zuffa Summary Ex. | Ex. Num. | Type of Exhibit | Underlying Materials[1] |
|---|---|---|---|
| SE1 | ZCCX296 | Scatterplot | Singer Regression Data |
| SE2 | ZCCX301 | Bar chart | Singer Regression Data |
| SE3 | ZCCX302 | Table (p. 1), line graphs (p. 2-4) | Singer Regression Data |
| SE6 | ZCCX305 | Table | Singer Regression Data |
| SE7 | ZCCX306 | Bar chart | Singer Regression Data, data from Sherdog.com website. |
| SE10 | ZCCX297 | Bar chart | Singer Regression Data |
| SE11 | ZCCX298 | Table | Zuffa-produced spreadsheets in Dr. Singer's backup data |
| SE12 | ZCCX299 | Bar chart | Singer Regression Data |
| Class Cert. Opp. Ex 87 ("COE87") | ZCCX210 | Histogram | Singer Regression Data |
| Class Cert. Opp. Ex 88 ("COE88") | ZCCX211 | Histogram | Singer Regression Data |
| Class Cert. Opp. Ex 89 ("COE89") | ZCCX212 | Histogram | Singer Regression Data |
| Class Cert. Opp. Ex 92 ("COE92") | ZCCX213 | Table | Various documents produced in this litigation and filed as exhibits to Zuffa's opposition to class certification |
| MSJ Ex. 87 ("SJE87") | ZCCX194 | Table | Singer Backup (Sherdog) Data[2] |
| MSJ Ex. 96 ("SJE96") | ZCCX198 | Table | Singer Backup (Sherdog) Data |
| MSJ Ex. 97 ("SJE97") | ZCCX199 | Table | Singer Backup (Sherdog) Data |
| MSJ Ex. 98 ("SJE98") | ZCCX200 | Table | Singer Backup (Sherdog) Data |
| MSJ Ex. 99 ("SJE99") | ZCCX201 | Table | Singer Backup (Sherdog) Data |
| MSJ Reply Ex. 114 ("SJE114") | ZCCX256 | Table | Singer Backup (Sherdog) Data |
| MSJ Reply Ex. 124 ("SJE124") | ZCCX230 | Table | Singer Backup (Sherdog) Data |
| MSJ Reply Ex. 126 ("SJE126") | ZCCX183 | Table | Publicly available sources as listed in the footnotes on page 1 of the summary exhibit |
| MSJ Reply Ex. 128 ("SJE128") | ZCCX277 | Bar chart | Singer Backup (Sherdog) Data |
| MSJ Reply Ex. 131 ("SJE131") | ZCCX229 | Table | Singer Backup (Sherdog) Data |

---

[1] Zuffa summary exhibits SE2, SE6, SE10, SE11, COE87, COE88, and COE89 are adjusted for inflation using CPI-U data that was provided to Plaintiffs as part of the backup materials to Prof. Topel's first expert report.

[2] This dataset bears the file name "Sherdog Denom for Market Shares.dta."