# EXHIBIT 5

# 15_Core_Regs_Plus_Damages

```stata
 1      cd "[Insert Root Here]\WORKPAPERS\Do"
 2      run 01_SetParms
 3      set more off
 4      clear
 5      clear mata
 6      clear matrix
 7      set maxvar 10000
 8      set matsize 5000
 9      pause on
10
11      use "$data\Regression Data.dta", clear
12      drop zfs_*
13      drop month
14      gen month = month(event_date)
15      drop year
16      gen year = year(event_date)
17      replace year = year(event_date) if year == .
18      rename compensation fighter_comp
19      drop if fighterid == .
20
21      gen US_fight = 1 if CountryName == "USA"
22      egen US_fighter = max(US_fight), by(fighterid)
23      gen US_fighter_comp = fighter_comp if US_fighter == 1
24
25      gen Gender = 1
26      replace Gender = 0 if gender == "F"
27
28      gen winID = 0
29      replace winID = 1 if FightOutcome == "Win" | result == "win"
30
31      sort fighterid event_date FightID
32      by fighterid: gen Wins = sum(winID)
33      by fighterid: gen Fights = _n
34
35      destring Fight_FightOfTheNight Fight_FighterKOOfTheNight Fight_FighterSubmissionOfTheNigh Fight_FighterPerformanceOfTheNig, replace
36      replace Fight_FightOfTheNight = 0 if Fight_FightOfTheNight == .
37      replace Fight_FighterKOOfTheNight = 0 if Fight_FighterKOOfTheNight == .
38      replace Fight_FighterSubmissionOfTheNigh = 0 if Fight_FighterSubmissionOfTheNigh == .
39      replace Fight_FighterPerformanceOfTheNig = 0 if Fight_FighterPerformanceOfTheNig == .
40
41      gen ppvid = 0
42      replace ppvid = 1 if ppv != 0 & ppv != .
43
44      gen loaid = 0
45      replace loaid = 1 if loa != 0 & loa !=.
46
47      egen countryid = group(CountryName)
48      egen venueid = group(VenueName)
49
50      bysort eventid: gen fightercount = _N
51
52      egen currentrank = rowmin(rank*)
53
54      replace currentrank = 0 if currentrank == .
55      gen hasrank = 0
56      replace hasrank = 1 if currentrank != 0
57
58      label define weightids 1 "Weightclass: Heavyweight (UFC)" 2 "Weightclass: Light Heavyweight (UFC)" 3 "Weightclass: Middleweight (UFC)" 4 "Weightclass: Welterweight (UFC)" 5 "Weightclass: Lightweight (UFC/WEC)" 6 "Weightclass: Featherweight (UFC/WEC)" 7 "Weightclass: Bantamweight (UFC/WEC)" 8 "Weightclass: Flyweight (UFC/WEC)" 13 "Weightclass: Catch Weight" 22 "Middleweight - Old UFC" 24 "Weightclass: Women's Featherweight (Strikeforce)" 25 "Weightclass: Women's Bantamweight (UFC)" 32 "Weightclass: Women's Strawweight (UFC)"
59      label values WeightClassID weightids
60
61      gen pay_ratio = fighter_comp/event_totalrevenues
62      drop if pay_ratio==0
63      drop if pay_ratio==.
```

```stata
64
65      sort fighterid zuffa_owned event_date FightID
66      by fighterid zuffa_owned: gen bout_num= _n
67
68      gen trend = event_date/1000
69      gen odds = -1*Fight_FighterOdds/100
70      gen strike_perc = Bout_TotalStrikesLanded/Bout_TotalStrikesAttempted
71      replace strike_perc = 0 if Bout_TotalStrikesAttempted ==0
72      gen sig_strike_perce = Bout_SigStrikesLanded/Bout_SigStrikesAttempted
73      replace sig_strike_perc = 0 if Bout_SigStrikesAttempted ==0
74      gen td_perc = Bout_TakedownsLanded/Bout_TakedownsAttempted
75      replace td_perc = 0 if Bout_TakedownsAttempted==0
76
77      global FM_1 = "Bout_KnockDowns Bout_TotalStrikesLanded Bout_TotalStrikesAttempted
        strike_perc Bout_SigStrikesLanded Bout_SigStrikesAttempted sig_strike_perc"
78      global FM_2 = "Bout_TakedownsLanded Bout_TakedownsAttempted td_perc
        Bout_SubmissionsAttempted Bout_OffensivePasses  Bout_Sweeps"
79      global FM_data ="$FM_1 $FM_2"
80
81      tab FightMethod, gen(end_type)
82      rename end_type1  Could_Not_Continue
83      rename end_type2  DQ
84      rename end_type3  Dec_Major
85      rename end_type4  Dec_Splt
86      rename end_type5  Dec_Unan
87      rename end_type6  KO_TKO
88      rename end_type7  Overturned
89      rename end_type8  Sub
90      rename end_type9  TKO_DR
91
92      global win_method "Could_Not_Continue DQ Dec_Major Dec_Splt Dec_Unan KO_TKO Overturned Sub
        TKO_DR"
93
94      replace organization = "STRIKEFORCE" if zuffa_owned==0
95
96      tab organiz, gen(org_ind)
97      rename org_ind1 STRIKEFORCE
98      rename org_ind2 UFC
99      rename org_ind3 WEC
100
101     gen SF_pre = 0
102     replace SF_pre = 1 if STRIKEFORCE==1 & zuffa_owned==0
103
