# EXHIBIT 6

## Printout of a backup file that was provided to Plaintiffs that underlies SE1, SE3, and SE7

```stata
1    clear all
2    cap restore
3    set type double
4    set more off
5    clear

7    global root   "...\Production for Exhibits for Evidentiary Hearing"
8    global data   "$root\Input"
9    global input  "$root\Input"
10   global output "$root\Output"

12   set more off
13   clear
14   clear mata
15   clear matrix
16   set maxvar 10000
17   set matsize 5000
18   pause on

20   use "$data\Regression Data.dta", clear

22   drop zfs_*

24   drop month
25   gen month = month(event_date)
26   drop year
27   gen year = year(event_date)
28   replace year = year(event_date) if year == .

30   rename compensation fighter_comp

32   drop if fighterid == .

34   gen US_fight = 1 if CountryName == "USA"
35   egen US_fighter = max(US_fight), by(fighterid)
36   gen US_fighter_comp = fighter_comp if US_fighter == 1

38   gen Gender = 1
39   replace Gender = 0 if gender == "F"

41   gen winID = 0
42   replace winID = 1 if FightOutcome == "Win" | result == "win"

44   sort fighterid event_date FightID
45   by fighterid: gen Wins = sum(winID)
46   by fighterid: gen Fights = _n

48   destring Fight_FightOfTheNight Fight_FighterKOOfTheNight Fight_FighterSubmissionOfTheNigh Fight_FighterPerformanceOfTheNig, replace
49   replace Fight_FightOfTheNight = 0 if Fight_FightOfTheNight == .
50   replace Fight_FighterKOOfTheNight = 0 if Fight_FighterKOOfTheNight == .
51   replace Fight_FighterSubmissionOfTheNigh = 0 if Fight_FighterSubmissionOfTheNigh == .
52   replace Fight_FighterPerformanceOfTheNig = 0 if Fight_FighterPerformanceOfTheNig == .

54   gen ppvid = 0
55   replace ppvid = 1 if ppv != 0 & ppv != .

57   gen loaid = 0
58   replace loaid = 1 if loa != 0 & loa !=.

60   egen countryid = group(CountryName)
61   egen venueid = group(VenueName)

63   bysort eventid: gen fightercount = _N

65   egen currentrank = rowmin(rank*)

67   replace currentrank = 0 if currentrank == .
68   gen hasrank = 0
69   replace hasrank = 1 if currentrank != 0
```

```
 70
 71     label define weightids 1 "Weightclass: Heavyweight (UFC)" 2 "Weightclass: Light Heavyweight
        (UFC)" 3 "Weightclass: Middleweight (UFC)" 4 "Weightclass: Welterweight (UFC)" 5
        "Weightclass: Lightweight (UFC/WEC)" 6 "Weightclass: Featherweight (UFC/WEC)" 7
        "Weightclass: Bantamweight (UFC/WEC)" 8 "Weightclass: Flyweight (UFC/WEC)" 13 "Weightclass:
        Catch Weight" 22 "Middleweight - Old UFC" 24 "Weightclass: Women's Featherweight
        (Strikeforce)" 25 "Weightclass: Women's Bantamweight (UFC)" 32 "Weightclass: Women's
        Strawweight (UFC)"
 72     label values WeightClassID weightids
 73
 74     gen pay_ratio = fighter_comp/event_totalrevenues
 75     drop if pay_ratio==0
 76     drop if pay_ratio==.
