# EXHIBIT 8

## Email from S. Nero to P. Madden dated April 13, 2018

| | |
|---|---|
| **From:** | Suzanne Jaffe Nero |
| **To:** | pmadden@bm.net; Mark R. Suter (msuter@bm.net) |
| **Subject:** | ftp password |
| **Date:** | Friday, April 13, 2018 12:01:00 PM |

Patrick and Mark, the password to the FTP is below.  Let me know if you have trouble accessing it.

■■■■

**Suzanne E. Nero**
Associate

**BOIES SCHILLER FLEXNER** LLP

1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 2781
snero@bsfllp.com
www.bsfllp.com