# EXHIBIT 9

## Email from B. Nakamura to P. Madden dated June 21, 2019

| From: | Brent Nakamura |
|---|---|
| To: | "Patrick Madden"; Mark R. Suter; Eric Cramer; Michael Dell"Angelo; Joseph Saveri; Kevin Rayhill; Jiamie Chen; Joshua Paul Davis; Richard A. Koffman; Daniel Silverman; Don Springmeyer; Robert C. Maysey; Jerome Elwell |
| Cc: | Stacey Grigsby; Marcy Norwood Lynch; Rory Skaggs; Suzanne Jaffe Nero; Meghan Strong; Amanda Strick; Jonathan Shaw; Nicholas Widnell |
| Subject: | RE: Le v. Zuffa – Statement in Plaintiffs' Objections Regarding Backup Materials for Class Certification Opposition Summary Exhibits 87 through 89 |
| Date: | Friday, June 21, 2019 1:58:35 PM |

Hello Patrick,

The backup materials to Zuffa's Opposition to Class Certification, Exhibits 87, 88, and 89, previously uploaded on April 13, 2018, are available from our ShareFile site:
https://bsfllp.sharefile.com/f/fo757821-e742-499b-90b0-71dbd4969786

Please let me know if you have trouble accessing the materials.

Thanks,
Brent

Brent K. Nakamura
(direct) +1 (510) 874-1207
(mobile) +1 ▮▮▮▮▮▮▮▮

---

**From:** Patrick Madden [mailto:pmadden@bm.net]
**Sent:** Friday, June 21, 2019 1:28 PM
**To:** Brent Nakamura <bnakamura@bsfllp.com>; Mark R. Suter <msuter@bm.net>; Eric Cramer <ecramer@bm.net>; Michael Dell'Angelo <mdellangelo@bm.net>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Jiamie Chen <JChen@saverilawfirm.com>; Joshua Paul Davis <davisj@usfca.edu>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <DSilverman@cohenmilstein.com>; Don Springmeyer <DSpringmeyer@wrslawyers.com>; Robert C. Maysey <rmaysey@warnerangle.com>; Jerome Elwell <jelwell@warnerangle.com>
**Cc:** Stacey Grigsby <sgrigsby@bsfllp.com>; Marcy Norwood Lynch <mlynch@bsfllp.com>; Rory Skaggs <rskaggs@bsfllp.com>; Suzanne Jaffe Nero <snero@bsfllp.com>; Meghan Strong <mstrong@bsfllp.com>; Amanda Strick <astrick@bsfllp.com>; Jonathan Shaw <jshaw@bsfllp.com>; Nicholas Widnell <nwidnell@bsfllp.com>
**Subject:** RE: Le v. Zuffa – Statement in Plaintiffs' Objections Regarding Backup Materials for Class Certification Opposition Summary Exhibits 87 through 89

Brent –
Please re-load these materials onto an FTP for our review. Thanks.
Our Reply brief will make clear that Plaintiffs have received the back-up materials for these exhibits. Having said that, please note that our objection to these particular exhibits pertained to Zuffa's failure to disclose these analyses or discuss this evidence in this way in its expert reports, and therefore that its experts cannot testify about them at the hearing.

---

PATRICK F. MADDEN / *Associate*
**d** 215.875.3035 **m** 215.875.3000 | pmadden@bm.net

## BERGER | MONTAGUE

1818 MARKET ST | SUITE 3600 | PHILADELPHIA, PA 19103
bergermontague.com | twitter | facebook | linkedin

---

**From:** Brent Nakamura <bnakamura@bsfllp.com>
**Sent:** Friday, June 21, 2019 3:34 PM
**To:** Mark R. Suter <msuter@bm.net>; Eric Cramer <ecramer@bm.net>; Michael Dell'Angelo <mdellangelo@bm.net>; Patrick Madden <pmadden@bm.net>; Joseph Saveri <jsaveri@saverilawfirm.com>; Kevin Rayhill <krayhill@saverilawfirm.com>; Jiamie Chen <JChen@saverilawfirm.com>; Joshua Paul Davis <davisj@usfca.edu>; Richard A. Koffman <rkoffman@cohenmilstein.com>; Daniel Silverman <DSilverman@cohenmilstein.com>; Don Springmeyer <DSpringmeyer@wrslawyers.com>; Robert C. Maysey <rmaysey@warnerangle.com>; Jerome Elwell <jelwell@warnerangle.com>
**Cc:** Stacey Grigsby <sgrigsby@bsfllp.com>; Marcy Norwood Lynch <mlynch@bsfllp.com>; Rory Skaggs <rskaggs@bsfllp.com>; Suzanne Jaffe Nero <snero@bsfllp.com>; Meghan Strong <mstrong@bsfllp.com>; Amanda Strick <astrick@bsfllp.com>; Jonathan Shaw <jshaw@bsfllp.com>; Nicholas Widnell <nwidnell@bsfllp.com>
**Subject:** Le v. Zuffa – Statement in Plaintiffs' Objections Regarding Backup Materials for Class Certification Opposition Summary Exhibits 87 through 89

Counsel,

We were surprised to see the statement on page 7, line 19 of your June 14, 2019 objections brief that "Zuffa never provided the back-up material for COE87, COE88, or COE89."  That statement is incorrect.

As you can see in the attached emails, we provided you with access to the backup materials for Exhibits 87 to 89 on April 13, 2018, shortly after Zuffa's opposition to class certification was filed.

Please let me know if you would like me to create another FTP to send you the backup materials for Exhibits 87, 88, and 89 so that you may examine the backup materials and evaluate whether they are accurate summaries of Dr. Singer's regression data.

Thanks,
Brent

**Brent K. Nakamura**
Associate

## BOIES SCHILLER FLEXNER LLP

1999 Harrison Street, Suite 900
Oakland, CA 94612
(direct) +1 510 874 1207
(mobile) +1 ██████████
bnakamura@bsfllp.com
https://protect-us.mimecast.com/s/yDjJCR65lzc0QD6GuoNVdO

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]