# EXHIBIT 11

## Excerpt from Dr. Singer's "Sherdog Denom for Market Shares.dta" file

Observations in "Sherdog Denom for Market Shares.dta" from UFC 192 Cormier vs. Gustafsson on October 3, 2015

Athlete-Bouts from UFC 192 in "Sherdog Denom for Market Shares.dta":

| Variable Description | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Athlete | SD_fighter | ALEXANDER GUSTAFSSON | DANIEL CORMIER | RASHAD EVANS | RYAN BADER | SHAWN JORDAN | RUSLAN MAGOMEDOV | JOSEPH BENAVIDEZ | ALI BAGAUTINOV | JESSICA EYE | JULIANNA PENA | DAN HOOKER | YAIR RODRIGUEZ | ALBERT TUMENOV | ALAN JOUBAN | ADRIANO MARTINS | ISLAM MAKHACHEV | ROSE NAMAJUNAS | ANGELA HILL | FRANCISCO TREVINO | SAGE NORTHCUTT | CHRIS CARIASO | SERGIO PETTIS | DERRICK LEWIS | VIKTOR PESTA |
| Athlete ID | fighterid | 26162 | 52311 | 10200 | 22858 | 45624 | 74434 | 15008 | 81198 | 39575 | 50883 | 45122 | 106305 | 60198 | 65878 | 9907 | 76836 | 69083 | 148517 | 38029 | 130911 | 16467 | 50987 | 59284 | 74176 |
| | eventid | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 | UFC 192 |
| | date | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 | 2015-10-03 |
| | location | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States | Toyota Center, Houston, Texas, United States |
| | promoter | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship | Ultimate Fighting Championship |
| | referee | Herb Dean | Herb Dean | Herb Dean | Herb Dean | Kerry Hatley | Kerry Hatley | Kerry Hatley | Kerry Hatley | Frank Collazo | Frank Collazo | Kerry Hatley | Kerry Hatley | Frank Collazo | Frank Collazo | Frank Collazo | Frank Collazo | Joe Solis | Joe Solis | Herb Dean | Herb Dean | Joe Solis | Joe Solis | Kerry Hatley | Kerry Hatley |
| | mainevent | Yes | Yes | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| | source | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New | MMA Sherdog 20 to 30 6-28 New |
| Event Information | event_date | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 | 10/3/15 |
| | event_month | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 | 10/1/15 |
| | event_year | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 | 2015 |
| | match_month | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 | 669 |
| | location1 | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center | Toyota Center |
| | location2 | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston | Houston |
| | location3 | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas | Texas |
| | location4 | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States |
| | location5 | | | | | | | | | | | | | | | | | | | | | | | | |
| | country | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States | United States |
| | World_Flag | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | US_Flag | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | NA_Flag | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | NA_Flag_Promoter | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | zuf_flag | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | fighter1winloss | win | win | win | win | win | win | win | win | win | win | win | win | win | win | win | win | win | win | win | win | win | win | win | win |
| | fighter2winloss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss | loss |
| Match Outcome Information | winmethod | Decision (Split) | Decision (Split) | Decision (Unanimous) | Decision (Unanimous) | Decision (Unanimous) | Decision (Unanimous) | Decision (Unanimous) | Decision (Unanimous) | Decision (Unanimous) | Decision (Unanimous) | Decision (Unanimous) | Decision (Unanimous) | TKO (Head Kick and Punches) | TKO (Head Kick and Punches) | TKO (Punch) | TKO (Punch) | Submission (Rear-Naked Choke) | Submission (Rear-Naked Choke) | TKO (Elbows and Punches) | TKO (Elbows and Punches) | Decision (Unanimous) | Decision (Unanimous) | TKO (Punches) | TKO (Punches) |
