# EXHIBIT 12

## Printout of backup file that was provided to Plaintiffs

```
 1   global path "..\."
 2   global input "${path}Input\"
 3   global output "${path}Output\"
 4   global temp "${path}Intermediate\"
 5
 6
 7   set more off
 8   clear
 9   clear mata
10   clear matrix
11   set maxvar 10000
12   set matsize 5000
13   pause on
14
15   *Exhibit 5
16   use "${input}Sherdog Denom for Market Shares.dta", clear
17   keep if event_year>=2005 & event_year<=2016
18   keep promoter event_year event_month fighterid dFMrA dFMp
19   bysort promoter: egen ever_rank=max(dFMrA)
20   keep if ever_rank==1
21
22   duplicates drop fighterid dFMrA promoter event_year, force
23   gen count=dFMrA
24   collapse (sum) count, by(promoter dFMp event_year)
25   reshape wide count, i(promoter dFMp) j(event_year)
26   gsort -dFMp promoter
27   export excel using "${output}Exhibit 5.xlsx",  firstrow(var) replace
28
```