# EXHIBIT 13

## Printout of backup file that was provided to Plaintiffs

```stata
1    global path "..\."
2    global input "${path}Input\"
3    global output "${path}Output\"
4    
5    
6    set more off
7    set type double, perm
8    clear
9    clear mata
10   clear matrix
11   set maxvar 10000
12   set matsize 5000
13   pause on
14   
15   use "${input}Regression Data.dta", clear
16   drop zfs_*
17   drop month
18   gen month = month(event_date)
19   drop year
20   gen year = year(event_date)
21   replace year = year(event_date) if year == .
22   rename compensation fighter_comp
23   drop if fighterid == .
24   
25   
26   
27   gen US_fight = 1 if CountryName == "USA"
28   egen US_fighter = max(US_fight), by(fighterid)
29   gen US_fighter_comp = fighter_comp if US_fighter == 1
30   
31   gen Gender = 1
32   replace Gender = 0 if gender == "F"
33   
34   gen winID = 0
35   replace winID = 1 if FightOutcome == "Win" | result == "win"
36   
37   sort fighterid event_date FightID
38   by fighterid: gen Wins = sum(winID)
39   by fighterid: gen Fights = _n
40   
41   destring Fight_FightOfTheNight Fight_FighterKOOfTheNight Fight_FighterSubmissionOfTheNigh Fight_FighterPerformanceOfTheNig, replace
42   replace Fight_FightOfTheNight = 0 if Fight_FightOfTheNight == .
43   replace Fight_FighterKOOfTheNight = 0 if Fight_FighterKOOfTheNight == .
44   replace Fight_FighterSubmissionOfTheNigh = 0 if Fight_FighterSubmissionOfTheNigh == .
45   replace Fight_FighterPerformanceOfTheNig = 0 if Fight_FighterPerformanceOfTheNig == .
46   
47   gen ppvid = 0
48   replace ppvid = 1 if ppv != 0 & ppv != .
49   
50   gen loaid = 0
51   replace loaid = 1 if loa != 0 & loa !=.
52   
53   egen countryid = group(CountryName)
54   egen venueid = group(VenueName)
55   
56   bysort eventid: gen fightercount = _N
57   
58   egen currentrank = rowmin(rank*)
59   
60   replace currentrank = 0 if currentrank == .
61   gen hasrank = 0
62   replace hasrank = 1 if currentrank != 0
63   
64   label define weightids 1 "Weightclass: Heavyweight (UFC)" 2 "Weightclass: Light Heavyweight (UFC)" 3 "Weightclass: Middleweight (UFC)" 4 "Weightclass: Welterweight (UFC)" 5 "Weightclass: Lightweight (UFC/WEC)" 6 "Weightclass: Featherweight (UFC/WEC)" 7 "Weightclass: Bantamweight (UFC/WEC)" 8 "Weightclass: Flyweight (UFC/WEC)" 13 "Weightclass: Catch Weight" 22 "Middleweight - Old UFC" 24 "Weightclass: Women's Featherweight (Strikeforce)" 25 "Weightclass: Women's Bantamweight (UFC)" 32 "Weightclass: Women's
```

```
                Strawweight (UFC)"
    65          label values WeightClassID weightids
    66
    67          gen pay_ratio = fighter_comp/event_totalrevenues
    68          drop if pay_ratio==0
    69          drop if pay_ratio==.
    70
    71          sort fighterid zuffa_owned event_date FightID
    72          by fighterid zuffa_owned: gen bout_num= _n
    73
    74          gen trend = event_date/1000
    75          gen odds = -1*Fight_FighterOdds/100
    76          gen strike_perc = Bout_TotalStrikesLanded/Bout_TotalStrikesAttempted
    77          replace strike_perc = 0 if Bout_TotalStrikesAttempted ==0
    78          gen sig_strike_perce = Bout_SigStrikesLanded/Bout_SigStrikesAttempted
    79          replace sig_strike_perc = 0 if Bout_SigStrikesAttempted ==0
    80          gen td_perc = Bout_TakedownsLanded/Bout_TakedownsAttempted
    81          replace td_perc = 0 if Bout_TakedownsAttempted==0
    82
    83          global FM_1 = "Bout_KnockDowns Bout_TotalStrikesLanded Bout_TotalStrikesAttempted
                strike_perc Bout_SigStrikesLanded Bout_SigStrikesAttempted sig_strike_perc"
    84          global FM_2 = "Bout_TakedownsLanded Bout_TakedownsAttempted td_perc
                Bout_SubmissionsAttempted Bout_OffensivePasses  Bout_Sweeps"
    85          global FM_data ="$FM_1 $FM_2"
    86
    87          tab FightMethod, gen(end_type)
    88          rename end_type1  Could_Not_Continue
    89          rename end_type2  DQ
    90          rename end_type3  Dec_Major
    91          rename end_type4  Dec_Splt
    92          rename end_type5  Dec_Unan
    93          rename end_type6  KO_TKO
    94          rename end_type7  Overturned
    95          rename end_type8  Sub
    96          rename end_type9  TKO_DR
