# EXHIBIT 14

## Printout of backup file that was provided to Plaintiffs

```stata
1
2       global root        "..."
3       global data        "$root\Input"
4       global input       "$root\Input"
5       global output      "$root\Output"
6
7       use "$data\Regression Data.dta", clear
8
9
10      drop zfs_*
11
12      drop month
13      gen month = month(event_date)
14      drop year
15      gen year = year(event_date)
16      replace year = year(event_date) if year == .
17
18      rename compensation fighter_comp
19
20      drop if fighterid == .
21
22      gen US_fight = 1 if CountryName == "USA"
23      egen US_fighter = max(US_fight), by(fighterid)
24      gen US_fighter_comp = fighter_comp if US_fighter == 1
25
26      gen Gender = 1
27      replace Gender = 0 if gender == "F"
28
29      gen winID = 0
30      replace winID = 1 if FightOutcome == "Win" | result == "win"
31
32      sort fighterid event_date FightID
33      by fighterid: gen Wins = sum(winID)
34      by fighterid: gen Fights = _n
35
36      destring Fight_FightOfTheNight Fight_FighterKOOfTheNight Fight_FighterSubmissionOfTheNigh Fight_FighterPerformanceOfTheNig, replace
37      replace Fight_FightOfTheNight = 0 if Fight_FightOfTheNight == .
38      replace Fight_FighterKOOfTheNight = 0 if Fight_FighterKOOfTheNight == .
39      replace Fight_FighterSubmissionOfTheNigh = 0 if Fight_FighterSubmissionOfTheNigh == .
40      replace Fight_FighterPerformanceOfTheNig = 0 if Fight_FighterPerformanceOfTheNig == .
41
42      gen ppvid = 0
43      replace ppvid = 1 if ppv != 0 & ppv != .
44
45      gen loaid = 0
46      replace loaid = 1 if loa != 0 & loa !=.
47
48      egen countryid = group(CountryName)
49      egen venueid = group(VenueName)
50
51      bysort eventid: gen fightercount = _N
52
53      egen currentrank = rowmin(rank*)
54
55      replace currentrank = 0 if currentrank == .
56      gen hasrank = 0
57      replace hasrank = 1 if currentrank != 0
58
59      label define weightids 1 "Weightclass: Heavyweight (UFC)" 2 "Weightclass: Light Heavyweight (UFC)" 3 "Weightclass: Middleweight (UFC)" 4 "Weightclass: Welterweight (UFC)" 5 "Weightclass: Lightweight (UFC/WEC)" 6 "Weightclass: Featherweight (UFC/WEC)" 7 "Weightclass: Bantamweight (UFC/WEC)" 8 "Weightclass: Flyweight (UFC/WEC)" 13 "Weightclass: Catch Weight" 22 "Middleweight - Old UFC" 24 "Weightclass: Women's Featherweight (Strikeforce)" 25 "Weightclass: Women's Bantamweight (UFC)" 32 "Weightclass: Women's Strawweight (UFC)"
60      label values WeightClassID weightids
61
62      gen pay_ratio = fighter_comp/event_totalrevenues
63      drop if pay_ratio==0
```

```stata
64      drop if pay_ratio==.
65
66      sort fighterid zuffa_owned event_date FightID
67      by fighterid zuffa_owned: gen bout_num= _n
68
69      gen trend = event_date/1000
70      gen odds = -1*Fight_FighterOdds/100
71
72      gen strike_perc = Bout_TotalStrikesLanded/Bout_TotalStrikesAttempted
73      replace strike_perc = 0 if Bout_TotalStrikesAttempted ==0
74      gen sig_strike_perce = Bout_SigStrikesLanded/Bout_SigStrikesAttempted
75      replace sig_strike_perc = 0 if Bout_SigStrikesAttempted ==0
76      gen td_perc = Bout_TakedownsLanded/Bout_TakedownsAttempted
77      replace td_perc = 0 if Bout_TakedownsAttempted==0
78
79      global FM_1 = "Bout_KnockDowns Bout_TotalStrikesLanded Bout_TotalStrikesAttempted
        strike_perc Bout_SigStrikesLanded Bout_SigStrikesAttempted sig_strike_perc"
80      global FM_2 = "Bout_TakedownsLanded Bout_TakedownsAttempted td_perc
        Bout_SubmissionsAttempted Bout_OffensivePasses  Bout_Sweeps"
81      global FM_data ="$FM_1 $FM_2"
82
83      tab FightMethod, gen(end_type)
84      rename end_type1  Could_Not_Continue
