# EXHIBIT 15

## Printout of backup file that was provided to Plaintiffs

```stata
1    global path "..\."
2    global input "${path}Input\"
3    global output "${path}Output\"
4    global temp "${path}Intermediate\"
5
6
7    set more off
8    clear
9    clear mata
10   clear matrix
11   set maxvar 10000
12   set matsize 5000
13   pause on
14
15
16
17   *Exhibit 13
18   use "${input}Sherdog Denom for Market Shares.dta", clear
19   keep if event_year<=2017
20   egen best_rank=min(max_rank), by(event_year promoter)
21   egen mean_rank=mean(max_rank), by(event_year promoter)
22   duplicates drop  fighterid promoter event_year dRNK dFMrA, force
23   gen fighter_count=1
24   collapse (max) Tracked=dFMp Ranked=dFMrA RA=dRNK NA=NA_Flag_Promoter,  by(event_year
     promoter)
25   rename promoter prior_promoter
26   rename event_year prior_event_year
27   tempfile promoter
28   save `promoter'
29
30   use "${input}Sherdog Denom for Market Shares.dta", clear
31   keep event_year promoter fighterid event_date SD_fighter
32   keep if  event_year<=2017
33   gen UFC=(promoter=="Ultimate Fighting Championship")
34   egen ever_UFC=max(UFC), by(fighterid)
35   keep if ever_UFC==1
36   egen first_UFC1=min(event_date) if UFC==1, by(fighterid)
37   egen first_UFC=min(first_UFC1), by(fighterid)
38   drop first_UFC1
39   format first_UFC %td
40   sort fighterid event_date promoter
41   gen prior_promoter=promoter[_n-1] if fighterid==fighterid[_n-1]
42   gen prior_event_year=event_year[_n-1] if fighterid==fighterid[_n-1]
43   keep if event_date==first_UFC
44   keep SD_fighter fighterid event_date event_year promoter prior_promoter prior_event_year
45   replace prior_promoter="none" if prior_promoter==""
46   gen count=1
47   merge m:1 prior_promoter prior_event_year using `promoter'
48   drop if _merge==2
49   gen market="Tracked" if Tracked==1
50   replace market="Ranked" if Tracked==0 & Ranked==1
51   replace market="Ranked_Foreign" if Ranked==0 & NA==0 & RA==1
52   replace market="Unranked_Foreign" if Ranked==0 & NA==0 & RA==0
53   replace market="Unranked_NA" if Ranked==0 & NA==1 & RA==0
54   replace market="None" if prior_promoter=="none"
55   collapse (sum) count , by (market event_year)
56   keep if event_year>=2000 & event_year<=2016
57   reshape wide count, i(event_year) j(market) str
58   export excel using "${output}Exhibit 13.xlsx",  firstrow(var) sheet("UFC_Recruits")
     sheetreplace
59
60
61   ************************************
62
63   use "${input}Sherdog Denom for Market Shares.dta", clear
64   keep if event_year<=2017
65   egen best_rank=min(max_rank), by(event_year promoter)
66   egen mean_rank=mean(max_rank), by(event_year promoter)
67   duplicates drop  fighterid promoter event_year dFMrA dRNK, force
68   gen fighter_count=1
```

```stata
69     collapse (max) Tracked=dFMp Ranked=dFMrA RA=dRNK NA=NA_Flag_Promoter, by(event_year promoter)
70     rename promoter next_promoter
71     rename event_year next_bout_year
72     tempfile promoter
73     save `promoter'
74
75     use "${input}Sherdog Denom for Market Shares.dta", clear
76     gen UFC=(promoter=="Ultimate Fighting Championship")
77     egen ever_UFC=max(UFC), by(fighterid)
78     keep if ever_UFC==1
79     sort fighterid event_date promoter
80     gen next_promoter=promoter[_n+1] if fighterid==fighterid[_n+1]
81     gen next_bout_year=event_year[_n+1] if fighterid==fighterid[_n+1]
82     keep if promoter=="Ultimate Fighting Championship" & next_promoter~="Ultimate Fighting
       Championship"
83     drop if next_promoter==""
84     keep fighterid next_bout_year promoter next_promoter
85     gen count=1
86
87     merge m:1 next_promoter  next_bout_year using `promoter'
88     drop if _merge==2
89     gsort next_bout_year -count
90
91     gen market="Tracked" if Tracked==1
92     replace market="Ranked" if Tracked==0 & Ranked==1
93     replace market="Ranked_Foreign" if Ranked==0 & NA==0 & RA==1
94     replace market="Unranked_Foreign" if Ranked==0 & NA==0 & RA==0
95     replace market="Unranked_NA" if Ranked==0 & NA==1 & RA==0
96     collapse (sum) count , by (market next_bout_year)
97     keep if next_bout_year>=2000 & next_bout_year<=2016
98
99     reshape wide count, i(next_bout_year) j(market) str
100    export excel using "${output}Exhibit 13.xlsx",  firstrow(var) sheet("UFC_Exits") sheetreplace
101
102
103
```