# EXHIBIT 16

## Printout of backup file that was provided to Plaintiffs

```stata
1    clear all
2    cap restore
3    set type double
4    set more off
5    clear
6
7    global root "F:\Competition\SMay22018.00-Zuffa\Production for Exhibits for Evidentiary Hearing"
8    global data "$root\Input"
9    global output   "$root\Output"
10
11   set more off
12   clear
13   clear mata
14   clear matrix
15   set maxvar 10000
16   set matsize 5000
17   pause on
18
19   use "$data\Regression Data.dta", clear
20   //
21   drop zfs_*
22   drop month
23   gen month = month(event_date)
24   drop year
25   gen year = year(event_date)
26   replace year = year(event_date) if year == .
27   rename compensation fighter_comp
28   drop if fighterid == .
29
30   gen US_fight = 1 if CountryName == "USA"
31   egen US_fighter = max(US_fight), by(fighterid)
32   gen US_fighter_comp = fighter_comp if US_fighter == 1
33
34   gen Gender = 1
35   replace Gender = 0 if gender == "F"
36
37   gen winID = 0
38   replace winID = 1 if FightOutcome == "Win" | result == "win"
39
40   sort fighterid event_date FightID
41   by fighterid: gen Wins = sum(winID)
42   by fighterid: gen Fights = _n
43
44   destring Fight_FightOfTheNight Fight_FighterKOOfTheNight Fight_FighterSubmissionOfTheNigh Fight_FighterPerformanceOfTheNig, replace
45   replace Fight_FightOfTheNight = 0 if Fight_FightOfTheNight == .
46   replace Fight_FighterKOOfTheNight = 0 if Fight_FighterKOOfTheNight == .
47   replace Fight_FighterSubmissionOfTheNigh = 0 if Fight_FighterSubmissionOfTheNigh == .
48   replace Fight_FighterPerformanceOfTheNig = 0 if Fight_FighterPerformanceOfTheNig == .
49
50   gen ppvid = 0
51   replace ppvid = 1 if ppv != 0 & ppv != .
52
53   gen loaid = 0
54   replace loaid = 1 if loa != 0 & loa !=.
55
56   egen countryid = group(CountryName)
57   egen venueid = group(VenueName)
58
59   bysort eventid: gen fightercount = _N
60
61   egen currentrank = rowmin(rank*)
62
63   replace currentrank = 0 if currentrank == .
64   gen hasrank = 0
65   replace hasrank = 1 if currentrank != 0
66
67   label define weightids 1 "Weightclass: Heavyweight (UFC)" 2 "Weightclass: Light Heavyweight (UFC)" 3 "Weightclass: Middleweight (UFC)" 4 "Weightclass: Welterweight (UFC)" 5
```

```stata
            "Weightclass: Lightweight (UFC/WEC)" 6 "Weightclass: Featherweight (UFC/WEC)" 7
            "Weightclass: Bantamweight (UFC/WEC)" 8 "Weightclass: Flyweight (UFC/WEC)" 13 "Weightclass:
            Catch Weight" 22 "Middleweight - Old UFC" 24 "Weightclass: Women's Featherweight
            (Strikeforce)" 25 "Weightclass: Women's Bantamweight (UFC)" 32 "Weightclass: Women's
            Strawweight (UFC)"
 68         label values WeightClassID weightids
 69
 70         gen pay_ratio = fighter_comp/event_totalrevenues
 71         drop if pay_ratio==0
 72         drop if pay_ratio==.
