1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**JOINT MOTION TO CONDITIONALLY FILE UNDER SEAL EXHIBITS TO DEFENDANT ZUFFA, LLC'S OPPOSITION TO PLAINTIFFS' OBJECTIONS TO DEFENDANT ZUFFA, LLC'S PROPOSAL TO INTRODUCE CERTAIN PURPORTED "SUMMARY EXHIBITS" AT THE HEARING CONCERNING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Concurrently with this motion, Defendant Zuffa, LLC ("Zuffa") files its Opposition to Plaintiffs' Objections to Defendant Zuffa, LLC's Proposal to Introduce Certain Purported "Summary Exhibits" at the Hearing Concerning Plaintiffs' Motion for Class Certification ("Opposition").  On June 15, 2019, Zuffa filed its Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification ("Motion to Seal"), ECF No. 665.  In that motion, Zuffa requested the Court seal certain categories of documents containing sensitive information at the upcoming evidentiary hearings.  ECF No. 665 at 3.  Exhibits 3 and 17 (the "Disputed Materials") to Zuffa's Opposition contain information falling into those categories, and Zuffa therefore requests the Court seal Exhibits 3 and 17 for the same reasons described in its previous Motion to Seal.  *Id.*  Plaintiffs and Zuffa (jointly, the "Parties") submit this Joint Motion to reduce the burden on the Court and avoid unnecessary briefing and motion practice.

The Parties disagree as to whether the Disputed Materials should remain under seal. However, the briefing they have already filed and the briefing they intend to file regarding sealing issues pursuant to the Court-ordered briefing schedule, ECF No. 670, directly address this dispute.  The Parties expect that the Court's decision on how to treat exhibits and protected materials at the evidentiary hearing will resolve the disagreement regarding whether the Disputed Materials at issue in Zuffa's Opposition should remain under seal.  Therefore, solely for the limited reason that the Disputed Materials, as they currently stand, are still designated Confidential, Plaintiffs do not oppose Zuffa's request in this joint motion that the Disputed Materials remain under seal, in accordance with the Protective Order, until the Court has ruled on Zuffa's Motion to Seal and determined what protected material is properly sealed during the evidentiary hearing.  Plaintiffs continue to reserve their right to challenge Zuffa's confidentiality designations pursuant to Section 6.1 of the Protective Order, ECF No. 217.

Zuffa and Plaintiffs have stated each of their positions at length in their respective briefing regarding the treatment of confidential and protected material at the evidentiary hearing, ECF Nos. 631, 632, 639, 645, 665, and in other briefing on motions to seal.  The Parties do not seek to re-litigate this issue for the purposes of these filings.  Having met and conferred on this issue, the

1

1   Parties jointly move to file the Disputed Materials in Zuffa's Opposition conditionally under seal,

2   pending the Court's ruling on Zuffa's Motion to Seal.  Should the Court determine that any of the

3   materials under seal should not be sealed, Zuffa will re-file any such materials on the public

4   docket at that time.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JT. MOT. TO COND. FILE UNDER SEAL EXS. TO ZUFFA OPP. TO PLS' OBJ.

Dated:  June 28, 2019

**JOSEPH SAVERI LAW FIRM, INC.**

By: */s/ Kevin E. Rayhill*

Joseph R. Saveri (State Bar No. 130064)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com
jchen@saverilawfirm.com

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon
Fitch, Luis Javier Vazquez, Brandon Vera,
and Kyle Kingsbury*

**BERGER MONTAGUE PC**
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon
Fitch, Luis Javier Vazquez, Brandon Vera,
and Kyle Kingsbury*

Dated:  June 28, 2019

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Stacey K. Grigsby*

William A. Isaacson (admitted *pro hac vice*)
Stacey K. Grigsby (admitted *pro hac vice*)
Nicholas A. Widnell (admitted *pro hac vice*)
1401 New York Ave, NW
Washington, D.C. 20005
Phone: (202) 237-2727/Fax: (202) 237-6131
wisaacson@bsfllp.com
sgrigsby@bsfllp.com
nwidnell@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**CAMPBELL & WILLIAMS**
Donald J. Campbell (State Bar No. 1216)
J. Colby Williams (State Bar No. 5549)
700 South 7th Street
Las Vegas, Nevada 89101
Phone: (702) 382-5222/Fax: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**BOIES SCHILLER FLEXNER LLP**
Richard J. Pocker (State Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Phone: (702) 382-7300/Fax: (702) 382-2755
rpocker@bsfllp.com

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

3

1

**COHEN MILSTEIN SELLERS**
   **& TOLL, PLLC**

2

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)

3

Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W.,

4

Suite 500, East Tower
Washington, D.C. 20005

5

Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com

6

rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

7

8

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative*

9

*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Brandon Vera, and Kyle*

10

*Kingsbury*

11

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)

12

34 Sunset Blvd
Long Beach, NJ 08008

13

jradice@radicelawfirm.com

14

*Attorneys for Plaintiffs*

15

**WOLF, RIFKIN, SHAPIRO,**
   **SCHULMAN & RABKIN, LLP**

16

Don Springmeyer

17

Nevada Bar No. 1021
Bradley S. Schrager

18

Nevada Bar No. 10217

19

3556 E. Russell Road, Second Floor

20

Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300

21

dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

22

*Liaison Counsel for the Classes and Attorneys*

23

*for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis*

24

*Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

25

26

27

28

4

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN & KODROFF, P.C.**
William G. Caldes (admitted *pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

JT. MOT. TO COND. FILE UNDER SEAL EXS. TO ZUFFA OPP. TO PLS' OBJ.

**ATTESTATION OF FILER**

The signatories to this document are myself and Kevin Rayhill, and I have obtained Mr.

Rayhill's concurrence to file this document on his behalf.

Dated: June 28, 2019                                        */s/ Stacey K. Grigsby*

6

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that the foregoing Joint Motion to Conditionally Seal

3

Exhibits to Defendant Zuffa, LLC's Opposition to Plaintiffs' Objections to Defendant Zuffa,

4

LLC's Proposal to Introduce Certain Purported "Summary Exhibits" at the Hearing Concerning

5

Plaintiffs' Motion for Class Certification was served on June 28, 2019 via the Court's CM/ECF

6

electronic filing system addressed to all parties on the e-service list.

7

8

*/s/ Roderick Crawford*
Roderick Crawford

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JT. MOT. TO COND. FILE UNDER SEAL EXS. TO ZUFFA OPP. TO PLS' OBJ.