WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**JOINT MOTION TO CONDITIONALLY FILE UNDER SEAL EXHIBITS TO PLAINTIFFS' RESPONSIVE BRIEFING RELATED TO ZUFFA'S AND NON-PARTIES' OBJECTIONS REGARDING EXHIBIT LIST DOCUMENTS** |

JT. MOT. TO COND. FILE UNDER SEAL EXS. TO PLS' RESP. BR. RE OBJECTIONS

On June 28, 2019, Plaintiffs filed their Motion for Leave to Lodge Materials Under Seal, ECF No. 678, lodging under seal documents related to four motions concurrently filed by Plaintiffs: (1) Plaintiffs' Response to Defendant Zuffa, LLC's Objections to Plaintiffs' Exhibit List Documents, ECF No. 674 ("Plaintiffs' Objections Response"); (2) Plaintiffs' Opposition to Defendant Zuffa, LLC's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification, ECF No. 675 ("Plaintiffs' Motion to Seal Opposition"); (3) Plaintiffs' Opposition to Non-Parties WME/IMG, LLC and the Raine Group LLC's Objections to Potential Use of Confidential Information at Evidentiary Hearing, ECF No. 676 ("Plaintiffs' Opposition to WME and Raine"); and (4) Plaintiffs' Opposition to Non-Parties Bellator Sport Worldwide LLC, Golden Boy Promotions, Inc., Golden Boy Promotions, LLC and Top Rank, Inc.'s Objections to Potential Use of Confidential Information at Evidentiary Hearing, ECF No. 677 ("Plaintiffs' Opposition to Non-Party Promoters"). Plaintiffs and Zuffa (jointly, the "Parties") now submit this Joint Motion to reduce the burden on the Court and avoid unnecessary briefing and motion practice.

The briefs and the exhibits to these four motions included 26 documents that were filed under seal or redacted (the "Disputed Materials"), including several exhibits to Plaintiffs' Opposition to Zuffa's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification, which addresses whether or not many of these materials should be sealed. The Disputed Materials fall into three categories: (1) materials produced by Zuffa attached to Plaintiffs' Objections Response and Plaintiffs' Motion to Seal Opposition (the "Zuffa Materials"); (2) materials produced by non-parties attached to Plaintiffs' Oppositions to WME and Raine and to Non-Party Promoters that Zuffa asserts contain its confidential information (the "Non-Party Materials with Zuffa's alleged confidential information"); and (3) materials produced by non-parties attached to Plaintiffs' Oppositions to WME and Raine and to Non-Party Promoters containing only non-party information (the "Non-Party Materials").

The Parties disagree as to whether the Zuffa Materials and Non-Party Materials with Zuffa's alleged confidential information should remain under seal. However, the briefing they

have already filed and the briefing they intend to file regarding sealing issues pursuant to the Court-ordered briefing schedule, ECF No. 670, directly address this dispute. Zuffa and Plaintiffs have stated each of their positions at length in their respective briefing regarding the treatment of confidential and protected material at the evidentiary hearing, ECF Nos. 631, 632, 639, 645, 665, and in other briefing on motions to seal. The Parties expect that the Court's decision on how to treat exhibits and protected materials at the evidentiary hearing will resolve the disagreement regarding whether the Zuffa Materials should remain under seal.

The Parties do not seek to re-litigate this issue for the purposes of these filings. Therefore, solely for the limited reason that the Zuffa Materials and the Non-Party Materials with Zuffa's alleged confidential information, as they currently stand, are still designated Confidential, Plaintiffs do not oppose Zuffa's request in this joint motion that the Zuffa Materials and Non-Party Materials with Zuffa's alleged confidential information remain under seal, in accordance with the Protective Order, until the Court has ruled on Zuffa's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification ("Motion to Seal"), ECF No. 665, and determined what protected material is properly sealed during the evidentiary hearing. Plaintiffs continue to reserve their right to challenge Zuffa's and relevant non-parties' confidentiality designations pursuant to Section 6.1 of the Protective Order, ECF No. 217.

Though Zuffa seeks to maintain under seal the exhibits to Plaintiffs' Objections Response and Motion to Seal Opposition, it does not seek to seal all of the material Plaintiffs' initially redacted in their briefs when they filed them on the docket on June 14, 2019. Zuffa therefore submits lesser-redacted versions of both briefs as Exhibits A and B to the Declaration of Stacey K. Grigsby in Support of this Motion.

