WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>          Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER REGARDING JOINT MOTION TO CONDITIONALLY FILE UNDER SEAL EXHIBITS TO PLAINTIFFS' RESPONSIVE BRIEFING RELATED TO ZUFFA'S AND NON-PARTIES' OBJECTIONS REGARDING EXHIBIT LIST DOCUMENTS** |

**[PROPOSED] ORDER**

Before this Court is Zuffa, LLC's ("Zuffa") and Plaintiffs' (collectively, the "Parties")
Joint Motion To Conditionally File Under Seal Exhibits to Plaintiffs' Responsive Briefing
Related to Zuffa's and Non-Parties' Objections Regarding Exhibit List Documents.

The Court finds that under the applicable standard, the Parties [have or have not] made
this requisite finding as to the documents the parties move to seal.

IT IS HEREBY ORDERED THAT the Parties' Joint Motion to Seal is [GRANTED OR
DENIED].  The Clerk of the Court shall [conditionally file under seal or unseal] those portions of
documents that have been lodged under seal in connection with Plaintiffs' briefing filed June 28,
2019.


IT IS SO ORDERED


DATED:_____, 2019                    By:_____
                                                Hon. Richard F. Boulware
                                                UNITED STATES DISTRICT JUDGE

1