1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon Fitch,  )
Brandon Vera, Luis Javier Vazquez, and  )
Kyle Kingsbury on behalf of themselves and  )
Plaintiff(s),  )
)
vs.  )
Zuffa, LLC, d/b/a Ultimate Fighting  )
Championship and UFC,  )
)
Defendant(s).  )
_____  )

Case #2:15-cv-01045-RFB-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jonathan M. Shaw_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.   That Petitioner is an attorney at law and a member of the law firm of

_____Boies Schiller Flexner LLP_____
(firm name)

with offices at _____1401 New York Avenue, N.W_____,
(street address)

____Washington, DC____, ____District of Columbia____, ____20005____,
(city)                          (state)                          (zip code)

____220-237-2727____, ____jshaw@bsfllp.com____.
(area code + telephone number)        (Email address)

2.   That Petitioner has been retained personally or as a member of the law firm by

_____Zuffa, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____ April 3, 1995 _____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of ___ District of Columbia ___
                                                                                            (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

> None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

> District of Columbia
> Maryland

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __District of Columbia__ )
                                                          )
~~COUNTY OF~~ _____ )

_____Jonathan M. Shaw_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__20th__ day of ___JUNE___, __2019__.

_____, NOTARY PUBLIC, COMM EXP 04/14/2023
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Richard J. Pocker_____,
                                                                                                                                     (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____300 South Fourth Street, Suite 800_____,
                                                              (street address)

_____Las Vegas_____, _____Nevada_____, ___89101___,
              (city)                                          (state)                    (zip code)

_____(702) 382-7300_____, _____rpocker@bsfllp.com_____.
(area code + telephone number)              (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Richard J. Pocker_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

B.T. M⁰F, +
_____
(party's signature)

R.T. M⁰Knight, General Counsel, UFC/Zuffa
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

3568                     rpocker@bsfllp.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

ATTACHMENT A

TO VERIFIED PETITION OF JONATHAN M. SHAW FOR PERMISSION TO
PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR
OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

| JURISDICTION | DATE OF ADMISSION | BAR NO. |
|---|---|---|
| District of Columbia – State Bar | April 3, 1995 | 446249 |
| Maryland – State Bar | December 17, 1992 | 9212170142 |
| U.S. Court of Appeals – DC Circuit | February 16, 2016 | |
| U.S. Court of Appeals – Federal Circuit | September 6, 2017 | |
| U.S. Court of Appeals – Fourth Circuit | May 21, 2013 | |
| U.S. Court of Federal Claims | March 30, 2016 | |
| United States District Court, District of Columbia | April, 4, 1998 | |
| United States District Court, District of Maryland | May 21, 1993 | |
| Washington – State Bar | July 1, 1999 (Inactive) | |
| | | |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Jonathan M Shaw*

was duly qualified and admitted on **April 3, 1995** as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an **Active** member in good
standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on June 12, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:

District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

# Court Of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1992,*

## Jonathan Mark Shaw

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this nineteenth day of June, 2019.*

*Clerk of the Court of Appeals of Maryland*