1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8

9

10

11

12

13

14

Cung Le, Nathan Quarry, and Jon Fitch,
on behalf of themselves and all others
similarly situated,

                    Plaintiff(s),

        vs.

Zuffa, LLC, d/b/a Ultimate Fighting
Championship and UFC,

                    Defendant(s).

Case # 2:15-cv-01045-RFB-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

15

16

        Brooke Danielle Jenkins        , Petitioner, respectfully represents to the Court:
            (name of petitioner)

17

18

19

    1.    That Petitioner is an attorney at law and a member of the law firm of

                    O'Melveny & Myers LLP
                        (firm name)

20

with offices at         1999 Avenue of the Stars, 8th Floor         ,
                            (street address)

21

22

        Los Angeles        ,        California        , 90067-6035 ,
            (city)                    (state)            (zip code)

23

        (310) 553-6700        ,        brookejenkins@omm.com        .
    (area code + telephone number)            (Email address)

24

25

26

    2.    That Petitioner has been retained personally or as a member of the law firm by

        Top Rank, Inc. (Non-Party)        to provide legal representation in connection with
            [client(s)]

27

the above-entitled case now pending before this Court.

28

Rev. 5/16

3.   That since _____December 3, 2015_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of California | December 3, 2015 | 307514 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)  NONE

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)  NONE

7.      That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)  NONE

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                )
COUNTY OF ____Los Angeles____ )

_____Brooke Danielle Jenkins____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

27th day of ___June___, 2019.

_Cathy Greenfield_ Notary Public
Notary Public or Clerk of Court

CATHY GREENFIELD
Notary Public – California
Los Angeles County
Commission # 2220744
My Comm. Expires Nov 5, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Eric D. Hone_____,
                                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____701 N. Green Valley Parkway, Suite 200_____,
(street address)

____Henderson____, ____Nevada____, __89074__,
    (city)              (state)          (zip code)

__(702) 608-3747__, __eric@h1lawgroup.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Eric D. Hone _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Top Rank, Inc.
_____
(type or print party name, title)

_____
(party's signature)

Bob Arum
_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8499 _____          eric@h1lawgroup.com _____
Bar number                              Email address

APPROVED:

DATED this 9th day of July, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *BROOKE DANIELLE JENKINS*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **BROOKE DANIELLE JENKINS, #307514,** was on the **3rd day of DECEMBER, 2015,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 14th day of JUNE 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Margarita Arroyo, Assistant Deputy Clerk*