1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
5  1401 New York Avenue, NW, Washington, DC 20005
   Telephone: (202) 237-2727; Fax: (202) 237-6131
6
7  RICHARD J. POCKER, State Bar No. 3568
   (rpocker@bsfllp.com)
8  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
9  Telephone: (702) 382-7300; Fax: (702) 382-2755
10
   DONALD J. CAMPBELL, State Bar No. 1216
11  (djc@campbellandwilliams.com)
   J. COLBY WILLIAMS #5549
12  (jcw@campbellandwilliams.com)
   CAMPBELL & WILLIAMS
13  700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
14
15  *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
16
17
18                    **UNITED STATES DISTRICT COURT**

19                        **DISTRICT OF NEVADA**

20  | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-BNW |
    |---|---|
21  | | |
22  | | **ZUFFA LLC'S NOTICE OF CHANGE OF ADDRESS** |
23  | Plaintiffs, | |
    | v. | |
24  | | |
25  | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
26  | Defendant. | |
27
28

Case No.: 2:15-cv-01045-RFB-BNW

1  **TO ALL PARTIES AND THE CLERK OF THE COURT:**

2      Pursuant to L.R. IA 3-1, the undersigned attorneys of record for Defendant Zuffa, LLC file

3  this Notice of Change of Address and request the Court's docket in the above-captioned matter be

4  updated accordingly.

5      PLEASE TAKE NOTICE effective July 10, 2019, the firm name and address for Zuffa

6  LLC's counsel Suzanne Jaffe Nero and Brent K. Nakamura at Boies Schiller Flexner LLP has

7  changed to:

8                                 BOIES SCHILLER FLEXNER LLP
                                   44 Montgomery Street, 41st Floor
9                                    San Francisco, CA 94104
                                    Telephone:  (415) 293-6800
10                                   Facsimile:  (415) 293-6899

11
        Please note that the addresses for Zuffa's other counsel of record remain unchanged.
12

13   Dated:  July 10, 2019                    Respectfully Submitted,

14                                            BOIES SCHILLER FLEXNER LLP

15                                            By: */s / Suzanne Jaffe Nero*

16                                                Suzanne Jaffe Nero
                                                  Brent K. Nakamura
17

18                                            *Attorneys for Defendant Zuffa, LLC, d/b/a*

19                                            *Ultimate Fighting Championship and UFC*

20

21

22

23

24

25

26

27

28
                                                 1
        ZUFFA LLC'S NOTICE OF CHANGE OF                   Case No.: 2:15-cv-01045-RFB-BNW
        ADDRESS

1

## **CERTIFICATE OF SERVICE**

2          The undersigned hereby certifies that the foregoing Defendant Zuffa, LLC's Notice of

3   Change of Address was served on July 10, 2019 via the Court's CM/ECF electronic filing system

4   addressed to all parties on the e-service list.

5

6                                              */s/ Roderick J. Crawford*
                                               Roderick J. Crawford, an Employee of
7                                              Boies Schiller Flexner LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ZUFFA LLC'S NOTICE OF CHANGE OF          Case No.: 2:15-cv-01045-RFB-BNW
ADDRESS