WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER, State Bar No. 3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL, State Bar No. 1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS, State Bar. No. 5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**INDEX OF EXHIBITS TO ZUFFA, LLC'S REPLY IN SUPPORT OF ITS MOTION TO SEAL EXHIBITS AND PROTECTED MATERIALS AT THE EVIDENTIARY HEARING ON CLASS CERTIFICATION** |

INDEX OF EXHS TO ZUFFA'S REPLY ISO MOT. TO SEAL EXS. & PROT. MATERIALS

**INDEX OF EXHIBITS**

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Index of Exhibits to its Reply in Support of its Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification. The exhibits noted below are attached as exhibits to the Declaration of Jonathan M. Shaw in Support of Defendant Zuffa, LLC's Reply in Support of its Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification.

| Exhibit | Description |
|---|---|
| A. | PCCX135 – (ZFL-1112933) |
| B. | Expert Report of Hal J. Singer (August 31, 2017) |
| C. | Expert Rebuttal Report of Hal J. Singer (January 12, 2018) |
| D. | Supplemental Report of Hal J. Singer (April 3, 2018) |
| E. | Second Supplemental Report of Hal J. Singer (May 30, 2018) |
| F. | Expert Report of Professor Robert H. Topel (October 27, 2017) |
| G. | Sur-Rebuttal Expert Report of Professor Robert H. Topel (February 12, 2017) |
| H. | Professor Robert H. Topel's Reply to the Supplemental Expert Report of Hal J. Singer (May 7, 2018) |
| I. | Chart Indicating the Basis for Sealing each Individual Redaction in Exhibits B through H |