# EXHIBIT A

## PCCX135 - ZFL-1112933

## (Filed Under Seal)