# EXHIBIT I

# Chart of Proposed Redactions and Justifications

**Proposed Redactions to the Expert Reports of Dr. Singer and Professor Topel**

Expert Report of Hal J. Singer (Ex. B):

| Redaction Citation | Sealing Justification |
|---|---|
| Page 21; footnote 60; DB-ZUFFA-00007015 | Document clawed back by Deutsche Bank |
| Page 23; footnote 69; DB-ZUFFA-00007015 | Document clawed back by Deutsche Bank |
| Page 23; footnote 70; DB-ZUFFA-00007015 | Document clawed back by Deutsche Bank |
| Page 34; ¶ 51 | Post-2013 trade secret materials |
| Page 68; footnote 272; RAINE00000575 | Non-party objection to disclosure (Raine) |
| Page 73; footnote 294; ZFL-1704928 | Post-2013 trade secret materials |
| Page 82; footnote 327; DB-ZUFFA-00007249 | Post-2013 trade secret materials |
| Page 82; footnote 328; RAINE0018791 | Non-party objection to disclosure (Raine) |
| Page 90, ¶ 131; Table 3 | Post-2013 financial information; non-party objection to disclosure (Bellator) |
| Page 91; footnote 360; RAINE0018791 | Non-party objection to disclosure (Raine) |
| Page 94; ¶ 137 | Post-2013 trade secret materials; non-party objection to disclosure (WME) |
| Page 95; figure 2 | Post-2013 trade secret materials; non-party objection to disclosure (WME) |
| Page 97; footnote 386; RAINE0020542 | Non-party objection to disclosure (Raine) |
| Page 105-06; ¶ 159; WME-ZUFFA-00013978 | Non-party objection to disclosure (WME) |
| Page 116; footnote 443; WME-ZUFFA-00001150 | Post-2013 financial information and third party information; non-party objection to disclosure (WME) |
| Page 127; ¶ 189; WME-ZUFFA-00001150 | Post-2013 financial information and third party information; non-party objection to disclosure (WME) |
| Page 128; ¶ 190; SBPCL00002101 | Post-2013 financial information and third party information; non-party objection to disclosure (Bellator) |
| Page 134; ¶ 199; RAINE0018791 | Post-2013 financial information; non-party objection to disclosure (Raine) |
| Page 134; ¶ 200 | Post-2013 financial information; non-party objection to disclosure (WME) |
| Page 134-135; ¶ 201; footnote 493; WME-ZUFFA-00001150 | Post-2013 trade secret information; non-party objection to disclosure (WME) |
| Page 135; ¶ 201 | Post-2013 financial information |
| Page 135; ¶ 203; footnote 499; WME-ZUFFA-00001150 | Post-2013 trade secret materials; non-party objection to disclosure (WME) |
| Page 146; ¶ 217; ZFL-0504268 | Private third-party information |
| Page 148-49; ¶¶ 220-221; figure 5 | Post-2013 financial information and trade secret materials |
| Page 149-50; ¶ 222 | Post-2013 financial information |
| Page 150; ¶ 224 | Post-2013 financial information |
| Page 159; ¶ 242; footnote 563; ZFL-1690436 | Post-2013 financial information |

| | |
|---|---|
| Page 162; ¶ 247 | Post-2013 financial information; non-party objection to disclosure (Bellator) |
| Page 162-63; ¶ 248; Table 9 | Post-2013 financial information; non-party objection to disclosure (Bellator) |
| Page 164; Table 10 | Post-2013 financial information |
| Page 165; Table 11 | Post-2013 financial information |
| Page 166; Table 12 | Post-2013 financial information |
| Page 176-77; footnote 614; RAINE0018791 | Post-2013 financial information; non-party objection to disclosure (Raine) |
| Page 178; ¶ 280; WME-ZUFFA-00001150 | Post-2013 trade secret materials; non-party objection to disclosure (Raine) |
| Errata II page 1; #31 | Document clawed back by Deutsche Bank |

Expert Rebuttal Report of Hal J. Singer (Ex. C):

| Redaction Citation | Sealing Justification |
|---|---|
| Page 39; footnote 182; WME-IMG-00001150 | Post-2013 trade secret materials; non-party objection to disclosure (WME) |
| Page 53; ¶ 65; WME-IMG-00001150 | Post-2013 trade secret materials; non-party objection to disclosure |
| Page 132; ¶ 176 | Non-party objection to disclosure (Bellator) |
| Page 134; ¶ 180; SBPCL00002101 | Non-party objection to disclosure (Bellator) |
| Page 150; ¶ 204 | Post-2013 financial information |
| Page 150; ¶ 205; WME-IMG-00001150 | Post-2013 financial information and trade secret materials; non-party objection to disclosure (WME) |
| Page 151; footnote 653; WME-IMG-00001150 | Post-2013 trade secret materials; non-party objection to disclosure (WME) |
| Page 152; ¶ 206 | Post-2013 financial information |
| Page 152; ¶ 207; WME-IMG-00001150 | Post-2013 trade secret materials |

Supplemental Report of Hal J. Singer (Ex. D):

| Redaction Citation | Sealing Justification |
|---|---|
| Page 3; footnote 6 | Post-2013 financial information |
| Page 39; Figure A1 | Post-2013 financial information |
| Page 39; Table A2 | Post-2013 financial information and trade secret materials |

Second Supplemental Report of Hal J. Singer (Ex. E):

| Redaction Citation | Sealing Justification |
|---|---|
| Page 28; footnote 105 | Post-2013 financial information |
| Page 28; ¶ 35 | Post-2013 financial information |

| Page 29; Figure 1 | Post-2013 financial information |
|---|---|
| Page 38; footnote 155; WME-ZUFFA-00001150 | Post-2013 financial information; non-party objection to disclosure (WME) |
| Table A2 | Post-2013 financial information and trade secret materials |

Expert Report of Professor Robert H. Topel (Ex. F):

| Redaction Citation | Sealing Justification |
|---|---|
| Page 7; ¶ 17 | Post-2013 financials information; non-party objection to disclosure (Bellator) |
| Page 16; ¶ 44; WME-ZUFFA-00013978 | Non-party objection to disclosure (WME) |
| Page 54; ¶ 122 | Post-2013 financial information |
| Page 74; ¶ 170 n.238 | Post-2013 financial information |
| Page 98; ¶ 229 | Private third-party information |
| Page 107-08; ¶ 250 | Post-2013 financial information |
| Page 108; ¶ 250 n.364 | Post-2013 financial information |
| Page 108; ¶ 251 & n.368; WME-ZUFFA-00001150 | Non-party objection to disclosure (WME) |
| Page 122; ¶ 281 | Private third-party information. |
| Page 123; ¶ 282 | Post-2013 financials. |
| Page 124; ¶ 288; WME-ZUFFA-00013978 | Non-party objection to disclosure (WME) |
| Exhibit 11 | Post-2013 financial information |
| Exhibit 14 | Post-2013 financial information |
| Exhibit 19 | Post-2013 financial information |

Sur-Rebuttal Expert Report of Professor Robert H. Topel (Ex. G):

| Redaction Citation | Sealing Justification |
|---|---|
| Page 22; ¶ 45 | Post-2013 financial information |

Professor Robert H. Topel's Reply to the Supplemental Expert Report of Hal J. Singer (Ex. H):

| Redaction Citation | Sealing Justification |
|---|---|
| Page 6-7; ¶ 14 | Post-2013 financial information |
| Page 8; ¶ 18 | Post-2013 financial information |
| Exhibit 1 | Post-2013 financial information |
| Exhibit 5 | Post-2013 financial information |