1   WILLIAM A. ISAACSON (*Pro hac vice*)
    (wisaacson@bsfllp.com)
2   STACEY K. GRIGSBY (*Pro hac vice*)
    (sgrigsby@bsfllp.com)
3   NICHOLAS A. WIDNELL (*Pro hac vice*)
    (nwidnell@bsfllp.com)
4   JONATHAN M. SHAW (*Pro hac vice*)
    (jshaw@bsfllp.com)
5   BOIES SCHILLER FLEXNER LLP
6   1401 New York Avenue, NW, Washington, DC 20005
    Telephone: (202) 237-2727; Fax: (202) 237-6131
7
8   RICHARD J. POCKER #3568
    (rpocker@bsfllp.com)
9   BOIES SCHILLER FLEXNER LLP
    300 South Fourth Street, Suite 800, Las Vegas, NV 89101
10  Telephone: (702) 382-7300; Fax: (702) 382-2755

11  DONALD J. CAMPBELL #1216
    (djc@campbellandwilliams.com)
12  J. COLBY WILLIAMS #5549
    (jcw@campbellandwilliams.com)
13  CAMPBELL & WILLIAMS
14  700 South 7th Street, Las Vegas, NV 89101
    Telephone: (702) 382-5222; Fax: (702) 382-0540
15
16  *Attorneys for Defendant* Zuffa, LLC, d/b/a
    Ultimate Fighting Championship and UFC
17
    [Additional Counsel Listed on Signature Page]
18

19                    UNITED STATES DISTRICT COURT
20                         DISTRICT OF NEVADA

21  Cung Le, Nathan Quarry, Jon Fitch, Brandon          Case No.: 2:15-cv-01045-RFB-BNW
    Vera, Luis Javier Vazquez, and Kyle
22  Kingsbury on behalf of themselves and all           **JOINT MOTION TO**
    others similarly situated,                          **CONDITIONALLY FILE UNDER**
23                                                      **SEAL EXHIBITS TO THE**
                                                        **PARTIES' REPLIES IN SUPPORT**
24                Plaintiffs,                            **OF THEIR OBJECTIONS AND**
         v.                                             **MOTION TO SEAL**
25
26  Zuffa, LLC, d/b/a Ultimate Fighting
    Championship and UFC,
27
                  Defendant.
28

---
            JT. MOT. TO COND. FILE UNDER SEAL EXS. TO THE PARTIES' REPLIES

Concurrently with this Motion, each Party files a reply in support of motions filed pursuant to the briefing schedule set by the Court, ECF Nos. 662, 670.  Plaintiffs file their Reply in Support of their Objections to Defendant Zuffa, LLC's Proposal to Introduce Certain Purported "Summary Exhibits" at the Hearing Concerning Plaintiffs' Motion for Class Certification.  Zuffa files its Reply in Support of its Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification.  Plaintiffs and Zuffa (jointly, the "Parties") now submit this Joint Motion to reduce the burden on the Court and avoid unnecessary briefing and motion practice.

The briefs and the exhibits to these two motions include documents that Zuffa maintains should be sealed (the "Disputed Materials"), and these materials are lodged under seal concurrently with the filing of this and the above-mentioned motions.  The Parties disagree as to whether the Disputed Materials should remain under seal.  However, the briefing they have already filed directly addresses this dispute.  Zuffa and Plaintiffs have stated each of their positions at length in their respective briefing regarding the treatment of confidential and protected material at the evidentiary hearing, ECF Nos. 631, 632, 639, 645, 665, and in other briefing on motions to seal.  The Parties expect that the Court's decision on how to treat exhibits and protected materials at the evidentiary hearing will resolve the disagreement regarding whether the Disputed Materials should remain under seal.

The Parties do not seek to re-litigate this issue for the purposes of these filings.  Therefore, solely for the limited reason that the Disputed Materials, as they currently stand, are still designated Confidential, Plaintiffs do not oppose Zuffa's request in this joint motion that the Disputed Materials remain under seal, in accordance with the Protective Order, until the Court has ruled on Zuffa's Motion to Seal Exhibits and Protected Materials at the Evidentiary Hearing on Class Certification ("Motion to Seal"), ECF No. 665, and determined what protected material is properly sealed during the evidentiary hearing.  Plaintiffs continue to reserve their right to challenge Zuffa's confidentiality designations pursuant to Section 6.1 of the Protective Order, ECF No. 217.  Having met and conferred on this issue, the Parties jointly move to file the Disputed Materials conditionally under seal, pending the Court's ruling on Zuffa's Motion to

1  Seal, ECF No. 665.  Should the Court determine that any of the materials under seal should not be

2  sealed, the relevant Party will re-file any such materials on the public docket at that time.

