WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER REGARDING JOINT MOTION TO CONDITIONALLY FILE UNDER SEAL EXHIBITS TO THE PARTIES' REPLIES IN SUPPORT OF THEIR OBJECTIONS AND MOTION TO SEAL** |

**[PROPOSED] ORDER**

Before this Court is Zuffa, LLC's ("Zuffa") and Plaintiffs' (collectively, the "Parties") Joint Motion To Conditionally File Under Seal Exhibits to the Parties' Replies in Support of Their Objections and Motion to Seal.

The Court finds that under the applicable standard, the Parties [have or have not] made this requisite finding as to the documents the Parties move to seal.

IT IS HEREBY ORDERED THAT the Parties' Joint Motion to Seal is [GRANTED OR DENIED]. The Clerk of the Court shall [conditionally file under seal or unseal] those portions of documents that have been lodged under seal in connection with Plaintiffs' briefing filed July 12, 2019.


IT IS SO ORDERED


DATED:_____, 2019               By:_____

                                       Hon. Richard F. Boulware
                                       UNITED STATES DISTRICT JUDGE

1