1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  JONATHAN M. SHAW (*Pro hac vice*)
   (jshaw@bsfllp.com)
5  BOIES SCHILLER FLEXNER LLP
6  1401 New York Avenue, NW, Washington, DC 20005
7  Telephone: (202) 237-2727; Fax: (202) 237-6131

8  RICHARD J. POCKER, State Bar No. 3568
   (rpocker@bsfllp.com)
9  BOIES SCHILLER FLEXNER LLP
10 300 South Fourth Street, Suite 800, Las Vegas, NV 89101
   Telephone: (702) 382-7300; Fax: (702) 382-2755

11
   DONALD J. CAMPBELL, State Bar No. 1216
12 (djc@campbellandwilliams.com)
   J. COLBY WILLIAMS, State Bar. No. 5549
13 (jcw@campbellandwilliams.com)
14 CAMPBELL & WILLIAMS
   700 South 7th Street, Las Vegas, NV 89101
15 Telephone: (702) 382-5222; Fax: (702) 382-0540

16 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
17

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**INDEX OF EXHIBITS TO ZUFFA, LLC'S NOTICE OF NON-PARTY WME\|IMG, LLC'S LETTER REQUESTING GUIDANCE REGARDING THE PROCESS FOR PROTECTING NON-PARTIES' CONFIDENTIAL DOCUMENTS** |

# INDEX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Index of Exhibits to Defendant Zuffa LLC's Notice of Non-Party WME|IMG, LLC'S Letter Requesting Guidance Regarding the Process for Protecting Non-Parties' Confidential Documents. The exhibits noted below are attached as exhibits to the Declaration of Jonathan M. Shaw in Support of Defendant Zuffa LLC's Notice of Non-Party WME|IMG, LLC'S Letter Requesting Guidance Regarding the Process for Protecting Non-Parties' Confidential Documents.

| Exhibit | Description |
| --- | --- |
| A. | Email from Kevin Rayhill to Justin Hamill, dated June 28, 2019 |
| B. | Letter from Benjamin Naftalis (WME|IMG, LLC) to Judge Richard F. Boulware, II, dated July 12, 2019 |