# EXHIBIT A

# Email from K. Rayhill to J. Hamill dated June 28, 2019

| | |
|---|---|
| **From:** | Kevin Rayhill |
| **To:** | Justin.Hamill@lw.com; Le v Zuffa; Jonathan Shaw; Brent Nakamura |
| **Cc:** | skrauss@endeavorco.com; rmcknight@ufc.com; Benjamin.Naftalis@lw.com |
| **Subject:** | RE: WME (Endeavor) Objections to Use of Materials Produced in Le v. Zuffa |
| **Date:** | Friday, June 28, 2019 7:38:32 PM |
| **Attachments:** | 2019-06-28 Ps Resp to Raine-WME Objections re Confidential Docs (PARTIALLY REDACTED).pdf |

Counsel,

The attached document was filed with the Court today. Replies are due by July 12, 2019.

Sincerely,

**Kevin E. Rayhill**
*Associate Attorney*

**JOSEPH SAVERI**
**LAW FIRM**

601 California Street, Suite 1000
San Francisco, CA 94108
**T** 415.500.6800 x804
**F** 415.395.9940

---

**From:** Justin.Hamill@lw.com <Justin.Hamill@lw.com>
**Sent:** Tuesday, June 04, 2019 6:41 PM
**To:** Kevin Rayhill <krayhill@saverilawfirm.com>; Le_v_Zuffa@bsfllp.com; jshaw@bsfllp.com; bnakamura@bsfllp.com
**Cc:** skrauss@endeavorco.com; rmcknight@ufc.com; Benjamin.Naftalis@lw.com
**Subject:** WME (Endeavor) Objections to Use of Materials Produced in Le v. Zuffa

Counsel,

WME (now Endeavor) objects to the use of the materials listed on the list attached to your May 28, 2019 letter.  Please advise us of times you are available to meet and confer regarding these documents.  Please note that due to schedule constraints, depending on when you are available, we may need to meet and confer early next week.

Regards,

Justin

**Justin G. Hamill**

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Direct Dial: +1.212.906.1252
Cell:
Email: justin.hamill@lw.com
http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.