1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  JONATHAN M. SHAW (*Pro hac vice*)
   (jshaw@bsfllp.com)
5  BOIES SCHILLER FLEXNER LLP
6  1401 New York Avenue, NW, Washington, DC 20005
7  Telephone: (202) 237-2727; Fax: (202) 237-6131

8  RICHARD J. POCKER, State Bar No. 3568
   (rpocker@bsfllp.com)
9  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
10 Telephone: (702) 382-7300; Fax: (702) 382-2755

11
   DONALD J. CAMPBELL, State Bar No. 1216
12 (djc@campbellandwilliams.com)
   J. COLBY WILLIAMS #5549
13 (jcw@campbellandwilliams.com)
   CAMPBELL & WILLIAMS
14 700 South 7th Street, Las Vegas, NV 89101
15 Telephone: (702) 382-5222; Fax: (702) 382-0540

16 *Attorneys for Defendant Zuffa, LLC, d/b/a*
   *Ultimate Fighting Championship and UFC*
17

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL ECF NO. 696-4** |

**[PROPOSED] ORDER**

Before this Court is Defendant Zuffa, LLC's Motion to Seal ECF No. 696-4. Having fully considered the papers and arguments of counsel, including the filing of a Notice of Corrected Image/Document to ECF No. 696-4, which allows the public access to all non-confidential portions of the document, and good cause having been shown, the Court hereby orders that:

Zuffa, LLC's Motion to Seal ECF No. 696-4 is GRANTED.

IT IS SO ORDERED.

Dated: _____ 2019

By: _____
The Honorable Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE