WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER, State Bar No. 3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL, State Bar No. 1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Case No.: 2:15-cv-01045-RFB-BNW

**ZUFFA, LLC'S UNOPPOSED MOTION TO SEAL ZUFFA'S AUGUST 19, 2019 LETTERS TO THE COURT**

Pursuant to Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure and Local Rule 10-5, Zuffa, LLC ("Zuffa") hereby moves this Court for leave to file under seal Zuffa's August19, 2019 letters to the Court re: August 26, 2019 Hearing in Le v. Zuffa, 2:15-cv-01045-RFB-BNW (the "Letters re Witness Health"). Good cause and compelling reasons exist to file the Letters re Witness Health under seal, as they contain sensitive and personal medical information and concerns courtroom accommodations for a witness. Plaintiffs have informed Zuffa they do not oppose this motion. Decl. of Nicholas A. Widnell in Support of Zuffa's Motion to Seal, ¶ 4.

The presumption of public access to court filings unrelated to dispositive motions may be overcome by a showing of good cause under Rule 26(c). *See Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010); *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of information" and have "consistently granted protective orders that prevent disclosure of many types of information" including "medical and psychiatric records confidential under state law." *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211-12 (9th Cir. 2002) (citations omitted).

There is good cause to seal the Letters re Witness Health, as they contain the highly sensitive medical information of two evidentiary hearing witnesses, and are related to courtroom accommodations and scheduling. Even under the more stringent compelling reasons sealing standard, the Letters re Witness Health are properly sealed because "[t]he need to protect medical privacy typically qualifies as a 'compelling reason' for sealing records." *Trujillo v. Bannister*, 2016 WL 6399034, at *2 (D. Nev. Oct. 27, 2016).

Zuffa respectfully requests that the Letters re Witness Health be filed under seal.

DATED this nineteenth day of August, 2019.

Dated: August 19, 2019

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By: */s/ Nicholas A. Widnell*
Nicholas A. Widnell

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER, State Bar No. 3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 S. Fourth Street, Ste. 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL, State Bar No. 1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*