WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER, State Bar No. 3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL, State Bar No. 1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>  Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S UNOPPOSED MOTION TO SEAL ZUFFA'S AUGUST 19, 2019 LETTERS TO THE COURT** |

**[PROPOSED] ORDER**

Before this Court is Defendant Zuffa, LLC's Unopposed Motion to Seal Zuffa's August 19, 2019 Letters to the Court. Having fully considered the paper and argument of counsel, and good cause having been shown, the Court hereby orders that:

Zuffa, LLC's Unopposed Motion to Seal Zuffa's August 19, 2019 Letters to the Court is GRANTED.

IT IS SO ORDERED.

Dated: _____ 2019          By: _____
                                 The Honorable Richard F. Boulware, II
                                 UNITED STATES DISTRICT JUDGE