```
_____ RECEIVED
_____ ENTERED   _____ SERVED ON
                   COUNSEL/PARTIES OF RECORDS

        AUG 22, 2019

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CUNG LE, et al.

    Plaintiff(s),

    vs.

ZUFFA, INC., et al.

    Defendant(s).

Case #2:15-cv-01045-RBF-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    _____Philip M. Kelly_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

    Kendall Brill & Kelly LLP
    (firm name)

with offices at   10100 Santa Monica Blvd., Suite 1725
    (street address)

Los Angeles  ,  California  ,  90067
(city)           (state)        (zip code)

310-556-2700  ,  pkelly@kbkfirm.com
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

    Non-Party Bellator Sport Worldwide LLC  to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **January 23, 2001** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **California** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for Central California | Jan. 23, 2001 | 212174 |
| U.S. Court of Appeals for the Ninth Circut | March 23, 2011 | 212174 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF   California   )
                       )
COUNTY OF  Los Angeles )

__Philip M. Kelly__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

____SEE THE ATTACHED FORM____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Kelly H. Dove___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3883 Howard Hughes Parkway, Suite 1100____,
(street address)

__Las Vegas__, __Nevada__, __89169-5958__,
(city)           (state)        (zip code)

__702-784-5286__, __kdove@swlaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Kelly H. Dove_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Tracey Lesetar, Secretary of Bellator Sport Worldwide
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____Kelly H Dove_____
Designated Resident Nevada Counsel's signature

__10569__  __kdove@swlaw.com__
Bar number       Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**The State Bar of California**

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105 — 888-800-3400 — AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

August 20, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PHILIP MATTHEW KELLY, #212174 was admitted to the practice of law in this state by the Supreme Court of California on January 3, 2001 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California              )
County of Los Angeles        )

On August 21, 2019, before me, Patricia Perello, a Notary Public, personally appeared Philip M. Kelly, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> PATRICIA PERELLO
> Notary Public - California
> Los Angeles County
> Commission # 2267167
> My Comm. Expires Dec 14, 2022

Signature _Patricia Perello_