DAVID MARROSO (Cal. S.B. #211655)
 dmarroso@omm.com
(admitted *pro hac vice*)
BROOKE D. JENKINS (Cal. S.B. #307514)
 brookejenkins@omm.com
(admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California  90067-6035
Telephone:     +1 310 553 6700
Facsimile:     +1 310 246 6779

ERIC D. HONE (NV Bar No. 8499)
 eric@h1lawgroup.com
H1 Law Group
701 N Green Valley Parkway, Suite 200
Henderson, Nevada 89074
Telephone:     702-608-3747
Facsimile:     702-608-3759

Attorneys for Non-Party
Top Rank, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re Subpoena Of<br><br>Top Rank, Inc.,<br><br>Cung Le, Nathan Quarry, and Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                    Defendant. | Case No. 2:15-cv-01045-RFB-BNW<br><br>**TOP RANK, INC.'S MOTION TO PERMIT COUNSEL TO APPEAR TELEPHONICALLY** |

- 2 -

Non-party Top Rank, Inc. submitted objections to disclosure of certain confidential information during public evidentiary hearings scheduled in the above-captioned matter on June 14, 2019, Doc. 661-6, and August 2, 2019, Doc. 713.  Counsel for Top Rank was notified today, August 23, 2019, that the Court plans to address all motions to seal in connection with the public evidentiary hearings during a hearing on Monday, August, 26, 2019 at 9:30 a.m.

Counsel for Top Rank request permission to appear telephonically at the August 26 hearing.  Top Rank is a non-party.  Lead counsel for non-party lives in Los Angeles, California.  Being permitted to appear telephonically would help mitigate the additional expense imposed on non-party Top Rank.  There would be no prejudice to either party.

Dated: August 23, 2019                                         O'MELVENY & MYERS LLP

                                                               By: _____
                                                                   David Marroso

                                                               Attorneys for Non-Party Top Rank, Inc.

**Certificate of Service**

I hereby certify that on August 23, 2019, I electronically filed the foregoing **TOP RANK, INC.'S MOTION TO PERMIT COUNSEL TO APPEAR TELEPHONICALLY** with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system addressed to all parties on the e-service list.

/s/ *David Marroso*
David Marroso

- 3 -
TOP RANK, INC.'S MOTION TO PERMIT COUNSEL TO APPEAR TELEPHONICALLY