THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| CUNG LE, *et al.*,<br><br>       Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC,<br><br>       Defendants. | 2:15-cv-01045-RFB-BNW<br><br>DATE: <u>August 26, 2019</u><br><br>Courtroom 7C |

THE HONORABLE <u>RICHARD F. BOULWARE, II,</u> UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>Blanca Lenzi</u>   COURT RECORDER: <u>Patty Ganci</u>

COUNSEL FOR PLAINTIFF:  <u>Eric Cramer, Esq., Joshua Davis, Esq., Joseph Saveri, Esq., Mark Suter, Esq., Patrick, Madden, Esq., Daniel Silverman, Esq. Don Springmeyer, Esq.</u>

COUNSEL FOR DEFENDANT:  <u>William Isaacson, Esq., Stacey Grisby, Esq., Nicholas Widnell, Esq., Rich McKnight, Esq., Samuel Mirkovich, Esq., Colby Williams, Esq.,</u>

<u>COUNSEL FOR NONPARTY- BELLATOR:</u>  <u>Phillip Kelly, Esq., Blakely Griffith, Esq.</u>

<u>COUNSEL FOR NONPARTY -TOP RANK:</u>  <u>David Marroso, Esq. Brooke Jenkins,  Appearing Telephonically.</u>

MINUTES OF PROCEEDINGS: <u>Evidentiary Hearing – Day 1</u>

The Court convened at 9:43 AM.   Plaintiffs Kyle Kingsbury and John Fitch are present in the courtroom.

The Court GRANTS  [718] MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Philip M. Kelly and DESIGNATION of Local Counsel Kelly H. Dove.

The Court makes preliminary statements and hears representations from the parties regarding pending motions to seal.  For the reasons stated on the record, IT IS FURTHER ORDERED that the seals on the docket remain in place at this time, but that the parties may freely reference

Cung Lee, et al, v. Zuffa, LLC
Case no.  2:15-cv-01045-RFB-BNW
Evidentiary Hearing – Day 1, August 26, 2019
----------------------------------------------------

Dr. Singer and  Dr. Topel's expert reports and all underlying information for the purposes of the evidentiary hearing.

**Dr. Hal Singer**,  Professor teaching Advanced Pricing Theory at the Business School of Georgetown University in Washington D.C,  is sworn and testifies on direct examination by Mr. Cramer.

Court recessed for lunch at 12:48 PM.
Court reconvened at 1:58 PM.

Dr. Singer, having previously been sworn, resumes testimony on direct examination by Mr. Cramer.

Court recessed at 2:47 PM.
Court reconvened at 2:57 PM.

Dr. Singer, having previously been sworn, resumes testimony on cross examination by Mr. Isaacson.

The evidentiary hearing will resume on August 27, 2019 at 9:00 AM, with additional testimony by Dr. Singer and testimony by Dr. Toppel.

The Court adjourned at 4:10 PM.

                                                        DEBRA K. KEMPI, CLERK
                                                        U.S. DISTRICT COURT

                                                        BY:             /S/
                                                        Blanca Lenzi, Deputy Clerk