# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| CUNG LE, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC,<br><br>        Defendants. | 2:15-cv-01045-RFB-BNW<br><br>DATE: August 27, 2019<br><br>Courtroom 7C |

THE HONORABLE RICHARD F. BOULWARE, II, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Blanca Lenzi   COURT RECORDER: Patty Ganci

COUNSEL FOR PLAINTIFF:  Eric Cramer, Esq., Joshua Davis, Esq., Joseph Saveri, Esq., Mark Suter, Esq., Patrick, Madden, Esq., Daniel Silverman, Esq. Don Springmeyer, Esq.

COUNSEL FOR DEFENDANT:  William Isaacson, Esq., Stacey Grisby, Esq., Nicholas Widnell, Esq., Rich McKnight, Esq., Samuel Mirkovich, Esq., Brent Nakamura, Esq.

MINUTES OF PROCEEDINGS: Evidentiary Hearing – Day 2

The Court convened at 9:15 AM.    Plaintiffs Kyle Kingsbury and John Fitch are present in the courtroom.

Dr. Singer, having previously been sworn, resumes testimony on cross examination by Mr. Isaacson.

Court recessed  at 11:01 AM.
Court reconvened at 11:14 AM.

Dr. Singer, having previously been sworn, resumes testimony on cross examination by Mr. Isaacson. Dr. Singer is then excused.

Dr.  Robert Topel, is sworn and testifies on direct examination by Mr. Isaacson.

Cung Lee, et al, v. Zuffa, LLC
Case no.  2:15-cv-01045-RFB-BNW
Evidentiary Hearing – Day 2, August 27, 2019
-----------------------------------------------------

Court recessed for lunch at 12:54 PM.
Court reconvened at 2:10 PM.

Dr. Topel, having previously been sworn, resumes testimony on cross examination by Mr. Isaacson.

The Court makes preliminary statements and hears representations from the parties regarding the filing of any additional expert reports. The Court also makes preliminary statements and hears representations regarding what evidence has been admitted into the record for the Court's consideration.  The Court will hear further representations on these topics tomorrow, August 28, 201.

The evidentiary hearing will resume on August 28, 2019 at 9:00 AM in LV Courtroom 7C.

The Court adjourned at 4:19 PM.

                                                  DEBRA K. KEMPI, CLERK
                                                  U.S. DISTRICT COURT

                                                  BY:_____/S/_____
                                                  Blanca Lenzi, Deputy Clerk