# EXHIBIT 1

# Exhibit 15 from JCCX51, Expert Report of Professor Robert H. Topel (October 27, 2017)

Highly Confidential Under Protective Order

**Exhibit 15 - Dr. Singer's Regression Model After Excluding Pre-Acquisition Strikeforce Bouts**
Dependent Variable: Compensation Share of Event Revenue

| | Singer Revenue Weighted Foreclosure Shares | | | Unweighted Foreclosure Shares | | |
|---|---|---|---|---|---|---|
| | Tracked (1) | Ranked (2) | Headliner (3) | Tracked (4) | Ranked (5) | Headliner (6) |
| Foreclosure Share - Tracked | -0.02462 (0.013) | | | 0.01093 (0.009) | | |
| Foreclosure Share - Ranked | | -0.02377** (0.007) | | | 0.04685 (0.034) | |
| Foreclosure Share - Headliners | | | -0.01681 (0.014) | | | 0.01662 (0.010) |
| Observations | 6,942 | 6,942 | 6,942 | 6,942 | 6,942 | 6,942 |

**Notes:**
[1] Columns 1-3 replicate Dr. Singer's Table 6 after removing 212 bouts that occurred before Zuffa acquired Strikeforce. Columns 4-6 use unweighted foreclosure shares.
[2] Robust standard errors are in parentheses. ** $p<0.01$, * $p<0.05$

**Source:**
Singer Backup ("Regression Data.dta")