THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| CUNG LE, *et al.*,<br><br>       Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC,<br><br>       Defendant. | 2:15-cv-01045-RFB-BNW<br><br>DATE: August 28, 2019<br><br>Courtroom 7C |

THE HONORABLE RICHARD F. BOULWARE, II, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Blanca Lenzi   COURT RECORDER: Patty Ganci

COUNSEL FOR PLAINTIFFS:  Eric Cramer, Esq., Joshua Davis, Esq., Joseph Saveri, Esq., Mark Suter, Esq., Patrick, Madden, Esq., Daniel Silverman, Esq. Don Springmeyer, Esq.

COUNSEL FOR DEFENDANT:  William Isaacson, Esq., Stacey Grisby, Esq., Nicholas Widnell, Esq., Rich McKnight, Esq., Samuel Mirkovich, Esq., Brent Nakamura, Esq.

MINUTES OF PROCEEDINGS: Evidentiary Hearing – Day 3

The Court convened at 9:07 AM.   Plaintiffs Kyle Kingsbury and John Fitch are present in the courtroom.

The Court makes preliminary statements and hears representations from the parties regarding [728] Notice of Regression Results.

Dr. Robert Topel, having previously been sworn, resumes testimony on cross examination by Mr. Cramer. Dr. Topel is then excused.
*Plaintiffs' Exhibit 1* is marked, offered and admitted into evidence. The Court directs the parties to submit an agreed upon joint exhibit.
*Defendant's Exhibits 1*  is marked, offered and admitted into evidence.  Dr. Topel is then excused.

Court recessed  at 10:47 AM.
Court reconvened at 11:08 AM.

Cung Lee, et al, v. Zuffa, LLC
Case no.  2:15-cv-01045-RFB-BNW
Evidentiary Hearing – Day 3, August 28, 2019
---------------------------------------------------

The Court makes additional statements and hears representations from the parties regarding [728] Notice of Regression Results.

Dr. Hal Singer, having previously been sworn, resumes testimony on cross examination by Mr. Cramer.  Dr. Singer is then excused.

Court recessed for lunch at 12:50 PM.
Court reconvened at 2:16 PM.

The Court makes preliminary statements and hears representations from the parties regarding the schedule for the continuance of the evidentiary hearing scheduled for August 30, 2019.  The Court will hear testimony from Dr. Zimbalist and Professor Blair from 8:30 AM-9:45 AM and 11:30 AM to 3:30 PM.  The Court will hear additional argument regarding the scope of the admissibility of Dr. Zimbalist's testimony at that time.

The evidentiary hearing will resume on testimony on August 30, 2019 at 8:30 AM in LV Courtroom 7C.

The Court adjourned at 3: 14 PM.

                                        DEBRA K. KEMPI, CLERK
                                        U.S. DISTRICT COURT

                                        BY:_____/S/_____
                                        Blanca Lenzi, Deputy Clerk