WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER, State Bar No. 3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL, State Bar No. 1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>         v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**ZUFFA, LLC'S NOTICE OF ERRATA TO ECF NO. 728** |

Defendant Zuffa, LLC ("Zuffa") provides the following erratum to the "Notice of Regression Results Requested in August 27, 2019 Evidentiary Hearing in *Le v. Zuffa et al.*, Case No. 15-cv-01045 and Request for Brief Supplemental Expert Report by Zuffa, LLC" ("Notice") filed on August 27, 2019 as ECF No. 728.

The description of Professor Topel's First Proposed New Regression on page 3 of the Notice erroneously stated that the First Proposed New Regression "would differ only in that it does not include pre-acquisition Strikeforce data and Dr. Singer's revenue weights." It should have stated that the First Proposed New Regression "would differ only in that it does not include pre-acquisition Strikeforce data." Notice at 3. Dr. Singer's Second Response Regression did not use revenue weights.[1]

A corrected version of the Notice with exhibits is attached as Exhibit 1. A comparison of the changes between the Corrected Notice and Notice is attached as Exhibit 2.

---

[1] Page 2 of the Notice accurately describes Dr. Singer Second Response regression. Notice at 2 ("In response to Prof. Topel's critiques, in his third report, Dr. Singer ran a set of new regressions. These regressions were identical to Dr. Singer's earlier regressions **except that they did not include revenue weights**") (emphasis added). In addition, at the evidentiary hearing, Prof. Topel accurately described his First Proposed New Regression. ECF No. 730, Aug. 28, 2019 Tr. 72:4-78:23.

Dated: August 29, 2019

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By: */s/ Brent K. Nakamura*
    Brent K. Nakamura

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

BRENT K. NAKAMURA (*Pro hac vice*)
(bnakamura@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800; Fax: (415) 293-6899

RICHARD J. POCKER, State Bar No. 3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 S. Fourth Street, Ste. 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL, State Bar No. 1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*