

August 29, 2019

**VIA ECF**

Honorable Richard F. Boulware, II
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

    Re:    August 26-30, 2019 Evidentiary Hearing in *Le v. Zuffa et al.*, Case No. 15-cv-01045

Dear Judge Boulware:

    On behalf of non-party WME/IMG, LLC ("WME"), I write in response to Plaintiffs' introduction of Exhibit PCCX41 (the "Exhibit") at the August 28, 2019 evidentiary hearing in this matter. The Exhibit is a WME-produced document that contains highly sensitive trade secret and financial information. Upon review of the Exhibit, WME has identified parts that it seeks to redact. For the Court's review, I have lodged the Exhibit under seal with redboxes indicating WME's proposed redactions as a related exhibit.

    The parties have agreed on some, but not all, of WME's proposed redactions. Below, I list the portions of the Exhibit that Plaintiffs object to redacting and WME's rationale for seeking its redactions; the remaining proposed redactions are uncontested.[1]

| Location of Proposed Redactions to PCCX41 to which Plaintiffs Object | WME's Rationale for Redacting |
|---|---|
| Page 2 | Sensitive financial and trade secret information. |
| Pages 5-6 | Sensitive financial and trade secret information. |
| Pages 10-11 | Sensitive financial information and trade secret information. |
| Page 18 | Sensitive trade secret information. |
| Pages 20-26 | Sensitive financial information and trade secret information. |
| Pages 30-32 | Sensitive financial information and trade secret information. |
| Page 34 | Sensitive financial information and trade secret information. |
| Page 38 | Sensitive financial information. |

---

[1] Plaintiffs do not object to WME's proposed redactions to pages 9, 14-17, 27, 29, 33, 35-36, and 39.

**BSF**

Hon. Richard F. Boulware, II
August 29, 2019
Page 2 of 2

As discussed at the hearing and in earlier briefing, *e.g.*, ECF Nos. 661-3, 709, compelling reasons exist to redact the above-listed information.

Sincerely,

*/s/ Stacey Grigsby*

Stacey K. Grigsby
*Attorney for Defendant Zuffa, LLC on behalf of non-party WME/IMG, LLC.*