**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| |
|---|
| CUNG LE, *et al.,*<br><br>       Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC,<br><br>       Defendant. |

2:15-cv-01045-RFB-BNW

DATE: <u>August 30, 2019</u>

Courtroom 7C

THE HONORABLE <u>RICHARD F. BOULWARE, II,</u> UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>Blanca Lenzi</u>   COURT RECORDER: <u>Patty Ganci</u>

COUNSEL FOR PLAINTIFFS:  <u>Eric Cramer, Esq., Joshua Davis, Esq., Joseph Saveri, Esq., Mark Suter, Esq., Patrick, Madden, Esq., Daniel Silverman, Esq. Don Springmeyer, Esq</u>.

COUNSEL FOR DEFENDANT:  <u>William Isaacson, Esq., Stacey Grisby, Esq., Nicholas Widnell, Esq., Riche McKnight, Esq., Samuel Mirkovich, Esq., Brent Nakamura, Esq.,</u>

MINUTES OF PROCEEDINGS: <u>Evidentiary Hearing – Day 4</u>

The Court convened at 8:36 AM.    Plaintiffs Kyle Kingsbury and John Fitch are present in the courtroom.

The Court makes preliminary statements and hears representations from the parties regarding the allowable scope of Dr. Zimbalist's testimony.

**Dr.  Andrew Zimbalist, Ph.D.** is sworn and testifies on direct examination by Mr. Silverman. Cross examination by Mr. Isaacson.  Dr. Zimbalist is then excused.

**Dr.  Roger Blair, Ph.D.** is sworn and testifies on direct examination by Mr. Widnell

Court recessed  at 1:15 PM.
Court reconvened at 1:28 PM.

Cung Lee, et al, v. Zuffa, LLC
Case no.  2:15-cv-01045-RFB-BNW
Evidentiary Hearing – Day 4, August 30, 2019
---------------------------------------------------

 **Dr.  Roger Blair, Ph.D.,** resumes testimony on cross examination by Mr. Silverman.

The Court makes preliminary statements and hears representations from the parties regarding [728] Notice of Regression Results and the pending motions to seal.

The Court next makes preliminary statements and hears representations from the parties regarding the necessity of testimony by Professor Manning and Professor Oyer.  The Court maintains the schedule for both experts to testify on September 12, 2019.  The Court will hear closing arguments on September 13, 2019.

The Court next makes preliminary statements and hears representations from the parties regarding the re-asserted Daubert challenges.  IT IS ORDERED that the parties jointly file a letter by September 9, 2019 regarding all outstanding issues before the Court.

The evidentiary hearing will resume on September 12, 2019 at 9:30 AM in LV Courtroom 7C.

The Court adjourned at  2:21 PM.


DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Blanca Lenzi, Deputy Clerk