

September 12, 2019

**VIA ECF**

Honorable Richard F. Boulware, II
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

  Re: Exhibits from Phase 1 of the Evidentiary Hearing in *Le v. Zuffa et al.*, Case No. 15-cv-01045

Dear Judge Boulware:

  Zuffa, LLC ("Zuffa") and Plaintiffs (jointly, the "Parties") have met and conferred regarding the exhibits to be admitted from the first phase of the evidentiary hearing.

The Parties agree to admit the following exhibits, which are attached as Exhibits to this letter.

| Ex. # | Exhibit identifier | Description |
| --- | --- | --- |
| Pls. Ex. 1 | PCCX41 | Project Basquiat Final Posting Memo |
| Pls. Ex. 2 | JCCX2 | 2016 Golden Boy Promotions Profit & Loss |
| Pls. Ex. 3 | JCCX56 | Gerald W. Scully, Player Salary Share and the Distribution of Player Earnings, 25(2) Managerial and Decision Economics 77 (2004) |
| Pls. Ex. 4 | JCCX57 | Golden Boy Promotions LLC v. Alan Haymon, 2:15-cv-03378-JFW-MRW, ECF No. 322-14 (C.D. Cal. January 6, 2017) |
| Pls. Ex. 5 | JCCX63 | Kevin Murphy & Robert Topel, The Economics of NFL Team Ownership (Chicago Partners, 2009) |
| Pls. Ex. 6 | JCCX67 | Michael W.L. Elsby, Bart Hobijn, & Aysegul Sahin, The Decline of the U.S. Labor Share, Brookings Papers on Economic Activity 1 (2013) |
| Pls. Ex. 7 | JCCX72 | Richard McGowan & John Mahon, Demand for the Ultimate Fighting Championship: An Econometric Analysis of PPV Buy Rates, 6(6) Journal of Business & Economics 1032 (2015) |
| Pls. Ex. 8 | JCCX74 | Roger D. Blair, Sports Economics (Cambridge University Press 2012) |
| Pls. Ex. 9 | JCCX76 | Ronald G. Ehrenberg & Robert S. Smith, Modern Labor Economics: Theory and Public Policy (9th ed., 2006) |
| Pls. Ex. 10 | PCCX181-184 | Email from S. Tecci to J. Mulkey, Subj: RE: can you update those 3 charts for total events, ppv and non-ppv? |
| Pls. Ex. 11 | PCCX414 (excerpt) | 30(b)(6) Deposition of Jeff Quinn on behalf of Zuffa, LLC (July 27, 2017), Exhibit 3 |



Hon. Richard F. Boulware, II
September 12, 2019
Page 2 of 2

| Pls. Ex. 12 | PCCX604 | Phillip E. Areeda & Herbert Hovenkamp, Antitrust Law: An Analysis of Antitrust Principles and Their Application (4th ed. 2017) |
|---|---|---|
| Pls. Ex. 13 | PCCX611 | Redacted Expert Report of Gene Deetz (Sep. 6, 2016) Case No. 15-cv-3378, Dkt No. 237-1 (Nov. 9, 2016) |
| Pls. Ex. 14 | PCCX621 | Rodney D. Fort, Sports Economics (Prentice Hall 3rd ed. 2011) |
| Pls. Ex. 15 | PCCX624 | Roger D. Blair & David Kaserman, Antitrust Economics (Oxford University Press, 2nd ed. 2009) |
| Pls. Ex. 16 | PCCX644 | Simcha Barkai, Declining Labor and Capital Shares (U. of Chicago, New Working Paper Series No. 2, 2016) |
| Zuffa Ex. 4 | JCCX24 | Presentation of Observations Based on MMA Data |
| Zuffa Ex. 5 | PCCX40 | Declaration of David Lopez |
| Zuffa Ex. 6 | PCCX652 | Steven C. Salop, The Raising Rivals' Cost Foreclosure Paradigm, Conditional Pricing Practices and the Flawed Incremental Price-Cost Test, 81 Antitrust L.J. 371 (2017) |
| Zuffa Ex. 7 | ZCCX179 | Andrew Zimbalist, There's more than meets the eye in determining players' salary shared, Sports Business Journal (Mar. 10, 2008) |
| Zuffa Ex. 8 | ZCCX292 | Weight Data for Foreclosure (Ex. 4 to H. Singer Deposition) |

The Court has not yet ruled on whether to admit the following exhibits to the hearing record, and Plaintiffs object to admitting them. These exhibits are also attached to this letter.

| Zuffa Ex. 1 | -- | Table A3 in Dr. Singer's April 3, 2018 Report with Pre-Acquisition Strikeforce Bouts Removed |
|---|---|---|
| Zuffa Ex. 2 | -- | Table A2 in Dr. Singer's April 3, 2018 Report without Year Fixed Effects and Pre-Acquisition Strikeforce Bouts |
| Zuffa Ex. 3 | -- | Modify Table A1 in Dr. Singer's May 28, 2018 Report to Use Unweighted Foreclosure Shares and Without Pre-Acquisition Strikeforce |

Respectfully yours,

William A. Isaacson & Eric L. Cramer
*Attorneys for Plaintiffs and Defendant Zuffa, LLC*