Pls Ex. 1
(PCCX41 - Project Basquiat Final
Posting Memo)

PRIVILEGED AND CONFIDENTIAL

# Project Basquiat

## Final Posting Memo

June 12, 2016

PRIVILEGED AND CONFIDENTIAL

# Executive Summary

- To supplement our various presentations on the UFC business plan, cost savings, structure, etc., the purpose of this presentation is to review:

  - **Diligence findings**, with a focus on top diligence questions raised by our financing partners

  - **2016 budget deep dive**, to level-set expectations based on diligence findings and YTD performance

  - **Capitalization & returns modelling**, based on final or near final capitalization structure

- Legal and accounting diligence summary: UFC is clean, and well put together

- Business case/financial diligence summary: with some upsides and downsides noted in the presentation, overall we believe our base case remains reasonable, with the biggest drivers being maintenance and modest growth of PPV, and the US media deal renewal in 2019

  - For consistency with various financing sources using our original 2016 budget and projections, we have not changed our business case

  - UFC is a unique opportunity to i) own a global sport at the intersection of our core capabilities, and ii) put large quantum of capital to work with potential for significant equity value creation

1

PRIVILEGED AND CONFIDENTIAL

# Rare Ownership Opportunity in Sports, Uniquely Aligned with WME | IMG Capabilities

| Vast majority of sports leagues are not "buyable"... |
|---|

    

   

| And of the few that are ... |
|---|

**...UFC has the greatest remaining growth potential, and the lowest barriers to efficiently scale (no teams, no stadiums, no tracks, etc.)**

| WME | IMG is Uniquely Positioned |
|---|

| UFC Business Driver | % of UFC Revenue[1] | WME | IMG Capability |
|---|---|---|
| Domestic Media | 62% | *WME | IMG is the #1 U.S. television agency* |
| International Media | 13% | *WME | IMG is #1 in Int'l Sports media distribution* |
| Content Production | N/A | *WME | IMG is a leader in sports media production, with 20k+ hours of sports production and has a best-in-class original content team* |
| Live Events | 12% | *WME | IMG is the producer of 125+ live events/yr, each with 5K+ attendees* |
| Sponsorship & Licensing | 12% | *WME | IMG is a global leader in sports sponsorship and brand licensing* |

*Note: live events includes owned and operated, represented and managed properties.*
*(1) Revenue as per 2015A. Domestic media includes residential and commercial PPV + digital (Fight Pass + VOD) revenue.*

2

PRIVILEGED AND CONFIDENTIAL

# Global Sport with Passionate & Attractive Fan Base

(fan reach reported in m)

| Desirable, Engaged Audience… |
| --- |

- Growing base of over 261m fans around the world
- 39m U.S. fans, over one-quarter are avid fans
  - 45% of U.S. fans are 18 – 34yr, a coveted and hard-to-reach demographic
  - Highest composition of millennial fans compared to marquee sports leagues
  - UFC's fan base (74% white) is more diverse than the general U.S. population
  - Over-indexes in Hispanic and African American audiences, and on par with MLS and NBA, respectively
  - Female audience peaks around female events (Ronda in particular), with upside as we bring more women into the league
- Significant growth in US fan base within attractive demographics
  - 7% – 10%+ audience growth in 2015 across 18 – 34yr, $75k+ HHI, and college graduates
- Fans significantly over-index in digital / streaming, social, etc.
  - 46m followers across social media channels
  - Massive reach and activity on social media around UFC events, driven by engaged fan base
- Diverse talent mix – c. 50% of fighters are international athletes

| …With Unique Global Reach | |
| --- | --- |
| **Territory** | **UFC Fans (m)** |
| EMEA (other) | 43 |
| USA & Canada | 43 |
| Brazil | 37 |
| China | 37 |
| Mexico | 20 |
| Russia | 13 |
| Philipeans | 12 |
| LatAM (other) | 11 |
| Japan | 11 |
| Other APAC | 35 |
| **Total** | **261** |

