# Pls Ex. 10
# (PCCX181-184 - Email from S. Tecci to J. Mulkey, Subj: RE: can you update those 3 charts for total events, ppv and non-ppv?)

**To:** John Mulkey[JohnMulkey@ufc.com]
**From:** Stephen Tecci
**Sent:** Thur 8/1/2013 9:46:19 PM
**Importance:** Normal
**Subject:** RE: can you update those 3 charts for total events, ppv and non-ppv?
**Received:** Thur 8/1/2013 9:46:20 PM
Event Charts All.pdf
Event Charts Non PPV.pdf
Event Charts PPV.pdf

See attached.

---

**From:** John Mulkey
**Sent:** Thursday, August 01, 2013 12:31 PM
**To:** Stephen Tecci
**Subject:** RE: can you update those 3 charts for total events, ppv and non-ppv?

You can exclude wec and strikeforce unless that takes a lot of time.

---

**From:** Stephen Tecci
**Sent:** Thursday, August 01, 2013 12:20 PM
**To:** John Mulkey
**Subject:** RE: can you update those 3 charts for total events, ppv and non-ppv?

FOR TOTAL & NON-PPV INCLUDE WEC & STRIKEFORCE?

---

**From:** John Mulkey
**Sent:** Thursday, August 01, 2013 12:07 PM
**To:** Stephen Tecci
**Subject:** can you update those 3 charts for total events, ppv and non-ppv?





Fighter Comp per Year (All UFC Events)
(000's)
$90,000
$80,000
$70,000
$60,000
$50,000
$40,000
$30,000
$20,000
$10,000
$-
$1,728
$2,760
$2,878
$2,559
$4,430
$30,675
$45,259
$43,802
$54,666
$74,757
$65,237
$60,813
$70,488
$80,096
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
LTM as of Q2-13
2013E

Fighter Comp per UFC Event
(000's)
$3,500
$3,000
$2,500
$2,000
$1,500
$1,000
$500
$-
$-
$-
$-
$512
$443
$1,704
$2,382
$2,190
$2,733
$3,115
$2,416
$1,962
$2,350
$2,427
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
LTM as of Q2-13
2013E

Fighter Comp as % of UFC Event Revenue
30.00%
25.00%
20.00%
15.00%
10.00%
5.00%
0.00%
0.00%
0.00%
0.00%
24.18%
13.87%
20.31%
25.85%
20.48%
21.83%
22.00%
18.45%
18.64%
20.10%
19.77%
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
LTM as of Q2-13
2013E

CONFIDENTIAL ZFL-1484035

PCCX182 Page 1 of 1

Fighter Comp per Year (Non-PPV Events)
(000's)
$35,000
$30,000
$25,000
$20,000
$15,000
$10,000
$5,000
$-
$-
$-
$-
$-
$748
$4,036
$5,816
$6,022
$7,897
$6,925
$9,320
$18,708
$22,368
$29,547
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
LTM as of Q2-13
2013E

Fighter Comp per Event (Non-PPV)
(000's)
$1,600
$1,400
$1,200
$1,000
$800
$600
$400
$200
$-
$-
$-
$-
$-
$187
$505
$727
$753
$1,128
$769
$847
$1,039
$1,316
$1,477
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
LTM as of Q2-13
2013E

Fighter Comp as % of Event Revenue (Non-PPV)
45.00%
40.00%
35.00%
30.00%
25.00%
20.00%
15.00%
10.00%
5.00%
0.00%
0.00%
0.00%
0.00%
0.00%
18.16%
20.94%
22.51%
30.05%
40.73%
27.20%
27.57%
28.85%
30.11%
30.84%
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
LTM as of Q2-13
2013E







Fighter Comp per Year (PPV Events)
(000's)
$70,000
$60,000
$50,000
$40,000
$30,000
$20,000
$10,000
$-
$1,728
$2,462
$2,823
$2,484
$2,856
$22,810
$34,845
$35,846
$45,150
$65,667
$55,692
$41,652
$47,787
$50,549
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
LTM as of Q2-13
2013E

Fighter Comp per PPV Event
(000's)
$5,000
$4,500
$4,000
$3,500
$3,000
$2,500
$2,000
$1,500
$1,000
$500
$-
$346
$410
$565
$497
$476
$2,281
$3,168
$2,987
$3,473
$4,378
$3,481
$3,204
$3,413
$3,888
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
LTM as of Q2-13
2013E

Fighter Comp as % of PPV Event Revenue
45.00%
40.00%
35.00%
30.00%
25.00%
20.00%
15.00%
10.00%
5.00%
0.00%
41.23%
40.82%
41.03%
23.48%
10.27%
17.31%
23.34%
18.49%
19.55%
20.89%
17.42%
15.93%
17.29%
16.34%
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
LTM as of Q2-13
2013E

CONFIDENTIAL ZFL-1484037

PCCX184 Page 1 of 1