Pls Ex. 11
(PCCX414 (excerpt) - 30(b)(6) Deposition of Jeff Quinn on behalf of Zuffa, LLC (July 27, 2017), Exhibit 3)

| # | From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|---|
| 1477 | Joe Silva | | 2/24/2014 7:33:37 AM | Munoz. Both have same manager.<br>Carmont<br>Rich Franklin<br>Wanderlei<br>Jacare<br>Tiequan Zhang |
| 1478 | Dana White | | 2/24/2014 8:26:51 AM | I have 1 more FYI for u. I'm reaching out to Gina Corano to c if she would like to fight Ronda. Thats a HUGE fight. |
| 1479 | Dana White | | 2/24/2014 2:30:13 PM | Jimmy fukn Manuwa is on his way to the FUKN hospital!! |
| 1480 | Dana White | | 2/24/2014 3:53:31 PM | Wandy just pulled out of TUF Finale with an injury! |
| 1481 | Dana White | | 2/24/2014 3:54:12 PM | Here we fukn go |
| 1482 | Joe Silva <+ | | 2/24/2014 4:55:28 PM | We are not messing with Pat Barry, are we?<br>I told him I would cut him loose so he could return to kickboxing. He is 4-7 in his last 11. He's a really nice guy and a bad MMA fighter. |
| 1483 | | Joe Silva <+ | 2/24/2014 4:56:39 PM | That's fine with me |
| 1484 | Dana White | | 2/24/2014 6:53:59 PM | I have little injures... I need time to healing  and make my  body stronger to start  training in higher  speed /better performance .3 more weeks will b |
| 1485 | Dana White | | 2/24/2014 6:54:12 PM | e ok boss |
| 1486 | | Dana White | 2/24/2014 6:57:22 PM | He's negotiating for money remember the ppv thing |
| 1487 | Dana White | | 2/24/2014 6:58:32 PM | Yes but i don't think so i think he is afraid to lose this fight |
| 1488 | | Dana White | 2/24/2014 7:01:03 PM | In brazil? |
| 1489 | Dana White | | 2/24/2014 7:05:09 PM | I hope vegas |
| 1490 | | Dana White | 2/24/2014 7:06:05 PM | Rousey/Carano main<br>Chael/Wand co main<br>July 4 |
| 1491 | Dana White | | 2/24/2014 7:06:37 PM | In vegas boss |
| 1492 | Dana White | | 2/24/2014 7:09:03 PM | No weidman vs vitor? I think we need that |
| 1493 | | Dana White | 2/24/2014 7:09:28 PM | That is scheduled for Memorial Day weekend |
| 1494 | lancepugmire@icloud.com | | 2/25/2014 8:43:15 AM | Hi Lorenzo: does nick Diaz have fights left on his UFC deal? Any shot of him getting the Hendricks lawler winner? |
| 1495 | | Tracy Long | 2/25/2014 9:11:06 AM | How many fights does nick Diaz have left |
| 1496 | Tracy Long | | 2/25/2014 9:16:46 AM | When he retired we suspended his agreement. He was on his 4th fight. So 5 fights left (8 fight deal) |
| 1497 | | lancepugmire@icloud.com | 2/25/2014 9:18:02 AM | He's under a long term deal.  I don't know what he wants to do.  He lost his last fight to GSP. |
| 1498 | Acupuncture Mulkey | | 2/25/2014 4:30:18 PM | Monster signs w bellator. |
| 1499 | Dana White | | 2/25/2014 7:00:04 PM | Bro, u know i love u to fukn death as it is but what u pulled off this week with Melendez and "other dude" is fukn BAD ASS! Fukn cut throat nasty busines |
| 1500 | Dana White | | 2/25/2014 7:00:06 PM | s like u see in movies!! Good shit homie, CONGRATS |
| 1501 | | Dana White | 2/25/2014 7:06:43 PM | We gotta keep taking these fuckers oxygen till they tap out.   We have sacrificed too much to let anyone get traction now |
| 1502 | Dana White | | 2/25/2014 7:20:19 PM | I agree! U r 100% correct and i LOVE IT |

ZFL-2699678

CONFIDENTIAL