# Zuffa Ex 1 - Modify SR3 Table A3

Table A3 in Dr. Singer's April 3, 2018 Report with Pre-Acquisition Strikeforce Bouts Removed

|  | Tracked Foreclosure Share | | | | | Ranked Foreclosure Share | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| Foreclosure Share - Tracked - 1 to 15 | 0.0145 | | | | | | | | | |
|  | (0.211) | | | | | | | | | |
| Foreclosure Share - Tracked - 16 to 30 | | 0.00548 | | | | | | | | |
|  | | (0.611) | | | | | | | | |
| Foreclosure Share - Tracked - 31 to 50 | | | 0.0281*** | | | | | | | |
|  | | | (0.00253) | | | | | | | |
| Foreclosure Share - Tracked - 51 to 100 | | | | 0.0144* | | | | | | |
|  | | | | (0.0980) | | | | | | |
| Foreclosure Share - Tracked - 100 plus | | | | | 0.0103 | | | | | |
|  | | | | | (0.229) | | | | | |
| Foreclosure Share - Ranked - 1 to 15 | | | | | | 0.0254* | | | | |
|  | | | | | | (0.0985) | | | | |
| Foreclosure Share - Ranked - 16 to 30 | | | | | | | 0.0224 | | | |
|  | | | | | | | (0.188) | | | |
| Foreclosure Share - Ranked - 31 to 50 | | | | | | | | 0.0358** | | |
|  | | | | | | | | (0.0183) | | |
| Foreclosure Share - Ranked - 51 to 100 | | | | | | | | | 0.0285 | |
|  | | | | | | | | | (0.238) | |
| Foreclosure Share - Ranked - 100 plus | | | | | | | | | | 0.0427 |
|  | | | | | | | | | | (0.448) |
| Observations | 6,942 | 6,942 | 6,942 | 6,942 | 6,942 | 6,942 | 6,942 | 6,942 | 6,942 | 6,942 |
| R-squared | 0.396 | 0.396 | 0.397 | 0.396 | 0.396 | 0.396 | 0.396 | 0.397 | 0.396 | 0.396 |
| Number of fighterid | 1,346 | 1,346 | 1,346 | 1,346 | 1,346 | 1,346 | 1,346 | 1,346 | 1,346 | 1,346 |

Robust pval in parentheses
*** p<0.01, ** p<0.05, * p<0.1

Notes: This table re-runs the regressions reported in Table A3 of Dr. Singer's April 3, 2018 report after removing pre-acquisition Strikeforce bouts.
Sources: SR3 Backup Materials