# Zuffa Ex 2 - Modify SR3 Table A2

Table A2 in Dr. Singer's April 3, 2018 Report without Year Fixed Effects and Pre-Acquisition Strikeforce Bouts

|  | Tracked (1) | Ranked (2) | Headliner (3) |
|---|---|---|---|
| Foreclosure Share | -0.0019926 | 0.0007197 | -0.0020394 |
|  | (0.825) | (0.811) | (0.809) |
| Promotional Expenses per Event (Millions - Zuffa) | -0.0031376** | -0.0031027** | -0.0031644** |
|  | (0.023) | (0.033) | (0.020) |
| Observations | 6,942 | 6,942 | 6,942 |
| R-squared | 70% | 70% | 70% |

Robust pval in parentheses
*** p<0.01, ** p<0.05, * p<0.1

Notes:  This table re-runs the regressions reported in Table A2 of Dr. Singer's April 3, 2018 report after removing the year fixed effects and pre-acquisition Strikeforce bouts.

Sources:  SR3 Backup Materials