# Zuffa Ex 3 - Modify SR4 Table A1

Modify Table A1 in Dr. Singer's May 28, 2018 Report to Use Unweighted Foreclosure Shares without Pre-Acquisition Strikeforce

|  | Tracked | Ranked | Headliner |
|---|---|---|---|
|  | (1) | (2) | (3) |
| Foreclosure Share | 0.0192** | 0.0706** | 0.0204** |
|  | (0.0237) | (0.0387) | (0.0384) |
| Log (Event Costs - Event Fighter Comp) | -0.00806*** | -0.00803*** | -0.00800*** |
|  | (0) | (0) | (0) |
| Observations | 6,942 | 6,942 | 6,942 |
| R-squared | 0.405 | 0.405 | 0.405 |

Robust pval in parentheses
*** p<0.01, ** p<0.05, * p<0.1

Notes: This table re-runs the regressions reported in the bottom right panel of Table A1 (Topel Non-Fighter Cost Regression; Correct Fighter Comp Data Used) of Dr. Singer's May 28, 2018 report with unweighted foreclosure shares and without pre-acquisition Strikeforce bouts.

Sources:  SR4 Backup Materials