Zuffa Ex. 8
(ZCCX292 - Weight Data for Foreclosure (Ex. 4 to H. Singer Deposition))

Weight Data for Foreclosure Shares.xlsx

| Eventid | DATE | EVENT | PPV | GATE | ATTENDANCE | NETWORK | RATING | VIEWERS | PPV Multiplier | PPV Revenue | Revised Gate | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UFC 33 | 9/28/2001 | UFC 33 | 75,000 | | | | | | | | | |
| UFC 34 | 11/2/2001 | UFC 34 | 65,000 | | | | | | | | | |
| UFC 35 | 1/11/2002 | UFC 35 | 35,000 | | | | | | | | | |
| UFC 36 | 3/22/2002 | UFC 36 | 55,000 | | | | | | | | | |
| UFC 37 | 5/10/2002 | UFC 37 | 50,000 | | | | | | | | | |
| UFC 38 | 7/13/2002 | UFC 38 | 45,000 | | | | | | | | | |
| UFC 39 | 9/27/2002 | UFC 39 | 45,000 | | | | | | | | | |
| UFC 40 | 11/22/2002 | UFC 40 | 100,000 | | | | | | | | | |
| UFC 41 | 2/28/2003 | UFC 41 | 60,000 | | | | | | | | | |
| UFC 42 | 4/25/2003 | UFC 42 | 35,000 | | | | | | | | | |
| UFC 43 | 6/6/2003 | UFC 43 | 49,000 | | | | | | | | | |
| UFC 44 | 9/26/2003 | UFC 44 | 94,000 | | | | | | | | | |
| UFC 45 | 11/21/2003 | UFC 45 | 40,000 | | | | | | | | | |
| UFC 46 | 1/31/2004 | UFC 46 | 80,000 | | | | | | | | | |
| UFC 47 | 4/2/2004 | UFC 47 | 105,000 | | | | | | | | | |
| UFC 48 | 6/19/2004 | UFC 48 | 110,000 | | | | | | | | | |
| UFC 49 | 8/21/2004 | UFC 49 | 80,000 | | | | | | | | | |
| UFC 50 | 10/22/2004 | UFC 50 | 40,000 | | | | | | | | | |
| UFC 51 | 2/5/2005 | UFC 51 | 105,000 | | | | | | | | | |
| UFC 52 | 4/16/2005 | UFC 52 | 280,000 | | | | | | | | | |
| UFC 53 | 6/4/2005 | UFC 53 | 90,000 | | | | | | | | | |
| UFC 54 | 8/20/2005 | UFC 54 | 150,000 | | | | | | | | | |
| UFC 55 | 10/7/2005 | UFC 55 | 125,000 | | | | | | | | | |
| UFC 56 | 11/19/2005 | UFC 56 | 200,000 | 145,000 | 1,500 | | | | 45 | 0 | 145,000 | 145,000 |
| UFN 3 | 1/16/2006 | UFC UFN 3 | | $3.4M | 11,182 | | | | 45 | 18000000 | 3,400,000 | 21,400,000 |
| UFC 57 | 2/4/2006 | UFC 57 | 400,000 | $1.8M | 10,091 | | | | 45 | 13500000 | 1,800,000 | 15,300,000 |
| UFC 58 | 3/4/2006 | UFC 58 | 300,000 | 980,000 | 17,465 | | | | 45 | 0 | 980,000 | 980,000 |
| Strikeforce - Shamrock vs. Gracie | 3/10/2006 | Strikeforce | | 199,000 | 1,000 | | | | 45 | 0 | 199,000 | 199,000 |
| UFN 4 | 4/6/2006 | UFC UFN 4 | | $2.2M | 13,814 | | | | 45 | 19125000 | 2,200,000 | 21,325,000 |
| UFC 59 | 4/15/2006 | UFC 59 | 425,000 | $2.9M | 14,802 | | | | 45 | 27900000 | 2,900,000 | 30,800,000 |
| UFC 60 | 5/27/2006 | UFC 60 | 620,000 | | | | | | 45 | 1575000 | | -- |
| | 6/22/2006 | Strikeforce/EliteXC | 35,000 | ? | 949 | | | | 45 | 0 | ? | -- |
| TUF 3 | 6/24/2006 | UFC TUF 3 | | 134,000 | 954 | | | | 45 | 0 | 134,000 | 134,000 |
| UFN 5 | 6/28/2006 | UFC UFN 5 | | $3.4M | 11,167 | | | | 45 | 34875000 | 3,400,000 | 38,275,000 |
| UFC 61 | 7/8/2006 | UFC 61 | 775,000 | 174,000 | 1,412 | | | | 45 | 0 | 174,000 | 174,000 |
| UFN 6 | 8/17/2006 | UFC UFN 6 | | $3.0M | 10,503 | | | | 45 | 22500000 | 3,000,000 | 25,500,000 |
| UFC 62 | 8/26/2006 | UFC 62 | 500,000 | $1.6M | 12,604 | | | | 45 | 18000000 | 1,600,000 | 19,600,000 |
| UFC 63 | 9/23/2006 | UFC 63 | 400,000 | ? | ? | | | | 45 | 0 | ? | -- |
| UFN - FINAL CHAPTER | 10/10/2006 | UFC Final Chapter | | $1.8M | 10,173 | | | | 45 | 13500000 | 1,800,000 | 15,300,000 |
| UFC 64 | 10/14/2006 | UFC 64 | 300,000 | $2.1M | 11,727 | | | | 45 | 1350000 | 2,100,000 | 3,450,000 |
| PRIDE 32: The Real Deal | 10/21/2006 | Pride 32 | 30,000 | 38,000 | 1,000 | | | | 45 | 0 | 38,000 | 38,000 |
| TUF 4 | 11/11/2006 | UFC TUF 4 | | $2.1M | 14,666 | | | | 45 | 22500000 | 2,100,000 | 24,600,000 |
| UFC 65 | 11/18/2006 | UFC 65 | 500,000 | 163,000 | 3,000 | | | | 45 | 0 | 163,000 | 163,000 |
| UFN 7 | 12/13/2006 | UFC UFN 7 | | | ? | | | | 45 | 47250000 | 5,400,000 | 52,650,000 |
| UFC 66 | 12/30/2006 | UFC 66 | 1,050,000 | $5.4M | 13,671 | | | | | | | |

Combined (Event)

