# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| CUNG LE, *et al.*, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>ZUFFA, LLC, <br><br>　　　　Defendant. | 2:15-cv-01045-RFB-BNW <br><br> DATE: September 12, 2019 <br><br> Courtroom 7C |

THE HONORABLE RICHARD F. BOULWARE, II, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Blanca Lenzi   COURT RECORDER: Patty Ganci

COUNSEL FOR PLAINTIFFS:  Eric Cramer, Esq., Joshua Davis, Esq., Joseph Saveri, Esq., Mark Suter, Esq., Patrick, Madden, Esq., Daniel Silverman, Esq. Don Springmeyer, Esq.

COUNSEL FOR DEFENDANT:  William Isaacson, Esq., Brent Nakumbera, Esq., Stacey Grisby, Esq., Nicholas Widnell, Esq., Riche McKnight, Esq.,  Colby Williams, Esq., Suzanne Nero, Esq.

MINUTES OF PROCEEDINGS: Evidentiary Hearing – Day 4

The Court convened at 9:06 AM.

The Court makes preliminary statements regarding the order of testimony and schedule.

**Professor Alan Manning** is sworn and testifies on direct examination by Mr. Davis.
Cross examination by Mr. Isaacson.

Court recessed  at  10: 20 AM.
Court reconvened at 1:28 PM.

 **Professor Alan Manning** resumes testimony on cross examination by Mr. Isaacson.
 Professor Manning is then excused.

Cung Lee, et al, v. Zuffa, LLC
Case no.  2:15-cv-01045-RFB-BNW
Evidentiary Hearing – Day 5, September 12, 2019
-----------------------------------------------------

Court recessed at 1:57  PM
Court reconvened at 2:01 PM.

**Professor Paul Oyer** is sworn and testifies on direct examination by Ms. Grisby.
Cross examination by Mr. Davis.

Due to fire alarm;
Court recessed at 3:13  PM
Court reconvened at 4:05 PM.

**Professor Paul Oyer** resumes testimony on cross examination by Mr. Davis.

The Court next makes preliminary statements and hears representations from the parties regarding the order of the remaining testimony with rebuttal and closing arguments set for September 13, 2019.

The evidentiary hearing  will resume on September 13, 2019 at 8:15 AM in LV Courtroom 7C.

The Court adjourned at 4:50  PM.

                                             DEBRA K. KEMPI, CLERK
                                             U.S. DISTRICT COURT

                                             BY:_____/S/_____
                                             Blanca Lenzi, Deputy Clerk