WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER (State Bar No. 3568)
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DECLARATION OF SUZANNE E. NERO IN SUPPORT OF DEFENDANT ZUFFA, LLC'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Suzanne E. Nero, declare as follows:

1. I am a member in good standing of the bar of the State of California. I am admitted *pro hac vice* to practice before this Court. I am an Associate in the law firm Boies Schiller Flexner LLP and counsel for Zuffa, LLC ("Zuffa") in the above-captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-BNW.

2. I make this declaration in support of Defendant Zuffa, LLC's Supplemental Brief in Opposition to Plaintiffs' Motion for Class Certification.

3. Based on my personal experience, knowledge, and review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

4. **Exhibit 1** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit PCCX652 - Steven C. Salop, *The Raising Rivals' Cost Foreclosure Paradigm, Conditional Pricing Practices and the Flawed Incremental Price-Cost Test*, 81 Antitrust L.J. 371 (2017).

5. **Exhibit 2** to this Declaration is a true and correct copy of excerpts to the deposition of Hal Singer, Ph.D, taken on September 27, 2017.

6. **Exhibit 3** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit PCCX604 - Phillip E. Areeda & Herbert Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their Application* (4th ed. 2017).

7. **Exhibit 4** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit ZCCX201 - Ex 99 Motion for Summary Judgment.

8. **Exhibit 5** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit JCCX39 - David Autor, David Dorn, Lawrence Katz, Christina Patterson, & John Van Reenen, *Concentrating on the Fall of the Labor Share*, 107(5) American Economic Review: Papers & Proceedings 180 (2017).

9. **Exhibit 6** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit PCCX644 - Simcha Barkai, *Declining Labor and Capital Shares* (U. of Chicago, New Working Paper Series No. 2, 2016), available at https://research.chicagobooth.edu/~/media/5872fbeb104245909b8f0ae8a84486c9.pdf

10. **Exhibit 7** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit JCCX56 - Gerald W. Scully, *Player Salary Share and the Distribution of Player Earnings*, 25(2) Managerial and Decision Economics 77 (2004).

11. **Exhibit 8** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit PCCX549 - Lawrence M. Kahn, *The Sports Business as a Labor Market Laboratory*, 14 Journal of Economic Perspectives 81 (2000).

12. **Exhibit 9** to this Declaration is a true and correct copy of excerpts of the deposition of Alan Manning, taken February 8, 2018.

13. **Exhibit 10** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit JCCX72 - Richard McGowan & John Mahon, *Demand for the Ultimate Fighting Championship: An Econometric Analysis of PPV Buy Rates*, 6(6) Journal of Business & Economics 1032 (2015).

14. **Exhibit 11** to this Declaration is a true and correct copy of the webpage accessed on September 12, 2019 at the URL - https://www.abainternational.org/media/jmerscam.aspx (ABAI Phishing Scam Alert re: Academic Star Publishing Company).

15. **Exhibit 12** to this Declaration is a true and correct copy of the webpage accessed on September 12, 2019 at the URL - http://www.academicstar.us/journalsshow.asp?ArtID=371 (Academic Star Publishing Journal of Business and Economics Website).

16. **Exhibit 13** to this Declaration is a true and correct copy of the webpage accessed on September 12, 2019 at the URL - https://www.worldcat.org/title/journal-of-business-and-economics/oclc/911567023&referer=brief_results (WorldCat Report for Journal of Business and Economics).

17. **Exhibit 14** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit PCCX475 - Errata to the Expert Report of Andrew Zimbalist in *Cung Le, et al. v. Zuffa, LLC*.

18. **Exhibit 15** to this Declaration is a true and correct copy of an excerpt of Evidentiary Hearing Exhibit JCCX12 - Explosion Entertainment Strikeforce Event P&L, 3/1/2009 - 2/28/2014.

19. **Exhibit 16** to this Declaration is a true and correct copy of excerpts of the deposition of Andrew Zimbalist, Ph.D, taken January 26, 2018.

20. **Exhibit 17** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit ZCCX279 - Supplemental Expert Report of Edward E. Leamer, Ph.D., filed in *In re High-Tech Employees Antitrust Litig.*, October 1, 2012.

21. **Exhibit 18** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit ZCCX292 - Weight Data for Foreclosure (Ex. 4 to H. Singer Deposition).

22. **Exhibit 19** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit PCCX685 - William M. Boal & Michael R. Ransom, *Monopsony in the Labor Market*, Journal of Economic Literature (1997).

23. **Exhibit 20** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit PCCX531 - John Vrooman, *Theory of the Perfect Game: Competitive Balance in Monopoly Sports Leagues*, 34 Review of Industrial Organization 5 (2009).

24. **Exhibit 21** to this Declaration is a true and correct copy of excerpts of the deposition of Hal Singer, Ph.D, taken January 23, 2018.

25. **Exhibit 22** to this Declaration is a true and correct copy of excerpts of the deposition of Andrew Zimbalist, Ph.D, taken September 25, 2017.

26. **Exhibit 23** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit ZCCX249 - Phillip Areeda, Herbert Hovenkamp, Roger D. Blair, & Christine Piette Durrance, *Antitrust Law: An Analysis of Antitrust Principles and Their Application* (4th ed. 2014), Volume IIA.

27.     **Exhibit 24** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit JCCX55 - Gerald W. Scully, *Pay and Performance in Major League Baseball*, 64(6) The American Economic Review 915 (1974).

28.     **Exhibit 25** to this Declaration is a true and correct copy of Evidentiary Hearing Exhibit ZCCX179 - Andrew Zimbalist, *There's more than meets the eye in determining players' salary shared*, Sports Business Journal (Mar. 10, 2008), https://www.sportsbusinessdaily.com/Journal/Issues/2008/03/10/Opinion/Theres-More-Than-Meets-The-Eye-In-Determining-Players-Salary-Shares.aspx

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 12th day of September, 2019 in Las Vegas, Nevada.

                                        */s/ Suzanne E. Nero*
                                        Suzanne E. Nero