WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT ZUFFA, LLC'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

# APPENDIX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Index of Exhibits in Support of their Supplemental Brief In Opposition to Plaintiffs' Motion for Class Certification. The exhibits noted below are attached as exhibits to the Declaration of Suzanne E. Nero in Support of Defendant Zuffa, LLC's Supplemental Brief In Opposition to Plaintiffs' Motion for Class Certification.

| Exhibit | Description |
|---|---|
| 1. | PCCX652 - Steven C. Salop, *The Raising Rivals' Cost Foreclosure Paradigm, Conditional Pricing Practices and the Flawed Incremental Price-Cost Test*, 81 Antitrust L.J. 371 (2017) |
| 2. | Excerpts of Deposition of Hal Singer, Ph.D ("Singer 1st Dep.") (September 27, 2017) |
| 3. | PCCX604 - Phillip E. Areeda & Herbert Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their Application* (4th ed. 2017) |
| 4. | ZCCX201 - Ex 99 Motion for Summary Judgment |
| 5. | JCCX39 - David Autor, David Dorn, Lawrence Katz, Christina Patterson, & John Van Reenen, *Concentrating on the Fall of the Labor Share*, 107(5) American Economic Review: Papers & Proceedings 180 (2017) |
| 6. | PCCX644 - Simcha Barkai, *Declining Labor and Capital Shares* (U. of Chicago, New Working Paper Series No. 2, 2016), available at https://research.chicagobooth.edu/~/media/5872fbeb104245909b8f0ae8a84486c9.pdf |
| 7. | JCCX56 - Gerald W. Scully, *Player Salary Share and the Distribution of Player Earnings*, 25(2) Managerial and Decision Economics 77 (2004) |
| 8. | PCCX549 - Lawrence M. Kahn, *The Sports Business as a Labor Market Laboratory*, 14 Journal of Economic Perspectives 81 (2000) |
| 9. | Excerpts of Deposition of Alan Manning ("Manning Dep.") (February 8, 2018) |
| 10. | JCCX72 - Richard McGowan & John Mahon, *Demand for the Ultimate Fighting Championship: An Econometric Analysis of PPV Buy Rates*, 6(6) Journal of Business & Economics 1032 (2015) |
| 11. | ABAI Phishing Scam Alert re: Academic Star Publishing Company |
| 12. | Academic Star Publishing Journal of Business and Economics Website |

| Exhibit | Description |
|---|---|
| 13. | WorldCat Report for Journal of Business and Economics |
| 14. | PCCX475 - Errata to the Expert Report of Andrew Zimbalist in *Cung Le, et al. v. Zuffa, LLC* |
| 15. | JCCX12 - Explosion Entertainment Strikeforce Event P&L, 3/1/2009 - 2/28/2014 (**Excerpt**) |
| 16. | Excerpts of Deposition of Andrew Zimbalist, Ph.D ("Zimbalist 2nd Dep.") (January 26, 2018) |
| 17. | ZCCX279 - Supplemental Expert Report of Edward E. Leamer, Ph.D., filed in In re High-Tech Employees Antitrust Litig., October 1, 2012 |
| 18. | ZCCX292 - Weight Data for Foreclosure (Ex. 4 to H. Singer Deposition) |
| 19. | PCCX685 - William M. Boal & Michael R. Ransom, Monopsony in the Labor Market, Journal of Economic Literature (1997). |
| 20. | PCCX 531- John Vrooman, Theory of the Perfect Game: Competitive Balance in Monopoly Sports Leagues, 34 Review of Industrial Organization 5 (2009) |
| 21. | Excerpts of Deposition of Hal Singer, Ph.D ("Singer 2nd Dep.") (January 23, 2018) |
| 22. | Excerpts to Deposition of Andrew Zimbalist, Ph.D ("Zimbalist 1st Dep.") (September 25, 2017) |
| 23. | ZCCX249 - Phillip Areeda, Herbert Hovenkamp, Roger D. Blair, & Christine Piette Durrance, Antitrust Law: An Analysis of Antitrust Principles and Their Application (4th ed. 2014), Volume IIA |
| 24. | JCCX55 - Gerald W. Scully, *Pay and Performance in Major League Baseball*, 64(6) The American Economic Review 915 (1974) |
| 25. | ZCCX179 - Andrew Zimbalist, *There's more than meets the eye in determining players' salary shared*, Sports Business Journal (Mar. 10, 2008), https://www.sportsbusinessdaily.com/Journal/Issues/2008/03/10/Opinion/Theres-More-Than-Meets-The-Eye-In-Determining-Players-Salary-Shares.aspx |

2

Index of Exhibits in Support of Defendant Zuffa's Supplemental Brief In Opposition to Plaintiffs' Motion for Class Certification