# EXHIBIT 4

ZCCX201 - Ex 99 Motion for Summary Judgment

# EXHIBIT 99

# Summary chart of Zuffa's share of Ranked athletes

**Zuffa Share of All Ranked Athletes (2011-2016)**
**Promoters in Dr. Singer's Ranked Market**

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Average Share 2011-2016 |
|---|---|---|---|---|---|---|---|
| Zuffa Share | 15.2% | 16.1% | 15.5% | 19.4% | 21.7% | 21.1% | 18.1% |

*Notes:*

Any athlete who is ranked for any Zuffa bout during the year is included in the numerator of the share calculation.
Any athlete who is ranked for any bout with a promoter in Dr. Singer's Ranked Market during the year is included in the denominator of the share calculation.
Athletes who were ranked for both Zuffa and non-Zuffa bouts during the year are weighted in proportion to the share of bouts in that year with Zuffa in the numerator. For example, an athlete with 1 Zuffa bout and 3 non-Zuffa bouts is counted as 0.25 in the numerator.

*Sources:*
Singer Report Backup [Sherdog Denom for Market Shares.dta]