# EXHIBIT 11

ABAI Phishing Scam Alert re: Academic Star Publishing Company


## Phishing Scam Alert

It has come to our attention that some of our members have received emails from a journal titled the "Journal of Modern Education Reviews" or the "Modern Education Review" offering dubious publication requests. It should be noted that the evidence suggests this is a phishing scam and we advise anyone receiving this request to avoid opening the email and not to click on any links within. This scam is, unfortunately, nothing new and other similar associations have been targeted in the past:

- https://recreation-law.com/2013/07/25/publishing-scam-for-journals/
- http://www.mededworld.org/AMEE-News/AMEE-Articles/Attention-AMEE-2012-Participants.aspx

ABAI is exploring which, if any, further action we take to protect our members from this predatory practice. Below is sample of the email one of our members has received:

**Subject:** Call for paper from Journal of Modern Education Review (ISSN 2155-7993), USA ABAI 2016

Dear xxxxxxx,

This is *Journal of Modern Education Review* (ISSN 2155-7993), a professional journal published worldwide by Academic Star Publishing Company, New York, NY, USA. We have learned your paper "xxxxxxxxxxxxxx" at association for Behavior Analysis International 42nd Annual Convention. We are very interested to publish your paper in the Journal of Modern Education Review. If you have the idea of making our journal a vehicle for your research interests, please send the electronic version of your paper to us through email attachment in MS word format. All your original and unpublished papers are welcome.

Hope to keep in touch by email and publish some papers or books from you and your friends in USA. As an American academic publishing group, we wish to become your friends if necessary. We also want to invite some people to be our reviewers or become our editorial board members. If you are interested in our journal, you can send your CV to us. You can find our sample paper in the attachment. Expect to get your reply soon.

Best regards,

Angela

Journal of Modern Education Review

Academic Star Publishing Company

## CONTACT US

ABAI
550 W. Centre Avenue
Portage, MI 49024

(269) 492-9310



## QUICK LINKS

| | |
|---|---|
| Member Login | Continuing Education |
| Join ABAI | Videos |
| Donate | Learning Center |
| Cart/Checkout | Journals |
| Events Calendar | Jobs |
| ABAI Fellows | Subscribe to Newsletter |
| ABAI Hotline | |

## CONNECT

 
 
 
 

### ACCREDITED PROGRAMS



©Copyright 2019 The Association for Behavior Analysis International. "Association for Behavior Analysis," "Association for Behavior Analysis International," and "ABA International" are registered trademarks of the Association for Behavior Analysis International. All rights are reserved. Terms of Use