# EXHIBIT 12

Academic Star Publishing Journal of Business and Economics Website



# Academic Star Publishing Company

Search keywords 

**Home** | **Journals** | **Books** | **Conferences** | **Submission Online** | **Download** | **Contact Us** | **FAQ**

**Economics**

- Current Issue
- About the Journal
- Editorial Board Members
- Guidelines
- Publication Ethics Statement
- Submission
- Indexing
- Subscription
- All Issues





**ISSN:** 2155-7950

Journal of Business and Economics



## Current Issue

**1. Disclosure of CSR over the Firm Life Cycle in Japan**
**Author:** Kentaro Noda, Masayuki Matsuyama, pp. 1-16  **Full-Text PDF**  2019/6/6 15:18:43
DOI:10.15341/jbe(2155-7950)/01.10.2019/001,  **Downloads: 86**

**2. Engaging Employees in the Innovation Process**
**Author:** Bruce D. Fischer, Holly B. Bachman, pp. 17-23  **Full-Text PDF**  2019/6/6 15:16:07
DOI:10.15341/jbe(2155-7950)/01.10.2019/002,  **Downloads: 47**

**3. The Webmosphirics Effects on Shopping Behavior: The Influences of Web Page Color Displays on Online Impulse Purchasing Intention**
**Author:** Chih-Huang Lin, Ting-Yu Liu, pp. 24-32  **Full-Text PDF**  2019/6/6 15:13:39
DOI:10.15341/jbe(2155-7950)/01.10.2019/003,  **Downloads: 14**

**4. The Chinese Way Total Quality Management**
**Author:** Kuan Sheng-Pin, Perng Horng-Linn, pp. 33-49  **Full-Text PDF**  2019/6/6 15:10:40
DOI:10.15341/jbe(2155-7950)/01.10.2019/004,  **Downloads: 25**

**5. Success Factors and Boundary Conditions for Technology Parks in the Light of the Triple Helix Model**
**Author:** Adriana Ferreira de Faria, Juliane de Almeida Ribeiro, Marcelo Gonçalves do Amaral, pp. 50-67  **Full-Text PDF**  2019/6/6 15:07:28
DOI:10.15341/jbe(2155-7950)/01.10.2019/005,  **Downloads: 23**

**6. Competences on Culture of Peace and Human Security**
**Author:** Gabriela Areli Cruz Sotelo, pp. 68-77  **Full-Text PDF**  2019/6/6 15:04:45
DOI:10.15341/jbe(2155-7950)/01.10.2019/006,  **Downloads: 19**

**7. The Structural Functions of Consumer and Business Confidence Indices in OECD and Alterations on Financial Policies**
**Author:** Ahmet Niyazi Özker, pp. 78-87  **Full-Text PDF**  2019/6/6 14:58:23
DOI:10.15341/jbe(2155-7950)/01.10.2019/007,  **Downloads: 26**

**8. Government Guide to Sustainability Impact Assessments**

**Author:** David Novak , pp. 88-93  **Full-Text PDF**  2019/6/6 14:01:09

DOI:10.15341/jbe(2155-7950)/01.10.2019/008,  **Downloads: 31**

Home | Journals | Books | Conferences | Submission Online | Download | Contact Us | FAQ

Copyright 2013 - 2018 Academic Star Publishing Company