# EXHIBIT 13

WorldCat Report for Journal of Business and Economics



Search WorldCat

Search
Advanced Search  Find a Library

| | Cite/Export | Print | E-mail | Share | Permalink |

| Add to list | Add tags | Write a review | Rate this item: | 1 | 2 | 3 | 4 | 5 |

### Journal of Business and Economics.

| Publisher: | New York : Academic Star, 2010- |
| Edition/Format: | Journal, magazine : Periodical : English |
| Rating: | (not yet rated) 0 with reviews - Be the first. |
| Subjects | ekonomija -- makroekonomija -- finance -- poslovni procesi -- industrija |
| More like this | Similar Items |

Find a copy in the library

Search this publication for other articles with the following words:
Search

#### Links to this item

academicstar.us

Enter your location: 89145   Find libraries
Submit a complete postal address for best results.

Displaying libraries 1-2 out of 2 (89145)                 Show libraries holding  just this edition

| Library | Held formats | Distance | |
|---|---|---|---|
| 1.  **COBISS.SI - IZUM**  National library information system of Slovenia, Institute of Information Science, COBIB/COBISS  Maribor, 2000 Slovenia | Journal / Magazine / Newspaper | 5900 miles  MAP IT | Library info  Ask a librarian  Add to favorites |
| 2.  **Univerzitetna knjižnica Maribor**  University of Maribor Library (UKM)  Maribor, 2000 Slovenia | Journal / Magazine / Newspaper | 5900 miles  MAP IT | Library info  Add to favorites |

#### Details

Cookie Notice

| | |
|---|---|
| ISSN: | 2155-7950 |
| OCLC Number: | 911567023 |
| Notes: | Opis po: Vol. 5, no. 9 (sep. 2014). |
| Description: | 29 cm. |

## Reviews

User-contributed reviews

Add a review and share your thoughts with other readers.   Be the first.

## Tags

Add tags for "Journal of Business and Economics.".   Be the first.

## Similar Items

Related Subjects: (1)

ekonomija -- makroekonomija -- finance -- poslovni procesi -- industrija

## Linked Data

Cookie Notice