# EXHIBIT 14

PCCX475 - Errata to the Expert Report of Andrew Zimbalist in *Cung Le, et al. v. Zuffa, LLC*



# ERRATA TO THE EXPERT REPORT OF ANDREW ZIMBALIST

## IN CUNG LE, ET AL. V. ZUFFA, LLC

### September 19, 2017

CONTAINS HIGHLY CONFIDENTIAL MATERIAL

FILED UNDER SEAL

Since submitting my Expert Report on August 30, 2017, I have discovered several errors in my report. These errata are summarized in the following table:

| Location | Original Text | New Text |
|---|---|---|
| Title Page | | "Contains Highly Confidential Material" |
| Footnote 10 | "Zuffa removed this clause halfway through 2011" | "Zuffa removed the exclusive negotiation period halfway through 2011" |
| Paragraph 21 | "UCF" | "UFC" |
| Paragraph 81 | "Error! Reference source not found.Error! Reference source not found." | "Table 1" |
| Paragraph 130 | "During the period from 2010 through 2015, Bellator paid approximately 48.5% of its revenue to Fighters." | "During the period from 2010 through second quarter of 2017, Bellator paid approximately 48.5% of its revenue to Fighters." |
| Table 2 |  | See Table 2-E, attached |
| Table 4 | | See Table 4-E, attached |
| Table 5 | | See Table 5-E, attached |
| Table 6 | | See Table 6-E, attached |
| Table 7 | | See Table 7-E, attached |
| Footer | | "Contains Highly Confidential Material" |

*[signature]*
Andrew Zimbalist
September 19, 2017

Table 2-E
Golden Boy Revenues and Expenses
(Deetz Report, 2014 – June 30, 2016)

| Period | Total Revenue | Fighter Expenses | Other Expenses | Income from Boxing Operations | Fighter Share of Revenue |
|---|---|---|---|---|---|
| 2014 | $140,448,787 | $89,344,118 | $42,274,826 | $8,829,843 | 63.6% |
| 2015 | $46,323,840 | $28,864,172 | $12,768,480 | $4,691,187 | 62.3% |
| 2016 (1st Half) | $32,604,518 | $18,206,224 | $11,597,665 | $2,800,629 | 55.8% |
| Total | $219,377,145 | $136,414,514 | $66,640,971 | $16,321,659 | 62.2% |

FILED UNDER SEAL

**TABLE 4-E**

Event Basis

| Year | Zuffa Reported Event Revenue | Event Fighter Compensation | Fighter Share in Event Revenue | But-for Compensation Share | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | NFL | NHL | NBA | MLB | Boxing | Mean |
| 2010* | $20,305,394 | $3,094,374 | 15.2% | 48.5% | 56.2% | 54.0% | 54.5% | 62.2% | 55.1% |
| 2011 | $408,911,681 | $74,545,647 | 18.2% | 48.5% | 55.2% | 54.0% | 52.8% | 62.2% | 54.5% |
| 2012 | $401,501,671 | $65,170,816 | 16.2% | 48.5% | 52.8% | 51.2% | 52.2% | 62.2% | 53.4% |
| 2013 | $482,189,560 | $86,136,490 | 17.9% | 48.5% | 52.8% | 47.0% | 51.1% | 62.2% | 52.3% |
| 2014 | $412,923,026 | $66,574,297 | 16.1% | 48.5% | 52.6% | 47.1% | 50.3% | 62.2% | 52.1% |
| 2015 | $490,465,381 | $104,903,030 | 21.4% | 48.5% | 51.4% | 47.4% | 51.9% | 62.2% | 52.3% |
| 2016 | $666,060,145 | $148,013,103 | 22.2% | 48.2% | 51.8% | 47.8% | 51.4% | 62.2% | 52.3% |

