# EXHIBIT 15

JCCX12 - Explosion Entertainment Strikeforce Event P&L,
3/1/2009 - 2/28/2014 **(Excerpt)**

DOCUMENT PRODUCED NATIVELY

CONFIDENTIAL

ZFL-1472338

**Explosion Entertainment, LLC**
**Event Summary P&L**
3/1/2009 - 2/28/2014
Proprietary & Confidential

| | 2009 TOTAL | 2010 TOTAL | 2011 TOTAL | 2012 TOTAL | 2013 TOTAL | 2014 TOTAL | TERM TOTAL |
|---|---|---|---|---|---|---|---|
| TOTAL VENUE REVENUES | 1,103,799 | 3,384,335 | 5,400,651 | 4,425,000 | 4,430,000 | 785,000 | 19,528,785 |
| TOTAL PPV REVENUES | | | 3,584,250 | 4,032,281 | 4,480,313 | | 12,096,844 |
| TOTAL SPONSORSHIP REVENUES | 481,209 | 1,725,336 | 2,278,918 | 2,745,000 | 2,770,000 | 565,000 | 10,565,463 |
| TOTAL OTHER BROADCAST REVENUE | 1,383,250 | 7,590,000 | 9,050,000 | 10,520,000 | 12,370,000 | 3,000,000 | 43,913,250 |
| TOTAL MERCHANDISE REVENUES | | | 156,320 | 222,000 | 223,000 | 43,500 | 644,820 |
| TOTAL OTHER REVENUES | | 410,000 | | | | | 410,000 |
| TOTAL EVENT REVENUES | 2,968,258 | 13,109,671 | 20,470,139 | 21,944,281 | 24,273,313 | 4,393,500 | 87,159,162 |
| TOTAL EVENTS COSTS | 2,579,005 | 13,774,473 | 19,486,180 | 18,507,650 | 19,293,750 | 3,475,830 | 77,116,888 |
| EVENT EBITDA | 389,253 | (664,802) | 983,959 | 3,436,631 | 4,979,563 | 917,670 | 10,042,274 |
| EVENT EBITDA % | 13.1% | -5.1% | 4.8% | 15.7% | 20.5% | 20.9% | 11.5% |
| TOTAL OPERATING (Includes Option expense) | 300,000 | 1,800,000 | 1,800,000 | 2,633,330 | 2,200,000 | 366,666 | 9,099,996 |
| TOTAL EBITDA | 89,253 | (2,464,802) | (816,041) | 803,301 | 2,779,563 | 551,004 | 942,278 |
| TOTAL EBITDA % | 3.0% | -18.8% | -4.0% | 3.7% | 11.5% | 12.5% | 1.1% |