# EXHIBIT 21

Excerpts of Deposition of Hal Singer, Ph.D ("Singer 2nd Dep.")
(January 23, 2018)

Page 338

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

- - -

CUNG LE, NATHAN QUARRY, JON : CIVIL ACTION
FITCH, BRANDON VERA, LUIS :
JAVIER VAZQUEZ, and KYLE :
KLINGSBURY on behalf of :
themselves an others :
Similarly situated, :
        Plaintiffs : CASE NO.
                             : 2:15-cv-01045-RFB
    vs. : (PAL)
                             :
ZUFFA, LLC d/b/a ULTIMATE :
FIGHTING CHAMPIONSHIP and :
UFC, :
        Defendants :

- - -

Tuesday, January 23, 2018
DAY 2

- - -

     Continuation of videotaped deposition of HAL J. SINGER, Ph.D., taken pursuant to notice, was held at the offices of BERGER & MONTAGUE, P.C., 1622 Locust Street, Philadelphia, PA 19103, commencing at 10:19 a.m., on the above date, before Lori A. Zabielski, a Registered Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

MAGNA LEGAL SERVICES
866.624.6221
www.MagnaLS.com



Page 550

```
 1   customers or buyers in your -- in the
 2   relevant output market you have defined?
 3               MR. CRAMER:  Asked and
 4         answered.
 5               THE WITNESS:  I think they
 6         are an intermediate -- an
 7         intermediary that stands between
 8         the customers and the producers of
 9         the events, and only for a small
10         sliver of what I consider the
11         valuable television that's being
12         produced here.
13   BY MR. ISAACSON:
14         Q.    So does that mean they are
15   or are not customers or buyers in your
16   relevant output market?
17         A.    I think -- sorry.
18               MR. CRAMER:  I was going to
19         say, same objection.
20               Go ahead.  You may answer.
21               THE WITNESS:  I would -- I
22         would say it depends on how you
23         want to -- what question are you
24         trying to answer?
```



Page 551

```
 1   BY MR. ISAACSON:
 2        Q.    I am talking about the
 3   questions you are answering that you are
 4   defining in your market.  I am talking
 5   about your relevant output market.
 6        A.    Sure.
 7        Q.    Are the buyer -- are the
 8   broadcast networks buyers or customers in
 9   that market?
10             MR. CRAMER:  Same objection.
11             THE WITNESS:  I think
12        that -- I would have to go back to
13        my initial report, but if I am
14        remembering correctly, I was
15        looking at to where viewers would
16        go in response to a SSNIP in the
17        output market, not where cable
18        distributors would go, not where
19        cable networks would go.  I was
20        looking at where viewers would go.
21        That's my memory, sitting here
22        today, as to -- as to how I
23        performed the SSNIP in the output
24        market.
```



Page 552

 1  BY MR. ISAACSON:
 2       Q.   So at the -- by the end of
 3  your reply report, you have not done a
 4  SSNIP analysis for your output market for
 5  sponsors; is that correct?
 6            MR. CRAMER:  Objection to
 7       form.
 8            THE WITNESS:  I would have
 9       to go back and look at my initial
10       report, but I -- my -- sitting
11       here, I don't -- I don't recall
12       doing that.
13  BY MR. ISAACSON:
14       Q.   Okay.  And at the end of
15  your reports, for your -- for the
16  relevant output market you have defined,
17  you haven't done a SSNIP analysis for
18  broadcast networks; is that correct?
19       A.   I think the same answer.
20  It's possible I had record evidence that
21  spoke to the views of broadcasters, but
22  I -- sitting here, that's not what I
23  recall.
24       Q.   Okay.  For your relevant



```
 1   output market as you define it, you
 2   didn't do a SSNIP analysis for cable
 3   stations or cable networks?
 4          A.    I don't recall doing a
 5   SSNIP, but I would have to go back and
 6   refer to my -- from that perspective, but
 7   I would have to go back and refer to my
 8   initial report.
 9          Q.    Okay.  And do you -- are you
10   able to say today whether cable stations
11   or cable networks are customers in the
12   relevant output market that you defined?
13          A.    I think that with the caveat
14   that we are studying the non-pay-per-view
15   events, which, of course, are not the
16   important or salient or marketable or
17   valuable component of the content that's
18   being created, I think that you could say
19   that the cable networks can serve as a
20   proxy for the preferences of the ultimate
21   consumers, but I think that I conducted
22   my relevant output market analysis from
23   the perspective of the ultimate consumers
24   or customers, namely, the viewers.
```



Page 554

1      Q.    Are the consumers the only
2   relative -- relevant customers in the
3   output market you have defined?
4      A.    Can I have it back?
5             - - -
6           (The reporter read from the
7      record as requested.)
8             - - -
9   BY MR. ISAACSON:
10     Q.    And by "consumers," I mean
11  individuals who attend or watch events,
12  such as myself.
13     A.    I am going to have it back.
14  I am sorry.
15     Q.    Sure.  I don't blame you.
16            - - -
17          (The reporter read from the
18     record as requested.)
19            - - -
20  BY MR. ISAACSON:
21     Q.    And by "consumers," I mean
22  individuals who attend events or watch
23  them.
24     A.    I don't know what it means



```
 1                    CERTIFICATE
 2
 3
 4         I HEREBY CERTIFY that the
 5    witness was duly sworn by me and that
 6    the deposition is a true record of
 7    the testimony given by the witness.
 8
 9
10
11
12    _____
13           Lori A. Zabielski
14           Registered Professional Reporter
15           CaseViewNet Reporter
16           Dated:  January 24, 2018
17
18
19
20
21
22              (The foregoing certification
      of this transcript does not apply to any
23    reproduction of the same by any means,
      unless under the direct control and/or
24    supervision of the certifying reporter.)
```



MAGNA LEGAL SERVICES