# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| CUNG LE, *et al.*,<br><br>          Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC,<br><br>          Defendant. | 2:15-cv-01045-RFB-BNW<br><br>DATE: <u>September 23, 2019</u><br><br>Courtroom 7C |

THE HONORABLE <u>RICHARD F. BOULWARE, II,</u> UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>Blanca Lenzi</u>   COURT RECORDER: <u>Kimberly Ribaric</u>

COUNSEL FOR PLAINTIFFS:  <u>Eric Cramer, Esq.,  Mark Suter, Esq., Patrick Madden, Esq., Joshua Davis, Esq.</u>

COUNSEL FOR DEFENDANT:  <u> Stacy Grisby, Esq., William Isaacson, Esq., Marcy Lynch, Esq., Brent Nakumera, Esq., Rich McKnight, Esq</u>.

MINUTES OF PROCEEDINGS: <u>Evidentiary Hearing – Day 7</u>

The Court convened at 9:33 AM in Richmond, VA.

The Court makes preliminary statements and rules for the record the following;
The Court DENIES [641] and  [648] MOTIONS to Seal are DENIED and [626] MOTION to Seal is DENIED without prejudice as moot.  The Court GRANTS [602]  [608], [614], [622], [630], [635], [637], [656], [659], and [665] MOTIONS to Seal.

**Joe  Silva,** is sworn and testifies on direct examination by Mr. Cramer.  Cross examination by Ms. Grisby.  Redirect by Mr. Cramer. Mr. Silva is then excused.

The Court hears representations from counsel regarding the submission of exhibit and  joint exhibits.  Counsel is directed to  file a joint stipulation for exhibits as identified on the record at the hearing.

Cung Lee, et al, v. Zuffa, LLC
Case no.  2:15-cv-01045-RFB-BNW
Evidentiary Hearing – Day 7, September 23, 2019
----------------------------------------------------

Court recessed at 11:46 AM.
Court reconvened at 12:03 PM

The Court redacts exhibit PCCX-41 as stated on the record.  A written order on [518]  MOTON to Certify Class will issue.

The transcript of the hearing shall serve as the written Opinion and Order of the Court as to the Motions to Seal.

The Court adjourned at 12:13 PM.

                                                                          DEBRA K. KEMPI, CLERK
                                                                          U.S. DISTRICT COURT

                                                                          BY:_____/S/_____
                                                                          Blanca Lenzi, Deputy Clerk