1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@bsfllp.com)
3  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
4  JONATHAN M. SHAW (*Pro hac vice*)
   (jshaw@bsfllp.com)
5  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, NW, Washington, DC 20005
6
   Telephone: (202) 237-2727; Fax: (202) 237-6131
7
8  RICHARD J. POCKER (State Bar No. 3568)
   (rpocker@bsfllp.com)
9  BOIES SCHILLER FLEXNER LLP
   300 South Fourth Street, Suite 800, Las Vegas, NV 89101
10 Telephone: (702) 382-7300; Fax: (702) 382-2755

11
   DONALD J. CAMPBELL (State Bar No. 1216)
12 (djc@campbellandwilliams.com)
   J. COLBY WILLIAMS (State Bar No. 5549)
13 (jcw@campbellandwilliams.com)
   CAMPBELL & WILLIAMS
14 700 South 7th Street, Las Vegas, NV 89101
   Telephone: (702) 382-5222; Fax: (702) 382-0540
15
16 *Attorneys for Defendant* Zuffa, LLC, d/b/a
   Ultimate Fighting Championship and UFC
17

18              **UNITED STATES DISTRICT COURT**

19                    **DISTRICT OF NEVADA**

20
   Cung Le, Nathan Quarry, Jon Fitch, Brandon          Case No.: 2:15-cv-01045-RFB-BNW
21 Vera, Luis Javier Vazquez, and Kyle
   Kingsbury on behalf of themselves and all           **DECLARATION OF STACEY K.**
22 others similarly situated,                           **GRIGSBY IN SUPPORT OF**
                                                        **DEFENDANT ZUFFA, LLC'S MOTION**
23                                                      **FOR RECONSIDERATION OF RULING**
                  Plaintiffs,                           **ON TESTIMONY AT SEPTEMBER 23,**
24         v.                                           **2019 EVIDENTIARY HEARING**

25 Zuffa, LLC, d/b/a Ultimate Fighting
   Championship and UFC,
26
                  Defendant.
27

28

GRIGSBY DECL ISO MOT. FOR RECONSID.              Case No.: 2:15-cv-01045-RFB-BNW

1    I, Stacey K. Grigsby, declare as follows:

2    1.    I am a member in good standing of the bars of the District of Columbia and New

3    York.  I am admitted *pro hac vice* to practice before this Court.  I am a partner in the law firm

4    Boies Schiller Flexner LLP ("BSF") and counsel for Zuffa, LLC ("Zuffa") in the above captioned

5    action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-

6    01045-RFP-BNW.

7    2.    I make this declaration in support of Defendant Zuffa, LLC's Motion for

8    Reconsideration of Ruling on Testimony at September 23, 2019 Evidentiary Hearing.

9    3.    Based on my personal experience, knowledge, and review of the files, records, and

10   communications in this case, I have personal knowledge of the facts set forth in this Declaration

11   and, if called to testify, could and would testify competently to those facts under oath.

12   4.    Exhibit A to this Declaration is a true and correct copy of an excerpt from the

13   transcript of the evidentiary hearing held on September 23, 2019.  Redboxes have been added to

14   the transcript to indicate portions referenced in the Motion for Reconsideration.

15   5.    Exhibit B to this declaration is a true and correct copy of a declaration signed by

16   Joseph Silva on September 26, 2019.

17   I declare under penalty of perjury under the laws of the United States of America that the

18   foregoing facts are true and correct.  Executed this 26th day of September, 2019 in Washington,

19   DC.

20

21                                  */s/ Stacey K. Grigsby*
                                    Stacey K. Grigsby

22

23

24

25

26

27

28

1