# EXHIBIT B

# Declaration of Joseph Silva

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER (State Bar No. 3568)
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DECLARATION OF JOSEPH SILVA IN SUPPORT OF DEFENDANT ZUFFA, LLC'S MOTION FOR RECONSIDERATION OF RULING ON TESTIMONY AT SEPTEMBER 23, 2019 EVIDENTIARY HEARING** |

I, Joseph Silva, declare as follows:

1. I am over 21 years old. I have personal knowledge of the facts stated in this declaration and if called to testify, I could and would competently testify to these facts.

2. I make this declaration in support of Defendant Zuffa, LLC's Motion for Reconsideration of Ruling on Testimony at September 23, 2019 Evidentiary Hearing.

3. I was employed at the UFC from 1994 through 2016. I was at the UFC when Zuffa, LLC acquired it and continued to work there under Zuffa.

4. At the time of my departure, my official title was Vice President of Talent Relations. My colloquial title was "matchmaker" because part of my job responsibility was to decide who would fight who on UFC shows. As part of this, I negotiated with athletes to sign contracts with Zuffa, including negotiating athlete compensation.

5. I did not know Zuffa's event revenues when I negotiated athlete compensation.

6. At no point was I told by Zuffa that I had a budget for athlete compensation.

7. At no point was I told by Zuffa that I was spending too much on athletes.

8. I never heard of the concept of paying athletes a share of revenues until I learned about this lawsuit.

9. When I was negotiating with athletes, no athlete ever asked me for a contract wherein the athlete would earn a certain percentage of the event revenue as payment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 26th day of September, 2019 in Richmond, VA.

_____
Joseph Silva