WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER (State Bar No. 3568)
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER REGARDING ZUFFA, LLC'S MOTION FOR RECONSIDERATION OF RULING ON TESTIMONY AT SEPTEMBER 23, 2019 EVIDENTIARY HEARING** |

Pending before this Court is Defendant Zuffa, LLC's Motion for Reconsideration of Ruling on Testimony at September 23, 2019 Evidentiary Hearing ("Motion"). Having considered Zuffa's motion and the briefing on this issue:

IT IS HEREBY ORDERED THAT Zuffa, LLC's Motion is GRANTED.

The testimony of witness Joe Silva at the evidentiary hearing is allowed and Plaintiffs' objection regarding that same testimony is OVERRULED.

The Court accepts the proffer from counsel for Zuffa regarding Mr. Silva's testimony if the Court had not initially struck Mr. Silva's testimony and sustained Plaintiffs' objection.

Dated:            , 2019

_____
Hon. Richard F. Boulware, II
United States District Judge