Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | Case No.: 2:15-cv-01045 RFB-(BNW) <br><br> **PLAINTIFFS' MOTION TO WITHDRAW JIAMIN CHEN AS COUNSEL OF RECORD** |

**MOTION TO WITHDRAW JIAMIN CHEN AS COUNSEL OF RECORD**

Pursuant to Local Rule 11-6, Plaintiffs respectfully move the Court to withdraw Jiamin Chen as counsel of record for Plaintiffs. Ms. Chen is no longer an attorney at Joseph Saveri Law Firm, Inc., and Ms. Chen is no longer working on this litigation.

For the reasons stated above, Plaintiffs respectfully request that the Court enter an order withdrawing Ms. Chen as counsel of record for Plaintiffs.

Date: September 26, 2019

By:     */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2019, a true and correct copy of the following document was served via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

- PLAINTIFFS' MOTION TO WITHDRAW JIAMIN CHEN AS COUNSEL OF RECORD

By:   /s/ *Joseph R. Saveri*
         Joseph R. Saveri

Plaintiffs' Motion is DENIED without prejudice. Per Local Rule IA 11-6(b), "No attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." The court cannot tell from Plaintiffs' motion whether the affected client has received notice of counsel's withdrawal. Accordingly, Plaintiffs' motion is denied without prejudice.

IT IS SO ORDERED

DATED:  September 27, 2019

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**