Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:   (215) 875-3000
Facsimile:    (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier
Vazquez, Brandon Vera, and Kyle Kingsbury*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　　Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br><br><br>**DECLARATION OF ERIC L. CRAMER, ESQ.** |

Case No.: 2:15-cv-01045-RFB-(BNW)
**DECLARATION OF ERIC L. CRAMER, ESQ.**

I, Eric L. Cramer, Esq., declare and state as follows:

1. I am Chairman of Berger Montague PC, one of the Court appointed Interim Co-Lead Counsel for the proposed Classes and an attorney for Individual and Representative Plaintiffs. I am a member in good standing of the State Bars of Pennsylvania and New York, and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this declaration in support of Plaintiffs' Opposition to Defendant Zuffa, LLC's Motion for Reconsideration (ECF No. 748).

3. Attached as Exhibit A is a true and correct copy of excerpts from the evidentiary hearing held on September 23, 2019.

4. Attached as Exhibit B is a true and correct copy of excerpts from the hearing held on December 14, 2018.

5. Attached as Exhibit C is a true and correct copy of excerpts from the deposition of Paul Oyer, taken in this matter on November 29, 2017.

6. Attached as Exhibit D is a true and correct copy of excerpts from the evidentiary hearing held on August 27, 2019.

7. Attached as Exhibit E is a true and correct copy of excerpts from the evidentiary hearing held on September 13, 2019.

8. Attached as Exhibit F is a true and correct copy of excerpts from the evidentiary hearing held on August 26, 2019.

9. Attached as Exhibit G is a true and correct copy of excerpts from the evidentiary hearing held on August 28, 2019.

10. Attached as Exhibit H is a true and correct copy of excerpts from the deposition of Joseph Silva, taken in this matter on June 7, 2017.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. This Declaration was executed in Philadelphia, Pennsylvania on October 4, 2019.

                                                  /s/ *Eric L. Cramer*
                                                      Eric L. Cramer