1

                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA


    CUNG LE; NATHAN QUARRY, JON    )
    FITCH, on behalf of            )
    themselves and all others      )
    similarly situated,            )
                                   )
              Plaintiffs,          )
                                   )
          vs.                      )  Case No.
                                   )  2:15-cv-01045-RFB-(PAL)
                                   )
    ZUFFA, LLC, d/b/a Ultimate     )
    Fighting Championship and      )
    UFC,                           )
                                   )
              Defendant.           )
    _____)


                       HIGHLY CONFIDENTIAL

              VIDEOTAPED DEPOSITION OF PAUL OYER

                       Washington, D.C.

                       November 29, 2017

                           8:36 a.m.




REPORTED BY:
Tina Alfaro, RPR, CRR, RMR
Job No: 52564

**Page 90**

1  PAUL OYER - HIGHLY CONFIDENTIAL
2  discussion of salespeople is, in my mind, a wholly
3  different thing than any discussion of -- of MMA
4  fighters.
5      Q. So let's stick to the salespeople for a
6  moment, though.
7      A. Okay.
8      Q. You're drawing that connection, but my
9  question didn't.
10     A. Okay.  Okay.
11     Q. So just sticking to the salesperson, right.
12  Let's take a salesperson who is paid a percentage of
13  revenue generated by an event, a sale, and let's
14  assume that salesperson is paid purely in that way,
15  on commission.
16     A. Uh-huh.
17     Q. Would it be appropriate to use wage share
18  as a labor economist to analyze the marginal product
19  of labor of that salesperson?
20     A. No.
21     Q. And what I was doing is then just drawing
22  the more general point, which I think you're
23  agreeing with implicitly but I want to make
24  explicit.
25     A. Okay.

**Page 91**

1  PAUL OYER - HIGHLY CONFIDENTIAL
2      ==Q. And that means that there isn't necessarily==
3  ==a parallel between the form that compensation takes==
4  ==in the case of a salesperson, a percentage of the==
5  ==revenue from a revenue-generating event, and on the==
6  ==other hand the appropriate form of analysis that a==
7  ==labor economist would use in analyzing the marginal==
8  ==product of labor; is that correct?==
9      ==A. Yeah, I think I would agree with that.==
10         MR. DAVIS:  Why don't we take a break.
11         THE VIDEOGRAPHER:  Going off the record at
12  10:47.
13         (A short break was had.)
14         THE VIDEOGRAPHER:  We are going back on the
15  record at 11:01.  This begins disk No. 3.
16  BY MR. DAVIS:
17     Q. Okay.  So I'm looking at your report, which
18  is Exhibit 2, I believe.  You probably don't need to
19  look at it for this question, but I'm looking at
20  page 24 where you list yourself as a referee for
21  various journals, primarily it seems economic
22  journals.  And so you do serve as a referee for
23  numerous economic journals; is that correct?
24     A. Yes.
25     Q. Is one of the things you do as a referee

**Page 92**

1  PAUL OYER - HIGHLY CONFIDENTIAL
2  for these journals review submissions to the
3  journals?
4      A. Yes.
5      Q. Can you briefly describe the process
6  through which you go for evaluating -- in evaluating
7  a submitted article?
8      A. So do you want me to talk about my role as
9  a referee, which is what you've pointed to, or as a
10  journal editor?  Those are very distinct things.
11     Q. So as a referee when you receive an article
12  that you are going to assess, what is your process
13  for assessing whether that article might be
14  appropriate for publication or inappropriate for
15  publication?
16     A. So the first thing I do when I receive a
17  request from a journal to referee a paper is I look
18  quickly over the paper to see if it's something
19  about which I have an appropriate expertise.
20     Q. Okay.
21     A. So often I'll get a paper to referee and
22  I'll look at it -- I should say on occasion I will
23  get a paper to referee and I'll look at it, and I
24  will say I don't know enough about this topic to
25  offer an opinion about whether this paper should be

**Page 93**

1  PAUL OYER - HIGHLY CONFIDENTIAL
2  published or not.
3      Q. Okay.
4      A. So that's the first step.  Conditional on
5  it's appropriate for me to referee the paper, I will
6  then read the paper.  Well, first you tell the
7  journal I will be able to provide you with a
8  refereed report.  Some time goes by, which is always
9  longer than the editor wants and longer than you
10  think it's going to be, and you finally sit down,
11  usually on an airplane, and read through the paper
12  carefully and assess it on several -- and then -- so
13  you -- I assess it on several grounds.  One is is it
14  correct, is it interesting, is it novel relative to
15  prior research on related topics.  Those are the
16  fundamental criteria.
17        And then I write -- and then I write two
18  things.  I write what's called a refereed report,
19  which can be anywhere from a paragraph to six pages,
20  in which I say here's what this paper does.  These
21  are fundamentally critical things.  Even on a
22  wonderful paper there's nothing good in a referee
23  report other than up front you say this is a good
24  paper or something.  The rest is entirely critical
25  because that's how you make the paper -- that's the