Pls Ex. 18

(JCCX8 - Minimum Fighter Pay, January 2015)



ZFL-0895314

CONFIDENTIAL



# Fighter Compensation Overview

% of Bouts vs. % of Compensation at Specific Show Pay (Cumulative Basis)

Legend: 2014 Cumulative Comp; 2013 Cumulative Comp; 2014 Cumulative Bouts; 2013 Cumulative Bouts

CONFIDENTIAL  ZFL-0895315



# Moving the Minimum

## Fighter Contracts

| | Current ($8k min) | | $10k min | | $12k min | | $14k min | |
|---|---|---|---|---|---|---|---|---|
| First Contract | $8,000 | $8,000 | $10,000 | $10,000 | $12,000 | $12,000 | $14,000 | $14,000 |
| | $10,000 | $10,000 | $12,000 | $12,000 | $14,000 | $14,000 | $16,000 | $16,000 |
| | $12,000 | $12,000 | $14,000 | $14,000 | $16,000 | $16,000 | $18,000 | $18,000 |
| | $14,000 | $14,000 | $16,000 | $16,000 | $18,000 | $18,000 | $20,000 | $20,000 |
| Second Contract | $17,000 | $17,000 | $19,000 | $19,000 | $21,000 | $21,000 | $23,000 | $23,000 |
| | $20,000 | $20,000 | $22,000 | $22,000 | $24,000 | $24,000 | $26,000 | $26,000 |
| | $23,000 | $23,000 | $25,000 | $25,000 | $27,000 | $27,000 | $29,000 | $29,000 |
| | $26,000 | $26,000 | $28,000 | $28,000 | $30,000 | $30,000 | $32,000 | $32,000 |
| Third Contract | $30,000 | $30,000 | $30,000 | $30,000 | $35,000 | $35,000 | $37,000 | $37,000 |
| | $35,000 | $35,000 | $35,000 | $35,000 | $40,000 | $40,000 | $42,000 | $42,000 |
| | $40,000 | $40,000 | $40,000 | $40,000 | $45,000 | $45,000 | $47,000 | $47,000 |
| | $45,000 | $45,000 | $45,000 | $45,000 | $50,000 | $50,000 | $52,000 | $52,000 |

## Assumptions

**% of Bouts at Show Pay Tiers**

| | | |
|---|---|---|
| Tier 1 | <17K | 66% |
| Tier 2 | ≥17K <30K | 17% |
| Tier 3 | ≥30K <55K | 9% |
| Tier 4 | ≥55K | 8% |
| | | 100% |

**% Win of Bouts at Show Pay Tiers**

| | | |
|---|---|---|
| Tier 1 | <17K | 48% |
| Tier 2 | ≥17K <30K | 51% |
| Tier 3 | ≥30K <55K | 60% |
| Tier 4 | ≥55K | 34% |

*Weighted average between 2013 and 2014

**# of Bouts at Show Pay Tiers**

| | | |
|---|---|---|
| Tier 1 | <17K | 707 |
| Tier 2 | ≥17K <30K | 185 |
| Tier 3 | ≥30K <55K | 102 |
| Tier 4 | ≥55K | 86 |

## Financial Implications

- Annual estimate
- Assumes discretionary, FOTN bonuses, LOA, signing and other bonus payments remain the same

**Compensation Increase at Show Pay Tiers**

| | $10k min | $12k min | $14k min |
|---|---|---|---|
| Tier 1 | $2,000 $2,090,654 | $4,000 $4,181,308 | $6,000 $6,271,962 |
| Tier 2 | $2,000 $559,654 | $4,000 $1,119,308 | $6,000 $1,678,962 |
| Tier 3 | $0 $0 | $5,000 $817,015 | $7,000 $1,143,821 |
| Tier 4 | $0 $0 | $0 $0 | $0 $0 |
| **Total** | **$2,650,308** | **$6,117,631** | **$9,094,745** |

2013 Total Fighter Pay (Bouts related)   $81,507,954
2014 Total Fighter Pay (Bouts related)   $62,136,419

**Total Compensation Increase as % of Annual Pay**

| | | | |
|---|---|---|---|
| 2013 | 3% | 8% | 11% |
| 2014 | 4% | 10% | 15% |



# Moving the Minimum

Changing the first contract to 12/12, 12/12, 14/14, 14/14

| Current Show | % of Bouts at Show | % of Wins at Show | # of Bouts Annually | New Show | Incremental Comp |
|---|---|---|---|---|---|
| $ 6,000 | 0% | 100% | 0 | $ 12,000 | $ - |
| $ 7,000 | 1% | 40% | 11 | $ 12,000 | $ 77,000 |
| $ 7,500 | 0% | 50% | 2 | $ 12,000 | $ 13,500 |
| $ 8,000 | 30% | 45% | 326 | $ 12,000 | $ 1,895,947 |
| $ 9,000 | 0% | 80% | 5 | $ 12,000 | $ 27,000 |
| $ 9,500 | 0% | 100% | 1 | $ 12,000 | $ 5,000 |
| $ 9,600 | 0% | 100% | 0 | $ 12,000 | $ - |
| $ 10,000 | 17% | 44% | 184 | $ 12,000 | $ 531,556 |
| $ 10,800 | 0% | 100% | 0 | $ 14,000 | $ - |
| $ 11,000 | 0% | 67% | 3 | $ 14,000 | $ 15,000 |
| $ 11,200 | 0% | 100% | 0 | $ 14,000 | $ - |
| $ 12,000 | 6% | 51% | 70 | $ 14,000 | $ 211,077 |
| $ 13,000 | 0% | 75% | 4 | $ 14,000 | $ 7,000 |
| $ 14,000 | 3% | 60% | 38 | $ 14,000 | $ - |
| **Total Incremental** | | | | | **$ 2,783,080** |
| % of 2013 Comp | | | | | 3% |
| % of 2014 Comp | | | | | 4% |
CONFIDENTIAL

ZFL-0895317