Pls Ex. 19

(JCCX28 - Email from G. Kalikas to J. Silva, Subj: Re: Stipe)

**From:** Greg@NAAFS.tv
**Sent:** Tuesday, June 07, 2011 6:40 AM
**To:** Joe Silva
**Subject:** Re: Stipe

Mr Silva
Sounds great! Let me confirm with stipe and Marcus today and get back to you to to get paperwork started. I thank you again for everything!

Greg Kalikas
NAAFS LLC
330-324-3034

On Jun 6, 2011, at 11:50 PM, Joe Silva <jsilva@ufc.com> wrote:

> I will give him a four fight deal at:
>
> $6,000 + $6,000
>
> $8,000 + $8,000
>
> $10,000 + $10,000
>
> And
>
> $12,000 + $12,000
>
>
> **From:** greg@naafs.tv [mailto:greg@PROKARATEWEEKLY.com]
> **Sent:** Monday, June 06, 2011 11:15 PM
> **To:** Joe Silva
> **Subject:** RE: Welterweight Nick Duell (now 8-1 pro record with last two wins over TUF alum)
>
>
> Mr SIlva....sorry just saw this but I along with B3 Sports Management represent Stipe. Marcus Marinelli is his trainer.
> Thanks!
>
> Greg Kalikas
> NAAFS LLC
> Off - 330.280.8442
> cell - 330.324.3034
> Fax - 330.232.7083
> Email - Greg@naafs.tv
> www.NAAFS.Tv

1

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11      ZUF-00296713

**From:** "Joe Silva" <jsilva@ufc.com>
**Sent:** Monday, June 06, 2011 2:18 PM
**To:** greg@naafs.tv
**Subject:** RE: Welterweight Nick Duell (now 8-1 pro record with last two wins over TUF alum)

So who actually is his official manager?

Joe

---

**From:** greg@naafs.tv [mailto:greg@PROKARATEWEEKLY.com]
**Sent:** Wednesday, May 11, 2011 2:45 PM
**To:** Joe Silva; greg@naafs.tv
**Cc:** strongstyle@sbcglobal.net
**Subject:** RE: Welterweight Nick Duell (now 8-1 pro record with last two wins over TUF alum)

Mr Silva,

Stipes next fight is June 4th against Bobby Brents who is 9-1 as a pro. This will be the finals of our 4-man HW tournament that started in April. Weve been trying to get Stipe higher quality opponents as well but they always seem to come up with injuries. For example on April 16th Stipe was supposed to fight Mike Wessel who pulled out with a knee injury 2 weeks out. Then Chase Gormley took the fight and pulled out with shoulder injury a week out and finally Nick Rosborough signed to fight Stipe and rolled his ankle playing pick up basketball the night before weigh-ins lol? We were fortunate to find Stipe an opponent on just 2 days notice for his last fight but that being said Bobby Brents wants the Stipe fight bad so Im confident he wont be pulling out for June 4th. If for some reason he does, ill make sure we get Stipe a higher caliber opponent even if I have to mortgage my house to pay them. Stipe has been willing to fight anyone we put in front of him, its just been hard to find higher end guys willing to fight him because of the reputation he's developed over the past year or so.

Thank you so much sir. I promise you wont be disappointed!

Greg Kalikas
NAAFS LLC
Off - 330.280.8442
cell - 330.324.3034
Fax - 330.232.7083
Email - Greg@naafs.tv
www.NAAFS.Tv

---

**From:** "Joe Silva" <jsilva@ufc.com>
**Sent:** Wednesday, May 11, 2011 1:54 PM
**To:** greg@naafs.tv
**Subject:** RE: Welterweight Nick Duell (now 8-1 pro record with last two wins over TUF alum)

If he wins again I will sign him but it has to be against a decent opponent.

Someone with at least a winning record.

2

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00296714
JCCX28 Page 2 of 5

Beating guys with crappy records won't convince anyone he is ready for the big leagues.

---

**From:** greg@naafs.tv [mailto:greg@PROKARATEWEEKLY.com]
**Sent:** Wednesday, May 11, 2011 9:38 AM
**To:** Joe Silva
**Cc:** strongstyle@sbcglobal.net
**Subject:** RE: Welterweight Nick Duell (now 8-1 pro record with last two wins over TUF alum)

Mr Silva,

Thanks for your reply. Ill keep you updated on Nick and keep him winning, Hopefully when something does open up down the road, you can give him a look.

As for Stipe, ive copied his head trainer Marcus Marinelli to this email in case you have any questions about Stipe. Marcus trains some of the top pros in all of the Midwest and runs Strong Style Fight team in Ohio. Your going to start to see a big wave of Strong Style fighters breaking out very soon.

As Ive mentioned before, another organization (Bellator) keeps coming after Stipe hard and they keep upping their offer. I want to be clear that im not writing you this to try to negotiate in any way as money is not an issue for Stipe right now. They want to give him a spot in their next HW tourney but Stipes goal is to fight for you and become a mainstay in the UFC. Assuming he wins June 4th for us (which I have no doubt he will), can you guarantee him a contract/opportunity with you so he can tell them he's no longer on the table? The reason for this request is that Stipe wants to know that if he turns them down again, that he will have an opportunity with you because more then likely they will be very upset that hes turned yet another offer down. Your word is good enough for us but I wanted to let Marcus and Stipe know for sure before he tells them no for the final time.

