Pls Ex. 20

(PCCX104 - Email from J. Silva to R. Parsons, Subj: Re: Pat)

**To:** Ryan Parsons[ryan@ryanparsons.com]
**From:** Joe Silva
**Sent:** Tue 5/5/2015 4:40:08 AM
**Importance:** Normal
**Subject:** Re: Pat
**Received:** Tue 5/5/2015 4:40:09 AM

He's only 3-2 in UFC and 7-2 overall.
The two good guys he fought wrecked him inside of a round.
I'm not locking him into a long term deal.
It's just a 4 fight deal and I always renegotiate before the last fight just like I am doing now.
So 3 fights and we talk again.
Joe

---

**From:** Ryan Parsons <ryan@ryanparsons.com>
**Date:** Tuesday, May 5, 2015 at 12:30 AM
**To:** Joe Silva <jsilva@ufc.com>
**Subject:** Pat

Hey Joe -

Made it Australia after a long trip. Will you be here for this one?

Thanks for your offer for Pat. He's looking forward to getting back in there. Would you consider starting him off this new contract at 20/20? He's a guy you can count on for fights when you need him.

Best,

Ryan

Sent from my iPhone

CONFIDENTIAL

ZFL-0977248