Pls Ex. 21

(PCCX255 - Email from beanz4@msn.com to J. Silva, Subj: Re: Bang)

**To:** Joe Silva[jsilva@ufc.com]
**From:** beanz4@msn.com
**Sent:** Thur 12/9/2010 6:04:56 AM
**Importance:** Normal
**Subject:** Re: Bang
**Received:** Thur 12/9/2010 6:04:18 AM

We are happy to be in the ufc Joe.

Please have legal draw up the new deal.

Thanks

Sent on the Sprint® Now Network from my BlackBerry®

---

**From:** Joe Silva <jsilva@ufc.com>
**Date:** Thu, 9 Dec 2010 00:48:31 -0500
**To:** <beanz4@msn.com>
**Subject:** RE: Bang

Not trying to be a dick but no.
Everyone knows what everyone makes.
Our purses are public.
I have to justify everyone's pay to everyone else.
I just signed Johny Hendricks to a new deal with NO raise.
He's 9-1 in MMA and I would bet money that he would beat Bang.
No raise for him but I am giving a raise to Bang.
If you really don't want it he can fight on his last fight at 14+14.

---

**From:** beanz4@msn.com [mailto:beanz4@msn.com]
**Sent:** Thursday, December 09, 2010 12:40 AM
**To:** Joe Silva
**Subject:** Re: Bang

Joe,

I truly do appreciate the fact that you didn't cut him, even if one of the losses was a freak accident. Hopefully I have been very apparant that I am thankful to have bang in ufc.

I do have to disagree on the "gift" decision, here's how I saw it. He won 4 minutes of 5 in 1st round, until getting caught. Edged out 2nd, and clearly dominated 3rd. Osipczak gassed, but that's what happens when you are getting pressured and hammered with a body attack. But that's just my opinion. And you know what they say about opinions :)

Joe, you know me. I don't push things. I always graciously accept the offers, and I totally understand pay scale parameters and fighter value. I am not the guy that's a pain in the ass to deal with, or asking for crazy numbers. I get the business from the promotion side, much different then other managers or fighters who only see it for themselves.

But it really is something different for me when i'm talking about bang.

Can you meet me in the middle? You said 16, I asked for 18. Could you agree to 17?

It would mean a lot to me to be able to go to him with that deal.

Sent on the Sprint® Now Network from my BlackBerry®

Confidential

ZFL-2207629

**From:** Joe Silva <jsilva@ufc.com>
**Date:** Wed, 8 Dec 2010 23:10:40 -0500
**To:** 'Sven Bean'<beanz4@msn.com>
**Subject:** RE: Bang

I can't give him more.
I didn't cut him after two losses.
Then he got the gift decision against Osipczak.
Everybody has it tough.
I have to do what is fair for everyone.
You make what you make based on performance and popularity.
He has been bonused by us as well.
I am giving him a raise to re-sign as it is.
Joe

---

**From:** Sven Bean [mailto:beanz4@msn.com]
**Sent:** Wednesday, December 08, 2010 10:06 PM
**To:** Joe Silva
**Subject:** RE: Bang

Hey Joe!

Hope you had a great Thanksgiving and will be able to take a little time off for Xmas man.

On the Denver show, after inquiring about dates for RING OF FIRE I was told that 1st Bank has a hold March 3 (Thursday so I am guessing Spike show)

But even if thats not the case, BANG could be ready in that time frame for a fight on any card, so please keep him on deck.

Thank you very much for the new offer, I appreciate you always looking out for him and helping his career.

Can I please ask that if we go ahead and sign for 4 more fights, would we be able to start at 18+18?

I know its a bigger jump then what you offered, but please hear me out.

I have 1 main reason for asking.

- #1 Duane and his wife just had a new baby, and are struggling just a bit on the home front. Without getting into too deep in his personal life, to save money right now he is sharing a house with his sister-brother in law (and kids). And they have a room mate! So it's like 10 people in the house. No matter how he tries not to let it bother him, his home life is pretty crazy and that affects everything. His training, etc. If he was able to secure a win on the next event, and if it was televised he would have enough money from the win to really get back on track personally. Down payment on home etc, etc.

- He came into the fight where he broke his ankle, way behind financially. He was begging Peter to pay Paul on all fronts. And even with the UFC bonus, he still just barely made it through the layoff and recovery period financially. So then he came back into the last fight the same way, barely holding on. It sucks for a fighter to be thinking about that crap when he should just be focusing on the fight.

- Also, not that this is anyone's fault, but on the last fight Germany took out like $4000.00 right off the top, which he wasn't prepared for. He is stretched so thin right now he has every dollar accounted for and that $4000.00 grand was a big hit.

- Joe you know that after dealing with me for so many years, I am pretty straight forawrd, don't bitch much, and am always grateful for all you have done for my guys... but you also know that Duane and I have a deeper relationship then just fighter-manager.

- Its big brother-little brother thing.

- I am not looking a gift horse in the mouth, and you have made a great offer. I am just doing my job a Big brother here, not so much manager, and asking for you to see the whole picture.

Thanks for listening. Let me know what you think.

Thanks Joe.

Confidential                                                                                                                    ZFL-2207630

Sven Bean



**FY Fight Productions, INC.**
303-246-5237
303-400-1756 fax
beanz4@msn.com
www.rofmma.com

**Ring of Fire: For the FANS.. For the FIGHTERS.. For the SPORT!!**

---

From: jsilva@ufc.com
To: beanz4@msn.com
Subject: Bang
Date: Wed, 8 Dec 2010 18:53:09 -0500

He is on his last fight at 14+14
I'll drop that and give him a new deal at
$16,000 + $16,000
$18,000 + $18,000
$20,000 + $20,000
And
$22,000 + $22,000

Happy holidays,
Joe

---

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126