Pls Ex. 22
(PCCX338 - Email from K. Lynch to J. Silva, Subj: RE: Ricardo Almeida)

**To:** Joe Silva[jsilva@ufc.com]; Michael Mersch[mmersch@ufc.com]
**From:** Kim Lynch
**Sent:** Tue 10/16/2007 5:57:10 AM
**Importance:** Normal
**Subject:** RE: Ricardo Almeida.
**Received:** Tue 10/16/2007 5:55:18 AM
fw9.pdf

Joe,

I'd like to send a Form W-9 to Ally and also request a copy of his US docs (passport, driv lic, ss card (birth cert if no passport)). Would it be better if you asked her? If so, I have attached the Form W-9 for you to send to her, please have her either fax everything back to 702-367-0178 or email to Mike Mersch (I'm in Monaco for Sportel). If you would like me to take care of this, just let me know, I will be back on emails around 9:30am Vegas time.

Thanks,

Kim

---

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** Monday, October 15, 2007 7:27 PM
**To:** Kim Lynch; Michael Mersch
**Subject:** FW: Ricardo Almeida.

---

**From:** Ally Almeida [mailto:ally@ricardoalmeida.com]
**Sent:** Monday, October 15, 2007 10:25 PM
**To:** jsilva@ufc.com
**Subject:** Re: Ricardo Almeida.

Dear Joe,

Ricardo has dual citizenship, he was born in Manhattan, NY, while his parents were going to Grad School, and lived here for 2 and 1/2 years before moving back to Brazil with his parents.

Being a child of Brazilian citizens, he was granted automatic Brazilian citizenship. His Brazilian fan base takes the credit, but I think is for the mere fact that not many americans (or Brazilians for that matter) know that he is in fact American.

If you need anything else, please feel free to contact me.

Have a great night.

Ally Almeida.
----- Original Message -----
**From:** Joe Silva
**To:** 'Ally Almeida'
**Sent:** Monday, October 15, 2007 8:21 PM
**Subject:** RE: Ricardo Almeida.

What is Ricardo's status?
Is he a Brazilian citizen or a U.S resident?

---

**From:** Ally Almeida [mailto:ally@ricardoalmeida.com]
**Sent:** Wednesday, October 10, 2007 2:50 PM
**To:** jsilva@ufc.com
**Subject:** Re: Ricardo Almeida.

Joe,

Back and fourth arguments won't lead us anywhere, as you guys are the ones hiring him. The ball is in your court, and we all know it.

CONFIDENTIAL ZFL-2641095

We haven't just said the he will be Champion like any manager does, he already has been a Middleweight Champion (at a different organization). Ricardo is not an up and comer, so you're right, let's have him prove it in the cage this time around.

If you didn't believe in his potential, I'm sure you wouldn't be offering him a six fight deal.

So based on the fact that the insistence on the 6 fight deal shows us that you believe in him and want to stick with him, we have decided to accept the proposal.

Please, have the contract in writing at your earliest convenience, and we'll be ready to sign and send it back. I'd like to disregard negotiations with other organizations as soon as possible.

We did not see the matter of the 6 fight contract from your perspective and now it is more clear. It would not make sense to have Ricardo fight two building fights and have one fight left in his contract.I guess we see things from diferent perspectives, and that's understandable. We look forward to hearing from you soon.

Ricardo is thrilled, by the way. It will be a hell of a ride, for sure!

Thank you very much for acting so quickly, I personally look forward to meeting you.

Again, thank you. We look forward to continuing the great relationship Ricardo has build with the UFC and its staff.

Sincerely,

Ally Almeida.


----- Original Message -----
**From:** Joe Silva
**To:** 'Ally Almeida'
**Sent:** Wednesday, October 10, 2007 1:49 PM
**Subject:** RE: Ricardo Almeida.

