Pls Ex. 23

(PCCX365 - Email from J. Silva to D. White, et al., Subj: We Own MMA)

From: Joe Silva
Sent: Saturday, February 12, 2011 9:39 AM
To: Dana White; D F. W; Lorenzo Fertitta; Sean Shelby
Subject: We Own MMA

Heavyweight: 15 out of 25  6 out of top ten

Light Heavyweight: 19 out of 25  9 out of top ten

Middleweight: 18 out of 25  8 out of top ten

Welterweight: 21 out of 25  8 out of top ten

Lightweight: 17 out of 25  6 out of top ten

Featherweight: 14 out of 25  6 out of top ten

Bantamweight: 17 out of 25  9 out of top ten

Compiling the rankings of twenty top mixed martial arts web sites, the USA TODAY / SB Nation Consensus MMA Rankings present the top 25 fighters in MMA for the seven major weight classes.

These world MMA rankings are the most accurate reflection of how the top fighters in MMA across all promotions like UFC, WEC, Affliction and DREAM are viewed by the experts who cover the sport.

## Heavyweight MMA

### Consensus Rankings posted January 27, 2011

| Rank | Fighter | % | Promotion | Last Rank |
|---|---|---|---|---|
| 1 | Cain Velasquez | 99 | UFC | 1 |
| 2 | Brock Lesnar | 91 | UFC | 2 |
| 3 | Fedor Emelianenko | 89 | M-1 Global / Strikeforce | 3 |
| 4 | Fabricio Werdum | 87 | Strikeforce | 4 |
| 5 | Junior Dos Santos | 85 | UFC | 5 |
| 6 | Shane Carwin | 82 | UFC | 6 |
| 7 | Alistair Overeem | 77 | Strikeforce | 8 |
| 8 | Frank Mir | 75 | UFC | 7 |
| 9 | Antonio Rodrigo Nogueira | 69 | UFC | 9 |
| 10 | Antonio Silva | 54 | Strikeforce | 10 |
| 11 | Josh Barnett | 46 | Strikeforce | 11 |
| 12 | Brett Rogers | 39 | Strikeforce | 12 |
| 13 | Brendan Schaub | 36 | UFC | 13 |
| 14 | Roy Nelson | 34 | UFC | 14 |
| 15 | Cheick Kongo | 29 | UFC | 15 |
| 16 | Ben Rothwell | 26 | UFC | 17 |
| 17 | Andrei Arlovski | 25 | Strikeforce | 16 |
| 18 | Pedro Rizzo | 25 | Impact Fighting Championship | 18 |
| 19 | Cole Konrad | 21 | Bellator | 21 |
| 20 | Mirko Filipovic | 21 | UFC | 19 |
| 21 | Gabriel Gonzaga | 20 | UFC | 19 |
| 22 | Tim Sylvia | 19 | CageFX | 23 |
| 23 | Mike Russow | 18 | UFC | 22 |

1

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11     ZUF-00085896

| 24 | Stefan Struve | 17 | UFC | 24 |
| 25 | Jon Madsen | 14 | UFC | 26 |

144

### Analysis by Kid Nate

With #1 Cain Velasquez out for up to eight months with rotator cuff surgery, the UFC had to do something big in the heavyweight division.

Disagree? Read more & discuss at Bloody Elbow »

