Pls Ex. 24

(PCCX391 - Email from B. Boon to J. Silva, Subj: RE: john olav einemo is recovered)

From: Bas Boon [basboon@hotmail.com]
Sent: Saturday, January 29, 2011 6:31 PM
To: Joe Silva
Subject: RE: john olav einemo is recoverd

Dear Joe

Thanks for the quick reply.
The numbers are a little shy, but lets talk about it.

How does a sponsorship deal work with the UFC, in another words if I have John wear a brand of a clothing line which I am involved with, to implement his earnings, what would be the process?

With Sporting Greetings

Bas Boon

---

From: jsilva@ufc.com
To: basboon@hotmail.com
Subject: RE: john olav einemo is recoverd
Date: Sat, 29 Jan 2011 21:22:53 -0500

I don't do 3 fight deals.
He was worth the 4 fight deal for me as a last minute replacement in Europe which is not the case now.
He has not fought for a very long time.
I am only interested in bringing him in if I get him for 6 fights at
$15,000 + $15,000
$17,000 + $17,000
$19,000 + $19,000
$21,000 + $21,000
$23,000 + $23,000
And
$25,000 + $25,000

Joe

---

From: Bas Boon [mailto:basboon@hotmail.com]
Sent: Saturday, January 29, 2011 1:50 PM
To: Joe Silva
Subject: john olav einemo is recoverd

Hey Joe

Einemo is ready

He recovered from long stomach injury, got operated twice, had a great preparation with Kharitonov this month.
I would like to start working with you guys with Golden Glory.

Lets give Olaf a three fight deal, match him up with Stefan Struve in his first fight, so he can prove to you guys what a great talent he is, he is really back in good shape, I will put viking helm, shield and cape, make it a great show and fight.

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11        ZUF-00296703

2 meter tall and 110 kilo

With Sporting Greetings

Bas

---

From: jsilva@ufc.com
To: basboon@hotmail.com
Subject: RE: john olav einemo
Date: Wed, 20 May 2009 00:34:51 -0400

As I said, I have a pay structure.
I cannot mess it up for 1 fighter.
I have to justify that to all the other managers.
I told you that I was already offering him more than I have signed other heavyweights with better records and who have been more active for less money.
He has not accomplished anything that should make me offer any more than I did.
I offered as much as I did because I needed a last second replacement in Europe which is a lot to ask for but I filled that spot.
Joe

---

**From:** Bas Boon [mailto:basboon@hotmail.com]
**Sent:** Wednesday, May 20, 2009 12:29 AM
**To:** Joe Silva
**Subject:** RE: john olav einemo

Dear Joe

Why don't we let him fight two fights like you want (15 and 15 and then 17 and 17) and then rais his fighting purse with $5000 per fight?
If he wins twice in the UFC he will get known and he is a good heavyweight

---

From: jsilva@ufc.com
To: basboon@hotmail.com
Subject: RE: john olav einemo
Date: Tue, 19 May 2009 21:41:58 -0400

Hi Bas.
I have to pass.
I can't justify paying him that much.
He hasn't fought in two years and he lost to the only good heavyweight he fought.
It's great if other people want to pay him more but that's not how my business model works.
Take care,
Joe

---

**From:** Bas Boon [mailto:basboon@hotmail.com]
**Sent:** Tuesday, May 19, 2009 3:09 PM
**To:** Joe Silva
**Subject:** RE: john olav einemo

Dear Joe Lets do 20 and 15 to win he will make 5k less then his last win against Thompson
then 22500 + 20
25 plus 25

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11        ZUF-00296704

3 wins 4th fight title fight?

I am trying to call you now

This first fight in Germany, there are no flights cost and no hotel cost
, this saves like $5.000

---

From: jsilva@ufc.com
To: basboon@hotmail.com; corhemmers@hotmail.com
Subject: RE: john olav einemo
Date: Tue, 19 May 2009 14:56:27 -0400

I am still waiting to hear from the other two guys I have offers out to.
If I used Jon for this fight I could give him a four fight deal at:
$15,000 + $15,000
$17,000 + $17,000
$19,000 + $19,000
And
$21,000 + $21,000

Just like all UFC deals he is responsible for any taxes and we fly the fighter and 1 corner, one hotel room and per diem for fighter and 1 corner.
It is possible to be cut after a loss but I would not cut him if he lost this fight since it is short notice.

I know that 15 + 15 does not seem like a lot to you but it is more than I am offering to other heavyweights with better MMA records than Jon.
Also, Jon has not fought MMA in over 2 years.

We do have extra incentives like bonuses for KO of the night, submission of the night and fight of the night.
If the deal seems interesting to you let me know.
If not, I understand.
Thanks,
Joe


---

**From:** Bas Boon [mailto:basboon@hotmail.com]
**Sent:** Tuesday, May 19, 2009 2:29 AM
**To:** Joe Silva; corhemmers@hotmail.com
**Subject:** RE: john olav einemo

Hey Joe

That would be perfect!

What kind of purse have you been thinking about?

His fight money against thompson in Pride was $35.000 and $5000.- win bonus

he is in shape and trains any other week in Breda with:

Errol Zimmerman, Chalid Arrab, Stefan Leko, Rusland Karaev, Alistair en Valentijn Overeem, Aziz Jahah, Luc Verhey, Sergei Kharitonov, Nieky Holzken, Micahel Andrade, Beni Zimmerman, John Olav Einemo, Gokhan Saki and Semmy Schilt

For UFC Koln it will be great, manny GG fans will go to Germany everybody knows the team, we can have

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11    ZUF-00296705

all of them as celebrities there, you will sell a shit lot of more tickets and publicity!

Let me know

Bas

> From: jsilva@ufc.com
> To: basboon@hotmail.com
> Subject: RE: john olav einemo
> Date: Tue, 19 May 2009 00:49:21 -0400
>
> Hi Bas.
> Because I had to absorb three weight classes from WEC I do not have many
> open spots on my roster.
> I have a spot open against Cain Velasquez on Sat June 13 Cologne, Germany.
> Heath Herring just dropped out of the fight with an illness.
> Besides that fight I am booked through September.
> Joe
>
> From: Bas Boon [mailto:basboon@hotmail.com]
> Sent: Sunday, May 17, 2009 5:46 AM
> To: Joe Silva
> Subject: john olav einemo
>
> Dear Joe
>
> Check John Olav Einemo
>
> He is now training for two months in Holland and is getting really good
>
> He is from Normway is 2 meters high and very musclar, he defeated James
> Thompson in his last fight and is ADCC champion.
>
> As UFC maybe needs some good heavyweight, maybe we can start with John
> fighting for Golden Glory
>
> Thanks
>
> Bas
> r

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11     ZUF-00296706

PCCX391 Page 4 of 4