Zuffa Ex. 12

(ZCCX14 - Group of Bates Numbered Documents: ZFL-0456766; ZFL-0456767; ZFL-0460295; ZFL-0818970; ZFL-0822937; ZFL-0823267; ZFL-0876450; ZFL-2534954)

Tracy Long   *Tim Means*   ●

**From:** Joe Silva
**Sent:** Monday, July 20, 2015 2:24 PM
**To:** Tracy Long
**Subject:** FW: From Tom Vaughn

*1/8/15*

**From:** Tom Vaughn <FITNHB@aol.com>
**Date:** Monday, July 20, 2015 at 5:17 PM
**To:** Joe Silva <jsilva@ufc.com>
**Subject:** Re: From Tom Vaughn

Outstanding , thx Joe . Looking fwd to getting Tim back in the winners circle .

Tom Vaughn
505 514 8158


Sent from my Sprint phone


-------- Original message --------
From: Joe Silva
Date:07/20/2015 12:34 PM (GMT-07:00)
To: TV
Subject: Re: From Tom Vaughn

Tim is on his last fight at 23+23.
I'll drop that and give him a new deal at
$27,000 + $27,000
$31,000 + $31,000
$35,000 + $35,000
And
$39,000 + $39,000


**From:** Tom Vaughn <FITNHB@aol.com>
**Date:** Sunday, July 19, 2015 at 10:38 PM
**To:** Joe Silva <jsilva@ufc.com>
**Subject:** From Tom Vaughn

Hi Joe - Tim is 3 fights in on his 4 fight deal . Wondering if we can start a new contract . More about faith than money . Hit me back at your convenience as always . Thx
Tom Vaughn
505 514 8158

Sent from my Sprint phone

1

CONFIDENTIAL                                                          ZFL-0456766

**Tracy Long**

From: Joe Silva
Sent: Tuesday, December 30, 2014 6:32 AM
To: Tracy Long
Subject: FW: From Tom Vaughn

4/8/14

From: "fitnhb@aol.com" <fitnhb@aol.com>
Date: Tuesday, December 30, 2014 at 1:09 AM
To: Joe Silva <jsilva@ufc.com>
Subject: Re: From Tom Vaughn

Happy with this deal Joe, thx. When the legal dept sends we'll sign and return. Hoping to get Tim back in the mix late March or April.

Good luck in Vegas, should be huge.

Tom Vaughn
505-514-8158

-----Original Message-----
From: Joe Silva <jsilva@ufc.com>
To: fitnhb <fitnhb@aol.com>
Sent: Mon, Dec 29, 2014 10:31 am
Subject: Re: From Tom Vaughn

Tim is on his last fight at 14+14.
I'll drop that and give him a new deal at
$17,000 + $17,000
$20,000 + $20,000
$23,000 + $23,000
And
$26,000 + $26,000

Thanks
Joe


From: "fitnhb@aol.com" <fitnhb@aol.com>
Date: Friday, December 26, 2014 at 9:47 PM
To: Joe Silva <jsilva@ufc.com>
Subject: From Tom Vaughn

Hi Joe - Good trip to Brazil. Thanks as always for the opportunity. Fight should have ended in rd 2. Tim's knee was perfectly timed. I doubt Alexandre would have recovered but I can see how the ref made the error, it was very close. Anyway we're happy to get the W, Brazilians are very hard to beat in their own country. They seem at their best there.

I'd like to talk about a new contract for Tim Means. He's 3 in on a his current 4 fight deal. Hit me back at your convenience.

Happy Holiday -
Tom Vaughn

1

CONFIDENTIAL                                                                                    ZFL-0456767

**Tracy Long**

| | |
|---|---|
| From: | Joe Silva |
| Sent: | Monday, July 20, 2015 11:51 AM |
| To: | Tracy Long |
| Subject: | FW: fumi - About Daniel Omielanczuk - What's next ? |

5/17/13

**From:** Fumihiko Ishii <fumi@infy.net>
**Date:** Monday, July 20, 2015 at 2:48 PM
**To:** Joe Silva <jsilva@ufc.com>
**Subject:** Re: fumi - About Daniel Omielanczuk - What's next ?

