Zuffa Ex. 13

(JCCX22 - Email from T. Long to M. Mersch, Subj: RE: Mats Nilsson (inured???) vs Omari Akhmedov)

**To:** Tracy Long[tlong@ufc.com]
**From:** Michael Mersch
**Sent:** Mon 10/13/2014 7:11:29 PM
**Importance:** Normal
**Subject:** RE: Mats Nilsson (inured???) vs Omari Akhmedov
**Received:** Mon 10/13/2014 7:11:00 PM

I guess we just need some sort of basis for the 6 months extension Joe is asking us to add onto his deal.

He's your buddy but maybe go back to Joe with something like, "I just need to include some basis for the 6 month extension in his extension letter. Jazzmine doesn't have any record of an injury so do you want to check with his management or what should I include in his extension letter?"

**From:** Tracy Long
**Sent:** Monday, October 13, 2014 12:05 PM
**To:** Michael Mersch
**Subject:** Mats Nilsson (inured???) vs Omari Akhmedov

I e-mailed Joe because I noticed that Nilsson last fought in March, 2014. He said 6-month extension. I asked Jazzmine if he was injured following the London event. She said no, she didn't have an injury for his March fight. I went back to Joe and asked if it was a training injury, and he replied below. How am I supposed to proceed? Don't reach out to Joe, talk to me first, please.

**UFC**
**TRACY LONG | DIRECTOR, ATHLETE RELATIONS**
ULTIMATE FIGHTING CHAMPIONSHIP
PO Box 26959 | Las Vegas, NV 89126
702.588.5609 p | 702.914.0200 f
http://twitter.com/ufc   http://facebook.com/UFC

**From:** Joe Silva
**Sent:** Monday, October 13, 2014 11:52 AM
**To:** Tracy Long
**Subject:** Re: Mats Nilsson VS Omari Akhmedov

Don't know.
With e-mail getting wiped out every 3 months I have not record of it.
Joe

**From:** Tracy Long <tlong@ufc.com>
**Date:** Monday, October 13, 2014 at 2:50 PM
**To:** Joe Silva <jsilva@ufc.com>
**Subject:** RE: Mats Nilsson VS Omari Akhmedov

Is this a training injury?

**UFC**
**TRACY LONG | DIRECTOR, ATHLETE RELATIONS**
ULTIMATE FIGHTING CHAMPIONSHIP
PO Box 26959 | Las Vegas, NV 89126
702.588.5609 p | 702.914.0200 f
http://twitter.com/ufc   http://facebook.com/UFC

**From:** Joe Silva
**Sent:** Monday, October 13, 2014 11:23 AM
**To:** Tracy Long
**Subject:** Re: Mats Nilsson VS Omari Akhmedov

Yes.
Please send him 6 month extension.
Joe

**From:** Tracy Long <tlong@ufc.com>

CONFIDENTIAL                                                              ZFL-2479576

Date: Monday, October 13, 2014 at 1:27 PM
To: Joe Silva <jsilva@ufc.com>
Subject: RE: Mats Nilsson VS Omari Akhmedov

Was Nilsson injured? He last fought on March 8, 2014. He is on his 2nd fight of a 4-fight Agreement, which terminates on November 8, 2015.

**UFC**
**TRACY LONG | DIRECTOR, ATHLETE RELATIONS**
ULTIMATE FIGHTING CHAMPIONSHIP
PO Box 28959 | Las Vegas, NV 89126
702.588.5509 p | 702.914.0200 f
http://twitter.com/ufc   http://facebook.com/UFC

**From:** Joe Silva
**Sent:** Monday, October 13, 2014 6:07 AM
**To:** Amanda Lawson; Beth Turnbull; Brad Smuckler; Brette Sadler; Camille N. Garcia; Chris Kartzmark; Chris Provino; Christy King; Clare Wetton; Craig Borsari; Dana White Jr; Danielle Arpon; David Allen; Donna Marcolini; Doug Hartling; Eduardo Galetti; Feryal Hemamda; Gabrielle Angle; Garry Cook; Gina Paglione; Grace Tourinho; Heidi Noland; Iain Threadgould; Jackie Poriadjian; Jaime Pollack; James Elliott; Jason Haddon; JasonM Haddon; Joe Carr; John Barry; John Mulkey; Kirk Hendrick; Laura Gilbert; Lawrence Epstein; Lia Cooper; Lorenzo Fertitta; Marshall Zelaznik; Matt Parrino; Mayank Atreya; Melissa Henricks; Michael Mersch; Nick Shakinovsky; Norman Howell; Peter Dropick; Ryan McCarthy; Sean Shelby; Shanda Maloney; Shawn Cloninger; Stephen Quinn; Steven Coyne; Tim O'Toole; Tom Gerbasi; Tom Wright; Tracy Long; Valeria Maridon; Zachary Candito; UFC Public Relations; Victoria Coghlan; Peter Kloczko; James Kimball; Scott Boyd
**Subject:** Mats Nilsson VS Omari Akhmedov

UFC 182 Jan 3 Las Vegas
Welterweight Bout
Mats Nilsson VS Omari Akhmedov

Mats Nilsson Manager Graham Boylan
Omari Akhmedov Manger Ali Abdelaziz

"Mats Nilsson and Omari Akhmedov have verbally agreed to a welterweight bout at UFC 182 January 3 in Las Vegas."

CONFIDENTIAL                                                                                          ZFL-2479577