Zuffa Ex. 14

(ZCCX17 - Group of Bates Numbered Documents: ZFL-0819765; ZFL-0822479)

To: gary@g4mmafighters.com[gary@g4mmafighters.com]
From: Joe Silva
Sent: Fri 2/6/2015 4:35:51 PM
Importance: Normal
Subject: Re: Bradley Scott - MW
Received: Fri 2/6/2015 4:35:52 PM

Pickings are slim right now.
I have a ton of guys coming back from injury all at the same time.
Joe

From: Gary Cross <gary@g4mmafighters.com>
Organization: G4 MMA Fighters
Reply-To: "gary@g4mmafighters.com" <gary@g4mmafighters.com>
Date: Friday, February 6, 2015 at 11:34 AM
To: Joe Silva <jsilva@ufc.com>
Subject: RE: Bradley Scott - MW

I'll speak to him and will get back to asap. Is there anything closer to home Joe, he struggled with the long flight for his fight with Robert Whittaker ? I will be in touch as soon as I get of Brad. Thanks Gary

From: Joe Silva [mailto:jsilva@ufc.com]
Sent: 06 February 2015 16:18
To: gary@g4mmafighters.com
Subject: Re: Bradley Scott - MW

I can do:
Fight Night May 10 Adelaide, Australia
Middleweight Bout
Brad Scott VS Dylan Andrews

From: Gary Cross <gary@g4mmafighters.com>
Organization: G4 MMA Fighters
Reply-To: "gary@g4mmafighters.com" <gary@g4mmafighters.com>
Date: Friday, February 6, 2015 at 9:02 AM
To: Joe Silva <jsilva@ufc.com>
Cc: Gina Paglione <gpaglione@ufc.com>
Subject: RE: Bradley Scott - MW

Hi Joe,
I know you're a very busy man, but just wondered if you've anyone in mind for Bradley Scott at 185 around April time ?
Many thanks
Gary
From: Joe Silva [mailto:jsilva@ufc.com]

Sent: 15 January 2015 16:54
To: gary@g4mmafighters.com
Cc: Gina Paglione
Subject: Re: Bradley Scott - MW

We pay for visa.

Joe

From: Gary Cross <gary@g4mmafighters.com>

CONFIDENTIAL                                                                                                      ZFL-0819765

Organization: G4 MMA Fighters
Reply-To: "gary@g4mmafighters.com" <gary@g4mmafighters.com>
Date: Thursday, January 15, 2015 at 11:52 AM
To: Joe Silva <jsilva@ufc.com>
Subject: RE: Bradley Scott - MW

Brad,
He would prefer to fight in Europe if possible to keep the costs down.
My understanding is that he would have to pay $3k for a P1 visa if he fights in the USA ?
Brad will be ready early April onwards.
Best regards
Gary
From: Joe Silva [mailto:jsilva@ufc.com]

Sent: 15 January 2015 14:59
To: gary@g4mmafighters.com
Subject: Re: Bradley Scott - MW

I will look for an April/May fight for him.

Thanks,

Joe

From: Gary Cross <gary@g4mmafighters.com>
Organization: G4 MMA Fighters
Reply-To: "gary@g4mmafighters.com" <gary@g4mmafighters.com>
Date: Thursday, January 15, 2015 at 6:07 AM
To: Joe Silva <jsilva@ufc.com>
Subject: Bradley Scott - MW

Hi Joe,
Bradley will be cleared to train fully in February.
He cannot wait to fight again after such a long lay-off.
Would you bear him in mind for the end of April onwards please ?
Many thanks
Gary
From: Joe Silva [mailto:jsilva@ufc.com]

Sent: 09 May 2014 15:43
To: Gary Cross
Subject: Re: Appointment - BMI Bath

OK

From: Gary Cross <gary@g4mmafighters.com>
Reply-To: Gary Cross <gary@g4mmafighters.com>
Date: Friday, May 9, 2014 6:00 AM
To: Joe Silva <jsilva@ufc.com>, Clare Wetton <cwetton@ufc.com>, "bradscottmma@hotmail.co.uk" <bradscottmma@hotmail.co.uk>
Cc: Jazzmine Thompson <jthompson@ufc.com>, Randy Sulcer <rsulcer@ufc.com>
Subject: Re: Appointment - BMI Bath

No Joe, he has more damage than expected and needs a final consultation to decide what type of surgery is required.

