# Exhibit A

Redacted excerpt of PCCX344

## Costs of Sales Driver: Athletes

### Athlete Costs



Historical and Projected Athlete Costs ($ in mm)

- Compensation
- Other Athlete Costs

| | 2012A | 2013A | 2014A | 2015A | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|
| Total | $71 | $91 | $72 | $113 | $141 | $153 | $167 | $226 | $235 |
| Compensation | 64 | 84 | 63 | 99 | 120 | 129 | 143 | 201 | 211 |
| % Rev | 16% | 18% | 16% | 19% | 20% | 20% | 20% | 19% | 19% |

- Conservatively projects considerable fighter compensation growth, increasing from $99mm in 2015 to over $210mm by 2020
- PPV fighter compensation varies with the success of the PPV event
- Assumes PPV and non-PPV event fighter compensation grows at the same rate with increase in content revenues
- Other Athlete costs such as medical, drug testing, insurance, etc. grow considerably in 2016 to reflect annualized run rate of AOP and Anti-Doping Program
  - AHPC costs reflected in 2017; expected to be offset by sponsorship opportunities

### PPV Fighter Purse and Bonus



PPV Fighter Compensation Per Event ($ in mm)

UFC forecasts increase in compensation per event in 2019 coinciding with content value increase

2012A: $3.2, 2013A: $4.1, 2014A: $2.1 (2015A–2018E redacted)

### Non-PPV Fighter Purse and Bonus



Non-PPV Fighter Compensation Per Event ($ in mm)

UFC forecasts increase in compensation per event in 2019 coinciding with content value increase

2012A: $1.0, 2013A: $1.5, 2014A: $1.1 (2015A–2018E redacted)

UFC

60

CONFIDENTIAL    ZFL-2677957