WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW *(Pro hac vice)*
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER #3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL PLAINTIFFS' EXHIBIT 17 FROM THE EVIDENTIARY HEARINGS** |

## [PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION TO SEAL

Before this Court is Zuffa, LLC's ("Zuffa's") Motion to Seal Plaintiffs' Exhibit 17 from the Evidentiary Hearing.

The Court finds that compelling reasons exist to seal the portions of Plaintiffs' Exhibit 17 that Zuffa moves to seal.

IT IS HEREBY ORDERED THAT Zuffa's Motion to Seal is GRANTED. The Clerk of the Court shall file the document that has been lodged under seal in connection with the Parties' Notice of Exhibits from Phase 2 of the Evidentiary Hearing as ECF No. 753 under seal.

IT IS SO ORDERED

DATED:_____, 2019        By:_____
                                   Hon. Richard F. Boulware, II
                                   UNITED STATES DISTRICT JUDGE