Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and
Attorneys for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,
Brandon Vera, and Kyle Kingsbury*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　　Defendant. | Case No.: 2:15-cv-01045 RFB-BNW<br><br>**PLAINTIFFS' AMENDED MOTION TO WITHDRAW JIAMIN CHEN AS COUNSEL OF RECORD** |

# PLAINTIFFS' AMENDED MOTION TO WITHDRAW
# JIAMIN CHEN AS COUNSEL OF RECORD

Pursuant to Local Rule 11-6(b), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") respectfully move the Court to withdraw Jiamin Chen as counsel of record for Plaintiffs. Ms. Chen is no longer an attorney at Joseph Saveri Law Firm, Inc., and Ms. Chen is no longer working on this litigation. Notice of Ms. Chen's proposed withdrawal was served on Plaintiffs and on opposing counsel on October 7, 2019. *See* Declaration of Kevin E. Rayhill, ¶¶ 4-5.

For the reasons stated above, Plaintiffs respectfully request that the Court enter an order withdrawing Ms. Chen as counsel of record for Plaintiffs.

Date: October 8, 2019

By:     /s/ *Kevin E. Rayhill*
          Kevin E. Rayhill

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, true and correct copies of the following documents were served via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

- **PLAINTIFFS' AMENDED MOTION TO WITHDRAW JIAMIN CHEN AS COUNSEL OF RECORD**
- **DECLARATION OF KEVIN E. RAYHILL**
- **[PROPOSED] ORDER**

By: /s/ *Kevin E. Rayhill*
Kevin E. Rayhill