CORRECTED Pls' Ex. 17
(PCCX344 - UFC Company
Overview)



ZFL-2677898

CONFIDENTIAL



ZFL-2677899

CONFIDENTIAL

# Notice and Undertaking by Recipients

This presentation has been prepared by Zuffa, LLC (the "Company") for the exclusive use of the party to whom the Company delivers this presentation (such party, together with its subsidiaries and affiliates, the "Recipient"). Although the Company believes the information is accurate in all material respects, the Company does not make any representation or warranty, either express or implied, as to the accuracy, completeness or reliability of the information contained in this presentation. Any estimates or projections contained in this presentation as to events that may occur in the future (including projections of future financial performance and forward looking statements) are based upon the reasonable judgment of the Company.

The presentation may include certain forward looking statements and projections provided by the Company. Any such statements and projections reflect various estimates and assumptions by the Company concerning anticipated results. No representations or warranties are made by the Company as to the accuracy of any such statements or projections. Whether or not any such forward looking statements or projections are in fact achieved will depend upon future events, some of which are not within the control of the Company. Accordingly, actual results may vary from the projected results and such variations may be material. Statements contained herein describing documents and agreements are summaries only and such summaries are qualified in their entirety by such documents and agreements.

Nothing contained herein is, or shall be relied upon as, a promise or representation as to the past or future. The Company expressly disclaims any and all liability relating to or resulting from the use of this presentation. In addition, the information contained in this presentation is as of the date hereof, and the Company has no obligation to update such information, including in the event that such information becomes inaccurate.

This presentation has been prepared solely for informational purposes only. The Recipient should not construe the contents of this presentation as legal, tax, accounting or investment advice or a recommendation. The Recipient should consult its own counsel and tax and financial advisors as to legal and related matters concerning the matters described herein, and by accepting this presentation, the Recipient confirms that it is not relying upon the information contained herein to make any decision. This presentation does not purport to be all-inclusive or to contain all of the information that the Recipient may require.

This presentation contains material, non-public information concerning the Company and is subject to any applicable non-disclosure agreement. The Recipient acknowledges that the Company considers this presentation and all information contained herein to include confidential, sensitive and proprietary information and agrees that it shall use reasonable precautions in accordance with its established procedures to keep the presentation and all information contained herein confidential and shall not use any such information for any purpose other than for the purposes presented.

UFC

CONFIDENTIAL

3

ZFL-2677900

**SECTION 1**
Introduction

ZFL-2677901

CONFIDENTIAL

# Presenters

| Executive | | Tenure | Biography |
|---|---|---|---|
| Lorenzo Fertitta | Chief Executive Officer | 15 Years | • Lorenzo is Chairman and CEO of Zuffa<br>• He is an entrepreneur, casino executive, sports promoter, and active philanthropist |
| Ike Lawrence Epstein | Senior EVP & Chief Operating Officer | 9 Years | • Lawrence serves as COO of Zuffa and oversees all of the company's operations including marketing, production, legal, athlete development, and finance. The executive team reports directly to Lawrence and he is responsible for managing the global business<br>• Under his guidance, Zuffa spearheaded the regulatory effort for the sport of Mixed Martial Arts ("MMA"), gaining approval and sanction from the most prestigious regulatory bodies across the globe and in all 50 US states |
| Nakisa Bidarian | EVP & Chief Financial Officer | 5 Years | • Nakisa joined Zuffa in 2011 as SVP of Investment and Strategy. In his current role as CFO, he is responsible for finance, accounting, strategy, and corporate development<br>• Prior to joining Zuffa, he was Senior Vice President of Acquisitions and Investment Management with Mubadala Development Company |
| Kirk Hendrick | EVP & Chief Legal Officer | 14 Years | • Kirk joined Zuffa as General Counsel in 2002<br>• Kirk previously worked for the Nevada Attorney General's Office, attaining the title of Chief Deputy Attorney General, and provided counsel to the Nevada Gaming Commission and State Gaming Control Board, as well as the Nevada Athletic Commission that oversees unarmed combat |
| Joe Carr | SVP of International | 4 Years | • Joe joined Zuffa in 2012 as Senior Director of Investment and Strategy<br>• In this current role, he is responsible for the organization's international strategy and operations<br>• Prior to joining Zuffa, he worked in the Acquisitions Group at CIM Group and BlackRock |
| Deniza Batchvarova | SVP of Strategy | 4 Years | • Deni joined Zuffa in 2012 as Senior Director of Investment and Strategy<br>• In her current role, she is responsible for corporate development, strategic, business and financial planning, data management, transactional and ratings analysis<br>• Prior to joining Zuffa, she worked in the Global Industrial Group at Citigroup |

5

ZFL-2677902

UFC

CONFIDENTIAL

# History of Zuffa



1960–1970 | 1980 | 1990 | 2000 | 2005

Frank and Lorenzo were born and raised in Las Vegas, Nevada, the fight capital of the world

Golden age of boxing – Ali vs. Spinks in 1978 leaves a lasting impression

While serving as Vice Chairman of the Nevada State Athletic Commission, Lorenzo observes the fragmented structure around boxing and lack of a unifying brand for the sport

Dana White introduces Frank and Lorenzo to Brazilian Jiu-Jitsu and UFC. Soon thereafter, Zuffa purchased UFC for $2mm. At the time MMA had few rules, virtually no regulation by state athletic commission and broadcasters refused to air it

UFC invests to rehabilitate the UFC brand, pushes for legalization and regulation

First season of The Ultimate Fighter becomes mainstream success on Spike TV in 2005, setting the stage for MMA to become a global industry and UFC to transform into a household brand

CONFIDENTIAL

ZFL-2677903

6

# Evolution of UFC's Business Model

|  | Purchase Early 2000s | Mid 2000s (2005 - 2010) | Last 5 Years (2010 - 2015) | Recent Momentum (Since July 2015) |
|---|---|---|---|---|
| **Distribution** | Exclusively PPV | First broadcast TV content deal in UFC history | Landmark media rights deal with FOX and launch of digital subscription service | • 4 of top 6 highest PPV buy events in UFC history<br>• 4 of top 6 highest revenue gates<br>• 3 highest commercial PPV location events<br>• 3 of top 5 highest rated PPV prelims in FS1 history<br>• OTT subscribers grew 94%<br>• UFC 196 was the highest PPV buy event in UFC history with highest digital PPV sales of all time<br>• 42k tickets for upcoming UFC 198 (Brazil) sold out on first day of public sale, recording the most tickets sold in a single day in UFC history<br>• Legal in all 50 states given legalization of MMA in New York |
| **Partners** | No material partners | Niche brands | Global brands | |
| **Geography** | Las Vegas | US Expansion | International Expansion | |

Cult Following

Recognizable Names
Chuck Liddell   Tito Ortiz   Randy Couture

World-Class Professional Athletes
Anderson Silva   George St. Pierre   Brock Lesnar

Mainstream Crossover Stars
Ronda Rousey   Conor McGregor   Jon Jones

CONFIDENTIAL

ZFL-2677904

# Industry Overview

## The Sport

**MMA**
- The ultimate combat sport combining all variations of traditional martial arts
- MMA blends fighting styles and skills into well-rounded, balanced competition

**Ways to Win**
- 3 main ways to win a fight: Knockout, Submission or Decision

**Weight Classes**
- 10 weight classes provide an even, competitive landscape for all body types and sexes
- Range from 105 to 265+ pounds

**The Octagon**
- The trademarked octagonal, structure in which fighters compete
- Closed structure and padded surface provide additional layers of safety compared to traditional boxing rings

**Rules / Regulations**
- Unified Rules of MMA – licensed and sanctioned by governments and federations globally
- Most robust drug testing program in professional sports (in partnership with USADA)

## The Athletes

**Unique Mix of Skill and Technique**
For a fighter to be successful in UFC, one must be a master of multiple martial arts disciplines and maintain peak physical condition

**Students of Multiple Disciplines**
- Brazilian Jiu Jitsu
- Greco Roman
- Judo
- Muay Thai
- Tae Kwon Do
- Boxing
- Freestyle Wrestling
- Sambo
- Karate
- Sanda/Sanshou

**World Class Athletes**
UFC fighters have the pedigree of Olympic champions, world-champions, and NCAA champions. UFC fighters regularly cross train with other pro athletes from around the world

## MMA Competitors
Competitors have consistently emerged to take advantage of the industry UFC created

BELLATOR MMA    RIZIN    ONE Championship

CONFIDENTIAL

ZFL-2677905

8



ZFL-267906

CONFIDENTIAL



## UFC is a Global Phenomenon that is.....

### ...simple to understand...

- MMA uniquely transcends culture, race, language and age barriers
- Combines widely-known combat sports that originated thousands of years ago
- Simplicity of rules facilitates universal understanding of the sport
- "May the best man / woman win"
- Economically viable for all potential participants making global growth a reality

### ...and an established brand

- 23 years of history and operational expertise
- UFC is the most recognized brand in combat sports
- Richest content library in combat sports
- 500+ athletes under contract
- Global content distribution – 1.1bn TV households
- Significant global infrastructure – 369 employees, including 60 outside of the US
- Single ownership structure provides 100% flexibility and control in decision-making
- Valuable PPV franchise with long track record

10

ZFL-2677907

CONFIDENTIAL

# UFC Sits Atop the Sports and Entertainment Ecosystem

1. Unique Structure is Unrivaled in the World of Sports

2. Content Perfectly Suited for Evolving Distribution and Consumption Habits

3. Brand-Centric, Atttractive Margin Business Model

4. Universal Appeal with Desirable Fan Demographics

5. Ability to Create Superstars and Expand the UFC Brand

11

ZFL-2677908

CONFIDENTIAL

UFC

# Unique Structure is Unrivaled in the World of Sports



| | Global | National / International Content Owner | Local Content Owner | Unilateral Decision Making | Schedule Flexibility | No Seasonality |
|---|---|---|---|---|---|---|
| Privately Owned Global Sports Organization | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Privately Owned Leagues Largely Controlled by Teams | ✓/✗ | ✓ | ✓ | ✗ | ✗ | ✗ |
| Pass-Through Sports League | ✗ | ✗ [1] | ✗ [1] | ✗ | ✗ | ✗ |
| Sports Teams | ✗ | ✗ [1] | ✓ [1] | ✗ | ✗ | ✗ |
| Sports Cable, Network, Satellite | ✗ | ✗ | ✗ | ✗ | ✗ | NA |
| TV Broadcasters | ✗ | ✗ | ✗ | ✗ | ✗ | NA |
| Sports News, Blogs, Other | ✗ | ✗ | ✗ | ✗ | ✗ | NA |

[1] While most major sports league content is ultimately owned by the constituent teams, generally, the league controls the licensing of national / international content with the teams retaining the rights to their local content.

