WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER (State Bar No. 3568)
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DEFENDANT ZUFFA, LLC'S MOTION TO WITHDRAW RORY L. SKAGGS AND ROSS P. MCSWEENEY AS COUNSEL OF RECORD** |

**MOTION TO WITHDRAW RORY L. SKAGGS AND ROSS P. MCSWEENEY AS COUNSEL OF RECORD**

Pursuant to Local Rule IA 11-6(b), Defendant Zuffa, LLC ("Zuffa"), respectfully moves the Court to withdraw Rory L. Skaggs and Ross P. McSweeney as counsel of record for Zuffa. Mr. Skaggs and Mr. McSweeney have left the firm of Boies Schiller Flexner LLP and are no longer working on this litigation and no longer represent Zuffa in this matter.

Boies Schiller Flexner LLP and Campbell & Williams continue to serve as counsel for Zuffa through the other attorneys of record. Notice of the proposed withdrawal of Mr. Skaggs and Mr. McSweeney as counsel of record has already been provided to Zuffa and to opposing counsel. Decl. of Brent K. Nakamura in Supp. of Mot. to Withdraw ¶¶ 4-5.

For the reasons stated above, Zuffa respectfully requests that the Court enter an order withdrawing Mr. Skaggs and Mr. McSweeney as counsel of record for Zuffa.

| | |
|---|---|
| Dated: January 6, 2020 | Respectfully Submitted, |
| | BOIES SCHILLER FLEXNER LLP |
| | By: */s/ Brent K. Nakamura* |
| | Brent K. Nakamura |

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (Pro hac vice)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

BRENT K. NAKAMURA (*Pro hac vice*)
(bnakamura@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800; Fax: (415) 293-6899

RICHARD J. POCKER, State Bar No. 3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 S. Fourth Street, Ste. 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL, State Bar No. 1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant Zuffa, LLC's Motion to Withdraw Rory L. Skaggs and Ross P. McSweeney as counsel was served on January 6, 2020 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Roderick J. Crawford*
Roderick J. Crawford, an Employee of
Boies Schiller Flexner LLP