```
 1  WILLIAM A. ISAACSON (Pro hac vice)
    (wisaacson@bsfllp.com)
 2  STACEY K. GRIGSBY (Pro hac vice)
    (sgrigsby@bsfllp.com)
 3  NICHOLAS A. WIDNELL (Pro hac vice)
    (nwidnell@bsfllp.com)
 4  JONATHAN M. SHAW (Pro hac vice)
    (jshaw@bsfllp.com)
 5  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, NW, Washington, DC 20005
 6  Telephone: (202) 237-2727; Fax: (202) 237-6131
 7
    RICHARD J. POCKER (State Bar No. 3568)
 8  (rpocker@bsfllp.com)
    BOIES SCHILLER FLEXNER LLP
 9  300 South Fourth Street, Suite 800, Las Vegas, NV 89101
    Telephone: (702) 382-7300; Fax: (702) 382-2755
10
11  DONALD J. CAMPBELL (State Bar No. 1216)
    (djc@campbellandwilliams.com)
12  J. COLBY WILLIAMS (State Bar No. 5549)
    (jcw@campbellandwilliams.com)
13  CAMPBELL & WILLIAMS
    700 South 7th Street, Las Vegas, NV 89101
14  Telephone: (702) 382-5222; Fax: (702) 382-0540
15
    Attorneys for Defendant Zuffa, LLC, d/b/a
16  Ultimate Fighting Championship and UFC
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ZUFFA, LLC'S MOTION TO WITHDRAW RORY L. SKAGGS AND ROSS P. MCSWEENEY AS COUNSEL OF RECORD** |

**[PROPOSED] ORDER**

Before this Court is Zuffa, LLC's ("Zuffa") Motion to Withdraw Rory L. Skaggs and Ross P. McSweeney as Counsel of Record. Having reviewed the motion and accompanying declaration, the Court hereby GRANTS Zuffa's Motion to Withdraw.

Rory L. Skaggs and Ross P. McSweeney are hereby WITHDRAWN and TERMINATED as counsel of record for Zuffa in this matter.

IT IS SO ORDERED

DATED:_____, 2020        By:_____
                                    Hon. Brenda Weksler
                                    UNITED STATES MAGISTRATE JUDGE