1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@bsfllp.com)
2  NICHOLAS A. WIDNELL (*Pro hac vice*)
   (nwidnell@bsfllp.com)
3  JONATHAN M. SHAW (*Pro hac vice*)
   (jshaw@bsfllp.com)
4  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, NW, Washington, DC 20005
5  Telephone: (202) 237-2727; Fax: (202) 237-6131

6
   RICHARD J. POCKER, State Bar No. 3568
7  (rpocker@bsfllp.com)
   BOIES SCHILLER FLEXNER LLP
8  300 South Fourth Street, Suite 800, Las Vegas, NV 89101
   Telephone: (702) 382-7300; Fax: (702) 382-2755
9

10 DONALD J. CAMPBELL, State Bar No. 1216
   (djc@campbellandwilliams.com)
11 J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
12 CAMPBELL & WILLIAMS
   700 South 7th Street, Las Vegas, NV 89101
13 Telephone: (702) 382-5222; Fax: (702) 382-0540

14
   *Attorneys for Defendant* Zuffa, LLC, d/b/a
15 Ultimate Fighting Championship and UFC

16

17
                    **UNITED STATES DISTRICT COURT**
18
                         **DISTRICT OF NEVADA**
19

| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-BNW |
|---|---|
| Plaintiffs, | **DEFENDANT ZUFFA, LLC'S NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

**TO ALL PARTIES AND THE CLERK OF THE COURT:**

Pursuant to L.R. IA 3-1, the undersigned attorney of record for Defendant Zuffa, LLC files this Notice of Change of Address and requests the Court's docket in the above-captioned matter be updated accordingly.

PLEASE TAKE NOTICE effective May 12, 2020, the address and contact information for Zuffa, LLC's counsel Marcy Norwood Lynch, and Stacey K. Grigsby, previously of Boies Schiller Flexner LLP, have changed to:

> Marcy Norwood Lynch
> BOIES SCHILLER FLEXNER LLP
> 100 SE Second Street
> Miami, FL 33131
> Phone: (305) 539-8400
> Facsimile: (305) 539-1307
> Email: mlynch@bsfllp.com
>
> Stacey K. Grigsby
> COVINGTON & BURLING LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001
> Telephone: (202) 662-5238
> Email: sgrigsby@cov.com

Please note that the addresses and contact information for Zuffa's other counsel of record remain unchanged.

Dated: May 12, 2020

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By: */s/ Brent K. Nakamura*
    Brent K. Nakamura

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (Pro hac vice)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRENT K. NAKAMURA (*Pro hac vice*)
(bnakamura@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800; Fax: (415) 293-6899

RICHARD J. POCKER, State Bar No. 3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 S. Fourth Street, Ste. 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5238

DONALD J. CAMPBELL, State Bar No. 1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorney for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC*

2

ZUFFA, LLC'S NOTICE OF CHANGE OF ADDRESS                Case No.: 2:15-cv-01045-RFB-BNW

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendant Zuffa, LLC's Notice of Change of Address was served on May 12, 2020 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

> */s/ Roderick J. Crawford*
> Roderick J. Crawford, an Employee of
> Boies Schiller Flexner LLP