WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER (State Bar No. 3568)
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DEFENDANT ZUFFA, LLC'S MOTION TO WITHDRAW EVAN E. NORTH AS COUNSEL OF RECORD** |

# MOTION TO WITHDRAW EVAN E. NORTH AS COUNSEL OF RECORD

Pursuant to Local Rule IA 11-6(b), Defendant Zuffa, LLC ("Zuffa"), respectfully moves the Court to withdraw Evan E. North as counsel of record for Zuffa.  Mr. North has left the firm of Boies Schiller Flexner LLP and is no longer working on this litigation and no longer represents Zuffa in this matter.

Boies Schiller Flexner LLP, Covington & Burling LLP, and Campbell & Williams continue to serve as counsel for Zuffa through the other attorneys of record.  Notice of the proposed withdrawal of Mr. North as counsel of record has already been provided to Zuffa and to opposing counsel.  Decl. of Brent K. Nakamura in Supp. of Mot. to Withdraw ¶¶ 4-5.

For the reasons stated above, Zuffa respectfully requests that the Court enter an order withdrawing Mr. North as counsel of record for Zuffa.

Dated: May 12, 2020

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

By: */s/ Brent K. Nakamura*
     Brent K. Nakamura

WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (Pro hac vice)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

BRENT K. NAKAMURA (*Pro hac vice*)
(bnakamura@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800; Fax: (415) 293-6899

RICHARD J. POCKER, State Bar No. 3568
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 S. Fourth Street, Ste. 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5238

DONALD J. CAMPBELL, State Bar No. 1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendant Zuffa, LLC's Motion to Withdraw Evan E. North as Counsel of Record was served on May 12, 2020 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

>  */s/ Roderick J. Crawford*
> Roderick J. Crawford, an Employee of
> Boies Schiller Flexner LLP