WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER (State Bar No. 3568)
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>     v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DECLARATION OF BRENT K. NAKAMURA IN SUPPORT OF DEFENDANT ZUFFA, LLC'S MOTION TO WITHDRAW EVAN E. NORTH AS COUNSEL OF RECORD** |

I, Brent K. Nakamura, declare as follows:

1.  I am a member in good standing of the bars of the District of Columbia and the State of California. I am admitted *pro hac vice* to practice before this Court. I am an Associate in the law firm Boies Schiller Flexner LLP ("BSF") and counsel for Zuffa, LLC ("Zuffa") in the above-captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFP-BNW.

2.  I make this declaration in support of Defendant Zuffa, LLC's Motion to Withdraw Evan E. North as Counsel of Record. Based on my personal experience, knowledge, and review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

3.  Attorney Evan E. North is no longer employed by Boies Schiller Flexner LLP. He is not working on the above-captioned matter and no longer represents Zuffa in the matter.

4.  On May 11, 2020, I sent notice via electronic mail to in-house counsel at Zuffa informing them of the proposed withdrawal of Mr. North as counsel of record.

5.  On May 7, 2020, I sent notice via electronic mail to counsel for Plaintiffs informing of them of the proposed withdrawal of Mr. North as counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 12th day of May, 2020 in Berkeley, California.

*/s/ Brent K. Nakamura*
Brent K. Nakamura