WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@bsfllp.com)
NICHOLAS A. WIDNELL (*Pro hac vice*)
(nwidnell@bsfllp.com)
JONATHAN M. SHAW (*Pro hac vice*)
(jshaw@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Washington, DC 20005
Telephone: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER (State Bar No. 3568)
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382-7300; Fax: (702) 382-2755

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ZUFFA, LLC'S MOTION TO WITHDRAW EVAN E. NORTH AS COUNSEL OF RECORD** |

# [PROPOSED] ORDER

Before this Court is Zuffa, LLC's ("Zuffa") Motion to Withdraw Evan E. North as Counsel of Record. Having reviewed the motion and accompanying declaration, the Court hereby GRANTS Zuffa's Motion to Withdraw.

Evan E. North is hereby WITHDRAWN and TERMINATED as counsel of record for Zuffa in this matter.

IT IS SO ORDERED

DATED:_____, 2020         By:_____
                                     Hon. Brenda Weksler
                                     UNITED STATES MAGISTRATE JUDGE