| | |
|---|---|
| WILLIAM A. ISAACSON (*Pro hac vice*) (wisaacson@paulweiss.com) PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 2001 K Street, NW Washington, DC 20006 Tel: (202) 223-7300; Fax (202) 223-7420 | MARCY N. LYNCH (*Pro hac vice*) (mlynch@bsfllp.com) BOIES SCHILLER FLEXNER LLP 100 SE Second Street Miami, FL 33131 Tel: (305) 539-8400; Fax: (305) 539-1307 |
| NICHOLAS WIDNELL (*Pro hac vice*) (nwidnell@bsfllp.com) JONATHAN M. SHAW (*Pro hac vice*) (jshaw@bsfllp.com) BOIES SCHILLER FLEXNER LLP 1401 New York Avenue, NW Washington, DC 20005 Tel: (202) 237-2727; Fax: (202) 237-6131 | STACEY K. GRIGSBY (*Pro hac vice*) (sgrigsby@cov.com) COVINGTON & BURLING LLP One CityCenter, 850 Tenth Street, NW Washington, DC 20001 Tel: (202) 662-6238 |
| RICHARD J. POCKER (State Bar No. 3568) (rpocker@bsfllp.com) BOIES SCHILLER FLEXNER LLP 300 S. Fourth Street, Ste. 800, Las Vegas, NV 89101 Tel: (702) 382-7300; Fax: (702) 382-2755 | DONALD J. CAMPBELL (State Bar No. 1216) (djc@campbellandwilliams.com) J. COLBY WILLIAMS (State Bar No. 5549) (jcw@campbellandwilliams.com) CAMPBELL & WILLIAMS 700 South 7th Street Las Vegas, Nevada 89101 Tel: (702) 382-5222; Fax: (702) 382-0540 |

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs, <br><br>    v. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br>    Defendant. | Case No.: 2:15-cv-01045-RFB-BNW <br><br> **DEFENDANT ZUFFA, LLC'S NOTICE OF CHANGE OF ADDRESS** |

**TO ALL PARIES AND THE CLERK OF THE COURT:**

Pursuant to L.R. IA 3-1, the undersigned attorney of record for Defendant Zuffa, LLC files this Notice of Change of Address and requests the Court's docket in the above-captioned matter be updated accordingly.

PLEASE TAKE NOTICE effective July 17, 2020, the address and contact information for Zuffa, LLC's counsel William A. Isaacson, previously of Boies Schiller Flexner LLP, has changed to:

> William A. Isaacson
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 2001 K Street, NW
> Washington, DC 20006
> Telephone: (202) 223-7300
> Facsimile:  (202) 223-7420
> Email: wisaacson@paulweiss.com

Please note that the addresses and contact information for Zuffa's other counsel of record remain unchanged.

Dated: July 17, 2020                    Respectfully Submitted,

                                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


                                        By: */s/ William A. Isaacson*
                                        WILLIAM A. ISAACSON (*Pro hac vice*)
                                        (wisaacson@paulweiss.com)
                                        2001 K Street, NW
                                        Washington, DC 20006
                                        Tel: (202) 223-7300; Fax: (202) 223-7420

                                        NICHOLAS WIDNELL (*Pro hac vice*)
                                        (nwidnell@bsfllp.com)
                                        JONATHAN M. SHAW (*Pro hac vice*)
                                        (jshaw@bsfllp.com)
                                        BOIES SCHILLER FLEXNER LLP
                                        1401 New York Avenue, NW
                                        Washington, DC 20005
                                        Tel: (202) 237-2727; Fax: (202) 237-6131

RICHARD J. POCKER (State Bar No. 3568)
(rpocker@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
300 S. Fourth Street, Ste. 800,
Las Vegas, NV 89101
Tel: (702) 382-7300; Fax: (702) 382-2755

MARCY N. LYNCH (*Pro hac vice*)
(mlynch@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
100 SE Second Street
Miami, FL 33131
Tel: (305) 539-8400; Fax: (305) 539-1307

STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6238

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendant Zuffa, LLC's Notice of Change of Address was served on July 17, 2020 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ William A. Isaacson*
William A. Isaacson