**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

December 15, 2020

<u>VIA ECF</u>

The Honorable Richard F. Boulware, II
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

Re:   **Notice of Sealed and Redacted Documents in** *Le et al. v. Zuffa, LLC***, Case No. 2:15-cv-01045**

Pursuant to this Court's December 11, 2020 order (ECF No. 772), Zuffa, LLC ("Zuffa") and Plaintiffs (jointly, the "Parties") submit this Notice regarding the exhibits and portions of exhibits or briefs that they believe are still sealed or redacted.

The Parties have met and conferred, and agree that the hearing exhibits below remain redacted:

| Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|
| PCCX41 (Plaintiffs' Motion for Class Certification (Ex. 41); WME_ZUFFA_000011 50) | Project Basquiat Final Posting Memo | Redacted | Redacted per 9/23/2019 hearing transcript, starting at page 132. |
| PCCX344 | ZFL-2677898 | Redacted (ECF 756) | Sealing Request Granted (ECF 764) |
| PCCX414 (EXCERPT - as filed ECF 739) | 30(b)(6) Deposition of Jeff Quinn on behalf of Zuffa, LLC (July 27, 2017), Exhibit 3 | Redacted | Sealing Requested (ECF 739-11) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 2

The Parties further jointly agree that the docket filings and exhibits below remain sealed or redacted:

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| Plaintiffs' Brief in Support of Their Motion for Class Certification | 518 | | | Redacted | Sealed per ECF 533. |
| | 518-3 | Plaintiffs' Motion for Class Certification (Ex. 1) | Expert Report of Hal J. Singer, PhD | Redacted | Sealed per ECF 533. The Court indicated it should be unsealed. (ECF 724.) However, Defendant's redactions requested per ECF 727 remain outstanding. |
| | 518-4 | Plaintiffs' Motion for Class Certification (Ex. 2) | Rebuttal Expert Report of Hal J. Singer, PhD | Redacted | Sealed per ECF 533. The Court indicated it should be unsealed. (ECF 724.) |
| | 518-5 | Plaintiffs' Motion for Class Certification (Ex. 3) | Expert Report of Andrew Zimbalist | Redacted | Sealed per ECF 533. The Court has not ordered this to be unsealed.  However, to the extent that the Court unseals this document, Defendant's redactions requested per ECF 727 remain outstanding. |
| | 518-6 | Plaintiffs' Motion for Class Certification (Ex. 4) | Expert Rebuttal Report of Andrew Zimbalist | Redacted | Sealed per ECF 533. |
| | 518-8 | Plaintiffs' Motion for Class Certification (Ex. 6) | Expert Report of Guy A. Davis | Redacted | Sealed per ECF 533. |
| | 518-9 | Plaintiffs' Motion for Class Certification (Ex. 7) | Guy Davis Rebuttal Report | Redacted | Sealed per ECF 533. |
| | 518-10 | Plaintiffs' Motion for Class Certification (Ex. 8) | Hal Singer Report - Errata | Sealed | Sealed per ECF 533. The Court indicated it should be unsealed. (ECF 724.) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 3

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 518-11 | Plaintiffs' Motion for Class Certification (Ex. 9) | Hal Singer Report - Errata | Sealed | Sealed per ECF 533. The Court indicated it should be unsealed. (ECF 724.) |
| | 518-12 | Plaintiffs' Motion for Class Certification (Ex. 10) | Andrew Zimbalist Report - Errata | Redacted | Sealed per ECF 533. |
| | 518-13 | Plaintiffs' Motion for Class Certification (Ex. 11) | Excerpts - Expert Report of Robert Topel | Redacted | Sealed per ECF 533. The Court indicated it should be unsealed. (ECF 724.) |
| | 518-15 | Plaintiffs' Motion for Class Certification (Ex. 13) | Deposition of Kirk Hendrick (excerpts) | Redacted | Sealed per ECF 533. |
| | 518-18 | Plaintiffs' Motion for Class Certification (Ex. 16) | Deposition of Lorenzo Fertitta (excerpts) | Redacted | Sealed per ECF 533. |
| | 518-19 | Plaintiffs' Motion for Class Certification (Ex. 17) | Deposition of Sean Shelby (excerpts) | Redacted | Sealed per ECF 533. |
| | 518-20 | Plaintiffs' Motion for Class Certification (Ex. 18) | Deposition of Drew Goldman (excerpts) | Sealed | Sealed per ECF 533. |
| | 518-21 | Plaintiffs' Motion for Class Certification (Ex. 19) | Deposition of Joseph Silva (excerpts) | Sealed | Sealed per ECF 533. |
| | 518-22 | Plaintiffs' Motion for Class Certification (Ex. 20) | Deposition of Scott Coker (excerpts) | Sealed | Sealed per ECF 533. |
| | 518-23 | Plaintiffs' Motion for Class Certification (Ex. 21) | Deposition of Dana White (excerpts) | Sealed | Sealed per ECF 533. |

