WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313; Fax: (202) 379-4937

STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5238

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**JOINT NOTICE OF SEALED AND REDACTED DOCUMENTS RELATING TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

JOINT NOTICE OF SEALED DOCUMENTS RELATING TO CLASS CERTIFICATION

1    Pursuant to this Court's December 11, 2020 order (ECF No. 772), Zuffa, LLC
2  ("Zuffa") and Plaintiffs (jointly, the "Parties") submit this Notice regarding the exhibits
3  and portions of exhibits or briefs that they believe are still sealed or redacted.
4    The Parties have met and conferred, and agree that the hearing exhibits and
5  docket filings and exhibits listed in Exhibit 1 to this Notice remain sealed or redacted.

Dated: December 15, 2020

| | |
|---|---|
| **BERGER MONTAGUE PC** | **COVINGTON & BURLING LLP** |
| By: */s/ Eric L. Cramer* | By: */s/ Stacey K. Grigsby* |
| Eric L. Cramer (admitted *pro hac vice*) | Stacey K. Grigsby (admitted *pro hac vice*) |
| Michael Dell'Angelo (admitted *pro hac vice*) | One CityCenter |
| Patrick F. Madden (admitted *pro hac vice*) | 850 Tenth Street, NW |
| Mark R. Suter (admitted *pro hac vice*) | Washington, DC 20001 |
| 1818 Market Street | Telephone: (202) 662-5238 |
| Suite 3600 | sgrigsby@cov.com |
| Philadelphia, PA 19103 | |
| Tel: 215-875-3000 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| Fax: 215-875-4604 | William A. Isaacson (admitted *pro hac vice*) |
| ecramer@bm.net | 2001 K Street, NW |
| mdellangelo@bm.net | Washington, DC 20006 |
| pmadden@bm.net | Telephone: (202) 223-7313; Fax: (202) 379-4937 |
| msuter@bm.net | wisaacson@paulweiss.com |
| | |
| **JOSEPH SAVERI LAW FIRM, INC.** | **CAMPBELL & WILLIAMS** |
| Joseph R. Saveri (admitted *pro hac vice*) | Donald J. Campbell (State Bar No. 1216) |
| Joshua P. Davis (admitted *pro hac vice*) | J. Colby Williams (State Bar No. 5549) |
| Kevin E. Rayhill (admitted *pro hac vice*) | 700 South 7th Street |
| 601 California Street, Suite 1000 | Las Vegas, NV 89101 |
| San Francisco, CA 94108 | Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| Tel: (415) 500-6800 | djc@campbellandwilliams.com |
| Fax: (415) 395-9940 | jcw@campbellandwilliams.com |
| jsaveri@saverilawfirm.com | |
| jdavis@saverilawfirm.com | *Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC |
| krayhill@saverilawfirm.com | |
| | |
| **COHEN MILSTEIN SELLERS & TOLL, PLLC** | |
| Benjamin D. Brown (admitted *pro hac vice*) | |
| Richard A. Koffman (admitted *pro hac vice*) | |
| Daniel H. Silverman (admitted *pro hac vice*) | |
| 1100 New York Ave., N.W., Suite 500 | |
| Washington, DC 20005 | |
| Tel: (202) 408-4600 | |
| Fax: (202) 408-4699 | |
| bbrown@cohenmilstein.com | |
| rkoffman@cohenmilstein.com | |
| dsilverman@cohenmilstein.com | |

*Co-Lead Class Counsel*

| | |
|---|---|
| 1 | **WOLF, RIFKIN, SHAPIRO,** |
| 2 | **SCHULMAN & RABKIN, LLP** |
| | Don Springmeyer (Nevada Bar No. 1021) |
| 3 | Bradley S. Schrager (Nevada Bar No. 10217) |
| 4 | 3556 Russell Road, Second Fl. |
| | Las Vegas, NV 89120 |
| 5 | Tel: (702) 341-5200 |
| 6 | Fax: (702) 341-5300 |
| | dspringmeyer@wrslawyers.com |
| 7 | bschrager@wrslawyers.com |
| 8 | *Liaison Counsel for the Class* |
| 9 | **WARNER ANGLE HALLAM** |
| 10 | **JACKSON & FORMANEK PLC** |
| | Robert C. Maysey (admitted *pro hac vice*) |
| 11 | Jerome K. Elwell (admitted *pro hac vice*) |
| 12 | 2555 E. Camelback Rd., Suite 800 |
| | Phoenix, AZ 85016 |
| 13 | Tel: (602) 264-7101 |
| | Fax: (602) 234-0419 |
| 14 | rmaysey@warnerangle.com |
| 15 | jelwell@warnerangle.com |
| 16 | **SPECTOR ROSEMAN & KODROFF, P.C.** |
| 17 | William G. Caldes (admitted *pro hac vice*) |
| | 2001 Market Street, Suite 3420 |
| 18 | Philadelphia, PA 19103 |
| | Tel: (215) 496-0300 |
| 19 | Fax: (215) 496-6611 |
| 20 | bcaldes@srkattorneys.com |
| 21 | **RADICE LAW FIRM, P.C.** |
| | John D. Radice (admitted *pro hac vice*) |
| 22 | 34 Sunset Blvd. |
| | Long Beach, NJ 08008 |
| 23 | Tel: (646) 245-8502 |
| 24 | Fax: (609) 358-0745 |
| | jradice@radicelawfirm.com |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1 | **LAW OFFICE OF FREDERICK S. SCHWARTZ**
Frederick S. Schwartz (admitted *pro hac vice*)
15303 Ventura Boulevard, # 1040
Sherman Oaks, CA 91403
Tel: (818) 986-2407
Fax: (818) 995-4124
fred@fredschwartzlaw.com

*Additional Counsel for the Class*

## ATTESTATION OF FILER

The signatories to the documents are myself and Eric L. Cramer, and I have obtained Eric L. Cramer's concurrence to file this document on his behalf.

Dated:  December 15, 2020  /s/ Stacey K. Grigsby
Stacey K. Grigsby

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Joint Notice of Sealed and Redacted Documents Relating to Plaintiffs' Motion for Class Certification** was served on December 15, 2020 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Stacey K. Grigsby
Stacey K. Grigsby