UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**INDEX OF EXHIBITS TO JOINT NOTICE OF SEALED AND REDACTED DOCUMENTS RELATING TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

### **INDEX OF EXHIBITS**

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") and Plaintiffs (jointly, the "Parties") submit this Index of Exhibits to their Joint Notice of Sealed and Redacted Documents Relating to Plaintiffs' Motion for Class Certification.

| **INDEX OF EXHIBITS** | |
|---|---|
| 1. | Table of Redacted/Under Seal Documents |