1  **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
   DON SPRINGMEYER, ESQ. (SBN 1021)
2  3556 E. Russell Road, Second Floor
   Las Vegas, Nevada 89120
3  (702) 341-5200/Fax: (702) 341-5300
   dspringmeyer@wrslawyers.com
4
   *Attorneys for Individual and Representative Plaintiffs*
5  *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
     *Vazquez, Brandon Vera, and Kyle Kingsbury*
6

7
                    **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**

9
   CUNG LE, NATHAN QUARRY, JON FITCH,          Case No.: 2:15-cv-01045-RFB-PAL
10 BRANDON VERA, LUIS JAVIER
   VAZQUEZ, AND KYLE KINGSBURY, ON
11 BEHALF OF THEMSELVES AND ALL               **PLAINTIFFS' NOTICE OF CHANGE**
   OTHERS SIMILARLY SITUATED,                 **OF ADDRESS**
12
                  Plaintiffs,
13
        v.
14
   ZUFFA, LLC, D/B/A ULTIMATE FIGHTING
15 CHAMPIONSHIP AND UFC,

16                Defendant.

17

18      **TO ALL PARTIES AND THE CLERK OF THE COURT:**

19      Pursuant to L.R. IA 3-1, the undersigned attorney of record for Plaintiffs files this Notice

20 of Change of Address and requests the Court's docket in the above-captioned matter be updated

21 accordingly.

22      PLEASE TAKE NOTICE effective January 1, 2021, the address and contact information

23 for Plaintiffs' counsel Don Springmeyer, Esq., previously of Wolf, Rifkin, Shapiro, Schulman &

24 Rabkin, LLP, has changed to:

25      Don Springmeyer
        Of Counsel
26      Kemp Jones, LLP
        3800 Howard Hughes Parkway
27      Wells Fargo Tower, 17th Floor
        Las Vegas, NV 89169
28      (702) 385-6000

                                    1

d.springmeyer@kempjones.com

Please note that the addresses and contact information for Plaintiffs' other counsel of record remain unchanged.

DATED this 31st day of December, 2020.

By: */s/ Don Springmeyer*
DON SPRINGMEYER, ESQ. (SBN 1021)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 31st day of December, 2021, a true and correct copy of

3

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS** was served via the United States

4

District Court CM/ECF system on all parties or persons requiring notice.

5

By:    */s/ Christie Rehfeld*

6

Christie Rehfeld, an Employee of WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28