January 11, 2021

From: Carlos Newton – Former UFC Champion

*Via Email transmission*

To: The Honorable Richard F. Boulware, II

United States District Judge

Lloyd D. George Federal Courthouse

333 Las Vegas Blvd, South Las Vegas

Nevada, 89101

January 11, 2021

Dear Judge Boulware:

As a former UFC champion, I have experienced firsthand the systematic interdiction and sustained elimination of the intertwined competitive athletic and commerce market forces by the UFC that by design has made them a monopoly in the sport of Mixed Martial Arts. The UFC's inherently evil anticompetitive behavior as a promoter of purported competition in the sport of Mixed Martial Arts has led to the sanctioned ongoing patented exploitation and disenfranchisement of professional athletes. These professional athletes have a solemn right to earn a living as would be afforded to them in a competitively balanced marketplace but were it not for the deliberate actions of the UFC as a promoter operated by Zuffa LLC to become a monopoly of promotional services in the sport of Mixed Martial Arts. A conspiracy is afoot.

I implore the courts to unseal and make public all the documents regarding the publication of the Court's Certification Order (778) Joint Notice Regarding Sealed and Redacted Documents. This action must be undertaken by the courts if the plaintiffs in this case are to realize the full recovery of damages and receive declaratory relief in connection with the patented exploitation of professional athletes and intentional monopolization of promotional services in the sport of Mixed Martial Arts by the UFC.

"Publicity is justly commended as a remedy for social and industrial diseases. Sunlight is said to be the best of disinfectants; electric light the most efficient policeman"
- Louis D. Brandeis, Former Associate Justice of the US Supreme Court –

I would like to thank the courts for undertaking this matter.

Yours sincerely,

Carlos Newton

January 11, 2021

*Via Email Transmission*

Judge Boulware,

I am writing to you as a 3rd party interested in the *Cung Le, et al v. Zuffa, LLC case*. The purpose is to express my support of your decision to unseal and make public all documents in the case.

I am not a media member, or a lawyer, but a fan of MMA. I think part of the morality of fandom, especially in a sport like MMA where the competitors get hurt, is to understand how fighters are treated from a business perspective. Unfortunately, in MMA most of the business practices are covered in a shroud of secrecy, a big difference from other major sports in the USA.

The revelations from the unsealed documents so far in this case has helped educate the morality of my fandom. It has shown me that there is a chasm between what the UFC expresses to the public via press releases or interviews versus how the fighters treated both in terms of financial compensation and contractual restrictions. There has also been an unexpected side effect; the media coverage given a new interest in antitrust and labor issues which now extend beyond my sports fandom.

Thank you very much for considering my humble request to unseal all documents in this case.

Sincerely,

Jonatan Ram

**Monday, January 11, 2021**

*Via Email Transmission*

Dear Judge Boulware,

At this time, I am writing you to voice support to make public all documents in the *Le et al v Zuffa, LLC* Case.

As things stand, the UFC's business practices lack transparency, and understanding those practices are vital to understanding this case. It's important that the public is informed, as this case centers around questions regarding fighter pay and the general business practices of the UFC – information that is already public regarding other major sports leagues throughout the country but has never been made available by the UFC. In order to understand the charges of monopoly and monopsony in this case, the media must have access to information on the UFC's business practices so that we may fairly and accurately report on the matter.

Because of this, I am asking that you make public all the documents when you publish the Court's Certification of Class. I appreciate you taking the time to hear my request.

Sincerely,

**Simon Samano**
**Managing editor, MMA Junkie/USA TODAY Sports**