January 11, 2021

*Via Email Transmission*

I have been managing professional boxers and MMA fighters for 18 years. Disclosure is crucial to negotiate effectively. I have experienced firsthand the huge differences between boxing and MMA. Transparency in rankings ascension and the giving of title shots is crucial for integrity of sport. I ask the courts to unseal and make public all the documents in the case.

Alessandro Gelke

Arete Agency

cell (702) REDACTED