*Via Email Transmission January 11. 2021*

Frank Shamrock
Frank Shamrock Inc
5069 Hidden Park Court #A101
Simi Valley, California
93063

To whom it may concern,

I am the founder and CEO of a California Corporation, Frank Shamrock Incorporated, and was a professional fighter for 16 years.

I competed in every major mixed martial arts sports league including winning the first ever UFC middleweight championship.

I am writing today in support of [778] Joint Notice Regarding Sealed and Redacted Documents, it is the Court's intent to unseal and make public all the documents in this case with the publication of the Court's Certification Order. All parties and any interested third party have until Monday, January 11, 2021 to indicate their position with respect with disclosure of all the material.

As a professional athlete it is essential that this information is made public as the UFC has made many efforts to conceal the compensations to athletes so that they can keep the athletes compensation low.

As an athlete and performer it is very important to understand the marketplace and what the values of your skills are in relation to the market and it's demands. As a performer understanding what comparables are out there and what other leagues are paying is crucial to deciding on how to proceed in your career.

Not having this information is unfair to athlete performers as they have a limited lifespan and must understand the market to make accurate decisions. Mixed martial arts is a very high risk high impact sport and your career could end in one night.

Knowing this risk, each athlete must have a clear understanding of what the value of the risk is when they enter into a contest.

I fully support the release of this information and believe that it will be very helpful to the athlete performers in this sport and will also help the future generation of athletes.

If you have any questions or would like any further information I am available at the contact information below, thank you for your time and more importantly thank you for releasing this information to help our sport.

Kind regards,

*[signature: Frank Shamrock]*

Frank Shamrock
Chief Executive Officer

Frank@frankshamrock.com
#408-373-3864