WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313; Fax: (202) 379-4937

STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5238

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**DECLARATION OF S. GRIGSBY IN SUPPORT OF DEFENDANT ZUFFA, LLC'S OBJECTION AND REQUEST FOR CLARIFICATION OF THE COURT'S MINUTE ORDER (ECF NO. 782)** |

I, Stacey K. Grigsby, declare as follows:

1. I am a member in good standing of the bar of the District of Columbia and the bar of the State of New York. I am admitted *pro hac vice* to practice before this Court. I am a Partner in the law firm Covington & Burling LLP and counsel for Zuffa, LLC ("Zuffa") in the above-captioned action in the U.S. District Court for the District of Nevada, *Le et al. v. Zuffa, LLC*, No. 2:15-cv-01045-RFB-(BNW).

2. I make this declaration in support of Zuffa's Objection and Request for Clarification of the Court's Minute Order (ECF No. 782). Based on my personal experience, knowledge, and review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

3. In this litigation, Zuffa moved to seal and redact certain documents, expert reports, and hearing exhibits related to Plaintiffs' Motion for Class Certification (ECF No. 518) because those documents, deposition testimony, and exhibits contained Zuffa's financial records and specific recent financial information, highly confidential trade secret business information, and personal information for athletes and Zuffa employees.

4. I have reviewed the declarations of W. Hunter Campbell, Chief Business Officer of Zuffa, that were previously submitted in this matter. In these declarations, he explained that some of the materials in this case contain Zuffa's highly sensitive business information, which Zuffa keeps private and which, if released, would allow Zuffa's competitors to gain unearned competitive advantages, including, but not limited to a tactical advantage over Zuffa in negotiations with business partners. *See* Decl. of W. Hunter Campbell, ECF No. 665-4; Decl. of W. Hunter Campbell, ECF No. 565-3.

5. In addition, it is my understanding that Zuffa's highly sensitive financial information, financial planning modeling, and related strategic documents from the last five years are particularly sensitive because they reflect Zuffa's business strategies. Zuffa and its parent company, Endeavor Group Holdings, are privately held companies. As a result, Zuffa generally does not publicly release all of its financial information.

6. I understand that the Court is considering unsealing and making public all documents in this case. It is my understanding that, if released, the financial information, financial planning, modeling and strategic documents referenced in Mr. Campbell's earlier declaration would still allow Zuffa's competitors to gain an undue advantage by giving them information on Zuffa's strategic investments in its business, product development, and innovation strategies.

7. Exhibit 1 to this declaration is a true and correct copy of an excerpted transcript of the evidentiary hearing held by this Court on September 23, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 11th day of January, 2021 in Washington, DC.

*/s/ Stacey K. Grigsby*
Stacey K. Grigsby

GRIGSBY DECL. ISO ZUFFA OBJ. AND REQ. FOR CLARIFICATION RE: ECF NO. 782