1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@paulweiss.com)
2  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3  2001 K Street, NW
   Washington, DC 20006
4  Telephone: (202) 223-7313; Fax: (202) 379-4937

5  STACEY K. GRIGSBY  (*Pro hac vice*)
   (sgrigsby@cov.com)
6  COVINGTON & BURLING LLP
7  One CityCenter
   850 Tenth Street, NW
8  Washington, DC 20001
   Telephone: (202) 662-5238
9
   DONALD J. CAMPBELL #1216
10 (djc@campbellandwilliams.com)
   J. COLBY WILLIAMS #5549
11 (jcw@campbellandwilliams.com)
   CAMPBELL & WILLIAMS
12 700 South 7th Street, Las Vegas, NV 89101
13 Telephone: (702) 382-5222; Fax: (702) 382-0540

14 *Attorneys for Defendant Zuffa, LLC, d/b/a*
15 *Ultimate Fighting Championship and UFC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**INDEX OF EXHIBITS IN SUPPORT OF ZUFFA, LLC'S OBJECTION AND REQUEST FOR CLARIFICATION OF THE COURT'S MINUTE ORDER (ECF NO. 782)** |

INDEX OF EXHIBITS TO ZUFFA OBJ. AND REQ. FOR CLARIF. RE: ECF NO. 782

## **INDEX OF EXHIBITS**

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa") submits this Index of Exhibits in Support of Defendant Zuffa, LLC's Objection and Request for Clarification of the court's Minute Order (ECF No. 782).

| Exhibit | Description |
|---|---|
| 1 | Evidentiary Hearing Day 7 Excerpted Transcript (Redactions of Posting Memo) |

DATED: January 11, 2021                                  COVINGTON & BURLING LLP

By: /s/ Stacey Grigsby
Attorney for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

1