# Exhibit 1

Excerpts from Sep. 23, 2019 Evidentiary Hearing
(Court's PCCX41 Redactions)

Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-----------------------------------------------------------
Cung Le, Nathan Quarry, Jon
Fitch, Brandon Vera, Luis
Javier Vazquez, and Kyle          Case No.:
Kingsbury on behalf of
themselves and all others         2:15-cv-01045-RFB-BNW
similarly situated,

        Plaintiffs,

    v.

Zuffa, LLC, d/b/a Ultimate
Fighting Championship and
UFC,

        Defendant.
-----------------------------------------------------------

TRANSCRIPT OF HEARING BEFORE
THE HONORABLE RICHARD FRANKLIN BOULWARE, II
September 23, 2019
9:33 a.m. - 12:13 p.m.
Richmond, Virginia



```
                                                      Page 132
 1         to look at them, go ahead and do that.  I'll
 2         sit on the bench for a few minutes.  If you
 3         want to fire up your laptop.  That way we can
 4         address it here in court today.  We have a
 5         little bit of extra time.
 6                 So we'll be off the record at this
 7         point in time.
 8                 (Recess taken at 11:46 a.m.,
 9                 proceedings resumed at 12:03 p.m.)
10                 THE COURT:  Back on the record.
11                 This is PCCX-41, and I will just let
12         you know what we're going to do.
13                 Page 2, I will redact that portion.
14                 Page 5 will not be redacted.
15                 So on page 6, the consistent and strong
16         top will not be redacted.
17                 Highly profitable with significant
18         operating leverage chart will be redacted.
19                 The consistent high cash generated
20         chart will be redacted.
21                 The substantial contracted revenue
22         coverage will not be redacted.
23                 Page 9, neither one of those charts
24         will be redacted.
25                 Page 10, neither one of those blocks
```



```
 1        will be redacted.
 2              Page 11, both of those will be
 3        redacted.
 4              Page 14, that box will be redacted.
 5              Page 15, that box will be redacted.
 6              Page 16, all of those boxes will be
 7        redacted.
 8              Page 17, all of those boxes -- that
 9        whole box on page 17 will be redacted, as well
10        as the box on page 18, that will also be
11        redacted.
12              Page 20, that will not be redacted.
13              Page 21 will not be redacted.
14              Page 22 will not be redacted.
15              Page 23 will not be redacted.
16              Page 24 will not be redacted.
17              Page 25 will not be redacted.
18              Page 26 will not be redacted.
19              Page 27 will be redacted.
20              Page 28, 29 will be redacted.
21              Page 30 will be redacted.
22              Page 31 will not be redacted.
23              Page 32 will be redacted.
24              Page 33 will be redacted.
25              Page 34 will not be redacted.
```



Page 134

1                Page 35 will not be redacted.
2                Page 36 will be redacted.
3                Page 38 will not be redacted.
4                And then page 39 will be redacted.
5                Okay.  Anything else we need to do
6        then?
7                MR. MADDEN:  Yes, Your Honor.  I spoke
8        with Ms. Grigsby, and since the class
9        certification and summary judgment briefing
10       were submitted, there has been substantial
11       unredacting of the expert reports.  Much of it
12       is now public.
13               THE COURT:  Right.
14               MR. MADDEN:  And we would like to
15       request the ability to file a newly redacted
16       based on what is available and still
17       under-seal versions of those briefs.
18               THE COURT:  Versions of the briefs, you
19       said?
20               MR. MADDEN:  Yes.
21               THE COURT:  That's fine.  That seems
22       appropriate.
23               Anything else?
24               MR. CRAMER:  Yes, Your Honor.  So I
25       guess I would miss this case if I weren't

