WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313; Fax: (202) 379-4937

STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5238

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Case No.: 2:15-cv-01045-RFB-(BNW)

**SUPPLEMENTAL DECLARATION OF W. HUNTER CAMPBELL IN SUPPORT OF DEFENDANT ZUFFA, LLC'S OBJECTION AND REQUEST FOR CLARIFICATION OF THE COURT'S MINUTE ORDER (ECF NO. 782)**

I, William Hunter Campbell, declare as follows:

1. I am over 21 years old. I have personal knowledge of the facts stated in this declaration and if called to testify, I could and would competently testify to these facts. I am a member in good standing of the State Bar of Nevada. I am Chief Business Officer ("CBO") and Executive Vice President of defendant Zuffa, LLC ("Zuffa"), d/b/a Ultimate Fighting Championship® ("UFC"). UFC is a mixed martial arts ("MMA") promoter. Prior to serving as Zuffa's CBO, I was the Chief Legal Officer of Zuffa from 2017 to 2019. Prior to 2017, I represented Zuffa as outside counsel on several matters.

2. I make this supplemental declaration in support of Zuffa's Objection and Request for Clarification of the Court's January 6, 2021 Minute Order, ECF No. 782 ("January 6 Order").

3. Through my role as Zuffa's CBO and CLO, as well as from my representation of Zuffa, I am familiar with Zuffa's practice of maintaining the confidentiality of Zuffa's financial information. Zuffa executives and employees keep financial information—including revenue and compensation information, both on an individual level—private and confidential. Zuffa's event-level financials, including compensation and spending information, are considered highly confidential. This information is not disseminated broadly because Zuffa's business partners, including sponsors, venues, and others, could use this information to gain an advantage over Zuffa in negotiations. I am also familiar with Zuffa's practice for maintaining confidential information, financial projections, business analysis, and strategies. Zuffa does not share this information broadly, and uses it to make decisions about product investment, development, and new ideas for events and content.

4. I understand that the Court is considering unsealing and making public all documents in this case. In June 2019, I submitted a declaration in this matter explaining that some of the materials in this case contain Zuffa's highly sensitive business information, which we keep private and which, if released, would allow our competitors to gain a competitive advantage. Decl. of W. Hunter Campbell, ECF No. 665-4; *see also* ECF No. 565-3.

5. As of this date, the information referenced in my earlier declaration is still highly sensitive business information, which, if released would still allow our competitors to gain an

unearned competitive advantage.

6. On January 11, 2021, I was on a seventeen-hour flight to Abu Dhabi and unable to execute this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 12th day of January, 2021 in Abu Dhabi.

Wm. Hunter Campbell

3

SUPPL. CAMPBELL DECL. ISO ZUFFA OBJ. AND REQ. FOR CLARIFICATION RE: ECF NO. 782