WILLIAM A. ISAACSON (*pro hac vice*)
(wisaacson@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313

STACEY K. GRIGSBY (*pro hac vice*)
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5238

DONALD J. CAMPBELL (1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**DEFENDANT ZUFFA, LLC'S MOTION TO WITHDRAW BOIES SCHILLER FLEXNER LLP AS COUNSEL OF RECORD** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local rule IA 11-6(b), Defendant Zuffa, LLC ("Zuffa"), respectfully moves the Court to withdraw the following attorneys who represented Zuffa while at the law firm Boies Schiller Flexner LLP ("Boies Schiller") as counsel of record for Zuffa:

> Nicholas A. Widnell <nwidnell@bsfllp.com>;
> Marcy Norwood Lynch <mlynch@bsfllp.com>;
> Richard J. Pocker <rpocker@bsfllp.com>;
> Jonathan Shaw <jshaw@bsfllp.com>;
> Brent Nakamura <bnakamura@bsfllp.com>;
> Steven Holtzman <sholtzman@bsfllp.com>;
> Suzanne Jaffe Nero <snero@kslaw.com>; and
> Abby L. Dennis <adennis@bsfllp.com>.

Neither Boies Schiller nor any of the attorneys identified above are representing Zuffa in this action any longer, and they should be removed from all further notices.  The law firms Paul, Weiss, Rifkind, Wharton & Garrison LLP, Covington & Burling LPP, and Campbell & Williams continue to serve as counsel for Zuffa in this action through the other attorneys of record identified on the Court's CM/ECF system service list.  Accordingly, the proposed withdrawal of Boies Schiller will not result in delay of any discovery, hearing or trial.  Notice of the proposed withdrawal of the attorneys identified above has already been provided to Zuffa, and is being provided to opposing counsel through this filing.

For the reasons stated above, Zuffa respectfully requests that the Court enter an order withdrawing Boies Schiller and counsel identified above as counsel of record for Zuffa.

Dated: January 13, 2021          **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
William A. Isaacson (admitted *pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313; Fax: (202) 379-4937
wisaacson@paulweiss.com

1

**COVINGTON & BURLING LLP**
Stacey K. Grigsby (admitted *pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5238
sgrigsby@cov.com

2

3

4

5

6

**CAMPBELL & WILLIAMS**

7

___/s/ *J. Colby Williams*_____
Donald J. Campbell (State Bar No. 1216)
J. Colby Williams (State Bar No. 5549)
700 South 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540
djc@cwlawlv.com
jcw@cwlawlv.com

8

9

10

11

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2
The undersigned hereby certifies that the foregoing **Defendant Zuffa, LLC's Motion to**

3
**Withdraw Boies Schiller Flexner LLP as Counsel of Record** was served on January 13, 2021

4
via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

5

6
By: */s/ J. Colby Williams*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28