Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Class and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez,*
*Brandon Vera, and Kyle Kingsbury*

[Additional counsel listed on signature page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>        Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' SUPPLEMENTAL NOTICE REGARDING DISCLOSURE OF CASE MATERIALS IN CONNECTION WITH CLASS CERTIFICATION OPINION AND ORDER** |

1  In response to the Court's January 6, 2021 Minute Order (ECF No. 782) requesting all parties to

2  indicate their positions regarding the unsealing of all documents in this case with the publication of the

3  Court's forthcoming order on Plaintiffs' Motion for Class Certification, Non-Party Bellator Sport

4  Worldwide LLC objected to the unsealing of two pages: SBPLCL00002101-2102. *See* ECF 785. In light

5  of Bellator's third-party status and the modest nature of its request, Plaintiffs have no objection to those

6  two pages remaining under seal.

7  As to the broader objections set forth by Zuffa,[1] Plaintiffs respectfully request that the Court issue

8  its Class Certification Order, while temporarily withholding a ruling on any further unsealing of record

9  evidence, and providing the parties a brief window of time to address which record documents, if any,

10  should remain sealed or partially redacted. Such a course would allow the case to proceed, while the

11  parties address Zuffa's or third parties' objections in context and based on the relevance of the contested

12  documents and their contents to the Court's Order.

13  Dated this 26th day of January, 2021.

14   _/s/ Don Springmeyer_

15  Don Springmeyer (Nevada Bar No. 1021)
    KEMP JONES, LLP

16  3800 Howard Hughes Parkway, 17th Floor
    Las Vegas, Nevada 89169

17  Phone:  (702) 385-6000
    d.springmeyer@kempjones.com

18

19  **Liaison Counsel for the Class**

20  Eric L. Cramer (admitted *pro hac vice*)
    Michael Dell'Angelo (admitted *pro hac vice*)

21  Patrick F. Madden (admitted *pro hac vice*)
    Mark R. Suter (admitted *pro hac vice*)

22  BERGER MONTAGUE PC

23  1818 Market Street, Suite 3600
    Philadelphia, PA 19106

24  Phone: (215) 875-3000
    ecramer@bm.net

25  mdellangelo@bm.net

26  pmadden@bm.net
    msuter@bm.net

27

28
---
[1] Zuffa objects to the unsealing of "PCCX41, PCCX344, PCCX414, the expert reports of Guy Davis and Elizabeth Davis, the relevant portions of Dr. Singer and Dr. Zimbalist's expert reports, and any other documents not related to the Class Certification Order." ECF 786, at 9.

**PLAINTIFFS' SUPPLEMENTAL NOTICE REGARDING DISCLOSURE OF CASE MATERIALS**
2822966 v1

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Phone:  (415) 500-6800
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone:  (202) 408-4600
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

**Co-Lead Counsel for the Class**

Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone:  (602) 264-7101
rmaysey@warnerangle.com
jelwell@warnerangle.com

William G. Caldes (admitted *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Phone:  (215) 496-0300
bcaldes@srkattorneys.com

John D. Radice (admitted *pro hac vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Phone:  (646) 245-8502
jradice@radicelawfirm.com

Case No.: 2:15-cv-01045 RFB-BNW

PLAINTIFFS' SUPPLEMENTAL NOTICE REGARDING DISCLOSURE OF CASE MATERIALS

2822966 v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Frederick S. Schwartz (admitted *pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Telephone:  (818) 986-2407
Facsimile:  (818) 995-4124
fred@fredschwartzlaw.com

**Additional Counsel for the Class**

**PLAINTIFFS' SUPPLEMENTAL NOTICE REGARDING DISCLOSURE OF CASE MATERIALS**
2822966 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this _26th_ day of January 2021 a true and correct copy of **PLAINTIFFS'**

**SUPPLEMENTAL NOTICE REGARDING DISCLOSURE OF CASE MATERIALS** was served via

the District of Nevada's ECF system to all counsel of record who have enrolled in the ECF system.


_/s/ Pamela Montgomery_
An employee of Kemp Jones, LLP