1  **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
   BRADLEY SCHRAGER, ESQ. (SBN 10217)
2  3556 E. Russell Road, Second Floor
   Las Vegas, Nevada 89120
3  (702) 341-5200/Fax: (702) 341-5300
   bschrager@wrslawyers.com
4
   *Attorneys for Individual and Representative Plaintiffs*
5  *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
      *Vazquez, Brandon Vera, and Kyle Kingsbury*
6

7  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
8

9  CUNG LE, NATHAN QUARRY, JON FITCH, | Case No.: 2:15-cv-01045-RFB-PAL
   BRANDON VERA, LUIS JAVIER
10 VAZQUEZ, AND KYLE KINGSBURY, ON
   BEHALF OF THEMSELVES AND ALL | **PLAINTIFFS' MOTION TO**
11 OTHERS SIMILARLY SITUATED, | **WITHDRAW WOLF, RIFKIN,**
                                | **SHAPIRO, SCHULMAN & RABKIN,**
12              Plaintiffs,     | **LLP AS COUNSEL OF RECORD**

13        v.

14 ZUFFA, LLC, D/B/A ULTIMATE FIGHTING
   CHAMPIONSHIP AND UFC,
15
                Defendant.
16

17 **TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

18     PLEASE TAKE NOTICE that, pursuant to Local rule IA 11-6(b), Plaintiffs' Cung Le,

19 Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury

20 ("Plaintiffs"), respectfully move the Court to withdraw the following attorney who represented

21 Plaintiffs while at the law firm Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP("Wolf Rifkin")

22 as counsel of record for Plaintiffs:

23      Bradley Schrager, Esq.  – bschrager@wrslawyers.com

24     Neither Wolf Rifkin nor the attorney identified above are representing Plaintiffs in this

25 action any longer, and they should be removed from all further notices. The law firms Kemp

26 Jones, Berger & Montague, P.C., Joseph Saveri Law Firm, Inc., Cohen Milstein Sellers & Toll,

27 PLLC, Warner Angle Hallam Jackson & Formanek PLC and Law Office Of Frederick S.

28 Schwartz continue to serve as counsel for Plaintiffs in this action through the other attorneys of

1

record identified on the Court's CM/ECF system service list. Accordingly, the proposed withdrawal of Wolf Rifkin will not result in delay of any discovery, hearing or trial. Notice of the proposed withdrawal of the attorneys identified above has already been provided to Plaintiffs, and is being provided to opposing counsel through this filing.

For the reasons stated above, Plaintiffs respectfully requests that the Court enter an order withdrawing Wolf Rifkin and counsel identified above as counsel of record for Plaintiffs.

DATED this 22nd day of January, 2021.

By: /s/ Bradley Schrager
BRADLEY SCHRAGER, ESQ. (SBN 10217)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

*Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

ORDER

**IT IS SO ORDERED**

**DATED:** 6:21 pm, January 25, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**