CAMPBELL & WILLIAMS
DONALD J. CAMPBELL (#1216)
djc@cwlawlv.com
J. COLBY WILLIAMS (#5549)
jcw@cwlawlv.com
710 S. Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-5222

*Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>              Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO:   CLERK OF COURT; AND

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the law firm of Campbell & Williams, as counsel of record for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, hereby submits this Notice of Change of Address for transmission of all documents in the above-captioned matter to be delivered to their new address:

CAMPBELL & WILLIAMS
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

All future correspondence, service of pleadings and other documents submitted in hard copy should be directed to the new address.

DATED this 25th day of March, 2021.

                                              CAMPBELL AND WILLIAMS

By: /s/ ***J. Colby Williams***
DONALD J. CAMPBELL, ESQ. (1216)
J. COLBY WILLIAMS, ESQ. (5549)
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC*

**CERTIFICATE OF SERVICE**

I certify that on March 25, 2021, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ *J. Colby Williams*
J. Colby Williams