Don Springmeyer (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000/Fax: (702) 385-6001
d.springmeyer@kempjones.com

*Liaison Counsel for the Proposed Class*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | **No.: 2:15-cv-01045-RFB-BNW**<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF ERIC L. CRAMER, ESQ.'S DECLARATION** |

/ / /

/ / /

/ / /

Eric L. Cramer, Esq., Chairman of the law firm of Berger Montague PC, hereby submits his Appendix of Exhibits in Support of Eric L. Cramer, Esq.'s Declaration.

| Exhibit No. | Document | Bates No. |
|---|---|---|
| 1 | Proposed Letter to Absent Class Members | APP000001-000003 |
| 2 | First Solicitation Letter (Sherk) Dated March 16, 2021 | APP000004-000020 |
| 3 | Second Solicitation Letter (Sherk) Dated March 24, 2021 | APP000021-000025 |
| 4 | Hallman Email Dated March 23, 2021 | APP000026-000028 |
| 5 | Plaintiffs Luis Javier Vasquez and Dennis Lloyd Hallman's Antitrust Class Action Complaint Filed December 22, 2014 (Document No. 1) | APP000029-000091 |
| 6 | Consolidated Order Filed June 11, 2015 (Document No. 101) | APP000092-000095 |
| 7 | Joint Order Directing Attorney Loyst Fletcher to Submit a Proposed Corrective Communication for Court Approval and Further Orders Filed on February 18, 2021 (ECF No. 1431) | APP000076-000118 |
| 8 | Opinion and Order Granting in Part Motion for Preliminary Injunction and Temporary Restraining Order [1409] Filed on February 8, 2021 (ECF No. 1418) | APP000119-000112 |

/ / /

/ / /

/ / /

DATED: March 30, 2021

Respectfully Submitted,

By: ___/s/ Don Springmeyer_____
Don Springmeyer (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
(702) 385-6000/Fax: (702) 385-6001
d.springmeyer@kempjones.com

*Liaison Counsel for the Class*

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel Silverman (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, D.C. 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Class*

Case No.: 2:15-cv-01045-RFB-BNW

Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Frederick S. Schwartz (admitted *pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403
Phone: (818) 986-2407/Fax: (818) 995-4124
fred@fredschwartzlaw.com

SPECTOR ROSEMAN & KODROFF, P.C.
William G. Caldes (admitted *pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Phone: (215) 496-0300/Fax: (215) 496-6611
wcaldes@srkw-law.com

*Additional Counsel for the Class*

APPENDIX OF EXHIBITS IN SUPPORT OF ERIC l. CRAMER, ESQ.'S DECLARATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2021 a true and correct copy of **APPENDIX OF EXHIBITS IN SUPPORT OF ERIC L. CRAMER, ESQ.'S DECLARATION** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

By:   */s/ Don Springmeyer*
       Don Springmeyer