# EXHIBIT 1

Proposed Letter to Absent Class Members

APP000001

Dear Current or Former UFC Fighter:

A federal court has authorized us to send this letter to you because you may have received letters from a law firm, Sparacino PLLC, that a federal court has determined were misleading and unethical. Specifically, the Honorable Richard Boulware, II, of the United States District Court for the District of Nevada is presiding over a lawsuit brought by a group of MMA fighters against the UFC. Judge Boulware has issued an order allowing us to send this letter to help ensure you understand your legal rights.

**Who is sending this letter?** We are lawyers who filed this class action lawsuit against the UFC and whom Judge Boulware has appointed to litigate the claims of a group of current and former UFC fighters. We have been litigating for more than six years. The fighters leading the litigation are Cung Le, Jon Fitch, Nathan Quarry, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury. The Court has not yet decided the merits of the case; that is, it has not decided which side should win.

**Do I need to take any action to benefit from this litigation against the UFC?** We have asked the Court to allow Cung Le, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury and us to pursue legal claims on behalf of a class of about 1,200 fighters who fought one or more bouts for the UFC between December 16, 2010 and June 30, 2017. The Court has announced that it is going to rule in our favor on the issue of class certification. In other words, the Court intends to allow the case to go forward on behalf of the approximately 1,200 fighters. Once he does, if you are one of those 1,200 or so fighters, *you do not have to take any actions at this time*—we will continue litigating to attempt to recover money and other relief for you and the rest of the class. You do not need to "sign up" with any lawyer.

**How do I know if I am one of the 1,200 or so fighters that may benefit from the lawsuit against the UFC?** We have asked the Court to allow us to represent a class of all UFC fighters *who fought in a UFC-promoted MMA bout that took place or was broadcast in the United States from December 16, 2010 to June 30, 2017*. If the Court agrees to allow us to represent that group, and you fought in a UFC-promoted MMA bout that took place or was broadcast in the U.S. during that time, then you can benefit from any money obtained from the UFC as a result of the litigation. The UFC denies it did anything wrong and has not agreed to pay any money to settle this case at this time. Again, the Court has indicated that it will rule for us on the issue of class certification and allow us to represent this group of MMA fighters. But, to be clear, the Court has not yet decided which side should win this case nor has the Court decided yet whether any class member is entitled to any money from this case.

**Why have I received this letter?** We have been informed that you may have received one or more misleading letters and a brochure from Sparacino PLLC about the UFC case. Be aware: that law firm has *not* been litigating for you against the UFC. The Court did not appoint it. *It is not part of our team*. Again, you do not need to "sign up" with that law firm to recover from the UFC. If you are one of the 1,200 or so fighters in the class described above, we are already litigating against the UFC for you.

APP000002

**Is this a class action?** Yes. To be technical, it is a proposed class action. We have asked Judge Boulware to certify the litigation for class treatment. He has announced that he will do so. Once he does, we will then be litigating on behalf of all class members—again, the 1,200 or so fighters described above. The formal name of the case is *Cung Le, et al. v. Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC*, No. 2:15-cv-01045-RFB-BNW (D. Nev.).

**What if I may have hired the lawyers that sent me a misleading communication?** The Court has determined that Sparacino PLLC acted unethically. Further, it lacks experience litigating antitrust cases. If you hired Sparacino PLLC to represent you against the UFC, the Court in this action has ruled that you may end that representation within 30 days of receiving this letter without owing them any money. To do so, or to ask any questions you may have, you can contact us by sending an email to ___ or calling ___. Please do not contact the Court directly.

**What can I do if I have questions?** If you have any questions, we would be happy to answer them. You can send an email to ____ or call ___. Please do not contact the Court directly.

APP000003