# EXHIBIT 4

Hallman Email Dated March 23, 2021

APP000026

**Mark R. Suter**

**From:** Rob Maysey <rmaysey@mmafa.tv>
**Sent:** Tuesday, March 23, 2021 8:08 PM
**To:** Robert C. Maysey
**Subject:** Fwd: Getting solicited.

Sent from my iPhone

Begin forwarded message:

> **From:** NoHoldsBarred Superman [redacted]
> **Date:** March 23, 2021 at 4:08:42 PM MST
> **To:** Rob Maysey <rmaysey@mmafa.tv>
> **Subject: Getting solicited.**
>
> Some law firm sent me a solicitation to hire them to sue UFC.
>
> Best Regards
> Dennis Hallman
> [redacted]

2

APP000028