Don Springmeyer (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000/Fax (702) 385-6001
dspringmeyer@kempjones.com

*Liaison Counsel for the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I have delivered by email to Ryan Sparancino, Esq. of Sparancino PLLC, a true and correct copy of the file endorsed documents: **PLAINTIFFS' EMERGENCY MOTION TO COMPEL SPARACINO PLLC TO STOP COMMUNICATING WITH ABSENT MEMBERS OF THE PROPOSED CLASS AND FOR RELATED RELIEF; DECLARATION OF ERIC L. CRAMER, ESQ.; AND [PROPOSED] ORDER RE PLAINTIFFS' EMERGENCY MOTION TO COMPEL SPARACINO PLLC TO STOP COMMUNICATING WITH ABSETN MEMBERS OF THE PROPOSED CLASS AND FOR RELATED RELIEF** on March 31, 2021.

By:  _/s/ Don Springmeyer_