Don Springmeyer (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000/Fax (702) 385-6001
dspringmeyer@kempjones.com

*Liaison Counsel for the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**NOTICE OF COMPLIANCE** |

Please take notice that the undersigned counsel has complied with local Rule 7-4 and placed telephone calls to the Courtroom Administrator of the Judges immediately after filing the emergency motion on March 30, 2021.

DATED this 31st day of March, 2021.

        KEMP JONES, LLP

        /s/ Don Springmeyer
        Don Springmeyer, Esq. (Nevada Bar No. 1021)
        3800 Howard Hughes Parkway, 17th Floor
        Las Vegas, Nevada 89169

        *Liaison Counsel for the Proposed Class*

### CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2021 a true and correct copy of the **NOTICE OF COMPLIANCE** was served via the District of Nevada's ECF system to all counsel of record who have enrolled in the ECF system.

        /s/ Pamela Montgomery
        An employee of Kemp Jones, LLP