WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7300; Fax (202) 223-7420

STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6238

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DEFENDANT ZUFFA, LLC'S MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Rule 7-2(g), Defendant Zuffa, LLC seeks leave to file this supplemental authority, attached hereto as Exhibit B. A court may grant a motion for leave to file a supplemental notice for "good cause." Local Rule 7-2(g). "Good cause may exist either when the proffered supplemental authority controls the outcome of the litigation, or when the proffered supplemental authority is precedential, or particularly persuasive or helpful." *Alps Prop. & Cas. Ins. Co. v. Kalicki Collier, LLP*, No. 19-709-MMD-CLB, 2021 WL 1032290, at *4 (D. Nev. Mar. 17, 2021) (internal citation omitted). The Ninth Circuit decision in *Olean Wholesale Grocery Co-Op v. Bumble Bee Foods LLC,* 9th Cir. No. 19-65614, vacating a district court order certifying three classes, is precedential authority.

Dated: April 8, 2021

Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ William A. Isaacson*
WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@paulweiss.com)
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7300; Fax: (202) 223-7420

STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6238

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that the foregoing Defendant Zuffa, LLC's Motion for Leave to File a Notice of Supplemental Authority was served on April 08, 2021 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ William A. Isaacson*
WILLIAM A. ISAACSON

---

ZUFFA, LLC'S MOTION FOR LEAVE TO FILE          Case No.: 2:15-cv-01045-RFB-BNW
A NOTICE OF SUPPLEMENTAL AUTHORITY