# EXHIBIT A

1  WILLIAM A. ISAACSON (*Pro hac vice*)
   (wisaacson@paulweiss.com)
2  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
3  2001 K Street, NW
   Washington, DC 20006
4  Tel: (202) 223-7300; Fax (202) 223-7420

5  STACEY K. GRIGSBY (*Pro hac vice*)
   (sgrigsby@cov.com)
6  COVINGTON & BURLING LLP
   One CityCenter, 850 Tenth Street, NW
7  Washington, DC 20001
   Tel: (202) 662-6238
8
   DONALD J. CAMPBELL (State Bar No. 1216)
9  (djc@campbellandwilliams.com)
   J. COLBY WILLIAMS (State Bar No. 5549)
10 (jcw@campbellandwilliams.com)
   CAMPBELL & WILLIAMS
11 700 South 7th Street
   Las Vegas, Nevada 89101
12 Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DEFENDANT ZUFFA, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

ZUFFA, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY                              Case No.: 2:15-cv-01045-RFB-BNW

**TO ALL PARIES AND THE CLERK OF THE COURT:**

We write to advise the Court of the Ninth Circuit's decision in *Olean Wholesale Grocery Co-Op v. Bumble Bee Foods LLC,* 9th Cir. No. 19-65614 (attached), vacating the district court's order certifying three classes in a multi-district antitrust case alleging a price-fixing conspiracy by producers of packaged tuna. The Ninth Circuit's decision confirms, and expounds on, the heavy burden that plaintiffs face in seeking certification of a class under Fed. R. Civ. P. Rule 23(b)(3), and confirms that certification of the putative classes in this case would be improper.

Dated: April 8, 2021                    Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ William A. Isaacson*
WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@paulweiss.com)
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7300; Fax: (202) 223-7420

STACEY K. GRIGSBY (*Pro hac vice*)
(sgrigsby@cov.com)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6238

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendant Zuffa, LLC's Notice of Supplemental Authority was served on April 08, 2021 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ William A. Isaacson*
WILLIAM A. ISAACSON