Geoffrey M. Klineberg, Esq. (*Pro Hac Vice Motion On File*)
District of Columbia Bar No. 444503
Joshua D. Branson, Esq. (*Pro Hac Vice Motion On File*)
District of Columbia Bar No. 981623
KELLOGG HANSEN TODD FIGEL &
   FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W. Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
jbranson@kellogghansen.com
*Attorneys for Sparacino PLLC*

Brian D. Shapiro, Esq. (proposed local counsel)
Nevada Bar No. 5772
LAW OFFICE OF BRIAN D. SHAPIRO, LLC
510 S. 8th Street
Las Vegas, NV 89101
Telephone:  (702) 386-8600
brian@brianshapirolaw.com
*Attorney for Sparacino PLLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated. <br><br> Plaintiff <br><br> vs. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC <br><br> Defendant | **Case No. 2:15-cv-01045-RFB-BNW** <br><br><br> **NOTICE OF SPECIAL AND LIMITED APPEARANCE ON BEHALF OF SPARACINO, PLLC AND REQUEST FOR SPECIAL NOTICE[1]** |

---

[1] Sparacino PLLC is not a party to this litigation.  By entering this special and limited appearance, Sparacino PLLC does not consent to the jurisdiction of this Court over any matter other than the resolution of Plaintiff's Emergency Motion to Compel Sparacino PLLC to Stop Communicating with Absent Members of the Proposed Class and for Related Relief (Doc 796 filed on March 30, 2021).

PLEASE TAKE NOTICE that Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. and the Law Office of Brian D. Shapiro, LLC, hereby enter a special and limited appearance on behalf of Sparacino PLLC ("Sparacino") in the above-entitled proceeding for the limited purpose of representing Sparacino in responding to Plaintiffs' Emergency Motion to Compel Sparacino to Stop Communicating with Absent Members of the Proposed Class and for Related Relief (Doc. 796) (the "Motion"). The undersigned attorneys hereby request special notice of all hearings, actions, and proceedings, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with the Motion. All notices and copies in response to the foregoing and all notices required to be mailed to Sparacino should be directed to:

> Law Office of Brian D. Shapiro, LLC
> Attn:  Brian D. Shapiro, Esq.
> 510 S. 8th Street
> Las Vegas, NV 89101
> Tel:  (702) 386-8600
> brian@brianshapirolaw.com

With an additional copy to:

> Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
> Attn:  Geoffrey M. Klineberg, Esq.
> Joshua D. Branson, Esq.
> Sumner Square, 1615 M. Street, NW, Suite 400
> Washington, D.C.  20036
> Tel: 202-326-7900
> gklineberg@kellogghansen.com
> jbranson@kellogghansen.com

Respectfully Submitted:

Dated:  April 13, 2021

By: /s/ *Brian D. Shapiro, Esq.*
Law Office of Brian D. Shapiro, LLC
Attn:  Brian D. Shapiro, Esq.
510 S. 8th Street
Las Vegas, NV 89101
Telephone:  (702) 386-8600
brian@brianshapirolaw.com
*Attorney for Sparacino PLLC*

## CERTIFICATE OF SERVICE

I certify that on April 13, 2021, I electronically filed the foregoing **NOTICE OF SPECIAL AND LIMITED APPEARANCE ON BEHALF OF SPARACINO PLLC AND REQUEST FOR SPECIAL NOTICE** using the CM/ECF System and transmittal of this filing was sent to all counsel in this matter that are registered CM/ECF registrants.

Dated:  April 13, 2021

By: /s/ *Brian D. Shapiro, Esq.*
Law Office of Brian D. Shapiro, LLC
Attn:  Brian D. Shapiro, Esq.
510 S. 8th Street
Las Vegas, NV 89101
Telephone:  (702) 386-8600
brian@brianshapirolaw.com
*Attorney for Sparacino PLLC*