Geoffrey M. Klineberg, Esq. (*Pro Hac Vice Motion Pending*)
District of Columbia Bar No. 444503
Joshua D. Branson, Esq. (*Pro Hac Vice Motion Pending*)
District of Columbia Bar No. 981623
KELLOGG HANSEN TODD FIGEL &
    FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W. Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
jbranson@kellogghansen.com
*Attorneys for Sparacino PLLC*

Brian D. Shapiro, Esq. (proposed local counsel) Nevada Bar No. 5772
LAW OFFICE OF BRIAN D. SHAPIRO, LLC
510 S. 8th Street
Las Vegas, NV 89101
Tel:  (702) 386-8600
brian@brianshapirolaw.com
*Attorney for Sparacino PLLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | **Case No. 2:15-cv-01045-RFB-BNW**<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF RYAN R. SPARACINO'S DECLARATION** |

Ryan R. Sparacino hereby submits this Appendix of Exhibits in Support of Ryan R. Sparacino's Declaration.

| Exhibit No. | Document | Page |
|---|---|---|
| A | First Mailer, dated March 16, 2021 | APP000001-000003 |
| B | Brochure – Potential Lawsuit Against UFC on Behalf of Former UFC Competitors | APP000004-000020 |
| C | Email from E. Cramer to G. Wotkyns et al., dated March 24, 2021 | APP000021-000027 |
| D | Second Mailer, dated March 24, 2021 | APP000028-000032 |

DATED: April 13, 2021              Respectfully Submitted,


                                   By:  /s/ *Brian D. Shapiro, Esq.*

                                   Brian D. Shapiro, Esq. (proposed local counsel)
                                   Nevada Bar No. 5772
                                   LAW OFFICE OF BRIAN D. SHAPIRO, LLC
                                   510 S. 8th Street
                                   Las Vegas, NV 89101
                                   Tel: (702) 386-8600
                                   brian@brianshapirolaw.com
                                   *Attorney for Sparacino PLLC*

                                   Geoffrey M. Klineberg, Esq.
                                   (*Pro Hac Vice Motion Pending*)
                                   District of Columbia Bar No. 444503
                                   Joshua D. Branson, Esq.
                                   (*Pro Hac Vice Motion Pending*)
                                   District of Columbia Bar No. 981623
                                   KELLOGG HANSEN TODD FIGEL &
                                       FREDERICK, P.L.L.C.
                                   Sumner Square
                                   1615 M Street, N.W. Suite 400
                                   Washington, D.C. 20036
                                   Tel: (202) 326-7900
                                   jbranson@kellogghansen.com
                                   *Attorneys for Sparacino PLLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April 2021 a true and correct copy of **APPENDIX OF EXHIBITS IN SUPPORT OF RYAN R. SPARACINO'S DECLARATION** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

/s/ *Brian D. Shapiro, Esq.*
Brian D. Shapiro, Esq.