# EXHIBIT D

## Second Mailer, dated March 24, 2021

APP000028



**SPARACINO**
PLLC

1920 L Street, NW, Suite 535
Washington, D.C. 20036

**ADVERTISEMENT**

March 24, 2021

<u>**VIA FEDEX**</u>
[Mr./Mrs./Ms.] [First Name] [Last Name]
[Address]

      RE:    <u>**Potential Antitrust Claims Against UFC**</u>

Dear [Mr./Mrs./Ms.] [Last name],

If you have already retained a lawyer for this matter, please disregard this letter. We write to follow up with you regarding the letter and informational material we previously sent you regarding your potential claims against UFC. We also write to update you on the class action lawsuit *Le v. Zuffa*, No. 2:15-cv-01045-RFB-BNW, pending in the U.S. District Court for the District of Nevada (the "Class Action").

In *Le v. Zuffa*, the Court appointed the law firms Berger & Montague, P.C., Cohen Milstein Sellers & Toll PLLC, and Joseph Saveri Law Firm, Inc, as "Interim Co-Lead Class Counsel" and Wolf Rifkin, Shapiro, Schulman & Rabkin, LLP as "Liaison Counsel" to represent the interests of class. These firms have been working on the *Le v. Zuffa* case since before it was filed in 2014. To be clear, we are not class counsel nor have we appeared as counsel in *Le v. Zuffa*.

On or about December 10, 2020, the Court indicated its intention to certify a class defined as follows: all persons who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States from December 16, 2010 to June 30, 2017 (the "Bout Class"). If you are a member of the Bout Class, then your interests are currently represented by Interim Class Counsel and Liaison Counsel. You do not need take any action as this time to benefit from any recovery in the Class Action. In the future, you should receive a Court-approved notice that explains your rights as a member of the Bout Class, including the right to opt-out of the Class Action, which you should carefully review.

We believe you should consider opting out of the *Le v. Zuffa* class action and would be happy to explain to you the benefits of pursuing your own litigation so you can decide which choice is best for you and your family. If you do decide to opt out, then you would not be eligible to participate in any potential recovery in the Class Action. You would chart your own course. If, however, you wish to remain part of the Bout Class, you need not do anything in response to this letter or our prior letter.

**We will never ask you to break any agreement you have with UFC, and we will never discourage you from fighting in any UFC event, working for any UFC entity, or otherwise participating in any venture with UFC or anyone associated**

APP000029



ADVERTISEMENT

**with UFC. We have reached out to you only because we think you may have a substantial legal claim relating to your time as an MMA fighter, and we would be happy to represent you as your lawyer if you agree, we determine your claim has merit, and you agree to our normal engagement letter. Regardless of your decision, however, Sparacino PLLC and Scott+Scott are not in any way encouraging you to change any contractual, employment, or other legal relationship you currently have, or may have, with UFC or anyone associated with UFC. If you already have legal counsel with respect to your potential antitrust claims, please ignore this letter.**

Unless you reach out to us, this will be the last time my firm ever contacts you.

I am free to talk to you anytime. We would be honored to represent you if your claim is viable and you choose to sue UFC. It would be an honor to fight in the legal arena on your behalf. Please call at your convenience (202-629-9740) or email (ryan.sparacino@sparacinopllc.com) to arrange a time to talk, including nights or weekends.

Yours truly,

*[signature]*

Ryan R. Sparacino, Managing Partner
Licensed to practice law in Washington, DC only (Inactive in Virginia)



ADVERTISEMENT

## Disclaimer:

The information in this mailing is provided by Sparacino PLLC (the "Firm") for informational and advertising purposes only. The information and material in this letter are not intended to provide and should not be relied upon as a source of legal advice on any matter. The Firm is not responsible for any action or failure to act in reliance upon information in this letter. In addition, although we welcome your inquiries to the Firm simply contacting the Firm will not create and is not intended to create an attorney-client relationship with any person or entity. Before we can undertake a representation, we must, among other things, determine that doing so will not involve a conflict of interest. Therefore, you should not send us any confidential information or information about any legal matter until we have agreed to represent or advise you. Please note that any information you convey to the Firm before an attorney-client relationship has been established may not be privileged or confidential. Any information sent to the Firm through its website or by email is not guaranteed to be secure or confidential. Every case is different. You are advised that not all client results are included here, and prior client results do not guarantee a similar outcome.  Prior client results portrayed  were dependent on the facts of those cases, and future results will differ if based on different facts.

The Firm employs non-attorneys who do not provide legal advice but from time-to-time work with the Firm partners on client matters; any such work by the Firm's non-attorneys will at all times be at the direction of, and under the supervision of, a Firm partner who is licensed to practice law in the District of Columbia. Before making your choice of attorney, you should give this matter careful thought. The selection of an attorney is an important decision. Even though we expect that, should you choose to join, your case will likely be filed in federal court in Washington, D.C., it is possible in the future we may require the assistance of local counsel in another state. We anticipate filing the contemplated case in federal court in Washington, D.C., where every lawyer from Sparacino PLLC identified in this brochure is licensed to practice. It is also possible that we may have to file one or more submissions in Nevada. Our clients would also retain our partner firm, Scott+Scott Attorneys at Law LLP. The lawyers in this brochure from Sparacino PLLC are not licensed to practice (or an active member of the bar) in one or more of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi,

**SPARACINO** PLLC

**ADVERTISEMENT**

Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin and Wyoming. If our case is for some reason transferred to a court outside of Washington, D.C., the Firms may have to engage the services of local counsel. Only Eli Kay-Oliphant is licensed to practice outside of Washington, D.C.; Mr. Kay-Oliphant is licensed in Washington, D.C., New York, and Illinois.

IOWA DISCLOSURE: The determination of the need for legal services and the choice of a lawyer are extremely important decisions and should not be based solely upon advertisements or self-proclaimed expertise. This disclosure is required by rule of the Supreme Court of Iowa. Memberships and offices in legal fraternities and legal societies, technical and professional licenses, and memberships in scientific, technical and professional associations and societies of law or field of practice do not mean that a lawyer is a specialist or expert in a field of law, nor do they mean that such a lawyer is necessarily any more expert or competent than any other lawyer. All potential clients are urged to make their own in-dependent investigation and evaluation of any lawyer being considered.

Stacy J. Taylor is actively licensed in Washington, D.C. and is the lawyer who is responsible for Sparacino PLLC's advertisements. Sparacino PLLC's address is 1920 L Street, N.W., Suite 535, Washington, D.C. 20036, and the firm's phone numbers are: (202) 629-3530 and (202) 629-9740.

© 2021 Sparacino PLLC All Rights Reserved