1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br>DECLARATION OF ROBERT C. MAYSEY, ESQ. |
|---|---|

Case No.: 2:15-cv-01045-RFB-BNW

DECLARATION OF ROBERT C. MAYSEY, ESQ.

I, Robert C. Maysey, Esq., declare and state as follows:

1. I am an attorney at the law firm of Warner Angle Hallam Jackson & Formanek LLP, and counsel for the proposed Bout Class and Individual and Representative Plaintiffs. I am a member in good standing of the State Bars of Arizona and California and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this Declaration in support of Plaintiffs' Reply in Support of Their Emergency Motion to Compel Sparacino PLLC to Stop Communicating with Absent Members of the Proposed Class and for Related Relief.

3. On March 18, 2021, I received a text message from a former UFC fighter, stating, "I just got a FedEx package from Sparacino law firm regarding the anti-trust lawsuit. Does this have any association with what you guys are doing?"

4. On March 25, 2021, I received a text message from a former UFC fighter stating, "Hey, sorry to bug you, I got some mail from a law firm talking about me hiring them for the UFC case. Is that your new firm or something?"

5. On April 2, 2021, I received a text message from a former UFC fighter asking, "Is this you guys?" and attaching a picture of a letter from the Sparacino law firm.

6. On April 17, 2021, I received a voicemail from a former UFC fighter. The voicemail explained that the fighter signed the engagement letter with the Sparacino law firm because he did not realize it was not part of the ongoing litigation, noting, "I didn't realize that it wasn't the original class action lawsuit law firm."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 20th day of April 2021, in Phoenix, Arizona.

/s/ Robert C. Maysey