Don Springmeyer (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel.: (702) 385-6000
Fax: (702) 385-6001
Email:  dspringmeyer@kempjones.com

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kajan Johnson and Clarence Dollaway, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | Case No.: 2:21-cv-01189-APG-VCF<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES**<br><br>**(LR 42-1)** |

Plaintiffs Kajan Johnson and Clarence Dollaway (collectively, Plaintiffs), hereby submit this Notice of Related Case as required by LR 42-1.

**Title and Case Number of the Related Action:**

- *Cung Le, et al. v. Zuffa LLC d/b/a Ultimate Fighting Championship and UFC*, Case No. 2:15-cv-01045-RFB-BNW

**Reasons Why Assignment to a Single District Judge and Magistrate Judge is Desirable**

This case is similar to the class action brought by Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury against the UFC currently pending in this District Court.

*See Cung Le, et al. v. Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC*, No. 2:15-cv-01045-RFB-BNW (D. Nev.) ("*Le*"), transferred into this District on June 4, 2015.

Plaintiffs in *Le* brought suit on behalf of a class defined as follows in the *Le* Complaint: "All persons who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States during the Class Period [i.e., the period from December 16, 2010 until the illicit scheme alleged herein ceases]." ECF No. 208 ¶¶39, 27(c). The *Le* plaintiffs ultimately sought certification of the following class: "All persons who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States from December 16, 2010, to June 30, 2017."*Le*, ECF No. 518 at i.

Because the class period ultimately proposed by the plaintiffs in *Le* closed on June 30, 2017, Plaintiffs Johnson and Dollaway bring this case on behalf of those like themselves who fought a bout promoted by the UFC from July 1, 2017 to the present.

These matters involve virtually identical factual allegations related to the same series of events, facts, and circumstances, and assert identical claims for relief. As listed in LR 42-1, these actions "involve similar questions of fact and the same question of law, and their assignment to the same district judge or magistrate judge is likely to effect a substantial savings of judicial effort." Furthermore, as noted in LR 42-1, "it would entail substantial duplication of labor if the actions were heard by different district judges or magistrate judges."

Plaintiffs request that this case be transferred to Judge Boulware and Magistrate Judge Wexsler to be heard together with the *Le* case.

Dated this  2nd  day of July, 2021.

                                          Respectfully Submitted,

                                          KEMP JONES, LLP

By:  */s/ Don Springmeyer*
Don Springmeyer, Esq. (Nevada Bar No. 1021)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Eric L. Cramer, Esq. *(Pro hac vice forthcoming)*
Michael Dell'Angelo, Esq. *(Pro hac vice forthcoming)*
Patrick Madden, Esq. *(Pro hac vice forthcoming)*
Mark R. Suter, Esq. *(Pro hac vice forthcoming)*
BERGER MONTAGUE PC

1818 Market St., Suite 3600
Philadelphia, PA 19103

Joseph R. Saveri, Esq. *(Pro hac vice forthcoming)*
Joshua P. Davis, Esq. *(Pro hac vice forthcoming)*
Kevin E. Rayhill, Esq. *(Pro hac vice forthcoming)*
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, California 94108

Richard A. Koffman, Esq. *(Pro hac vice forthcoming)*
Benjamin D. Brown, Esq. *(Pro hac vice forthcoming)*
Daniel Silverman, Esq. *(Pro hac vice forthcoming)*
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005

Robert C. Maysey, Esq. *(Pro hac vice forthcoming)*
Jerome K. Elwell, Esq. *(Pro hac vice forthcoming)*
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016

**CERTIFICATE OF SERVICE**

    I hereby certify that on this  2nd  day of July, 2021, a true and correct copy of **PLAINTIFFS' NOTICE OF RELATED CASES** was served via the United States District Court CM/ECF system on all counsel of record who have enrolled in this ECF system.

                                                */s/ Pamela Montgomery*
                                                An employee of Kemp Jones, LLP