# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAJAN JOHNSON and CLARENCE DOLLAWAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | **TRANSFER ORDER**<br><br>Case No.  2:21-cv-01189-APG-VCF |
| CUNG LE, NATHAN QUARRY, JON FITCH, et al,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, d/b/a ULTIMATE FIGHTINGCHAMPIONSHIP and UFC<br><br>Defendant. | Case No.  2:15-cv-01045-RFB-BNW |

On June 23, 2021, Plaintiffs filed a complaint. ECF No. 1. A complaint, alleging similar claims, was filed on December 16, 2014, in case 2:15-cv-01045-RFB-BNW. ECF No. 1. The presiding District Judges in all actions have individually and collectively determined that these actions are related as they involve allegations under Section 2 of the Sherman Act, 15 U.S.C. § 2 regarding anticompetitive conduct. The presiding District Judges further find that there is good cause to transfer this case under the same District Judge and Magistrate Judge pursuant to Local Rule 42-1(a) and that this transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Therefore,

**IT IS HEREBY ORDERED** that case no. 2:21-cv-01189-APG-VCF is transferred to District Judge Richard F. Boulware, II and Magistrate Judge Brenda N. Weksler.

**IT IS FURTHER ORDERED** that all documents shall be filed under case 2:21-cv-01189-RFB-BNW and shall bear that case number.

DATED: July 8, 2021.

_____   _____
**ANDREW P. GODON**                         **RICHARD F. BOULWARE, II**
**United States District Judge**             **United States District Judge**