Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:   (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
msuter@bm.net

*Co-Lead Counsel for the Classes and*
*Attorneys for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
*Vazquez, Brandon Vera, and Kyle Kingsbury*

*(Additional counsel appear on signature page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, AND KYLE KINGSBURY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP AND UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-PAL<br><br>**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS** |

**TO ALL PARTIES AND THE CLERK OF THE COURT:**

Pursuant to L.R. IA 3-1, the undersigned attorney of record for Plaintiffs files this Notice of Change of Address and requests the Court's docket in the above-captioned matter be updated accordingly.

PLEASE TAKE NOTICE effective January 1, 2022, the address and contact information for Plaintiffs' counsel Joshua P. Davis, Esq., previously of Joseph Saveri Law Firm, Inc., has changed to:

> Joshua P. Davis
> Berger Montague PC
> 59A Montford Avenue
> Mill Valley, CA 94941
> Tel: (415) 215-0962
> jdavis@bm.net

Please note that the addresses and contact information for Plaintiffs' other counsel of record remain unchanged.

Dated: February 11, 2022			Respectfully Submitted,

						By: /s/ *Eric L. Cramer*
						     Eric L. Cramer

						Eric L. Cramer (*Pro Hac Vice*)
						Michael Dell'Angelo (*Pro Hac Vice*)
						Patrick F. Madden (*Pro Hac Vice*)
						Mark R. Suter (*Pro Hac Vice*)
						BERGER & MONTAGUE, P.C.
						1818 Market Street, Suite 3600
						Philadelphia, PA 19103
						Telephone:   (215) 875-3000
						Facsimile:   (215) 875-4604
						ecramer@bm.net
						mdellangelo@bm.net
						pmadden@bm.net
						msuter@bm.net

						Joshua P. Davis
						BERGER MONTAGUE PC
						59A Montford Avenue
						Mill Valley, CA 94941
						Tel: (415) 215-0962
						Email: jdavis@bm.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2022 a true and correct copy of **PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS** was served via the Court's CM/ECF system on all parties or persons requiring notice.

/s/ *Eric L. Cramer*
Eric L. Cramer