Don Springmeyer (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000/Fax: (702) 385-6001
d.springmeyer@kempjones.com

*Liaison Counsel for the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>Local Rule 7-2(g) |

Pursuant to Local Rule 7-2(g), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") seek leave to file the supplemental authority attached hereto as Exhibit A.

On April 8, 2021, Zuffa filed a motion seeking leave to file a notice of supplemental authority regarding the Ninth Circuit's decision in *Olean Wholesale Grocery Co-Op v. Bumble Bee Foods LLC*, 9th Cir. No. 19-56514 (2021) ("*Olean*"). Def. Zuffa, LLC's Mot. for Leave to File a Notice of Suppl. Authority (ECF No. 803) ("Motion"), at 2. At the status conference held on April 9, 2021, this Court granted Zuffa's Motion. ECF No. 814.

On August 3, 2021, the Ninth Circuit granted rehearing en banc and vacated the panel

1  opinion in *Olean*. On August 3, 2021, Plaintiffs filed a motion seeking leave to file a notice of
2  supplemental authority regarding the grant of rehearing en banc. ECF No. 818. This Court granted
3  Plaintiffs' motion by minute order dated August 4, 2021. ECF No. 819.
4      Today, April 8, 2022, the Ninth Circuit filed its opinion in *Olean* reversing the panel
5  decision and affirming the district court's certification of three classes. The Ninth Circuit's opinion
6  is attached hereto as Exhibit A.
7      DATED this 8th day of April, 2022.

Respectfully Submitted,

By:   */s/ Don Springmeyer*
Don Springmeyer (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

*Liaison Counsel for the Class*

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Joseph R. Saveri (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel Silverman (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, D.C. 20005

*Co-Lead Counsel for the Class*

Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016

Frederick S. Schwartz (admitted *pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403

SPECTOR ROSEMAN & KODROFF, P.C.
William G. Caldes (admitted *pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, PA 19103

*Additional Counsel for the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2022 a true and correct copy of **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

           */s/ Ali Augustine*
An employee of Kemp Jones, LLP