UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | No.: 2:15-cv-01045-RFB-BNW<br><br>**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**<br><br>Local Rule IA 11-6(b) |

Pursuant to Local Rule IA 11-6(b), Attorney Stacey K. Grigsby moves to withdraw her appearance on behalf of Defendants in the above-captioned case because, effective June 1, 2022, she is no longer practicing law with Covington & Burling LLP.

Counsel for Plaintiffs has been notified of this motion and consent to the motion.

Dated: June 3, 2022
Washington, D.C.

/s/ Stacey K. Grigsby

Stacey K. Grigsby (*pro hac vice*)
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
202-662-6000
sgrigsby@cov.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June 2022 a true and correct copy of **MOTION FOR LEAVE TO WITHDRAW APPEARANCE** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system, and via first-class mail to Defendants.

*/s/ Stacey K. Grigsby*
Stacey K. Grigsby