UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>**Defendant.** | No.: 2:15-cv-01045-RFB-BNW<br><br>**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**<br><br>Local Rule IA 11-6(b) |

Pursuant to Local Rule IA 11-6(b), Attorney Stacey K. Grigsby moves to withdraw her appearance on behalf of Defendants in the above-captioned case because, effective June 1, 2022, she is no longer practicing law with Covington & Burling LLP.

Counsel for Plaintiffs has been notified of this motion and consent to the motion.

Dated: June 3, 2022
Washington, D.C.

**ORDER**
**IT IS SO ORDERED**

**DATED:** 1:31 pm, June 08, 2022

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*/s/ Stacey K. Grigsby*

Stacey K. Grigsby (*pro hac vice*)
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
202-662-6000
sgrigsby@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2022 a true and correct copy of **MOTION FOR LEAVE TO WITHDRAW APPEARANCE** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system, and via first-class mail to Defendants.

*/s/ Stacey K. Grigsby*
Stacey K. Grigsby