Don Springmeyer, Esq. (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000/Fax: (702) 385-6001
d.springmeyer@kempjones.com

*Liaison Counsel for the Proposed Class*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br>**MOTION TO CONDUCT STATUS CONFERENCE** |

Plaintiffs, through their undersigned counsel of record, move the Court to conduct a status conference in this case.

More than a year has passed since the Court and counsel for all parties met to discuss the status of the case on May 12, 2021 (ECF No. 815). Plaintiffs suggest it would be useful to meet again at the convenience of the Court to discuss the pending motion, status, and future schedule of the case.

DATED this 7th day of July, 2022.

Respectfully submitted,

KEMP JONES, LLP

By: */s/ Don Springmeyer*
Don Springmeyer, Esq. (Nevada Bar No. 1021)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

*Liaison Counsel for the Class*

1

| | |
|---|---|
| 1 | Eric L. Cramer (admitted *pro hac vice*) |
| 2 | Michael Dell'Angelo (admitted *pro hac vice*)<br>Joshua P. Davis (admitted pro hac vice) |
| 3 | Patrick Madden (admitted *pro hac vice*)<br>Mark R. Suter (admitted *pro hac vice*) |
| 4 | BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600 |
| 5 | Philadelphia, PA 19103 |

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Joshua P. Davis (admitted pro hac vice)
Patrick Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Joseph R. Saveri (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108

Benjamin D. Brown (admitted pro hac vice)
Richard A. Koffman (admitted pro hac vice)
Daniel Silverman (admitted pro hac vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, D.C. 20005

*Co-Lead Counsel for the Class*

Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016

Frederick S. Schwartz (admitted *pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403

William G. Caldes (admitted *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103

*Additional Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this  7th  day of July, 2022 a true and correct copy of **MOTION TO CONDUCT STATUS CONFERENCE** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

 /s/ Pamela McAfee
An employee of Kemp Jones, LLP