IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

--------------------------------------------------------

Cung Le, Nathan Quarry, Jon
Fitch, Brandon Vera, Luis
Javier Vazquez, and Kyle          Case No.:
Kingsbury on behalf of
themselves and all others         2:15-cv-01045-RFB-BNW
similarly situated,

       Plaintiffs,

    v.

Zuffa, LLC, d/b/a Ultimate
Fighting Championship and
UFC,

       Defendant.

--------------------------------------------------------

TRANSCRIPT OF HEARING BEFORE

THE HONORABLE RICHARD FRANKLIN BOULWARE, II

September 23, 2019

9:33 a.m. - 12:13 p.m.

Richmond, Virginia



Page 2

```
 1    APPEARANCES OF COUNSEL:

 2

 3                BERGER & MONTAGUE
                  1622 Locust Street
 4                Philadelphia, PA 19103
                  ecramer@bm.net
 5           BY:  ERIC L. CRAMER, ESQUIRE
                  MARK SUTER, ESQUIRE
 6                PATRICK F. MADDEN, ESQUIRE
                  Counsel for Plaintiffs
 7

                  BOIES, SCHILLER & FLEXNER, LLP
 8                1401 New York Ave, NW
                  Washington, DC 20005
 9                wisaacson@bsfllp.com
             BY:  WILLIAM A. ISAACSON, ESQUIRE
10                BRENT K. NAKAMURA, ESQUIRE
                  STACEY KAMYA GRIGSBY, ESQUIRE
11                MARCY NORWOOD LYNCH, ESQUIRE
                  Counsel for Defendant
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1                    I N D E X

2

3      WITNESS                    DIRECTCROSS REDIRECT RECROSS

4    JOSEPH SILVA

5      By Mr. Cramer              9           114

       By Ms. Grigsby                   80

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 4

1   (September 23, 2019, 9:33 a.m.)

2              P R O C E E D I N G S

3                    - - -

4              THE COURT:  All right.  Counsel, we are

5        here as a continuation on the Zuffa matter,

6        2:15-cv-01045.

7              Counsel, please announce your presence

8        for the record.

9              MR. CRAMER:  Good morning, Your Honor.

10       Eric Cramer for the plaintiffs.

11             MR. SUTER:  Good morning, Your Honor.

12       Mark Suter for the plaintiffs.

13             MR. MADDEN:  Good morning, Your Honor.

14       Patrick Madden for the plaintiffs.

15             MS. GRIGSBY:  Good morning, Your Honor.

16       Stacey Grigsby for Zuffa.

17             MR. ISAACSON:  Good morning, Your

18       Honor.  Bill Issacson for Zuffa.

19             MS. LYNCH:  Good morning, Your Honor.

20       Marcy Lynch for Zuffa.

21             MR. NAKAMURA:  Good morning, Your

22       Honor.  Brent Nakamura for Zuffa.

23             THE COURT:  Good morning.  So I wanted

24       to do a few things first.  I'm going to pull

25       up this matter here.



Page 5

1           Is there anything that we need to
2    address before we start Mr. Silva's testimony?
3           Mr. Cramer?
4           MR. CRAMER:  I don't think so, Your
5    Honor.
6           THE COURT:  I'm going to go through my
7    rulings on the motions to seal.  So here we
8    go.
9           Document Number 602, I'm going to grab,
10   that's the expert report of the witness --
11   expert witnesses, Mr. Singer, Mr. Topel, Mr.
12   Zimbalist, Mr. Blair, Mr. Manning and Mr.
13   Oyer.
14          Documents 608, 614, 622, 630, 635, 637,
15   656, 659, and 665, those motions to seal are
16   granted.
17          Documents Number 641 and 648 are
18   denied.
19          And Document Number 626 is denied
20   without prejudice as moot.
21          I'm saying that now, Mr. Cramer and
22   Ms. Grigsby, so that you all can look at
23   those, and if we have questions about them,
24   you'll let me know.
25          My intention was essentially to grant



1    the motions as they apply to most matters

2    except for the reports that have already been

3    unsealed.

4         And then one of the motions was denied

5    because we already addressed the issue of what

6    would be the procedures in court regarding the

7    class certification hearings.

8         Ms. Grigsby, you may want to look

9    specifically at 641 and 648 at some point when

10   we have a break, if you have questions about

11   that, because those are motions that I am

12   denying as it relates to sealing.

13        MS. GRIGSBY:  Yes, Your Honor.

14        THE COURT:  All right.  Now, in this

15   case I understand Mr. Silva still has some

16   difficulty reading documents.  Is Mr. Silva

17   here?

18        MR. SILVA:  Yes, Your Honor.

19        THE COURT:  Okay, Mr. Silva.  So we

20   appreciate you accommodating us in your

21   schedule.  And if you're having any

22   difficulties whatsoever that relates to being

23   able to see or understand or you need a break,

24   please do not hesitate to let me know, because

25   I want to make sure that we are appropriately



Page 7

```
 1        supportive of your rehabilitation.  And if you
 2        just get tired from looking at things, let me
 3        know.
 4              We're going to try to just have the
 5        lawyers read things to you as necessary, and
 6        then we'll take it from there.
 7              And in this case, I'm not sure -- I'm
 8        going to give you all a little bit more time
 9        for Mr. Silva.  So I'm going to give you all
10        about an hour and 15 minutes or so each side,
11        an hour and 15, hour and 30.  We'll see how
12        that goes.
13              I don't know that we'll need that much
14        time, but because I want to make sure that
15        Mr. Silva is comfortable with the testimony in
16        terms of his ability to do it comfortably, we
17        may have to take some breaks.
18              MR. CRAMER:  Your Honor, you had
19        initially said that the plaintiffs would get
20        an hour for direct and a half hour for
21        redirect or hour for cross, half hour for
22        recross.  I don't know that I'll need a half
23        hour for recross.  I'll probably only need a
24        little bit, but I just wanted to reserve a few
25        minutes for --
```



Page 8

1              THE COURT:  That's fine.  I mean, an

2      hour and a half is fine.  I mean, again, I

3      don't know that we'll need that much time.

4              MR. CRAMER:  I agree.

5              THE COURT:  And so -- and I don't know

6      if I had explicitly ruled on what would be the

7      order of who would go first or second.

8              MR. CRAMER:  Your Honor had said that

9      the plaintiffs would go first --

10             THE COURT:  That's right.

11             MR. CRAMER:  -- and then Zuffa would

12     go, and the plaintiffs would get some

13     opportunity to requestion the witness.

14             THE COURT:  Okay.  Perfect then.  Why

15     don't we get started.

16             MR. CRAMER:  Thank you, Your Honor.

17             THE BAILIFF:  Does he need to be sworn?

18             THE COURT:  Yes.

19             THE BAILIFF:  Can you raise your right

20     hand, please, and face the deputy clerk right

21     there.  Thank you.

22                     JOSEPH SILVA,

23        first duly sworn, testified as follows:

24                      - - -

25             MR. CRAMER:  Your Honor, I have my



Page 9

```
 1        trusty assistant at the Elmo.  He will be
 2        putting documents up for me as I request them.
 3              THE COURT:  Okay.
 4              MR. CRAMER:  Thank you.
 5                       - - -
 6                    D I R E C T
 7              E X A M I N A T I O N
 8  BY MR. CRAMER:
 9    Q    Good morning, Mr. Silva.
10    A    Good morning.
11    Q    Thank you for being here today.
12         All right.  So, Mr. Silva, you started
13  working for the UFC around 1994 as a technical
14  advisor; is that right?
15    A    That's correct.
16    Q    And that was before Zuffa had purchased the
17  UFC; is that right?
18    A    Yes, sir.
19    Q    Okay.  And when Zuffa bought the UFC in
20  about 2001, you continued to work for the UFC; is
21  that right?
22    A    Correct.
23    Q    Okay.  And it was about that time that you
24  became vice president of talent relations; is that
25  right?
```



Page 10

```
 1    A      Yes.

 2    Q      Okay.  And you worked for the UFC until

 3    December 31, 2016; is that right?

 4    A      Correct.

 5    Q      So you worked for the UFC for about 22

 6    years?

 7    A      Yes.

 8    Q      Okay.  And 15 of those years were spent

 9    working for Zuffa; is that right?

10    A      Yes.

11    Q      And your departure from Zuffa was, in your

12    words, as you told me at your deposition, very

13    amicable.  Is that true?

14    A      Yes.

15    Q      And during your time with Zuffa, you worked

16    closely with fellow UFC executives; is that right?

17    A      Yes.

18    Q      Okay.  And you worked with UFC president

19    Dana White; is that right?

20    A      Correct.

21    Q      And you worked with CEO Lorenzo Fertitta; is

22    that right?

23    A      Yes.

24    Q      And you worked with Sean Shelby, right?

25    A      Yes.
```



Page 11

```
1    Q    And he was a matchmaker for the UFC?

2    A    Yes.

3    Q    And you were a matchmaker for the UFC?

4    A    Correct.

5    Q    Okay.  You worked --

6              THE COURT:  Excuse me, Mr. Cramer.

7              Mr. Silva, can you tell me what a

8         matchmaker is?

9              THE WITNESS:  The way that it was used

10        is more almost of a nickname.  My official

11        title was vice president of talent relations.

12        I actually served a lot of different jobs for

13        the UFC, but the one that people really knew

14        me for is somebody who would decide who would

15        actually fight who.

16             So a matchmaker is the person who is

17        making the matches.  But I would scout talent,

18        sign them to contracts, decide who would fight

19        who on what shows.

20             THE COURT:  So you would propose that,

21        and would there be someone else who would

22        ultimately decide that afterwards?  So would

23        there be -- would Mr. White, for example,

24        approve the lineup that you had proposed or

25        the ticket that you had set up?
```



Page 12

```
 1                THE WITNESS:  Yes.  Dana would have to
 2       sign off in the end.  For most of the early
 3       fights on the card, he would leave it to my
 4       discretion, but certainly when we got to main
 5       events, co-main events, things like that, then
 6       him and Lorenzo would definitely want to sign
 7       off on those.
 8                THE COURT:  Okay.  And how many fights
 9       per event or per ticket occurred normally?
10                THE WITNESS:  On an average card, we'd
11       do 13 fights on a card.
12                THE COURT:  Okay.  Thank you.
13                Go ahead, Mr. Cramer.
14                MR. CRAMER:  Sure.
15  BY MR. CRAMER:
16    Q    And you worked with employees and executives
17  in Zuffa's legal department; is that fair?
18    A    Yes.
19    Q    You worked Tracy Long in the legal
20  department?
21    A    Yes.
22    Q    Yes?
23    A    Yes, sir.
24    Q    Okay.  And you worked with Michael Mersch;
25  that's right?
```



```
 1    A      Yes.

 2    Q      He was the general counsel; is that right?

 3    A      Yes.

 4    Q      Okay.  And you're still to this day, or at

 5    least as of the day of your deposition, in contact

 6    with Sean Shelby; is that right?

 7    A      Yeah.  We'll text during fights and such.

 8    Q      Okay.  And you're still in contact with

 9    UFC's Mike Maynard; is that right?

10    A      Mick Maynard.

11    Q      Mick.  I'm sorry.  I misread it.

12    A      Yes.

13    Q      Okay.  And both Sean Shelby and Mick Maynard

14    are current UFC matchmakers; is that right?

15    A      That's correct.

16    Q      Okay.  And in your mind, after 22 years of

17    working with people at the UFC, you have a strong

18    bond with some of those people; is that fair?

19    A      Yes.

20    Q      Okay.  And you recall I took your deposition

21    in this case in June of 2017, approximately?

22    A      Yes.

23    Q      Okay.  And you have reviewed the transcript

24    or part of it as part of your preparation for

25    today; is that right?
```



Page 14

1    A      I have.

2    Q      Okay.  Zuffa's lawyer, Mr. Isaacson,

3    represented you at your deposition in this case?

4    A      Yes.

5    Q      And Zuffa's lawyers arranged for you to come

6    to this hearing today?

7    A      Yes.

8    Q      And Zuffa's counsel is representing you here

9    today?

10   A      Correct.

11   Q      And that's the counsel sitting at counsel

12   table; is that right?

13   A      Yes.

14   Q      Okay.  Thank you.

15          All right.  Starting in 2001 with Zuffa's

16   purchase of the UFC, and we talked about this a

17   little bit, but your job responsibilities included

18   helping pair up fighters for bouts; is that right?

19   A      Yes.

20   Q      And your responsibilities also included

21   searching for new talent to fight in the UFC; is

22   that right?

23   A      Yes.

24   Q      And you were one of the people at Zuffa

25   responsible for negotiating and signing fighters to



Page 15

1   contracts with the UFC?

2    A     Yes.

3    Q     Okay.  You negotiated deals, I think you

4   told me at your deposition, with at least 1,000

5   fighters during your career at the UFC.  Does that

6   sound right?

7    A     Yes.

8    Q     Okay.  Early in your tenure with UFC, you

9   were the primary person negotiating fighter

10   contracts; is that right?

11   A     Yes.

12   Q     And then later you shared some of those

13   responsibilities with Sean Shelby?

14   A     Correct.

15   Q     Okay.  During the period in which you and

16   Sean Shelby shared fighter contract negotiation

17   responsibilities, you and Mr. Shelby negotiated the

18   vast majority of fighter contracts; is that right?

19   A     Probably 85 percent.

20   Q     And the rest were negotiated by Mr. White or

21   Mr. Fertitta?

22   A     Correct.

23   Q     Okay.  And you and Sean Shelby were in

24   constant communication and knew what each of you

25   were offering the respective fighters; is that



1   right?

2   A    I did not -- that was not something that we

3   would constantly talk about, no.

4   Q    But did you generally have -- were you

5   generally aware with the offers that Mr. Shelby was

6   making to fighters?

7   A    No.

8   Q    Okay.  When negotiating fighter contracts,

9   you would typically start by making offers to

10  fighters with two basic terms, the number of bouts

11  and the amount of compensation per bout; is that

12  right?

13  A    Yes.

14  Q    Okay.  And if a fighter accepted your offer,

15  you informed Zuffa's legal department what the

16  terms were for bouts and compensation, and the

17  legal department incorporated those terms into a

18  standard promotional and an ancillary rights

19  agreement for the fighter to sign; is that right?

20  A    Correct.

21  Q    And sometimes the promotional and ancillary

22  rights agreement is called PAR; is that right?

23  A    It's called what?

24  Q    PAR.  You don't call it a PAR?

25  A    No.



```
 1   Q     Okay.  I only call it a PAR.  I'll keep it
 2   to myself.
 3         All right.  In negotiating compensation with
 4   fighters, your shorthand typically involves these
 5   two numbers that we just talked about?
 6              THE COURT:  And what did you call those
 7         numbers?  Was there any internal term for
 8         these numbers?
 9              MR. CRAMER:  I misstated it.  Let me
10         state it again and then I think it will help,
11         because I didn't read the full question.
12              THE COURT:  Okay.
13   BY MR. CRAMER:
14   Q     The two numbers were the pay for appearing
15   in the bout, and the second number was the pay for
16   winning the bout; is that right?
17   A     Correct.  Yeah.  So we would term it show
18   and win.
19   Q     Show and win.
20              THE COURT:  Mr. Silva, at this time, I
21         just want to be clear, the fighters were never
22         paid an annual or any type of seasonal salary;
23         is that correct?
24              THE WITNESS:  No.
25              THE COURT:  They were paid per fight
```



1          that they actually fought?

2                THE WITNESS:  Correct.  That was the

3          majority.  There was some whose contracts are

4          slightly structured differently, but the

5          majority were per bout.

6                THE COURT:  So about -- when you say

7          "majority," it would be 95 percent of them

8          were per bout; is that --

9                THE WITNESS:  I would say that's

10         correct.

11               THE COURT:  Okay.  Thank you.

12               Go ahead, Mr. Cramer.

13    BY MR. CRAMER:

14     Q    Just to follow up on His Honor's questions,

15    the UFC didn't provide benefits to fighters as if

16    they were employees; right?

17     A    They did end up implementing a form of

18    insurance for fight-related injuries.

19     Q    So at some point there was insurance for

20    fight-related injuries.  But the UFC didn't provide

21    general insurance for fighters' families and their

22    general health care?

23     A    No.

24     Q    And the UFC didn't have a 401(k) plan for

25    the fighters, correct?



1    A      Correct.

2    Q      And the UFC did not pay in general for the

3    fighters' trainers, correct?

4    A      Correct.

5    Q      And the UFC didn't pay the gym fees for the

6    fighters when they were training, correct?

7    A      Correct.

8    Q      All right.  That's those questions.  So

9    let's go back to the structure of the deal, because

10   some of the questions later we'll need to know the

11   lingo.

12          If a fighter under a 10 and 10 deal for a

13   particular bout fought and lost, that fighter

14   received $10,000 to show; is that right?

15   A      Correct.

16   Q      Okay.  And if a fighter under a 10 and 10

17   deal fought and won, he would be paid the $10,000

18   for showing up and the $10,000 for winning; is that

19   right?

20   A      Correct.

21   Q      Okay.  UFC fighter contracts are typically

22   multi-bout contracts; is that right?

23   A      That's correct.

24   Q      Okay.  And UFC fighter contracts have a

25   compensation provision that sets the level of pay



Page 20

1    for each bout in the contract typically; is that

2    right?

3    A    Yes.

4    Q    And the compensation provision is typically

5    structured such that if a fighter wins the first

6    fight in the contract, he or she moves up to the

7    next pay level in the contract for the next fight;

8    is that right?

9    A    Correct.

10   Q    But if he or she loses the fight, he or she

11   would typically stay at that first pay level; is

12   that right?

13   A    Correct.

14   Q    Okay.  So, for example, a contract can have

15   a first compensation level of 10 and 10, and a

16   second level of 12 and 12, right?

17   A    Yes.

18   Q    And if the fighter wins the first bout at 10

19   and 10, the fighter is eligible to make 12 and 12

20   the next fight?

21   A    Yes.

22   Q    And if the fighter on a 10 and 10, 12 and 12

23   loses the first fight, the fighter then makes 10

24   and 10 for the next fight; is that right?

25   A    Yes.



Page 21

1    Q    Okay.  All right.  You would agree with me,

2    as you did at your deposition, that Zuffa bought --

3    that after Zuffa bought the UFC, you imposed what

4    you told me was kind of an unofficial compensation

5    structure that included a minimum pay, bout pay

6    level for all fighters; is that right?

7    A    I did say that we had a minimum amount that

8    we paid, yes.

9    Q    And, for example, I asked you at 347:  "And

10   by 'minimum compensation,' the UFC had kind of a

11   compensation structure where there was a -- kind of

12   minimum and then you worked up from there?"

13        And you said:  "Correct."

14        Is that fair?  Is that correct?  Do you

15   recall that?

16   A    It is correct that we had a minimum, yes.

17   Q    Okay.  And I'm going to put up on the screen

18   a document that's JCCX-8, it is entitled Minimum

19   Fighter Pay, dated January 2015.  And we're hoping

20   that that comes up on the screen.

21        THE COURT:  Give us a second.

22        MR. CRAMER:  Here we are.

23        MR. MADDEN:  You can use my computer.

24        MR. CRAMER:  We don't want the

25        computer.  We want the Elmo.  All right.



1        Well, while we're waiting for the Elmo, I

2        think we can try to bring it up on my

3        colleague's computer.

4              THE COURT:  Switch over to the computer

5        so --

6              THE CLERK:  To which?  Plaintiffs'?

7              MR. CRAMER:  Yeah, plaintiffs'

8        computer.

9   BY MR. CRAMER:

10   Q    All right.  So I asked you about this

11   document at your deposition.  Please turn to page 3

12   of this document.  It's 5316, ZFL-0895316.  And

13   this page is entitled Moving the Minimum.

14        And we discussed this document at your

15   deposition.  The page evaluates a proposal within

16   Zuffa to increase the minimum compensation of UFC

17   fighters from its then current level of 8,000 to

18   show and 8,000 to win for the first fighter

19   contract of a fighter's UFC career.

20        Do you recall that?

21   A    I do.

22   Q    Okay.

23              THE COURT:  I'm sorry.  Mr. Silva, who

24        created this document?

25              THE WITNESS:  Denitza, I'm not sure of



Page 23

1          her last name.

2                    MR. CRAMER:  Batchvarova.

3                    THE WITNESS:  Yeah, that's right.

4                    THE COURT:  And that was someone who

5          worked at UFC?

6                    THE WITNESS:  Yes, sir.

7     BY MR. CRAMER:

8     Q     And you were part of the conversation while

9     you were at UFC considering whether to raise the

10    minimum pay level in or around this time, correct?

11    A     I was consulted.

12    Q     Okay.  And if you look at the first -- all

13    right.  If you look at the first column under

14    Fighter Contracts, I don't know if you can see it

15    or not, but there's a column that says First

16    Contract.  The current is 8,000 to show and 8,000

17    to win.

18          And then under the -- there are three

19    different proposals in the next columns to the

20    right.  The next column starts with a 10,000

21    minimum, and that starts at 10,000 to show and

22    10,000 to win.

23          Does that sound right?

24    A     Yes.

25    Q     Okay.  And then as part of the process in or



Page 24

 1    around 2015, the UFC, in fact, adopted a proposal

 2    to increase the minimum compensation level under

 3    which all UFC fighters would make at least 10 and

 4    10 for the first fight, the first contract; is that

 5    right?

 6    A     Yes.

 7    Q     Okay.  So before the proposal to raise the

 8    UFC's fighters' minimum compensation in or about

 9    this time, the UFC's standard offer for the first

10    contract was a four-fight deal that would pay 8 and

11    8 for the first fight; is that right?

12    A     That's incorrect.

13    Q     One of the -- you did have contracts that

14    you did offer 8 and 8 for the first fight?

15    A     That was the least that we could offer.

16    Q     That was the least that you could offer.

17          And for the least that you could offer, the

18    structure of the contract would be 8 and 8 for the

19    first fight, 10 and 10 for the second fight, 12 and

20    12 for the third fight, and 14 and 14 for the

21    fourth fight?

22    A     Correct.

23    Q     And then the least that you could offer

24    after this change, everything bumped up by 2; 10

25    and 10; 12 and 12; 14, 14; 16, 16; is that right?



Page 25

```
 1    A     Yes.

 2    Q     Okay.  All right.  I'd like now to display

 3  another document we discussed at your deposition,

 4  it's PCCX-391, and it contains a series of

 5  e-mails between --

 6              THE COURT:  Hold on just a second,

 7         Mr. Cramer.

 8              Mr. Silva, was it standard then for new

 9         fighters to get the minimum contract when they

10         first came into the UFC?

11              THE WITNESS:  Your Honor, it would

12         depend on the fighter themselves.  There's a

13         lot of fighters in the first UFC that did not

14         get that.  It just depended on what their

15         qualifications were coming in.  There's people

16         who certainly had more experience than others,

17         people who had made more a name for themselves

18         on a local level, so therefore they are worth

19         more than the minimum to me.

20              THE COURT:  What --

21              THE WITNESS:  We just wanted to make

22         sure that there was levels that nobody would

23         get less than, that nobody was locked into

24         that's what you had to come in at.

25              THE COURT:  What percentage of the
```



1          fighters when they came into the UFC, first

2          came in, would get the minimum contract?

3                    THE WITNESS:  I'm not sure of the exact

4          percentage.  And I think a lot of that was

5          affected by people who ended up coming in late

6          notice, which there ended up being a lot of,

7          as will come up there that -- we have a lot of

8          injuries in our sport.

9                    THE COURT:  So hold on.  I'll return to

10         that.

11                   So at the time you were there,

12         obviously there was a great change in the

13         number of fighters that were under contract

14         with the UFC; is that right?

15                   THE WITNESS:  Correct.

16                   THE COURT:  And then at certain points

17         in time, there's certain organizations that

18         were either acquired or went out of business

19         when you were there; is that right?

20                   THE WITNESS:  Yes.

21                   THE COURT:  And so over the course of

22         time that you were there, let's say starting

23         around 2010, were most of the new fighters

24         coming in from other comparable organizations

25         like Strikeforce or were they coming from



1          essentially lower level MMA promoters?

2                  THE WITNESS:  They came from all over

3          the world.  And sometimes if we had acquired

4          somebody like Strikeforce, and you had a

5          certain amount of people all coming in at

6          once, but I had a bunch of different weight

7          classes, so it still didn't necessarily fit

8          everybody that I needed.

9                  I could -- would actually overload some

10         weight classes, but I still had to go outside

11         to get other fighters to fill weight classes I

12         didn't have.

13                 Like, say that Strikeforce didn't

14         utilize certain weight classes, but we had

15         them, so we still had to find talent from

16         elsewhere to fill those classes.

17                 THE COURT:  Okay.  At the time after

18         the Strikeforce acquisition, when you say you

19         had to go outside of the UFC to staff -- I

20         shouldn't say staff -- to identify fighters

21         for bouts, how often -- what percentage of

22         time did you have to do that?

23                 My understanding is that a fair number

24         of fighters by that time actually were under

25         contract to Zuffa.



Page 28

1          So how often would you have to go

2     outside of your own group of fighters to set

3     up or to identify fights for a ticket?

4          THE WITNESS:  Constantly.  It was a

5     never-ending process.  There was pretty much

6     never a time when I didn't sign people.

7          There would be times where I couldn't

8     sign people for a particular weight class.  It

9     could be like, at 155 pounds, I have too many

10    guys at this moment; we had an acquisition and

11    it gave me too many of those guys.  But at 135

12    or at heavyweight, which is a class that it's

13    always lacking in talent, it's like I do need

14    guys for that.

15         So there would be times where I might

16    sign a heavyweight and people would come in

17    and go, wait, you said you weren't signing

18    guys.  I'm not signing guys in these weight

19    classes; I desperately still need guys in

20    these other weight classes.

21         THE COURT:  So you're saying that there

22    might be individual weight classes where you

23    would still have a need at different points in

24    time?

25         THE WITNESS:  Yes, sir.  That's



```
1        something that changed dramatically through
2        the evolution of Zuffa as it grew, that we
3        started off with only a handful of weight
4        classes and then we ended up acquiring very
5        many, and then added female weight classes.
6             So all of a sudden you had to divide up
7        that pie bit by bit, and it made it
8        challenging because if you had two weight
9        classes, half your roster could replace in any
10       fight that you needed, but once you had that
11       many, if you have 12 different weight classes,
12       the pool for each weight class that could come
13       in at any time and replace for that fight is
14       much smaller.  So if you had a dropout, quite
15       often you had to go outside of your currently
16       assigned pool and find somebody to replace.
17            THE COURT:  So when did you increase
18       the weight classes?
19            THE WITNESS:  It was a process that
20       happened throughout.  It didn't start -- it
21       wasn't like all of a sudden a huge amount of
22       weight classes.  From the very beginning of
23       the UFC, it started out as an open weight
24       show.  In the very original UFC, there was no
25       weight class, it was just anybody could fight
```



Page 30

```
 1    anybody.  Then it broke into two weight
 2    classes, then three weight classes, then it
 3    just kept --
 4         THE COURT:  Just to sort of focus
 5    around the time period, around 2010, how many
 6    weight classes were there?
 7         THE WITNESS:  I'm not great with dates.
 8    But it was increasing all throughout.  By
 9    2010, I'm guessing --
10         THE COURT:  So before Strikeforce, the
11    acquisition, about how many weight classes did
12    you have?
13         THE WITNESS:  There was a time when we
14    had 155, 170, 185, light heavyweight and
15    heavyweight, and I did all of the matches.
16         We had another show that we acquired
17    that was separate called the WEC, and they
18    focused on smaller weight classes.  They also
19    had 155, which I did, because it's such a good
20    weight class, but they also had 145 and 135
21    that we didn't have.
22         We ended up incorporating the WEC into
23    the UFC, so it brought those wight classes
24    over.  Then we added another smaller men's
25    weight class.
```



Page 31

```
1               Strikeforce had women's weight
2       divisions, which we did not have when we
3       acquired Strikeforce, and it brought in
4       women's divisions.  Then we ended up, once we
5       had a woman's division, adding multiple
6       women's divisions.
7               THE COURT:  So before Strikeforce, and
8       that Strikeforce acquisition, you had women's
9       divisions?
10              THE WITNESS:  No.  They were -- it
11      was when we acquired Strikeforce that we first
12      ever got a women's division.
13              THE COURT:  So you had no women
14      fighters before the acquisition of
15      Strikeforce?
16              THE WITNESS:  Correct.
17              THE COURT:  Okay.  And how many weight
18      divisions did you have for women when you
19      acquired Strikeforce?
20              THE WITNESS:  At the time, I believe
21      just one.
22              THE COURT:  And as I understand it, you
23      had five, approximately five, is that right,
24      if my math is correct, weight classes before
25      the acquisition of Strikeforce?  Is that
```


MAGNA
LEGAL SERVICES

Page 32

1       right?

2               THE WITNESS:  Before WEC.  Before we

3       acquired WEC.

4               THE COURT:  Okay.  All right.  Thank

5       you, Mr. Silva.

6               Go ahead, Mr. Cramer.

7   BY MR. CRAMER:

8    Q    Because His Honor asked you some questions

9   about Strikeforce and acquisitions, I'm going to

10  skip to the questions about that, because I think

11  they're relevant and right to this issue.

12          One of your goals in your work --

13              THE COURT:  Hold on just a second,

14      Mr. Cramer.  We're going to see if we can't

15      get the Elmo to work.  Just a second.

16              MR. CRAMER:  Thank you.

17              I have some questions before I need to

18      get to the documents, so do you mind --

19              THE COURT:  We can proceed.

20              MR. CRAMER:  Okay.  So let's proceed.

21  BY MR. CRAMER:

22   Q    One of your goals in your work at Zuffa was

23  to find fighters that you could match against each

24  other to create bouts that audiences wanted to see

25  you create, correct?



Page 33

```
 1   A      Correct.
 2   Q      And as you told me at your deposition, one
 3   of Zuffa's goals --
 4          THE COURT:  Excuse me.  I'm sorry.
 5          MR. CRAMER:  Thank you.
 6   BY MR. CRAMER:
 7   Q      -- one of Zuffa's goals for its acquisitions
 8   of promoters was to acquire fighters from other
 9   promoters to put in Zuffa's shows; is that right?
10   A      Correct.
11   Q      Okay.  In your opinion, as you expressed at
12   your deposition, from 2007 through the date of your
13   deposition, the UFC had more of the top talent than
14   any other MMA promotion, correct?
15   A      In my opinion, yes.
16   Q      You're familiar with the organization that
17   formally operated as Pride Fighting Championship,
18   correct?
19   A      Yes.
20   Q      And you believe that Pride was potentially
21   at the same competitive level as the UFC in or
22   about 2006; correct?
23   A      Actually, some people felt it was superior.
24   Q      And the UFC acquired Pride?
25   A      We did.
```



1    Q     And you would agree with me now, as you did

2    at your deposition, that when Zuffa purchased

3    Strikeforce, Zuffa took out its largest competitor

4    at the time, correct?  It purchased its largest

5    competitor?

6    A     Yes.

7    Q     And one reason that Zuffa purchased

8    Strikeforce was to obtain Strikeforce's fighter

9    contracts, correct?

10   A     Yes.

11   Q     And Strikeforce -- as you just testified in

12   response to His Honor's questions, Strikeforce had

13   fighter talent and weight classes, like female

14   divisions, that the UFC did not have at that time,

15   correct?

16   A     Correct.

17   Q     Okay.  Now I'd like to show you a document

18   dated February of 2011, this is an e-mail that you

19   wrote to Mr. White, Fertitta, and Sean Shelby.  And

20   I asked you about --

21            THE COURT:  Hold on just a moment.

22            Can you read that okay?

23            THE WITNESS:  I can, yes.

24   BY MR. CRAMER:

25   Q     Okay.  So showing you the top of it, the



Page 35

1   subject is:  "We own MMA."

2              THE COURT:  Do you want to offer this

3        as an exhibit, Mr. Cramer?

4              MR. CRAMER:  Yes.  This is Exhibit

5        PCCX-365, and it starts with the Bates number

6        ZUF-00085896.

7   BY MR. CRAMER:

8    Q     And this is an e-mail you sent and wrote,

9   correct?

10   A     Correct.

11   Q     And the subject "We own MMA" was your

12   characterization, correct?

13   A     Yes.

14   Q     And by "we," you meant the UFC and Zuffa,

15   correct?

16   A     Yes.

17   Q     And the rationale about ownership related to

18   the fact that Zuffa had most of the top fighters in

19   most of the weight classes in February of 2011,

20   correct?

21   A     Correct.

22   Q     And you're listing those in the document --

23   I'd like to stay at the box there -- listing those

24   in the document.  It says that the UFC had 15 out

25   of 25 of the heavyweights, correct?



Page 36

```
 1    A      Correct.

