Don Springmeyer, Esq. (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000/Fax: (702) 385-6001
d.springmeyer@kempjones.com

*Liaison Counsel for the Proposed Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br><br><br>**MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Rule 7-2(g), Plaintiffs respectfully seek leave to file the supplemental authority attached hereto as Exhibit A. A court may grant a motion for leave to file a supplemental notice for "good cause." Local Rule 7-2(g). "Good cause may exist either when the proffered supplemental authority controls the outcome of the litigation, or when the proffered supplemental authority is precedential, or particularly persuasive or helpful." *Alps Prop. & Cas. Ins. Co. v. Kalicki Collier, LLP*, No. 19-709-MMD-CLB, 2021 WL 1032290, at *4 (D. Nev. Mar. 17, 2021) (internal citation omitted).

/ / /

/ / /

/ / /

1

1   The attached Exhibit A is the Order of the United States Supreme Court, dated November 14, 2022, in which *certiorari* is denied for 22-131, *STARKIST CO., ET AL. V. OLEAN WHOLESALE GROCERY, ET AL.*

DATED this 14th day of November, 2022.

Respectfully submitted,

KEMP JONES, LLP

By: /s/ Don Springmeyer
Don Springmeyer, Esq. (Nevada Bar No. 1021)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

*Liaison Counsel for the Class*

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Patrick Madden (admitted *pro hac vice*)
Mark R. Suter (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Joseph R. Saveri (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel Silverman (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, D.C. 20005

*Co-Lead Counsel for the Class*

Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016

Frederick S. Schwartz (admitted *pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040

Sherman Oaks, CA 91403

William G. Caldes (admitted *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103

*Additional Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this  14th   day of November, 2022 a true and correct copy of **MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY**  was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

  */s/ Pamela McAfee*
An employee of Kemp Jones, LLP