Don Springmeyer, Esq. (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000/Fax: (702) 385-6001
d.springmeyer@kempjones.com

*Liaison Counsel for the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br>**MOTION TO CONDUCT STATUS CONFERENCE** |

Plaintiffs, through their undersigned counsel of record, move the Court to conduct a status conference in this case.

Nearly four months have passed since the Court, in the related *Johnson v Zuffa* case, entered a minute order which stated, in part:

"IT IS FURTHER ORDERED that this case is stayed until there is finalized appellate review of the Court's forthcoming order in *Le et al v. Zuffa, LLC*, 2:15-cv-01045-RFB-BNW, concerning Plaintiffs' Motion for Class Certification." (ECF 68 in *Johnson v Zuffa*, 2:21-cv-01189-RFB-BNW.)

/ / /

/ / /

/ / /

1  Plaintiffs respectfully suggest it would be useful to meet again at the convenience of the Court to discuss the pending motion for class certification, status of the matter, and the future schedule of this, *Le v Zuffa*, case.

DATED this  20th  day of January, 2023.

        Respectfully submitted,

        KEMP JONES, LLP

        By:  */s/ Don Springmeyer*
        Don Springmeyer, Esq. (Nevada Bar No. 1021)
        3800 Howard Hughes Parkway, 17th Floor
        Las Vegas, NV 89169

        *Liaison Counsel for the Class*

        Eric L. Cramer (admitted *pro hac vice*)
        Michael Dell'Angelo (admitted *pro hac vice*)
        Joshua P. Davis (admitted pro hac vice)
        Patrick Madden (admitted *pro hac vice*)
        BERGER MONTAGUE PC
        1818 Market Street, Suite 3600
        Philadelphia, PA 19103

        Joseph R. Saveri (admitted *pro hac vice*)
        Kevin E. Rayhill (admitted *pro hac vice*)
        JOSEPH SAVERI LAW FIRM, INC.
        601 California Street, Suite 1000
        San Francisco, CA 94108

        Benjamin D. Brown (admitted pro hac vice)
        Richard A. Koffman (admitted pro hac vice)
        Daniel Silverman (admitted pro hac vice)
        COHEN MILSTEIN SELLERS & TOLL, PLLC
        1100 New York Ave., N.W., Suite 500, East Tower
        Washington, D.C. 20005

        *Co-Lead Counsel for the Class*

        Robert C. Maysey (admitted *pro hac vice*)
        Jerome K. Elwell (admitted *pro hac vice*)
        WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
        2555 E. Camelback Road, Suite 800
        Phoenix, AZ 85016

        Frederick S. Schwartz (admitted *pro hac vice*)
        LAW OFFICE OF FREDERICK S. SCHWARTZ
        15303 Ventura Boulevard, #1040
        Sherman Oaks, CA 91403

William G. Caldes (admitted *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103

*Additional Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this  20th   day of January, 2023 a true and correct copy of **MOTION TO CONDUCT STATUS CONFERENCE** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

  */s/ Pamela McAfee*
An employee of Kemp Jones, LLP