# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

FEB 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: GOOGLE PLAY STORE ANTITRUST LITIGATION.

_____

MARY CARR, Individually and on behalf of all others similarly situated; et al.,

        Plaintiffs-Respondents,

 v.

GOOGLE LLC; et al.,

        Defendants-Petitioners.

No. 22-80140

D.C. No. 3:20-cv-05761-JD
Northern District of California,
San Francisco

ORDER

Before: M. SMITH and BRESS, Circuit Judges.

      The motion for leave to file a reply in support of the petition (Docket Entry No. 7) is granted. The reply has been filed.

      The court, in its discretion, grants the petition for permission to appeal the district court's November 28, 2022 class action certification order. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (stating standard). Within 14 days after the date of this order, petitioners shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

LCC/MOATT