1  Eric L. Cramer (*Pro Hac Vice*)
   Michael Dell'Angelo (*Pro Hac Vice*)
2  Patrick F. Madden (*Pro Hac Vice*)
3  BERGER & MONTAGUE, P.C.
   1818 Market Street, Suite 3600
4  Philadelphia, PA 19103
   Telephone:  (215) 875-3000
5  Facsimile:   (215) 875-4604
6  ecramer@bm.net
   mdellangelo@bm.net
7  pmadden@bm.net

8  *Co-Lead Counsel for the Classes and*
   *Attorneys for Individual and Representative Plaintiffs*
9  *Cung Le, Nathan Quarry, Jon Fitch, Luis Javier*
10 *Vazquez, Brandon Vera, and Kyle Kingsbury*

11 *(Additional counsel appear on signature page)*

12                     **IN THE UNITED STATES DISTRICT COURT**
13                          **FOR THE DISTRICT OF NEVADA**

14 
15 CUNG LE, NATHAN QUARRY, JON FITCH,        Case No.: 2:15-cv-01045-RFB-PAL
   BRANDON VERA, LUIS JAVIER VAZQUEZ,
   and KYLE KINGSBURY, On Behalf Of
16 Themselves And All Others Similarly Situated,   **PLAINTIFFS' NOTICE OF CHANGE OF**
                                                   **ADDRESS**
17                  Plaintiffs,
18
         v.
19
20 ZUFFA, LLC, D/B/A ULTIMATE FIGHTING
   CHAMPIONSHIP AND UFC,
21
                    Defendant.
22
23
24
25
26
27
28

**TO ALL PARTIES AND THE CLERK OF THE COURT:**

Pursuant to L.R. IA 3-1, the undersigned attorney of record for Plaintiffs files this Notice of Change of Address and requests the Court's docket in the above-captioned matter be updated accordingly.

PLEASE TAKE NOTICE effective January 1, 2023, the address and contact information for Plaintiffs' counsel Joshua P. Davis, Esq., has changed to:

> Joshua P. Davis
> Berger Montague PC
> 505 Montgomery Street, Suite 625
> San Francisco, CA 94111
> Tel: (415) 689-9292
> jdavis@bm.net

Please note that the addresses and contact information for Plaintiffs' other counsel of record remain unchanged.

Dated: April 28, 2023                                  Respectfully Submitted,

By: /s/ *Eric L. Cramer*
    Eric L. Cramer

Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
BERGER & MONTAGUE, P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joshua P. Davis
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (415) 689-9292
Email: jdavis@bm.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2023 a true and correct copy of **PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS** was served via the Court's CM/ECF system on all parties or persons requiring notice.

/s/ *Eric L. Cramer*
Eric L. Cramer