Don Springmeyer (Nevada Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000/Fax: (702) 385-6001
d.springmeyer@kempjones.com

*Liaison Counsel for the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' MOTION TO SET AND/OR RESET SUMMARY JUDGMENT BRIEFING SCHEDULE AND FOR STATUS CONFERENCE** |

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs hereby respectfully request that the Court enter an order setting: (a) a status conference so the individual named Plaintiffs may have an opportunity to address the Court directly, and in their own words, regarding the importance of the case to them and the proposed Class, and in particular, by highlighting the harms that have accrued and are continuing to accrue to them and the members of the proposed Class due to the alleged anticompetitive conduct; and (b) a briefing schedule for motions for summary judgment so as to move this case efficiently towards trial.

First, as the Court is aware, the named Plaintiffs have been pursuing this case against the Defendant Zuffa, LLC (the "UFC") since late 2014. They are UFC fighters, and their struggle on behalf of themselves and the proposed Class against the UFC goes back years before this litigation even began. This case is not merely a legal matter to them; it is in a real sense a battle for fairness and economic justice for the fighters. The Plaintiffs have given large portions of their lives to mixed martial arts—and that devotion has taken a great deal from each of them physically, emotionally, and financially. Plaintiffs respectfully request a status conference before Your Honor, in person, so the fighters themselves can explain the importance of this matter to all UFC fighters. Plaintiffs are available at the Court's convenience.

Second, Plaintiffs respectfully request that the Court set a summary judgment briefing schedule pursuant to the Court's December 14, 2018 Minute Order. In that Order, the Court deferred ruling on Zuffa's summary judgment motion pending further supplementation of the record. Because the concerns causing the Court to withhold ruling on the summary judgment motion are no longer at issue, Plaintiffs respectfully request that the Court set a briefing schedule imposing deadlines for motions for summary judgment.

Here is the background. Zuffa filed its motion for summary judgment on July 30, 2018, for which the Court set a December 12, 2018, hearing date. ECF Nos. 572 & 573. Plaintiffs' motion for class certification and a joint motion to supplement expert reports, ECF Nos. 518 & 545, were also heard that day. When the Court ordered the parties to submit supplemental briefing on the issue of class certification at the December 12, 2018 hearing, it correspondingly recognized the propriety of deferring ruling on the motion for summary judgment to permit supplementation of the record. The Court therefore denied the pending summary judgment motion without prejudice, subject to further briefing from the parties. *See* ECF

1  No. 627 (12.14.18 Hr'g Tr. 59:8-11) ("So I'm going to deny the motion for summary judgment without
2  prejudice to allow for a supplementing of the record as it relates to that particular motion. So you'll be able
3  to file the motion."); *see also* ECF No. 628 (Minute Order) ("IT IS FURTHER ORDERED that 572 and
4  573 MOTIONS for Summary Judgment is DENIED without prejudice to allow supplement to the record.").

5  Since that time, the Court has reviewed and considered the motion for class certification,
6  announcing its intention to issue a forthcoming written order certifying the bout class. *See* ECF No. 775
7  ("the forthcoming written order of the Court certifying the class shall be the order certifying the class for
8  purposes of Rule 23…."). In light of the Court's decision on class certification, the concerns causing the
9  Court to withhold adjudication of Zuffa's motion for summary judgment have become moot.

10  Given the foregoing, and consistent with the desires of the named Plaintiffs to address the Court in
11  person, and also with the Court's statements during the December 14, 2018 hearing and its accompanying
12  Minute Order, Plaintiffs respectfully request that this Court: (a) set an in-person status conference for the
13  named Plaintiffs— and counsel for the parties—to address the Court as set forth above; and (b) issue a
14  briefing schedule establishing deadlines for the parties to file or re-file and respond to motions for summary
15  judgment.

16  DATED this  10th  day of July, 2023.

Respectfully submitted,

KEMP JONES, LLP

 /s/ Don Springmeyer
Don Springmeyer, Esq. (Nevada Bar No. 1021)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
*Liaison Counsel for the Class*

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Joshua P. Davis (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625

San Francisco, CA 94111

Joseph R. Saveri (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel Silverman (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, D.C. 20005

*Co-Lead Counsel for the Class*

Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016

Frederick S. Schwartz (admitted *pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403

William G. Caldes (admitted *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103

*Additional Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this  10th  day of July, 2023 a true and correct copy of **PLAINTIFFS' MOTION TO SET AND/OR RESET SUMMARY JUDGMENT BRIEFING SCHEDULE** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

                                        */s/ Pamela McAfee*
                                        An employee of Kemp Jones, LLP