Brian D. Shapiro, Esq. (proposed local counsel)
Nevada Bar No. 5772
LAW OFFICE OF BRIAN D. SHAPIRO, LLC
510 S. 8th Street
Las Vegas, NV 89101
Telephone: (702) 386-8600
brian@brianshapirolaw.com
*Attorney for Sparacino PLLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW<br><br>**DECLARATION OF ELI J. KAY-OLIPHANT** |

## DECLARATION OF ELI J. KAY-OLIPHANT

I, ELI J. KAY-OLIPHANT, declare as follows:

1. I am a Partner of the law firm of Sparacino PLLC ("Sparacino" or "Firm"), and my Firm is counsel for certain former professional mixed martial arts ("MMA") fighters who may have claims as members of the "Bout Class" in *Le v. Zuffa*. I am the lead Sparacino attorney on this matter and have day-to-day responsibility for it. I have personal knowledge of the facts set forth in this declaration and if necessary, could testify competently thereto. I make this declaration in support of Sparacino's Response to Class Counsel's Pre-Conference Statement.

2. In April 2021, my firm, via its Founding Partner Ryan R. Sparacino, pledged that "Unless affirmatively asked to do so by an MMA fighter, Sparacino will not send mailers to any additional putative members of a potential Bout Class (i.e., the approximately 1,000 professional MMA athletes whom Sparacino has not yet contacted) until the Court resolves Interim Class Counsel's Emergency Motion. While that Motion remains pending, Sparacino will not communicate with any such absent class members unless they reach out to Sparacino directly. Nor will Sparacino re-contact any of the individuals to whom we have already sent a mailer, unless they initiate contact with us directly."

3. Sparacino at all times has complied with that pledge. The Firm did not communicate with any additional putative members of the potential Bout Class prior to that class being certified—and communicated only with its engaged clients and with those it was already in communication with.

4. Now that the class is certified, Sparacino will follow the ethical rules related to members of a certified class.

5. Sparacino will not communicate with any of the class members unless (a) Sparacino already represents them or (b) the class member initiates communication with Sparacino (and in cases where a class member reaches out to Sparacino, Sparacino will inform Class Counsel of such communication when it commences).

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Eli J. Kay-Oliphant*

Dated:  August 21, 2023

Eli J. Kay-Oliphant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2021 a true and correct copy of **DECLARATION OF ELI J. KAY-OLIPHANT** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

*/s/ Brian D. Shapiro*

Brian D. Shapiro, Esq.