**LAW OFFICE OF BRIAN D. SHAPIRO, LLC**
BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
510 S. 8th Street
Las Vegas, NV 89101
Telephone:   (702) 386-8600
Facsimile:    (702) 383-0994
brian@brianshapirolaw.com

*Attorneys for Sparacino PLLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,.<br><br>Defendants. | Case No.  2:15-cv-01045-RFB-BNW<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>**EFFECTIVE JANUARY 1, 2015**<br>**FILING FEE IS $250.00** |

**ELI J. KAY-OLIPHANT**, Petitioner, respectfully represents to the Court

1. That Petitioner is an attorney at law and a member of the Sparacino PLLC law firm, whose business address is 1920 L Street NW, Washington, DC, 20036, with phone number of 202.629.3539 and email address of eli.kay-oliphant@sparacinopllc.com.

2. That Petitioner has been retained personally or as a member of the law firm by former UFC athletes who may be putative class members to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 2006, 2007, and 2017, respectively, Petitioner has been and presently is a member of good standing of the bar of the highest Court of the States of New York, Washington D.C., and Illinois, where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court Name | Date Admitted |
|---|---|
| **U.S. Court of Appeals for the Fifth Circuit** | **November 9, 2015** |
| **U.S. Court of Appeals for the Seventh Circuit** | **March 29, 2016** |
| **U.S. Court of Appeals for the Second Circuit** | **August 23, 2018** |
| **U.S. District Court for the Southern District of New York** | **January 18, 2012** |
| **U.S. District Court for the Eastern District of New York** | **January 25, 2012** |
| **U.S. District Court for the District of Columbia** | **June 3, 2013** |
| **U.S. District Court for the Northern District of Illinois** | **February 21, 2017** |
| **U.S. District Court for the Eastern District of Wisconsin** | **July 19, 2019** |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or

administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petitioner is a member of good standing in the following Bar Associations.
   New York, Washington, D.C., Illinois

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

   None

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR
2  THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Illinois__ )
             )
COUNTY OF __Cook__ )

Eli J. Kay-Oliphant, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this __12th__ day of __September__, __2023__.

_____
Notary Public or Clerk of Court

OFFICIAL SEAL
Lloyd Lett
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 7/22/2024

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) **Brian D. Shapiro, Esq.** as their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Eli J. Kay-Oliphant, Partner

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident ~~Nevada Counsel~~'s signature

NV Bar 5772          brian@brianshapirolaw.com
(Bar number)         Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE



*Appellate Division of the Supreme Court
of the State of New York
Third Judicial Department*

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

*Eli Johnson Kay-Oliphant*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 18, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on September 8, 2023.

*Clerk of the Court*

CertID-00136097



State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,  
the District of Columbia Bar does hereby certify that*

# *Eli J Kay-Oliphant*

*was duly qualified and admitted on March 5, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof,  
I have hereunto subscribed my  
name and affixed the seal of this  
Court at the City of  
Washington, D.C., on September 08, 2023.*

*JULIO A. CASTILLO  
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership  
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Eli Johnson Kay-Oliphant

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 07/18/2017 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 8th day of September, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois