Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

*Counsel for Plaintiffs and the Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW MARK R. SUTER AS COUNSEL OF RECORD** |

Plaintiffs' motion to withdraw Mark R. Suter as counsel of record in the above captioned matter is GRANTED. The Clerk of the Court is ordered to remove Mr. Suter's name from the docket for this case.

DATED: _____, 2023

_____
Brenda N. Weksler
United States Magistrate Judge

Case No.: 2:15-cv-01045-RFB-BNW