Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

*Counsel for Plaintiffs and the Class*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' MOTION TO WITHDRAW MARK R. SUTER AS COUNSEL OF RECORD** |

Pursuant to Local Rule IA 11-6(b), Plaintiffs respectfully move the Court to withdraw Mark R. Suter as counsel of record for Plaintiffs. Mr. Suter has left Berger Montague PC. Berger

1

Montague PC will continue to serve as counsel for Plaintiffs through other attorneys of record, and Plaintiffs have already been notified of Mr. Suter's withdrawal.

For these reasons, Plaintiffs respectfully request that the Court enter an order withdrawing Mr. Suter as counsel of record for Plaintiffs.

DATED: September 20, 2023                    Respectfully Submitted,

By:   */s/ Eric L. Cramer*
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2023 a true and correct copy of **PLAINTIFFS' MOTION TO WITHDRAW MARK R. SUTER AS COUNSEL OF RECORD** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

By:   */s/ Eric L. Cramer*
       Eric L. Cramer

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

*Counsel for Plaintiffs and the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW MARK R. SUTER AS COUNSEL OF RECORD** |

Plaintiffs' motion to withdraw Mark R. Suter as counsel of record in the above captioned matter is GRANTED. The Clerk of the Court is ordered to remove Mr. Suter's name from the docket for this case.

DATED: __September 21__, 2023

_____
Brenda N. Weksler
United States Magistrate Judge

Case No.: 2:15-cv-01045-RFB-BNW

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW MARK R. SUTER AS COUNSEL OF RECORD**