1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Cung Le, et al.

        Plaintiff(s),

  vs.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

        Defendant(s).

Case #2:15-cv-01045-RFB-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

        Itak Moradi, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Joseph Saveri Law Firm LLP
(firm name)

with offices at 601 California St., Ste. 1000,
(street address)

San Francisco, California, 94108,
(city)       (state)       (zip code)

(415) 500-6800, imoradi@saverilawfirm.com.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Nathan P. Quarry to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 7/18/2016, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of California
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Northern District Court | 8/15/2023 | 310537 |
| California Central District Court | 5/19/2021 | 310537 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

     6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

     7.     That Petitioner is a member of good standing in the following Bar Associations.

> None.

     8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

     9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

     10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

     11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

_____
                             Petitioner's signature

STATE OF ___California___ )
                          )
COUNTY OF ___San Francisco___ )

___Itak Moradi___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
                             Petitioner's signature

Subscribed and sworn to before me this

___6th___ day of ___September___, 2023.

_____
         Notary Public or Clerk of Court

ASHLEIGH JENSEN
Notary Public - California
Contra Costa County
Commission # 2431716
My Comm. Expires Dec 21, 2026

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Don Springmeyer___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Kemp Jones, LLP, 3800 Howard Hughes Pkwy., 17th Floor___
(street address)

___Las Vegas___, ___Nevada___, ___89169___
(city)             (state)        (zip code)

___702-385-6000___, ___d.springmeyer@kempjones.com___
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Nathan P. Quarry
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10021                           dspringmeyer@kempjones.com
Bar number                      Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

August 31, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ITAK MORADI, #310537 was admitted to the practice of law in this state by the Supreme Court of California on July 18, 2016 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records