1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
7
8                                              )        Case #2:15-cv-01045-RFB-BNW
                                               )
9  Cung Le, et al.                             )
                                               )
10         Plaintiff(s),                       )        **VERIFIED PETITION FOR**
                                               )        **PERMISSION TO PRACTICE**
11         vs.                                 )        **IN THIS CASE ONLY BY**
                                               )        **ATTORNEY NOT ADMITTED**
12  Zuffa, LLC, d/b/a Ultimate Fighting        )        **TO THE BAR OF THIS COURT**
    Championship and UFC,                      )        **AND DESIGNATION OF**
13                                             )        **LOCAL COUNSEL**
           Defendant(s).                       )
14  _____      )        FILING FEE IS $250.00

15

16         _____Christopher K.L. Young_____, Petitioner, respectfully represents to the Court:
                    (name of petitioner)
17
18         1.      That Petitioner is an attorney at law and a member of the law firm of

19  _____Joseph Saveri Law Firm LLP_____
                                        (firm name)

20  with offices at _____601 California St., Ste. 1000_____,
                                            (street address)

21  _____San Francisco_____, _____California_____, ____94108____,
              (city)                              (state)                      (zip code)
22

23  _____(415) 500-6800_____, _____cyoung@saverilawfirm.com_____.
       (area code + telephone number)              (Email address)
24

25         2.      That Petitioner has been retained personally or as a member of the law firm by

    _____Nathan P. Quarry_____ to provide legal representation in connection with
26                     [client(s)]

27  the above-entitled case now pending before this Court.

28
                                                                              Rev. 5/16

3.     That since _____ 12/2/2017 _____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _____ California _____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Northern District Court | 11/01/2019 | 318371 |
| U.S. Court Of Appeals, Ninth Circuit | 11/02/2020 | 318371 |
| U.S. Court Of Appeals, Eleventh Circuit | 07/05/2022 | 318371 |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association, Asian American Bar Association of the Greater Bay Area, Los Angeles County Bar Association, The Bar Association of San Francisco

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
                                    Petitioner's signature

     STATE OF _____California_____ )
5                                                    )
     COUNTY OF ___San Francisco___ )
6

7    ____Christopher K.L. Young____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____
                                    Petitioner's signature

10   Subscribed and sworn to before me this

11

12   __6th__ day of __September__, __2023__.

13   _____
              Notary Public or Clerk of Court

14

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
            **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18          Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19   believes it to be in the best interests of the client(s) to designate _____Don Springmeyer_____,
                                                                                 (name of local counsel)
20   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21   above-entitled Court as associate resident counsel in this action.  The address and email address of

22   said designated Nevada counsel is:

23   _____Kemp Jones, LLP, 3800 Howard Hughes Pkwy., 17th Floor_____,
                                    (street address)
24   _____Las Vegas_____, _____Nevada_____, ____89169____
              (city)                          (state)                  (zip code)
25

26   ____702-385-6000____, ____d.springmeyer@kempjones.com____.
     (area code + telephone number)          (Email address)
27

28                                        4                          Rev. 5/16

ASHLEIGH JENSEN
Notary Public - California
Contra Costa County
Commission # 2431716
My Comm. Expires Dec 21, 2026

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Don Springmeyer_____ as

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Nathan P. Quarry
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10024                          dspringmeyer@kempjones.com
Bar number                     Email address

APPROVED:

Dated: this __22__ day of ____September____, 20 _23_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

August 31, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTOPHER KAR-LUN YOUNG, #318371 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2017 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Christopher Young was duly admitted to practice in this Court on November 02, 2020 and is in good standing in this Court.

Dated at San Francisco, California on August 30, 2023.

_____

Clerk of the United States Circuit Court of Appeals for the Ninth Circuit

# United States Court of Appeals
# Eleventh Circuit



**David J. Smith**
**Clerk of Court**

**Peter Busscher**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING


I, **DAVID J. SMITH**, Clerk of Court for the United States Court of Appeals for the Eleventh Circuit, **DO HEREBY CERTIFY** that **Christopher Kar-Lun Young** was duly admitted to practice in this Court on July 5, 2022 and is in good standing as a member of the bar of this Court.


Dated at Atlanta, Georgia on **August 30, 2023.**



                    DAVID J. SMITH, CLERK OF COURT



                    By: Tresa Porter, Deputy Clerk