1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8   Cung Le, Nathan Quarry, Jon Fitch,                    )   Case #__15-cv-01045_____
9   Brandon Vera, Luis Javier Vazquez, and               )
    Kyle Kingsbury,                                       )
10                  Plaintiff(s),                         )   **VERIFIED PETITION FOR**
                                                          )   **PERMISSION TO PRACTICE**
11        vs.                                             )   **IN THIS CASE ONLY BY**
                                                          )   **ATTORNEY NOT ADMITTED**
12   Zuffa, LLC, d/b/a Ultimate Fighting                  )   **TO THE BAR OF THIS COURT**
     Championship and UFC,                                )   **AND DESIGNATION OF**
13                                                        )   **LOCAL COUNSEL**
                  Defendant(s).                           )
14   _____                   )   FILING FEE IS $250.00
15

16        _____Eli J. Kay-Oliphant_____, Petitioner, respectfully represents to the Court:
                   (name of petitioner)
17
18        1.      That Petitioner is an attorney at law and a member of the law firm of
     _____
19                                         Sparacino PLLC
                                            (firm name)
20   with offices at _____1920 L Street NW_____,
                                           (street address)
21
     _____Washington_____, _____District of Columbia____, ____20036____,
22            (city)                          (state)                (zip code)
23   _____202.629.3530_____, ____eli.kay-oliphant@sparacinopllc.com____.
         (area code + telephone number)            (Email address)
24
25        2.      That Petitioner has been retained personally or as a member of the law firm by
     _____Sparacino PLLC,_____ to provide legal representation in connection with
26                  [client(s)]
27   the above-entitled case now pending before this Court.
28
                                                                                     Rev. 5/16

3.      That since _____January 1, 2006_____, Petitioner has been and presently is a
                                              (date)

member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                                          (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2                                                                                          Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

New York, Washington, D.C., and Illinois.

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Illinois_____ )
                            )
COUNTY OF ____Cook____      )

_____Eli J. Kay-Oliphant_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

____20th____ day of ___September___, 2023 .

_____
Notary Public or Clerk of Court

OFFICIAL SEAL
Lloyd Lett
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 7/22/2024

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Brian D. Shapiro_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____510 S. 8th Street_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89101_____,
(city)               (state)              (zip code)

_____702.386.8600_____, _____brian@brianshapirolaw.com_____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Brian D. Shapiro _____ as
                                                                (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Eli J. Kay-Oliphant, Partner, Sparacino PLLC
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

Nevada Bar No. 5772        brian@brianshapirolaw.com
_____
Bar number                 Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Attachment A

| **Court Name** | **Date Admitted** |
| --- | --- |
| U.S. Court of Appeals for the Fifth Circuit | November 9, 2015 |
| U.S. Court of Appeals for the Seventh Circuit | March 29, 2016 |
| U.S. Court of Appeals for the Second Circuit | August 23, 2018 |
| U.S. District Court for the Southern District of New York | January 18, 2012 |
| U.S. District Court for the Eastern District of New York | January 25, 2012 |
| U.S. District Court for the District of Columbia | June 3, 2013 |
| U.S. District Court for the Northern District of Illinois | February 21, 2017 |
| U.S. District Court for the Eastern District of Wisconsin | July 19, 2019 |

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Eli Johnson Kay-Oliphant

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 07/18/2017 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 8th day of September, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

————————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Eli Johnson Kay-Oliphant

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 18, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of Albany on September 8, 2023.



*Clerk of the Court*

CertID-00136097



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3.AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Eli J Kay-Oliphant

was duly qualified and admitted on March 5, 2007 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on September 08, 2023.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.