# Exhibit 6
# (Ryan R. Sparacino – LinkedIn Posts)



# EXHIBIT 6 – LinkedIn Posts of Ryan Sparacino







**Ryan Sparacino** • 3rd+    + Follow
Founding Partner at Sparacino PLLC
1mo • 🌐

If you're a scumbag plaintiffs lawyer who thinks you can go around extorting people, let me be as clear as I can: come and get it. After listening to you, and documenting what you say, you can assume eventually the FBI will hear as well. Extorter beware.

👍 2                                                            5 comments

👍 Like        💬 Comment        ↻ Repost        ➤ Send

**Ryan Sparacino** • 3rd+    + Follow
Founding Partner at Sparacino PLLC
3mo • 🌐

Are you a company that is being extorted by terrorists or corporate gangsters and wants to drop the hammer on those extorting you? If so, we'd love to hear from you because we are in the extortion busting business! And when you're dealing with extortion, subtlety is not the name of the game. It's about brute legal force and putting the extortionists exactly where they belong: a legal dungeon.

For obvious reasons, don't pay the extortionists and don't contact us if you do. But, if you want to stand firm and tell the bad guys to go f—-themselves, we may be the firm for you.



👍 2

👍 Like        💬 Comment        ↻ Repost        ➤ Send

4



**Ryan Sparacino**
Founding Partner at Sparacino PLLC
10mo · Edited

What do you call it when a plaintiffs' firm sends an engagement letter to a client whom my firm already represents, in which said plaintiffs' firm instructs the client to sign the letter and terminate their engagement with my firm without advising the client as to any downside risks to terminating their existing matter?  I call it unethical and wrong, at a minimum.

Word to the wise to any plaintiffs firms thinking about doing this:  Sparacino PLLC will publicly and loudly kick your unethical asses on behalf of the American Gold Star families whom we are honored to represent.

Clients are free to choose whomever they wish to represent them.  And they're also free to fire us for any reason, or no reason at all.  Literally, if a client wants to fire me because I have a gut or am a mouthbreather Washington sports fan (guilty on both counts), that's fine.  It's the clients' stuff, not the lawyers' stuff.

Any law firm that seeks to intimidate a client of Sparacino PLLC into firing their chosen counsel can expect to be on the working end of the mother-of-all-bar-complaints from yours truly.  I already filed one that was 187 pages long once.  I'm as serious as a heart attack.

Sparacino PLLC's Law Firm Accountability Practice does not discriminate.  We hate all law firms who abuse their clients equally, and we will hold any law firm that engages in such conduct accountable to the full extent of the U.S. Code, applicable state law, and Rules of Professional Conduct.

I'd rather focus on going after bad guys, but if I have to lay down the law on some plaintiffs' lawyers who have stepped out of line, no worries.  I'm built for it.

#UnethicalLawyers #EqualOpportunityAccountabilityImposer