WILLIAM A. ISAACSON *(pro hac vice)*
(wisaacson@paulweiss.com)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313; Fax: (202) 379-4937

DONALD J. CAMPBELL #1216
(djc@cwlawlv.com)
J. COLBY WILLIAMS #5549
(jcw@cwlawlv.com)
CAMPBELL & WILLIAMS
710 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendants Zuffa, LLC,*
*and Endeavor Group Holdings, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-BNW |
| Plaintiffs, | **DEFENDANTS' NOTICE OF PRE-EXISTING CONFLICT WITH TENTATIVE TRIAL DATE** |
| v. | |
| ZUFFA, LLC (d/b/a Ultimate Fighting Championship and UFC), | |
| Defendants. | |

1    Defendants Zuffa, LLC, and Endeavor Group Holdings, Inc., respectfully file this notice

2    to bring to the Court's attention undersigned counsel's pre-existing conflict with the tentative trial

3    date recently set in *Le v. Zuffa, LLC*, No. 2:15-cv-01045-RFB-BNW.

4    On September 5, 2023, the Court notified counsel that it had tentatively set the *Le* matter

5    for trial on Monday, April 8, 2024. As previewed during the August 22, 2023, case management

6    conference, the undersigned lead counsel for Defendant Zuffa has a conflict with that trial date.

7    Hr'g Tr. 33 (Aug. 22, 2023), ECF No. 846.  By Order dated May 2, 2023, undersigned counsel is

8    scheduled to begin a 5-7 day jury trial in *International Construction Products LLC v. Caterpillar*

9    *Inc.*, C.A. No. 15-108-RGA-SRF (D. Del.), on Friday, April 5, 2024. Dkt. 532.

10    In addition, the undersigned counsel has a status conference in *United States of America,*

11   *et al. v. Google LLC*, C.A. No. 1:23cv0108 (LMB/JFA) (E.D.V.A.), scheduled for March 15, 2024,

12   in which counsel anticipates a multiweek trial will be set for May and/or June 2024.   The

13   government has requested a May 2024 trial date.

14

15   Dated: September 29, 2023                     Respectfully submitted,

16

17                                                By ____*/s/ William A. Isaacson*_____

18                                                William A. Isaacson *(pro hac vice)*
                                                  PAUL, WEISS, RIFKIND, WHARTON &
19                                                GARRISON LLP
                                                  2001 K Street, NW
20                                                Washington, DC 20006

21
                                                  Donald J. Campbell (Nev. Bar No. 1216)
22                                                J. Colby Williams (Nev. Bar No. 5549)
                                                  CAMPBELL & WILLIAMS
23                                                710 South 7th Street
                                                  Las Vegas, NV 89101
24

25                                                *Attorneys for Defendants Zuffa, LLC, and Endeavor*
                                                  *Group Holdings, Inc.*
26

27

28

DEFENDANTS' NOTICE OF PRE-EXISTING CONFLICT WITH TENTATIVE TRIAL DATE