Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF PRE-EXISTING CONFLICT WITH TENTATIVE TRIAL DATE** |

Plaintiffs and Class Representatives Cung Le, Kyle Kingsbury, Jon Fitch, Javier Vazquez, and Brandon Vera and Plaintiff Nathan Quarry (together, "Plaintiffs") respectfully respond to the Notice of Pre-Existing Conflict with Tentative Trial Date, filed September 29,

1  2023. ECF No. 861 ("Notice") of Defendant Zuffa, LLC ("Zuffa") and non-party Endeavor
2  Group Holdings, Inc. ("Endeavor"). As the Court is aware, it has tentatively scheduled the *Le*
3  trial to begin on April 8, 2024. The Court stated that this trial will focus on liability and damages
4  only (with injunctive relief to be considered separately). *See* Hrg. Tr., *Le*, ECF 846 at 8 (August
5  22, 2023) ("So let me just be clear from the outset. These cases will be tried separately. So *Le*
6  will be tried *first on damages* and then *Johnson* will be tried later.") (emphasis added). Given
7  how long the *Le* case has been pending, Plaintiffs have urged, and the Court has agreed, that the
8  *Le* case should be fast-tracked for trial.

9        Counsel for Zuffa identifies two matters in its Notice with potential conflicts with the
10 start of the *Le* trial. First, Zuffa's counsel says he is scheduled for a 5-7 day trial, beginning on
11 April 5, 2024, in *Int'l Construction Prods. LLC v. Caterpillar, Inc.*, No. 15-cv-108 (D. Del.).
12 Second, Zuffa mentions a second case, *United States, et al. v. Google LLC*, No. 1:23-cv-108
13 (E.D. Va.), which has no trial scheduled, but only a status conference six months from now
14 (March 15, 2024).

15       Given the foregoing, while Plaintiffs do not object to a brief delay in the start of this case
16 to accommodate the short trial in the *Construction Prods.* matter, no further delay is justified. As
17 is clear from the Notice and the record in the *Google* matter, no trial has been set (and in all
18 likelihood will not be set to interfere with the *Le* trial given Zuffa's counsel's pre-existing trial
19 obligations *in this matter*).[1] Because Zuffa's counsel's scheduled trial is set for 5-7 days

---

[1] Additionally, it is worth noting that the United States filed the *Google* matter in 2023, more than eight years after the *Le* case was filed. Moreover, the Google trial is likely to be delayed given that discovery mishaps have extended the schedule by several months. *See Google*, No. 1:23-cv-108, ECF No. 415 (E.D. Va. Sept. 8, 2023) (motion of United States to extend the discovery deadline due to the then-unknown scope of Google's failures); *id.* at ECF No. 456 (Sept. 22, 2023) (identifying discovery issues). Thus, the likelihood of a trial in May or June 2024 given the scope of the discovery still to occur in the *Google* matter is dubious. Further, even if the *Google* court schedules the trial for May and/or June 2024, the conflict for Zuffa's counsel may never materialize because there is a pending motion to disqualify Zuffa's counsel's firm from representing Google. *See Google*, ECF No. 459-460. Specifically, two third-parties, Yelp Inc. ("Yelp") and News/Media Alliance ("NMA"), have moved to disqualify Paul, Weiss, Rifkind, Wharton & Garrison LLP from representing Google in that matter. *Id.*

1  beginning April 5, 2024 (thus ending on or before April 15, 2024), the Court should at most push
2  the start of the *Le* matter a maximum of two weeks (making the start date of the *Le* trial April 22,
3  2024).
4      While undersigned counsel believe that a robust presentation of the evidence in this case
5  can be comfortably achieved in five weeks, in the event the Court is unable to accommodate a
6  five-week trial beginning on April 22, 2024, undersigned counsel are willing to proceed with a
7  four-week trial to accommodate the new schedule. While this is not optimal, it is preferable to a
8  significant delay in the start of the *Le* trial.
9      In short, given Zuffa's counsel's pre-existing trial schedule in the *Caterpillar* action,
10 which overlaps a few days with the trial schedule in this case, Plaintiffs propose that the *Le* trial
11 be moved back by at most two weeks, to begin on April 22, 2024, to the extent that comports
12 with the Court's calendar.

<2000>
<2000>
<2000>
<2000>

<2000>
<2000>
<2000>
<2000>

<2000>
<2000>
<2000>
<2000>

<2000>
<2000>
<2000>
<2000>

<2000>
<2000>
<2000>
<2000>

<2000>
<2000>
<2000>
<2000>

<2000>
<2000>
<2000>
<2000>

<2000>
<2000>
<2000>
<2000>

DATED: October 3, 2023

Respectfully Submitted,

By: /s/ *Eric L. Cramer*
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Richard A. Koffman (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Daniel Silverman (*pro hac vice* forthcoming)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email:  dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2023 a true and correct copy of Plaintiffs' Response to Defendant's Notice of Pre-Existing Conflict with Tentative Trial Date was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

By: <u>*/s/ Eric L. Cramer*</u>
       Eric L. Cramer