Don Springmeyer, Esq.
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000/Fax: (702) 385-6001
d.springmeyer@kempjones.com

*Liaison Counsel for the Class*

[Additional counsel listed on signature page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SHORT SURREPLY BRIEF IN OPPOSITION TO SPARACINO PLLC'S MOTION FOR RELIEF PURSUANT TO THE COURT'S INHERENT AUTHORITY** |

In its Reply in Support of its Motion for Relief Pursuant to the Court's Inherent Authority ("Reply") (ECF 866, filed Oct. 4, 2023), Sparacino PLLC ("Sparacino") submits new evidence, in the form of a new letter from its ethics expert and a new Declaration from a Sparacino attorney. In addition, Sparacino amps up its *ad hominem* attacks on Class Counsel, accusing them of "suborning perjury" and committing "prosecutable crimes under federal and state law." Reply at 1, 7, 12. Sparacino also casts unsupported aspersions on the qualifications of Professor Jeffrey W. Stempel, who submitted an expert declaration in opposition to Sparacino's motion.

Although Plaintiffs are confident the Court will see Sparacino's efforts at deflection for what they are, Plaintiffs should, in fairness, be provided an opportunity to address: (1) the new ethics letter and Declaration submitted with Sparacino's Reply; (2) Sparacino's new allegations of purported criminal conduct by Class Counsel; and (3) Sparacino's unjustified attacks on Professor Stempel's qualifications as an expert witness on matters of professional responsibility. To that end, Plaintiffs respectfully request leave to file the attached 7-page Surreply.

Respectfully submitted,

KEMP JONES, LLP

 /s/ Don Springmeyer
Don Springmeyer, Esq. (Nevada Bar No. 1021)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

*Liaison Counsel for the Class*

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Joshua P. Davis (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111

Joseph R. Saveri (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.

601 California Street, Suite 1000
San Francisco, CA 94108

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel Silverman (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, D.C. 20005

*Co-Lead Counsel for the Class*

Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016

Frederick S. Schwartz (admitted *pro hac vice*)
LAW OFFICE OF FREDERICK S. SCHWARTZ
15303 Ventura Boulevard, #1040
Sherman Oaks, CA 91403

William G. Caldes (admitted *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103

*Additional Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2023 a true and correct copy of **PLAINTIFFS' MOTION FOR LEAVE TO FILE A SHORT SURREPLY BRIEF IN OPPOSITION TO SPARACINO PLLC'S MOTION FOR RELIEF PURSUANT TO THE COURT'S INHERENT AUTHORITY** was served via the District of Nevada's ECF system to all counsel of record who have enrolled in the ECF system.

                         */s/ Pamela McAfee*
                         An employee of Kemp Jones, LLP