UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>      **Plaintiffs,**<br><br>  v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>      **Defendant.** | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DECLARATION OF RICHARD A. KOFFMAN, ESQ., IN SUPPORT OF PLAINTIFFS' SURREPLY BRIEF IN OPPOSITION TO SPARACINO PLLC'S MOTION FOR RELIEF PURSUANT TO THE COURT'S INHERENT AUTHORITY** |

I, Richard A. Koffman, Esq., declare and state as follows:

  1.  I am a Partner in the law firm of Cohen Milstein Sellers & Toll, PLLC, one of the Court-appointed Interim Co-Lead Counsel for the certified Bout Class. I am a member in good standing of the District of Columbia Bar and have been admitted *pro hac vice* in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

  2.  I make this Declaration in support of Plaintiffs' Surreply Brief in Opposition to Sparacino PLLC's Motion for Relief Pursuant to the Court's Inherent Authority.

  3.  Attached as Exhibit 1 is a true and correct copy of a Supplemental Declaration of Jeffrey W. Stempel, dated October 9, 2023.

      4.      Attached as Exhibit 2 is a true and correct copy of a Declaration of Robert Maysey, dated October 10, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 11th day of October, 2023, in Rockville, MD.

                                    */s/ Richard A. Koffman*