# Exhibit 2
# (Declaration of Robert Maysey)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | Case No.: 2:15-cv-01045-RFB-PAL<br><br>**DECLARATION OF ROBERT MAYSEY** |

I, Robert Maysey, Esq., declare and state as follows:

1. I am an attorney at the law firm of Warner Angle Hallam Jackson & Formanek LLP, and counsel for Bout Class and Representative Plaintiffs. I am a member in good standing of the State Bars of Arizona and California and have been admitted pro hac vice in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. Antonio McKee is the former UFC fighter referred to in Section 5 of my Declaration filed April 20, 2021 with this Court (ECF 813-1).

3. I currently represent and have represented Antonio McKee in this matter since 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 10th day of October 2023, in Scottsdale, Arizona.

<u>/s/ Robert Maysey</u>