UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon Fitch,
Brandon Vera, Luis Javier Vazquez, and
Kyle Kingsbury,

                    Plaintiff(s),

          vs.

Zuffa, LLC, d/b/a Ultimate Fighting
Championship and UFC,

                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #15-cv-01045_____

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Ryan R. Sparacino_____, Petitioner, respectfully represents to the Court:
        (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

                         Sparacino PLLC
                         (firm name)

with offices at _____1920 L Street NW_____,
                                  (street address)

____Washington____, ____District of Columbia____, ___20036___,
        (city)                        (state)                   (zip code)

____202-629-3530____, ___ryan.sparacino@sparacinopllc.com___.
(area code + telephone number)            (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

____Sparacino PLLC_____ to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Subscribed and sworn before me this
__17__ day of _October_, _2023_
County _Orange_ State _FL_
Notary Public _____

Notary Public State of Florida
Bryan Ovalles
My Commission HH 432824
Expires 8/13/2027

3.   That since _____August 8, 2005_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                                        (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the District of Columbia | 4/4/2011 | 493700 |
| Washington, D.C. | 8/8/2005 | 493700 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

> Washington, D.C.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Florida_____ )
                                )
COUNTY OF _____Orange_____ )

_____Ryan R. Sparacino_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__17__ day of _october_, _2023_.

_____
Notary Public or Clerk of Court

Notary Public State of Florida
Bryan Ovalles
My Commission HH 432824
Expires 8/13/2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Brian D. Shapiro_____,
                                                                                              (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____510 S. 8th Street_____,
                                (street address)

_____Las Vegas_____, _____Nevada_____, __89101__,
       (city)                 (state)          (zip code)

____702-386-8600____, ____brian@brianshapirolaw.com____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.


## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Brian D. Shapiro_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Ryan R. Sparacino, Partner, Sparacino PLLC
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)


### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Brian Shapiro*
_____
Designated Resident Nevada Counsel's signature

Nevada Bar No. 5772          brian@brianshapirolaw.com
_____
Bar number                    Email address


APPROVED:

Dated: this _____ day of _____, 20___.


_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# Ryan R Sparacino

*was duly qualified and admitted on August 8, 2005 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on October 13, 2023.*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*