WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7300
Fax: (202) 223-7420

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**JOINT AGREED MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT BRIEFING MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3** |

Pursuant to Local Rule 7-3(c), Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") (collectively "the Parties"), move for leave to file summary judgment briefing in excess of the page limits specified in Local Rule 7-3(a). The parties have met and conferred, reached an agreement, and jointly move the Court to permit the parties to allocate 40 pages for Zuffa's Renewed Motion for Summary Judgment, 40 pages for Plaintiffs' Opposition to Zuffa's Renewed Motion for Summary Judgment, and 21 pages for Zuffa's Reply in Support of its Renewed Motion for Summary Judgment.

The table below summarizes the Parties' proposal:

| Brief | Current LR 7-3(a) Limit | Proposed Limit |
|---|---|---|
| Zuffa's Renewed Motion for Summary Judgment | 30 pages | 40 pages, including the Statement of Undisputed Material Facts |
| Plaintiffs' Opposition to Zuffa's Renewed Motion for Summary Judgment | 30 pages | 40 pages, including the Counterstatement of Undisputed Material Facts |
| Zuffa's Reply in Support of its Renewed Motion for Summary Judgment | 20 pages | 21 pages |

The Parties have good cause to seek to exceed the Local Rule 7-3(a) page limits as the record is extensive and complex, and the issues to be addressed in the Parties' Summary Judgment briefing are, in Zuffa's view, substantial and susceptible of lengthy exposition. *See* ¶¶ 6-12, Declaration of William Isaacson in Support of the Parties' Joint Agreed Motion for Leave to File Summary Judgment Briefing Materials in Excess of Page Limits Imposed By Local Rule 7-3. For these reasons, good cause exists to grant an extension of the Local Rule 7-3(a) page limits. *See Jacobs* v. *Clark Cty. Sch. Dist.*, 373 F. Supp. 2d 1162, 1168 (D. Nev. 2005) (granting a motion to exceed the page limit requirements of the District of Nevada's Local Rules where the issues to be addressed "are substantial and susceptible of lengthy exposition").

1  The Parties respectfully request that the Court find that good cause exists and that the
2  Court grant leave to file Summary Judgment briefing materials in excess of the page limits
3  specified by Local Rule 7-3(a) as specified above.

Dated: October 21, 2023					Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *William A. Isaacson*
WILLIAM A. ISAACSON (*Pro hac vice*)
(wisaacson@paulweiss.com)
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7300; Fax: (202) 223-7420

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

## ATTESTATION OF FILER

The signatories to this document are myself and Eric Cramer, and I have obtained Mr. Cramer's concurrence to file this document on our joint behalf.

Dated: October 21, 2023                                /s/ *William A. Isaacson*
                                                                          William A. Isaacson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Parties' Joint Agreed Motion for Leave to File Summary Judgment Briefing Materials in Excess of Page Limits Imposed By Local Rule 7-3 was served on October 21, 2023, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Dated:  October 21, 2023                              /s/ *William A. Isaacson*
                                                     William A. Isaacson