WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7300
Fax: (202) 223-7420

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(PAL)<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT AGREED MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT BRIEFING MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3** |

Before this Court is the Parties' Joint Agreed Motion for Leave to File Summary Judgment Briefing Materials in Excess of Page Limits Imposed By Local Rule 7-3 filed by Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") (collectively "the Parties"). The Court finds that good cause exists and that a modification to the limits specified in District of Nevada Local Rule 7-3(a) is appropriate. Therefore, it is ordered that the page limits for the briefing related to the Parties' summary judgment motions are modified as follows:

| Brief | Current LR 7-3(a) Limit | Proposed Limit |
|---|---|---|
| Zuffa's Renewed Motion for Summary Judgment | 30 pages | 40 pages, including the Statement of Undisputed Material Facts |
| Plaintiffs' Opposition to Zuffa's Renewed Motion for Summary Judgment | 30 pages | 40 pages, including the Counterstatement of Undisputed Material Facts |
| Zuffa's Reply in Support of its Renewed Motion for Summary Judgment | 20 pages | 21 pages |

IT IS SO ORDERED.

DATED: _____, 2023

By: _____

Hon. Richard F. Boulware
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING LEAVE TO FILE SUMMARY JUDGMENT MATERIALS IN EXCESS OF PAGE LIMITS