1  WILLIAM A. ISAACSON (*pro hac vice*)
   wisaacson@paulweiss.com
2  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
3  2001 K Street, NW
   Washington, DC 20006
4  Tel: (202) 223-7300
   Fax: (202) 223-7420
5

6  DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
7  J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
8  CAMPBELL & WILLIAMS
   710 South 7th Street, Las Vegas, NV 89101
9  Telephone: (702) 382-5222; Fax: (702) 382-0540
10
11 *Attorneys for Defendant Zuffa, LLC, d/b/a*
   *Ultimate Fighting Championship and UFC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT ZUFFA, LLC'S RENEWED MOTION FOR SUMMARY JUDGMENT** |

# APPENDIX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa"), submits this Appendix of Exhibits in Support of Defendant Zuffa, LLC's Renewed Motion for Summary Judgment. The exhibits noted below are attached as exhibits to the Declaration of William A. Isaacson in Support of Defendant Zuffa, LLC's Renewed Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| 1. | Excerpts of Deposition of Lorenzo Fertitta ("Fertitta Dep.") (Mar. 23, 2017) |
| 2. | Presentation titled "UFC Company Overview," ZFL-2603089 |
| 3. | Presentation titled "Marketing in Mixed Martial Arts" (Mar. 2013), ZFL-12449194 |
| 4. | Expert Report of Professor Robert H. Topel ("Topel I") (Oct. 27, 2017) |
| 5. | Presentation titled "Growing the Business" (Sept. 2014), ZFL-1807982 |
| 6. | "About Ultimate Fighting Championship" (Jan. 2012), ZFL-1454433 |
| 7. | *INTENTIONALLY LEFT BLANK* |
| 8. | Excerpts of Deposition of Ike Lawrence Epstein ("Epstein Dep.") (May 26 & July 21, 2017) |
| 9. | Excerpts of Rule 30(b)(6) Deposition of Ike Lawrence Epstein on Acquisitions ("Acquisitions Dep.") (Dec. 2, 2016) |
| 10. | Declaration of David Lawenda ("Lawenda Decl.") (Dec. 8, 2011), ZFL-1470668 |
| 11. | Summary Chart of Zuffa Events |
| 12. | Excerpts of Second Deposition of Dr. Hal J. Singer ("Singer Dep. II") (Jan. 23, 2018) |
| 13. | Declaration of Brandon Vera ("Vera Decl.") (July 25, 2011), ZFL-1470592 |
| 14. | Excerpts of Deposition of Michael Mersch ("Mersch Dep.") (July 14, 2017) |
| 15. | Excerpts of Deposition of Denitza Batchvarova ("Batchvarova Dep.") (Jan. 25, 2017) |
| 16. | Excerpts of Deposition of Dr. Hal J. Singer ("Singer Dep. I") (Sept. 27, 2017) |
| 17. | Excerpts of Deposition of Jon Fitch ("Fitch Dep.") (Feb. 15, 2017) |
| 18. | Excerpts of Deposition of Cung Le ("Le Dep.") (Apr. 11, 2017) |
| 19. | Declaration of Matt Serra ("Serra Decl.") (July 27, 2011), ZFL-1470642 |

