# EXHIBIT 5

**Presentation titled "Growing the Business"**




# GROWING THE BUSINESS
## SEPTEMBER 2014

CONFIDENTIAL

ZFL-1807982

# UFC is Still a Young Sport

Although UFC began in 1993, the brand was not under Zuffa ownership until 2001. Through their entrepreneurial nature, regulatory experience and sheer passion for the sport, the Fertitta brothers and Dana White have created one of the most compelling sport and sports brand story in history.

In a very short period of time, they have taken a sport that had limited rules, was banned in 36 states and had no broadcast or cable distribution the first four years of ownership, to a global fight promotion, media company and brand.



CONFIDENTIAL                                                            ZFL-1807983



PLATFORM
GROWTH

ZFL-1807984

# The UFC Reaches Fans Across the Globe. . .



**800** 🖥
800 million TV
households reached

**129** 🌐
Content reaches 129
countries and territories
in 28 languages

**In 2001,** UFC programming was distributed to 90 million TV households.

In just the past 5 years, TV distribution has doubled to **800 million** TV households.

**UNITED STATES:**
FOX, FOX Sports 1, Direct TV,
Dish, Comcast, AT&T, Verizon,
Time Warner, COX

**CANADA:**
Rogers Sportsnet, TVA, Bell, Sasktel,
SHAW, Viewers Choice, Canal Indigo

**MIDDLE EAST & AFRICA:**
Abu Dhabi Media

**LATIN & SOUTH AMERICA:**
Globo, Combate, Televisa ,NEXtv,
Red Uno, America TV, Carocol,
Teleamazonas, Telefuturo

**EUROPE:**
BT Sport, Cmore, Canal+, RTL9, Setanta,
SportTV, Saran Media

**ASIA:**
WOWOW, FOX, Super Action, RCTI,
Liaoning Satellite TV, Sony, FOX
International Channels, ABS-CBN,
Hang Meas

**AUSTRALIA:**
FOX Sports, Fox Tel, FX

**UFC**   Source: Company information and respective TV partners

4

CONFIDENTIAL

# Live Events Growth and Expansion

## 2001

- UFC held a total of 5 Pay-Per-View events across three cities with an average ticket price of $81

## 2014

- UFC will have increased the number of annual events by 9X since 2001
- Current average ticket price is $235 – the highest among major U.S. sports leagues
- Number of live events up 36% from 2013
- Number of UFC live events held outside the U.S. and Canada nearly doubled from 2013



UFC   Source: Company Information

5

CONFIDENTIAL

ZFL-1807986

# Pay-Per-View & Closed Circuit TV Highlights

## UFC Pay-Per-View

- In 2001, UFC had one Pay-Per-View distribution partner in the U.S. and transacted a total of 145,000 Pay-Per-View buys
- Currently, UFC has 10 cable and satellite Pay-Per-View distribution partners across the U.S., Canada, Australia and Puerto Rico and has transacted +52 million Pay-Per-View buys to date — making UFC the #1 Pay-Per-View event provider in the world
- Pay-Per-View transactions up +20% in 2013
- In 2006, launched 1st live streaming Pay-Per-View
- Currently UFC Pay-Per-View streams on UFC.TV, XBOX, iTunes, Sony, UStream, YouTube and Yahoo
- Online Pay-Per-View transactions up 36% in 2013








## UFC Closed Circuit

- In 2001, UFC had just over 100 bars and restaurants airing a UFC Pay-Per-View in the U.S.
- Currently, +3,500 bars and restaurants air a UFC Pay-Per-View event on average across the U.S., Canada and Australia
- Locations up +7% in 2013






UFC      Source: Company Information

6

CONFIDENTIAL

ZFL-1807987

# The Ultimate Fighter

## The Ultimate Fighter Reality Series

- Launched its 1st season in 2005 in U.S.
- Airing the 20th season of *The Ultimate Fighter* Fall of 2014, the series is the longest running cable non-scripted competition reality show
- Dominates the Male 18-34 demographic in markets around the world
- U.S. version distributed around the world with localized versions for Brazil, Latin America, China, Canada and Australia
- Season 1 -3 of *The Ultimate Fighter* Brazil averaged 8-10 million viewers per episode

  - Season 3 was consistently the highest viewed program in Brazil during the timeslot

  - Continuing to grow in popularity *TheUltimate Fighter* Season 3 was up 3% among adults 3+, up3% among adults 18-34, up 1% among adults 18-49, up10% with M18-34 and up 2% with Ind 18-49 when compared to Season 2 in 2013

