# EXHIBIT 6

# About Ultimate Fighting Championship



JANUARY 2012

**UFC BACKGROUNDER**

**About Ultimate Fighting Championship®**

Owned and operated by Zuffa, LLC, and headquartered in Las Vegas, Nevada, UFC® is the world's premier mixed martial arts (MMA) organization and produces more than 12 UFC live Pay-Per-View events annually around the globe.  Globally, UFC programming is broadcast in more than 150 countries and territories, reaching more than a billion homes worldwide in 21 different languages.

As part of a 7-year broadcast partnership signed in September 2011, leading USA network Fox Television will broadcast four UFC fights live on primetime annually, and content such as The Ultimate Fighter series and other UFC programming will air on Fox-owned cable channels.  In spring 2012, The Ultimate Fighter®, UFC's signature weekly reality TV show debuts on leading USA cable TV channel FX.

The Ultimate Fighter, now about to start its 15th season, remains one of the longest-running sports reality shows on television today.  This lively program features up-and-coming mixed martial artists vying for a six-figure contract to compete in the UFC's Octagon, and helped spur the huge growth in the UFC's popularity since it launched in 2005.   The first international edition was announced in Brasil and will air starting March 2012.  More international editions in India, Australia and other markets around the world are in development.

The UFC® also boasts a powerful presence online, with UFC.com attracting more than 10 million unique visitors per month, while also possessing one of the most powerful social media followings in all of professional sports. To date, UFC has more than 8 million fans on Facebook and over 300,000 followers on Twitter.  In addition, UFC President Dana White is one of the most accessible and most followed executives in sports with almost 2 million followers on Twitter.  On January 22, 2011, UFC continued to set trends in social media, becoming the first major sports league to stream live, broadcast quality action on Facebook.

Ancillary businesses include best-selling DVDs, UFC magazine, the best-selling UFC "Undisputed" videogame franchise distributed by THQ, UFC Gym™, UFC Fight Club affinity program, UFC Fan Expo™ festivals, branded apparel, trading cards, and articulated action figures.

UFC fighters are now recognized as world-class elite athletes, who possess a unique combination of athletic talent, martial arts skills, fitness, courage, discipline, determination, and sportsmanship.  UFC's approximately 350 contracted fighters hail from more than 25 countries from around the world, and compete across eight weight classes, ranging from flyweight at 125lbs max to heavyweight at 206-265 lbs.  The inaugural flyweight champion will be anointed at FX Sydney on March 3, 2012 in Sydney, Australia.

For more details on the UFC, UFC events, and UFC's roster of fighters, go to: www.UFC.com



JANUARY 2012

**UFC – INTERNATIONAL NOTES**

- The UFC and the sport of MMA have roots in the ancient Olympic combat sport of Pankration in 648 BC.
- The UFC is the fastest growing global sports organization in history. The popularity of the sport continues to grow globally, as evidenced by current UFC digital statistics.  In 2006, only 25% of all traffic was generated outside of the United States.  Today, just five years later, international and domestic traffic are equal – illustrating just how much global demand has grown.
- The UFC is the leading brand of professional mixed martial arts in the world.  In January 2001, under the new ownership of Zuffa, the UFC helped restructure MMA into a highly organized and controlled combat sport working closely with leading regulatory agencies around the world.
- The UFC projects massive growth potential outside of the U.S.  As of 2011, impressions outside of North America were estimated at 241 million, underscoring the extensive opportunity for international growth. Globally, UFC programming is broadcast in more than 150 countries and territories, reaching more than a billion homes worldwide in 21 different languages.
- UFC is a truly global sport with athletes from over 26 countries around the world.  Three of seven current title-holders are from outside the U.S.
- All UFC fighters have previous combat sports experience and many are world champions and Olympic competitors.
- The UFC has demonstrated its long-term commitment to international fans and building the sport globally, by establishing offices and personnel in overseas markets including Japan, China, Korea, the United Kingdom, Germany, Canada, Australia, Brazil and Mexico.
- MMA and the UFC enjoy tremendous popularity in Canada.  UFC 129 in Toronto, Canada, which was held on April 30, 2011, surpassed UFC 66 as the largest gate in the organization's history, with 55,000 tickets selling out in just minutes.
- The company has held events on every continent but Africa and Antarctica.
- Although as yet unsubstantiated by hard data, many Brazilian sports commentators call MMA the 2nd most popular sport in that country, behind football.  In the summer of 2011, UFC fever swept the country, with thousands of fans showing up in the rain to see their country's biggest stars work out in Rio.  An estimated 30 million Brazilians tuned in to UFC 134 in Rio Brazil on August 28, 2011.
- International success has come quickly for the company with six of the top 10 best-attended fights in UFC history outside of the U.S.  The UFC is laying the foundation for a strong international expansion, with the basic strategy to establish local television and on-line exposure and regular media coverage, followed by on-ground development programs such local versions of The Ultimate Fighter to introduce the sport to new fans in key markets, and finally with live events once the fan demand reaches critical mass.
- In 2010, the UFC sold a 10% interest to Flash Entertainment, a wholly owned subsidiary of the government of Abu Dhabi to help expand its international footprint.

