# EXHIBIT 10

# Declaration of David Lawenda

## Declaration of David Lawenda

1. My name is David Lawenda, and I am President of Advertising Sales and Marketing for Univision. I have been involved in the national corporate advertising business for more than 20 years. Prior to joining Univision, I was Senior Vice President of Spike TV.

2. At Spike, I was involved in negotiations with Zuffa surrounding the launch of The Ultimate Fighter in 2005. At the time, we at Spike regarded mixed martial arts ("MMA") as an unproven and largely unpopular sport, [based on consumer and advertiser perceptions] In 2005, MMA suffered from an extremely negative perception on the part of the public and the advertising community.

3. Precisely because consumers and advertisers did not view MMA as a mainstream sport, we were unwilling to pay a license fee in 2005 for Zuffa's programming. Zuffa ultimately agreed to provide Spike with the show, all-expenses-paid.

4. When we first began airing The Ultimate Fighter, most of our advertisers at Spike blacklisted the show. Since then, however, I have witnessed MMA transform from a fringe spectacle to a mainstream sport. Thanks to Zuffa's pioneering efforts and their successful partnership with Spike, today MMA is celebrated by the advertising community as a great opportunity to reach consumers, particularly the elusive male 18-34 demographic.

5. While MMA is a great vehicle for reaching the male 18-34 demographic, there are many other programming options that draw a comparable audience. Examples include all of the major sports leagues, as well as extreme sports, poker, and adult animation such as The Simpsons and Family Guy. From the standpoint of networks and advertisers, MMA is largely interchangeable with any of these other programming options.

6. The growth of MMA is continuing at a rapid pace. I believe that the UFC's new partnership with Fox Broadcasting Company will raise the sport's profile to an even higher level. As MMA's popularity continues to grow, other networks will continue to branch into the sport. Viacom's purchase of Bellator is evidence of this, and I expect other media companies, such as Disney, HBO, and Comcast, to follow suit. At Univision, for example, we have already looked at MMA promotions with which to potentially partner and could very well have an agreement in place in the near future.

7. I do not believe that Zuffa's acquisition of Strikeforce limits my ability (or the ability of any other network) to acquire or license MMA programming. There are a plethora of MMA promotions in the market that are looking to establish relationships with media companies. At Univision, we have fielded pitches from MMA promotions such as Mano y Mano and Bellator, and the pool of promotions appears to be continually expanding.

8. While the UFC has a well-deserved reputation as the finest MMA promotion in the world, I believe that its competitive position is ripe for challenge from new and existing MMA promotions. By combining high production values with compelling fights and

effective marketing, any promotion has the potential to successfully compete against and even displace the UFC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __8__ day of December, 2011, in the city of __New York__, __NY__.

*[signature]*

David Lawenda

CONFIDENTIAL ZFL-1470669