# EXHIBIT 19

# Declaration of Matt Serra

## Declaration of Matt Serra

1. My name is Matt Serra. I am a professional MMA fighter. I have been fighting professionally for the past 13 years. I am currently under contract to fight for UFC. My background and training included other martial arts disciplines, including boxing, wrestling, BJJ, and MT. I have other professional options besides MMA, including submission grappling, BJJ, and wrestling, but I find that I can earn more money in MMA than in these other sports.

2. I have fought for many other promotions, including Vengeance at the Vanderbilt. It does not matter where the promotion is located, or even where the bouts are held, provided that they are able to generate sufficient fan interest to make the fight profitable for the promotion and the fighters.

3. Since joining the UFC, my compensation has increased substantially. A significant part of my compensation has consisted of discretionary pay outs by Zuffa. For example, I recently received a fight of the night bonus and a knockout of the night bonus back to back.

4. Another significant part of my compensation is sponsorship revenue. I credit the UFC with providing me with the increased exposure that built my name recognition to the point where I could command those sponsorships. Additionally, the exposure I have received from the UFC has allowed me the opportunity to open up two MMA academies, which generate a significant amount of revenue.

5. There are several reasons why I believe the UFC is the best MMA organization to fight in. First, it has provided me with the best compensation and incentives. Second, it has expended the most resources in promoting me and the events I fought in. Third, it is deeply concerned with fighter safety, and provides world-class medical supervision and industry-leading insurance to its fighters. Fourth, the UFC has attracted some of the best fighter talent, assuring me the opportunity to fight other elite fighters, to try to become the best fighter in the world at my weight class, and to build my reputation so I can earn more money in the form of sponsorships and PPV shares.

6. Other MMA organizations copied UFC's winning formula. Bellator, M-1, DREAM, Titan Fighting and Shark Fights, for example, all have televised events and compete for fighter talent with the UFC. At this point, I consider all of these organizations to be potential alternative platforms for my fighting career. Prior to the acquisition, I considered all of these to be equivalent promotions to Strikeforce.

7. Zuffa's acquisition of Strikeforce can only be positive from my perspective. By acquiring Strikeforce, Zuffa will be able to stage even better and more evenly-matched fights. This is better for me and better for fans.

8. I do not expect Zuffa's ownership of Strikeforce to affect my contract negotiating leverage in any way. I do not feel I have any less leverage negotiating with UFC after the purchase of Strikeforce.

CONFIDENTIAL  ZFL-1470642

9. I believe the Strikeforce acquisition will not change the need for the UFC and its many MMA competitors to continue offering competitive compensation. Every promotion has to continue to attract the best fighters by offering competitive compensation.

10. I believe the better MMA fighters have lots of options currently. Leaving aside their ability to become professional boxers, wrestlers or martial artists, there are any number of new MMA promotions who are entering the field and who, if they market their bouts skillfully, can do as well as any of the existing promotions, over time.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 27 day of JULY, 2011, in the city of MASSAPEQUA, NY.

MATT SERRA

CONFIDENTIAL                                                                                                                 ZFL-1470643