# EXHIBIT 33

# Declaration of Jon Jones

## Declaration of Jon Jones

1. My name is Jon Jones and I am a professional mixed martial artist. I have been fighting professionally for over 3 years, since 2008. I am currently under contract with the UFC and am the UFC Light Heavyweight Champion. I have trained in various disciplines, including wrestling, judo, Brazilian jiu jitsu, Muay Thai and boxing. Prior to pursuing MMA as a career I was a Junior College collegiate national champion at Iowa Central Community College.

2. I have fought for promotions other than the UFC, including Battle Cage Xtreme, the United States Fight League and World Championship Fighting.

3. Since joining the UFC, my compensation has increased substantially. Not only has it increased under contract, but I have also been awarded bonuses based on Fight of the Night, Submission of the Night and Knockout of the Night performances. Each bonus that I have received based on my performance has been outside of the terms of my contract.

4. The UFC has also added to my exposure and ability to gain sponsors, increasing my sponsorship revenue. Fighting in the UFC, as well as becoming a UFC Champion, has opened up doors to major companies like Form Athletics, Bud Light and Everlast.

5. There are several reasons why I believe the UFC is the best MMA organization to fight in. First, the level of talent in the UFC is currently the best in the world, meaning that I will be given consistently challenging fights. Additionally the UFC pays attention to fighter safety not only during events, but before and after by providing year round insurance. This is important to be able to train and prepare in the way necessary to be one of the top fighters in MMA.

6. I believe that there are other organizations that I could conceivably fight for. Bellator is an organization that has a major television deal, and DREAM in Japan is a large organization for fighters.

7. Zuffa's acquisition of Strikeforce can only be positive from my perspective. By acquiring Strikeforce, Zuffa will be able to stage even better and more evenly-matched fights. This is better for me and better for fans.

8. I do not expect Zuffa's ownership of Strikeforce to affect my contract negotiating leverage in any way.

9. I belicve the Strikeforce acquisition will not change the need for the UFC and its many MMA competitors to continue offering competitive compensation. There are quite a few other promotions that are experiencing success, and all organizations will have to remain competitive in order to attract the best fighters.

10. MMA fighters have many options in the current professional landscape. I believe that other organizations will be able to have success within MMA and be profitable provided that they make the right business decisions and remain focused on longer term goals.

CONFIDENTIAL

ZFL-1470620

Declaration of Jon Jones
Page 2 of 2

I declare under penalty of perjury that the foregoing is true and correct.
Executed this ___ day of ___Oct___, 2011, in the city of ___Vegas___, _NV_.

_____
Jon Jones

CONFIDENTIAL
ZFL-1470621