# EXHIBIT 36

# Declaration of Leonard Garcia

# Declaration of Leonard Garcia

1. My name is Leonard Garcia and I am a professional mixed martial arts fighter. I have been fighting professionally for 11 years, and am currently under contract with the UFC. In the past I have fought for USWF, Ring of Fire, TKO and the WEC. My martial arts background includes training in Tai Boxing and Brazilian jiu jitsu. At one point, I considered a career in professional boxing but found that mixed martial arts was what I preferred.

2. I have never fought outside of the United State, but would have no problem traveling to fight in an international bout if I was given the opportunity.

3. I have never chosen to leverage promotions against each other in contract negotiations because I am happy with my current agreements and affiliations.

4. Fighting in the UFC has definitely increased my compensation as a professional fighter. Not only have I received compensation under my contract, but have also been awarded discretionary bonuses for four Fight of the Night, and two Knock Out of the Night, performances. The UFC has also provided me with additional compensation once, after a loss, as a way to thank me for my effort and performance even in losing a fight.

5. Not only has fighting in the UFC increased my exposure for sponsorship opportunities, other organizations also offer to pay me for appearances because of my status as a UFC fighter.

6. The UFC sets itself apart from other promotions through its professionalism and the way that it treats its fighters. In other shows I have participated in, the promotion lines up fighters like a cattle call, eventually sending them to go fight. The UFC caters to its fighters by taking care of their transportation, making sure that they are provided with hotel and accommodations, and taking steps to make sure that each fighter is safe and taken care of. In short, the UFC treats its fighters like professional athletes, not like a herd of cattle.

7. I believe that promotions like Bellator and Shark Fights are good companies. Each provides an opportunity that I could take advantage of if I chose not to fight for the UFC.

8. I believe that I have not lost any power or leverage in contract negotiations since Zuffa purchased Strikeforce. To me, Strikeforce continues to be a way for fighters to leverage their contracts against various promotions. Additionally, I think that the purchase of Strikeforce made other promotions increase their willingness to provide compensation that is competitive with the UFC.

9. In my opinion, any company that is coming up or trying to start in mixed martial arts can learn from the successes and failures of other promotions in order to build successful brands based on what has worked. These organizations are, or will be able to, get national television deals, sign the same fighters and have a high level of success. I believe that some organizations are already recognizing this and taking advantage of the chance to grow their business in MMA.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 7 day of Oct, 2011, in the city of Houston, Tx.

Leonard Garcia


# Declaration of Leonard Garcia

1. My name is Leonard Garcia and I am a professional mixed martial arts fighter. I have been fighting professionally for 11 years, and am currently under contract with the UFC. In the past I have fought for USWF, Ring of Fire, TKO and the WEC. My martial arts background includes training in Tai Boxing and Brazilian jiu jitsu. At one point, I considered a career in professional boxing but found that mixed martial arts was what I preferred.

2. I have never fought outside of the United State, but would have no problem traveling to fight in an international bout if I was given the opportunity.

3. I have never chosen to leverage promotions against each other in contract negotiations because I am happy with my current agreements and affiliations.

4. Fighting in the UFC has definitely increased my compensation as a professional fighter. Not only have I received compensation under my contract, but have also been awarded discretionary bonuses for four Fight of the Night, and two Knock Out of the Night, performances. The UFC has also provided me with additional compensation once, after a loss, as a way to thank me for my effort and performance even in losing a fight.

5. Not only has fighting in the UFC increased my exposure for sponsorship opportunities, other organizations also offer to pay me for appearances because of my status as a UFC fighter.

6. The UFC sets itself apart from other promotions through its professionalism and the way that it treats its fighters. In other shows I have participated in, the promotion lines up fighters like a cattle call, eventually sending them to go fight. The UFC caters to its fighters by taking care of their transportation, making sure that they are provided with hotel and accommodations, and taking steps to make sure that each fighter is safe and taken care of. In short, the UFC treats its fighters like professional athletes, not like a herd of cattle.

7. I believe that promotions like Bellator and Shark Fights are good companies. Each provides an opportunity that I could take advantage of if I chose not to fight for the UFC.

8. I believe that I have not lost any power or leverage in contract negotiations since Zuffa purchased Strikeforce. To me, Strikeforce continues to be a way for fighters to leverage their contracts against various promotions. Additionally, I think that the purchase of Strikeforce made other promotions increase their willingness to provide compensation that is competitive with the UFC.

9. In my opinion, any company that is coming up or trying to start in mixed martial arts can learn from the successes and failures of other promotions in order to build successful brands based on what has worked. These organizations are, or will be able to, get national television deals, sign the same fighters and have a high level of success. I believe that some organizations are already recognizing this and taking advantage of the chance to grow their business in MMA.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 7 day of Oct, 2011, in the city of Houston, Tx.

Leonard Garcia

CONFIDENTIAL                                                                                                    ZFL-1470634