# EXHIBIT 39

# Declaration of Dan Miller



**Declaration of Dan Miller**

1. My name is Dan Miller and I am a professional mixed martial artist. I have been a professional for 6 years, and am currently under contract with the UFC. I have fought for other organizations including Reality Fighting, Cage Fury, Ring of Combat and the International Fight League. My background includes training in mainly wrestling and Brazilian jiu jitsu.

2. I have fought outside of the country in Brasil. To me it does not matter where a bout takes place as long as the opportunity is beneficial to me and my career.

3. I have never leveraged one promotion against another in contract negotiations.

4. Since joining the UFC my compensation has definitely increased. Additionally, Zuffa has awarded me discretionary bonuses for my performances, including for recognitions such as Fight of the Night.

5. Participating in the UFC has increased my exposure to sponsors and sponsorship opportunities as well as increased my recognition as a professional mixed martial artist.

6. To me, the UFC sets itself apart from other promotions in the way that it treats each fighter under contract. The UFC also currently offers the best compensation package in the industry, making it worthwhile for fighters to sign a contract with them.

7. I believe that there are multiple organizations outside of the UFC that I could fight for. Some of these include Bellator, M-1, DREAM and Shark Fights. Prior to being purchased by Zuffa, I considered each of these to be just as good as Strikeforce.

8. I believe that my leverage in contract negotiations has remained unchanged since Zuffa purchased Strikeforce. I also do not expect compensation offers to decrease or become less competitive for me.

9. Other organizations have the ability to grow within MMA. If you look at MMA currently, there are plenty of other companies that have talented fighters and get the attention of fans and sponsors.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 8th day of NOV, 2011, in the city of WHIPPANY, NJ.

Dan Miller
CONFIDENTIAL

ZFL-1470606