# EXHIBIT 46

## INTENTIONALLY LEFT BLANK