# EXHIBIT 51

# Excerpts of Deposition of Sean Shelby

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
CUNG LE; NATHAN QUARRY, JON   )
FITCH, on behalf of           )
themselves and all others     )
similarly situated,           )
                              )
          Plaintiffs,         )
                              )
     vs.                      )  Case No.
                              )  2:15-cv-01045-RFB-(PAL)
                              )
ZUFFA, LLC, d/b/a Ultimate    )
Fighting Championship and     )
UFC,                          )
                              )
          Defendant.          )
_____)
```

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF SEAN SHELBY

Las Vegas, Nevada

April 12, 2017

9:11 a.m.

Reported By:
Gale Salerno, RMR, CCR No. 542
Job No. 49972

SEAN SHELBY - CONFIDENTIAL

118

1      (Exhibit 7 was marked for
2      identification.)
3  BY MR. MADDEN:
4      Q.  You've been handed what's been marked as
5  Exhibit 7.  It's another text compilation between --
6  well, it's a text compilation that includes multiple
7  parties, but it's not group text, if you understand
8  what I'm saying.
9      A.  Uh-huh.
10     Q.  The first portion is between you and
11 someone identified as Angela Hill.
12         Who is Angela Hill?
13     A.  She's a fighter in the strawweight
14 division.
15     Q.  Was she a tough contestant?
16     A.  She was.
17     Q.  And is that one of Dana White's telephone
18 numbers in the Dana White text at the bottom?
19     A.  Can I get a second to read?
20     Q.  Please.
21     A.  Okay.
22     Q.  Is that one of Dana White's telephone
23 numbers?
24     A.  It says Dana White.  I would assume it's
25 him.

119

1      Q.  So when Hill wrote to you on December 22nd,
2  she had just come off a win in the Tuf finale against
3  Kagan; is that right?
4          MR. WIDNELL:  Objection.  Form.
5          THE WITNESS:  It could have been.
6  BY MR. MADDEN:
7      Q.  And if we can go to your text on the 22nd,
8  can you read that for the record.  It's your first
9  text.
10     A.  Okay.  Good morning -- that's her, sorry.
11     Q.  The third row.
12     A.  Yeah.  "There are a ton of fighters that
13 need fights that haven't fought in months, so it's
14 going to be a while."
15     Q.  Is that an accurate statement?
16     A.  I mean, it depends on the exact time
17 period.  At that time, it -- I mean, it could have
18 been a statement.  You have to understand the context
19 is that I believe -- when did she just fight?  She
20 fought probably in December, so I don't remember when
21 she fought.
22         But so this is Angela asking me, hey, I
23 want to fight ASAP.  Which is, like I said, a lot of
24 fighters are, you know, hey, I just fought, I want to
25 fight right away again.

120

1      And as I told you earlier, you really have
2  ebb and flows.  You have to understand that I could
3  have anywhere from 10 percent to 40 percent of the
4  roster at any one time either injured or leave of
5  absence or for any number of reasons.
6          And so at this point, there might have been
7  the majority of the roster coming back from injury,
8  which does happen where I'm just, at one time, I've
9  got a whole bunch of fighters wanting a fight that a
10 month ago weren't injured.  Who knows?  Or for
11 whatever reason.
12         So yeah, there are times where I've got a
13 lot of fighters who need fights immediately, and then
14 there's times where I don't have any fighters that I
15 can put in a match and then it allows me to sign
16 another fighter.
17     So could there have been a bunch of
18 fighters that wanted to fight at that moment?  Sure.
19     Q.  So if you'll turn back to Exhibit 3, which
20 is the Joe Benavidez text message conversation.
21     A.  Uh-huh.
22     Q.  You'll note that it takes place
23 approximately a month later on January 28th.
24     A.  Okay.
25     Q.  And if you will note on the fourth line,

121

1  your text.
2      A.  Uh-huh.
3      Q.  We read it into the record before.  You
4  said that you have a logjam that you hope is over
5  before summer.
6      A.  Uh-huh.
7      Q.  Does that refresh your recollection as to
8  whether you accurately said that you've had multiple
9  fighters who have -- haven't fought in months so it's
10 going to be a while?
11         MR. WIDNELL:  Objection.  Form.
12         THE WITNESS:  Well, I mean you're saying
13 these two things are really close to each other.
