# EXHIBIT 52

# Excerpts of Deposition of Joe Silva

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
)
      Plaintiffs, )
)
      vs. ) Case No.
) 2:15-cv-01045-RFB-(PAL)
)
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
)
      Defendant. )
_____)

VIDEOTAPE DEPOSITION OF JOSEPH SILVA

Richmond, Virginia

June 7, 2017

8:11 a.m.

Reported by:
KIMBERLY L. RIBARIC, RPR, CCR
JOB NO. 50374

```
                                                  38                                                      40
 1           SILVA                                         1           SILVA
 2   information memorandum dated May 2007 by Deutsche     2   company's recent acquisition of Pride Fighting
 3   Bank, it bears the Bates range DB-ZUFFA 6712 through  3   Championships will further consolidate the vast
 4   6786.                                                 4   majority of the world's top fighters under one
 5       Have you seen this before?                        5   umbrella and allow the Company to further develop
 6       A.  No, it does not look familiar to me.          6   relationships to penetrate its brand in Asia."
 7       Q.  Are you aware that from time to time while    7       Do you see that?
 8   you were working with Zuffa, Zuffa sought financing   8       A.  Uh-huh.
 9   in order to continue its operations?                  9       Q.  So it's fair to say that this document was
10       A.  I was not privy to the details.             10   written just after Zuffa acquired Pride, is that
11       Q.  Okay.  Please turn to page 6725, which I'm  11   fair, from the context?
12   looking at the Bates number, that's the little black 12       A.  Yes.
13   number at the bottom right-hand side of the page,    13       Q.  And would you agree with the -- would you
14   under the Executive Summary.                         14   have a basis to disagree with the statement that
15       And I'd just like to draw your attention to     15   Zuffa's recent acquisition of Pride would further
16   the first full paragraph under "Zuffa business       16   consolidate the vast majority of the world's top
17   overview," in the last sentence of that first        17   fighters under one umbrella; do you agree with that?
18   paragraph, and just ask you for your opinion of that,18       A.  It would give us more, yes.
19   the sentence that says: "The UFC and Pride are the  19       Q.  Would -- would you agree that, as a result
20   top two MMA brands in the world by most metrics, and 20   of Zuffa's acquisition of Pride, Zuffa was able to
21   management believes that the WEC will be the third by21   further consolidate the vast majority of the world's
22   2008."                                               22   top fighters under its own umbrella?
23       Do you see that?                                23           MR. ISAACSON:  Objection to form.
24       A.  Okay.                                       24       A.  Yeah, I would agree that it -- it acquired
25       Q.  And this is dated in or about May 2007.     25   us more top fighters.

                                                  39                                                      41
 1           SILVA                                         1           SILVA
 2       In your experience and knowledge of the          2       Q.  Well, in or about 2007, wouldn't you agree
 3   industry at -- at that time, is that an accurate      3   that Zuffa, after its acquisition of Pride, had the
 4   statement?                                            4   vast majority of the world's top fighters under its
 5           MR. ISAACSON:  Objection.  Form.             5   umbrella?
 6       A.  I don't understand the question.             6       A.  I would say we had the most, but not all.
 7       Q.  Do you believe that the statement that I     7       As you see that even after that acquisition,
 8   just read to you, the UFC and Pride are the top two   8   we continued to bring in other fighters from other
 9   MMA brand -- brands in the world -- excuse me -- by   9   places in the world.  If we'd already acquired all
10   most -- by most metrics, and management believes that10   the best fighters, then no more acquisitions would be
11   the WEC will be the third by 2008, do you believe    11   necessary.
12   that that's an accurate statement?                   12       Q.  So one of the things that Zuffa tries to do
13           MR. ISAACSON:  Same objection.              13   with its acquisitions is acquire top fighters from
14       A.  I believe that that is what they thought.   14   around the world; is that right?
15       Q.  Well, do you have a basis to dispute that   15       A.  Yes.
16   the UFC and Pride, in or about May 2007, were the top16       Q.  Why?
17   two MMA brands in the world by most metrics?         17       A.  Because fans would like to see the best
18       A.  I do not dispute that.                      18   fighters.
19       Q.  You agree with that?                        19       Q.  Why do fans want to see the best fighters?
20       A.  Yes.                                        20           MR. ISAACSON:  Objection to form.
21       Q.  And it's fair to say that the UFC bought    21       A.  Why do they want to find out who the best
