# EXHIBIT 57

# Excerpts of Deposition of Carlos Silva

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON  )
FITCH, on behalf of          )
themselves and all others    )
similarly situated,          )
                             )
            Plaintiffs,      )
                             )
       vs.                   )  Case No.
                             )  2:15-cv-01045-RFB-(PAL)
                             )
ZUFFA, LLC, d/b/a Ultimate   )
Fighting Championship and    )
UFC,                         )
                             )
            Defendant.       )
_____)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF CARLOS SILVA

Las Vegas, Nevada

April 18, 2017

9:16 a.m.

REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
Job No. 49524

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

94

1  and loss statement.
2       MR. MAYSEY: That's what he called it.
3       THE WITNESS: I also said that it wasn't
4  labeled.
5  BY MR. MAYSEY:
6     Q. True. True.
7     A. What was the question?
8     Q. For June 2013, what is listed as total
9  income?
10    A. On this document?
11    Q. Yes.
12    A. Zero.
13    Q. Is that possible?
14      MR. SKAGGS: Form, foundation.
15      MR. COUVILLIER: Asked and answered.
16      MR. MAYSEY: It's different.
17      THE WITNESS: I'm not sure what the
18 question is.
19 BY MR. MAYSEY:
20    Q. Would you have expected World Series Of
21 Fighting to have made some revenue? They had events.
22    A. No.
23    Q. No?
24    A. I told you earlier that they lost $360,000
25 on that event. You asked me the question for

95

1  Hard Rock and WSOF 3.
2     Q. Right, but this isn't asking if they
3  profited. It's saying, did they make any income?
4       MR. SKAGGS: Form, foundation. Also, he
5  wasn't there at the time.
6       THE WITNESS: So it's possible.
7  BY MR. MAYSEY:
8     Q. If you look under "Income," same sheet,
9  ticket sales, March 2013, zero.
10      MR. SKAGGS: Is there a question?
11 BY MR. MAYSEY:
12    Q. Did World Series Of Fighting have an event
13 in March of 2013?
14    A. They did.
15    Q. Would ticket sales have been zero?
16      MR. SKAGGS: Calls for speculation.
17      THE WITNESS: I have no idea what the
18 ticket sales were. I also have no idea what
19 Exhibit 17 is. I don't know if it's a draft. I
20 don't know if it's -- a draft would be the only way I
21 could refer to it. It's not labeled.
22 BY MR. MAYSEY:
23    Q. Fair enough.
24       Would you rely on this document given what
25 you've seen of it so far?

96

1       MR. COUVILLIER: Objection, calls for
2  speculation.
3       MR. SKAGGS: Form.
4       THE WITNESS: Rely on this document for
5  what?
6  BY MR. MAYSEY:
7     Q. Accuracy and completeness.
8     A. For?
9     Q. Any of the figures.
10      MR. SKAGGS: Form, foundation.
11      THE WITNESS: Again, I still don't
12 understand the question. I don't know what it's
13 labeled. I don't really know what the document is,
14 if it's a draft, if it's in process. So I wouldn't
15 rely on it until I knew what I needed to rely on it
16 for.
17 BY MR. MAYSEY:
18    Q. You're not even sure what it is, is that
19 accurate?
20    A. It doesn't have a label on it. That's
21 accurate.
22    Q. Has World Series Of Fighting turned a
23 profit in any year, to your knowledge?
24      MR. SKAGGS: Form, foundation.
25      THE WITNESS: No.

97

1  BY MR. MAYSEY:
2     Q. To what do you attribute World Series Of
3  Fighting's inability to turn a profit?
4       MR. SKAGGS: Form, foundation. Misstates
5  the testimony.
6       THE WITNESS: Years 1 through 5 of a
7  business.
8  BY MR. MAYSEY:
9     Q. When do you anticipate World Series Of
10 Fighting will turn profitable?
11    A. Soon.
12    Q. Soon as in this year?
13    A. No.
14    Q. Next year?
15    A. Possibly.
16    Q. 2019?
17    A. Possibly.
18    Q. And what will be --
19    A. 2020, possibly.
20    Q. What will lead to that profitability? Is
21 World Series Of Fighting planning on promoting more
22 shows?
23      MR. SKAGGS: Form, foundation.
24      THE WITNESS: Growth, distribution, more
25 shows, and time.

25 (Pages 94 to 97)

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

110

1 least one.
2    Q.  Would you say that a large segment of the
3 consuming audience views the UFC as synonymous with
4 MMA?
5        MR. SKAGGS:  Form, foundation, calls for
6 speculation.
7        THE WITNESS:  No.
8 BY MR. MAYSEY:
9    Q.  Do you think the public views other MMA
10 promotions other than the UFC as minor league?
11    A.  No.
12    Q.  You've never heard Dana White refer to all
13 other promotions as minor league?
14        MR. SKAGGS:  Form.
15        THE WITNESS:  I haven't.
16 BY MR. MAYSEY:
17    Q.  To your knowledge, is the UFC willing to
18 co-promote events?
19    A.  I've never asked, so I wouldn't know.
20    Q.  How come you've never asked?
21    A.  No reason to.
22    Q.  Is it because you know they won't?
23    A.  No.
24        MR. COUVILLIER:  Objection, argumentative.
25        THE WITNESS:  I've never asked, so I don't

111

1 know the answer.
2 BY MR. MAYSEY:
3    Q.  Would that help you put together higher
4 profile matches if your top fighters could fight
5 against top UFC fighters?
6        MR. SKAGGS:  Form, foundation.
7        THE WITNESS:  Yeah, UFC fighters fight UFC
8 fighters, Bellator fighters fight Bellator fighters
9 and World Series Of Fighting fighters fight World
10 Series Of Fighting fighters.
11 BY MR. MAYSEY:
12    Q.  Except World Series Of Fighting fighters
13 you've admitted World Series Of Fighting will
14 co-promote?
15    A.  Correct, but you've made a false
16 assumption.
17    Q.  Which is?
18    A.  That the co-promote were across leagues.
19 The co-promote were undercards and main cards.
20    Q.  What is a league?
21    A.  A promotion.  Sorry.  I should have said
22 promotion.
23    Q.  So is it fair to say, MMA promotions are
24 not leagues?
25        MR. SKAGGS:  Vague.

