# EXHIBIT 58

# Strikeforce Fighters Contract List

Strikeforce Fighter Contract List

This list contains brief descriptions or summaries of certain agreements and instruments, copies of which are available upon reasonable request. Such descriptions do not purport to be accurate, comprehensive or complete, and are qualified in their entirety by reference to the text of the documents described.

Key

▓ = Contract is either a one-off agreement or the fighter contract has been terminated or released.
* = Scott Coker must either be the CEO of or have an ownership interest in the acquiring entity.

| Fighter | Assignability | Exclusivity |
|---|---|---|
| Alistair Overeem | Assignable w/o restriction | Limited exclusivity |
| Conor Heun | Not Assignable w/o Scott Coker* | Exclusive |
| Joe Riggs | Assignable w/o restriction | Exclusive |
| Darren Uyenoyama | Assignable w/o restriction | Exclusive |
| Josh Thomson Prior Contract | Assignable w/o restriction | Exclusive |
| Evangelista Santos Prior Contract | Assignable w/o restriction | Exclusive |
| Gegard Mousasi | Not Assignable to Zuffa | Limited exclusivity |
| Antwain Britt | Assignable w/o restriction | Exclusive |
| Paul Bradley | Assignable w/o restriction | Exclusive |
| Rafael Feijao Pro Elite Agreement | Assignable w/o restriction | Exclusive |
| Jay Hireonoymas | Assignable w o restriction | Exclusive |
| Ronald Jacare Souza | Assignable w o restriction | Exclusive |
| Marious Zaromskis | Assignable w o restriction | Limited exclusivity |
| Herschel Walker | Assignable w o restriction | Exclusive |
| Bret Rogers | Assignable w o restriction | Exclusive |
| Renato Sobral da Chuna | Assignable with restriction, 15% increase on purse | Exclusive |
| Takayo Hashi | Assignable w o restriction | Limited exclusivity |
| Cory DeVela | Assignable w o restriction | Exclusive |
| Cory DeVela | Undisclosed | Undisclosed |
| Tim Kennedy | Not Assignable w/o Scott Coker* | Limited exclusivity, military events |
| Gina Carano | Not Assignable w/o Scott Coker* | Exclusive |
| Mike Whitehead | Assignable w o restriction | Exclusive |
| Gilbert Melendez | Assignable w o restriction | Exclusive |
| Kevin Randleman | Assignable w o restriction | Limited exclusivity |
| Jason Miller | Assignable w o restriction | Limited exclusivity |
| Jorge Gurgel | Assignable w o restriction | Exclusive |
| Lavar Johnson | Assignable w o restriction | Limited exclusivity, PFC only |
| Tito Jones | Assignable w o restriction | Exclusive |
| Billy Evangelista | Assignable w o restriction | Exclusive |
| Waylon Kennel | Assignable w/o restriction | Exclusive |
| Buck Meredith | Assignable w o restriction | Exclusive |
| Spencer Herns | Assignable w o restriction | Exclusive |
| Murilo Rua Pro Elite Agreement | Assignable w o restriction | Exclusive |
| 06 Murilo Rua Pro Elite Agreement | Assignable w/o restriction | Exclusive |
| Paul Buentello Pro Elite | Assignable w/o restriction | Exclusive |
| Hector Lombard Pedroso Not Active | Assignable w o restriction | Limited exclusivity, disputed agreement |
| Miesha Tate - Prior Agreement | Assignable w o restriction | Exclusive |
| Scott Lighty Pro Elite Agreement | Assignable w o restriction | Exclusive |
| Nick Diaz | Assignable w o restriction | Exclusive |
| Eddie Alvarez Pro Elite Not Active | Assignable w o restriction | Limited exclusivity, disputed agreement |
| Elisha Helsper | Assignable w o restriction | Exclusive |
| Duane Ludwig | Assignable w o restriction | Exclusive |
| Zachary Cummings | Assignable w o restriction | Exclusive |
| Fabricio Camoes | Assignable w o restriction | Exclusive |
| Carl Semanutafa | Assignable w/o restriction | Exclusive |
| Zoila Frausto | Assignable w/o restriction | Exclusive |
| Ben Holscher | Assignable w/o restriction | Exclusive |
| Cody Cantebury | Assignable w/o restriction | Exclusive |
| Avery Vilche | Assignable w/o restriction | Exclusive |
| Dave Herman Pro Elite Not Active | Assignable w/o restriction | Limited exclusivity, disputed agreement |
| Duane Ludwig | Assignable w/o restriction | Exclusive |
| Karl James Noons Pro Elite Prior-Explsn New | Both assignable w/o restriction | Both exclusive |
| Paul Daley Pro Elite Prior Agreement | Assignable w/o restriction | Exclusive |
| Maricio Riberiro Da Cruz | Assignable w/o restriction | Exclusive |
| Wayne Cole | Assignable w/o restriction | Exclusive |
| Phil Baroni WCP and Elite XC | Assignable w/o restriction | Limited exclusivity |
| Shamar Bailey | Assignable w/o restriction | Exclusive |
| James Edson Berto | Assignable w/o restriction | Exclusive |

This list contains brief descriptions or summaries of certain agreements and instruments, copies of which are available upon reasonable request. Such descriptions do not purport to be accurate, comprehensive or complete, and are qualified in their entirety by reference to the text of the documents described.

