# EXHIBIT 64

## INTENTIONALLY LEFT BLANK