# EXHIBIT 69

## INTENTIONALLY LEFT BLANK