# EXHIBIT 72

## ACB Facebook post

