# EXHIBIT 73

## List of 2017 ACB Events




# TOURNAMENTS

2015  2016  **2017**  2018

ADVANCED SEARCH 

JANUARY FEBRUARY MARCH APRIL MAY JUNE JULE AUGUST SEPTEMBER OCTOBER NOVEMBER DECEMBER


12.23.2017



**ACB 77** — ABDULVAKHABOV VS VARTANYAN
RUSSIA, MOSCOW


12.09.2017



**ACB 76** — DAVLATMURODOV VS COOPER
AUSTRALIA, GOLD COAST, QUEENSLAND





**ACB 75** — GADJIDAUDOV VS ZIELINSKI
GERMANY, STUTTGART





**ACB 74** — AGUJEV VS TOWNSEND
AUSTRIA, VIENNA





**ACB 73** — SILVA VS MAKOEV
BRAZIL, RIO DE JANEIRO








**ACB 72** — MAKOVSKY VS SHERBATOV
CANADA, MONTREAL, QUEBEC


09.30.2017



**ACB 71** — YAN VS MATTOS
RUSSIA, MOSCOW


09.23.2017



**ACB 70** — BARNATT VS ASKHAM
GREAT BRITAIN, SHEFFIELD


09.09.2017





**ACB 69** — OSPANOV VS LUIS BONIFACIO SILVA
KAZAKHSTAN, ALMATY

ACB 68 – Young Eagles 21, Dushanbe



08.26.2017

**ACB 68** — DAVLATMURODOV VS VERZBICKAS
TAJIKISTAN, DUSHANBE



08.19.2017



**ACB 67** — BERKHAMOV VS COOPER
RUSSIA, GROZNY



08.05.2017





**ACB 66** — VAKHITOV VS ASSIS — RUSSIA, GROZNY



07.22.2017



**ACB 65** — SILVA VS AGNAEV — GREAT BRITAIN, SHEFFIELD



07.19.2017



**ACB 64** — KHAMZAEV VS MARYANCHUK — TURKEY, ANTALYA, KEMER



07.16.2017

**UNKNOWN VS UNKNOWN**
RUSSIA, MOSCOW





**ACB 63** — **CELINSKI VS MAGALHAES**
POLAND, GDANSK/SOPOT





**ACB 62** — **STEPANYAN VS CRUZ**
RUSSIA, ROSTOV-ON-DON





**ACB 59** — **NEVES VS KUSHAGOV**
RUSSIA, GROZNY



**ACB 61** — BATAEV VS BALAYEV, RUSSIA, ST. PETERSBURG



05.13.2017



**ACB 60** — AGUJEV VS DEVENT, AUSTRIA, VIENNA



04.22.2017



**ACB 58** — ASKAROV VS LEONE, RUSSIA, KHASAVYURT



04.15.2017






ACB 5 — YAN VS MAGOMEDOV — RUSSIA, MOSCOW



04.01.2017



ACB 56 — VOITOV VS ROZANSKI — BELARUS, МИНСК



03.24.2017



ACB 55 — DAVLATMURODOV VS BERKHAMOV — TAJIKISTAN, DUSHANBE



03.11.2017





**ACB 54** — KHALIDOV VS BARNATT
GREAT BRITAIN, MANCHESTER



02.18.2017



**ACB 53** — ZIELINSKI VS YAKHYAEV
POLAND, OLSZTYN



01.21.2017



**ACB 52** — AGUJEV VS KINCL
AUSTRIA, VIENNA



01.13.2017



**ACB 5**

SILVA VS TORGESON
USA, IRVINE, CALIFORNIA

TOURNAMENTS
TICKETS
FIGHTERS
NEWS

MEDIA:
Photo
Video

FANZONE:
Totalizator
Best fight
Fighters` rating
Frequently Asked Questions

ABOUT THE LEAGUE:
Ideology
Leadership
History
Contacts

GENERAL PARTNER

Букмекерская компания Bingo Boom действует на основании лицензии
ФНС №15 от 15 июля 2010 года выданной ООО Фирма "Стом"

Share

Case 2:15-cv-01045-RFB-BNW   Document 879-73   Filed 10/24/23   Page 12 of 12



© 2015-2018, Absolute Championship Berkut. All rights reserved