# EXHIBIT 76

## INTENTIONALLY LEFT BLANK