# EXHIBIT 78

# Excerpts of Deposition of Jeffrey Aronson

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CUNG LE; NATHAN QUARRY, JON FITCH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | Case No. <br> 2:15-cv-01045-RFB-(PAL) |

April 25, 2017
10:34 a.m.

Videotaped deposition of JEFFREY ARONSON, pursuant to notice and subpoena, at the offices of Cohen Milstein Sellers & Toll, PLLC, 2925 PGA Boulevard, Palm Beach Gardens, Florida, before Jack Finz, a Shorthand Reporter and Notary Public within and for the State of Florida.

Job No. 50118

```
                                    22
             JEFFREY ARONSON
 1
 2    feel free to ask questions about
 3    these four.  Just that it's not a
 4    complete article.
 5       Q.   Does this article refresh your
 6    recollection that you gave an interview
 7    with Bloody Elbow on December 31, 2014,
 8    or around then?
 9       A.   Not really.  I do a ton of
10    interviews.  But I see it.
11       Q.   Can you please read the
12    paragraph starting at the top of the page
13    that's Bates stamped 963 to the end?  It
14    begins with "Just 11 months ago."
15       A.   "Just 11 months ago, Titan was
16    an obscure, regional promotion that
17    wasn't signing fighters and had no TV
18    deal.  Today we're mentioned up there
19    with the top three or four promotions.
20    Are we three?  Are we four?  I don't
21    know.  Are we making leaps and bounds in
22    the right direction?  100 percent.  We're
23    diligently working to continue moving
24    forward."
25       Q.   Is that an accurate quote from
```

```
                                    23
             JEFFREY ARONSON
 1
 2    you in this interview, as far as you
 3    recall?
 4       A.   I think so.
 5       Q.   Do you still believe that when
 6    you acquired Titan at the end of 2013
 7    that it was an obscure regional promotion
 8    and wasn't signing fighters and/or a TV
 9    deal?
10       A.   Yes.
11       Q.   What are the other top three
12    or four promotions that you were
13    referring to?
14           MS. DENNIS:  Objection to
15       form.
16           MR. SCHULZ:  Go ahead.
17       A.   UFC, Bellator, World Series of
18    Fighting, and probably One FC.
19       Q.   When you purchased a
20    controlling stake in Titan, what were
21    your plans for the promotion?
22       A.   My plans were to get the
23    promotion back into the public eye.  It
24    had been suffering financially for a
25    while.  So I wanted to get it back into
```

```
                                    24
             JEFFREY ARONSON
 1
 2    the public eye, secure a television deal,
 3    and move forward, and give fighters an
 4    opportunity to get fights under a solid
 5    platform.
 6       Q.   Do you recall giving an
 7    interview with Iain Kidd of Bloody Elbow
 8    on or around February 24, 2014?
 9       A.   No.
10           (Aronson Exhibit 6 for
11       identification, transcript of
12       interview with Iain Kidd on
13       February 24, 2014.)
14       Q.   I am handing you what has been
15    marked Aronson Exhibit 6.  This is a
16    public article we printed off the
17    Internet.  Let me give you a chance to
18    take a look through it.
19       A.   Okay.
20       Q.   Does this article refresh your
21    recollection that you gave an interview
22    with Iain Kidd of Bloody Elbow on or
23    around February 24, 2014?
24       A.   Not really.
25       Q.   As far as you recall, does
```

```
                                    25
             JEFFREY ARONSON
 1
 2    this article accurately quote you?
 3           MS. DENNIS:  Objection to
 4       form.
 5       A.   I don't know.  I don't
 6    remember the interview.
 7       Q.   If you start at the bottom of
 8    page 2, the article purports to quote
 9    you, around halfway down page 2.
10           Do you see that?
11       A.   "When I started Alchemist,"
12    that part?
13       Q.   Yes.  Can you read that quote?
14       A.   "When I started Alchemist in
15    2010," I think the year is wrong, by the
16    way, "with Lex McMahon, MC Hammer and
17    Nima Safapour, the goal was to create the
18    best management company in MMA, to
19    cultivate the top prospects and to get
20    them into UFC, to find the best veterans
21    and start running their careers
22    professionally and get them involved with
23    mainstream sponsors and things outside of
24    the cage.  We wanted to plant the seeds
25    today that will blossom into things for
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

