# EXHIBIT 79

# Declaration of WM. Hunter Campbell In Support of Zuffa's Motion for Summary Judgment

1  WILLIAM A. ISAACSON (*pro hac vice*)
   (wisaacson@paulweiss.com)
2  PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
3  2001 K Street, N.W.
   Washington, DC 20006
4  Tel: (202) 223-7300; Fax: (202) 223-7420

5  DONALD J. CAMPBELL (State Bar No. 1216)
   (djc@campbellandwilliams.com)
6  J. COLBY WILLIAMS (State Bar No. 5549)
   (jcw@campbellandwilliams.com)
7  CAMPBELL & WILLIAMS
   710 South 7th Street
8  Las Vegas, Nevada 89101
   Tel: (702) 382-5222; Fax: (702) 382-0540

9
   *Attorneys for Defendant Zuffa, LLC, d/b/a*
10 *Ultimate Fighting Championship and UFC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(BNW)<br><br>**DECLARATION OF WM. HUNTER CAMPBELL IN SUPPORT OF ZUFFA'S MOTION FOR SUMMARY JUDGMENT** |

Case 2:15-cv-01045-RFB-BNW   Document 879-79   Filed 10/24/23   Page 3 of 7

I, Wm. Hunter Campbell, declare as follows:

1. I am over 21 years old and have personal knowledge of the information in this declaration. I have been employed by Zuffa, LLC ("Zuffa"), since 2017. I am currently the Chief Business Officer of Ultimate Fighting Championship ("UFC"). Prior to becoming the Chief Business Officer of UFC in 2019, I was the Chief Legal Officer and Executive Vice President of UFC. Before that I was the Managing Partner of the Campbell & Williams law firm, and I was outside counsel to Zuffa. I have personal knowledge of the facts stated in this declaration and if called to testify, I would and could competently testify to those facts.

2. During my tenure working at and for UFC, I have been involved in contract negotiations with numerous athletes or their managers and agents.

3. In many instances, including during the alleged class period in this litigation and after, Zuffa released UFC athletes from their Zuffa contracts before their expiration to allow them to sign new contracts with other promotions. In 2020, for example, Corey Anderson was the #4-ranked UFC fighter and had multiple bouts remaining on his contract with Zuffa. Anderson requested and Zuffa granted Anderson permission to negotiate a contract with Bellator, despite the fact that Anderson remained under contract with Zuffa for multiple remaining bouts and was one of the top fighters at UFC. In August 2020, after Zuffa granted Anderson a full release from his contract, Anderson signed a contract with Bellator that paid him multiple times the amount of his Zuffa contract. Anderson has continued to fight in championship bouts for Bellator since he left UFC.

4. In addition to Anderson, Zuffa has released other UFC fighters from their Zuffa contracts before they expired, including Jorge Masvidal, Darren Till, Luke Rockhold, and Chad Mendes, among others.

5. Many athletes who compete in UFC events complete the terms of their contracts with Zuffa and become free agents. After the expiration of an athlete's contract, Zuffa generally has a short period (typically 60 or 90 days) of an exclusive negotiating period where Zuffa and the athlete negotiate over terms of a potential new agreement. In many

1

CAMPBELL DECL. ISO MOT. FOR SUMMARY JUDGMENT
CASE NO.: 2:15-CV-01045-RFB-(BNW)

instances, including during the alleged class period in this litigation and after, when it became clear that an agreement with the athlete would not be reached at that time, Zuffa waived the remaining time on its exclusive negotiating period.

6. During free agency, athletes may negotiate new contracts with other promotions. For many athletes, Zuffa retains the right to match the material terms of any offer an athlete receives from another promoter for a 12-month period. When an athlete presents Zuffa with the terms of a competing promoter's offer, Zuffa has 15 days to decide whether to match that offer. In many instances, including during the alleged class period in this litigation and after, when it became clear that Zuffa would not match the offer provided by a competing promoter, Zuffa waived the remaining time on its right-to-match period.

7. On May 12, 2018, Lyoto Machida, the former UFC Light Heavyweight champion, completed his contract with UFC when he defeated Vitor Belfort by knockout. At the time of his last bout, Machida was making $500,000/$100,000, that is, $500,000 per bout and an additional $100,000 if he won the bout.

8. On or about June 5, 2018, UFC offered Machida a new contract where he would make $650,000/$100,000. UFC subsequently increased its offer to $750,000/$250,000. Machida declined this offer, and Zuffa waived the remaining time on its exclusive negotiating period.

