# EXHIBIT 82

# Letter from Zuffa to Josh Thomson



August 11, 2015

Josh Thomson c/o Bob Cook
Sports Entertainment Management

**RE: Josh Thomson; Right to Match**

Dear Bob,

Thank you for your email dated August 10, 2015, to Joe Silva regarding the offer for Josh Thomson to contract for professional MMA bouts with Bellator (hereinafter the "Fighter Offer"). We have reviewed the terms and conditions that you forwarded regarding the Fighter Offer. After consideration, Zuffa, LLC ("Zuffa") hereby <u>waives</u> its right to match the Fighter Offer pursuant to the Promotional and Ancillary Rights Agreement ("Agreement") entered into as of September 13, 2012, by and between Josh and Zuffa (as successor-in-interest to Forza, LLC).

Without limiting any other right or obligation under the Agreement, this limited specific waiver of Zuffa's matching right to the Fighter Offer is without any effect on the parties' remaining and surviving obligations, as set forth in the Agreement, all of which are expressly reserved. Please let us know if Josh does <u>not</u> accept the Fighter Offer as we reserve the right to match any other offer, including any changes to the Fighter Offer.

Please let Josh know that we wish him the best in his future career.

Sincerely,



Kirk D. Hendrick
Executive Vice President & Chief Legal Officer

**UFC.COM**
ZUFFA, LLC | P.O. BOX 26959 | LAS VEGAS, NV 89126-0959

CONFIDENTIAL                                                ZFL-0500960