# EXHIBIT 84

# Email from David Kramer to Michael Mersch

| | |
|---|---|
| To: | Michael Mersch          Jeff Clark |
| Cc: | Lawrence Epstein |
| From: | David Kramer |
| Sent: | Wed 3/10/2010 3:54:07 PM |
| Importance: | Normal |
| Subject: | RE: Roger Huerta - Zuffa Offer - Confidential |
| Received: | Wed 3/10/2010 3:54:10 PM |

Mike,

Thank you for confirming that Zuffa will not be exercising its right to match the Bellator deal. Roger, Jeff and I are all grateful to you and Zuffa for making this transition so smooth and painless. It's been a pleasure working with you!

Best wishes,
David Kramer

At 11:01 PM -0800 3/9/10, Michael Mersch wrote:
>David and Jeff,
>
>This will confirm that Zuffa is choosing not to exercise its right
>to match the terms and conditions of the Bellator agreement as
>outlined in the LOI and verified by the signed Agreement between
>Roger Huerta and Bellator. Again, our best regards to Roger. We
>wish him continued success in his MMA career.
>
>Thank you.
>
>Michael Mersch
>
>-----Original Message-----
>From: David Kramer
>Sent: Friday, March 05, 2010 10:16 AM
>To: Michael Mersch; Jeff Clark
>Cc: Lawrence Epstein
>Subject: RE: Roger Huerta - Zuffa Offer - Confidential
>
>Mike,
>
>Thank you for acknowledging receipt of the LOI and for informing us
>that Zuffa is choosing not to exercise its right to match the terms
>and conditions of Bellator's offer as outlined therein.
>
>As per your request, I have attached a copy of the fully-executed
>Promotional Agreement between Roger and Bellator for your review on
>a confidential basis. Once Zuffa has verified that the Agreement is
>consistent with the terms of the LOI, we respectfully request
>notification via email confirming Zuffa's decision not to exercise
>the right to match.
>
>I have passed Zuffa's kind wishes on to Roger and he is very
>appreciative of everything Zuffa has done for him, including the
>handling of this current matter.
>
>Best wishes,
>David Kramer
>
>
>At 7:11 PM -0800 2/24/10, Michael Mersch wrote:
>>David and Jeff,
>>
>>On behalf of Zuffa, LLC ("Zuffa"), this email will acknowledge that we
>>have received a copy of the Letter of Intent ("LOI") concerning the
>>proposed contractual relationship by and between Roger Huerta and
>>Bellator Sport Worldwide, LLC ("Bellator"). The email will further
>>confirm that Zuffa is not choosing to exercise its right to match under
>>Section 13.2 of Roger's prior Exclusive Promotional and Ancillary

>>Rights Agreement with Zuffa ("Zuffa Agreement").
>>
>>However, our decision and election to not exercise the right to match,
>>as outlined in Section 13.2 of the Zuffa Agreement, is contingent upon
>>our receipt of a copy of the fully-executed Bellator Agreement by and
>>between Bellator and Roger Huerta ("Bellator Agreement"), as
>>contemplated in the LOI, so that we can verify it is consistent with
>>the terms of the LOI as proffered to Zuffa.
>>
>>Further, please be advised and reminded that Zuffa expressly reserves
>>and retains any and all ancillary rights that survive the term of the
>>Zuffa Agreement pursuant to its terms.
>>
>>On behalf of Zuffa, please communicate to Roger we wish him nothing but
>>the best of success.
>>
>>Please let me know if you need anything else.
>>
>>Regards,
>>
>>Michael Mersch
>>Vice President of Business and Legal Affairs and Assistant General
>>Counsel Zuffa, LLC
>>
>>-----Original Message-----
>>From: David Kramer
>>Sent: Wednesday, February 24, 2010 12:34 PM
>>To: Michael Mersch
>>Cc: ncfcelite@
>>Subject: Roger Huerta - Zuffa Offer - Confidential
>>
>>Hi Mike,
>>
>>I work with Jeff Clark at NCFC Elite, Inc. As you probably know, we
>>manage Roger Huerta. In compliance with Section 13.2 (Right to
>>Match) of Roger's now expired contract with the UFC we are submitting a
>>letter of intent that includes the material terms and conditions of an
>>offer from Bellator Sport Worldwide, LLC to Roger.
>>
>>The attached constitutes the "Zuffa Offer" and the UFC has fifteen
>>business days to match as you're obviously aware. Jeff has told me you
>>are a great person and easy to work with. If possible, we would
>>appreciate an acknowledgement via email that you've received the
> >attached LOI. If by any chance you come to a decision in this matter
>>before the 15 day period us up, we would be similarly grateful for
>>early notification.
>>
>>Please let me know if you have any questions or comments.
>>
>>Best wishes,
>>--
>>David Kramer
>>NCFC Elite, Inc.

>>http://www.ncfcelite.tv
>>
>>
>>The information contained in this electronic transmission (email) is
>>confidential information and may be subject to attorney/client
>>privilege. It is intended only for the use of the individual or entity
>>named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED,
>>except by the intended recipient. Attempts to intercept this message
>>are in violation of 18 U.S.C.2511(1) of the Electronic Communications
>>Privacy Act (ECPA), which subjects the interceptor to fines,
>>imprisonment and/or civil damages.
>>
>>Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

```
>
>
>--
>David Kramer
>NCFC Elite, Inc.
>███████████
>http://www.ncfcelite.tv
```

--
David Kramer
NCFC Elite, Inc.
███████████

http://www.ncfcelite.tv

Confidential