# EXHIBIT 92

## Venues 30(b)(6) Deposition

## Ex. 51 at Tab 1

# Zuffa 30(b)(6) Deposition
# Topic F- Venues

---

# Exhibits 1 - 24

EXHIBIT: 51
WIT: DROPICK
DATE: 12/01/16
Kendall Heath, CCR, CSR

*Le, et al. v. Zuffa, et al.,*
Case No. 2:15-cv-01045 RFB-(PAL)

# TABLE OF CONTENTS

Venus Deposition Outline Binder

| TAB NO. | DATE | BATES | DOCUMENT |
|---|---|---|---|
| A. | -- | -- | Responses to Plaintiffs' Amended 30(b)(6) Deposition Notice of Zuffa, LLC (Topics 47-51) |
| 1. | -- | -- | UFC Venue Attendance Chart |
| 2. | 2014-07-24 | ZFL-1534951 | SAP Center at San Jose Use Agreement between SAP Center at San Jose dba San Jose Arena Management (SJAM) and Zuffa, LLC |
| 3. | 2014-01-15 | ZFL-1533253 | Lease Agreement between Sugarloaf Gwinnett Center, LLC and Zuffa, LLC |
| 4. | 2005-11-01 | ZFL-1159929 | License Agreement between MGM Mirage Entertainment and Sports (MGM Grand) and Zuffa, LLC |
| 5. | 2006-05-22 | ZFL-0870019 | Event License Agreement between Zuffa, LLC and L.A. Arena Company, LLC |
| 6. | 2007-06-12 | ZFL-1218888 | Site Agreement between Zuffa, LLC and Seminole Hard Rock Hotel & Casino, Inc. |
| 7. | 2007-12-03 | ZFL-1922157 | Email from Craig Borsari to Jacques Aube re UFC at the Bell Centre, April 19 2008 |
| 8. | 2009-06-29 | ZUF-00090241 | Email from Jen Sandstrom to Craig Borsari cc Wendy Funes re UFC – October 24 |
| 9. | 2009-07-13 | ZFL-1218685 | American Airlines Center License Agreement between Zuffa, LLC and Center Operating Company, L.P. |
| 10. | 2009-09-28 | ZFL-1977590 | Event License Agreement between Zuffa, LLC and L.A. Arena Company, LLC |
| 11. | 2010-05-21 | ZUF-00458583 | General Motors Place Event License Agreement between Zuffa Canada, LLC and Vancouver Arena Limited Partnership |
| 12. | 2010-05-25 | ZUF-00456232 | The Bell Centre Standard Rental Agreement between L'Aréna des Canadiens Inc. and Zuffa Canada, LLC |
| 13. | 2011-05-19 | ZUF-00033112 | Email from Jim Foss to Peter Dropick re FW: July 8th |
| 14. | 2011-08-22 | ZUF-00469689 | Email from Amanda Strudler-Mann re FW: UFC Holds |

| Venue | Location | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | TOTAL PER VENUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1stBank Center | Broomfield, Colorado, U.S. | | | | | | 1 | | | | | 1 | 2 |
| 3Arena | Dublin, Ireland | | | | | | | | | | | 1 | 1 |
| Acer Arena | Sydney, Australia | | | | | | 1 | 1 | | | | | 2 |
| Adelaide Entertainment Centre | Adelaide, Australia | | | | | | | | | | | 1 | 1 |
| Air Canada Centre | Toronto, Ontario, Canada | | | | | | | 1 | 1 | 1 | | | 3 |
| Allphones Arena | Sydney, Australia | | | | | | | | 1 | | 1 | | 2 |
| Allstate Arena | Rosemont, Illinois, U.S. | | | | 1 | | | | | | | | 1 |
| American Airlines Center | Dallas, Texas, U.S. | | | | | 1 | | | | | 1 | 1 | 3 |
| Amway Center | Orlando, Florida, U.S. | | | | | | | | | | 1 | 1 | 2 |
| ARCO Arena | Sacramento, California, U.S. | | 1 | 1 | | | | | | | | | 2 |
| Arena at Gwinnett Center | Duluth, Georgia, U.S. | | | | | | | | | | 1 | | 1 |
| Arena Ciudad de México | Mexico City, Mexico | | | | | | | | | | 1 | 1 | 2 |
| Arena Jaraguá | Jaraguá do Sul, Brazil | | | | | | | | | 1 | 1 | | 2 |
| Arena Monterrey | Monterrey, Mexico | | | | | | | | | | | 1 | 1 |
| Arrowhead Pond of Anaheim | Anaheim, California, U.S. | | 2 | | | | | | | | | | 2 |
| AT&T Center | San Antonio, Texas, U.S. | | | | | | | | | | 1 | | 1 |
| Baltimore Arena | Baltimore, Maryland, U.S. | | | | | | | | | | 1 | | 1 |
| BankAtlantic Center | Sunrise, Florida, U.S. | | | | | | | | 1 | | | | 1 |
| Bankers Life Fieldhouse | Indianapolis, Indiana, U.S. | | | | | | | | | 1 | | | 1 |
| Bell Centre | Montreal, Quebec, Canada | | | | 1 | 1 | 2 | | 1 | 1 | | 1 | 7 |
| BMO Harris Bradley Center | Milwaukee, Wisconsin, U.S. | | | | | | | | | 1 | | | 1 |
| Boardwalk Hall | Atlantic City, New Jersey, U.S. | 1 | | | | | | | | | | | 1 |

