# EXHIBIT 93

## List of Bellator events





## UPCOMING EVENTS

**AUGUST 17, 2018**
BELLATOR 204
### Caldwell vs. Lahat
Sanford Pentagon
Sioux Falls, SD
[MORE INFO] [BUY TICKETS]

**SEPTEMBER 21, 2018**
BELLATOR 205
### Curran vs. McKee
Centurylink Arena
Boise, ID
[MORE INFO] [BUY TICKETS]

**SEPTEMBER 29, 2018**
BELLATOR 206
### Mousasi vs. MacDonald
SAP Center
San Jose, CA
[MORE INFO] [BUY TICKETS]

**OCTOBER 12, 2018**
BELLATOR 207
### Mitrione vs. Bader
Mohegan Sun Arena
Uncasville, CT
[MORE INFO] [BUY TICKETS]

**OCTOBER 13, 2018**
BELLATOR 208
### Fedor vs. Sonnen
NYCB Live
Uniondale, NY
[MORE INFO] [BUY TICKETS]

## PAST EVENTS




**JUL 14, 2018**
Bellator 203
### Bellator Rome
Foro Italico, Rome, Italy
[MORE INFO]


**JUL 13, 2018**
Bellator 202
### Budd vs. Nogueira
WinStar World Casino & Resort, Thackerville, OK
[MORE INFO]


**JUN 29, 2018**
Bellator 201
### MacFarlane vs. Lara
Pechanga Resort & Casino, Temecula, CA
[MORE INFO]


**MAY 25, 2018**
Bellator 200
### Bellator London
The SSE Arena, Wembley, London, UK
[MORE INFO]


**MAY 12, 2018**
Bellator 199
### Bader vs. King Mo
SAP Center, San Jose, CA
[MORE INFO]


**APR 28, 2018**
Bellator 198
### Fedor vs. Mir
Allstate Arena, Rosemont, IL
[MORE INFO]


**APR 13, 2018**
Bellator 197
### Chandler vs. Girtz
The Family Arena, St. Charles, MO
[MORE INFO]

**APR 6, 2018**


Bellator 196
**Henderson vs. Huerta**
Nemzeti Sportkozpontok - Bok Hall, Budapest, Hungary
MORE INFO »


MAR 2, 2018
Bellator 195
**Caldwell vs. Higo**
WinStar World Casino & Resort, Thackerville, OK
MORE INFO »


FEB 16, 2018
Bellator 194
**Nelson vs. Mitrione**
Mohegan Sun Arena, Uncasville, CT
MORE INFO »


JAN 26, 2018
Bellator 193
**Larkin vs. Gonzalez**
Pechanga Resort & Casino, Temecula, CA
MORE INFO »


JAN 20, 2018
Bellator 192
**Lima vs. MacDonald**
The Forum, Inglewood, CA
MORE INFO »


DEC 15, 2017
Bellator 191
**McDonald vs. Ligier**
Metro Radio Arena, Newcastle upon Tyne, NE4 7NA
MORE INFO »


DEC 9, 2017
Bellator 190
**Carvalho vs. Sakara**
Nelson Mandela Forum, Firenze, Italy
MORE INFO »


DEC 1, 2017
Bellator 189
**Budd vs. Blencowe 2**
WinStar World Casino & Resort, Thackerville, OK
MORE INFO »


NOV 17, 2017
Bellator 188
**Lahat vs. Labiano**
Menora Mivtachim Arena, Tel Aviv, Israel
MORE INFO »


NOV 10, 2017
Bellator 187
**McKee vs. Moore**
3Arena, Dublin, Ireland
MORE INFO »


NOV 3, 2017
Bellator 186
**Bader vs. Vassell**
Bryce Jordan Center, University Park, PA
MORE INFO »


OCT 20, 2017
Bellator 185
**Mousasi vs. Shlemenko**
Mohegan Sun Arena, Uncasville, CT
MORE INFO »


OCT 6, 2017
Bellator 184
**Dantas vs. Caldwell**
WinStar World Casino & Resort, Thackerville, OK
MORE INFO »


SEP 23, 2017
Bellator 183
**Henderson vs. Pitbull**
SAP Center, San Jose, CA
MORE INFO »


AUG 25, 2017
Bellator 182
**Koreshkov vs. Njokuani**
Turning Stone Resort Casino, Verona, NY
MORE INFO »

JUL 14, 2017
Bellator 181
**Campos vs. Girtz 3**
MORE INFO »

WinStar World Casino & Resort, Thackerville, OK

**JUN 24, 2017**
Bellator NYC
**Sonnen vs. Silva**

MORE INFO »

Madison Square Garden, New York, NY

**JUN 24, 2017**
Bellator 180
**Davis vs. Bader**

MORE INFO »

Madison Square Garden, New York, NY

**MAY 19, 2017**
Bellator 179
**Daley vs. MacDonald**

MORE INFO »

The SSE Arena, Wembley, London, UK

**MAY 1, 2017**
Bellator KB8
**Daniels vs. Boukis**

MORE INFO »

Nelson Mandela Forum, Firenze, Italy

**APR 21, 2017**
Bellator 178
**Straus vs. Pitbull 4**

MORE INFO »

Mohegan Sun Arena, Uncasville, CT

**APR 14, 2017**
Bellator 177
**Dantas vs. Higo**

MORE INFO »

Budapest Sports Arena, Budapest, Hungary

**APR 8, 2017**
Bellator 176
**Carvalho vs. Manhoef 2**

MORE INFO »

Pala Alpitour, Torino, Italy

**MAR 31, 2017**
Bellator 175
**Rampage vs. King Mo 2**

MORE INFO »

Allstate Arena, Rosemont, IL

**MAR 3, 2017**
Bellator 174
**Coenen vs. Budd**

MORE INFO »

WinStar World Casino & Resort, Thackerville, OK

**FEB 24, 2017**
Bellator 173
**McGeary vs. McDermott**

MORE INFO »

SSE Arena Belfast, Belfast, Ireland

**FEB 18, 2017**
Bellator 172
**Thomson vs. Pitbull**

MORE INFO »

SAP Center, San Jose, CA

**JAN 27, 2017**
Bellator 171
**Guillard vs. Njokuani**

MORE INFO »

Kansas Star Arena, Wichita, KS

**JAN 21, 2017**
Bellator 170
**Ortiz vs. Sonnen**

MORE INFO »

The Forum, Inglewood, CA

**DEC 16, 2016**
Bellator 169
**King Mo vs. Ishii**

MORE INFO »

3Arena, Dublin, Ireland

**DEC 10, 2016**
Bellator 168
**Sakara vs. Beltran**

MORE INFO »

Nelson Mandela Forum, Firenze, Italy

, Italy



**DEC 3, 2016**
Bellator 167
**Caldwell vs. Taimanglo II**
WinStar World Casino & Resort, Thackerville, OK

MORE INFO »

**DEC 2, 2016**
Bellator 166
**Dantas vs. Warren II**
WinStar World Casino & Resort, Thackerville, OK

MORE INFO »

MORE EVENTS »



About  International  Press  Press Kit  Talent  | Partners  Paramount NETWORK  MONSTER ENERGY  DRIVE 4 GOLD  Lite  Blackheart  boost mobile  BURGER KING

Sign Up for the Bellator MMA Newsletter

Email Address    SUBSCRIBE »

Terms of Use   Privacy Policy/Your Privacy Rights   Copyright Compliance   Ad Choices   Closed Captioning   TV Ratings   Careers

© 2018 Bellator Sport Worldwide. All rights reserved.

VIACOM