# EXHIBIT 94

## List of PFL events



Watch Live Thursday, 07 : 01 : 00

Search PFL | NBCSN | Watch

Schedule & Results · Fighters · Rules · Standings · Highlights · Videos · News · Partners · About | SHOP PFL | BUY TICKETS

Watch
THURS NIGHTS
PFL5 AUG 2
WHAT DO YOU FIGHT FOR?

# LIVE BROADCAST SCHEDULE

## REGULAR SEASON THURSDAY NIGHTS

| | | | |
|---|---|---|---|
| PFL1 | NEW YORK CITY, NY<br>HULU THEATER AT MSG | JUNE 7<br>6P ET | RESULTS · STANDINGS |
| PFL2 | CHICAGO, IL<br>CHICAGO THEATRE | JUNE 21<br>5:30P ET | RESULTS · STANDINGS |
| PFL3 | WASHINGTON, DC<br>GWU SMITH CENTER | JULY 5<br>5P ET | RESULTS · STANDINGS |
| PFL4 | UNIONDALE, NY<br>NYCB LIVE – NASSAU COLISEUM | JULY 19<br>6P ET | RESULTS · STANDINGS |
| PFL 5 | UNIONDALE, NY<br>NYCB LIVE – NASSAU COLISEUM | AUGUST 2<br>6P ET | EVENT INFO · BUY TICKETS |
| PFL6 | ATLANTIC CITY, NJ<br>OCEAN RESORT CASINO | AUGUST 16<br>7P ET | COMING SOON · BUY TICKETS |
| PFL 7 | ATLANTIC CITY, NJ<br>OCEAN RESORT CASINO | AUGUST 30<br>6P ET | COMING SOON · BUY TICKETS |

## 2018 PLAYOFFS FRIDAY & SATURDAY NIGHTS

| | | | |
|---|---|---|---|
| PFL8 | TBA TBA | OCTOBER 5<br>6P ET | COMING SOON · BUY TICKETS |
| PFL9 | TBA TBA | OCTOBER 13<br>6P ET | COMING SOON · BUY TICKETS |
| PFL10 | TBA TBA | OCTOBER 20<br>7P ET | COMING SOON · BUY TICKETS |

## 2018 CHAMPIONSHIP NEW YEAR'S EVE

| | | | |
|---|---|---|---|
| PFL11 | TBA TBA | DECEMBER 31<br>7P ET | COMING SOON · BUY TICKETS |

## SIGN UP TO RECEIVE OUR NEWSLETTER

* indicates required

Email Address *

First Name *

Last Name *

Zip Code *

Sign Up

Recent | Popular

3 Things We Learned At PFL4
Jul 20, 2018

Professional Fighters League (PFL) Fourth Regular Season Delivers Intense MMA Action and Exciting Finishes To Fans Worldwide as Fighters Clinch Playoff Spots
Jul 20, 2018

PFL 4 - Live Round-by-Round Coverage
Jul 19, 2018

PROFESSIONAL FIGHTERS LEAGUE
NBCSN
THURS NIGHTS
PFL5 AUG 2
WHAT DO YOU FIGHT FOR?

PFL                                                                                                          PFLmma.com