# EXHIBIT 95

## INTENTIONALLY LEFT BLANK