# EXHIBIT 96

# INTENTIONALLY LEFT BLANK