# EXHIBIT 97

## INTENTIONALLY LEFT BLANK