# EXHIBIT 98

## INTENTIONALLY LEFT BLANK