# EXHIBIT 100

## INTENTIONALLY LEFT BLANK