# EXHIBIT 101

## INTENTIONALLY LEFT BLANK