# EXHIBIT 102

## INTENTIONALLY LEFT BLANK