# EXHIBIT 103

## INTENTIONALLY LEFT BLANK