# EXHIBIT 104

## INTENTIONALLY LEFT BLANK