# EXHIBIT 105

## INTENTIONALLY LEFT BLANK