# EXHIBIT 106

# 2013-2014 UFC Fight Card Changes

| EVENT | LOCATION | DATE | MAIN EVENT | FIGHT CARD CHANGES | INJURY |
|---|---|---|---|---|---|
| FX 7 | Ibirapuera Arena - São Paulo, Brazil | 1/19/2013 | Bisping v Belfort | **Justin Salas** - out of UFC on FX 7 bout against Edson Barboza after suffering an undisclosed injury in training (announced Jan. 2, 2013). **George Roop** - out of UFC on FX 7 bout against Yuri Alcantara after suffering an undisclosed injury in training (announced Jan. 8, 2103). | |
| FOX 6 | United Center - Chicago, IL | 1/26/2013 | Johnson v Dodson | **Buddy Roberts** - out of UFC on FOX 6 bout against Michael Kuiper after suffering an undisclosed injury in training and coming down with the flu (announced Jan. 8, 2013). | |
| UFC 156 | Mandalay Bay - Las Vegas, NV | 2/2/2013 | Aldo v Edgar | **Erick Silva** - out of UFC 156 bout against Jay Hieron after suffering an undisclosed injury in training (announced Jan. 2, 2013). **Akira Corassani** - out of UFC 156 bout against Robbie Peralta due to illness (announced Jan. 5, 2013). | |
| FUEL TV 7 | Wembley Arena - London, England | 2/16/2013 | Barao v McDonald | **Dennis Siver** - out of UFC on FUEL TV 7 bout against Cub Swanson after suffering an undisclosed injury in training (announced Jan. 17, 2013). **Justin Edwards** - out of UFC on FUEL TV 7 bout against Gunnar Nelson after suffering an undisclosed injury in training (announced Jan. 23, 2103). | |
| UFC 157 | Honda Center - Anaheim, CA | 2/23/2013 | Rousey v Carmouche | **Sean Pierson** - out of UFC 157 bout against Rick Story after suffering an undisclosed injury in training (announced Feb. 2, 2013). **Manny Gamburyan** - out of UFC 157 bout against Chad Mendes after suffering a thumb injury and an elbow injury in training (announced Feb. 8, 2013). | |
| FUEL TV 8 | Saitama Arena - Tokyo, Japan | 3/3/2013 | W. Silva v Stann | | |
| UFC 158 | Bell Centre - Montreal, Canada | 3/16/2013 | GSP v Diaz | **Rory MacDonald** - out of UFC 158 co-main event against Carlos Condit after suffering a neck injury in training (announced Feb. 18, 2013). **Mitch Gagnon** - out of UFC 158 bout against Issei Tamura after suffering an undisclosed injury in training (announced Feb. 19, 2013). **Johnny Eduardo** - out of UFC 158 bout against Yves Jabouin after suffering a shoulder injury in training (announced Mar. 6, 2013). | |
| FUEL TV 9 | Ericsson Globe - Stockholm, Sweden | 4/6/2013 | Mousasi v Latifi | **Alexander Gustafsson** - out of UFC on FUEL TV 9 main event against Gegard Mousasi after suffering a bad cut in training (announced Mar. 31, 2013). **John Hathaway** - out of UFC on FUEL TV 10 bout against Erick Silva after suffering an undisclosed injury in training (announced Apr. 25, 2013). | |
| TUF Finale 17 FX | Mandalay Bay - Las Vegas, NV | 4/13/2013 | Faber v Jorgensen | | |
| FOX 7 | HP Pavilion - San Jose, CA | 4/20/2013 | Henderson v Melendez | **Roger Hollett** - out of UFC on FX 7 bout against Wagner Prado after tearing his bicep in training (announced Jan. 8, 2013). **Clay Guida** - out of UFC on FOX 7 bout against Chad Mendes after suffering an undisclosed injury in training (announced Mar. 15, 2013). **Francisco Rivera** - out of UFC on FOX 7 bout against Hugo Viana after suffering an undisclosed injury in training (announced Mar. 22, 2013) **Dan Hardy** - out of UFC on FOX 7 bout against Matt Brown after a medical examination uncovered a potentially life-threatening heart condition (announced Mar. 22, 2013). **Jon Tuck** - out of UFC on FOX 7 bout against Norman Parke after suffering an undisclosed injury in training (announced Apr. 14, 2013). | |
| UFC 159 | Prudential Center - Newark, NJ | 4/27/2013 | Jones v Sonnen | **Jimmy Hettes** - out of UFC 159 bout against Steven Siler after suffering an undisclosed injury in training (announced Mar. 19, 2013). **Joe Proctor** - out of UFC 159 bout against Al Iaquinta after suffering an undisclosed injury in training (announced Apr. 12, 2013). **Al Iaquinta** - out of UFC 159 bout against Joe Proctor after suffering an undisclosed injury in training (announced Apr. 12, 2013). **Erik Perez** - out of UFC 159 bout against Johnny Bedford after suffering a knee infection (announced Apr. 22, 2013). **Nick Catone** - out of UFC 159 bout against James Head after suffering severe dehydration in a failed weight cut attempt (announced Apr. 27, 2013). | |
| FX 8 | Jaragua do Sul - Santa Catarina, Brazil | 5/19/2013 | Belfort v Rockhold | **Manny Gamburyan** - out of UFC on FX 8 bout against Hacran Dias after suffering an undisclosed injury in training (announced Mar. 25, 2013). **CB Dollaway** - out of UFC on FX 8 bout against Cezar Ferreira after suffering an undisclosed injury in training (announced Apr. 1, 2013). **Marcos Vinicius** - out of UFC on FX 8 bout against Yuri Alcantara after suffering an undisclosed injury in training (announced Apr. 1, 2013). **Cezar Ferreira** - out of UFC on FX 8 bout against Chris Camozzi after suffering an undisclosed injury in training (announced Apr. 7, 2013). **Lance Benoist** - out of UFC on FX 8 bout against Paulo Thiago after suffering an undisclosed injury in training (announced Apr. 20, 2013). **Constantinos Philippou** - out of UFC on FX 8 bout against Ronaldo Souza after suffering a cut above his eye in training (announced May 3, 2013). | |
| UFC 160 | MGM - Las Vegas, NV | 5/25/2013 | Velasquez v Bigfoot | **Alistair Overeem** - out of UFC 160 co-main event against Junior dos Santos after suffering a quad tear in training (announced Mar. 6, 2013). **Ryan Bader** - out of UFC 160 bout against Glover Teixeira after suffering an undisclosed injury in training (announced Mar. 12, 2013). **Amir Sadollah** - out of UFC 160 bout against Stephen Thompson after suffering an undisclosed injury in training (Announced Apr. 3, 2013). **Gunnar Nelson** - out of UFC 160 bout against Mike Pyle after suffering a knee injury in training (announced Apr. 10, 2013). | |
| FUEL TV 10 | Paulo Sarasate Arena - Fortaleza, Brazil | 6/8/2013 | Big Nog v Werdum | **Santiago Ponzinibbio** - out of The Ultimate Fighter Brazil 2 final match against William Macario after breaking his hand in his semifinal bout (announced Mar. 7, 2013). **Ronny Markes** - out of UFC on FUEL TV 10 bout against Derek Brunson due to injuries sustained in a car accident (announced Jun. 7, 2103). | |
