# EXHIBIT 107

## INTENTIONALLY LEFT BLANK