# EXHIBIT 108

## INTENTIONALLY LEFT BLANK