# EXHIBIT 109

## INTENTIONALLY LEFT BLANK