# EXHIBIT 110

## INTENTIONALLY LEFT BLANK