# EXHIBIT 111

## INTENTIONALLY LEFT BLANK