# EXHIBIT 112

## INTENTIONALLY LEFT BLANK