# EXHIBIT 113

# Declaration of Ike Lawrence Epstein In Support of Zuffa's Motion for Summary Judgment

WILLIAM A. ISAACSON (*Pro Hac Vice*)
(wisaacson@paulweiss.com)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 223-7300; Fax: (202) 223-7420

DONALD J. CAMPBELL (State Bar No. 1216)
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS (State Bar No. 5549)
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(BNW)<br><br>**DECLARATION OF IKE LAWRENCE EPSTEIN IN SUPPORT OF ZUFFA'S MOTION FOR SUMMARY JUDGMENT** |

I, Ike Lawrence Epstein, declare as follows:

1.      I am over 21 years old and have personal knowledge of the information in this declaration. I have been employed by Zuffa, LLC ("Zuffa") since 2007, and I am currently the Chief Operating Officer and Senior Executive Vice President of the Ultimate Fighting Championship ("UFC"). In this role, I am responsible for all global business operations and for managing UFC's overall performance and growth.  Prior to becoming UFC's Chief Operating Officer and Senior Executive Vice President in 2007, I was the President of the law firm Beckley Singleton, and was outside counsel to Zuffa.  I have personal knowledge of the facts stated in this declaration, and if called to testify, I would and could competently testify to those facts.

2.      During my tenure as both UFC's Chief Operating Officer and Senior Executive Vice President, I have been involved and have developed personal knowledge regarding the rapid growth and development of Mixed Martial Arts ("MMA") as a sport and entertainment industry.

3.      Prior to Zuffa buying UFC in 2001, 36 states banned MMA events, many broadcasters and pay-per-view outlets refused to air MMA events, and UFC's PPV subscribers to MMA events were low. To rehabilitate and grow MMA's brand, Zuffa invested millions of dollars before realizing any profit from operating UFC. Since Zuffa's purchase in 2001, UFC has grown from promoting 7 events in 2002, to 18 events in 2006, to 32 events in 2010, to 41 events in 2016, to 42 events in 2022. The increasing number of MMA events requires correspondingly greater purchases of athlete services to compete in those events.

4.      The MMA industry is premised around the construction and maintenance of fighters' brands in order to attract fans to fighters to whose stories they can connect. Accordingly, MMA promoters invest considerable resources to build a cult following around their athletes, including by teasing rivalries between particular fighters, crafting captivating

narratives for up-and-coming fighters, and hyping matches against defending champions. To facilitate this crucial aspect of Zuffa business, athlete compensation has increased since Zuffa acquired the UFC, including through the alleged Class Period.

5. Before and since 2017, I have observed that MMA entities have continued to grow and thrive in the MMA marketplace and compete vigorously with UFC for investors, broadcasting deals, venues, sponsorships, and fighters. To compete, other MMA entities routinely use exclusivity provisions and "Champion's Clauses" in their promotional agreements with athletes, and have successfully recruited former UFC fighters that were highly-ranked at the time they signed with their new competitors. Without exclusivity agreements and contractual clauses like the Champion's Clause, both UFC and its competitors would generally not invest as many resources in compensating or promoting fighters if fighters could immediately leave for a competitor as soon as they attain some success—and as a result, many fighters' pay would be lower, absent these contractual mechanisms. To deliver on their contractual promises to broadcasters, MMA promoters must maintain a sufficiently deep roster of athletes to staff each live event.

6. Bellator MMA ("Bellator") expanded its output of MMA events from 10 events in 2009 to averaging over 20 events during the alleged Class Period. Since 2017, Bellator—an existing competitor to UFC prior to 2017—has continued to grow and expand its operations. Bellator began to host its Grand Prix tournament series in 2018, its events are broadcast on Showtime and the BBC, and it now has a dedicated channel on Pluto TV. In June 2018, Bellator announced a five-year, nine-figure streaming deal with DAZN, covering the U.S. and other geographies served by the streaming service. Since Bellator 206, this includes all events aired by Paramount Network as well as seven exclusive cards per year. According to public statements by Viacom, this deal was to "double Bellator's revenue and make the organization profitable." In September, 2020, it was announced that Bellator cards would move to CBS Sports Network, with preliminary bouts to stream on YouTube and CBSSports.com. On February 9, 2021, it was announced that Bellator events would begin

airing exclusively on Showtime in April 2021.  Bellator has also received widespread media and commercial recognition for the quality of its fights.

7. According to news reports, Bellator is engaged in discussions with the Professional Fights League ("PFL") about merging.

