WILLIAM A. ISAACSON (*pro hac vice*)
wisaacson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7300
Fax: (202) 223-7420

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
710 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**DECLARATION OF WILLIAM A. ISAACSON IN SUPPORT OF ZUFFA, LLC'S MOTION TO REOPEN DISCOVERY AND AMEND SCHEDULING ORDER** |

I, William A Isaacson, declare as follows:

1. I am a member in good standing of the bar of the District of Columbia. I am admitted *pro hac vice* to practice before this Court. I am a Partner in the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Zuffa, LLC ("Zuffa"), in the above-captioned action in the U.S. District Court for the District of Nevada, *Le et al.* v. *Zuffa, LLC*, No. 2:15-cv-01045-RFB-(BNW).

2. I make this declaration in support of Zuffa's Motion to Reopen Discovery and Amend Scheduling Order ("Motion").

3. Based on my review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

4. The attached document is, as indicated below, a true and correct copy of the document cited in the Motion.

5. Exhibit 1 to this Declaration is a true and correct copy of the declaration of Robert H. Topel, dated October 24, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 24th day of October, 2023, in Washington, D.C.

        /s/ William A. Isaacson
        William A. Isaacson