| | |
|---|---|
| Eric L. Cramer (*pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone:  (215) 875-3000<br>Facsimile:  (215) 875-4604<br>ecramer@bm.net | WILLIAM A. ISAACSON (*pro hac vice*)<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>2001 K Street, N.W.<br>Washington, DC 20006<br>Tel: (202) 223-7300; Fax: (202) 223-7420<br>wisaacson@paulweiss.com |
| *Co-Lead Counsel for the Class and Attorney for All Individual and Representative Plaintiffs* | *Attorney for Defendant Zuffa, LLC* |
| [Additional Counsel Listed on Signature Page] | [Additional Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(BNW)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE UNSEALED RECORD**<br><br>**(First Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules IA 6-1 and 26-3 of this Court, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa," and collectively with Plaintiffs, the "Parties"), hereby jointly submit this motion for an extension of time to file the supplemental unsealed record.

On August 21, 2023, the Court ordered the Parties to jointly file the unsealed record, except for personal identifying information and medical information, no later than October 31, 2023. *See* Aug. 21, 2023 Hr'g Tr. at 34-37, ECF No. 846; ECF No. 847. The Parties respectfully move the Court to extend the deadline to December 15, 2023. This is the Parties' first motion for an extension of time to file the unsealed record.

The Parties continue to meet and confer regarding the joint unsealing and, pursuant to LRs IA 6-1 and 26-3, have good cause for their request for an extension. As the Court acknowledged in the August 21, 2023, hearing, the process of reviewing the entire voluminous record is a "difficult process because of the amount of discovery" that occurred in this case. Aug. 21, 2023 Hr'g Tr. 35:1-2. Good cause exists due to the large size and age of the record in this case, and also—as the Court stated—the importance of submitting a thorough and complete record that appropriately balances "the public interest as it relates these records," on the one hand, with the importance of safeguarding individuals' "personal-identifying information" and "medical information," on the other hand. *Id*. 34:11-25. These factors, as well as the Parties' attention to other pressing aspects of this case—including Zuffa's October 24, 2023 motions for summary judgment, ECF Nos. 878-880, and motion to reopen discovery, ECF No. 884, and Zuffa's October 26, 2023 motion to treat fact evidence produced in *Johnson* litigation as if it was also produced in

1

1  *Le*, ECF No. 885—weigh heavily in favor of granting the Parties' joint motion for an extension of
2  time to file the unsealed record.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

DATED: October 30, 2023

Respectfully Submitted,

By: */s/ Eric Cramer*
Eric L. Cramer

BERGER MONTAGUE PC
Eric L. Cramer (admitted *pro hac vice*)
Michael C. Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net
njacobs@bm.net

BERGER MONTAGUE PC
Joshua P. Davis (admitted *pro hac vice*)
505 Montgomery Street, Suite 625
San Francisco, CA 94111
jdavis@bm.net

JOSEPH SAVERI LAW FIRM, LLP
Joseph R. Saveri (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com

COHEN MILSTEIN SELLERS & TOLL, PLLC
Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Class and Attorneys for All Individual and Representative Plaintiffs*

|   |   |
|---|---|
| 1 | KEMP JONES, LLP |
| 2 | Don Springmeyer (Nevada Bar No. 1021)<br>3800 Howard Hughes Parkway, 17th Floor |
|   | Las Vegas, Nevada 89169 |
| 3 | (702) 385-6000/Fax: (702) 385-6001<br>d.springmeyer@kempjones.com |
| 4 |   |
|   | *Liaison Counsel for the Class and Attorneys for* |
| 5 | *All Individual and Representative Plaintiffs* |
| 6 | WARNER ANGLE HALLAM JACKSON &<br>FORMANEK PLC |
| 7 | Robert C. Maysey (admitted *pro hac vice*) |
|   | Jerome K. Elwell (admitted *pro hac vice*) |
| 8 | 2555 E. Camelback Road, Suite 800<br>Phoenix, AZ 85016 |
| 9 | Phone: (602) 264-7101/Fax: (602) 234-0419 |
|   | rmaysey@warnerangle.com |
| 10 | jelwell@warnerangle.com |
| 11 | *Counsel for the Class and Attorneys for All* |
|   | *Individual and Representative Plaintiffs* |
| 12 |   |
| 13 |   |
|   | By:   */s/ William A. Isaacson* |
| 14 |            William A. Isaacson |
| 15 | William A. Isaacson (*pro hac vice*) |
|   | PAUL, WEISS, RIFKIND, WHARTON & |
| 16 | GARRISON LLP<br>2001 K Street, NW |
| 17 | Washington, DC 20006 |
|   | Telephone:   (202) 223-7313 |
| 18 | Facsimile:    (202) 379-4937<br>Email:  wisaacson@paulweiss.com |
| 19 |   |
| 20 | Donald J. Campbell<br>J Colby Williams |
|   | CAMPBELL & WILLIAMS |
| 21 | 710 South Seventh Street, Ste. A |
| 22 | Las Vegas, NV 89101<br>Telephone:   (702) 382-5222 |
|   | Facsimile:    (702) 382-0540 |
| 23 | Email:  djc@cwlawlv.com |
|   | Email:  jcw@cwlawlv.com |
| 24 |   |
| 25 | *Attorneys for Defendant Zuffa, LLC* |
| 26 |   |
| 27 |   |
| 28 |   |

**ATTESTATION OF FILER**

The signatories to this document are myself and Eric Cramer, and I have obtained Mr. Cramer's concurrence to file this document on our joint behalf.

Dated:  October 30, 2023

/s/ *William A. Isaacson*
William A. Isaacson

5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Parties' Joint Agreed Motion for Extension of Time to File Unsealed Record was served on October 30, 2023, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Dated:  October 30, 2023                                  /s/ *William A. Isaacson*
                                                                        William A. Isaacson