WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7300
Fax: (202) 223-7420

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
710 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT AGREED MOTION FOR EXTENSION OF TIME TO FILE UNSEALED RECORD** |

[PROPOSED] ORDER GRANTING JOINT AGREED MOTION FOR EXTENSION OF
TIME TO FILE UNSEALED *LE* RECORD

Before this Court is the Parties' Joint Agreed Motion for Extension of Time to File Unsealed Record, filed by Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("*Le* Plaintiffs") (collectively "the Parties").

The Court finds that good cause exists and that a modification to October 31, 2023 deadline previously set by the Court is appropriate. Therefore, the new operative deadline for the Parties to jointly file the unsealed record, exception for personal identifying information and medical information, is no later than December 15, 2023.

IT IS SO ORDERED.

DATED: _____, 2023                By: _____

                                                      Hon. Richard F. Boulware
                                                      UNITED STATES DISTRICT JUDGE