| | |
|---|---|
| Eric L. Cramer (*pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone:   (215) 875-3000<br>Facsimile:   (215) 875-4604<br>ecramer@bm.net | William A. Isaacson (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:   (202) 223-7313<br>Facsimile:   (202) 379-4937<br>Email:  wisaacson@paulweiss.com |
| Joseph R. Saveri (*pro hac vice*)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1200<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com | Donald J. Campbell<br>J Colby Williams<br>CAMPBELL & WILLIAMS<br>710 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>Telephone:    (702) 382-5222<br>Facsimile:    (702) 382-0540<br>Email:  djc@cwlawlv.com<br>Email:  jcw@cwlawlv.com |
| Richard A. Koffman (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W., Suite 500, East Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile:  (202) 408 4699<br>rkoffman@cohenmilstein.com | *Attorney for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.* |

*Counsel and Attorneys for All Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]            [Additional Counsel Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | No.: 2:15-cv-01045-RFB-BNW<br><br>**JOINT MOTION TO EXTEND THE DEADLINES FOR BRIEFING ON DEFENDANT ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 878)**<br><br>(First Request) |

1    Pursuant to Local Rules IA 6-1 and 26-3, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa") (collectively, "the Parties"), by and through their undersigned attorneys, move to extend the deadlines for briefing on Defendant Zuffa, LLC's (renewed) Motion for Summary Judgment (ECF No. 878) (the "Summary Judgment Motion"). The Parties jointly seek to extend the deadlines the Court set at the status conference on August 21, 2023 (ECF No. 847), as set forth below. This is the first motion for an extension of time for these briefing deadlines relating to Zuffa's Summary Judgment Motion.

The Parties have met and conferred, reached an agreement, and now jointly move to extend the deadlines for Plaintiffs to file their Opposition to Zuffa's Summary Judgment Motion and for Zuffa to file its Reply in Support of the Summary Judgment Motion as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiffs to file Opposition to Summary Judgment Motion | November 21, 2023 | December 12, 2023 |
| Zuffa to file Reply in Support of Summary Judgment Motion | December 19, 2023 | January 31, 2024 |

As required by Local Rule 26-3, the Parties have good cause to extend these deadlines. Zuffa filed its Summary Judgment Motion on October 24, 2023 (ECF No. 878). The Summary Judgment Motion contains new and revised arguments (and over one hundred supporting exhibits) as compared with Zuffa's Motion for Summary Judgment filed in 2018 (ECF No. 573). Zuffa also moved to reopen discovery in *Le* (ECF No. 884) on October 24, 2023. Zuffa then filed a motion to treat fact evidence produced in *Johnson v. Zuffa, LLC*, No. 2:21-1189 (D. Nev.) as if it was also produced in this *Le* litigation on October 26, 2023 (ECF No. 885). The briefing schedules for these two discovery motions overlap with the briefing deadlines on Zuffa's Summary Judgment Motion. Further, an extension applicable only to the deadline for Plaintiffs' opposition brief would result in the time Zuffa has to prepare and submit its reply brief to fall over the holidays.

The requested extension of the briefing timeline will not affect any other deadlines in this matter.

DATED: October 30, 2023

Respectfully Submitted,

By: */s/ William A. Isaacson*
      William A. Isaacson

By: */s/ Eric L. Cramer*
      Eric L. Cramer

William A. Isaacson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone:   (202) 223-7313
Facsimile:    (202) 379-4937
Email:  wisaacson@paulweiss.com

Donald J. Campbell
J Colby Williams
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
Telephone:   (702) 382-5222
Facsimile:    (702) 382-0540
Email:  djc@cwlawlv.com
Email:  jcw@cwlawlv.com

*Attorney for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.*

Eric L. Cramer (admitted pro hac vice)
Michael Dell'Angelo (admitted pro hac vice)
Patrick F. Madden (admitted pro hac vice)
Najah Jacobs (admitted pro hac vice)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (admitted pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Richard A. Koffman (pro hac vice)
Benjamin Brown (pro hac vice)
Daniel Silverman (pro hac vice forthcoming)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

2

Case No.: 2:15-cv-1045-RFB-BNW

**JOINT MOTION TO EXTEND DEADLINES FOR BRIEFING ON DEFENDANT ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 878)**

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email:  dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

3

Case No.: 2:15-cv-1045-RFB-BNW

**JOINT MOTION TO EXTEND DEADLINES FOR BRIEFING ON DEFENDANT ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 878)**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2023 a true and correct copy of **JOINT MOTION TO EXTEND DEADLINES FOR BRIEFING ON DEFENDANT ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 878)** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

By: /s/ Eric L. Cramer
Eric L. Cramer