Eric L. Cramer (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

Joseph R. Saveri (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1200
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

Richard A. Koffman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
rkoffman@cohenmilstein.com

*Counsel and Attorneys for All Individual and Representative Plaintiffs*

William A. Isaacson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313
Facsimile: (202) 379-4937
Email: wisaacson@paulweiss.com

Donald J. Campbell
J Colby Williams
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@cwlawlv.com
Email: jcw@cwlawlv.com

*Attorney for Defendants Zuffa, LLC and Endeavor Group Holdings, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINES FOR BRIEFING ON DEFENDANT ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 878)** |

Case No.: 2:15-cv-1045-RFB-BNW

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR BRIEFING ON DEFENDANT ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 878)**

Before this Court is the Parties' Joint Motion to Extend Deadlines for Briefing on Defendant Zuffa, LLC's Motion for Summary Judgment (ECF No. 878), filed by Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa").

The Court finds that good cause exists and that a modification to the deadlines previously set by the Court is appropriate. Therefore, the deadlines for Plaintiffs to file their Opposition to Zuffa's Summary Judgment Motion and for Zuffa to file its Reply in Support of its Summary Judgment Motion are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs to file Opposition to Summary Judgment Motion | November 21, 2023 | December 12, 2023 |
| Zuffa to file Reply in Support of Summary Judgment Motion | December 19, 2023 | January 31, 2024 |

IT IS SO ORDERED.

Dated: _____, 2023

By: _____
Honorable Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE

2

Case No.: 2:15-cv-1045-RFB-BNW

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR BRIEFING ON DEFENDANT ZUFFA, LLC'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 878)**