1  WILLIAM A. ISAACSON (*Pro hac vice*)
   wisaacson@paulweiss.com
2  PAUL, WEISS, RIFKIND, WHARTON &
3  GARRISON LLP
   2001 K Street, NW
4  Washington, DC 20006
   Tel: (202) 223-7300
5  Fax: (202) 223-7420

6

7  DONALD J. CAMPBELL #1216
   (djc@campbellandwilliams.com)
8  J. COLBY WILLIAMS #5549
   (jcw@campbellandwilliams.com)
9  CAMPBELL & WILLIAMS
   710 South 7th Street, Las Vegas, NV 89101
10 Telephone: (702) 382-5222; Fax: (702) 382-0540

11
   *Attorneys for Defendant Zuffa, LLC, d/b/a*
12 *Ultimate Fighting Championship and UFC*

13

14
                    **UNITED STATES DISTRICT COURT**
15                        **DISTRICT OF NEVADA**

16

17 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-(BNW)
18 |
19 |                                                                                                                                                      | **ORDER GRANTING THE PARTIES' JOINT AGREED MOTION FOR EXTENSION OF TIME TO FILE UNSEALED RECORD**
20 |                               Plaintiffs,
21 |                                   v.
22 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,
23 |                               Defendant.
24

25

26

27

28

          ORDER GRANTING JOINT AGREED MOTION FOR EXTENSION OF
                 TIME TO FILE UNSEALED *LE* RECORD

Before this Court is the Parties' Joint Agreed Motion for Extension of Time to File Unsealed Record, filed by Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("*Le* Plaintiffs") (collectively "the Parties").

The Court finds that good cause exists and that a modification to October 31, 2023 deadline previously set by the Court is appropriate. Therefore, the new operative deadline for the Parties to jointly file the unsealed record, exception for personal identifying information and medical information, is no later than December 15, 2023.

IT IS SO ORDERED.

DATED: This 30th Day of October, 2023     By: _____

RICHARD F. BOUWLWARE II
UNITED STATES DISTRICT JUDGE