# EXHIBIT A

| | |
|---|---|
| **From:** | Phillips, Jessica E |
| **To:** | "Eric L. Cramer"; Patrick F. Madden; Isaacson, William A |
| **Cc:** | Phillips, Jessica E |
| **Subject:** | RE: Briefing on Zuffa's Discovery Motions |
| **Date:** | Friday, November 3, 2023 5:29:42 PM |

Eric,

Unfortunately, we can't agree to the schedule you proposed. We plan to file a motion for a briefing schedule proposing the schedule for consolidated briefing on the motion to reopen and the motion for cross use of discovery that we are seeking: your consolidated opposition brief due on November 10 and our consolidated reply due on November 15.

Best,

**Jessica E Phillips** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7338 (Direct Phone) | +1 202 315 3802 (Direct Fax)
jphillips@paulweiss.com | www.paulweiss.com

**From:** Eric L. Cramer <ecramer@bm.net>
**Sent:** Friday, November 3, 2023 5:03 PM
**To:** Phillips, Jessica E <jphillips@paulweiss.com>; Patrick F. Madden <pmadden@bm.net>; Isaacson, William A <wisaacson@paulweiss.com>
**Subject:** RE: Briefing on Zuffa's Discovery Motions

Jessica, I'm following up on our discussion today. Given that our initial brief is due very soon, would you be able to let us know today whether we will have an agreement on briefing along the lines we discussed?

Thanks,

Eric


**Eric L. Cramer** / *Chairman*

☐ 215.875.3009   ☐ 215.327.9583

☐ 1818 MARKET STREET, SUITE 3600
   PHILADELPHIA, PA 19103

**From:** Phillips, Jessica E <jphillips@paulweiss.com>
**Sent:** Friday, November 3, 2023 9:43 AM
**To:** Eric L. Cramer <ecramer@bm.net>; Patrick F. Madden <pmadden@bm.net>; Isaacson, William A

<wisaacson@paulweiss.com>
**Subject:** RE: Briefing on Zuffa's Discovery Motions

Eric,

Let's have a call. I'm with my 3rd grader on a field trip this morning but can call you at 12:30 pm ET if that works.

Thanks,

**Jessica E Phillips** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7338 (Direct Phone) | 202 315 3802 (Direct Fax)
jphillips@paulweiss.com | www.paulweiss.com

---

**From:** Eric L. Cramer <ecramer@bm.net>
**Date:** Friday, Nov 03, 2023 at 9:34 AM
**To:** Phillips, Jessica E <jphillips@paulweiss.com>, Patrick F. Madden <pmadden@bm.net>, Isaacson, William A <wisaacson@paulweiss.com>
**Subject:** RE: Briefing on Zuffa's Discovery Motions

Jessica,

This will not work for us. You have already submitted two briefs relating to extending the discovery period in Le, and we have submitted none. Plaintiffs are currently drafting those two briefs (plus our summary judgment opposition). Absent an agreement, under the status quo, Plaintiffs will be forced to submit two briefs on these discovery issues, one on November 9 and another at some point prior to the hearing. I'm not sure how that works out better for anyone, frankly, but that's where we are. Let me know if you'd like to discuss.

--Eric

**Eric L. Cramer** / *Chairman*
215.875.3009   215.327.9583

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

---

**From:** Phillips, Jessica E <jphillips@paulweiss.com>
**Sent:** Thursday, November 2, 2023 6:09 PM
**To:** Patrick F. Madden <pmadden@bm.net>; Isaacson, William A <wisaacson@paulweiss.com>

**Cc:** Eric L. Cramer <ecramer@bm.net>; Phillips, Jessica E <jphillips@paulweiss.com>
**Subject:** RE: Briefing on Zuffa's Discovery Motions

Patrick,

We are amenable to consolidating the briefing on the motions as you propose, but with a slightly different schedule. We propose that Plaintiffs' consolidated opposition be due on November 9 and Defendants' consolidated reply be due on November 15. That way the court has two days to read everything before the hearing on November 17.

Let us know your thoughts.

Best,

**Jessica E Phillips** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7338 (Direct Phone) | +1 202 315 3802 (Direct Fax)
jphillips@paulweiss.com | www.paulweiss.com

---

**From:** Patrick F. Madden <pmadden@bm.net>
**Sent:** Thursday, November 2, 2023 10:08 AM
**To:** Isaacson, William A <wisaacson@paulweiss.com>; Phillips, Jessica E <jphillips@paulweiss.com>
**Cc:** ecramer@bm.net
**Subject:** Briefing on Zuffa's Discovery Motions

Bill and Jessica,

Presently, Plaintiffs' brief in opposition to Zuffa's motion to treat discovery in *Johnson* as if taken in *Le* is due November 9 and Plaintiffs' opposition to Zuffa's motion to reopen discovery in *Le* is due November 21.

As you know, last night the Court set a hearing on Zuffa's motion to reopen discovery in *Le* for November 17, four days before our opposition is due.

We would like to propose a joint motion to amend the briefing schedules and page limits for both motions as follows:

Plaintiffs will file an omnibus opposition that responds to both motions to be filed November 13. The page limit for Plaintiffs' omnibus opposition would be 30 pages.

Zuffa may then file an omnibus reply brief in support of both motions prior to the November 17 hearing. The page limit for Zuffa's omnibus reply would be 15 pages.

Please let us know your position. We can prepare the joint submission if you agree.

**Patrick F. Madden** / *Shareholder*

215.875.3035   215.605.3237

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

*-**External sender. Please use caution when clicking on any attachments or links** -*
*-**External sender. Please use caution when clicking on any attachments or links** -*