Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA LLC'S MOTION TO CONSOLIDATE BRIEFING SCHEDULE AND AMEND SCHEDULING ORDER** |
| Kajan Johnson and Clarence Dollaway, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:21-cv-1189-RFB BNW |

Defendant Zuffa, LLC ("Zuffa") has filed two separate motions seeking to reopen discovery in *Le v. Zuffa, LLC*, No. 15-1045, ECF Nos. 884 & 885 (D. Nev.). Even though discovery closed in *Le* in January 2018 and the Court indicated in December 2020 that it would certify the bout class in *Le*, Zuffa claims it had no obligation to seek this relief prior to August 2023. *See* Hrg. Tr., ECF No. 846, at 23; ECF No. 884 at 14-16. Even assuming that Zuffa did not commence to prepare its discovery motions until after the status conference when Zuffa discussed such motions with the Court, Hrg. Tr., ECF 846, at 25, Zuffa has had more than two months to prepare them. Despite that, Zuffa now seeks to restrict Plaintiffs' opportunity to respond. The Court should reject Zuffa's unfair proposal.

  The Court set Plaintiffs' current deadline for responding to Zuffa's main motion to reopen discovery (ECF No. 884) as November 21, 2023, four weeks after Zuffa filed it. *See* ECF No. 847. Plaintiffs have a deadline of November 9, 2023 to respond to Zuffa's shorter but related motion to treat discovery taken in *Johnson* as though taken in *Le* (ECF No. 885). *See Johnson v. Zuffa, LLC*, ECF No. 82.

  Following denial of Zuffa's petition to the Ninth Circuit under Fed. R. Civ. P. 23(f), the Court set a hearing on Zuffa's motion to reopen discovery in *Le* for November 17, 2023. *See* ECF No. 894. The hearing is now scheduled four days prior to Plaintiffs' deadline to respond to the motion to reopen discovery. As a result, Plaintiffs reached out to Zuffa to propose that Plaintiffs would file an omnibus response to Zuffa's two motions (ECF Nos. 884 and 885) by November 13, 2023, and then Zuffa could submit an omnibus reply if it chooses prior to the hearing. Plaintiffs explained to Zuffa that it would take longer for Plaintiffs to draft two separate opposition briefs than it would to prepare a single consolidated opposition brief, and thus if Zuffa did not agree to Plaintiffs' proposal, Plaintiffs would have to file the second brief (in opposition to the motion to reopen, ECF No. 884) after November 13, 2023 but in advance of the hearing. Plaintiffs did not say, as Zuffa asserts, that they would wait to file their opposition brief one day prior to the November 17 hearing. Instead, Plaintiffs said that it would take longer to prepare two separate briefs, and thus that they could not predict now when that second brief (currently due

1

Case Nos.: 2:15-v-1045; 2:21-cv-1189

**PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA LLC'S MOTION TO CONSOLIDATE BRIEFING SCHEDULE AND AMEND SCHEDULING ORDER**

November 21) would be filed other than that it would be filed in advance of the hearing with sufficient time for the Court to have an opportunity to consider it.

Despite submitting two briefs to the Court across 28 pages that Defendants had more than two months to write, Zuffa refused Plaintiffs' offer and countered that Plaintiffs should file an omnibus opposition by November 9. Zuffa has since insisted that November 10 be Plaintiffs deadline and have filed the instant motion. Plaintiffs require more time to prepare a consolidated brief than Zuffa's proposed one day past the deadline for Plaintiffs' 10-page opposition to Zuffa's motion related motion to treat discovery taken in *Johnson* as though taken in *Le* (ECF No. 885).

Plaintiffs are, of course, ready, willing, and able to provide their briefing to the Court so that it has time to consider Plaintiffs' position in advance of the Court's scheduled hearing. However, Zuffa's proposal to force Plaintiffs to further condense their opposition timeline to these two detailed briefs that Zuffa had two months to write would be unfair and unnecessary. As a result, Plaintiffs propose either of the following briefing proposals:

(1) The Court adopt Plaintiffs' proposal to Zuffa: Plaintiffs may file an omnibus opposition to Defendants' motions (ECF Nos. 884 & 885) by November 13, 2023. Plaintiffs will have a 30-page limit for such brief. Defendants may file an omnibus reply if they so choose of no more than 15 pages on or before November 15, 2023.

(2) The Court maintains the current schedule pursuant to which Plaintiffs will file, by November 9, a 10-page opposition to Zuffa's motion to treat discovery taken in *Johnson* as if it was also taken in *Le* (ECF No. 885), and Plaintiffs may file their opposition to Zuffa's motion to reopen discovery in *Le* (ECF No. 884) on November 15, 2023.

Plaintiffs believe that the first option is fair to all parties. Plaintiffs believe it would be inappropriate for Zuffa to force an even more condensed briefing timeline on Plaintiffs than the Court's schedule requires, particularly given that Zuffa has already set out its position across two briefs, that Plaintiffs have not yet had an opportunity to weigh in at all, and in light of the lengthy time Zuffa has already had to prepare its motions.

| | | |
|---|---|---|
|1| DATED: November 6, 2023 | Respectfully Submitted, |
|2| | By: /s/ *Eric L. Cramer* |
| | | Eric L. Cramer (admitted *pro hac vice*) |
|3| | Michael Dell'Angelo (admitted *pro hac vice*) |
|4| | Patrick F. Madden (admitted *pro hac vice*) |
| | | Najah Jacobs (admitted *pro hac vice*) |
|5| | BERGER MONTAGUE PC |
|6| | 1818 Market St., Suite 3600 |
| | | Philadelphia, PA 19103 |
|7| | Telephone: +1 (215) 875-3000 |
| | | Email: ecramer@bm.net |
|8| | Email: mdellangelo@bm.net |
| | | Email: pmadden@bm.net |
|9| | Email: njacobs@bm.net |

Joshua P. Davis (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Richard A. Koffman (admitted *pro hac vice*)
Benjamin Brown (admitted *pro hac vice*)
Daniel Silverman (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

Joseph R. Saveri (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

3

Case Nos.: 2:15-v-1045; 2:21-cv-1189

**PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA LLC'S MOTION TO CONSOLIDATE BRIEFING SCHEDULE AND AMEND SCHEDULING ORDER**

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email:  dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (admitted *pro hac vice*)
Jerome K. Elwell (admitted *pro hac vice*)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

4

Case Nos.: 2:15-v-1045; 2:21-cv-1189

**PLAINTIFFS' OPPOSITION TO DEFENDANT ZUFFA LLC'S MOTION TO CONSOLIDATE BRIEFING SCHEDULE AND AMEND SCHEDULING ORDER**

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2023 a true and correct copy of Plaintiffs' Opposition to Defendant Zuffa LLC's Motion to Consolidate Briefing Schedule and Amend Scheduling Order was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

By: */s/ Eric L. Cramer*
Eric L. Cramer