| | |
|---|---|
| Eric L. Cramer (*pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone:   (215) 875-3000<br>Facsimile:   (215) 875-4604<br>ecramer@bm.net | William A. Isaacson (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:   (202) 223-7313<br>Facsimile:   (202) 379-4937<br>Email:  wisaacson@paulweiss.com |
| Joseph R. Saveri (*pro hac vice*)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1200<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com | Donald J. Campbell<br>J Colby Williams<br>CAMPBELL & WILLIAMS<br>710 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>Telephone:   (702) 382-5222<br>Facsimile:   (702) 382-0540<br>Email:  djc@cwlawlv.com<br>Email:  jcw@cwlawlv.com |
| Richard A. Koffman (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W., Suite 500, East Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408 4699<br>rkoffman@cohenmilstein.com | *Attorney for Defendant Zuffa, LLC* |
| *Co-Lead Counsel for the Le Class and Attorneys for All Individual and Representative Plaintiffs* | |
| [Additional Counsel Listed on Signature Page] | [Additional Counsel Listed on Signature Page] |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>                  **Plaintiffs,**<br><br>       v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>                  **Defendant.** | No.: 2:15-cv-01045-RFB-BNW<br><br>**JOINT MOTION TO EXTEND THE BRIEFING DEADLINES FOR PLAINTIFFS' MOTION RE INJUNCTIVE RELIEF**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 26-3, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs"), and Defendant Zuffa, LLC ("Zuffa") (collectively, the "Parties"), by and through their undersigned attorneys, move to extend the briefing deadlines concerning Plaintiffs' Motion re Injunctive Relief. This is the first motion for an extension of time for these briefing deadlines relating to Plaintiffs' Motion re Injunctive Relief.

The Parties have met and conferred, reached an agreement, and now jointly move to extend the deadlines concerning Plaintiffs' Motion re Injunctive Relief as follows:

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Plaintiffs' Motion re Injunctive Relief | December 1, 2023 | December 22, 2023 |
| Zuffa's Opposition re Plaintiffs' Motion re Injunctive Relief | December 31, 2023 | January 22, 2024 |
| Plaintiffs' Reply re Plaintiffs' Motion re Injunctive Relief | January 30, 2024 | February 21, 2024 |

As required by Local Rule 26-3, the Parties have good cause to extend these deadlines. In *Johnson v. Zuffa, LLC*, 2:21-cv-1189 (D. Nev.), the Parties set out the briefing schedule for Plaintiffs' Motion re Injunctive Relief keyed off of the date the Ninth Circuit denies Zuffa's Fed. R. Civ. P. 23(f) petition in *Le*. *See Johnson*, ECF No. 82 at 12 (Sept. 22, 2023).[1] Specifically, Plaintiffs Motion is due thirty (30) days after the resolution of Zuffa's 23(f) petition. The Ninth Circuit denied Zuffa's petition on November 1, 2023.

In light of the schedule for briefing Zuffa's Motion for Summary Judgment, pursuant to which Plaintiffs' Opposition is due November 30, 2023 (ECF No. 894), and the schedule for briefing Zuffa's discovery motions, pursuant to which Plaintiffs' Opposition is due November 13 (ECF No. 900), Plaintiffs require more time to brief these issues relating to injunctive relief. Moreover, under the existing schedule, Zuffa's opposition to Plaintiffs' Motion re Injunctive

---

[1] Although this briefing schedule was set out in a filing in the *Johnson* litigation, it applies in *Le*. *See Johnson*, ECF No. 82 at 11-12

Relief is due on December 31, *i.e.*, during the end-of-year holiday season. The three-week extension will provide sufficient time for Plaintiffs to prepare their papers for all of these motions, and for Zuffa to respond.

The requested extension of the briefing timeline will not affect any other deadlines in this matter.

DATED: November 7, 2023

By: /s/ *William A. Isaacson*
William A. Isaacson

William A. Isaacson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313
Facsimile: (202) 379-4937
Email: wisaacson@paulweiss.com

Donald J. Campbell
J Colby Williams
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@cwlawlv.com
Email: jcw@cwlawlv.com

*Attorney for Defendants Zuffa, LLC*

Respectfully Submitted,

By: /s/ *Eric L. Cramer*
Eric L. Cramer

Eric L. Cramer (admitted pro hac vice)
Michael Dell'Angelo (admitted pro hac vice)
Patrick F. Madden (admitted pro hac vice)
Najah Jacobs (admitted pro hac vice)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (admitted pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Richard A. Koffman (pro hac vice)
Benjamin Brown (pro hac vice)
Daniel Silverman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

2

Case No.: 2:15-cv-1045-RFB-BNW
JOINT MOTION TO EXTEND THE BRIEFING DEADLINES FOR PLAINTIFFS' MOTION RE INJUNCTIVE RELIEF

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com

*Co-Lead Counsel for the Le Class and Attorneys for Individual and Representative Plaintiffs*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email:  dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2023 a true and correct copy of the Parties' **JOINT MOTION TO EXTEND THE BRIEFING DEADLINES FOR PLAINTIFFS' MOTION RE INJUNCTIVE RELIEF** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

By: */s/ Eric L. Cramer*
Eric L. Cramer