| | |
|---|---|
| Eric L. Cramer (*pro hac vice*) <br> BERGER MONTAGUE PC <br> 1818 Market Street, Suite 3600 <br> Philadelphia, PA 19103 <br> Telephone: (215) 875-3000 <br> Facsimile: (215) 875-4604 <br> ecramer@bm.net | William A. Isaacson (*pro hac vice*) <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006 <br> Telephone: (202) 223-7313 <br> Facsimile: (202) 379-4937 <br> Email: wisaacson@paulweiss.com |
| Joseph R. Saveri (*pro hac vice*) <br> JOSEPH SAVERI LAW FIRM, LLP <br> 601 California Street, Suite 1200 <br> San Francisco, California 94108 <br> Telephone: (415) 500-6800 <br> Facsimile: (415) 395-9940 <br> jsaveri@saverilawfirm.com | Donald J. Campbell <br> J Colby Williams <br> CAMPBELL & WILLIAMS <br> 710 South Seventh Street, Ste. A <br> Las Vegas, NV 89101 <br> Telephone: (702) 382-5222 <br> Facsimile: (702) 382-0540 <br> Email: djc@cwlawlv.com <br> Email: jcw@cwlawlv.com |
| Richard A. Koffman (*pro hac vice*) <br> COHEN MILSTEIN SELLERS & TOLL, PLLC <br> 1100 New York Ave., N.W., Suite 500, East Tower <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> Facsimile: (202) 408 4699 <br> rkoffman@cohenmilstein.com | *Attorney for Defendants Zuffa, LLC* |

*Co-Lead Counsel for the Le Class and Attorneys for All Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]   [Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** <br><br> **Defendant.** | No.: 2:15-cv-01045-RFB-BNW <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE BRIEFING DEADLINES FOR PLAINTIFFS' MOTION RE INJUNCTIVE RELIEF** |

Case No.: 2:15-cv-1045-RFB-BNW

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE BRIEFING DEADLINES FOR PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF**

Before this Court is the Parties' Joint Motion to Extend the Briefing Deadlines for Plaintiffs' Motion re Injunctive Relief, filed by Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa").

The Court finds that good cause exists and that a modification to the deadlines previously set by the Court is appropriate. Therefore, the briefing deadlines for Plaintiffs' Motion re Injunctive Relief are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Motion re Injunctive Relief | December 1, 2023 | December 22, 2023 |
| Zuffa's Opposition re Plaintiffs' Motion re Injunctive Relief | December 31, 2023 | January 22, 2024 |
| Plaintiffs' Reply re Plaintiffs' Motion re Injunctive Relief | January 30, 2024 | February 21, 2024 |

IT IS SO ORDERED.

Dated: _____, 2023

By: _____
Honorable Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE