# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquz, and Kyle Kingsbury,

        Plaintiff(s),

vs.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

        Defendant(s).

Case #2:15-cv-01045

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Laura R. Washington_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Latham & Watkins LLP
(firm name)

with offices at  10250 Constellation Blvd., Suite 1100 ,
(street address)

Los Angeles , California , 90067 ,
(city) (state) (zip code)

(424) 653-5500 , Laura.Washington@lw.com .
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Zuffa, LLC  to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 12/03/2009 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Second Circuit | 05/05/2021 | 266775 |
| U.S. Court of Appeals for the Ninth Circuit | 12/18/2009 | 266775 |
| U.S. District Court for the Central District of CA | 12/18/2009 | 266775 |
| U.S. District Court for the Northern District of CA | 06/02/2023 | 266775 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

```
None
```

7. That Petitioner is a member of good standing in the following Bar Associations.

```
California (266775)
```

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

                                                                                       Petitioner's signature

STATE OF California    )
COUNTY OF Los Angeles  )

      _____Laura R. Washington_____, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

                                                                                      Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.    See Attached

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____J. Colby Williams_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

                            710 South 7th Street
                                 (street address)

  Las Vegas  ,  Nevada  ,  89101  ,
  (city)          (state)      (zip code)

  (702) 382-5222  ,  jcw@cwlawlv.com  .
(area code + telephone number)    (Email address)

Rev. 5/16

**CALIFORNIA JURAT**  GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on

this __6th__ day of __November__, 20__23__, by
      Date          Month              Year

(1) __Laura R. Washington__

(and (2) _____ ),
         Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
          Signature of Notary Public

JIHEE JUNG
Notary Public - California
Los Angeles County
Commission # 2424008
My Comm. Expires Oct 28, 2026

*Place Notary Seal and/or Stamp Above*

──────── **OPTIONAL** ────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ____J. Colby Williams____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Riché T. McKnight
(party's signature)

Riché T. McKnight, EVP & General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
Designated Resident Nevada Counsel's signature

5549                            jcw@cwlawlv.com
Bar number                      Email address

APPROVED:

Dated: this __8th__ day of ____November____, 20_23_.

[signature]
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### LAURA ROBINSON WASHINGTON

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that LAURA ROBINSON WASHINGTON, #266775, was on the 3rd day of December 2009 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 2nd day of November 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
        T. Ma Deputy Clerk