# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquz, and Kyle Kingsbury,

        Plaintiff(s),

vs.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

        Defendant(s).

Case #2:15-cv-01045

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Christopher S. Yates_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Latham & Watkins LLP
(firm name)

with offices at  505 Montgomery St. Suite 2000 ,
(street address)

San Francisco , California , 94111-6538 ,
(city)          (state)          (zip code)

(415) 391-0600 , Chris.Yates@lw.com .
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Zuffa, LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>12/14/1992</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>California</u>
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

```
None
```

7. That Petitioner is a member of good standing in the following Bar Associations.

```
California (161273)
```

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 | FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  CALIFORNIA  )
COUNTY OF  SAN FRANCISCO  )

_____Christopher S. Yates_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____day of_____, _____.

SEE ATTACHED CERTIFICATE

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____J. Colby Williams_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____710 South 7th Street_____,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)    (state)    (zip code)

__(702) 382-5222__, __jcw@cwlawlv.com__.
(area code + telephone number)  (Email address)

4

Rev. 5/16

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA              )
                                 ) ss
COUNTY OF SAN FRANCISCO          )

Subscribed and sworn to (or affirmed) before me on this 7th day of November, 2023, by Christopher S. Yates, who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

LEONARDO R. GALVAN
Notary Public - California
San Francisco County
Commission # 2317450
My Comm. Expires Jan 26, 2024

Attached To: Petition for Permission to Practice

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____J. Colby Williams_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

/s/ Riché T. McKnight
_____
(party's signature)

Riché T. McKnight, EVP & General Counsel
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5549                              jcw@cwlawlv.com
Bar number                    Email address

APPROVED:

Dated: this __8__ day of ___November___, 20_23_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# ATTACHMENT A
## Christopher S. Yates
### Court Admissions

| COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| U.S. District Court for the Northern District of California | 12/14/1992 | |
| U.S. District Court for the Eastern District of California | 02/11/1993 | |
| U.S. District Court for the Central District of California | 12/21/1992 | |
| U.S. District Court for the Southern District of California | 12/18/1992 | |
| U.S. Court of Appeals for the First Circuit | 06/26/2023 | 1208496 |
| U.S. Court of Appeals for the Second Circuit | 11/07/2017 | |
| U.S. Court of Appeals for the Third Circuit | 09/29/2022 | |
| U.S. Court of Appeals for the Fourth Circuit | 07/28/2014 | |
| U.S. Court of Appeals for the Fifth Circuit | 12/04/2007 | |
| U.S. Court of Appeals for the Ninth Circuit | 12/21/1992 | |
| U.S. Court of Appeals for the Federal Circuit | 09/04/2002 | |
| U.S. Supreme Court | 02/23/2009 | |



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *CHRISTOPHER ST. JOHN YATES*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that CHRISTOPHER ST. JOHN YATES, # 161273, was on the 14th day of December, 1992, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 19th day of July 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By:_____
*Biying Jia, Assistant Deputy Clerk*