# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury

Plaintiff(s),

vs.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC

Defendant(s).

Case # 15-cv-01045

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

____Yotam Barkai____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    (firm name)

with offices at ____1285 Avenue of the Americas____
                        (street address)

____New York____ , ____New York____ , ____10019-6064____
   (city)                       (state)                (zip code)

____212-373-3452____ , ____ybarkai@paulweiss.com____
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

    ____Zuffa, LLC____ to provide legal representation in connection with
       [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  04/30/2014 , Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of  New York  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| 1st Circuit Court of Appeals | March 11, 2020 | 1193595 |
| 2nd Circuit Court of Appeals | July 10, 2017 | |
| 3rd Circuit Court of Appeals | September 8, 2018 | |
| 4th Circuit Court of Appeals | March 15, 2019 | |
| District of Columbia Circuit Court of Appeals | April 15, 2015 | |
| Eastern District of New York | February 15, 2018 | YB6710 |
| Southern District of New York | November 17, 2005 | YB0000 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

New York

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __New York__ )
                      )
COUNTY OF __New York__ )

_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__7th__ day of __November__, __2023__.

__alyssa aldridge__
Notary Public or Clerk of Court

ALYSSA NICOLE ALDRIDGE
Notary Public, State of New York
No. 01AL6441976
Qualified in New York County
Commission Expires October 3, 2026

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __J. Colby Williams__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__CAMPBELL & WILLIAMS 710 South 7th Street__
(street address)

__Las Vegas__, __Nevada__, __89101__
(city)        (state)      (zip code)

__(702) 382-5222__, __jcw@cwlawlv.com__
(area code + telephone number)   (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __J. Colby Williams__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Isabelle Mercier
(party's signature)

Isabelle Mercier, Vice President & Associate General Counsel, Litigation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ J. Colby Williams
Designated Resident Nevada Counsel's signature

5549                    jcw@cwlawlv.com
Bar number              Email address

APPROVED:
Dated: this __8th__ day of __November__, 20__23__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Yotam Barkai

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 30, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 6, 2023.

*Acting Clerk of the Court*

CertID-00145419



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
PRESIDING JUSTICE

**DARRELL M. JOSEPH**
ACTING CLERK OF THE COURT

**KENNETH BAND**
DEPUTY CLERKS

MELISSA KRAKOWSKI
WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Acting Clerk of the Court

Revised August 2023