1   Eric L. Cramer (admitted *pro hac vice*)
    Michael Dell'Angelo (admitted *pro hac vice*)
2   Patrick F. Madden (admitted *pro hac vice*)
    Najah Jacobs (admitted *pro hac vice*)
3   BERGER MONTAGUE PC
    1818 Market St., Suite 3600
4   Philadelphia, PA 19103
    Telephone: +1 (215) 875-3000
5   Email: ecramer@bm.net
    Email: mdellangelo@bm.net
6   Email: pmadden@bm.net
    Email: njacobs@bm.net
7
8   *Co-Lead Counsel for Plaintiffs and the Class*

9           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEVADA
10

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendants. | No.: 2:15-cv-01045-RFB-BNW<br><br>**DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANT ZUFFA'S MOTION TO REOPEN DISCOVERY (ECF NO. 884) AND MOTION TO TREAT FACT EVIDENCE PRODUCED IN *JOHNSON* LITIGATION AS IF IT WAS ALSO PRODUCED IN *LE* LITIGATION (ECF NO. 885)** |
| Kajan Johnson and Clarence Dollaway, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Zuffa, LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants | No.: 2:21-cv-1189-RFB BNW |

Case Nos.: 2:15-cv-1045; 2:21-cv-01189

DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' CONSOLIDATED
RESPONSE TO DEFENDANT ZUFFA'S MOTION TO REOPEN DISCOVERY (ECF NO.
884) AND MOTION TO TREAT FACT EVIDENCE PRODUCED IN *JOHNSON* LITIGATION
AS IF IT WAS ALSO PRODUCED IN *LE* LITIGATION (ECF NO. 885)

1       I, Eric L. Cramer, declare as follows:

2       1.      I am Chairman of the law firm of Berger Montague PC, one of the Court

3 appointed Co-Lead Class Counsel to represent the Bout Class in *Le v. Zuffa, LLC*, No. 2:15-cv-

4 1045 (D. Nev.), and counsel for the individual and representative plaintiffs in that action (as well

5 as counsel for the individual and representative plaintiffs in *Johnson v. Zuffa, LLC*, No. 2:21-cv-

6 1189 (D. Nev.)). I am a member in good standing of the State Bars of Pennsylvania and New

7 York, and have been admitted pro hac vice in this Court. I am over 18 years of age and have

8 personal knowledge of the facts stated in this Declaration. If called as a witness, I could and

9 would testify competently to them.

10       2.      I make this Declaration in support of Plaintiffs' Consolidated Response to

11 Defendant Zuffa's Motion to Reopen Discovery (ECF No. 884) and Motion to Treat Fact

12 Evidence Produced in Johnson Litigation as if it was also Produced in Le Litigation (ECF No.

13 885) ("Consolidated Response").

14       3.      Attached as Exhibit 1 is a true and correct copy of the Declaration of Hal J.

15 Singer, Ph.D., dated November 13, 2023 (referred to in Plaintiffs' Consolidated Response as

16 "Singer Decl.").

17

18       I declare under penalty of perjury under the laws of the United States that the foregoing is

19 true and correct. Executed on this 13th day of November, 2023, in Philadelphia, PA.

20

21

22                                   */s/Eric L. Cramer*

23

24

25

26

27                            1

                                           Case Nos.: 2:15-cv-1045; 2:21-cv-01189

28 DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' CONSOLIDATED
RESPONSE TO DEFENDANT ZUFFA'S MOTION TO REOPEN DISCOVERY (ECF NO.
884) AND MOTION TO TREAT FACT EVIDENCE PRODUCED IN *JOHNSON* LITIGATION
AS IF IT WAS ALSO PRODUCED IN *LE* LITIGATION (ECF NO. 885)