**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquz, and Kyle Kingsbury,

    Plaintiff(s),

vs.

Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,

    Defendant(s).

Case #2:15-cv-01045

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____David L. Johnson_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Latham & Watkins LLP
(firm name)

with offices at _____555 Eleventh Street, NW, Suite 1000_____,
(street address)

__Washington__, __District of Columbia__, __20004-1304__,
(city) (state) (zip code)

__(202) 637-2200__, __David.Johnson@lw.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Zuffa, LLC__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

```
 1        3.     That since    12/09/2015      , Petitioner has been and presently is a
                                  (date)
 2     member in good standing of the bar of the highest Court of the State of     Virginia
                                                                                    (state)
 3     where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
 4     from the clerk of the supreme court or highest admitting court of each state, territory, or insular
 5     possession of the United States in which the applicant has been admitted to practice law certifying
 6     the applicant's membership therein is in good standing.
 7        4.     That Petitioner was admitted to practice before the following United States District
 8     Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
 9     of other States on the dates indicated for each, and that Petitioner is presently a member in good
10     standing of the bars of said Courts.
```

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Third Circuit | 09/29/2022 | |
| U.S. Court of Appeals for the Fourth Circuit | 12/08/2021 | |
| U.S. Court of Appeals for the Fifth Circuit | 06/27/2022 | |
| U.S. District Court for the District of Columbia | 05/03/2021 | |
| U.S. District Court for the Eastern District of VA | 08/31/2018 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Virgina (89289)
District of Columbia (1048454)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF WASHINGTON )
COUNTY OF DISTRICT OF COLUMBIA )

_____David L. Johnson_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__6__ day of __NOVEMBER__, __2023__.

_____
Notary Public or Clerk of Court

My Commission Expires
April 14, 2028

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____J. Colby Williams_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____710 South 7th Street_____,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)            (state)           (zip code)

___(702) 382-5222___, ___jcw@cwlawlv.com___.
(area code + telephone number)   (Email address)

4                                                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __J. Colby Williams__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

/s/ Riché T. McKnight
_____
(party's signature)

Riché T. McKnight, EVP & General Counsel
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5549                          jcw@cwlawlv.com
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

David Lee Johnson

was admitted to practice as an attorney and counsellor at the bar of this Court on December 9, 2015.

I further certify that so far as the records of this office are concerned, David Lee Johnson is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 9th day of November
A.D. 2023

By: _____
Deputy Clerk



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## David Lee Johnson

*was duly qualified and admitted on September 8, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 03, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*