Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' NOTICE OF ERRATA TO PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR APPROVAL OF CLASS NOTICE PLAN; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (ECF NO. 916)** |

1  Plaintiffs respectfully file this Notice of Errata to inform the Court and the Parties of a
2  correction made to Plaintiffs' Memorandum of Points and Authorities in support of their Unopposed
3  Motion for Approval of Class Notice Plan, ECF No. 916, filed November 15, 2023 (the
4  "Memorandum"). On page 2 of the Memorandum, the relevant time period in the Class Definition has
5  been corrected to read "December 16, 2010 to June 30, 2017." A corrected version of the
6  Memorandum is attached hereto as Attachment 1. No other changes have been made to the
7  Memorandum or the attachments filed with it.

Dated: November 16, 2023

Respectfully Submitted,

By:     /s/ *Kevin E. Rayhill*
       Kevin E. Rayhill

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com

Eric L. Cramer (admitted pro hac vice)
Michael Dell'Angelo (admitted pro hac vice)
Patrick F. Madden (admitted pro hac vice)
Najah Jacobs (admitted pro hac vice)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (admitted pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Richard A. Koffman (pro hac vice)
Benjamin Brown (pro hac vice)
Daniel Silverman (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

**CERTIFCATE OF SERVICE**

I hereby certify that on this 16th day of November, 2023 a true and correct copy of Plaintiffs' Notice of Errata to Plaintiffs' Unopposed Motion for Approval of Class Certification Notice Plan was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

By: */s/ Kevin E. Rayhill*
Kevin E. Rayhill