**CLERK, U.S. DISTRICT COURT**
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS



quadient
FIRST-CLASS MAIL
IMI
$001.35⁰
10/25/2023 ZIP 89101
043M31229339
US POSTAGE

FILED / ENTERED
NOV 20 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

Benjamin Naftalis
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

XRAYED US MARSHALS SERVICE

FORWARD TIME EXP RTN TO SEND
LATHAM & WATKINS LLP
1271 AVENUE OF THE AMERICAS FL 23
NEW YORK NY 10020-0015
RETURN TO SENDER

9534520639003971        UTF    89101>7069

| | |
|---|---|
| 1 | WILLIAM A. ISAACSON (*Pro hac vice*) |
| 2 | wisaacson@paulweiss.com |
|   | PAUL, WEISS, RIFKIND, WHARTON & |
| 3 | GARRISON LLP |
|   | 2001 K Street, NW |
| 4 | Washington, DC 20006 |
|   | Tel: (202) 223-7300 |
| 5 | Fax: (202) 223-7420 |
| 6 | |
| 7 | DONALD J. CAMPBELL #1216 |
|   | (djc@campbellandwilliams.com) |
| 8 | J. COLBY WILLIAMS #5549 |
|   | (jcw@campbellandwilliams.com) |
| 9 | CAMPBELL & WILLIAMS |
|   | 700 South 7th Street, Las Vegas, NV 89101 |
| 10 | Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| 11 | |
|    | *Attorneys for Defendant Zuffa, LLC, d/b/a* |
| 12 | *Ultimate Fighting Championship and UFC* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-(PAL) |
| Plaintiffs, | **ORDER GRANTING THE PARTIES' JOINT AGREED MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT BRIEFING MATERIALS IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE 7-3** |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

ORDER GRANTING LEAVE TO FILE SUMMARY JUDGMENT
MATERIALS IN EXCESS OF PAGE LIMITS

Before this Court is the Parties' Joint Agreed Motion for Leave to File Summary Judgment Briefing Materials in Excess of Page Limits Imposed By Local Rule 7-3 filed by Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") (collectively "the Parties"). The Court finds that good cause exists and that a modification to the limits specified in District of Nevada Local Rule 7-3(a) is appropriate. Therefore, it is ordered that the page limits for the briefing related to the Parties' summary judgment motions are modified as follows:

| Brief | Current LR 7-3(a) Limit | Proposed Limit |
|---|---|---|
| Zuffa's Renewed Motion for Summary Judgment | 30 pages | 40 pages, including the Statement of Undisputed Material Facts |
| Plaintiffs' Opposition to Zuffa's Renewed Motion for Summary Judgment | 30 pages | 40 pages, including the Counterstatement of Undisputed Material Facts |
| Zuffa's Reply in Support of its Renewed Motion for Summary Judgment | 20 pages | 21 pages |

IT IS SO ORDERED.

DATED: October 23, 2023

_____
Hon. Richard F. Boulware II
**UNITED STATES DISTRICT JUDGE**

ORDER GRANTING LEAVE TO FILE SUMMARY JUDGMENT
MATERIALS IN EXCESS OF PAGE LIMITS