Eli J. Kay-Oliphant, Esq. (Admitted *Pro Hac Vice*)
New York Bar No. 4421541
District of Columbia Bar No. 503235
Illinois Bar No. 6326136
Ryan R. Sparacino, Esq. (Admitted *Pro Hac Vice*)
District of Columbia Bar No. 493700
SPARACINO PLLC
1920 L Street, NW
Suite 835
Washington, DC 20036
Telephone: (202) 629-3530
eli.kay-oliphant@sparacinopllc.com

Brian D. Shapiro, Esq.
Nevada Bar No. 5772
LAW OFFICE OF BRIAN D. SHAPIRO, LLC
510 S. 8th Street
Las Vegas, NV 89101
Telephone: (702) 386-8600
brian@brianshapirolaw.com

*Attorneys for Sparacino PLLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | **Case No. 2:15-cv-01045-RFB-BNW**<br><br><br>**SPARACINO PLLC'S SUPPLEMENT WITH REGARD TO ITS MOTION FOR RELIEF PURSUANT TO THE COURT'S INHERENT AUTHORITY** |

1  Sparacino herewith updates the Court that it has terminated its representation with the
2  remaining absent class members with which it previously entered into engagement letters.
3  Sparacino will not seek any compensation from any of its former clients who are absent class
4  members in this case.  And Sparacino will not communicate with absent class members, going
5  forward.

6

7  DATED: November 24, 2023          Respectfully Submitted,

8

                                                    By:   /s/ Eli J. Kay-Oliphant
9

10  Eli J. Kay-Oliphant, Esq.
  (Admitted *Pro Hac Vice Motion*)
11  New York Bar No. 4421541
District of Columbia Bar No. 503235
12  Illinois Bar No. 6326136
Ryan R. Sparacino, Esq.
13   (Admitted *Pro Hac Vice*)
District of Columbia Bar No. 493700
14  SPARACINO PLLC
1920 L Street, NW
15  Suite 835
Washington, DC 20036
16  Telephone:  (202) 629-3530
eli.kay-oliphant@sparacinopllc.com
17

18  Brian D. Shapiro, Esq.
Nevada Bar No. 5772
19  LAW OFFICE OF BRIAN D. SHAPIRO, LLC
510 S. 8th Street
20  Las Vegas, NV 89101
Telephone:  (702) 386-8600
21  brian@brianshapirolaw.com

22  *Attorneys for Sparacino PLLC*

23

24

25

26

27

28

1
SPARACINO PLLC'S SUPPLEMENT WITH REGARD TO ITS MOTION FOR RELIEF PURSUANT TO
THE COURT'S INHERENT AUTHORITY
Case No. 2:15-cv-01045-RFB-BNW

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November 2023 a true and correct copy of **SPARACINO PLLC'S SUPPLEMENT WITH REGARD TO ITS MOTION FOR RELIEF PURSUANT TO THE COURT'S INHERENT AUTHORITY** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

/s/ Eli J. Kay-Oliphant

Eli J. Kay-Oliphant, Esq.

2

SPARACINO PLLC'S SUPPLEMENT WITH REGARD TO ITS MOTION FOR RELIEF PURSUANT TO
THE COURT'S INHERENT AUTHORITY
Case No. 2:15-cv-01045-RFB-BNW