1  Eric L. Cramer (admitted *pro hac vice*)
   Michael Dell'Angelo (admitted *pro hac vice*)
2  Patrick F. Madden (admitted *pro hac vice*)
   Najah Jacobs (admitted *pro hac vice*)
3  BERGER MONTAGUE PC
4  1818 Market Street, Suite 3600
   Philadelphia, PA 19103
5  Telephone: (215) 875-3000
   Facsimile: (215) 875-4604
6  ecramer@bm.net
7  mdellangelo@bm.net
   pmadden@bm.net
8  njacobs@bm.net

9  *Co-Lead Counsel for the Bout Class and*
10 *Attorneys for Individual and Representative Plaintiffs*

11 [Additional Counsel Listed on Signature Page]

12
               **IN THE UNITED STATES DISTRICT COURT**
13                    **FOR THE DISTRICT OF NEVADA**

14

15 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-BNW |
|---|---|
| Plaintiffs, | **INDEX OF EXHIBITS TO DECLARATION OF ERIC L. CRAMER, ESQ.** |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

Pursuant to Local Civil Rule IA 10-3(d), Plaintiffs submit this Index of Exhibits to the Declaration of Eric L. Cramer, Esq.

| Exhibit Number | Description |
|---|---|
| 1 | Expert Report of Hal J. Singer, Ph.D. (August 31, 2017) |
| 2 | Rebuttal Expert Report of Hal J. Singer, Ph.D. (January 12, 2018) |
| 3 | Supplemental Expert Report of Hal J. Singer, Ph.D. (April 3, 2018) |
| 4 | Second Supplemental Reply Report of Hal J. Singer, Ph.D. (May 28, 2018) |
| 5 | Expert Report of Andrew Zimbalist in *Cung Le, et al. v. Zuffa, LLC* (August 30, 2017) (redacted) |
| 6 | Expert Rebuttal Report of Andrew Zimbalist (December 26, 2017) |
| 7 | Expert Rebuttal Report of Professor Alan Manning (January 12, 2018) |
| 8 | Expert Report of Guy A. Davis, CPA, CIRA, CDBV, CFE (August 31, 2017) |
| 9 | Expert Report of Professor Robert H. Topel (October 27, 2017) (excerpted) |
| 10 | Expert Report of Paul Oyer (October 27, 2017) (excerpted) |
| 11 | Deposition of Nathan Quarry (September 30, 2016) (excerpted) |
| 12 | 30(b)(6) Deposition of Kirk D. Hendrick on behalf of Zuffa, LLC (November 29, 2016) (excerpted) |
| 13 | 30(b)(6) Deposition of Kirk D. Hendrick on behalf of Zuffa, LLC (November 30, 2016) (excerpted) |
| 14 | 30(b)(6) Deposition of Ike Lawrence Epstein on behalf of Zuffa, LLC (December 2, 2016) (excerpted) |
| 15 | Deposition of Denitza Batchvarova (January 25, 2017) (excerpted) |
| 16 | Deposition of Kurt Otto (February 6, 2017) (excerpted) |
| 17 | Deposition of Thomas J. Atencio (February 9, 2017) (excerpted) |
| 18 | Deposition of Jon Fitch (February 15, 2017) (excerpted) |
| 19 | Deposition of Brandon Vera (February 16, 2017) (excerpted) |
| 20 | Deposition of Kyle Kingsbury (February 17, 2017) (excerpted) (redacted) |
| 21 | Deposition of Jeremy Lappen (February 28, 2017) (excerpted) |
| 22 | Deposition of Lorenzo J. Fertitta (March 23, 2017) (excerpted) |
| 23 | Deposition of Shannon Knapp (April 11, 2017) (excerpted) |
| 24 | Deposition of Sean Shelby (April 12, 2017) (excerpted) |
| 25 | Deposition of John Mulkey (April 19, 2017) (excerpted) |
| 26 | Deposition of Jeffrey Aronson (April 25, 2017) (excerpted) |
| 27 | Rule 30(b)(6) Deposition of Drew Goldman on behalf of Deutsche Bank (April 28, 2017) (excerpted) |
| 28 | Deposition of Ike Lawrence Epstein (May 26, 2017) (excerpted) |
| 29 | Deposition of Joseph Silva (June 7, 2017) (excerpted) (redacted) |
| 30 | Deposition of Scott Coker (August 3, 2017) (excerpted) |
| 31 | Deposition of Dana F. White (August 9, 2017) – Vol. 1 (excerpted) |
| 32 | Deposition of Dana F. White (August 9, 2017) – Vol. 2 (excerpted) (redacted) |

