# Exhibit 7

Expert Rebuttal Report of
Professor Alan Manning
(January 12, 2018)

**PUBLIC COPY**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No.: 2:15-cv-01045-RFB-(PAL) |
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, | CLASS ACTION |
| Plaintiffs, | |
| vs. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

### EXPERT REBUTTAL REPORT OF PROFESSOR ALAN MANNING
### January 12, 2018

**PUBLIC COPY**

# TABLE OF CONTENTS

Background ........................................................................................................................................ 1

Assignment ........................................................................................................................................ 1

Opinion .............................................................................................................................................. 1

I.    Wage share can be an appropriate way for a labour economist to analyse compensation. ............. 2

    A.  *The appropriate way to analyse compensation depends on the question being asked.* ............. 2

    B.  *The appropriate way to analyse compensation depends on the data available.* ........................ 3

II.   Wage share is an appropriate way to analyse the compensation of MMA fighters in this litigation. ....................................................................................................................................... 5

Conclusion ......................................................................................................................................... 7

EXHIBIT A: CURRICULUM VITAE ............................................................................................. 8

EXHIBIT B: MATERIALS RELIED UPON .................................................................................. 17

**PUBLIC COPY**

**Background**

1. I am a Professor of Economics at the London School of Economics. I am a labour economist who has published over 50 articles in peer-reviewed journals. I was chair of my department from 2009-2012 and an editor of the Journal of Labor Economics from 2004-2011. In 2014, I was elected a Fellow of the Society of Labor Economists. My CV is attached as Exhibit A. It contains, among other things, a list of the cases in which I have served as an expert witness over the last 4 years. I am being compensated at a rate of $750 per hour for my work in this case. None of my compensation is contingent on the outcome of this litigation.

**Assignment**

2. In this litigation, Dr. Hal Singer has analysed Zuffa's alleged under-compensation of its fighters using "labour share" (or "wage share"), that is, by assessing the *percentage* of the revenues from MMA events that Zuffa paid to its fighters in the actual world and the *percentage* of the event revenues that Zuffa would have paid its fighters if not for the alleged anticompetitive conduct being challenged in this litigation.[1] Dr. Andrew Zimbalist has similarly relied on wage share in his analysis.[2]

3. Drs. Oyer and Topel have criticized the analyses of Drs. Singer and Zimbalist by claiming that the right measure of compensation is wage *level*—compensation to fighters measured in *dollars*—not wage *share*—compensation measured as the percentage of event revenue Zuffa paid its fighters.[3] Both Dr. Oyer and Dr. Topel make sweeping claims regarding the use of wage shares. Dr. Oyer opines that wage shares are "not generally accepted in the field of labor economics as a method for determining compensation in a competitive labor market. . . ."[4] Similarly, Dr. Topel asserts that "standard economic models of competitive labor markets make predictions about the level of worker pay, not about worker pay as a share of revenue."[5]

4. I was asked to review and evaluate the criticisms of Dr. Singer's and Dr. Zimbalist's use of "labour share" or "wage share" made in the reports of Drs. Oyer and Topel.

**Opinion**

5. My opinion can be summarized in two parts:

   (1) Wage share can be an appropriate way for a labour economist to analyse compensation.
   (2) Wage share is an appropriate way to analyse the compensation of MMA fighters in this case.

---

[1] *See* Expert Report of Hal J. Singer, Ph.D. (Aug. 31, 2017) (hereinafter "Singer Report"), Sections III.D.1, V.A.
[2] *See* Expert Report of Andrew Zimbalist in Cung Le, et al. v. Zuffa, LLC (Aug. 30, 2017) (hereinafter "Zimbalist Report"), Sections V.A-C.
[3] *See* Expert Report of Paul Oyer (Oct. 27, 2017) (hereinafter "Oyer Report"), Sections V, VII; Expert Report of Professor Robert H. Topel (Oct. 27, 2017) (hereinafter "Topel Report"), Sections VI, VII.A, XVII.C.
[4] Oyer Report, ¶30.
[5] Topel Report, Section VI.B.

1

PUBLIC COPY

6. Drs. Oyer and Topel argue that the "best practice"—indeed, the *only* acceptable practice—involves estimating equations with wage level rather than the wage share as the dependent variable.[6] For the reasons set forth below, they are incorrect. In particular, use of wage share is appropriate when three circumstances obtain: (1) the goal is to compare compensation to marginal revenue product; (2) sufficient firm-level information is available to compute wage share; and (3) it is possible to obtain a reasonable estimate of the part of a firm's revenue that can be ascribed to the activities of a particular worker or group of workers.[7] The criteria are met more often in sports than in most other settings and, as explained below, they are met for MMA fighters in this legal action.

**I. Wage share can be an appropriate way for a labour economist to analyse compensation.**

7. Drs. Oyer and Topel argue that the level of earnings (or perhaps the log of earnings) is the only appropriate measure for evaluating compensation.[8]

8. Dr. Oyer discusses what he calls "Mincer Regressions" in which the dependent variable is the log of compensation and makes the claim that "Mincer regressions are the core tool of analysis of labor markets generally,"[9] the implication being that Dr. Singer's use of fighter wage share deviates from the "best practice" as defined by labour economists. There are two main reasons why Dr. Oyer's opinion is incorrect:

   (A) The appropriate way to analyse compensation depends on the question being asked.
   (B) The appropriate way to analyse compensation depends on the data available.

