# Exhibit 15

Deposition of Denitza Batchvarova (January 25, 2017) (excerpted)

```
                                                                    1
                   UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF NEVADA



    CUNG LE; NATHAN QUARRY, JON    )
    FITCH, on behalf of            )
    themselves and all others      )
    similarly situated,            )
                                   )
            Plaintiffs,             )
                                   )
            vs.                    ) Case No.
                                   ) 2:15-cv-01045-RFB-(PAL)
                                   )
    ZUFFA, LLC, d/b/a Ultimate     )
    Fighting Championship and      )
    UFC,                           )
                                   )
            Defendant.             )
    _____)




           VIDEOTAPED DEPOSITION OF DENITZA BATCHVAROVA

                       Las Vegas, Nevada

                       January 25, 2017

                          9:11 A.M.




    Reported by:
    Sarah Padilla, CCR NO. 929
    Job No. 48403
```

30

1  this presentation was really meant to look at the
2  different methodologies that we could use to
3  distribute the income.  And so the purpose of this
4  presentation was not to estimate how much it is, it
5  was really to look at the different ways that we
6  could distribute the money.  And so in this
7  presentation in particular, what this says, we
8  assume that we are making them whole.  Essentially
9  we are saying for all the examples that you are
10 going to see in the back, we are distributing
11 9.2 million or we are trying to get to a methodology
12 that would distribute 9.2 million.  That is all that
13 is referring to.
14       And as far as the meaningful profit in the
15 second deal, we've always looked at -- for us
16 Project Next in the very first deal, this was a --
17 it was an investment in -- in the sport, in the
18 brand, and the athletes.  And so we -- it was more
19 of figuring out how to make that first -- that first
20 leap work, that first investment work, and then kind
21 of worry about what happens in the back.
22       I mean, you know, I looked to generate a
23 meaningful profit.  We knew that we were going to
24 lose money on the first deal.  And so we were always
25 looking long term to make more money for us and the

31

1  athletes.
2      Q   And by the first deal, are you referring
3  to the deal that eventually was assigned with Reebok
4  through, was that, 2019; is that right?
5      A   I believe the deal goes through 2020.
6      Q   2020?
7      A   Yeah.  But I don't recall exactly.
8      Q   Is that what you mean by the first deal?
9      A   Yes.  Eventually we signed the deal with
10 Reebok.  But it was that whole concept of in 2013
11 this was just a concept.
12     Q   Right.
13     A   This was something that was completely in
14 the exploratory stage.  We did not even know -- we
15 were still even just talking about "Is it possible?
16 Is it feasible?  How do we actually go about
17 assessing if it is possible or feasible?"  So, yes,
18 the first deal that I am referring to is the deal
19 that actually happened with Reebok.
20     Q   If you turn to page 89, were these all
21 possible methodologies that Zuffa was considering in
22 2013 for designing a compensation structure for the
23 fighters under Project Next?
24     A   This -- yes, those are five methodologies
25 that we looked at that potentially could be used.

32

1      Q   And which -- do you know which methodology
2  was ultimately chosen?
3      A   I don't think any methodology was chosen
4  until 2015.
5      Q   All right.  Ultimately was a methodology
6  chosen based on seniority?
7      A   The methodology that we chose -- that we
8  first went out the market with -- the market being
9  first announced as part of the athlete outfitting
10 policy -- was the allocation of revenue based on
11 rankings.  Let me take a step back.
12      Our whole objective with the methodology
13 was to come up with an objective methodology that
14 was not dependent on Zuffa by any means, so the
15 athletes don't feel like we have any control in it.
16 We wanted to come up with a structure that allows
17 them to know how much money they are going to make
18 before they go into the fight, and essentially have
19 clear transparency in the order of how the revenue
20 was allocated.
21      So the methodology that we had first set
22 on was first based on rankings, because that was
23 something that is voted on by media.  And so we have
24 e-mails that we publish in our website, but at the
25 end of the day it's maintained by an outside party

33

1  and voted on by media.  Once we publish that
2  methodology, obviously we were going through a
3  process where we met with fighters ahead of every
4  single event for about six months where we were
5  educating them on how the outfitting policy would
6  work, what it would do.
7       And so as part of that, we heard feedback
8  that it was -- you know, athletes didn't think that
9  it was practical, they didn't like it.  Media also
10 felt that they couldn't be part of something that
11 impacted athlete compensation.  And so we went back
12 to the drawing board.  And we came up with the
13 methodology which is currently actually employed
14 which is assigning by tenure, which is objective.
15 And with that, we also went back and looked a the
16 fact that Zuffa had bought Strike Force and WEC,
17 which are among Pride, Affliction, WFA,
18 organizations that are under -- some of them
19 operated under Zuffa ownership with a different
20 brand.
21      So what -- when we did the analysis, we
22 said, "Let's give everyone credit for every bout
23 that they had, not under the UFC brand, but also
24 participating under the Strike Force and WEC brand.
25 Because we didn't want certain athletes to be

