# Exhibit 20

Deposition of Kyle Kingsbury
(February 17, 2017) (excerpted)

**REDACTED**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

```
Cung Le, Nathan Quarry, Jon     )
Fitch, Brandon Vera, Luis Javier)
Vazquez, and Kyle Kingsbury on  )
behalf of themselves and all    )
others similarly situated,      )
                                )
        Plaintiffs,             )
                                )
   vs.                          ) Case No. 2:15-cv-
                                ) 01045-RFB-(PAL)
Zuffa, LLC, d/b/a Ultimate      )
Fighting Championship and UFC,  )
                                )
        Defendants.             )
                                )
```

DEPOSITION OF KYLE KINGSBURY

Taken at the Offices of Boies, Schiller & Flexner
300 South 4th Street, Suite 800
Las Vegas, Nevada

On Friday, February 17, 2017
At 9:19 a.m.

Reported by: Jane V. Efaw, CCR #601, RPR



```
                                                       Page 14
 1   mind, and they wanted to review the contracts with
 2   management and lawyers.
 3          And at that time, Dana White fired all
 4   members of the American Kickboxing Academy, and he
 5   went on to post a video with several F bombs and foul
 6   language.  I think he even said, "Who the fuck is
 7   Cain Velasquez anyways," a guy, my personal training
 8   partner and teammate who would go on to become
 9   heavyweight champ.
10          And I think Jon Fitch had to call Lorenzo to
11   get his job back and really walk on eggshells in his
12   conversation with Lorenzo because he realized that
13   every fighter on that team would be hurt if they
14   didn't get in line and do what they said and sign the
15   contract as stated.
16          So from that point on, I understood that you
17   either do as you're told or you walk.  You really
18   have no other choice.
19      Q.  So I think you said that Dana White fired
20   all members of the American Kickboxing Academy.  Were
21   you fired at that time?
22      A.  I had already signed my contract for the
23   Ultimate Fighter Season 8.  And in that contract,
24   there was the new likeness agreement.  And so from my
25   understanding talking to my management, I was in the
```

```
                                                       Page 15
 1   clear, but I was not sure had my teammates continued
 2   to press the issue and not fold to Dana White's
 3   pressure, that he might have fired me as well or at
 4   least punished me in different ways.
 5          But the lesson was learned at that point
 6   that you don't talk back.  You don't raise questions.
 7   And you don't try to change any wording that they
 8   give to you to sign in the contract.
 9      Q.  So you were not fired at that time; is that
10   correct?
11      A.  Not to my knowledge.
12      Q.  Was Josh Koscheck fired at that time?
13          MR. DELL'ANGELO:  Object to the form.
14          THE WITNESS:  From what I understand, the
15   fighters who fought in the UFC for American
16   Kickboxing Academy were all let go, but it's possible
17   that they had -- I don't know.  It was just my
18   understanding that the guys that were fighting in the
19   UFC at that time at American Kickboxing Academy were
20   all let go.
21      Q.  But you don't know if Josh Koscheck was
22   fired at that time?
23          MR. DELL'ANGELO:  Object to the form.
24          THE WITNESS:  I don't recall at this time.
25   ///
```

```
                                                       Page 16
 1   BY MR. WIDNELL:
 2      Q.  Was Cain Velasquez fired at that time?
 3      A.  It would make sense that Cain was fired at
 4   that time with Dana specifically calling him out.
 5      Q.  But do you know if he actually was fired at
 6   that time?
 7      A.  I don't recall.
 8      Q.  But you had said that all of the members of
 9   the American Kickboxing Academy were fired at that
10   time?
11          MR. DELL'ANGELO:  Object to the form.
12          THE WITNESS:  My answer was based on the
13   fact that Dana had called out the members of American
14   Kickboxing Academy saying that they would never fight
15   in the UFC again and that they're pretty much all
16   scumbags and don't deserve to fight.
17   BY MR. WIDNELL:
18      Q.  Is there anyone you actually do know that
19   was definitely fired at that time?
20          MR. DELL'ANGELO:  Object to the form.
21   BY MR. WIDNELL:
22      Q.  From American Kickboxing Academy.
23      A.  I know for a fact Jon Fitch was let go, and
24   that's why he had to call Lorenzo to get his job
25   back.
```

```
                                                       Page 17
 1      Q.  Do you know of anyone else who was fired at
 2   that time?
 3      A.  Not at this time, but it was understood that
 4   all of our jobs were in jeopardy.
 5      Q.  And that's because Dana White went online
 6   and said that you were all -- I think you used the
 7   term "scumbags"?
 8      A.  Yeah, and that's probably putting it
 9   lightly.  But he specifically stated the members of
10   the American Kickboxing Academy, and we fall under
11   that umbrella.
12      Q.  Is it fair to say that over the years
13   management at UFC made numerous comments that you
14   found offensive?
15          MR. DELL'ANGELO:  Object to the form.
16          THE WITNESS:  I didn't just find their
17   comments offensive.  A lot of times their comments
18   carried weight in taking away of our notoriety and
19   who we were.  They weren't just belittling personal
20   attacks.  They would cause us to lose value.  They
21   would make us look like we weren't great fighters or
22   that we should be lucky to fight in the UFC and lucky
23   to fight for Dana.
24   BY MR. WIDNELL:
25      Q.  And how did they do that?
```



Page 18

1    A.  Dana's done it in numerous ways by talking
2  about fighters over the years.  It's not just with
3  American Kickboxing Academy.  He's done it to several
4  people.  Tito Ortiz.  The list really goes on and on.
5  I can't recall any more at the moment.
6    Q.  So other than talking bad about fighters,
7  what else did he do?
8    A.  What else did he do in the --
9       MR. DELL'ANGELO:  Object to the form.
10       THE WITNESS:  In threats?
11  BY MR. WIDNELL:
12    Q.  I'm asking you what -- you said that it was
13  more than just belittling fighters.  So I would think
14  talking bad about fighters is belittling fighters.
15  Would you agree with that?
16    A.  I would agree that talking bad about
17  fighters is belittling them.  But to answer your
18  previous question, through threats and direct
19  punishment, Dana really controlled how our careers
20  went.  And he could stick you on the undercard in
21  your next fight against some unfavorable opponent.
22  If you're on the undercard, you would make far less.
23  If anything in sponsorship because you weren't on TV.
24       He might sit you on the bench for a while.
25  That's happened to numerous fighters.  And then give

Page 19

1  you an unfair brutal opponent on an undercard.  There
2  were a number of different ways that Dana would use
3  his power to our disadvantage.
4    Q.  And what did he do specifically to you?
5       MR. DELL'ANGELO:  Object to the form.
6       THE WITNESS:  I believe that Dana
7  specifically, by attacking my team personally, had a
8  direct impact on my view of the way the system worked
9  and the way that Dana White handled the fighters.
10  And from that point on, I understood to behave and
11  not ruffle his feathers.
12       Joe Silva used similar tactics in his match
13  making.  And there were direct personal threats from
14  Joe Silva.
15  BY MR. WIDNELL:
16    Q.  And is it fair to say that you found that
17  conduct offensive?
18    A.  I found that conduct more than offensive.  I
19  found it detrimental to my career.
20    Q.  So you mentioned that Mr. Quarry was the one
21  who first contacted you, I think, about the lawsuit;
22  is that correct?
23    A.  Yes.
24       MR. DELL'ANGELO:  Object to the form.
25  Mischaracterizes the witness's testimony.

Page 20

1       THE WITNESS:  I believe that Nate was the
2  first person I spoke with about the lawsuit.
3  BY MR. WIDNELL:
4    Q.  Did he give you any reason why he was
5  reaching out to you personally?
6       MR. DELL'ANGELO:  Object to the form.
7       THE WITNESS:  Nate was a personal friend of
8  mine that I had met on a goodwill tour for the
9  military.  And we had spent some time overseas.  And
10  we had quite a bit of downtime on our tour for the
11  troops, and we had discussed quite a bit of the way
12  the UFC had handled him personally and the way the
13  UFC had handled me personally and various other
14  fighters.
15       So when we spoke about the lawsuit, it was
16  already understood what was going on and some of the
17  things that we needed to change moving forward to
18  make it a legitimate sport.
19  BY MR. WIDNELL:
20    Q.  Are there any other reasons you can think of
21  for why he reached out to you?
22       MR. DELL'ANGELO:  Object to the form.  Calls
23  for speculation.
24       THE WITNESS:  I don't recall at this time if
25  there were any other.

