# Exhibit 26

Deposition of Jeffrey Aronson
(April 25, 2017) (excerpted)

```
                                                                    1
                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA


    CUNG LE; NATHAN QUARRY, JON    )
    FITCH, on behalf of            )
    themselves and all others      )
    similarly situated,            )
                                   )
              Plaintiffs,          )
                                   )
              vs.                  )  Case No.
                                   )  2:15-cv-01045-RFB-(PAL)
                                   )
    ZUFFA, LLC, d/b/a Ultimate     )
    Fighting Championship and      )
    UFC,                           )
                                   )
              Defendant.           )
    _____)

                         April 25, 2017
                         10:34 a.m.

         Videotaped deposition of JEFFREY

    ARONSON, pursuant to notice and subpoena,

    at the offices of Cohen Milstein Sellers

    & Toll, PLLC, 2925 PGA Boulevard, Palm

    Beach Gardens, Florida, before Jack Finz,

    a Shorthand Reporter and Notary Public

    within and for the State of Florida.



    Job No. 50118
```

Page 26

JEFFREY ARONSON
their retirement."
    Q.  Can you read the rest of the quote?
    A.  Sure.  "We have done exceptionally well with that, but the problem I started running into as I started signing more and more top young prospects, was I couldn't get them any fights.  No one would fight these guys.  So you've got these incredible 2-0, 3-0 prospects, but you can't get them any fights!  The problem is the UFC is typically not looking for a kid who is 2-0 or 3-0, so they have to fight.  It has become an epidemic.  I started talking to other managers in the field and everybody has the same problems."
    Q.  Can you read the last paragraph, too?
    A.  "I decided about a year ago that I had had enough.  I was looking around at different promotions and seeing what was going on in the business of MMA.  I got myself familiar with some of the

Page 27

JEFFREY ARONSON
promoters out there, and then I started a new company called Titan FC and I brought over a bunch of guys that had run the shows for the old Titan, because there's so much that goes into putting on a good show."
    Q.  Other than the first sentence that says you started Alchemist in 2010, is there anything else in there that is incorrect?
    A.  No.
    Q.  Does this quote accurately explain what made you decide to start promoting in MMA?
    MS. DENNIS:  Objection to form.
    A.  Some.  I mean, there's a lot that went into it.
    Q.  Do you disagree with anything in this quote?
    A.  No.
    Q.  Why do you think there were incredible prospects who weren't getting any fights?

Page 28

JEFFREY ARONSON
    MS. DENNIS:  Objection to form.
    A.  Because they were incredibly talented, and fighters at the same level with one or two fights didn't want to risk losing and getting a loss on their record so early.
    Q.  Do you still believe that the UFC is typically or was at the time typically not looking for a kid who is 2-0 and 3-0?
    MS. DENNIS:  Objection to form.
    A.  Yes.
    Q.  Was it your perception at the time that the UFC already had more fighters signed than they could use?
    A.  No.
    Q.  Why was the UFC typically not looking for a kid who was 2-0 or 3-0?
    MS. DENNIS:  Objection to form.
    A.  Very early in development.
    Q.  So the UFC is looking for a

Page 29

JEFFREY ARONSON
longer record, generally, as far as you are aware?
    MS. DENNIS:  Objection to form, foundation.
    A.  I'm not aware.  I just know that it is just very early in a prospect's career, and to put them on a stage like that would be crazy.
    Q.  Can you read the next part of that page?
    A.  Where would you like?
    Q.  Starting "I pride myself."
    A.  "I pride myself on my business acumen, and the one thing I really do is study what's going on in the industry and the field.  History repeats itself, so look at everybody that's going up against the UFC, Bodog, Elite XC, Strikeforce...  Everybody that has tried to challenge UFC has wound up on their butt.  Nobody has been able to do it."
    Q.  Does that quote accurately explain your view of the MMA market?
    MS. DENNIS:  Objection to