104     global organiz "STRIKEFORCE UFC WEC"
105     global initial_controls "winID hasrank currentrank loaid ppvid Wins Fights"
106     global End_Vars "Fight_EndingRoundNum $win_method"
107     global FOTN "Fight_FightOfTheNight Fight_FighterKOOfTheNight
        Fight_FighterSubmissionOfTheNigh Fight_FighterPerformanceOfTheNig"
108     global fixed_effects "Gender i.WeightClassID i.Fight_DisplayOrder i.bout_num i.year
        i.countryid i.venueid $organiz"
109     global varlist "$initial_controls $FOTN $End_Vars $FM_data $fixed_effects trend"
110
111     tab eventid if pay_ratio > 1
112     drop if pay_ratio > 1
113
114     gsort fighterid event_date FightID
115     by fighterid: gen counter = _n
116     tsset fighterid counter
117     drop counter
118
119     gen FS = tfs_rYRL_World_dFMp_R9_t30
120     replace FS = 0 if zuffa_owned == 0
121
122     gen FS_alt1 = tfs_rYRL_World_dFMrA_R9_t30
123     replace FS_alt1 = 0 if zuffa_owned == 0
124
125     gen FS_alt2 = tfs_rYRL_World_dr15m_R9_t30
126     replace FS_alt2 = 0 if zuffa_owned == 0
127
128     gen FS_SF = tfs_rYRL_World_dFMp_R9_t30
```

```stata
129      replace FS_SF = 0 if zuffa_owned == 1
130
131      gen FS_SF1 = tfs_rYRL_World_dFMrA_R9_t30
132      replace FS_SF1 = 0 if zuffa_owned == 1
133
134      gen FS_SF2 = tfs_rYRL_World_dr15m_R9_t30
135      replace FS_SF2 = 0 if zuffa_owned == 1
136
137      capture drop beta*
138
139      xtreg pay_ratio  FS $varlist, fe robust
140      est store column1
141      areg  pay_ratio  FS $varlist, absorb(fighterid) r
142      local col1newR = round(`e(r2)',.001)
143
144      xtreg pay_ratio  FS_alt1 $varlist, fe robust
145      est store column2
146      areg  pay_ratio  FS_alt1 $varlist, absorb(fighterid) r
147      local col2newR = round(`e(r2)',.001)
148
149      xtreg pay_ratio  FS_alt2 $varlist, fe robust
150      est store column3
151      areg  pay_ratio  FS_alt2 $varlist, absorb(fighterid) r
152      local col3newR = round(`e(r2)',.001)
153
154      xtreg pay_ratio  FS FS_SF $varlist, fe robust
155      xtreg pay_ratio  FS_alt1 FS_SF1 $varlist, fe robust
156      xtreg pay_ratio  FS_alt2 FS_SF2 $varlist, fe robust
157
158      preserve
159      outreg2 [column1 column2 column3] using "$data/Bout Class Main Regression.dta", pval replace
          dta
160      use "$data/Bout Class Main Regression_dta.dta", clear
161      assert v1[551] == "R-squared"
162      replace v2 = "`col1newR'" in 551
163      replace v3 = "`col2newR'" in 551
164      replace v4 = "`col3newR'" in 551
165      export excel using "$output/Regression Output/Bout Class Main Regression.xlsx", sheetreplace
          sheet("Data") firstrow(var)
166      capture rm "$data/Bout Class Main Regression_dta.dta"
167      capture rm "$data/Bout Class Main Regression.dta"
168      restore
169
170      preserve
171      keep if zuffa_owned==1
172      bysort year: egen total_annual_comp = sum(fighter_comp)
173      bysort year fighterid: egen annual_fighter_comp = sum(fighter_comp)
174      gen other_annual_comp = total_annual_comp - annual_fighter_comp
175      bysort eventid: gen counter = _n
176      replace counter = 0 if counter!=1
177      bysort year: egen total_annual_events = sum(counter)
178      drop counter
179      bysort eventid fighterid: gen counter = _n
180      replace counter = 0 if counter!=1
181      bysort year fighterid: egen annual_fighter_events = sum(counter)
182      gen fighter_comp_per_event = annual_fighter_comp/annual_fighter_events
183      gen other_comp_per_event = other_annual_comp/total_annual_events
184      gen total_comp_per_event = total_annual_comp/total_annual_events
185
186      bysort year fighterid: gen unique = _n
187      keep if unique==1
188      tsset fighterid year
189      gen lny = ln(fighter_comp_per_event)
190      gen lny_oth = ln(other_comp_per_event)
191      gen t = year - 2000
192
193      tempfile restart
194      save `restart'
195
196      gen year_l = year + 1
```

```stata
197     collapse (mean) other_comp_per_event , by (fighterid year_l)
198     rename year_l year
199     gen lny_oth_lag = ln(other_comp_per_event)
200     drop other_comp_per_event
201     sort fighterid year
202     tempfile lagcomp1
203     save `lagcomp1'
204
205     use `restart', clear
206
207     gen year_l = year + 1
208     capture drop unique
209     bysort year_l: gen unique = _n
210     keep if unique==1
211     collapse (mean) total_comp_per_event , by (year_l)