 77
 78     sort fighterid zuffa_owned event_date FightID
 79     by fighterid zuffa_owned: gen bout_num= _n
 80
 81     gen trend = event_date/1000
 82     gen odds = -1*Fight_FighterOdds/100
 83
 84     gen strike_perc = Bout_TotalStrikesLanded/Bout_TotalStrikesAttempted
 85     replace strike_perc = 0 if Bout_TotalStrikesAttempted ==0
 86     gen sig_strike_perce = Bout_SigStrikesLanded/Bout_SigStrikesAttempted
 87     replace sig_strike_perc = 0 if Bout_SigStrikesAttempted ==0
 88     gen td_perc = Bout_TakedownsLanded/Bout_TakedownsAttempted
 89     replace td_perc = 0 if Bout_TakedownsAttempted==0
 90
 91     global FM_1 = "Bout_KnockDowns Bout_TotalStrikesLanded Bout_TotalStrikesAttempted
        strike_perc Bout_SigStrikesLanded Bout_SigStrikesAttempted sig_strike_perc"
 92     global FM_2 = "Bout_TakedownsLanded Bout_TakedownsAttempted td_perc
        Bout_SubmissionsAttempted Bout_OffensivePasses  Bout_Sweeps"
 93     global FM_data ="$FM_1 $FM_2"
 94
 95     tab FightMethod, gen(end_type)
 96     rename end_type1  Could_Not_Continue
 97     rename end_type2  DQ
 98     rename end_type3  Dec_Major
 99     rename end_type4  Dec_Splt
100     rename end_type5  Dec_Unan
101     rename end_type6  KO_TKO
102     rename end_type7  Overturned
103     rename end_type8  Sub
104     rename end_type9  TKO_DR
105
106     global win_method "Could_Not_Continue DQ Dec_Major Dec_Splt Dec_Unan KO_TKO Overturned Sub
        TKO_DR"
107
108     replace organization = "STRIKEFORCE" if zuffa_owned==0
109
110     tab organiz, gen(org_ind)
111     rename org_ind1 STRIKEFORCE
112     rename org_ind2 UFC
113     rename org_ind3 WEC
114
115     gen SF_pre = 0
116     replace SF_pre = 1 if STRIKEFORCE==1 & zuffa_owned==0
117
118     global organiz "STRIKEFORCE UFC WEC"
119     global initial_controls "winID hasrank currentrank loaid ppvid Wins Fights"
120     global End_Vars "Fight_EndingRoundNum $win_method"
121     global FOTN "Fight_FightOfTheNight Fight_FighterKOOfTheNight
        Fight_FighterSubmissionOfTheNigh Fight_FighterPerformanceOfTheNig"
122     global fixed_effects "Gender i.WeightClassID i.Fight_DisplayOrder i.bout_num i.year
        i.countryid i.venueid $organiz"
123     global varlist "$initial_controls $FOTN $End_Vars $FM_data $fixed_effects trend"
124
125     tab eventid if pay_ratio > 1
126     drop if pay_ratio > 1
127
128     gsort fighterid event_date FightID
```

```
129     by fighterid: gen counter = _n
130     tsset fighterid counter
131     drop counter
132     
133     gen post_SF=(organization=="STRIKEFORCE" & zuffa_owned==1)
134     
135     gen FS = tfs_rYRL_World_dFMp_R9_t30
136     replace FS = 0 if zuffa_owned == 0
137     
138     gen FS_alt1 = tfs_rYRL_World_dFMrA_R9_t30
139     replace FS_alt1 = 0 if zuffa_owned == 0
140     
141     gen FS_alt2 = tfs_rYRL_World_dr15m_R9_t30
142     replace FS_alt2 = 0 if zuffa_owned == 0
143     
144     
145     *************************
146     **** Exhibit 1
147     *************************
148     
149     preserve
150     xtreg pay_ratio FS_alt1 $varlist, fe robust
151     keep if e(sample)
152     keep if STRIKEFORCE==1
153     gen n=1
154     collapse (sum) n (mean) FS FS_alt1 FS_alt2 pay_ratio, by(zuffa_owned)
155     export excel using "$output\Exhibit 1.xlsx", sheet("Summary Table") sheetreplace firstrow(variables)
156     restore
157     
158     preserve
159     xtreg pay_ratio FS_alt1 $varlist, fe robust
160     keep if e(sample)
161     keep if STRIKEFORCE==1
162     keep pay_ratio FS_alt1 zuffa_owned
163     gen pay_ratio_pre=pay_ratio if zuffa_owned==0
164     gen pay_ratio_post=pay_ratio if zuffa_owned==1
165     gen FS_alt1_pre=FS_alt1 if zuffa_owned==0
166     gen FS_alt1_post=FS_alt1 if zuffa_owned==1
167     drop pay_ratio FS_alt1