| | round | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 3 | 3 | 3 |
| | time | 5:00 | 5:00 | 5:00 | 5:00 | 5:00 | 5:00 | 5:00 | 5:00 | 5:00 | 5:00 | 5:00 | 5:00 | 2:55 | 2:55 | 1:46 | 1:46 | 2:47 | 2:47 | 0:57 | 0:57 | 5:00 | 5:00 | 1:15 | 1:15 |
| Variables Indicating if Bout in Tracked, Ranked, and Headliner Markets | dRNK | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | dFMp | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | dFMrA | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | dr15m | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | rankBantamweight | | | | | | | | | | | | | | | | | | | | | | | | |
| | rankDivision_Dominance_List | | 8 | | | | | | | | | | | | | | | | | | | | | | |
| | rankFeatherweight | | | | | | | | | | | | 73 | 118 | | | | | | | | | | | |
| | rankFlyweight | | | | | | | 2 | | | | | | | | | | | | | | | 24 | 33 | |
| | rankHeavyweight | | | | | 29 | 30 | | | | | | | | | | | | | | | | | | 65 | 31 |
| | rankLightHeavyweight | 7 | 2 | | 4 | | | | | | | | | | | | | | | | | | | | |
| | rankLightweight | | | | | | | | | | | | | | | 28 | 63 | | | 215 | | | | | |
| | rankMiddleweight | | | | | | | | | | | | | | | | | | | | | | | | |
| | rankPound_for_Pound | | 8 | | | | | | | | | | | | | | | | | | | | | | |
| | rankStrawweight | | | | | | | | | | | | | | | | | | | | | | | | |
| | rankWelterweight | | | | | | | | | | | | | 32 | 60 | | | | | | 458 | | | | |
| | rankWomen___Atomweight | | | | | | | | | | | | | | | | | | | | | | | | |
| | rankWomen___Bantamweight | | | | | | | | | 9 | 10 | | | | | | | | | | | | | | |
| | rankWomen___Division_Dominance | | | | | | | | | | | | | | | | | | | | | | | | |
| | rankWomen___Featherweight_ | | | | | | | | | | | | | | | | | | | | | | | | |
| | rankWomen___Flyweight | | | | | | | | | | | | | | | | | | | | | | | | |
| | rankWomen___Pound_for_Pound | | | | | | | | | | | | | | | | | | | | | | | | |
| | rankWomen___Strawweight | | | | | | | | | | | | | | | | | 11 | 46 | | | | | | |
| | max_rank | 7 | 2 | | 4 | 29 | 30 | 2 | | 9 | 10 | 73 | 118 | 32 | 60 | 28 | 63 | 11 | 46 | 215 | 458 | 24 | 33 | 65 | 31 |
| | maxm_rank | 7 | 2 | | 4 | 29 | 30 | 2 | | 9 | 10 | 73 | 118 | 32 | 60 | 28 | 63 | 11 | 46 | 215 | 458 | 24 | 33 | 65 | 31 |
| | pound_for_pound_rank | | 8 | | | | | | | | | | | | | | | | | | | | | | |
| | avg_yrly_rev_zuffa_dFMp | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 |
| | avg_yrly_rev_other_dFMp | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 |
| | avg_yrly_rev_zuffa_dFMrA | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 |
| | avg_yrly_rev_other_dFMrA | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 |
| | avg_yrly_rev_zuffa_dr15m | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 |
| | avg_yrly_rev_other_dr15m | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 | 16969.125 |
| | weight_yrly_zuffa_dFMp | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 |
| | weight_yrly_rev_other_dFMp | | | | | | | | | | | | | | | | | | | | | | | | |
| Weights for Dr. Singer's Foreclsoure Shares | weight_yrly_zuffa_dFMrA | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 |
| | weight_yrly_rev_other_dFMrA | | | | | | | | | | | | | | | | | | | | | | | | |
| | weight_yrly_zuffa_dr15m | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 | 292104.1008 |
| | weight_yrly_rev_other_dr15m | | | | | | | | | | | | | | | | | | | | | | | | |
| | weight_rank_zuffa_dFMp | 0.142857143 | 0.5 | 0 | 0.25 | 0.034482759 | 0.033333333 | 0.5 | 0 | 0.111111111 | 0.1 | 0.01369863 | 0.008474576 | 0.03125 | 0.016666667 | 0.035714286 | 0.015873016 | 0.090909091 | 0.02173913 | 0.004651163 | 0.002183406 | 0.041666667 | 0.03030303 | 0.015384615 | 0.032258065 |
| | weight_rank_other_dFMp | | | 0 | | | | | 0 | | | | | | | | | | | | | | | | |