    97
    98          global win_method "Could_Not_Continue DQ Dec_Major Dec_Splt Dec_Unan KO_TKO Overturned Sub
                TKO_DR"
    99
   100          replace organization = "STRIKEFORCE" if zuffa_owned==0
   101
   102          tab organiz, gen(org_ind)
   103          rename org_ind1 STRIKEFORCE
   104          rename org_ind2 UFC
   105          rename org_ind3 WEC
   106
   107          gen SF_pre = 0
   108          replace SF_pre = 1 if STRIKEFORCE==1 & zuffa_owned==0
   109
   110          global organiz "STRIKEFORCE UFC WEC"
   111          global initial_controls "winID hasrank currentrank loaid ppvid Wins Fights"
   112          global End_Vars "Fight_EndingRoundNum $win_method"
   113          global FOTN "Fight_FightOfTheNight Fight_FighterKOOfTheNight
                Fight_FighterSubmissionOfTheNigh Fight_FighterPerformanceOfTheNig"
   114          global fixed_effects "Gender i.WeightClassID i.Fight_DisplayOrder i.bout_num i.year
                i.countryid i.venueid $organiz"
   115          global varlist "$initial_controls $FOTN $End_Vars $FM_data $fixed_effects trend"
   116
   117          tab eventid if pay_ratio > 1
   118          drop if pay_ratio > 1
   119
   120          gsort fighterid event_date FightID
   121          by fighterid: gen counter = _n
   122          tsset fighterid counter
   123          drop counter
   124
   125          gen FS = tfs_rYRL_World_dFMp_R9_t30
   126          replace FS = 0 if zuffa_owned == 0
   127
   128          gen FS_alt1 = tfs_rYRL_World_dFMrA_R9_t30
```

```stata
129        replace FS_alt1 = 0 if zuffa_owned == 0
130
131        gen FS_alt2 = tfs_rYRL_World_dr15m_R9_t30
132        replace FS_alt2 = 0 if zuffa_owned == 0
133
134        gen FS_SF = tfs_rYRL_World_dFMp_R9_t30
135        replace FS_SF = 0 if zuffa_owned == 1
136
137        gen FS_SF1 = tfs_rYRL_World_dFMrA_R9_t30
138        replace FS_SF1 = 0 if zuffa_owned == 1
139
140        gen FS_SF2 = tfs_rYRL_World_dr15m_R9_t30
141        replace FS_SF2 = 0 if zuffa_owned == 1
142
143        capture drop beta*
144
145        xtreg pay_ratio  FS $varlist, fe robust
146
147
148        gen CPI=.
149        replace CPI=196.4 if year==2005
150        replace CPI=203.9 if year==2006
151        replace CPI=207.917 if year==2007
152        replace CPI=219.086 if year==2008
153        replace CPI=215.834 if year==2009
154        replace CPI=218.312 if year==2010
155        replace CPI=226.545 if year==2011
156        replace CPI=230.379 if year==2012
157        replace CPI=233.877 if year==2013
158        replace CPI=237.852 if year==2014
159        replace CPI=238.316 if year==2015
160        replace CPI=240.853 if year==2016
161
162        sum CPI if year==2016
163        replace CPI=CPI/r(mean)
164
165        gen fighter_comp_adj=fighter_comp/CPI
166        egen total_event_comp=total(fighter_comp), by(eventid)
167
168        gen total_event_comp_adj= total_event_comp/CPI
169        gen event_totalrevenue_adj=event_totalrevenue/CPI
170        gen wage_share=total_event_comp/event_totalrevenues
171        gen event_total_comp2_adj=event_fighter_total_comp/CPI
172        gen year_sf=year
173        replace year_sf=year+0.5 if year==2011 & event_date>mdy(3,11,2011)
174
175        gen tuf=(strpos(eventid, "TUF")~=0 & org=="UFC")
176        drop if tuf==1
177        tempfile compdata
178        save `compdata'
179        duplicates drop eventid, force
180        gen type=org
181        collapse (mean) event_totalrevenue_adj total_event_comp_adj event_total_comp2_adj wage_share
               , by(year_sf STRIKEFORCE)
182        reshape wide event_totalrevenue_adj total_event_comp_adj event_total_comp2_adj wage_share, i
           (year_sf) j(STRIKEFORCE)
183        keep if year>=2008 & year<=2010
184        export excel using "${output}Exhibit 6.xlsx", replace firstrow(var)  sheet(
           "rev_comp_ws_SF_Zuffa")
185
186
187        use `compdata', clear
188        collapse (mean) fighter_comp_adj, by(year_sf STRIKEFORCE)
189        keep if year>=2008 & year<=2010
190        reshape wide fighter_comp_adj , i(year_sf) j(STRIKEFORCE)
191
192        export excel using "${output}Exhibit 6.xlsx", sheetreplace firstrow(var) sheet(
           "fighter_comp_SF_Zuffa")
193
194
```