85      rename end_type2  DQ
86      rename end_type3  Dec_Major
87      rename end_type4  Dec_Splt
88      rename end_type5  Dec_Unan
89      rename end_type6  KO_TKO
90      rename end_type7  Overturned
91      rename end_type8  Sub
92      rename end_type9  TKO_DR
93
94      global win_method "Could_Not_Continue DQ Dec_Major Dec_Splt Dec_Unan KO_TKO Overturned Sub
        TKO_DR"
95
96      replace organization = "STRIKEFORCE" if zuffa_owned==0
97
98      tab organiz, gen(org_ind)
99      rename org_ind1 STRIKEFORCE
100     rename org_ind2 UFC
101     rename org_ind3 WEC
102
103     gen SF_pre = 0
104     replace SF_pre = 1 if STRIKEFORCE==1 & zuffa_owned==0
105
106     global organiz "STRIKEFORCE UFC WEC"
107     global initial_controls "winID hasrank currentrank loaid ppvid Wins Fights"
108     global End_Vars "Fight_EndingRoundNum $win_method"
109     global FOTN "Fight_FightOfTheNight Fight_FighterKOOfTheNight
        Fight_FighterSubmissionOfTheNigh Fight_FighterPerformanceOfTheNig"
110     global fixed_effects "Gender i.WeightClassID i.Fight_DisplayOrder i.bout_num i.year
        i.countryid i.venueid $organiz"
111     global varlist "$initial_controls $FOTN $End_Vars $FM_data $fixed_effects trend"
112
113     tab eventid if pay_ratio > 1
114     drop if pay_ratio > 1
115
116     gsort fighterid event_date FightID
117     by fighterid: gen counter = _n
118     tsset fighterid counter
119     drop counter
120
121     gen post_SF=(organization=="STRIKEFORCE" & zuffa_owned==1)
122
123     gen FS = tfs_rYRL_World_dFMp_R9_t30
124     replace FS = 0 if zuffa_owned == 0
125
126     gen FS_alt1 = tfs_rYRL_World_dFMrA_R9_t30
127     replace FS_alt1 = 0 if zuffa_owned == 0
128
```

```stata
129	gen FS_alt2 = tfs_rYRL_World_dr15m_R9_t30
130	replace FS_alt2 = 0 if zuffa_owned == 0
131	
132	xtreg pay_ratio FS_alt1 $varlist, fe robust
133	keep if e(sample)
134	
135	bys eventid: egen temp=sum(fighter_comp)
136	gen event_ccc=event_totalcosts-temp
137	
138	gen CPI=.
139	replace CPI=196.4 if year==2005
140	replace CPI=203.9 if year==2006
141	replace CPI=207.917 if year==2007
142	replace CPI=219.086 if year==2008
143	replace CPI=215.834 if year==2009
144	replace CPI=218.312 if year==2010
145	replace CPI=226.545 if year==2011
146	replace CPI=230.379 if year==2012
147	replace CPI=233.877 if year==2013
148	replace CPI=237.852 if year==2014
149	replace CPI=238.316 if year==2015
150	replace CPI=240.853 if year==2016
151	
152	sum CPI if year==2016
153	replace CPI=CPI/r(mean)
154	
155	replace event_ccc=event_ccc/CPI
156	
157	keep event_date eventid eventname1 eventname2 event_month event_ccc
158	duplicates drop
159	preserve
160	use "$data\Regression Data.dta", clear
161	keep eventid broadcast
162	replace broadcast="FS1" if inlist(broadcast, "FS2", "FUEL", "VERSUS", "FX", "SPIKE")
163	duplicates drop
164	tempfile broadcastid
165	save `broadcastid', replace
166	restore
167	preserve
168	gen year = year(event_date)
169	keep if year>2004
170	keep if year<2017
171	replace event_ccc=event_ccc/1000
172	duplicates drop eventid, force
173	merge 1:1 eventid using `broadcastid'
174	keep if _m==3
175	drop _m
176	collapse (mean) event_ccc, by(broadcast)
177	drop if broadcast==""
178	export excel using "$output\Exhibit 10.xlsx", sheet("2005-2016") firstrow(variables) replace
179	restore
180	gen year = year(event_date)
181	keep if year>2010
182	keep if year<2017
183	replace event_ccc=event_ccc/1000
184	duplicates drop eventid, force
185	merge 1:1 eventid using `broadcastid'
186	keep if _m==3
187	drop _m
188	collapse (mean) event_ccc, by(broadcast)
189	drop if broadcast==""
190	export excel using "$output\Exhibit 10.xlsx", sheet("2011-2016") sheetmodify firstrow(
    	variables)
191	
192	
```