 73
 74         sort fighterid zuffa_owned event_date FightID
 75         by fighterid zuffa_owned: gen bout_num= _n
 76
 77         gen trend = event_date/1000
 78         gen odds = -1*Fight_FighterOdds/100
 79         gen strike_perc = Bout_TotalStrikesLanded/Bout_TotalStrikesAttempted
 80         replace strike_perc = 0 if Bout_TotalStrikesAttempted ==0
 81         gen sig_strike_perce = Bout_SigStrikesLanded/Bout_SigStrikesAttempted
 82         replace sig_strike_perc = 0 if Bout_SigStrikesAttempted ==0
 83         gen td_perc = Bout_TakedownsLanded/Bout_TakedownsAttempted
 84         replace td_perc = 0 if Bout_TakedownsAttempted==0
 85
 86         global FM_1 = "Bout_KnockDowns Bout_TotalStrikesLanded Bout_TotalStrikesAttempted
            strike_perc Bout_SigStrikesLanded Bout_SigStrikesAttempted sig_strike_perc"
 87         global FM_2 = "Bout_TakedownsLanded Bout_TakedownsAttempted td_perc
            Bout_SubmissionsAttempted Bout_OffensivePasses  Bout_Sweeps"
 88         global FM_data ="$FM_1 $FM_2"
 89
 90         tab FightMethod, gen(end_type)
 91         rename end_type1  Could_Not_Continue
 92         rename end_type2  DQ
 93         rename end_type3  Dec_Major
 94         rename end_type4  Dec_Splt
 95         rename end_type5  Dec_Unan
 96         rename end_type6  KO_TKO
 97         rename end_type7  Overturned
 98         rename end_type8  Sub
 99         rename end_type9  TKO_DR
100
101         global win_method "Could_Not_Continue DQ Dec_Major Dec_Splt Dec_Unan KO_TKO Overturned Sub
            TKO_DR"
102
103         replace organization = "STRIKEFORCE" if zuffa_owned==0
104
105         tab organiz, gen(org_ind)
106         rename org_ind1 STRIKEFORCE
107         rename org_ind2 UFC
108         rename org_ind3 WEC
109
110         gen SF_pre = 0
111         replace SF_pre = 1 if STRIKEFORCE==1 & zuffa_owned==0
112
113
114
115         global organiz "STRIKEFORCE UFC WEC"
116         global initial_controls "winID hasrank currentrank loaid ppvid Wins Fights"
117         global End_Vars "Fight_EndingRoundNum $win_method"
118         global FOTN "Fight_FightOfTheNight Fight_FighterKOOfTheNight
            Fight_FighterSubmissionOfTheNigh Fight_FighterPerformanceOfTheNig"
119         global fixed_effects "Gender i.WeightClassID i.Fight_DisplayOrder i.bout_num i.year
            i.countryid i.venueid $organiz"
120         global varlist "$initial_controls $FOTN $End_Vars $FM_data $fixed_effects trend"
121
122         tab eventid if pay_ratio > 1
123         drop if pay_ratio > 1
124
125         gsort fighterid event_date FightID
126         by fighterid: gen counter = _n
127         tsset fighterid counter
```

```stata
128     drop counter
129
130     gen FS = tfs_rYRL_World_dFMp_R9_t30
131     replace FS = 0 if zuffa_owned == 0
132
133     gen FS_alt1 = tfs_rYRL_World_dFMrA_R9_t30
134     replace FS_alt1 = 0 if zuffa_owned == 0
135
136     gen FS_alt2 = tfs_rYRL_World_dr15m_R9_t30
137     replace FS_alt2 = 0 if zuffa_owned == 0
138
139     gen FS_SF = tfs_rYRL_World_dFMp_R9_t30
140     replace FS_SF = 0 if zuffa_owned == 1
141
142     gen FS_SF1 = tfs_rYRL_World_dFMrA_R9_t30
143     replace FS_SF1 = 0 if zuffa_owned == 1
144
145     gen FS_SF2 = tfs_rYRL_World_dr15m_R9_t30
146     replace FS_SF2 = 0 if zuffa_owned == 1
147
148     gen CPI=.
149     replace CPI=196.4 if year==2005
150     replace CPI=203.9 if year==2006
151     replace CPI=207.917 if year==2007
152     replace CPI=219.086 if year==2008
153     replace CPI=215.834 if year==2009
154     replace CPI=218.312 if year==2010
155     replace CPI=226.545 if year==2011
156     replace CPI=230.379 if year==2012
157     replace CPI=233.877 if year==2013
158     replace CPI=237.852 if year==2014
159     replace CPI=238.316 if year==2015
160     replace CPI=240.853 if year==2016
161     replace CPI=CPI/240.853
162
163     gen Weight_Class = "Men's Heavyweight" if WeightClassID==1
164     replace Weight_Class = "Men's Light Heavyweight" if WeightClassID==2
165     replace Weight_Class = "Men's Middleweight" if WeightClassID==3
166     replace Weight_Class = "Men's Welterweight" if WeightClassID==4
167     replace Weight_Class = "Men's Lightweight" if WeightClassID==5
168     replace Weight_Class = "Men's Featherweight" if WeightClassID==6
169     replace Weight_Class = "Men's Bantamweight" if WeightClassID==7
170     replace Weight_Class = "Men's Flyweight" if WeightClassID==8
171     replace Weight_Class = "Women's Featherweight" if WeightClassID==24
172     replace Weight_Class = "Women's Bantamweight" if WeightClassID==25
173     replace Weight_Class = "Women's Strawweight" if WeightClassID==32
174
175     gen Broadcast = "Fight Pass" if broadcast=="FIGHT PASS"
176     replace Broadcast = "Fox" if broadcast=="FOX"
177     replace Broadcast = "PPV" if broadcast=="PPV"
178     replace Broadcast = "FS1" if inlist(broadcast,"FS1","FS2","FUEL","VERSUS","FX","SPIKE")==1
179     replace Broadcast = "Showtime" if broadcast=="SHOWTIME"
180
181     capture drop beta*
182
183     xtreg pay_ratio  FS $varlist, fe robust
184
185     ****************
186     ****EXHIBIT 2****
187     ****************
188     //2005-2016
189     preserve
190     drop if WeightClassID==35
191     drop if WeightClassID==13
192     keep if e(sample)==1
193     drop if SF_pre==1
194     gen adj_fighter_comp_mean = fighter_comp/CPI
195     collapse (mean) adj_fighter_comp_mean, by(WeightClassID Weight_Class)
196     gen Average_Male= adj_fighter_comp_mean if inlist(WeightClassID,1,2,3,4,5,6,7,8)==1
197     gen Average_Female= adj_fighter_comp_mean if inlist(WeightClassID,24,25,32)==1
```

```stata
198         drop adj_fighter_comp_mean
199         export excel using "$output/Exhibit 2.xlsx", sheetreplace keepcellfmt sheet("Data_05-16")
            firstrow(var)
200         restore
201
202         //2011-2016
203         preserve
204         drop if WeightClassID==35
205         drop if WeightClassID==13
206         keep if year >2010
207         keep if e(sample)==1
208         drop if SF_pre==1
209         gen adj_fighter_comp_mean = fighter_comp/CPI
210         collapse (mean) adj_fighter_comp_mean, by(WeightClassID Weight_Class)
211         gen Average_Male= adj_fighter_comp_mean if inlist(WeightClassID,1,2,3,4,5,6,7,8)==1
212         gen Average_Female= adj_fighter_comp_mean if inlist(WeightClassID,24,25,32)==1
213         drop adj_fighter_comp_mean
214         export excel using "$output/Exhibit 2.xlsx", sheetreplace keepcellfmt sheet("Data_11-16")
            firstrow(var)
215         restore
216
217         ******************
218         *****EXHIBIT 12****
219         ******************
220         //Compensation 2005-2011
221         preserve
222         keep if e(sample)==1
223         drop if SF_pre==1
224         gen Mean = fighter_comp/CPI
225         gen Median = fighter_comp/CPI
226         collapse (mean) Mean (median) Median, by(Broadcast)
227         order Broadcast
228         export excel using "$output/Exhibit 12.xlsx", sheetreplace keepcellfmt sheet("Data_05-16
            Comp") firstrow(var)
229         restore
230
231         //Compensation 2011-2016
232         preserve
233         keep if year >2010
234         keep if e(sample)==1
235         drop if SF_pre==1
236         gen Mean = fighter_comp/CPI
237         gen Median = fighter_comp/CPI
238         collapse (mean) Mean (median) Median, by(Broadcast)
239         order Broadcast
240         export excel using "$output/Exhibit 12.xlsx", sheetreplace keepcellfmt sheet("Data_11-16
            Comp") firstrow(var)
241         restore
242
243         //Pay Ratio 2005-2011
244         preserve
245         keep if e(sample)==1
246         drop if SF_pre==1
247         gen Mean = pay_ratio
248         gen Median = pay_ratio
249         collapse (mean) Mean (median) Median, by(Broadcast)
250         order Broadcast
251         export excel using "$output/Exhibit 12.xlsx", sheetreplace keepcellfmt sheet("Data_05-16
            PayRatio") firstrow(var)
252         restore
253
254         //Pay Ratio 2011-2016
255         preserve
256         keep if year >2010
257         keep if e(sample)==1
258         drop if SF_pre==1
259         gen Mean = pay_ratio
260         gen Median = pay_ratio
261         collapse (mean) Mean (median) Median, by(Broadcast)
262         order Broadcast
```

```
263     export excel using "$output/Exhibit 12.xlsx", sheetreplace keepcellfmt sheet("Data_11-16
        PayRatio") firstrow(var)
264     restore
265
266     //Wage Share 2005-2011
267     preserve
268     drop if SF_pre==1
269     egen all_fighter_comp = total(fighter_comp), by (Broadcast eventid)
270     gen wage_share =all_fighter_comp / event_totalrevenues
271     gen Mean = wage_share
272     gen Median = wage_share
273     keep if e(sample)==1
274     collapse (mean) Mean (median) Median, by(Broadcast)
275     order Broadcast
276     export excel using "$output/Exhibit 12.xlsx", sheetreplace keepcellfmt sheet("Data_05-16
        WageShare") firstrow(var)
277     restore
278
279     //Wage Share 2011-2016
280     preserve
281     keep if year >2010
282     drop if SF_pre==1
283     egen all_fighter_comp = total(fighter_comp), by (Broadcast eventid)
284     gen wage_share =all_fighter_comp / event_totalrevenues
285     gen Mean = wage_share
286     gen Median = wage_share
287     keep if e(sample)==1
288     collapse (mean) Mean (median) Median, by(Broadcast)
289     order Broadcast
290     export excel using "$output/Exhibit 12.xlsx", sheetreplace keepcellfmt sheet("Data_11-16
        WageShare") firstrow(var)
291     restore
292
```