As to the remainder of the Non-Party Materials, Plaintiffs oppose the sealing of these Non-Party Materials. Zuffa takes no position as to whether these Non-Party Materials containing exclusively non-party information are properly sealed but, pursuant to the Protective Order, ECF No. 217, Zuffa will continue to seek to seal these materials as required by the Protective Order until such time as the non-parties or the Court orders they should be made public.

|   |   |
|---|---|
| 1 | Having met and conferred on this issue, the Parties jointly move to file the Zuffa Materials |
| 2 | and the Non-Party Materials conditionally under seal, pending the Court's ruling on Zuffa's |
| 3 | Motion to Seal, ECF No. 665 and on the Non-Parties' objections to the public disclosure of their |
| 4 | documents, ECF No. 661.  Should the Court determine that any of the materials under seal should |
| 5 | not be sealed, the relevant Party will re-file any such materials on the public docket at that time. |

| | | |
|---|---|---|
| 1 | Dated: July 2, 2019 | Dated: July 2, 2019 |
| 2 | **JOSEPH SAVERI LAW FIRM, INC.** | **BOIES SCHILLER FLEXNER LLP** |
| 3 | By: */s/ Kevin E. Rayhill* | By: */s/ Stacey K. Grigsby* |
| | Joseph R. Saveri (State Bar No. 130064) | William A. Isaacson (admitted *pro hac vice*) |
| 4 | Joshua P. Davis (admitted *pro hac vice*) | Stacey K. Grigsby (admitted *pro hac vice*) |
| 5 | Kevin E. Rayhill (admitted *pro hac vice*) | Nicholas A. Widnell (admitted *pro hac vice*) |
| | Jiamin Chen (admitted *pro hac vice*) | 1401 New York Ave, NW |
| 6 | 601 California Street, Suite 1000 | Washington, D.C. 20005 |
| | San Francisco, California 94108 | Phone: (202) 237-2727/Fax: (202) 237-6131 |
| 7 | Phone: (415) 500-6800/Fax: (415) 395-9940 | wisaacson@bsfllp.com |
| | jsaveri@saverilawfirm.com | sgrigsby@bsfllp.com |
| 8 | jdavis@saverilawfirm.com | nwidnell@bsfllp.com |
| | krayhill@saverilawfirm.com | |
| 9 | jchen@saverilawfirm.com | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| 10 | *Co-Lead Counsel for the Classes and* | |
| 11 | *Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon* | **CAMPBELL & WILLIAMS** |
| | *Fitch, Luis Javier Vazquez, Brandon Vera,* | Donald J. Campbell (State Bar No. 1216) |
| 12 | *and Kyle Kingsbury* | J. Colby Williams (State Bar No. 5549) |
| | | 700 South 7th Street |
| 13 | | Las Vegas, Nevada 89101 |
| | **BERGER MONTAGUE PC** | Phone: (702) 382-5222/Fax: (702) 382-0540 |
| 14 | Eric L. Cramer (admitted *pro hac vice*) | djc@campbellandwilliams.com |
| | Michael Dell'Angelo (admitted *pro hac vice*) | jcw@campbellandwilliams.com |
| 15 | Patrick F. Madden (admitted *pro hac vice*) | |
| | Mark R. Suter (admitted *pro hac vice*) | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| 16 | 1818 Market Street, Suite 3600 | Ultimate Fighting Championship and UFC |
| 17 | Philadelphia, Pennsylvania 19103 | |
| | Phone: (215) 875-3000/Fax: (215) 875-4604 | **BOIES SCHILLER FLEXNER LLP** |
| 18 | ecramer@bm.net | Richard J. Pocker (State Bar No. 3568) |
| | mdellangelo@bm.net | 300 South Fourth Street, Suite 800 |
| 19 | pmadden@bm.net | Las Vegas, Nevada 89101 |
| | msuter@bm.net | Phone: (702) 382-7300/Fax: (702) 382-2755 |
| 20 | | rpocker@bsfllp.com |
| 21 | *Co-Lead Counsel for the Classes and Attorneys for Individual and Representative* | *Attorneys for Defendant* Zuffa, LLC, d/b/a |
| 22 | *Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera,* | Ultimate Fighting Championship and UFC |
| 23 | *and Kyle Kingsbury* | |

| | |
|---|---|
| 1 | **COHEN MILSTEIN SELLERS** |
| | **& TOLL, PLLC** |
| 2 | Benjamin D. Brown (admitted *pro hac vice*) |
| | Richard A. Koffman (admitted *pro hac vice*) |
| 3 | Daniel H. Silverman (admitted *pro hac vice*) |
| | 1100 New York Ave., N.W., |
| 4 | Suite 500, East Tower |
| | Washington, D.C. 20005 |
| 5 | Phone: (202) 408-4600/Fax: (202) 408 4699 |
| | bbrown@cohenmilstein.com |
| 6 | rkoffman@cohenmilstein.com |
| | dsilverman@cohenmilstein.com |

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Attorneys for Plaintiffs*

**WOLF, RIFKIN, SHAPIRO,**
  **SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217

3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN & KODROFF, P.C.**
William G. Caldes (admitted *pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**ATTESTATION OF FILER**

The signatories to this document are myself and Kevin Rayhill, and I have obtained Mr. Rayhill's concurrence to file this document on his behalf.


Dated: July 2, 2019                              <u>*/s/ Stacey K. Grigsby*</u>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Motion to Conditionally Seal Exhibits to Plaintiffs' Responsive Briefing Related to Zuffa's and Non-Parties' Objections Regarding Exhibit List Documents was served on July 2, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Brent K. Nakamura*
Brent K. Nakamura