3

4  Dated:  July 12, 2019                          Dated:  July 12, 2019

5  **JOSEPH SAVERI LAW FIRM, INC.**              **BOIES SCHILLER FLEXNER LLP**

6  By: */s/ Kevin E. Rayhill*                     By: */s/ Jonathan M. Shaw*

7  Joseph R. Saveri (admitted *pro hac vice*)     William A. Isaacson (admitted *pro hac vice*)
   Joshua P. Davis (admitted *pro hac vice*)      Stacey K. Grigsby (admitted *pro hac vice*)

8  Kevin E. Rayhill (admitted *pro hac vice*)     Nicholas A. Widnell (admitted *pro hac vice*)
   Jiamin Chen (admitted *pro hac vice*)          Jonathan M. Shaw (admitted *pro hac vice*)

9  601 California Street, Suite 1000              1401 New York Ave, NW
   San Francisco, California 94108                Washington, D.C. 20005

10 Phone: (415) 500-6800/Fax: (415) 395-9940      Phone: (202) 237-2727/Fax: (202) 237-6131
   jsaveri@saverilawfirm.com                      wisaacson@bsfllp.com

11 jdavis@saverilawfirm.com                       sgrigsby@bsfllp.com
   krayhill@saverilawfirm.com                     nwidnell@bsfllp.com

12 jchen@saverilawfirm.com                        jshaw@bsfllp.com

13 *Co-Lead Counsel for the Classes and*          *Attorneys for Defendant* Zuffa, LLC, d/b/a
   *Attorneys for Individual and Representative*  Ultimate Fighting Championship and UFC

14 *Plaintiffs Cung Le, Nathan Quarry, Jon*
   *Fitch, Luis Javier Vazquez, Brandon Vera,*

15 *and Kyle Kingsbury*                           **CAMPBELL & WILLIAMS**
                                                  Donald J. Campbell (State Bar No. 1216)

16                                                J. Colby Williams (State Bar No. 5549)
   **BERGER MONTAGUE PC**                         700 South 7th Street

17 Eric L. Cramer (admitted *pro hac vice*)       Las Vegas, Nevada 89101
   Michael Dell'Angelo (admitted *pro hac vice*) Phone: (702) 382-5222/Fax: (702) 382-0540

18 Patrick F. Madden (admitted *pro hac vice*)    djc@campbellandwilliams.com
   Mark R. Suter (admitted *pro hac vice*)        jcw@campbellandwilliams.com

19 1818 Market Street, Suite 3600
   Philadelphia, Pennsylvania 19103               *Attorneys for Defendant* Zuffa, LLC, d/b/a

20 Phone: (215) 875-3000/Fax: (215) 875-4604      Ultimate Fighting Championship and UFC
   ecramer@bm.net

21 mdellangelo@bm.net
   pmadden@bm.net                                 **BOIES SCHILLER FLEXNER LLP**

22 msuter@bm.net                                  Richard J. Pocker (State Bar No. 3568)
                                                  300 South Fourth Street, Suite 800

23                                                Las Vegas, Nevada 89101
   *Co-Lead Counsel for the Classes and*          Phone: (702) 382-7300/Fax: (702) 382-2755

24 *Attorneys for Individual and Representative*  rpocker@bsfllp.com
   *Plaintiffs Cung Le, Nathan Quarry, Jon*

25 *Fitch, Luis Javier Vazquez, Brandon Vera,*    *Attorneys for Defendant* Zuffa, LLC, d/b/a
   *and Kyle Kingsbury*                           Ultimate Fighting Championship and UFC

26

27

28

**COHEN MILSTEIN SELLERS**
    **& TOLL, PLLC**
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, D.C. 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Luis Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

**RADICE LAW FIRM, P.C.**
John D. Radice (admitted *pro hac vice*)
34 Sunset Blvd
Long Beach, NJ 08008
jradice@radicelawfirm.com

*Attorneys for Plaintiffs*

**WOLF, RIFKIN, SHAPIRO,**
    **SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217

3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys*
*for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis*
*Javier Vazquez, Brandon Vera, and Kyle*
*Kingsbury*

3

**WARNER ANGLE HALLAM JACKSON**
**& FORMANEK PLC**
Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
2555 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

*Counsel for the Classes and Attorneys for*
*Individual and Representative Plaintiffs Cung*
*Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

**LAW OFFICE OF FREDERICK S.**
**SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, #1040
Sherman Oaks, California 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Attorneys for Plaintiffs*

**SPECTOR ROSEMAN & KODROFF,**
**P.C.**
William G. Caldes (admitted *pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
wcaldes@srkw-law.com

*Attorneys for Plaintiffs*

**ATTESTATION OF FILER**

The signatories to this document are myself and Kevin Rayhill, and I have obtained Mr. Rayhill's concurrence to file this document on his behalf.

Dated: July 12, 2019                    */s/ Jonathan M. Shaw*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Motion to Conditionally Seal Exhibits to the Parties' Replies in Support of their Objections and Motion to Seal was served on July 12, 2019 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Roderick Crawford*
Roderick Crawford

JT. MOT. TO COND. FILE UNDER SEAL EXS. TO THE PARTIES' REPLIES