3

PRIVILEGED AND CONFIDENTIAL

# Revenue Growth Drivers

($ in m)

| Category | Base Case '15 – '20 Growth | Diligence Commentary |
|---|---|---|
| Current Fox Deal | | |
| Next Media Deal | | |
| Int'l Media Rights | | |
| Digital / OTT | | |
| Sponsorship | | |
| Licensing | | |
| Live Events | | |
| Pay-per-view | | |
| Revenue Growth | | |

4

PRIVILEGED AND CONFIDENTIAL

# Attractive Acquisition Target with Strong Financial Profile

($ in m)



PRIVILEGED AND CONFIDENTIAL

## Summary of Key Diligence Questions

6

PRIVILEGED AND CONFIDENTIAL

# Key Diligence Focuses

**1**   Comfort on 2016 budget (See detailed budget pages)

**2**   Risk of "another 2014"

**3**   2015 too high of a PPV "base year"? Broader comfort in PPV model?

**4**   Comfort on live events ticket pricing sustainability

**5**   Fighter compensation inflation risk

**6**   Fighter lawsuit, fighter injury risk

**7**   Key man risk

**8**   Leverage levels in the near term

**9**   Other: Brazil, UFC Gym, New HQ, Legal, Tax, Accounting

7

PRIVILEGED AND CONFIDENTIAL

## ❷ Risk of "Another 2014"

While the business carries some event-driven volatility, 2014 was a unique mix of bad luck and bad management – a combination that is increasingly preventable going forward

### Summary

- EBITDA '13 – '14 dropped $(74)M, in a combination of bad management and bad luck

- Since 2014: UFC contracted revenue continues to grow, muting volatility; UFC has improved at keeping quality undercard in tact as well as paying fighters to 'stay ready'

- While the PPV nature of this business will always carry some risk, we think a fallout as dramatic as 2014 is highly-unlikely

- WME's ability to build a broader base of stars is the ultimate protection and opportunity

### Growth in Non-PPV/Event Revenue[2]



$290m higher over time based on WME IMG model

$38m higher t...

$268   $280

2014   2015



(1) If 2014 had same # of buys per event as 2013, revenue would have increased $70m, assuming 18% of incremental revenue paid out to fighters (in line with 2013 share), EBITDA impact of $58m.
(2) Note: Multi-year includes: Domestic and international media rights deals, sponsorship and licensing revenue. Event-driven includes: PPV, digital, and ticket sales.

8

PRIVILEGED AND CONFIDENTIAL

# ❸ Risk of 2015 Being Abnormally High PPV Base Year

Historically, 6-8 bouts with big stars is "normal" and the key to PPV. 2015 was in line with historical norms. 2016 is in range, assuming Ronda/Jon/Conor remain healthy with quality opponents

## Summary

- 2015 still below pre-Fox levels in totality and avg per event
- In the Fox era (2012 – 2016) PPV buys have grown at 10% CAGR
  - Top events are driving growth, while bottom half of PPVs maintaining steady base
  - We believe this is a reflection of overall growth in sport and stars becoming more and more mainstream
- If Ronda, Jon, Conor stay healthy, 2016 line up is solid

## Biggest Fights Driving Majority of PPV Growth



| in '000 | | | Per Event Quartile Averages | | | |
|---|---|---|---|---|---|---|
| Year | PPV Total | Per Event Average | Top 3 | Next to Top 3 | Next to Bottom 3 | Bottom 3-4 |
| 2012 | 4,826 | 371 | 703 | 388 | 312 | 155 |
| 2015 | 6,413 | 493 | 947 | 603 | 363 | 162 |

## # of Star Bouts

| 5-7 Star bouts | 7 Star bouts | 2 Star bouts | 7-8 Star bouts | 5-7 Star bouts |
|---|---|---|---|---|
| 2012 | 2013 | 2014 | 2015 | 2016 |
| JUNIOR DOS SANTOS | ANDERSON SILVA | | ANDERSON SILVA | CONOR #3? |
| JUNIOR DOS SANTOS | ANDERSON SILVA | | RONDA ROUSEY | RONDA ROUSEY? |
| ANDERSON SILVA | GEORGES ST-PIERRE | | RONDA ROUSEY | CONOR MCGREGOR |
| ANDERSON SILVA | GEORGES ST-PIERRE | RONDA ROUSEY | RONDA ROUSEY | CONOR MCGREGOR |
| GEORGES ST-PIERRE | RONDA ROUSEY | RONDA ROUSEY | CONOR MCGREGOR | CONOR MCGREGOR |
| JONATHAN JONES | JONATHAN JONES | JONATHAN JONES | JONATHAN JONES | JONATHAN JONES |
| JONATHAN JONES | JONATHAN JONES | JONATHAN JONES | JONATHAN JONES | JONATHAN JONES |

+UFC 200, NYC & Brock

## Total PPV Buys Over Time[1]



| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|
| PPV Buys | 6,995,882 | 6,679,507 | 5,564,000 | 4,826,147 | 5,843,173 | 3,081,640 | 6,412,699 |
| Average per event ('000) | 538 | 514 | 428 | 371 | 449 | 237 | 493 |
| # of Events | 12 | 15 | 16 | 13 | 13 | 12 | 13 |

Fox Deal    10% CAGR

(1) Each year's total normalized for 13 events. Represents total residential PPV buys (cable, satellite, UFC.TV, Online)          9

PRIVILEGED AND CONFIDENTIAL

# ❹ Live Events Demand and Pricing Sustainability

**Overall ticket demand and pricing are solid historically, and YTD 2016 is seeing uptick in pricing on PPV and non PPV events**



| Summary | Historical Ticket Pricing |
|---|---|

|  | 2012 | 2013 | 2014 | 2015[1] |
|---|---|---|---|---|
| PPV | $250 | $257 | $201 | $262 |
| Non-PPV | $143 | $138 | $112 | $114 |

| | | | | |
|---|---|---|---|---|
| PPV Events | 13 | 13 | 12 | 13 |
| Non-PPV Events | 20 | 18 | 26 | 24 |

| | 2012 | 2013 | 2014 | 2015[1] | 2016 YTD[1] |
|---|---|---|---|---|---|
| Total Attendance | 371,913 | 373,232 | 453,236 | | |
| Attendance per Event | 11,997 | 11,310 | 9,853 | | |
| % Capacity Sold (PPV) | 74% | 77% | 68% | | |
| % Capacity Sold (non-PPV) | 59% | 70% | 61% | | |

(1)   *Years with stadium events which drive total attendance up, at lower ticket prices.*

10

PRIVILEGED AND CONFIDENTIAL

# ❺ Risk of Fighter Compensation Inflation

Fighter comp was the most asked question by financing sources, and is a critical cost that we must actively manage. We believe our long-term 20% of revenue assumption is reasonable

## Summary

- Historically fighters have earned 16-19% of revenues, although 2016 is projected by UFC at 22.7%, largely driven by one-time Brock cost and overly stacked UFC 200

- On one hand, 20% assumption is conservative in that fighters typically share more in event-specific revenue, and we might not expect same for 2019 broadcast deal growth, for example

- On the other hand, the trend line for UFC is moving modestly higher each year, and we've discussed other league comps

- While we see some modest upside and downside, we feel comfortable that nearly 2x cost increase (20% of revenue) for the exact same content stack is reasonable base case

## UFC Fighter Costs



$83m growth = 1.7x

| | 2012 | 2013 | 2014 | 2015 | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|
| | $71 | $91 | $72 | $113 | $135 | $147 | $160 | $188 | $196 |
| as % of revenue | 16% | 18% | 16% | 19% | 20% | 20% | 20% | 20% | 20% |

## Bouts Remaining[1]

| Ranking | Average Remaining Bouts |
|---|---|
| Champions | 6.5 |
| Ranked 1 - 5 | 5.5 |
| Ranked 6 - 10 | 3.6 |
| Ranked 11 - 15 | 3.2 |
| Total Ranked | 4.2 |

*(1) Note: in total, 13 ranked fighters have 1 bout remaining.*

## League Comps

*On a per-minute of 'field' time basis, UFC athletes are paid well above other sport peers*

*On a % revenue basis, traditional stick/ball teams are higher, motorsports are lower*

| League | NFL | MLB | NBA | F1 | NASCAR | Golf[2] | Tennis[2] | UFC[3] |
|---|---|---|---|---|---|---|---|---|
| Total Comp as % of Revenue | 32% | 45% | 40% | c.10% | c.16% | c.35% | c.25% | 19% |
| Top Player Comp as % of Revenue | 0.2% | 0.4% | 0.4% | 2.0% | 0.7% | - | - | 1.4% |
| Avg $/min | $2,199 | $127 | $1,163 | $8,020 | $725 | - | - | $8,224 |
| Top Athlete $/min | $23,055 | $977 | $5,843 | $38,002 | $2,409 | - | - | $287,086 |

*(2) Golf and Tennis based off select WME IMG events.*
*(3) UFC $/min stats based on 30min of fighting annually and 2015's $8.6m payout to top fighter. Note ▮▮▮▮ expected to receive $15m in 2016 (2.3% of 2016 revenues).*
*(4) Note: total comp as % of revenue and average $/min for following leagues: NHL: 49%, $531; MLS: 34%, $100; EPL: 33%, £1,118.*

11

PRIVILEGED AND CONFIDENTIAL

# ❺ Fighter Compensation

Top fighter comp continues to grow each year with revenue. Breakdown across top fighters has remained relatively consistent since 2012 (2014 was outlier year)



**Top 20 Fighter Analysis**

| ($ in mm) | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| Total Fighter Comp | $71 | $91 | $72 | $113 |
| *Top 20 as % of Total* | *43%* | *51%* | *28%* | *42%* |

■ Top Fighter  ■ Fighters 2 - 5  ■ Fighters 6-10  ■ Fighters 11-20

12



13

PRIVILEGED AND CONFIDENTIAL



# Key Man Risk



14

PRIVILEGED AND CONFIDENTIAL

# 8 Leverage Levels in Context of Potential Business Volatility

Performance in the first 24 months and cost savings execution is critical while debt service coverage is tightest. Over time, expected growth in non-PPV revenue brings levels into typical range

| Summary | Financials and Ratios ($ in mm) |
|---|---|

| | Illustrative PF2015 |
|---|---|
| Illustrative Adjusted EBITDA | $189 |
| Cost Savings | – |
| WME IMG Mgmt Fee | – |
| Illustrative PF Adjusted EBITDA | $189 |
| CapEx/Tax/Library Acquisition Costs/ΔWC | ($79) |
| Illustrative PF Adjused EBITDA (-) CapEx etc. | $109 |
| Debt | $2,100 |
| Cash | $50 |
| Debt Service[1] | $149 |
| Net Debt / PF Adjusted EBITDA | 10.9x |
| PF Adjusted EBITDA (-) Capex etc. / Debt Service[1] | 0.7x |

(1) Coverage ratio based on adjusted EBITDA less: foreign tax withholdings, maintenance capex, library acquisition costs, change in NWC and investments in JV's divided by debt service (interest expense plus: mandatory debt redemption of 1% on the $1.55bn term loan (see later slides for full capital structure details)).

(2) Based on Adjusted LTM EBITDA as of Mar-30-16 as per Deloitte report and normalizes Q1 to include 13 events in the LTM period.

15

PRIVILEGED AND CONFIDENTIAL

# ❾ Other Diligence Notes

| Topic | Commentary |
|---|---|
| Brazil | |
| UFC Gym | |
| New HQ | |
| Working capital | |
| Regulatory regime | • Zuffa holds various licensing, as do individuals (e.g. Dana), that allow it to put on fights in various jurisdictions. Need to stay on top of this post closing. Expect with Lawrence and Kirk sticking around, they will continue to do a good job. This has been core competency of Zuffa. |
| Sales Agency relationship | • Zuffa in a handful of international markets has hired rep firms to sell sponsor and media. We understand these deals are very limited, in small territories, and easily unwound |

16

PRIVILEGED AND CONFIDENTIAL

# ❾ Other Diligence Notes

| Topic | Commentary |
|---|---|
| Piligian | |
| Getty Agreement | |
| Library Acquisitions | |
| Muhammed Ali Boxing Reform Act | |
| Tax | |
| PPTV/China | |



17

PRIVILEGED AND CONFIDENTIAL

## 2016 Budget Deep Dive

18

PRIVILEGED AND CONFIDENTIAL

## Q1 Performance vs Budget

Q1 beat budget EBITDA by $2.1m, higher by PPV uptick on Conor-Diaz outperformance, and lower by sponsorship miss and timing of international media revenues



19

PRIVILEGED AND CONFIDENTIAL

## Q2 Performance vs Budget



*% Margin*          *20.3%*

20

PRIVILEGED AND CONFIDENTIAL

## 2016 Full Year: UFC Original vs June Reforecast



21

PRIVILEGED AND CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL

# 2016 Projection: UFC Forecast vs. WME IMG Range

(Continued)



PRIVILEGED AND CONFIDENTIAL

# Fight Card Analysis



| Event | UFC 195 | UFC 196 | UFC 197 | UFC 198 | UFC 199 | UFC 200 | UFC 201 | UFC 202 | UFC 203 | UFC 204 | UFC 205 | UFC 206 | UFC 207 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Event Date | 1/2/2016 | 3/5/2016 | 4/23/2016 | 5/14/2016 | 6/4/2016 | 7/9/2016 | 7/30/2016 | 8/20/2016 | 9/10/2016 | 10/8/2016 | 11/12/2016 | 12/10/2016 | 12/30/2016 | |
| Location | Vegas | Vegas | Vegas | Curitiba | Los Angeles | Vegas | Atlanta | Vegas | Cleveland | Dallas | New York | Toronto | Vegas | |
| Original Budget | | | | | | | | | | | | | | |
| Current Forecast | | | | | | | | | | | | | | |
| Exceed / (Miss) vs. Budget | | | | | | | | | | | | | | |
| Yellow = title fights | | | | | | | | | | | | | | |
| Anticipated Fighter Match Ups | | | | | | | | | | | | | | |
| | Lawler | Mcgregor | Jones | Werdum | Rockhold | Jones | Lawler | Diaz | Stipe | MW Champ | WBW Champ | Jones | LtHW Champ | |
| vs | Condit | Diaz | OSP | Stipe | Bisping | DC | Woodley | McGregor | Overeem | | Rousey | | | |
| | Miocic | Holm | DJ | Belfort | Cruz | Lesnar | DJ | | | LW Champ | SW Champ | BW Champ | FlyW Champ | WW Champ |
| vs | Arlovski | Tate | Cejudo | Jacare | Faber | Hunt | Hels | | | | | | | |
| | | | Pettis | Rua | Hendo | Tate | | | A. Silva | | | | | |
| vs | | | Barboza | C. Anderson | Lombard | Nunes | | | U. Hall | | | | | |
| | | | | Cyborg | Poirier | Aldo | | | CM Punk | | | | | |
| vs | | | | Smith | Green | Edgar | | | | | | | | |

| Brock Historical PPV Performance | | | Big Boxing Dates for Remainder of '16: | PPV Event Locations '17: |
|---|---|---|---|---|
| **Event** | **Date** | **Buys** | | UFC 208    21-Jan  TBD |
| UFC 81 | 2/2/2008 | 519,399 | | UFC 209    11-Feb  Barclays Center |
| UFC 87 | 8/9/2008 | 527,445 | [tbu] | UFC 210     4-Mar  Las Vegas Arena |
| UFC 91 | 11/15/2008 | 743,627 | | UFC 211     8-Apr  First Niagara Center |
| UFC 100 | 7/11/2009 | 1,299,118 | | UFC 212   13-May  TBD |
| UFC 116 | 7/3/2010 | 900,266 | | UFC 213     3-Jun  HSBC Arena - Rio |
| UFC 121 | 10/23/2010 | 820,698 | | UFC 214     8-Jul  Las Vegas Arena |
| UFC 141 | 12/30/2011 | 550,730 | | UFC 215     5-Aug  TBD |
| **Average** | | **765,898** | | UFC 216     9-Sep  Las Vegas Arena |
| **Average Last 4 Events** | | **892,703** | | UFC 217     7-Oct  Las Vegas Arena |
| | | | | UFC 218     4-Nov  MSG |
| | | | | UFC 219     2-Dec  TBD |
| | | | | UFC 220   30-Dec  Las Vegas Arena |

24

PRIVILEGED AND CONFIDENTIAL

## Illustrative: PPV Sensitivities

($ in mm)



| | Total Δ Buys to UFC 2H 2016 Budget | Revenue Impact |
|---|---|---|

PRIVILEGED AND CONFIDENTIAL

# Sponsorship Supporting Analysis

($ in mm)

| Summary | 2016 Pipeline and Sponsorship Gap |
|---|---|

26

PRIVILEGED AND CONFIDENTIAL

## Capitalization & Returns

27

# UFC Analysis at Various Prices

PRIVILEGED AND CONFIDENTIAL

Note:  tax asset value subject to change

($ in M)



28

PRIVILEGED AND CONFIDENTIAL

## Sources & Uses, and PF Capitalization

($ in M)



29

PRIVILEGED AND CONFIDENTIAL

# WME IMG Base Case Financial Projections



*(1) Debt service includes interest expense plus mandatory amortization of term loan.*

30

PRIVILEGED AND CONFIDENTIAL

## Projections Sensitivity Analysis



31

PRIVILEGED AND CONFIDENTIAL

# UFC Equity Returns

($ in millions)



Note: assumes $2.1bn of debt at a c.6.5% weighted average cost of debt ($1.55bn TL at L+425 and $550m notes at L+850, assumes 1% Libor floor), $300m preferred equity with 14% cost of capital (PIK) and 10% mgmt equity option pool.

32

PRIVILEGED AND CONFIDENTIAL

# UFC Equity Returns: Sensitizing US Media & Fighter Comp

($ in millions)



PRIVILEGED AND CONFIDENTIAL

# WME IMG Equity Returns from UFC Investment



PRIVILEGED AND CONFIDENTIAL

## High Level Accretion / Dilution

($ in M)



35

PRIVILEGED AND CONFIDENTIAL

## Appendix

36

PRIVILEGED AND CONFIDENTIAL

# Financial Projections

($ in m)

| ($ in millions) | FY2012 | FY2013 | FY2014 | FY2015 | FY2016 | FY2017 | FY2018 | FY2019 | FY2020 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Fiscal Year Ending December 31, | | | | | |
| Total Content Revenue | $305 | $377 | | | | | | | |
| Live Events Revenue | 56 | 62 | | | | | | | |
| Sponsorship Revenue | 52 | 57 | | | | | | | |
| Consumer Products | 32 | 19 | | | | | | | |
| **Total Revenue** | **$445** | **$515** | | | | | | | |
| *% Growth* | | *16%* | | | | | | | |
| | | | | | | | | | |
| Athlete Costs | ($71) | ($91) | | | | | | | |
| Production Costs | (95) | (84) | | | | | | | |
| Marketing Costs | (41) | (47) | | | | | | | |
| Other Cost of Sales | (29) | (31) | | | | | | | |
| **Total Cost of Sales** | **($236)** | **($254)** | | | | | | | |
| **Gross Profit** | **$209** | **$262** | | | | | | | |
| *% Margin* | *47%* | *51%* | | | | | | | |
| | | | | | | | | | |
| Overhead | ($135) | ($117) | | | | | | | |
| Cost Savings | – | – | | | | | | | |
| Adjustments | 41 | 26 | | | | | | | |
| WME | IMG Agency Fee | – | – | | | | | | | |
| **PF Adjusted EBITDA** | **$115** | **$170** | | | | | | | |
| *% Margin* | *26%* | *33%* | | | | | | | |
| | | | | | | | | | |
| (Increase) / Decrease in Working Capital | 13 | 2 | | | | | | | |
| Maintenance Capex / Library Acquisition Costs | (7) | (7) | | | | | | | |
| Investments in Joint Ventures | (8) | (10) | | | | | | | |
| Building / Growth Capex | – | (8) | | | | | | | |
| **UFCF** | **$113** | **$147** | | | | | | | |
| *% Margin* | *98%* | *87%* | | | | | | | |

37

PRIVILEGED AND CONFIDENTIAL

# Sponsorship Pipeline Details



38