1

Singer
Exhibit No. 4
Date 9/27/?CSK

| Eventid | DATE | EVENT | PPV | GATE | ATTENDANCE | NETWORK | RATING | VIEWERS | PPV Multiplier | PPV Revenue | Revised Gate | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UFN 8 | 1/25/2007 | UFC UFN 8 | | ? | 5,287 | | | | 45 | 0 | ? | - |
| UFC 67 | 2/3/2007 | UFC 67 | 400,000 | $2.8M | 10,787 | | | | 45 | 18000000 | 2,800,000 | 20,800,000 |
| | 2/10/2007 | EliteXC: Destiny | | ? | 7,200 | | | | 45 | 0 | ? | - |
| UFC 68 | 3/3/2007 | UFC 68 | 540,000 | $3.0M | 19,079 | | | | 45 | 24300000 | 3,000,000 | 27,300,000 |
| UFN 9 | 4/5/2007 | UFC UFN 9 | | 283,000 | 1,734 | | | | 45 | 0 | 283,000 | 283,000 |
| UFC 69 | 4/7/2007 | UFC 69 | 400,000 | $2.8M | 15,269 | | | | 45 | 18000000 | 2,800,000 | 20,800,000 |
| | 4/14/2007 | Bodog | 13,000 | N/R | N/R | | | | 45 | 585000 | N/A | - |
| UFC 70 | 4/21/2007 | UFC 70 | | $2.6M | 15,114 | | | | 45 | 0 | 2,600,000 | 2,600,000 |
| UFC 71 | 5/21/2007 | UFC 71 | 675,000 | $4.3M | 14,728 | | | | 45 | 30375000 | 4,300,000 | 34,675,000 |
| WEC 28 | 6/3/2007 | WEC 28 | | ? | ? | | | | 45 | 0 | ? | - |
| UFN 10 | 6/7/2007 | Dynamite!! USA | 35,000 | $2.55M | 18,340 | | | | 45 | 1575000 | 2,550,000 | 4,125,000 |
| UFC 72 | 6/12/2007 | UFC UFN 10 | | ? | ? | | | | 45 | 0 | ? | - |
| TUF 5 | 6/16/2007 | UFC 72 | 200,000 | $1.2M | 7,850 | | | | 45 | 9000000 | 1,200,000 | 10,200,000 |
| UFC 73 | 6/23/2007 | UFC TUF 5 | | 526,000 | ? | | | | 45 | 0 | 526,000 | 526,000 |
| WEC 29 | 7/7/2007 | UFC 73 | 425,000 | $1.6M | 14,371 | | | | 45 | 19125000 | 1,600,000 | 20,725,000 |
| UFC 74 | 8/5/2007 | WEC 29 | | ? | ? | | | | 45 | 0 | ? | - |
| WEC 30 | 8/25/2007 | UFC 74 | 520,000 | $3.3M | 11,065 | | | | 45 | 23400000 | 3,300,000 | 26,700,000 |
| UFC 75 | 9/5/2007 | WEC 30 | | ? | ? | | | | 45 | 0 | ? | - |
| | 9/8/2007 | UFC 75 | | $2.7M | 16,235 | | | | 45 | 0 | 2,700,000 | 2,700,000 |
| UFN 11 | 9/15/2007 | EliteXC: Uprising | | ? | ? | | | | 45 | 0 | ? | - |
| UFC 76 | 9/19/2007 | UFC UFN 11 | | 270,000 | ? | | | | 45 | 0 | 270,000 | 270,000 |
| | 9/22/2007 | UFC 76 | 475,000 | $1.9M | 14,087 | | | | 45 | 21375000 | 1,900,000 | 23,275,000 |
| UFC 77 | 10/10/2007 | EliteXC: Renegade | | ? | ? | | | | 45 | 0 | ? | - |
| UFC 78 | 10/20/2007 | UFC 77 | 325,000 | $2.5M | 16,054 | | | | 45 | 14625000 | 2,500,000 | 17,125,000 |
| TUF 6 | 11/17/2007 | UFC 78 | 325,000 | $2.1M | 14,071 | | | | 45 | 14625000 | 2,100,000 | 16,725,000 |
| WEC 31 | 12/8/2007 | UFC TUF 6 | | 293,000 | ? | | | | 45 | 0 | 293,000 | 293,000 |
| UFC 79 | 12/12/2007 | WEC 31 | | ? | ? | | | | 45 | 0 | ? | - |
| UFC 80 | 12/29/2007 | UFC 79 | 650,000 | $4.9M | 11,075 | | | | 45 | 29250000 | 4,900,000 | 34,150,000 |
| UFN 12 | 1/19/2008 | UFC 80 | 225,000 | $1.3M | 8,412 | | | | 45 | 10125000 | 1,300,000 | 11,425,000 |
| UFC 81 | 1/23/2008 | UFC UFN 12 | | 313,000 | 1,900 | | | | 45 | 0 | 313,000 | 313,000 |
| WEC 32 | 2/2/2008 | UFC 81 | 600,000 | $2.4M | 10,583 | | | | 45 | 27000000 | 2,400,000 | 29,400,000 |
| EliteXC: Street Certified | 2/13/2008 | WEC 32 | | ? | 4,648 | | | | 45 | 0 | ? | - |
| UFC 82 | 2/16/2008 | EliteXC: Street Certified | | 500,000 | 6,187 | | | | 45 | 0 | 500,000 | 500,000 |
| EliteXC: CageRage 25 | 3/1/2008 | UFC 82 | 325,000 | $2.2M | 16,431 | | | | 45 | 14625000 | 2,200,000 | 16,825,000 |
| WEC 33 | 3/8/2008 | EXC: CageRage 25 | | N/R | ? | | | | 45 | 0 | N/R | - |
| Strikeforce - Shamrock vs. Le | 3/26/2008 | WEC 33 | | ? | ? | | | | 45 | 0 | ? | - |
| UFN 13 | 3/29/2008 | Strikeforce/EliteXC | | $1.1M | 16,326 | | | | 45 | 0 | 1,100,000 | 1,100,000 |
| UFC 83 | 4/2/2008 | UFC UFN 13 | | 753,000 | 6,742 | | | | 45 | 0 | 753,000 | 753,000 |
| UFC 84 | 4/19/2008 | UFC 83 | 530,000 | $5.1M | 21,390 | | | | 45 | 23850000 | 5,100,000 | 28,950,000 |
| EliteXC: Primetime | 5/24/2008 | UFC 84 | 475,000 | $3.7M | 14,773 | | | | 45 | 21375000 | 3,700,000 | 25,075,000 |
| WEC 34 | 5/31/2008 | EliteXC: Primetime | | N/R | 8,033 | | | | 45 | 0 | N/R | - |
| UFC 85 | 6/1/2008 | WEC 34 | | 739,000 | 12,682 | | | | 45 | 0 | 739,000 | 739,000 |
| EliteXC: Return of the King | 6/7/2008 | UFC 85 | 215,000 | $2.9M | 15,327 | | | | 45 | 9675000 | 2,900,000 | 12,575,000 |
| | 6/14/2008 | EliteXC: Return of the King | | N/R | ? | | | | 45 | 0 | N/R | - |
| TUF 7 | 6/21/2008 | UFC TUF 7 | | 495,000 | 1,853 | | | | 45 | 0 | 495,000 | 495,000 |

2

| Eventid | DATE | EVENT | PPV Add | GATE | ATTENDANCE | NETWORK | RATING | VIEWERS | PPV Multiplier | PPV Revenue | Revised Gate | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UFC 86 | 7/5/2008 | UFC 86 | 540,000 | $3.4M | 10,990 | | | | 45 | 24300000 | 3,400,000 | 27,700,000 |
| Affliction Banned | 7/19/2008 | Affliction Banned | 100,000 | $2.1M | 14,832 | | | | 45 | 4500000 | 2,100,000 | 6,600,000 |
| UFN 14 | 7/19/2008 | UFN 14 | | 623,000 | 2,071 | | | | 45 | 0 | 623,000 | 623,000 |
| EliteXC: Unfinished Business | 7/26/2008 | EliteXC: Unfinished Business | | 268,000 | 6,572 | | | | 45 | 0 | 268,000 | 268,000 |
| WEC 35 | 8/3/2008 | WEC 35 | | 117,000 | 1,006 | | | | 45 | 0 | 117,000 | 117,000 |
| UFC 87 | 8/9/2008 | UFC 87 | 625,000 | $2.3M | 15,087 | | | | 45 | 28125000 | 2,300,000 | 30,425,000 |
| UFC 88 | 9/6/2008 | UFC 88 | 480,000 | $2.6M | 14,736 | | | | 45 | 21600000 | 2,600,000 | 24,200,000 |
| UFN 15 | 9/17/2008 | UFC UFN 15 | | 675,000 | 9,103 | | | | 45 | 0 | 675,000 | 675,000 |
| EliteXC: Heat | 10/4/2008 | EliteXC: Heat | | 826,433 | 9,414 | | | | 45 | 0 | 826,433 | 826,433 |
| UFC 89 | 10/18/2008 | UFC 89 | | $1.2M | 9,515 | | | | 45 | 0 | 1,200,000 | 1,200,000 |
| UFC 90 | 10/25/2008 | UFC 90 | 300,000 | $2.9M | 15,359 | | | | 45 | 13500000 | 2,900,000 | 16,400,000 |
| WEC 36 | 11/5/2008 | WEC 36 | | 564,000 | 5,227 | | | | 45 | 0 | 564,000 | 564,000 |
| UFC 91 | 11/15/2008 | UFC 91 | 1,010,000 | $4.8M | 14,272 | | | | 45 | 45450000 | 4,800,000 | 50,250,000 |
| WEC 37 | 12/3/2008 | WEC 37 | | 90,000 | 643 | | | | 45 | 0 | 90,000 | 90,000 |
| UFN 16 | 12/10/2008 | UFC UFN 16 | | N/A | 8,500 | | | | 45 | 0 | N/A | -- |
| TUF 8 | 12/13/2008 | UFC TUF 8 | | 405,000 | 1,853 | | | | 45 | 0 | 405,000 | 405,000 |
| UFC 92 | 12/27/2008 | UFC 92 | 1,000,000 | $3.5M | 14,166 | | | | 45 | 45000000 | 3,500,000 | 48,500,000 |
| UFC 93 | 1/17/2009 | UFC 93 | 350,000 | $1.3M | 9,369 | | | | 45 | 15750000 | 1,300,000 | 17,050,000 |
| Affliction DOR | 1/24/2009 | Affliction DOR | 90,000 | $1.5M | 13,255 | | | | 45 | 4050000 | 1,500,000 | 5,550,000 |
| WEC 38 | 1/25/2009 | WEC 38 | | 486,000 | 10,201 | | | | 45 | 0 | 486,000 | 486,000 |
| UFC 94 | 1/31/2009 | UFC 94 | 920,000 | $4.3M | 14,885 | | | | 45 | 41400000 | 4,300,000 | 45,700,000 |
| UFN 17 | 2/7/2009 | UFC UFN 17 | | 428,000 | 7,596 | | | | 45 | 0 | 428,000 | 428,000 |
| UFC 95 | 2/21/2009 | UFC 95 | | $1M | 13,268 | | | | 45 | 0 | 1,000,000 | 1,000,000 |
| WEC 39 | 3/1/2009 | WEC 39 | | 280,000 | 6,100 | | | | 45 | 0 | 280,000 | 280,000 |
| UFC 96 | 3/7/2009 | UFC 96 | 350,000 | $1.8M | 17,033 | | | | 45 | 15750000 | 1,800,000 | 17,550,000 |
| UFN 18 | 4/1/2009 | UFC UFN 18 | | 625,000 | 10,267 | | | | 45 | 0 | 625,000 | 625,000 |
| WEC 40 | 4/5/2009 | WEC 40 | | N/R | 5,257 | | | | 45 | 0 | N/R | -- |
| Strikeforce - Shamrock vs. Diaz | 4/11/2009 | Strikeforce | | 750,000 | 15,211 | | | | 45 | 0 | 750,000 | 750,000 |
| UFC 97 | 4/18/2009 | UFC 97 | 650,000 | $4.9M | 21,451 | | | | 45 | 29250000 | 4,900,000 | 34,150,000 |
| Strikeforce - Challengers 1 | 5/15/2009 | ShoMMA 1 | | ? | ? | | | | 45 | 0 | ? | -- |
| UFC 98 | 5/23/2009 | UFC 98 | 635,000 | $3.3M | 12,606 | | | | 45 | 28575000 | 3,300,000 | 31,875,000 |
| Strikeforce - Lawler vs. Shields | 6/6/2009 | Strikeforce | | N/R | ? | | | | 45 | 0 | N/R | -- |
| WEC 41 | 6/7/2009 | WEC 41 | | 815,000 | 13,027 | | | | 45 | 0 | 815,000 | 815,000 |
| UFC 99 | 6/13/2009 | UFC 99 | 360,000 | $1.3M | 12,854 | | | | 45 | 16200000 | 1,300,000 | 17,500,000 |
| Strikeforce - Challengers 2 | 6/19/2009 | ShoMMA 2 | | 85,805 | 2,836 | | | | 45 | 0 | 85,805 | 85,805 |
| TUF 9 | 6/20/2009 | UFC TUF 9 | | 499,000 | 2,217 | | | | 45 | 0 | 499,000 | 499,000 |
| UFC 100 | 7/11/2009 | UFC 100 | 1,600,000 | $5.1M | 10,871 | | | | 45 | 72000000 | 5,100,000 | 77,100,000 |
| UFC 101 | 8/8/2009 | UFC 101 | 850,000 | $3.6M | 17,411 | | | | 45 | 38250000 | 3,600,000 | 41,850,000 |
| WEC 42 | 8/9/2009 | WEC 42 | | 176,000 | 2,082 | | | | 45 | 0 | 176,000 | 176,000 |
| Strikeforce - Carano vs. Cyborg | 8/15/2009 | Strikeforce | | 736,000 | 13,976 | | | | 45 | 0 | 736,000 | 736,000 |
| UFC 102 | 8/29/2009 | UFC 102 | 435,000 | $1.9M | 16,088 | | | | 45 | 19575000 | 1,900,000 | 21,475,000 |
| UFN 19 | 9/16/2009 | UFC UFN 19 | | 578,000 | 9,490 | | | | 45 | 0 | 578,000 | 578,000 |
| UFC 103 | 9/19/2009 | UFC 103 | 375,000 | $2.4M | 17,428 | | | | 45 | 16875000 | 2,400,000 | 19,275,000 |
| Strikeforce - Challengers 3 | 9/25/2009 | ShoMMA 3 | | ? | ? | | | | 45 | 0 | ? | -- |
| WEC 43 | 10/10/2009 | WEC 43 | | 298,000 | 5,176 | | | | 45 | 0 | 298,000 | 298,000 |

3

| Eventid | DATE | EVENT | Add PPV | GATE | ATTENDANCE | NETWORK | RATING | VIEWERS | PPV Multiplier | PPV Revenue | Revised Gate | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UFC 104 | 10/24/2009 | UFC 104 | 500,000 | $1.9M | 14,892 | | | | 45 | 22500000 | 1,900,000 | 24,400,000 |
| Strikeforce - Challengers 4 | 11/6/2009 | ShoMMA 4 | | ? | ? | | | | 45 | 0 | ? | -- |
| Strikeforce / M-1 Global - Fedor vs. Rogers | 11/7/2009 | Strikeforce | | N/R | 11,512 | | | | 45 | 0 | N/R | -- |
| UFC 105 | 11/14/2009 | UFC 105 | | $2M | 16,693 | | | | 45 | 0 | 2,000,000 | 2,000,000 |
| WEC 44 | 11/18/2009 | WEC 44 | | 131,000 | 1,835 | | | | 45 | 0 | 131,000 | 131,000 |
| Strikeforce - Challengers 5 | 11/20/2009 | ShoMMA 5 | | ? | ? | | | | 45 | 0 | ? | -- |
| UFC 106 | 11/21/2009 | UFC 106 | 375,000 | $3.0M | 10,529 | | | | 45 | 16875000 | 3,000,000 | 19,875,000 |
| TUF 10 | 12/5/2009 | UFC TUF 10 | | 504,000 | 1,791 | | | | 45 | 0 | 504,000 | 504,000 |
| UFC 107 | 12/12/2009 | UFC 107 | 620,000 | $1.5M | 13,896 | | | | 45 | 27900000 | 1,500,000 | 29,400,000 |
| Strikeforce - Evolution | 12/19/2009 | SF: Evolution | | 634,000 | 14,749 | | | | 45 | 0 | 634,000 | 634,000 |
| WEC 45 | 12/19/2009 | WEC 45 | | 103,000 | 1,741 | | | | 45 | 0 | 103,000 | 103,000 |
| UFC 108 | 1/2/2010 | UFC 108 | 300,000 | $2.0M | 13,529 | | | | 45 | 13500000 | 2,000,000 | 15,500,000 |
| WEC 46 | 1/10/2010 | WEC 46 | | 550,000 | 10,027 | | | | 45 | 0 | 550,000 | 550,000 |
| UFN 20 | 1/11/2010 | UFC UFN 20 | | 754,000 | 8,078 | | | | 45 | 0 | 754,000 | 754,000 |
| Strikeforce - Miami | 1/30/2010 | Strikeforce: Miami | | 301,424 | 7,010 | | | | 45 | 0 | 301,424 | 301,424 |
| UFC 109 | 2/6/2010 | UFC 109 | 275,000 | $2.3M | 10,753 | | | | 45 | 12375000 | 2,300,000 | 14,675,000 |
| UFC 110 | 2/21/2010 | UFC 110 | 240,000 | $2.5M | 17,431 | | | | 45 | 10800000 | 2,500,000 | 13,300,000 |
| Strikeforce - Challengers 6 | 2/26/2010 | ShoMMA 6 | | 86,440 | 2,318 | | | | 45 | 0 | 86,440 | 86,440 |
| WEC 47 | 3/6/2010 | WEC 47 | | 401,000 | 8,345 | | | | 45 | 0 | 401,000 | 401,000 |
| VERSUS 1 | 3/21/2010 | UFC on Versus 1 (UFC Live) | | 568,000 | 6,443 | | | | 45 | 0 | 568,000 | 568,000 |
| VERSUS 1 | 3/21/2010 | UFC Live | | 109,222 | 4,963 | | | | 45 | 0 | 109,222 | 109,222 |
| Strikeforce - Challengers 7 | 3/26/2010 | ShoMMA 7 | | | | | | | 45 | 0 | | |
| UFC 111 | 3/27/2010 | UFC 111 | 770,000 | $4.0M | 17,000 | | | | 45 | 34650000 | 4,000,000 | 38,650,000 |
| UFN 21 | 3/31/2010 | UFC UFN 21 | | 591,000 | 7,700 | | | | 45 | 0 | 591,000 | 591,000 |
| UFC 112 | 4/10/2010 | UFC 112 | 500,000 | $3.5M | 11,008 | | | | 45 | 22500000 | 3,500,000 | 26,000,000 |
| Strikeforce - Nashville | 4/17/2010 | Strikeforce: Nashville | | ? | 8,196 | | | | 45 | 0 | ? | -- |
| WEC 48 | 4/24/2010 | WEC 48 | 175,000 | 954,635 | 12,555 | | | | 45 | 7875000 | 954,635 | 8,829,635 |
| UFC 113 | 5/8/2010 | UFC 113 | 520,000 | $5.3M | 17,647 | | | | 45 | 23400000 | 5,300,000 | 28,700,000 |
| Strikeforce - Heavy Artillery | 5/15/2010 | Strikeforce: Heavy Artillery | | ? | 8,136 | | | | 45 | 0 | ? | -- |
| Strikeforce - Challengers 8 | 5/21/2010 | ShoMMA 8 | | ? | ? | | | | 45 | 0 | ? | -- |
| UFC 114 | 5/29/2010 | UFC 114 | 1,000,000 | $3.9M | 14,996 | | | | 45 | 45000000 | 3,900,000 | 48,900,000 |
| UFC 115 | 6/12/2010 | UFC 115 | 525,000 | $4.2M | 17,669 | | | | 45 | 23625000 | 4,200,000 | 27,825,000 |
| Strikeforce - Los Angeles | 6/16/2010 | Strikeforce: Los Angeles | | 418,000 | 5,259 | | | | 45 | 0 | 418,000 | 418,000 |
| TUF 11 | 6/19/2010 | UFC TUF 11 | | 430,000 | 1,708 | | | | 45 | 0 | 430,000 | 430,000 |
| WEC 49 | 6/20/2010 | WEC 49 | | 332,000 | 5,600 | | | | 45 | 0 | 332,000 | 332,000 |
| Strikeforce / M-1 Global - Fedor vs. Werdum | 6/26/2010 | Strikeforce | | $1.1M | 11,757 | | | | 45 | 0 | 1,100,000 | 1,100,000 |
| UFC 116 | 7/3/2010 | UFC 116 | 1,060,000 | $4.1M | 12,740 | | | | 45 | 47700000 | 4,100,000 | 51,800,000 |
| Strikeforce - Challengers 9 | 7/23/2010 | ShoMMA 9 | | ? | ? | | | | 45 | 0 | ? | -- |
| VERSUS 2 | 8/1/2010 | UFC on Versus 2 (UFC Live) | | 490,000 | 8,132 | | | | 45 | 0 | 490,000 | 490,000 |
| VERSUS 2 | 8/1/2010 | UFC Live | | | | | | | 45 | 0 | | -- |
| UFC 117 | 8/7/2010 | UFC 117 | 600,000 | $1.6M | 12,971 | | | | 45 | 27000000 | 1,600,000 | 28,600,000 |
| Strikeforce - Challengers 10 | 8/13/2010 | ShoMMA 10 | | ? | ? | | | | 45 | 0 | ? | -- |
| WEC 50 | 8/18/2010 | WEC 50 | | 275,340 | 1,861 | | | | 45 | 0 | 275,340 | 275,340 |
| Strikeforce - Houston | 8/21/2010 | Strikeforce: Houston | | ? | 8,635 | | | | 45 | 0 | ? | -- |
| UFC 118 | 8/28/2010 | UFC 118 | 535,000 | $2.8M | 14,168 | | | | 45 | 24075000 | 2,800,000 | 26,875,000 |

4

| Eventid | DATE | EVENT | PPV Add | GATE | ATTENDANCE | NETWORK | RATING | VIEWERS | PPV Multiplier | PPV Revenue | Revised Gate | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UFN 22 | 9/15/2010 | UFN UFN 22 | | 596,000 | 7,724 | | | | 45 | 0 | 596,000 | 596,000 |
| UFC 119 | 9/25/2010 | UFC 119 | 295,000 | $1.6M | 15,811 | | | | 45 | 13275000 | 1,600,000 | 14,875,000 |
| WEC 51 | 9/30/2010 | WEC 51 | | 191,620 | 3,791 | | | | 45 | 0 | 191,620 | 191,620 |
| Strikeforce - Diaz vs. Noons 2 | 10/9/2010 | Strikeforce | | 528,466 | 7,559 | | | | 45 | 0 | 528,466 | 528,466 |
| UFC 120 | 10/16/2010 | UFC 120 | | $2.6M | 17,133 | | | | 45 | 0 | 2,600,000 | 2,600,000 |
| Strikeforce - Challengers 11 | 10/22/2010 | ShoMMA 11 | | ? | ? | | | | 45 | 0 | ? | -- |
| UFC 121 | 10/23/2010 | UFC 121 | 900,000 | $2.2M | 14,856 | | | | 45 | 40500000 | 2,200,000 | 42,700,000 |
| WEC 52 | 11/11/2010 | WEC 52 | | ? | ? | | | | 45 | 0 | ? | -- |
| UFC 122 | 11/13/2010 | UFC 122 | | 600,000 | 8,421 | | | | 45 | 0 | 600,000 | 600,000 |
| Strikeforce - Challengers 12 | 11/19/2010 | ShoMMA 12 | | ? | ? | | | | 45 | 0 | ? | -- |
| UFC 123 | 11/20/2010 | UFC 123 | 500,000 | $2.1M | 16,404 | | | | 45 | 22500000 | 2,100,000 | 24,600,000 |
| Strikeforce - Henderson vs. Babalu | 12/4/2010 | Strikeforce: St. Louis | | ? | 7,146 | | | | 45 | 0 | ? | -- |
| TUF 12 | 12/4/2010 | UFC TUF 12 | | 380,000 | 1,903 | | | | 45 | 0 | 380,000 | 380,000 |
| UFC 124 | 12/11/2010 | UFC 124 | 785,000 | $4.6M | 23,152 | | | | 45 | 35325000 | 4,600,000 | 39,925,000 |
| WEC 53 | 12/16/2010 | WEC 53 | | ? | 6,348 | | | | 45 | 0 | ? | -- |
| UFC 125 | 1/1/2011 | UFC 125 | 260,000 | $2.175M | 12,874 | | | | 45 | 11700000 | 2,175,000 | 13,875,000 |
| Strikeforce - Challengers 13 | 1/7/2011 | Strikeforce Challengers: 13 | | | | | | | 45 | 0 | | -- |
| UFN 23 | 1/22/2011 | UFC: Fight for Troops 2 | | N/A | 3,200 | | | | 45 | 0 | N/A | -- |
| Strikeforce - Diaz vs. Cyborg | 1/29/2011 | Strikeforce: Diaz v Cyborg | | 533,215 | 9,059 | | | | 45 | 0 | 533,215 | 533,215 |
| Strikeforce - Diaz vs. Cyborg | 1/29/2011 | Strikeforce: Diaz vs Cyborg | | | | | | | 45 | 0 | | -- |
| UFC 126 | 2/5/2011 | UFC 126 | 725,000 | $3.6M | 10,893 | | | | 45 | 32625000 | 3,600,000 | 36,225,000 |
| Strikeforce - Fedor vs. Silva | 2/12/2011 | Strikeforce/M1: Fedor/Silva | | N/R | 11,287 | | | | 45 | 0 | N/R | -- |
| Strikeforce - Challengers 14 | 2/18/2011 | Strikeforce Challengers: 14 | | | | | | | 45 | 0 | | -- |
| UFC 127 | 2/27/2011 | UFC 127 | 260,000 | $3.5M | 18,186 | | | | 45 | 11700000 | 3,500,000 | 15,200,000 |
| VERSUS 3 | 3/3/2011 | UFC on Versus 3 | | 471,450 | 8,319 | | | | 45 | 0 | 471,450 | 471,450 |
| Strikeforce - Feijao vs. Henderson | 3/5/2011 | Strikeforce: Columbus | | ? | 7,123 | | | | 45 | 0 | ? | -- |
| | 3/5/2011 | Bellator 35 | | | | | | | 45 | 0 | | -- |
| | 3/12/2011 | Bellator 36 | | | | | | | 45 | 0 | | -- |
| UFC 128 | 3/19/2011 | UFC 128 | 490,000 | $2.14M | 12,619 | | | | 45 | 22050000 | 2,140,000 | 24,190,000 |
| | 3/19/2011 | Bellator 37 | | | | | | | 45 | 0 | | -- |
| | 3/25/2011 | M-1 Challenge 24 | | | | | | | 45 | 0 | | -- |
| UFN 24 | 3/26/2011 | UFC UFN 24 | | $1.183M | 13,741 | | | | 45 | 0 | 1,183,000 | 1,183,000 |
| | 3/26/2011 | Bellator 38 | | | | | | | 45 | 0 | | -- |
| Strikeforce - Challengers 15 | 4/1/2011 | Strikeforce Challengers: 15 | | | | | | | 45 | 0 | | -- |
| | 4/2/2011 | Bellator 39 | | | | | | | 45 | 0 | | -- |
| Strikeforce - Diaz vs. Daley | 4/9/2011 | Strikeforce: Diaz vs. Daley | | 533,214 | 9,059 | | | | 45 | 0 | 533,214 | 533,214 |
| | 4/9/2011 | Bellator 40 | | | | | | | 45 | 0 | | -- |
| | 4/9/2011 | Strikeforce: San Diego | | | | | | | 45 | 0 | | -- |
| | 4/16/2011 | Bellator 41 | | | | | | | 45 | 0 | | -- |
| | 4/23/2011 | Bellator 42 | | | | | | | 45 | 0 | | -- |
| UFC 129 | 4/30/2011 | UFC 129 | 800,000 | $12.075M | 55,724 | | | | 45 | 36000000 | 12,075,000 | 48,075,000 |
| | 5/7/2011 | Bellator 43 | | | | | | | 45 | 0 | | -- |
| | 5/14/2011 | Bellator 44 | | | | | | | 45 | 0 | | -- |
| | 5/21/2011 | Bellator 45 | | | | | | | 45 | 0 | | -- |
| UFC 130 | 5/28/2011 | UFC 130 | 325,000 | $2.58M | 12,753 | | | | 45 | 14625000 | 2,580,000 | 17,205,000 |

5

| Eventid | DATE | EVENT | PPV Add | GATE | ATTENDANCE | NETWORK | RATING | VIEWERS | PPV Multiplier | PPV Revenue | Revised Gate | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUF 13 | 6/4/2011 | TUF 13 Finale | | 440,150 | 2,053 | | | | 45 | 0 | 440,150 | 440,150 |
| UFC 131 | 6/11/2011 | UFC 131 | 330,000 | $2.8M | 14,685 | | | | 45 | 14850000 | 2,800,000 | 17,650,000 |
| Strikeforce - Overeem vs. Werdum | 6/18/2011 | Strikeforce HW GP: Dallas | | 543,000 | 7,639 | | | | 45 | 0 | 543,000 | 543,000 |
| Strikeforce - Challengers 16 | 6/24/2011 | Strikeforce Challengers: 16 | | 42,725 | 1,901 | | | | 45 | 0 | 42,725 | 42,725 |
| | 6/25/2011 | Bellator 46 | | | | | | | 45 | 0 | | -- |
| VERSUS 4 | 6/26/2011 | UFC on Versus 4 | | 562,000 | 7,792 | | | | 45 | 0 | 562,000 | 562,000 |
| UFC 132 | 7/2/2011 | UFC 132 | 320,000 | $2.3M | 13,109 | | | | 45 | 14400000 | 2,300,000 | 16,700,000 |
| | 7/8/2011 | M-1 Challenge 26 | | | | | | | 45 | 0 | | -- |
| Strikeforce - Challengers 17 | 7/22/2011 | Strikeforce Challengers: 17 | | | | | | | 45 | 0 | | -- |
| | 7/23/2011 | Bellator 47 | | | | | | | 45 | 0 | | -- |
| Strikeforce / M-1 Global - Fedor vs. Henderson | 7/30/2011 | Strikeforce/M-1 Global | | | | | | | 45 | 0 | | -- |
| UFC 133 | 8/6/2011 | UFC 133 | 310,000 | $1.5M | 11,583 | | | | 45 | 13950000 | 1,500,000 | 15,450,000 |
| Strikeforce - Challengers 18 | 8/12/2011 | Strikeforce Challengers: 18 | | 53,670 | 1,890 | | | | 45 | 0 | 53,670 | 53,670 |
| VERSUS 5 | 8/14/2011 | UFC on Versus 5 | | 539,000 | 6,751 | | | | 45 | 0 | 539,000 | 539,000 |
| | 8/20/2011 | Bellator 48 | | | | | | | 45 | 0 | | -- |
| UFC 134 | 8/27/2011 | UFC 134 | 335,000 | $4M+ | 14,000+ | | | | 45 | 15075000 | $4M+ | -- |
| Strikeforce - Barnett vs. Kharitonov | 9/10/2011 | Strikeforce HW GP | | N/R | ~2,000 | | | | 45 | 0 | N/R | -- |
| Bellator 49 | 9/10/2011 | Bellator 49 | | | | | | | 45 | 0 | | -- |
| UFN 25 | 9/17/2011 | UFC UFN 25 | | 685,000 | 7,112 | | | | 45 | 0 | 685,000 | 685,000 |
| UFN 25 | 9/17/2011 | Bellator 50 | | | | | | | 45 | 0 | | -- |
| Strikeforce - Challengers 19 | 9/23/2011 | Strikeforce Challengers: 19 | | | | | | | 45 | 0 | | -- |
| UFC 135 | 9/24/2011 | UFC 135 | 520,000 | $2.089M | 16,344 | | | | 45 | 23400000 | 2,089,000 | 25,489,000 |
| UFC 135 | 9/24/2011 | Bellator 51 | | | | | | | 45 | 0 | | -- |
| VERSUS 6 | 10/1/2011 | UFC on Versus 6 | | 706,775 | 9,380 | | | | 45 | 0 | 706,775 | 706,775 |
| VERSUS 6 | 10/1/2011 | Bellator 52 | | | | | | | 45 | 0 | | -- |
| UFC 136 | 10/8/2011 | UFC 136 | 225,000 | $2.23M | 16,164 | | | | 45 | 10125000 | 2,230,000 | 12,355,000 |
| UFC 136 | 10/8/2011 | Bellator 53 | | | | | | | 45 | 0 | | -- |
| | 10/14/2011 | M-1 Challenge 27 | | | | | | | 45 | 0 | | -- |
| | 10/15/2011 | Bellator 54 | | | | | | | 45 | 0 | | -- |
| | 10/22/2011 | Bellator 55 | | | | | | | 45 | 0 | | -- |
| UFC 137 | 10/29/2011 | UFC 137 | 280,000 | $3.9M | 10,313 | | | | 45 | 12600000 | 3,900,000 | 16,500,000 |
| UFC 137 | 10/29/2011 | Bellator 56 | | | | | | | 45 | 0 | | -- |
| UFC 138 | 11/5/2011 | UFC 138 | | $1.5M | 10,823 | | | | 45 | 0 | 1,500,000 | 1,500,000 |
| FOX 1 | 11/12/2011 | UFC on FOX 1 | | $1.072M | 11,607 | | | | 45 | 0 | 1,072,000 | 1,072,000 |
| FOX 1 | 11/12/2011 | Bellator 57 | | | | | | | 45 | 0 | | -- |
| Strikeforce - Challengers 20 | 11/18/2011 | Strikeforce Challengers: 20 | | | | | | | 45 | 0 | | -- |
| UFC 139 | 11/19/2011 | UFC 139 | 290,000 | $1.268M | 13,832 | | | | 45 | 13050000 | 1,268,000 | 14,318,000 |
| UFC 139 | 11/19/2011 | Bellator 58 | | | | | | | 45 | 0 | | -- |
| | 11/26/2011 | Bellator 59 | | | | | | | 45 | 0 | | -- |
| TUF 14 | 12/3/2011 | TUF 14 Finale | | 452,700 | 1,909 | | | | 45 | 0 | 452,700 | 452,700 |
| | 12/9/2011 | M-1 Challenge 30 | | | | | | | 45 | 0 | | -- |
| UFC 140 | 12/10/2011 | UFC 140 | 480,000 | $3.77M | 18,303 | | | | 45 | 21600000 | 3,770,000 | 25,370,000 |
| Strikeforce - Melendez vs. Masvidal | 12/17/2011 | Strikeforce: Melendez vs Masv. | | 154,075 | 2,995 | | | | 45 | 0 | 154,075 | 154,075 |
| UFC 141 | 12/30/2011 | UFC 141 | | $3.10M | 13,793 | | | | 45 | 0 | 3,100,000 | 3,100,000 |
| UFC 141 | 12/31/2011 | UFC 141 | 535,000 | | | | | | 45 | 24075000 | | -- |

6

| Eventid | DATE | EVENT | PPV Add | GATE | ATTENDANCE | NETWORK | RATING | VIEWERS | PPV Multiplier | PPV Revenue Add | Revised Gate | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Strikeforce - Rockhold vs. Jardine | 1/7/2012 | Strikeforce: Rockhold vs Jardine | | 68,805 | 1,992 | | | | 45 | 0 | 68,805 | 68,805 |
| UFC 142 | 1/14/2012 | UFC 142 | 215,000 | $2.8M | 10,605 | | | | 45 | 9675000 | 2,800,000 | 12,475,000 |
| FX 1 | 1/20/2012 | UFC on FX 1 | | 334,860 | 7,728 | | | | 45 | 0 | 334,860 | 334,860 |
| FOX 2 | 1/28/2012 | UFC on FOX 2 | | $1.271M | 16,963 | | | | 45 | 0 | 1,271,000 | 1,271,000 |
| UFC 143 | 2/4/2012 | UFC 143 | 400,000 | $2.39M | 9,015 | | | | 45 | 18000000 | 2,390,000 | 20,390,000 |
| FUEL 1 | 2/15/2012 | UFC on Fuel TV 1 | | 405,895 | 7,120 | | | | 45 | 0 | 405,895 | 405,895 |
| UFC 144 | 2/26/2012 | UFC 144 | 325,000 | $3.274M | 21,000 | | | | 45 | 14625000 | 3,274,000 | 17,899,000 |
| Strikeforce - Tate vs. Rousey | 3/3/2012 | Strikeforce: Tate vs Rousey | | ? | ? | | | | 45 | 0 | ? | -- |
| FX 2 | 3/3/2012 | UFC on FX 2 | | $2.2M | 14,537 | | | | 45 | 0 | 2,200,000 | 2,200,000 |
| FUEL 2 | 4/14/2012 | UFC on Fuel TV 2 | | $2.23M | 15,428 | | | | 45 | 0 | 2,230,000 | 2,230,000 |
| UFC 145 | 4/21/2012 | UFC 145 | 700,000 | $2.2M | 15,545 | | | | 45 | 31500000 | 2,200,000 | 33,700,000 |
| FOX 3 | 5/5/2012 | UFC on FOX 3 | | $1.1M | 10,788 | | | | 45 | 0 | 1,100,000 | 1,100,000 |
| FUEL 3 | 5/15/2012 | UFC on Fuel TV 3 | | 343,175 | 6,668 | | | | 45 | 0 | 343,175 | 343,175 |
| Strikeforce - Barnett vs. Cormier | 5/19/2012 | Strikeforce: Barnett vs Cormier | | 226,005 | 5,413 | | | | 45 | 0 | 226,005 | 226,005 |
| UFC 146 | 5/26/2012 | UFC 146 | 560,000 | $3.429M | 14,674 | | | | 45 | 25200000 | 3,429,000 | 28,629,000 |
| FX 3 | 6/8/2012 | UFC on FX 3 | | 329,110 | 6,635 | | | | 45 | 0 | 329,110 | 329,110 |
| FX 4 | 6/22/2012 | UFC on FX 4 | | ? | 4,652 | | | | 45 | 0 | ? | -- |
| UFC 147 | 6/23/2012 | UFC 147 | 140,000 | $1.42M | 16,643 | | | | 45 | 6300000 | 1,420,000 | 7,720,000 |
| UFC 148 | 7/7/2012 | UFC 148 | 925,000 | $6.902M | 15,104 | | | | 45 | 41625000 | 6,902,000 | 48,527,000 |
| FUEL 4 | 7/11/2012 | UFC on Fuel TV 4 | | 163,495 | 4,250 | | | | 45 | 0 | 163,495 | 163,495 |
| Strikeforce - Rockhold vs. Kennedy | 7/14/2012 | Strikeforce: Rockhold vs Kennedy | | ? | 4,186 | | | | 45 | 0 | ? | -- |
| UFC 149 | 7/21/2012 | UFC 149 | 230,000 | $4.1M | 16,089 | | | | 45 | 10350000 | 4,100,000 | 14,450,000 |
| FOX 4 | 8/4/2012 | UFC on FOX 4 | | $1.1M | 16,080 | | | | 45 | 0 | 1,100,000 | 1,100,000 |
| UFC 150 | 8/11/2012 | UFC 150 | 190,000 | 619,955 | 13,027 | | | | 45 | 8550000 | 619,955 | 9,169,955 |
| UFC 150 | 8/11/2012 | UFC 151 | | Cancelled | | | | | 45 | 0 | Cancelled | -- |
| Strikeforce - Rousey vs. Kaufman | 8/18/2012 | Strikeforce: Rousey vs Kaufman | | 145,510 | 3,502 | | | | 45 | 0 | 145,510 | 145,510 |
| UFC 151 | 9/1/2012 | UFC 151 | Cancelled | | | | | | 45 | #VALUE! | | |
| UFC 152 | 9/22/2012 | UFC 152 | 450,000 | $1.9M | 16,800 | | | | 45 | 20250000 | 1,900,000 | 22,150,000 |
| FUEL 5 | 9/29/2012 | UFC on Fuel TV 5 | | 970,000 | 7,241 | | | | 45 | 0 | 970,000 | 970,000 |
| FX 5 | 10/5/2012 | UFC on FX 5 | | 358,000 | 7,049 | | | | 45 | 0 | 358,000 | 358,000 |
| UFC 153 | 10/13/2012 | UFC 153 | 410,000 | 3 | 16,844 | | | | 45 | 18450000 | 3 | 18,450,003 |
| WSOF 1 | 11/3/2012 | WSOF 1 | | 82,608 | 5,575 | | | | 45 | 0 | 82,608 | 82,608 |
| FUEL 6 | 11/10/2012 | UFC on Fuel TV 6 | | $1.3M | 8,415 | | | | 45 | 0 | 1,300,000 | 1,300,000 |
| UFC 154 | 11/17/2012 | UFC 154 | 700,000 | $3.143M | 17,249 | | | | 45 | 31500000 | 3,143,000 | 34,643,000 |
| FOX 5 | 12/8/2012 | UFC on FOX 5 | | $1.523M | 14,387 | | | | 45 | 0 | 1,523,000 | 1,523,000 |
| TUF 16 | 12/15/2012 | TUF 16 Finale | | 569,075 | 2,427 | | | | 45 | 0 | 569,075 | 569,075 |
| FX 6 | 12/15/2012 | UFC on FX 6 | | 900,000 | 5,133 | | | | 45 | 0 | 900,000 | 900,000 |
| UFC 155 | 12/29/2012 | UFC 155 | 590,000 | $3.286M | 13,561 | | | | 45 | 26550000 | 3,286,000 | 29,836,000 |
| Strikeforce - Marquardt vs. Saffiedine | 1/12/2013 | Strikeforce: Marquardt vs. Saff. | | ? | ? | | | | 45 | 0 | ? | -- |
| Bellator 85 | 1/17/2013 | Bellator 85 | | 138,446 | 4,570 | | | | 45 | 0 | 138,446 | 138,446 |
| FX 7 | 1/19/2013 | UFC on FX 7 | | ? | 9,116 | | | | 45 | 0 | ? | -- |
| FOX 6 | 1/26/2013 | UFC on FOX 6 | | $1.27M | 16,091 | | | | 45 | 0 | 1,270,000 | 1,270,000 |
| UFC 156 | 2/2/2013 | UFC 156 | 330,000 | $2.437M | 10,275 | | | | 45 | 14850000 | 2,437,000 | 17,287,000 |
| FUEL 7 | 2/16/2013 | UFC on Fuel TV 7 | | $1.3M | 10,349 | | | | 45 | 0 | 1,300,000 | 1,300,000 |
| UFC 157 | 2/23/2013 | UFC 157 | 450,000 | $1.350M | 13,257 | | | | 45 | 20250000 | 1,350,000 | 21,600,000 |

7

| Eventid | DATE | EVENT | PPV Add | GATE | ATTENDANCE | NETWORK | RATING | VIEWERS | PPV Multiplier | PPV Revenue | Revised Gate | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FUEL 8 | 3/3/2013 | UFC on Fuel TV 8 | | ? | 14,682 | | | | 45 | 0 | ? | -- |
| UFC 158 | 3/16/2013 | UFC 158 | 950,000 | $3.71M | 20,145 | | | | 45 | 42750000 | 3,710,000 | 46,460,000 |
| FUEL 9 | 4/6/2013 | UFC on Fuel TV 9 | | $2.71M | 14,506 | | | | 45 | 0 | 2,710,000 | 2,710,000 |
| TUF 17 | 4/13/2013 | TUF 17 Finale | | 569,075 | 5,918 | | | | 45 | 0 | 569,075 | 569,075 |
| FOX 7 | 4/20/2013 | UFC on FOX 7 | | $1.33M | 13,506 | | | | 45 | 0 | 1,330,000 | 1,330,000 |
| UFC 159 | 4/27/2013 | UFC 159 | 530,000 | $2.70M | 15,227 | | | | 45 | 23850000 | 2,700,000 | 26,550,000 |
| FX 8 | 5/18/2013 | UFC on FX 8 | | ? | 7,642 | | | | 45 | 0 | ? | -- |
| UFC 160 | 5/25/2013 | UFC 160 | 380,000 | $2.942M | 12,380 | | | | 45 | 17100000 | 2,942,000 | 20,042,000 |
| FUEL 10 | 6/8/2013 | UFC on Fuel TV 10 | | ? | 6,286 | | | | 45 | 0 | ? | -- |
| WSOF 3 | 6/14/2013 | WSOF 3 | | 106,573 | 2,501 | | | | 45 | 0 | 106,573 | 106,573 |
| UFC 161 | 6/15/2013 | UFC 161 | 140,000 | $3.15M | 14,754 | | | | 45 | 6300000 | 3,150,000 | 9,450,000 |
| UFC 162 | 7/6/2013 | UFC 162 | 550,000 | $4.826M | 12,964 | | | | 45 | 24750000 | 4,826,000 | 29,576,000 |
| FOX 8 | 7/27/2013 | UFC on FOX 8 | | 700,081 | 8,967 | | | | 45 | 0 | 700,081 | 700,081 |
| UFC 163 | 8/3/2013 | UFC 163 | 180,000 | $1.5M | 13,873 | | | | 45 | 8100000 | 1,500,000 | 9,600,000 |
| WSOF 4 | 8/10/2013 | WSOF 4 | | 79,148 | 2,775 | | | | 45 | 0 | 79,148 | 79,148 |
| FS1-1 | 8/17/2013 | UFC FN 26 | | $1.534M | 14,181 | | | | 45 | 0 | 1,534,000 | 1,534,000 |
| FS1-2 | 8/28/2013 | UFC FN 27 | | 355,290 | 6,417 | | | | 45 | 0 | 355,290 | 355,290 |
| UFC 164 | 8/31/2013 | UFC 164 | 270,000 | 907,116 | 9,178 | | | | 45 | 12150000 | 907,116 | 13,057,116 |
| UFN 28 | 9/4/2013 | UFC FN 28 | | ? | 5,126 | | | | 45 | 0 | ? | -- |
| UFC 165 | 9/21/2013 | UFC 165 | 310,000 | $1.9M | 15,504 | | | | 45 | 13950000 | 1,900,000 | 15,850,000 |
| Bellator 102 | 10/4/2013 | Bellator 102 | | 73,410 | 1,482 | | | | 45 | 0 | 73,410 | 73,410 |
| UFN 29 | 10/9/2013 | UFC FN 29 | | ? | 6,621 | | | | 45 | 0 | ? | -- |
| UFC 166 | 10/19/2013 | UFC 166 | 330,000 | $2.5M | 17,238 | | | | 45 | 14850000 | 2,500,000 | 17,350,000 |
| FS2-1 | 10/26/2013 | UFC FN 30 | | $1.5M | 10,355 | | | | 45 | 0 | 1,500,000 | 1,500,000 |
| Bellator 106 | 11/2/2013 | Bellator 106 | | 350,000 | 6,596 | | | | 45 | 0 | 350,000 | 350,000 |
| UFN 31 | 11/6/2013 | UFC FN 31: Fight for Troops 3 | | N/A | N/A | | | | 45 | 0 | N/A | -- |
| UFN 32 | 11/9/2013 | UFC FN 32 | | ? | 10,565 | | | | 45 | 0 | ? | -- |
| UFC 167 | 11/16/2013 | UFC 167 | 630,000 | $5.759M | 14,856 | | | | 45 | 28350000 | 5,759,000 | 34,109,000 |
| TUF 18 | 11/30/2013 | TUF 18 Finale | | 322,742 | 4,853 | | | | 45 | 0 | 322,742 | 322,742 |
| FS1-7 | 12/7/2013 | UFC FN 33 | | $1.785M | 11,393 | | | | 45 | 0 | 1,785,000 | 1,785,000 |
| FOX 9 | 12/14/2013 | UFC on FOX 9 | | $1.067M | 11,573 | | | | 45 | 0 | 1,067,000 | 1,067,000 |
| UFC 168 | 12/28/2013 | UFC 168 | 1,025,000 | $6.28M | 15,650 | | | | 45 | 46125000 | 6,280,000 | 52,405,000 |
| UFN 34 | 1/4/2014 | UFC FN 34 | | ? | 5,216 | | | | 45 | 0 | ? | -- |
| FS1-8 | 1/15/2014 | UFC FN 35 | | 231,951 | 5,822 | | | | 45 | 0 | 231,951 | 231,951 |
| FOX 10 | 1/25/2014 | UFC on FOX 10 | | 863,655 | 10,895 | | | | 45 | 0 | 863,655 | 863,655 |
| UFC 169 | 2/1/2014 | UFC 169 | 230,000 | $1.651M | 14,308 | | | | 45 | 10350000 | 1,651,000 | 12,001,000 |
| UFN 36 | 2/15/2014 | UFC FN 36 | | ? | 7,511 | | | | 45 | 0 | ? | -- |
| UFC 170 | 2/22/2014 | UFC 170 | 350,000 | $1.559M | 10,217 | | | | 45 | 15750000 | 1,559,000 | 17,309,000 |
| TUF China | 3/1/2014 | TUF China Finale | | ? | 6,000 | | | | 45 | 0 | ? | -- |
| EMEA 1 | 3/8/2014 | UFC FN 37 | | $2.0M | 14,604 | | | | 45 | 0 | 2,000,000 | 2,000,000 |
| UFC 171 | 3/15/2014 | UFC 171 | 300,000 | $2.6M | 19,324 | | | | 45 | 13500000 | 2,600,000 | 16,100,000 |
| UFN 38 | 3/23/2014 | UFC FN 38 | | ? | 6,828 | | | | 45 | 0 | ? | -- |
| EMEA 2 | 4/11/2014 | UFC FN 39 | | $1.8M | 7,963 | | | | 45 | 0 | 1,800,000 | 1,800,000 |
| FS1-11 | 4/16/2014 | TUF Nations Finale | | 340,000 | 5,029 | | | | 45 | 0 | 340,000 | 340,000 |
| FOX 11 | 4/19/2014 | UFC on FOX 11 | | $1.55M | 17,000 | | | | 45 | 0 | 1,550,000 | 1,550,000 |

8

| Eventid | DATE | EVENT | PPV | GATE | ATTENDANCE | NETWORK | RATING | VIEWERS | PPV Multiplier | PPV Revenue | Revised Gate | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UFC 172 | 4/26/2014 | UFC 172 | 350,000 | $2.3M | 13,485 | | | | 45 | 15750000 | 2,300,000 | 18,050,000 |
| FS1-12 | 5/10/2014 | UFC FN 40 | | 415,000 | 6,143 | | | | 45 | 0 | 415,000 | 415,000 |
| | 5/17/2014 | Bellator 120 | 100,000 | | | | | | 45 | 4500000 | -- | -- |
| UFC 173 | 5/24/2014 | UFC 173 | 215,000 | $1.738M | 11,036 | | | | 45 | 9675000 | 1,738,000 | 11,413,000 |
| TUF Brazil 3 | 5/31/2014 | TUF Brazil 3 Finale | | ? | 8,986 | | | | 45 | 0 | ? | -- |
| TUF Brazil 3 | 5/31/2014 | UFC FN 41 | | ? | 8,000 | | | | 45 | 0 | ? | -- |
| FS1-14 | 6/7/2014 | UFC FN 42 | | 697,901 | 8,775 | | | | 45 | 0 | 697,901 | 697,901 |
| UFC 174 | 6/14/2014 | UFC 174 | 115,000 | $1.14M | 13,506 | | | | 45 | 5175000 | 1,140,000 | 6,315,000 |
| AUS 1 | 6/28/2014 | UFC FN 43 | | 913,000 | 8,089 | | | | 45 | 0 | 913,000 | 913,000 |
| FS1-15 | 6/28/2014 | UFC FN 44 | | 728,358 | 9,227 | | | | 45 | 0 | 728,358 | 728,358 |
| UFC 175 | 7/5/2014 | UFC 175 | 545,000 | $4.23M | 10,088 | | | | 45 | 24525000 | 4,230,000 | 28,755,000 |
| TUF 19 | 7/6/2014 | TUF 19 Finale | | 835,000 | 6,500 | | | | 45 | 0 | 835,000 | 835,000 |
| UFN 45 | 7/16/2014 | UFC FN 45 | | ? | 4,115 | | | | 45 | 0 | ? | -- |
| EMEA 4 | 7/19/2014 | UFC FN 46 | | $1.4M | 9,500 | | | | 45 | 0 | 1,400,000 | 1,400,000 |
| FOX 12 | 7/26/2014 | UFC on FOX 12 | | 735,317 | 11,482 | | | | 45 | 0 | 735,317 | 735,317 |
| UFC 176 | 8/2/2014 | UFC 176 | Cancelled | Cancelled | | | | | 45 | #VALUE! | Cancelled | -- |
| FS1-17 | 8/16/2014 | UFC FN 47 | | 321,470 | 5,329 | | | | 45 | 0 | 321,470 | 321,470 |
| ASIA 3 | 8/22/2014 | UFC FN 48 | | ? | 7,022 | | | | 45 | 0 | ? | -- |
| ASIA 3 | 8/23/2014 | UFC FN 49 | | 452,075 | 7,119 | | | | 45 | 0 | 452,075 | 452,075 |
| UFC 177 | 8/30/2014 | UFC 177 | 125,000 | 700,000 | 11,100 | | | | 45 | 5625000 | 700,000 | 6,325,000 |
| FS1-19 | 9/5/2014 | UFC FN 50 | | 479,620 | 4,086 | | | | 45 | 0 | 479,620 | 479,620 |
| UFN 51 | 9/13/2014 | UFC FN 51 | | ? | 8,822 | | | | 45 | 0 | ? | -- |
| UFN 52 | 9/20/2014 | UFC FN 52 | | ? | 12,395 | | | | 45 | 0 | ? | -- |
| UFC 178 | 9/27/2014 | UFC 178 | 205,000 | $2.2M | 10,544 | | | | 45 | 9225000 | 2,200,000 | 11,425,000 |
| EMEA 5 | 10/4/2014 | UFC FN 53 | | $1.1M | 10,026 | | | | 45 | 0 | 1,100,000 | 1,100,000 |
| FS1-20 | 10/4/2014 | UFC FN 54 | | 926,000 | 10,782 | | | | 45 | 0 | 926,000 | 926,000 |
| UFC 179 | 10/25/2014 | UFC FN 179 | 180,000 | ? | 11,415 | | | | 45 | 8100000 | ? | -- |
| AUS 2 | 11/7/2014 | UFC FN 55 | | $1.5M | 9,904 | | | | 45 | 0 | 1,500,000 | 1,500,000 |
| AUS 2 | 11/8/2014 | UFC FN 56 | | ? | 5,671 | | | | 45 | 0 | ? | -- |
| Bellator 131 | 11/15/2014 | Bellator 131 | | 407,259 | 8,243 | | | | 45 | 0 | 407,259 | 407,259 |
| UFC 180 | 11/15/2014 | UFC 180 | 185,000 | ? | 21,000 | | | | 45 | 8325000 | ? | -- |
| FS1-22 | 11/22/2014 | UFC FN 57 | | 670,022 | 10,131 | | | | 45 | 0 | 670,022 | 670,022 |
| UFC 181 | 12/6/2014 | UFC 181 | 400,000 | $2.488M | 9,617 | | | | 45 | 18000000 | 2,488,000 | 20,488,000 |
| TUF 20 | 12/12/2014 | TUF 20 Finale | | 143,000 | 1,800 | | | | 45 | 0 | 143,000 | 143,000 |
| FOX 13 | 12/13/2014 | UFC on FOX 13 | | $1.5M | 15,300 | | | | 45 | 0 | 1,500,000 | 1,500,000 |
| UFN 58 | 12/20/2014 | UFC FN 58 | | ? | ? | | | | 45 | 0 | ? | -- |
| UFC 182 | 1/3/2015 | UFC 182 | 800,000 | $3.7M | 11,575 | | | | 50 | 40000000 | 3,700,000 | 43,700,000 |
| UFC 183 | 1/31/2015 | UFC 183 | 650,000 | | | | | | -- | -- | -- | -- |
| UFC 184 | 2/28/2015 | UFC 184 | 600,000 | | | | | | -- | -- | -- | -- |
| UFC 185 | 3/14/2015 | UFC 185 | 310,000 | | | | | | -- | -- | -- | -- |
| UFC 186 | 4/25/2015 | UFC 186 | 125,000 | | | | | | -- | -- | -- | -- |
| UFC 187 | 5/23/2015 | UFC 187 | 375,000 | | | | | | -- | -- | -- | -- |
| UFC 188 | 6/13/2015 | UFC 188 | 300,000 | | | | | | -- | -- | -- | -- |
| UFC 189 | 7/11/2015 | UFC 189 | 825,000 | | | | | | -- | -- | -- | -- |
| UFC 190 | 8/1/2015 | UFC 190 | 900,000 | | | | | | -- | -- | -- | -- |

9

| Eventid | DATE | EVENT | Add PPV | GATE | ATTENDANCE | NETWORK | RATING | VIEWERS | Add PPV Multiplier | Add PPV Revenue | Revised Gate | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UFC 191 | 9/5/2015 | UFC 191 | 115,000 | | | | | | -- | -- | -- | -- |
| UFC 192 | 10/3/2015 | UFC 192 | 250,000 | | | | | | -- | -- | -- | -- |
| UFC 193 | 11/15/2015 | UFC 193 | 1,100,000 | | | | | | -- | -- | -- | -- |
| UFC 194 | 12/12/2015 | UFC 194 | 1,025,000 | | | | | | -- | -- | -- | -- |
| UFC 195 | 1/2/2016 | UFC 195 | 300,000 | | | | | | -- | -- | -- | -- |
| UFC 196 | 3/5/2016 | UFC 196 | 1,600,000 | | | | | | -- | -- | -- | -- |
| UFC 197 | 4/23/2016 | UFC 197 | 425,000 | | | | | | -- | -- | -- | -- |
| UFC 198 | 5/14/2016 | UFC 198 | 350,000 | | | | | | -- | -- | -- | -- |
| UFC 199 | 6/4/2016 | UFC 199 | 320,000 | | | | | | -- | -- | -- | -- |
| UFC 200 | 7/9/2016 | UFC 200 | 1,200,000 | | | | | | -- | -- | -- | -- |
| UFC 201 | 7/30/2016 | UFC 201 | 240,000 | | | | | | -- | -- | -- | -- |
| UFC 202 | 8/20/2016 | UFC 202 | 1,650,000 | | | | | | -- | -- | -- | -- |

10