**TABLE 5-E**

Event Basis

*Bout Class Damages (But-for Compensation minus Actual Compensation)*

| Year | Zuffa Reported Event Revenue | Event Fighter Compensation | Fighter Share in Event Revenue | NFL | NHL | NBA | MLB | Boxing | Mean |
|---|---|---|---|---|---|---|---|---|---|
| 2010* | $20,305,394 | $3,094,374 | 15.2% | $6,753,743 | $8,317,258 | $7,870,539 | $7,972,066 | $9,535,582 | $8,089,838 |
| 2011 | $408,911,681 | $74,545,647 | 18.2% | $123,776,518 | $151,173,601 | $146,266,661 | $141,359,721 | $179,797,419 | $148,474,784 |
| 2012 | $401,501,671 | $65,170,816 | 16.2% | $129,557,494 | $146,822,066 | $140,197,288 | $144,413,056 | $184,563,223 | $149,110,625 |
| 2013 | $482,189,560 | $86,136,490 | 17.9% | $147,725,446 | $168,459,597 | $140,299,727 | $160,262,375 | $213,785,416 | $166,106,512 |
| 2014 | $412,923,026 | $66,574,297 | 16.1% | $133,693,370 | $150,623,215 | $127,871,156 | $141,125,985 | $190,263,825 | $148,715,510 |
| 2015 | $490,465,381 | $104,903,030 | 21.4% | $132,972,679 | $147,196,175 | $127,528,514 | $149,648,502 | $200,166,436 | $151,502,461 |
| 2016 | $666,060,145 | $148,013,103 | 22.2% | $173,027,886 | $197,006,052 | $170,563,464 | $194,341,811 | $266,276,307 | $200,243,104 |
| Total | | | | | | | | | $972,242,835 |

* 2010 data refers to Dec 16 - Dec 31 only

Sources for NHL, NBA, NFL, MLB: Forbes; spotrac.com; statista.com; data from NBA and NHL players' associations; http://stats.nhlnumbers.com/teams?year=

Notes: I have reduced the players' share by three percentage points in the NBA to account for probable discrepancy between BRI and total league revenues.
MLB compensation is based on the spotrac figures, which approximate LRD (MLB Labor Relations Department) payrolls and exclude benefits. To include non-statutory benefits
I added $6.65 million per team and grew that at 6 percent per annum, roughly the growth rate in MLB salaries over this period.
These numbers do not include minor league player compensation which are paid by major league team owners, but they do represent the payroll of the 40 players on the major league roster.

FILED UNDER SEAL

Contains Highly Confidential Material

TABLE 6-E — SUMMARY OF DAMAGES

| Year | Bout Class Damages |
|---|---|
| 2010* | $8,089,838 |
| 2011 | $148,474,784 |
| 2012 | $149,110,625 |
| 2013 | $166,106,512 |
| 2014 | $148,715,510 |
| 2015 | $151,502,461 |
| 2016 | $200,243,104 |
| **Period Total** | $972,242,835 |

Table 7-E

Zuffa's Net Income and Dividend Payouts by Year[1]

| Source | Year | Net Income | Dividends |
|---|---|---|---|
| ZFL-0000169 | 2005 | $6,268,401 | $9,100,000 |
| ZFL-0000169 | 2006 | $75,291,650 | $63,835,711 |
| ZFL-0000113 | 2007 | $13,209,235 | $285,743,500 |
| ZFL-0000064 | 2008 | $38,098,231 | $72,703,105 |
| ZFL-0000007 | 2009 | $99,313,880 | $144,181,867 |
| ZFL-0000031 | 2010 | $119,721,000 | $305,855,402 |
| ZFL-0000031 | 2011 | $95,960,000 | $97,158,000 |
| ZFL-0000221 | 2012 | $31,123,000 | $68,042,000 |
| ZFL-0000221 | 2013 | $84,788,000 | $72,122,000 |
| ZFL-0000136 | 2014 | $26,621,000 | $44,329,000 |
| Total | | $590,394,397 | $1,163,070,585 |
| 2010-2014 | | $358,213,000 | $587,506,402 |

---

[1] Where Zuffa's audited financial statements have restated net income, the restated numbers are listed below. In addition, these numbers reflect net income attributable to Zuffa, where applicable.

FILED UNDER SEAL