Mr Silva.....Ive said it before and will stand behind this statement. If Stipe doesnt do well for you, Ill never bother you again about a fighter. Thats how confident I am that this kid the real dealin and out of the cage.

Thanks again for everything sir!

Greg Kalikas
NAAFS LLC
Off - 330.280.8442
cell - 330.324.3034
Fax - 330.232.7083
Email - Greg@naafs.tv
www.NAAFS.Tv

---

**From:** "Joe Silva" <jsilva@ufc.com>
**Sent:** Monday, May 09, 2011 11:02 PM
**To:** greg@naafs.tv
**Subject:** RE: Welterweight Nick Duell (now 8-1 pro record with last two wins over TUF alum)

Too many 170s under contract right now.

Keep Stipe winning and we'll get him in.

3

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11        ZUF-00296715

Joe

---

**From:** greg@naafs.tv [mailto:greg@PROKARATEWEEKLY.com]
**Sent:** Thursday, May 05, 2011 10:54 AM
**To:** Joe Silva
**Subject:** fw: Welterweight Nick Duell (now 8-1 pro record with last two wins over TUF alum)

Hi Mr Silva...congrats on another great event. I do want to apologize about bugging you last week while you were preparing for the show last weekend. In my rush to get things done, I failed to realize it was the week of a major show and I feel bad for bothering in the midst of what im sure was a hectic week.

I wanted to briefly followup on the email I had sent regarding welterweight standout Nick Duell (see below). If you dont have the room for him, we completely understand but I want to keep him on your radar as I feel he is a special talent and is destined to be a top level fighter.

HW Stipe Miocic also won again and will be fighting Bobby Brents (9-1 pro) on June 4th to get another win on his record as you requested.

Please keep us in mind should you have a need for a great WW or a dominant HW in the future.

Have a great week sir!

Greg Kalikas
NAAFS LLC
Off - 330.280.8442
cell - 330.324.3034
Fax - 330.232.7083
Email - Greg@naafs.tv
www.NAAFS.Tv

---

**From:** "greg@naafs.tv" <greg@PROKARATEWEEKLY.com>
**Sent:** Monday, April 25, 2011 11:09 AM
**To:** jsilva@ufc.com
**Subject:** Welterweight Nick Duell (now 8-1 pro record with last two wins over TUF alum)

Mr. Silva,

I hope all is well! You had asked me to keep you posted on the progress of Nick Duell so I wanted to shoot you a quick update after his most recent win over Kevin Knabjian by KO. Nick is now 8-1 as a pro with wins over Dan Head (TUF), Kevin Knabjian and Chad Klingensmith (who beat Ben Henderson) in his last three fights. Nick was the first person to submit Dan Head however Duells strength is as a devastating striker as he showed against Knabjian whom he KO'd with a vicous head kick (video below). He trains with Forrest Petz, Stipe Miocic, Brian Rogers and Chris Lozano at Strong Style and his coaches will tell you that he may be the best striker in the group. Pittsburgh is about an hour from Nicks home town of Canton and he has a very big following in this region. I'm sure you have that card pretty much set but please consider him should you have an injury at 170.

**Nick Duell 18-4 overall record (170 lbs)**
**Official record of opponents** - http://www.mixedmartialarts.com/f/9180AFCE1140FA63/Nick-Duell/
Duell is 8-1 as a professional and his only loss came via split decision
Has won 6 fights in a row and finished 5 of the 6 opponents during this streak
Duell is from Canton, OH

4

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11     ZUF-00296716

Duell just beat Daniel Head from TUF who was 18-2 overall by submission and Kevin Knabjian in his most recent win on 4/16.
He has a black belt in karate and has high level BJJ. Considered a devastating striker with nasty ground game. He is considered by many in the Midwest as a breakout fighter for 2011.
VIDEO - Duell KO's Boscarino in Columbus (KO at end of rd1) -http://www.blip.tv/file/4535103
VIDEO - Duell defends NAAFS pro title vs Dan Head (highlights) -
  http://www.youtube.com/watch?v=8lhUBMhMv4A&feature=related
VIDEO - Duell KOs Kevin Knabjian in most recent fight in Canton (KO comes at start of rd 2) -
  http://www.myspace.com/video/michael/nick-duell-04-16-2011/107740136

Please consider Nick for any openings you may have in the near future. I realize you have allot of good fighters to choose from but from hard work and dedication to his career, Nick has developed into one of the top fighters in all of the Midwest and has earned an opportunity to showcase his talent against the worlds best. Thanks as always for your consideration Mr. Silva!


Greg Kalikas
NAAFS LLC
Off - 330.280.8442
cell - 330.324.3034
Fax - 330.232.7083
Email - Greg@naafs.tv
www.NAAFS.Tv

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

5

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11      ZUF-00296717
JCCX28 Page 5 of 5