Most of the guys fighting at $20,000 + $20,000 have to fight whoever is there for them, even if it is the champion.
Being that I am willing to give him two building fights at that money it would not be smart of me to have built him up only to have one fight left with him.
If I am building fighters I need to know that they are going to be with me for a while.
 As I said, I have 200 fighters under contract and our purses are public.
I have to justify to all my other fighters what I pay out.
There are people under contract to me now that are not making as much as I offered Ricardo and they are better known to our fans and have more UFC fights then he does.
Your saying that he is going to be champion one day doesn't mean anything because all of these guys managers think their guy is going to be champ.
In the end very few will.
The ones that do will be rewarded.
That's the way it works.
Ask Randy Couture, Chuck Liddell, Tito Ortiz, Matt Hughes, etc.
If you really think Ricardo will be champ there is no where else he will make more money.
If he is not going top be champ then he is not worth more than what I offered.
That really is the best that I can do.
The only other incentive I can offer is that I am willing to give him a $10,000 signing bonus.
That's the best I can do.

I really hope that Ricardo decides that UFC is the best route for him.
If not, I wish him the best of luck.
He was always very nice to deal with.

Joe

---

**From:** Ally Almeida [mailto:ally@ricardoalmeida.com]
**Sent:** Wednesday, October 10, 2007 1:13 PM
**To:** jsilva@ufc.com
**Subject:** Re: Ricardo Almeida.

CONFIDENTIAL                                                                                   ZFL-2641096

Good Morning Joe,

Forgive me for any grammar mistakes as english is my second language.

First I would like to say that you as a match maker and Dana as the president have done an amazing job of practically reinventing the sport of MMA in the US and making the UFC a household name.

These are my thoughts,

I believe a fighter should never be negotiating his contract, in the end, they want to fight, so it creates a conflict of interest between wanting to fight and making sure we get the best compensation possible. However, I feel very comfortable discussing these matters with you and the UFC since my husband was treated with the utmost respect and professionalism even in the old days where the UFC was not as powerful company as it is today. I am 100% confident we can reach a mutually beneficial agreement.

Joe,

I understand the benefits and financial incentives for Ricardo being in the UFC extend beyond fight purses.

I also understand you are offering Ricardo a base start in the same level of what some established UFC names make . We have no problem starting with a base of 20,000 + 20,000 win bonus. Ricardo wants to earn his respect and credibility within the organization.

In addition, I believe he brings in an X-factor. Even though he might not be known to the newer fans of MMA, provided that he wins his first match, I believe because of his past accomplishments it would bring Ricardo instant credibility inside the current Middleweight division. Such accomplishments are wins over top ranked middleweights as *Ikuhisa Minowa*, Pride GP Champion *Kazuo Misaki*, UFC title contender *Nathan Marquardt* and *Ryo Chonan* as well as all his *grappling accomplishments*. Already there is a big buzz on the MMA internet sights and forums about where he is going to be fighting. However he does not ask to be compensated for speculation and hype, but I am asking to be compensated a little better for performance.

I am proposing a 5,000 increase instead of 3,000 -
20,000+20,000 - 25,000+25,000 - 30,000+30,000. Of course, if he keeps winning.

I also propose a 3 fight deal, being that through your email, you guys are not very confient that he can bring what you expect to the table. I agree, you need excitement, so if you're not so sure after his 3 years off, it woud be a great idea to make it a shorter commitment. If he continues to win, but is not exciting as you'd like him to be, here you are, stuck to a contract. We don't want to be there any more than you guys want us there.
I speak from the heart when I say that there is no need for a clause guaranteeing two losses before the option to cut. If his performances are not to the level UFC thinks their fighters should be, he should be cut. UFC has been vary fair with him in his wins and losses and I believe in a person's word and principle more than I believe in ink on a paper. I remember when he decided to leave UFC and go to Japan. He personally spoke to yourself, Dana and even Lorenzo Fertita called him. He had a lot of support from the UFC then, I don't expect it to be any different now.

When he left, you guys told him to come back when the time was right. Actually when he retired, he didn't think it would ever happen. His love for the sport and the eagerness to compete at the highest level of competition has brought him back to full time MMA training and he is looking forward to adding a little spice to the UFC's Middleweight Division.

Fell free to discuss any points. We look forward to coming to an agreement as soon as possible.

Sincerely,

Ally Almeida.
RABJJ - Director of Administration
Academy: (609) 888- 2121
Cel: (609) 722-2197
Email: Ally@ricardoalmeida.com

----- Original Message -----
**From:** Joe Silva
**To:** 'Ally Almeida'
**Sent:** Tuesday, October 09, 2007 5:56 PM
**Subject:** RE: Ricardo Almeida.

Hi Ally.
It was good talking to you.
I would like very much to have Ricardo in the UFC.
I understand that he was offered a lot of money by Cage Fury but you saw what happened to that show.
There are a lot of fly by night promotions out there.
We are the only 100% reliable group out there.
The UFC has been around for 13 years.
Zuffa has never cancelled a show or not paid their fighters.
If Ricardo does as well as you say he will he will be very well compensated.

CONFIDENTIAL

ZFL-2641097

It will be in his hands.
As well as the fight purses we now also give out big bonuses for the best knockout of the night, the best submission of the night, and the best fight of the night (which goes to BOTH fighters).
The bonus amount varies with the size of the show but Marcus Davis just won an EXTRA $80,000 for getting the submission of the night in the best fight of the night at UFC 75.
I understand that since Ricardo has not fought in 3 years he wants to start off with non top ten guys for his first 2 fights.
I can accommodate this. He can fight guys off of the Ultimate Fighter and guys in that range.
Of course he would have to fight whoever is out there after those two fights.
I can offer him a 6 fight deal at $20,000 + $20,000   $23,000 + $23,000   $26,000 + $26,000   $29,000 + $29,000   $32,000 + $32,000 and $35,000 + $35,000
Money goes up on a win, stays the same on a loss.
Normally if a fighter loses a fight we have the option to cut them (Though we usually give a fighter multiple chances if he is having great fights even in losing) but I would be comfortable putting in a clause where he would have to lose twice before we would have the option to cut him.

I believe that Ricardo has a lot of potential.
He is a talented and exciting fighter but he also has been out of the game for 3 years.
He lost 2 of his 3 UFC fights.

If he can come out and win his fights in exciting fashion like you think he can, he can make a lot of money in the UFC.

Let me know your thoughts,
Joe Silva

---

**From:** Ally Almeida [mailto:ally@ricardoalmeida.com]
**Sent:** Tuesday, October 09, 2007 9:38 AM
**To:** Joe Silva
**Subject:** Re: Ricardo Almeida.

Dear Joe,

This is Ally Almeida. Do you think you could please give me a call at your earliest convenience? Ricardo would like to speak with you.

I really look forward to hearing from you. You can reach me at (609) 722-2197.

Thank you, have a great day.

Ally Almeida.

----- Original Message -----
**From:** Joe Silva
**To:** 'Ally Almeida'
**Sent:** Friday, September 07, 2007 3:39 AM
**Subject:** RE: Ricardo Almeida.

Hi Ally.
Unfortunately that show is already booked.
If someone drops out I will keep him in mind.
Is he fighting at 185?
I'd love to have Ricardo back in the UFC again someday.
Take care,
Joe

---

**From:** Ally Almeida [mailto:ally@ricardoalmeida.com]
**Sent:** Thursday, September 06, 2007 2:47 PM
**To:** jsilva@ufc.com
**Subject:** Ricardo Almeida.

Dear Joe,

My name is Ally Almeida, we have talked on the phone a few times prior to you speaking with my husband, Ricardo. We hope all is well with you.

CONFIDENTIAL                                                                                                                    ZFL-2641098

The reason for this email is that we found out that you'll be having a UFC in NJ very soon, and if you're interested, it would be a huge honor to have one of our fighters represent NJ.

His name is Dante Rivera, he has multiple titles within the local scene (Reality Fighting, Ring of Combat, Cage Fury Fighting, etc.) He has also fought for the IFL 2 times, being successful on his last match.

Right now, Dante has a legion of fans throghout the state, including our school students, which are almost 500 at this point + friends and family.

Again, it would be fantastic if Dante could represent NJ and bring in tons of local fans to AC. We would definetely be pushing ticket sales as well.

Dante is a very talented fighter, who dreams of being in the UFC at least once in his life. If you would give him that chance, we would be forever grateful.

If you have a chance, please respond this email with a reply or you can also reach us at 609-381-8286.

I really looking forward to hearing from you. Good luck overseas.

Sincerely,

Ally Almeida.

CONFIDENTIAL

ZFL-2641099