## Light Heavyweight MMA

### Consensus Rankings posted January 27, 2011

| Rank | Fighter | % | Promotion | Last Rank |
|---|---|---|---|---|
| 1 | Mauricio Rua | 100 | UFC | 1 |
| 2 | Rashad Evans | 94 | UFC | 2 |
| 3 | Quinton Jackson | 92 | UFC | 3 |
| 4 | Lyoto Machida | 89 | UFC | 4 |
| 5 | Ryan Bader | 79 | UFC | 6 |
| 6 | Forrest Griffin | 78 | UFC | 5 |
| 7 | Jon Jones | 69 | UFC | 7 |
| 8 | Thiago Silva | 63 | UFC | 8 |
| 9 | Antonio Rogerio Nogueira | 53 | UFC | 9 |
| 10 | Gegard Mousasi | 51 | Strikeforce | 10 |
| 11 | Rich Franklin | 46 | UFC | 11 |
| 11 | Rafael Cavalcante | 46 | Strikeforce | 12 |
| 13 | Muhammed Lawal | 40 | Strikeforce | 14 |
| 14 | Dan Henderson | 39 | Strikeforce | 13 |
| 15 | Randy Couture | 38 | UFC | 15 |
| 16 | Phil Davis | 31 | UFC | 16 |
| 17 | Matt Hamill | 27 | UFC | 18 |
| 18 | Anderson Silva | 25 | UFC | 17 |
| 19 | Renato Sobral | 23 | Strikeforce | 19 |
| 20 | Alexander Gustafsson | 19 | UFC | 20 |
| 21 | Jason Brilz | 16 | UFC | 21 |
| 22 | Trevor Prangley | 15 | Shark Fight | 22 |
| 23 | Cyrille Diabate | 14 | UFC | 23 |
| 24 | Stephan Bonnar | 12 | UFC | 29 |
| 25 | Vladimir Matyushenko | 11 | UFC | 27 |

73

### Analysis by Kid Nate

#1 Mauricio "Shogun" Rua is still on the shelf recovering from his third knee surgery in four years. But faithful #2 Rashad Evans is content to wait until UFC 128 for his title shot.

Disagree? Read more & discuss at Bloody Elbow »

## Middleweight MMA

### Consensus Rankings posted January 27, 2011

| Rank | Fighter | % | Promotion | Last Rank |
|---|---|---|---|---|
| 1 | Anderson Silva | 100 | UFC | 1 |
| 2 | Yushin Okami | 89 | UFC | 3 |
| 3 | Chael Sonnen | 88 | UFC | 2 |

2

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11    ZUF-00085897

| Rank | Fighter | % | Promotion | Last Rank |
|---|---|---|---|---|
| 4 | Nate Marquardt | 82 | UFC | 4 |
| 5 | Demian Maia | 80 | UFC | 5 |
| 6 | Vitor Belfort | 70 | UFC | 6 |
| 7 | Jorge Santiago | 61 | UFC | 8 |
| 8 | Ronaldo Souza | 58 | Strikeforce | 9 |
| 9 | Michael Bisping | 52 | UFC | 11 |
| 10 | Dan Henderson | 50 | Strikeforce | 7 |
| 11 | Robbie Lawler | 47 | Strikeforce | 12 |
| 12 | Wanderlei Silva | 45 | UFC | 13 |
| 13 | Hector Lombard | 43 | Bellator | 15 |
| 14 | Alan Belcher | 37 | UFC | 16 |
| 15 | Jake Shields | 35 | UFC | 10 |
| 16 | Chris Leben | 33 | UFC | 14 |
| 17 | Brian Stann | 29 | UFC | NR |
| 18 | Mamed Khalidov | 26 | WVR | 18 |
| 19 | Yoshihiro Akiyama | 23 | UFC | 17 |
| 20 | Alessio Sakara | 22 | UFC | 19 |
| 21 | Thales Leites | 18 | Superior Challenge | 20 |
| 22 | Rousimar Palhares | 17 | UFC | 21 |
| 23 | Tim Kennedy | 16 | Strikeforce | 22 |
| 24 | Maiquel Jose Falcao Goncalves | 13 | UFC | 23 |
| 25 | Jorge Rivera | 10 | UFC | 24 |
| 25 | Matt Horwich | 10 | Xtreme Fight Night | 26 |
| 53 | | | | |

## Analysis by Kid Nate

#1 Anderson Silva is set to face #6 Vitor Belfort at UFC 126. If Silva wins he may very well be rewarded with a mega-fight against welterweight champ Georges St Pierre.

Disagree? Read more & discuss at Bloody Elbow »

## Welterweight MMA

### Consensus Rankings posted January 27, 2011

| Rank | Fighter | % | Promotion | Last Rank |
|---|---|---|---|---|
| 1 | Georges St. Pierre | 100 | UFC | 1 |
| 2 | Jon Fitch | 96 | UFC | 2 |
| 3 | Jake Shields | 89 | UFC | 3 |
| 4 | Josh Koscheck | 86 | UFC | 4 |
| 5 | Thiago Alves | 85 | UFC | 5 |
| 6 | Carlos Condit | 75 | UFC | 6 |
| 7 | Martin Kampmann | 73 | UFC | 7 |
| 7 | Nick Diaz | 73 | Strikeforce | 8 |
| 9 | B.J. Penn | 62 | UFC | 9 |
| 10 | Paul Daley | 51 | Strikeforce | 10 |
| 11 | Dan Hardy | 46 | UFC | 12 |
| 12 | Matt Hughes | 42 | UFC | 11 |
| 13 | Diego Sanchez | 41 | UFC | 13 |
| 14 | Chris Lytle | 36 | UFC | 14 |
| 15 | Paulo Thiago | 32 | UFC | 15 |
| 16 | Mike Pyle | 31 | UFC | 16 |
| 17 | Jay Hieron | 30 | Bellator | 17 |
| 18 | Ben Askren | 27 | Bellator | 18 |
| 19 | Mike Swick | 23 | UFC | 19 |
| 20 | John Hathaway | 20 | UFC | 20 |

3

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11      ZUF-00085898

| | | | | |
|---|---|---|---|---|
| 21 | Dong Hyun Kim | 20 | UFC | 26 |
| 22 | Matt Serra | 17 | UFC | 21 |
| 23 | Jake Ellenberger | 16 | UFC | 22 |
| 24 | Rick Story | 16 | UFC | 23 |
| 25 | Anthony Johnson | 13 | UFC | 25 |

1

### Analysis by Kid Nate

#1 Georges St Pierre will face #3 Jake Shields at UFC 129. If he wins, Dana White may very well declare that GSP has cleaned out the division and go ahead and book the long awaited GSP vs Anderson Silva bout.

Disagree? Read more & discuss at Bloody Elbow »

## Lightweight MMA

**Consensus Rankings posted January 27, 2011**

| Rank | Fighter | % | Promotion | Last Rank |
|---|---|---|---|---|
| 1 | Frankie Edgar | 100 | UFC | 1 |
| 2 | Gray Maynard | 94 | UFC | 3 |
| 3 | Gilbert Melendez | 91 | Strikeforce | 2 |
| 4 | Eddie Alvarez | 81 | Bellator | 5 |
| 5 | Shinya Aoki | 81 | K-1 | 4 |
| 6 | Kenny Florian | 80 | UFC | 6 |
| 7 | George Sotiropoulos | 65 | UFC | 9 |
| 8 | Tatsuya Kawajiri | 61 | K-1 | 10 |
| 9 | Jim Miller | 60 | UFC | 11 |
| 10 | Sean Sherk | 51 | UFC | 7 |
| 11 | B.J. Penn | 49 | UFC | 8 |
| 12 | Melvin Guillard | 43 | UFC | 25 |
| 13 | Anthony Pettis | 42 | UFC | 13 |
| 14 | Clay Guida | 37 | UFC | 19 |
| 15 | Evan Dunham | 32 | UFC | 12 |
| 16 | Takanori Gomi | 30 | UFC | 14 |
| 17 | Ben Henderson | 24 | UFC | 17 |
| 18 | Josh Thomson | 22 | Strikeforce | 16 |
| 19 | Kurt Pellegrino | 20 | UFC | 18 |
| 20 | Mizuto Hirota | 18 | K-1 | 15 |
| 21 | Mac Danizg | 17 | UFC | 21 |
| 22 | Gesias Cavalcante | 15 | Strikeforce | 20 |
| 23 | Joe Stevenson | 13 | UFC | 22 |
| 24 | Matt Wiman | 13 | UFC | 30 |
| 25 | Satoru Kitaoka | 12 | Pancrase | 23 |

5

### Analysis by Kid Nate

#1 Frankie Edgar and #2 Gray Maynard silenced the doubters with their fight for the ages at UFC 125. The rare draw that didn't leave fans dissatisfied, their rematch will occur at UFC 130.

Disagree? Read more & discuss at Bloody Elbow »

## Featherweight MMA

**Consensus Rankings posted January 27, 2011**

4

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11      ZUF-00085899

| Rank | Fighter | % | Promotion | Last Rank |
|---|---|---|---|---|
| 1 | Jose Aldo | 100 | UFC | 1 |
| 2 | Hatsu Hioki | 90 | WVR | 8 |
| 3 | Manny Gamburyan | 87 | UFC | 2 |
| 4 | Michihiro Omigawa | 81 | UFC | 6 |
| 5 | Marlon Sandro | 69 | WVR | 4 |
| 6 | Diego Nunes | 65 | UFC | 14 |
| 7 | Hiroyuki Takaya | 62 | K-1 | 15 |
| 8 | Bibiano Fernandes | 60 | K-1 | 5 |
| 9 | Mark Hominick | 54 | UFC | 11 |
| 10 | Dustin Poirier | 52 | UFC | NR |
| 11 | Joe Warren | 51 | Bellator | 9 |
| 12 | Chad Mendes | 47 | UFC | 12 |
| 13 | Josh Grispi | 41 | UFC | 7 |
| 14 | Mike Brown | 39 | UFC | 2 |
| 15 | Masanori Kanehara | 28 | WVR | 10 |
| 16 | Rafael Assuncao | 27 | UFC | 17 |
| 17 | Rani Yahya | 27 | UFC | NR |
| 18 | Kazuyuki Miyata | 26 | K-1 | 20 |
| 19 | L.C. Davis | 25 | UFC | 17 |
| 20 | Yoshiro Maeda | 24 | WVR | 39 |
| 21 | Yuji Hoshino | 21 | WVR | 16 |
| 22 | Joachim Hansen | 20 | Superior Challenge | 19 |
| 23 | Urijah Faber | 19 | UFC | 13 |
| 24 | Deividas Taurosevicius | 18 | Bellator | 20 |
| 25 | Leonard Garcia | 17 | UFC | 22 |

1

## Analysis by Kid Nate

#9 Mark Hominick fought his way into the top 10 by blasting George Roop at UFC Fight for the Troops 2. More importantly he fought his way into a title shot against #1 Jose Aldo at UFC 129.

Disagree? Read more & discuss at Bloody Elbow »

## Bantamweight MMA

### Consensus Rankings posted January 26, 2011

| Rank | Fighter | % | Promotion | Last Rank |
|---|---|---|---|---|
| 1 | Dominick Cruz | 100 | UFC | 1 |
| 2 | Brian Bowles | 92 | UFC | 2 |
| 2 | Joseph Benavidez | 92 | UFC | 3 |
| 4 | Scott Jorgensen | 86 | UFC | 4 |
| 5 | Miguel Torres | 83 | UFC | 5 |
| 6 | Urijah Faber | 80 | UFC | 6 |
| 7 | Takeya Mizugaki | 67 | UFC | 7 |
| 8 | Wagnney Fabiano | 55 | UFC | 9 |
| 9 | Brad Pickett | 54 | UFC | 8 |
| 10 | Masakatsu Ueda | 54 | Shooto | 10 |
| 11 | Masakazu Imanari | 43 | DEEP | 12 |
| 12 | Eddie Wineland | 40 | UFC | 15 |
| 13 | Demetrious Johnson | 38 | UFC | 13 |
| 14 | Damacio Page | 36 | UFC | 14 |
| 15 | Antonio Banuelos | 33 | UFC | 16 |
| 16 | Charlie Valencia | 29 | UFC | 17 |
| 17 | Michael McDonald | 28 | UFC | 18 |
| 18 | Rani Yahya | 25 | UFC | 11 |

5

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11      ZUF-00085900

| 19 | Shuichiro Katsumura | 24 | Shooto | 19 |
| 20 | Akitoshi Tamura | 23 | WVR | 19 |
| 21 | Zack Makovsky | 19 | Bellator | 21 |
| 22 | Renan Barao | 17 | UFC | 28 |
| 23 | Darren Uyenoyama | 16 | Shooto | 23 |
| 24 | Abel Cullum | 15 | KOTC | 22 |
| 25 | Takafumi Otsuka | 11 | DEEP | 25 |

1

### Analysis by Kid Nate

The UFC's newest division will have to wait a few months for a title defense, but two of the division's biggest stars will be getting busy in the next eight weeks.

6

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11     ZUF-00085901