Hi Joe;

Appreciate your good deal for him.

Sincerely,
Fumi

> 2015/07/20 11:09、Joe Silva <jsilva@ufc.com> のメール :
>
> Congrats on the nice KO.
> He is on his last fight at 14+14.
> I'll drop that and give him a new deal at
> $18,000 + $18,000
> $22,000 + $22,000
> $26,000 + $26,000
> And
> $30,000 + $30,000
>
> **From:** Fumihiko Ishii <fumi@infy.net>
> **Date:** Sunday, July 19, 2015 at 3:59 PM
> **To:** Joe Silva <jsilva@ufc.com>
> **Subject:** fumi - About Daniel Omielanczuk - What's next ?
>
> Hi Joe;
>
> How are you doing?
>
> Finally, Daniel did a job in UFC Fight Night 72.
> We are very happy to see his aggressive style and finish the fight in 48 sec in R1.
>
> As you may know it was his 4th fight out of 5 fights contract.
>
> Will you be able to review the current contract or wait for another fight ?
>
> Hope, he validated his value for UFC especially Europe region.

1

CONFIDENTIAL                                                                                                              ZFL-0460295

**Tracy Long**

**From:** Joe Silva
**Sent:** Sunday, May 05, 2013 8:15 AM
**To:** Tracy Long
**Subject:** Daniel Omielanczuk New Fighter

Daniel Omielanczuk
Manager Fumihiko Ishii fumi@infy.net
Deal:$10K + $10K, $12K+$12K, $14K + $14K, $16K + $16K and $18K + $18K

1

CONFIDENTIAL ZFL-0460296

**To:** Joe Silva[jsilva@ufc.com]
**From:** Ajay Chander
**Sent:** Mon 3/2/2015 4:40:01 AM
**Importance:** Normal
**Subject:** Re: Alan Jouban
**Received:** Mon 3/2/2015 4:40:24 AM

Hi Joe

Thank you for allowing Alan the opportunity on PPV on a prestigious card. The new deal sounds great, thank you!

Alan is uninjured from the fight and is ready to return to the Octagon. If there is no particular events or opponents for Alan's next fight, it would be another dream come true to compete in his home state of Louisiana on June 6. Alan will be happy to take on who you put in-front of him, however if it makes the process easier, he will accept a bout against any of the following:

1. Matt Dwyer
2. Neil Magny
3. Tim Means
4. Brian Ebersole

Kind regards,

Ajay Chander
EPOK Agency
www.epokagency.com

**From:** Joe Silva <jsilva@ufc.com>
**Date:** Sunday, 1 March 2015 09:53
**To:** Ajay Chander <ajay@epokagency.com>
**Subject:** Alan Jouban

Congrats on the win!
Alan is on his last fight at 12+12.
I'll drop that and give him a new deal at
$15,000 + $15,000
$18,000 + $18,000
$21,000 + $21,000
And
$24,000 + $24,000

Joe

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C 2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

CONFIDENTIAL                                                                                                                          ZFL-0818970

**To:** Joe Silva[jsilva@ufc.com]
**From:** Mike pyle
**Sent:** Fri 6/5/2015 4:48:45 PM
**Importance:** Normal
**Subject:** Re: Mike Pyle
**Received:** Fri 6/5/2015 4:48:50 PM

Thanks joe your awesome man ... Sorry for that bullshit boring ass fight!

Mike pyle

On Jun 5, 2015, at 9:39 AM, Joe Silva <jsilva@ufc.com> wrote:

> Let me know when is ideal for you to fight.
> Take whatever time you need.
> Joe
>
> **From:** Mike pyle <mikejitsu@yahoo.com>
> **Date:** Friday, June 5, 2015 at 12:38 PM
> **To:** Joe Silva <jsilva@ufc.com>
> **Subject:** Re: Mike Pyle
>
> Deal!
>
> Mike pyle
>
> On Jun 4, 2015, at 12:36 PM, Joe Silva <jsilva@ufc.com> wrote:
>
>> You are on your last fight at 51+51.
>> I'll drop that and give him you new deal at
>> $53,000 + $53,000
>> $55,000 + $55,000
>> $57,000 + $57,000
>> And
>> $59,000 + $59,000

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

CONFIDENTIAL

ZFL-0822937

To: Joe Silva[jsilva@ufc.com]
From: AP
Sent: Fri 6/5/2015 11:23:17 AM
Importance: Normal
Subject: RE: Anthony Perosh
Received: Fri 6/5/2015 11:23:33 AM

OK thanks Joe.

AP

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** Friday, 5 June 2015 1:44 PM
**To:** AP
**Subject:** Re: Anthony Perosh

I will put you on the Melbourne card.
Thanks,
Joe

**From:** Anthony Perosh <anthony@spma.net.au>
**Date:** Thursday, June 4, 2015 at 11:38 PM
**To:** Joe Silva <jsilva@ufc.com>
**Subject:** RE: Anthony Perosh

Great news thanks very much Joe!

One more thing, what is your plan for me on when to fight next? Did you want me for the Melbourne show in November or before? I just want to plan out the rest of my year.

AP

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** Friday, 5 June 2015 5:32 AM
**To:** Anthony Perosh
**Subject:** Anthony Perosh

You are on your last fight at 31+31.
I'll drop that and give him you new deal at
$34,000 + $34,000
$37,000 + $37,000
$40,000 + $40,000
And
$43,000 + $43,000

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C 2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4800 / Virus Database: 4311/9941 - Release Date: 06/04/15
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2014.0.4800 / Virus Database: 4311/9947 - Release Date: 06/05/15

CONFIDENTIAL                                                                 ZFL-0823267

**To:** Ali Abdelaziz[ali@wsof.com]
**From:** Joe Silva
**Sent:** Fri 10/24/2014 9:53:56 PM
**Importance:** Normal
**Subject:** Re: Brad Tavares
**Received:** Fri 10/24/2014 9:53:57 PM

OK

**From:** Ali Abdelaziz <ali@wsof.com>
**Date:** Friday, October 24, 2014 at 2:43 PM
**To:** Joe Silva <jsilva@ufc.com>
**Subject:** Re: Brad Tavares

Joe he has been in the UFC for four years now. His UFC record is 7-3. As you know he was under the ultimate fighter contract for a long time. We want him to start at 25/25 28/28 31/31 and 34/34. Respectfully Ali. Thank you.

On Thu, Oct 23, 2014 at 5:08 PM, Joe Silva <jsilva@ufc.com> wrote:

> He is on his last fight at 19+19.
> I'll drop that and give him 22+22 25+25 28+28 and 31+31.
> Joe

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

--
Ali Abdelaziz
**Senior Executive Vice President**
4631 S. Dean Martin Dr, ste 100
Las Vegas, NV 89103

Ali@WSOF.com
Ph: 347.730.2001

CONFIDENTIAL ZFL-0876450

To: Michael Mersch[mmersch@ufc.com]
From: Joe Silva
Sent: Thur 1/21/2010 5:47:30 PM
Importance: Normal
Subject: RE: Shane Carwin
Received: Thur 1/21/2010 5:47:51 PM

Thanks!

**From:** Michael Mersch [mailto:mmersch@ufc.com]
**Sent:** Thursday, January 21, 2010 12:37 PM
**To:** Joe Silva
**Subject:** RE: Shane Carwin

A new promo, signing bonus letter concerning the $50K and corresponding new bout agreement for his fight with Mir at 35/35 was sent to Shane this morning.

**From:** Joe Silva
**Sent:** Wednesday, January 20, 2010 8:15 PM
**To:** Gina Paglione; Lawrence Epstein; Michael Mersch; Tracy Long
**Subject:** Shane Carwin

Shane is on his 2nd fight of a 4 fight deal at 19+19  22+22 and 25+25.
I talked to Dana and Lorenzo about it saying that I thought that was too low.
They agreed so I am offering him a new deal at:
$35,000+$35,000
$40,000+$40,000
$45,000+$45,000
$50,000+$50,000
$55,000+$55,000
and
$60,000+$60,000

Plus they want to give him an extra $50,000 for being a good guy throughout our dealings with him.
Joe

CONFIDENTIAL

ZFL-2534954