CONFIDENTIAL                                                                                                   ZFL-0819766

Gary

Sent from Samsung Mobile

-------- Original message --------
From: Joe Silva <jsilva@ufc.com>
Date: 09/05/2014 02:19 (GMT+00:00)
To: Clare Wetton <cwetton@ufc.com>,bradscottmma@hotmail.co.uk,gary@g4mmafighters.com
Cc: Jazzmine Thompson <jthompson@ufc.com>,Randy Sulcer <rsulcer@ufc.com>
Subject: Re: Appointment - BMI Bath

Is he cleared?

Joe

From: Clare Wetton <cwetton@ufc.com>
Date: Monday, April 28, 2014 8:03 AM
To: "bradscottmma@hotmail.co.uk" <bradscottmma@hotmail.co.uk>, "gary@g4mmafighters.com" <gary@g4mmafighters.com>
Cc: Jazzmine Thompson <jthompson@ufc.com>, Joe Silva <jsilva@ufc.com>, Randy Sulcer <rsulcer@ufc.com>
Subject: Appointment - BMI Bath

Hi Brad,
I hope you're well.
I have arranged an appointment for you at 9am on the 6th May with Mr Bishay at the BMI Bath Clinic. This is the earliest they can see you, unfortunately the Orthopaedic shoulder specialist
only does Tuesday morning clinics, and is away tomorrow.
I have sent the clinic a copy of the referral letter asking for clearance to fight, but have also attached it so please take a copy with you just in case, along with the results of the MRI scan. They
have my credit card on file, but if you do receive any invoices please send them over to me asap so we can arrange payment and claim back on the company insurance.
Any questions let me know, Clare

CLARE WETTON | SENIOR MANAGER OF EMEA EVENT OPERATIONS

25 Worship Street | London | EC2A 2DX
t 0207 786 9220 | f 0207 256 8717 | m 07891 995062
https://twitter.com/UFC_UK  http://facebook.com/UFCUnitedKingdom <https://www.facebook.com/UFCUnitedKingdom>
CONFIDENTIAL                                                                                                                                    ZFI-0819767

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

CONFIDENTIAL                                                                                                 ZFL-0819768

**To:** Joe Silva[jsilva@ufc.com]
**From:** Graham
**Sent:** Sat 10/11/2014 3:28:56 PM
**Importance:** Normal
**Subject:** Re: Mats Nilsson
**Received:** Sat 10/11/2014 3:29:03 PM

Hi joe,

Just finalised , let's do it ????

Graham Boylan
**CEO**
Intensiti Fighter Management


Sent from my iPhone

On 11 Oct 2014, at 16:17, Joe Silva <jsilva@ufc.com> wrote:


**From:** Joe Silva <jsilva@ufc.com>
**Date:** Friday, October 10, 2014 at 7:25 PM
**To:** Graham Boylan <grahamboylan@intensitifm.com>
**Subject:** Re: Mats Nilsson

Actually I can do:
UFC 182 Jan 3 Las Vegas
Welterweight Bout
Mats Nilsson VS Omari Akhmedov


**From:** Graham Boylan <grahamboylan@intensitifm.com>
**Date:** Friday, October 10, 2014 at 10:22 AM
**To:** Joe Silva <jsilva@ufc.com>
**Subject:** Re: Mats Nilsson

Hi Joe,

not sure if you received my earlier email reply,

you are correct Mats is now at 170 , injured his knee 4/5 weeks back , is back in training 1 weeks of november and will be good to go end of jan.

Graham
Boylan
+44
7940 798801

www.intensitifightermanagement.com <http://www.intensitifightermanagement.com>

CONFIDENTIAL

ZFL-0822479

On 9 Oct 2014, at 00:37, Joe Silva <jsilva@ufc.com> wrote:

When can he fight again?
You said he wanted to go to 170, right?
Joe

---

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE
IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

<emailsignagure.jpg>

CONFIDENTIAL                                                                                                    ZFL-0822480