12

ZFL-2677909

CONFIDENTIAL

# Content Perfectly Suited for Evolving Distribution and Consumption Habits

## Unique Content

### Easy to Understand / Global

Simplicity of rules facilitates universal understanding of the sport and caters to a young demographic



### Short-Form

Action-packed, shorter duration bouts encourage high audience engagement

Average bout approximately 10 minutes

### 1-on-1 Competition

Content is well-suited for all consumption platforms, including mobile, given 1-on-1 nature of the sport









## Distribution / Consumption

### PPV / Linear Television

UFC fans have been conditioned to both pay for PPV and view the events via traditional broadcast / cable TV


(PAY-PER-VIEW)  UFC TV

### Expansion of UFC FIGHT PASS

Fans' willingness to pay for content allows for easier shift to subscription model, adding stable, recurring revenues



UFC FIGHT PASS

### Multi-Platform

UFC content can be easily consumed on multiple platforms, from TV and PC to AppleTV and Xbox

TV  XBOX

13

# Brand-Centric, Attractive Margin Business Model

- Global brand drives marquee live events that generate 4 diverse revenue streams
  - Fixed revenue vs. variable revenue has increased over time, providing more visible and stable earnings
- Stable cost structure around existing event and content production drives margin growth
  - High flow through of incremental revenue from content, sponsorship, and consumer products



Undisputed Worldwide Leader in MMA

Content | Live Events | Sponsorship | Consumer Products

Confident / Resilient / Aspirational

Absolute / Superior / Legendary

Visceral / Transformative / Powerful

14

ZFL-2677911

CONFIDENTIAL

# Universal Appeal with Desirable Fan Demographics

UFC has been successful in expanding its footprint and capturing a diversified fan base throughout the world

## Fan Demographics

45% between age 18 to 34

71% Men / 29% Women

19% Hispanic / 16% African American

Leading index in streaming live content, short videos and clips, TV shows, music and movies[1]

## The Only Truly Global Sports Organization

UFC has a global footprint, hosting events in 19 different countries to date with plans to enter 2 new countries in 2016

● Events Held / Planned     ● Active Discussions

## Social and Digital Highlights

95mm unique visitors annually to UFC.com

46mm global followers on major social channels

23.6mm Facebook followers

9.8mm Twitter followers

7.5mm Instagram followers

## Top Countries by Size of Fan Base



~260mm fans globally

USA 15%
Brazil 14%
China 14%
Russia 9%
Mexico 5%
Philippines 4%
Japan 4%
Other 36%

Source: Scarborough USA+ 2015 Release
[1] Leading index refers to first or second highest index among UFC, NFL, MLB, NBA, NHL, NASCAR, MLS, PGA, ATP, WTA, NCAA.

CONFIDENTIAL

15

ZFL-2677912



## Ability to Create Superstars and Expand the UFC Brand

UFC platform provides athletes unparalleled exposure and promotion on a global basis, with the power to turn relatively unknown fighters into global superstars and household names that further the growth of the UFC brand

**1** Identify up-and-coming talent and seed talent in new markets

**2** Develop fighters' early careers and provide additional training to increase marketability

**3** Continue to promote fighters through on the ground activation and public relations

**4** Cross-promotion and brand management by connecting superstars to marquee media outlets

### Case Study: Ronda Rousey

**2008**
Relatively unknown
Olympian in Beijing
*Early Career*

**2010**
Professional
MMA debut
*Beginning of Success*

**2012**
Becomes first UFC Women's
Bantamweight Champion and
successfully defends title
*World Champion*

**Present**
Ronda Rousey – celebrity
and cultural icon
*Crossover Star*

- The most popular female athlete on social media with over 20.2mm followers
- Most searched athlete in 2015 on Google and Yahoo
- Crossover star: hosting Saturday Night Live, starring in blockbuster movies, featured on multiple magazine covers, and author of NY Times best-selling autobiography

16

CONFIDENTIAL

ZFL-2677913



SECTION 3
Business Overview

ZFL-2677914

CONFIDENTIAL

# Evergreen Premium Content Engine Powers the Business

## Content

Own and produce:

40+ Live Events / Year

340+ Hours of live programming / Year

500+ Hours of live Spanish & Portuguese language content / Year

1,000+ Hours of taped content / Year

~13,000 hours of library content, increasing by 1,900+ hours per year

## Distribution

**Traditional – PPV**
DIRECTV
INDEMAND

**Digital – PPV**
UFC.TV  ¢TV
XBOX  ROKU

**Digital – Subscription**
UFC FIGHTPASS

**FTA**
FOX
pick
COMBATE

**Pay TV**
FOX
BT Sport  PPTV

Available in 142 countries and 21 languages

## Global Reach

Reaching 1.1bn TV households on an annual basis



~260mm active fans worldwide

Note: Live programming and taped content hours for 2015. Illustrative distribution partners.

CONFIDENTIAL

18

ZFL-2677915

# Largest Pay-Per-View Provider

- UFC has been the largest PPV provider in the world since 2007 developing strong and collaborative relationships with all key distributors

- The PPV revenue model allows for unlimited upside on premium content ("peak the peaks")

- UFC is agnostic to consumption preferences as the PPV product is available on cable, satellite and digital platforms

- Successfully increased revenue share splits with the traditional providers in all recent renewals

- Transition to digital is accretive to UFC as splits on those platforms are significantly more attractive

- Anticipating traditional PPV provider splits migrate towards the digital rates (70 / 30)

## PPV Buys, Revenue and Splits



PPV Buys per Event (000s) and Average Net Revenue / Buy ($)

Average PPV Buys — Average Net Revenue / Buy[1]

## Growing Share of Digital PPV

Digital PPV Buys as % of Total PPV Buys

| 2012A | 2013A | 2014A |
|-------|-------|-------|
| 5.2% | 5.6% | 5.9% |

[1] Average net revenue / buy blended across cable & satellite PPV, UFC TV PPV, and other digital PPV.

CONFIDENTIAL

19

ZFL-2677916

# UFC FIGHT PASS: Laying the Foundation for the Future

- UFC created UFC FIGHT PASS to be a digital combat sports vertical. It offers the richest library in combat sports, original programming, and exclusive live events

- UFC FIGHT PASS in 2016 will offer:
  - 6 exclusive UFC live events
  - 120+ live events from over 15 third-party organizations
  - 20k+ video assets available on-demand featuring more than 20 third-party fight libraries

- UFC FIGHT PASS has already surpassed 300k subscribers with minimal external marketing spend and limited oversight

- UFC FIGHT PASS' monthly subscription model has benefitted the organization in multiple ways:
  - Adds stable and recurring income stream
  - Allows UFC to collect customer-level data and establish a direct relationship with its fans
  - Introduces consumers to UFC's digital ecosystem, leading to higher margin PPV purchases through UFC.TV

- The combat sports library that UFC has accumulated is a valuable asset that will only appreciate with time. UFC can monetize this evergreen content through both OTT and traditional linear platforms



**Live Events**

Over 120 exclusive live events



**TV Shows**

UFC Unleashed, Best of PRIDE, and Dana White Looking for a Fight




**Originals**

Exclusive original programs, special features, in-depth interviews and reports from events around the globe

**Fight Library**

Access to the biggest events and best fights from world's most extensive MMA library





20

ZFL-2677917

CONFIDENTIAL

# Continued Growth in Ratings on the FOX Network Channels

- Strong record of attracting young audiences on broadcast and cable
- UFC's average viewership has increased consistently since FS1's launch in August 2013
- In 2015, UFC's live events unique audience on the FOX networks grew to 29mm, representing 7% YoY growth
  - Big surge in audience growth driven by increased engagement among female fans, accounting for 38% of UFC's unique audience
- UFC programming accounted for 28% and 27% of all primetime programming on FS1 and FS2
- UFC viewers represented 50% of the unique monthly viewers on FS1
- In 2015, 6 of the 9 Saturday Fight Nights outperformed ESPN for the time period

## Viewership Summary

### 2015 Cable Sports Networks Primetime Average

| Originator | M18-34 (000) | P18-34 (000) | M18-49 (000) | P18-49 (000) |
|---|---|---|---|---|
| ESPN | 356 | 504 | 743 | 1,046 |
| UFC PRIMETIME ON FS1 | 63 | 89 | 144 | 199 |
| NFL NETWORK | 60 | 85 | 141 | 195 |
| FOX SPORTS 1 | 50 | 71 | 111 | 158 |
| ESPN2 | 44 | 63 | 100 | 139 |
| FOX SPORTS 1 (Non-UFC) | 41 | 60 | 91 | 133 |
| NBC SPORTS NETWORK | 41 | 58 | 89 | 133 |
| UNIVISION DEPORTES | 30 | 41 | 63 | 88 |
| MLB NETWORK | 15 | 21 | 39 | 62 |
| NBA-TV | 21 | 27 | 38 | 51 |
| ESPNEWS | 17 | 22 | 35 | 45 |
| FOX DEPORTES | 12 | 17 | 26 | 35 |
| ESPNU | 10 | 14 | 24 | 34 |
| GOLF CHANNEL | 6 | 9 | 22 | 29 |
| FOX SPORTS 2 | 7 | 8 | 13 | 17 |
| BEIN SPORT | 2 | 3 | 5 | 6 |

## UFC Fight Night Ratings Growth

Ratings on FOX Sports 1 (000s)

CAGR   27%        26%        30%

| | M18-34 | P18-34 | P2+ |
|---|---|---|---|
| 2014A | 172 | 249 | 841 |
| 2015A | 188 | 263 | 956 |
| 2016A[1] | 278 | 398 | 1,424 |

## UFC PPV Prelims Ratings Growth

Ratings on FOX Sports 1 (000s)

CAGR   38%        42%        39%



| | M18-34 | P18-34 | P2+ |
|---|---|---|---|
| 2014A | 138 | 194 | 746 |
| 2015A | 207 | 320 | 1,110 |
| 2016A[1] | 264 | 394 | 1,438 |

Source: Nielsen, SNL Kagan and publicly available information.
[1] 2016 ratings as of 3/21/2016.

CONFIDENTIAL

ZFL-2677918

21

# UFC Well-Positioned in the US Media Rights Landscape

## Major Sports Leagues / Conferences Media Rights Contract Length

- UFC has the only significant national sports media rights up for renewal over the next five years
- The value of UFC's rights will be driven by competition for scarce available national sports properties amongst an increasing number of major sports media players

Current Media Rights Deals Run-Off



| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025+ | AAV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Professional Sports Leagues | | | | | | | | | | | $820mm |
| | | | | | | | | | | | $4,950mm[1] |
| | | | | | | | | | | | $300mm |
| | | | | | | | | | | | $492mm |
| | | | | | | | | | | | $1,550mm |
| | | | | | | | | | | | $116mm |
| | | | | | | | | | | | $2,667mm |
| Regional College Sports Conferences | | | | | | | | | | | $90mm |
| | | | | | | | | | | | $167mm |
| | | | | | | | | | | | $190mm |
| | | | | | | | | | | | $1,100mm |
| | | | | | | | | | | | $250mm |
| | | | | | | | | | | | $300mm |
| | | | | | | | | | | | $280mm |
| | | | | | | | | | | | $112mm |

Source: Wall Street Research, Sports Business Daily and other publicly available information.
[1] NBA deal ends in 2025; Big 12 deal ends in 2025; NCAA March Madness deal ends in 2032; SEC deal ends in 2034; ACC deal ends in 2027.
[2] Only includes deals with ESPN, FOX, CBS and NBC signed in 2014. Excludes $450mm (AAV) deal with CBS / NBC for Thursday Night Football signed in 2016.

22

ZFL-2677919

CONFIDENTIAL

# Maximizing Value of Content with Multiple Packages

## UFC Content Overview

- UFC's live, taped and library programming is ideally suited to be packaged for multiple broadcast partners and its content is particularly unique in that replays continue to drive strong viewership

### Current Programming Grid

| Programming | Description | Events / Episodes (2016) | Hours (2016) |
|---|---|---|---|
| Main card | Main fights broadcast on PPV, Fox, FS1 and Fight Pass | 41 | 106 |
| Prelims | Fox Prelims | 35 | 73 |
| | Fight Pass Prelims | 6 | 25 |
| Early Prelims | First 1-2-3 fights | 32 | 37 |
| Weigh-ins | Shoulder programming: fighter weigh-ins | 41 | 41 |
| Pre-Fight Show | Shoulder programming: pre-fight show | 30 | 29 |
| Post-Fight Show | Shoulder programming: post-fight show | 35 | 35 |
| Spanish / Portuguese Live Programming | Spanish & Portuguese language content | 155 | 513 |
| Cable (US) | Taped programming: The Ultimate Fighter, Ultimate Insider | 212 | 411 |
| Digital | Taped programming | 2,417 | 253 |
| International content | Taped programming: LATAM Brazil, EMEA, Asia | 1,253 | 386 |
| Other | Taped programming: promos, sponsorship, sizzle, features | 899 | 31 |
| Total | | 5,156 | 1,938 |

## Case Study – NFL US Media Rights

- The NFL has successfully packaged its content to maximize value and does not bear any game production costs

### US Media Segmentation by Package

| Content Package | Partner | Content | Total Rights Fee | AAV |
|---|---|---|---|---|
| AFC | CBS | In-market Sunday afternoon games, one thanksgiving game, one divisional playoff games & conference championship; 3 total superbowl in (109 - 110 games) | $9.0bn | $1.0bn |
| NFC | FOX | In-market Sunday afternoon games, one thanksgiving game, one divisional playoff games & conference championship; 3 total superbowl in (109 - 110 games) | $9.8bn | $1.1bn |
| Sunday Night | NBC | All Sunday evening games, one thanksgiving game; 3 total superbowl in (17-18 games) | $8.55bn | $950mm |
| Thursday Night | CBS/NBC | 10 total Thursday Night Games (all simulcast on NFL Network) | $900mm | $450mm |
| Thursday Night | NFL NETWORK | 16 Thursday Night Games (10 simulcast on CBS, NBC and Twitter) | Undisclosed | Undisclosed |
| Monday Night | ESPN | All Monday night Football Games (17 games) | $15.2bn | $1.9bn |
| Direct TV NFL Sunday Ticket | DIRECTV | All out-of-market regular season broadcasts unavailable on local affiliates | $12.0bn | $1.5bn |
| NFL Mobile | verizon | All Games | $1.0bn | $250mm |
| NFL Redzone | NFL NETWORK | Gameplay footage from all Sunday afternoon games | Undisclosed | Undisclosed |
| Expanded Playoff Package | TBD | Extra Round of Playoffs | TBD | TBD |
| Total | | | NM | $7.2bn |

Source: Wall Street Research, Sports Business Journal and other publicly available information.
Note: Twitter rights fee undisclosed.

CONFIDENTIAL

ZFL-2677920

23

# Driving International Media Rights Value Through Local Events

## Roadmap for Developing New Markets

**1** Enter a market through a broadly distributed television partner

- Content distribution provides access to consumers, seeding the market and allowing UFC to build a fan base
- UFC typically monetizes through Pay TV but will also have carve-outs for FTA partners who have broader distribution in order to reach a wider audience

**2** Monitor engagement

- UFC tracks engagement through metrics such as TV viewership and social media following – as interest builds, the fan base becomes more vocal, demanding more content and a local live event
- During this time, UFC launches on the ground activations such as fighter tours, viewing parties, and fan experiences – local investment creates PR/media buzz but also teases the fans for a future live event

**3** Invest in developing talent from the region

- Locally relevant talent plays a large factor in the speed of a market's development, to this end, UFC invests in talent through two primary vehicles, Fighter Development Programs and bespoke content such as international versions of The Ultimate Fighter and Road to UFC

**4** Host a UFC event in the region timed around renewal of TV rights

- Hosting a live event ensures mass media coverage and exemplifies the popularity of UFC brand
- Strategy has successfully resulted in meaningful rights value increases in Sweden, Korea, and the Philippines in 2015

Investment in these international markets leads to revenue growth across Content, Events, Sponsorship, and Consumer Products

## Case Study: Brazil

| | |
|---|---|
| 2002 | UFC content begins airing on Combate Channel, a subscription network owned by Globosat, dedicated to combat sports |
| 2011 | UFC hosts UFC 134 in Rio de Janeiro, its debut event on Brazilian soil. The event is headlined by Anderson Silva and sells out in minutes |
| 2012 | TV Globo and UFC agree to landmark FTA deal that airs UFC live events and the first season of TUF Brazil. UFC extends its partnership with Combate Channel, which converts to a 50/50 revenue share in 2015 |
| 2013<br>–<br>2014 | UFC hosts several successful live events in multiple cities around the country and produces 2 more seasons of TUF Brazil. |
| 2015 | Combate Channel, now UFC's second largest global partner, converts to a 50/50 revenue share providing unlimited financial upside as subscribers increase. UFC renews its FTA relationship with TV Globo for another 3 years which includes more robust marketing commitments and less live content |
| 2016 | UFC announces its first stadium event in Brazil, UFC 198 in Curitiba on May 14th, and sells out 42k tickets during the first day of public sale |

### Combate Average Subscribers ('000s)



CAGR: 35%

| 2011A | 2012A | 2013A | 2014A | 2015A |
|---|---|---|---|---|
| 138 | 237 | 331 | 413 | 465 |

 

24

CONFIDENTIAL

ZFL-2677921

# Production Capabilities

- Only major sports organization with an in-house full service production division that produces live events for third-party networks
  - Shooting, editing, color correction, audio mixing, studio show execution, promotional asset creation, captioning, graphics department, live event execution etc.
- Strategic focus on differentiating UFC events through high production value appealing to existing and new fans
- Digital production division supplies content for online and social outlets
- Full live / taped Spanish and Portuguese language production capabilities including studio live to tape execution and live event simulcasts
- Robust on-air talent team of over 15 hosts and analysts
- Global capabilities to execute live and taped productions in key international markets
- Music library monetization
- Content storage infrastructure allowing global access in real time
- Ability to develop new technology (content delivery, camera rigs, audio capture / submix)

## Annual Content Output

| | Asset | Hours |
|---|---|---|
| Live | 220 | 345 |
| Live Spanish / Portuguese | 155 | 513 |
| Taped US | 1,111 | 441 |
| Taped Regional | 1,253 | 386 |
| Digital | 2,417 | 253 |
| Total | 5,156 | 1,938 |

## Zuffa Library

| | Hours |
|---|---|
| UFC | 11,858 |
| UFC Owned Organizations | 678 |
| 3rd Party Organizations | 425+ |
| Total | 12,960 |

**UFC**

25

CONFIDENTIAL

ZFL-2677922

# Event Scheduling and Operations

**Calendar**

- UFC has complete control and flexibility over the event calendar which allows for changes to be made over the course of the year
- UFC targets 40 - 45 events annually based on current strategy with 13-16 being held internationally and the balance in the US and Canada
- PPV: 13 dates are typically set first, with at least 3-4 weeks between PPV events to allow for proper marketing lead time
- FOX and FS1: Once the PPV dates are secured, UFC works with its broadcaster to schedule its 22 FOX and FS1 contracted events. UFC tries to schedule its FOX fights the weekend before a PPV for promotional purposes
- UFC FIGHT PASS: UFC fills in remaining open dates with its UFC FIGHT PASS Fight Night events. Most of these Fight Nights are held internationally and will air in primetime locally (EMEA and Asia)
- Event dates are set taking into account the competitive environment of all other major sporting and entertainment events

**Venue**

- UFC confirms availability in multiple cities for almost every date to ensure location flexibility as fighter matchups and market preferences evolve throughout the year
- PPV: UFC will hold its mega events in Las Vegas and NYC, with the remaining PPVs being held in other major US markets. UFC will typically hold one PPV event each in Brazil and Canada, its two largest markets outside of the US
- FOX and FS1: UFC treats FOX events similar to PPV and generally hosts these events in major US and Canadian markets. FOX Sports 1 events will typically take place in smaller US cities. In recent years, UFC has also used FS1 Fight Nights events to expand internationally with the majority of Brazil and Australia events taking place on this platform
- UFC FIGHT PASS: Venue availability can be challenging in major international cities, so UFC often secures both dates and venues for FP events in Europe and Asia well in advance. The international calendar is typically fixed by Q1 of a given year

**Fights**

- Matchmaking and venue selection work in tandem and one often influences the decision process surrounding the other
  - For example, if UFC knows that it has an upcoming event scheduled in a particular country or city, it will try securing a main event featuring a fighter from that region
  - In other cases, the organization has a desired matchup and will then select the most suitable location for that particular main event out of the options available at the time



# The New York Effect – Impact of Legalization

## Benefits

Legalization of MMA in New York introduces new growth opportunities, including:

 **Brand Expansion**

- NYC offers an unparalleled opportunity for branding and publicity to expand UFC's reach in the US and globally

 **Creation of Unprecedented Events**

- Potential to host events at iconic, marquee venues, such as Madison Square Garden, Barclays Center, and Yankee Stadium

- Events will drive annual live event revenues given higher ticket prices and larger venues

 **Sponsorship**

- Increased number of potential blue-chip sponsors with the legalization of UFC in all 50 states in the US

- NYC is home to 55 Fortune 500 companies and is the epicenter for ad agencies

## #1 Media Market in the World



Madison Square Garden, New York City

Yankee Stadium, New York City

Barclays Center, Brooklyn





**55** Fortune 500 companies based in NYC



27

ZFL-2677924

CONFIDENTIAL

# Athletes: Development

## Athlete Development

- **Easy-to-Understand Weight Classes:** Fewer weight classes creates more meaningful championship titles as compared to boxing. Structure allows UFC to put on the fights fans want to see

- **Fighter Development Program:** UFC seeks up-and-coming talent in international markets and provides training and housing to develop potential UFC fighters

- **Fighter Recruiting:** Global knowledge of fighter camps and on-the-ground scouts help to identify UFC-ready talent

- **Roster Management:** UFC actively manages its roster to retain its talent

## Notable Fighters by Weight Class

| | | Notable Fighters by Weight Class | |
|---|---|---|---|
| Men | Heavyweight | Champion: Fabricio Werdum<br>Cain Velasquez, Stipe Miocic, Alistair Overeem | 36 Fighters |
| | Light Heavyweight | Champion: Daniel Cormier<br>Jon Jones, Anthony Johnson, Alexander Gustafsson | 34 Fighters |
| | Middleweight | Champion: Luke Rockhold<br>Chris Weidman, Jacare Souza, Vitor Belfort | 49 Fighters |
| | Welterweight | Champion: Robbie Lawler<br>Stephen Thompson, Tyron Woodley, Demian Maia | 97 Fighters |
| | Lightweight | Champion: Rafael Dos Anjos<br>Khabib Nurmagomedov, Anthony Pettis, Nate Diaz | 92 Fighters |
| | Featherweight | Champion: Conor McGregor<br>Jose Aldo, Frankie Edgar, Chad Mendes | 68 Fighters |
| | Bantamweight | Champion: Dominick Cruz<br>TJ Dillashaw, Urijah Faber, Thomas Almeida | 56 Fighters |
| | Flyweight | Champion: Demetrious Johnson<br>Joseph Benavidez, Henry Cejudo, John Dodson | 29 Fighters |
| Women | Bantamweight | Champion: Miesha Tate<br>Holly Holm, Ronda Rousey, Amanda Nunes | 25 Fighters |
| | Strawweight | Champion: Joanna Jedrzejczyk<br>Claudia Gadelha, Rose Namajunas, Paige VanZant | 31 Fighters |

28

ZFL-2677925

CONFIDENTIAL



## Athletes: Global Relevance

With ~50% of its roster comprised of international athletes, UFC is more diverse than any other global sports league

Athletes: 17

Athletes: 9

Athletes: 12

Athletes: 18

Athletes: 4

Europe  Athletes: 76

Athletes: 2

Africa

Athletes: 75

Other  Athletes: 13

Athletes: 18

Athletes: 258

Athletes: 15

**Athlete Background**

Olympic Medalists

Champions

World Champions

**Other**
Kickboxing, Boxing,
Wrestling, Judo World &
National Champions

UFC

CONFIDENTIAL

29

ZFL-2677926

# Athletes: Investing for the Long-Term

## Health and Safety


UFC Anti-Doping Program


IMMAF
INTERNATIONAL MIXED MARTIAL ARTS FEDERATION


Cleveland Clinic

- Athlete health is UFC's top priority and the organization has the most robust drug testing program in professional sports administered by the US Anti-Doping Agency ("USADA")

- Hired Jeff Novitzky in 2015 to be UFC's new Vice President of Athlete Health and Performance (formerly served at the US FDA leading its anti-doping efforts)

- Weight classes help to ensure evenly matched set of competitors

- Rules for stoppages are in place to ensure that fighters don't suffer unnecessary injury – referees are trained to treat fighter safety as the top priority

## Athlete Health and Performance

- Opening in May 2017, the 30,000-square-foot Athlete Health and Performance Center ("AHPC") will help UFC fighters train, rehabilitate injuries and gain knowledge about their bodies

- AHPC will include training and exercise equipment, a physiotherapy and rehabilitation, consultation and treatment rooms, nutrition and weight management programs, and performance diagnostics








30

CONFIDENTIAL

ZFL-2677927

# Opportunity for High-Impact Synergies

| Synergy | Commentary |
|---------|-----------|
| Content Creation | - UFC has a full-service production division that produces content for traditional and digital platforms<br>- Opportunity for efficiencies in content creation (both live and taped) with Disney's global production infrastructure |
| Turbocharge Pay Platforms | - UFC has a robust PPV offering across multiple platforms and its digital subscription service<br>- Leverage owned media platforms and assets to increase awareness and accelerate high margin PPV buys and UFC FIGHT PASS subscriptions |
| Sponsorship Integration | - UFC's sponsorship portfolio is set to grow given recent rebranding efforts and the expansion of the sport globally<br>- Unparalleled integration capabilities and access to "on-field and on-athlete" assets |
| Brand Expansion and Marketing | - UFC has recently invested marketing dollars into its brand, helping to expand the organization's popularity globally<br>- Disney's global reach and breadth of distribution channels can further UFC brand and help the sport reach new demographics |

UFC

CONFIDENTIAL

31

ZFL-2677928

# Disney / ESPN Crossover Opportunity

- UFC represents a unique opportunity for ESPN to own premium content in perpetuity and ESPN can provide a near-term catalyst for growth
  - Shifting content to ESPN from other networks can immediately boost ratings as demonstrated by the MLB and MLS
  - Despite similar demographics of UFC fans and ESPN viewers, there is a significant portion of fans/viewers that do not overlap, providing an opportunity to boost viewership on both ESPN and UFC content
- UFC fans are the leading Index among ESPN advertisers across multiple categories; overlap of audience creates opportunity to boost advertising revenues across both UFC and ESPN platforms

## UFC Audience Fit with Current ESPN Advertisers

Select Categories/Brands Where UFC Fans are Leading Index[3]

| | | | |
|---|---|---|---|
| QSR | Retail | Sit-Down Restaurants | Video Gaming |
| Auto Insurance | | Miscellaneous | Fantasy Gaming |
| Auto | | | |

## Ratings Uplift on ESPN vs. FS1

P2+ Ratings (000s)[1]



+118%  1,100  504

+69%  333  197

■ FS1  ■ ESPN

## UFC as a Catalyst for ESPN Viewership

UFC Fans Watching / Not Watching ESPN in 7-Day Period[2]

53% of UFC fans did not watch ESPN

20.5M UFC fans

of UFC fans watched ESPN

UFC fans

Source: Scarborough, Nielsen, SNL Kagan and publicly available information.
[1] Based on MLB and MLS regular season games in 2015.
[2] Based on adults 18+, "fan" = any interest.
[3] Leading index refers to first or second highest index among UFC, NFL, MLB, NBA, NHL, NASCAR, MLS, PGA, ATP, WTA, NCAA.

32

CONFIDENTIAL

ZFL-2677929

# Expanding Beyond Zuffa

**International Expansion**

- Scale the number of prime time international events to satisfy pent-up demand
  - Higher velocity of interaction by local fans with the brand
  - Valuable content that can be monetized globally
  - Increased sponsorship assets
  - Platform to cultivate geographically relevant talent
  - Improved market specific media coverage
- Use UFC content as a catalyst to grow owned international channels

**Scheduling Flexibility**

- Flexibility in scheduling and programming to best optimize for your offering versus being driven by third party leagues (e.g. College football championship)

**UFC FIGHT PASS as a Pillar to Build Leading OTT Vertical**

- Full ownership of all UFC content allows for the creation of a global digital sports distribution vertical

**Accelerating Investment in Athlete Training & Development**

- Build health and performance center in other key markets (e.g. Brazil, Europe)
- Develop an academies program to develop amateur and youth talent (e.g., China)

UFC

CONFIDENTIAL

33

ZFL-2677930

SECTION 4
Operations Overview

ZFL-267931

CONFIDENTIAL



# UFC Operating Model

| Support Services | Demand Creation | Consumer Offerings / Consumption | |
|---|---|---|---|
| Accounting / Finance | Athlete Development | Content | |
| Athlete Compliance & Regulatory | Corporate Communications | PPV | Linear | Digital | Fight Pass |
| Athlete Health & Performance | Creative Services | Event Development | |
| Business Strategy | Digital Media | Tickets | VIP Experience |
| Government / Regulatory | Fan Experience | Marketing Partnerships / Sponsorships | |
| HR | Marketing | Agency | Int'l | Digital | Activation |
| IT | Content | Event | Social | Consumer Products | |
| Legal | Public Relations | Licensing | Event Merch | E-commerce | Outfitting |
| Security / Facilities | Talent Relations | | |
| Tax | Production & Operations | | |
| | Production & Programming | | |
| | Live Event Production | Originals | Digital |
| | Event Operations | | |

CONFIDENTIAL

ZFL-2677933

36



## Global Infrastructure

**Canada**

Location: Toronto
Employees: 10
Functions: Commercial PPV, Sponsorship, Event Operations, Marketing, PR

**US**

HQ: Las Vegas
Satellite : Los Angeles
Employees: 291 LV, 18 LA
Functions (Los Angeles): Production

**EMEA**

Location: London
Employees: 17
Functions: Content, Sponsorship, Event Operations, Marketing, PR, Social/Digital, Creative, Production

**LATAM**

Location: Sao Paulo
Employees: 19
Functions: Content, Sponsorship, Consumer Products, Event Operations, Marketing, PR, Social/Digital, Production, Accounting, Legal

**North Asia**

Location: Shanghai
Employees: 3
Functions: Content, Social/Digital

**SE Asia & Australia**

Location: Singapore
Employees: 11
Functions: Content, Sponsorship, Marketing, PR, Social/Digital, Production, Accounting

37

ZFL-2677934

CONFIDENTIAL

UFC FINANCIAL DRIVERS

ZFL-2677935

CONFIDENTIAL

# The Next Five Years



| Segment | Key Drivers and Plan |
|---|---|
| Content | ▪ 2019 optimization of US / Canada distribution strategy<br>▪ Enhance PPV economics by:<br>  – Driving higher-margin digital PPV<br>  – Negotiating higher revenue splits upon contract expirations<br>▪ Growth of UFC FIGHT PASS digital OTT subscription service<br>▪ Growth in undersold international media rights and transition from output deals to packaged rights sales |
| Events | ▪ Capitalizing on investment in UFC brand, new premium venues, new ticket-selling technologies, and sanctioning of NY market |
| Sponsorship | ▪ Expanding into open categories and improving sell-through of inventory |
| Consumer Products | ▪ Contractual growth of revenues from key partners, EA Sports and Reebok |
| Expenses | ▪ Stable cost structure driving significant margin expansion |

## Revenue Projections

Revenue by Business Segment ($ in mm)

CAGR '12A-'15A: 11%

| | 2012A | 2013A | 2014A | 2015A | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|
| | 26% | 33% | 21% | | | | | | |

Content   Live Events   Sponsorship   Consumer Products

CONFIDENTIAL

ZFL-2677936

39



ZFL-2677937

CONFIDENTIAL

# Content Revenue Overview

## Revenue Drivers

- UFC monetizes its content through multiple distribution channels: traditional and digital Pay-Per-View ("PPV"), media rights licensing (both domestic and international), and UFC's subscription, direct-to-consumer OTT service UFC FIGHT PASS

- Each distribution channel provides distinct advantages and maximizes the value of UFC content

  - Media rights licensing to linear TV, such as FOX, captures a broad mainstream audience and builds a loyal fan base

    - These platforms create stars and serve as a promotional channel driving audience to other content platforms

  - PPV capitalizes on consumer demand for premium events and generates significant revenue upside

  - The transactional nature of PPV has conditioned UFC fans to pay for UFC content, contributing to the rapid growth of UFC FIGHT PASS

- Importantly, UFC owns all of its content, including all prior fights, TV programs and newly produced content

  - Allows significant flexibility with distributing, marketing and monetizing content

  - Control of production ensures broadcast quality and consistency

  - UFC competes with other major sports by offering a more personal experience, building excitement for every event by drawing them into athletes' lives and rivalries

## Content Revenue

Segment Breakdown ($ in mm)



CAGR '12A-'15A: 15%

|  | 2012A | 2013A | 2014A | 2015A |
|---|---|---|---|---|
| | $306 | | $378 | $325 |
| Residential PPV | 36 | 62 | | 89 |
| US Rights Fees | 95 | 104 | | 118 |
| Fight Pass | 44 | 48 | | 38 |
| | 131 | 164 | | 78 |

2012A 2013A 2014A 2015A 2016E 2017E 2018E 2019E 2020E

- Residential PPV
- US Rights Fees
- Fight Pass
- Commercial PPV
- International Rights Fees[1]

[1] International includes other revenue of $4.0mm in 2012, $2.4mm in 2013, $1.6mm in 2014, $0.6mm in 2015, and $0.2mm thereafter.

CONFIDENTIAL

ZFL-2677938

# Content Driver: Pay Per View

## Total PPV Revenue

Historical and Projected PPV Revenue ($ in mm)



## Cable & Satellite PPV

Average Net Revenue Per Buy

- Historical PPV SRP increases have shown the strong demand for our content, even during economic downturn

- Flexibility of distribution (OTT, digital PPV, linear TV) provides leverage in contract renewals with PPV providers to drive more favorable revenue splits

- Earned media coverage of UFC events on global platforms greatly increases promotion of events at no cost, leading to increased number of buys

  — UFC 196 generated 1.3mm+ PPV buys, the most in UFC history

42

CONFIDENTIAL

ZFL-267939

# Content Driver: Digital Pay Per View

## PPV Digital Revenue

Digital PPV ($ in mm)



Legend: UFC.TV Buy Revenue — Other Digital Buy Revenue — % of Total PPV Buys

## Digital Pricing

Digital Net Revenue per Buy



Legend: UFC.TV Net Revenue per Buy — Other Digital Net Revenue per Buy

## Growth of OTT[1]

US Subscriptions by Household (mm)



Legend: Pay TV Households — Digital Subscription (OTT) Households

[1] Leichtman Research Group, U.S. Census Bureau.

# Content Driver: Commercial Pay Per View

- &RPPHUFLDO 339 JHQHUDWHV UHYHQXH LQ 8.6., &DQDGD, $XVWUDOLD DQG NHZ ZHDODQG VLPLODU\ WR WKH UHVLGHQWLDO 339 EXVLQHVV
- 0DMRULW\ RI FXVWRPHUV LQ WKH 8.6., $XVWUDOLD DQG NHZ ZHDODQG SXUFKDVH RQ DQ HYHQW WR HYHQW EDVLV
- 0DMRULW\ RI FXVWRPHUV LQ &DQDGD DQG 3XHUWR 5LFR SXUFKDVH 4- 6 HYHQW EXQGOHV
- 8) & XVHV VDOHV DJHQW LQ HDFK UHJLRQ WR GHWHUPLQH ORFDWLRQ FDSDFLWLHV, SDFNDJHV DQG QHJRWLDWH GHDOV ZLWK ERWK LQGHSHQGHQWV DQG FKDLQ DFFRXQW
- 3ULFLQJ LV VHQVLWLYH WR WKH FRPSHWLWLYH VSRUWV PDUNHW HQYLURQPHQW DQG LV GHWHUPLQHG DV SULFH SHU RFFXSDQW EDVHG RQ WKH )LUH &RGH 2FFXSDQF\
- &RPPHUFLDO 339 ORFDWLRQ JURZWK WKURXJK SDUWQHUVKLSV ZLWK XQGHUSHQHWUDWHG QDWLRQZLGH FKDLQV (7G, ) ULGD\V, $SSOHEHH'V, HWF.)
  - &XUUHQWO\ WHVWLQJ LQ ~20 ORFDWLRQV RI 7G, ) ULGD\V (~1,000 UHVWDXUDQWV)
- 0DUNHWLQJ SURJUDP ZLWK 'LUHF79 WR GULYH IXUWKHU FRPPHUFLDO ORFDWLRQ JURZWK
- 3RWHQWLDO WR VKLIW FRPPHUFLDO 339 WR 8) & GLJLWDO SODWIRUPV GULYLQJ PDUJLQ
  - 8) & ZRXOG EH DEOH WR RIIHU WKH FRQWHQW WR EDUV / UHVWDXUDQWV ZLWKRXW KDYLQJ WR SD\ D VHUYLFH IHH, LQFUHDVLQJ DQQXDO QHW UHYHQXH WR 8) & E\ ~$11.8PP¹
- $YHUDJH SULFLQJ KDV EHHQ DIIHFWHG E\ ZHDNHQLQJ RI WKH &DQDGLDQ DQG $XVWUDOLDQ GROODUV WKH ODVW \HDU

## Key Chain Accounts

| BUFFALO WILD WINGS | HOOTERS |
| --- | --- |
| 900 Locations | 275 Locations |

## Commercial PPV Locations

## Commercial PPV Pricing

UFC

¹ $250 per location per event: estimated based off 2015.

CONFIDENTIAL

ZFL-2677941

# Content Driver: UFC FIGHT PASS

## UFC Digital Content Revenue

*UFC FIGHT PASS Revenue ($ in mm)*



- UFC FIGHT PASS has already surpassed 300k subscribers with minimal external marketing spend to date
- Current budget assumes 6 exclusive UFC events per year (in addition to PPV & linear TV prelims)
  - UFC has yet to place a premium event on UFC FIGHT PASS in US prime time
- Conservatively projects slight increase in month-to-month retention over the projection period (~3% increase from 2016 – 2020)
  - Retention varies on monthly basis, peaking in months with premier exclusive UFC events
- Conversion of free-trial subscribers held constant at 79% monthly average (based on historical data)
- UFC FIGHT PASS is priced at $9.99 per month and is assumed constant in the projection period
  - Assumes UFC net revenue per buy of 

## UFC FIGHT PASS Key Assumptions

Average Paid Subscribers

| | 2014A | 2015A | 2016E | 2017E | 2018E |
|---|---|---|---|---|---|
| Avg. Churn | 12% | | | | |
| Avg. Conversion[1] | 77% | | | | |

99,145

[1] Average conversion from new actives to paid actives (new actives are free trial subscribers).

45

ZFL-2677942

CONFIDENTIAL

# Content Driver: US Media Rights

## Domestic Media Rights

Historical and Projected US Media Rights Revenue ($ in mm)

$95   $104   $118

80   92   105

2012A   2013A   2014A   2015A   2016E   2017E   2018E

■ Contracted   ■ Other[1]

- Optimization of US / Canada distribution strategy in 2019 will result in significantly greater rights fees given:
  - Ratings performance of UFC content across FOX's networks
  - Increasing value of live premium sports content in the currently fragmented audience environment
  - Increased competition among broadcasters and new media distribution platforms
  - UFC's success in attracting advertiser-coveted demographics
  - Creation of distinct content packages and unbundling of US Spanish-language rights
  - Precedent sports rights contract renewals
- Despite representing a significant jump from the previous SPIKE / Versus deals, the current FOX deal is significantly below market
- Unlike the sports leagues, UFC bears all content production costs

Source: Wall Street Research, Nielsen, SNL Kagan and publicly available information.
[1] Includes FOX spot inventory value.
[2] P2+ ratings from 2014-2016 for UFC Fight Nights on FS1.

CONFIDENTIAL

## Precedent Sports Rights Fee Increases

Increase of US Media Rights AAV for Major Sports ($ in mm)

( 1.6x )  ( 2.9x )  ( 2.1x )  ( 1.5x )  ( 3.9x )  ( 3.2x )

$3,085   $4,950

$930   $2,667

$750   $1,550

$560   $820

$78   $300

$28   $90

## League Viewership Prior to Rights Renewal

Ratings 3 Years Prior to Media Rights Renewal (indexed to 100)

180
160
140
120
100
80
60

-3 Years   -2 Years   -1 Year

— NHL   — NBA   — MLB   — NASCAR   — MLS   — UFC[2]

Ratings for other major sports properties declined the 3 years prior to contract renewal while UFC is still exhibiting high growth on FS1 for both Fight Nights and PPV Prelims



46

ZFL-2677943

## Potential Bidders for UFC US Media Rights

| Distribution Partner | Type | Current Major Licensed Sports Content |
|---|---|---|
| FOX | Broadcast | |
| NBC | Broadcast | |
| CBS | Broadcast | |
| | Broadcast | |
| Univision | Broadcast | |
| | Broadcast | |
| ESPN | Fully Distributed Sports Cable Network | |
| | Fully Distributed Sports Cable Network | |
| SPORTS | Fully Distributed Sports Cable Network | |
| NBCSN | Fully Distributed Sports Cable Network | |
| tbs | Fully Distributed Cable Network | |
| | Fully Distributed Cable Network | |
| Spike | Fully Distributed Cable Network | |
| | Multi-system Operator | |
| NETFLIX | Over-the-top | |
| Google / YouTube | Over-the-top | |
| | Over-the-top | |
| | Over-the-top | |
| SHOWTIME | Premium Cable Network | |
| HBO | Premium Cable Network | HBO BOXING |
| verizon | Telecommunications Provider | |

UFC

CONFIDENTIAL

47

ZFL-2677944

# Content Driver: International Rights Fees

## International Media Rights

- UFC generates international media rights licensing fees in 142 territories for all events and programs; these partnerships are completed on a country-by-country basis
- Brazil is UFC's most significant international market, generating revenue through a partnership with FTA provider Globo and through a revenue share on a premium UFC subscription network, Combate
- Opportunity to replicate the success of Brazil across key markets through continued investment in localized content and events (e.g. Asia and Europe Fight Nights) and broad media relationships
- Recent renewals of China (1,456% YoY growth), Sweden (182%), Philippines (107%), and South Korea (34%) media rights deals are leading indicators of international upside



Historical and Projected Int'l Media Rights Revenue ($ in mm)

$32  2012A
$59  2013A
$81  2014A
2015A  2016E  2017E  2018E

## Undermonetized Markets

Media rights in the following markets have been artificially depressed for various reasons and represent tremendous near-term potential: Canada, France, Germany, India, Russia and UK

## Historical Precedent for Media Rights Increases

Recent growth in China, Philippines, South Korea and Sweden are representative of the revenue potential internationally given the continued investment in these markets



■ 2012A   ■ 2016E

$0.9   $1.1   $1.3

48

SECTION 2
Live Events

ZFL-2677946

CONFIDENTIAL

# Live Event Revenue Overview

## Revenue Drivers

- With over 300 events held to date in 19 countries, UFC expects to host 41+ events per year going forward

- UFC events are premium consumer experiences and are instrumental in building brand awareness

- The events generate substantial revenue through ticket sales (one of the highest ticket prices in sports) and create incremental revenue opportunities from concessions, merchandise, and site fees

  - UFC typically hosts 5-6 marquee events annually in Las Vegas

  - Opening of NY markets allows for 1-2 more Las Vegas - level gates

  - Opportunistically secure above-market site fees in select international markets

- Further live event revenue growth expected from the continued development of pricing technologies such as dynamic pricing, secondary resale platforms and alternative sale platforms such as GroupOn Live, LivingSocial, WalMart Ticket Outlets and Score Big

- Actively working with Ticketmaster on creating a consolidated UFC-specific sale, resale and dynamic pricing platform to maximize revenue streams

## Live Event Revenue

Segment Breakdown ($ in mm)



Number of Events

| 36 | 34 | 46 | 41 | 42 | 41 | 41 | 41 | 41 | 41 |

CAGR '12A-'15A: 10%

Total Live Events Revenue

Site Fees   Non-PPV Event Ticket Sales
VIP Experiences, Fight Club, Other
PPV Event Ticket Sales

ZFL-2677947
CONFIDENTIAL
UFC

# Live Event Driver: Ticket Sales

## PPV and Non-PPV Ticket Sales

### Historical and Projected Average Ticket Price



$250  $257  $201
$124  $131  $90

2012A  2013A  2014A  2015A  2016E  2017E  2018E

■ Average Non-PPV Ticket Price   ■ Average PPV Ticket Price

- Historical sell-through rates of 70%-75%

- The forecasted growth in PPV ticket prices in 2016 is driven by several marquee events (e.g. UFC 200), opening of T-Mobile arena in LV, and the legalization of MMA in NY

  - UFC 196 in the MGM arena boasted an avg. ticket price of $611

- In addition to marquee events, ticket price growth is driven by smaller events (tickets per event decline to 11.8k vs. 14.0k in 2015) which have higher average ticket prices

- Conservatively forecast PPV ticket prices to decrease in 2017 after UFC 200 and initial NYC event in 2016

- Conservatively forecast non-PPV ticket prices remaining nearly flat

## PPV and Non-PPV Events

### Event Breakdown



36  34  46  41  42  41  41  41  41
23  21  34  28  29  28  28
13  13  12  13  13  13  13

2012A  2013A  2014A  2015A  2016E  2017E  2018E  2019E  2020E

■ PPV Events   ■ Non-PPV Events

## Sports Leagues Ticket Price Benchmarking

### Average Ticket Price[1]



$29  $46  $54  $62  $96  $92  $191

UFC



Source: Average ticket prices as per Team Marketing Report and publicly available information.
[1] Average ticket price as of 2015. MLB, NBA, NHL, and NFL pricing excludes playoffs and represents a weighted average of season ticket prices for general seating categories.
[2] Average price £32.50 converted to USD at 1.41 USD / GBP.

CONFIDENTIAL

ZFL-2677948

SECTION 3
Sponsorship

ZFL-2677949

CONFIDENTIAL

# Sponsorship Revenue Overview

## Revenue Drivers

- UFC monetizes sponsorship through the sale of in-venue and in-broadcast assets, content product integration, rights to marks and digital impressions
- UFC is a compelling sports property for advertisers
  - 1.1bn TV households reach
  - Second highest concentration of young viewers
  - Skews towards males 18-34 and males 18-49
  - Reliable and consistent exposure through the year (no seasonality)
- The sponsorship segment has historically lagged the development of UFC's content segment
  - Youth of sport and brand have required education at the C-suite level
  - The controversial start of the brand remained an overhang
  - Lack of brand definition partners could center around
  - Fragmented approach to sales
- The restructured business model and explosive growth in Brazil, as UFC established a meaningful in market presence, saw a step-change in the business with annual revenues growing by ~60% to $57M in 2012
- Revenue has remained fairly stable, despite Brazil sales becoming a headwind due to the deteriorating economy and the country hosting the two largest sporting events in the world
- Well positioned to grow in the future
  - Brand strategy and structure allow partners to build impactful activations
  - Established network of agencies in international markets
  - Sponsorship shift towards content integration perfectly suited for UFC
  - Legalization of professional MMA in NY

## Sponsorship Revenue

Segment Revenue ($ in mm)

CAGR 12A-15A: (3%)

$57    $57    $54

2012A'  2013A  2014A  2015A  2016E  2017E  2018E  2019E  2020E

53

'. ~$5.2mm added from consumer products due to reclassification of revenues into sponsorship.



CONFIDENTIAL

ZFL-2677950

# Sponsorship Drivers: Categories and Inventory

## Sponsorship Drivers

- As our fan base has grown, more mainstream sponsors have looked to associate their brands with MMA and UFC

- Today, UFC's sponsorship revenue is driven by major global partners, including ABInBev (BudLight), Monster Energy, Harley Davidson, and MetroPCS

  - These sponsors are contracted through 2017/2018

- Significant opportunity remains to grow revenue through securing partners in the remaining open categories

- When compared to staple sponsorship categories for major sports properties, UFC has 15 categories available to future partners

- Additionally, growth will be driven by rate card increases and sell-through rate improvement, particularly in international markets

- With complete ownership and control over our production capabilities, UFC has the ability to create bespoke short-form content for partners and offer integration opportunities across its existing programming

- Further opportunity exists in leveraging sponsors' relationships at retail and creating point-of-sale activations

## Sponsorship Categories

### Available Categories

| Category | Exclusive Partner |
|---|---|
| Automobile Manufacturers | X |
| Automobile Aftermarket - Manufacturers | X |
| Automobile Aftermarket - Tires | Toyo Tires |
| Beverages - Beer | ABInBev |
| Beverages - Energy | Monster Energy |
| Beverages - Soft Drinks, Tea & Water | X |
| Beverages - Spirits | X |
| Consumer Electronics (includes cell phones) | X |
| Consumer Packaged Goods - Food | X |
| Consumer Packaged Goods - Non-Food | X |
| Entertainment - Other | X |
| Entertainment - Video Games | X |
| Entertainment - Video Game Platforms & Television | X |
| Financial Services | X |
| Insurance (Auto) | X |
| Insurance (Life and non-auto) | X |
| Motorcycle and Watercrafts | Harley Davidson |
| QSR - Pizza | X |
| QSR - Burger, Sandwiches, Other | X |
| Telecommunications Provider | MetroPCS |

### Global Sports League Sponsors

Leagues Sponsors by Category

Source: Publicly available information.

CONFIDENTIAL

ZFL-2677951

PCCX344 Page 54 of 70



SECTION 4
Consumer Products

ZFL-2677952

CONFIDENTIAL

# Consumer Products Revenue Overview

## Revenue Drivers

- Although the consumer products business has secured significant partnership recently, it remains relatively underdeveloped compared to other sports properties

- UFC has invested in building out a best-in-class consumer products team and is focused on partnering with global category leaders

- In 2013, UFC made the strategic decision to wind down the self-sourced apparel business and transition to a high-margin licensing-centric model

- Today, UFC generates consumer products revenue through:
  - UFC fight kit partnership with Reebok
  - Video game partnership with EA Sports
  - Merchandise sales at live events
  - UFC's e-commerce offerings through UFCStore.com
  - Other licensing deals across categories including apparel, athletic gear, memorabilia, home & office, and others

- Additional revenue from UFC's 50/50 joint-venture in UFC Gym
  - UFC Gym provides more than revenue as it increases consumer awareness and allows for fan participation

## Consumer Products Revenue

Segment Breakdown ($ in mm)



Legend: Licensing, UFC Gym Royalty, Event Merchandise, Other, Video Games, E-Commerce

1. -$5.7mn subtracted from consumer products due to reclassification of these revenues into sponsorship.

56

CONFIDENTIAL

ZFL-2677953

# Consumer Products Drivers: Key Partnerships

## UFC Apparel: Reebok

Total Reebok Licensing Revenue ($ in mm)



2015A  2016E  2017E  2018E  2019E  2020E

■ Exposure Fee  ■ Minimum Revenue Guarantee  ■ Royalty Above MRG

- Marquee licensing partnerships with int'l brands, Reebok and EA Sports

- In 2015, UFC instituted its Athlete Outfitting Policy with Reebok to provide a consistent presentation during official UFC events
  - 6-year deal composed of exposure fee, minimum revenue guarantees ("MRG"), and upside through royalties on actual sales
  - In 2016, UFC / Reebok product will be carried in 810 doors worldwide

- Multi-year, multi-product contract with EA Sports, the premium sports video game developer, in which UFC received royalties based on game sales
  - Forecasted revenues represent contractual increases in MRG

- While these recent successes have driven growth, consumer products revenue is still greatly undermonetized

## EA Partnership Revenue

Guaranteed Royalties ($ in mm)



$2.2

2014A  2015A  2016E  2017E  2018E  2019E  2020E

## Case Study: UFC vs. WWE Consumer Products

| | UFC | WWE |
|---|---|---|
| 2015 Consumer Products Revenue ($mm)[1] | | $98.4 |
| % of Total Revenue | | 14.9% |



Source: Company filings.
[1] WWE Consumer Products revenue includes licensing, venue merchandise and WWEShop.

CONFIDENTIAL

57

ZFL-2677954

SECTION 5
Expenses

ZFL-2677955

CONFIDENTIAL

# Costs of Sales Overview

## Costs of Sales Drivers

- **Athletes** – Primarily composed of athlete compensation (purse and bonuses). With the increase in content revenue in 2019, conservatively projecting a step-change in fighter compensation in-line with the revenue increase. Other expenses included are:
  - Athlete sponsorship
  - Athlete outfitting policy ("AOP") payments
  - Medical and drug testing
  - Insurance
  - Athlete merchandise royalties

- **Production** – Includes all production costs for live events, The Ultimate Fighter and other original programming, including TV trucks, personnel, equipment, announcers, and stage labor

- **Marketing** – Includes all marketing costs including event, ticket, and brand

- **Other Costs of Sales ("COS") Expense** – Expenses included are:
  - Venue costs
  - Event merchandise COGS
  - Ticket tax
  - PPV and Broadcast tax
  - Website expenses
  - Commissions and fees

## Costs of Sales

Segment Breakdown ($ in mm)



ZFL-2677956

59

**UFC**

CONFIDENTIAL

# Costs of Sales Driver: Athletes

## Athlete Costs

Historical and Projected Athlete Costs ($ in mm)

- Compensation
- Other Athlete Costs

| | 2012A | 2013A | 2014A | 2015A | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|
| | $71 | $91 | $72 | $113 | $141 | $153 | $167 | $226 | $235 |
| Other | 64 | 84 | 63 | 99 | 120 | 129 | 143 | 201 | 211 |
| % Rev | 16% | 18% | 16% | 19% | 20% | 20% | 20% | 19% | 19% |

- Conservatively projects considerable fighter compensation growth, increasing from $99mm in 2015 to over $210mm by 2020
- PPV fighter compensation varies with the success of the PPV event
- Assumes PPV and non-PPV event fighter compensation grows at the same rate with increase in content revenues
- Other Athlete costs such as medical, drug testing, insurance, etc. grow considerably in 2016 to reflect annualized run rate of AOP and Anti-Doping Program
  - AHPC costs reflected in 2017; expected to be offset by sponsorship opportunities

## PPV Fighter Purse and Bonus

PPV Fighter Compensation Per Event ($ in mm)

UFC forecasts increase in compensation per event in 2019 coinciding with content value increase

| 2012A | 2013A | 2014A | 2015A | 2016E | 2017E | 2018E |
|---|---|---|---|---|---|---|
| $3.2 | $4.1 | $2.1 | | | | |

## Non-PPV Fighter Purse and Bonus

Non-PPV Fighter Compensation Per Event ($ in mm)

UFC forecasts increase in compensation per event in 2019 coinciding with content value increase

| 2012A | 2013A | 2014A | 2015A | 2016E | 2017E | 2018E |
|---|---|---|---|---|---|---|
| $1.0 | $1.5 | $1.1 | | | | |

60

ZFL-2677957

CONFIDENTIAL

# Costs of Sales Driver: Production Costs

## Production Drivers

- The current forecast assumes consistent number of events (42 in 2016, 41 thereafter) and thus management expects minimal increases in overall production costs

- The stable nature of these expenses provide for significant leverage in the business model allowing for incremental revenue to contribute directly to EBITDA

- Live event production costs include those related to PPV, FOX Network events, and Fight Pass events. Non-event productions costs include those related to The Ultimate Fighter, taped, and other shoulder programming

## Total Production Costs



Cost Breakdown ($ in mm)

|  | 2012A | 2013A | 2014A |
|---|---|---|---|
| | $95 | $84 | $187 |
| | 48 | 41 | 57 |
| | | | 66 |
| | 49 | 43 | 50 |
| | | | 41 |

Total Product Costs as % of Revenue

| % Rev | 21% | 16% | 24% |

■ Live Event   ■ Non-Event

*UFC*

61

ZFL-2677958

CONFIDENTIAL

# Costs of Sales Driver: Marketing Costs

## Marketing Drivers

- Marketing expenses are driven by four major categories: event marketing (predominantly PPV), ticket marketing, brand marketing and FOX spot inventory costs

- FOX represents the contractual spot inventory which is accounted for in both revenue and expenses and has no negative impact to profitability

- Historically event marketing represented 80 – 85% of marketing costs, with the remainder mostly ticket marketing

- In 2015 and beyond, event marketing represents 60 – 65% of the costs, while branding represents 20% reflecting the increased focus on brand growth and fan engagement

- The increase in marketing in 2015 was driven by increased use of promotional content to drive awareness for events (Embedded), expansion of IFW, the rebrand initiative, and the increased investment in fan activations

## Marketing Costs

Total Marketing Costs ($ in mm)



Total Marketing Costs as % of Revenue

| % Rev | 2012A 9% | 2013A 9% (Takeaway) | 2014A 9% | 2015A | 2016E | 2017E | 2018E | 2019E | 2020E |

■ Marketing Costs  ■ FOX Advertising Gross-Up

CONFIDENTIAL

ZFL-2677959

62

# Operating Expense Overview

## Operating Expense Drivers

- **Compensation** – Includes salary, bonus (modeled as 20% of salary), and supplemental bonus
  - Supplemental bonus is a non-traditional payment to current senior executives that will not be a go forward expense under new ownership

- **Travel and Entertainment ("T&E")** – Includes travel-related expenses for fighters, Zuffa management and staff for live events and non-event travel around the world

- **Other G&A** – Includes expenses such as finance, public relations, office expenses, charitable donations, miscellaneous taxes and more

- **Consulting / Legal / Lobby** – Includes consulting and legal fees related to regulation of UFC in the US and internationally, as well as day-to-day business operations

- **Airplanes** – Accounts for all private jets used by current shareholders. Will not be a go forward expense under new ownership

- **Facilities** – Includes all expenses required to operate offices
  - Increase in 2017 related to new corporate headquarters

## Operating Expenses

Segment Breakdown ($ in mm)



CAGR 12A-'15A: 3%

Legend: Compensation, Cons / Legal / Lobby, T&E, Airplanes, Other G&A, Facilities

Years: 2012A 2013A 2014A 2015A 2016E 2017E 2018E 2019E 2020E

63

UFC

CONFIDENTIAL

ZFL-2677960

SECTION 6
Financial Summary

ZFL-2677961

CONFIDENTIAL



# Historical and Projected Financial Summary

## Revenue Projections

### Revenue by Business

CAGR '12A-'15A: 11%

$446
$516
$450

CAGR '12A-'15A: 18%

- Content
- Live Events
- Sponsorship
- Consumer Products

## Pro Forma Adjusted EBITDA Projections[1]

Pro Forma Adjusted EBITDA ($ in mm)

CAGR '12A-'15A: 18%

$116
$171
$96

Pro Forma Adjusted EBITDA Margin (%)

26%   33%   21%

2012A 2013A 2014A 2015A 2016E 2017E 2018E 2019E 2020E

[1] Pro Forma for supplementary bonus and owner intra-line expenses.

CONFIDENTIAL

ZFL-2677962

65



# EBITDA to Cash Flow Conversion

## Capex ($ in mm and as % of Revenue)

3.4%  3.8%  2.7%

$15  $20  $12

2012A 2013A 2014A 2015A 2016E 2017E 2018E 2019E 2020E

Ongoing Capex   JV Investments[1]   Other[2]

## Unlevered FCF ($ in mm and as % of Revenue)[3]

25%  30%  21%

$114  $153  $95

2012A 2013A 2014A 2015A 2016E 2017E 2018E 2019E 2020E

## Change in WC ($ in mm and as % of Revenue)

2.8%  0.4%  2.5%

$13  $2  $11

2012A 2013A 2014A 2015A 2016E 2017E 2018E 2019E 2020E

## Unlevered Free Cash Flow Conversion (%)[3]

105%  97%  102%

98%  90%  99%

2012A 2013A 2014A 2015A 2016E 2017E 2018E 2019E 2020E

UFCF   UFCF w/o Other Capex

[1] Includes investments in UFC GYM, UFC FIT, and Fightland from 2012 to 2016.
[2] Includes capex for corporate headquarter and AHPC. For 2017, includes $13mm for land and building divestiture.
[3] UFCF defined as Pro Forma Adjusted EBITDA, less capital expenditures, less changes in working capital; UFCF conversion reflects cash flow conversion with and without other capax.

ZFL-2677963

CONFIDENTIAL

# Operating Leverage

Given UFC's stable, efficient cost structure, incremental revenue largely flows to the bottom line



| Operating Lever | Commentary | 2018E Metric | Adjustment | Impact |
|---|---|---|---|---|
| PPV Buys (% Growth) | Increase PPV buys through organic growth and additional marketing | | | |
| PPV Blended Net Revenue Split | Potential to increase PPV split with PPV providers when US / Canada deals expire in 2018 | | | |
| Average # of UFC FIGHT PASS Subscribers | Increased marketing efforts or moving additional content to UFC FIGHT PASS can substantially increase number of subscribers | | | |
| Average # of Commercial PPV Locations / Event | Currently in negotiation with large chains which could add hundreds of locations at once | | | |

UFC

CONFIDENTIAL

67

ZFL-2677964

# Historical and Projected Financial – Detailed



| | 2012A | 2013A | 2014A |
|---|---|---|---|
| **Revenue** | | | |
| **Content:** | | | |
| Residential PPV | $131 | $164 | $79 |
| US Rights Fees | 95 | 104 | 118 |
| International Rights Fees | 26 | 62 | 83 |
| Commercial PPV | 44 | 48 | 36 |
| Fight Picks | 1 | 1 | 9 |
| **Total Content Revenue** | $396 | $378 | $325 |
| **Live Events** | | | |
| PPV Event Ticket Sales | $38 | $40 | $24 |
| Non-PPV Event Ticket Sales | 16 | 20 | 20 |
| VIP Experiences, Fight Club, Other | 1 | 2 | 1 |
| Site Fees | 1 | – | 10 |
| **Total Live Events Revenue** | $56 | $62 | $55 |
| **Sponsorship** | | | |
| **Total Sponsorship Revenue** | $52 | $57 | $54 |
| **Consumer Products** | | | |
| Licensing | $(13) | $8 | $3 |
| Event Merchandise | 3 | 3 | 3 |
| Video Games | 9 | 0 | 2 |
| UFC Gym Royalty | – | 0 | 2 |
| Other | 6 | 6 | 3 |
| E-Commerce | 1 | 1 | 1 |
| **Total Consumer Products** | $32 | $19 | $16 |
| **Total Revenue** | $446 | $516 | $450 |
| **Expenses** | | | |
| **Cost of Sales** | | | |
| Athletes | $71 | $91 | $72 |
| Production | 95 | 84 | 107 |
| Other Cost of Sales | 71 | 78 | 65 |
| **Total Cost of Sales** | $238 | $234 | $244 |
| **Gross Profit** | $209 | $282 | $226 |
| Gross Margin (%) | 47.0% | 50.6% | 45.7% |
| **Operating Expenses** | | | |
| Compensation | $61 | $56 | $53 |
| T&E | 18 | 16 | 22 |
| Other G&A | 24 | 14 | 21 |
| Corp / Legal / Lobby | 15 | 13 | 14 |
| Airplane | 14 | 16 | 9 |
| Facilities | 3 | 4 | 4 |
| **Total Operating Expenses** | $135 | $117 | $124 |
| **EBITDA** | $75 | $145 | $102 |
| EBITDA Margin (%) | 20.0% | 28.0% | 18.1% |
| Adjustments | $29 | $(06) | $(31) |
| **Adjusted EBITDA** | $103 | $144 | $91 |
| Add: Supplementary Bonus | – | $13 | $7 |
| Adj: Owner Plane Expense | 14 | 15 | 9 |
| Less: Additional T&E | (2) | (2) | (2) |
| Add: Disposed FF&E for Move to New Facility | | | |
| **Adjusted EBITDA** | $115 | $172 | $94 |
| PF Adjusted EBITDA Margin (%) | 26.0% | 33.1% | 21.4% |

[1] Include deferred comp, loss on impairment, termination expense, video game signing bonus and other.
[2] 75% of supplementary bonus added to Adjusted EBITDA.
[3] Removal of owner plane expense offset by $1.5mm increase in T&E.

CONFIDENTIAL

ZFL-2677965

# Historical Balance Sheet

| ($ in 000s) | December 31, | |
|---|---|---|
| | 2014A | 2015A |
| **Assets** | | |
| **Current Assets:** | | |
| Cash and Cash Equivalents | $7,515 | |
| Accounts Receivable, Net | 35,237 | |
| Due from Related Parties | 1,355 | |
| Inventories, Net | 1,139 | |
| Investment in Trading Security | 82 | |
| Prepaid Expenses and Other Current Assets | 5,831 | |
| Film and Television Costs, Net | 40 | |
| **Total Current Assets** | **$51,199** | |
| Property and Equipment, Net | $41,338 | |
| Goodwill | 66,898 | |
| Intangible Assets, Net | 806 | |
| Notes Receivable from Related Party | 703 | |
| Investments | 7,160 | |
| Film and Television Costs, Net | 2,446 | |
| Other Noncurrent Assets | 2,773 | |
| **Total Assets** | **$173,323** | |
| **Liabilities and Members' Deficit** | | |
| **Current Liabilities:** | | |
| Accounts Payable | $9,864 | |
| Current Portion of Long-Term Debt, Net | 4,373 | |
| Due to Related Parties | 929 | |
| Accrued Expenses and Other Current Liabilities | 34,199 | |
| Deferred Revenues | 5,419 | |
| **Total Current Liabilities** | **$54,784** | |
| Long-Term Debt, Net | $463,652 | |
| Guaranty Liability | 665 | |
| Other Noncurrent Liabilities | 11,002 | |
| **Total Liabilities** | **$530,103** | |
| Commitments and Contingencies | 0 | |
| Members' Deficit | (356,780) | |
| **Total Liabilities & Members' Deficit** | **$173,323** | |

69

ZFL-2677966

CONFIDENTIAL



ZFL-2677967

CONFIDENTIAL