Hon. Richard F. Boulware, II
December 15, 2020
Page 4

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 518-25 | Plaintiffs' Motion for Class Certification (Ex. 23) | Deposition of Robert Topel (excerpts) | Sealed | Sealed per ECF 533. |
| | 518-26 | Plaintiffs' Motion for Class Certification (Ex. 24) | Deposition of Robert Topel (excerpts) | Sealed | Sealed per ECF 533. |
| | 518-28 | Plaintiffs' Motion for Class Certification (Ex. 26) | Zuffa Intangible Asset Treatment Discussion Memo | Sealed | Sealed per ECF 533. |
| | 518-29 | Plaintiffs' Motion for Class Certification (Ex. 27) | Email Subj: RE: Fighter project | Sealed | Sealed per ECF 533. |
| | 518-30 | Plaintiffs' Motion for Class Certification (Ex. 28) | Financing Discussion Materials: Goldman, Sachs, Aug. 3, 2012 | Sealed | Sealed per ECF 533. |
| | 518-31 | Plaintiffs' Motion for Class Certification (Ex. 29) | Moody's Investor Service, 2010.12.03 | Sealed | Sealed per ECF 533. |
| | 518-32 | Plaintiffs' Motion for Class Certification (Ex. 30) | Email Subj: Re: Nate Diaz | Sealed | Sealed per ECF 533. |
| | 518-33 | Plaintiffs' Motion for Class Certification (Ex. 31) | Email Subj: Re: goldenboy (marquez vs mayweather) | Sealed | Sealed per ECF 533. |
| | 518-34 | Plaintiffs' Motion for Class Certification (Ex. 32) | Moody's Investor Service, 2014.02.03 | Sealed | Sealed per ECF 533. |
| | 518-35 | Plaintiffs' Motion for Class Certification (Ex. 33) | Pride meeting results | Sealed | Sealed per ECF 533. |

Hon. Richard F. Boulware, II
December 15, 2020
Page 5

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 518-36 | Plaintiffs' Motion for Class Certification (Ex. 34) | Fwd: Conor Huen | Sealed | Sealed per ECF 533. |
| | 518-37 | Plaintiffs' Motion for Class Certification (Ex. 35) | Zuffa Confidential Information Memorandum, October 2009 | Sealed | Sealed per ECF 533. |
| | 518-39 | Plaintiffs' Motion for Class Certification (Ex. 37) | Moody's Investor Service, 2009.11.10 | Sealed | Sealed per ECF 533. |
| | 518-40 | Plaintiffs' Motion for Class Certification (Ex. 38) | Leveraged Finance Credit Report | Sealed | Sealed per ECF 533. |
| | 518-41 | Plaintiffs' Motion for Class Certification (Ex. 39) | Confidential Information Memorandum, May 2007 | Sealed | Sealed per ECF 533. |
| | 518-42 | Plaintiffs' Motion for Class Certification (Ex. 40) | Finance Vest Spreadsheet from RAINE | Sealed | Sealed per ECF 533. |
| | 518-44 | Plaintiffs' Motion for Class Certification (Ex. 42) | 30(b)(6) Deposition of Jeff Quinn Exhibit 3 (excerpted) | Sealed | Sealed per ECF 533. |
| | 518-45 | Plaintiffs' Motion for Class Certification (Ex. 48) | Deposition of Dana White (excerpts) | Redacted | Sealed per ECF 533. |
| Zuffa's Response in Opposition to Plaintiffs' Motion for Class Certification | 540 | | | Redacted | Sealed per ECF 625. |
| | 540-5 | Zuffa's Opposition to Class Certification (Ex. 1) | Declaration of Professor Robert H. Topel | Sealed | Sealed per ECF 625. The Court indicated it should be unsealed. (ECF 724.) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 6

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-6 | Zuffa's Opposition to Class Certification (Ex. 2) | Expert Report of Robert Topel | Redacted | Sealed per ECF 625. The Court indicated it should be unsealed. (ECF 724.) |
| | 540-7 | Zuffa's Opposition to Class Certification (Ex. 3) | Expert Report of Roger D. Blair | Redacted | Sealed per ECF 625. |
| | 540-8 | Zuffa's Opposition to Class Certification (Ex. 4) | Expert Report of Paul Oyer | Redacted | Sealed per ECF 625. |
| | 540-9 | Zuffa's Opposition to Class Certification (Ex. 5) | Expert Report of Hal J. Singer, PhD | Redacted | Sealed per ECF 625. The Court indicated it should be unsealed. (ECF 724.) However, Defendant's redactions requested per ECF 727 remain outstanding. |
| | 540-10 | Zuffa's Opposition to Class Certification (Ex. 6) | Expert Rebuttal Report of Hal J. Singer | Redacted | Sealed per ECF 625. The Court indicated it should be unsealed. (ECF 724.) |
| | 540-11 | Zuffa's Opposition to Class Certification (Ex. 7) | Expert Report of Andrew Zimbalist | Redacted | Sealed per ECF 625. The Court has not ordered this to be unsealed. However, to the extent that the Court unseals this document, Defendant's redactions requested per ECF 727 remain outstanding. |
| | 540-12 | Zuffa's Opposition to Class Certification (Ex. 8) | 30(b)(6) Deposition of Zuffa, LLC (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-14 | Zuffa's Opposition to Class Certification (Ex. 10) | Deposition of Denitza Batchvarova (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-15 | Zuffa's Opposition to Class Certification (Ex. 11) | 30(b)(6) Deposition of Zuffa, LLC (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 7

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-20 | Zuffa's Opposition to Class Certification (Ex. 16) | Deposition of Kyle Kingsbury | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-23 | Zuffa's Opposition to Class Certification (Ex. 19) | Exclusive Promotional and Ancillary Rights Agreement between Zuffa and Plaintiff Jon Fitch (Jan. 7, 2007) | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-24 | Zuffa's Opposition to Class Certification (Ex. 20) | Exclusive Promotional and Ancillary Rights Agreement between Zuffa and TEI (Plaintiff Brandon Vera) (Dec. 7. 2009) | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-25 | Zuffa's Opposition to Class Certification (Ex. 21) | Exclusive Promotional and Ancillary Rights Agreement between WEC and Plaintiff Javier Vasquez (Sept. 22, 2010) | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-26 | Zuffa's Opposition to Class Certification (Ex. 22) | Notice of Extension of Term of Promotional Agreement and related emails | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-27 | Zuffa's Opposition to Class Certification (Ex. 23) | Notice of Extension of Term of Promotional Agreement | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-28 | Zuffa's Opposition to Class Certification (Ex. 24) | Notice of Termination of Promotional Obligations of Zuffa, LLC | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-29 | Zuffa's Opposition to Class Certification (Ex. 25) | Email Subj: FW: Josh Thomson Offer | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-30 | Zuffa's Opposition to Class Certification (Ex. 26) | Letter: RE: Josh Thomson: Right to Match | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 8

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-32 | Zuffa's Opposition to Class Certification (Ex. 28) | Deposition of Michael P. Mersch | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-33 | Zuffa's Opposition to Class Certification (Ex. 29) | Email Subj: Re: Alan Jouban | Sealed | Sealing Requested (ECF 541), Granted (ECF 625), but publicly available at 752-12. |
| | 540-34 | Zuffa's Opposition to Class Certification (Ex. 30) | Email Subj: RE: Anthony Perosh | Sealed | Sealing Requested (ECF 541), Granted (ECF 625), but publicly available at 752-12. |
| | 540-35 | Zuffa's Opposition to Class Certification (Ex. 31) | Email Subj: Re: Mike Pyle | Sealed | Sealing Requested (ECF 541), Granted (ECF 625), but publicly available at 752-12. |
| | 540-36 | Zuffa's Opposition to Class Certification (Ex. 32) | Email Subj: Re: Daniel Kelly | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-37 | Zuffa's Opposition to Class Certification (Ex. 33) | Email Subj: RW: Thago Santos | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-39 | Zuffa's Opposition to Class Certification (Ex. 35) | Email Subj: RE: Jason Day vs. Kendall Grove | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-42 | Zuffa's Opposition to Class Certification (Ex. 38) | Deposition of Carlos Silva (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-46 | Zuffa's Opposition to Class Certification (Ex. 42) | Deposition of Lorenzo Fertitta (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-47 | Zuffa's Opposition to Class Certification (Ex. 43) | Deposition of Joe Silva (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 9

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-48 | Zuffa's Opposition to Class Certification (Ex. 44) | Deposition of Ike Lawrence Epstein (excerpts) | Redacted | Sealing (ECF 541), Granted (ECF 625) |
| | 540-49 | Zuffa's Opposition to Class Certification (Ex. 45) | Exclusive Commercial Rights Agreement between Plaintiff Vera and One Fighting Championship | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-50 | Zuffa's Opposition to Class Certification (Ex. 46) | Exclusive Promotional Fight Agreement between Plaintiff Fitch and MMAWC ("WSOF") | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-51 | Zuffa's Opposition to Class Certification (Ex. 47) | Exclusive Promotional Fight Agreement between Plaintiff Fitch and MMAWC ("WSOF") | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-53 | Zuffa's Opposition to Class Certification (Ex. 49) | Deposition of Dr. Hal Singer (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-54 | Zuffa's Opposition to Class Certification (Ex. 50) | Deposition of Andrew Zimbalist, Excerpts | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-55 | Zuffa's Opposition to Class Certification (Ex. 51) | Letter: Re: Acquisition of Explosion Entertainment, LLC (Strikeforce) by Zuffa, LLC (UFC) FTC File No. 1110136 | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-56 | Zuffa's Opposition to Class Certification (Ex. 52) | Answers to Defendant Zuffa, LLC's First Set of Interrogatories to Plaintiffs Le, Quarry, Fitch, Vera, Vazquez and Kingsbury | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 10

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-57 | Zuffa's Opposition to Class Certification (Ex. 53) | Email Subj: Fwd: Holly Holm | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-58 | Zuffa's Opposition to Class Certification (Ex. 54) | Email Subj: Fw: jake shields | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-59 | Zuffa's Opposition to Class Certification (Ex. 55) | Email Subj: Re: Brad Tavares | Sealed | Sealing Requested (ECF 541), Granted (ECF 625), but publicly available at 752-12. |
| | 540-61 | Zuffa's Opposition to Class Certification (Ex. 57) | Ratification by Brandon Vera | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-63 | Zuffa's Opposition to Class Certification (Ex. 59) | WEC Letter to Javier Vazquez re: Assignment of Contract to UFC | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-64 | Zuffa's Opposition to Class Certification (Ex. 60) | Email Subj: RE: Randy Couture | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-65 | Zuffa's Opposition to Class Certification (Ex. 61) | Expert Report of Elizabeth Kroger Davis | Redacted | Sealed per ECF 625. |
| | 540-68 | Zuffa's Opposition to Class Certification (Ex. 64) | Deposition of Dr. Hal Singer (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-69 | Zuffa's Opposition to Class Certification (Ex. 65) | Letter to UFC athletes re: 2015 UFC Athlete Outfitting Policy | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-70 | Zuffa's Opposition to Class Certification (Ex. 66) | 30(b)(6) Deposition of Zuffa, LLC (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 11

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-71 | Zuffa's Opposition to Class Certification (Ex. 67) | Exclusive Promotional and Ancillary Rights Agreement between Zuffa and Brock Lesnar | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-72 | Zuffa's Opposition to Class Certification (Ex. 68) | Deposition of Cung Le (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-73 | Zuffa's Opposition to Class Certification (Ex. 69) | Email Subj: Re: trinity products no payment | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-74 | Zuffa's Opposition to Class Certification (Ex. 70) | Email Subj: Re: Keith Jardine VITAZEN*** URGENT NOT APPROVED! | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-75 | Zuffa's Opposition to Class Certification (Ex. 71) | UFC on Versus 4/June 19, 2011 Event Sponsorship Request Form | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-76 | Zuffa's Opposition to Class Certification (Ex. 72) | (30)(b)(6) Deposition of Zuffa, LLC; Michael Mossholder (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-78 | Zuffa's Opposition to Class Certification (Ex. 74) | Email Subj: Fw: Ricardo Almeida. | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-79 | Zuffa's Opposition to Class Certification (Ex. 75) | Email Subj: RE: Shane Carwin | Sealed | Sealing Requested (ECF 541), Granted (ECF 625), but publicly available at 752-12. |
| | 540-80 | Zuffa's Opposition to Class Certification (Ex. 76) | Email Subj: Silva Contract Offer - 20130308.pdf | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-81 | Zuffa's Opposition to Class Certification (Ex. 77) | Letter: RE: Signing Bonus | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-82 | Zuffa's Opposition to Class Certification (Ex. 78) | Email Subj: RE: Letter of Agreement: Promotional and Sponsorship Activities and Grant of Ancillary Rights | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-83 | Zuffa's Opposition to Class Certification (Ex. 79) | Email Subj: Wanderlei Silva VS Chael Sonnen - Brazil (May 31) | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-84 | Zuffa's Opposition to Class Certification (Ex. 80) | Deposition of Sean Shelby (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-85 | Zuffa's Opposition to Class Certification (Ex. 81) | Minimum Fighter Pay, January 2015 | Sealed | Sealing Requested (ECF 541), Granted (ECF 625), but publicly available at 752-12. |
| | 540-86 | Zuffa's Opposition to Class Certification (Ex. 82) | Email Subj: RE: John Moraga's Fox 8 Bonus | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-87 | Zuffa's Opposition to Class Certification (Ex. 83) | Email Subj: RE: FS1 #24 Jan 18 Boston Bonuses | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-88 | Zuffa's Opposition to Class Certification (Ex. 84) | Email Subj: Re: caraway | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-89 | Zuffa's Opposition to Class Certification (Ex. 85) | Deposition of Dana White (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-90 | Zuffa's Opposition to Class Certification (Ex. 86) | Email Subj: Fighter Comps (Glover Teixeira) | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 13

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-91 | Zuffa's Opposition to Class Certification (Ex. 87) | Summary of UFC Class Period Event Compensation by Number of Previous Bouts | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) AND Sealing Requested (ECF 673), Granted (764) |
| | 540-92 | Zuffa's Opposition to Class Certification (Ex. 88) | Summary of UFC Class Period Event Compensation by Athlete Ranking | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) AND Sealing Requested (ECF 673), Granted (764) |
| | 540-93 | Zuffa's Opposition to Class Certification (Ex. 89) | Summary of UFC Class Period Event Compensation | Sealed | Sealing Requested (ECF 541), Granted (ECF 625)ANDSealing Requested (ECF 673), Granted (764) |
| | 540-94 | Zuffa's Opposition to Class Certification (Ex. 90) | Email Subj :FW: John Hathaway agreements | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-95 | Zuffa's Opposition to Class Certification (Ex. 91) | Email Subj: Re: licensing agreement? | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-97 | Zuffa's Opposition to Class Certification (Ex. 93) | Letter to Eddie Alvarez re: Signing Bonus | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-98 | Zuffa's Opposition to Class Certification (Ex. 94) | Email Subj: RE: Kyle kings | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-99 | Zuffa's Opposition to Class Certification (Ex. 95) | Letter to Jon Jones re: Signing Bonus | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-100 | Zuffa's Opposition to Class Certification (Ex. 96) | Letter to Hector Lombard re: Signing Bonus | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 14

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-101 | Zuffa's Opposition to Class Certification (Ex. 97) | Letter to Benson Henderson re: Signing Bonus | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-102 | Zuffa's Opposition to Class Certification (Ex. 98) | Promotional and Ancillary Rights Agreement between Zuffa and Jon Fitch | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-103 | Zuffa's Opposition to Class Certification (Ex. 99) | Promotional and Ancillary Rights Agreement between Zuffa and Ronda Rousey | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-104 | Zuffa's Opposition to Class Certification (Ex. 100) | Promotional and Ancillary Rights Agreement between Zuffa and Lyoto Machida | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-105 | Zuffa's Opposition to Class Certification (Ex. 101) | Promotional and Ancillary Rights Agreement between Zuffa, LLC and Chael Sonnen | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-106 | Zuffa's Opposition to Class Certification (Ex. 102) | Promotional and Ancillary Rights Agreement between Zuffa, LLC and Roy Nelson | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-107 | Zuffa's Opposition to Class Certification (Ex. 103) | Promotional and AncillaryRights Agreement between Zuffa and Gegard Mousasi | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 15

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-108 | Zuffa's Opposition to Class Certification (Ex. 104) | Promotional and Ancillary Rights Agreement between Zuffa and Alistair Overeem | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-109 | Zuffa's Opposition to Class Certification (Ex. 105) | First Amendment to Promotional and Ancillary Rights Agreement Dated December 29, 2014 between Zuffa and Quinton Jackson | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-110 | Zuffa's Opposition to Class Certification (Ex. 106) | Promotional and Ancillary Rights Agreement between Zuffa, LLC and Gilbert Melendez | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-111 | Zuffa's Opposition to Class Certification (Ex. 107) | Promotional and Ancillary Rights Agreement between Zuffa, LLC and Urijah Faber | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-112 | Zuffa's Opposition to Class Certification (Ex. 108) | Promotional and Ancillary Rights Agreement between Zuffa and Phillip Brooks | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-113 | Zuffa's Opposition to Class Certification (Ex. 109) | Athletes Receiving PPV Payments chart | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-114 | Zuffa's Opposition to Class Certification (Ex. 110) | Email Subj: RE: UFC 186 - Media in Los Angeles 4/19-4/20 | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 16

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-115 | Zuffa's Opposition to Class Certification (Ex. 111) | Email Subj: Fabricio Werdum - please verify and please look at present incidentals below | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-116 | Zuffa's Opposition to Class Certification (Ex. 112) | Bout Agreement between Zuffa, LLC and Mark Hunt | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-117 | Zuffa's Opposition to Class Certification (Ex. 113) | Promotional and Ancillary Rights Agreement between Zuffa, LLC and Holly Holm, LLC | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-118 | Zuffa's Opposition to Class Certification (Ex. 114) | Roy Nelson Letter of Agreement | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-119 | Zuffa's Opposition to Class Certification (Ex. 115) | Letter of Agreement between Zuffa, LLC and Rampage MMA, Inc. | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-120 | Zuffa's Opposition to Class Certification (Ex. 116) | Cain Velasquez Letter of Agreement | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-121 | Zuffa's Opposition to Class Certification (Ex. 117) | Gilbert Melendez Letter of Agreement | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-122 | Zuffa's Opposition to Class Certification (Ex. 118) | Athletes Receiving LOA Payments chart | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-123 | Zuffa's Opposition to Class Certification (Ex. 119) | Athletes Receiving Fight of the Night Bonuses chart | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 17

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-124 | Zuffa's Opposition to Class Certification (Ex. 120) | Athletes Receiving Knockout of the Night Bonuses chart | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-125 | Zuffa's Opposition to Class Certification (Ex. 121) | Athletes Receiving Submission of the Night Bonuses | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-126 | Zuffa's Opposition to Class Certification (Ex. 122) | Athletes Receiving Performance of the Night Bonuses chart | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-127 | Zuffa's Opposition to Class Certification (Ex. 123) | Email Subj: Bonus Suggestions and Cuts | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-128 | Zuffa's Opposition to Class Certification (Ex. 124) | Email Subj: Re: UFC 173 May 24 Las Vegas Bonuses | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-129 | Zuffa's Opposition to Class Certification (Ex. 125) | Email Subj: Shogun Rua - UFC113 | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-130 | Zuffa's Opposition to Class Certification (Ex. 126) | Excerpt of Spreadsheet Showing Video Game Rights | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-131 | Zuffa's Opposition to Class Certification (Ex. 127) | Zuffa Letter to Fabricio Werdum re: video game rights | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-132 | Zuffa's Opposition to Class Certification (Ex. 128) | Promotional and Ancillary Rights Agreement between Zuffa, LLC and Michel Prazeres | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-133 | Zuffa's Opposition to Class Certification (Ex. 129) | Merchandise Rights Agreement between Zuffa and Cung Le | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 18

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 540-134 | Zuffa's Opposition to Class Certification (Ex. 130) | Merchandise Rights Agreement between Zuffa and Cain Velasquez | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-135 | Zuffa's Opposition to Class Certification (Ex. 131) | Email Subj: Re: Jorge Masvidal - Superseding Promotional Agreement, UFC on Fox Bout Agreement, Merchandise Agreement, Fighter Information Form | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-136 | Zuffa's Opposition to Class Certification (Ex. 132) | Merchandise Rights Agreement between WEC Productions, LLC and Urijah Faber | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-137 | Zuffa's Opposition to Class Certification (Ex. 133) | Sponsorship Agreement between Zuffa Marketing, LLC and MetroPCS Wireless, Inc. | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-138 | Zuffa's Opposition to Class Certification (Ex. 134) | Sponsorship Endorsement Agreement between Metro PCS and Ronda Rousey | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-139 | Zuffa's Opposition to Class Certification (Ex. 135) | Sponsorship Agreement between Anheuser-Busch InBev and Zuffa | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-140 | Zuffa's Opposition to Class Certification (Ex. 136) | 2015 Athlete Outfitting Policy | Sealed | Sealing Requested (ECF 541), Granted (ECF 625) |
| | 540-141 | Zuffa's Opposition to Class Certification (Ex. 137) | Deposition of Robert Topel (excerpts) | Redacted | Sealing Requested (ECF 541), Granted (ECF 625) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 19

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| Plaintiffs' Reply to Zuffa's Response to Their Motion for Class Certification | 554 | | | Redacted | Sealed per ECF 652. |
| | 554-3 | Plaintiffs' Reply ISO Class Certification (Ex. 86) | Second Supplemental Reply Report of Hal J. Singer, Ph.D. (May 28, 2018) | Sealed | Sealed per ECF 652. The Court indicated it should be unsealed. (ECF 724.) |
| | 554-4 | Plaintiffs' Reply ISO Class Certification (Ex. 87) | Deposition of Hal J. Singer, Ph.D. (September 27, 2017) (excerpted) | Redacted | Sealed per ECF 652. |
| | 554-5 | Plaintiffs' Reply ISO Class Certification (Ex. 88) | Deposition of Robert H. Topel (December 6, 2017) (excerpted) | Redacted | Sealed per ECF 652. |
| Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer | 524 | | | Redacted | Sealed per ECF 533. |
| | 524-3 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 1) | Expert Report of Hal J. Singer, Ph.D. | Redacted | Sealed per ECF 533. The Court indicated it should be unsealed. (ECF 724.) However, Defendant's redactions requested per ECF 727 remain outstanding. |
| | 524-4 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 2) | Rebuttal Expert Report of Hal J. Singer, Ph.D. | Redacted | Sealed per ECF 533. The Court indicated it should be unsealed. (ECF 724.) |
| | 524-5 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 3) | Expert Report of Robert Topel | Redacted | Sealed per ECF 533. The Court indicated it should be unsealed. (ECF 724.) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 20

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 524-6 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 4) | Excerpts from the transcript of Defendant's Deposition of Hal J. Singer | Redacted | Sealed per ECF 533. |
| | 524-7 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 5) | Excerpts from the transcript of Defendant's Deposition of Hal J. Singer | Sealed | Sealed per ECF 533. |
| | 524-10 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 8) | Expert Report of Paul Oyer | Redacted | Sealed per ECF 533. |
| | 524-20 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 18) | Expert Rebuttal Report of Andrew Zimbalist | Redacted | Sealed per ECF 533. |
| | 524-22 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 20) | Glossary of Singer Terms | Redacted | Sealed per ECF 533. The Court indicated it should be unsealed (ECF 724), and filed in nearly completely unredacted form at ECF 727-1-5. |
| | 524-24 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 22) | Expert Report of Roger D. Blair | Redacted | Sealed per ECF 533. |
| | 524-30 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 28) | ZUF-00122280 | Sealed | Sealed per ECF 533. |
| | 524-32 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 30) | ZFL-1224424 | Sealed | Sealed per ECF 533. |
| | 524-34 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 32) | ZUF-00156469 | Sealed | Sealed per ECF 533. |
| | 524-35 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 33) | Excerpts from the transcript of Plaintiffs' Deposition of Denitza Batchvarova | Redacted | Sealed per ECF 533. |

Hon. Richard F. Boulware, II
December 15, 2020
Page 21

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 524-36 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 34) | Excerpts from the transcript of Plaintiffs' 30(b)(6) Deposition of Ike Lawrence Epstein | Sealed | Sealed per ECF 533. |
| | 524-37 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 35) | GBP000003 | Sealed | Sealed per ECF 533. |
| | 524-38 | Zuffa's Motion to Exclude Expert Testimony of Dr. Hal Singer (Ex. 36) | Declaration of Abraham Genauer | Sealed | Sealed per ECF 533. |
| Zuffa's Motion to Exclude Expert Testimony of Dr. Andrew Zimbalist | 522 | | | Redacted | Sealed per ECF 533. |
| | 522-3 | Zuffa's Motion to Exclude Expert Testimony of Dr. Andrew Zimbalist (Ex. 1) | Expert Report of Andrew Zimbalist | Redacted | Sealed per ECF 533. The Court has not ordered this to be unsealed. However, to the extent that the Court unseals this document, Zuffa's redactions requested per ECF 727 remain outstanding. |
| | 522-4 | Zuffa's Motion to Exclude Expert Testimony of Dr. Andrew Zimbalist (Ex. 2) | Excerpts from the transcript of Defendant's Deposition of Andrew Zimbalist | Redacted | Sealed per ECF 533. |
| | 522-6 | Zuffa's Motion to Exclude Expert Testimony of Dr. Andrew Zimbalist (Ex. 4) | Errata to the Expert Report of Andrew Zimbalist | Redacted | Sealed per ECF 533. |
| | 522-7 | Zuffa's Motion to Exclude Expert Testimony of Dr. Andrew Zimbalist (Ex. 5) | Expert Rebuttal Report of Andrew Zimbalist | Redacted | Sealed per ECF 533. |

Hon. Richard F. Boulware, II
December 15, 2020
Page 22

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 522-10 | Zuffa's Motion to Exclude Expert Testimony of Dr. Andrew Zimbalist (Ex. 8) | Expert Report of Roger D. Blair | Redacted | Sealed per ECF 533. |
| | 522-13 | Zuffa's Motion to Exclude Expert Testimony of Dr. Andrew Zimbalist (Ex. 11) | GBP000003 | Sealed | Sealed per ECF 533. |
| | 522-14 | Zuffa's Motion to Exclude Expert Testimony of Dr. Andrew Zimbalist (Ex. 12) | GBP000001 | Sealed | Sealed per ECF 533. |
| | 522-15 | Zuffa's Motion to Exclude Expert Testimony of Dr. Andrew Zimbalist (Ex. 13) | GBP000002 | Sealed | Sealed per ECF 533. |
| Plaintiffs' Opposition to Zuffa's Motions to Exclude Expert Testimony of Dr. Hal Singer and Dr. Andrew Zimbalist | 534 | | | Redacted | Sealed per ECF 625. |
| | 534-3 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 49) | Supplemental Expert Report of Hal J. Singer | Sealed | Sealed per ECF 625. The Court indicated it should be unsealed. (ECF 724.) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 23

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 534-4 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 50) | Excerpts from the transcript of Plaintiffs' Deposition of Joseph Silva | Redacted | Sealed per ECF 625. |
| | 534-5 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 51) | Excerpts from the transcript of Defendant's Deposition of Andrew Zimbalist | Redacted | Sealed per ECF 625. |
| | 534-6 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 52) | Excerpts from the transcript of Defendant's Deposition of Hal Singer | Redacted | Sealed per ECF 625. |
| | 534-7 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 53) | Excerpts from the transcript of Plaintiffs' 30(b)(6) Deposition of Robert Arum | Redacted | Sealed per ECF 625. |
| | 534-8 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 54) | Excerpts from the transcript of Plaintiffs' Deposition of Elizabeth Kroger Davis | Redacted | Sealed per ECF 625. |
| | 534-9 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 55) | Excerpts from the transcript of Plaintiffs' Deposition of Paul Oyer | Redacted | Sealed per ECF 625. |
| | 534-10 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 56) | Excerpts from the transcript of Plaintiffs' Deposition of Robert Topel | Redacted | Sealed per ECF 625. |

Hon. Richard F. Boulware, II
December 15, 2020
Page 24

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 534-11 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 57) | Excerpts from the transcript of Plaintiffs' Deposition of Robert Topel | Redacted | Sealed per ECF 625. |
| | 534-13 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 59) | Excerpts from the transcript of Plaintiffs' Deposition of Roger Blair | Redacted | Sealed per ECF 625. |
| | 534-16 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 62) | Excerpts from ZFL-0557588 | Sealed | Sealed per ECF 625. |
| | 534-17 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 63) | Excerpts from ZFL-1055607 | Sealed | Sealed per ECF 625. |
| | 534-18 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 64) | Excerpts from ZFL-1070290 | Sealed | Sealed per ECF 625. |
| | 534-19 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 65) | ZFL-1081154 | Sealed | Sealed per ECF 625. |
| | 534-20 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 66) | ZFL-1425511 | Sealed | Sealed per ECF 625. |

Hon. Richard F. Boulware, II
December 15, 2020
Page 25

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 534-21 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 67) | ZFL-1872579 | Sealed | Sealed per ECF 625. |
| | 534-22 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 68) | Excerpts from ZFL-2279086 | Sealed | Sealed per ECF 625. |
| | 534-23 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 69) | ZFL-2497585 | Sealed | Sealed per ECF 625. |
| | 534-24 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 70) | ZFL-2536695 | Sealed | Sealed per ECF 625. |
| | 534-25 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 71) | Excerpts from WME_ZUFFA_00005368 | Sealed | Sealed per ECF 625. |
| | 534-38 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 84) | ZUF-00113209 | Sealed | Sealed per ECF 625. |
| | 534-39 | Plaintiffs' Opposition to Motions to Exclude Expert Testimony of Drs. Singer and Zimbalist (Ex. 85) | ZFL-1484034 | Sealed | Sealed per ECF 625. Publicly available at ECF 739-12. |

Hon. Richard F. Boulware, II
December 15, 2020
Page 26

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| Zuffa's Reply in Support of Its Motion to Exclude Testimony of Dr. Andrew Zimbalist | 549 | | | Redacted | Sealed per ECF 625. |
| Zuffa's Reply in Support of Its Motion to Exclude Testimony of Dr. Hal Singer | 551 | | | Redacted | Sealed per ECF 625. |
| | 551-3 | Zuffa's Reply in Support of Motion to Exclude Testimony of Hal Singer (Ex. 37) | Excerpts from the transcript of Defendant's Deposition of Hal Singer | Redacted | Sealed per ECF 625. |
| | 551-4 | Zuffa's Reply in Support of Motion to Exclude Testimony of Hal Singer (Ex. 38) | Excerpts from the transcript of Defendant's Deposition of Hal Singer | Redacted | Sealed per ECF 625. |
| | 551-7 | Zuffa's Reply in Support of Motion to Exclude Testimony of Hal Singer (Ex. 41) | Excerpts from transcript of Plaintiffs' 30(b)(6) Deposition of Ike Lawrence Epstein | Redacted | Sealed per ECF 625. |
| | 551-9 | Zuffa's Reply in Support of Motion to Exclude Testimony of Hal Singer (Ex. 43) | Excerpts from transcript of Plaintiffs' Deposition of Robert Topel | Redacted | Sealed per ECF 625. |
| | 551-15 | Zuffa's Reply in Support of Motion to Exclude Testimony of Hal Singer (Ex. 49) | Professor Robert Topel's Sur-Rebuttal Expert Report | Redacted | Sealed per ECF 625. The Court indicated it should be unsealed. (ECF 724.) |

Hon. Richard F. Boulware, II
December 15, 2020
Page 27

| Main Document | ECF | Filing Exhibit Number | Description | Sealed or Redacted | Applicable Order / Notes |
|---|---|---|---|---|---|
| | 551-16 | Zuffa's Reply in Support of Motion to Exclude Testimony of Hal Singer (Ex. 50) | Professor Robert Topel's Reply to the Supplemental Expert Report of Hal J. Singer | Redacted | Sealed per ECF 625. The Court indicated it should be unsealed. (ECF 724.) |

Respectfully yours,

/s/ Stacey K. Grigsby & /s/ Eric L. Cramer

Stacey K. Grigsby & Eric L. Cramer
*Attorneys for Defendant Zuffa, LLC and Plaintiffs*

## **ATTESTATION OF FILER**

The signatories to this document are myself and Eric L. Cramer, and I have obtained Eric L. Cramer's concurrence to file this document on his behalf.


Dated:  December 15, 2020                    /s/ *Stacey K. Grigsby*
                                             Stacey K. Grigsby

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Sealed and Redacted Documents was served on December 15, 2020 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Stacey K. Grigsby*
Stacey K. Grigsby