 2    Q      And 6 out of the top 10, correct?

 3    A      Yeah.

 4    Q      And the UFC had 9 out of the top 10 light

 5    heavyweights, correct?

 6    A      Yes.

 7    Q      And 8 out of the top 10 middleweights,

 8    correct?

 9    A      Yes.

10              THE COURT:  Mr. Silva, I'm sorry.  When

11        you say there's two categorizations, so, for

12        example, heavyweight it says 16, I think, or

13        15 out of -- 16 out of 25 and -- well, I can't

14        read it, it's too far over -- and 6 out of the

15        top 10.  Do you see that?

16              THE WITNESS:  Yes, sir.

17              THE COURT:  What does 15 out of 25

18        mean?

19              THE WITNESS:  So this particular

20        rankings ranked up to 25 fighters, so --

21              THE COURT:  Okay.  So the top 25

22        fighters?

23              THE WITNESS:  Correct.  So we had 15

24        out of the top 25.  If you broke it down to

25        just the top 10 --
```



Page 37

1              THE COURT:  Then you'd have 6 out of

2       the top 10?

3              THE WITNESS:  6 out of the top 10.

4              THE COURT:  Okay.  Perfect.  I just

5       wanted to confirm that.  Thank you.

6  BY MR. CRAMER:

7   Q     And you list lightweight, featherweight and

8  bantamweight, and the UFC either has 8, 6, or 9 out

9  of the top 10 in all of those divisions, correct?

10   A     Correct.

11   Q     And this was in February of 2011, before the

12  UFC purchased Strikeforce, correct?

13   A     Correct.

14   Q     So if you turn to the bottom of the page,

15  there is a listing of the heavyweights.  And see

16  the -- these are the heavyweight MMA consensus

17  rankings posted January 27, 2011.

18         And am I correct that this is the list of

19  the rankings of the top 23 heavyweight fighters in

20  MMA?  Is that right?

21   A     Yes.

22   Q     Okay.  And we'll see that Strikeforce had

23  number 4, number 7, number 10, number 11, number

24  12, number 17; is that right?

25   A     Yes.



Page 38

```
 1   Q     And after the acquisition of Strikeforce,
 2   the UFC obtained some or all of these fighters that
 3   I just mentioned, correct?
 4   A     Correct.
 5   Q     Let's look at the next division.  And here
 6   we have light heavyweights consensus rankings
 7   during this period, and we can see the top 25; is
 8   that right?
 9   A     Yes.
10   Q     And Strikeforce had 10, 11, 13, and 14 and
11   19.  And after the Strikeforce acquisition, I
12   believe the UFC acquired all but Dan Henderson; is
13   that right?
14   A     I believe so.
15   Q     And eventually UFC got Dan Henderson; is
16   that right?
17   A     Yes.
18   Q     Okay.
19   A     Which Dan Henderson fought for UFC before
20   that.
21   Q     Right.  Okay.
22         And in this e-mail, as you explained to me
23   at your deposition, you were showing your managers,
24   your bosses, Dana White and Lorenzo, how successful
25   you and Sean Shelby had been at signing the top MMA
```



1    talent and the majority of the top fighters in all

2    of the divisions you identified, right?

3    A     Correct.

4    Q     And just to summarize this, you would agree

5    with me that after the Strikeforce acquisition, the

6    UFC's share of the top 25 fighters in all of these

7    weight classes listed went up, higher than it was

8    in February of 2011, correct?

9    A     Correct.

10   Q     All right.  You can put that document aside.

11   All right.  Let me turn back to where I was and ask

12   you about -- oh, put up the minimum document.

13         His Honor had a question about the number of

14   fighters being paid at the lower level.  I just

15   want to draw your attention to this aspect of the

16   document.

17         The assumptions of the document was that

18   under Tier 1, which is the first tier of percentage

19   of bouts at show, pay tiers, Tier 1 has less than

20   17,000.  So am I correct that this --

21              MS. GRIGSBY:  Well, I'm just going to

22         object, because he hasn't laid a foundation

23         with this witness that he's knowledgeable.  I

24         mean, the witness just testified he didn't

25         know.  There's no --



```
 1              THE COURT:  Overruled.  I'll allow it.
 2      He seems to be fairly knowledgeable in this
 3      area.
 4              So, Mr. Silva, you understand what
 5      these tiers were, right?
 6              THE WITNESS:  Correct.  I did not
 7      create this document, but --
 8              THE COURT:  But you understood what the
 9      tiers were that were referenced in the
10      document, I assume?
11              THE WITNESS:  Yes.
12              THE COURT:  Okay.  And what are they?
13              THE WITNESS:  Well, what you saw them
14      at is the minimum if -- amount that we pay the
15      smallest contract.
16              THE COURT:  So Tier 1 would be the
17      minimum amount?
18              THE WITNESS:  Correct.
19              THE COURT:  And Tier 2 would be what?
20              THE WITNESS:  It's anything over that,
21      as it progresses up.  But I don't understand
22      how they got to anything above that because it
23      could vary then greatly depending on how well
24      you did.
25              THE COURT:  Well, I'm sorry.  Are you
```



Page 41

```
 1        saying you didn't -- when they created the
 2        document, you didn't understand what these
 3        tiers were?
 4             THE WITNESS:  Correct.  I disagreed in
 5        general with a lot Danny's projections.  I did
 6        not understand how they got to them.
 7             THE COURT:  Well, it looks like they're
 8        showing actual difference --
 9             THE WITNESS:  Right.  But after a first
10        contract is over --
11             THE COURT:  Right.
12             THE WITNESS:  -- you might negotiate,
13        as has happened after the second fight of a
14        fighter's contract, and that throws that off.
15        Or you might let them fight their contract
16        out, and that would affect where it goes.
17             I think they're trying to come up with
18        an average, where they're trying to figure it
19        out.  But there was no lockstep way of, if
20        this is what the first contract was, this is
21        what the second contract is.
22   BY MR. CRAMER:
23    Q    Right.  You're saying that pay of UFC
24   fighters reflected their popularity and performance
25   as they went forward, correct?
```



Page 42

1    A    Correct.  And it could vary greatly.

2    Q    Right.  But you tried to pay fighters in

3  accord with what you believed they were bringing to

4  the table in terms of their performance, how you

5  expected them to perform, and how popular they were

6  with the fans, correct?

7    A    Well, there's a lot more things that go into

8  it.

9            THE COURT:  Well, what else would go

10           into -- I mean, other than looking at their

11           popularity, their rank, and their ability to

12           draw fans, what else would you look at besides

13           that?

14           THE WITNESS:  Well, a huge thing that

15           would affect me is -- which was out of my

16           control, but they would bring to me, is they

17           would go, hey, two months from now we're going

18           to do a show in Poland.  And I don't have any

19           Polish fighters.  There was nobody in Poland

20           who particularly interested me, but I'd have

21           to go out now and go find some.  And is it

22           going to now put a new premium on Polish

23           fighters.  This isn't I can take it or leave

24           it.  It's like I have to find Polish fighters,

25           and whatever it cost me to get those fighters,



Page 43

```
 1         I now have to do because they've told me we're
 2         doing a show in Poland.
 3              THE COURT:  Well, I understand that.
 4         But my understanding is that most of the
 5         fighters for the UFC at this time were in the
 6         United States; is that right?
 7              THE WITNESS:  No.  We did a lot of
 8         international shows.
 9              THE COURT:  When you say "a lot,"
10         Mr. Silva, you have to be very specific.
11              THE WITNESS:  Right.  But even if they
12         said -- if they said we're going to do one
13         show --
14              THE COURT:  Let me help you.  So what
15         percentage of the fights the UFC put on around
16         this time, 2011, were in the United States?
17              THE WITNESS:  I don't know
18         percentage-wise, but I can --
19              THE COURT:  Well, was it more than
20         half?
21              THE WITNESS:  Yeah, I'd say more than
22         half.  But if they told me we had one show in
23         Korea --
24              THE COURT:  Well, I understand that.
25         So I appreciate what you're talking about, but
```



Page 44

```
 1          that's not necessarily the question I'm
 2          asking.  I'm trying to figure out the
 3          percentages here.  And there may have been --
 4               THE WITNESS:  Right.
 5               THE COURT:  -- shows here.  So would
 6          you say that three-fourths of the fights for
 7          the UFC were in the United States?
 8               THE WITNESS:  Probably.
 9               THE COURT:  Okay.  And so I'm not
10          saying you didn't have some fights, I'm trying
11          just to get some sense of the numbers.
12               THE WITNESS:  Right.
13               THE COURT:  And so -- because in the
14          last few slides, it looked like UFC had
15          control over most of the fighters at this time
16          in certain weight classes, and so that's why
17          when you say you had to go outside to get
18          fighters for certain international fights, I
19          want to just get a sense of how often that
20          happened.
21               THE WITNESS:  Quite often, because if
22          he had told me we were going to have one show
23          in Korea, they're not only going to fight in
24          Korea, they will fight in those other shows
25          that are in the United States.  I owe them
```



Page 45

```
 1    more than one fight when we do multi-fight

 2    deals.

 3            But simply knowing -- if they tell me,

 4    hey, this year we're going to do a show in

 5    Korea, a show in Japan, multiple shows in

 6    Brazil, shows in Europe, I have to get talent

 7    for all of those.  And then I will have to get

 8    them fights, three fights a year, average.

 9            So they'll fight besides just in Korea

10    or Japan or wherever they're from.  I

11    definitely have to have them for that one

12    show.  But to get their other fights, they

13    will then fight in other shows that I have.

14            THE COURT:  So going back to the issue

15    of them and how you would assign or pay the

16    fighters, other than these international

17    fights where you may have to find someone for

18    that local area, other than the rank and the

19    popularity of the fight, what else would you

20    look at?

21            THE WITNESS:  Well, just like it

22    wouldn't have to be a country too.  It could

23    be a city.  If we were going to a big city and

24    they're like, do you have anybody local,

25    somebody for PR that would be good for us for
```



1    that city.  And I'd have to try and find that

2    person and pay what it would take to get him.

3         If you had somebody -- say there's a

4    local promotion and this guy is the local

5    hero, like it would be good to pick him up for

6    this show because we're doing it in this show,

7    then we'll get local PR and sell local

8    tickets.

9         THE COURT:  Right.  I understand that.

10   But I'm saying it seems to me, at least from

11   what I've heard about the business, there are

12   a fair number of fighters who are known

13   nationally, that if you didn't -- because of

14   their popularity, you wouldn't have to find a

15   particular heavyweight or other fighter who is

16   just on a particular city, I'm saying in Las

17   Vegas or New York, because they were known

18   nationally.

19        And so other than the idea of

20   potentially scouting local talent, what else

21   did you look at to determine a contract for a

22   fighter?

23        THE WITNESS:  Well, his level of

24   competition.  So we had some -- what kind of

25   swelled the ranks, as I said, were these



Page 47

1    last-second replacement fights, which we had a

2    huge number of.

3             This sport is very physically

4    demanding.  So in my entire career, I've done

5    maybe one card where somebody didn't drop out

6    injured.  And I've had cards where more than

7    half the scheduled fighters dropped out

8    injured.  So when that happens, I still owe

9    their opponent a fight.  So I would prefer to

10   take somebody who is already under contract

11   and have them step in and fight, but those

12   fighters are like, why am I going to take that

13   risk, I didn't have a full training camp to

14   prepare for this, I already have a UFC

15   contract, I'm good.

16            So I have to usually get somebody from

17   outside who is looking to get their first shot

18   with the UFC.  So those type of fighters quite

19   often would be more that entry level.  It's

20   like this is not really somebody I wanted to

21   sign, but I'm kind of being forced to to get

22   this other guy his fight.

23            THE COURT:  So that's why it says

24   66 percent of people in that first tier were

25   --



Page 48

```
 1              THE WITNESS:  I think that has a lot to
 2       do with it.  If you did not have the amount of
 3       injuries that we have, I think those numbers
 4       would be vastly different.
 5              THE COURT:  But then it looks like, if
 6       you look at these numbers, 83 percent of these
 7       fighters are in Tier 1 or Tier 2, right?  Less
 8       than 30,000; is that right?
 9              THE WITNESS:  Correct.
10              THE COURT:  And is part of that due to
11       what you're talking about, which is obtaining
12       these individual fighters?
13              THE WITNESS:  Yeah, I would say -- just
14       say on average if we had to sign three guys as
15       injury replacements per show, and we do 44
16       shows a year, that's a lot of fighters being
17       added.
18              THE COURT:  And it looks like many of
19       them, kind of the majority of them, would come
20       in under the standard first contract, minimum
21       contract?
22              THE WITNESS:  Right.  As I said, they
23       are guys who I not necessarily -- like, this
24       isn't a guy I really want; it's like, this is
25       a guy I need because I owe this other guy a
```



Page 49

```
 1      fight.
 2              THE COURT:  So in order to fill sort of
 3      gaps or holes in the ticket that would arise,
 4      you would bring in these fighters and sign
 5      them to these contracts?
 6              THE WITNESS:  Yes, sir.
 7              THE COURT:  All right.  And then you're
 8      not finding them any more fights after the one
 9      fight you acquired them for; is that right?
10              THE WITNESS:  No.  I did give them a
11      standard contract.  And it was my practice, I
12      knew you were coming in short notice, so it's
13      not the best circumstances, and it's a jump up
14      in competition for you.  So it was very rare
15      that if you lost that fight that I would cut
16      you.  I was usually going to give you another
17      opportunity.
18              THE COURT:  Okay.  Thank you.
19  BY MR. CRAMER:
20    Q    I want to go back to your statement that
21  you -- when the UFC was putting on a show in
22  Poland, you would look for a fighter popular in
23  Poland, or if the UFC was putting on a show in
24  Buffalo, you would look for a fighter popular in
25  Buffalo.
```



Page 50

1          I asked you whether the UFC looked to pay

2     fighters based on their popularity and their

3     performance.  So the latter of three, popular in

4     Poland or Buffalo, or Poland in popularity, you're

5     looking for fighters who can generate interest with

6     the audience, correct?

7      A     Yes.

8      Q     Yes.

9          And when the UFC put on shows in Poland or

10    Buffalo, those were typically broadcast into

11    North America, correct?

12     A     Well, it would depend on -- like, where on

13    the card they're at, though.

14     Q     But the show itself would be broadcast --

15    the main part of the show would be broadcast into

16    North America?

17     A     The main part, yes.

18     Q     Or be on Pay-Per-View?

19     A     Yes.

20     Q     Or both?

21     A     Correct.

22     Q     Okay.  All right.  Let me take you to

23    Exhibit PCCX-391, it's a series of e-mails between

24    you and Bas Boon between May 19, 2009, and

25    January 29, 2011.



Page 51

1          Before I ask you about the document in

2     particular, Boon is a fighter representative; is

3     that right?

4      A     Yes, sir.

5      Q     And in this series of e-mails, Boon was

6     trying to get you to sign one of his fighters to

7     the UFC, John Einemo; is that right?

8      A     Einemo.

9      Q     Einemo, E-I-N-E-M-O.  Is that right?

10     A     Yes, sir.

11     Q     Okay.  So turn to page 3 of this document,

12     please.

13               THE COURT:  Now, have all of these

14          exhibits been admitted?  I want to make sure,

15          because I know one of the things we have to

16          make sure we do is confirm what's on the

17          record as to whether it's been admitted or

18          whether it needs to be admitted into the

19          record here, Mr. Cramer.

20               MR. CRAMER:  Well, these have all been

21          submitted.  This is PCCX-391.

22               THE COURT:  Okay.  And have I actually

23          formally admitted all of those documents?  I'm

24          not sure that I have.  We can make sure that

25          we do that at the close of the proceeding



Page 52

1      today.

2           MR. CRAMER:  Okay.  Very good.  Thank

3      you, Your Honor.

4           THE COURT:  For both sides' documents,

5      so whatever was offered previously.

6           Go ahead, Mr. Cramer.

7           MR. CRAMER:  Thank you, Your Honor.

8   BY MR. CRAMER:

9    Q    On page 3, there's this e-mail dated May 19,

10   2009, where you discuss a potential offer to

11   Einemo, and it was a four-fight contract, and you

12   offered compensation starting at 15 and 15, and you

13   proposed to increase that 2 and 2 for each win; is

14   that right?

15   A    Yes.

16   Q    And it was a four-fight deal; is that right?

17   A    Yes.

18   Q    All right.  Now let's go to page 2.  At the

19   bottom -- yeah, it carries over to page 3.  Also on

20   May 19, 2009, Boon sends you an e-mail in which he

21   tries to negotiate higher compensation.

22        And towards the bottom of page 2, you

23   responded to Boon's efforts to get more money for

24   his client, writing, quote -- where is the bottom

25   of page 2?  On the top of page 2.  I'm sorry.



Page 53

1    There you go.

2          Top of page 2, Wednesday, May 20th, 2009,

3    you responded to Boon's efforts to get his client

4    more money.  You say:  "As I said, I have a pay

5    structure.  I cannot mess it up for one fighter.  I

6    have to justify that to all the other managers."

7          You wrote that, correct?

8    A    Correct.

9    Q    All right.  You can put that document aside.

10          And I'd like to show you another document

11   with a similar theme.  It's PCCX-338, and it's an

12   e-mail dated October 10, 2007, in which you were

13   writing to someone named Ali Almeida --

14   A    Almeida.

15   Q    -- Almeida, A-L-M-E-I-D-A, regarding a

16   fighter named Ricardo Almeida.

17          And on page 2 you write -- page 2.  And in

18   the box there on October 10th you write to

19   Mr. Almeida:  "As I said, I have 200 fighters under

20   contract, and our purses are public.  I have to

21   justify to all my other fighters what I pay out.

22   There are people under contract to me now that are

23   not making as much as I offered Ricardo, and they

24   are better known to our fans and have more UFC

25   fights than he does."



Page 54

1          Do you recall writing that?

2     A     Yes.

3     Q     Okay.  So one of the tools you used to

4     negotiate with fighters was to try and place your

5     offer that you're giving to the fighter in the

6     context of what you believed were comparable

7     fighters or even better fighters getting a similar

8     or lesser deal; is that right?

9     A     Well, as it says here, I'm offering Ricardo

10    more money than people who are now in the UFC,

11    so --

12    Q     Right.  So you're trying to justify the

13    pay --

14    A     Correct.

15    Q     -- to this fighter by saying, hey, there are

16    some other people who may even be better than you

17    that are getting less?

18    A     Correct.

19    Q     So you're trying to convince the fighter

20    that you're treating him fairly; is that right?

21    A     Yes.  Whenever I've dealt with fighters, I

22    have tried to be able to justify my offer.

23    Q     And one of the tools you used to negotiate

24    with fighters was to place the offer in the context

25    of these fighters, and you did that to try to,



1    again, align the pay with expected performance and

2    popularity of the fighter, correct?

3    A     Well, the potential.

4    Q     Right.  Expected performance.  Their

5    potential popularity --

6    A     Unexpected is the possibility, because quite

7    a few do not.

8    Q     Right.  You don't know.

9    A     (Nods head up and down.)

10   Q     But what you're trying to do is align the

11   pay of what you expect their performance and

12   popularity to be?

13   A     Well, then I could -- when somebody else

14   came to me and said, why did you give this to this

15   guy, then I could verbalize, here are part of the

16   reasons why, we're in Brazil and he's Brazilian,

17   he's got this following, he's a Brazilian Jiu-Jitsu

18   world champion, and that's something that factored

19   into it.  So I'd have to list all of the reasons

20   why so that the dealers know you're just pulling

21   numbers out arbitrarily.

22   Q     Right.  You're trying to justify the pay

23   based on objective facts, correct?

24   A     Correct.

25   Q     Correct?



Page 56

1    A    Correct.

2    Q    All right.  Now I'd like to turn to a

3    document PCCX-255, and it's a series of e-mails

4    between you and Sven Bean regarding a fighter known

5    as Bang, B-A-N-G.  And the top e-mail here is dated

6    December 9, 2010.

7         Do you recall this series of e-mails?

8    A    Yes, sir.

9    Q    Does Bang refer to Duane "Bang" Ludwig?

10   A    Yes.

11   Q    Okay.  And I'd like to show you the first

12   e-mail in the chain on page 3.

13   A    Yes.

14   Q    It's from you to Mr. Bean, who is

15   representing Mr. Bang, or Bang, and you offer him a

16   new four-fight deal before Bang's last fight in his

17   prior contract.

18        And you say:  "He is on his last fight at 14

19   and 14.  I'll drop that and give him a new deal at

20   16, 16; 18, 18; 20, 20; and 22, 22."

21        Do you see that?

22   A    Yes.

23   Q    Okay.  And that was the offer, correct?

24   A    Yes.

25   Q    And turn to Mr. Bean's response in the



Page 57

```
 1   middle of page 2.  On December 8th, he asked for

 2   2,000 more to win and show.  Okay.

 3        "Can I please ask that if we go ahead and

 4   sign four more fights, we'd be able to start at 18,

 5   18?"

 6        So he wants a little bit more than you

 7   offered.

 8        And I'd like to show you your response,

 9   which is on the top of page 2.

10        You tell him:  "Everybody has it tough.  I

11   have to do what is fair for everyone.  You make

12   what you make based on performance and popularity."

13        Do you see that?

14   A    Yes.

15   Q    And those were your words, correct?

16   A    Correct.

17   Q    And by "performance and popularity," you

18   meant what we've been just talking about, that

19   fighters are paid on your view and the UFC's view

20   as to the expected fan interest and the fighter's

21   expected performance when they fight, correct?

22   A    Right.  Because the manager is trying to

23   make an appeal to personal issues that he's having,

24   and I'm letting him know I can't take personal

25   issues into account, I'm basing it on your
```



Page 58

1    performance and your popularity.

2    Q      Right.  And in other words, if a fighter is

3    expected by you or the UFC to generate more fan

4    interest, you are willing to pay him more relative

5    to a fighter that you believe is expected to

6    generate less fan interest, correct?

7    A      Correct.

8    Q      Turn to page 1.  And this is your last

9    e-mail to Mr. Bean, at the top of the document.

10   And you're pretty firm here.

11          You say to him:  "I'm not trying to be a

12   dick, but no, everyone knows what everyone makes.

13   Our purses are public.  I have to justify

14   everyone's pay to everyone else."

15          Do you see that?

16   A      Yes.

17   Q      And you said that, right?

18   A      Correct.

19   Q      And I'd like to show you -- I asked you

20   about this at your deposition, and I'd like to show

21   you your testimony about it at your deposition.

22   A      Yes.

23   Q      This is at 372 to 373 of your deposition.

24          I asked you:  "And so you wanted to make

25   sure that you did your best to try to make sure



Page 59

1    that comparable fighters with comparable" --

2              THE COURT:  So, Mr. Cramer, you don't

3         need to read the deposition.  If you want to

4         ask him the question, then you can ask him the

5         question.  If he doesn't answer it the way he

6         answered in the deposition, then you can just

7         then read in the deposition.

8              MR. CRAMER:  Okay.  Fine.  I'm going to

9         ask the same question.

10   BY MR. CRAMER:

11    Q    So with this back and forth that we just

12   looked at, you wanted to make sure that you did

13   your best to make sure that comparable fighters

14   with comparable records are getting paid comparable

15   amounts; is that fair?

16    A    Right, but it's not just on records.

17             THE COURT:  Okay.  But you wanted to

18        have a -- Mr. Silva, you wanted to have a

19        comparable pay scale for fighters.  You

20        wouldn't just have arbitrary numbers, right?

21             THE WITNESS:  Correct.  That I would

22        have different factors that I could verbalize

23        and say, yes, this is why.

24             THE COURT:  Right.  You want to be able

25        to explain it.  But those factors would be



Page 60

```
 1          applied equally across the fighters.  So in
 2          other words, you would look at the popularity
 3          and performance of the fighters the same; you
 4          wouldn't favor one fighter or another in terms
 5          of that evaluation, correct?
 6                  THE WITNESS:  Correct.  But instead, it
 7          would just weigh differently for different
 8          fighters.
 9                  THE COURT:  Right.
10                  THE WITNESS:  That problem does not
11          apply to everyone.
12                  THE COURT:  No, I understand that.
13          What I'm saying is that in terms of that
14          assessment --
15                  THE WITNESS:  Yes.
16                  THE COURT:  -- on performance and
17          popularity, you would try to apply that evenly
18          across the fighters, right?
19                  THE WITNESS:  Yes.
20                  THE COURT:  Right?
21                  THE WITNESS:  Yes.
22                  THE COURT:  Okay.
23     BY MR. CRAMER:
24      Q    And I asked you on page 373, and I'll ask it
25     to you right now in the context of this back and
```



Page 61

1    forth:  "You attempted, at least in your mind, to

2    be fair, to impose a sense of equity between the

3    different fighters, correct?"

4         Is that right?  That's what you were trying

5    to do, be fair to the fighters?

6    A    Could you define "equity" for me?

7    Q    Treating fighters based on the objective

8    factors that you were talking about.

9              THE COURT:  I think, Mr. Cramer, he

10        just answered that question.  That was the

11        question, I think, that I asked him.

12             MR. CRAMER:  Okay.  Thank you.

13   BY MR. CRAMER:

14   Q    Let me just clarify.  One way you conveyed

15   to managers and fighters that you were negotiating

16   with that you were dealing with them fairly was to

17   tell them honestly where their compensation fit

18   relative to other fighters at their level; is that

19   right?

20   A    Yes.

21   Q    Okay.  And do you recall telling me that

22   fighters or their managers wanted to be treated

23   unfairly in their favor?

24   A    Yes.  I mean, a manager is doing his job;

25   he's doing everything in his power to get the most



Page 62

1   that he can for his client.

2    Q    Right.  And the way you dealt with a manager

3   in that situation was to try to compare his or her

4   fighter to other fighters that you believed were

5   similar or better, and explain that the fighter

6   with whom you were negotiating is being treated the

7   same or better as compared to the other fighter; is

8   that fair?

9    A    That's fair.

10    Q    And you believed that if you were to raise a

11   fighter's pay above what a comparable or better

12   fighter was being paid, either by accident or in

13   response to a manager's inquiry, that could

14   potentially cause you problems across the board

15   with other fighters and managers; is that right?

16    A    Correct.

17    Q    Thank you.

18         And you told me at your deposition you

19   wanted to be able to tell fighters that they were

20   being treated fairly relative to other fighters

21   with similar skills and records and popularity,

22   correct?

23    A    Right.  And there's other factors too.  As

24   long as I could explain it, one thing is that you

25   have certain fighters who -- as I said, people are



Page 63

1    very hesitant to take last-notice fights because

2    it's a big risk, you haven't had a full training

3    camp to prepare, but there are some fighters who

4    have repeatedly done that.  So their manager might

5    come back and remind me -- because you're dealing

6    with so many fighters, you might forget.  So I go,

7    hey, here is a new deal, I'll offer it.  And the

8    manager, if he's a good manager, he'll come to you

9    and go, you know, this guy stepped up for you,

10   three times he fought for you short notice, maybe

11   he didn't win every time, but he's always been

12   there for you.  Don't you think that's worth more

13   money?

14          And I'd look at him and go, yeah, you're

15   right, he did, he did me a solid, let's give him

16   more money.  But if somebody then asks about that,

17   then they go, wait, you're saying, you know,

18   because I won this many fights, I'm getting this,

19   why does that guy get that?  And I can then say,

20   this guy stepped up three times late notice; he had

21   a reason outside of why I would pay him more than

22   somebody else with a similar record or a similar

23   popularity.

24   Q     Fair enough.  All right.  Let me change

25   topics a little bit.



Page 64

1           In order to fight within the UFC, Zuffa

2     requires fighters to sign what Zuffa called the

3     exclusive for both Promotional and Ancillary Rights

4     Agreement, correct?

5     A     Correct.

6     Q     Okay.  And at the time of your deposition,

7     you were not aware of any fighter that Zuffa had

8     allowed to compete in the UFC without signing one

9     of those exclusive contracts; is that right?

10    A     Correct.

11    Q     And you're not aware of any fighter fighting

12    in the UFC today that did not sign one of UFC's

13    exclusive contracts?

14    A     I'm not aware.

15    Q     Okay.  And it's fair to say that in your

16    negotiations with fighters, you understood that

17    this exclusive fighter agreement had certain

18    standard provisions that Zuffa expected its

19    fighters to sign and agree to, correct?

20    A     Correct.

21    Q     And it's fair to say that the end of a term

22    of a standard UFC fighter's contract, the contract

23    typically provided a 90-day exclusive negotiation

24    period; is that right?

25    A     Correct.



Page 65

1    Q    And during that period, Zuffa was the only

2    promotion that could bid on the services of that

3    fighter, correct?

4    A    Correct.

5    Q    Okay.  And following the exclusive

6    negotiation period, Zuffa's standard contracts

7    typically also had a right to match any offer that

8    the fighter got from another promoter, correct?

9    A    Correct.

10   Q    And that right-to-match period typically

11   lasted for one year; is that correct?

12   A    Correct.  But we would have to -- if

13   somebody had an offer, we would have to deal with

14   it immediately.

15   Q    Right.  So if somebody got an offer, you

16   would have to deal with it, and you decided whether

17   to respond.  But if Zuffa did respond, then the

18   negotiation was over, correct?

19   A    Correct.

20   Q    Okay.  Between the 90-day exclusive

21   negotiation period and the one-year right-to-match

22   period, Zuffa had the ability to retain any fighter

23   it wanted to keep after the term of the exclusive

24   agreement for up to 15 months, provided Zuffa was

25   willing to match an offer from another promotion,



Page 66

1   correct?

2    A      If it was an offer, we had to match it

3   before the end.

4    Q      Right.  But whenever that offer came in, if

5   Zuffa matched it, that fighter was obliged to re-up

6   with Zuffa, correct?

7    A      Correct.

8    Q      So for that 15 months, if there was a

9   fighter that Zuffa wanted to keep, Zuffa could keep

10   them as long as it matched the offer, correct?

11   A      Correct.

12    Q      And what that means is if there was a

13   fighter at Zuffa who fought out his or her four

14   fights their entire defined term, and did not want

15   to fight for Zuffa anymore, they would have to wait

16   at least the 90-day exclusive negotiation period

17   and the one-year right to match; is that fair?

18    A      Except it's fairly easy to get out of it

19   because all you had to do was put something in

20   their offer that we wouldn't match.

21    Q      Okay.

22              THE COURT:  And about how often did

23        that happen?

24              THE WITNESS:  It happened that if you

25        were --



```
 1              THE COURT:  Mr. Silva, so part of the
 2       thing is you had lots of fights.  Right?  And
 3       I have already seen information about the
 4       number of fighters that Zuffa had under
 5       contract.  So when you say "often," it's
 6       helpful for me if you can tell will me how
 7       often.
 8              THE WITNESS:  Sure.  Well --
 9              THE COURT:  So in terms of the
10       percentage of fighters that you wanted to
11       actually be able to keep, what percentage of
12       fighters that you wanted to be able to keep
13       did you actually lose because you were not
14       willing to match the offer?
15              THE WITNESS:  Some definitely I can
16       just list off the top of my head.
17              THE COURT:  Okay.  So what percentage
18       of fighters --
19              THE WITNESS:  I don't know a
20       percentage.  Out of all of the hundreds of
21       deals that I've done that --
22              THE COURT:  Mr. Silva, again -- did you
23       lose 50 percent of the fighters or --
24              THE WITNESS:  No.
25              THE COURT:  Okay.  Did you lose
```



```
1        30 percent of the fighters?
2               THE WITNESS:  No.
3               THE COURT:  Did you lose 10 percent?
4               THE WITNESS:  I would think probably
5        10.
6               THE COURT:  Or less?
7               THE WITNESS:  I don't know exactly,
8        but --
9               THE COURT:  But around that period?
10              Again, I understand, Mr. Silva, you're
11       trying to be accurate.  And it's hard for me
12       because, as you know, there are thousands of
13       fighters over the course of many years and
14       many fights.
15              I'm trying to just get a sense when you
16       say it happened frequently, how often that is.
17       So me trying to pin you down is just to try to
18       get some general sense of the numbers.
19              THE WITNESS:  I understand that.  It's
20       in relation, as I say, to the amount of people
21       who took it that far.
22              THE COURT:  Right.
23              THE WITNESS:  Not just the fighters in
24       general.
25              THE COURT:  Right.
```



Page 69

```
 1                  THE WITNESS:  But the fighters that,
 2          okay, it came down to, now we're at that
 3          right-to-match stage.
 4                  THE COURT:  Right.
 5                  THE WITNESS:  Which didn't happen that
 6          often, but that's a much smaller number.
 7                  THE COURT:  And it didn't happen often
 8          because you were usually renewing contracts?
 9                  THE WITNESS:  Correct.
10                  THE COURT:  Okay.  So other fighters
11          who were under UFC's umbrella, most of them
12          were renewing, most of them weren't even in
13          the situation as you described where they were
14          in a situation where you had to decide whether
15          not to match; is that right?
16                  THE WITNESS:  Correct.
17                  THE COURT:  Okay.  But if you did
18          decide you wanted to match, about 90 percent
19          of the time you're able to do that; is that
20          right?
21                  THE WITNESS:  Correct.
22                  THE COURT:  Okay.  Perfect.  That helps
23          me.  Thank you.
24      BY MR. CRAMER:
25       Q    On this topic, I just want to put up
```



Page 70

1    a document that was from The Rein Group due

2    diligence, and the formal response was by Zuffa's

3    executives.  And Zuffa's executives was talking

4    about the retention rate of athletes.

5         And it says:  Management doesn't have an

6    analysis about retention rates of athletes.

7    Reminder, no athlete has left the UFC that the

8    company wanted to retain.

9         Had you ever --

10              MS. GRIGSBY:  Can I --

11              THE COURT:  Mr. Cramer, so what I want

12         to do is -- don't -- I mean, if you want to

13         ask him about a question -- because I

14         anticipate Ms. Grigsby is going to object to

15         foundation over this witness.  Just ask him

16         the question.

17              MR. CRAMER:  Okay.

18              THE COURT:  What you shouldn't do is

19         show him these documents as a way to try to

20         somehow get him to comment on them.  Ask him a

21         question first, and if he has seen it or not,

22         then you can ask him about it.  As far as I

23         know, he didn't have anything to do with this

24         document, doesn't know anything about this

25         document.  So first we should take it down.



Page 71

```
 1            MR. CRAMER:  Take it down.
 2            THE COURT:  And then -- we can ask him
 3       about it.  I mean, if you show it to him, you
 4       want him to remember.  So let's do it that
 5       way.  Go ahead.
 6  BY MR. CRAMER:
 7   Q    Did you ever hear Dana White or any
 8  executive at the UFC say publicly or privately that
 9  the UFC had never lost a fighter if it wanted to
10  retain them?
11   A    I don't think that's correct.
12   Q    Had Dana said that publicly though, say,
13  except for one fighter, Henderson or Emelianenko?
14   A    Well, we never had him.  It's not that we
15  lost him, we never acquired Emelianenko.
16   Q    Okay.  So you never acquired Emelianenko.
17        But you know that Dana White has said
18  publicly that he's never lost a fighter that he
19  wanted to retain within the UFC?
20   A    Right.  I think that's putting a spin on it.
21  It's always to what level do you want them.  If we
22  made an offer to a fighter and they reject that
23  offer, I would say we wanted them, we just didn't
24  want them at any cost.
25   Q    Okay.  But you heard people within Zuffa say
```



Page 72

1     that, correct?

2     A     I've heard a lot of things said.

3     Q     Is the answer yes?

4     A     Have I heard him say that?  I believe so.

5     Q     All right.  All right.

6                 THE COURT:  We're running out a little

7           bit on your time here.

8                 MR. CRAMER:  Okay.  I'm going to ask

9           one more set of questions.

10                THE COURT:  One question I have,

11          Mr. Silva.  You said that it's common for

12          fighters to get injured --

13                THE WITNESS:  Yes, sir.

14                THE COURT:  -- because it's a fairly

15          rough sport; is that right?

16                THE WITNESS:  Yes.

17                THE COURT:  So in your experience,

18          would it be common for fighters to have

19          multiple injuries over the course of their

20          career?

21                THE WITNESS:  Yes.  Even people who did

22          fight were usually injured.  Because of the

23          nature of the sport, it's just the severity.

24          It's like, I'm bruised up, but I'm okay, I can

25          fight.  So it's to what degree are they



Page 73

1   injured.

2          If you're just a boxer -- boxers get

3   injured.  But these guys are trained in

4   boxing, wrestling, Jiu-Jitsu, Muay Thai.  So

5   this is just more ways for them to get

6   injured.

7          THE COURT:  And what would be, in your

8   view, the standard minimum time you have to

9   give them to rest between fights if they

10  didn't suffer a major injury?

11         THE WITNESS:  It really depends on the

12  fighters.  A lot of it is who is winners in

13  the genetic lottery.  There's guys who were

14  incredibly durable.  Cowboy Cerrone, he can

15  fight seven times a year, no problem.  Where

16  other fighters had a hard time making it to

17  two fights a year.  Some people just seem more

18  durable.  Some people train smarter than

19  others.

20         THE COURT:  Right.

21         THE WITNESS:  For MMA, one of the hard

22  things is in the gym, it's more seen as a team

23  sport than like in boxing where it's very much

24  a solo sport.  Oscar De La Hoya would have

25  never sparred with Evander Holyfield just



Page 74

```
 1          because they're the same camp; he's way too
 2          big.  But in MMA, smaller guys go with bigger
 3          guys all the time.  They want to have the ego,
 4          well, I'm not afraid to go with that bigger
 5          guy, and that's very hard on the body to do,
 6          so...
 7                  THE COURT:  And so on average, what
 8          would you say would be sort of rest time that
 9          you, as a matchmaker, would want to afford a
10          boxer?
11                  I know that there are some boxers who
12          are outliers who could fight more often.  But
13          it sounds to me like what you're saying is
14          that they at least needed some time to rest
15          even if they didn't have a major injury.
16          Would that be six months?  Seven months?
17                  THE WITNESS:  No, that's a long time.
18          That's why if there -- if somebody stated to
19          us that they were injured, we would send them
20          an open-ended injury extension, because we
21          don't know how long.
22                  THE COURT:  Right.
23                  THE WITNESS:  It could be real quick.
24          He can go, you know what, I feel a lot better
25          than I thought, I'm ready to go.  So then we
```



1          would adjust the time.  Or it could take

2          longer than they initially thought.

3                    And with medical science improving as

4          it is, there are -- injuries that were -- like

5          in the NFL were considered career ending, that

6          we had guys come back from six months later.

7                    So you just always had to listen to the

8          athlete and kind of weigh it and have them

9          tell you, hey, here's how I'm feeling, and

10         when I'll be ready to go.

11                   THE COURT:  Okay.  Perfect.  Thank you.

12   BY MR. CRAMER:

13    Q    You just referred to an injury extension.

14   That is a reference to a portion in a fighter

15   contract that allows the UFC to extend the term of

16   the contract for the length of the injury; is that

17   right?

18    A    Correct.

19    Q    And you just said you would -- when a

20   fighter was injured and the injury was

21   indeterminate, that the UFC would send an extension

22   letter to the fighter that was also indeterminate;

23   is that right?

24    A    Correct.

25    Q    And that would extend the term of the



Page 76

1    contract until the fighter was ready to fight

2    again?

3     A     Correct.

4     Q     And the contract, the term didn't start up

5    again until the fighter actually fought the next

6    fight; is that right?

7     A     Correct.

8              THE COURT:  So it's sort of suspending

9         the contract, while they're still under

10        contract, extending the term of their contract

11        until the fighter said to you, hey, Mr. Silva,

12        I'm ready to go back in; is that right?

13             THE WITNESS:  Correct.  Because we

14        promised to give them a certain amount of

15        fights within a certain amount of time, but if

16        they're sitting out unable to fight, we need

17        more time added to be able to honor the

18        contract.

19   BY MR. CRAMER:

20    Q     Right.  And the contract didn't start

21   again -- didn't start when the fighter said, I'm

22   ready, it started when the fighter fought again,

23   correct?

24    A     Correct.  Because he still might not even

25   show up for that fight, which has happened.



Page 77

```
 1   Q     And during the --
 2              THE COURT:  I'm sorry.  So after they
 3         say, I'm ready to fight again, it turns out
 4         that they sign up for a fight and they don't
 5         show up or they let you know on short notice
 6         they can't fight?
 7              THE WITNESS:  Correct.  For a lot of
 8         them, they want to get back in there and earn
 9         money, so they might push themselves a little
10         too soon.  So we've had people like, yep, I'm
11         ready to go, I set them up a fight, and
12         they're like, you know what, I'm just -- I'm
13         not ready, I'm still injured, I'm not going to
14         be able to make it, and you've got to pull
15         them off again.
16              THE COURT:  Okay.
17   BY MR. CRAMER:
18    Q     And fighters are in this position in part
19   because you're only paying them -- the UFC is only
20   paying them when they fight, right?
21              MS. GRIGSBY:  Objection.  I'm sorry,
22         I --
23              THE COURT:  It's sustained.  Mr.
24         Cramer, I think he already testified to that.
25         It's been asked and answered.
```



Page 78

```
 1              MR. CRAMER:  Fair enough.
 2   BY MR. CRAMER:
 3    Q     All right.  I want to put up a one-page
 4   document, it's Exhibit PCCX-104, it contains two
 5   e-mails dated May 5th, 2015, the subject line is
 6   "Pat."
 7              And in the first e-mail, there's a
 8   Mr. Parsons writing to Mr. Silva.  I'd like to draw
 9   your attention to the second e-mail at the top,
10   which is from you, responding to Mr. Parsons.
11              In that e-mail at the top, you wrote:  "It's
12   just a four-fight deal, and I always renegotiate
13   before the last fight, just like I am doing now.
14   So three fights and we talk again."
15              Do you see that?
16    A     Yes.
17    Q     And that was your typical practice of
18   negotiating after the third fight; is that right?
19    A     Yes.
20    Q     And to get a new fighter to sign after the
21   third fight of the existing deal, you typically
22   offer to pay that fighter a higher amount for what
23   would have been their fourth fight in the existing
24   deal, right?
25    A     Correct.
```



Page 79

```
 1   Q      And through the new deal you're offering,
 2   the fourth fight would then be the first fight on
 3   the next deal; is that right?
 4   A      Yes.
 5   Q      Right.  And in return for the higher pay on
 6   the next fight, the fighter would then be obligated
 7   for three or more fights with Zuffa, correct?
 8   A      Correct.
 9   Q      And during this period between the third and
10   the fourth fights, the fighter is still under
11   exclusive contract with Zuffa, right?
12   A      Yes.
13   Q      And cannot negotiate with anyone else,
14   correct?
15   A      Correct.
16   Q      And you told me at your deposition that the
17   majority of fighters re-upped under a new deal when
18   you made this offer before the fourth fight.  Does
19   that sound right?
20   A      Correct.
21              THE COURT:  All right, Mr. Cramer.
22              MR. CRAMER:  All right.  That's all of
23         the questions I have.  Thank you.
24              THE COURT:  Mr. Silva, how are you
25         doing?  Do you want to take a break?  Or are
```



Page 80

```
 1      you fine?
 2              THE WITNESS:  If I could use the
 3      restroom, that would be great.
 4              THE COURT:  Sure.  We'll take a
 5      five-minute recess and come back.
 6              MR. CRAMER:  Thank you, Your Honor.
 7              (Recess taken at 10:46 a.m.,
 8              proceedings resumed at 10:54 a.m.)
 9              THE COURT:  Ms. Grigsby, go head.
10                        - - -
11                      C R O S S
12                  E X A M I N A T I O N
13      BY MS. GRIGSBY:
14       Q     So I don't want to take too long, but I
15      wanted to go over some of the things that you
16      touched upon during your direct examination with
17      Mr. Cramer.  So first let's just talk a little bit
18      about how athletes were compensated.
19              So on direct, Mr. Cramer asked you about the
20      10 and 10, what that means, meaning win, 10 to win,
21      10,000 to win, and 10,000 to show.
22              Was that the only amount an athlete could be
23      paid under his or her contract with the UFC?
24       A     No.  We had -- there was also different
25      bonuses and different ways of getting paid.
```



Page 81

1    Q      And so if we could just please pull up

2    ZCCX-214.

3              THE COURT:  Hold on just a moment.

4              Go ahead, Ms. Grigsby.

5    BY MS. GRIGSBY:

6    Q      So this is a document entitled Forms of UFC

7    Compensation.  Have you seen this document before?

8    A      I have.

9    Q      And does this document accurately reflect

10   the types of compensation that the UFC provided to

11   athletes?

12   A      It does.

13   Q      So, for example, you mentioned there were

14   other forms.  Can you just briefly go through what

15   the other forms of compensation might be that an

16   athlete who receives 10 and 10 might receive?

17   A      Well, there has been discretionary bonuses.

18   There has been of-the-night bonuses we offer every

19   show that we do, you would have a fight of the

20   night, which both fighters would get $50,000 each

21   for participating, the winner and the loser.  We

22   also have two performance bonuses, again a great

23   knockout or great submission, there would be an

24   additional $50,000 for each of those bonuses.

25              THE COURT:  And were those standard



Page 82

```
 1          bonuses for fighters?  In other words, it
 2          wouldn't be one fighter get $30,000 for that
 3          same fight versus another fighter get $50,000,
 4          right?
 5                    THE WITNESS:  It could be the first
 6          fight of the night or the main event.  It
 7          would be the same.
 8                    THE COURT:  But I mean in terms of for
 9          the different fighters, fighters themselves,
10          you wouldn't have different bonus amounts --
11                    THE WITNESS:  No.
12                    THE COURT:  -- for different fighters
13          for those types of bonuses, right?
14                    THE WITNESS:  It was the same for
15          everyone.
16                    THE COURT:  Okay.  And were fighters
17          allowed to negotiate the bonuses, those types
18          of bonuses?
19                    THE WITNESS:  No.  There was a -- it
20          did evolve.  There was a time where a bonus
21          amount was different from show to show based
22          on how big the show was.  But that caused a
23          problem, which I solved, where it was just
24          like, well, your people, maybe they're not the
25          highest ranked guy, but they're very exciting,
```



Page 83

```
 1        and they get bonuses, and he doesn't want to
 2        go out and fight on this small show, because
 3        lesser bonuses, and he's a bonus machine.  So
 4        to avoid people wanting to skip shows because
 5        the bonuses are different, it's like let's
 6        just make them all standard for all the shows.
 7              THE COURT:  And about when did you do
 8        that?
 9              THE WITNESS:  I'm so bad with time
10        frames.
11              THE COURT:  Before or after
12        Strikeforce?
13              THE WITNESS:  Probably after, that it
14        became more uniform.
15              THE COURT:  Right after that?
16              THE WITNESS:  Not right after, but --
17              THE COURT:  But around that --
18              THE WITNESS:  I think it came about
19        simply because we were starting to notice that
20        this trend was happening with certain fighters
21        avoiding certain shows.
22              THE COURT:  I see.
23              THE WITNESS:  And it was based on the
24        bonuses.  Like Joe Lauzon, he never fought for
25        a title, he was always an exciting guy, you
```



Page 84

```
 1          could have him on an exciting fight.  But
 2          there would be certain shows, like, hey, Joe,
 3          I want you on the show, he's like, yeah, I'd
 4          rather wait for the Pay-Per-View.  I was
 5          like -- you know, at first you're like, but
 6          why, this is a good spot for you and it shows
 7          you off.  He's like, hey, man, I'm all about
 8          the bonuses, you have that -- you're only
 9          offering $30,000 for a show this size, and I'd
10          rather wait to Pay-Per-View where it's
11          $60,000.
12               THE COURT:  Because the bonus for the
13          one event could be substantially higher, it
14          could in fact be more than they might get paid
15          for their -- whatever the win amount is,
16          right?
17               THE WITNESS:  Correct.  And multiple
18          times it even happened where you got two
19          bonuses, the person got the fight of the
20          night, so they got 50,000 for that, and they
21          got performance of the night because it was
22          the best fight and they had a spectacular
23          knockout in it, so they got an extra $100,000
24          for that fight.
25               THE COURT:  Okay.  Thank you for
```



1          explaining that.

2     BY MS. GRIGSBY:

3      Q      But just to touch upon it, there's more in

4     this spreadsheet than just bonuses; is that right?

5      A      Correct.

6      Q      So did some fighters negotiate, say, for

7     example, signing bonuses?

8      A      Yes.

9      Q      Did UFC have different negotiations

10    regarding incidentals for fighters?

11     A      Yes, for some.

12     Q      Can you just give an example of what the

13    difference might be in those negotiations?

14     A      Well, standard, we would fly the fighter and

15    the cornerman to the show, they would share a

16    hotel, they would both get per diem.  And there

17    would be certain fighters when they achieved a

18    higher stature, that they're like, look, I really

19    need two cornermen, and they need their own hotel

20    room.

21          You did have to be pickier about that simply

22    because we were only allotted so many hotel rooms

23    by the casino, but there would be some where there

24    would be some wiggle room for that.

25     Q      And you also mentioned Pay-Per-View, that



Page 86

1    some athletes negotiated shares of Pay-Per-View

2    revenues; is that correct?

3    A      Correct.  Some fighters would get a piece of

4    the Pay-Per-View.

5    Q      So can you describe generally how did that

6    work to negotiate a piece of the Pay-Per-View?

7    A      So if you've got -- if a fighter is to the

8    stature of where that was a possibility, generally

9    I would refer them to Dana or Lorenzo.  But if they

10   granted them that, say they were the champion, when

11   they defended their title, they would get a

12   percentage of Pay-Per-View over a certain base

13   level.

14   Q      And when you negotiated Pay-Per-Views, did

15   athletes ever ask you about Zuffa's actual or

16   expected revenue for an event?

17   A      No.

18   Q      All right.  So then I just want to go back

19   to -- you mentioned that there was a minimum pay.

20   And plaintiff showed you JCCX-8.  Do you recall

21   that?

22   A      Yes.

23   Q      Now, did you create that slide dec, JCCX-8?

24   A      I did not.

25   Q      And do you know --



Page 87

```
 1                THE COURT:  So Ms. Grigsby --
 2                MS. GRIGSBY:  Sure.
 3                THE COURT:  -- just so we're clear, do
 4      you mind putting that up on the screen?
 5                MS. GRIGSBY:  Oh, sure.  I'm sorry.
 6      Would you put up --
 7                THE COURT:  Is that the Moving the
 8      Minimums?
 9                MS. GRIGSBY:  Correct.  Yeah.
10                THE COURT:  Okay.  I just wanted to
11      make sure you're referencing and I'm
12      referencing --
13                MS. GRIGSBY:  Yes.
14                THE WITNESS:  -- we're talking about
15      the same --
16                MS. GRIGSBY:  Yes.
17                THE COURT:  So it's Moving the Minimums
18      sheet that had the different scales as well as
19      that tier column.  Is that the one you're
20      talking about?
21                MS. GRIGSBY:  Correct.
22                THE COURT:  And, Mr. Silva, that's what
23      you understand to be the document?
24                THE WITNESS:  Yes.
25                THE COURT:  That's fine.  We don't need
```



Page 88

```
 1          to show it now.  I just wanted to -- you to
 2          identify it for the record.
 3     BY MS. GRIGSBY:
 4      Q     So for JCCX-8, did you create any of these
 5     slides?
 6      A     No.
 7      Q     And do you know -- let's turn to the
 8     assumptions.  When it talks about greater than or
 9     equal to -- for Tier 2, greater than or equal to
10     17K, less than 30K, do you know where those numbers
11     are coming from?
12      A     I don't.
13      Q     Okay.
14               THE COURT:  And I'm sorry, who was the
15          person who prepared this document?
16               THE WITNESS:  Denitza Batchvarova.
17               THE COURT:  And what was her role?
18               THE WITNESS:  She would do, like,
19          financial projections and stuff for Zuffa.
20               THE COURT:  So she would have access to
21          all the contracts and information in the
22          contracts?
23               THE WITNESS:  Correct.
24               THE COURT:  Okay.  So she would have
25          known this information about what all the
```



Page 89

```
 1        fighters were being paid, because she would
 2        have access to it as a financial person inside
 3        of Zuffa; is that correct?
 4               THE WITNESS:  But she's trying to make
 5        projections on --
 6               THE COURT:  Okay.  But first answer
 7        that question.  She would have had access to
 8        all the fighter contracts and their amounts?
 9               THE WITNESS:  Yes.
10               THE COURT:  Okay.  So she could create
11        a chart based upon that information, correct?
12               THE WITNESS:  The information we had at
13        the time, yes.
14               THE COURT:  Okay.  I understand you're
15        saying that you don't -- you may or may not
16        have agreed with how it was put together, but
17        she had access to that information, to include
18        all of the contracts for all of the fighters
19        for UFC at the time?
20               THE WITNESS:  Yes.
21               THE COURT:  Okay.  Thank you.
22               Go ahead.
23   BY MS. GRIGSBY:
24    Q    But do you know how she put together this
25   information?  Do you actually know that she
```



1    consulted with all these contracts?

2    A    I don't know.

3    Q    Okay.  So let's talk a little bit about the

4    minimum compensation, just to be clear.

5        You mentioned that untested fighters or new

6    fighters, some of them received $10,000 as a start

7    for their first contract.

8        Would those same fighters receive a second

9    amount for their second contract with the UFC?

10   A    If they --

11   Q    Like a second starting point.  Sorry.

12       So talking about not the first contract, but

13   the second contract.

14   A    There was no set second contract.

15   Q    So there was no minimum for the second

16   contract with the UFC; is that right?

17   A    No.

18   Q    Okay.

19   A    The only minimum at that point was the 10

20   and 10 that was established.

21   Q    And would you say athletes generally signing

22   their second contracts with the UFC received

23   similar amounts for show and win payments?

24   A    I'm sorry, repeat that.

25   Q    Would you say that athletes signing their



Page 91

1    second contracts with the UFC would always receive

2    similar amounts for their show and win payments in

3    their second?

4    A    No.

5    Q    Why not?

6    A    Because it would depend -- well, if you

7    fought three fights, it would depend on what you

8    did in those three fights.  It's very different if

9    you won all three fights, if you lost all three

10   fights, if you had a mix in between, if you won

11   those fights in an exciting fashion, the level of

12   competition that you were fighting in those three

13   fights would affect your next deal.

14   Q    Okay.  And were there instances where

15   fighters had, say, for example, losses, who might

16   receive more on those second contracts than

17   fighters who might have had a slightly better

18   record?

19   A    Yes.

20   Q    Can you give some examples?

21   A    Off the top of my head, I'm not sure.  There

22   are so many that -- to remember, had they that

23   early on in their career, if they lost and come up.

24   But we certainly had more popular people.  There's

25   examples like Sage Northcutt, who was signed to a



Page  92

1   multiplied deal, and way before his deal was up

2   received a huge jump in pay simply because Dana

3   just saw a lot of potential in him.

4   Q     Okay.  So I want to go back to the PCCX-391,

5   which is -- can we put 391 up, please.  And

6   that's -- I'll just take minute, but it's the

7   e-mail exchange between Bas Boon about John --

8   A     Olav Einemo.

9   Q     Einemo.

10         Now, just to be clear, plaintiffs have asked

11  you a number of questions.  But when you said, "I

12  have a pay structure, I cannot mess it up for one

13  fighter," did that mean to you that Zuffa had a pay

14  structure?

15  A     No, Zuffa did not have a pay structure.

16  Q     Why do you say that?

17  A     Well, because my opinion of what somebody

18  was worth was not the same as what Dana thought

19  they were worth or Lorenzo thought they were worth

20  or Sean thought they were worth.  There's no, like,

21  written or set structure or anything.

22         Me saying "structure," I'm just talking

23  about my logical framework of how I justified; that

24  if Dana came to me and said, why are you paying

25  this guy this, that I could then go, I'm paying him



Page 93

1    this because of this, this and this.

2              THE COURT:  Well, you try to be

3         consistent, right, Mr. Silva?

4              THE WITNESS:  Correct.  I try to have a

5         consistent logic.  Now, those numbers would

6         change depending on the circumstances.

7              THE COURT:  Well, right.  They would

8         change based upon each fighter, obviously.

9         But in terms of what you considered the early

10        stage, you looked at their performance and

11        their popularity as two of the main factors

12        you considered, you didn't change

13        consideration of those two main factors across

14        the fighters, right?

15             THE WITNESS:  Right.  But there are

16        also other things.  Like I said, if somebody

17        had fought multiple late-notice fights.  As

18        long as they had some sort of thing that I

19        could verbalize it --

20             THE COURT:  Well, I understand that.  I

21        understand that.  What I'm saying is there

22        would be a case that -- some of the fighters

23        you would consider performance but not their

24        popularity, and for other fighters you would

25        just consider popularity.  You wouldn't --



Page 94

```
 1                THE WITNESS:  Well, it would weigh
 2        differently.  And that was a hard thing, where
 3        this is more of an art than a science.
 4                THE COURT:  Mr. Silva, you have to try
 5        to listen to my question.
 6                You considered performance and
 7        popularity for all of the fighters when you
 8        assessed them, right?
 9                THE WITNESS:  Yes.
10                THE COURT:  Okay.  And you try to do
11        that analysis the same for the fighter; it
12        doesn't mean that it resulted in the same
13        contract, I'm not saying that meant that you
14        paid them all the same.  What I'm saying is
15        that you tried to use those factors equally
16        across the fighters; you didn't try to weigh
17        them differently just based upon who the
18        fighter was.
19                And I understand that the factor itself
20        might have come out differently in terms of
21        your analysis based on the fighter's
22        performance, but it's not as if, for example,
23        some fighters you would say, I'm not even
24        going to consider their performance at all,
25        for example.  You would never do that, right?
```



Page 95

```
 1                THE WITNESS:  Correct.
 2                THE COURT:  Okay.  That's what I'm
 3        saying.  I just want to get a sense of the
 4        application of the fact that you tried to use
 5        the same factors so you could be consistent,
 6        and then you could justify, as you said, why
 7        you paid, for example, different fighters
 8        different amounts; is that right?
 9                THE WITNESS:  Correct.
10                THE COURT:  Okay.  All right.  That's
11        helpful.  Thank you.  Go ahead, Ms. Grigsby.
12  BY MS. GRIGSBY:
13   Q     Just to be clear, though, how many different
14  people negotiated contracts besides yourself with
15  athletes?
16   A     There was me, Sean Shelby, Dana, Lorenzo.
17  Sometimes they might hand one off to one of the
18  lawyers, but generally they would, like, give them
19  the terms, they'd just kind of be in between.  But
20  we were the four main people, me, Sean, Dana and
21  Lorenzo.
22   Q     And when you talk about you, Sean, Dana,
23  Lorenzo, which is four people, did you always agree
24  on how much a fighter was worth or how much would
25  be offered to a fighter?
```



Page 96

1    A     No.  We differed greatly oftentimes.

2    Q     And did you have any -- you mentioned you

3    didn't have any guidance.  But did you have any

4    framework that told you, all four of you, how much

5    you should be offering a particular fighter based

6    on performance or popularity?

7    A     No.

8    Q     And you mentioned there were times that you

9    disagreed; is that correct?

10   A     Correct.

11   Q     Did you ever receive even like an e-mail

12   that said this is the structure that we're going to

13   use going forward to negotiate with athletes to

14   determine how much to offer that athlete?

15   A     No.

16   Q     And if there was such a policy, would you

17   have known about it in the course of your job as

18   vice president of talent and relations?

19   A     I would think so, because I was signing so

20   many contracts, I would have to know.

21   Q     And when you talked about using objective

22   factors, if you didn't agree, would those factors

23   be the same for everybody who was negotiating

24   contracts?

25   A     No.



1          THE COURT:  Well, Mr. Silva, my

2     understanding from your earlier testimony was

3     that you negotiated most of the contracts, and

4     the high-level contracts were left to

5     Mr. White and Mr. Fertitta, but most of the

6     contracts -- most of the lower fights, I take

7     it, were left to you as one of the main people

8     doing the negotiations; is that right?

9          THE WITNESS:  No.  I mean, Sean Shelby

10     did probably 40 percent.  Between me and Sean,

11     the ones that Dana and Lorenzo did do, we

12     probably split 60/40.

13          THE COURT:  I see.  So they would

14     negotiate -- Mr. White and Fertitta, they

15     would negotiate some of the top fighters; is

16     that correct?

17          THE WITNESS:  Right.

18          THE COURT:  In terms of the fighters

19     below that, it was then you and Mr. Shelby,

20     and you said as related to that split between

21     you and Mr. Shelby, it was about you doing

22     60 percent, Mr. Shelby about 40 percent?

23          THE WITNESS:  That seems about right.

24          THE COURT:  Okay.

25



Page 98

1    BY MS. GRIGSBY:

2    Q    And did you --

3              THE COURT:  And hold on just a second,

4         Ms. Grigsby.

5              MS. GRIGSBY:  Okay.

6              THE COURT:  So did you and Mr. Shelby

7         have vastly different ways of evaluating

8         fighters, so if one fighter came to you with

9         essentially the same types of popularity and

10        performance, they'd get one number, and they'd

11        get a different number from Mr. Shelby?

12             THE WITNESS:  It didn't happen.  It

13        would go because of -- I didn't want to create

14        confusion, I'd seen how they work in other

15        promotions, so we tried to not do what I call

16        crossing the streams.

17             THE COURT:  Right.  But --

18             THE WITNESS:  I left Sean's guys to

19        Sean.  But if he gave them a deal, like, they

20        didn't like, they would try to come to me, and

21        I'd be like, no, that's not -- you're Sean's

22        guy, not my guy, I'm not dealing with that.

23             THE COURT:  Well, and was Mr. Shelby,

24        as far as you know, considering other factors

25        besides performance and popularity?



Page 99

1          THE WITNESS:  No.  But our opinion of
2     what those are, what he might find to be
3     exciting or interesting or not, but I did,
4     that would happen all the time.  When we had
5     to determine the of-the-night bonuses, we'd
6     fight like cats and dogs about that.
7          THE COURT:  I understand that.  But
8     it's your understanding that Mr. Shelby was
9     also looking at performance and popularity
10    when he determined what to pay fighters,
11    wasn't he?
12         THE WITNESS:  There's also, like,
13    potential.  That's a big part of what you
14    would pay --
15         THE COURT:  Mr. Silva, again, try to
16    listen to my question.
17         Did you understand that Mr. Shelby was
18    also using popularity and performance as
19    measures to determine what to pay fighters?
20         THE WITNESS:  Yes, I understood the
21    question, and I'm trying to explain --
22         THE COURT:  It's a yes-or-no question.
23         So did he also use those factors or did
24    he not?
25         THE WITNESS:  Those are part of the



Page 100

```
 1          ones that he used, yes.
 2               THE COURT:  Because I want to
 3          understand.  It's not as if, for example, if
 4          I'm saying this -- otherwise you'd have, it
 5          seems to me, some sort of competition that
 6          you -- one fighter could come to you and get a
 7          10, 10, or a 15, 15 contract, and go to him
 8          and get a 22 and 22 or whatever the number
 9          would be contract?
10               THE WITNESS:  He could not.
11               THE COURT:  Okay.  So there would be
12          some sense of at least consistency as it
13          relates to the application?  It's not as if
14          you had vastly different ways in which the
15          same type of fighter would be given a
16          contract, is it?
17               THE WITNESS:  They could not, because
18          we didn't deal with the same fighters.
19               THE COURT:  Okay.  So help me
20          understand.  So in other words, you're saying
21          that once a fighter had a contract negotiated
22          with you, then typically you would be the one
23          to renegotiate that fighter's contract?
24               THE WITNESS:  Yes.  Sean had his weight
25          classes.  He did 145, 135, 125 pound men's and
```



1      the women's divisions.  I did not touch those

2      classes, never ever.

3              THE COURT:  Right.  Okay.  So you had

4      your own sort of categories that you looked

5      at?

6              THE WITNESS:  Yes.

7              THE COURT:  Okay.  Now I get it.  Okay.

8      Thank you.

9              Go ahead, Ms. Grigsby.

10   BY MS. GRIGSBY:

11    Q     And you were mentioning something about

12   potential.  Would you say potential is the same

13   thing as performance and popularity?

14    A     No, because it's unknown.  You know how

15   popular someone is.  You know what they've done.

16   It's a whole different thing, you trying to guess

17   what they might do in the future.  That's a whole

18   different thing.  And that's where our opinions can

19   vary greatly.

20    Q     Did your opinion vary from Sean, Lorenzo

21   Fertitta and Dana White about who had potential in

22   terms of athletes?

23    A     Yes.

24    Q     So I want to look at Plaintiffs'

25   Exhibit 365, if we could put that up.



Page 102

1          And this is the e-mail from February 12th,
2     2011, and the subject is "We own MMA."  Correct?
3          So I just have a few questions, which is --
4     so here it's talking about the rankings.  It's for
5     USA Today, SB Nation Consensus MMA Rankings.
6          What type of ranking is that in terms of MMA
7     athletes?
8      A    What they would do is they would check a
9     bunch of other websites' rankings and then try to
10    come up with -- get an average using all these
11    other rankings that were done.
12     Q    When you were looking at rankings -- or when
13    you looked at rankings, did you always refer to the
14    SB Nation Consensus MMA Rankings to determine an
15    athlete's ranking?
16     A    Not always.
17     Q    Where else would you look?
18     A    There was a bunch of different -- you know,
19    Sherdog would do rankings, or FightMetric.  There
20    was a bunch of different rankings.  So you kind of
21    checked them all out to see what they're doing, if
22    you agreed with them, disagreed with them.
23     Q    And did rankings stay consistent, like, you
24    know, from, say, one month to the next?
25     A    No.



Page 103

1    Q      How often would they change?

2    A      They would change constantly.  Even the UFC

3    rankings changed depending on who in the pool was

4    voting.

5    Q      So the number of people who are ranked here,

6    would those necessarily have the same rankings in,

7    say, 6 or 12 months?

8    A      No.

9    Q      Just one other thing I wanted to point out.

10   So you were looking at the heavyweight rankings,

11   and it ranks them 1 through 23.  And you mentioned

12   a couple of times, but who was the top Strikeforce

13   heavyweight on this consensus ranking?

14   A      Fedor Emelianenko was in Strikeforce.

15   Q      And did Fedor Emelianenko ever sign with the

16   UFC?

17   A      He did not.

18   Q      Did you try to sign Fedor?

19   A      We did.

20   Q      And you were never successful -- how long

21   did you try to sign Fedor?

22   A      For quite a while.  He was considered by

23   many to be the top heavyweight for a long time, so

24   we definitely tried to get him.

25   Q      So I want to talk to you just a little bit



Page 104

1     about wage share.  Are you familiar with the

2     concept of paying athletes a percentage of a

3     company's revenue?

4                   MR. CRAMER:  Your Honor, may I object?

5          There's -- first of all, Mr. Silva never put

6          in a declaration in this case.  So the only

7          thing we have in the record from Mr. Silva are

8          his documents and the deposition.  There are

9          no questions in the deposition about wage

10         share.  There's nothing in the documents about

11         wage share.  So now we're going to have this

12         lay witness testify apparently about an

13         economic concept that seems inappropriate and

14         brand new and --

15                  THE COURT:  Okay.  Ms. Grigsby, did he

16         ever previously testify about wage share?

17                  MS. GRIGSBY:  He did not, but that's

18         the point.  He is going to testify --

19                  THE COURT:  So we're not going to allow

20         him to testify about it now.

21                  MS. GRIGSBY:  So I just -- really, my

22         only question there is if he's even familiar

23         with it.

24                  THE COURT:  Here's what I'm saying.  I

25         really don't think it's fair to go down this



Page 105

```
 1        avenue if there hasn't been testimony.
 2              MS. GRIGSBY:  Sure.
 3              THE COURT:  Because what's going to
 4        happen is we're going to end up -- there's
 5        essentially a free-for-all for testimony as it
 6        relates to things that he hasn't previously
 7        testified about.
 8              So I'm going to sustain the objection.
 9        We'll move on.
10   BY MS. GRIGSBY:
11   Q    So when you were negotiating contracts with
12   athletes, did you know Zuffa's event revenues?
13   A    I did not.
14   Q    Were you ever told that you had a budget for
15   negotiating with fighters?
16   A    I was not.
17   Q    Were you ever told that you were spending
18   too much for compensation on fighters?
19   A    I was not.
20   Q    Now, plaintiffs have suggested that Zuffa
21   tried to maintain a certain set of its revenues as
22   compensation --
23              MR. CRAMER:  Your Honor --
24              THE COURT:  You're asking the question
25        in a different way, and so I just want to warn
```



Page 106

```
 1        you.  All right.  I gave you a little latitude
 2        on the first few questions.  Please, if I
 3        sustain an objection, don't try to ask the
 4        question in a different way, because that's
 5        exactly what we're doing.  So I sustained it.
 6        Move on from this area.
 7             MS. GRIGSBY:  Okay.  I'll move on.
 8             THE COURT:  And I'm going to strike
 9        from the record all of his answers as it
10        relates to revenues in this case that were
11        just asked and answered.  Go ahead.
12   BY MS. GRIGSBY:
13    Q    Well, just one question is:  Did any athlete
14   ever ask to be paid based on revenue from an event?
15             THE COURT:  Sustained.
16   BY MS. GRIGSBY:
17    Q    Now, plaintiffs have asked you a little bit
18   about the right to match, Zuffa's right to match
19   athletes who brought offers.  You recall that
20   testimony, correct?
21    A    Correct.
22    Q    And there you said that many of the
23   athletes, there was only a certain percent where
24   Zuffa chose not to match it; is that right?
25    A    Correct.
```



Page 107

1    Q      Now, can you list some of the athletes that

2  Zuffa did want to retain that you were unable to

3  retain and match?

4    A      I mean, just off the top of my head, guys

5  like Ryan Bader, Rory MacDonald --

6              MR. CRAMER:  Your Honor, I'm going to

7         object here too.  This is brand new.  I've

8         actually asked him in his deposition, and he

9         said --

10              THE COURT:  Overruled.  I asked him

11         about this, and he gave percentages.

12              MR. CRAMER:  Okay.

13              THE COURT:  He can go ahead and do

14         that.  Go ahead.

15              THE WITNESS:  So we had fighters like

16         Rory MacDonald, Ryan Bader, Lyoto Machida,

17         Gegard Mousasi.  There's a lot of fighters who

18         we made offers to keep, and they got better

19         offers and outbid us.

20              THE COURT:  Okay.

21  BY MS. GRIGSBY:

22    Q      And some of these fighters, where did they

23  end up competing?

24    A      Those went to Bellator.  But guys -- like,

25  Brandon Vera went to One FC.



Page 108

```
 1    Q     And did Zuffa try to retain Brandon Vera?

 2    A     We made an offer to keep him.  He was an

 3    attractive athlete, he could fight heavyweight or

 4    light heavyweight.

 5    Q     And so another thing that plaintiffs -- or

 6    Mr. Cramer asked you about was the fact that you

 7    often renegotiated contracts on the third fight.

 8          So why did you renegotiate contracts on the

 9    third or -- the third or the fourth -- third fight

10    of a four-fight deal?

11    A     Well, I would prefer that the fighters would

12    stay in their contract so that I could immediately

13    turn them around into other shows.

14          The longer that you had negotiations outside

15    of contract, that was going to take longer before I

16    could put them in a show.  I couldn't advertise a

17    fighter as being on a show if he was not actually

18    contracted to me.

19    Q     And in terms of renegotiating after the

20    third fight, was it always you initiating that

21    negotiation?

22    A     No.  Quite often fighters would want to do a

23    new deal because they know that I would offer them

24    more money to do a new deal.

25    Q     So can we pull up ZCCX-14?  And I'm looking
```



Page 109

1    at page 2 of 9.

2         So here, I'll just read it.  It's to you

3    from --

4              THE COURT:  Okay.  Why don't you just

5         ask it, just like I told Mr. Cramer.

6              MS. GRIGSBY:  Sure.

7    BY MS. GRIGSBY:

8    Q    Well, here it's about Tim Means.  And it

9    says at the bottom:  "I'd like to talk to you about

10   a new contract for Tim Means.  He's three in on his

11   current four-fight deal.  Hit me back at your

12   convenience."

13        Is this an example of some -- a manager

14   trying to renegotiate before the fourth fight?

15   A    Yes.

16   Q    Okay.  So can you look at the next page of

17   the exhibit.  This is for a different fighter, and

18   I don't want to do violence to his name, but Daniel

19   Omielanczuk.

20   A    Omielanczuk.

21   Q    Yeah.

22        At the bottom it says -- it's from his

23   manager.  And it says:  "How are you doing?  Daniel

24   did a job in UFC Fight Night 72.  We are happy to

25   see his aggressive style and finish his night in 48



Page 110

```
 1    seconds in round one.  As you may know, it is his
 2    fourth fight out of his five-fight contract.  Will
 3    you be able to review the current contract or wait
 4    for another fight?  Hope he validated his value for
 5    UFC, especially in Europe's region."
 6         Is this another example of a manager
 7    contacting you prior to the last fight for
 8    negotiations?
 9    A    Yes.
10         THE COURT:  I'm sorry.  Mr. Silva,
11         managers would be for the fighters, as far as
12         they'd be paid out of the fighter's contract;
13         is that right?
14         THE WITNESS:  Correct.
15         THE COURT:  So you didn't have separate
16         manager contracts?
17         THE WITNESS:  No, sir.
18         THE COURT:  All right.  Thank you.
19         Go ahead, Ms. Grigsby.
20         And Zuffa didn't have its own sort of
21         stable of managers that it assigned to
22         fighters, did it?
23         THE WITNESS:  No.  We were very careful
24         to make sure not to recommend managers.  We
25         had one fighter's manager was his mother.
```



Page 111

```
 1                    THE COURT:  Okay.  All right.  Thank
 2        you.
 3   BY MS. GRIGSBY:
 4    Q    And I just want to move on to just a
 5   slightly different topic.
 6             When you spoke -- you've testified quite a
 7   bit that there are injuries, and you also testified
 8   about extensions and extending because of injuries.
 9             So in plaintiffs' expert report, Dr. Singer
10   referred to JCCX-22.  Can we pull that up?  Maybe
11   we can't, but --
12                    THE COURT:  Maybe you can just ask the
13        question without it.
14                    MS. GRIGSBY:  Sure.
15   BY MS. GRIGSBY:
16    Q    So in this e-mail Tracy Long e-mails Michael
17   Mersch, who was in the legal department, to ask him
18   what she should do when there was a request for
19   six-month extension for Mats Nilsson.
20             And Michael Mersch responds:  "I guess we
21   just need some sort of basis for the six-month
22   extension.  Joe is asking us to add onto his deal."
23             And then Dr. Singer, in his report --
24                    THE COURT:  Well, Ms. Grigsby, you're
25        testifying.
```



Page 112

```
 1              MS. GRIGSBY:  Sorry.
 2              THE COURT:  So let's just ask a
 3       question, please.
 4              MS. GRIGSBY:  Yeah.
 5  BY MS. GRIGSBY:
 6   Q    So did you ever send an extension letter for
 7  Mats Nilsson for no reason --
 8   A    No.
 9   Q    -- an injury extension letter?
10       Okay.  Can we pull up ZCCX-17.
11              MR. CRAMER:  Your Honor, I'm going to
12       object to this as well.  He was not shown
13       these documents at his deposition.  This is
14       all brand new.
15              THE COURT:  Well, I just don't see how
16       it's relevant, Ms. Grigsby.  I think you've
17       made the point that he to have reason for
18       extending or not.  So I'm not sure why we're
19       looking at this.
20              MS. GRIGSBY:  Sure, Your Honor.
21       Honestly, the point is just that.  Their
22       expert actually wrote in an attachment to the
23       class certification motion that there were
24       fighters who were extended for absolutely no
25       reason.  And in the exhibits that were
```



Page 113

1      submitted for this hearing, and in the

2      exhibits the plaintiffs have, there is

3      actually documentation for --

4           THE COURT:  Well, you can ask him.  So

5      I'm saying you can ask him that, that's fine.

6      I'm just saying he's not the witness to get in

7      exhibits that he didn't actually create.  If

8      you just want to ask him as one of the main

9      people negotiating contracts and extending

10     them, whether or not he did it for no reason,

11     that's fair.

12          MS. GRIGSBY:  Well, this exhibit, he

13     actually is in the e-mail traffic, which is

14     how he knows that there was an injury

15     extension.  So I am just looking at page 5 of

16     6 on ZCCX-17.

17          THE COURT:  What I'm saying to you is

18     what's more relevant to me is not one

19     particular fighter's situation, but what was

20     the practice as it relates to the contract.

21          So as you know, there are thousands of

22     these contracts.  So whether or not it

23     happened or not in all instances would be to

24     me a negligible probative for value compared

25     to whether or not there was, in fact, a



Page 114

```
 1          policy.  So I think that's the question that's
 2          more relevant.
 3                    MS. GRIGSBY:  Understood.
 4     BY MS. GRIGSBY:
 5      Q     So did you have a policy of extending
 6     fighters' contracts without any reason or without
 7     any justification?
 8      A     Absolutely not.
 9      Q     Would you ever do that?  Would you ever --
10      A     I would not.
11                    MS. GRIGSBY:  Okay.  I actually have no
12          further questions.  Thank you.
13                    THE COURT:  Thank you.
14                    MR. CRAMER:  Your Honor, I need one
15          minute.
16                    THE COURT:  Sure.
17                    MR. CRAMER:  All right.  I'll try to be
18          quick, Your Honor.
19                    THE COURT:  Sure.
20                    MR. CRAMER:  Hello again, Mr. Silva.
21                         - - -
22                    R E D I R E C T
23                    E X A M I N A T I O N
24     BY MR. CRAMER:
25      Q     So you were asked by Ms. Grigsby about your
```



Page 115

1   working together with Sean Shelby, and whether you

2   worked with him or not when you and he were

3   negotiating contracts.  I also asked you about

4   this.  But I did ask you about this at your

5   deposition, so I just wanted to show you your

6   testimony at your deposition.

7            THE COURT:  Why don't you ask him the

8       question first and then if he --

9            MR. CRAMER:  Well, I asked him -- he

10      did --

11           THE COURT:  But then ask it again,

12      please.

13           MR. CRAMER:  Sure.

14  BY MR. CRAMER:

15   Q    So I asked you whether you and Sean Shelby

16  communicated regularly when you were negotiating

17  contracts with fighters.  And I believe you told

18  Ms. Grigsby and me that you didn't recall doing

19  that.  Is that fair?

20   A    We communicated, but not directly about

21  contracts.

22   Q    Okay.  Would you put up the testimony --

23  this is from Mr. Silva's deposition, at 371, 11 to

24  23.

25           And so I ask:  "So if there are some -- if



Page 116

```
 1    one of the three of you" -- and I think this is

 2    referring to you, Shelby, and Dana White, three

 3    people who are negotiating contracts -- "are kind

 4    of raising the level per equivalent fighter, that's

 5    going to put pressure on that third person to raise

 6    as well?"

 7          And you said:  "I don't think it's pressure

 8    in that me and Sean did the vast majority of deals,

 9    and me and Sean were in constant communication

10    every day and knew what each other were doing.  So

11    it's not like I was going, Sean, what are you doing

12    here?  We knew.  But we would still, on our own,

13    choose to, let's move people up.  We felt like it's

14    time to do it.  So Dana and Lorenzo did do deals,

15    but they did like maybe 10 to 15 percent of deals."

16    A     Correct.

17    Q     Does that refresh your recollection about

18    your working with Mr. Shelby on negotiating deals

19    with fighters?

20    A     Right.  But we still -- we're talking about

21    the -- we had communication every day, we always

22    talked.  But he wouldn't go, I'm offering this

23    fighter a deal at that.  It wasn't that kind of

24    talk.  It was just general communication all the

25    time every day.  We probably had the best
```



Page 117

```
1    communication in the company.

2      Q    Right.

3      A    But it wasn't -- I did not micromanage him,

4    going, what are you doing on every individual deal

5    for every fighter.

6      Q    No.  No.  But you weren't operating in

7    silos, you communicated a lot --

8      A    Constantly.

9      Q    -- about fighter contracts?

10     A    Not as much about fighter contracts, because

11   it wasn't necessary.

12     Q    But you knew -- you worked together, you

13   maybe didn't talk specifically about fighter

14   contracts, but you worked together in the same

15   department, doing the same thing, correct?

16     A    Well, it's not the same thing because he had

17   his own classes.

18     Q    Right.

19     A    So I would tell him if I have -- if we have

20   a 13-fight card, and I'm going to do 8 fights on

21   this card, and you're going to do 5, I communicate

22   with him, where are your five fights?  I got mine.

23   I've got to know what you have, I've got to know

24   where I'm going to place your fight.  It was that

25   kind of communication every day, most of the day.
```



Page 118

```
 1    Q     Fair enough.

 2          And you, with the fighters that you were

 3   negotiating with, attempted to be fair and slot the

 4   fighters in in terms of your view of their

 5   popularity and performance, right?

 6    A     Correct.

 7    Q     And Mr. Shelby tried to do the same, right?

 8    A     Correct.

 9    Q     And Mr. White tried to do the same with the

10   people he was negotiating with, right?

11    A     Correct.

12    Q     And Mr. Fertitta, to the extent he was

13   involved at all, he also tried to be fair, correct?

14    A     Correct.

15    Q     All right.  Let's talk about --

16              THE COURT:  Excuse me just for a

17          second.

18              So, Mr. Silva, are you saying there was

19          no communication with each other about what

20          would be appropriate levels of compensation to

21          offer?  So you would never get e-mails from

22          Mr. Shelby or Mr. White or Mr. Fertitta

23          saying, I'm thinking of offering this fighter

24          this amount, what do you think?

25              Did that ever happen?
```



Page 119

1            THE WITNESS:  Not that I recall.

2      Especially with Dana and Lorenzo, there was

3      contracts that I did not know about until I

4      saw after I stopped working for UFC.

5            THE COURT:  Okay.  So other than those

6      two -- they're doing about 10 percent of the

7      deals.

8            Other than the deals they're doing,

9      with you and Mr. Shelby, you're saying you

10     never communicated about compensation levels.

11     So in other words, you never said or he never

12     said to you, I'm thinking of offering this

13     fighter this amount, do you think that's fair

14     or appropriate, what would you do?  That never

15     happened?

16            THE WITNESS:  I don't think so, because

17     it was a little bit of apples and oranges.  We

18     did very different weight classes, so to judge

19     a brand new women's weight class versus my

20     much more established -- I had the oldest,

21     largest weight classes.  His weight classes

22     were such a different thing, he wanted a

23     different talent pool.

24            You know, my job is that -- I kind of

25     showed I knew what I was doing.  So he and



Page 120

1      Lorenzo would mostly leave me alone.  And then
2      when Sean came in and was doing his weight
3      classes, I wanted to do the same thing for
4      him.  Like, I think you're a smart guy, you
5      know what you're doing, go do your thing.
6              THE COURT:  So essentially what you're
7      saying is you both keep -- stay in your lane
8      as it relates to your weight classes and what
9      was being offered, because that was your
10      expertise, and you didn't really spend a lot
11      of time looking at fighters in his weight
12      class, and he didn't spend a lot of time
13      looking at fighters in your weight class as
14      far as you know?
15              THE WITNESS:  Correct.
16              THE COURT:  Okay.  Thank you.  That
17      helps.
18  BY MR. CRAMER:
19   Q    And Mr. Shelby was experienced with his
20  weight classes, and attempted to be consistent in
21  his classes, right?
22   A    Sure.
23   Q    And you were experienced in your weight
24  classes, and attempted to be consistent in your
25  weight classes, correct?



```
 1    A     Correct.

 2    Q     Okay.  Let's talk about some of the

 3  different forms of payment that Ms. Grigsby asked

 4  you about.  She asked you about the

 5  fight-of-the-night bonus.  There were some other

 6  kinds of bonuses, like the knockout-of-the-night

 7  bonus, right?

 8    A     Right.

 9    Q     There was also a Pay-Per-View payment,

10  correct?

11    A     Correct.

12    Q     Now, is it fair to say that -- and you said

13  that one of the issues with the show and the win

14  payment was the fact those were set in advance of

15  the fight?

16    A     (Nods head up and down.)

17    Q     These -- the fight of the night, knockout of

18  the night, Pay-Per-View, those happened after the

19  fight, correct?

20    A     Correct.

21    Q     And the goal of those types of payment are

22  really to try to align the actual fact of the

23  performance and popularity with the compensation,

24  right?

25    A     Well, the popularity had nothing to do about
```



Page 122

1    it.

2    Q     Well, the Pay-Per-View?

3    A     No.

4    Q     Well, the fighter draws a lot of

5    Pay-Per-View --

6    A     Oh, you're talking about the Pay-Per-View

7    bonus?

8    Q     Yeah.

9    A     I thought you were saying of-the-night

10   bonuses, sorry.

11   Q     Let's talk about the fight of the night and

12   the knockout of the night.

13   A     Okay.

14   Q     Those are attempting to align the actual

15   fact of the performance with the pay?

16   A     Correct.

17   Q     And the Pay-Per-View is, in part, attempting

18   to align the actual fact of the popularity with the

19   pay, correct?

20   A     Correct.

21   Q     Okay.  Do you know the direction in terms of

22   the average fight-of-the-night bonus per fighter

23   from, like, 2007 forward, whether that went down

24   substantially?

25   A     For the of-the-night bonuses?



Page 123

1    Q     Yes.

2    A     No.  There was a time, as I said, I'm not

3    sure exactly when it started, but that the

4    of-the-night bonuses were different depending on

5    the show.  And then there was a time where they did

6    away with that because fighters would want to avoid

7    the smaller shows, they could fight for a bigger

8    bonus, so then they made it standard for every show

9    that it would be $50,000.

10   Q     All right.  I'd like to show you a document

11   from 2015 that actually covers this issue.  It's

12   formatted similar to the minimum fight --

13   A     Uh-huh.

14   Q     -- payment document.

15         So please put the first page of the document

16   up.

17              MR. CRAMER:  And, Mr. Madden, can you

18        identify the document?

19              MR. MADDEN:  He's working on it.  I can

20        give you the Bates number.

21              MR. CRAMER:  What's it called?  Do you

22        have it?

23              MR. MADDEN:  It's on your screen.

24              MR. CRAMER:  Oh, it's on my screen.

25        Fighter Bonus Payment, February 2015.  It was



Page 124

1          shown to you at your deposition, it was

2          Exhibit 50 at your deposition.  I'm just

3          showing you because it actually -- put up the

4          first page of the document.

5               MS. GRIGSBY:  So I'm going to object

6          too because there is no foundation, just like

7          that Joe Silva has testified about --

8               THE COURT:  Okay.  I agree with you,

9          Ms. Grigsby.  Sustained.

10              So, Mr. Cramer, if you want to

11          establish a little bit of foundation as to

12          whether or not this witness knows this

13          document.

14              MR. CRAMER:  Okay.  This is PCCX-88.

15          And please take that down.  Please take that

16          down.

17              Mr. Silva just testified about the

18          amount -- the dollar amount of

19          fight-of-the-night bonuses, and this document

20          contains actual figures on --

21              THE WITNESS:  No, it doesn't.

22              THE COURT:  Well, the question is --

23              MR. CRAMER:  Okay.

24              THE COURT:  Hold on, Mr. Silva.

25              It's not whether or not he was



Page 125

```
 1          involved.  The question is whether or not he

 2          is aware of this particular document --

 3                  MR. CRAMER:  Okay.

 4    BY MR. CRAMER:

 5     Q     Are you aware of this document?

 6                  THE COURT:  -- and what the figures

 7          are.

 8                  MR. CRAMER:  Fair enough, Your Honor.

 9    BY MR. CRAMER:

10     Q     Are you aware of this document?  Have you

11    seen it before?

12     A     I am aware of the document.

13     Q     Okay.  You'd seen it during the course of

14    your work at the UFC?

15     A     Right.  Now, there was other bonuses, too,

16    that were not discussed that were not fight of the

17    night, and that's what I believe this chart

18    references, that for a long period of time what

19    would happen is after a show would end, the next

20    day, for Monday, I would summarize the card to

21    Dana, Lorenzo, Sean, and I'd say, here's what

22    happened in every fight, and here's money that's

23    not knockout of the night or fight of the night,

24    here's extra bonuses that I think these guys are

25    worth.  And I would make suggestions, this guy
```



Page 126

1    lost, but it was a good fight, he did that, I think

2    he should get 3,000 extra; I think that that guy

3    should get 10,000 extra.  And I'd go down the whole

4    card.

5    Q    Right.

6    A    Then Dana and Lorenzo would look at that,

7    and they would decide did they agree with me, do

8    they want to give more or do they want to give

9    less.  But that had nothing to do with knockout of

10   the night or performance of the night, that was

11   different bonuses.

12   Q    Okay.  You can take that off.

13        So for the bonuses that you just described,

14   that was another effort on your part to align

15   compensation with actual performance; is that

16   right?

17   A    Correct.

18   Q    Okay.  All right.  Let's move to another

19   topic briefly.

20        You mentioned some fighters, Ryan Bader,

21   Rory MacDonald, Lyoto Machida, and Mousasi, who you

22   said left the UFC even though the UFC had made them

23   an offer.

24        Now, it's fair to say that if UFC had

25   matched the offer from the other promotion, UFC



Page 127

1    could have kept those fighters, right?

2     A     Correct.

3     Q     And all of those fighters that I just

4    mentioned left the UFC in 2015, correct?

5     A     Correct.  So those are just ones that are

6    fresh in my mind.

7     Q     Okay.  All right.  Let me ask you this.  I

8    asked you at your deposition -- why don't we put up

9    document ZUF-296713.  It's JCCX-28.  And it's a

10   series of e-mails between a man named Greg Kalikas

11   between April 25th, 2011, and June 2011.

12         Kalikas was a fighter representative; is

13   that right?

14    A     Correct.

15    Q     Who represented Stipe Miocic; is that right?

16    A     Correct.

17    Q     Okay.  And let's turn to the bottom of

18   page 2.  You say:  "If he wins again, I'll sign

19   him, but it has to be against a decent opponent."

20         Now turn to the top of page 3, which is the

21   continuation of this e-mail.

22         You say:  "Beating guys with crappy records

23   won't convince anyone he's ready for the big

24   leagues."

25         So at the time, Miocic was in another



```
1    promotion; is that right?

2    A     Correct.

3    Q     Where was he?

4    A     Just fighting small, local promotions.

5    Q     Right.

6          And you said to him or his manager:  "In

7    order to make it to the UFC, you've got to beat

8    better guys, can't beat guys with crappy records."

9          Is that right?

10   A     Correct.

11   Q     And the big leagues here is the UFC?  That's

12   what you're referring to, right?

13   A     Correct.  Or any big leagues.

14   Q     But here you're referring to the UFC?

15   You're talking about him coming to the UFC?

16   A     Correct.

17   Q     Okay.  And you told me in your deposition

18   you sent hundreds of e-mails to fighters'

19   representatives telling them that in order for

20   fighters to be brought up to the big leagues, the

21   fighters would have to have more experience against

22   better people; is that right?

23   A     Correct.

24   Q     And when, in fact, fighters did start to win

25   at other lesser promotions, and they started
```



Page 129

1   beating good guys with good records, you, on many

2   occasions, did bring them up to the UFC, correct?

3    A    Correct.

4    Q    Okay.  At your deposition, you told me that

5   all things being equal, if you knew a fighter was

6   worthy of being on a main card, you'd be more

7   likely to put that fighter in a position on the

8   main card in his last fight if that fighter agreed

9   to commit to a new contract, correct?

10   A    Correct.

11            MR. CRAMER:  All right.  That's all the

12        questions I have.

13            THE COURT:  All right.  Thank you,

14        Mr. Silva.  And you are excused.  I

15        appreciate, again, you coming in today, and

16        wish you a speedy recovery.

17            THE WITNESS:  Thank you, Your Honor.

18            MR. CRAMER:  Thank you, Mr. Silva.

19            THE COURT:  All right.  Then, Counsel,

20        is there anything else that we need to do

21        today?  I want to address the issue of joint

22        exhibits and having them be admitted.

23            Mr. Cramer, Ms. Grigsby, I want to make

24        sure that everything that we need to have

25        admitted is admitted into the record.



```
 1              MR. CRAMER:  We have a list of all of
 2         the exhibits from -- on the plaintiffs' side
 3         from the Manning closing and from Mr. Silva.
 4         I believe we've already jointly moved to admit
 5         the other exhibits on the plaintiffs' side.
 6         Right?  From Singer and Zimbalist.  Go ahead.
 7              MS. GRIGSBY:  No, I was going to say it
 8         looks like we have some exhibits from Manning
 9         that we would like to clean up as well as a
10         couple from today.
11              MR. CRAMER:  Perhaps, Your Honor, if we
12         would have some time to confer --
13              THE COURT:  Why don't you submit a
14         joint stipulation for the exhibits.  And
15         again, only as to exhibits that have already
16         been mentioned or discussed, that I have
17         allowed to be mentioned or discussed.  So I
18         don't expect there to be any, hopefully,
19         disagreement or argument about it.  Hopefully
20         you all should be able to agree to what has
21         been shown, I have allowed to be shown.
22         Anything that has been shown to a witness in
23         these proceedings should be admitted as an
24         exhibit to the public part of the record.  If
25         it wasn't shown, then it doesn't need to be
```



Page 131

1          admitted unless there was an agreement that it

2          would be admitted jointly and I approved it on

3          the record.

4                    Okay.  Any clarity needed for that?

5                    MR. CRAMER:  No, Your Honor.  Thank

6          you.

7                    THE COURT:  All right.  Ms. Grigsby?

8                    MS. GRIGSBY:  No, Your Honor.

9                    THE COURT:  All right.  And,

10         Ms. Grigsby, did you look at the rulings yet?

11                   MS. GRIGSBY:  So, I did not.  I was

12         hoping that I would have lunch to.

13                   THE COURT:  I mean, obviously Mr. Silva

14         went faster than I had anticipated.  In

15         part because he didn't have to read that much.

16         And so we actually expected this to go longer

17         than it did.  And so that's fine.  I mean, the

18         minutes from this proceeding today won't be

19         filed for a day or so.  But, again,

20         Ms. Grigsby, certainly you want to look at

21         those.  There are two documents where I

22         actually denied the motions to seal.  And so

23         to the extent that you wanted clarity on that,

24         then perhaps we can discuss that.

25                   If you want to take a few minutes now



Page 132

```
 1        to look at them, go ahead and do that.  I'll

 2        sit on the bench for a few minutes.  If you

 3        want to fire up your laptop.  That way we can

 4        address it here in court today.  We have a

 5        little bit of extra time.

 6               So we'll be off the record at this

 7        point in time.

 8               (Recess taken at 11:46 a.m.,

 9               proceedings resumed at 12:03 p.m.)

10               THE COURT:  Back on the record.

11               This is PCCX-41, and I will just let

12        you know what we're going to do.

13               Page 2, I will redact that portion.

14               Page 5 will not be redacted.

15               So on page 6, the consistent and strong

16        top will not be redacted.

17               Highly profitable with significant

18        operating leverage chart will be redacted.

19               The consistent high cash generated

20        chart will be redacted.

21               The substantial contracted revenue

22        coverage will not be redacted.

23               Page 9, neither one of those charts

24        will be redacted.

25               Page 10, neither one of those blocks
```



Page 133

1        will be redacted.

2                Page 11, both of those will be

3        redacted.

4                Page 14, that box will be redacted.

5                Page 15, that box will be redacted.

6                Page 16, all of those boxes will be

7        redacted.

8                Page 17, all of those boxes -- that

9        whole box on page 17 will be redacted, as well

10       as the box on page 18, that will also be

11       redacted.

12               Page 20, that will not be redacted.

13               Page 21 will not be redacted.

14               Page 22 will not be redacted.

15               Page 23 will not be redacted.

16               Page 24 will not be redacted.

17               Page 25 will not be redacted.

18               Page 26 will not be redacted.

19               Page 27 will be redacted.

20               Page 28, 29 will be redacted.

21               Page 30 will be redacted.

22               Page 31 will not be redacted.

23               Page 32 will be redacted.

24               Page 33 will be redacted.

25               Page 34 will not be redacted.



Page 134

```
1               Page 35 will not be redacted.

2               Page 36 will be redacted.

3               Page 38 will not be redacted.

4               And then page 39 will be redacted.

5               Okay.  Anything else we need to do

6       then?

7               MR. MADDEN:  Yes, Your Honor.  I spoke

8       with Ms. Grigsby, and since the class

9       certification and summary judgment briefing

10      were submitted, there has been substantial

11      unredacting of the expert reports.  Much of it

12      is now public.

13              THE COURT:  Right.

14              MR. MADDEN:  And we would like to

15      request the ability to file a newly redacted

16      based on what is available and still

17      under-seal versions of those briefs.

18              THE COURT:  Versions of the briefs, you

19      said?

20              MR. MADDEN:  Yes.

21              THE COURT:  That's fine.  That seems

22      appropriate.

23              Anything else?

24              MR. CRAMER:  Yes, Your Honor.  So I

25      guess I would miss this case if I weren't
```



Page 135

```
 1        working on it every day.  Your Honor has
 2        denied the summary judgment motions without
 3        prejudice, you said, because the parties might
 4        want to include something from this hearing in
 5        those motions.
 6              And so I was raising now in this
 7        potential interregnum while we're awaiting
 8        Your Honor's decision on class certification
 9        whether now might be the time for Zuffa to
10        either resubmit its summary judgment motion,
11        and we'll submit it on the papers, or have a
12        date to submit a new summary judgment motion
13        so that we can get that part of the case
14        going.
15              THE COURT:  We can.  But what I fully
16        anticipate, which I'm sure you all do too,
17        given the nature and size of this case, is
18        that whatever decision I issue on the class
19        certification motion will be appealed.  And
20        it's very likely an appeal could go a long
21        way.  And so it's unlikely that I would decide
22        a motion for summary judgment until the motion
23        for certification played itself out.  I don't
24        know if -- I mean, I guess I could, but I
25        don't know that I necessarily will do that.
```



Page 136

```
 1              I'll hear from you, Ms. Grigsby, about
 2       that.
 3              I mean, it could be potentially a few
 4       years, right, practically speaking, two to
 5       three years after -- for the appeal.
 6              MR. CRAMER:  That's if the 9th Circuit
 7       takes it.  They don't -- they take very few
 8       petitions --
 9              THE COURT:  Well, I don't know that
10       they're going to stop there if they don't
11       prevail.  And I don't know that you would stop
12       there either, Mr. Cramer, if you didn't
13       prevail.
14              So I am assuming, given the amount that
15       both sides have invested in this case and the
16       size of it, that whoever doesn't prevail would
17       seek to take this case all way to the Supreme
18       Court.  That may or may not happen, but --
19              MR. CRAMER:  I don't think a denial of
20       a petition on 23F, which is the interlocutory
21       appeal of class certification, can go to the
22       Supreme Court.
23              THE COURT:  I don't know that it can
24       either.  But what we know is the antitrust
25       ground is shifting.  I don't know that either
```



Page 137

```
 1          side, if they didn't prevail, wouldn't take a
 2          shot, Mr. Cramer.
 3                  MR. CRAMER:  Okay.
 4                  THE COURT:  And I'm saying that because
 5          you're saying that to me now.  If you were not
 6          to prevail in my motion -- in your motion to
 7          certify the class, or I were to take some
 8          substantial whacks at the class, I can't say
 9          that you're committing to me that you would
10          never try to pursue fully the appellate rights.
11          I think that Ms. Grigsby can do the same.  And
12          what I'm saying is, is that practically
13          speaking, it can take a little bit of time,
14          however it gets there.  Right?  And so --
15                  MR. CRAMER:  Fair enough, Your Honor.
16                  THE COURT:  -- Mr. Cramer, I'm saying
17          that mostly, Ms. Grigsby, for you and
18          Mr. Isaacson as it relates to the motion, I'm
19          unlikely to decide it at a minimum before the
20          9th Circuit would decide whatever appeal
21          whichever side files, whether it is the
22          plaintiffs or the defendants.
23                  So you all tell me.  Because at that
24          point, it seems it's just a lot of effort and
25          work to put into this when this is an area
```



Page 138

```
 1        that we know that as relates to antitrust law
 2        is evolving.
 3              And so I expect that there may be some
 4        pushback, and also possibly that there could
 5        be some decision by the circuit that isn't a
 6        complete sort of affirmation or a reversal of
 7        whatever decision I rendered.
 8              So does it seems to me that it may make
 9        sense to wait to file the motions, but it
10        certainly seems to me it make sense for me to
11        wait until, at least as it relates to the 9th
12        Circuit and an appeal by either side to my
13        decision, that that would play itself out.
14              Mr. Isaacson?
15              MR. ISAACSON:  We agree with that, Your
16        Honor.  We would like to file the summary
17        judgment briefs based on the correct legal
18        landscape at the time, and we wouldn't want to
19        have to file another round of summary judgment
20        briefs, so --
21              THE COURT:  Right.  And that's what I
22        thought.  And also, in part, because I said
23        I -- I mean, this case brings all sorts of
24        interesting issues to the floor.  I have not
25        decided in any way how I'm going to rule on
```



Page 139

```
 1          the motion to certify the class at this point.
 2          And so that decision, I think, is
 3          significantly impacting the other dispositive
 4          litigation.
 5                  The only question is whether or not
 6          there's anything else that needs to happen on
 7          this case.
 8                  Mr. Cramer, you talked about the issue
 9          of what needs to happen now.  I don't know if
10          there's anything that needs to happen in this
11          case moving forward.  I would hope that you
12          all are done for now with sort of the
13          discovery and litigation.  If you weren't, I
14          would be inclined to stay it, but I don't know
15          that there's anything else that needs to be
16          stated at this point.
17                  Ms. Grigsby?
18                  MS. GRIGSBY:  No, Your Honor.  We
19          completed discovery in 2017.
20                  THE COURT:  That's what I thought.  But
21          I just -- I mean, Mr. Cramer's comment about,
22          I think about the case every day or at least --
23                  MR. CRAMER:  I have been.
24                  THE COURT:  Well, and I appreciate that
25          over the last few months.  But I just wanted
```



Page 140

```
 1          to make sure there's nothing outstanding that
 2          I was aware of that was still happening at the
 3          sort of ground level of discovery.
 4                  So okay.  So you all will then submit
 5          -- I think the only thing that's left is you
 6          will submit a joint stipulation as it relates
 7          to exhibits.  Is that right?
 8                  MS. GRIGSBY:  Yes, Your Honor.
 9                  MR. CRAMER:  Yes, Your Honor.
10                  THE COURT:  Okay.  And I think I
11          resolved, as far as I can tell, all of the
12          outstanding motions to seal.  At least -- I
13          think there may be one or two that I have to
14          look at in relation to the hearings, but I
15          think I resolved most of the motions to seal.
16                  So anything else we need to do on
17          anything that's outstanding with respect to
18          this case at this time, other than for me to
19          issue my decision on the motion to certify the
20          class?
21                  MR. CRAMER:  No, Your Honor.
22                  MS. GRIGSBY:  No, Your Honor.
23                  THE COURT:  All right then.  So we will
24          be adjourned on this case.  Thank you.
25                  (Proceedings adjourned, 12:13 p.m.)
```



Page 141

1                    CERTIFICATE OF REPORTER

2

3           I, KIMBERLY L. RIBARIC, do hereby

4   certify that I reduced the notes of the foregoing

5   proceedings to typewriting; that the foregoing is a

6   true record of said proceedings to the best of my

7   knowledge and ability; that I am neither counsel

8   for, related to, nor employed by any of the parties

9   to the action in which these proceedings were held;

10   and further, that I am not a relative or employee

11   of any attorney or counsel employed by the parties

12   hereto, nor financially or otherwise interested in

13   the outcome of the action.

14           IN WITNESS WHEREOF, I have hereunto set

15   my hand this 24th day of September, 2019.

16

17

18

19            Kimberly L. Ribaric, RPR, CCR

20            Notary Registration No. 348266

21         Commonwealth of Virginia at Large

22

23

24

25



**A**

**ability** 7:16 42:11 65:22 134:15 141:7
**able** 6:23 54:22 57:4 59:24 62:19 67:11,12 69:19 76:17 77:14 110:3 130:20
**absolutely** 112:24 114:8
**accepted** 16:14
**access** 88:20 89:2,7 89:17
**accident** 62:12
**accommodating** 6:20
**accord** 42:3
**account** 57:25
**accurate** 68:11
**accurately** 81:9
**achieved** 85:17
**acquire** 33:8
**acquired** 26:18 27:3 30:16 31:3 31:11,19 32:3 33:24 38:12 49:9 71:15,16
**acquiring** 29:4
**acquisition** 27:18 28:10 30:11 31:8 31:14,25 38:1,11 39:5
**acquisitions** 32:9 33:7
**action** 141:9,13
**actual** 41:8 86:15 121:22 122:14,18 124:20 126:15
**add** 111:22
**added** 29:5 30:24 48:17 76:17
**adding** 31:5
**additional** 81:24
**address** 5:2 129:21 132:4
**addressed** 6:5
**adjourned** 140:24 140:25
**adjust** 75:1
**admit** 130:4
**admitted** 51:14,17 51:18,23 129:22 129:25,25 130:23 131:1,2
**adopted** 24:1
**advance** 121:14
**advertise** 108:16
**advisor** 9:14
**affect** 41:16 42:15 91:13
**affirmation** 138:6
**afford** 74:9
**afraid** 74:4
**aggressive** 109:25
**agree** 8:4 21:1 34:1 39:4 64:19 95:23 96:22 124:8 126:7 130:20 138:15
**agreed** 89:16 102:22 129:8
**agreement** 16:19 16:22 64:4,17 65:24 131:1
**ahead** 12:13 18:12 32:6 52:6 57:3 71:5 81:4 89:22 95:11 101:9 106:11 107:13,14 110:19 130:6 132:1
**Ali** 53:13
**align** 55:1,10 121:22 122:14,18 126:14
**allotted** 85:22
**allow** 40:1 104:19
**allowed** 64:8 82:17 130:17,21
**allows** 75:15
**Almeida** 53:13,14 53:15,16,19
**America** 50:11,16
**amicable** 10:13
**amount** 16:11 21:7 27:5 29:21 40:14 40:17 48:2 68:20 76:14,15 78:22 80:22 82:21 84:15 90:9 118:24 119:13 124:18,18 136:14
**amounts** 59:15 82:10 89:8 90:23 91:2 95:8
**analysis** 70:6 94:11 94:21
**ancillary** 16:18,21 64:3
**announce** 4:7
**annual** 17:22
**answer** 59:5 72:3 89:6
**answered** 59:6 61:10 77:25 106:11
**answers** 106:9
**anticipate** 70:14 135:16
**anticipated** 131:14
**antitrust** 136:24 138:1
**anybody** 29:25 30:1 45:24
**anymore** 66:15
**apparently** 104:12
**appeal** 57:23 135:20 136:5,21 137:20 138:12
**appealed** 135:19
**APPEARANCES** 2:1
**appearing** 17:14
**appellate** 137:10
**apples** 119:17
**application** 95:4 100:13
**applied** 60:1
**apply** 6:1 60:11,17
**appreciate** 6:20 43:25 129:15 139:24
**appropriate** 118:20 119:14 134:22
**appropriately** 6:25
**approve** 11:24
**approved** 131:2
**approximately** 13:21 31:23
**April** 127:11
**arbitrarily** 55:21
**arbitrary** 59:20
**area** 40:3 45:18 106:6 137:25
**argument** 130:19
**arranged** 14:5
**art** 94:3
**aside** 39:10 53:9
**asked** 21:9 22:10 32:8 34:20 50:1 57:1 58:19,24 60:24 61:11 77:25 80:19 92:10 106:11,17 107:8 107:10 108:6 114:25 115:3,9,15 121:3,4 127:8
**asking** 44:2 105:24 111:22
**asks** 63:16
**aspect** 39:15
**assessed** 94:8
**assessment** 60:14
**assign** 45:15
**assigned** 29:16 110:21
**assistant** 9:1
**assume** 40:10
**assuming** 136:14
**assumptions** 39:17 88:8
**athlete** 70:7 75:8 80:22 81:16 96:14 106:13 108:3
**athletes** 70:4,6 80:18 81:11 86:1 86:15 90:21,25 95:15 96:13 101:22 102:7 104:2 105:12 106:19,23 107:1
**athlete's** 102:15
**attachment** 112:22
**attempted** 61:1 118:3 120:20,24
**attempting** 122:14 122:17
**attention** 39:15 78:9
**attorney** 141:11
**attractive** 108:3
**audience** 50:6
**audiences** 32:24
**available** 134:16
**Ave** 2:8
**avenue** 105:1
**average** 12:10 41:18 45:8 48:14 74:7 102:10 122:22
**avoid** 83:4 123:6
**avoiding** 83:21
**awaiting** 135:7
**aware** 16:5 64:7,11 64:14 125:2,5,10 125:12 140:2
**A-L-M-E-I-D-A** 53:15
**a.m** 1:16 4:1 80:7,8 132:8

**B**

**back** 19:9 39:11 45:14 49:20 59:11 60:25 63:5 75:6 76:12 77:8 80:5 86:18 92:4 109:11 132:10
**bad** 83:9



**Bader** 107:5,16
126:20
**BAILIFF** 8:17,19
**Bang** 56:5,9,9,15
56:15
**Bang's** 56:16
**bantamweight** 37:8
**Bas** 50:24 92:7
**base** 86:12
**based** 50:2 55:23
57:12 61:7 82:21
83:23 89:11 93:8
94:17,21 96:5
106:14 134:16
138:17
**basic** 16:10
**basing** 57:25
**basis** 111:21
**Batchvarova** 23:2
88:16
**Bates** 35:5 123:20
**Bean** 56:4,14 58:9
**Bean's** 56:25
**beat** 128:7,8
**beating** 127:22
129:1
**beginning** 29:22
**behalf** 1:5
**believe** 31:20 33:20
38:12,14 58:5
72:4 115:17
125:17 130:4
**believed** 42:3 54:6
62:4,10
**Bellator** 107:24
**bench** 132:2
**benefits** 18:15
**BERGER** 2:3
**best** 49:13 58:25
59:13 84:22
116:25 141:6
**better** 53:24 54:7
54:16 62:5,7,11
74:24 91:17
107:18 128:8,22
**bid** 65:2

**big** 45:23 63:2 74:2
82:22 99:13
127:23 128:11,13
128:20
**bigger** 74:2,4 123:7
**Bill** 4:18
**bit** 7:8,24 14:17
29:7,7 57:6 63:25
72:7 80:17 90:3
103:25 106:17
111:7 119:17
124:11 132:5
137:13
**Blair** 5:12
**blocks** 132:25
**board** 62:14
**body** 74:5
**BOIES** 2:7
**bond** 13:18
**bonus** 82:10,20
83:3 84:12 121:5
121:7 122:7,22
123:8,25
**bonuses** 80:25
81:17,18,22,24
82:1,13,17,18
83:1,3,5,24 84:8
84:19 85:4,7 99:5
121:6 122:10,25
123:4 124:19
125:15,24 126:11
126:13
**Boon** 50:24 51:2,5
52:20 92:7
**Boon's** 52:23 53:3
**bosses** 38:24
**bottom** 37:14 52:19
52:22,24 109:9,22
127:17
**bought** 9:19 21:2,3
**BOULWARE** 1:14
**bout** 16:11 17:15
17:16 18:5,8
19:13 20:1,18
21:5
**bouts** 14:18 16:10

16:16 27:21 32:24
39:19
**box** 35:23 53:18
133:4,5,9,10
**boxer** 73:2 74:10
**boxers** 73:2 74:11
**boxes** 133:6,8
**boxing** 73:4,23
**brand** 104:14 107:7
112:14 119:19
**Brandon** 1:4
107:25 108:1
**Brazil** 45:6 55:16
**Brazilian** 55:16,17
**break** 6:10,23
79:25
**breaks** 7:17
**Brent** 2:10 4:22
**briefing** 134:9
**briefly** 81:14
126:19
**briefs** 134:17,18
138:17,20
**bring** 22:2 42:16
49:4 129:2
**bringing** 42:3
**brings** 138:23
**broadcast** 50:10,14
50:15
**broke** 30:1 36:24
**brought** 30:23 31:3
106:19 128:20
**bruised** 72:24
**budget** 105:14
**Buffalo** 49:24,25
50:4,10
**bumped** 24:24
**bunch** 27:6 102:9
102:18,20
**business** 26:18
46:11
**B-A-N-G** 56:5

―――――――――
          **C**
―――――――――
**C** 4:2 9:6 80:11
114:22

**call** 16:24 17:1,6
98:15
**called** 16:22,23
30:17 64:2 123:21
**camp** 47:13 63:3
74:1
**card** 12:3,10,11
47:5 50:13 117:20
117:21 125:20
126:4 129:6,8
**cards** 47:6
**care** 18:17
**career** 15:5 22:19
47:4 72:20 75:5
91:23
**careful** 110:23
**carries** 52:19
**case** 1:5 6:15 7:7
13:21 14:3 93:22
104:6 106:10
134:25 135:13,17
136:15,17 138:23
139:7,11,22
140:18,24
**cash** 132:19
**casino** 85:23
**categories** 101:4
**categorizations**
36:11
**cats** 99:6
**cause** 62:14
**caused** 82:22
**CCR** 141:19
**CEO** 10:21
**Cerrone** 73:14
**certain** 26:16,17
27:5,14 44:16,18
62:25 64:17 76:14
76:15 83:20,21
84:2 85:17 86:12
105:21 106:23
**certainly** 12:4
25:16 91:24
131:20 138:10
**CERTIFICATE**
141:1

**certification** 6:7
112:23 134:9
135:8,19,23
136:21
**certify** 137:7 139:1
140:19 141:4
**chain** 56:12
**challenging** 29:8
**champion** 55:18
86:10
**Championship**
1:10 33:17
**change** 24:24 26:12
63:24 93:6,8,12
103:1,2
**changed** 29:1 103:3
**characterization**
35:12
**chart** 89:11 125:17
132:18,20
**charts** 132:23
**check** 102:8
**checked** 102:21
**choose** 116:13
**chose** 106:24
**circuit** 136:6
137:20 138:5,12
**circumstances**
49:13 93:6
**city** 45:23,23 46:1
46:16
**clarify** 61:14
**clarity** 131:4,23
**class** 6:7 28:8,12
29:12,25 30:20,25
112:23 119:19
120:12,13 134:8
135:8,18 136:21
137:7,8 139:1
140:20
**classes** 27:7,10,11
27:14,16 28:19,20
28:22 29:4,5,9,11
29:18,22 30:2,2,6
30:11,18,23 31:24
34:13 35:19 39:7



44:16 100:25
101:2 117:17
119:18,21,21
120:3,8,20,21,24
120:25
**clean** 130:9
**clear** 17:21 87:3
90:4 92:10 95:13
**clerk** 8:20 22:6
**client** 52:24 53:3
62:1
**close** 51:25
**closely** 10:16
**closing** 130:3
**colleague's** 22:3
**column** 23:13,15,20
87:19
**columns** 23:19
**come** 14:5 25:24
26:7 28:16 29:12
41:17 48:19 63:5
63:8 75:6 80:5
91:23 94:20 98:20
100:6 102:10
**comes** 21:20
**comfortable** 7:15
**comfortably** 7:16
**coming** 25:15 26:5
26:24,25 27:5
49:12 88:11
128:15 129:15
**comment** 70:20
139:21
**commit** 129:9
**committing** 137:9
**common** 72:11,18
**Commonwealth**
141:21
**communicate**
117:21
**communicated**
115:16,20 117:7
119:10
**communication**
15:24 116:9,21,24
117:1,25 118:19

**company** 70:8
117:1
**company's** 104:3
**comparable** 26:24
54:6 59:1,1,13,14
59:14,19 62:11
**compare** 62:3
**compared** 62:7
113:24
**compensated** 80:18
**compensation**
16:11,16 17:3
19:25 20:4,15
21:4,10,11 22:16
24:2,8 52:12,21
61:17 81:7,10,15
90:4 105:18,22
118:20 119:10
121:23 126:15
**compete** 64:8
**competing** 107:23
**competition** 46:24
49:14 91:12 100:5
**competitive** 33:21
**competitor** 34:3,5
**complete** 138:6
**completed** 139:19
**computer** 21:23,25
22:3,4,8
**concept** 104:2,13
**confer** 130:12
**confirm** 37:5 51:16
**confusion** 98:14
**consensus** 37:16
38:6 102:5,14
103:13
**consider** 93:23,25
94:24
**consideration**
93:13
**considered** 75:5
93:9,12 94:6
103:22
**considering** 23:9
98:24
**consistency** 100:12

**consistent** 93:3,5
95:5 102:23
120:20,24 132:15
132:19
**constant** 15:24
116:9
**constantly** 16:3
28:4 103:2 117:8
**consulted** 23:11
90:1
**contact** 13:5,8
**contacting** 110:7
**contains** 25:4 78:4
124:20
**context** 54:6,24
60:25
**continuation** 4:5
127:21
**continued** 9:20
**contract** 15:16 20:1
20:6,7,14 22:19
23:16 24:4,10,18
25:9 26:2,13
27:25 40:15 41:10
41:14,15,20,21
46:21 47:10,15
48:20,21 49:11
52:11 53:20,22
56:17 64:22,22
67:5 75:15,16
76:1,4,9,10,10,18
76:20 79:11 80:23
90:7,9,12,13,14
90:16 94:13 100:7
100:9,16,21,23
108:12,15 109:10
110:2,3,12 113:20
129:9
**contracted** 108:18
132:21
**contracts** 11:18
15:1,10,18 16:8
18:3 19:21,22,24
23:14 24:13 34:9
49:5 64:9,13 65:6
69:8 88:21,22

89:8,18 90:1,22
91:1,16 95:14
96:20,24 97:3,4,6
105:11 108:7,8
110:16 113:9,22
114:6 115:3,17,21
116:3 117:9,10,14
119:3
**control** 42:16 44:15
**convenience** 109:12
**conversation** 23:8
**conveyed** 61:14
**convince** 54:19
127:23
**cornerman** 85:15
**cornermen** 85:19
**correct** 9:15,22
10:4,20 11:4
13:15 14:10 15:14
15:22 16:20 17:17
17:23 18:2,10,25
19:1,3,4,6,7,15,20
19:23 20:9,13
21:13,14,16 23:10
24:22 26:15 31:16
31:24 32:25 33:1
33:10,14,18,22
34:4,9,15,16 35:9
35:10,12,15,20,21
35:25 36:1,2,5,8
36:23 37:9,10,12
37:13,18 38:3,4
39:3,8,9,20 40:6
40:18 41:4,25
42:1,6 48:9 50:6
50:11,21 53:7,8
54:14,18 55:2,23
55:24,25 56:1,23
57:15,16,21 58:6
58:7,18 59:21
60:5,6 61:3 62:16
62:22 64:4,5,10
64:19,20,25 65:3
65:4,8,9,11,12,18
65:19 66:1,6,7,10
66:11 69:9,16,21

71:11 72:1 75:18
75:24 76:3,7,13
76:23,24 77:7
78:25 79:7,8,14
79:15,20 84:17
85:5 86:2,3 87:9
87:21 88:23 89:3
89:11 93:4 95:1,9
96:9,10 97:16
102:2 106:20,21
106:25 110:14
116:16 117:15
118:6,8,11,13,14
120:15,25 121:1
121:10,11,19,20
122:16,19,20
126:17 127:2,4,5
127:14,16 128:2
128:10,13,16,23
129:2,3,9,10
138:17
**cost** 42:25 71:24
**counsel** 2:1,6,11
4:4,7 13:2 14:8,11
14:11 129:19
141:7,11
**country** 45:22
**couple** 103:12
130:10
**course** 26:21 68:13
72:19 96:17
125:13
**court** 1:1 4:4,23 5:6
6:6,14,19 8:1,5,10
8:14,18 9:3 11:6
11:20 12:8,12
17:6,12,20,25
18:6,11 21:21
22:4,23 23:4 25:6
25:20,25 26:9,16
26:21 27:17 28:21
29:17 30:4,10
31:7,13,17,22
32:4,13,19 33:4
34:21 35:2 36:10
36:17,21 37:1,4

40:1,8,12,16,19
40:25 41:7,11
42:9 43:3,9,14,19
43:24 44:5,9,13
45:14 46:9 47:23
48:5,10,18 49:2,7
49:18 51:13,22
52:4 59:2,17,24
60:9,12,16,20,22
61:9 66:22 67:1,9
67:17,22,25 68:3
68:6,9,22,25 69:4
69:7,10,17,22
70:11,18 71:2
72:6,10,14,17
73:7,20 74:7,22
75:11 76:8 77:2
77:16,23 79:21,24
80:4,9 81:3,25
82:8,12,16 83:7
83:11,15,17,22
84:12,25 87:1,3,7
87:10,17,22,25
88:14,17,20,24
89:6,10,14,21
93:2,7,20 94:4,10
95:2,10 97:1,13
97:18,24 98:3,6
98:17,23 99:7,15
99:22 100:2,11,19
101:3,7 104:15,19
104:24 105:3,24
106:8,15 107:10
107:13,20 109:4
110:10,15,18
111:1,12,24 112:2
112:15 113:4,17
114:13,16,19
115:7,11 118:16
119:5 120:6,16
124:8,22,24 125:6
129:13,19 130:13
131:7,9,13 132:4
132:10 134:13,18
134:21 135:15
136:9,18,22,23

137:4,16 138:21
139:20,24 140:10
140:23
**coverage** 132:22
**covers** 123:11
**Cowboy** 73:14
**co-main** 12:5
**Cramer** 2:5 3:5 4:9
4:10 5:3,4,21 7:18
8:4,8,11,16,25 9:4
9:8 11:6 12:13,14
12:15 17:9,13
18:12,13 21:22,24
22:7,9 23:2,7 25:7
32:6,7,14,16,20
32:21 33:5,6
34:24 35:3,4,7
37:6 41:22 49:19
51:19,20 52:2,6,7
52:8 59:2,8,10
60:23 61:9,12,13
69:24 70:11,17
71:1,6 72:8 75:12
76:19 77:17,24
78:1,2 79:21,22
80:6,17,19 104:4
105:23 107:6,12
108:6 109:5
112:11 114:14,17
114:20,24 115:9
115:13,14 120:18
123:17,21,24
124:10,14,23
125:3,4,8,9
129:11,18,23
130:1,11 131:5
134:24 136:6,12
136:19 137:2,3,15
137:16 139:8,23
140:9,21
**Cramer's** 139:21
**crappy** 127:22
128:8
**create** 32:24,25
40:7 86:23 88:4
89:10 98:13 113:7

**created** 22:24 41:1
**cross** 7:21
**crossing** 98:16
**Cung** 1:4
**current** 13:14
22:17 23:16
109:11 110:3
**currently** 29:15
**cut** 49:15

_____

**D**
**D** 3:1 4:2 9:6
114:22
**Dan** 38:12,15,19
**Dana** 10:19 12:1
38:24 71:7,12,17
86:9 92:2,18,24
95:16,20,22 97:11
101:21 116:2,14
119:2 125:21
126:6
**Daniel** 109:18,23
**Danny's** 41:5
**date** 33:12 135:12
**dated** 21:19 34:18
52:9 53:12 56:5
78:5
**dates** 30:7
**day** 13:4,5 116:10
116:21,25 117:25
117:25 125:20
131:19 135:1
139:22 141:15
**DC** 2:8
**De** 73:24
**deal** 19:9,12,17
24:10 52:16 54:8
56:16,19 63:7
65:13,16 78:12,21
78:24 79:1,3,17
91:13 92:1,1
98:19 100:18
108:10,23,24
109:11 111:22
116:23 117:4
**dealers** 55:20

**dealing** 61:16 63:5
98:22
**deals** 15:3 45:2
67:21 116:8,14,15
116:18 119:7,8
**dealt** 54:21 62:2
**dec** 86:23
**December** 10:3
56:6 57:1
**decent** 127:19
**decide** 11:14,18,22
69:14,18 126:7
135:21 137:19,20
**decided** 65:16
138:25
**decision** 135:8,18
138:5,7,13 139:2
140:19
**declaration** 104:6
**Defendant** 1:11
2:11
**defendants** 137:22
**defended** 86:11
**define** 61:6
**defined** 66:14
**definitely** 12:6
45:11 67:15
103:24
**degree** 72:25
**demanding** 47:4
**denial** 136:19
**denied** 5:18,19 6:4
131:22 135:2
**Denitza** 22:25
88:16
**denying** 6:12
**department** 12:17
12:20 16:15,17
111:17 117:15
**departure** 10:11
**depend** 25:12 50:12
91:6,7
**depended** 25:14
**depending** 40:23
93:6 103:3 123:4
**depends** 73:11

**dealing** 61:16 63:5

**deposition** 10:12
13:5,20 14:3 15:4
21:2 22:11,15
25:3 33:2,12,13
34:2 38:23 58:20
58:21,23 59:3,6,7
62:18 64:6 79:16
104:8,9 107:8
112:13 115:5,6,23
124:1,2 127:8
128:17 129:4
**deputy** 8:20
**describe** 86:5
**described** 69:13
126:13
**desperately** 28:19
**determine** 46:21
96:14 99:5,19
102:14
**determined** 99:10
**dick** 58:12
**diem** 85:16
**differed** 96:1
**difference** 41:8
85:13
**different** 11:12
23:19 27:6 28:23
29:11 48:4 59:22
60:7 61:3 80:24
80:25 82:9,10,12
82:21 83:5 85:9
87:18 91:8 95:7,8
95:13 98:7,11
100:14 101:16,18
102:18,20 105:25
106:4 109:17
111:5 119:18,22
119:23 121:3
123:4 126:11
**differently** 18:4
60:7 94:2,17,20
**difficulties** 6:22
**difficulty** 6:16
**diligence** 70:2
**direct** 7:20 80:16
80:19



**DIRECTCROSS**
3:3
**direction** 122:21
**directly** 115:20
**disagreed** 41:4 96:9
102:22
**disagreement**
130:19
**discovery** 139:13
139:19 140:3
**discretion** 12:4
**discretionary** 81:17
**discuss** 52:10
131:24
**discussed** 22:14
25:3 125:16
130:16,17
**display** 25:2
**dispositive** 139:3
**DISTRICT** 1:1,2
**divide** 29:6
**division** 31:5,12
38:5
**divisions** 31:2,4,6,9
31:18 34:14 37:9
39:2 101:1
**document** 5:9,19
21:18 22:11,12,14
22:24 25:3 34:17
35:22,24 39:10,12
39:16,17 40:7,10
41:2 51:1,11 53:9
53:10 56:3 58:9
70:1,24,25 78:4
81:6,7,9 87:23
88:15 123:10,14
123:15,18 124:4
124:13,19 125:2,5
125:10,12 127:9
**documentation**
113:3
**documents** 5:14,17
6:16 9:2 32:18
51:23 52:4 70:19
104:8,10 112:13
131:21

**dogs** 99:6
**doing** 43:2 46:6
61:24,25 78:13
79:25 97:8,21
102:21 106:5
109:23 115:18
116:10,11 117:4
117:15 119:6,8,25
120:2,5
**dollar** 124:18
**Dr** 111:9,23
**dramatically** 29:1
**draw** 39:15 42:12
78:8
**draws** 122:4
**drop** 47:5 56:19
**dropout** 29:14
**dropped** 47:7
**Duane** 56:9
**due** 48:10 70:1
**duly** 8:23
**durable** 73:14,18
**d/b/a** 1:9

___

**E**
**E** 3:1 4:2,2 9:6,7
80:12 114:22,22
114:23
**earlier** 97:2
**early** 12:2 15:8
91:23 93:9
**earn** 77:8
**easy** 66:18
**economic** 104:13
**ecramer@bm.net**
2:4
**effort** 126:14
137:24
**efforts** 52:23 53:3
**ego** 74:3
**Einemo** 51:7,8,9
52:11 92:8,9
**either** 26:18 37:8
62:12 135:10
136:12,24,25
138:12

**eligible** 20:19
**Elmo** 9:1 21:25
22:1 32:15
**Emelianenko** 71:13
71:15,16 103:14
103:15
**employed** 141:8,11
**employee** 141:10
**employees** 12:16
18:16
**ended** 26:5,6 29:4
30:22 31:4
**entire** 47:4 66:14
**entitled** 21:18
22:13 81:6
**entry** 47:19
**equal** 88:9,9 129:5
**equally** 60:1 94:15
**equity** 61:2,6
**equivalent** 116:4
**Eric** 2:5 4:10
**especially** 110:5
119:2
**ESQUIRE** 2:5,5,6
2:9,10,10,11
**essentially** 5:25
27:1 98:9 105:5
120:6
**establish** 124:11
**established** 90:20
119:20
**Europe** 45:6
**Europe's** 110:5
**evaluates** 22:15
**evaluating** 98:7
**evaluation** 60:5
**Evander** 73:25
**evenly** 60:17
**event** 12:9 82:6
84:13 86:16
105:12 106:14
**events** 12:5,5
**eventually** 38:15
**everybody** 27:8
57:10 96:23
**everyone's** 58:14

**evolution** 29:2
**evolve** 82:20
**evolving** 138:2
**exact** 26:3
**exactly** 68:7 106:5
123:3
**examination** 80:16
**example** 11:23
20:14 21:9 36:12
81:13 85:7,12
91:15 94:22,25
95:7 100:3 109:13
110:6
**examples** 91:20,25
**exchange** 92:7
**exciting** 82:25
83:25 84:1 91:11
99:3
**exclusive** 64:3,9,13
64:17,23 65:5,20
65:23 66:16 79:11
**Excuse** 11:6 33:4
118:16
**excused** 129:14
**executive** 71:8
**executives** 10:16
12:16 70:3,3
**exhibit** 35:3,4
50:23 78:4 101:25
109:17 113:12
124:2 130:24
**exhibits** 51:14
112:25 113:2,7
129:22 130:2,5,8
130:14,15 140:7
**existing** 78:21,23
**expect** 55:11
130:18 138:3
**expected** 42:5 55:1
55:4 57:20,21
58:3,5 64:18
86:16 131:16
**experience** 25:16
72:17 128:21
**experienced** 120:19
120:23

**expert** 5:10,11
111:9 112:22
134:11
**expertise** 120:10
**explain** 59:25 62:5
62:24 99:21
**explained** 38:22
**explaining** 85:1
**explicitly** 8:6
**expressed** 33:11
**extend** 75:15,25
**extended** 112:24
**extending** 76:10
111:8 112:18
113:9 114:5
**extension** 74:20
75:13,21 111:19
111:22 112:6,9
113:15
**extensions** 111:8
**extent** 118:12
131:23
**extra** 84:23 125:24
126:2,3 132:5
**E-I-N-E-M-O** 51:9
**e-mail** 34:18 35:8
38:22 52:9,20
53:12 56:5,12
58:9 78:7,9,11
92:7 96:11 102:1
111:16 113:13
127:21
**e-mails** 25:5 50:23
51:5 56:3,7 78:5
111:16 118:21
127:10 128:18

___

**F**
**F** 2:6
**face** 8:20
**fact** 24:1 35:18
84:14 95:4 108:6
113:25 121:14,22
122:15,18 128:24
**factor** 94:19
**factored** 55:18



**factors** 59:22,25
  61:8 62:23 93:11
  93:13 94:15 95:5
  96:22,22 98:24
  99:23
**facts** 55:23
**fair** 12:17 13:18
  21:14 27:23 46:12
  57:11 59:15 61:2
  61:5 62:8,9 63:24
  64:15,21 66:17
  78:1 104:25
  113:11 115:19
  118:1,3,13 119:13
  121:12 125:8
  126:24 137:15
**fairly** 40:2 54:20
  61:16 62:20 66:18
  72:14
**familiar** 33:16
  104:1,22
**families** 18:21
**fan** 57:20 58:3,6
**fans** 42:6,12 53:24
**far** 36:14 68:21
  70:22 98:24
  110:11 120:14
  140:11
**fashion** 91:11
**faster** 131:14
**favor** 60:4 61:23
**FC** 107:25
**featherweight** 37:7
**February** 34:18
  35:19 37:11 39:8
  102:1 123:25
**Fedor** 103:14,15,18
  103:21
**feel** 74:24
**feeling** 75:9
**fees** 19:5
**fellow** 10:16
**felt** 33:23 116:13
**female** 29:5 34:13
**Fertitta** 10:21
  15:21 34:19 97:5

**fight** 11:15,18
  14:21 17:25 20:6
  20:7,10,20,23,24
  24:4,11,14,19,19
  24:20,21 29:10,13
  29:25 41:13,15
  44:23,24 45:1,9
  45:13,19 47:9,11
  47:22 49:1,9,15
  56:16,18 57:21
  64:1 66:15 72:22
  72:25 73:15 74:12
  76:1,6,16,25 77:3
  77:4,6,11,20
  78:13,18,21,23
  79:2,2,6,18 81:19
  82:3,6 83:2 84:1
  84:19,22,24 99:6
  108:3,7,9,20
  109:14,24 110:2,4
  110:7 117:24
  121:15,17,19
  122:11 123:7,12
  125:16,22,23
  126:1 129:8
**fighter** 15:9,16,18
  16:8,14,19 19:12
  19:13,16,21,24
  20:5,18,19,22,23
  21:19 22:18 23:14
  25:12 34:8,13
  46:15,22 49:22,24
  51:2 53:5,16 54:5
  54:15,19 55:2
  56:4 58:2,5 60:4
  62:4,5,7,12 64:7
  64:11,17 65:3,8
  65:22 66:5,9,13
  71:9,13,18,22
  75:14,20,22 76:1
  76:5,11,21,22
  78:20,22 79:6,10
  82:2,3 85:14 86:7
  89:8 92:13 93:8

**fight** 97:14 101:21
  118:12,22
**fighters** 14:18,25
  15:5,25 16:6,10
  17:4,21 18:15,21
  18:25 19:3,6 21:6
  22:17 24:3,8 25:9
  25:13 26:1,13,23
  27:11,20,24 28:2
  31:14 32:23 33:8
  35:18 36:20,22
  37:19 38:2 39:1,6
  39:14 41:24 42:2
  42:19,23,24,25
  43:5 44:15,18
  45:16 46:12 47:7
  47:12,18 48:7,12
  48:16 49:4 50:2,5
  51:6 53:19,21
  54:4,7,7,21,24,25
  57:19 59:1,13,19
  60:1,3,8,18 61:3,5
  61:7,15,18,22
  62:4,15,19,20,25
  63:3,6 64:2,16,19
  67:4,10,12,18,23
  68:1,13,23 69:1
  69:10 72:12,18
  73:12,16 77:18
  79:17 81:20 82:1
  82:9,9,12,16
  83:20 85:6,10,17
  86:3 89:1,18 90:5
  90:6,8 91:15,17
  93:14,22,24 94:7
  94:16,23 95:7
  97:15,18 98:8
  99:10,19 100:18
  105:15,18 107:15
  107:17,22 108:11

**fighters** 94:11,18 95:24,25
  96:5 98:8 100:6
  100:15,21 108:17
  109:17 116:4,23
  117:5,9,10,13
  118:23 119:13
  122:4,22 123:25
  127:12 129:5,7,8

**fighter's** 22:19
  41:14 57:20 62:11
  64:22 94:21
  100:23 110:12,25
  113:19
**fighting** 1:10 33:17
  64:11 91:12 128:4
**FightMetric** 102:19
**fights** 12:3,8,11
  13:7 28:3 43:15
  44:6,10,18 45:8,8
  45:12,17 47:1
  49:8 53:25 57:4
  63:1,18 66:14
  67:2 68:14 73:9
  73:17 76:15 78:14
  79:7,10 91:7,8,9
  91:10,11,13 93:17
  97:6 117:20,22
**fight-of-the-night**
  121:5 122:22
  124:19
**fight-related** 18:18
  18:20
**figure** 41:18 44:2
**figures** 124:20
  125:6
**file** 134:15 138:9,16
  138:19
**filed** 131:19
**files** 137:21
**fill** 27:11,16 49:2
**financial** 88:19
  89:2
**financially** 141:12
**find** 27:15 29:16
  32:23 42:21,24
  45:17 46:1,14
  99:2

**finding** 49:8
**fine** 8:1,2 59:8 80:1
  87:25 113:5
  131:17 134:21
**finish** 109:25
**fire** 132:3
**firm** 58:10
**first** 4:24 8:7,9,23
  25:5,11,15,18,23
  22:18 23:12,13,15
  24:4,4,9,11,14,19
  25:10,13 26:1
  31:11 39:18 41:9
  41:20 47:17,24
  48:20 56:11 70:21
  70:25 78:7 79:2
  80:17 82:5 84:5
  89:6 90:7,12
  104:5 106:2 115:8
  123:15 124:4
**fit** 27:7 61:17
**Fitch** 1:4
**five** 31:23,23
  117:22
**five-fight** 110:2
**five-minute** 80:5
**FLEXNER** 2:7
**floor** 138:24
**fly** 85:14
**focus** 30:4
**focused** 30:18
**follow** 18:14
**following** 55:17
  65:5
**follows** 8:23
**forced** 47:21
**foregoing** 141:4,5
**forget** 63:6
**form** 18:17
**formal** 70:2
**formally** 33:17
  51:23
**formatted** 123:12
**forms** 81:6,14,15
  121:3
**forth** 59:11 61:1



**forward** 41:25
 96:13 122:23
 139:11
**fought** 18:1 19:13
 19:17 38:19 63:10
 66:13 76:5,22
 83:24 91:7 93:17
**foundation** 39:22
 70:15 124:6,11
**four** 57:4 66:13
 95:20,23 96:4
**fourth** 24:21 78:23
 79:2,10,18 108:9
 109:14 110:2
**four-fight** 24:10
 52:11,16 56:16
 78:12 108:10
 109:11
**frames** 83:10
**framework** 92:23
 96:4
**FRANKLIN** 1:14
**free-for-all** 105:5
**frequently** 68:16
**fresh** 127:6
**full** 17:11 47:13
 63:2
**fully** 135:15 137:10
**further** 114:12
 141:10
**future** 101:17

**G**

**G** 4:2
**gaps** 49:3
**Gegard** 107:17
**general** 13:2 18:21
 18:22 19:2 41:5
 68:18,24 116:24
**generally** 16:4,5
 86:5,8 90:21
 95:18
**generate** 50:5 58:3
 58:6
**generated** 132:19
**genetic** 73:13

**getting** 54:7,17
 59:14 63:18 80:25
**give** 7:8,9 21:21
 49:10,16 55:14
 56:19 63:15 73:9
 76:14 85:12 91:20
 95:18 123:20
 126:8,8
**given** 100:15
 135:17 136:14
**giving** 54:5
**go** 5:6,8 8:7,9,12
 12:13 18:12 19:9
 27:10,19 28:1,17
 29:15 32:6 42:7,9
 42:17,21,21 44:17
 49:20 52:6,18
 53:1 57:3 63:6,9
 63:14,17 71:5
 74:2,4,24,25
 75:10 76:12 77:11
 80:9,15 81:4,14
 83:2 86:18 89:22
 92:4,25 95:11
 98:13 100:7 101:9
 104:25 106:11
 107:13,14 110:19
 116:22 120:5
 126:3 130:6
 131:16 132:1
 135:20 136:21
**goal** 121:21
**goals** 32:12,22 33:3
 33:7
**goes** 7:12 41:16
**going** 4:24 5:6,9 7:4
 7:8,9 21:17 32:9
 32:14 39:21 42:17
 42:22 43:12 44:22
 44:23 45:4,14,23
 47:12 49:16 59:8
 70:14 72:8 77:13
 94:24 96:12,13
 104:11,18,19
 105:3,4,8 106:8
 107:6 108:15

 112:11 116:5,11
 117:4,20,21,24
 124:5 130:7
 132:12 135:14
 136:10 138:25
**good** 4:9,11,13,15
 4:17,19,21,23 9:9
 9:10 30:19 45:25
 46:5 47:15 52:2
 63:8 84:6 126:1
 129:1,1
**grab** 5:9
**grant** 5:25
**granted** 5:16 86:10
**great** 26:12 30:7
 80:3 81:22,23
**greater** 88:8,9
**greatly** 40:23 42:1
 96:1 101:19
**Greg** 127:10
**grew** 29:2
**Grigsby** 2:10 3:5
 4:15,16 5:22 6:8
 6:13 39:21 70:10
 70:14 77:21 80:9
 80:13 81:4,5 85:2
 87:1,2,5,9,13,16
 87:21 88:3 89:23
 95:11,12 98:1,4,5
 101:9,10 104:15
 104:17,21 105:2
 105:10 106:7,12
 106:16 107:21
 109:6,7 110:19
 111:3,14,15,24
 112:1,4,5,16,20
 113:12 114:3,4,11
 114:25 115:18
 121:3 124:5,9
 129:23 130:7
 131:7,8,10,11,20
 134:8 136:1
 137:11,17 139:17
 139:18 140:8,22
**ground** 136:25
 140:3

**group** 28:2 70:1
**guess** 101:16
 111:20 134:25
 135:24
**guessing** 30:9
**guidance** 96:3
**guy** 46:4 47:22
 48:24,25,25 55:15
 63:9,19,20 74:5
 82:25 83:25 92:25
 98:22,22 120:4
 125:25 126:2
**guys** 28:10,11,14
 28:18,18,19 48:14
 48:23 73:3,13
 74:2,3 75:6 98:18
 107:4,24 125:24
 127:22 128:8,8
 129:1
**gym** 19:5 73:22

**H**

**half** 7:20,21,22 8:2
 29:9 43:20,22
 47:7
**hand** 8:20 95:17
 141:15
**handful** 29:3
**happen** 66:23 69:5
 69:7 98:12 99:4
 105:4 118:25
 125:19 136:18
 139:6,9,10
**happened** 29:20
 41:13 44:20 66:24
 68:16 76:25 84:18
 113:23 119:15
 121:18 125:22
**happening** 83:20
 140:2
**happens** 47:8
**happy** 109:24
**hard** 68:11 73:16
 73:21 74:5 94:2
**head** 55:9 67:16
 80:9 91:21 107:4

 121:16
**health** 18:22
**hear** 71:7 136:1
**heard** 46:11 71:25
 72:2,4
**hearing** 1:13 14:6
 113:1 135:4
**hearings** 6:7
 140:14
**heavyweight** 28:12
 28:16 30:14,15
 36:12 37:16,19
 46:15 103:10,13
 103:23 108:3,4
**heavyweights**
 35:25 36:5 37:15
 38:6
**held** 141:9
**Hello** 114:20
**help** 17:10 43:14
 100:19
**helpful** 67:6 95:11
**helping** 14:18
**helps** 69:22 120:17
**Henderson** 38:12
 38:15,19 71:13
**hereto** 141:12
**hereunto** 141:14
**hero** 46:5
**hesitant** 63:1
**hesitate** 6:24
**hey** 42:17 45:4
 54:15 63:7 75:9
 76:11 84:2,7
**he'll** 63:8
**high** 132:19
**higher** 39:7 52:21
 78:22 79:5 84:13
 85:18
**highest** 82:25
**Highly** 132:17
**high-level** 97:4
**Hit** 109:11
**hold** 25:6 26:9
 32:13 34:21 81:3
 98:3 124:24



holes 49:3
Holyfield 73:25
honestly 61:17
 112:21
honor 4:9,11,13,15
 4:18,19,22 5:5
 6:13,18 7:18 8:8
 8:16,25 25:11
 32:8 39:13 52:3,7
 76:17 80:6 104:4
 105:23 107:6
 112:11,20 114:14
 114:18 125:8
 129:17 130:11
 131:5,8 134:7,24
 135:1 137:15
 138:16 139:18
 140:8,9,21,22
HONORABLE
 1:14
Honor's 18:14
 34:12 135:8
hope 110:4 139:11
hopefully 130:18
 130:19
hoping 21:19
 131:12
hotel 85:16,19,22
hour 7:10,11,11,20
 7:20,21,21,23 8:2
Hoya 73:24
huge 29:21 42:14
 47:2 92:2
hundreds 67:20
 128:18

———————
 I
———————
idea 46:19
identified 39:2
identify 27:20 28:3
 88:2 123:18
II 1:14
immediately 65:14
 108:12
impacting 139:3
implementing

18:17
impose 61:2
imposed 21:3
improving 75:3
inappropriate
 104:13
incidentals 85:10
inclined 139:14
include 89:17 135:4
included 14:17,20
 21:5
incorporated 16:17
incorporating
 30:22
incorrect 24:12
increase 22:16 24:2
 29:17 52:13
increasing 30:8
incredibly 73:14
indeterminate
 75:21,22
individual 28:22
 48:12 117:4
information 67:3
 88:21,25 89:11,12
 89:17,25
informed 16:15
initially 7:19 75:2
initiating 108:20
injured 47:6,8
 72:12,22 73:1,3,6
 74:19 75:20 77:13
injuries 18:18,20
 26:8 48:3 72:19
 75:4 111:7,8
injury 48:15 73:10
 74:15,20 75:13,16
 75:20 112:9
 113:14
inquiry 62:13
inside 89:2
instances 91:14
 113:23
insurance 18:18,19
 18:21
intention 5:25

interest 50:5 57:20
 58:4,6
interested 42:20
 141:12
interesting 99:3
 138:24
interlocutory
 136:20
internal 17:7
international 43:8
 44:18 45:16
interregnum 135:7
invested 136:15
involved 118:13
 125:1
involves 17:4
Isaacson 2:9 4:17
 14:2 137:18
 138:14,15
Issacson 4:18
issue 6:5 32:11
 45:14 123:11
 129:21 135:18
 139:8 140:19
issues 57:23,25
 121:13 138:24

———————
 J
———————
January 21:19
 37:17 50:25
Japan 45:5,10
Javier 1:5
JCCX-22 111:10
JCCX-28 127:9
JCCX-8 21:18
 86:20,23 88:4
Jiu-Jitsu 55:17
 73:4
job 14:17 61:24
 96:17 109:24
 119:24
jobs 11:12
Joe 83:24 84:2
 111:22 124:7
John 51:7 92:7
joint 129:21 130:14

140:6
jointly 130:4 131:2
Jon 1:4
JOSEPH 3:4 8:22
judge 119:18
judgment 134:9
 135:2,10,12,22
 138:17,19
jump 49:13 92:2
June 13:21 127:11
justification 114:7
justified 92:23
justify 53:6,21
 54:12,22 55:22
 58:13 95:6

———————
 K
———————
K 2:10
Kalikas 127:10,12
KAMYA 2:10
keep 17:1 65:23
 66:9,9 67:11,12
 107:18 108:2
 120:7
kept 30:3 127:1
Kimberly 141:3,19
kind 21:4,10,11
 46:24 47:21 48:19
 75:8 95:19 102:20
 116:3,23 117:25
 119:24
kinds 121:6
Kingsbury 1:5
knew 11:13 15:24
 49:12 116:10,12
 117:12 119:25
 129:5
knockout 81:23
 84:23 121:17
 122:12 125:23
 126:9
knockout-of-the-...
 121:6
know 5:24 6:24 7:3
 7:13,22 8:3,5
 19:10 23:14 39:25

43:17 51:15 55:8
 55:20 57:24 63:9
 63:17 67:19 68:7
 68:12 70:23,24
 71:17 74:11,21,24
 77:5,12 84:5
 86:25 88:7,10
 89:24,25 90:2
 96:20 98:24
 101:14,15 102:18
 102:24 105:12
 108:23 110:1
 113:21 117:23,23
 119:3,24 120:5,14
 122:21 132:12
 135:24,25 136:9
 136:11,23,24,25
 138:1 139:9,14
knowing 45:3
knowledge 141:7
knowledgeable
 39:23 40:2
known 46:12,17
 53:24 56:4 88:25
 96:17
knows 58:12
 113:14 124:12
Korea 43:23 44:23
 44:24 45:5,9
Kyle 1:5

———————
 L
———————
L 2:5 141:3,19
La 73:24
lacking 28:13
laid 39:22
landscape 138:18
lane 120:7
laptop 132:3
Large 141:21
largest 34:3,4
 119:21
Las 46:16
lasted 65:11
last-notice 63:1
last-second 47:1



late 26:5 63:20
late-notice 93:17
latitude 106:1
Lauzon 83:24
law 138:1
lawyer 14:2
lawyers 7:5 14:5
  95:18
lay 104:12
Le 1:4
leagues 127:24
  128:11,13,20
leave 12:3 42:23
  120:1
left 70:7 97:4,7
  98:18 126:22
  127:4 140:5
legal 12:17,19
  16:15,17 111:17
  138:17
length 75:16
lesser 54:8 83:3
  128:25
letter 75:22 112:6,9
letting 57:24
let's 19:9 26:22
  32:20 38:5 52:18
  63:15 71:4 80:17
  83:5 88:7 90:3
  112:2 116:13
  118:15 121:2
  122:11 126:18
  127:17
level 19:25 20:7,11
  20:15,16 21:6
  22:17 23:10 24:2
  25:18 27:1 33:21
  39:14 46:23 47:19
  61:18 71:21 86:13
  91:11 116:4 140:3
levels 25:22 118:20
  119:10
leverage 132:18
light 30:14 36:4
  38:6 108:4
lightweight 37:7

line 78:5
lineup 11:24
lingo 19:11
list 37:7,18 55:19
  67:16 107:1 130:1
listed 39:7
listen 75:7 94:5
  99:16
listing 35:22,23
  37:15
litigation 139:4,13
little 7:8,24 14:17
  57:6 63:25 72:6
  77:9 80:17 90:3
  103:25 106:1,17
  119:17 124:11
  132:5 137:13
LLC 1:9
LLP 2:7
local 25:18 45:18
  45:24 46:4,4,7,7
  46:20 128:4
locked 25:23
lockstep 41:19
Locust 2:3
logic 93:5
logical 92:23
long 12:19 62:24
  66:10 74:17,21
  80:14 93:18
  103:20,23 111:16
  125:18 135:20
longer 75:2 108:14
  108:15 131:16
look 5:22 6:8 23:12
  23:13 38:5 42:12
  45:20 46:21 48:6
  49:22,24 60:2
  63:14 85:18
  101:24 102:17
  109:16 126:6
  131:10,20 132:1
  140:14
looked 44:14 50:1
  59:12 93:10 101:4
  102:13

looking 7:2 42:10
  47:17 50:5 99:9
  102:12 103:10
  108:25 112:19
  113:15 120:11,13
looks 41:7 48:5,18
  130:8
Lorenzo 10:21 12:6
  38:24 86:9 92:19
  95:16,21,23 97:11
  101:20 116:14
  119:2 120:1
  125:21 126:6
lose 67:13,23,25
  68:3
loser 81:21
loses 20:10,23
losses 91:15
lost 19:13 49:15
  71:9,15,18 91:9
  91:23 126:1
lot 11:12 25:13 26:4
  26:6,7 41:5 42:7
  43:7,9 48:1,16
  72:2 73:12 74:24
  77:7 92:3 107:17
  117:7 120:10,12
  122:4 137:24
lots 67:2
lottery 73:13
lower 27:1 39:14
  97:6
Ludwig 56:9
Luis 1:4
lunch 131:12
Lynch 2:11 4:19,20
Lyoto 107:16
  126:21

———————
M
———————
M 9:7 80:12 114:23
MacDonald 107:5
  107:16 126:21
Machida 107:16
  126:21
machine 83:3

Madden 2:6 4:13
  4:14 21:23 123:17
  123:19,23 134:7
  134:14,20
main 12:4 50:15,17
  82:6 93:11,13
  95:20 97:7 113:8
  129:6,8
maintain 105:21
major 73:10 74:15
majority 15:18
  18:3,5,7 39:1
  48:19 79:17 116:8
making 11:17 16:6
  16:9 53:23 73:16
man 84:7 127:10
Management 70:5
manager 57:22
  61:24 62:2 63:4,8
  63:8 109:13,23
  110:6,16,25 128:6
managers 38:23
  53:6 61:15,22
  62:15 110:11,21
  110:24
manager's 62:13
Manning 5:12
  130:3,8
Marcy 2:11 4:20
Mark 2:5 4:12
match 32:23 65:7
  65:25 66:2,17,20
  67:14 69:15,18
  106:18,18,24
  107:3
matched 66:5,10
  126:25
matches 11:17
  30:15
matchmaker 11:1
  11:3,8,16 74:9
matchmakers
  13:14
math 31:24
Mats 111:19 112:7
matter 4:5,25

matters 6:1
Maynard 13:9,10
  13:13
mean 8:1,2 36:18
  39:24 42:10 61:24
  70:12 71:3 82:8
  92:13 94:12 97:9
  107:4 131:13,17
  135:24 136:3
  138:23 139:21
meaning 80:20
means 66:12 80:20
  109:8,10
meant 35:14 57:18
  94:13
measures 99:19
medical 75:3
mentioned 38:3
  81:13 85:25 86:19
  90:5 96:2,8
  103:11 126:20
  127:4 130:16,17
mentioning 101:11
men's 30:24 100:25
Mersch 12:24
  111:17,20
mess 53:5 92:12
Michael 12:24
  111:16,20
Mick 13:10,11,13
micromanage
  117:3
middle 57:1
middleweights 36:7
Mike 13:9
mind 13:16 32:18
  61:1 87:4 127:6
mine 117:22
minimum 21:5,7,10
  21:12,16,18 22:13
  22:16 23:10,21
  24:2,8 25:9,19
  26:2 39:12 40:14
  40:17 48:20 73:8
  86:19 90:4,15,19
  123:12 137:19



Minimums 87:8,17
minute 92:6 114:15
minutes 7:10,25
 131:18,25 132:2
Miocic 127:15,25
misread 13:11
misstated 17:9
mix 91:10
MMA 27:1 33:14
 35:1,11 37:16,20
 38:25 73:21 74:2
 102:2,5,6,14
moment 28:10
 34:21 81:3
Monday 125:20
money 52:23 53:4
 54:10 63:13,16
 77:9 108:24
 125:22
MONTAGUE 2:3
month 102:24
months 42:17
 65:24 66:8 74:16
 74:16 75:6 103:7
 139:25
moot 5:20
morning 4:9,11,13
 4:15,17,19,21,23
 9:9,10
mother 110:25
motion 112:23
 135:10,12,19,22
 135:22 137:6,6,18
 139:1 140:19
motions 5:7,15 6:1
 6:4,11 131:22
 135:2,5 138:9
 140:12,15
Mousasi 107:17
 126:21
move 105:9 106:6,7
 111:4 116:13
 126:18
moved 130:4
moves 20:6
moving 22:13 87:7

87:17 139:11
Muay 73:4
multiple 31:5 45:5
 72:19 84:17 93:17
multiplied 92:1
multi-bout 19:22
multi-fight 45:1

N

N 3:1 4:2 9:7,7
 80:12,12 114:23
 114:23
Nakamura 2:10
 4:21,22
name 23:1 25:17
 109:18
named 53:13,16
 127:10
Nathan 1:4
Nation 102:5,14
nationally 46:13,18
nature 72:23
 135:17
necessarily 27:7
 44:1 48:23 103:6
 135:25
necessary 7:5
 117:11
need 5:1 6:23 7:13
 7:22,23 8:3,17
 19:10 28:13,19,23
 32:17 48:25 59:3
 76:16 85:19,19
 87:25 111:21
 114:14 129:20,24
 130:25 134:5
 140:16
needed 27:8 29:10
 74:14 131:4
needs 51:18 139:6,9
 139:10,15
negligible 113:24
negotiate 41:12
 52:21 54:4,23
 79:13 82:17 85:6
 86:6 96:13 97:14

97:15
negotiated 15:3,17
 15:20 86:1,14
 95:14 97:3 100:21
negotiating 14:25
 15:9 16:8 17:3
 61:15 62:6 78:18
 96:23 105:11,15
 113:9 115:3,16
 116:3,18 118:3,10
negotiation 15:16
 64:23 65:6,18,21
 66:16 108:21
negotiations 64:16
 85:9,13 97:8
 108:14 110:8
neither 132:23,25
 141:7
NEVADA 1:2
never 17:21 28:6
 71:9,14,15,16,18
 73:25 83:24 94:25
 101:2 103:20
 104:5 118:21
 119:10,11,11,14
 137:10
never-ending 28:5
new 2:8 14:21 25:8
 26:23 42:22 46:17
 56:16,19 63:7
 78:20 79:1,17
 90:5 104:14 107:7
 108:23,24 109:10
 112:14 119:19
 129:9 135:12
newly 134:15
NFL 75:5
nickname 11:10
night 81:20 82:6
 84:20,21 109:24
 109:25 121:17,18
 122:11,12 125:17
 125:23,23 126:10
 126:10
Nilsson 111:19
 112:7

Nods 55:9 121:16
normally 12:9
North 50:11,16
Northcutt 91:25
NORWOOD 2:11
Notary 141:20
notes 141:4
notice 26:6 49:12
 63:10,20 77:5
 83:19
number 5:9,17,19
 16:10 17:15 26:13
 27:23 35:5 37:23
 37:23,23,23,23,24
 39:13 46:12 47:2
 67:4 69:6 92:11
 98:10,11 100:8
 103:5 123:20
numbers 17:5,7,8
 17:14 44:11 48:3
 48:6 55:21 59:20
 68:18 88:10 93:5
NW 2:8

O

O 4:2 9:7 80:11,12
 114:23
object 39:22 70:14
 104:4 107:7
 112:12 124:5
objection 77:21
 105:8 106:3
objective 55:23
 61:7 96:21
obligated 79:6
obliged 66:5
obtain 34:8
obtained 38:2
obtaining 48:11
obviously 26:12
 93:8 131:13
occasions 129:2
occurred 12:9
October 53:12,18
offer 16:14 24:9,14
 24:15,16,17,23

35:2 52:10 54:5
 54:22,24 56:15,23
 63:7 65:7,13,15
 65:25 66:2,4,10
 66:20 67:14 71:22
 71:23 78:22 79:18
 81:18 96:14 108:2
 108:23 118:21
 126:23,25
offered 52:5,12
 53:23 57:7 95:25
 120:9
offering 15:25 54:9
 79:1 84:9 96:5
 116:22 118:23
 119:12
offers 16:5,9
 106:19 107:18,19
official 11:10
oftentimes 96:1
of-the-night 81:18
 99:5 122:9,25
 123:4
oh 39:12 87:5 122:6
 123:24
okay 6:19 8:14 9:3
 9:19,23 10:2,8,18
 11:5 12:8,12,24
 13:4,8,13,16,20
 13:23 14:2,14
 15:3,8,15,23 16:8
 16:14 17:1,12
 18:11 19:16,21,24
 20:14 21:1,17
 22:22 23:12,25
 24:7 25:2 27:17
 31:17 32:4,20
 33:11 34:17,22,25
 36:21 37:4,22
 38:18,21 40:12
 44:9 49:18 50:22
 51:11,22 52:2
 54:3 56:11,23
 57:2 59:8,17
 60:22 61:12,21
 64:6,15 65:5,20



66:21 67:17,25
69:2,10,17,22
70:17 71:16,25
72:8,24 75:11
77:16 82:16 84:25
87:10 88:13,24
89:6,10,14,21
90:3,18 91:14
92:4 94:10 95:2
95:10 97:24 98:5
100:11,19 101:3,7
101:7 104:15
106:7 107:12,20
109:4,16 111:1
112:10 114:11
115:22 119:5
120:16 121:2
122:13,21 124:8
124:14,23 125:3
125:13 126:12,18
127:7,17 128:17
129:4 131:4 134:5
137:13 140:4,10
**Olav** 92:8
**oldest** 119:20
**Omielanczuk**
109:19,20
**once** 27:6 29:10
31:4 100:21
**ones** 97:11 100:1
127:5
**one-page** 78:3
**one-year** 65:21
66:17
**open** 29:23
**open-ended** 74:20
**operated** 33:17
**operating** 117:6
132:18
**opinion** 33:11,15
92:17 99:1 101:20
**opinions** 101:18
**opponent** 47:9
127:19
**opportunity** 8:13
49:17

**oranges** 119:17
**order** 8:7 49:2 64:1
128:7,19
**organization** 33:16
**organizations**
26:17,24
**original** 29:24
**Oscar** 73:24
**outbid** 107:19
**outcome** 141:13
**outliers** 74:12
**outside** 27:10,19
28:2 29:15 44:17
47:17 63:21
108:14
**outstanding** 140:1
140:12,17
**overload** 27:9
**Overruled** 40:1
107:10
**owe** 44:25 47:8
48:25
**ownership** 35:17
**Oyer** 5:13

**P**

**P** 4:2
**PA** 2:4
**page** 22:11,13,15
37:14 51:11 52:9
52:18,19,22,25,25
53:2,17,17 56:12
57:1,9 58:8 60:24
109:1,16 113:15
123:15 124:4
127:18,20 132:13
132:14,15,23,25
133:2,4,5,6,8,9,10
133:12,13,14,15
133:16,17,18,19
133:20,21,22,23
133:24,25 134:1,2
134:3,4
**paid** 17:22,25 19:17
21:8 39:14 57:19
59:14 62:12 80:23

80:25 84:14 89:1
94:14 95:7 106:14
110:12
**pair** 14:18
**papers** 135:11
**PAR** 16:22,24,24
17:1
**Parsons** 78:8,10
**part** 13:24,24 23:8
23:25 48:10 50:15
50:17 55:15 67:1
77:18 99:13,25
122:17 126:14
130:24 131:15
135:13 138:22
**participating** 81:21
**particular** 19:13
28:8 36:19 46:15
46:16 51:2 96:5
113:19 125:2
**particularly** 42:20
**parties** 135:3 141:8
141:11
**Pat** 78:6
**Patrick** 2:6 4:14
**pay** 17:14,15 19:2,5
19:25 20:7,11
21:5,5,19 23:10
24:10 39:19 40:14
41:23 42:2 45:15
46:2 50:1 53:4,21
54:13 55:1,11,22
58:4,14 59:19
62:11 63:21 78:22
79:5 86:19 92:2
92:12,13,15 99:10
99:14,19 122:15
122:19
**paying** 77:19,20
92:24,25 104:2
**payment** 121:3,9
121:14,21 123:14
123:25
**payments** 90:23
91:2
**Pay-Per-View**

50:18 84:4,10
85:25 86:1,4,6,12
121:9,18 122:2,5
122:6,17
**Pay-Per-Views**
86:14
**PCCX-104** 78:4
**PCCX-255** 56:3
**PCCX-338** 53:11
**PCCX-365** 35:5
**PCCX-391** 25:4
50:23 51:21 92:4
**PCCX-41** 132:11
**PCCX-88** 124:14
**people** 11:13 13:17
13:18 14:24 25:15
25:17 26:5 27:5
28:6,8,16 33:23
47:24 53:22 54:10
54:16 62:25 68:20
71:25 72:21 73:17
73:18 77:10 82:24
83:4 91:24 95:14
95:20,23 97:7
103:5 113:9 116:3
116:13 118:10
128:22
**percent** 15:19 18:7
47:24 48:6 67:23
68:1,3 69:18
97:10,22,22
106:23 116:15
119:6
**percentage** 25:25
26:4 27:21 39:18
43:15 67:10,11,17
67:20 86:12 104:2
**percentages** 44:3
107:11
**percentage-wise**
43:18
**Perfect** 8:14 37:4
69:22 75:1
**perform** 42:5
**performance** 41:24
42:4 50:3 55:1,4

55:11 57:12,17,21
58:1 60:3,16
81:22 84:21 93:10
93:23 94:6,22,24
96:6 98:10,25
99:9,18 101:13
118:5 121:23
122:15 126:10,15
**period** 15:15 30:5
38:7 64:24 65:1,6
65:10,21,22 66:16
68:9 79:9 125:18
**person** 11:16 15:9
46:2 84:19 88:15
89:2 116:5
**personal** 57:23,24
**petition** 136:20
**petitions** 136:8
**Philadelphia** 2:4
**physically** 47:3
**pick** 46:5
**pickier** 85:21
**pie** 29:7
**piece** 86:3,6
**pin** 68:17
**place** 54:4,24
117:24
**plaintiff** 86:20
**plaintiffs** 1:7 2:6
4:10,12,14 7:19
8:9,12 22:6,7
92:10 101:24
105:20 106:17
108:5 111:9 113:2
130:2,5 137:22
**plan** 18:24
**play** 138:13
**played** 135:23
**please** 4:7 6:24 8:20
22:11 51:12 57:3
81:1 92:5 106:2
112:3 115:12
123:15 124:15,15
**point** 6:9 18:19
90:11,19 103:9
104:18 112:17,21



132:7 137:24
139:1,16
**points** 26:16 28:23
**Poland** 42:18,19
43:2 49:22,23
50:4,4,9
**policy** 96:16 114:1
114:5
**Polish** 42:19,22,24
**pool** 29:12,16 103:3
119:23
**popular** 42:5 49:22
49:24 50:3 91:24
101:15
**popularity** 41:24
42:11 45:19 46:14
50:2,4 55:2,5,12
57:12,17 58:1
60:2,17 62:21
63:23 93:11,24,25
94:7 96:6 98:9,25
99:9,18 101:13
118:5 121:23,25
122:18
**portion** 75:14
132:13
**position** 77:18
129:7
**possibility** 55:6
86:8
**possibly** 138:4
**posted** 37:17
**potential** 52:10
55:3,5 92:3 99:13
101:12,12,21
135:7
**potentially** 33:20
46:20 62:14 136:3
**pound** 100:25
**pounds** 28:9
**power** 61:25
**PR** 45:25 46:7
**practically** 136:4
137:12
**practice** 49:11
78:17 113:20

**prefer** 47:9 108:11
**prejudice** 5:20
135:3
**premium** 42:22
**preparation** 13:24
**prepare** 47:14 63:3
**prepared** 88:15
**presence** 4:7
**president** 9:24
10:18 11:11 96:18
**pressure** 116:5,7
**pretty** 28:5 58:10
**prevail** 136:11,13
136:16 137:1,6
**previously** 52:5
104:16 105:6
**Pride** 33:17,20,24
**primary** 15:9
**prior** 56:17 110:7
**privately** 71:8
**probably** 7:23
15:19 44:8 68:4
83:13 97:10,12
116:25
**probative** 113:24
**problem** 60:10
73:15 82:23
**problems** 62:14
**procedures** 6:6
**proceed** 32:19,20
**proceeding** 51:25
131:18
**proceedings** 80:8
130:23 132:9
140:25 141:5,6,9
**process** 23:25 28:5
29:19
**profitable** 132:17
**progresses** 40:21
**projections** 41:5
88:19 89:5
**promised** 76:14
**promoter** 65:8
**promoters** 27:1
33:8,9
**promotion** 33:14

46:4 65:2,25
126:25 128:1
**promotional** 16:18
16:21 64:3
**promotions** 98:15
128:4,25
**proposal** 22:15
24:1,7
**proposals** 23:19
**propose** 11:20
**proposed** 11:24
52:13
**provide** 18:15,20
65:24 81:10
**provided** 64:23
65:24 81:10
**provision** 19:25
20:4
**provisions** 64:18
**public** 53:20 58:13
130:24 134:12
**publicly** 71:8,12,18
**pull** 4:24 77:14
81:1 108:25
111:10 112:10
**pulling** 55:20
**purchase** 14:16
**purchased** 9:16
34:2,4,7 37:12
**purses** 53:20 58:13
**pursue** 137:10
**push** 77:9
**pushback** 138:4
**put** 21:17 33:9
39:10,12 42:22
43:15 50:9 53:9
66:19 69:25 78:3
87:6 89:16,24
92:5 101:25 104:5
108:16 115:22
116:5 123:15
124:3 127:8 129:7
137:25
**putting** 9:2 49:21
49:23 71:20 87:4
**p.m** 1:16 132:9
140:25

## Q

**qualifications**
25:15
**Quarry** 1:4
**question** 17:11
39:13 44:1 59:4,5
59:9 61:10,11
70:13,16,21 72:10
89:7 94:5 99:16
99:21,22 104:22
105:24 106:4,13
111:13 112:3
114:1 115:8
124:22 125:1
139:5
**questions** 5:23 6:10
18:14 19:8,10
32:8,10,17 34:12
72:9 79:23 92:11
102:3 104:9 106:2
114:12 129:12
**quick** 74:23 114:18
**quite** 29:14 44:21
47:18 55:6 103:22
108:22 111:6
**quote** 52:24

## R

**R** 4:2 9:6 80:11
114:22,22
**raise** 8:19 23:9 24:7
62:10 116:5
**raising** 116:4 135:6
**rank** 42:11 45:18
**ranked** 36:20 82:25
103:5
**ranking** 102:6,15
103:13
**rankings** 36:20
37:17,19 38:6
102:4,5,9,11,12
102:13,14,19,20
102:23 103:3,6,10
**ranks** 46:25 103:11
**rare** 49:14
**rate** 70:4

**rates** 70:6
**rationale** 35:17
**read** 7:5 17:11
34:22 36:14 59:3
59:7 109:2 131:15
**reading** 6:16
**ready** 74:25 75:10
76:1,12,22 77:3
77:11,13 127:23
**real** 74:23
**really** 11:13 47:20
48:24 73:11 85:18
104:21,25 120:10
121:22
**reason** 34:7 63:21
112:7,17,25
113:10 114:6
**reasons** 55:16,19
**recall** 13:20 21:15
22:20 54:1 56:7
61:21 86:20
106:19 115:18
119:1
**receive** 81:16 90:8
91:1,16 96:11
**received** 19:14 90:6
90:22 92:2
**receives** 81:16
**recess** 80:5,7 132:8
**recollection** 116:17
**recommend** 110:24
**record** 4:8 51:17,19
63:22 88:2 91:18
104:7 106:9
129:25 130:24
131:3 132:6,10
141:6
**records** 59:14,16
62:21 127:22
128:8 129:1
**recovery** 129:16
**recross** 3:3 7:22,23
**redact** 132:13
**redacted** 132:14,16
132:18,20,22,24
133:1,3,4,5,7,9,11



133:12,13,14,15
133:16,17,18,19
133:20,21,22,23
133:24,25 134:1,2
134:3,4,15
**redirect** 3:3 7:21
**reduced** 141:4
**refer** 56:9 86:9
102:13
**reference** 75:14
**referenced** 40:9
**references** 125:18
**referencing** 87:11
87:12
**referred** 75:13
111:10
**referring** 116:2
128:12,14
**reflect** 81:9
**reflected** 41:24
**refresh** 116:17
**regarding** 6:6
53:15 56:4 85:10
**region** 110:5
**Registration**
141:20
**regularly** 115:16
**rehabilitation** 7:1
**Rein** 70:1
**reject** 71:22
**related** 35:17 97:20
141:8
**relates** 6:12,22
100:13 105:6
106:10 113:20
120:8 137:18
138:1,11 140:6
**relation** 68:20
140:14
**relations** 9:24
11:11 96:18
**relative** 58:4 61:18
62:20 141:10
**relevant** 32:11
112:16 113:18
114:2

**remember** 71:4
91:22
**remind** 63:5
**Reminder** 70:7
**rendered** 138:7
**renegotiate** 78:12
100:23 108:8
109:14
**renegotiated** 108:7
**renegotiating**
108:19
**renewing** 69:8,12
**repeat** 90:24
**repeatedly** 63:4
**replace** 29:9,13,16
**replacement** 47:1
**replacements** 48:15
**report** 5:10 111:9
111:23
**REPORTER** 141:1
**reports** 6:2 134:11
**representative** 51:2
127:12
**representatives**
128:19
**represented** 14:3
127:15
**representing** 14:8
56:15
**request** 9:2 111:18
134:15
**requestion** 8:13
**requires** 64:2
**reserve** 7:24
**resolved** 140:11,15
**respect** 140:17
**respective** 15:25
**respond** 65:17,17
**responded** 52:23
53:3
**responding** 78:10
**responds** 111:20
**response** 34:12
56:25 57:8 62:13
70:2
**responsibilities**

14:17,20 15:13,17
**responsible** 14:25
**rest** 15:20 73:9 74:8
74:14
**restroom** 80:3
**resubmit** 135:10
**resulted** 94:12
**resumed** 80:8
132:9
**retain** 65:22 70:8
71:10,19 107:2,3
108:1
**retention** 70:4,6
**return** 26:9 79:5
**revenue** 86:16
104:3 106:14
132:21
**revenues** 86:2
105:12,21 106:10
**reversal** 138:6
**review** 110:3
**reviewed** 13:23
**re-up** 66:5
**re-upped** 79:17
**Ribaric** 141:3,19
**Ricardo** 53:16,23
54:9
**RICHARD** 1:14
**Richmond** 1:17
**right** 4:4 6:14 8:10
8:19,20 9:12,14
9:17,21,25 10:3,9
10:16,19,22,24
12:25 13:2,6,9,14
13:25 14:12,15,18
14:22 15:6,10,18
16:1,12,19,22
17:3,16 18:16
19:8,14,19,22
20:2,8,12,16,24
21:1,6,25 22:10
23:3,13,20,23
24:5,11,25 25:2
26:14,19 31:23
32:1,4,11 33:9
37:20,24 38:8,13

38:16,21 39:2,10
39:11 40:5 41:9
41:11,23 42:2
43:6,11 44:4,12
46:9 48:7,8,22
49:7,9 50:22 51:3
51:7,9 52:14,16
52:18 53:9 54:8
54:12,20 55:4,8
55:22 56:2 57:22
58:2,17 59:16,20
59:24 60:9,18,20
60:25 61:4,19
62:2,15,23 63:15
63:24 64:9,24
65:7,15 66:4,17
67:2 68:22,25
69:4,15,20 71:20
72:5,5,15 73:20
74:22 75:17,23
76:6,12,20 77:20
78:3,18,24 79:3,5
79:11,19,21,22
82:4,13 83:15,16
84:16 85:4 86:18
90:16 93:3,7,14
93:15 94:8,25
95:8,10 97:8,17
97:23 98:17 101:3
106:1,18,18,24
110:13,18 111:1
114:17 116:20
117:2,18 118:5,7
118:10,15 120:21
121:7,8,24 123:10
125:15 126:5,16
126:18 127:1,7,13
127:15 128:1,5,9
128:12,22 129:11
129:13,19 130:6
131:7,9 134:13
136:4 137:14
138:21 140:7,23
**rights** 16:18,22
64:3 137:10
**right-to-match**

65:10,21 69:3
**risk** 47:13 63:2
**role** 88:17
**room** 85:20,24
**rooms** 85:22
**Rory** 107:5,16
126:21
**roster** 29:9
**rough** 72:15
**round** 110:1 138:19
**RPR** 141:19
**rule** 138:25
**ruled** 8:6
**rulings** 5:7 131:10
**running** 72:6
**Ryan** 107:5,16
126:20

**S**
**S** 4:2 80:11,11
**Sage** 91:25
**salary** 17:22
**saw** 40:13 92:3
119:4
**saying** 5:21 28:21
41:1,23 44:10
46:10,16 54:15
60:13 63:17 74:13
89:15 92:22 93:21
94:13,14 95:3
100:4,20 104:24
113:5,6,17 118:18
118:23 119:9
120:7 122:9 137:4
137:5,12,16
**says** 23:15 35:24
36:12 47:23 54:9
70:5 109:9,22,23
**SB** 102:5,14
**scale** 59:19
**scales** 87:18
**schedule** 6:21
**scheduled** 47:7
**SCHILLER** 2:7
**science** 75:3 94:3
**scout** 11:17



scouting 46:20
screen 21:17,20
  87:4 123:23,24
seal 5:7,15 131:22
  140:12,15
sealing 6:12
Sean 10:24 13:6,13
  15:13,16,23 34:19
  38:25 92:20 95:16
  95:20,22 97:9,10
  98:19 100:24
  101:20 115:1,15
  116:8,9,11 120:2
  125:21
Sean's 98:18,21
searching 14:21
seasonal 17:22
second 8:7 17:15
  20:16 21:21 24:19
  25:6 32:13,15
  41:13,21 78:9
  90:8,9,11,13,14
  90:15,22 91:1,3
  91:16 98:3 118:17
seconds 110:1
see 6:23 7:11 23:14
  32:14,24 36:15
  37:15,22 38:7
  56:21 57:13 58:15
  78:15 83:22 97:13
  102:21 109:25
  112:15
seek 136:17
seen 67:3 70:21
  73:22 81:7 98:14
  125:11,13
sell 46:7
send 74:19 75:21
  112:6
sends 52:20
sense 44:11,19 61:2
  68:15,18 95:3
  100:12 138:9,10
sent 35:8 128:18
separate 30:17
  110:15

September 1:15 4:1
  141:15
series 25:4 50:23
  51:5 56:3,7
  127:10
served 11:12
services 65:2
set 11:25 28:2 72:9
  77:11 90:14 92:21
  105:21 121:14
  141:14
sets 19:25
seven 73:15 74:16
severity 72:23
share 39:6 85:15
  104:1,10,11,16
shared 15:12,16
shares 86:1
sheet 87:18
Shelby 10:24 13:6
  13:13 15:13,16,17
  15:23 16:5 34:19
  38:25 95:16 97:9
  97:19,21,22 98:6
  98:11,23 99:8,17
  115:1,15 116:2,18
  118:7,22 119:9
  120:19
Sherdog 102:19
shifting 136:25
short 49:12 63:10
  77:5
shorthand 17:4
shot 47:17 137:2
show 17:17,19
  19:14 22:18 23:16
  23:21 29:24 30:16
  34:17 39:19 42:18
  43:2,13,22 44:22
  45:4,5,12 46:6,6
  48:15 49:21,23
  50:14,15 53:10
  56:11 57:2,8
  58:19,20 70:19
  71:3 76:25 77:5
  80:21 81:19 82:21

82:21,22 83:2
  84:3,9 85:15 88:1
  90:23 91:2 108:16
  108:17 115:5
  121:13 123:5,8,10
  125:19
showed 86:20
  119:25
showing 19:18
  34:25 38:23 41:8
  124:3
shown 112:12
  124:1 130:21,21
  130:22,25
shows 11:19 33:9
  43:8 44:5,24 45:5
  45:6,13 48:16
  50:9 83:4,6,21
  84:2,6 108:13
  123:7
side 7:10 130:2,5
  137:1,21 138:12
sides 52:4 136:15
sign 11:18 12:2,6
  16:19 28:6,8,16
  47:21 48:14 49:4
  51:6 57:4 64:2,12
  64:19 77:4 78:20
  103:15,18,21
  127:18
signed 91:25
significant 132:17
significantly 139:3
signing 14:25 28:17
  28:18 38:25 64:8
  85:7 90:21,25
  96:19
silos 117:7
Silva 3:4 6:15,16,18
  6:19 7:9,15 8:22
  9:9,12 11:7 17:20
  22:23 25:8 32:5
  36:10 40:4 43:10
  59:18 67:1,22
  68:10 72:11 76:11
  78:8 79:24 87:22

93:3 94:4 97:1
  99:15 104:5,7
  110:10 114:20
  118:18 124:7,17
  124:24 129:14,18
  130:3 131:13
Silva's 5:2 115:23
similar 53:11 54:7
  62:5,21 63:22,22
  90:23 91:2 123:12
similarly 1:6
simply 45:3 83:19
  85:21 92:2
Singer 5:11 111:9
  111:23 130:6
sir 9:18 12:23 23:6
  28:25 36:16 49:6
  51:4,10 56:8
  72:13 110:17
sit 132:2
sitting 14:11 76:16
situated 1:6
situation 62:3
  69:13,14 113:19
six 74:16 75:6
six-month 111:19
  111:21
size 84:9 135:17
  136:16
skills 62:21
skip 32:10 83:4
slide 86:23
slides 44:14 88:5
slightly 18:4 91:17
  111:5
slot 118:3
small 83:2 128:4
smaller 29:14
  30:18,24 69:6
  74:2 123:7
smallest 40:15
smart 120:4
smarter 73:18
solid 63:15
solo 73:24
solved 82:23

somebody 11:14
  27:4 29:16 45:25
  46:3 47:5,10,16
  47:20 55:13 63:16
  63:22 65:13,15
  74:18 92:17 93:16
soon 77:10
sorry 13:11 22:23
  33:4 36:10 40:25
  52:25 77:2,21
  87:5 88:14 90:11
  90:24 110:10
  112:1 122:10
sort 30:4 49:2 74:8
  76:8 93:18 100:5
  101:4 110:20
  111:21 138:6
  139:12 140:3
sorts 138:23
sound 15:6 23:23
  79:19
sounds 74:13
sparred 73:25
speaking 136:4
  137:13
specific 43:10
specifically 6:9
  117:13
spectacular 84:22
speedy 129:16
spend 120:10,12
spending 105:17
spent 10:8
spin 71:20
split 97:12,20
spoke 111:6 134:7
sport 26:8 47:3
  72:15,23 73:23,24
spot 84:6
spreadsheet 85:4
stable 110:21
Stacey 2:10 4:16
staff 27:19,20
stage 69:3 93:10
standard 16:18
  24:9 25:8 48:20



49:11 64:18,22
65:6 73:8 81:25
83:6 85:14 123:8
**start** 5:2 16:9 29:20
57:4 76:4,20,21
90:6 128:24
**started** 8:15 9:12
29:3,23 76:22
123:3 128:25
**starting** 14:15
26:22 52:12 83:19
90:11
**starts** 23:20,21 35:5
**state** 17:10
**stated** 74:18 139:16
**statement** 49:20
**States** 1:1 43:6,16
44:7,25
**stature** 85:18 86:8
**stay** 20:11 35:23
102:23 108:12
120:7 139:14
**step** 47:11
**stepped** 63:9,20
**Stipe** 127:15
**stipulation** 130:14
140:6
**stop** 136:10,11
**stopped** 119:4
**streams** 98:16
**Street** 2:3
**strike** 106:8
**Strikeforce** 26:25
27:4,13,18 30:10
31:1,3,7,8,11,15
31:19,25 32:9
34:3,8,11,12
37:12,22 38:1,10
38:11 39:5 83:12
103:12,14
**Strikeforce's** 34:8
**strong** 13:17
132:15
**structure** 19:9 21:5
21:11 24:18 53:5
92:12,14,15,21,22

96:12
**structured** 18:4
20:5
**stuff** 88:19
**style** 109:25
**subject** 35:1,11
78:5 102:2
**submission** 81:23
**submit** 130:13
135:11,12 140:4,6
**submitted** 51:21
113:1 134:10
**substantial** 132:21
134:10 137:8
**substantially** 84:13
122:24
**successful** 38:24
103:20
**sudden** 29:6,21
**suffer** 73:10
**suggested** 105:20
**suggestions** 125:25
**summarize** 39:4
125:20
**summary** 134:9
135:2,10,12,22
138:16,19
**superior** 33:23
**supportive** 7:1
**Supreme** 136:17,22
**sure** 6:25 7:7,14
12:14 22:25 25:22
26:3 51:14,16,24
51:24 58:25,25
59:12,13 67:8
80:4 87:2,5,11
91:21 105:2 109:6
110:24 111:14
112:18,20 114:16
114:19 115:13
120:22 123:3
129:24 135:16
140:1
**suspending** 76:8
**sustain** 105:8 106:3
**sustained** 77:23

106:5,15 124:9
**Suter** 2:5 4:11,12
**Sven** 56:4
**swelled** 46:25
**Switch** 22:4
**sworn** 8:17,23

---

**T**

**T** 9:6,7 80:12
114:22,23
**table** 14:12 42:4
**take** 7:6,17 42:23
46:2 47:10,12
50:22 57:24 63:1
70:25 71:1 75:1
79:25 80:4,14
92:6 97:6 108:15
124:15,15 126:12
131:25 136:7,17
137:1,7,13
**taken** 80:7 132:8
**takes** 136:7
**talent** 9:24 11:11
11:17 14:21 27:15
28:13 33:13 34:13
39:1 45:6 46:20
96:18 119:23
**talk** 16:3 78:14
80:17 90:3 95:22
103:25 109:9
116:24 117:13
118:15 121:2
122:11
**talked** 14:16 17:5
96:21 116:22
139:8
**talking** 43:25 48:11
57:18 61:8 70:3
87:14,20 90:12
92:22 102:4
116:20 122:6
128:15
**talks** 88:8
**team** 73:22
**technical** 9:13
**tell** 11:7 45:3 57:10

61:17 62:19 67:6
75:9 117:19
137:23 140:11
**telling** 61:21
128:19
**tenure** 15:8
**term** 17:7,17 64:21
65:23 66:14 75:15
75:25 76:4,10
**terms** 7:16 16:10
16:16,17 42:4
60:4,13 67:9 82:8
93:9 94:20 95:19
97:18 101:22
102:6 108:19
118:4 122:21
**testified** 8:23 34:11
39:24 77:24 105:7
111:6,7 124:7,17
**testify** 104:12,16,18
104:20
**testifying** 111:25
**testimony** 5:2 7:15
58:21 97:2 105:1
105:5 106:20
115:6,22
**text** 13:7
**Thai** 73:4
**Thank** 8:16,21 9:4
9:11 12:12 14:14
18:11 32:4,16
33:5 37:5 49:18
52:2,7 61:12
62:17 69:23 75:11
79:23 80:6 84:25
89:21 95:11 101:8
110:18 111:1
114:12,13 120:16
129:13,17,18
131:5 140:24
**theme** 53:11
**they'd** 95:19 98:10
98:10 110:12
**thing** 42:14 62:24
67:2 93:18 94:2
101:13,16,18

103:9 104:7 108:5
117:15,16 119:22
120:3,5 140:5
**things** 4:24 7:2,5
12:5 42:7 51:15
72:2 73:22 80:15
93:16 105:6 129:5
**think** 5:4 15:3
17:10 22:2 26:4
32:10 36:12 41:17
48:1,3 61:9,11
63:12 68:4 71:11
71:20 77:24 83:18
96:19 104:25
112:16 114:1
116:1,7 118:24
119:13,16 120:4
125:24 126:1,2
136:19 137:11
139:2,22 140:5,10
140:13,15
**thinking** 118:23
119:12
**third** 24:20 78:18
78:21 79:9 108:7
108:9,9,9,20
116:5
**thought** 74:25 75:2
92:18,19,20 122:9
138:22 139:20
**thousands** 68:12
113:21
**three** 23:18 30:2
45:8 48:14 50:3
63:10,20 78:14
79:7 91:7,8,9,9,12
109:10 116:1,2
136:5
**three-fourths** 44:6
**throws** 41:14
**ticket** 11:25 12:9
28:3 49:3
**tickets** 46:8
**tier** 39:18,18,19
40:16,19 47:24
48:7,7 87:19 88:9



tiers 39:19 40:5,9
  41:3
Tim 109:8,10
time 7:8,14 8:3
  9:23 10:15 17:20
  23:10 24:9 26:11
  26:17,22 27:17,22
  27:24 28:6,24
  29:13 30:5,13
  31:20 34:4,14
  43:5,16 44:15
  63:11 64:6 69:19
  72:7 73:8,16 74:3
  74:8,14,17 75:1
  76:15,17 82:20
  83:9 89:13,19
  99:4 103:23
  116:14,25 120:11
  120:12 123:2,5
  125:18 127:25
  130:12 132:5,7
  135:9 137:13
  138:18 140:18
times 28:7,15 63:10
  63:20 73:15 84:18
  96:8 103:12
tired 7:2
title 11:11 83:25
  86:11
today 9:11 13:25
  14:6,9 52:1 64:12
  102:5 129:15,21
  130:10 131:18
  132:4
told 10:12 15:4
  21:4 33:2 43:1,22
  44:22 62:18 79:16
  96:4 105:14,17
  109:5 115:17
  128:17 129:4
tools 54:3,23
top 33:13 34:25
  35:18 36:2,4,7,15
  36:21,24,25 37:2
  37:3,9,19 38:7,25
  39:1,6 52:25 53:2

56:5 57:9 58:9
  67:16 78:9,11
  91:21 97:15
  103:12,23 107:4
  127:20 132:16
Topel 5:11
topic 69:25 111:5
  126:19
topics 63:25
touch 85:3 101:1
touched 80:16
tough 57:10
Tracy 12:19 111:16
traffic 113:13
train 73:18
trained 73:3
trainers 19:3
training 19:6 47:13
  63:2
transcript 1:13
  13:23
treated 61:22 62:6
  62:20
treating 54:20 61:7
trend 83:20
tried 42:2 54:22
  94:15 95:4 98:15
  103:24 105:21
  118:7,9,13
tries 52:21
true 10:13 141:6
trusty 9:1
try 7:4 22:2 46:1
  54:4,25 58:25
  60:17 62:3 68:17
  70:19 93:2,4 94:4
  94:10,16 98:20
  99:15 102:9
  103:18,21 106:3
  108:1 114:17
  121:22 137:10
trying 41:17,18
  44:2,10 51:6
  54:12,19 55:10,22
  57:22 58:11 61:4
  68:11,15,17 89:4

99:21 101:16
  109:14
turn 22:11 37:14
  39:11 51:11 56:2
  56:25 58:8 88:7
  108:13 127:17,20
turns 77:3
two 16:10 17:5,14
  29:8 30:1 36:11
  42:17 73:17 78:4
  81:22 84:18 85:19
  93:11,13 119:6
  131:21 136:4
  140:13
type 17:22 47:18
  100:15 102:6
types 81:10 82:13
  82:17 98:9 121:21
typewriting 141:5
typical 78:17
typically 16:9 17:4
  19:21 20:1,4,11
  50:10 64:23 65:7
  65:10 78:21
  100:22

_____

**U**

UFC 1:10 9:13,17
  9:19,20 10:2,5,16
  10:18 11:1,3,13
  13:14,17 14:16,21
  15:1,5,8 18:15,20
  18:24 19:2,5,21
  19:24 21:3,10
  22:16,19 23:5,9
  24:1,3 25:10,13
  26:1,14 27:19
  29:23,24 30:23
  33:13,21,24 34:14
  35:14,24 36:4
  37:8,12 38:2,12
  38:15,19 41:23
  43:5,15 44:7,14
  47:14,18 49:21,23
  50:1,9 51:7 53:24
  54:10 58:3 64:1,8

64:12,22 70:7
  71:8,9,19 75:15
  75:21 77:19 80:23
  81:6,10 85:9
  89:19 90:9,16,22
  91:1 103:2,16
  109:24 110:5
  119:4 125:14
  126:22,22,24,25
  127:4 128:7,11,14
  128:15 129:2
UFC's 13:9 24:8,9
  39:6 57:19 64:12
  69:11
Uh-huh 123:13
Ultimate 1:9
ultimately 11:22
umbrella 69:11
unable 76:16 107:2
understand 6:15,23
  31:22 40:4,21
  41:2,6 43:3,24
  46:9 60:12 68:10
  68:19 87:23 89:14
  93:20,21 94:19
  99:7,17 100:3,20
understanding
  27:23 43:4 97:2
  99:8
understood 40:8
  64:16 99:20 114:3
under-seal 134:17
Unexpected 55:6
unfairly 61:23
uniform 83:14
United 1:1 43:6,16
  44:7,25
unknown 101:14
unofficial 21:4
unredacting 134:11
unsealed 6:3
untested 90:5
USA 102:5
use 21:23 80:2
  94:15 95:4 96:13
  99:23

usually 47:16 49:16
  69:8 72:22
utilize 27:14

_____

**V**

v 1:8
validated 110:4
value 110:4 113:24
vary 40:23 42:1
  101:19,20
vast 15:18 116:8
vastly 48:4 98:7
  100:14
Vazquez 1:5
Vegas 46:17
Vera 1:4 107:25
  108:1
verbalize 55:15
  59:22 93:19
versions 134:17,18
versus 82:3 119:19
vice 9:24 11:11
  96:18
view 57:19,19 73:8
  118:4
violence 109:18
Virginia 1:17
  141:21
voting 103:4

_____

**W**

wage 104:1,9,11,16
wait 28:17 63:17
  66:15 84:4,10
  110:3 138:9,11
waiting 22:1
want 6:8,25 7:14
  12:6 17:21 21:24
  21:25 35:2 39:15
  44:19 48:24 49:20
  51:14 59:3,24
  66:14 69:25 70:11
  70:12 71:4,21,24
  74:3,9 77:8 78:3
  79:25 80:14 83:1
  84:3 86:18 92:4



95:3 98:13 100:2
101:24 103:25
105:25 107:2
108:22 109:18
111:4 113:8 123:6
124:10 126:8,8
129:21,23 131:20
131:25 132:3
135:4 138:18
**wanted** 4:23 7:24
25:21 32:24 37:5
47:20 58:24 59:12
59:17,18 61:22
62:19 65:23 66:9
67:10,12 69:18
70:8 71:9,19,23
80:15 87:10 88:1
103:9 115:5
119:22 120:3
131:23 139:25
**wanting** 83:4
**wants** 57:6
**warn** 105:25
**Washington** 2:8
**wasn't** 29:21 99:11
116:23 117:3,11
130:25
**way** 11:9 41:19
59:5 61:14 62:2
70:19 71:5 74:1
92:1 105:25 106:4
132:3 135:21
136:17 138:25
**ways** 73:5 80:25
98:7 100:14
**websites** 102:9
**WEC** 30:17,22 32:2
32:3
**Wednesday** 53:2
**weigh** 60:7 75:8
94:1,16
**weight** 27:6,10,11
27:14 28:8,18,20
28:22 29:3,5,8,11
29:12,18,22,23,25
30:1,2,6,11,18,20

30:25 31:1,17,24
34:13 35:19 39:7
44:16 100:24
119:18,19,21,21
120:2,8,11,13,20
120:23,25
**went** 26:18 39:7
41:25 107:24,25
122:23 131:14
**weren't** 28:17
69:12 117:6
134:25 139:13
**we'll** 7:6,11,13 8:3
13:7 19:10 37:22
46:7 80:4 105:9
132:6 135:11
**we're** 7:4 21:19
22:1 32:14 42:17
43:1,12 45:4 46:6
55:16 69:2 72:6
87:3,14 96:12
104:11,19 105:4
106:5 112:18
116:20 132:12
135:7
**we've** 57:18 77:10
130:4
**whacks** 137:8
**whatsoever** 6:22
**WHEREOF**
141:14
**whichever** 137:21
**White** 10:19 11:23
15:20 34:19 38:24
71:7,17 97:5,14
101:21 116:2
118:9,22
**wiggle** 85:24
**wight** 30:23
**WILLIAM** 2:9
**willing** 58:4 65:25
67:14
**win** 17:18,19 22:18
23:17,22 52:13
57:2 63:11 80:20
80:20,21 84:15

90:23 91:2 121:13
128:24
**winner** 81:21
**winners** 73:12
**winning** 17:16
19:18
**wins** 20:5,18
127:18
**wisaacson@bsfll...**
2:9
**wish** 129:16
**witness** 3:3 5:10
8:13 11:9 12:1,10
17:24 18:2,9
22:25 23:3,6
25:11,21 26:3,15
26:20 27:2 28:4
28:25 29:19 30:7
30:13 31:10,16,20
32:2 34:23 36:16
36:19,23 37:3
39:23,24 40:6,11
40:13,18,20 41:4
41:9,12 42:14
43:7,11,17,21
44:4,8,12,21
45:21 46:23 48:1
48:9,13,22 49:6
49:10 59:21 60:6
60:10,15,19,21
66:24 67:8,15,19
67:24 68:2,4,7,19
68:23 69:1,5,9,16
69:21 70:15 72:13
72:16,21 73:11,21
74:17,23 76:13
77:7 80:2 82:5,11
82:14,19 83:9,13
83:16,18,23 84:17
87:14,24 88:16,18
88:23 89:4,9,12
89:20 93:4,15
94:1,9 95:1,9 97:9
97:17,23 98:12,18
99:1,12,20,25
100:10,17,24

101:6 104:12
107:15 110:14,17
110:23 113:6
119:1,16 120:15
124:12,21 129:17
130:22 141:14
**witnesses** 5:11
**woman's** 31:5
**women** 31:13,18
**women's** 31:1,4,6,8
31:12 101:1
119:19
**won** 19:17 63:18
91:9,10
**words** 10:12 57:15
58:2 60:2 82:1
100:20 119:11
**work** 9:20 32:12,15
32:22 86:6 98:14
125:14 137:25
**worked** 10:2,5,15
10:18,21,24 11:5
12:16,19,24 21:12
23:5 115:2 117:12
117:14
**working** 9:13 10:9
13:17 115:1
116:18 119:4
123:19 135:1
**world** 27:3 55:18
**worth** 25:18 63:12
92:18,19,19,20
95:24 125:25
**worthy** 129:6
**wouldn't** 45:22
46:14 59:20 60:4
66:20 82:2,10
93:25 116:22
137:1 138:18
**wrestling** 73:4
**write** 53:17,18
**writing** 52:24 53:13
54:1 78:8
**written** 92:21
**wrote** 34:19 35:8
53:7 78:11 112:22

**X**
**X** 3:1 9:7 80:12
114:23

**Y**
**yeah** 13:7 17:17
22:7 23:3 36:3
43:21 48:13 52:19
63:14 84:3 87:9
109:21 112:4
122:8
**year** 45:4,8 48:16
65:11 73:15,17
**years** 10:6,8 13:16
68:13 136:4,5
**yep** 77:10
**yes-or-no** 99:22
**York** 2:8 46:17

**Z**
**ZCCX-14** 108:25
**ZCCX-17** 112:10
113:16
**ZCCX-214** 81:2
**ZFL-0895316**
22:12
**Zimbalist** 5:12
130:6
**Zuffa** 1:9 4:5,16,18
4:20,22 8:11 9:16
9:19 10:9,11,15
14:24 21:2,3
22:16 27:25 29:2
32:22 34:2,3,7
35:14,18 64:1,2,7
64:18 65:1,17,22
65:24 66:5,6,9,9
66:13,15 67:4
71:25 79:7,11
88:19 89:3 92:13
92:15 105:20
106:24 107:2
108:1 110:20
135:9
**Zuffa's** 12:17 14:2
14:5,8,15 16:15



33:3,7,9 65:6 70:2
70:3 86:15 105:12
106:18
**ZUF-00085896**
35:6
**ZUF-296713** 127:9

**$**

**$10,000** 19:14,17
19:18 90:6
**$100,000** 84:23
**$30,000** 82:2 84:9
**$50,000** 81:20,24
82:3 123:9
**$60,000** 84:11

**1**

**1** 39:18,19 40:16
48:7 58:8 103:11
**1,000** 15:4
**10** 19:12,12,16,16
20:15,15,18,19,22
20:22,23,24 24:3
24:4,19,19,24,25
36:2,4,7,15,25
37:2,3,9,23 38:10
53:12 68:3,5
80:20,20,20 81:16
81:16 90:19,20
100:7,7 116:15
119:6 132:25
**10th** 53:18
**10,000** 23:20,21,22
80:21,21 126:3
**10:46** 80:7
**10:54** 80:8
**11** 37:23 38:10
115:23 133:2
**11:46** 132:8
**114** 3:5
**12** 20:16,16,19,19
20:22,22 24:19,20
24:25,25 29:11
37:24 103:7
**12th** 102:1
**12:03** 132:9

**12:13** 1:16 140:25
**125** 100:25
**13** 12:11 38:10
**13-fight** 117:20
**135** 28:11 30:20
100:25
**14** 24:20,20,25,25
38:10 56:18,19
133:4
**1401** 2:8
**145** 30:20 100:25
**15** 7:10,11 10:8
35:24 36:13,17,23
52:12,12 65:24
66:8 100:7,7
116:15 133:5
**155** 28:9 30:14,19
**16** 24:25,25 36:12
36:13 56:20,20
133:6
**1622** 2:3
**17** 37:24 133:8,9
**17K** 88:10
**17,000** 39:20
**170** 30:14
**18** 56:20,20 57:4,5
133:10
**185** 30:14
**19** 38:11 50:24 52:9
52:20
**19103** 2:4
**1994** 9:13

**2**

**2** 24:24 40:19 48:7
52:13,13,18,22,25
52:25 53:2,17,17
57:1,9 88:9 109:1
127:18 132:13
**2,000** 57:2
**2:15-cv-01045** 4:6
**2:15-cv-01045-R...**
1:6
**20** 56:20,20 133:12
**20th** 53:2
**200** 53:19

**20005** 2:8
**2001** 9:20 14:15
**2006** 33:22
**2007** 33:12 53:12
122:23
**2009** 50:24 52:10
52:20 53:2
**2010** 26:23 30:5,9
56:6
**2011** 34:18 35:19
37:11,17 39:8
43:16 50:25 102:2
127:11,11
**2015** 21:19 24:1
78:5 123:11,25
127:4
**2016** 10:3
**2017** 13:21 139:19
**2019** 1:15 4:1
141:15
**21** 133:13
**22** 10:5 13:16 56:20
56:20 100:8,8
133:14
**23** 1:15 4:1 37:19
103:11 115:24
133:15
**23F** 136:20
**24** 133:16
**24th** 141:15
**25** 35:25 36:13,17
36:20,21,24 38:7
39:6 133:17
**25th** 127:11
**26** 133:18
**27** 37:17 133:19
**28** 133:20
**29** 50:25 133:20

**3**

**3** 22:11 51:11 52:9
52:19 56:12
127:20
**3,000** 126:2
**30** 7:11 68:1 133:21
**30K** 88:10

**30,000** 48:8
**31** 10:3 133:22
**32** 133:23
**33** 133:24
**34** 133:25
**347** 21:9
**348266** 141:20
**35** 134:1
**36** 134:2
**365** 101:25
**371** 115:23
**372** 58:23
**373** 58:23 60:24
**38** 134:3
**39** 134:4
**391** 92:5

**4**

**4** 37:23
**40** 97:10,22
**401(k)** 18:24
**44** 48:15
**48** 109:25

**5**

**5** 113:15 117:21
132:14
**5th** 78:5
**50** 67:23 124:2
**50,000** 84:20
**5316** 22:12

**6**

**6** 36:2,14 37:1,3,8
103:7 113:16
132:15
**60** 97:22
**60/40** 97:12
**602** 5:9
**608** 5:14
**614** 5:14
**622** 5:14
**626** 5:19
**630** 5:14
**635** 5:14
**637** 5:14

**641** 5:17 6:9
**648** 5:17 6:9
**656** 5:15
**659** 5:15
**66** 47:24
**665** 5:15

**7**

**7** 37:23
**72** 109:24

**8**

**8** 24:10,11,14,14,18
24:18 36:7 37:8
117:20
**8th** 57:1
**8,000** 22:17,18
23:16,16
**80** 3:5
**83** 48:6
**85** 15:19

**9**

**9** 3:5 36:4 37:8 56:6
109:1 132:23
**9th** 136:6 137:20
138:11
**9:33** 1:16 4:1
**90** 69:18
**90-day** 64:23 65:20
66:16
**95** 18:7