| Exhibit | Description |
|---|---|
| 20. | Declaration of Thiago Alves Araujo ("Alves Decl.") (July 28, 2011), ZFL-1470652 |
| 21. | Declaration of Jason Reinhardt ("Reinhardt Decl.") (Sept. 15, 2011), ZFL-1470625 |
| 22. | Excerpts of Deposition of Brandon Vera ("Vera Dep.") (Feb. 16, 2017) |
| 23. | Declaration of Yves Edwards ("Edwards Decl.") (Sept. 21, 2011), ZFL-1470663 |
| 24. | Declaration of Vitor Belfort ("Belfort Decl.") (July 18, 2011), ZFL-1470661 |
| 25. | Declaration of Joe Lauzon ("Lauzon Decl.") (Oct. 7, 2011), ZFL-1470622 |
| 26. | Declaration of Charlie Brenneman (Nov. 29, 2011), ZFL-1470594 |
| 27. | Declaration of Kenny Florian (Sept. 15, 2011), ZFL-1470629 |
| 28. | Declaration of Frank Edgar (Sept. 20, 2011), ZFL-1470607 |
| 29. | Declaration of Nam Phan (Sept. 21, 2011), ZFL-1470646 |
| 30. | Declaration of Glenn Robinson (July 22, 2011), ZFL-1470612 |
| 31. | Declaration of Tyson Griffin (Sept. 21, 2011), ZFL-1470654 |
| 32. | Declaration of Dan Lambert (July 11, 2011), ZFL-1470603 |
| 33. | Declaration of Jon Jones (Oct. 2, 2011), ZFL-1470620 |
| 34. | Declaration of Forrest Griffin (July 16, 2011), ZFL-1470608 |
| 35. | Declaration of Phil Davis (Oct. 7, 2011), ZFL-1470648 |
| 36. | Declaration of Leonard Garcia (Oct. 9, 2011), ZFL-1470634 |
| 37. | Declaration of Mike Thomas Brown (Sept. 21, 2011), ZFL-1470644 |
| 38. | Declaration of Jacob Volkmann (Sept. 12, 2011), ZFL-1470627 |
| 39. | Declaration of Dan Miller (Nov. 12, 2011), ZFL-1470606 |
| 40. | Declaration of Clay Guida (Aug. 2, 2011), ZFL-1470597 |
| 41. | Declaration of Mike Swick (Aug. 8, 2011), ZFL-1470657 |
| 42. | Declaration of Jim Miller (Nov. 12, 2011), ZFL-1470624 |
| 43. | Declaration of Michael Johnson (Sept. 23, 2011), ZFL-1470639 |
| 44. | Declaration of Renzo Gracie (Oct. 8, 2011), ZFL-1470650 |
| 45. | Declaration of Christopher Cope (2011), ZFL-1470595 |
| 46. | *INTENTIONALLY LEFT BLANK* |

ii

ZUFFA'S RENEWED MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| 47. | Promotional and Ancillary Rights Agreement between Zuffa and Khabib Nurmagomedov (Dec. 18, 2013), ZFL-0522826 |
| 48. | Excerpts of Rule 30(b)(6) Deposition of Kirk Hendrick on Fighter Contracts ("Contracts Dep.") (Nov. 29-30, 2016) |
| 49. | Rebuttal Expert Report of Dr. Hal J. Singer ("Singer II") (Jan. 12, 2018) |
| 50. | Sur-Rebuttal Expert Report of Prof. Robert H. Topel ("Topel II") (Feb. 12, 2018) |
| 51. | Excerpts of Deposition of Sean Shelby ("Shelby Dep.") (Apr. 12, 2017) |
| 52. | Excerpts of Deposition of Joe Silva ("J. Silva Dep.") (June 7, 2017) |
| 53. | Exclusive Promotional and Ancillary Rights Agreement between Zuffa and Matt Hughes (Oct. 8, 2001), ZFL-0105053 |
| 54. | Exclusive Promotional and Ancillary Rights Agreement between Zuffa and Plaintiff Jon Fitch (Jan. 7, 2017), ZFL-0414108 |
| 55. | Promotional and Ancillary Rights Agreement between Zuffa and Josh Shockley (May 27, 2014), ZFL-0504184 |
| 56. | Excerpts of Deposition of Scott Coker ("Coker Dep.") (Aug. 3, 2017) |
| 57. | Excerpts of Deposition of Carlos Silva ("C. Silva Dep.") (Apr. 18, 2017) |
| 58. | Strikeforce Fighters Contract List, ZFL-0551556 |
| 59. | Email attaching Exclusive Commercial Rights Agreement between Brandon Vera and One Championship (July 22, 2014), LEPLAINTIFFS-0042859 |
| 60. | Email attaching Exclusive Promotional Fight Extension Agreement between Jon Fitch and WSOF (Feb. 7, 2014), Z.E._002617 |
| 61. | Bellator Promotional Agreement, SBPCL00002311 |
| 62. | *INTENTIONALLY LEFT BLANK* |
| 63. | *INTENTIONALLY LEFT BLANK* |
| 64. | *INTENTIONALLY LEFT BLANK* |
| 65. | Excerpts of Deposition of Nathan Quarry ("Quarry Dep.") (Sept. 30, 2016) |
| 66. | *INTENTIONALLY LEFT BLANK* |
| 67. | Declaration of Scott Coker in *In re Subpoena of Bellator Sport Worldwide, LLC*, Case No. 2:17-mc-00016 (C.D. Cal.) at ECF 1-3 ("Coker Decl.") (Feb. 22, 2017) |

| Exhibit | Description |
|---|---|
| 68. | Professor Robert H. Topel's 26(e) Supplemental Report ("Topel Supp.") (July 30, 2018) |
| 69. | *INTENTIONALLY LEFT BLANK* |
| 70. | Expert Report of Dr. Hal J. Singer ("Singer I") (Aug. 31, 2017) |
| 71. | "About One" |
| 72. | ACB Facebook Post (July 11, 2018) |
| 73. | List of 2017 ACB Events |
| 74. | Sherdog Profiles of Thiago Silva, Pat Healy, Nam Phan, and Efrain Escudero |
| 75. | Summary Chart of Annual Events of Select Promoters |
| 76. | *INTENTIONALLY LEFT BLANK* |
| 77. | Excerpts of Deposition of Shannon Knapp ("Knapp Dep.") (Apr. 11, 2017) |
| 78. | Excerpts of Deposition of Jeffrey Aronson ("Aronson Dep.") (Apr. 25, 2017) |
| 79. | Declaration of Wm. Hunter Campbell ("Campbell Decl.") (Oct. 24, 2023) |
| 80. | Expert Report of Roger D. Blair ("Blair Rep.") (Nov. 15, 2017) |
| 81. | Letter from Zuffa to Josh Koscheck (June 15, 2015), ZFL-0489704 |
| 82. | Letter from Zuffa to Josh Thomson (Aug. 11, 2015), ZFL-0500960 |
| 83. | MMA Fighting article titled "Phil Davis would have liked to stay with the UFC – for 'big contract'" (Apr. 20, 2015), ZFL-1470749 |
| 84. | Email from David Kramer to Michael Mersch re: Roger Huerta (Mar. 10, 2010), ZFL-2252819 |
| 85. | Excerpts of Deposition of Kyle Kingsbury ("Kingsbury Dep.") (Feb. 17, 2017) |
| 86. | Summary Chart Showing Athletes Who Competed for UFC then Bellator |
| 87. | Summary Chart Showing Athletes Who Competed for Bellator then UFC |
| 88. | Declaration of Matt Hume ("Hume Decl.") (May 4, 2017), ONECHAMPIONSHIP000006 |
| 89. | Excerpts of Deposition of Javier Vazquez ("Vazquez Dep.") (Feb. 14, 2017) |
| 90. | Exclusive Promotional Fight Agreement between Plaintiff Fitch and MMAWC (WSOF) (Mar. 8, 2013), Z.E._002623 |
| 91. | *INTENTIONALLY LEFT BLANK* |

| Exhibit | Description |
|---|---|
| 92. | Venues 30(b)(6) Deposition Ex. 51 at Tab 1 (Dec. 1, 2016) |
| 93. | List of Bellator Events |
| 94. | List of PFL Events |
| 95. | *INTENTIONALLY LEFT BLANK* |
| 96. | *INTENTIONALLY LEFT BLANK* |
| 97. | *INTENTIONALLY LEFT BLANK* |
| 98. | *INTENTIONALLY LEFT BLANK* |
| 99. | Summary Chart of Zuffa's Share of Ranked Athletes |
| 100. | *INTENTIONALLY LEFT BLANK* |
| 101. | *INTENTIONALLY LEFT BLANK* |
| 102. | *INTENTIONALLY LEFT BLANK* |
| 103. | *INTENTIONALLY LEFT BLANK* |
| 104. | *INTENTIONALLY LEFT BLANK* |
| 105. | *INTENTIONALLY LEFT BLANK* |
| 106. | 2013-2014 UFC Fight Card Changes, ZFL-0921215 |
| 107. | *INTENTIONALLY LEFT BLANK* |
| 108. | *INTENTIONALLY LEFT BLANK* |
| 109. | *INTENTIONALLY LEFT BLANK* |
| 110. | *INTENTIONALLY LEFT BLANK* |
| 111. | *INTENTIONALLY LEFT BLANK* |
| 112. | *INTENTIONALLY LEFT BLANK* |
| 113. | Declaration of Ike Lawrence Epstein ("Epstein Decl.") (Oct. 24, 2023) |

Dated: October 24, 2023             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *William A. Isaacson*
    William A. Isaacson

Attorney for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

APPENDIX OF EXHIBITS TO ZUFFA'S MOTION FOR SUMMARY JUDGMENT