  - Season 3 also saw significant gains in share of audience averaging a 29% HHLD share in Sao Paulo compared to 25% for Season 2

- *The Ultimate Fighter* Latin America premiered on Channel 5 in Mexico in August 2014

  - Increased viewership from lead-in programming - up16% among total viewers, up32% among adults 18-34, up 28% among men 18-34 and up12% Men 18-49

  - Higher viewership than network primetime average - 14% more total viewers 31% more adults 18-34, 285 more adults 18-49 64% more men 18-34 and 39% more men 18-49 watching the network

  - Episodes 1-3 reached an average of 7.3million viewers





UFC

7

CONFIDENTIAL

ZFL-1807988

# Worldwide Digital Consumption



- More than **+15.5 MILLION** fans worldwide
- **+40%** worldwide fan growth
- **2nd** only to the NBA among major U.S. sports leagues
- **2x** the fans of Moto GP



- More than **+6.1 MILLION** UFC Twitter followers worldwide
- UFC **outranks** Formula 1 in Twitter followers
- **+5.4 BILLION** impressions during UFC 168 event day



- More than **+1 BILLION** views from 246 countries and territories to date
- **+2.7 BILLION** minutes of content viewed
- More than **1.7 MILLION** subscribers



- **+4 MILLION** monthly unique visitors
- 16 localized sites in 9 languages
- Visits from 241 countries and territories
- m.ufc.com more than **+2 MILLION** monthly unique visitors



- More than **+1 MILLION** followers
- UFC **outranks** FIFA World Cup in Instagram followers

**UFC** Source: Facebook, Twitter, YouTube, Google and Instagram analytics as of 6/30/14

8

CONFIDENTIAL

ZFL-1807989

# Mobile Consumption



m.ufc.com



UFC Apps



**MORE THAN**
**+2 MILLION**
**MONTHLY UNIQUE**
**VISITORS**

- Launched mobile in 2010 with 10 regional sites

- Has since grown to 15 localized mobile sites

**+67% growth**
Worldwide growth in mobile unique visitors to UFC properties from 2012 to 2014

**UFC fan app launched April 19th, 2014**
- Provides live stats and fighter rankings, fight highlights, breaking news, live streams and more

**2.9 million**
page views since fan app launch

- UFC.tv app launched Q1 2011

**45%**
of fans surveyed onsite noted they access UFC apps on a tablet or mobile device

UFC  Source: Google Analytics. Octagon Insights & Strategies, 2013 & 2014 on-site and online research, based on adults 18-54yrs, "fan" = any interest

CONFIDENTIAL

ZFL-1807990

# UFC Partner Relationships

One way to analyze the growth of UFC is by looking at the brands that partner with UFC.

## Early to Mid 2000's Partners







## Current Global Partners































10



BROADCAST
GROWTH

CONFIDENTIAL

ZFL-1807992

# Growth in TV Distribution —United States

- From 2001-2004, UFC was only broadcast on Pay-Per-View

- Launched on Spike TV in 2005

- Entered into a 7-year partnership with FOX Broadcasting Company in January 2012 – increasing household distribution by 24%

- UFC on FOX has out ranked tough competition including NBA playoffs, NCAA football, the Heisman Trophy Ceremony, Family Guy, The Big Bang Theory and NHL Playoffs

- Fans watching UFC on FOX on average are an impressive 10 to 18 years younger at 36, compared to fans of the NFL, MLB, NBA, NHL and NASCAR







**UFC on FOX** consistently ranks as the **#1 program** of the night among **Men 18-34 & Men 18-49**

UFC    Source: Nielsen

12

CONFIDENTIAL

# Viewer Engagement is Growing

UFC fans are watching more fights on the FOX family of
networks and they are watching longer





CONFIDENTIAL                                                                ZFL-1807994

# Growth in TV Hours Aired



- UFC live event programming hours have increased +192% since 2011

- Total UFC programming hours aired (including re-airs) have grown +592% since 2011

- Partners receive a tremendous amount of exposure through the 6,131 hours of UFC events, shows, re-airs, highlights and other UFC content on FOX channels



UFC Live Event Hours



Total UFC Programming Hours Aired

UFC   Source: Nielsen Galaxy, 1/1/2011-12/31/13

14

CONFIDENTIAL

ZFL-1807995



# Reaching More Viewers

UFC live events on FOX Networks were viewed by 74% more P2+ unique viewers in 2013 compared to 2011 live event viewers distributed on Spike



CONFIDENTIAL

ZFL-1807996

# UFC Drives Network Growth

UFC is an anchor for the recently launched sports and entertainment network, FOX Sports 1.

Just like UFC programming grew viewership of the coveted Male 18-34 and 18-49 demographic on Spike, FX and Fuel, UFC is recreating the same trends on FOX Sports 1.



- On average, UFC live programming has +183% more viewers than all other live programming on the network – including more viewers than Big 12 and Pac 12 college football

- UFC live programming makes FOX Sports 1 younger with +472% more male 18-34 viewers and +481% adult 18-34 viewers – doubling both Big 12 and Pac 12 football in the male 18-34 demographic

UFC   Source: Nielsen Galaxy, 1/1/2011-12/31/13

16

CONFIDENTIAL

ZFL-1807997

# Most Efficient Advertising Fan Base

For every 1,000 homes, UFC reaches a higher percentage of males 18-34 and males 18-49 than any other major sports programming



% Males 18-34 reached per 1,000 viewers

| Logo | % |
|---|---|
| UFC | 35.6% |
| NBA | 29.5% |
| NHL | 26.1% |
| NFL | 21.1% |
| MLB | 16.8% |

% Males 18-49 reached per 1,000 viewers

| Logo | % |
|---|---|
| UFC | 72.5% |
| NHL | 51.5% |
| NFL | 51.4% |
| NBA | 45.3% |
| MLB | 35.6% |

UFC  Source: Nielsen, Galaxy Explorer, US Ratings, Live+SD, based on live events only, weighted averages

17

CONFIDENTIAL

ZFL-1807998

# Growth in TV Distribution —Brazil

- In 2008, UFC content was distributed to 8million TV households in Brazil

- In 2010, UFC distribution increased almost 4x to 30 million TV households

- Premiered 1st live event in 2011 and currently holds 7 events a year in Brazil

- By 2012, UFC had partnered with Globo, the #1 broadcaster in Brazil, reaching 55 million TV households—100% of TV households in Brazil

    - Viewership has been as high as 42million

- In the past five years, helped grow Combate, Globosat's premium MMA subscription channel, subscribers +700% by making up +90% of the channel's programming

- In 2013, outperformed Formula 1 and is now the 3rd most preferred sport to watch on TV



**The Ultimate Fighter Brasil**
seasons 1-3 averaged **8-10** million
viewers per episode

UFC  Source: Globo, IBOPE, CAD, Nielsen Sport Track 2012-2013

18

CONFIDENTIAL

ZFL-1807999

# Growth in TV Distribution —Latin America

- In 2006, UFC partnered with Fox Sports, a pay cable network, reaching 7 million TV households

- By 2014, UFC has 11 free-to-air TV partners in Latin America, reaching over 12X the number of TV households at 88 million











**UFC** consistently ranks as the **2nd** highest viewed telecast with **overall viewers & key demographics** in its Saturday night timeslot on **free-to-air TV in Colombia**

UFC    Source: IBOPE

19

CONFIDENTIAL

ZFL-1808000

# Growth in TV Distribution —Mexico

- In 2006, UFC programming reached 10 million TV households on Fox Sports Latin America

- In May 2013, partnered with Televisa, the #1 broadcaster in Mexico, reaching 25 million TV households, more than doubling reach

- 7.2 million watched the premiere of UFC on Channel 5 – one of the most watched networks in Mexico

- UFC averages significantly higher viewership than Channel 5's time slot average – 77% more total viewers, 99% more adults 18-34, 102% more Men 18-34 and 100% more Men 18-49



**Televisa**

Strong **growth**
since first airing on **Channel 5**
up **27**% among total viewers,
up **38**% among **Men 18-34**
and up **51**% among **Men 18-49**

UFC    Source: Televisa / IBOPE

20

CONFIDENTIAL

ZFL-1808001

# Growth in TV Distribution —United Kingdom

- In 2009, partnered with ESPN reaching less than 1 million TV households

- Since 2012, increased TV household distribution by 43% reaching 5 million TV household in new partnership with BT TV

- UFC star Conor McGregor and native of Ireland was the #1 most searched sports athlete in Ireland in 2013

- UFC Fight Night London was the #3 the most watched program of the night on Channel 5, one of the UK's top free-to-air networks



## UFC Fight Night London
### on March 8, 2014
### set a viewership record
### with nearly 1 million
### watching in the UK

CONFIDENTIAL                                                                                        ZFL-1808002

# Growth in TV Distribution —Ireland

- July 19, 2014, premiered on 3e with UFC Fight Night Dublin, the 4th biggest Irish channel in Ireland and #1 cable network

- UFC Fight Night Dublin breaks network 3e records
  - HIGHEST rated sporting event in the channel's history
  - Reached 600,000 average viewers



## UFC Fight Night Dublin
### on July 19, 2014
### breaks 3e's rating records
reaching a total of **600,000 viewers**
and **selling out** The **O2 Arena**

Source: http://www.3etv.ie/article/407/UFC-Fight-Night-Dublin-breaks-3e%27s-ratings-records  and company information

UFC

22

ZFL-1808003

# Growth in TV Distribution —Asia

- Continuing to build TV household reach with key broadcasting partners

- In 2012, launched partnership with Sony Six in India, adding 82 million TV households to UFC's reach

- Partnered with ABS-CBN in the Philippines, airing in the #1 cable sports network and free-to-air sport & action network

- UFC viewers are more engaged – watching UFC programming 44% longer than the average channel viewer









見るほどに、新しい出会い。

W O W O W

**UFC 163**
**Jose Aldo** vs **Korean Zombie**
was the **#1** most watched
program on
Super Action
in South Korea

UFC    Source: CAD, Sony Six

23

CONFIDENTIAL

ZFL-1808004



BRAND
EXTENSIONS...

ZFL-1808005

# Brand Extension: UFC GYM

## 2011

- 3 big box gyms in California
- 12,000 members

**33% of UFC fans** surveyed by Octagon at two live events in 2014 indicated they've worked out at a UFC GYM. An over 50% share increase from 2013 survey results

## 2014

- **125 gyms** in 28 states across the U.S.
- **+100,000 members**
- 9 signature big box locations and 116 boutique gyms (35,000 sq. feet and 5,000 sq. feet respectively)
- Expect **200+ gyms** to be open by end of 2015
- 1,000 locations and over 1 million members in the next five years

*% of fans on-site at event: "Have worked out at a UFC GYM"*



UFC   Source: Octagon Insights & Strategies. 2013 & 2014 on-site and online research. based on adults 18-54yrs. "fan" = any interest

25

CONFIDENTIAL                                                                              ZFL-1808006

# Brand Extension: UFC FIT

- Soft-launched in May 2013, UFC FIT is comprehensive in-home MMA style workout program

- UFC FIT workout is taught in gyms in the U.S., UK     and Australia

- Launching Q4 2014: FIT Club, a digital subscription website, members-only access to UFC FIT workouts, nutrition plans and other exclusive UFC content

**39% of UFC fans** surveyed by Octagon at two live events in 2014 indicated they've exercised using UFC FIT DVD's. A notable increase from 2013 survey results



*% of fans on-site at event: "Exercise using UFC FIT DVD's"*



39%

20%

2013          2014



**UFC**   Source: Octagon Insights & Strategies, 2013 & 2014 on-site and online research, based on adults 18-54yrs, "fan" = any interest

26

CONFIDENTIAL

ZFL-1808007



PARTNERSHIP
CASE STUDIES

CONFIDENTIAL

ZFL-1808008

# Procter & Gamble

**P&G**

## Overview

Gillette Desodorante, Gillette Mach 3 and Head & Shoulders launched individual marketing campaigns showcasing UFC fighters choosing P&G products to maximize their performance in and out of the Octagon



## Activation

- Retail promotion & sweepstakes overlay
- Digital and social media support
- UFC and *The Ultimate Fighter* athlete social media
- PR outreach
- Event and Pay-Per-View integration
- Nationally broadcast commercials (3) on Globo TV



## Results

| | |
|---|---|
| • **Value Shares** | **34%** Growth* |
| • From 4.1% to 5.5% | |
| • **Brand Awareness** | **116%** Growth* |
| • From 31% to 67% | |
| • **Product  Trial** | **50%** Growth** |
| • From 16% to 24% | |

**UFC** *Results for Gillette Desodorante provided by Procter & Gamble
**Results for Head & Shoulders provided by Procter & Gamble

28

# Bud Light
# "Battle on the Bayou"



## Overview
• UFC and Bud Light brought the "Battle on the Bayou" to New Orleans

## Activation
• Co-branded aluminum bottles
• Point of sale – snap tag
• Retail window
• Viewing parties
• Media support
• Social media





## Results
• **150,000** retail accounts
• **70,000** sweepstakes entries
• **65,000** aluminum bottle cases distributed
• **5,900,000** website impressions

UFC    Source: ABInbev and Zuffa company information

29

CONFIDENTIAL

ZFL-1808010

# Doritos

## Overview

- Doritos launched a new flavor campaign in Brazil called Doritos Roleta, a 360 campaign featuring two Brazilian UFC Champions as well as an interactive event-based sweepstakes run on both UFC and Doritos communication platforms

- Campaign duration: October 2013- March 2014

## Activation

- Retail promotion & sweepstakes overlay
- Digital and social media support
- UFC personality social media
- PR outreach
- Event integration and sampling
- Nationally broadcast commercial on Globo TV

## Results
Huge over-delivery, significantly surpassing forecast

- **+91.2%** actual vs forecast sold
- Sustained **over-performance** November – March
- Largest lift (**+558%**) and tons sold in final month of promotion

## Sweepstakes

- Webpage interaction: **164,922 visits** and **137,366 players**
- Social interaction: **2,895,000 views** and **1,336 likes**



UFC    Source: Doritos

30

CONFIDENTIAL

ZFL-1808011



ARMED FORCES
RESEARCH

CONFIDENTIAL

ZFL-1808012



# UFC Fans & Armed Forces

UFC Fight for the Troops raises money for the Intrepid Fallen Heroes Fund (IFHF), which provides support for severely wounded military personnel and veterans and families of military personnel lost in service. It also supports the National Intrepid Center of Excellence (NICoE), a research and treatment center for brain injuries.

CONFIDENTIAL

ZFL-1808013



# UFC Fans & Armed Forces

UFC Fight for the Troops events has raised over $14 million for members of the U.S. Armed Forces with traumatic brain injuries.

ZFL-1808014



# UFC Fans & Armed Forces

## 4.85 Million

UFC fans currently serve or have served in the Armed Forces

## 15.5%

UFC has a leading concentration of fans that currently serve or have served in the Armed Forces

| | |
|---|---|
| NASCAR | 16.3% |
| Red Bull Indianapolis GP | 15.9% |
| **UFC** | **15.5%** |
| MLB | 14.0% |
| NFL | 13.9% |
| F1 | 13.4% |
| NBA | 12.2% |
| NHL | 12.0% |
| X GAMES | 10.3% |
| MLS | 7.3% |

Source: Simmons Spring 2014, 12 month study, based on Adults 18+, "fan" = any interest X-Games fans = "watch X-Games on TV"
Red Bull IndyGP and Formula 1 fans = "viewed on television in the past 12 months"

34

ZFL-1808015

# UFC Fans & Armed Forces

## +42 likelihood

UFC fan are **42%** more to currently serve or have served in the armed forces than is the average adult 18+— the a higher proclivity than fans of NFL, MLB, NBA, NHL, X-Games, MLS, or Formula 1



*Likelihood of fans to serve or have served in the armed forces (index)*

150 — NASCAR
146 — Red Bull IndyGP
**142** — UFC
129 — NFL
128 — MLB
123 — Formula 1
112 — NBA
111 — NHL
95 — X-Games
67 — MLS

Source: Simmons Spring 2014, 12 month study, based on Adults 18+. "fan" = any interest.X-Games  fans = "watch X-Games on TV".
Red Bull IndyGP and Formula 1 fans = "viewed  on television in the past 12 months"

35

CONFIDENTIAL

ZFL-1808016

# Consumption of UFC Content

Individuals that currently serve or have served in the armed forces are **43%** more likely than the average adult 18+ to watch UFC on television



## Watch UFC on TV
### (broadcast, cable or PPV)

# +43%

**UFC**   Source: Simmons Winter 2014 12 month study, based on Adults 18+, "fan" = any interest.

36

# Consumption of UFC Content

Individuals that currently serve or have served in the armed forces are **43%** more likely than the average adult 18+ to watch UFC on television

## Watch UFC on TV
*(broadcast, cable or PPV)*

# +43%



CONFIDENTIAL

ZFL-1808018



CONFIDENTIAL

ZFL-1808019

# UFC Partner Relationships

## Mid 2000's Partners





## Current Global Partners































39

CONFIDENTIAL

ZFL-1808020

# UFC FIGHT PASS



- OTT digital subscription service (SVOD + live fights + library)
- Launched December 2013 to satisfy international live event demand
- Available on PCs, Mac iOS (phones & tablets), Samsung Smart TV, Android, Roku and LG Smart TV

## FIGHT PASS Impressive Growth Since Launch Month...

| | | |
|---|---|---|
| **Subscribers** *Double UFC's initial projections* | ⬆ | **+385%** |
| Consumption of Content | ⬆ | +72% |
| 164 Countries Platform Distribution | ⬆ | +40x |
| +5,500 Viewable Assets | ⬆ | +34x |

*UFC*

40

CONFIDENTIAL

ZFL-1808021