CONFIDENTIAL



JANUARY 2012

**UFC ASIA - Summary**

- The UFC has established an Asian headquarters office in Beijing, and is planning further expansion into Asia in 2012 with a market-by-market strategy focusing on Japan, China, South Korea, Philippines, Thailand, and other selected locations in Southeast Asia.
- Featuring 10 fighters from Japan and 3 from Korea, with more prospects on the way, the UFC has particularly strong followings in these markets, as well as the Philippines.
- The company recently announced its return to Japan with a major event to be held at Saitama Super Arena on February 26th, 2011, marking the first UFC event in the country since 2000; and the first-ever event for Zuffa in Asia.
- The UFC is considering additional live events next year in several other locations in Asia such as Macau, Manila, and Seoul; while lining up major new television distribution deals in a number of markets including Greater China, India, Thailand, and the rest of Southeast Asia.
- Asian versions of The Ultimate Fighter reality show are now in development, including a Philippine version launching in 2012, and Korean, Japanese, Thai, and Chinese editions all under active discussions.
- The UFC is building localized versions of UFC.com in Chinese, Japanese, and Korean.

**CHINA**

- The UFC sees tremendous long-term potential on the mainland given widespread interest in combat sports across China and the fledgling state of the sport of MMA. Leading Chinese search engine Baidu.com nevertheless reports that UFC along with other combat sports are consistently among the top 10 searched items on the site.
- Zhang Tiequan, China's lone fighter at present with a record of 1-1, is the top fighter in China overall in terms of searches on Baidu.com and Google.com (more than 500,000 items). The UFC meanwhile has begun a China fighter development program in an effort to help bring more fighters from the mainland in the future.
- The UFC's top priority in China currently is the distribution of media programming broadly through a range of television and internet media, in order to maximize the exposure of the UFC across the mainland.

- In total the reach of UFC media content in China is now estimated at more than **600 million people**; including 513 million internet users and 250 million TV viewers (with a rough estimate that 150 million of the 250 million TV viewers reached are also internet users, and 100 million are TV viewers only.)
    a) TV: UFC is expanding TV coverage by via a network of regional TV stations in China. UFC TV programming currently reaches approximately 250 million viewers in China.

    - UFC fight events are shown live on Guangdong TV (73 million viewers) and Chongqing TV (5 million). A similar arrangement with Shanghai TV (16 million) is expected to launch in the spring 2012.
    - In addition to the live events, one-hour highlight and feature compilation programs are shown on Guangdong TV (73 million), Chongqing TV (5 million), Shandong TV (70 million), Jiangxi TV (5.5 million), Hubei TV (45.5 million), Xinjiang TV (5 million), Liaoning TV (31 million), Shenzhen TV (8.5 million) and Hainan TV (770,000). Shanghai TV and Tianjin TV (10 million) are expected to carry this one-hour program in coming months.

b) Internet: UFC is expanding its coverage rapidly to the 513 million "netizens" of China.



JANUARY 2012

- UFC's live events are streamed on the top 3 Chinese portals, Sina.com, QQ.com and Sohu.com; the largest video streaming site PPTV; and the largest UGC site, Youku.com.  UFC PPV events normally attract upwards of more than 500,000 internet viewers, and highlights of Zhang Tiequan's fights in particular receive tens of millions of hits.

- UFC also receives regular coverage on a range of mainstream print and social media, including as Titan Sports (1.2 million households), the Oriental Sports Daily (400,000 households), Trendsports Magazine (10 million downloads per issue), Weibo.com (over 200 million subscribers), and Renren.com (100 million subscribers).
- UFC is targeting its first fight in greater China in late 2012 -- discussions are underway for Macau -- and first on the mainland in 2013.  Meanwhile UFC is in discussions with a number of merchandise and marketing partners who will help grow the UFC integrated marketing model in China for years to come.
- Awareness statistics for UFC are still relatively modest compared to some more established major sports properties such as Olympics, World Cup, and NBA; but the fan base is showing signs of strong upward growth.  A recent Synovate survey (November 2011) of major Chinese cities showed awareness of UFC is at 36% -- up from 11% just a year ago.   The same Synovate survey also shows that 7% of this urban population already consider themselves to be UFC fans.

**JAPAN**

- Japan is one of the traditional homes of martial arts such as judo and karate, and has produced more MMA promotions as well as top MMA fighters than any other nation in Asia.  There are currently 10 Japanese fighters in the UFC, with the most famous including Yoshihiro Akiyama, "Kid" Yamamoto, and middleweight contender Yushin Okami.
- UFC 144: Edgar vs Henderson, to be held at Saitama Super Arena on Feb. 26, 2012, will be the UFC's first major event in Asia under Zuffa ownership.
- The UFC's on-ground marketing partner for this groundbreaking event is Dentsu, Inc., the largest single-entity advertising and sports marketing agency in the world and in Japan (with USD 22 billion in annual revenue)
- UFC's main Japanese television partner Wowow broadcasts UFC PPV events and other programming to 2.4 million paid subscriber homes regularly, as well as 30 million homes equipped with BS-satellite tuners, once a month.
- Through a UFC partnership with Softbank Group's TVBank Corp., NTT's Hikari TV distributes a wide range of UFC events and other programming to a growing base of 1.5 million paid subscriber homes.  UFC fights consistently rank highest among all Hikari TV's VOD sports offerings.
- UFC launched apparel distribution in January 2012 in partnership with Right-On, one of the Japan's top apparel retailers with 482 stores.  In addition, Beams, a high-end fashion retailer with 74 outlets in Japan, will begin carrying a limited line of UFC apparel in February 2012.

CONFIDENTIAL   ZFL-1454436



JANUARY 2012

**KOREA**

- As the place of origin for the Olympic sport of Tae Kwon Do, Korea has a proud history in combat sports. Currently there are three Korean fighters who have enjoyed significant success over the past year in the UFC, including Dong Hyun "Stun Gun" Kim, "Korean Zombie" Chan Song Jung, and Dong Yi Yang. Meanwhile Benson Henderson, who is recently visited Korea with his Korean mother to great fanfare, is competing for the lightweight championship next month in Japan.
- UFC has established wide TV exposure in Korea through various platforms. UFC PPV and UFC on Fox fight events are shown on the SuperAction channel (owned by CJ Media), which reaches 14 million households via basic cable; as well as KT Skylife, a satellite to home (STH) platform reaching 6 million households; and IPSN, an all-sports IPTV network reaching 3.5 million subscribers. In addition, UFC archived events are broadcast by leading cable channel FX, and via Korea Telecom (KT)'s VOD channel.
- Starting in next couple months, PPV and UFC on Fox events will also be featured on an GOM TV, one of Korea's leading on-line video portals.
- Due to the combination of a well-established fight culture, successful UFC fighters, and the media partnerships noted above, Korea has the highest combined level of UFC brand awareness and fan following in Asia: awareness is at 76%, and 21% of the population considering themselves to be UFC fans (Nov. 2011 Synovate survey).
- UFC will soon launch a line of branded merchandise, both apparel and non-apparel, in Korea.
- UFC's coverage in the top mainstream media continues to grow, for example in the top 3 national newspapers (such as the Chosun and Dong-Ah dailies), and via KBS, the largest terrestrial TV station in Korea (click on http://sports.kbs.co.kr/tvnews/sports_time09/2012/01/13/2419270.html for their feature on the Korean Zombie.)

**SOUTHEAST ASIA**

- The UFC enjoys a strong following in the Philippines, with high levels of both brand awareness and fan following at 68% and 26% of the population, respectively (per the Synovate survey). The largest Filipino media company ABS-CBN carries a wide range of UFC programming on both terrestrial and cable channels. The network has brought several star UFC fighters to the country in recent years to promote the UFC brand and sport of MMA, including retired champion Chuck Liddell, reigning welterweight champion Georges St. Pierre, and former champ BJ Penn.

- Other markets in Southeast Asia such as Thailand, Indonesia, and Malaysia also have significant and growing bases of UFC awareness and fan following. The UFC is about to launch major media partnership (to be announced shortly) which will serve as a strong base from which to grow the fan bases further.

- Lastly, the UFC is under discussions to bring localized versions of The Ultimate Fighter program to a number of markets, which will build local relevance, broaden the fan base, and jump-start opportunities for domestic fighters to enter the UFC.

CONFIDENTIAL
ZFL-1454437



JANUARY 2012

### MEXICO/LATIN AMERICA

- We have partnered with Fox Sports Latin America and are broadcasting in 11 countries in Latin America, including Mexico.

- We had a formal PR launch in Mexico in February 2012 and have established partnerships with the top portals in the country for UFC content including Mediotiempo.com, El Universal and Terra.com, among others.

- The sport's popularity is growing tremendously as Mexico has a strong cultural association with boxing and there are many champions hailing from Mexico. In recent years, many boxing fans are flocking to MMA.

- We've are making strikes in ancillary business development in Mexico with partnerships with Hooters, Suburbia retail, and licensing agreements with Tycoon, among others.

- Our first transactional PPV in the market will be on February 25th with UFC 144 in Tokyo, Japan. The company is tracking towards a live event in 2013.

- We are currently developing deals to bring UFC content to even more countries in Latin America with mobile applications.

### AUSTRALIA

- The UFC made its debut in Australia in February 2010 at Sydney's Acer Arena with UFC 110: NOGUERIA v VELASQUEZ. More than 17,000 tickets were sold in record time, shattering the arena's records for box office and merchandise sales.

- The UFC's second live show in Australia, UFC 127: PENN v FITCH in February last year, sold-out all 18,000 tickets in less than 30 minutes, equalling the company record that was set earlier in 2011 by UFC 115 in Vancouver, Canada.

- The organisation will return to Sydney for the third consecutive year with UFC Sydney: ALVES v KAMPMANN, on March 2, 2012.

- Featuring three fighters from Australia and two from New Zealand (who now fight out of Sydney), the UFC has a particularly strong following in this market.

- The company has partnered with the country's largest lifestyle magazine publisher, ACP, to produce a local version of UFC Magazine, which has held a steady circulation since launching more than 12 months ago.

- There are active discussions taking place for an Australian version of The Ultimate Fighter reality show to be produced. There are ambitions to pit an Aussie team against British talent in a series dubbed, "The Smashes", which is a play on the renowned Australia versus Britain cricket series The Ashes.

CONFIDENTIAL                                                                                                                                                   ZFL-1454438



JANUARY 2012

- The UFC is also considering additional live events in Australia, with the aim of holding at least two shows Down Under annually. The potential location for the second live event, which would feature the finale of "The Smashes" is Brisbane, Queensland.

**BRAZIL**

- UFC was the #1 trending Facebook topic in all of Brazil for all of 2011 – above Flamengo, Corinthians AND Vasco de Gama (top soccer teams in Brazil)
- UFC Rio (134), held in August 2011 was a huge success and the popularity of MMA is growing
- Event generated $41MM in economic impact for the city of Rio
- 35MM people watched (just in their homes) the first UFC Rio in August, over 380,000 people were online trying to buy tickets to the event – that doesn't include the masses of people that packed bars and theaters around the country
- Sold out in record 74 minutes
- Over 5000 fans attended open beach workouts and 250 journalists covered the event
- 1MM unique visitors on UFC.com and 2.4MM page views during FIGHT WEEK (up almost 400% from previous week)
- Our social media footprint has increased almost 200% in the last 5 months – we now have over 500,000 fans on Facebook, Twitter and YouTube
- Anderson Silva is the most popular athletes in the country named GQ Brazil's sportsman of the year
- 42 MM people in Brazil watched UFC on FOX
- UFC Rio (142) had a 16MM average audience, a 15 pt rating, and a 70% audience share which strongly beat expectations for Globo, considering the time of the morning (1-3am)
- 140,000 people on Globoesporte.com watched the Open Workouts in January 2012 and 70,000 watched the last 2 fights shown at 2am – compared to UEFA Champions League, which general garner around 40,000 for top matches broadcast during the afternoon

**TUF BRASIL**
- First local production of the famed reality series – longest running sports reality show on American television today
- Will air every Sunday on Rede Globo starting March 25th. (After midnight).
- Auditioned 2 weight classes – middleweights and featherweights, although the final weight class or classes has not been determined yet
- We now have qualified 70 fighters who will fight for 16 spots in the The Ultimate Fighter house
- Filming starts in February
- Winner will win a 6-figure contract with the UFC
- Great undiscovered talent in Brazil - Diego Brandao was the 1st Brazilian to win The Ultimate Fighter (TUF
- Brazilian icons such as Big Nog and Junior dos Santos have both appeared as coaches on previous seasons (Big Nog, season 8, and JDS season 13). The coaches, Vitor Belfort and Wanderlei Silva, two Brazilian legends, will finally get their rematch at the end of the series in June


**UFC PROFILE – MR. LORENZO FERTITTA, CHAIRMAN & CEO, ZUFFA LLC (dba UFC)**

- Lorenzo J. Fertitta is Chairman and Chief Executive Officer of Zuffa, LLC, which owns the premier mixed martial arts (MMA) organization in the world, the Ultimate Fighting Championship® (UFC®).  As Chairman and CEO, Lorenzo oversees all company operations including marketing, production, legal and finance, while driving the strategy and operations for the ongoing global expansion of the UFC brand.

CONFIDENTIAL                                                                                                                                                        ZFL-1454439



JANUARY 2012

- Lorenzo, along with his brother Frank Fertitta III and friend Dana White, Jr. formed Zuffa, LLC and acquired the assets relating to the UFC brand for $2 million in January 2001.
- During the first five years of Zuffa's ownership of UFC, the property did not generate a profit and the brothers invested $44 million of their own money to grow their fledging brand and sport.  In 2004, the owners decided to fund an experimental reality series called The Ultimate Fighter with an initial investment of $10 million. The gamble paid off, with the reality series attracting mainstream viewers and now hailed as the reason for the company's survival and growth into the successful enterprise it is today.
- In 2010, as part of its international development strategy, Zuffa sold a 10% stake in the company to Flash Entertainment, a subsidiary of the Mubadala investment group of Abu Dhabi.
- Prior to serving as the Chairman and CEO of Zuffa, Lorenzo served as the President of Station Casinos, Inc. from June 2000 to 2008.  Station Casinos is one of the largest gaming companies in the United States with over 18 casinos in the Las Vegas area.
- Before becoming President of Station, Lorenzo was President and Chief Executive Officer of Fertitta Enterprises, Inc., a private investment firm that owns and manages securities, real estate and other business ventures.  In 1995, he acquired controlling interest in the Gordon Biersch Brewing Company, Inc., and, in 1997, became its President and Chief Executive Officer.
- From 1996 until July 2000, Lorenzo was a member of the Nevada State Athletic Commission, the sanctioning body responsible for the management and control of all combative sporting events held within the State of Nevada. In 1999, he was appointed Vice-Chair, becoming the youngest person in the Commission's history to hold this title.
- Lorenzo retains his position as Vice Chairman of Station Casinos, Inc. with Frank Fertitta III operating as President. He is also a principal owner and member of the Board of Directors of Gordon Biersch Brewing Company, Inc.  He earned a Bachelor of Business Administration degree from the University of San Diego and a Masters of Business Administration degree from the Leonard N. Stern School of Business at New York University.   Lorenzo is 42 and is a life-long resident of Las Vegas.
- As of September 2011 Lorenzo Fertitta was listed as #359 on the Forbes 400 (listing the 400 richest people in America) with an estimated $1.2 billion net worth.  Older brother Frank Fertitta III was listed as #355 with an estimated $1.25 billion.