14 BY MR. MADDEN:
15     Q.  Yes.
16     A.  So as I said earlier, I mean, it's really
17 possible that I could have gotten a number of
18 fighters that were available that weren't available
19 before.
20         And if -- I'm not sure, but I think that
21 Angela probably fought before this.  And so, you
22 know, there are fighters waiting and then there's
23 fighters that just fought.  And then that fighter
24 might go here, and then these fighters are going to
25 get a fight now.

31 (Pages 118 to 121)

SEAN SHELBY - CONFIDENTIAL

### Page 270

1  for today, but I will be holding the deposition open
2  because of the state of the text messages as produced
3  and the lack of information for the senders and
4  recipients of not only some of the texts I discussed
5  today, but also additional texts that were not
6  discussed potentially in part because of the lack of
7  that information, and in addition, based on the
8  recent production of the privilege log, which we have
9  not yet had an opportunity to review and/or challenge
10  entries that may be applicable to Mr. Shelby.
11      MR. WIDNELL:  Okay.  And let the record
12  reflect that at this point you have already used more
13  than seven hours of time.  Thank you.
14      THE COURT REPORTER:  Before we go off the
15  record, may I ask you, Mr. Widnell, on the record
16  your transcript order?
17      MR. WIDNELL:  If we could get a rough as
18  soon as possible, and then a full and miniscript in
19  the regular time period that you use.
20      THE COURT REPORTER:  Thank you.
21      THE VIDEOGRAPHER:  This concludes today's
22  deposition by Sean Shelby.  The number of media used
23  was seven videotapes.
24      We are now off the record, and the time
25  approximately 6:09 p.m.

### Page 271

1      (A discussion was held off the record.)
2      MR. WIDNELL:  Let's put on the written
3  record one key point that we're designating the
4  transcript confidential, pending confidentiality
5  designations?
6      And then I'm sorry, what was your other
7  question?
8      THE COURT REPORTER:  Read and sign?
9      MR. WIDNELL:  Yes, we will read and sign.
10                  - - -
11      (The videotaped deposition was
12      adjourned at 6:10 p.m.)
13                  - - -

### Page 272

STATE OF _____ )
                        ) :ss
COUNTY OF _____ )

    I, SEAN SHELBY, the witness herein, having read the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

                  _____
                      SEAN SHELBY

Sworn and subscribed to before me, this ____ day of _____, 2017.

                  _____
                      Notary Public

### Page 273

            CERTIFICATE OF REPORTER
STATE OF NEVADA  )
                 SS:
COUNTY OF CLARK  )

    I, GALE SALERNO, a certified court reporter, do hereby certify:
    That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;
    That said proceedings were taken before me at the time and place therein set forth and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision; and that transcript review was requested pursuant to NRCP 30(e.)
    I further certify that I am neither counsel for nor related to any party to said proceedings, and that I am not anywise interested in the outcome thereof.
    IN WITNESS WHEREOF, I have hereunto subscribed my name this 26th day of April, 2017.

                  _____
                  GALE SALERNO, RMR, CCR #542

69 (Pages 270 to 273)

SEAN SHELBY - CONFIDENTIAL

274

1          INSTRUCTIONS TO WITNESS
2
3     Please read your deposition over carefully
4  and make any necessary corrections. You should state
5  the reason in the appropriate space on the errata
6  sheet for any corrections that are made.
7     After doing so, please sign the errata sheet
8  and date it.
9     You are signing same subject to the changes
10 you have noted on the errata sheet, which will be
11 attached to your deposition.
12    It is imperative that you return the original
13 errata sheet to the deposing attorney within thirty
14 (30) days of receipt of the deposition transcript by
15 you. If you fail to do so, the deposition transcript
16 may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

275

1              E R R A T A
2
3
4
5     I wish to make the following changes,
6  for the following reasons:
7
8  PAGE LINE
9  ___ ___ CHANGE:_____
10 REASON:_____
11 ___ ___ CHANGE:_____
12 REASON:_____
13 ___ ___ CHANGE:_____
14 REASON:_____
15 ___ ___ CHANGE: _____
16 REASON:_____
17 ___ ___ CHANGE: _____
18 REASON:_____
19 ___ ___ CHANGE: _____
20 REASON:_____
21
22 _____   _____
23    WITNESS' SIGNATURE        DATE
24
25

70 (Pages 274 to 275)