22   Pride at some point in 2007 or 2008; is that right?  22   basketball player is or baseball player or football
23       A.  Yes.                                        23   player?  That's the appeal of sports.
24       Q.  Can you turn to Zuffa 6737 in the bottom    24       Q.  So one of the things that you tried to do
25   right.  The last sentence on the page says: "The    25   while you were at Zuffa was bring in the big names;
```

```
                                        42
                    SILVA
 1
 2    is that fair?
 3         MR. ISAACSON:  Objection.  Foundation.
 4       A.  No, it --
 5       Q.  Well, let me -- let me back -- you weren't
 6    finished.  Go ahead.
 7       A.  Yeah.  I would not say it's about bringing
 8    in the big names, because if you'd only fought in
 9    Japan, you were not a big name to anybody in the
10    United States.  What I tried to do was bring in the
11    best talent that I could find, and if -- if they were
12    truly worthy talent, then they -- they hopefully
13    would become big names.
14       Q.  Right.  So you're trying either to bring in
15    big names or create big names?
16       A.  Yes.
17       Q.  Okay.  And, for example, with respect to
18    basketball, it's a star -- would you agree with the
19    statement that it's a star-driven league?
20         MR. ISAACSON:  Objection to form.
21    Foundation.
22       Q.  For example, the big stars are what drives
23    people -- LeBron James, Steph Curry, those are the
24    people that drive the vast majority of eyeballs to
25    watch the NBA; correct?
```

```
                                        43
                    SILVA
 1
 2         MR. ISAACSON:  Objection to form.
 3    Foundation.  Calls for opinion.
 4       A.  Yeah, I can't speak to basketball.  The only
 5    sport that I watch are fighting sports.
 6       Q.  But you just named other sports --
 7       A.  But there are names that I am aware of.
 8       Q.  Right.  And one of the things that you're
 9    looking to do in building a roster of talented
10    fighters is to -- is to -- is to find the top
11    fighters in order to put on events that are going to
12    grab eyeballs and attention; correct?
13       A.  Yes.
14       Q.  And this statement doesn't say all of the
15    world's top fighters, it says the vast majority of
16    the world's top fighters, that Deutsche Bank with
17    Zuffa's assistance is -- is putting out there in the
18    world.
19         Would you agree that in or about 2007, after
20    the acquisition of Pride, that Zuffa at that time had
21    the vast majority of the world's top fighters under
22    one umbrella?
23         MR. ISAACSON:  Objection to form.
24       A.  Yeah, the hard part of that, I think, is
25    it's just opinion.
```

```
                                        44
                    SILVA
 1
 2         There was fighters who came outside of that
 3    who beat those fighters, so it could have been some
 4    people's opinions that those were the best fighters,
 5    but it was not necessarily proven so.
 6       Q.  Was it your opinion at the time --
 7       A.  No.
 8       Q.  -- in 2007 --
 9       A.  I tend to be very skeptical.
10       Q.  Okay.  But was it -- but was it the opinion
11    of, say, in your understanding of Dana or Lorenzo
12    Fertitta that in or about 2007 Zuffa had under its
13    umbrella the world's top -- the vast majority of the
14    world's top fighters?
15         MR. ISAACSON:  Objection.  Form.
16    Foundation.
17       A.  In their opinion, possibly.  You'd have to
18    ask them for their opinion.
19       Q.  Well, they must have told you.
20         Dana must have said, yeah, we have the vast
21    majority of the world's top fighters, at some
22    point --
23       A.  That's not --
24         MR. ISAACSON:  Object --
25       A.  -- the kind of thing you would normally --
```

```
                                        45
                    SILVA
 1
 2         MR. ISAACSON:  Object -- objection.
 3    Argumentative.
 4         MR. CRAMER:  He answered the question.
 5    It's fine.
 6       Q.  They would -- he wouldn't normally say that
 7    to you?
 8       A.  It would be kind of strange just to walk
 9    through pronouncing that we have the majority of the
10    world's top fighters.
11       Q.  So he might have said that publicly;
12    correct?
13       A.  You'd have to --
14         MR. ISAACSON:  Objection.  Calls for
15    speculation.
16       Q.  You've never seen Dana White say that the
17    UFC has, in -- in form or substance, the vast
18    majority of the world's top fighters publicly?
19       A.  Dana says a lot of things.
20       Q.  And you've never seen him say that among
21    those things that he says publicly?
22       A.  I don't recall that exact quote.
23       Q.  Not exact quote.
24         In sum or substance, that the UFC has the
25    vast majority of the top MMA talent in the world at
```

                                                              118
SILVA

Q. -- and grandmothers, who said to you, I want to be in the UFC, it's my dream to be in the UFC; is that right?

A. That's correct.

Q. And in response to many of those, you said, you're not ready, you need more seasoning before you're -- before you can finally get to the UFC; is that right?

A. That's correct.

Q. Is there some number of wins over a high-level opponent that a fighter needs to have before he or she is ready for the UFC?

A. Well, it's very dependent on a lot of factors. When it comes to -- weight class makes a big difference. That's why I specified in his -- especially at 155 it's hard, because there is a such a wealth of talent at 155.

When we got rid of overlapping weight classes in the WEC, the one weight class that we kept that was the same was 155. There's just so many good ones. Bellator has an excellent 155-pound division now. I -- I haven't seen an organization that does not have a decent 155-pound division. It just seems to be the average size of people. And when you cut

                                                              119
SILVA

down, you get in good shape. There's just a ton of talent. So that makes it harder.

There's no lack of talent. Everybody's good. So the bar to get in will be higher.

Where, if you're a heavyweight or a light heavyweight, where it's harder to find super talented big athletes who are not playing professional football or basketball, those are rarer, so the bar may be lower for them.

If you're a lightweight, I might go, I need you to get to 11 and 1 or something for me to seriously look at you. If you're 6 and 0 as a heavyweight and most of your opponents have winning records, you've got a good chance of getting in.

MR. CRAMER: Okay. I'd like to mark as the next document Silva Exhibit 8.

(Silva Deposition Exhibit 8 marked for identification.)

Q. All right. Silva Exhibit 8 is a series of e-mails bearing the Bates range ZUF-00296713 through 717. Turn first to page 3 of the document, and this is a -- at the bottom of page 3 there's an e-mail that you sent to greg@naasf.tv.

A. Uh-huh.

                                                              120
SILVA

Q. Do you see that?

A. Yes.

Q. Do you know who Greg is?

A. Yes.

Q. Who is he?

A. He is the former manager of Stipe Miocic.

Q. And that's Greg Kalikas?

A. Yes.

Q. Okay. And Miocic was a UFC champion?

A. Not at the time.

Q. Not at the time.

A. He's currently the champion.

Q. Okay. And this is an e-mail you sent May 9th, 2011, to -- to Mr. Kalikas and you said: "Too many 170s under contract right now. Keep Stipe winning and we'll get him in."

A. Stipe.

Q. Stipe, I'm sorry.

What did you mean by "too many 170s under contract right now"?

A. Well, 170 would be the second most talent-packed division we have. So there was often -- it was very important for us to not have too many people on the roster. We wanted to be able to

                                                              121
SILVA

manage it. We wanted to be able to fulfill all our contractual obligations, so you have to limit the amount of people that you sign at any one time.

So at this time, 170 was particularly full. So we had a guy and -- and that was the main reason. Like, I can't -- even if I find your guy interesting, I just don't have any spots. Spots come open like when there's injury dropouts. To maintain a fight for the fighter who didn't get injured, I will now go to other people on the roster, and go, hey, I've got a dropout, fight's only two weeks away from now, can you do it. And if they go, no, I can't make weight in two weeks, I haven't been training, I've got an injury, I go to everybody who is on the roster. If nobody can do it, I still want to get a fight for that other guy, so now that's an opening. Now maybe somebody else -- like, I didn't have a spot before, but a spot has come up, would he like that opportunity.

Q. If you offered a guy on the UFC roster a fight in two weeks and they told you, I can't get ready in that time, I haven't been training, would that then invoke an extension of their contract --

A. No.

                                                                    122
1      SILVA
2      Q.  -- because they've turned down a fight?
3      A.  No.
4      Q.  Why not?
5      A.  Because it's not reasonable.  It -- to me --
6   it would have to be -- I expect -- if I have a
7   two-week dropout, I expect a fighter to say no.
8      Q.  Okay.
9      A.  You're asking a lot.
10         I just made it a personal policy of mine,
11  even if you lost your previous two fights, if you
12  chose to fight late notice and lost for your third
13  time in a row, I was not going to release you, even
14  though it was in my rights to, because you went
15  beyond, you -- to me, that -- that is a risk.  It is
16  hard to -- to take less preparation, and -- and I
17  understand that.
18         But anytime I ever called, I never put
19  pressure on anybody to fight late notice, because I
20  very much understood.  It's like, this is tough.  The
21  opponent's had more time to prepare than you.
22         Sometimes you get lucky and maybe he had a
23  training partner who was fighting near that time so
24  he was training a lot and he was in good shape, and
25  they're -- they'll jump at it, and go, yes, I'm ready

                                                                    123
1      SILVA
2   to go, I was hoping that something would open up.
3   But if they said no, it's like cool, I'm on to the
4   next guy.
5      Q.  So let me just understand.  In your opinion,
6   offering someone a fight with two weeks' notice could
7   be a risk for that fighter if they hadn't been
8   training?
9      A.  Yes.  It's certainly ideal to have more time
10  to train.
11     Q.  And it puts that -- that fighter who gets
12  this late notice at a disadvantage because the person
13  who they are going to be competing against presumably
14  would have been training for a long time, whereas
15  this person might be in the situation of having to
16  train rather quickly; is that fair?
17     A.  I would think that, but there's also been
18  examples where that's been proven to be untrue, where
19  the fighter themselves has actually said it was
20  beneficial to them to have less time, like Michael
21  Bisping when he rematched Luke Rockhold on short
22  notice after losing to him when he had full
23  preparation.  He came off a movie set to be a
24  replacement, and knocked out Luke Rockhold and became
25  the champion, still currently the champion, and he

                                                                    124
1      SILVA
2   credited it -- he said, when I have too long at camp,
3   I accrue more injuries, and I get too much into my
4   head; I always stay in good shape, and it was better
5   for me to have less.
6          But it was -- for most people, I would think
7   to have more time to prepare would be better.
8      Q.  For most people, you would agree that it is
9   potentially a risk to have them fight on two weeks'
10  notice against someone who has been training for a
11  long time?
12         MR. ISAACSON:  Objection.
13     Q.  For most people and in general; is that
14  fair?
15         MR. ISAACSON:  Objection to form.
16     A.  When you say "risk" --
17     Q.  Risk of -- of having a bad fight, risk of
18  being at a disadvantage in that fight.  Is that fair?
19     A.  Yeah, I think --
20         MR. ISAACSON:  Objection.  Vague.
21  Compound.
22     A.  Yeah, I think you're giving yourself less
23  time to prepare.  And more time, most times it seemed
24  to be ideal.  But I always noted that, and that's why
25  I was never surprised -- if I called somebody to be a

                                                                    125
1      SILVA
2   late notice replacement and they said no, I was never
3   surprised or upset about it, because I kind of
4   expected that would be the case.
5      Q.  Is it fair to say that under Zuffa's
6   standard contract with fighters, you had the
7   discretion to give the fighter an extension of that
8   contract for turning down a fight even if it was late
9   notice?
10     A.  That was not my understanding.  And I didn't
11  really read the contracts.  If somebody had a legal
12  issue with the contracts, I would refer them to legal
13  department.  The contracts were revised through the
14  years and -- but it was simply my understanding, my
15  feeling personally that you had to have what seemed
16  to be a reasonable amount of time for somebody to
17  prepare if they're going to step into a fight.  And
18  that if it was particularly short notice, it's not
19  reasonable just to insist that they fight.
20     Q.  Okay.  You are aware, though, that there is
21  a provision in Zuffa's contracts with fighters that
22  if fighters turn down fights, Zuffa can extend the
23  term of the contract; correct?
24     A.  I'm aware of that.  But I did not invoke it.
25     Q.  You did not invoke it in -- in your -- your

```
                                                   190
 1            SILVA
 2   non title and supposedly Gaethje demanded 50 percent
 3   of his purse and got it."
 4        And then White says, "Where is the fight" --
 5     A.  Tampa, Florida.
 6     Q.  And Tampa, Florida.
 7        And then there's an e-mail [sic] that --
 8   that you send to White that says:  "In the press
 9   conference the day before he said he is an A level
10   fighter fighting in a B level show.  Never was the
11   smartest guy."
12        Do you see that?
13     A.  Yes.
14     Q.  What did you mean when you said that Gaethje
15   said he was an A-level fighter fighting in a B-level
16   show?
17     A.  I don't think I was talking about Gaethje, I
18   think I was talking about Melvin Guillard.
19     Q.  Okay.  Guillard.  So what did you mean when
20   you said --
21     A.  I thought he was being disrespectful to the
22   promotion that he's fighting in.
23     Q.  I see.  So he was disrespecting World
24   Series.
25     A.  Right.  It's like they're giving you a shot
```

```
                                                   191
 1            SILVA
 2   and paying you good money, and you're publicly saying
 3   they're a B-level show, that doesn't seem very smart.
 4     Q.  I see.  So he was publicly dissing the World
 5   Series of Fighters --
 6     A.  Yeah, who was giving them -- him a world
 7   title shot and -- and promoting him.  I -- it was
 8   boggling to me.  But Melvin -- he would be a nice
 9   guy, but he was a troubled guy.  And that's just what
10   I was saying.  It's like a -- what's this kid doing.
11     Q.  Thank you.  You can put that aside.
12        All right.  Let's turn back to Exhibit 13,
13   page 275.  And 13 is the compilation of text messages
14   from Sean Shelby, and these are texts that were sent
15   7/31/13.  275.
16        All right.  So the first message that I want
17   to ask -- to show you is July 31st, 2013, at 1650, or
18   4:50.  Yeah, so 4:50.  Tito versus Rampage.  So it's
19   the one that says, "Tito versus Rampage."
20     A.  Uh-huh.
21     Q.  And this is you saying to Shelby:  "Tito
22   versus Rampage.  We might as well just close up shop
23   now."
24        And then -- and then you -- and then
25   somebody else says:  "Good thing Rampage went to
```

```
                                                   192
 1            SILVA
 2   Bellator so he wouldn't have to fight wrestlers like
 3   in the UFC."
 4     A.  Uh-huh.
 5     Q.  And then Silva -- and then you say -- Shelby
 6   says:  "LOL.  I just love how Bellator is a
 7   tournament based organi... Wait.  What's going on?"
 8        And then you say:  "2 guys who both lost
 9   their last 3 UFC fights."
10        And then Shelby says:  "Headlining a
11   pay-per-view with two guys combined losing 9 of their
12   last 10 fights."
13        And then Shelby says:  "Sorry last three a
14   piece they total zero and six, 0 and 6."
15        And then Shelby says:  "They tried to throw
16   a curve ball but it went into the stands."
17        And you say to Shelby:  "Dana is going to
18   have fun smashing that matchup publicly."
19        Do you see that?
20     A.  Yeah.
21     Q.  And then -- and then Shelby says to you:
22   "Bellator throws a curve ball... Into the stands.  In
23   Bellator there is no matchmaking, except in their
24   'was relevant 5 years ago' division."
25        And Shelby then says to you:  "It's almost
```

```
                                                   193
 1            SILVA
 2   too easy."
 3        Do you see that?
 4     A.  Yes.
 5     Q.  All right.  So both of you are communicating
 6   about a Bellator show that had just -- that was about
 7   to occur; is that right?
 8     A.  Yes.
 9     Q.  And that show was going to be headlined by
10   Tito and Rampage?
11     A.  Yes.
12     Q.  Tito who?
13     A.  Ortiz.
14     Q.  Tito Ortiz.  And Rampage Jackson?
15     A.  Correct.
16     Q.  Were both of those fighters who used to be
17   in the UFC?
18     A.  Yes.
19     Q.  Okay.  And Rampage went from the UFC to --
20   oh, sorry.
21        Rampage went from the UFC to Bellator; is
22   that right?
23     A.  Yes.
24     Q.  Okay.  And you were saying it's a good thing
25   Rampage went to Bellator so he wouldn't have to fight
```

```
                                                           194
 1                      SILVA
 2    wrestlers like in the UFC.
 3         What does that mean?
 4      A.  That means that Rampage Jackson publicly
 5    criticized me for putting him against nothing but
 6    wrestlers, which I thought was bizarre because he
 7    fought many nonwrestlers, and he was a wrestler
 8    himself.
 9         When he got in trouble -- he liked to punch
10    people, but if he got hurt, he then felt free to
11    wrestle them.  So that was my point and
12    understanding.  It's like, wait, you said you don't
13    like my matchmaking, you fight too many wrestlers, so
14    you go to Bellator to fight a wrestler.  That seemed
15    strange.
16      Q.  Okay.  So you're pointing out that oddity.
17         And then Shelby says to you: "LOL, I just
18    love how Bellator is a tournament based organi...
19    Wait.  What's going on?"
20         What was he saying there?
21      A.  The -- this was about -- this was before
22    Scott Coker.  This was back when Bjorn Rebney ran it.
23    And they made it a very public point that they were
24    different than the UFC, that they didn't do
25    matchmaking, that everything they did was based on
```

```
                                                           195
 1                      SILVA
 2    tournaments, so the fighters really earned their
 3    spots.  But this was an obvious break with that
 4    philosophy.  It's like, they're not in a tournament
 5    and you're headlining them over the tournament.  What
 6    happened to your great philosophy of tournaments were
 7    the thing, and -- and that was the most legitimate
 8    thing.  So once again, just kind of pointing out what
 9    we saw as hypocrisy.
10      Q.  I see.  So that Rebney was saying he's going
11    to have this new model and it's going to based -- be
12    based on tournaments, not traditional matchmaking?
13      A.  Yes.
14      Q.  And this was -- this particular fight was
15    not a tournament?
16      A.  Correct.
17      Q.  And then you say to Shelby: "These" --
18    "these 2 guys both lost their last 3 UFC fights," and
19    you're referring to Rampage and Tito?
20      A.  Yes.
21      Q.  And then Shelby says:  "Headlining a
22    pay-per-view with two guys combined losing 9 of the
23    last 10 fights."
24         Again, that's referring to Rampage and Tito?
25      A.  Yes.
```

```
                                                           196
 1                      SILVA
 2      Q.  And what -- what were you implying in this
 3    conversation about -- about the ability or the --
 4    the -- about use -- Bellator's using this fight to
 5    headline a Pay-Per-View with two guys who --
 6      A.  Yeah.
 7      Q.  -- lost nine out of the last ten fights?
 8         MR. ISAACSON:  Objection to form.
 9      Q.  I'm sorry.  What point were you -- were you
10    two making to each other in this communication?
11      A.  Once again, trying to --
12         MR. ISAACSON:  Objection to form.
13      Q.  You can answer.
14      A.  -- point out hypocrisy in that it's not that
15    that was an unreasonable fight, it actually was a
16    fight that made sense where those guys were in their
17    career, but to have Bjorn Rebney try to degrade us
18    publicly, saying we don't do just match-ups because
19    we think they're cool match-ups, it's about the
20    tournament.
21         It's like wouldn't even be a problem him
22    having on the show, but by his philosophy shouldn't
23    they be on the show, but it's the tournament, the
24    important thing, the thing that you say is so much a
25    better a format, shouldn't that be your main event.
```

```
                                                           197
 1                      SILVA
 2    Shouldn't that be the important thing, to push the
 3    philosophy that you've put out there.
 4         So that's what we are needling them about,
 5    was they say this is what they believe, but their
 6    actions don't show that.
 7      Q.  And -- and were you also communicating to
 8    each other that it's -- it's not a winning strategy
 9    in the MMA promotion business to headline a
10    Pay-Per-View with two guys who had a combined losing
11    record of nine of the last ten fights?
12      A.  It was not so much that, as that it was
13    going against everything that Bjorn Rebney said.  It
14    wasn't about what we thought of it, it's what we
15    thought of how this went exactly against what Bjorn
16    Rebney was publicly saying.
17      Q.  So Shelby says, "they tried to throw a curve
18    ball," which means divert from the tournament system;
19    right?
20      A.  Yes.
21      Q.  But he also says, "then it went into the
22    stands."  So they throw this curve ball and it
23    doesn't even work.
24      A.  Well --
25         MR. ISAACSON:  Objection to form.
```

```
                                    246
 1           SILVA
 2   that Strikeforce is promoting are occurring if
 3   Strikeforce exists and --
 4      A.  Yes.
 5      Q.  -- not occurring if Strikeforce doesn't
 6   exist; correct?
 7      A.  Correct.  But also it could be that some of
 8   those Strikeforce fighters are the ones getting
 9   fights in the UFC, and it might be a UFC fighter not
10   getting the fight.
11      Q.  Okay.
12          MR. CRAMER:  Like to have the next
13      document marked as Silva Exhibit 21.
14          (Silva Deposition Exhibit 21 marked for
15          identification.)
16      Q.  Silva 21, I believe the Bates number got cut
17   off a little bit, but my understanding is the Bates
18   number is COX-0041416.  I believe this was produced
19   to us by Monte Cox.
20      A.  Uh-huh.
21      Q.  Who is Monte Cox?
22      A.  He's an MMA manager.
23      Q.  You know who he is?
24      A.  Yes.
25      Q.  Okay.  And this is a March 2013 e-mail --
```

```
                                    247
 1           SILVA
 2   series of e-mails, two e-mails between you and
 3   Mr. Cox.
 4          So Mr. Cox says to you on March 6, 2013:
 5   "Just a reminder that Joe Doerksen lives in
 6   Winnipeg" -- excuse me -- "2 of his last 4 fights
 7   were nominated for fights of the year in Canada and
 8   he won them both, over Luigi Fioravanti and Kalib
 9   Starnes.  He is 49 and 16, won 3 of 4."
10          And you respond:  "No space to bring in
11   locals.  Have to cut hundred guys.  Joe."
12          Do you see that?
13      A.  Yes.
14      Q.  What did you mean to convey to Mr. Cox here?
15      A.  For a lot of the managers, they see, and --
16   and quite often it is a -- a benefit to get a fighter
17   in if it's in their hometown.  It's like, oh, it's --
18   he's already there, he's got local fans, maybe we'll
19   get some local press.  So it -- it's a nice thing to
20   do when you have the roster space to do it.
21          As I was telling him, as nice as that might
22   be, my main responsibility was I have all these
23   fighters and -- and I need to get them fights rather
24   than bring in somebody just to be a local attraction.
25      Q.  And you said:  "I have no space.  I have to
```

```
                                    248
 1           SILVA
 2   cut a hundred guys."
 3          What did you mean by that?
 4      A.  You have to keep the roster at a manageable
 5   number, and it can be hard to predict.  It
 6   fluctuates.  And there's times that if you had an
 7   acquisition where you had one of these times where
 8   everybody seemed to be coming back at once, you just
 9   realize, all right, well, this -- we've got to get
10   this under control.
11      Q.  And at this time, in March of 2013, you had
12   in the -- in the range of a hundred guys too many on
13   your roster; is that right?
14      A.  Somewhere in that range, yes.
15      Q.  Do you know whether you cut those guys?
16      A.  I'm sure eventually.  Guys are cut after
17   most shows.
18      Q.  After they lose?
19      A.  Yes.  Usually multiple times.
20      Q.  So if somebody loses multiple times, you --
21   you tend to cut them?
22      A.  Correct.  Because you can't bring somebody
23   new in until somebody old goes.
24      Q.  So at least as of March of 2013, you still
25   had too many fighters under contract; is that right?
```

```
                                    249
 1           SILVA
 2      A.  Yes.
 3      Q.  All right.  Please turn to Exhibit 6, which
 4   is the text message compilation.
 5          MR. CRAMER:  And before we do that, why
 6      don't we go take a break because we're running
 7      out of tape time.
 8          THE VIDEOGRAPHER:  Off the record at 1:32.
 9          (Recess taken at 1:32 p.m., proceedings
10          resumed at 1:38 p.m.)
11          THE VIDEOGRAPHER:  Here begins Media
12      Number 4 in the video-recorded deposition of
13      Joseph Silva.  We're back on the record at
14      1:38 p.m.
15   BY MR. CRAMER:
16      Q.  All right.  I would like to draw your
17   attention to Exhibit 6, Silva Exhibit 6, page 24,
18   which is the -- a compilation of texts, and have you
19   look in particular at the text dated February 26th,
20   2015, at 1:30.
21          And there's a text that someone at (804)
22   833-6560 sent to you saying:  "Any ideas for Colby
23   Covington?"
24          And then you respond at 2:17:  "Nothing yet
25   for Cody.  I have a backlog of guys who need fights
```

63 (Pages 246 to 249)

482

SILVA
2 A. Did I speak with him?
3 Q. Yes.
4 A. Yes.
5 Q. And did you -- did that conversation concern
6 the subject matter of the deposition?
7     Were you talking about the weather or were
8 you talking about the deposition?
9 A. I think we were just talking about -- I
10 don't know in detail about this deposition, I don't
11 understand what you're looking --
12 Q. Did he tell you what he was going to ask you
13 after the break?
14 A. No. I did not expect this question at all.
15 I 100 percent did not anticipate this question.
16 Q. The question before that, did he tell you he
17 was going to ask you that?
18 A. He had asked me before just if I ever
19 enjoyed fights in other organizations.
20 Q. All right. Let me ask you about that. You
21 said you were asked questions about whether you
22 enjoyed fights in other organizations -- strike that.
23     MR. CRAMER: I withdraw that question.
24 I'm done.
25     THE VIDEOGRAPHER: This concludes the

483

SILVA
2 videotaped deposition of Joseph Silva. We're
3 off the record at 6:52.
4     (Time noted: 6:52 p.m.)

484

1 STATE OF _____ )
2                        ) :ss
3 COUNTY OF _____)
4
5
6
7     I, JOSEPH SILVA, the witness
8 herein, having read the foregoing
9 testimony of the pages of this deposition,
10 do hereby certify it to be a true and
11 correct transcript, subject to the
12 corrections, if any, shown on the attached
13 page.
14
15       _____
16         JOSEPH SILVA
17
18
19
20 Sworn and subscribed to before me,
21 this _____ day of _____, 2017.
22
23 _____
24    Notary Public
25

485

1 CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2
3     I, KIMBERLY L. RIBARIC, the officer
4 before whom the foregoing deposition was taken, do
5 hereby certify that the foregoing transcript is a
6 true and correct record of the testimony given; that
7 said testimony was taken by me stenographically and
8 thereafter reduced to typewriting under my direction;
9 that reading and signing was requested; and that I am
10 neither counsel for, related to, nor employed by any
11 of the parties to this case and have no interest,
12 financial or otherwise, in its outcome.
13     IN WITNESS WHEREOF, I have hereunto set
14 my hand and affixed my notarial seal this 21st day of
15 June, 2017.
16
17
18
19     My commission expires: August 31, 2020

122 (Pages 482 to 485)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

```
                                                490                                                   492
  1       --- E X H I B I T S   C O N T I N U E D ---      1                    E R R A T A
  2    SILVA DEPOSITION                    FOR I.D.        2
  3    Exhibit 50  Fighter Bonus Payments        438       3
            February 2015
  4         Bates ZFL-0819626 through 0819631              4
       Exhibit 51  1/15/10 e-mail from Joe Silva to   448
  5         Dana White and Lorenzo Fertitta                5       I wish to make the following changes,
            Bates ZFL-2443283
  6    Exhibit 52  E-mail exchange beginning 1/29/09  451  6    for the following reasons:
            from Joe Silva to Lawrence
  7         Epstein, Jaime Pollack, Lorenzo                7
            Fertitta and Dana Blackberry
  8         Bates ZFL-2543576                              8    PAGE LINE
       Exhibit 53  11/24/08 e-mail from Joe Silva    454
  9         to Lorenzo Fertitta and Dana                   9    ___ ___ CHANGE:_____
            Blackberry
 10         Bates ZUF-00332586                            10    REASON:_____
       Exhibit 54  E-mail exchange beginning        459
 11         11/19/11 from Lawrence Epstein                11    ___ ___ CHANGE:_____
            to Michael Mersch, Sean Shelby
 12         and Peter Dropick                             12    REASON:_____
            Bates ZFL-2632951 to 2632952
 13    Exhibit 55  E-mail exchange beginning        461   13    ___ ___ CHANGE:_____
            1/27/08 from Joe Silva to
 14         Lawrence Epstein, Kirk Hendrick               14    REASON:_____
            and Dana White
 15         Bates ZFL-2642993 through 2642994             15    ___ ___ CHANGE: _____
       Exhibit 56  E-mail exchange beginning 9/22/09 465
 16         from Joe Silva to Ariel Helwani               16    REASON:_____
            Bates ZUF-00294337 through 00294338
 17    Exhibit 57  Text message                    468    17    ___ ___ CHANGE: _____
            Bates ZFL-1874771
 18                                                       18    REASON:_____
 19                                                       19    ___ ___ CHANGE: _____
 20                                                       20    REASON:_____
 21                                                       21
 22                                                       22    _____   _____
 23                                                       23      WITNESS' SIGNATURE         DATE
 24                                                       24
 25                                                       25
                                                491
  1             INSTRUCTIONS TO WITNESS
  2
  3         Please read your deposition over carefully
  4    and make any necessary corrections. You should state
  5    the reason in the appropriate space on the errata
  6    sheet for any corrections that are made.
  7         After doing so, please sign the errata sheet
  8    and date it.
  9         You are signing same subject to the changes
 10    you have noted on the errata sheet, which will be
 11    attached to your deposition.
 12         It is imperative that you return the original
 13    errata sheet to the deposing attorney within thirty
 14    (30) days of receipt of the deposition transcript by
 15    you. If you fail to do so, the deposition transcript
 16    may be deemed to be accurate and may be used in court.
 17
```