112

1        THE WITNESS:  I don't know that -- I don't
2 know that I would say that.
3        I think that the industry refers to the
4 companies as promotions.
5 BY MR. MAYSEY:
6    Q.  What is a league to you?
7        MR. SKAGGS:  Form.
8        THE WITNESS:  An organization that runs a
9 sport.
10 BY MR. MAYSEY:
11    Q.  Major League Baseball, is that an example?
12    A.  Good example.
13    Q.  And does Major League Baseball have 32
14 member teams forming together to form a league?
15    A.  As far as I know.  I think it's 32.
16    Q.  Would you call the UFC dominant in the MMA
17 market?
18    A.  I would.
19        MR. SKAGGS:  Calls for a legal conclusion.
20 BY MR. MAYSEY:
21    Q.  Does the UFC's dominance in the MMA market
22 make it more difficult for the World Series Of
23 Fighting to attract talent?
24    A.  No.
25    Q.  Does the UFC's MMA dominance make it more

113

1 difficult for the World Series Of Fighting to attract
2 sponsors?
3    A.  No.  In fact, just the opposite.
4    Q.  Their dominance makes it easier for you to
5 get sponsors?
6    A.  Um-hmm.
7    Q.  In which way?
8    A.  The sport's bigger, more people know about
9 MMA, more people want to play.  You know, if the tide
10 rises, all the boats rise with it.
11    Q.  Is that true of the Arena Football League?
12    A.  I don't understand the question --
13        MR. SKAGGS:  Form and foundation.
14        THE WITNESS:  -- or the context.
15 BY MR. MAYSEY:
16    Q.  So as the NFL gets bigger and bigger, is
17 the Arena Football League's tide rising or the
18 Canadian Football League's?
19    A.  I have no idea.  I'm not in the football
20 business.
21    Q.  Are you aware that the UFC acquired the
22 World Fighting Alliance --
23        MR. SKAGGS:  Foundation.
24 BY MR. MAYSEY:
25    Q.  -- WFA?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

114

1  A. I was not. When was that?
2  Q. I believe it was 2006.
3  A. Okay.
4  Q. You were not aware of that?
5  A. No.
6  Q. Have you heard of a promotion called World
7  Extreme Cagefighting or WEC?
8  A. I have.
9  Q. Were you aware that the UFC acquired the
10 WEC?
11 A. I am aware of that.
12 Q. Have you heard of a promotion called Pride
13 Fighting Championships?
14 A. Absolutely.
15 Q. Were you aware that the UFC acquired Pride
16 Fighting Championships?
17    MR. SKAGGS: Form, foundation.
18    THE WITNESS: I am aware of that.
19 BY MR. MAYSEY:
20 Q. Do you recall a promotion called Affliction
21 MMA?
22 A. I do.
23 Q. Were you aware that the UFC acquired assets
24 from Affliction MMA?
25    MR. SKAGGS: Foundation.

115

1     THE WITNESS: I believe so. I believe I
2  knew that.
3  BY MR. MAYSEY:
4  Q. Have you heard of a promotion called
5  Strikeforce?
6  A. Um-hmm.
7  Q. Were you aware that the UFC acquired
8  Strikeforce?
9  A. I'm aware.
10    MR. SKAGGS: Foundation.
11 BY MR. MAYSEY:
12 Q. Following those acquisitions, in your
13 opinion, did the UFC now control the vast majority of
14 top tier fighters?
15    MR. SKAGGS: Form, foundation. Vague.
16    THE WITNESS: I would say that the UFC has
17 the most top tier fighters. I would not say that
18 it's because they acquired those organizations.
19 I can't make -- I can't make that -- I
20 can't make that judgment.
21 BY MR. MAYSEY:
22 Q. But you do think they have the majority of
23 top tier fighters?
24    MR. SKAGGS: Misstates the testimony.
25

116

1  BY MR. MAYSEY:
2  Q. You can answer.
3  A. The UFC is the oldest, they've been around
4  the longest, and as I said earlier in my testimony,
5  they have the most awareness as an MMA promotion, and
6  that's because they have most of the -- most of the
7  top fighters.
8  Q. I'm going to stretch your memory.
9     Do you remember a correspondent named
10 Tim Thompson who was reporting for MMANews.Com?
11 A. No.
12 Q. Really?
13 A. Sorry, no, don't know Tim.
14 Q. I'm going to play a clip for you, and then,
15 I'll ask you about it --
16 A. Sure.
17 Q. -- after it's --
18 A. Is this the clips we heard earlier?
19 Q. Yes.
20 A. Sounds good.
21    When did I talk to Tim?
22 Q. June of 2016, according to the published
23 report.
24 A. Okay. Sounds good.
25    MR. WIDNELL: Are you designating this with

117

1  an exhibit number?
2     MR. MAYSEY: Yes. Can you designate this
3  clip as the next exhibit.
4     MR. SKAGGS: 18, I believe.
5     MR. MAYSEY: Yes, which I believe is
6  Exhibit 18.
7     MR. SKAGGS: Who was the correspondent,
8  Rob?
9     MR. MAYSEY: Tim Thompson.
10    MR. COUVILLIER: Was he associated with a
11 media outlet?
12    MR. MAYSEY: Yeah, MMANews.Com.
13    MR. SKAGGS: What was the date again?
14 Sorry.
15    MR. MAYSEY: I don't know if the link says
16 the exact date. It was June 2016.
17    THE WITNESS: Let's hear what I had to say.
18    MS. NORDQUIST: June 30th.
19    MR. MAYSEY: It's June 30th.
20    MR. COUVILLIER: Give me a second after
21 it's playing.
22    THE VIDEOGRAPHER: Mr. Maysey?
23    MR. MAYSEY: Yes.
24    THE VIDEOGRAPHER: Would you mind moving
25 your microphone closer to the laptop.

30 (Pages 114 to 117)

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

170

1   MR. SKAGGS: Vague.
2   THE WITNESS: I'm sorry. You have to
3   repeat the question.
4   BY MR. MAYSEY:
5   Q. Yeah. Do you think it helps a fighter
6   become well-known amongst the general public by
7   winning?
8   MR. SKAGGS: Same objection.
9   THE WITNESS: I think it's a fact -- I
10  think it's a factor, yes.
11  BY MR. MAYSEY:
12  Q. All things otherwise equal, would you say
13  that when a fighter wins a bout, his value generally
14  goes up, and when he loses, his value generally goes
15  down?
16  MR. SKAGGS: Vague, form.
17  THE WITNESS: I would say, generally if a
18  fighter wins, their value goes up. I would not say
19  that if they lose, they go down.
20  BY MR. MAYSEY:
21  Q. And that's because it could have been a
22  spectacular fight, they just happened to lose; is
23  that it?
24  A. Correct.
25  Q. Now, if I change the question to say the

171

1   fight was spectacular, will the fighter benefit more
2   had they won the spectacular fight?
3   A. Maybe.
4   MR. SKAGGS: Vague.
5   BY MR. MAYSEY:
6   Q. Is it important for World Series Of
7   Fighting to retain well-known fighters?
8   MR. SKAGGS: Vague.
9   THE WITNESS: I think that's one -- I think
10  that's one factor for World Series Of Fighting, for
11  our success.
12  BY MR. MAYSEY:
13  Q. If World Series Of Fighting is not
14  successful in retaining or signing well-known
15  fighters, is it likely that it will decline in
16  popularity?
17  A. No.
18  MR. SKAGGS: Calls for speculation.
19  THE WITNESS: It's not likely.
20  MR. SKAGGS: Form.
21  BY MR. MAYSEY:
22  Q. Why not?
23  A. Because World Series Of Fighting also grows
24  and creates fighters.
25  Q. And can you grow and create faster than --

172

1   scratch that.
2   Is it easier to grow and create well-known
3   fighters or retain fighters who are already
4   well-known?
5   A. I think it's a mix of all.
6   Q. What criteria does the World Series Of
7   Fighting use to evaluate which fighters to sign?
8   A. Long list of criteria. Where they've
9   fought, who they fought, have they won, have they
10  lost, are they on a streak, are they not on a streak,
11  do people know them. The list goes on and on.
12  Q. So are you examining fight records in
13  making qualitative assessments as to who the
14  opponents were?
15  A. As one -- as one -- as one factor, yes.
16  Q. So that is part of the analysis, at least?
17  A. Sure.
18  Q. Does the World Series Of Fighting prefer
19  fighters to be well-known before signing them?
20  A. Prefer? Can you define "prefer."
21  Q. Yeah. All things being equal, is it a plus
22  for that fighter to have if they're already
23  well-known?
24  A. Yes. It can be a plus.
25  Q. Do fighters need to have competed in

173

1   professional mixed martial arts before the World
2   Series Of Fighting is interested in signing them?
3   A. Yes.
4   Q. Do they need to demonstrate a track record
5   of success in competition or of attracting live
6   audience?
7   MR. SKAGGS: Form.
8   THE WITNESS: Ask that -- if you could ask
9   that question in each part.
10  BY MR. MAYSEY:
11  Q. Sure. When World Series Of Fighting is
12  determining whether to sign a fighter, is a
13  demonstrated record of success in competition
14  important?
15  A. That is a factor that we look at.
16  Q. And when World Series Of Fighting is
17  determining whether to sign a fighter, does it
18  consider whether the fighter has the ability to sell
19  tickets?
20  A. Yes.
21  Q. Does the World Series Of Fighting consider
22  whether -- scratch that.
23  Does the World Series Of Fighting give any
24  extra weight to fighters who have competed in the
25  UFC?

44 (Pages 170 to 173)

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**174**

1  MR. SKAGGS: Form.
2  THE WITNESS: Yes.
3  BY MR. MAYSEY:
4  Q. Why is that?
5  A. Why is that? They may have experience, may
6  have fought for years and years. World Series Of
7  Fighting is only five years old; UFC is 20 years old,
8  give or take.
9  Q. Do you assume or does World Series Of
10 Fighting assume if a fighter has competed in the UFC,
11 they can at least compete at the top level?
12 MR. SKAGGS: Vague.
13 THE WITNESS: We don't assume that, but we
14 look at each fighter individually and want them to be
15 able to compete at the top level.
16 BY MR. MAYSEY:
17 Q. And is having competed in the UFC at least
18 an indication you are at the top level?
19 MR. SKAGGS: Vague.
20 THE WITNESS: Yes.
21 MR. MAYSEY: That's it for this topic. I
22 suggest we go off record and break for lunch --
23 THE WITNESS: Sure.
24 MR. MAYSEY: -- and then come back.
25 THE WITNESS: Sounds good.

**175**

1  THE VIDEOGRAPHER: We're going off the
2  record. The time is 1:19 p.m.
3  (A luncheon recess was taken at
4  1:19 p.m. to 1:55 p.m.)
5  THE VIDEOGRAPHER: Back on the record. The
6  time is 1:55 p.m.
7
8  EXAMINATION (CONTINUED)
9  BY MR. MAYSEY:
10 Q. Mr. Silva, I want to talk to you a little
11 about bit about promotional costs and costs related
12 to events.
13     When an MMA event is staged in a larger
14 arena, does the facility rental cost also rise?
15 A. Depends, but sometimes. Depends the arena
16 more than the size of the arena.
17 Q. And when you say "arena," is it location,
18 or is it --
19 A. Sure.
20 Q. -- marquis of arena?
21 A. Madison Square Garden costs more than
22 Comerica in Phoenix.
23 Q. Even though they seat the same number,
24 roughly?
25 A. Correct.

**176**

1  Q. Would you agree that larger venues afford
2  higher revenue opportunities?
3  A. Not really for us. Not really for World
4  Series Of Fighting.
5  Q. Why do you say that?
6  A. We're not a larger arena organization.
7  We're a 5,000 arena size promotion.
8  Q. So you're purposely selecting venues that
9  are not the largest of venues?
10 A. Correct.
11 Q. And what factors do you consider in
12 determining what venues you're going to select for
13 your events?
14 A. Fighters, costs, amenities, and TV slot and
15 time zone of the arena to match the TV slot.
16 Q. Have you ever had any issues scheduling
17 either events or venues for events?
18 A. Have I ever had any issues?
19 Q. Yes. Be it -- there's a conflict because
20 there's another MMA event or your broadcaster won't
21 take the show because of?
22 MR. SKAGGS: Form.
23 THE WITNESS: Generally not because of an
24 MMA event. Generally because of Disney On Ice or the
25 Harlem Globetrotters. That's not a joke.

**177**

1  BY MR. MAYSEY:
2  Q. And those programs tend to air on Saturday
3  afternoons.
4      Is that accurate?
5  A. Fridays and Saturdays. There's only 52
6  Fridays and 52 Saturdays available.
7  Q. Is WSOF opposed to doing bigger venue
8  shows, or you just feel the promotion is not ready
9  for those bigger venues?
10 A. It's important for our TV partners to have
11 a full arena. Full arenas make good shows, full
12 arenas make good TV, so we go to places that we can
13 fill the arena.
14 Q. So if you think you can sell 18,000
15 tickets, you'll look at different venues?
16 A. Correct.
17 Q. How do you predict how many tickets an
18 event will sell?
19 A. That's a great question.
20 Q. Is it pure guesswork, or is it educated at
21 this point?
22 A. I would say it's not guesswork. It's based
23 on marketing and repeat visits. That's a factor.
24     If we're going to a city first time, it
25 will be more difficult than if we've gone to the city

45 (Pages 174 to 177)

178

1  for the third time.
2      Q. So as you revisit cities, you find that
3  your audience grows?
4      A. Sure.
5      Q. When an MMA event is televised live as
6  opposed to distributed on DVD or on tape delay, does
7  that increase the cost as well, the production costs?
8      A. World Series Of Fighting fights are only
9  live on television.
10     Q. And for World Series Of Fighting, does
11 geographic distribution change show to show, or is it
12 always the same?
13     A. Geographic distribution, as in countries?
14     Q. Countries or within North America.
15     A. No, not in North America. NBC is our
16 partner, so wherever --
17     Q. It's the same every show?
18     A. Wherever NBCSN and NBC can be viewed, you
19 can be a World Series Of Fighting.
20     Q. Does distribution change internationally
21 show to show?
22     A. It does. It can based on -- we have a
23 Bulgarian heavyweight, so we are now shown in
24 Bulgaria.
25     Q. And they don't show every show, they

179

1  show --
2      A. No, they do now.
3      Q. Oh, they do now?
4      A. They do, but they started because he became
5  the champion.
6      Q. Who pays the television production costs
7  for World Series Of Fighting shows?
8      A. We do.
9      Q. And do you hire your own cameramen and
10 sound people and lighting people, or are they
11 supplied by NBC Sports?
12     A. No. We hire them.
13     Q. Does NBC Sports pay you for that cost?
14     A. NBC Sports pays us a fee for each of our
15 shows.
16     Q. So there's no separate fee to reimburse you
17 for costs?
18     A. No.
19     Q. And out of that, I believe you testified
20 that the television licensing fee precommission is
21 around 109,000.
22        Do you recall that?
23     A. I do recall that.
24        MR. SKAGGS: Misstates.
25 ///

180

1  BY MR. MAYSEY:
2      Q. Of that 109,000, how much will you devote
3  towards production costs?
4      A. Generally all of it.
5      Q. So after production costs -- scratch that.
6         Is it accurate to say, production largely
7  eats up the entire license fee?
8      A. It's accurate.
9      Q. And does it matter the size of the show, or
10 is that true of all the shows?
11     A. It matters, but it's true of all the shows.
12 It varies, but it's true of all the shows.
13     Q. And does World Series Of Fighting own the
14 content --
15     A. We do.
16     Q. -- that's broadcast on NBC Sports?
17     A. Yes, we do.
18     Q. Do you feel there's an advantage to owning
19 the content?
20     A. Sure. Yes.
21     Q. So if NBC Sports or another broadcaster
22 came to World Series Of Fighting and offered to
23 double the licensing fee to cover your production
24 costs, would you still film your own, or would you
25 turn over production?

181

1         MR. SKAGGS: Hypothetical.
2         THE WITNESS: Hard to say. It's a bigger
3  deal. It's one item in a five-part deal for
4  distribution. It's a lever.
5  BY MR. MAYSEY:
6      Q. Is prior bout footage important --
7      A. Can we make this the last question, then I
8  have to take a break.
9      Q. Sure.
10        Is prior bout footage important in
11 promoting bouts?
12        MR. SKAGGS: Vague.
13        THE WITNESS: Is prior bout footage --
14 BY MR. MAYSEY:
15     Q. So for example, if you had footage of John
16 Fitch's fight against Jake Shields, would that help
17 you promote a future John Fitch fight?
18     A. We own that content, so we might use it to
19 promote a future bout, yes.
20     Q. Is it more difficult to promote a bout if
21 you don't have any footage?
22        MR. SKAGGS: Vague, form.
23        THE WITNESS: Yes, but we have 35 fights,
24 so we have footage.
25 ///

46 (Pages 178 to 181)

Carlos Silva - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

186

1  A.  Less than 15 full-time staff.
2  Q.  And did you have any regular contractors
3  you used?
4  A.  A couple.
5  Q.  What is the most lucrative corporate
6  sponsor that World Series Of Fighting has?
7  A.  Alienware.
8  Q.  When did that sponsorship relationship
9  originate?
10  A.  It was either August, September, or October
11  of 2015.  I can't remember which was our first show.
12  Q.  And pursuant to that sponsorship, what does
13  World Series Of Fighting provide Alienware?
14  A.  Center of the mat at times, 30-second
15  units.  Various other television sponsorship
16  elements.
17  Q.  When you say, "30-second units," are those
18  commercials during the broadcast?
19  A.  They are.
20  Q.  Does NBC Sports or NBC split time with
21  World Series Of Fighting?  And by that I mean --
22  A.  No.
23  Q.  -- World Series gets to sell some spots and
24  they sell?
25  A.  We sell all the spots.

187

1  Q.  And then, do you split the revenue with
2  NBC Sports?
3  A.  We have at times split revenue with them.
4  Q.  Not all the time?
5  A.  No.  It changed last year.
6  Q.  What was the change?
7  A.  We stopped -- we stopped giving them any
8  revenue.
9  Q.  Oh, so you get to keep it all?
10  A.  They let us keep the advertising revenue,
11  yes.
12  Q.  How does NBC monetize your event if you're
13  keeping the advertising revenue?
14  A.  You'd have to ask NBC.
15  Q.  You don't know?
16  A.  I don't.
17  Q.  Were you surprised you got to keep all the
18  advertising revenue?
19  A.  No.
20  Q.  Is that industry norm?
21  A.  Every deal is different in the sports
22  business.
23  Q.  And you're not paying any sort of licensing
24  fee?
25  A.  To NBC?

188

1  Q.  To NBC.
2  A.  No, NBC pays us.
3  Q.  Do you give NBC time to advertise other
4  shows that are broadcast on NBC?
5  A.  We do.  There's standard promotional cable
6  and broadcast slots.
7  Q.  So that could be part of the benefit NBC is
8  receiving?
9  A.  For sure.
10  Q.  Is Monster Energy still a corporate sponsor
11  of the World Series Of Fighting?
12  A.  No.
13  Q.  Were they ever at any point in time?
14  A.  Not as far as I know.
15  Q.  What other corporate sponsors does the
16  World Series Of Fighting have?
17  A.  Probably in one of these decks.
18       Alienware, Miller Lite, Kawasaki, Auto
19  Shopper, Ticket Galaxy, Kiswe, Fight.TV.
20  Q.  Do you know how much per annum Alienware --
21  A.  Avion Tequila.
22  Q.  I'm sorry.
23  A.  Sorry.
24  Q.  Do you know how much per annum Alienware
25  pays World Series Of Fighting?

189

1  A.  Approximately 35 -- $34,000 a show.
2  Q.  And do they sponsor every show?
3  A.  They have since they started because we did
4  a long-term deal.
5  Q.  Do you know approximately how much Miller
6  pays World Series Of Fighting?
7  A.  Approximately $10,000 a show.
8  Q.  And have they likewise participated in all
9  shows?
10  A.  Nope, just a few.
11  Q.  Is it up to them -- what determines whether
12  they sponsor or not?
13  A.  The sales relationship, the sales
14  sponsorship contracts.
15  Q.  So it's no objective formula or if you do a
16  show here for a sponsor --
17  A.  Not if you're Miller Lite.
18  Q.  Approximately how much does Auto Shopper
19  pay World Series Of Fighting?
20  A.  $10,000 a show.
21  Q.  And what determines what shows they
22  sponsor?
23  A.  They have sponsored every single show we've
24  ever had.
25  Q.  And same question for Kawasaki,

48 (Pages 186 to 189)

190

1    approximately how much do they?
2        A.  $15,000 a show.
3        Q.  And what determines what shows they
4    sponsor?
5        A.  They just joined us in New York City in the
6    last show.
7        Q.  Have you seen an increase in your time with
8    World Series Of Fighting in sponsorship revenue?
9        A.  Yes.
10       Q.  Some of this may be duplicative, but it
11   will be brief.
12           In North America, who currently televises
13   World Series Of Fighting events?
14       A.  NBC Sports Network and NBC.
15       Q.  And approximately what does NBC Sports or
16   NBC -- I'll ask them separately.
17           Approximately what is the license fee
18   NBC Sports pays to World Series Of Fighting per show?
19       A.  Approximately a hundred thousand dollars a
20   show.
21       Q.  And is it the same fee if the show is
22   broadcast on NBC?
23       A.  It is.
24       Q.  Who handles television production for your
25   live events?

191

1        A.  World Series Of Fighting handles it with a
2    company called Tupelo Honey.
3        Q.  And you're paying the costs yourself?
4        A.  Correct.
5        Q.  In your opinion, is that a cost savings for
6    the World Series Of Fighting as opposed to allowing
7    NBC or the broadcaster to do the production
8    themselves?
9        A.  It's just the deal structure.
10       Q.  If you preferred, could the deal have been
11   structured the other way to where you're asking them
12   to do the production?
13       A.  If I preferred it, I'd have NBC pay us a
14   million dollars a show.
15       Q.  That could be an option?
16       A.  So it's just the deal structure.
17       Q.  Is WME|IMG your agent for obtaining
18   international distribution?
19       A.  They are.
20       Q.  Do you know how long they've been serving
21   in that capacity?
22       A.  I can only answer that for myself.  They've
23   been -- they have been since I've been in charge.
24       Q.  Which would have been?
25       A.  And I think at least -- I think at least a

192

1    year prior, maybe even all of the years.  I'd have to
2    check the contract.
3        Q.  So at least from 2015 forward?
4        A.  Correct.
5        Q.  Have you ever approached NBC Sports about
6    paying a license fee for World Series Of Fighting
7    prelims?
8        A.  Have not.
9        Q.  How come?
10       A.  We have a deal with NBC, and you don't
11   approach your partner outside of contract.  So when
12   our contract is up, we'll discuss the deal.
13       Q.  Are you still open to negotiating with UFC
14   Fight Pass for the World Series Of Fighting prelim
15   content?
16       A.  No, not really.
17       Q.  You were in negotiations with Fight Pass,
18   is that true?
19       A.  That's true.
20       Q.  Do you recall if it was a deal point of the
21   UFC's that it obtain long-term control over the
22   footage?
23           MR. SKAGGS:  Form, foundation.
24           THE WITNESS:  I don't -- I don't believe
25   where we were, but there was a -- they would want to

193

1    have the footage during the term of the contract.
2    BY MR. MAYSEY:
3        Q.  And at one point, did they request that the
4    contract be a five-year term with their option to
5    renew for an additional five-year term?
6            MR. SKAGGS:  Form, foundation.
7            THE WITNESS:  They requested a five-year
8    term, but we did not get far enough along in the deal
9    to understand any other terms.  I rejected the
10   five-year term.
11   BY MR. MAYSEY:
12       Q.  And what was the sticking point to you in
13   providing a deal of that length?
14       A.  I've been in digital my whole career.
15   There was no reason to do a digital deal for five
16   years.
17       Q.  You didn't see the value in it to you?
18       A.  Not for the amount of money that they were
19   willing to pay.
20       Q.  If you provided those footage rights to the
21   UFC for the World Series Of Fighting prelims, do you
22   think that would impair your ability to later
23   effectively complete against the UFC?
24           MR. SKAGGS:  Hypothetical.
25           THE WITNESS:  No.

49 (Pages 190 to 193)

**194**

1  BY MR. MAYSEY:
2  Q. Has the UFC ever provided footage to the
3  World Series Of Fighting to advertise bouts of former
4  UFC fighters?
5  A. We haven't asked.
6  Q. Do you know if Ali ever asked?
7  A. I don't know. He could have.
8  Q. So since you've been there, to your
9  knowledge, no one has asked?
10  A. To my knowledge, I don't know that anyone
11  has asked. But clearly, there's many emails, as you
12  pointed out today, that I haven't seen, so hard to
13  say.
14  Q. Are you aware of any instance where the UFC
15  has allowed another promotion to utilize its footage?
16       MR. SKAGGS: Calls for speculation.
17       THE WITNESS: No, I'm not aware.
18       MR. MAYSEY: I have no further questions.
19  Thank you for your time.
20       THE WITNESS: Thank you.
21       MR. SKAGGS: Take a quick break.
22       THE VIDEOGRAPHER: Take a break?
23       MR. SKAGGS: Yeah, quick.
24       THE VIDEOGRAPHER: We are off the record.
25  The time is 2:54 p.m.

**195**

1       (There was a recess taken.)
2       THE VIDEOGRAPHER: Back on the record. The
3  time is 3:12 p.m.
4       MR. MAYSEY: I wanted to clear up an issue
5  that we realized we had with Exhibits 16 and 17.
6       Exhibit 16 is actually the first tab and is
7  part of Exhibit 17, which would have been the second
8  tab. They were produced as the same document.
9       MR. SKAGGS: Yeah, and actually, I'm
10  looking at the Bates, and it looks like 17 would
11  actually have been the second, third, and fourth
12  tabs.
13       MR. MAYSEY: Yes.
14       MR. SKAGGS: Okay.
15       MR. MAYSEY: And I'll read off the Bates
16  labels.
17       Exhibit 16 is Bates-labeled WSOF004888.01.
18       And then, Exhibit 17, which is, as counsel
19  says, is going to be the second, third, and fourth
20  tabs, is Bates-labeled WSOF004888.03.
21       WSOF004888.04.
22       That's it.
23       MR. SKAGGS: Okay.
24  ///
25  ///

**196**

1            EXAMINATION
2  BY MR. SKAGGS:
3  Q. Mr. Silva, my name is Rory Skaggs from
4  Boies, Schiller & Flexner for Zuffa. I know it's
5  been a long day already, so I'm going to try to make
6  this as quick as I can, but I do have a few questions
7  for you.
8       Would you characterize World Series Of
9  Fighting's contracts with its athletes as long-term,
10  exclusive contracts?
11  A. I would characterize them as exclusive. I
12  don't know how you would define long-term.
13  Q. What is the normal term of World Series Of
14  Fighting's contracts with its athletes?
15  A. Generally, four fights and 20 to 24 months.
16  Q. Would you characterize that term as
17  long-term?
18  A. No, I would not.
19  Q. Are there benefits to the World Series Of
20  Fighting of having exclusive, multibout contracts
21  with its athletes?
22  A. Yes.
23  Q. What are those benefits?
24  A. It's the industry norm.
25  Q. Is one of the benefits of having exclusive,

**197**

1  multifight contracts that you can see a return on
2  investment when you invest with a fighter and you
3  have some time with them to build them up?
4  A. Yes.
5  Q. And is another benefit of having exclusive,
6  multibout contracts that allows you to promote that
7  athlete over a period of time?
8  A. Yes.
9  Q. Is another benefit of having an exclusive,
10  multibout contract with athletes to help with
11  scheduling in the sense that if a fighter gets
12  injured, you have others on the roster who can fill
13  in for them?
14  A. Yes.
15  Q. Are there benefits to the athletes in
16  having multibout contracts with World Series Of
17  Fighting?
18  A. Yes.
19  Q. And what are those benefits?
20  A. Security.
21  Q. What do you mean by that?
22  A. They know they're a pro. They know they're
23  getting a paycheck for some period of time.
24  Q. So do you think they prefer to have a
25  multibout contract?

198

A. Yes.
Q. Have you heard of a champion's clause or a championship clause?
A. I have.
Q. And what is that?
A. It could be a few things. It could mean that you get a bonus if you're a champion and win. It could mean that your contract gets renewed automatically if you're a champion and in a promotion.
Q. Okay. So talking about the latter, the latter form of a champion's clause where the contract gets automatically renewed, is that something that World Series Of Fighting has in its contracts with its athletes?
A. Sometimes.
Q. Why would it have that type of clause in its contracts? Strike that.
Why would World Series Of Fighting have that type of champion clause in its contracts with its athletes?
A. You don't want -- you don't want champions to leave.
Q. And why don't you want them to leave?
A. Because they're your champions. Simple as

199

that.
Q. Okay. And they're valuable to the organization?
A. I think all the fighters are valuable to the organization, but the public likes champions, so champions represent the organization, so you'd like to keep your champions happy. Sometimes keeping them happy is giving them a clause to renew; sometimes it isn't.
Q. So are there fighters that prefer to have that type of clause in their contract?
A. There's fighters that prefer it, and there's fighters that do not prefer it.
Q. Is it your understanding that having that type of champion's clause in a contract is customary in the MMA industry?
A. I think it's been customary. I think it's changed.
Q. Have you heard of something called an exclusive negotiation period --
A. Yes.
Q. -- in contracts?
And is that something the World Series Of Fighting has in its contracts with its athletes?
A. At times, yes.

200

Q. And what is the purpose of that type of clause? Well, strike that.
What is that type of clause? What does an exclusive negotiating period mean?
A. It's a window that gives you the opportunity to talk to your currently-under-contract fighter prior to them looking at other places to go become a professional.
Q. What is the purpose of having that clause in the contracts?
A. It's a -- you know, you're a lawyer and I'm not. It's to protect the company.
Q. Have you heard of something called a right to match?
A. Sure.
Q. Is that something the World Series has in its contracts with its athletes?
A. At times, we do.
Q. What is the purpose of that -- well, strike that.
What is the right to match?
A. The ability -- if a fighter needs to go -- if a fighter is allowed to go look at other opportunities, it gives the organization an opportunity to match the bidders that are on the

201

outside of World Series Of Fighting.
Q. What is the purchase of having that type of clause in a contract with athletes?
A. Optionality for us to retain an athlete.
Q. What do you mean by optionality?
A. It gives us the ability to match an offer if we would like to. Gives us the option to match the offer.
Q. Have you heard of something called an ancillary rights clause?
A. You'd have to tell me what that is.
Q. In your -- in World Series Of Fighting's contracts with its athletes, do the athletes grant World Series Of Fighting identity rights?
A. Partial identity rights, yes.
Q. And do they grant World Series Of Fighting ancillary rights, meaning for example, rights to the fight footage that World Series creates?
A. No. They don't have any right to grant us the right to our fight footage.
Q. Because you inherently own that footage?
A. Correct.
Q. Okay. And do they grant you ancillary rights to any intersection of where they're involved in a World Series Of Fighting related event?

51 (Pages 198 to 201)

**202**

1    A.  Do they grant us?
2    Q.  Is that part of the contract?
3    A.  For the fighter to grant World Series Of
4  Fighting the right?
5    Q.  Right.
6    A.  No.  They don't have the right to give it
7  to us.
8    Q.  Okay.  Because you own it?
9    A.  Correct.
10   Q.  And you presumably would never grant the
11 athlete those rights?
12   A.  We do at times.  If they need it for a
13 sponsor, a documentary, a movie, something like that.
14   Q.  So you would give written permission for
15 them to use it to for a specific purpose?
16   A.  Correct.
17   Q.  But ultimately, you would own the rights to
18 that --
19   A.  Correct.
20   Q.  -- intellectual property?
21   A.  We're not giving them the rights, we're
22 letting them borrow the rights.  There's a big
23 difference.
24   Q.  Why is it important that World Series Of
25 Fighting retains those intellectual property rights?

**203**

1    A.  An asset of the company.
2    Q.  It's an important asset?
3    A.  All assets are important.
4    Q.  Well, what makes these particular assets
5  important?
6    A.  It's media.  It's a -- it's a library, an
7  asset of a media company, of a sports property, is
8  the live footage is owned by the company.
9    Q.  When broadcasting an event on television,
10 do you compete for television viewers?
11   A.  Yes.
12   Q.  And are you competing only with other MMA
13 promoters for television viewers, or are you also
14 competing with other sports and entertainment
15 programming for viewers?
16   A.  Competing with everything that's on
17 television.
18   Q.  So not just sports and entertainment
19 programming?
20   A.  Correct.
21   Q.  Are you competing with anything other than
22 what is on television?
23   A.  Yes.
24   Q.  What else would you be competing with?
25   A.  A pretty day.

**204**

1    Q.  What do you mean by that?
2    A.  If you're on television from 8:00 to
3  10:00 at night, you're competing with everything else
4  that people could do from 8:00 to 10:00 at night.
5  Anything.  Live sport event, theater, television,
6  cable, broadband, pay services, Amazon, Netflix.
7    Q.  Do you compete with other organizations to
8  sign MMA athletes?
9    A.  Yes.
10   Q.  And when looking for athletes to sign, do
11 you look only for those athletes in North America, or
12 do you look around the world?
13   A.  Around the world.
14   Q.  And are you competing to sign those
15 athletes against MMA promoters that are located only
16 in North America or other promoters around the world?
17   A.  Both, but primarily North America.
18   Q.  But there are some promoters around the
19 world that you would compete with --
20   A.  There's a few.
21   Q.  -- to sign some athletes?
22   A.  There's a few around the world.
23   Q.  Is there a large talent pool available from
24 which World Series Of Fighting can sign MMA athletes?
25   A.  Yes.

**205**

1    Q.  Do you think MMA promoters should be able
2  to make their own business decisions about whether to
3  co-promote bouts?
4    A.  Yes.
5    Q.  Do you think the term "elite professional
6  MMA fighter" is a subjective term?
7    A.  Yes.
8    Q.  Are you aware of any sort of certification
9  that an MMA athlete can get that certifies them as an
10 elite professional MMA fighter?
11   A.  No.
12   Q.  Has the UFC blocked the World Series Of
13 Fighting from any inputs necessary to put on
14 successful MMA events?
15   A.  No.
16   Q.  Has the UFC done anything to impede your
17 ability to compete with them?
18   A.  No.
19   Q.  Is MMA as big as the NFL?
20   A.  Not yet.
21   Q.  And how are they different?
22   A.  How are what different?
23   Q.  The NFL and MMA.
24      MR. COUVILLIER:  Objection, vague.
25      THE WITNESS:  You have to be a little more

206

1  specific about your question.
2  BY MR. SKAGGS:
3     Q. Let's say financially, would you say
4  they're on the same playing field? No pun intended.
5     A. No. NFL is the biggest -- the biggest
6  sport in America, undoubtedly. UFC, MMA, Bellator,
7  World Series Of Fighting combined in North America,
8  along with all of the regionals, aren't as big as the
9  NFL.
10    Q. Okay. You mentioned earlier that
11 Ali Abdel-Aziz was a manager of MMA athletes at the
12 same time he was a senior vice president or whatever
13 his title was at World Series Of Fighting; is that
14 correct?
15    A. Is it correct that he managed athletes at
16 the same time that he was working as a full-time
17 contractor at World Series Of Fighting?
18    Q. Right.
19    A. Correct.
20    Q. Do you think that created the risk of a
21 conflict of interest?
22    A. Yes. That's why it was the first thing
23 that I did when I took over the organization was to
24 change that.
25    Q. And what was your -- why did you make that

207

1  decision?
2     A. Because it was a conflict of interest.
3     Q. So Mr. Maysey introduced some emails
4  earlier from Mr. Aziz about releasing certain
5  fighters.
6        Could you tell based on those emails
7  whether Mr. Aziz was acting in his capacity as a
8  manager of fighters or an executive of the World
9  Series Of Fighting when he sent those emails?
10    A. I could not tell from those emails.
11 However, they were signed by him indicating that he
12 was with World Series Of Fighting.
13    Q. But you don't know for sure what he thought
14 his role was when he was making those decisions?
15    A. Yeah. I can't -- I can't answer what I
16 thought was in Ali's head.
17    Q. That's fair.
18    A. Nobody could.
19       MR. SKAGGS: I have no more questions.
20       THE VIDEOGRAPHER: Do you have anything?
21       MR. MAYSEY: No.
22       THE VIDEOGRAPHER: This concludes today's
23 deposition of Carlos Silva.
24       The number of media used was three, and we
25 are off the record at 3:28 p.m.

208

1        MR. MAYSEY: Can we stand and close it?
2        THE VIDEOGRAPHER: I'm sorry. We're still
3  on the record. Go ahead, Counsel.
4        MR. MAYSEY: Yes. We will read and sign.
5        We're going to reserve the right to
6  reconvene this deposition in the event additional
7  financial information is disclosed that we have not
8  seen to date.
9        MR. SKAGGS: Zuffa does not consent to that
10 reservation of rights.
11       MR. MAYSEY: That's fine.
12       MR. COUVILLIER: Neither do we.
13       MR. MAYSEY: We are reserving our rights.
14 We don't anticipate we're going to have to call you
15 back, but we're not closing the deposition as of
16 today.
17       MR. WIDNELL: And just to be clear, we'll
18 designate the entire -- I think we've already said
19 this, but designate the entire transcript as highly
20 confidential until we've had a chance to review
21 and --
22       MR. SKAGGS: And you've had a chance to
23 review.
24       MR. COUVILLIER: Well, I want him released
25 from the subpoena, though. I mean, we're here, we've

209

1  produced the documents. I think if you have the
2  questions, he's prepared to answer whatever questions
3  you may have that are left, but we will object and we
4  will state that from our consideration, he has been
5  relieved of the subpoena and has complied with it
6  fully.
7        MR. SKAGGS: And Zuffa agrees.
8        MR. MAYSEY: We do not, and we have stated
9  our position for the record.
10       But I appreciate that.
11       THE VIDEOGRAPHER: Okay. Are we off, then?
12 We are off the record at 3:30 p.m.
13       (Time Noted: 3:30 p.m.)

53 (Pages 206 to 209)

**210**

```
STATE OF _____ )
                        ) :ss
COUNTY OF _____ )


     I, CARLOS SILVA, the witness
herein, having read the foregoing
testimony of the pages of this deposition,
do hereby certify it to be a true and
correct transcript, subject to the
corrections, if any, shown on the attached
page.


          _____
              CARLOS SILVA




Sworn and subscribed to before
me, this        day of
          , 2017.

     _____
          Notary Public
```

**212**

INSTRUCTIONS TO WITNESS

   Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.
   After doing so, please sign the errata sheet and date it.
   You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.
   It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

**211**

CERTIFICATE OF REPORTER

   I, Cynthia K. DuRivage, a Certified Shorthand Reporter of the State of Nevada, do hereby certify:
   That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.
   I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.
   Reading and signing by the witness was requested.
   IN WITNESS WHEREOF, I have this date subscribed my name.
   Dated: April 27th, 2017


          _____
              CYNTHIA K. DuRIVAGE
                CCR No. 451

**213**

E R R A T A



   I wish to make the following changes, for the following reasons:

PAGE LINE
___ ___ CHANGE:_____
REASON:_____
___ ___ CHANGE:_____
REASON:_____
___ ___ CHANGE:_____
REASON:_____
___ ___ CHANGE: _____
REASON:_____
___ ___ CHANGE: _____
REASON:_____
___ ___ CHANGE: _____
REASON:_____

_____    _____
 WITNESS' SIGNATURE         DATE