Key

 = Contract is either a one-off agreement or the fighter contract has been terminated or released.

\* = Scott Coker must either be the CEO of or have an ownership interest in the acquiring entity.

| Fighter | Assignability | Exclusivity |
|---|---|---|
| David Abbott | Assignable w/o restriction | Exclusive, one fight |
| Hitomi Hyraiwa | Assignable w/o restriction | Limited exclusivity carve out Japan |
| James Fletcher Elite XC | Assignable w/o restriction | Exclusive |
| Anthony Ruiz | Assignable w/o restriction | Exclusive |
| Brandon Michaels | Assignable w/o restriction | Exclusive |
| Rodrigo Damm | Assignable with restrictions, guarantee | Limited exclusivity |
| Shingo Kohara | Assignable w/o restriction | Exclusive |
| Zack Light | Assignable w/o restriction | Exclusive |
| Ceasar Gracie | Assignable w/o restriction | Exclusive |
| Ross Hose Elite XC | Assignable w/o restriction | Exclusive |
| Ronald Jhun | Assignable w/o restriction | Non-exclusive |
| Cristiane Vinancio Justino Elite XC | Assignable with restriction | Exclusive |
| Yves Edwards Elite XC | Assignable w/o restriction | Exclusive |
| Kevin Ferguson | Assignable with restrictions, guarantee | Exclusive |
| Tony Frykland | Assignable w/o restriction | Exclusive |
| Robbie Lawler Elite XC and Explosion | Assignable w/o restriction | Exclusive |
| Kazuo Misaki | Assignable w/o restriction | Limited exclusivity, US |
| Frank Shamrock EliteXC Fighter | Assignable w/o restriction | Exclusive |
| Ronald Humphrey EliteXC | Assignable w/o restriction | Exclusive |
| Nam Phan | Assignable w/o restriction | Exclusive |
| Fedor Emilanenko | Assignable with restriction | Limited exclusivity, Samba |
| Kevin Casey | Assignable w/o restriction | Exclusive |
| Fabricio Werdum | Assignable w/o restriction | Exclusive |
| Jake Shields Elite XC | Assignable w/o restriction | Exclusive |
| Justin Wilcox | Assignable w/o restriction | Exclusive |
| Andre Galvao | Assignable w/o restriction | Exclusive |
| Bryan Travers | Assignable w/o restriction | Exclusive |
| Bryan Scott Smith | Assignable w/o restriction | Exclusive |
| Matt Lindland | Assignable w/o restriction | Exclusive |
| Roger Gracie Gomez | Assignable with restriction | Limited exclusivity |
| Erin Toughill | Assignable w/o restriction | Exclusive |
| Cung Le | Assignable w/o restriction | Exclusive |
| Louis Taylor | Assignable w/o restriction | Exclusive |
| Deray Davis | Assignable w/o restriction | Exclusive |
| Kimberly Couture | Assignable w/o restriction | Exclusive |
| Bobby Voelker | Assignable w/o restriction | Exclusive |
| Tarec Saffiedine | Assignable w/o restriction | Exclusive |
| John Kolosci | Assignable w/o restriction | Exclusive |
| Ramaeu Sokoudjou | Assignable w/o restriction | Limited exclusivity |
| Jesse Taylor | Assignable w/o restriction | Limited exclusivity |
| Raul Castillo | Assignable w/o restriction | Exclusive |
| Jonatas Nascimento | Assignable w/o restriction | Exclusive |
| Adekunle Muhammed Lawal "King Mo" | Assignable w/o restriction | Limited exclusivity |
| Daniel Puder | Assignable w/o restriction | Exclusive |
| Antonio DaSilva | Assignable w/o restriction | Exclusive |
| Carter Williams | Assignable w/o restriction | Exclusive |
| Falaniko Vitale | Assignable w/o restriction | Exclusive |
| Joey Villasenor EliteXC Prior agrmnt and Explsn | Both assignable w/o restriction | Both exclusive |
| Nick Thompson Elite XC | Assignable w/o restriction | Limited exclusivity |
| Luke Stewart | Assignable w/o restriction | Exclusive |
| Antonio Silva EliteXC | Assignable w/o restriction | Limited exclusivity |
| Scott Smith EliteXC Prior Agreemnt | Assignable w/o restriction, but no language | Exclusive |
| Ken Shamrock EliteXC | Assignable w/o restriction, but no language | Exclusive |
| Rex Richards | Assignable w/o restriction | Exclusive |
| Benji Radach EliteXC | Assignable w/o restriction | Exclusive |
| Josh Queen | Assignable w/o restriction | Exclusive |
| Seth Petruzelli EliteXC | Assignable w/o restriction | Exclusive |
| Yancy K.G. Medeiros | Assignable w/o restriction | Exclusive |
| Tyron Woodley | Assignable w/o restriction | Exclusive |
| Tyron Woodley - new | Not Assignable w/o Scott Coker\* | Exclusive |

CONFIDENTIAL                                                                                                                                              ZFL-0551557

This list contains brief descriptions or summaries of certain agreements and instruments, copies of which are available upon reasonable request. Such descriptions do not purport to be accurate, comprehensive or complete, and are qualified in their entirety by reference to the text of the documents described.

**Key**

■ = Contract is either a one-off agreement or the fighter contract has been terminated or released.
* = Scott Coker must either be the CEO of or have an ownership interest in the acquiring entity.

| Fighter | Assignability | Exclusivity |
|---|---|---|
| Roger Bowling | Assignable w/o restriction | Exclusive |
| Eric Apple Elite XC | Assignable w/o restriction | Exclusive |
| George Bush EliteXC | Assignable w/o restriction | Exclusive |
| Bao Quach EliteXC | Assignable w/o restriction | Exclusive |
| Melanie Lacroix | One-off agreement | One-off agreement |
| Wes Simms | Assignable w/o restriction | Exclusive |
| Gary Frazier | One-off agreement | One-off agreement |
| Trevor Prangley | Assignable w/o restriction | Exclusive |
| Daniel Cormier | Assignable w/o restriction | Exclusive |
| Vitor De Souza Ribeiro | Assignable w/o restriction | Exclusive |
| Kevin Jordan | One-off agreement | One-off agreement |
| Kerry Vera | Assignable w/o restriction | Exclusive |
| Lolohea Mahe | Assignable w/o restriction | Exclusive |
| Chad Vance | One-off agreement | One-off agreement |
| Justin Neace | One-off agreement | One-off agreement |
| Roxanne Vincenta | Assignable w/o restriction | Exclusive |
| Luke Stewart | Assignable w/o restriction | Limited exclusivity |
| Ryan James Keenan | Assignable w/o restriction | Exclusive |
| Marloes Coenen | Assignable w/o restriction | Exclusive |
| Dan Henderson | Undisclosed | Undisclosed |
| Robert Lashley | Assignable w/o restriction | Limited exclusivity, pro wrestling |
| Thomas Diagne EliteXC and Explosion | Both assignable w/o restriction | EliteXC non-exclusive, Explosion exclusive |
| Melvin Manhoef | Assignable w/o restriction | Limited exclusivity |
| Karl Amoussou | Not assignable to Zuffa | Limited exclusivity |
| Sarah Kaufman EliteXC | Assignable w/o restriction | Exclusive |
| Shane Del Rosario EliteXC | Assignable w/o restriction | Exclusive |
| Shinya Aoki | Limited assignment | Limited exclusivity, N. America |
| Andre Arlovski | Not Assignable w/o Scott Coker* | Exclusive |
| Ryan D. Couture | Not Assignable w/o Scott Coker* | Exclusive |
| Chad Paul Griggs | Assignable w/o restriction | Exclusive |
| Gesias Cavalcante Souza | Assignable w/o restriction | Limited exclusivity |
| Shana Marie Olsen | Assignable w/o restriction | Exclusive |
| Derek Getzel | Assignable w/o restriction | Exclusive |
| Ovince Saint Preux | Assignable w/o restriction | Exclusive |
| Miesha Tate New Agreement | Assignable w/o restriction | Exclusive |
| Seth Baczynski | Assignable w/o restriction | Exclusive |
| Carina Paganni Damm Goncalves | Assignable w/o restriction | Exclusive |
| Maiju Kujala | Assignable w/o restriction | Exclusive |
| Jorge Masvidal | Assignable w/o restriction | Exclusive |
| Paul Anthony Daley | Assignable w/o restriction | Exclusive |
| Ion Cherdivara | Assignable w/o restriction | Exclusive |
| Nate Coy | Assignable w/o restriction | Exclusive |
| Caros Fodor | Not Assignable w/o Scott Coker* | Exclusive |
| Patrick Healy | Assignable w/o restriction | Exclusive |
| Jan Finney | Assignable w/o restriction | Exclusive |
| Lyle Beerbohm EliteXC | Assignable w/o restriction | Exclusive |
| Josh Barnett | Assignable w/o restriction | Limited exclusivity |
| Julia Budd | Assignable w/o restriction | Exclusive |
| Josh Thomson | Assignable w/o restriction | Exclusive |
| Mike Kyle EliteXC | Assignable w/o restriction | Exclusive |
| Nate Moore | Assignable w/o restriction | Exclusive |
| Sara McMann | Undisclosed | Exclusive |
| Rhadi Ferguson | Undisclosed | Exclusive |
| James Terry | Undisclosed | Exclusive |
| Valentijin Overeem | Undisclosed | Limited exclusivity |
| Siyar Bahadurzada | Undisclosed | Limited exclusivity |
| Luke Rockhold | Undisclosed | Exclusive |
| Sergei Kharatonov | Undisclosed | Limited exclusivity |
| Evangelista Santos New Contract | Assignable w/o restriction | Limited exclusivity |

CONFIDENTIAL                                                                                                                              ZFL-0551558