```
                                               26
  1              JEFFREY ARONSON
  2    their retirement."
  3       Q.   Can you read the rest of the
  4    quote?
  5       A.   Sure.  "We have done
  6    exceptionally well with that, but the
  7    problem I started running into as I
  8    started signing more and more top young
  9    prospects, was I couldn't get them any
 10    fights.  No one would fight these guys.
 11    So you've got these incredible 2-0, 3-0
 12    prospects, but you can't get them any
 13    fights!  The problem is the UFC is
 14    typically not looking for a kid who is
 15    2-0 or 3-0, so they have to fight.  It
 16    has become an epidemic.  I started
 17    talking to other managers in the field
 18    and everybody has the same problems."
 19       Q.   Can you read the last
 20    paragraph, too?
 21       A.   "I decided about a year ago
 22    that I had had enough.  I was looking
 23    around at different promotions and seeing
 24    what was going on in the business of MMA.
 25    I got myself familiar with some of the
```

```
                                               27
  1              JEFFREY ARONSON
  2    promoters out there, and then I started a
  3    new company called Titan FC and I brought
  4    over a bunch of guys that had run the
  5    shows for the old Titan, because there's
  6    so much that goes into putting on a good
  7    show."
  8       Q.   Other than the first sentence
  9    that says you started Alchemist in 2010,
 10    is there anything else in there that is
 11    incorrect?
 12       A.   No.
 13       Q.   Does this quote accurately
 14    explain what made you decide to start
 15    promoting in MMA?
 16            MS. DENNIS:  Objection to
 17       form.
 18       A.   Some.  I mean, there's a lot
 19    that went into it.
 20       Q.   Do you disagree with anything
 21    in this quote?
 22       A.   No.
 23       Q.   Why do you think there were
 24    incredible prospects who weren't getting
 25    any fights?
```

```
                                               28
  1              JEFFREY ARONSON
  2            MS. DENNIS:  Objection to
  3       form.
  4       A.   Because they were incredibly
  5    talented, and fighters at the same level
  6    with one or two fights didn't want to
  7    risk losing and getting a loss on their
  8    record so early.
  9       Q.   Do you still believe that the
 10    UFC is typically or was at the time
 11    typically not looking for a kid who is
 12    2-0 and 3-0?
 13            MS. DENNIS:  Objection to
 14       form.
 15       A.   Yes.
 16       Q.   Was it your perception at the
 17    time that the UFC already had more
 18    fighters signed than they could use?
 19       A.   No.
 20       Q.   Why was the UFC typically not
 21    looking for a kid who was 2-0 or 3-0?
 22            MS. DENNIS:  Objection to
 23       form.
 24       A.   Very early in development.
 25       Q.   So the UFC is looking for a
```

```
                                               29
  1              JEFFREY ARONSON
  2    longer record, generally, as far as you
  3    are aware?
  4            MS. DENNIS:  Objection to
  5       form, foundation.
  6       A.   I'm not aware.  I just know
  7    that it is just very early in a
  8    prospect's career, and to put them on a
  9    stage like that would be crazy.
 10       Q.   Can you read the next part of
 11    that page?
 12       A.   Where would you like?
 13       Q.   Starting "I pride myself."
 14       A.   "I pride myself on my business
 15    acumen, and the one thing I really do is
 16    study what's going on in the industry and
 17    the field.  History repeats itself, so
 18    look at everybody that's going up against
 19    the UFC, Bodog, Elite XC, Strikeforce...
 20    Everybody that has tried to challenge UFC
 21    has wound up on their butt.  Nobody has
 22    been able to do it."
 23       Q.   Does that quote accurately
 24    explain your view of the MMA market?
 25            MS. DENNIS:  Objection to
```

## Page 38

JEFFREY ARONSON

translates into the cage, so everybody deserves a second chance.

Q. Are those vets trying to get back into the UFC, in you experience?

A. I think they are trying to get their careers on a positive flow. That's the most important thing to these guys.

Q. With the fights that Titan FC puts on, are you trying to compete directly with the UFC?

MS. DENNIS: Objection to form.

A. You asked me this numerous times, and my answer is not going to change.

Q. Can you give your answer one more time for me?

MS. DENNIS: Objection to form; asked and answered.

A. No.

Q. If the UFC offers a Titan FC fighter a contract, do you ever bid against the UFC for that contract?

MS. DENNIS: I object to form.

## Page 39

JEFFREY ARONSON

A. How could I bid if it's in my contract that they have an automatic out?

Q. So you can't bid under your contract?

MS. DENNIS: I object to form.

A. They have an automatic release. It's a Zuffa Out clause.

Q. Can you explain how that works then?

A. If Zuffa comes calling within X amount of time before a Titan event, then the fighter is free to go and fight for Zuffa.

Q. So under that contract you can't offer the fighter more money to keep them?

MS. DENNIS: Form.

A. A fighter could say no. A fighter could say no if they wanted to stay with Titan, certainly. But why would I bid against myself?

Q. What I am asking is would you bid against the UFC.

A. If I have a Zuffa Out clause,

## Page 40

JEFFREY ARONSON

how could I bid against the UFC? I am offering the fighter an opportunity to go to UFC, so how could I bid against them?

Q. If you turn to page 4 of this interview. Can you read the paragraph in the middle of the page that begins with "No one is the going to tell me."

A. "No one is going to tell me that the best talent in the world is not at that UFC level. A guy might have a little bit of a rough patch in the UFC but the year before he might have been ready to fight for the title. Look at somebody like George Sotiropolous who we just signed. He went through a rough patch, but a year before that he was one fight away from the lightweight title."

Q. In early 2014, do you think that the best talent in the world was at the UFC level?

A. Not necessarily. Bellator certainly had fighters on par with UFC. Strikeforce had fighters on par with UFC. I think those have all been established

## Page 41

JEFFREY ARONSON

and they have become champions in the UFC.

Q. Strikeforce at the time was controlled by Zuffa; is that right?

A. No, I don't think in 2014. I don't know. I don't know the date.

Q. Did Titan FC sometimes promote fights between two different UFC veterans?

A. Probably.

Q. Do you recall whether Titan FC 29 was a fight between Mike Ritchey and George Sotiropolous?

A. Yes.

Q. Do you know if they were UFC veterans?

A. Yes. We have also put on UFC verse Bellator, Bellator verse Prospect. I mean, it's back and forth, back and forth.

Q. Were all of the UFC vets who were acquired by Titan FC fighters who UFC had released?

MS. DENNIS: Objection to

```
                                              50                                                  52
 1           JEFFREY ARONSON                          1           JEFFREY ARONSON
 2   relationship with the UFC, Titan's                2      form.
 3   relationship?                                     3      A.   If anything, we knew who were
 4         MS. DENNIS:  Objection to                   4   the parties involved there.  But did it
 5      form.                                          5   add anything?  I don't know.  We had a
 6      A.   I think it's fine.  I mean,               6   good working relationship with them at
 7   it's okay.  It's good.                            7   Alchemist and we have a good working
 8      Q.   Since you took over at Titan,             8   relationship with them today.
 9   do you know about how many Titan fighters         9      Q.   If you look at the next page,
10   have gone on to the UFC?                         10   page 3, the top of page 3.
11      A.   An exact list?                           11      A.   Yes.
12      Q.   No, just a rough number.                 12      Q.   The interviewer is asking
13      A.   That actually fought for Titan           13   about talent exchange.
14   or were signed to Titan or --                    14      A.   Yes.
15      Q.   That were signed to Titan.               15      Q.   Do you know what the article
16      A.   I don't.  I'm sorry.                     16   is referring to when it says talent
17      Q.   In this article it says -- it            17   exchange?
18   quotes you as saying "Since I took over          18      A.   You know, there was a big push
19   Titan," and this article was August 22,          19   a few years ago for different promotions
20   2014, "I would say a minimum of ten              20   to challenge each other and put guys
21   fighters have gone to the UFC."                  21   against it.  None of it ever came to
22         Does that number sound                     22   fruition.  I think my position on this
23   inaccurate to you?                               23   was that my athletes, I felt, were of the
24         MS. DENNIS:  The entire quote              24   top level in the world and there was no
25      actually goes on to say "and we're            25   promotion I wouldn't put my guys up

                                              51                                                  53
 1           JEFFREY ARONSON                          1           JEFFREY ARONSON
 2      not missing a beat," just for the             2   against.
 3      record.                                       3      Q.   When you say put your guys up
 4      A.   Can you tell me where it is?             4   against, do you mean co-promote an event
 5      Q.   Yes, it's on page 2.                     5   against a fighter from another promotion?
 6      A.   I mean, at that point I'm                6      A.   No, have a fighter from
 7   assuming that that's what the number was.        7   another promotion come to Titan and
 8      Q.   At the top of that quote it              8   fight.  I don't think that would be a
 9   says "I think we have an excellent               9   co-promotion.
10   relationship with the UFC."  Would you         10      Q.   The second sentence here says
11   disagree with that characterization?           11   "I think we are going to see cross-
12      A.   No.  I think we have a good            12   promotion superfights at some point."
13   relationship with UFC.                         13      A.   Um-hum.
14      Q.   Did the long-term work you did         14      Q.   Do you know what
15   at Alchemist help you with your personal       15   cross-promotion superfights referred to?
16   relationship with UFC?                         16      A.   That's exactly what I was just
17         MS. DENNIS:  Objection to                17   talking to, where one guy would come over
18      form.                                       18   from one promotion and fight another.
19      A.   I personally have never                19   But that doesn't mean a co-promoted
20   negotiated a deal with UFC in my life.         20   event.  It's just you are taking two
21   So...                                          21   stars and putting them in onto one mat.
22      Q.   Do you disagree that your work         22         It also says right underneath
23   at Alchemist helps you in your                 23   that I say I see talent exchanges
24   relationship with UFC?                         24   happening, and I think we are going to
25         MS. DENNIS:  Objection to                25   see like-minded individuals from a
```

14 (Pages 50 to 53)

```
                                                74
 1              JEFFREY ARONSON
 2   with Bellator.  I've dealt with other
 3   promotions when I was with Alchemist.  I
 4   know who the key players are.  And I
 5   found UFC to be the best promotion in the
 6   world to deal with.  So that's an honest
 7   statement.
 8       Q.   Did you have a good
 9   relationship with the UFC at the time you
10   gave this interview, which was, I
11   believe, in March of 2016?
12       A.   I've always -- I told you, we
13   have always had a good relationship with
14   UFC.  I mean, it's never been anything
15   different.
16           (A video was played, as
17   follows:
18           "MR. McGRATH:  Why does this
19   guy this want to fight in the
20   championships?  What is your
21   personal goal for the organization?
22           MR. ARONSON:  To continue to
23   increase the opportunity for
24   certain fighters, to increase the
25   eyeballs, so increase the amount of
```

```
                                                75
 1              JEFFREY ARONSON
 2   shows, and to constantly do better
 3   than the show before.  I really
 4   think it's important not to look at
 5   anyone else as a competitor.  I
 6   mean, to me my only competitor is
 7   myself.  So I want that every Titan
 8   show to be better than the last
 9   Titan show.  I want the fighters to
10   put on the best fights.  I want
11   them to have the best opportunity.
12   And if I could help facilitate some
13   of my fighters getting to fulfill
14   their dream, because, let's face
15   it, you go into every gym in the
16   world and you ask the guys in an
17   MMA gym what is your goal in life?
18   UFC champion.  Right?  Come on.  We
19   could all kid ourselves, we could
20   all say it's this promotion, that
21   promotion.  It's not.  It's UFC.
22   That's the top of the mountain.  So
23   if I could be a facilitator and I
24   can be somebody that can help these
25   guys get to that point, I've done
```

```
                                                76
 1              JEFFREY ARONSON
 2   my job well.")
 3       Q.   So in that interview in
 4   March -- strike that.
 5           Do you think that in March of
 6   2016 it was the goal of all MMA fighters
 7   to fight in the UFC, if they could get
 8   there?
 9           MS. DENNIS:  Objection to
10   form.
11       A.   I do.  I think UFC is the best
12   promotion in the United States.  I think
13   it has plenty of competitors, but I think
14   that they are far and above the best
15   promotion in the United States.  Or in
16   the world.  I believe that.
17       Q.   Do you think it is the goal of
18   all MMA fighters to fight in UFC today,
19   if they can get there?
20           MS. DENNIS:  Objection to
21   form.
22       A.   I do.  I would want to.
23       Q.   Can you describe what
24   cross-promotion is to me, as you
25   understand the term?
```

```
                                                77
 1              JEFFREY ARONSON
 2       A.   We went through that.
 3       Q.   I think we covered that.
 4   You're right.
 5           MR. SILVERMAN:  Why don't we
 6   take a little break.
 7           THE VIDEOGRAPHER:  We are
 8   going off the record at 12:18.
 9           (A recess was taken.)
10           THE VIDEOGRAPHER:  Here begins
11   Media Unit No. 2 in the continued
12   deposition of Jeff Aronson.  We are
13   back on the record at 12:29 p.m.
14           (Aronson Exhibit 11 for
15   identification, transcript of
16   interview by Duane Finley on June
17   15, 2015.)
18   BY MR. SILVERMAN:
19       Q.   I am handing you what has been
20   marked as Aronson Exhibit 11.
21           Let me know when you have had
22   a chance to read it.
23       A.   Okay.
24       Q.   Have you seen this article
25   before?
```

20 (Pages 74 to 77)

```
                                          78
            JEFFREY ARONSON
 1
 2      A.   I don't remember it.
 3      Q.   Do you remember giving an
 4  interview to Duane Finley around June 15,
 5  2015?
 6      A.   Not particularly.
 7      Q.   We were talking earlier about
 8  Fight Pass; right?
 9      A.   Um-hum.
10      Q.   When did Titan and Zuffa enter
11  into a deal to have Titan show up on
12  Fight Pass?
13      A.   I'm not sure of the date.  I
14  think I said it here somewhere.
15           I'm really not sure.  I think
16  it was 2015.
17      Q.   Why did Titan enter into a
18  deal with Zuffa to broadcast Titan shows
19  on Fight Pass?
20      A.   The international exposure.
21  Fight Pass is positioning itself kind of
22  as the Netflix of fights.  And it was a
23  great way to establish more publicity on
24  the Titan events by getting a push by the
25  CPO machine.
```

```
                                          79
            JEFFREY ARONSON
 1
 2      Q.   Does Fight Pass help pay net
 3  fee fighters game exposure?
 4      A.   Sure.  I think that any time
 5  you are on a network that's being
 6  distributed, you have all eyes on you.
 7  So anything that's going on, you know,
 8  when they see a hot prospect, or there's
 9  someone that they really like, they keep
10  a close watch on him.  But they did that
11  at CBS, too.
12      Q.   At the time Titan had a deal
13  to have events broadcast on CBS; is that
14  right?
15      A.   Yes.
16      Q.   Were there any advantages to
17  Titan to be broadcast on Fight Pass above
18  and beyond being broadcast on CBS?
19           MS. DENNIS:  Objection to
20      form.
21      A.   Yes.
22      Q.   What were they?
23      A.   Promotion in over 150
24  countries, through UFC's PR machine.
25      Q.   The article says that Titan FC
```

```
                                          80
            JEFFREY ARONSON
 1
 2  was the 20th promotion to have their
 3  fights catalogued under the UFC banner.
 4  Do you know if that's accurate?
 5      A.   No.
 6      Q.   No, you don't know?
 7      A.   I think the definition of
 8  catalog is that they showed the old
 9  fights, not that they were live streaming
10  events on the network.
11      Q.   And did Fight Pass put the
12  live Titan events on the network?
13      A.   Yes.
14      Q.   You can put that one aside.
15           Were you involved at all in
16  the negotiations between Zuffa and Titan
17  regarding the Fight Pass deal?
18      A.   No.
19      Q.   Who was involved in those
20  negotiations?
21      A.   I was in the background,
22  dealing with Lex McMahon, and Lex was
23  negotiating with UFC.
24      Q.   Did you discuss those
25  negotiations with Mr. McMahon?
```

```
                                          81
            JEFFREY ARONSON
 1
 2      A.   Yes.
 3      Q.   Did you have final approval
 4  over the terms of the deal with Zuffa?
 5      A.   Yes.
 6      Q.   Are you familiar with the
 7  terms of the deal?
 8      A.   On a 20,000-foot level, yes.
 9      Q.   Can you describe it for me, as
10  you understand it?
11      A.   There are confidentiality
12  components to that agreement that I can't
13  talk to.
14      Q.   That you can't talk to, okay.
15           MR. SCHULZ:  Just for the
16      record, there is a confidentiality
17      provision in the agreement with
18      Zuffa that doesn't allow Titan to
19      disclose the terms of the agreement
20      without Zuffa's permission.
21           MR. SILVERMAN:  I think we
22      have the agreement produced under
23      the terms of the protective order,
24      if everyone is okay with using it.
25           MS. GRIGSBY:  I think we
```

```
                                                              102
 1
 2      STATE OF _____ )
 3                             ) :ss
 4      COUNTY OF _____)
 5
 6
 7         I, JEFFREY ARONSON, the witness
 8      herein, having read the foregoing
 9      testimony of the pages of this deposition,
10      do hereby certify it to be a true and
11      correct transcript, subject to the
12      corrections, if any, shown on the attached
13      page.
14
15             _____
16                JEFFREY ARONSON
17
18
19
20      Sworn and subscribed to before
21      me, this       day of
22               , 2017.
23
24      _____
25          Notary Public
```

```
                                                              103
 1
 2             C E R T I F I C A T E
 3      STATE OF FLORIDA    )
 4                   : ss.
 5      COUNTY OF PALM BEACH )
 6         I, JACK FINZ, a Shorthand
 7      Reporter and Notary Public within and
 8      for the State of Florida, do hereby
 9      certify:
10         That JEFFREY ARONSON, the
11      witness whose deposition is
12      hereinbefore set forth, was duly sworn
13      by me and that such deposition is a
14      true record of the testimony given by
15      the witness.
16         I further certify that I am
17      not related to any of the parties to
18      this action by blood or marriage, and
19      that I am in no way interested in the
20      outcome of this matter.
21         IN WITNESS WHEREOF, I have
22      hereunto set my hand this 4th day of
23      May, 2017.
24
                _____
25                 JACK FINZ
```

```
                                                              104
 1              INSTRUCTIONS TO WITNESS
 2
 3        Please read your deposition over carefully
 4      and make any necessary corrections. You should state
 5      the reason in the appropriate space on the errata
 6      sheet for any corrections that are made.
 7        After doing so, please sign the errata sheet
 8      and date it.
 9        You are signing same subject to the changes
10      you have noted on the errata sheet, which will be
11      attached to your deposition.
12        It is imperative that you return the original
13      errata sheet to the deposing attorney within thirty
14      (30) days of receipt of the deposition transcript by
15      you. If you fail to do so, the deposition transcript
16      may be deemed to be accurate and may be used in court.
17
```

```
                                                              105
 1                   E R R A T A
 2
 3
 4
 5        I wish to make the following changes,
 6      for the following reasons:
 7
 8      PAGE LINE
 9      ___ ___ CHANGE:_____
10      REASON:_____
11      ___ ___ CHANGE:_____
12      REASON:_____
13      ___ ___ CHANGE:_____
14      REASON:_____
15      ___ ___ CHANGE: _____
16      REASON:_____
17      ___ ___ CHANGE: _____
18      REASON:_____
19      ___ ___ CHANGE: _____
20      REASON:_____
21
22
         _____   _____
23       WITNESS' SIGNATURE            DATE
24
25
```