9. On June 6, 2018, less than one month after his last bout with Zuffa, Bellator made a Promotional Agreement Offer to Machida for a 24-month, 6-fight contract in which Machida would receive, among other things, $1 million per fight, win or lose, plus bonuses.

10. In response to Bellator's offer to Machida, UFC offered him a new contract where he would make $1 million per bout. Machida declined UFC's offer.

11. On June 20, 2018, Zuffa advised Machida that it had decided not to exercise its right to match Bellator's offer to Machida. Machida subsequently accepted an offer to compete for Bellator.

12. In addition to Machida and Anderson, Bellator has recruited and signed

numerous former UFC fighters since 2017, including Cristiane "Cyborg" Justino Venâncio, Yoel Romero, Shinsho Anzai, Chris Avila, Ryan Bader, Galore Bofando, Liz Carmouche, Oliver Enkamp, Quinton "Rampage" Jackson, Brett Johns, Timothy Johnson, Myles Jury, Jeremy Kennedy, Rustam Khabilov, Valérie Létourneau, Michael McDonald, Jordan Mein, Curtis Millender, Frank Mir, Albert Morales, James Mulheron, Khalid Murtazaliev, Roy Nelson, Sergio Pettis, Devin Powell, Justin Scoggins, Sam Sicilia, Erick Silva, Leslie Smith, Jon Tuck, Jim Wallhead, Charlie Ward, Eric Wisely, and others.

13. Another UFC competitor, Professional Fighting League ("PFL"), has also attracted elite fighters to join its MMA operation since 2017. For example, in November 2020, former UFC heavyweight champion Fabricio Werdum signed a contract with PFL after spending thirteen years with UFC. Although Zuffa negotiated to renew his contract, Werdum preferred PFL's specific fighting format and salary. He stated publicly that he was excited to fight twice a night, unlike UFC's one-fight format, and Werdum accepted PFL's offer to pay him $1,000,000.00 for winning five fights.

14. Similarly, UFC Heavyweight Champion Francis Ngannou sought his release from UFC to negotiate with other promotions even though his contract with Zuffa contained a Champion's Clause. Despite his Champion status, Zuffa released Ngannou from his contract during the exclusive negotiation period and waived its right to match offers from other promotions. PFL signed Ngannou in May 2023. Ngannou announced in the press that PFL offered him more compensation than UFC's last offer.

15. Shane Burgos was a lightweight UFC fighter in the prime of his career when his Zuffa contract expired in 2022. Burgos negotiated with Zuffa and other MMA promoters after his Zuffa contract expired. Zuffa attempted to re-sign Burgos to a contract. However, despite coming off a win in his final UFC fight and being one of UFC's fan favorites, UFC waived its right to match his offer and Burgos left UFC to sign a contract with PFL in August 2022 that reportedly amounted to a significant increase in pay compared to what Zuffa had offered Burgos to re-sign him.

16. Anthony Pettis was a ranked former UFC Lightweight Champion coming off back-to-back wins when his Zuffa contract expired in 2020. During his free agency, Pettis negotiated with PFL, and Zuffa waived its right to match PFL's contract offer. Pettis signed with PFL in December 2020, just four days after Pettis' last fight for UFC.

17. In addition to Werdum, Ngannou, Burgos, and Pettis, PFL has recruited and signed numerous former UFC fighters since 2017, including Omari Akhmedov, Cezar Ferreira, and Antônio Carlos Jr., among others.

18. Another UFC competitor, ONE Fighting Championship ("ONE"), has also attracted elite fighters to join its MMA operation since 2017. For example, Demetrious Johnson—a former UFC Flyweight champion that set the record for the most consecutive title defenses in UFC history at 11—was a top-ranked UFC fighter when he left UFC for ONE in 2018. Zuffa waived both the exclusive negotiating period and the right-to-match provisions in his contract.

19. Similarly, Eddie Alvarez was a former UFC Lightweight Champion whose Zuffa contract expired in 2018. Despite being a ranked fighter that Zuffa valued as one of its biggest entertainment draws, Alvarez left UFC in 2018 for ONE after Zuffa decided to waive its right to match ONE's contract offer, which reportedly was worth significantly more than what Zuffa had offered, including equity in ONE.

20. In 2018, Sage Northcutt was just breaking into the top 15 rankings at UFC when his contract expired and he entered free agency. Northcutt was highly coveted in the marketplace and fielded offers from multiple promotions. ONE made him an offer that was presented to UFC to match. UFC waived its right to match the offer and Northcutt signed with ONE for a monthly salary, equity in ONE, and $500,000 per fight.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge. Executed this 24th day of October, 2023, in Las Vegas, NV.

_____
Wm. Hunter Campbell

5