| Venue | Location | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | TOTAL PER VENUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bojangles Coliseum | Charlotte, North Carolina, U.S. | | | | | | 1 | | | | | | 1 |
| BOK Center | Tulsa, Oklahoma, U.S. | | | | | | | | | | 1 | | 1 |
| Bradley Center | Milwaukee, Wisconsin, U.S. | | | | | | | 1 | | | | | 1 |
| Bridgestone Arena | Nashville, Tennessee, U.S. | | | | | | | | 1 | | | 1 | 2 |
| Brisbane Entertainment Centre | Brisbane, Australia | | | | | | | | | 1 | | | 1 |
| Broomfield Event Center | Broomfield, Colorado, U.S. | | | | 1 | | | | | | | | 1 |
| Capital FM Arena | Nottingham, England, U.K. | | | | | | | | 1 | | | | 1 |
| Colisée Pepsi | Quebec City, Quebec, Canada | | | | | | | | | | 1 | | 1 |
| Conseco Fieldhouse | Indianapolis, Indiana, U.S. | | | | | | 1 | | | | | | 1 |
| Consol Energy Center | Pittsburgh, Pennsylvania, U.S. | | | | | | | 1 | | | | | 1 |
| CotaiArena | Macau, SAR, China | | | | | | | | 1 | | 2 | | 3 |
| Cox Convention Center | Oklahoma City, Oklahoma, U.S. | | | | | 1 | | | | | | | 1 |
| Cox Pavilion | Las Vegas, Nevada, U.S. | 2 | | | | | | | | | | | 2 |
| Cross Insurance Center | Bangor, Maine, U.S. | | | | | | | | | | 1 | | 1 |
| Crown Coliseum | Fayetteville, North Carolina, U.S. | | | | 1 | | | | | | | | 1 |
| du Arena | Abu Dhabi, United Arab Emirates | | | | | | | | | | 1 | | 1 |
| Ericsson Globe Arena | Stockholm, Sweden | | | | | | | | 1 | 1 | 1 | | 3 |
| Ernest N. Morial Convention | New Orleans, Louisiana, U.S. | | | | | | | 1 | | | | | 1 |
| Etihad Stadium | Melbourne, Australia | | | | | | | | | | | 1 | 1 |

| Venue | Location | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | TOTAL PER VENUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FedExForum | Memphis, Tennessee, U.S. | | | | | 1 | | | | | | | 1 |
| Fort Campbell | Fort Campbell, Kentucky, U.S. | | | | | | | | | 1 | | | 1 |
| Fort Hood | Fort Hood, Texas, U.S. | | | | | | | 1 | | | | | 1 |
| Foxwoods Resort Casino | Mashantucket, Connecticut, U.S. | | | | | | | | | | 1 | | 1 |
| Frank Erwin Center | Austin, Texas, U.S. | | | | | | 1 | | | | 1 | | 2 |
| General Motors Place | Vancouver, British Columbia, Canada | | | | | | 1 | | | | | | 1 |
| Ginásio do Ibirapuera | São Paulo, Brazil | | | | | | | | | 1 | 1 | 1 | 3 |
| Ginásio do Maracanãzinho | Rio de Janeiro, Brazil | | | | | | | | | | 1 | 1 | 2 |
| Ginásio Gigantinho | Porto Alegre, Brazil | | | | | | | | | | | 1 | 1 |
| Corrêa | Barueri, Brazil | | | | | | | | | 1 | 1 | | 2 |
| Ginásio Municipal Tancredo Neves | Uberlândia, Brazil | | | | | | | | | | 1 | | 1 |
| Ginásio Nélio Dias | Natal, Brazil | | | | | | | | | | 1 | | 1 |
| Ginásio Nilson Nelson | Brasília, Brazil | | | | | | | | | | 1 | | 1 |
| Ginásio Paulo Sarasate | Fortaleza, Brazil | | | | | | | | | 1 | | | 1 |
| Goiânia Arena | Goiânia, Brazil | | | | | | | | | 1 | | 1 | 2 |
| Gold Coast Convention and Exhibition Centre | Gold Coast, Australia | | | | | | | | 1 | | | | 1 |
| Hard Rock Hotel and Casino | Las Vegas, Nevada, U.S. | 2 | 5 | | | | | | 1 | | | | 8 |
| Honda Center | Anaheim, California, U.S. | | | 1 | | | 1 | 1 | | 1 | | | 4 |
| HSBC Arena | Rio de Janeiro, Brazil | | | | | | | 1 | 2 | 1 | | 1 | 5 |
| IZOD Center | East Rutherford, New Jersey, U.S. | | | | | | | | 1 | | | | 1 |
| KeyArena | Seattle, Washington, U.S. | | | | | | | 1 | 1 | 1 | | | 3 |

| Venue | Location | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | TOTAL PER VENUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KFC Yum! Center | Louisville, Kentucky, U.S. | | | | | | | 1 | | | | | 1 |
| König Pilsener Arena | Oberhausen, Germany | | | | | | 1 | | | | | | 1 |
| Lanxess Arena | Cologne, Germany | | | | | 1 | | | | | | | 1 |
| LG Arena | Birmingham, England, U.K. | | | | | | | 1 | | | | | 1 |
| Mall of Asia Arena | Pasay, Philippines | | | | | | | | | | | 1 | 1 |
| Manchester Evening News | Manchester, England, U.K. | | | 1 | | 1 | | | | | | | 2 |
| Mandalay Bay Events Center | Las Vegas, Nevada, U.S. | 1 | 5 | 3 | 2 | 2 | 1 | 2 | 2 | 3 | 4 | | 25 |
| Marina Bay Sands | Marina Bay, Singapore | | | | | | | | | | 1 | | 1 |
| Marine Corps Air Station Miramar | San Diego, California, U.S. | | 1 | | | | | | | | | | 1 |
| Metro Radio Arena | Newcastle upon Tyne, England, U.K. | | | | 1 | | | | | | | | 1 |
| MGM Grand Garden Arena | Las Vegas, Nevada, U.S. | 3 | 1 | 1 | 3 | 2 | 3 | 4 | 3 | 4 | 2 | 7 | 33 |
| Mineirinho Arena | Belo Horizonte, Brazil | | | | | | | | 1 | 1 | | | 2 |
| Mohegan Sun Arena | Uncasville, Connecticut, U.S. | 1 | | | | | | | | | | | 1 |
| MTS Centre | Winnipeg, Manitoba, Canada | | | | | | | | | 1 | | | 1 |
| National Indoor Arena | Birmingham, England, U.K. | | | | 1 | | | | | | | | 1 |
| Nationwide Arena | Columbus, Ohio, U.S. | | | 1 | 1 | 1 | | | | | | | 3 |
| O2 World | Berlin, Germany | | | | | | | | | | 1 | 1 | 2 |
| Odyssey !The Odyssey | Belfast, Northern Ireland, U.K. | | | 1 | | | | | | | | | 1 |
| Olympic Gymnastics Arena | Seoul, South Korea | | | | | | | | | | | 1 | 1 |
| Omaha Civic Auditorium | Omaha, Nebraska, U.S. | | | | 1 | | | | 1 | | | | 2 |
| Oracle Arena | Oakland, California, U.S. | | | | | | 1 | | | | | | 1 |
| Palms Casino Resort | Las Vegas, Nevada, U.S. | | | 4 | 4 | 2 | 2 | 2 | 1 | | 1 | | 16 |

| Venue | Location | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | TOTAL PER VENUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patriot Center | Fairfax, Virginia, U.S. | | | | | | 1 | | 1 | | | 1 | 3 |
| Pepsi Center | Denver, Colorado, U.S. | | | | | | | 1 | 1 | | | | 2 |
| Philips Arena | Atlanta, Georgia, U.S. | | | | 1 | | | | 1 | | | | 2 |
| Phones 4u Arena | Manchester, England, U.K. | | | | | | | | | 1 | | | 1 |
| Prudential Center | Newark, New Jersey, U.S. | | | 1 | | | 1 | 1 | | 1 | 1 | 1 | 6 |
| Red Rock Resort Spa and Casino | Las Vegas, Nevada, U.S. | | 1 | | | | | | | | | | 1 |
| Revel Casino Hotel | Atlantic City, New Jersey, U.S. | | | | | | | | 1 | | 1 | | 2 |
| Rogers Arena | Vancouver, British Columbia, Canada | | | | | | | 1 | | | 1 | | 2 |
| Rogers Centre | Toronto, Ontario, Canada | | | | | | | 1 | | | | | 1 |
| Rose Garden | Portland, Oregon, U.S. | | | | | 1 | | | | | | | 1 |
| Saitama Super Arena | Saitama, Japan | | | | | | | | 1 | 1 | 1 | 1 | 4 |
| San Diego Sports Arena | San Diego, California, U.S. | | | | | | 1 | | | | | | 1 |
| SAP Center/ HP Pavilion | San Jose, California, U.S. | | | | | | | 1 | 1 | 1 | 1 | | 4 |
| SaskTel Centre | Saskatoon, Saskatchewan, Canada | | | | | | | | | | | 1 | 1 |
| Scotiabank Centre | Halifax, Nova Scotia, Canada | | | | | | | | | | 1 | | 1 |
| Scotiabank Saddledome | Calgary, Alberta, Canada | | | | | | | | 1 | | | | 1 |
| Seminole Hard Rock Hotel and | Hollywood, Florida, U.S. | | 1 | 2 | | | | | | | | 1 | 4 |
| Sleep Train Arena | Sacramento, California, U.S. | | | | | | | | | 1 | 1 | | 2 |
| Smoothie King Center | New Orleans, Louisiana, U.S. | | | | | | | | | | | 1 | 1 |
| Sommet Center | Nashville, Tennessee, U.S. | | | | | 1 | | | | | | | 1 |

| Venue | Location | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | TOTAL PER VENUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Staples Center | Los Angeles, California, U.S. | | 1 | | | 1 | | | 1 | | 1 | 1 | 5 |
| Talking Stick Resort Arena | Phoenix, Arizona, U.S. | | | | | | | | | | 1 | | 1 |
| Target Center | Minneapolis, Minnesota, U.S. | | | | 1 | | | | 1 | | | | 2 |
| Tauron Arena Kraków | Kraków, Poland | | | | | | | | | | | 1 | 1 |
| TD Garden | Boston, Massachusetts, U.S. | | | | | | 1 | | | 1 | | 1 | 3 |
| Tele2 Arena | Stockholm, Sweden | | | | | | | | | | | 1 | 1 |
| The Chelsea at The | Las Vegas, Nevada, U.S. | | | | | | | | | | | 2 | 2 |
| The O2 | Dublin, Ireland | | | | | 1 | | | | | 1 | 1 | 3 |
| The O2 Arena | London, England, U.K. | | | 1 | 1 | 1 | 1 | | | | 1 | | 5 |
| The Palace of Auburn Hills | Auburn Hills, Michigan, U.S. | | | | | | 1 | | | | | | 1 |
| The SSE Hydro | Glasgow, Scotland, U.K. | | | | | | | | | | | 1 | 1 |
| Tingley Coliseum | Albuquerque, New Mexico, U.S. | | | | | | | | | | 1 | | 1 |
| Toyota Center | Houston, Texas, U.S. | | | 1 | | | | 1 | | 1 | | 1 | 4 |
| U.S. Bank Arena | Cincinnati, Ohio, U.S. | | | 1 | | | | | | | 1 | | 2 |
| United Center | Chicago, Illinois, U.S. | | | | | | | | 1 | 1 | 1 | 1 | 4 |
| USF Sun Dome | Tampa, Florida, U.S. | | | | | 1 | | | | | | | 1 |
| Valley View Casino Center | San Diego, California, U.S. | | | | | | | | | | | 1 | 1 |
| Vector Arena | Auckland, New Zealand | | | | | | | | | | 1 | | 1 |
| Verizon Center | Washington, D.C., U.S. | | | | | | | 1 | | | | | 1 |
| Wachovia Center | Philadelphia, Pennsylvania, U.S. | | | | | 1 | | | | | | | 1 |
| Wells Fargo Center | Philadelphia, Pennsylvania, U.S. | | | | | | | 1 | | | | | 1 |
| Wembley Arena | London, England, U.K. | | | | | | | | | 1 | | | 1 |

| Venue | Location | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | TOTAL PER VENUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yas Island | Abu Dhabi, United Arab Emirates | | | | | | 1 | | | | | | 1 |
| TOTAL PER YEAR | | 10 | 18 | 19 | 20 | 20 | 24 | 27 | 32 | 33 | 47 | 42 | 292 |