| UFC 161 | MTS Centre - Winnipeg, Canada | 6/15/2013 | Evans v Henderson | **T.J. Waldburger** - out of UFC 161 bout against Sean Pierson after suffering an undisclosed injury in training (announced May 3, 2103). **Renan Barao** - out of UFC 161 main event against Eddie Wineland after suffering a foot injury in training (announced May 18, 2013). **Isaac Vallie-Flagg** - out of UFC 161 bout against Sam Stout after suffering a back injury in training (announced May 29, 2013) **Antonio Rogerio Nogueira** - out of UFC 161 co-main event against Mauricio Rua after suffering a back injury in training (announced Jun. 2, 2013). | |
| UFC 162 | MGM - Las Vegas, NV | 7/6/2013 | Silva v Weidman | **John Makdessi** out of UFC 162 bout against Edson Barboza after suffering an undisclosed injury in training (announced May 30, 2013). **Shane Del Rosario** - out of UFC 162 bout against Dave Herman after suffering an undisclosed injury in training (announced May 31, 2013). | |
| FOX 8 | Key Arena - Seattle, WA | 7/27/2013 | DJ v Moraga | **Tarec Saffiedine** - out of UFC on FOX 8 bout against Robbie Lawler after suffering an undisclosed injury in training (announced Jun. 4, 2013). **Matt Mitrione** - out of UFC on FOX 8 bout against Brendan Schaub after suffering an undisclosed injury in training (announced Jul. 10, 2013). **Siyar Bahadurzada** - out of UFC on FOX 8 bout against Robbie Lawler after suffering an undisclosed injury in training (announced Jul. 11, 2013). **Spencer Fisher** - out of UFC on FOX 8 bout against Yves Edwards after suffering an undisclosed injury in training (announced Jul. 11, 2013). | |
| UFC 163 | HSBC Arena - Rio de Janeiro, Brazil | 8/3/2013 | Aldo v Jung | **Anthony Pettis** - out of UFC 163 main event against Jose Aldo after suffering a meniscus tear in training (announced Jun. 14, 2013) **Josh Koscheck** - out of UFC 163 bout against Demian Maia after suffering an undisclosed injury in training (announced Jul. 12, 2013). **Robert Drysdale** - out of UFC 163 bout against Ednaldo Oliveira after coming down with a staph infection (announced Jul. 17, 2013). **Phil Harris** - out of UFC 163 bout against John Lineker after suffering an undisclosed injury in training (announced Jul. 18, 2013). **Clint Hester** - out of UFC 163 bout against Cezar Ferreira after suffering broken ribs in training (announced Jul. 19, 2013). **Phil Harris** - out of UFC 163 bout against Jose Maria Tome after suffering a broken orbital bone in training (announced Jul. 19, 2013). **Chan Sung Jung** - out for one year due to a broken orbital bone and a dislocated shoulder suffered in his UFC 163 loss to Jose Aldo (announced Aug. 21, 2013). | |

| Event | Venue | Date | Card | Injuries | |
|---|---|---|---|---|---|
| **FS1 #1** | TD Garden - Boston, MA | 8/17/2013 | Shogun v Sonnen | **Nick Ring** - out of FS1 #1 bout against Uriah Hall after suffering an undisclosed injury in training (announced Jul. 1, 2013). **Thiago Alves** - out of FS1 #1 bout against Matt Brown after suffering an undisclosed injury in training (announced Jul. 3, 2013). **Andy Ogle** - out of FS #1 bout against Conor McGregor after suffering an undisclosed injury in training (announced Jul. 10, 2013). **Josh Samman** - out of FS1 #1 bout against Uriah Hall after suffering an undisclosed injury in training (announced Jul. 17, 2013). **Stephan Struve** - sidelined indefinitely due to a leaking aortic valve caused by a rare heart condition (announced Aug. 20, 2013). **Conor McGregor** - out for 10 months due to an ACL injury suffered in his FS1 #1 victory over Max Holloway (announced Aug. 22, 2013). | |
| **FS1 #2** | Bankers Life Fieldhouse - Indianapolis, IN | 8/28/2013 | Condit v Kampmann | **Derrick Lewis** - out of UFC FS1 #1 bout against Nandor Guelmino after suffering an undisclosed injury in training (announced Jul. 1, 2013). **Paulo Thiago** - out of FS1 #2 bout against Kelvin Gastelum after suffering an undisclosed injury in training (announced Jul. 23, 2013). **Sara McMann** - out of FS1 2 bout against Sarah Kaufman after suffering an undisclosed injury in training (announced Aug. 6, 2013). **Wanderlei Silva** - sidelined indefinitely with a back injury suffered in training (announced Aug. 30, 2013). | |
| **UFC 164** | BMO Harris Bradley Center - Milwaukee, WI | 8/31/2013 | B. Henderson v Pettis | **Quinn Mulhern** - out of UFC 164 bout against Ryan Couture after suffering an undisclosed injury in training (announced Jul. 17, 2013). **Derek Brunson** - out of UFC 164 bout against Yoel Romero after suffering an undisclosed injury in training (announced Aug.4, 2013). **Brian Houston** - out of UFC 164 bout against Yoel Romero after suffering an undisclosed injury in training (announced Aug. 14, 2013). | |
| *TUF 18 FS1* | | 9/4/2013 | *Premiere of TUF 18* | | |
| **FS1 #3** | Mineirinho Gymnasium - Belo Horizonte, Brazil | 9/4/2013 | Teixeira v Bader | **Godofredo Pepey** - out of FS1 #1 bout against Sam Sicillia after suffering an undisclosed injury in training (announced Jul. 18, 2013). **Sam Sicilia** - out of FS1 #3 bout against Felipe Arantes after suffering an undisclosed injury in training (announced Aug. 7, 2013). **Kenny Robertson** - out of FS1 #3 bout against Joao Zeferino after suffering an undisclosed injury in training (announced Aug. 7, 2013). **Johnny Bedford** - out of FS1 #3 bout against Hugo Viana after suffering an undisclosed injury in training (announced Aug. 14, 2013). **Hugo Viana** - out of FS1 #3 bout against Wilson Reis after suffering an undisclosed injury in training (announced Aug. 30, 2013). | |
| **UFC 165** | Air Canada Centre - Toronto, Canada | 9/21/2013 | Jones v Gustafsson | **Mark Bocek** - out of UFC 165 bout against Michael Prazeres after suffering an undisclosed injury in training (announced Aug. 23, 2013). | |
| **FS1 #4** | Jose Correa Arena - São Paulo, Brazil | 10/9/2013 | Maia v Shields | **Rodrigo Damm** - out of FS1 #4 bout against Hacran Dias due to suffering kidney problems while attempting to cut weight (announced Oct. 5, 2013). | |
| **UFC 166** | Toyota Center - Houston, TX | 10/19/2013 | Velasquez v JDS III | **Matt Grice** - out of UFC 166 bout against Jeremy Larsen after being involved in a serious car accident, which caused injuries that left him comatose for days and required brain surgery (announced Sept. 8, 2013). **Estevan Payan** - out of UFC 166 bout against Charles Oliveira after suffering an undisclosed injury in training (announced Sept. 11, 2013). **Luke Rockhold** - out of UFC 166 bout against Tim Boetsch after suffering a knee injury in training (announced Sept. 18, 2013). **Charles Oliveira** - out of UFC 166 bout against Jeremy Larsen after suffering a strained thigh muscle in training (announced Oct. 5, 2013). **Cain Velasquez** - forced to undergo shoulder surgery and a lengthy rehab period after suffering a shoulder injury in his UFC 166 main event against Junior dos Santos (announced Nov. 6, 2013). | |
| **FS2 #1** | Phones 4u Arena Manchester - Manchester, England | 10/26/2013 | Machida v Munoz | **Tom Watson** - out of FS2 #1 bout against Alessio Sakara after suffering an undisclosed injury in training (announced Sept. 15, 2013). **Paul Taylor** - out of FS2 #1 bout against Anthony Njokuani after suffering an undisclosed injury in training and subsequently retiring (announced Sept. 20, 2013). **Michael Bisping** - out of FS2 #1 main event against Mark Munoz after suffering an eye injury in training (announced Sept. 27, 2013). **Magnus Cedenblad** - out of FS2 #1 bout against Alessio Sakara after suffering an undisclosed injury in training (announced Oct. 11, 2013). | |
| **FS1 #5** | Fight for the Troops - Fort Campbell, KY | 11/6/2013 | Kennedy v Natal | **Lyoto Machida** moved from Main Event to FS2#1 Main Event. **Rafael Natal** Replaced Machida in Main Event against Kennedy | |
| **FS1 #6** | Goiânia Arena - Goiânia, Brazil | 11/9/2013 | Belfort v D. Henderson | | |
| **UFC 167** | MGM - Las Vegas, NV | 11/16/2013 | GSP v Hendricks | **Vaughan Lee** - out of UFC 167 bout against Sergio Pettis after suffering an undisclosed injury in training (announced Nov. 8, 2013). | |
| **TUF Finale 18 FS1** | Mandalay Bay - Las Vegas, NV | 11/30/2013 | | | |
| **FS1 #7** | Brisbane Entertainment Centre - Brisbane, AUS | 12/7/2013 | Hunt vs Bigfoot | **Aleksandra Albu** - out of FS1 #7 bout against Julie Kedzie after suffering an undisclosed injury in training (announced Nov. 5, 2013). | |
| **FOX 9** | | 12/14/2013 | | **TJ Grant** - out of UFC on FOX 9 bout against Anthony Pettis after suffering a concussion in training (announced Sept. 9, 2013). **Ian McCall** - out of UFC on FOX 9 bout against Scott Jorgensen at UFC on FOX 9 after suffering an undisclosed injury in training (announced Oct. 25, 2013). **Anthony Pettis** - out of UFC on FOX 9 main event against Josh Thomson after aggravating a lingering knee injury in training, thus requiring surgery (announced Nov. 10, 2013). **Jamie Varner** - out of UFC on FOX 9 bout against Pat Healy after suffering a torn rotator cuff in training (announced Nov. 12, 2013). **Kelvin Gastelum** - out of UFC on FOX 9 bout against Court McGee after suffering a knee injury in training (announced Nov. 12, 2013). **John Moraga** - out of UFC on FOX 9 bout against Darren Uyenoyama after suffering an undisclosed injury in training (announced Nov. 26, 2013). **John Dodson** - out of UFC on FOX 9 bout against Scott Jorgensen after suffering an undisclosed injury in training (announced Dec. 3, 2013). **Matt Brown** - out of UFC on FOX 9 co-main event bout against Carlos Condit after suffering a back injury in training (announced Dec. 7, 2013). | |
| **UFC 168** | MGM - Las Vegas, NV | 12/28/2013 | Weidman v Silva II/Rousey v Tate | **Cat Zingano** - out of UFC 168 co-main event against Ronda Rousey after suffering a knee injury in training (announced May 28, 2013). **Shane Del Rosario** - out of UFC 168 bout against Guto Inocente after suffering an undisclosed injury in training (announced Nov. 22, 2013). **Guto Inocente** - out of UFC 168 bout against Shane Del Rosario after suffering an undisclosed injury in training (announced Nov. 22, 2013). **Anderson Silva** - out for six months to nine months after suffering a broken tibia in his UFC 168 main event against Chris Weidman (announced Dec. 28, 2013). | |

| EVENT | LOCATION | DATE | MAIN EVENT | FIGHT CARD CHANGES | INJURY CATAGORIES |
|---|---|---|---|---|---|
| FIGHT NIGHT ASIA (AFS1) | Marina Bay Sands - Singapore | 1/4/2014 | Saffiedine v Lim | **Jake Ellenberger** - out of AFS1 bout against Tarec Saffiedine after suffering an undisclosed injury in training (announced Nov. 29, 2013). Jake Ellenberger was replaced by **Hyun Gyu Lim**. Lim's original opponent, **Kiichi Kunimoto** instead faced **Luiz Dutra**. **Bekbulat Magomedov** was replaced by **Max Holoway**. **Hacran Dias** - out of AFS1 bout against Tatsuya Kawajiri after aggravating lingering injuries in both of his hands during training (announced Dec. 4, 2013). Hacran Dias was replaced by **Sean Soriano**. | Jake Ellenberger - Hamstring injury |
| | | | | | Bekbulat Magomedov - undisclosed injury |
| | | | | | Hacran Dias - Aggravated lingering injuries in both of his hands |
| FS1 #8 | The Arena at Gwinnett Center - Atlanta, GA | 1/15/2014 | Rockhold v Philippou | **Thiago Silva** removed from Ovince Saint Preux bout for an undisclosed injury. **Adlan Amagov** removed from Jason High bout due to injury and was replaced by **Beneil Dariush**. **Jason High** was removed from Dariush bout with appendicitis and was replaced by **Charlie Brenneman**. | Thiago Silva - undisclosed injury |
| | | | | | Adlan Amagov - undisclosed injury |
| | | | | | Jason High - Appendicitis |
| FOX 10 | United Center - Chicago, IL | 1/25/2014 | Henderson v Thomson | Jared Rosholt was expected to face promotional newcomer Oleksiy Oliynyk at the event. However, **Oliynyk** was forced out of the bout with an injury and Rosholt was pulled from the card altogether. **Pascal Krauss and Adam Khaliev** were expected to fight at this event. However, both were forced off the card due to undisclosed circumstances. | Oleksiy Oliynyk - undisclosed injury |
| | | | | | Pascal Krauss - Dealing with some health issues |
| | | | | | Adam Khaliev - Not Cleared to fight |
| UFC 169 | Prudential Center - Newark, NJ | 2/1/2014 | Barao v Faber  Aldo v Lamas | The event was expected to be headlined by the long awaited return of the Bantamweight Champion **Dominick Cruz**. However, on January 6, UFC President Dana White announced that Cruz had torn his groin in training and pulled from the fight. Cruz has also vacated his title, making Barão the undisputed bantamweight champion. Stepping up to replace Cruz was Urijah Faber, in a rematch of their interim title bout at UFC 149. Chris Cariaso was expected to face **Kyoji Horiguchi** at the event. However, Horiguchi pulled out of the bout citing injury.[10] He was replaced by WEC veteran **Danny Martinez**. **Bobby Green** - out of UFC 169 bout against Abel Trujillo after suffering an undisclosed injury in training (announced Dec. 31, 2013). | Dominick Cruz - Torn Groin |
| | | | | | Kyoji Horiguchi - undisclosed injury |
| | | | | | Bobby Green - Blood in stool |
| FS1 #9 | Arena Jaragua - Jaragua do Sul, Brazil | 2/15/2014 | Machida v Mousasi | Returning veteran **Nate Loughran** was expected to face Erick Silva at the event. However, Loughran was forced out of the bout with an injury and was replaced by promotional newcomer **Takenori Sato**. Zubaira Tuhugov was expected to face **Thiago Tavares** at this event. However, Tavares was forced to pull out due to an undisclosed injury, and was replaced by UFC newcomer **Douglas Silva de Andrade**. **Thiago Silva** - out of FS1 #9 co-main event bout against Ovince St. Preux after apparently suffering an undisclosed injury in training (announced Nov. 21, 2013). | Nate Loughran - undisclosed injury |
| | | | | | Thiago Tavares - Rib injury |
| | | | | | Thiago Silva - undisclosed injury |
| UFC 170 | Mandalay Bay - Las Vegas, NV | 2/22/2014 | Rousey v McMann  Evans v Cormier | A bout between **Gilbert Melendez and Khabib Nurmagomedov** was briefly linked to this event. The fight was later cancelled. **Lucas Martins** was expected to face **Bryan Caraway** at this event. However, Caraway pulled out of the bout citing an injury and was replaced by UFC newcomer **Aljamain Sterling**.[7] Martins ended up also getting injured and was replaced by UFC newcomer **Cody Gibson**. **Francisco Rivera** was expected to face Raphael Assunção on this card. However, Rivera injured his hand and was forced out of the bout. He was replaced by UFC newcomer **Pedro Munhoz**. A bout between **Rafael dos Anjos and Rustam Khabilov** was expected to take place on this card. However, the fight was cancelled due to injury. A bout between **Rashad Evans** and Daniel Cormier was expected to take place on this card. However, the fight was removed from this card due to Evans suffering a knee injury during training. He was replaced by undefeated newcomer and Strikeforce veteran **Patrick Cummins**. | Bryan Caraway - undisclosed injury |
| | | | | | Lucas Martins - Right foot injury |
| | | | | | Francisco Rivera - Injured Hand |
| | | | | | Rustam Khabilov - undisclosed injury |
| | | | | | Rashad Evans - Knee Injury |
| FIGHT NIGHT ASIA (AFS2) | Cotai Arena - Venetian Macao, P.R. China | 3/1/2014 | Hathaway v Kim | The featherweight final between Guangyou Ning and **Jianping Yang** was removed from the card due to an injury to Jianping Yang. The bout was rebooked on the UFC Fight Night: Bisping vs. Le card in August 2014. **Zak Cummings** was expected to fight Alberto Mina but weighed in 8 pounds over. Mina would not agree to compete at a catch weight, so the bout was scratched from the event. With the removal of Cummings/Mina from the card, the event proceeded with only eight bouts, which is the smallest for the organization since UFC 72 in 2007. | Jianping Yang - undisclosed injury |
| | | | | | Alberto Mina - Couldn't make weight |
| FIGHT NIGHT EMEA (EMEA1) | The O2 Arena - London, England | 3/8/2014 | Gustafsson v Manuwa | **Antônio Rogério Nogueira** would be headlining the event. However, just 5 days after the fight was announced news came that Nogueira had to withdraw from the bout due to an injury. Later, reports came that said that Nogueira had never agreed to take the fight against Gustafsson at all. **Ross Pearson** was expected to face Melvin Guillard in a rematch at the event. However, Pearson pulled out of the bout citing a knee injury and was replaced by **Michael Johnson**. Brad Pickett was expected to make his Flyweight debut against **Ian McCall** on this card. However, on February 13, it was announced that McCall had pulled out of the bout and was replaced by promotional newcomer **Neil Seery**. A bout between Roland Delorme and Davey Grant was cancelled after the weigh ins the day before the event due to Grant suffering a torn meniscus. | Antonio Rogerio Nogueira - Back injury |
| | | | | | Ross Pearson - Knee Injury |
| | | | | | Ian McCall - undisclosed injury |
| | | | | | Davey Grant - Torn Meniscus |
| UFC 171 | American Airlines Center - Dallas, TX | 3/15/2014 | Hendricks v Lawler | **Julianna Peña** was expected to face Jéssica Andrade at this event. However, Pena pulled out of the bout citing an injury to the knee and was replaced by **Raquel Pennington**. Will Campuzano was expected to face **Darrell Montague** at this event. However, Montague was forced to pull out of the bout citing an injury and was replaced by **Justin Scoggins**. **Thiago Silva** was expected to face Ovince St. Preux at this event. However, Silva was removed from the bout due to police apprehension and release for multiple counts of aggravated assault. This led to his subsequent release from the promotion. He was replaced by **Nikita Krylov**. **Tor Troeng** was expected to face Bubba McDaniel at this event. However, Troeng was forced out of the bout due to an injury and was replaced by UFC newcomer **Sean Strickland**. | Julianna Pena - Damaged right ACL, MCL, LCL and meniscus |
| | | | | | Will Campuzano - undisclosed injury |
| | | | | | Thiago Silva - Police Apprehension |
| | | | | | Tor Troeng - Shoulder injury |
| FS1 #10 | Ginasio Nelio Dias - Natal, Brazil | 2/23/2014 | Shogun v Henderson II | **Gleison Tibau** was expected to face Mairbek Taisumov at the event. However, Tibau pulled out of the bout citing injury and was replaced by **Michel Prazeres**. Diego Brandao was expected to face **Will Chope** at the event and both men weighed in successfully on March 22 for the fight. However, after the weigh ins, the bout was cancelled when documents were released that showed Chope assaulted and threatened his ex-wife, which led to jail time and a dishonorable discharge from the U.S. Airforce. | Gleison Tibau - Knee injury |
| | | | | | Will Chope - Prior domestic assault revealed |

| Event | Venue | Date | Main Event | Notes | Injury |
|---|---|---|---|---|---|
| FIGHT NIGHT EMEA (EMEA2) | du Arena - Yas Island, Abu Dhabi UAE | 4/11/2014 | M.Nogueira v Nelson | A flyweight bout between **Alptekin Özkiliç and Dustin Ortiz** was expected to take place on this card. However on April 3, the fight was cancelled due to injury to Özkiliç.[4] | Alptekin Ozkilic - Rib injury |
| | | | | A middleweight bout between **Chris Camozzi and Andrew Craig** was expected to take place on this card, however the fight was cancelled on the day of the weigh-ins as Craig was ruled out with an illness. Despite the cancellation, the UFC announced that both fighters would receive their show money for the bout.[5] | Andrew Craig - Event day illness |
| FS1 #11 | Colisée Pepsi - Quebec City, Canada | 5/16/2014 | Bisping v Kennedy | **Steve Bossé** was expected to make his UFC debut against Ryan Jimmo at this event. However, Bossé was forced to pull out of the bout citing an injury. He was replaced by UFC newcomer Sean O'Connell. | Steve Bosse - Shoulder injury |
| | | | | **Shayna Baszler** was originally scheduled to make her UFC debut on this card against Sarah Kaufman. However, she had to pull out of the bout due to injury and was **briefly replaced by Amanda Nunes**. Five days later, Nunes also pulled out of the bout with a thumb injury. Kaufman instead fought Leslie Smith in a rematch from their bout at Invicta FC 5: Penne vs. Waterson which ended in a controversial split decision. | Shayna Baszler - Ankle injury |
| | | | | | Amanda Nunes - thumb injury |
| | | | | **Evan Dunham** was expected to face Mark Bocek at the event. However, Dunham pulled out of the bout in the week leading up to the event with an undisclosed injury.[14] Bocek instead faced UFC newcomer **Mike De La Torre** at the event. | Evan Dunham - undisclosed injury |
| FOX 11 | Amway Center - Orlando, FL | 4/16/2014 | Werdum v Browne | Estevan Payan was expected to face **Sean Soriano** at this event. However, Soriano was forced to pull out due to injury and was **replaced by Mike Brown**. In turn, Brown was forced out of the bout and was replaced by promotional newcomer **Alex White**. | Sean Soriano - undisclosed injury |
| | | | | | Mike Brown - Rib injury |
| | | | | **Amanda Nunes** was scheduled to face UFC newcomer **Alexis Dufresne** on this card, but the **bout was cancelled when Dufresne was injured**. | Alexis Dufresne - Rib injury |
| | | | | **Santiago Ponzinibbio** was expected to face Jordan Mein at this event. However, Ponzinibbio was removed from the bout and was **replaced by Hernani Perpetuo**. | Santiago Ponzinibbio - Knee injury |
| | | | | Caio Magalhães was expected to face **Josh Samman** at the event. However on April 8, Samman pulled out of the bout citing a hamstring injury and was **replaced by promotional newcomer Luke Zachrich**. | Josh Samman - Hamstring Injury |
| UFC 172 | Baltimore Arena - Baltimore, MD | 4/26/2014 | Jones v Teixeira | **Tarec Saffiedine** was originally scheduled to face Jake Ellenberger in a welterweight bout, but withdrew due to a back injury. **As a result, Ellenberger was removed from the card and will now face Robbie Lawler at UFC 173.** | Tarec Saffiedine - Back injury |
| | | | | Just one week before the event, **Bobby Green** suffered an injury and was forced out of the card. Yancy Medeiros, who was supposed to fight **Joe Ellenberger**, stepped in and faced Green's original opponent Jim Miller. Ellenberger was expected to face returning veteran **Vagner Rocha**. Subsequently, just days after accepting the bout, Rocha injured himself in the week leading up to the event. With no time to find a suitable replacement, **Ellenberger was pulled from the card as well.** | Bobby Green - undisclosed injury |
| | | | | | Vagner Rocha - Rib injury |
| FS1 #12 | US Bank Arena - Cincinnati, OH | 5/10/2014 | E.Silva v Brown | Alexander Yakovlev and Yan Cabral were originally scheduled to face each other in a welterweight bout. However, on April 9, Yakovlev was moved to the The Ultimate Fighter Brazil 3 Finale card as he replaced an injured Mike Pierce against Demian Maia.[3] Cabral instead faced Zak Cummings at the event.[4] | William Macario - undisclosed injury |
| | | | | William Macario was expected to face Neil Magny at the event. However, Macario was removed from the bout for undisclosed reasons and replaced by returning veteran Tim Means.[5] | |
| UFC 173 | MGM - Las Vegas, NV | 5/24/2014 | Barao v Dillashaw | A Middleweight Championship bout between the current champion Chris Weidman and number one contender **Vitor Belfort** was scheduled to headline this event. However, on February 27, the Nevada State Athletic Commission officially banned testosterone-replacement therapy (TRT) from combat sports. **Belfort, who was using such therapy, was forced to withdraw from the bout.** | Vitor Belfort - TRT ban |
| | | | | The main event was quickly changed as former UFC Light Heavyweight Champion Lyoto Machida agreed to step in to face **Chris Weidman** for the title in the main event. However, on March 24, the UFC announced that **Weidman had suffered a knee injury** and that a new headline bout would be found. The Weidman title defense against Machida was moved to UFC 175 in July. | Chris Weidman - Knee injury |
| | | | | After the announcement that Weidman/Machida bout had been moved, a Bantamweight Championship bout between Renan Barão and Raphael Assunção was targeted as the event headliner. However, **Assunção opted to decline the bout as a rib injury** sustained in his last bout at UFC 170 had not healed enough to resume the proper training in advance of the event. Barão instead fought T.J. Dillashaw in the main event. As a result, **Dillashaw's original opponent at the event, Takeya Mizugaki, faced Francisco Rivera**. | Raphael Assuncao - Rib injury |
| | | | | The originally scheduled co-main event was **Junior dos Santos against Stipe Miocic**. However, **that bout was moved to The Ultimate Fighter Brazil 3 Finale.** Subsequently, the bout between **Dan Henderson and Daniel Cormier**, briefly linked to UFC 175 was moved up to this event to bolster the card. | |
| | | | | Chris Holdsworth was expected to face **Kyung Ho Kang** at the event. However, Kang pulled out of the bout and was replaced by **Chico Camus**. | Kyung Ho Kang - undisclosed injury |
| | | | | **Doo Ho Choi** was expected to make his promotional debut at the event against Sam Sicilia. However, Choi was forced out of the bout with an injury, and **was replaced by UFC newcomer Aaron Phillips**. | |
| | | | | **Danny Mitchell** was expected to face promotional newcomer Li Jingliang. However, Mitchell pulled out of the bout with an injury. Replacing Mitchell was The Ultimate Fighter: Team Carwin vs. Team Nelson cast member **David Michaud**. | Danny Mitchell - undisclosed injury |
| FIGHT NIGHT EMEA (EMEA3) | O2 World Berlin - Berlin, Germany | 5/31/2014 | Munoz v Mousasi | **Thiago Tavares** was expected to face Tom Niinimäki at the event. However, Tavares pulled out of the bout citing an injured thigh and was **eplaced by promotional newcomer Niklas Bäckström.** | Thiago Tavares - knee injury |
| FS1 #13 | Ibirapuera Gymnasium - São Paulo, Brazil | 5/31/2014 | Mioci v Maldanado | The event was expected to be headlined by a light heavyweight bout between the coaches of The Ultimate Fighter: Brazil 3 **Chael Sonnen and Wanderlei Silva** The fight was originally scheduled for UFC 173 but later shifted to this card. However, the fight was transferred to July 5, 2014 at UFC 175. | Junior dos Santos - Broken hand |
| | | | | A heavyweight bout between **Junior dos Santos** and Stipe Miočić was also shifted from UFC 173 to headline this card. On May 5, 2014 Dos Santos pulled out of the fight, citing a hand injury and was replaced by **Fábio Maldonado**. | Mike Pierce - Broken hand |
| | | | | Demian Maia was expected to face **Mike Pierce**, however Pierce had to pull out of the fight due to a broken hand. Maia instead faced UFC newcomer **Alexander Yakovlev**. | |
| | | | | **Wilson Reis** was briefly linked to a bout with Pedro Munoz at the event. However, Reis was replaced by promotional newcomer **Matt Hobar**. | Wilson Reis - undisclosed injury |
| | | | | Brian Ortega was expected to make his promotional debut against **Diego Brandão**. However, Brandão pulled out of the bout in the days leading up to the event citing an injury. Due to the late nature of the change, officials did not try to find a replacement and **Ortega was pulled from the card as well.** | Diego Brandao - undisclosed injury |
| FS1 #14 | Tingley Coliseum - Albuquerque, NM | 6/7/2014 | B.Henderson v Khabilov | Jon Tuck was briefly scheduled to face **Yosdenis Cedeno**. However, Cedeno pulled out of the bout citing an injury and was replaced by promotional newcomer **Jake Lindsay**. | Yosdenis Cedeno - undisclosed injury |
| | | | | Patrick Cummins was expected to face **Francimar Barroso** at this event. However, Barroso was forced to pull out due to injury and was replaced by UFC promotional newcomer **Roger Narvaez**. | Francimar Barroso - undisclosed injury |

| Event | Venue | Date | Fight | Description | Withdrawal |
|---|---|---|---|---|---|
| **UFC 174** | Rogers Arena - Vancouver, Canada | 6/14/2014 | DJ v Bagautinov | The event was headlined by a UFC Flyweight Championship bout between the current champion Demetrious Johnson and challenger **Ali Bagautinov**. Subsequent to this event, on July 10, the British Columbia Athletic Commission (BCAC) announced that Bagautinov tested positive for erythropoietin(EPO) prior to the title fight. In response, the BCAC has suspended him for mixed martial arts competition for one year.<br>**Germaine de Randamie** was scheduled to face **Milana Dudieva** at the event. However, de Randamie was removed from the card due to an alleged visa issue restricting her travel to Canada. Promotional newcomer **Valérie Létourneau** was then scheduled to face Dudieva. In turn, Dudieva pulled out of the bout as well and was replaced by **Elizabeth Phillips**. | Germaine de Randamie - Visa issue |
| | | | | | Valerie Letourneau - undisclosed injury |
| **FIGHT NIGHT AUS (AUS1)** | Vector Arena - Auckland, New Zealand | 6/28/2014 | Te Huna v Marquardt | **Anthony Perosh** was expected to face Gian Villante at the event. However, Perosh was forced out of the bout with an injury and was replaced by **Sean O'Connell**.<br>**Claudio Silva** was expected to face Neil Magny at the event but was forced out of the bout with an injury and was replaced by promotional newcomer and former Jungle Fight Welterweight Champion **Rodrigo de Lima**.<br>Richie Vaculik was expected to face **Jon Delos Reyes** at the event. However, Reyes was forced from the bout with an injury and replaced by promotional newcomer **Roldan Sangcha-an**. | Anthony Perosh - undisclosed injury |
| | | | | | Claudio Silva - undisclosed injury |
| | | | | | Jon Delos Reyes - undisclosed injury |
| **FS1 #15** | AT&T Center - San Antonio, TX | 6/28/2014 | Swanson v Stephens | **Rani Yahya** was expected to face Johnny Bedford in a rematch from their bout at UFC Fight Night 39. However, Yahya was forced out of the bout and replaced by **Cody Gibson**.<br>A welterweight bout between **Sean Spencer and Luiz Dutra** was official for this card but had to be cancelled due to an injury.<br>**Myles Jury** was scheduled to face Abel Trujillo at the event. However, Jury pulled out of the bout with an injury and was replaced briefly by **Frank Trevino**. Subsequently, Trevino's originally scheduled opponent on the card **Joe Ellenberger**, was briefly linked to bouts with newcomers **Johnny Case and Bryan Barberena**. However, Case and Barberena were removed just days after being announced as well and were eventually replaced by another newcomer **James Moontasri**. Then on June 9, **Trevino pulled out of the bout and Trujillo** was removed from the card entirely.<br>Ray Borg was scheduled to face **Ryan Benoit** at the event. However, on June 18 it was announced that Benoit had to pull out of the fight due to injury and was replaced by newcomer **Shane Howell**. | Rani Yahya - undisclosed injury |
| | | | | | Luiz Dutra - undisclosed injury |
| | | | | | Myles Jury - undisclosed injury |
| | | | | | Frank Trevino - undisclosed injury |
| | | | | | Ryan Benoit - Torn bicep |
| **UFC 175** | Mandalay Bay - Las Vegas, NV | 7/5/2014 | Weidman v Machida / Rousey v Davis | A light heavyweight bout between the coaches of The Ultimate Fighter: Brazil 3 **Chael Sonnen and Wanderlei Silva** was originally scheduled for UFC 173. However, the fight was moved twice - first being on May 31, 2014 at The Ultimate Fighter: Brazil 3 Finale, and now was expected to be contested on this card. Silva was ultimately pulled from the fight entirely after he failed to submit an application to fight in the state of Nevada, as well as his refusal to undergo a random drug test and was **replaced by Vitor Belfort**. The bout between Sonnen and Belfort was to be contested at middleweight. However, **Sonnen subsequently failed his random drug test** and was removed from the card and ultimately retired from the sport. The following day it was announced by MMA writer Kevin Iole that **Belfort had also been removed from the card** due to the inability of the UFC finding him a new opponent.<br>**Santiago Ponzinibbio** was expected to face Ildemar Alcântara but was forced out of the bout with a knee injury. He was replaced by **Kenny Robertson**.<br>During the event, **Stefan Struve** suffered a "near-fainting episode" and his bout with Matt Mitrione on the pay-per-view was canceled. The first fight of the main card was already happening when the news was revealed on Twitter and it was officially confirmed on the broadcast after the Brimage-Doane fight ended. | Wanderlei Silva - Failed to submit an application to fight in Nevada / Refused to undergo a random drug test |
| | | | | | Chael Sonnen - Failed random drug test |
| | | | | | Santiago Ponzinibbio - Knee injury |
| | | | | | Stefan Struve - Near-fainting episode on event night |
| **TUF 19 FINALE** | Mandalay Bay - Las Vegas, NV | 7/6/2014 | Edgar v Penn | | |
| **FS1 #16** | Revel Casino - Atlantic City, NJ | 7/16/2014 | Cerrone v J. Miller | Rick Story was expected to face **John Howard** at the event. Howard was forced out of the bout with an injury and replaced by **Leonardo Mafra**.<br>**Jim Alers** was expected to face Lucas Martins at the event. Alers pulled out of the bout, citing injury, and was replaced by **Alex White**.<br>**Leo Kuntz** was expected to make his UFC debut against Yosdenis Cedeno at the event. Kuntz was forced from the bout with an injury and replaced by promotional newcomer **Jerrod Sanders**. | John Howard - undisclosed injury |
| | | | | | Jim Alers - undisclosed injury |
| | | | | | Leo Kuntz - undisclosed injury |
| **FIGHT NIGHT EMEA (EMEA4)** | The O2 Arena - Dublin, Ireland | 7/19/2014 | McGregor v C. Miller | The event was expected to be headlined by a featherweight bout between Conor McGregor and **Cole Miller** However, Miller was forced to pull out due to an injury, and was replaced by **Diego Brandao**.<br>**Ryan LaFlare** was scheduled to face Gunnar Nelson at the event. However, LaFlare was removed from the card (Injured Knee) and replaced by **Zak Cummings**.<br>**Tom Lawlor** was expected to face Ilir Latifi at the event, but Lawlor pulled out of the bout with an injury and was replaced by promotional newcomer **Chris Dempsey**. | Cole Miller - Torn ligaments in thumb |
| | | | | | Ryan LaFlare - Knee Injury |
| | | | | | Tom Lawlor - undisclosed injury |
| **FOX 12** | SAP Center - San Jose, CA | 7/26/2014 | Lawler v Brown | **Viscardi Andrade** was briefly scheduled to face Andreas Ståhl at the event. However, Andrade was replaced on the card by promotional newcomer **Gilbert Burns**.<br>**Michael Johnson** was expected to face Josh Thomson at the event. However, on July 11, Johnson pulled out of the bout and was replaced by **Bobby Green**. | Viscardi Andrade - Broken foot |
| | | | | | Michael Johnson - undisclosed injury |
| **UFC 176** | Staples Center, Los Angeles CA | | Aldo vs. Mendes II | Entire event cancelled due to injury to **Jose Aldo**. | Jose Aldo - Neck injury |
| **FS1 #17** | Cross Insurance Center - Bangor, ME | 8/16/2014 | Bader v St. Preux | **Abel Trujillo** was expected to face Ross Pearson.<br>On August 4, Trujillo pulled out of the Pearson bout and was replaced by **Gray Maynard**. In turn, Maynard's originally scheduled opponent **Fabrício Camões** was removed from the card entirely and will be rebooked for a separate event with a new opponent. | Abel Trujillo - Nose injury |
| **FIGHT NIGHT ASIA (AFS3)** | Cotai Arena - Venetian Macao - P.R. China | 8/23/2014 | Bisping v Le | Dong Hyun Kim was expected to face **Hector Lombard** at the event. However, Lombard pulled out of the bout and was replaced by **Tyron Woodley**.<br>Alberto Mina was expected to face **Sheldon Westcott** at the event. However in the days leading up to the event, Westcott pulled out of the bout citing an injury and was replaced by **Shinsho Anzai**.<br>Zhenhong VS Rocky Lee was removed from the fight card. | Hector Lombard - Herniated Disc |
| | | | | | Sheldon Westcott - undisclosed injury |
| FS1 #18 | BOK Center - Tulsa, OK | 8/23/2014 | B. Henderson v dos Anjos | Jordan Mein was expected to face **Thiago Alves** at the event. However, Alves pulled out of the bout with an injury and was replaced by **Brandon Thatch**. Subsequently, Thatch also pulled out of the bout with Mein citing a toe injury. In turn, Mein faced **Mike Pyle** at the event, as Pyle's scheduled opponent **Demian Maia**, also pulled out of their bout with an staph infection.<br>**Ernest Chavez** was expected to face **Mirsad Bektic** at the event. However, Chavez was forced out of the bout with an injury and was replaced by **Max Holloway**. In | Thiago Alves - Knee injury |
| | | | | | Brandon Thatch - Toe injury |
| | | | | | Demian Maia - Staph infection |

| Event | Venue | Date | Fight | Notes | Injuries |
|---|---|---|---|---|---|
| FS1 #18 | BOK Center - Tulsa, OK | 8/23/2014 | B. Henderson v dos Anjos | was forced out of the bout with an injury and was replaced by **Max Holloway**. In turn, Bektic pulled out of the bout in the week leading up to the event and was replaced by promotional newcomer **Clay Collard**.<br>**Tim Elliott** was expected to face Wilson Reis at the event. However, Elliott pulled out of the bout in the days leading up to the event. Reis faced promotional newcomer **Joby Sanchez**. | Ernest Chavez - undisclosed injury |
| | | | | | Mirsad Bektic - undisclosed injury |
| | | | | | Tim Elliott - undisclosed injury |
| UFC 177 | Sleep Train Arena - Sacramento, CA | 8/30/2014 | Dillashaw v Soto | The event was **originally planned to take place at the MGM Grand Garden Arena** in Las Vegas, Nevada, with a Light Heavyweight Championship rematch between the current champion **Jon Jones and challenger Alexander Gustafsson** targeted as the event headliner. However, that bout was pushed back a month and scheduled to headline UFC 178.<br>A Bantamweight Championship rematch between current champion **T.J. Dillashaw and former champion Renan Barão** is now expected to be headlining. Their first fight, contested at UFC 173, ended in a fifth round TKO victory for Dillashaw.<br>**Demetrious Johnson** was expected to defend his Flyweight Title against **Chris Cariaso** in the co-main event. However, on August 12, it was announced that bout would be moved to headline UFC 178 after **Jon Jones against Daniel Cormier was delayed due to injury.**<br>As a result of the cancellation of UFC 176, bouts between Danny Castillo vs. Tony Ferguson, Lorenz Larkin vs. Derek Brunson and Bethe Correia vs. Shayna Baszler were rescheduled for this event.<br>A heavyweight matchup between **Ruslan Magomedov and Richard Odoms** was official for this event. However, Odoms was forced to withdraw and the match was cancelled.<br>**Justin Edwards** was expected to face Yancy Medeiros at the event. However, Edwards pulled out of the bout in the days leading up to the event citing an injury and was replaced by newcomer **Damon Jackson**.<br>**Henry Cejudo** pulled from fight card on weigh-in day due to medical reasons. Bout against Scott Jrgensen was canceled<br>**Renan Barao** pulled from fight card on weigh-in day due to medical reasons. **Joe Soto** stepped up from prelims to Main Event. Soto's original opponent; **Anthony Birchak** was pulled from the card. | Alexander Gustafsson - Torn right meniscus and lateral collateral ligament |
| | | | | | Jon Jones - Torn left meniscus and sprained ankle |
| | | | | | Richard Odoms - undisclosed injury |
| | | | | | Justin Edwards - Hand injury |
| | | | | | Henry Cejudo - Pulled on weigh-in day due to medical reasons |
| | | | | | Renan Barao |
| | | | | | Renan Barao - Pulled on event day due to medical reasons |
| FS1 #19 | Foxwoods Resort Casino - Ledyard, CT | 9/5/2014 | Souza v Mousasi | Initially, bantamweight bouts between Dustin Kimura vs. **Ian Entwistle** and Chris Beal vs. **Rob Font** were slated for the event. However, Entwistle and Font each pulled out of the bouts citing injuries. Subsequently **Dustin Kimura** will now face Chris Beal. Kimura was injured and replaced by **Tateki Matsuda.**<br>**Andre Fili** was expected to face Sean Soriano at the event. However, Fili was forced from the bout with an injury and replaced by **Chas Skelly.** **Charles Oliveira** removed from fight against Nik Lentz on day of event due to illness. | Ian Entwistle - undisclosed injury |
| | | | | | Rob Font - undisclosed injury |
| | | | | | Dustin Kimura - undisclosed injury |
| | | | | | Andre Fili - undisclosed injury |
| | | | | | Charles Oliveira - removed on event day due to illness. |
| FIGHT NIGHT BRAZIL (BFS1) | Nilson Nelson Gymnasium - Brasília, Brazil | 9/13/2014 | Bigfoot v Arlovski | Paulo Thiago was expected to face **Mike Rhodes** at the event. However, Rhodes was forced out of the bout due to injury, and was briefly replaced by returning veteran Joe Riggs. On July 29, it was announced that Riggs had to pull out of the bout due to a gun accident with non-life threatening injuries in his house. On the same day **Sean Spencer** replaced Riggs as Thiago's new opponent.<br>Santiago Ponzinibbio was expected to face **Sérgio Moraes** at the event. However, Moraes pulled out of the bout citing a lingering knee injury. He was replaced by **Wendell Oliveira**.<br>**Valérie Létourneau** was expected to face Jessica Andrade at the event. However, Létourneau pulled out of the bout citing an injury and was replaced by **Larissa Pacheco**.<br>**Lukasz Sajewski** is out and being replaced by Efrain Escudero against Leonardo Santos.<br>Escudero's previous opponent; Francisco Trinaldo will now face **Leandro Silva**. | Mike Rhodes - undisclosed injury |
| | | | | | Joe Riggs - Gun accident |
| | | | | | Sergio Moraes - Lingering knee injury |
| | | | | | Valerie Letourneau - undisclosed injury |
| | | | | | Lukasz Sajewski - undisclosed injury |
| FIGHT NIGHT ASIA (AFS4) | Saitama Arena - Tokyo, Japan | 9/20/2014 | Hunt v Nelson | **Tatsuya Kawajiri** was briefly linked to a matchup at the event with Darren Elkins, but the bout never materialized as Kawajiri was sidelined indefinitely with a detached retina.<br>**Chris Cariaso** was originally scheduled to face Kyoji Horiguchi at the event. However, Cariaso was pulled from the bout with Horoguchi in favor of a matchup with current flyweight champion Demetrious Johnson at UFC 177. Horiguchi is now expected to face **Jon Delos Reyes.**<br>**Kyle Noke** was expected to face Yoshihiro Akiyama at the event, but eventually was forced out of the bout with a knee injury. Akiyama is now expected to face **Amir Sadollah**.<br>**Urijah Faber** was briefly linked to a bout with Masanori Kanehara at the event. However, before the bout was officially announced, Faber was removed due to injury and Kanehara will now face **Alex Caceres.** | Tatsuya Kawajiri - Detached retina |
| | | | | | Kyle Noke - Knee Injury |
| | | | | | Urijah Faber - Rib injury |
| UFC 178 | MGM - Las Vegas, NV | 9/27/2014 | Johnson v Cariaso | The event was supposed to be headlined by a UFC Light Heavyweight Championship rematch between champion Jon Jones and **Alexander Gustafsson.** Gustafsson pulled out of the bout due to a torn right meniscus and lateral collateral ligament. He was replaced by **Daniel Cormier** on July 23. However, on August 12, Jones was forced to pull out of the bout against Cormier citing a leg injury. The fight **will now take place at UFC 182.** As a result, a Flyweight Title fight between **Demetrious Johnson and Chris Cariaso** was moved from UFC 177 to anchor this card.<br>A lightweight bout between Donald Cerrone and **Khabib Nurmagomedov** was briefly linked to this event. The pairing was cancelled after Nurmagomedov suffered a knee injury that will sideline him indefinitely.<br>Gustafsson vs Jones canceled due to Gustafsson injury.<br>Jones vs Cormier off due to Jones injury.<br>**Bobby Green** has been replaced by **Eddie Alvarez** against Donald Cerrone | Alexander Gustafsson - Torn right meniscus and lateral collateral ligament |
| | | | | | Jon Jones - Torn left meniscus and sprained ankle |
| | | | | | Khabib Nurmagomedov - Torn Meniscus |
| FIGHT NIGHT EMEA (EMEA5) | Ericsson Globe - Stockholm, Sweden | 10/4/2014 | Nelson vs Story | Akira Corassani was expected to face **Chan Sung Jung** at the event. However, Jung pulled out of the bout citing a strained shoulder and was replaced by **Max Holloway** | Chan Sung Jung - Strained shoulder |
| FS1 #20 | Halifax Metro Centre - Halifax, Canada | 10/4/2014 | MacDonald v Saffiedine | **Ruslan Magomedov** is off the card.<br>**Patrick Holohan VS Louis Gaudinot** has been added to the Main Card.<br>**Kailin Curran vs Paige VanZant** is off the card.<br>With an injury to **Aljamain Sterling**, Rob Font steps up and takes on Mitch Gagnon | Aljamain Sterling - undisclosed injury |
| UFC 179 | Ginasio do Maracanazinho - Rio de Janeiro, Brazil | 10/25/2014 | Aldo v Mendes II | **Josh Shockley** Injured, replaced by Tony Martin | Josh Shockley - undisclosed injury |
| FIGHT NIGHT AUS (AUS2) | Allphones Arena - Sydney, AUS | 11/8/2014 | | | |
| FS1 #20 | Sabiazinho Gymnasium - Uberlândia, Brazil | 11/8/2014 | | | |
| UFC 180 | Mexico City Arena - Mexico City, Mexico | 11/15/2014 | Velasquez v Werdum | | |
| FS1 #22 | USA, city TBD | 11/22/2014 | | | |

| Event | Venue | Date | Fight | | |
|---|---|---|---|---|---|
| **UFC 181** | Mandalay Bay - Las Vegas, NV | 12/6/2014 | Weidman v Belfort | | |
| **TUF 20 FINALE** | USA, city TBD | 12/12/2014 | | | |
| **FOX 13** | US Airways Center - Phoenix, AZ | 12/13/2014 | | | |
| **FS1 #23** | Brazil, city TBD | 12/20/2014 | | | |