8. PFL is a competing MMA entity that entered the market after 2017.  The PFL was founded in 2018 as a successor to MMA promotion World Series of Fighting ("WSOF").  Prior to PFL's purchase, WSOF increased its output from one event in 2012 to eight events in 2016.  PFL purchased WSOF's fighting operations and event infrastructure and currently advertises itself as "the #1 fastest growing sports league and the #2 MMA company worldwide."  PFL was bought by Ted Leonsis who put together a group of investors and influencers such as Tony Robbins and Kevin Hart to invest money and to promote the league.  More recently, PFL received hundreds of millions of dollars in investments from major investors, such as the Public Investment Fund of the Kingdom of Saudi Arabia, SRJ, Ares, Knighthead, Luxor Capital, Waverley Capital, Elysian Park Ventures, and numerous NBA, MLB, NHL, and MLS team owners.  Accordingly, the PFL is reported as having approximately $500 million in funding.

9. The PFL puts on an MMA tournament with six weight class champions, each earning a $1 million prize, with $10 million in total compensation.  PFL debuted its inaugural season in June 2018 at Hulu Theater at Madison Square Garden in New York City.  In January, 2018, PFL announced that it had reached a multi-platform distribution deal for the inaugural 2018 season with NBC Sports Group and Facebook.  Within the United States, NBC Sports Group established a live Thursday night PFL franchise, presenting seven regular-season live events in prime time exclusively on NBCSN beginning June 7, 2018, through the end of August 2018.  Events televised by NBCSN also streamed on NBCSports.com and the NBC Sports app. All regular season events had encore telecasts on NBCSN later the same night.  Beginning in February 2019, the PFL's events began being broadcast by ESPN in the United States and TSN in Canada.  PFL events and playoff matches air on ESPN+ and

ESPN2, with the Championship Event on New Year's Eve airing exclusively on ESPN2 and ESPN Deportes. In May 2022, Alex Rodriguez became a partial owner of PFL after contributing to a $30 million funding round.

10. PFL has grown substantially since its founding and competes with UFC for investors, broadcasting deals, sponsorships, and fighters necessary for operating a successful MMA business. Sophisticated investors recognize PFL's growth and success. In addition to the investments detailed above, PFL currently holds sponsorships from major brands, such as GEICO, Draft Kings, Bose, Bud Light, Celsius and others. PFL also has a broadcasting deal with ESPN and other streaming platforms, and PFL's viewership has increased substantially since its founding.

11. ONE Championship ("ONE") —an existing competitor to UFC prior to 2017—has continued to grow and expand its operations. By June 2021, ONE Championship was ranked by Nielson in the top five in viewership and engagement among all global sports properties, reportedly ahead of the UFC in terms of digital viewership, digital fan engagement and cumulative global reach in broadcast television. By June 2022, ONE reported that had grown its average number of viewers per event from 40,000 viewers in 2016 to 50 million viewers in 2022. In May 2023, ONE hosted its first event in the U.S. that aired on Amazon Prime Video and announced plans to host many additional events in the U.S. in 2024. Overall, eight ONE events have aired on Amazon Prime Video in 2023. In September 2023, ONE signed an expansive broadcasting partnership deal with DirectTV that would allow ONE bouts to be broadcast across the United States in bars and restaurants via DirectTV for Business. On September 29, 2023, ONE Fight Night 14 debuted as ONE's first DirectTV event.

12. In December 2021, ONE's parent company Group ONE Holdings raised $150 million in funding from major investors such as Sequoia Capital, Guggenheim Investments and the Qatar Investment Authority. By June 2022, ONE reported that it was valued at approximately $1.4 billion and was preparing to offer an initial public offering in the near

future.

13. In April 2021, it was <u>announced</u> that Anthem Sports & Entertainment had acquired combat sport promotion company Invicta. Starting in May, 2021, Invicta events were broadcast live on the Anthem-owned networks AXS TV and Fight Network in the United States and Canada, respectively, as well as on IFC's YouTube channel.

14. I am aware of Combate America performing multiple rounds of capital raises, and believe that they are in a good financial situation and should be recognized as real players in the U.S. market.

15. Other competitors have also entered the MMA marketplace or grown, including but not limited to Legacy Fighting Alliance, Bare Knuckle Fighting Championships, Titan Fighting Championships, Xtreme Fighting Championships, and Golden Boy Promotions. UFC competes with these entities for investors, broadcasting deals, sponsorships, and fighters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge. Executed this 24 day of October, 2023 in Las Vegas, NV.

Ike Lawrence Epstein