| Exhibit Number | Description |
|---|---|
| 33 | Deposition of Dana F. White (August 10, 2017) (excerpted) |
| 34 | Deposition of Hal J. Singer, Ph.D. (September 27, 2017) (excerpted) |
| 35 | Deposition of Paul Oyer (November 29, 2017) (excerpted) |
| 36 | Deposition of Robert Topel (December 5, 2017) (excerpted) |
| 37 | Deposition of Robert Topel (December 6, 2017) (excerpted) |
| 38 | Deposition of Roger D. Blair (December 8, 2017) (excerpted) |
| 39 | Deposition of Roger D. Blair (December 9, 2017) (excerpted) |
| 40 | ZFL-0827903 (redacted) |
| 41 | ZFL-0872344 (redacted) |
| 42 | ZFL-0872351 (redacted) |
| 43 | ZFL-0990908 (redacted) |
| 44 | ZFL-1055607 (excerpted) |
| 45 | ZFL-1081154 |
| 46 | ZFL-1096310 (redacted) |
| 47 | ZFL-1240584 |
| 48 | ZFL-1384297 (excerpted) |
| 49 | ZFL-1391183 (redacted) |
| 50 | ZFL-1404974 (redacted) |
| 51 | ZFL-1421551 |
| 52 | ZFL-1472158 (excerpted) |
| 53 | ZFL-1484034 |
| 54 | ZFL-1501599 |
| 55 | ZFL-1872579 (redacted) |
| 56 | ZFL-1873428 (redacted) |
| 57 | ZFL-1874637 (redacted) |
| 58 | ZFL-1897652 (excerpted) (redacted) |
| 59 | ZFL-1904802 (redacted) |
| 60 | ZFL-1911498 (redacted) |
| 61 | ZFL-2020850 |
| 62 | ZFL-2193553 (redacted) |
| 63 | ZFL-2277058 (excerpted) |
| 64 | ZFL-2279086 (excerpted) |
| 65 | ZFL-2283306 |
| 66 | ZFL-2461790 |
| 67 | ZFL-2463304 (excerpted) |
| 68 | ZFL-2469204 |
| 69 | ZFL-2469208 |
| 70 | ZFL-2477398 (redacted) |
| 71 | ZFL-2496215 (redacted) |
| 72 | ZFL-2497585 (redacted) |
| 73 | ZFL-2528642 |
| 74 | ZFL-2528842 |
| 75 | ZFL-2535654 (redacted) |
| 76 | ZFL-2536695 (redacted) |

| Exhibit Number | Description |
|---|---|
| 77 | ZFL-2544572 (redacted) |
| 78 | ZFL-2700585 (excerpted) |
| 79 | ZFL-2757165 (redacted) |
| 80 | ZFL-2764805 (redacted) |
| 81 | ZFL-12535916 (redacted) |
| 82 | ZFL-12543287 |
| 83 | ZUF-00031544 (redacted) |
| 84 | ZUF-00085896 (redacted) |
| 85 | ZUF-00108798 (excerpted) |
| 86 | ZUF-00111415 (excerpted) |
| 87 | ZUF-00154095 |
| 88 | ZUF-00162329 (excerpted) |
| 89 | ZUF-00284193 |
| 90 | ZUF-00296965 (redacted) |
| 91 | ZUF-00325418 |
| 92 | ZUF-00336384 |
| 93 | ZUF-00395941 (redacted) |
| 94 | ZUF-00395952 |
| 95 | CG-UFC-00000005 (excerpted) |
| 96 | DB-ZUFFA-00006237 (excerpted) |
| 97 | DB-ZUFFA-00006389 (excerpted) |
| 98 | DB-ZUFFA-00006528 (excerpted) |
| 99 | DB-ZUFFA-00006631 (excerpted) |
| 100 | DB-ZUFFA-00006712 (excerpted) |
| 101 | DB-ZUFFA-00014046 (excerpted) |
| 102 | DB-ZUFFA-00020303 |
| 103 | DB-ZUFFA-00024678 (excerpted) |
| 104 | DB-ZUFFA-00056900 (excerpted) |
| 105 | DB-ZUFFA-00057908 (excerpted) |
| 106 | MDYS ZFF 000005 (redacted) |
| 107 | MDYS ZFF 000039 (redacted) |
| 108 | MDYS ZFF 000058 (redacted) |
| 109 | MDYS ZFF 000074 (redacted) |
| 110 | MDYS ZFF 000082 (redacted) |
| 111 | MDYS ZFF 000103 (excerpted) |
| 112 | RAINE0000019 (excerpted) |
| 113 | RAINE0018791 (excerpted) |
| 114 | RAINE0020542 (excerpted) |
| 115 | RAINE0020633 (excerpted) |
| 116 | WME_ZUFFA_00001150 (excerpted) |
| 117 | WME_ZUFFA_00005368 (excerpted) |
| 118 | WME_ZUFFA_00013978 (redacted) |
| 119 | WME_ZUFFA_00031950 (redacted) |
| 120 | Z.E._006755 (excerpted) (redacted) |

| Exhibit Number | Description |
|---|---|
| 121 | Aronson Ex. 6 |
| 122 | Hendrick 30(b)(6) Ex. 2 (excerpted) |
| 123 | Hendrick 30(b)(6) Ex. 24 (ZFL-2642993) (redacted) |
| 124 | J. Silva Ex. 8 (ZUF-00296713) (redacted) |
| 125 | J. Silva Ex. 11 (ZFL-0822197) (redacted) |
| 126 | J. Silva Ex. 12 (ZUF-00085896) (redacted) |
| 127 | J. Silva Ex. 14 (ZFL-0826818) (redacted) |
| 128 | J. Silva Ex. 16 (ZFL-1012702) (redacted) |
| 129 | J. Silva Ex. 26 (ZFL-2287140) (redacted) |
| 130 | J. Silva Ex. 28 (ZFL-0827903) (redacted) |
| 131 | J. Silva Ex. 29 (ZFL-2497582) (redacted) |
| 132 | J. Silva Ex. 39 (ZFL-0977248) |
| 133 | J. Silva Ex. 45 (ZFL-2536288) (redacted) |
| 134 | Quinn Ex. 3 (ZFL-2699678) (excerpted) (redacted) |
| 135 | White Ex. 36 |
| 136 | White Ex. 44 |
| 137 | White Ex. 117 (ZFL-0000221) (excerpted) |
| 138 | Defendant Zuffa, LLC's Responses to Plaintiffs' Second, Third, and Fourth Set of Requests for Admission (excerpted) |
| 139 | John Morgan, *Dana White stands by "pay for rankings" claim, says UFC is the NFL of MMA*, available at http://mmajunkie.com/2010/06/dana-white-stands-by-pay-for-rankings-claim-says-ufc-is-the-nfl-of-mixed-martial-arts |
| 140 | Peter Carroll, *ACB confirms cancellation of three events due to 'organizational and financial problems,'* MMAFighting.com (Jul. 30, 2018), *available at* https://www.mmafighting.com/2018/7/30/17629554/acb-confirms-cancellation-of-three-events-due-to-organizational-and-financial-problems |
| 141 | Deposition of Hal J. Singer, Ph.D. (January 23, 2018) (excerpted) |
| 142 | Declaration of Hal J. Singer, Ph.D. (November 13, 2023) |
| 143 | ZFL-2508355 (excerpted) |

| | |
|---|---|
| Dated: November 30, 2023 | Respectfully Submitted, |
| | By: /s/ Eric L. Cramer |
| | Eric L. Cramer |

Eric L. Cramer (*Pro Hac Vice*)
Michael Dell'Angelo (*Pro Hac Vice*)
Patrick F. Madden (*Pro Hac Vice*)
Najah Jacobs (*Pro Hac Vice*)
BERGER|MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000/Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
pmadden@bm.net

Joshua P. Davis (*Pro Hac Vice*)
Julie Pollock (*Pro Hac Vice*)
BERGER|MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 906-0684
jdavis@bm.net
jpollock@bm.net

Joseph R. Saveri (*Pro Hac Vice*)
Kevin E. Rayhill (*Pro Hac Vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

**Co-Lead Counsel for the Bout Class and Attorneys for Individual and Representative Plaintiffs**

**Liaison Counsel for the Bout Class and Attorneys for Individual and Representative Plaintiffs:**

Don Springmeyer (Nevada Bar No. 1021)
Bradley S. Schrager (Nevada Bar No. 10217)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Phone: (702) 341-5200/Fax (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

**Additional Counsel for the Bout Class and Attorneys for Individual and Representative Plaintiffs**:

Robert C. Maysey (*Pro Hac Vice*)
Jerome K. Elwell (*Pro Hac Vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Phone: (602) 264-7101/Fax: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com