   **A.** *The appropriate way to analyse compensation depends on the question being asked.*

9. When labour economists use a Mincer regression with the level of compensation (or some variant of that) as the dependent variable, they are most commonly providing a descriptive analysis of the factors that determine earnings. A classic example would be the large academic literature on estimating the rate of return to education, asking the question, "How much more might an individual expect to earn if he or she acquires an extra year of education?" To answer that question, one wants the best possible model of the determinants of level of earnings. In that case, it is natural to use the level of earnings as the variable of interest as one is interested in the level of earnings.

10. But, in this litigation, the question to be considered is different. It is, "How do the earnings of fighters compare to what they would have earned in a competitive market?" One is seeking a comparison so it is natural that this leads to a choice of variable that compares, as best one is able to do, actual compensation with what we would expect fighters to earn in a competitive market.

---

[6] *See* Oyer Report, Sections V.A-B; Topel Report, Section VI.B.
[7] This third criterion is satisfied if a firm's revenue—such as event revenue in MMA—is proportional to the marginal revenue product of a worker or group of workers—for example, a fighter or group of fighters in MMA.
[8] *See* Oyer Report, Sections V.A-B; Topel Report, Section VI.B.
[9] Oyer Report, ¶ 21.

2

PUBLIC COPY

11. Drs. Oyer, Topel, Singer, and I all agree that in a perfectly competitive market, workers would be paid their marginal revenue product of labour (MRPL or MRP).[10] If data on the marginal revenue product were available a direct comparison with earnings would suffice to decide whether there were anti-competitive practices and how much compensation fighters would receive in a competitive market. It is important to realize that in this world with ideal data, it would not be the level of compensation that would be the variable to be explained (as the reports of Drs. Oyer and Topel claim) but the wage relative to the marginal revenue product of labour.

12. Dr. Oyer's claim that "economists doing empirical analysis of earnings typically look at the *level* of pay . . . because it is a better proxy for the value the worker adds,"[11] is not helpful for addressing the question in this litigation. To assess whether this labour market is competitive one needs to be able to compare the earnings of the fighters to the value that they add, *i.e.*, an analysis of pay alone is insufficient.

13. This rationale is recognized in the existing literature. One well-known survey by Boal and Ransom discusses in section 5.1 that "[a]n omnibus test for monopsony power therefore compares estimated values of the MRP, perhaps from a production function, with actual wages,"[12] and goes on to discuss various attempts to do that, most of them from sports.[13] The appropriate focus of analysis being a comparison of compensation with MRP is very clear.

   B. *The appropriate way to analyse compensation depends on the data available.*

14. The ideal data for a case of this type would be accurate information on both earnings and the marginal revenue product of fighters so one—earnings—could be compared to the other—marginal revenue product. Direct measures of the marginal revenue product are very rare. As a result, typically, one has to rely on rough estimates. But in many data sets there is no firm-level information that could plausibly be used even to begin to estimate the marginal revenue product of labour.

15. This absence of appropriate data is the case with many of the studies to which Dr. Oyer refers when arguing that labour economists do not use wage share. But this predicament represents a necessity, not a choice, because the requisite data are not available.

16. Dr. Oyer refers to a discussion in the Boal and Ransom survey paper of a study of teacher pay by Beck which uses total compensation as the outcome.[14] This is a highly selective representation of the papers, many from sports, discussed in the Boal and Ransom survey. But Beck's study is of teachers in the public sector where education is free so there is no way to compute a "wage share" even if the author had wanted to do so (because there are no "revenues" with which to compare wages).[15] Boal and

---

[10] *See* Oyer Report, ¶¶ 15-18; Topel Report, ¶ 130; Singer Report, n. 454, ¶ 288.
[11] Oyer Report, ¶ 12.
[12] William M. Boal and Michael R. Ransom, *Monopsony in the Labor Market*, Journal of Economic Literature (1997), at 99.
[13] *See* Boal and Ransom, at 99-102.
[14] *See* Oyer Report, ¶ 27 (citing Boal and Ransom, at 103-04).
[15] *See* Boal and Ransom, at 103-04.

PUBLIC COPY

Ransom recognize this when they write, "The measurement of outputs may be particularly difficult in public or private service sectors (*e.g.*, education, nursing)."[16]

17. Dr. Oyer cites two papers by Hirsch and Schumacher on nurse pay but fails to note that these studies do not contain any variables that would allow one to compute something akin to wage share if one wanted to do so.[17] In both cases, the primary data used for earnings comes from the Current Population Survey (CPS).[18] But the authors themselves admit this data is far from perfect, *e.g.*, their 1995 paper states that "the primary disadvantage of the CPS is that it lacks information on . . . employer characteristics apart from industry (hospital, nursing home etc.) and sector (private, federal, state or local)."[19]

18. Dr. Oyer cites a paper by Naidu on the impact of labour laws in the post-bellum South in the U.S., but again fails to note that the data sets used do not allow one to compute a variable akin to wage share.[20] The same is true of the study by Kleiner and Park on the pay of dental hygienists[21]—the data on earnings there come from the American Community Survey which lacks the same information on employer characteristics as the CPS noted above.[22]

19. Dr. Oyer cites a book I published in 2003 entitled "Monopsony in Motion," pointing out that "there are no regressions or tables in the book that use labor share of revenue . . . as any part of the empirical analysis."[23] This is true. But what Dr. Oyer does not note is that this was not a choice, but rather a necessity due to the lack of available data. The data sets analysed in that book—summarized, for the most part, in the Data Sets Appendix—are individual data sets containing only very limited information on employers—their industry and, sometimes, their size.[24] But they contain no variable that would allow computation of wage share.

20. In fact, Dr. Oyer fails to give a single example in which a researcher was interested in comparing compensation with marginal revenue product and could have used worker wage share in an empirical investigation but chose not to do so.

21. Wage share compares earnings to the average revenue product of labour. The average revenue product of labour ("ARPL") is not the same as the marginal revenue product but there is often a tight relationship between the two in commonly used economic models. Consider a firm that has a revenue function of Cobb-Douglas form $R = AN^\alpha$

---

[16] Boal and Ransom, at 99-100.
[17] *See* Oyer Report, ¶ 25 (citing Barry T. Hirsch and Edward J. Schumacher, *Monopsony Power and Relative Wages in the Labor Market for Nurses*, Journal of Health Economics (1995); Barry T. Hirsch and Edward J. Schumacher, *Classic or New Monopsony? Searching for Evidence in Nursing Labor Markets*, Journal of Health Economics (2005)).
[18] *See* Hirsch and Schumacher (1995), at 449; Hirsch and Schumacher (2005), at 976.
[19] Hirsch and Schumacher (1995), at 451.
[20] *See* Oyer Report, ¶ 26 (citing Suresh Naidu, *Recruitment Restrictions and Labor Markets: Evidence from the Post-Bellum US South*, Journal of Labor Economics, (2010) at 413-45); Naidu, summarizing data sets used at 421, 430, 437.
[21] *See* Oyer Report, ¶ 26 (citing Morris Kleiner and Kyoung Won Park, Battles Among Licensed Occupations: Analyzing Government Regulations on Labor Market Outcomes for Dentists and Hygienists," NBER Working Paper 16560 (2010)).
[22] *See* Kleiner and Park, at 14.
[23] *See* Oyer Report, ¶ 22 (citing ALAN MANNING, MONOPSONY IN MOTION, Princeton University Press (2003)).
[24] *See* MANNING, at 369-78.

PUBLIC COPY

where *N* is the level of employment and *A* represents other factors that influence total revenue. In this case the marginal revenue product of labour can be written as $\alpha \frac{R}{N}$ *i.e.*, is proportional to the average revenue product of labour so that an analysis of how measures of labour market competitiveness (e.g., the foreclosure share variable in Dr. Singer's analysis) change the wage share would be the best approach to take, and this is very similar to the approach taken in Dr. Singer's report.[25] Simply seeing how wage levels vary with a measure of labour market competitiveness—as recommended by Drs. Oyer and Topel—would lead to invalid conclusions if factors influencing the revenue function are not controlled for in the regression and these are correlated with how labour market competitiveness varies.

22. In many situations where one could compute worker share, it is often at too aggregated a level to be useful as a measure of compensation relative to the marginal revenue product. For example, a firm may have many thousands of workers and the only available information on firm revenue may derive from aggregated accounts. A case in point is the *High Tech Employee* case (a recent high-profile labour antitrust case in which I myself submitted an expert report for the plaintiff class). Dr. Oyer refers to expert analysis in *High-Tech*, arguing that the plaintiffs' expert used the log of compensation rather than worker share as the dependent variable.[26] But Dr. Oyer fails to note that there would have been no data measuring the contribution to firm revenue of the class of high-tech employees in that case (the available revenue data consisted of, *e.g.*, Apple's total global corporate revenue). Therefore, it would not have been possible to construct a wage share variable comparable to the wage share variable used by Dr. Singer in this case (which, as explained below, is constructed using event-specific revenue data).

23. To summarize, use of wage share is appropriate when, as in this case, one is interested in comparing compensation to marginal revenue product; when one has sufficient firm-level information to compute wage share; and when one can reasonably measure the part of a firm's revenue that can be ascribed to the activities of a particular worker or group of workers.[27] It is typically hard to meet these criteria but sports is one area where it is much easier than most. The next section explains why these conditions are met in particular for MMA fighters.

**II.  Wage share is an appropriate way to analyse the compensation of MMA fighters in this litigation.**

24. The availability of data about event revenue allows the computation of fighter share. And fighters are not anonymous and interchangeable as workers are in many labour markets. One typically does not care about who are the wait staff when eating a meal in a restaurant. But one does care about who is on the bill for an MMA fight—the fighters are people with media articles written about them, and often Wikipedia pages. It is reasonable to conclude that the fighters are the key workers in the event that the customers are paying to watch and so play an important role in generating event

---

[25] *See* Singer Report, Sections III.D.1, V.A., Table 6.
[26] *See* Oyer Report, ¶¶ 43-44 (discussing *In re: High Tech Employees Antitrust Litigation*).
[27] As noted above, this third criterion is satisfied if a firm's revenue—such as event revenue in MMA—is proportional to the marginal revenue product of a worker or group of workers—for example, a fighter or group of fighters in MMA.

5

PUBLIC COPY

revenue. And the marginal revenue product of an MMA fighter is plausibly proportional to event revenue.

25. The reasoning that supports this conclusion is the following. Economists often make a distinction between the marginal physical product—the physical act of working—and the marginal revenue product—how much revenue is generated by the physical labour.

26. In the case of MMA fighters the marginal physical (very physical in their case) product is the fight. This is the same however many people are paying to watch and the amount that they pay. But the marginal revenue product will change with the number of people watching and the amount they pay.

27. If revenue for the fight is twice as large then the MRPL is twice as high and fighter compensation in a competitive market would be twice as high. So the marginal revenue product will be proportional to the event revenue.[28]

28. The implication is that it is reasonable to think that an investigation of how fighter share varies with a measure of the competitiveness of the market is an appropriate way to analyse the compensation of MMA fighters. Indeed, as noted above, Dr. Topel's own regression analyses confirm that fighter compensation varies with event revenue.[29]

29. The key issue that arises, then, is how best to control for event revenue. Dr. Singer did so by using wage share as the dependent variable,[30] which reasonably assumes proportionality between event revenue and compensation in a competitive market (or at least a more competitive market than the actual world). Dr. Topel instead used wage level as the dependent variable and included event revenue as an independent variable.[31]

30. Dr. Singer's approach is reliable and Dr. Topel's is not. While event revenue is plausibly proportional to marginal revenue product for the reasons given earlier, it is not a perfect measure. If one then uses event revenue as a regressor as is done by Dr. Topel,[32] this imperfection in event revenue as a measure of marginal revenue product will bias the estimated coefficients in the regression. The technical term used by econometricians for this problem is "endogeneity" or "measurement error"[33] in an explanatory variable. By introducing an explanatory variable that can only measure MRP with significant error, Dr. Topel potentially introduces bias into *all* of his

---

[28] The identity of the fighters participating in an event can make a great deal of difference to how much revenue it generates. The recent fight between Floyd Mayweather and Conor McGregor is illustrative. Substituting two other fighters in their place would have been expected to generate far lower revenues. *See* Steven Marrocco, *Showtime: Floyd Mayweather vs. Conor McGregor did 4.3 million PPV buys in North America*, MMA JUNKIE (December 14, 2017), available at http://mmajunkie.com/2017/12/showtime-floyd-mayweather-vs-conor-mcgregor-pay-per-view-buys-north-america.
[29] *See* Topel Report, ¶ 148, Exhibit 13 (columns 4-6).
[30] *See* Singer Report, ¶¶ 180-81.
[31] *See* Topel Report, ¶ 146.
[32] *See* Topel Report, ¶ 146.
[33] *See, e.g.,* JEFFREY WOOLDRIDGE, INTRODUCTORY ECONOMETRICS: A MODERN APPROACH 318-22 (Thompson 4th ed. 2009).

PUBLIC COPY

regression coefficients.[34] In contrast, Dr. Singer's approach avoids this problem and so is the appropriate methodology.

### Conclusion

31.  Drs. Oyer and Topel are incorrect in asserting that labour economists do not use wage share in analysing compensation. We do under appropriate circumstances. Those circumstances arise when: (1) the goal is to compare compensation to marginal revenue product; (2) sufficient firm-level information is available to compute wage share; and (3) it is possible to ascribe a measurable part of a firm's revenue to the activities of a particular worker or group of workers. Those criteria are met for MMA fighters in this litigation. It is reasonable in this case to think that growth in marginal revenue product is proportional to growth in event revenue. Under these circumstances, wage share is an appropriate way to compare the actual compensation MMA fighters receive to the compensation they would receive in a (more) competitive labour market.

*[signature]*

Professor Alan Manning
Executed on January 12, 2018

---

[34] *Id.* at 320 ("Generally, measurement error in a single variable causes inconsistency in all estimators. Unfortunately, the sizes, and even the directions of the biases, are not easily derived.").

PUBLIC COPY

**EXHIBIT A:  CURRICULUM VITAE**

January 2018

ALAN MANNING

Current Address: Department of Economics, London School of Economics, Houghton Street, London WC2A 2AE

Contact Details:
E-mail a.manning@lse.ac.uk
Phone (44) 020 7955 6078
Webpage: http://personal.lse.ac.uk/manning/

EDUCATION AND QUALIFICATIONS

1981-84: Nuffield College, Oxford
1985: DPhil Economics
1983: MPhil Economics
1978-81: Clare College, Cambridge
1981: BA(Hons) Economics

EMPLOYMENT

Oct. 1984- Sept. 1989: Lecturer in Economics, Birkbeck College.
Oct. 1989- Sept.1993: Lecturer in Economics, London School of Economics.
Oct. 1993- Oct 1997: Reader in Economics, London School of Economics.
Oct 1997 -: Professor of Economics, London School of Economics

OTHER POSITIONS HELD AND RESPONSIBILITIES

| | |
|---|---|
| 2016-present | Chair, Migration Advisory Committee |
| 2015-2016 | Member, Migration Advisory Committee |
| 2014-present | Fellow, Society of Labor Economists |
| 2009-2012 | Head of Economics Department, LSE |
| 2007-2008 | Visiting Scholar, MIT. |
| 2007 - Present | Member of Editorial Board, Applied Economics Journal. |
| 2004-2011 | Member of the NHS Pay Review Body |
| 2004-2011 | Editor of the Journal of Labor Economics |
| 2004-2011 | Member, Royal Economic Society Committee on Women in Economics |
| 2000-present | Director, Labour Markets and Community Programmes, Centre for Economic Performance, LSE. |
| 1999-2004 | PhD Programme Director, Department of Economics, LSE. |
| 1998-1999 | Visiting Research Fellow, University of California, Berkeley. |
| 1996-2006 | Co-Editor, Economica |
| 1994-1995 | Visiting Associate Professor, Department of Economics, Princeton |
| 1994-2004 | Member of Editorial Board, New Economy |
| 1993 | Visiting Professor, Université de Paris I, Panthéon-Sorbonne. |
| 1993-1998 | Associate Editor, European Economic Review |

8

**PUBLIC COPY**

| | |
|---|---|
| 1992-present | Associate Editor, Labour Economics. |
| 1991-1992 | Member of 'Economic Policy' Panel. |
| 1990 | Visiting Research Fellow, Institute for International Economic Studies, University of Stockholm. |
| 1988-2006 | Research Fellow, Centre for Economic Policy Research. |
| 1988 | Visiting Assistant Professor, School of Business Administration, University of California, Berkeley, |
| 1988-1995 | Member of Editorial Board, Review of Economic Studies. |

KEYNOTE LECTURES AT CONFERENCES

| | |
|---|---|
| December 2016 | Keynote Lecture, AMSE-Banque de France Conference, Aix-en-Provence |
| September 2016 | Keynote Lecture, Tasks IV Conference, Mannheim |
| January 2014 | Keynote Lecture, 11th Conference on Immigration and Integration, Stockholm |
| September 2012 | Keynote Lecture, Verein fur Socialpolitik (German Economic Association), Annual Conference, Gottingen, Germany. |
| June 2010 | Keynote Lecture, European Society of Population Economics, Essen, Germany |
| October 2004 | Keynote Lecture, Applied Econometrics Association Conference on Econometrics of Labour Demand, Mons Belgium. |
| March 2004 | President's Lecture, Scottish Economic Society, Perth. |
| April 2003 | Review of Economic Studies Lecture, Royal Economic Society, Warwick. |
| Sept. 2002 | Adam Smith Lecture, European Association of Labour Economics, Paris. |

PUBLICATIONS

**Books**
Monopsony in Motion: Imperfect Competition in Labor Markets, Princeton University Press, 2003.

**Articles in Refereed Journals**

"The Persistence of Local Joblessness", American Economic Review, forthcoming (with Michael Amior).

"How Local Are Labour Markets? Evidence from a Spatial Job Search Model", American Economic Review, 2017, 107, 2877-2907 (with Barbara Petrongolo).

"The Contribution of the Minimum Wage to U.S. Wage Inequality over Three Decades: A Reassessment", American Economic Journal (Applied), 2016, 8, 58-99 (with David H. Autor and Christopher L. Smith).

"Explaining Job Polarization", American Economic Review, 2014, 14, 2059-2026. (with Maarten Goos and Anna Salomons).

9

PUBLIC COPY

"One Nation Under a Groove? Identity and Multiculturalism in Britain", Journal of Economic Behavior and Organization, 2013, 93, 166-185 (with Andreas Georgiadis).

"The Impact of Immigration on the Structure of Male Wages: Theory and Evidence from Britain", Journal of the European Economic Association, 2012, 10, 150-171 (with Marco Manacorda and Jonathan Wadsworth).

"Privatization, entry regulation and the decline of labor's share of GDP: a cross-country analysis of the network industries", Economica, 2012 (with Ghazala Azmat and John Van Reenen).

"Spend It Like Beckham? Inequality and Redistribution in the UK, 1983-2004", Public Choice, 2012, 151, 537-563 (with Andreas Georgiadis).

"Change and Continuity Among Minority Communities in Britain", Journal of Population Economics, 2011, 24, 541-568 (with Andreas Georgiadis).

"The Plant Size-Place Effect: Monopsony and Agglomeration", Journal of Economic Geography, 2010, 10, 717-744.

"Understanding the Gender Pay Gap: What's Competition Got to Do with It?",Industrial and Labor Relations Review, 2010, 63, 681-698 (with Farzad Saidi).

"The Economic Situation of Immigrants and their Children in France, Germany and the UK", Economic Journal Features 2010, 120, F4-F30 (with Yann Algan, Christian Dustmann, and Albrecht Glitz).

"Culture Clash or Culture Club: The Identity and Values of Immigrants in Britain", Economic Journal Features, 2010, 120, F72-F100 (with Sanchari Roy).

"You Can't Always Get what you want: the Impact of the UK Jobseeker's Agreement", Labour Economics, 2009, 16, 239-250.

"The Gender Gap in Early-Career Wage Growth", Economic Journal, 2008, 118, 987-1024 (with Joanna Swaffield).

"The Part-Time Pay Penalty for Women in Britain", Economic Journal Features , 2008, 118, F28-F51 (with Barbara Petrongolo).

"Just Can't Get Enough: More on Skill-Biased Change and Unemployment" Oxford Bulletin of Economics and Statistics , 2007, 69, 635-666 (with M.Manacorda).

"Lousy and Lovely Jobs: The Rising Polarization of Work in Britain", Review of Economics and Statistics, 2007, 89,118-133 (with Maarten Goos).

"The incidence of UK housing benefit: Evidence from the 1990s reforms", Journal of Public Economics, 2006, 90, 799-822 (with Stephen Gibbons).

"The Gender Gap in Unemployment Rates in OECD Countries", Journal of Labor Economics, 2006, 24, 1-38 (with Ghazala Azmat and Maia Guell).

10

PUBLIC COPY

"A Generalised Model of Monopsony", Economic Journal, 2006, 116, 84-100.

"A Test of Competitive Labor Market Theory: The Wage Structure among Care Assistants in the South of England", Industrial and Labor Relations Review ,2004, 57,. 371-385 (with Stephen Machin).

"Has The National Minimum Wage Reduced UK Wage Inequality?", Journal of the Royal Statistical Society Series A, 2004, 167, 613-626. (with Richard Dickens).

"Instrumental Variables in Models with Binary Treatment Effects: A Simple Exposition", Contributions to Economic Analysis & Policy, 2004, Vol. 3: No. 1, Article 9.

"Spikes and Spill-overs: The Impact of the National Minimum Wage on the Wage Distribution in a Low-Wage Sector", Economic Journal Conference Papers, 2004, 114, C95-C101 (with Richard Dickens).

"Monopsony and the efficiency of labour market interventions", Labour Economics, 2004, 11, 145-163.

"We Can Work It Out: The Impact of Technological Change on the Demand for Low-Skill Workers",Scottish Journal of Political Economy, 2004, 51, 581-608.

"Something in the Way She Moves: A Fresh Look at an Old Gap", Oxford Economic Papers, 2004, 56, 169-188 (with H.Robinson).

"Where the Minimum Wage Bites Hard: The Introduction of the UK National Minimum Wage to a Low Wage Sector", Journal of the European Economic Association, 2003, 1(1), 154-180 (with Stephen Machin and Lupin Rahman).

"The Real Thin Theory: Monopsony in Modern Labour Markets", Labour Economics, 2003, 10, 105-131.

"Oligopsony & Monopsonistic Competition in Labor Markets", Journal of Economic Perspectives, 2002, 16, 155-174 (with V. Bhaskar and Ted To).

"Labour Supply, Search and Taxes", Journal of Public Economics, 2001, 80, 409-434.

"Pretty Vacant: Recruitment in a Low-Wage Labour Market", Oxford Bulletin of Economics and Statistics, 2000, 62, 747-770.

"Movin' On Up: Interpreting the Earnings-Experience Profile", Bulletin of Economic Research, 2000, 52, 261-295.

"The Effect of Minimum Wages on Employment: Theory and Evidence from Britain", Journal of Labor Economics, 1999, 17, 1-23 (with R.Dickens and S.Machin).

"Estimating the Effect of Minimum Wages on Employment from the Distribution of Wages: A Critical View", Labor Economics, 1998, 5, 109-134 (with R.Dickens and S.Machin).

PUBLIC COPY

"Skill-Biassed Change, Unemployment and Inequality", European Economic Review, 1997, 41, 1173-1200 (with P.Gregg).

"The Economic Impact of Minimum Wages in Europe", Economic Policy, No. 23, October 1996, 319-372 (with J.Dolado, F.Kramarz, S.Machin, D.Margolis and C.Teulings).

"Authority in Employment Contracts: A Bilateral Bargaining Approach", Labour Economics, 1996, 3, 1-24.

"The Equal Pay Act as an Experiment to Test Different Theories of the Labour Market", Economica, 1996, 63, 191-212.

"The Employer Size-Wage Effect: Is Monopsony the Explanation?", Oxford Economic Papers, 1996, 48, 433-55 (with F.Green and S.Machin).

"How Do We Know that Real Wages are too High?", Quarterly Journal of Economics, 1995, 110, 1111-1125.

"The Effect of Minimum Wages on UK Agriculture", Journal of Agricultural Economics, 1995, 49, 1-19 (with R.Dickens, S.Machin, D.Metcalf, J.Wadsworth and S.Woodland).

"How Robust is the Microeconomic Theory of the Trade Union?", Journal of Labor Economics, 1994, 12, 430-59.

"Minimum Wages, Wage Dispersion and Employment: Evidence from the UK Wages Councils",Industrial and Labor Relations Review, 1994, 47, 319-329, (with S.Machin).

"Wages Councils: Was There a Case for Abolition?", British Journal of Industrial Relations, 1993, 31, 515-530, (with R.Dickens, P.Gregg, S.Machin and J.Wadsworth).

"Wage-Setting and the Tax System: Theory and Evidence for the U.K.", Journal of Public Economics, 1993, 52, 1-30 (with B.Lockwood).

"Pre-Strike Ballots and Wage-Employment Bargaining", Oxford Economic Papers, 1993, 45, 422-439.

"A Dynamic Model of Union Power, Wages and Employment", Scandinavian Journal of Economics, 1993, 95, 175-193.

"Wage Bargaining and the Phillips Curve: The Specification and Identification of Aggregate Wage Equations", Economic Journal, 1993, 103, 98-118.

"Multiple Equilibria in the British Labour Market: Some Empirical Evidence", European Economic Review, 1992, 36, 1333-1365.

"Testing Dynamic Models of Worker Effort", Journal of Labor Economics, 1992, 10, 288-305 (with S.Machin).

"Imperfect Labour Markets, the Stock Market and the Inefficiency of Capitalism", Oxford Economic Papers, 1992, 44, 257-271.

PUBLIC COPY

"The Determinants of Wage Pressure: Some Implications of a Dynamic Model", Economica, 1991, 58, 325-39.

"Tests of alternative wage-employment bargaining models with an application to the UK aggregate labour market", European Economic Review, 1991, 35, 23-37 (with G.Alogoskoufis).

"Imperfect Competition, Multiple Equilibria and Unemployment Policy", Economic Journal Conference Papers, 1990, 100, 151-162.

"Dynamic Wage-Employment Bargaining with Employment Adjustment Costs", Economic Journal, 1989, 99, 1143-1158 (with B.Lockwood).

"An Asymmetric Information Approach to the Comparative Analysis of Participatory and Capitalist Firms", Oxford Economic Papers, 1989, 41, 312-326.

"The Economic Benefits of the Channel Tunnel", Economic Policy, No.8, April 1989, 211-228 (with J.Kay and S.Szymanski).

"A Model of the Labour Market with some Marxian and Keynesian Features", European Economic Review, 1988, 32, 1797-1816.

"On the Persistence of Unemployment", Economic Policy, No.7, October 1988, 427-469 (with G.Alogoskoufis).

"Inefficiency and Inequality in a Model of Occupational Choice with Private Information", Journal of Public Economics, 1988, 37, 142-169 (with B.Lockwood).

"An Integration of Trade Union Models in a Sequential Bargaining Framework", Economic Journal, 1987, 97, 121-139.

"Trade Union Power and Jobs", International Review of Applied Economics, 1987, 1, 176-189.

"The Profitability of Private Information in Unionised Capitalist Enterprises", Economic Journal Conference Papers, 1986, 96, 122-133.

"A Note on Capital Markets and Bankruptcy Constraints in Contracting", Economics Letters, 1985, 19, 311-314 (with B.Lockwood).

**Articles in Conference Volumes, Edited Books, Non-Refereed etc.**

"The Truth About the Minimum Wage · Neither Job Killer Nor Cure-All", Foreign Affairs, 2018, vol. 97, no. 1.

"Minimum Wages: A View from the UK", Perspektiven der Wirtschaftspolitik, 2013, 14, 57-66.

PUBLIC COPY

"Cultural Integration in the United Kingdom" in Y.Algan, A.Bisin, A.Manning and T.Verdier (eds) Cultural Integration of Immigrants in Europe, Oxford University Press: Oxford, 2012.

"Imperfect Competition in Labour Markets", in O.Ashenfelter and D.Card (eds) Handbook of Labor Economics, volume 4, North-Holland: Amsterdam, 2011.

"Minimum Wages and Wage Inequality", in D.Marsden(ed) Employment in the Lean Years, Oxford University Press: Oxford, 2011.

"Job Polarization in Europe", American Economic Review Papers and Proceedings, 2009, 99, 58-63 (with Maarten Goos and Anna Salomons).

"Monopsony", entry for New Palgrave, 2006.

"Monopsony and Labour Demand", Brussels Economic Review, 2005, 48, 95-112.

"The Part-time Pay Penalty" report for Women and Equality Unit, Department for Trade and Industry, November 2004 (with Barbara Petrongolo).

"Mobility and Joblessness", in R.Blundell, D.Card and R.Freeman (eds) Seeking a Premier League Economy (with P.Gregg and S.Machin), University of Chicago Press, 2004.

"The Impact of the National Minimum Wage on the Wage Distribution, Poverty and the Gender Pay Gap", report for Low Pay Commission (with Richard Dickens), 2004.

"McJobs and MacJobs: the Growing Polarisation of Jobs in the UK", in R.Dickens, P.Gregg and J.Wadsworth (eds) The Labour Market under New Labour, (with Maarten Goos), 2003.

"Minimum Wage, Minimum Impact", in R.Dickens, P.Gregg and J.Wadsworth (eds) The Labour Market under New Labour, (with Richard Dickens), 2003.

Everything under a Fiver: Recruitment and Retention in lower paying labor markets, London, Joseph Rowntree Foundation, 2001 (with D.Brown, R.Dickens, P.Gregg and S.Machin).

"The Causes and Consequences of Long-Term Unemployment in Europe", in O.Ashenfelter and D.Card (eds) Handbook of Labor Economics, North-Holland: Amsterdam, 1999 (with S.Machin).

"A Balanced Approach to Employment Policy in Europe", paper prepared for HM Treasury for G8 Jobs Summit, 1998 (with Lars Calmfors and Gilles Saint-Paul).

"What Variation Should We Have in the National Minimum Wage", in Implementing a National Minimum Wage in the UK: London, Employment Policy Institute, 1997.

"Minimum Wages and Economic Outcomes in Europe",European Economic Review Papers and Proceedings, 1997, 41, 733-742 (with S.Machin).

"Can Supply Create its Own Demand?",European Economic Review Papers and Proceedings, 1997, 41, 507-516 (with S.Machin).

PUBLIC COPY

"Labour Market Regulation and Unemployment", in D.Snower and G. de la Dehesa (eds) Unemployment Policy: How Should Governments Respond to Unemployment?, Cambridge: Cambridge University Press (with P.Gregg), 1997.

"Employment and the Introduction of a Minimum Wage in Britain", Economic Journal, 106, 667-676 (with S.Machin).

"Developments in Labour Market Theory and their Implications for Macroeconomic Policy", Scottish Journal of Political Economy, 1995, 42, 250-266.

"After Wages Councils", New Economy, 1995, 2, 223-227 (with R.Dickens).

"Minimum Wages and Employment: A Theoretical Framework with an Application to the UK Wages Councils", International Journal of Manpower, 1994, 15, 26-48 (with R.Dickens and S.Machin).

"High Pay, Low Pay and Labour Market Efficiency", in A.Glyn and D.Miliband (eds) Efficiency and Equality, 1994, London: IPPR. (with P.Gregg and S.Machin).

"An Economic Analysis of the Effects of Pre-Strike Ballots", in D.Metcalf and S.Milner (eds) New Perspectives on Industrial Disputes, London: Routledge, 1993.

"Dynamic Models of Employment Using Firm Level Panel Data", in J. van Ours, G.Pfann and G.Ridder (eds) Labour Demand and Equilibrium Wage Formation, Amsterdam: North Holland, 1993 (with S.Machin and C.Meghir) .

"The Importance of Kinked Adjustment Costs: Some Evidence from UK Manufacturing", in J. van Ours, G.Pfann and G.Ridder (eds) Labour Demand and Equilibrium Wage Formation, Amsterdam: North Holland, 1993 (with B.Lockwood).

"Pricing a New Product: Eurotunnel", Business Strategy Review, Spring 1990, 1-18 (with J.Kay and S.Szymanski).

"Implicit Contracts", in D.Sapsford and Z.Tzannatos (eds) 'Current Issues in Labour Economics', Macmillan, 1989.

"Wage-Setting and Unemployment Persistence in Europe, Japan and the USA",European Economic Review Papers and Proceedings, 1988, 32, 698-706 (with G.Alogoskoufis).

"Collective Bargaining Institutions and Efficiency", European Economic Review Papers and Proceedings, 1987, 31, 168-176.

SELECTED OTHER PAPERS

"Diversity and Social Capital Within the Workplace: Evidence from Britain", December 2016 (with Thomas Breda).

"Diversity and Neighbourhood Satisfaction", December 2016 (with Monica Langella).

PUBLIC COPY

"The Elusive Employment Effect of the Minimum Wage", May 2016.

"Reservation wages and the wage flexibility puzzle" February 2016 (with Felix Koenig and Barbara Petrongolo).

"American Idol – 65 years of Admiration" December 2014 (with Amar Shanghavi).

"The Volatility of Earnings: Evidence from High-Frequency Firm-Level Data" August 2014 (with Andreas Georgiadis).

"Immigration and the Access to Social Housing in the UK," April 2014 (with Diego Battiston, Richard Dickens and Jonathan Wadsworth).

"Minimum Wages and Wage Inequality: Some Theory and an Application to the UK," November 2012 (with Tim Butcher and Richard Dickens).

"Steady-State Equilibrium in a Model of Short-Term Wage-Posting," July 2012.
"Theory of Values", February 2009 (with Andreas Georgiadis).

"Respect", March 2007.

"Mighty Good Thing: The Returns to Tenure", April 1997.

"A Simple Test of the Shirking Model", November 1994 (with J.Thomas).

"Labour Markets with Company Wage Policies", LSE CEP Discussion Paper, December 1994.

"Are Workers Paid Their Marginal Product? Evidence from a Low Wage Labour Market", LSE CEP Discussion Paper, October 1994 (with S.Machin and S.Woodland).

"Endogenous Labour Market Segmentation in a Matching Model", March 1993, LSE CEP Discussion Paper No. 126.

CASES IN WHICH I HAVE SERVED AS AN EXPERT WITNESS

In re: High-Tech Employee Antitrust Litigation U.S. District Court, Northern District of California, C 11-2509 LHK.

PUBLIC COPY

# EXHIBIT B: MATERIALS RELIED UPON

**Court Documents**

Expert Report of Paul Oyer (October 27, 2017).

Expert Report of Hal J. Singer, Ph.D. (August 31, 2017).

Expert Report of Professor Robert H. Topel (October 27, 2017).

Expert Report of Andrew Zimbalist in Cung Le, et al. v. Zuffa, LLC (August 30, 2017).

**Academic Literature**

William M. Boal and Michael R. Ransom, *Monopsony in the Labor Market*, Journal of Economic Literature (1997).

Barry T. Hirsch and Edward J. Schumacher, *Monopsony Power and Relative Wages in the Labor Market for Nurses*, Journal of Health Economics (1995).

Barry T. Hirsch and Edward J. Schumacher, *Classic or New Monopsony? Searching for Evidence in Nursing Labor Markets*, Journal of Health Economics (2005).

Morris Kleiner and Kyoung Won Park, "Battles Among Licensed Occupations: Analyzing Government Regulations on Labor Market Outcomes for Dentists and Hygienists," NBER Working Paper 16560 (2010).

ALAN MANNING, MONOPSONY IN MOTION, Princeton University Press (2003).

Suresh Naidu, *Recruitment Restrictions and Labor Markets: Evidence from the Post-Bellum US South*, Journal of Labor Economics (2010).

JEFFREY WOOLDRIDGE, INTRODUCTORY ECONOMETRICS: A MODERN APPROACH (Thompson 4th ed. 2009).

**News Articles**

Steven Marrocco, *Showtime: Floyd Mayweather vs. Conor McGregor did 4.3 million PPV buys in North America*, MMA JUNKIE (December 14, 2017), available at http://mmajunkie.com/2017/12/showtime-floyd-mayweather-vs-conor-mcgregor-pay-per-view-buys-north-america.

**PUBLIC COPY**