9 (Pages 30 to 33)

```
                                                    34
 1   negatively impacted by the fact that they hadn't
 2   spent their whole career fighting under UFC brand,
 3   but fought under WEC and Strike Force.  So we tried
 4   to come up with the most fair objective methodology
 5   in distributing revenues.
 6      Q   So tenure included fights with brands that
 7   Zuffa had acquired, but it didn't include fights
 8   with brands that Zuffa didn't acquire, right, like
 9   Invicta, for example?
10      A   Correct.  Correct.  Although, I believe we
11   may have done some exceptions around Invicta
12   athletes.  I am not as close to -- I was obviously
13   very close to creating methodology or thinking
14   through the different methodologies.  I am not as
15   close to how the program is running today.  I know
16   that since we announced it and since we set it in
17   place, there has been some small changes to it.  So
18   you would have to talk to someone else as to the
19   Invicta athletes.  And some of them I know there is
20   exceptions.  We don't own Invicta.
21      Q   Right.
22          If you turn to Slide 91 of this
23   presentation, does this show one type of
24   compensation structure that you were considering at
25   the time in 2013 based on broadcast type for Project
```

```
                                                    35
 1   Next?
 2      A   It does.
 3      Q   Can you describe, if you recall, what this
 4   structure would have looked like?
 5      A   I would have to get familiar with my -- I
 6   would have to read through it and refamiliarize
 7   myself to be able to do that.
 8      Q   Can you do that from this presentation or
 9   do you need additional materials?
10      A   If I am recalling this correctly,
11   essentially it is looking at a number of
12   broadcast -- the number of events that we have and
13   based on the type of event, looking at assigning
14   different payouts per bout, per event, per placement
15   on the card, I guess.
16      Q   If you look under the considerations, it
17   says "Card order depends on UFC, therefore could
18   create some controversy."  Does that refer to what
19   you were talking about before, about eventually
20   rejecting an option like this because it wasn't
21   objective?
22      A   Correct.  We thought that -- exactly.  We
23   thought that this is something that technically we
24   want to have the flexibility.  And sometimes we do
25   things for a reason, you know, whether it is put a
```

```
                                                    36
 1   well-known athlete as a headliner on a prelim event
 2   so that we could have good ratings leading into a
 3   Pay-Per-View event as opposed to putting them on a
 4   Pay-Per-View card.  So, absolutely, we liked having
 5   the flexibility and we didn't want that to impact
 6   the payout under this -- under this policy.
 7      Q   And just to make sure I understand what
 8   you are saying correctly, so the UFC has discretion
 9   on how to structure the card and wanted to maintain
10   that discretion?
11      A   Yes.  Yes.
12      Q   You have been handed what has been marked
13   Exhibit 96, which is Bates stamped ZFL-0895313 and
14   attachment ZFL-0895314.
15          (Exhibit 96 was marked.)
16   BY MR. SILVERMAN:
17      Q   Let me know when you have had a chance to
18   look through it.
19      A   Okay.  I have had a chance to look at it.
20      Q   Okay.  If you turn to page 13, beginning,
21   can you describe for me what this e-mail and the
22   attachment were?
23      A   It was an e-mail to Lorenzo Fertita and
24   Lawrence Epstein with an attachment with the subject
25   "minimum compensation" and the attachment of pay
```

```
                                                    37
 1   scale Version 03.
 2      Q   And did you send this e-mail in the
 3   ordinary course of business?
 4      A   I did.
 5      Q   And did you prepare the attachment as
 6   well?
 7      A   I did.
 8      Q   Okay.  What was the purpose of this
 9   minimum fighter pay presentation?
10      A   Lorenzo and Lawrence had asked me to look
11   into the potential impact of raising the minimum
12   compensation.  At the time our minimum compensation
13   was 8 and 8, going up by 2.  So they asked what
14   would it mean if we were to raise it.
15      Q   And when you say impact, you mean impact
16   on the pay structure?
17      A   Financial impact to Zuffa, so how much
18   more would it cost us on an annual basis to raise
19   the minimum.
20      Q   If you turn to page 15, can you explain
21   this graph to me?
22      A   The -- it shows the percent of --
23   compensation of specific show pay, specific show
24   money, when -- that is when we referred to you have
25   8,000 to show and you have 8,000 to win.  So it was
```

```
                                        38
 1  just looking at the show money.
 2      Q  Is it fair to say it looks at how the
 3  percent of bouts are distributed amongst those
 4  different contract tiers?
 5      A  Yes, I believe so, to the best of my
 6  understanding of the chart right now.
 7      Q  Okay.  If you turn to the next page at 16,
 8  I think you already said this, but just to make
 9  sure -- can you explain to me exactly what moving
10  the minimum means?
11      A  Our contracts at the time were if you sign
12  with UFC, you were at a minimum getting 8,000 to
13  show and 8,000 to win, going up by 2.  Which means
14  if you win, your next fight is 10,000 to show,
15  10,000 to win.  If you win, your next fight is at
16  12,000 to show, 12,000 to win.  And your last bout
17  under your contract would be 14,000 to show and
18  14,000 to win.
19         So essentially the question Lorenzo and
20  Lawrence asked me was, "What would happen if we
21  moved the very first tier of pay to be 10,000 to
22  pay, 10,000 to win or 12,000 and 14,000?"  So
23  this analysis was attempting to show the full year
24  impact of if we moved all -- if, essentially, we
25  started implementing that strategy going forward, so
```

```
                                        39
 1  if we moved to 10, 10 minimum, yeah.
 2      Q  Do you know why at this particular time
 3  you were asked to look at the impact of moving the
 4  minimum?
 5      A  I don't recall.  We always look at ways
 6  to -- I mean, we are always focused on how to give
 7  more value to the athletes, whether it was through
 8  better insurance, medical care, incremental revenue
 9  streams, et cetera.  So it is either one of those
10  things where we were looking could we move the
11  minimum higher than what we are paying today.  But
12  Lorenzo and Lawrence would probably know better why
13  the timing.
14      Q  So if we look at the top box on this
15  graph, I think you were looking down through the
16  left column which says "Current 8K minimum"; is that
17  right?
18      A  Correct.
19      Q  So that was the actual structure at the
20  time; is that right?
21      A  Nothing is absolute with our contracts.
22  But obviously, as part of my job, we have to come up
23  with ways to estimate things.  So the -- the easiest
24  way -- not the easiest way, but a way that I could
25  come up with to quantify it is to assume somewhat of
```

```
                                        40
 1  a standard pattern that sometimes exists.  Having
 2  said that, this was looking at first contract,
 3  second contract, third contract for athletes.  This
 4  is not necessarily with the norm.  But this was one
 5  way that I could quantify the potential impact of
 6  moving the minimum.
 7      Q  How did you -- if this wasn't the norm,
 8  how did you come up with this structure?
 9      A  I spoke with -- at the time I spoke with
10  Sean Shelby and Joe Silva to understand how they go
11  about contracts and how contracts move.  And so this
12  was -- this was something they said, you know, "You
13  could assume that the second contract today starts
14  at 17.  If, you know, someone is successful, we
15  would move them from -- you know, we move them from
16  17 to 30 in the second one."  So assume that.
17         So from there on, it was just if you are
18  starting at 10 and 10, your last fight would be 16,
19  16, so therefore the second contract will not be at
20  17 and 17.  Obviously we will move that higher as
21  well.  And you can see the rest of the columns, if
22  you are starting at 12, it would mean the second
23  contract moves up and the third contract moves up.
24  But it's not by -- it was not a -- this is not a
25  hundred percent of what happens.  It is the closest
```

```
                                        41
 1  that I could get to estimating something, putting an
 2  estimate on a page.
 3      Q  Based on what Sean Shelby told you?
 4      A  Exactly, what we discussed, yeah.
 5      Q  You said Sean Shelby.  And who was the
 6  other person?
 7      A  Joe Silva.
 8      Q  Joe Silva.  Okay.
 9         So the second, third, and fourth column,
10  the 10K minimum, the 12K minimum, and 14K minimum --
11  is it fair to say that each of those represent
12  scenarios for what would happen if you moved the
13  minimum up to that level?
14      A  Yes.
15      Q  And why is it that those scenarios show
16  the later fights increasing as well?
17      A  Because I did not think that it would be
18  reasonable to assume that if you are -- you know, if
19  you look at the very last column, for example, if
20  your first bout is starting at 14 and 14 -- excuse
21  me -- I did not think it was reasonable to assume
22  that if your first contract could go up to 20,000
23  and 20,000, we could get you back to 17 and 17 for
24  your second contract.  And then, you know, once your
25  second contract starts at 23 -- which is what I
```