Page 21

1       (Whereupon Defendant's Exhibit 78
2       was marked for identification.)
3  BY MR. WIDNELL:
4    Q.  I'm handing you a document marked
5  Exhibit 78.  Does that document look familiar to you?
6    A.  It does look familiar.
7    Q.  I should say that the Bates number for that
8  document is LE Plaintiffs-0049960.  My understanding
9  is that this is a Facebook message from Nathan Quarry
10  to you.  Does that look correct to you?
11    A.  That looks correct.
12    Q.  Can you read the line that starts with
13  "Pierced told me"?
14    A.  "Pierced told me you are down to join the
15  lawsuit.  Is that true?  We could really use more
16  people in San Jose, as the UFC is trying to move the
17  venue to Vegas where they own the courts."
18    Q.  What is your understanding of what
19  Mr. Quarry meant by that?
20    A.  My understanding -- first of all, that's a
21  typo.  "Pierced" is really Mike Pierce.  He was also
22  on the tour for the troops with Nate and I and was
23  also part of the conversations about the mishandling
24  and mistreatment by the UFC.  He's a personal friend
25  of both of ours.



Page 22

1    I think what Nate is alluding to with "The
2 UFC is trying to move the venue to Vegas where they
3 own the courts" is that any fighter previously, due
4 to our contracts, if they wanted to dispute anything
5 with the UFC, they would need to go to court in
6 Las Vegas.  And in his personal opinion, "where they
7 own the courts," I believe that's because no fighter
8 had previously been victorious, to my recollection.
9 BY MR. WIDNELL:
10    Q.  Do you agree with that assessment?  That UFC
11 owns the courts in Las Vegas?
12      MR. DELL'ANGELO:  Object to the form.
13      THE WITNESS:  I don't agree with that
14 statement.  That the UFC owns the courts in
15 Las Vegas.  I do agree with the fact that it has been
16 very hard for fighters to win a lawsuit against the
17 UFC in Las Vegas.
18 BY MR. WIDNELL:
19    Q.  Why is that?
20    A.  I'm not sure at the moment.  It's just if
21 you look at the track record and we remember guys
22 like Randy Couture getting tied up in court for years
23 and then going back with their tail in between their
24 legs to fight again for the UFC after burning the
25 clock on the precious window that they have to fight.

Page 23

1      (Whereupon Defendant's Exhibit 79
2       was marked for identification.)
3 BY MR. WIDNELL:
4    Q.  I'm handing you a document that's marked
5 Exhibit 79.  The Bates number on this document is LE
6 Plaintiffs-0049959.  And it appears to be a Facebook
7 message from you to Mr. Quarry.  Does that look
8 correct to you?
9    A.  That looks correct to me.
10    Q.  Would this be your response to Mr. Quarry's
11 message?
12      MR. DELL'ANGELO:  Object to the form.
13      THE WITNESS:  This was a response to, I
14 believe, one of Nate Quarry's posts online, on
15 Facebook.
16 BY MR. WIDNELL:
17    Q.  Do you recall which post it was?
18    A.  I believe he was talking about the potential
19 for a lawsuit and the mistreatment of fighters.
20    Q.  So if you go back to Exhibit 78.  It's the
21 exhibit I handed you before handing you this one.
22    A.  Uh-huh.
23    Q.  What is the time stamp on that message, the
24 date and time stamp?
25    A.  On 78 is January 30th, 2015, 5:01 p.m.

Page 24

1    Q.  Okay.  Now go back to Exhibit 79.  What's
2 the date and time stamp of that message?
3    A.  January 30th, 2015, 5:12 p.m.
4    Q.  So is it accurate to say that you sent the
5 message in Exhibit 79 11 minutes after Mr. Quarry
6 sent you the message in Exhibit 78?
7    A.  That is correct.
8    Q.  But you're saying that there was something
9 else that you were responding to and not the message
10 in Exhibit 78; is that correct?
11    A.  I believe that this is a response to Nate
12 personally on his page after a post he made on
13 Facebook.
14    Q.  And it wasn't a response to the message in
15 Exhibit 78?
16      MR. DELL'ANGELO:  Object to the form.  Asked
17 and answered.
18      THE WITNESS:  I think we're -- there's
19 perhaps a misconception that Mike Pierce was the
20 first person I talked to.  I'm not sure if that's
21 the --
22 BY MR. WIDNELL:
23    Q.  Well, it looked to me, looking at this, as
24 if Exhibit 79 was a response to Exhibit 78, but I
25 think you're saying that it wasn't?

Page 25

1    A.  What I'm saying is that I had spoken with
2 Nate and Mike and several fighters extensively over
3 the years.  And that the realization that the
4 possibility we could have a lawsuit that would be
5 class action and work and the ability to have a
6 chance to win and change the way things are done is
7 what sparked my interest to join the lawsuit.  And my
8 contact with Nate is in response to his post about
9 the potential for a lawsuit.
10    Q.  But it's nonresponsive to this specific
11 message that's Exhibit 78; is that correct?
12      MR. DELL'ANGELO:  Objection.  Asked and
13 answered.
14      THE WITNESS:  Exhibit 78 is confirming my
15 interest in joining the lawsuit.  Pierce told me,
16 "You're down to join the lawsuit."  I had spoken
17 about this already with Nate and Mike Pierce and
18 different fighters and was willing to join the
19 lawsuit.
20 BY MR. WIDNELL:
21    Q.  So this is actually a response to some
22 separate post that, I guess, we don't have on Nate's
23 Facebook page.  Is that accurate?
24    A.  To my understanding, that is accurate.
25    Q.  Okay.  And you responded by saying, "I would



Page 46

1  to my final fight in King of the Cage and was just
2  waiting to finish my contract with them. I'm not
3  sure at which point.
4     Q. But it was sometime before your final fight
5  with King of the Cage?
6     A. I believe so.
7     Q. Did you decide to hire a new manager at that
8  point?
9     A. I decided to hire a new manager after I
10 suffered my first loss against Tony Lopez, which is
11 my final fight in King of the Cage.
12    Q. And who was that manager?
13    A. The manager was Crazy Bob Cook and DeWayne
14 Zinkin from Zinkin Entertainment.
15    Q. And how did you meet them?
16    A. I grew up in San Jose, California, and
17 around that area and was familiar with American
18 Kickboxing Academy and the level of fighters that
19 they had.
20       When I was 17, a friend of mine and I
21 decided to go train at American Kickboxing Academy
22 briefly. We played football and wrestled together,
23 but we didn't do a spring sport.
24       So to stay in shape and to learn new things
25 that would be applicable to football and wrestling,

Page 47

1  we decided to take mixed martial arts with Frank
2  Shamrock and Crazy Bob Cook at American Kickboxing
3  Academy.
4     Q. Was your friend in -- did he also become an
5  MMA fighter?
6     A. Yes. His name was Daniel Puder. And he
7  fought for Strikeforce. And he ended up becoming a
8  pro wrestler. He won the million-dollar Tough Enough
9  for WWE.
10    Q. So when did you join AKA as an MMA fighter?
11    A. I joined AKA as an MMA fighter after my loss
12 with Tony Lopez. I moved back to California, which
13 is where I'm from. My family's there. And started
14 training at American Kickboxing Academy.
15    Q. And it's that same time period that you also
16 retained Bob Cook and DeWayne Zinkin?
17    A. That is correct.
18    Q. And did one of them handle most of your
19 matters?
20    A. Crazy Bob Cook was the -- between the two of
21 them, the person that I spoke with the most. DeWayne
22 Zinkin had his offices in Fresno, California, which
23 is a few hours away. And Bob trained and managed the
24 guys and was at American Kickboxing Academy
25 regularly.

Page 48

1     Q. So after your last fight in King of the
2  Cage, did King of the Cage try and exercise its
3  option for another year?
4        MR. DELL'ANGELO: Object to the form to the
5  extent it calls for a legal conclusion.
6        THE WITNESS: I believe that King of the
7  Cage tried to exercise the option for a second year
8  because my manager at that time, I had a phone call
9  with him and let him know that I would not be
10 re-signing with them and that I was going to move to
11 California to train at AKA and have a new management
12 company represent me.
13       Obviously, that didn't sit well with him.
14 And I believe they called Bob Cook at some point
15 threatening that they still had me under contract and
16 that they wouldn't allow me to work with someone
17 else.
18       And if I recall correctly, DeWayne Zinkin
19 had his lawyers look at their contract, and they
20 determined that they did not have that right and that
21 there was a conflict with having my manager who got
22 me this contract be an employee of King of the Cage.
23 BY MR. WIDNELL:
24    Q. Was there any litigation related to that?
25    A. They had threatened to take us to court and

Page 49

1  have litigation, and that never came to fruition.
2     Q. Was there ever any other litigation between
3  either King of the Cage and you or between you and
4  your prior manager?
5        MR. DELL'ANGELO: Objection. Compound.
6        THE WITNESS: No, not to my knowledge, there
7  was no litigation.
8  BY MR. WIDNELL:
9     Q. If you go back to Exhibit 81 and look at the
10 second page, Item 7. Could you read that?
11    A. "If Kyle should become injured and cannot
12 compete in scheduled fights, King of the Cage will
13 have the option to extend the term of the contract so
14 that Kyle may fulfill his time commitment."
15    Q. What's your understanding of what that term
16 meant?
17    A. This term, I believe, is King of the Cage's
18 ability to extend my contract during an injury.
19    Q. Did that provision ever come into play?
20    A. That provision --
21       MR. DELL'ANGELO: Object to form to the
22 extent it calls for a legal conclusion.
23 BY MR. WIDNELL:
24    Q. Let me ask it slightly differently. Maybe
25 it's easier. Were you ever injured during your time



Page 50

```
 1  fighting for King of the Cage?
 2      A.  I was not injured during my time fighting
 3  for King of the Cage.
 4      Q.  So if I'm reading this correctly, it looks
 5  like the next thing that happened was that you ended
 6  up becoming a contestant on the Ultimate Fighter; is
 7  that correct?
 8      A.  That is correct.
 9      Q.  Can you tell me how that came to pass?
10      A.  After training at American Kickboxing
11  Academy, I had fought as a heavyweight in all my
12  previous matches.  And a couple of my teammates,
13  Bobby Southworth, who had fought as a heavyweight
14  prior and was the current light heavyweight for
15  Strikeforce, they mentioned that they think I should
16  try to drop the weight.  Instead of trying to gain
17  weight, I should try to lean out as much as I can and
18  be a bigger fighter at the 205 weight class.  And I
19  took that into consideration but still liked not
20  having to cut weight.
21          But it was when Bob Cook mentioned to me
22  there was an opportunity to be on the Ultimate
23  Fighter Season 8, which had split between
24  lightweights 155 class and light heavyweights 205
25  class.
```

Page 51

```
 1          And then if I was able to drop my weight
 2  that I could potentially be on that show.  And that
 3  that could get my foot in the door for fighting at
 4  the highest level in the UFC.
 5      Q.  So you agreed to apply; is that right?
 6      A.  Yeah.  Bob Cook and I sent in a video to
 7  them.  They had already -- Bob had a history working
 8  with the UFC.  Obviously, they already had fighters
 9  on our team that were in the UFC.  But they also had
10  fighters that had gone through the Ultimate Fighter
11  as a pathway to make it into the UFC.
12      Q.  You say "as a pathway to make it into the
13  UFC."  Were you focused at that point on trying to
14  become a UFC fighter?
15      A.  I think the goal of every fighter is to
16  fight at the highest level and to become champion one
17  day.  And if you're trying to fight, it doesn't
18  matter if you're the champion, you know, big fish in
19  a small pond.  You could be the best of a small
20  community.  But really to test yourself and to know
21  that you're the best in the world, that takes
22  becoming champion of the UFC.
23      Q.  At the time, did you think it was
24  competitive to get a spot on the Ultimate Fighter?
25          MR. DELL'ANGELO:  Objection to the form.
```

Page 52

```
 1  BY MR. WIDNELL:
 2      Q.  Let me ask this a little differently.  Did
 3  you feel like you had to compete with a lot of other
 4  people to get that spot on the Ultimate Fighter?
 5      A.  In my opinion, the Ultimate Fighter by
 6  Season 8 time was wildly successful in that a lot of
 7  people watched the show.  You had to have certain
 8  credentials.  You had to have displayed yourself in a
 9  manner that showed that you had real talent or at
10  least the possibility of growing into that talent.
11          And so they had to see something in you in
12  order to bring you on that show.  And it was hard --
13  it was quite competitive to get on the show.
14      Q.  So you'd say there were a lot of other
15  fighters who wanted to have the spot that you got; is
16  that accurate?
17          MR. DELL'ANGELO:  Object to the form.
18          THE WITNESS:  I think that's a fair
19  statement.
20  BY MR. WIDNELL:
21      Q.  Now, Mr. Fitch in his deposition -- I can't
22  recall if this was in the morning and you would have
23  heard it or not.  But at some point during his
24  deposition, he said that he thought that at the time
25  that he applied, the people who made it onto the
```

Page 53

```
 1  Ultimate Fighter were all elite fighters.
 2          But I think he said that later seasons that
 3  may not have been the case.  Do you agree with that
 4  statement?
 5          MR. DELL'ANGELO:  Object to the form to the
 6  extent it calls for a legal conclusion and
 7  mischaracterizes the prior witness' testimony.  You
 8  can answer.
 9          THE WITNESS:  I think if I understand that
10  question correctly, Jon was stating that on the
11  Ultimate Fighter Season 1, because it was the first
12  one, there was a wealth of talent on that season and
13  that a lot of the fighters who fought on Ultimate
14  Fighter Season 1 eventually went on to have careers
15  in the UFC.
16          That wasn't the case for every Ultimate
17  Fighter.  There's been various seasons where only a
18  couple guys or women were kept after the show had
19  ended as opposed to the majority of them from
20  Ultimate Fighter Season 1.
21          On the Ultimate Fighter Season 8, we were
22  really a standout at that point because quite a few
23  of the fighters were kept from Ultimate Fighter
24  Season 8, which hadn't been the case in between
25  Season 1 and Season 8.
```



Page 54

1  BY MR. WIDNELL:
2     Q.  So would you say that all of the contestants
3  for Season 8 were elite fighters?
4        MR. DELL'ANGELO:  Object to the form to the
5  extent it calls for a legal conclusion.
6        THE WITNESS:  I'm not saying that at all.
7  In fact, one of the ways that they would orchestrate
8  the show is they would bring on some really talented
9  fighters, and they would bring on some guys who had
10 bare minimal experience, sometimes with no fights or
11 a 1-and-0 record or a 1-and-1 record.
12       And it is my understanding that they wanted
13 that dynamic for the people who made it into the
14 house so that they would still have exciting fights,
15 meaning "exciting" they would still see big knockouts
16 and things like that as opposed to every fight going
17 to a decision.
18       So when you compete at the highest level,
19 it's not always guaranteed that you'll have a
20 knockout or an exciting fight for the fans.  I think
21 Jon Fitch has demonstrated that throughout his career
22 and was punished for it, winning a lot by decision
23 and not fighting the way the UFC would have wanted
24 him to.  Dana White specifically.
25       So Ultimate Fighter Season 8 did have quite

Page 55

1  a wide-ranging gap of fighters who were extremely
2  talented and had great records and fighters that had
3  minimal experience.
4  BY MR. WIDNELL:
5     Q.  Were you an elite fighter at the point that
6  you were participating in Season 8?
7        MR. DELL'ANGELO:  Objection to the form.
8  Calls for a legal conclusion.
9        THE WITNESS:  I believed in myself and my
10 chances of winning the Ultimate Fighter Season 8.  I
11 did not believe I was an elite fighter until I've
12 made it into the UFC.
13 BY MR. WIDNELL:
14    Q.  Would you say that only the contestants on
15 the Ultimate Fighter who ultimately made it into the
16 UFC were elite fighters?
17       MR. DELL'ANGELO:  Objection to the form to
18 the extent it calls for a legal conclusion.
19       THE WITNESS:  I would say that if you've
20 made it into the UFC, you could consider yourself an
21 elite-level fighter, in my opinion.
22 BY MR. WIDNELL:
23    Q.  Okay.  But what I'm really trying to figure
24 out is if you're selected for the Ultimate Fighter,
25 does that also mean you're an elite fighter?  And it

Page 56

1  sound like some are and some aren't.
2        If you were going to try and identify or
3  come up with an easy explanation for which are the
4  most likely elite fighters of the season, how would
5  you do that?
6        MR. DELL'ANGELO:  Objection to the form to
7  the extent it calls for a legal conclusion and
8  speculation.
9        THE WITNESS:  In my opinion, I think the
10 guys who were kept under contract -- or were given a
11 contract to fight in the UFC after the Ultimate
12 Fighter 8 had finished defined them as elite.  They
13 had made it to the highest level if they were
14 fighting against the best guys, and they had made it
15 to the highest level of the sport.
16 BY MR. WIDNELL:
17    Q.  So if you got a contract at the end, that
18 really is the best indicator that you actually are an
19 elite fighter among the members of the Ultimate
20 Fighter season; is that accurate?
21       MR. DELL'ANGELO:  Objection to the form to
22 the extent it calls for a legal conclusion.
23       THE WITNESS:  In my opinion, I believe there
24 are a number of factors that would go into making
25 somebody an elite fighter.  But probably the most

Page 57

1  important, in my opinion, would be to fight in the
2  UFC.
3  BY MR. WIDNELL:
4     Q.  Can you be an elite fighter if you don't
5  fight in the UFC?
6        MR. DELL'ANGELO:  Objection to the form to
7  the extent it calls for a legal conclusion.
8        THE WITNESS:  I think there have been some
9  cases in the past where there were elite-level
10 fighters who did not fight in the UFC.
11 BY MR. WIDNELL:
12    Q.  Okay.  Thanks.  Could you just tell me how
13 it comes to pass that if you are a contestant on the
14 Ultimate Fighter, whether or not you ultimately
15 become a fighter in the UFC?  Do you know how that
16 process works?
17       MR. DELL'ANGELO:  Object to the form.
18 Foundation.  Calls for speculation.
19       THE WITNESS:  I don't know for sure what the
20 criteria is to make it into the UFC or why they pick
21 the certain people that they do.
22       But in my opinion, you would have to have
23 some form of notoriety.  You would have to be
24 somebody who's marketable and likable or at least
25 have the potential for that.



Page 90

1     THE WITNESS: Yeah.  If I have a one-year
2  contract that starts on the first fight in the UFC,
3  that would have been December 13th, 2008, to
4  December 13th, 2009.  And this extension would extend
5  it until August 13th, 2010.
6  BY MR. WIDNELL:
7     Q.  Okay.  So how long would it have extended
8  the contract?
9     MR. DELL'ANGELO: Objection to the form to
10 the extent it calls for a legal conclusion.
11    THE WITNESS:  I can do the math.  But it
12 looks like an extra year and nine months or an extra
13 year and eight months.
14 BY MR. WIDNELL:
15    Q.  From December of 2009 to --
16    A.  Oh, not an extra.
17    Q.  -- August of 2010?
18    A.  The total would be one year and eight months
19 or one year and nine months.  So an extra eight or
20 nine months.
21    Q.  So let me give you the two dates.  So we
22 said it was December of 2009, was what your initial
23 termination date was.  And according to this, it's
24 now August of 2010.  So how long was it extended?
25    MR. DELL'ANGELO:  Objection to the form to

Page 91

1  the extent it calls for a legal conclusion.
2     THE WITNESS:  It appears that it would be a
3  nine-month extension.
4  BY MR. WIDNELL:
5     Q.  Nine or ten months, depending on exactly how
6  you counted -- or nine or eight months -- I'm
7  sorry -- depending on exactly how long you counted.
8     Do you see where it says, "This notice of
9  extension of the term of your exclusive promotional
10 and ancillary rights agreement is being sent as a
11 result of your decision to wait to compete in
12 professional mixed martial arts bouts for an
13 additional two months"?
14    A.  I see where it reads that, yes.
15    Q.  I think we just established that the term of
16 the contract had been extended for more than two
17 months.  Does that sound right to you?
18    MR. DELL'ANGELO: Objection to the form.
19 Mischaracterizes his testimony.  Calls for a legal
20 conclusion.
21    THE WITNESS:  I believe it was clearly
22 longer than two months because there were eight to
23 nine months in addition.
24 BY MR. WIDNELL:
25    Q.  Okay.  And if we go back to Exhibit 83.

Page 92

1  Now, without giving me an opinion about whether or
2  not this is, in fact, an extension that you
3  requested, how long is the extension that's described
4  for Kyle Kingsbury in Exhibit 83?
5     MR. DELL'ANGELO:  Objection to the form.
6     THE WITNESS:  It says six months.
7  BY MR. WIDNELL:
8     Q.  Okay.  And if you go to Exhibit 84.  How
9  long is the extension that's described in Exhibit 84?
10    A.  An additional two months.
11    Q.  So if there were two extensions, would that
12 be eight months?
13    MR. DELL'ANGELO:  Objection to the form.
14    THE WITNESS:  It could be eight months.
15 BY MR. WIDNELL:
16    Q.  And then just going back to Exhibit 85.  If
17 you look at the language that I believe you had read
18 previously where it says "is being sent to you as a
19 result of your decision to wait to compete in
20 professional mixed martial arts bouts."
21    Would you say that at least for the
22 additional two months, that was based off of a
23 decision that you made?
24    MR. DELL'ANGELO:  Objection to the form.
25    THE WITNESS:  It is possible that it was a

Page 93

1  decision that I had made.
2  BY MR. WIDNELL:
3     Q.  So is it possible that you had made the
4  decision to train for an additional eight months
5  before you got into another bout?
6     A.  It is possible I was injured.  It was
7  possible -- there's a number of things that could
8  have occurred.
9     Q.  Do you believe that that eight-month
10 extension was unfair?
11    MR. DELL'ANGELO:  Objection to the form.
12    THE WITNESS:  In my opinion, if we had asked
13 for time off for various reasons, that would not have
14 been unfair.
15    (Whereupon Defendant's Exhibit 86
16    was marked for identification.)
17 BY MR. WIDNELL:
18    Q.  I've just handed you what's marked Exhibit
19 86.
20    MR. DELL'ANGELO:  Excuse me, Counsel.  Do
21 you have copies for us?
22    MR. WIDNELL:  Yes, sorry.
23 BY MR. WIDNELL:
24    Q.  Exhibit 86 is a document marked ZE 001174.
25 It is an email from Bob Cook to Mr. Silva and then a



Page 94

1  reply from Mr. Silva to Mr. Cook.  Does this document
2  look at all familiar to you?
3     A.  I'm not sure if I'm seeing this for the
4  first time or not.
5     Q.  Could you read what the email from Mr. Cook
6  to Mr. Silva says?  It starts with "Don't rush."
7     A.  "Don't rush to put Kyle back in.  I'd like
8  to have another six months to get him better if
9  that's okay.
10    Q.  And then could you read Mr. Silva's reply?
11    A.  "Okay.  He definitely needs more work."
12    Q.  What's the date of this email?
13       MR. DELL'ANGELO:  Objection to the form.
14       THE WITNESS:  Thursday, October 29th, 2009.
15 BY MR. WIDNELL:
16    Q.  Had you fought between the extension that's
17 described in Exhibit 85 and between the time that
18 extension was sent out on October 29, 2009.
19    A.  Yes.  I fought October 24th, 2009, against
20 Razak Al-Hassan.
21    Q.  And when you fought against Razak Al-Hassan,
22 is that the fight that you were describing where you
23 felt that you had to fight?
24    A.  Yes.
25    Q.  So it looks like you had had an extension to

Page 95

1  the term of your contract prior to that of about
2  eight months.  Does that sound right?
3     A.  That sounds correct.
4     Q.  Okay.  And you were concerned about fighting
5  Razak Al-Hassan because you were injured at the time;
6  is that correct?
7     A.  That is correct.  I had separated my rib.
8     Q.  Were you told that you had to fight Razak
9  Al-Hassan?
10       MR. DELL'ANGELO:  Object to the form.
11       THE WITNESS:  What I had seen with other
12 fighters and seeing the way they were treated, you
13 didn't argue with the guy that was put in front of
14 you.  You didn't try to pick your opponents or say
15 you didn't like to fight somebody.  You said yes when
16 they asked, and you fought on the date.
17       Dana White has said many times, including in
18 front of the media, that all guys fight hurt.
19 Everyone comes to the fight with injuries.  You
20 better show up on fight day.  It doesn't matter if
21 you're hurt.  Everybody's hurt.
22       And not wanting to be cut from the UFC and
23 not have a job, I felt obligated to fight hurt.
24 BY MR. WIDNELL:
25    Q.  At that time if you had been cut from the

Page 96

1  UFC, would you have had other options for places you
2  could have fought?
3        MR. DELL'ANGELO:  Objection to the form.
4        THE WITNESS:  To my understanding, in
5  October 2009 Strikeforce was another organization
6  that was still running.  Is that correct?
7  BY MR. WIDNELL:
8     Q.  I can't answer questions.  I'm sorry.  This
9  is an instance where I need to ask you questions.
10 You can answer to the best of your ability, but I
11 can't answer your questions.
12    A.  I believe Strikeforce was still around at
13 that time, in 2009.  And they were a rising company
14 not on the level of the UFC, but were heading in that
15 direction.  So there would have been that
16 possibility.
17       ==But that would have eliminated any chances==
18 ==of becoming UFC champion and winning at the highest==
19 ==level among the best fighters in the world.==
20    Q.  So in your opinion, was Strikeforce not at
21 the same level as the UFC?
22       MR. DELL'ANGELO:  Objection to the form.
23       THE WITNESS:  I believe when Strikeforce was
24 acquired by the UFC, they were becoming close to that
25 level, and they had certain fighters that were

Page 97

1  definitely on par with UFC-level fighters.  A lot of
2  the Strikeforce fighters that came over to the UFC
3  after the purchase and acquisition ended up doing
4  very well.  Tyron Woodley is the current welterweight
5  champion of the world.  He was from Strikeforce.  My
6  teammate Luke Rockhold became the middleweight
7  champion in the UFC.  He was a champion in
8  Strikeforce.
9        So there was a number of talented fighters
10 there.  And it was a good organization on the rise,
11 but it was not on the level of the UFC at that time.
12 BY MR. WIDNELL:
13    Q.  As of October of 2009?
14    A.  That is correct.
15    Q.  Is that because Strikeforce didn't have the
16 same caliber of fighters that the UFC had?
17       MR. DELL'ANGELO:  Objection to the form.
18       THE WITNESS:  Strikeforce had some fighters
19 that were of UFC caliber.  The UFC was able to keep a
20 lot of their fighters through exclusive contracts and
21 keep them for longer periods of time and by different
22 clauses in the contracts, the ability to match for 60
23 to 90 days -- exclusive negotiation for 60 to 90 days
24 and the ability to match for up to one year in the
25 champions clause.  It was very hard for fighters to

Page 98

1   get out of their contract unless they were no longer
2   wanted and the UFC could cut them.
3   BY MR. WIDNELL:
4       Q.  I think you said, though, that at the time
5   that the UFC acquired Strikeforce, at that time
6   Strikeforce was competitive to the UFC; is that
7   accurate?
8       A.  What I said was that Strikeforce was on the
9   rise as a competitor, but they were still not on the
10  level of the UFC.  In that they had fighters that
11  were -- some of the fighters were on the level of UFC
12  fighters.  And that was proven after the acquisition
13  and acquiring of those fighters and seeing their
14  success in the UFC.
15      Q.  So are you saying that at the time the UFC
16  acquired Strikeforce, you still would not have
17  regarded Strikeforce as being a reasonable
18  alternative to the UFC as a place to fight?
19          MR. DELL'ANGELO:  Objection to the form.
20          THE WITNESS:  It might have been a
21  reasonable alternative, but there was no way of
22  getting out of the contract to go over to
23  Strikeforce.
24          UFC did a very good job of making sure that
25  fighters stayed with them if they were worthwhile and

Page 99

1   had notoriety.  And it was very hard, if not
2   impossible, to shop around and try to get to other
3   competitors.
4   BY MR. WIDNELL:
5       Q.  Okay.  Going back to the fight with Razak
6   Al-Hassan, though, I think you said that you had
7   fought him because if you were cut, there would have
8   been no other place for you to fight; is that
9   accurate?
10      A.  On the level of the UFC, that is a correct
11  statement.
12      Q.  Okay.  If you had been cut at the time or
13  just before UFC acquired Strikeforce, would you have
14  regarded Strikeforce as a reasonable option?
15          MR. DELL'ANGELO:  Objection to the form.
16          THE WITNESS:  I think that at the time
17  Strikeforce was acquired, a lot of my teammates that
18  were fighting with Strikeforce spoke very favorably
19  about the way they were treated in respect to -- or
20  in comparison to the way that we were treated in the
21  UFC.
22          I don't know.  It never happened.  I never
23  had that option to leave, and I would be speculating
24  or guessing.
25  ///

Page 100

1   BY MR. WIDNELL:
2       Q.  Okay.  So after the Razak Al-Hassan fight,
3   which was on October 24, 2009, it looks like Mr. Cook
4   sent Mr. Silva a letter five days later asking for
5   another six-month extension.  Does that sound right
6   to you based on our discussion of Exhibit 86?
7           MR. DELL'ANGELO:  Objection to the form.
8   Characterization of the document.
9           THE WITNESS:  It appears to be correct with
10  Exhibit 86 in front of me.
11  BY MR. WIDNELL:
12      Q.  So if you add another six months to the
13  August 2010 expiration of the contract, what would
14  the expiration date be, then?
15          MR. DELL'ANGELO:  Object to the form to the
16  extent it calls for a legal conclusion.
17  Mischaracterizes the operative contract.
18          THE WITNESS:  So what would be six months
19  after August 2010?
20  BY MR. WIDNELL:
21      Q.  Yup.
22      A.  February of 2011.
23      Q.  When was your next fight?
24          MR. DELL'ANGELO:  Object to the form.
25          THE WITNESS:  After Razak Al-Hassan?

Page 101

1   BY MR. WIDNELL:
2       Q.  Yup.
3       A.  September 15th, 2010, against Jared Hamman.
4       Q.  Do you know how much you were paid for that
5   fight?
6       A.  I believe I was paid $8,000 and $8,000.
7   $8,000 to show and $8,000 to win.  And that was my
8   first fight of the night, which was $40,000, I
9   believe.
10      Q.  So I believe you were actually paid $10,000
11  and $10,000.  Or is it possible that you're mistaken
12  about the amount?
13      A.  It is possible I was paid $10,000 and
14  $10,000.
15      Q.  If you were paid $10,000 and $10,000, would
16  you have been into the next option of your contract?
17          MR. DELL'ANGELO:  Objection to the form.
18  Calls for a legal conclusion.
19          THE WITNESS:  It would makes sense if I was
20  paid $10,000 and $10,000, that I would be in the
21  second year of the option.
22  BY MR. WIDNELL:
23      Q.  So I think we established that with that
24  additional six-month extension, you would have
25  been -- the contract would have ended in February of



Page 114

1   I had. I didn't want them to say, Screw you. You're
2   on your own. You're just retired, or you talked bad
3   about us and, no, we're not going to take care of you
4   anymore, in that respect concerning my medical bills.
5       At this point in my career, I was pretty
6   upset by the matchmaking, being forced to take
7   certain fights, and I wasn't happy. But I didn't
8   want to speak badly about the UFC at that time
9   because I was still under contract and because I
10  wanted them to take care of my medical bills.
11      Q. And were they taking care of your medical
12  bills?
13      A. They took care of my medical bills for the
14  fights. And they had injury insurance, which I paid
15  a $1500 deductible ███████████████████.
16      Q. ███
17  ███████████████████. Was that covered by --
18      A. That was covered by Zuffa. That happened in
19  a fight, yes. They covered everything that happened
20  in fights.
21      Q. But you did say, "I'm leaning toward not
22  doing it again"; is that right?
23      A. I was leaning towards not doing it again,
24  but I wanted to leave the door open in case I got
25  that itch again. And, again, I restate here, "I

Page 115

1   could wake up a month or two from now and be as
2   hungry as I've ever been and think I shouldn't have
3   opened my mouth a month ago," referring to speaking
4   the truth about what was going on in the UFC with
5   buyouts, exclusive contracts and threats exclusive
6   contracts that had been made to me among other
7   fighters. And that would pretty much be the end of
8   my career if I had done so. So I said there's no
9   finite decision.
10      Q. So at this time, had you made comments about
11  those concerns publicly?
12      A. I had not made public -- not to my knowledge
13  at that time had I made any public statements in
14  terms of my dissatisfaction with the UFC. I had seen
15  firsthand with teammates Jon Fitch and Josh Koscheck
16  what that had done to their careers, and I did not
17  want to go that route if I was going to continue to
18  fight for them.
19      Q. Okay. Were you under the impression that
20  UFC was punishing you at that time?
21      A. Yes. In fact, there were articles written
22  that -- one article stated, "I don't know what
23  Kingsbury has done to piss off Joe Silva, but it is
24  clear and obvious." Or "Kingsbury gets thrown to the
25  wolves. What did he do to piss Jon Silva off?"

Page 116

1       Q. And how is it clear and obvious that you
2   were being punished?
3       A. Well, if you go through my fight history,
4   you can see right before my four-fight losing streak,
5   I was on a four-fight winning streak with two fight
6   of the nights and a 21-second knockout.
7       A lot of that competition was not well
8   known. And after I received my ███████████████
9   in the fight of the night victory against Fabio
10  Maldonado, I spoke with my coaches and management.
11  And we realized that the competition in the UFC at
12  the highest level is so tough that you can be hurt
13  and have to take time off for who knows how long.
14  And that it was a detriment to fight people that were
15  that good but not well known.
16      So we had asked Joe Silva after the Fabio
17  Maldonado fight. I remember specifically walking on
18  eggshells in the statement. And I said, "I'm very
19  grateful with the matchups that you have given me in
20  the past. And I'm happy fighting the guys you put in
21  front of me. But I would like to fight a bigger
22  named opponent in my next fight because the level of
23  competition is so high that if I lose to an unnamed
24  guy, it would hurt me. As opposed to if I was to
25  fight a big name opponent, at least people would know

Page 117

1   who that person is if I was to lose. And you could
2   lose any fight. It could happen on any day. So I
3   just wanted to fight named opponents.
4       And in the very next fight they put me
5   against Stephan Bonnar. Not an opponent I would have
6   wanted. But because we had asked for a named
7   opponent, I took the fight anyways.
8       At that time I was a blue belt in Jiu-Jitsu.
9   Stephan Bonnar was a black belt. So there was a huge
10  discrepancy and one of his weaknesses. And the fight
11  went his direction because of that.
12      I wasn't too upset at that point. It's
13  really the fights that came after that that really
14  made me believe that I was being punished. Glover
15  Teixeira I knew very well. I had trained with his
16  coaches and teammates, Chuck Liddell and Coach John
17  Hackleman down at The Pit.
18      Glover Teixeira was a close friend and
19  training partner of Chuck Liddell's. Over the years
20  they said he could be champ. He was one of the best
21  in the world. And Joe Silva wanted me to fight him
22  on the undercard in Glover's first fight in the UFC.
23      And that is exactly the kind of thing that
24  hurts fighters. Nobody knew who he was. He was
25  extremely talented. It was a lose-lose. If I beat



Page 118

1  him, I'm supposed to beat him.  If I don't beat him,
2  I just got my ass kicked by a guy that nobody knows.
3       On top of that, being put on the undercard,
4  there was a great deal less in sponsorship money
5  because I wasn't guaranteed to be on TV.
6       They also rushed me to the cage in that
7  fight without playing my entrance music.  It was the
8  only fight they did this.  Yet they allowed Glover to
9  walk out with his entrance music.  They said it was a
10 TV time thing.
11      Yet they didn't account for the 30 seconds
12 it would take for me to walk to the cage.  So UFC
13 personnel was screaming at me to run to the cage in
14 an effort to rattle me.
15      After that fight against Jimi Manuwa, I had
16 another unknown opponent in his first fight in the
17 UFC.  I had to fly all the way to England for it.  It
18 was on the undercard, and it was against a guy who at
19 the time was 11 and 0, no losses, and not a single
20 opponent had made it out of the first round with him.
21 So he was highly decorated and not known.  Again, as
22 stated, a lose-lose for me.
23      And then I had received the damage that I
24 did in that fight.  ████████████████████████
25 ████████████████████████████████████████████

Page 119

1  ████████████████████████████ as well and was
2  just considering is it worth it?  I can't get out of
3  my contract.  There's nowhere else to go at this
4  point.  Strikeforce didn't exist anymore.  Pride
5  didn't exist anymore.  And I had no way of saying no.
6       When I got the fight with Glover Teixeira,
7  that was the only time that I had asked to not fight
8  a certain fighter because I knew how good he was and
9  I knew that he was an unknown.
10      And I spoke to Joe Silva face-to-face in
11 Tokyo, Japan, at one of the events.  He had overheard
12 me complaining to one of the fans about my next
13 opponent.  He said, "Kyle, what's the problem?"
14      And I said, "Joe, I'm glad you're here.  The
15 problem is that nobody knows who Glover is, and he
16 could easily be the UFC champ.  He could be the
17 champion of our division.  I know how good he is.
18 I've trained with his coaches.  The coaches know me
19 well.  They know my style.  And I would be happy
20 taking on anyone else."
21      And then he said to me the usual tag line,
22 "You've got to take the fight with Glover.  If you
23 don't like this fight, you're not going to like the
24 next one."
25      And I said, "I would take on Jon Jones or

Page 120

1  Shogun Rua, legends of the sport, before I'd want to
2  take on Glover Teixeira because at least people knew
3  who they were.  And he told me, "You've got to take
4  the fight anyways."
5    Q.  Who do you think should have fought Glover
6  Teixeira?
7    A.  It would be speculation on my part to say
8  who should have fought Glover Teixeira.  But if it's
9  an entry level fight in the UFC, he should have
10 fought somebody else that maybe had one fight in the
11 UFC.
12      Yeah, in my opinion, he should have fought
13 somebody else that was new to the UFC.  Because even
14 when they offered him to fight Shogun Rua after
15 beating me, Shogun turned down that fight.  And as a
16 former champion, he had a little bit more power than
17 I did.
18      And Dana White went on to barbecue Shogun
19 Rua saying that he was a pussy for not wanting to
20 take the fight and that he was going to take the
21 fight anyways, belittling Shogun and taking away from
22 his notoriety.
23    Q.  If you turn to the second page of
24 Exhibit 88.  Do you see the sentence, "'They haven't
25 cut me, and I'm very grateful for that,' he said.

Page 121

1  'If I decide to stick around, it will be in the
2  UFC'"?
3    A.  Yes, I see that statement.
4    Q.  Did you say that?
5    A.  I did say that statement.
6    Q.  Okay.  If you'd turn to the third page.  Do
7  you see the sentence that says, "I made the decision
8  to go to MMA for as long as it may last and go back
9  after to being a fireman again"?
10   A.  Yeah, I see that statement.
11   Q.  Did you make that statement?
12   A.  I did make that statement.
13   Q.  What did you mean by that?
14   A.  When I first got the contract to fight in
15 King of the Cage, I was living in Arizona.  And I had
16 a friend who was a firefighter/paramedic for Phoenix
17 Fire.  He was putting me through the process to
18 become a firefighter in Arizona.  I thought of that
19 as a great career.
20      And basically at the time, I had passed my
21 first interview with Phoenix Fire and was waiting to
22 do -- I was prepping for my second interview to get
23 in.  And we got the contract to fight in King of the
24 Cage.  And my friend told me, "Hey, fighting doesn't
25 last long.  Fire fighting will always be here.  You



Page 122

1  should fight. See how far you can take it. And when
2  you're done, you can always come back to fire
3  fighting."
4      Q.  At this point in time, how much money had
5  you made in the last year from fights?
6      A.  In the last year from Jimi Manuwa, Glover
7  Teixeira and Stephan Bonnar?
8      Q.  The date of this article is November 2012.
9  So going back a year from that.
10     A.  So November 2011 I fought Bonnar. 12 grand
11 for Bonnar plus a $3,000 bonus. 12 grand for Glover
12 Teixeira. And I think I got 12 grand with a $12,000
13 bonus to Jimi Manuwa since they stopped the fight for
14 doctor stoppage. $51,000 in my estimate.
15     Q.  How much would you have made as a fireman at
16 that point?
17         MR. DELL'ANGELO:  Objection. Calls for
18 speculation.
19         THE WITNESS:  I'm not sure what the
20 firefighters make in Phoenix. I know firefighters in
21 California make six figures a year. In Sunnyvale,
22 the town that I live currently, they start at
23 $120,000 a year with full medical and dental for
24 their entire family, retirement benefits. And they
25 are able to go to other fire departments, which we

Page 123

1  are not able to go to other fighting organizations.
2  BY MR. WIDNELL:
3      Q.  It says in the next paragraph, "I've got
4  some soul searching to do to see where I'm at
5  mentally, emotionally and spiritually. I've got to
6  digest the whole situation, the career, to see if
7  it's something I want to continue to do. Thankfully
8  I've got a six-month medical suspension to figure it
9  out. It's not something I have to decide right off
10 the bat." Did you make that statement?
11     A.  I made that statement.
12     Q.  Were you thankful at the time that you had
13 gotten that six-month suspension?
14     A.  Yeah.                        . I needed
15 that. I couldn't fight within that six-month period.
16 
17 
18 
19                                 .
20         And I did want time to decide if weighing
21 out all the things that the UFC has done, weighing
22 out the fact that there were no other options to go
23 to, and the fact that I would likely be fighting for
24 them forever, is it worth it or not?
25         So I had a tough decision to make, and I

Page 124

1  needed time to make that decision along with the
2  healing process.
3      Q.  And ultimately weighing the decision between
4  becoming a fireman and going back to fight, did you
5  go back to fight?
6      A.  I did go back to fight. I fought Patrick
7  Cummins in my final fight in the UFC.
8      Q.  And is it fair to say that you probably
9  earned less money going back to fight than you would
10 if you had gone to be a fireman?
11         MR. DELL'ANGELO:  Objection to the form.
12         THE WITNESS:  It depends on where I was
13 working as a firefighter. But I was making less
14 money, in my opinion, than fire fighting places I
15 would have wanted to.
16 BY MR. WIDNELL:
17     Q.  Okay. And if you look a little bit further
18 down, it says -- this is another quote. I believe
19 it's attributed to you. "People don't get into the
20 sport to become a millionaire. You get into the UFC
21 because you're trying to beat someone's ass. I'm 4-4
22 in the UFC. It was never my goal to be a .500
23 firefighter. Whatever I end up choosing, if I do end
24 up wanting to fight again, there will be a period of
25 time of working to improve before I can come back."

Page 125

1  Did you say that?
2      A.  Well, I did say that.
3      Q.  Do you agree with that statement today?
4      A.  I do agree with that statement. It is clear
5  that when you get into fighting, it's because you
6  love fighting. And the reason may be to beat
7  someone's ass. It may be to -- you know, my reason
8  changed over time. When I first got into fighting,
9  it's because I genuinely wanted to hurt and fight. I
10 genuinely wanted to hurt other people.
11         As I grew as a person and established a
12 meditation practice and reading and understanding
13 things differently spiritually and emotionally, I no
14 longer had that itch to hurt somebody. But I wanted
15 to test myself at the highest level. And I wanted to
16 push myself and put myself in a position to really
17 test myself.
18     Q.  Do you think that that's something that
19 you're unique in terms of how you felt about
20 fighting? Do you thing others were really just doing
21 it for the money?
22         MR. DELL'ANGELO:  Objection to form. Calls
23 for speculation.
24         THE WITNESS:  In my opinion, nobody gets
25 into fighting just for the money. There are plenty

Page 138

1    A.  I didn't feel that there was any other
2   option to fight at an elite level.  And as I stated
3   here in my email -- we can leave the answer at that.
4    Q.  So I think that you also said that at some
5   point before Zuffa acquired Strikeforce, Strikeforce
6   actually was potentially a promotion you would have
7   considered going to; is that right?
8        MR. DELL'ANGELO:  Objection to the form.
9        THE WITNESS:  I stated that around the time
10  of Strikeforce's acquisition, that they had become an
11  organization that would be worth considering.  There
12  was nothing to consider, though, due to the nature of
13  our contracts.
14  BY MR. WIDNELL:
15   Q.  But you were concerned about being cut, and
16  you made the decision to fight injured in 2009
17  because you didn't feel that Strikeforce was an
18  option at that time; is that right?
19   A.  Strikeforce was not an option to fight at an
20  elite level at that time.
21   Q.  So what changed between 2009 and when UFC
22  acquired Strikeforce that made it potentially an
23  option?
24   A.  In my opinion, Strikeforce had continued to
25  improve their show.  They had a lot of fighters that

Page 139

1   had come up the ranks.  And it appeared that they
2   could do well at the UFC level.
3        And then, of course, they went on after the
4   acquisition and the fighters were acquired to do well
5   at the UFC level.  And as I stated earlier, Tyron
6   Woodley, a Strikeforce fighter, is now the current
7   welterweight champ.  Luke Rockhold, a Strikeforce
8   champion, had become the middleweight champion of the
9   UFC.
10       So I think that's a fair assessment at that
11  point.  That they, at the time of acquisition, had
12  become a fairly competition organization.  I think
13  that's why the UFC wanted to acquire them and to
14  acquire their fighters.
15   Q.  But in 2009 they weren't?
16       MR. DELL'ANGELO:  Objection to form.
17       THE WITNESS:  As I stated earlier, they were
18  on the rise, but they were not an elite organization
19  and not a viable option if I wanted to fight the best
20  in the world.
21  BY MR. WIDNELL:
22   Q.  When did you find out about the pay
23  disparity compared to organizations like the NFL?
24   A.  I believe I was on a tour for the troops in
25  2010 or 2011.  And Sean O'Hara of the NFL -- I think

Page 140

1   he played for the New York Giants -- was there.  We
2   were in Baghdad in Iraq in Saddam's palace.  And he
3   was talking about the steps they had taken to make
4   their NFL Players Association a strong organization
5   to get what was fair in the NFL.
6        And we had spoken about what they had gone
7   through in 2007.  That they had fought for 55 percent
8   of the revenue.  And I remember laughing at the fact
9   that it was estimated we were being paid under 15
10  percent and to hear these guys were battling for 55
11  percent, and the judges awarded that to them.
12   Q.  Do you know why the judges awarded that to
13  them?
14       MR. DELL'ANGELO:  Objection to the form.
15       THE WITNESS:  I'm not entirely sure of the
16  logistics of their case.  I don't know exactly what
17  happened.  I followed it loosely but not closely.
18  BY MR. WIDNELL:
19   Q.  Did you learn about any other professional
20  leagues that had similar pay disparities, such as the
21  UFC?
22   A.  Over time the closest to our sport is the
23  other combat sport, boxing.  And I had been made
24  aware online that boxers can receive up to 80 percent
25  of a purse of the total revenue on any given card.

Page 141

1   And that seemed even more disheartening by the fact
2   that they were paid that much more and we were paid
3   that much less.
4        And they had the ability to fight people.
5   They had an independent ranking system, that the
6   promoters were not the matchmakers.  And the ranking
7   system, they didn't run the ranking system and the
8   matchmaking at the same time, which is something that
9   we were dealing with in the UFC.
10       The UFC controlled our careers entirely.
11  They picked who we fought, when we fought.  They
12  could chose if we were on the undercard and didn't
13  make sponsorship money.  They chose to give us
14  bonuses or not give us bonuses based on a number of
15  things.
16       They had stated that, you know, you'll get
17  your bonus if you fight exciting and you give a good
18  show for the fans.  And that was not always the case.
19  When I fought Ricardo Romero, I had a 21-second
20  knockout.  It was a huge pay-per-view card.  And I
21  believe I got a $3,000 bonus for that.
22       Did they have to give me the bonus?  No.
23  But $3,000 on top of what I was making was a drop in
24  the ocean.  It doesn't cover much, if anything.
25   Q.  Do you get basically the same level of pay

Page 142

1  as other fighters in the UFC?
2       MR. DELL'ANGELO: Objection to form.
3       THE WITNESS: Pay varies greatly among
4  fighters in the UFC. There are some fighters, like
5  Conor McGregor, who make a great deal more money than
6  other fighters.
7       But I think the general language in our
8  contracts is similar, and the way that they control
9  the fighters is quite similar. And our options
10 outside of the UFC are similar for every fighter
11 BY MR. WIDNELL:
12   Q. I'm sorry. You said your options are
13 similar for every fighter outside of the UFC; is that
14 correct?
15   A. Yeah. That is referring to the fact that as
16 Pride became a viable competitor, they were purchased
17 along with their fighters. As Strikeforce became a
18 viable competitor, they were purchased along with
19 their fighters.
20       And there aren't any options outside of the
21 UFC that are on par with the UFC, if any. And I
22 believe at this current time in mixed martial arts,
23 companies like the World Series of Fighting and
24 Bellator are not on the same level as the UFC.
25       And if you want to fight the best fight and

Page 143

1  consider yourself an elite level fighter, there's
2  only one place to do that, and that's within the UFC.
3    Q. When you said the options are the same, does
4  that mean the compensation is the same for all
5  fighters who leave the UFC?
6    A. No, I didn't say that, and that's not even
7  what I said among the UFC. I said there are vast
8  differences in what people would be paid in the UFC.
9  And I mentioned Conor McGregor getting significantly
10 more money than other people. I have no problem with
11 that. Conor McGregor is still underpaid. And if it
12 was a free and open market, we'd be paid
13 significantly more.
14   Q. So you'd say that when fighters leave the
15 UFC, they get very different compensation potentially
16 too, or would you say that it's very similar?
17      MR. DELL'ANGELO: Object to the form.
18      THE WITNESS: I don't know what happens when
19 fighters leave the UFC, and I have not fought outside
20 of the UFC after --
21      MR. DELL'ANGELO: Object to the form.
22      THE WITNESS: No, that is not what I'm
23 saying.
24 BY MR. WIDNELL:
25   Q. I apologize. I did not mean to ask that

Page 144

1  question to suggest that that's what you were saying.
2  I was asking the question: If a fighter leaves the
3  UFC, does the fighter -- do different fighters get
4  different levels of compensation?
5       MR. DELL'ANGELO: Objection to the form.
6       THE WITNESS: What I said was just as in the
7  UFC fighters are paid differently. When fighters
8  leave the UFC, they can be paid differently.
9       But that wasn't my point. My point was that
10 our options for leaving the UFC are the same and that
11 our options are quite limited by the fact that the
12 UFC has acquired the viable competition.
13 BY MR. WIDNELL:
14   Q. Do you know any fighters who have left the
15 UFC who are still competing in Adam May events?
16   A. I do.
17   Q. Is it your understanding that they are not
18 well compensated?
19      MR. DELL'ANGELO: Objection to form.
20      THE WITNESS: I wouldn't know if fighters
21 who have gone on to fight in other organizations are
22 well compensated because the definition of "well
23 compensated" is not simply a dollar amount. It is,
24 in my personal opinion, what would be a percentage of
25 the total revenue. That would be compensated fairly.

Page 145

1       So if somebody leaves the UFC and was making
2  50 grand to show and 50 grand to win and they leave
3  and they get $10,000 and $10,000 in another
4  organization, that really depends upon the level of
5  total revenue within that organization.
6  BY MR. WIDNELL:
7    Q. So if the revenue of that organization is
8  significantly lower, it could be very good
9  compensation. Is that what you're saying?
10      MR. DELL'ANGELO: Objection to form.
11      THE WITNESS: I would be speculating because
12 I don't know the numbers of other organizations. And
13 I don't know what fighters, even the ones that I do
14 know that fight outside the UFC, I do not know what
15 they're making.
16 BY MR. WIDNELL:
17   Q. Do you think organizations ever offer more
18 money to fighters leaving the UFC than the UFC offers
19 them?
20      MR. DELL'ANGELO: Objection to the form.
21      THE WITNESS: As stated previously, I don't
22 know what other fighters are making. But because of
23 the fact that the UFC is the big dog, they have the
24 most revenue, and the fact that they control the
25 contracts, I don't imagine that any other

Page 146

1  organization would pay them substantially more than
2  what the UFC is paying them currently.
3       It doesn't make sense if they don't have the
4  same fan base.  It doesn't make sense.  And it
5  doesn't make sense with our contracts either.
6  Because there's no true free agency, it limits our
7  ability and has a chilling effect on our ability to
8  make more money leaving the UFC.
9       Another organization isn't going to try to
10 get into a bidding war with the UFC knowing that if
11 the UFC truly wants them, they can just purchase them
12 at any price.
13      And with the fact that they have an
14 exclusive negotiating period for 60 to 90 days and
15 the fact that they have a right to match for an
16 additional year, it doesn't make sense for other
17 organizations to try to buy someone out just because
18 they've had their last bout in their contract.
19 BY MR. WIDNELL:
20    Q.  So just to be clear.  You'd say that based
21 on your understanding of UFC's practices and its
22 contractual practices, it would not make sense for
23 another organization to offer more money than UFC is
24 paying for a UFC fighter; is that correct?
25         MR. DELL'ANGELO:  Objection to form.  Calls

Page 147

1  for speculation.  And compound.
2          THE WITNESS:  In my opinion, other
3  organizations simply aren't in a position to do so.
4  I'm sure there are instances where a fighter might
5  have been paid more to fight in a different
6  organization outside of the UFC.  But I would think
7  that to be rare.
8          And the fact is we don't see bidding wars
9  over fighters.  And I've mentioned the contracts and
10 exclusivity.  So I believe I've answered the rest of
11 that question.
12 BY MR. WIDNELL:
13    Q.  You said that fighters in the UFC are paid
14 different amounts of money; is that correct?
15    A.  That is correct.
16    Q.  They receive different compensation; is that
17 correct?
18    A.  That is correct.
19    Q.  What level of compensation did you receive
20 compared to other fighters?
21         MR. DELL'ANGELO:  Objection to form and
22 calls for speculation.
23 BY MR. WIDNELL:
24    Q.  Actually, that's a good point.  I don't want
25 you to speculate.  Did you talk to your team members

Page 148

1  on AKA about what kind of compensation they received?
2     A.  I had spoken -- I don't remember specific
3  details.  I know that the fighters who have been
4  fighting longer were paid more.  My Ultimate Fighter
5  contract was considered standard, base-level pay at
6  the time.
7     Q.  If you had just gone straight into the UFC
8  instead of going into the Ultimate Fighter, would you
9  have been paid more?
10    A.  I have no idea.  I have no idea.
11    Q.  Did Mr. Fitch enter the UFC by going
12 straight to fighting events instead of going through
13 the Ultimate Fighter?
14         MR. DELL'ANGELO:  Objection to form.
15         THE WITNESS:  Mr. Fitch did go to the UFC
16 first instead of being on the Ultimate Fighter
17 Season 1.  And if I remember correctly, he was paid
18 less in his first fight in the UFC.  But he wasn't
19 locked into a three-fight deal with the potential for
20 a six-fight deal, with the potential for a nine-fight
21 deal.  And he was also -- he entered into the UFC at
22 a different time period than I did.  So entry level
23 pay in my year would be different from entry level
24 pay in his year.
25 ///

Page 149

1  BY MR. WIDNELL:
2     Q.  Was the entry level pay in your year higher
3  or lower than the entry level of pay in his year?
4          MR. DELL'ANGELO:  Objection to the form.
5          THE WITNESS:  I would be guessing on what
6  entry level pay is.  As I stated, I wasn't sure.  I
7  was informed that when I made it to the UFC, that
8  this was the stock entry level pay that they were
9  willing to give to new fighters.
10         And that was slightly higher, if my
11 estimation is correct.  $8,000 and $8,000 versus
12 $5,000 and $5,000 in Jon Fitch's instance.
13 BY MR. WIDNELL:
14    Q.  Did Mr. Fitch ever show you what kind of pay
15 he was getting as he progressed through the UFC?
16    A.  I never reviewed any of Jon's contracts.  I
17 think if I was aware of the exact dollar amounts, it
18 was like maybe because I saw them on an MMA site
19 posting of what everyone had made, along with what
20 the UFC had made in ticket sales and revenue.
21    Q.  You talked about the point in time when
22 Mr. Fitch was caught over the video game incident.
23 Do you recall that?
24    A.  I do recall.
25    Q.  Do you recall Mr. White saying how much



38 (Pages 146 to 149)