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

```
                                                    30
 1              JEFFREY ARONSON
 2       form.
 3       A.   No.  I think the issue is that
 4   you have companies like Bellator, who are
 5   backed by Viacom, who, you know, have
 6   more money than UFC.  I just think UFC
 7   works incredibly smart and markets
 8   incredibly well.
 9       Q.   Do you recall saying in this
10   interview that everybody that has tried
11   to challenge the UFC has wound up on
12   their butt?
13            MS. DENNIS:  Objection to
14       form.  He doesn't recall the
15       interview.
16       A.   No.
17       Q.   Do you agree with the
18   statement that everybody that has tried
19   to challenge the UFC has wound up on
20   their butt?
21       A.   No.  Bellator is still there,
22   still challenging, and growing.
23       Q.   Do you agree that Bodog, Elite
24   XC and Strikeforce ended up on their
25   butt?
```

```
                                                    31
 1              JEFFREY ARONSON
 2       A.   I mean, they are out of
 3   business, so, you know, some were
 4   underfunded, some didn't market
 5   correctly, some overpaid.  I mean,
 6   there's a lot of things that go into
 7   putting on a show.
 8       Q.   Can you read the next
 9   paragraph?
10       A.   "No one is going to take on
11   Zuffa and win at this point.  It's just
12   not going to happen, and I have no
13   aspirations to do that.  I am very happy
14   to do that carving my place and my niche
15   giving young fighters the best platform
16   in the world to shine on, and giving vets
17   the opportunity to come and shine."
18       Q.   So do you disagree with this
19   statement "No one is going to take on
20   Zuffa and win at this point"?
21       A.   I don't disagree.  I think the
22   issue is you are asking somebody that has
23   a local baseball team to go and play the
24   New York Yankees, and it's two separate
25   worlds.
```

```
                                                    32
 1              JEFFREY ARONSON
 2       Q.   In that analogy, who is the
 3   local baseball team?
 4       A.   Titan.
 5       Q.   And who is the Yankees?
 6       A.   You know, Bellator, UFC, One
 7   FC, you know.
 8       Q.   Anyone else that you put in
 9   that category?
10       A.   I don't know every promotion
11   there is.  There are some promotions in
12   India that are huge.  But it's, you know,
13   there are many huge MMA promotions.
14       Q.   But you wouldn't put Titan FC
15   in that category?
16       A.   No.
17       Q.   Is it fair to say that when
18   you started working with Titan FC you had
19   no aspirations to take on Zuffa and win
20   at that point?
21            MS. DENNIS:  Objection to
22       form.
23       A.   No.
24       Q.   You say it's not accurate to
25   say that?
```

```
                                                    33
 1              JEFFREY ARONSON
 2       A.   No, I'm saying no.  UFC has a
 3   20-year head start over Titan and had
 4   been in business for years.  I certainly
 5   wasn't in a position financially or from
 6   a startup to want to go and even attempt
 7   that.
 8       Q.   Can you read the next
 9   paragraph?
10       A.   "I give every single fighter a
11   UFC Out clause, and every fighter that
12   finishes a fight is going to get a bonus.
13   I am doing everything to incentivize
14   these guys to go out there, let it all
15   hang out and put on the best shows.  I
16   don't want to be considered a feeder
17   league, I want to provide the best
18   platform for talent.  So yes, all my guys
19   have the ability to leave for the UFC,
20   because every kid training in MMA has the
21   dream of being a UFC champion.  I want to
22   be part of the facilitation of helping
23   these guys get the fights they need."
24       Q.   Do you know what a Zuffa Out
25   clause, or I think you said a UFC Out
```

```
                                          34                                              36
 1            JEFFREY ARONSON                    1            JEFFREY ARONSON
 2       clause, is?                             2       Q.   What fighter was that?
 3            A.   Yes.  That if the UFC comes   3       A.   Andre Harrison.
 4       calling within a certain amount of time 4       Q.   And when was that?
 5       before a fight, Titan will release them 5       A.   A few months ago.
 6       to go into UFC.                         6       Q.   Can you explain what happened
 7            Q.   Did you give every fighter at 7       there?
 8       Titan FC a UFC Out clause?              8       A.   He had just run -- he had run
 9            A.   Yes.                          9       its course, he was Titan champion for a
10            Q.   Do you still think it's true 10       long time, and, quite frankly, I couldn't
11       that every kid training in MMA has the 11       get fighters to fight him anymore.  It
12       dream of being a UFC champion?         12       was getting -- you know, it just didn't
13            A.   I do.                        13       work.  So I allowed him to go there.
14                MS. DENNIS:  I object to the  14       Q.   Was he under contract at the
15            form.                             15       time that you let him leave?
16            Q.   Independently from this      16       A.   Um-hum.
17       article, do you believe that's true?   17       Q.   How much longer did he have on
18            A.   What is that?  I'm sorry.    18       his contract?
19            Q.   I will just restate the      19       A.   He was under a champion's
20       question.                              20       clause, so he would have kept going until
21            Do you believe that every kid     21       he was released.
22       training in MMA has the dream of being a 22      Q.   Do you know if he is still at
23       UFC champion?                          23       World Series of Fighting?
24            A.   I don't know.  Because so many 24      A.   He is now the World Series of
25       top five or top three or top ten UFC   25       Fighting champion.

                                          35                                              37
 1            JEFFREY ARONSON                    1            JEFFREY ARONSON
 2       fighters go into Bellator.  I don't know. 2      Q.   Was it your goal at Titan FC
 3       I don't know if that really holds true  3       to compete head on with Zuffa?
 4       anymore.                                4       A.   No.
 5            Q.   When do you think that began  5       Q.   What would you describe your
 6       to change?                              6       goal as?
 7            A.   You know, there have been     7       A.   To provide the best platform
 8       numerous promotions that have come in in 8       for up-and-coming talent, really build
 9       the last five years, like One FC, and   9       them up in the public eye, and put on the
10       Bellator has really upped their game.  10       best fights possible, as well as vets
11       So, I mean, I think competition brings 11       that may have hit a rocky patch, and see
12       out the best.  And, you know, I couldn't 12      where they are in their career and test
13       give you a date.                       13       them against the young prospects.
14            Q.   In your experience at Titan, 14       Q.   What do you mean by vets who
15       have you had any fighters want to leave 15       have hit a rocky patch?
16       for other promotions, other than the UFC? 16     A.   Veterans from UFC, from
17            A.   I don't offer it.            17       Bellator, from other promotions, that may
18            Q.   So if a fighter came to you  18       have lost a couple of fights in a row,
19       and asked to leave to go to Bellator, you 19     and got cut, and we have picked them up
20       wouldn't let?                          20       and offered them an opportunity for
21                MS. DENNIS:  Objection to     21       redemption, see if they still have it or
22            form.                             22       they don't, put them up against the top
23            A.   I haven't been approached.   23       prospects.  And a lot of it is mental,
24       But I did let one fighter out recently to 24     it's not physical.  So if guys have
25       go to World Series of Fighting.        25       things going on outside the cage, it
```

10 (Pages 34 to 37)

**Page 38**

JEFFREY ARONSON

translates into the cage, so everybody deserves a second chance.

Q. Are those vets trying to get back into the UFC, in you experience?

A. I think they are trying to get their careers on a positive flow. That's the most important thing to these guys.

Q. With the fights that Titan FC puts on, are you trying to compete directly with the UFC?

MS. DENNIS: Objection to form.

A. You asked me this numerous times, and my answer is not going to change.

Q. Can you give your answer one more time for me?

MS. DENNIS: Objection to form; asked and answered.

A. No.

Q. If the UFC offers a Titan FC fighter a contract, do you ever bid against the UFC for that contract?

MS. DENNIS: I object to form.

**Page 39**

JEFFREY ARONSON

A. How could I bid if it's in my contract that they have an automatic out?

Q. So you can't bid under your contract?

MS. DENNIS: I object to form.

A. They have an automatic release. It's a Zuffa Out clause.

Q. Can you explain how that works then?

A. If Zuffa comes calling within X amount of time before a Titan event, then the fighter is free to go and fight for Zuffa.

Q. So under that contract you can't offer the fighter more money to keep them?

MS. DENNIS: Form.

A. A fighter could say no. A fighter could say no if they wanted to stay with Titan, certainly. But why would I bid against myself?

Q. What I am asking is would you bid against the UFC.

A. If I have a Zuffa Out clause,

**Page 40**

JEFFREY ARONSON

how could I bid against the UFC? I am offering the fighter an opportunity to go to UFC, so how could I bid against them?

Q. If you turn to page 4 of this interview. Can you read the paragraph in the middle of the page that begins with "No one is the going to tell me."

A. "No one is going to tell me that the best talent in the world is not at that UFC level. A guy might have a little bit of a rough patch in the UFC but the year before he might have been ready to fight for the title. Look at somebody like George Sotiropolous who we just signed. He went through a rough patch, but a year before that he was one fight away from the lightweight title."

Q. In early 2014, do you think that the best talent in the world was at the UFC level?

A. Not necessarily. Bellator certainly had fighters on par with UFC. Strikeforce had fighters on par with UFC. I think those have all been established

**Page 41**

JEFFREY ARONSON

and they have become champions in the UFC.

Q. Strikeforce at the time was controlled by Zuffa; is that right?

A. No, I don't think in 2014. I don't know. I don't know the date.

Q. Did Titan FC sometimes promote fights between two different UFC veterans?

A. Probably.

Q. Do you recall whether Titan FC 29 was a fight between Mike Ritchey and George Sotiropolous?

A. Yes.

Q. Do you know if they were UFC veterans?

A. Yes. We have also put on UFC verse Bellator, Bellator verse Prospect. I mean, it's back and forth, back and forth.

Q. Were all of the UFC vets who were acquired by Titan FC fighters who UFC had released?

MS. DENNIS: Objection to

11 (Pages 38 to 41)

```
                                                78
 1                JEFFREY ARONSON
 2      A.   I don't remember it.
 3      Q.   Do you remember giving an
 4  interview to Duane Finley around June 15,
 5  2015?
 6      A.   Not particularly.
 7      Q.   We were talking earlier about
 8  Fight Pass; right?
 9      A.   Um-hum.
10      Q.   When did Titan and Zuffa enter
11  into a deal to have Titan show up on
12  Fight Pass?
13      A.   I'm not sure of the date.  I
14  think I said it here somewhere.
15           I'm really not sure.  I think
16  it was 2015.
17      Q.   Why did Titan enter into a
18  deal with Zuffa to broadcast Titan shows
19  on Fight Pass?
20      A.   The international exposure.
21  Fight Pass is positioning itself kind of
22  as the Netflix of fights.  And it was a
23  great way to establish more publicity on
24  the Titan events by getting a push by the
25  CPO machine.
```

```
                                                79
 1                JEFFREY ARONSON
 2      Q.   Does Fight Pass help pay net
 3  fee fighters game exposure?
 4      A.   Sure.  I think that any time
 5  you are on a network that's being
 6  distributed, you have all eyes on you.
 7  So anything that's going on, you know,
 8  when they see a hot prospect, or there's
 9  someone that they really like, they keep
10  a close watch on him.  But they did that
11  at CBS, too.
12      Q.   At the time Titan had a deal
13  to have events broadcast on CBS; is that
14  right?
15      A.   Yes.
16      Q.   Were there any advantages to
17  Titan to be broadcast on Fight Pass above
18  and beyond being broadcast on CBS?
19           MS. DENNIS:  Objection to
20      form.
21      A.   Yes.
22      Q.   What were they?
23      A.   Promotion in over 150
24  countries, through UFC's PR machine.
25      Q.   The article says that Titan FC
```

```
                                                80
 1                JEFFREY ARONSON
 2  was the 20th promotion to have their
 3  fights catalogued under the UFC banner.
 4  Do you know if that's accurate?
 5      A.   No.
 6      Q.   No, you don't know?
 7      A.   I think the definition of
 8  catalog is that they showed the old
 9  fights, not that they were live streaming
10  events on the network.
11      Q.   And did Fight Pass put the
12  live Titan events on the network?
13      A.   Yes.
14      Q.   You can put that one aside.
15           Were you involved at all in
16  the negotiations between Zuffa and Titan
17  regarding the Fight Pass deal?
18      A.   No.
19      Q.   Who was involved in those
20  negotiations?
21      A.   I was in the background,
22  dealing with Lex McMahon, and Lex was
23  negotiating with UFC.
24      Q.   Did you discuss those
25  negotiations with Mr. McMahon?
```

```
                                                81
 1                JEFFREY ARONSON
 2      A.   Yes.
 3      Q.   Did you have final approval
 4  over the terms of the deal with Zuffa?
 5      A.   Yes.
 6      Q.   Are you familiar with the
 7  terms of the deal?
 8      A.   On a 20,000-foot level, yes.
 9      Q.   Can you describe it for me, as
10  you understand it?
11      A.   There are confidentiality
12  components to that agreement that I can't
13  talk to.
14      Q.   That you can't talk to, okay.
15           MR. SCHULZ:  Just for the
16      record, there is a confidentiality
17      provision in the agreement with
18      Zuffa that doesn't allow Titan to
19      disclose the terms of the agreement
20      without Zuffa's permission.
21           MR. SILVERMAN:  I think we
22      have the agreement produced under
23      the terms of the protective order,
24      if everyone is okay with using it.
25           MS. GRIGSBY:  I think we
```

22 (Pages 82 to 85)

**Page 82**

JEFFREY ARONSON

should get him to sign the protective order.
　　MS. DENNIS: We can go off the record for him to do that.
　　MR. SILVERMAN: Let's go off the record for a second.
　　THE VIDEOGRAPHER: We are going off the record at 12:36.
　　(Discussion off the record.)
　　THE VIDEOGRAPHER: We are going back on the record at 12:40 p.m.
　　Q. Given that this transcript is going to be designated confidential, can you describe your understanding of the agreement between Zuffa and Titan with regard to Fight Pass?
　　A. Titan has a multi-fight agreement with Zuffa to promote X amount of shows a year, and then there are options during that period, the first one coming up the end of the Year 3. And that's it. I mean, that's the high-level view of it. We get paid nothing for

**Page 83**

JEFFREY ARONSON

athletes that go to UFC. That's just the agreement.
　　Q. Do you recall how much Titan gets paid?
　　A. 75,000 per show, and that goes up on the first option.
　　Q. What's the option?
　　A. For UFC to renew Titan as a promotion on Fight Pass.
　　Q. Do you recall how many options there are?
　　A. I don't. I'm sorry, I don't.
　　Q. Did you discuss any of the deal points with Mr. McMahon while he was negotiating them?
　　A. Yes.
　　(Aronson Exhibit 12 for identification, email dated April 17, 2015, Bates stamped ZFL-0953328 through 32.)
　　Q. I am handing you what has been marked as Aronson Exhibit 12.
　　Let me know when you have had a chance to look through it.

**Page 84**

JEFFREY ARONSON

　　A. Okay.
　　Q. Have you seen this email chain before?
　　A. I'm copied on it, but it's a couple of years ago.
　　Q. If you look at the first page, the second email down --
　　MR. SILVERMAN: For the record, this is ZFL-0953328.
　　Q. This is an email from Lex McMahon. Was he the one who was in charge of negotiating the deal points?
　　A. Yes.
　　Q. Do you know who Marshall Zelaznik is?
　　A. Yes, I do.
　　Q. Who is he?
　　A. Marshall was in charge of Fight Pass but let go when the new owners came in and bought UFC.
　　Q. He was in charge of Fight Pass for who?
　　A. UFC.
　　Q. Just for the record.

**Page 85**

JEFFREY ARONSON

　　A. Or unless someone else is running it that I don't know about.
　　Q. And do you know who Steve Stim is?
　　A. No.
　　Q. If you look at the first deal point in the email from Mr. McMahon, it says, "Titan FC wants to be treated as a tent pole property for the UFC and in particular the Fight Pass platform."
　　Do you know what he is referring to there?
　　MS. DENNIS: Objection to form. And, for the record, you are referring to the email from Mr. McMahon on April 15, 2015, at 10:17 a.m.?
　　MR. SILVERMAN: That's correct.
　　MS. DENNIS: Because there are a number of emails from Mr. McMahon.
　　MR. SILVERMAN: Sorry. I am referring to the email at the

86

JEFFREY ARONSON

1  bottom of the first page.
2      A.   I truly don't know what the
3  definition of tent pole property is, so
4  I'm not exactly sure what Lex is going
5  for on that first paragraph.
6      Q.   The second deal point is
7  "Titan FC is looking for a long term
8  relationship that allows for significant
9  co-branding."  Do you know what Mr.
10 McMahon is talking about there?
11         MS. DENNIS:  Objection to
12 form.
13     A.   I think he wanted to make sure
14 that Titan was getting exposure during
15 UFC events.  So that's what I'm assuming.
16     Q.   Was that one of the points
17 that you discussed with Mr. McMahon?
18     A.   I don't remember.
19     Q.   If you look on the second
20 page, in the middle of the page, one of
21 the points is "Fighter fee - for each
22 fighter signed to Titan FC that the UFC
23 signs a fee of $32,000 shall be paid to
24 Titan to buy out the contract."

87

JEFFREY ARONSON

1      A.   Um-hum.
2      Q.   Is that a point that you
3  discussed with Mr. McMahon?
4      A.   I don't remember.
5      Q.   Do you --
6      A.   But I know we don't get it.
7      Q.   Did you have any discussions
8  with McMahon or anyone else about that
9  request?
10         MS. DENNIS:  Objection to
11 form.
12     A.   I don't remember.
13     Q.   Do you know if Zuffa has ever
14 paid Titan FC for releasing a fighter
15 from a contract?
16     A.   I don't know.
17         MS. DENNIS:  Objection to
18 form.
19     Q.   Strike that.  Let me ask the
20 question again.
21         Has Zuffa ever agreed to pay
22 Titan any fee for releasing a fighter
23 from contract?
24         MS. DENNIS:  Objection to

88

JEFFREY ARONSON

1  form.
2      A.   No.
3      Q.   Under the agreement with
4  Zuffa, are you familiar with the
5  termination option, the Zuffa termination
6  option in the agreement?
7          MS. DENNIS:  Objection to
8  form, foundation.
9      A.   I'd have to read it.
10         (Aronson Exhibit 13 for
11 identification, email dated June
12 12, 2015, Bates stamped ZFL-0958915
13 through 30.)
14     Q.   I am handing you what has been
15 marked Aronson Exhibit 13.
16         MR. SILVERMAN:  For the
17 record, that document has been
18 Bates stamped ZFL-0958915.
19     Q.   Can you confirm that this is
20 the first half of the license agreement
21 between Titan and Zuffa?
22     A.   I don't know that it's a half.
23         MS. DENNIS:  Objection.  I
24 will object to form.  It is

89

JEFFREY ARONSON

1  incomplete.
2          MR. SILVERMAN:  Let me
3  introduce the other half.
4          (Aronson Exhibit 14 for
5  identification, email dated June
6  12, 2015, Bates stamped ZFL-0958964
7  through 85.)
8      Q.   I am handing you what has been
9  marked as Aronson Exhibit 14, Bates
10 stamped ZFL-0958964.
11         Can you confirm whether this
12 is the license agreement between Zuffa
13 and Titan FC?
14         MS. DENNIS:  Just for the
15 record, this agreement hasn't been
16 signed by Zuffa, the version of
17 this document.
18     Q.   If you turn to the page ending
19 in Bates stamp 984.
20     A.   Which one, the first one or
21 the second one?
22     Q.   The second one.
23     A.   9 --
24     Q.   984.

23 (Pages 86 to 89)

```
                                                  90
 1                  JEFFREY ARONSON
 2       MR. SCHULZ:  At the bottom.
 3    A.  Okay.
 4    Q.  Is that your signature on that
 5  page?
 6    A.  Yes.
 7    Q.  And are those your initials on
 8  the bottom of every other page in the two
 9  documents?
10    A.  Yes.
11    Q.  Did you sign more than one
12  version of the license agreement?
13    A.  I don't think so.
14    Q.  Can you confirm whether this
15  is the final agreement between Zuffa and
16  Titan FC?
17       MS. DENNIS:  Objection to
18    form.
19    A.  Without their signature on it,
20  no.
21    Q.  If you turn to the page ending
22  in Bates stamp 920 in the first half.
23    A.  920.
24    Q.  Do you see paragraph 1.31?
25    A.  Yes.
```

```
                                                  91
 1                  JEFFREY ARONSON
 2    Q.  "Termination Option."
 3    A.  Um-hum.
 4    Q.  Are you familiar with the
 5  termination option?
 6    A.  If I read it, I will be.
 7       MS. DENNIS:  I object to the
 8    form.
 9    Q.  Go ahead and read it.
10    A.  Okay.
11    Q.  When Mr. McMahon was
12  negotiating the license agreement with
13  Zuffa, did you ever discuss that
14  termination option with him?
15    A.  I don't remember.
16    Q.  Now that you have read the
17  termination option in this document, do
18  you recall the meaning of this provision
19  in the negotiations you had?
20       MS. DENNIS:  Objection to
21    form.
22    A.  I'm still digesting it.
23       Okay.
24    Q.  Under Titan's agreement with
25  Zuffa, does Zuffa have an option to
```

```
                                                  92
 1                  JEFFREY ARONSON
 2  terminate the agreement under certain
 3  conditions?
 4       MS. DENNIS:  Objection to
 5    form, foundation.
 6    A.  Yes, there's a termination
 7  option.
 8    Q.  Putting aside the contract for
 9  a second, do you have a sense, from the
10  business side, under this contract, how
11  long Zuffa is locked into the contract
12  for licensing Titan to Fight Pass?
13    A.  I think it was three years.
14    Q.  And after that, does Zuffa
15  have the ability to cancel the contract
16  or to change it?
17    A.  I believe so.
18    Q.  How much would you estimate
19  the Fight Pass deal was worth to Titan
20  for the three years that Zuffa was locked
21  in?
22       MS. DENNIS:  Objection to
23    form.
24    A.  I would have to do the math,
25  the amount of shows -- I mean, it's
```

```
                                                  93
 1                  JEFFREY ARONSON
 2  simple math, so if we figure out the
 3  amount of shows a year, times three
 4  years, plus the licensing fee, that would
 5  give us the number.
 6    Q.  And if the agreement was
 7  extended longer, would the amount of
 8  compensation per show go up?
 9    A.  Yes.
10    Q.  So is the value of the deal
11  overall higher to Titan had Zuffa
12  exercised its option to renew beyond the
13  original term?
14       MS. DENNIS:  Objection to
15    form.
16    A.  Obviously.
17    Q.  Moving on, were you at some
18  point the CEO of Cash4Gold?
19    A.  Yes.
20    Q.  What is Cash4Gold?
21    A.  Cash4Gold was a direct
22  response campaign where people would take
23  their gold, silver, platinum, palladium,
24  put it in an envelope provided, and send
25  it back in to the company, get evaluated.
```

Page 94

JEFFREY ARONSON

Sent a check, if they liked it, accepted it. If they didn't, they sent it back, the merchandise would be sent back, in the United States and through all of Europe.

Q. When did you become the CEO of Cash4Gold?

A. I was the founder and CEO somewhere around 2008.

Q. When did you leave Cash4Gold?

A. Somewhere around 2012.

Q. Did Cash4Gold sponsor UFC and WEC fighters?

A. I don't know if I sponsored any WEC fighter, but I sponsored UFC fighters and Strikeforce fighters, and Bellator fighters.

Q. What fighters did Cash4Gold sponsor?

A. Give me a list. I'll tell you if I sponsored them.

(Aronson Exhibit 15 for identification, email dated April 20, 2010, Bates stamped

Page 95

JEFFREY ARONSON

ZFL-2197884.)

Q. I am handing you what has been marked as Exhibit Aronson 15, Bates stamp ZFL-2197884.

Let me know when you have had --

A. Okay.

Q. If you look at the email that Mr. McMahon sent to Michael Mersch on April 19, he writes, "As a followup to our last conversation regarding Cash4Gold, Jeff Aronson, the Cash4Gold CEO would like to discuss the current situation as respects Cash4Gold being banned from sponsoring fighters."

A. Um-hum.

Q. Did Zuffa ban Cash4Gold as a sponsor of UFC fighters?

MS. DENNIS: Objection to form.

A. I have no idea. I don't remember.

Q. Did you have a conversation with Mr. Mersch regarding Cash4Gold

Page 96

JEFFREY ARONSON

sponsoring UFC fighters?

A. Did I? No.

Q. You can put that aside.

You became involved with Titan in December 2013; is that right?

A. Sounds right.

Q. Do you know that year, roughly, the size of Titan's revenues, in 2013?

A. I don't know if they did a show in 2013. Maybe one. I don't know. Small.

Q. Could you estimate the revenue that Titan brought in in 2014?

A. No.

Q. Can you put a cap on it? Do you know if it was less than 1 million?

A. I have no idea. Honestly, I don't have the slightest idea.

Q. How about for 2015?

A. I wouldn't know the number, just offhand. I have a lot of businesses.

Q. How about 2016?

Page 97

JEFFREY ARONSON

A. Same.

Q. Could you say whether it's less than 10 million?

A. Yes.

Q. Each year would be less than 10 million?

A. Yes.

Q. Can you say whether it was less than 5 million?

A. I don't know the numbers.

Q. Can you estimate what percentage of revenue Titan paid out to its fighters in 2016?

MS. DENNIS: Objection to form.

A. No.

Q. Can you estimate the largest purse that Titan has paid out to a fighter?

A. Show and win?

Q. Yes.

A. Show, win, bonus, somewhere around 15,000, maybe.

Q. Can you estimate Titan FC's

25 (Pages 94 to 97)