212     rename year_l year
213     gen lny_tot_lag = ln(total_comp_per_event)
214     drop total_comp_per_event
215     sort year
216     tempfile lagcomp2
217     save `lagcomp2'
218
219     use `restart', clear
220
221     sort fighterid year
222     merge fighterid year using `lagcomp1'
223     drop _merge
224     sort year
225     merge year using `lagcomp2'
226     sort fighterid year
227
228     xtreg  lny lny_oth t, fe r
229     est store bccscol1
230     areg  lny lny_oth t, absorb(fighterid) r
231     local col1newR = round(`e(r2)',.001)
232
233     replace lny_oth_lag = lny_tot_lag if lny_oth_lag==.
234     xtreg  lny lny_oth_lag t, fe r
235     est store bccscol2
236     areg  lny lny_oth_lag t, absorb(fighterid) r
237     local col2newR = round(`e(r2)',.001)
238
239     outreg2 [bccscol1 bccscol2] using "$data\BC Comp Structure.dta", pval replace dta
240     use "$data\BC Comp Structure_dta.dta", clear
241     assert v1[15] == "R-squared"
242     replace v2 = "`col1newR'" in 15
243     replace v3 = "`col2newR'" in 15
244     export excel using "$output/Regression Output/Compensation Struture Regressions.xlsx",
        sheetreplace sheet("Bout Class") firstrow(var)
245     capture rm "$data\BC Comp Structure_dta.dta"
246     capture rm "$dataBC Comp Structure.dta"
247     restore
248
249     preserve
250     xtreg pay_ratio FS $varlist, fe robust
251     keep if e(sample) == 1
252
253     keep if zuffa_owned  == 1
254
255     gen event_totalrevenues_mil = event_totalrevenues /1000000
256     gen fighter_comp_thou = fighter_comp /1000
257
258     local sumlist FS FS_alt1 FS_alt2 fighter_comp_thou event_totalrevenues_mil Gender
        Fight_EndingRoundNum $initial_controls $FM_data
259
260     reg pay_ratio `sumlist', robust
261
262     outreg2 using "$data\Bout Summary Statistics.dta", dta sum replace sideway stats(mean sd min
         max) ststr(replace mean="$"+mean if varname == "event_totalrevenues_mil" | varname ==
        "fighter_comp_thou", replace sd="$"+sd if varname == "event_totalrevenues_mil" | varname ==
```

```stata
                       "fighter_comp_thou", replace min="$"+min if varname == "event_totalrevenues_mil" | varname
                       == "fighter_comp_thou", replace max="$"+max if varname == "event_totalrevenues_mil" |
                       varname == "fighter_comp_thou") fmt(fc)
263             use "$data\Bout Summary Statistics_dta.dta", clear
264             export excel using "$output/Regression Output/Summary Statistics.xlsx", sheetreplace sheet(
                       "Bout Class")
265             capture rm "$data\Bout Summary Statistics_dta.dta"
266             capture rm "$data\Bout Summary Statistics.dta"
267             restore
268
269             local sf_pre SF nSF
270             local window_list R
271             local term_list 30
272             local daterange_list 9
273             local denom_list dFMp dFMrA dr15m
274             local weight_list _rYRL_ _
275
276             foreach pre of local sf_pre {
277                 foreach window of local window_list {
278                     foreach daterange of local daterange_list {
279                         foreach term of local term_list {
280                             local colstorage ""
281                                 foreach weight of local weight_list {
282                                     foreach denom of local denom_list {
283                                         foreach butforFS in 0 0.2 0.3 {
284                                             preserve
285                                                 capture drop beta
286                                                 quietly replace FS = tfs`weight'World_`denom'_`window'`daterange'_t`term'
287                                                 quietly replace FS = 0 if zuffa_owned == 0
288
289                                                 if "`pre'" == "SF" {
290                                                     qui xtreg pay_ratio  FS $varlist, fe robust
291                                                 }
292                                                 else if "`pre'" == "nSF" {
293                                                     qui xtreg pay_ratio  FS $varlist if zuffa_owned == 1, fe robust
294                                                 }
295
296                                                 matrix b=e(b)
297
298                                                 scalar beta=b[1,1]
299
300                                                 drop if year < 2010
301
302                                                 gen day = day(event_date)
303
304                                                 capture drop month
305
306                                                 gen month = month(event_date)
307
308                                                 drop if year == 2010 & month < 12
309
310                                                 drop if year == 2010 & month == 12 & day < 16
311
312                                                 gen beta = beta
313
314                                                 gen but_for_share = pay_ratio - beta*(FS  - `butforFS')
315
316                                                 gen but_for_comp = but_for_share*event_totalrevenues
317
318                                                 bysort eventid: gen counter = _n
319
320                                                 gen event_rev_unique = 0
321
322                                                 replace event_rev_unique = event_totalrevenues if counter==1
323
324                                                 drop if zuffa_owned == 0
325
326                                                 collapse (sum) fighter_comp but_for_comp event_rev_unique, by (
```

```stata
                                    year)
327
328                                    gen pay_ratio_actual = fighter_comp/event_rev_unique
329
330                                    gen pay_ratio_but_for = but_for_comp/event_rev_unique
331
332                                    keep year pay_ratio_actual pay_ratio_but_for
333
334                                    order year pay_ratio_actual pay_ratio_but_for
335
336                                    export excel using "$output/Regression Output/Bout Class Damages Estimates.xlsx", sheet("FS`butforFS'`weight'`denom'_`window'`daterange'_t`term'_`pre'") sheetreplace
337
338                                restore
339                            }
340                        }
341                    }
342                }
343            }
344        }
345    }
346
347    foreach FS_type in FS FS_alt1 FS_alt2 {
348        foreach benchmark in 0 .2 {
349            preserve
350            qui xtreg pay_ratio `FS_type' $varlist, fe robust
351            keep if zuffa_owned==1 & e(sample)
352            di "`benchmark'"
353            replace `FS_type' = `benchmark'
354            predict pr_hat
355            gen impacted_ob = 0
356            replace impacted_ob = 1 if pr_hat > pay_ratio
357            egen impacted_fighter_observations = total(impacted_ob), by(fighterid)
358            gen impacted_fighter = impacted_fighter_observations != 0
359            keep fighterid eventid event_date event_totalrevenues fighter_comp pay_ratio pr_hat impacted*
360            drop impacted_fighter_observations
361            compress
362            gsort impacted_fighter impacted_ob fighterid event_date
363            collapse (max) impacted_fighter, by(fighterid)
364            tab impacted_fighter, missing
365            export excel using "$output/Regression Output/Bout Class Undercompensated Fighter Comp.xlsx", firstrow(var) sheet("Once `FS_type'=`benchmark'") sheetreplace
366            restore
367
368            preserve
369            qui xtreg pay_ratio `FS_type' $varlist, fe robust
370            keep if zuffa_owned==1 & e(sample)
371            di "`benchmark'"
372            replace `FS_type' = `benchmark'
373            predict pr_hat
374            gen comp_hat = event_totalrevenues*pr_hat
375            collapse (sum) fighter_comp comp_hat, by(fighterid)
376            gen impacted = 0
377            replace impacted = 1 if comp_hat > fighter_comp
378            tab impacted
379            export excel using "$output/Regression Output/Bout Class Undercompensated Fighter Comp.xlsx", firstrow(var) sheet("Net `FS_type'=`benchmark'") sheetreplace
380            restore
381        }
382    }
383    use "$data\Identity Class Data.dta", clear
384    drop if fighterid == .
385    gen y = identity_payment_total
386    replace y = 0 if y==.
387    drop if y <= 0
388    collapse (sum) y, by(year)
389    replace y = y/1000000
390    export excel using "$output/Regression Output/Identity Class Damages Estimates.xlsx",
```

```
        sheetreplace sheet("Actual Payments") firstrow(var)
 391
 392
```