168     sort zuffa_owned
169     order FS_alt1_pre pay_ratio_pre FS_alt1_post pay_ratio_post zuffa_owned
170     export excel using "$output\Exhibit 1.xlsx", sheet("Bouts") sheetmodify firstrow(variables)
171     restore
172     
173     
174     *************************
175     **** Exhibit 3
176     *************************
177     
178     
179     preserve
180     
181     xtreg pay_ratio FS_alt1 $varlist, fe robust
182     keep if e(sample)
183     keep if organization=="UFC"
184     
185     bys year: egen mean_pay_ratio=mean(pay_ratio)
186     bys year: egen mean_fs=mean(FS)
187     bys year: egen mean_fs_alt1=mean(FS_alt1)
188     
189     bys fighterid: gen temp=_N
190     keep if temp>1
191     
192     bys fighterid: egen pay_ratio_mean=mean(pay_ratio)
193     bys fighterid: egen fs_alt1_mean=mean(FS_alt1)
194     bys fighterid: egen fs_mean=mean(FS)
195     
196     gen dev_pay_ratio=pay_ratio-pay_ratio_mean
197     gen dev_fs_alt1=FS_alt1-fs_alt1_mean
```

```
198         gen dev_fs=FS-fs_mean
199
200         collapse (mean) mean_pay_ratio mean_fs mean_fs_alt1 dev_pay_ratio dev_fs dev_fs_alt1, by(
            year)
201
202         sort year
203         order year dev_pay_ratio dev_fs dev_fs_alt1
204         export excel using "$output\Exhibit 3.xlsx", sheet("deviations") sheetreplace firstrow(
            variables)
205
206         restore
207
208
209         preserve
210
211         gen year0=year
212         levelsof year, local(list)
213         foreach yy in `list' {
214         gen yy__`yy'=(year==`yy')
215         }
216         replace year=0
217
218         xtreg pay_ratio FS_alt1 yy__* $varlist, fe robust
219         keep if e(sample)
220
221         sum year0 if e(sample)
222         local y0=r(min)
223
224         gen pay_ratio_hat_alt1=FS_alt1*_b[FS_alt1]+trend*_b[trend]
225         foreach yy in `list' {
226         replace pay_ratio_hat_alt1=pay_ratio_hat_alt1+_b[yy__`yy']*(year0==`yy')
227         }
228
229         sum pay_ratio if organization=="UFC" & year0==`y0'
230         local a=r(mean)
231         sum pay_ratio_hat_alt1 if organization=="UFC" & year0==`y0'
232         replace pay_ratio_hat_alt1=pay_ratio_hat_alt1+`a'-r(mean)
233
234         xtreg pay_ratio FS yy__* $varlist, fe robust
235         keep if e(sample)
236
237         gen pay_ratio_hat=FS*_b[FS]+trend*_b[trend]
238         foreach yy in `list' {
239         replace pay_ratio_hat=pay_ratio_hat+_b[yy__`yy']*(year0==`yy')
240         }
241
242         sum pay_ratio if organization=="UFC" & year0==`y0'
243         local a=r(mean)
244         sum pay_ratio_hat if organization=="UFC" & year0==`y0'
245         replace pay_ratio_hat=pay_ratio_hat+`a'-r(mean)
246
247         keep if organization=="UFC"
248         collapse (mean) pay_ratio_hat pay_ratio_hat_alt1, by(year0)
249         sort year0
250         order year0 pay_ratio_hat pay_ratio_hat_alt1
251         export excel using "$output\Exhibit 3.xlsx", sheet("predicted pay ratio") sheetreplace
            firstrow(variables)
252
253         restore
254
255         ************************
256         **** Exhibit 7
257         ************************
258
259         preserve
260
261         bys eventid: egen event_ccc=sum(fighter_comp)
262         gen event_wage_share=event_ccc/event_totalrevenues
263
264         xtreg pay_ratio FS_alt1 $varlist, fe robust
```

```
265	    gen temp=(e(sample))
266	    bys eventid: egen event_nn=sum(temp)
267	
268	    keep if organization=="STRIKEFORCE"
269	
270	    keep event_date event_wage_share event_nn
271	    duplicates drop
272	    sort event_date
273	
274	    export excel using "$output\Exhibit 7.xlsx", sheet("data") sheetmodify
275	
276	    restore
277	
278	    clear
279	
280	
281	
282	
283	
284	
285	
286	
287	
288	
289	
```