**Observations in "Sherdog Denom for Market Shares.dta" from UFC 192 Cormier vs. Gustafsson on October 3, 2015**

| Variable Description: | | Athlete-Bouts from UFC 192 in "Sherdog Denom for Market Shares.dta": | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | weight_rank_zuffa_dFMrA | 0.142857143 | 0.5 | 0 | 0.25 | 0.034482759 | 0.033333333 | 0.5 | 0 | 0.111111111 | 0.1 | 0.01369863 | 0.008474576 | 0.03125 | 0.016666667 | 0.035714286 | 0.015873016 | 0.090909091 | 0.02173913 | 0.004651163 | 0.002183406 | 0.041666667 | 0.03030303 | 0.015384615 | 0.032258065 |
| | weight_rank_other_dFMrA | | | 0 | | | | | 0 | | | | | | | | | | | | | | | | |
| | weight_rank_zuffa_dr15m | 0.142857143 | 0.5 | | 0.25 | | | 0.5 | | 0.111111111 | 0.1 | | | | | | | 0.090909091 | | | | | | | |
| | weight_rank_other_dr15m | | | | | | | | | | | | | | | | | | | | | | | | |
| | weight_rank_zuffa_dAll | 0.142857143 | 0.5 | 0 | 0.25 | 0.034482759 | 0.033333333 | 0.5 | 0 | 0.111111111 | 0.1 | 0.01369863 | 0.008474576 | 0.03125 | 0.016666667 | 0.035714286 | 0.015873016 | 0.090909091 | 0.02173913 | 0.004651163 | 0.002183406 | 0.041666667 | 0.03030303 | 0.015384615 | 0.032258065 |
| | weight_rank_other_dAll | | | 0 | | | | | 0 | | | | | | | | | | | | | | | | |
| | fighter1recordwld | 19 - 1 - 0 | 19 - 1 - 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | fighter2 | Alexander Gustafsson | Alexander Gustafsson | Rashad Evans | Rashad Evans | Shawn Jordan | Shawn Jordan | Ali Bagautinov | Ali Bagautinov | Jessica Eye | Jessica Eye | Dan Hooker | Dan Hooker | Alan Jouban | Alan Jouban | Islam Makhachev | Islam Makhachev | Angela Hill | Angela Hill | Francisco Trevino | Francisco Trevino | Chris Cariaso | Chris Cariaso | Viktor Pesta | Viktor Pesta |
| **Additional Variables in "Sherdog Denom for Market Shares.dta"** | fighter2id | Gustafsson-26162 | Gustafsson-26162 | Rashad-Evans-10200 | Rashad-Evans-10200 | Shawn-Jordan-45624 | Shawn-Jordan-45624 | Ali-Bagautinov-81198 | Ali-Bagautinov-81198 | Jessica-Eye-39575 | Jessica-Eye-39575 | Dan-Hooker-45122 | Dan-Hooker-45122 | Alan-Jouban-65878 | Alan-Jouban-65878 | Makhachev-76836 | Makhachev-76836 | Angela-Hill-148517 | Angela-Hill-148517 | Francisco-Trevino-38029 | Francisco-Trevino-38029 | Chris-Cariaso-16467 | Chris-Cariaso-16467 | Viktor-Pesta-74176 | Viktor-Pesta-74176 |
| | fighter2recordwld | 18 - 4 - 0 | 18 - 4 - 0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | dAll | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | ppv_gate_event_avg_rev | | | | | | | | | | | | | | | | | | | | | | | | | |
| | unique_sherdog_count | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | unique_Zuffa_count | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | every_sherdog_count | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | every_Zuffa_count | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |