# Exhibit 27

Rule 30(b)(6) Deposition of Drew Goldman on behalf of Deutsche Bank (April 28, 2017) (excerpted)

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
         Plaintiffs,           )
                               )
         vs.                   )  Case No.
                               )  2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
         Defendant.            )
_____)
```

VIDEOTAPED DEPOSITION DREW GOLDMAN

New York, New York

April 28, 2017

9:39 a.m.

Reported by:
ERICA L. RUGGIERI, RPR, CSR, CLR
JOB NO. 50057

```
                                                   54
 1              GOLDMAN
 2   its trademarked octagon; two, high
 3   quality productions that include
 4   well-known and dynamic announcers;
 5   three, the majority of the top
 6   fighters in the world; four, action
 7   packed live show unrivaled in combat
 8   sports today."
 9       Q.  Did Zuffa tell Deutsche
10   Bank that its high quality
11   productions make the UFC
12   distinguishable from other MMA
13   promoters?
14       A.  They would have.
15       Q.  Did Zuffa tell Deutsche
16   Bank that the UFC having the
17   majority of top fighters in the
18   world made its brand distinguishable
19   from other MMA promoters?
20       A.  Once again, there was no
21   way to really know whether they had
22   the majority of the top fighters in
23   the world.
24       Q.  My question was did Zuffa
25   tell Deutsche Bank that the UFC had
```

```
                                                   55
 1              GOLDMAN
 2   the majority of top fighters in the
 3   world that made its brand
 4   distinguishable from other MMA
 5   promoters?
 6       A.  I can't tell you whether
 7   they said that to us or whether we
 8   came up with that marketing but they
 9   certainly didn't tell us that it was
10   inaccurate, just to skip ahead one
11   question for you.
12       Q.  But Zuffa was provided with
13   a draft of this document containing
14   that statement?
15       A.  And they did not tell us it
16   was inaccurate.  Yes, I'm
17   stipulating to that for you.
18       Q.  Can you read the last
19   sentence of the next paragraph
20   beginning with "The company's recent
21   acquisition"?
22       A.  "The company's recent
23   acquisition of PRIDE Fighting
24   Championships will further
25   consolidate the vast majority of the
```

```
                                                   56
 1              GOLDMAN
 2   world's top fighters under one
 3   umbrella and allow the company to
 4   further develop relationships to
 5   penetrate its brand in Asia."
 6       Q.  What is the source of that
 7   statement?
 8       A.  That would have been a, you
 9   know, a sentence created by Deutsche
10   Bank based on our discussions with
11   the company on their PRIDE
12   acquisition.
13       Q.  So did Zuffa tell Deutsche
14   Bank that its acquisition of PRIDE
15   consolidated the majority of the
16   world's top fighters under its
17   control?
18       A.  No.  I would assume, once
19   again, that that was marketing for a
20   marketing document and that this was
21   actually the entrance for the
22   company into the Japanese market.
23       Q.  So is it the bank's
24   testimony that the acquisition of
25   PRIDE did not seek to acquire the
```

```
                                                   57
 1              GOLDMAN
 2   rights to Pride's fighters?
 3       A.  No, that wasn't what I was
 4   saying.  You asked whether it would
 5   further consolidate the vast
 6   majority of the world's top fighters
 7   I believe, and, once again, I'm
 8   saying that that is more marketing
 9   spin because there's no way for us
10   to know in the world of all MMA
11   fighters whether they had the vast
12   majority.
13       Q.  But did Zuffa tell Deutsche
14   Bank that it did?
15       A.  Unless you can produce a
16   piece of written paper that shows me
17   that they handwrote that themselves,
18   it is most likely Deutsche Bank
19   having written it after, because we
20   wrote most of the book, after having
21   due diligence conversations with the
22   company and after they produced
23   materials.
24       Q.  So is it your testimony
25   that in those conversations Zuffa
```

15 (Pages 54 to 57)

```
                                    58
 1           GOLDMAN
 2   did not tell Deutsche Bank that its
 3   acquisition of PRIDE further
 4   consolidated the vast majority of
 5   the world's top fighters under
 6   Zuffa's control?
 7      A.  I can't tell you one way or
 8   the other, I'm just telling you
 9   Deutsche Bank would have written
10   this document and that a lot of the
11   words chosen in the document would
12   be Deutsche Bank marketing words.
13      Q.  If you can go to the next
14   page titled High Barriers to Entry.
15   In the fourth paragraph can you read
16   the first sentence?
17      A.  "In order for a competing
18   MMA organization to generate
19   revenues comparable to the UFC, the
20   organization must be willing to
21   invest significant capital in order
22   to build the distribution network
23   required to promote and broadcast
24   major events as well as create or
25   acquire sufficient content to
```

```
                                    59
 1           GOLDMAN
 2   effectively market such events."
 3      Q.  What is the source of that
 4   information?
 5      A.  Would have been a
 6   combination of discussions with the
 7   company and materials that they had
 8   provided us, as well as our own
 9   interpretation.
10      Q.  Did Zuffa tell Deutsche
11   Bank that to generate revenues
12   comparable to the UFC a potential
13   competitor would need to invest
14   significant capital in order to
15   build the distribution network
16   required to promote and distribute
17   major MMA events?
18      A.  I can't tell you that they
19   spoon fed us those exact words but,
20   once again, the due diligence
21   materials that we received,
22   conversations with them and our own
23   interpretation may have led to that.
24      MR. TOMBACK:  I don't know if
25   we can short-circuit this at all
```

```
                                    60
 1           GOLDMAN
 2   but a couple of things.  The
 3   internal documents are very close
 4   to the external documents, right?
 5   They are read by an audience that
 6   understands that.  So when Drew
 7   says like market or spin or what
 8   have you, it's just that these are
 9   all documents internal or external
10   that are geared toward selling to
11   lenders a credit.
12      And secondly, in terms of
13   what appears here, subject to
14   Zuffa's objection, I'm confident
15   that somebody responsible for Zuffa
16   reads these documents and has
17   not -- unless you -- Drew says that
18   somebody objected and he remembers
19   somebody objecting and somebody at
20   Deutsche Bank like Drew overcoming
21   the objection and saying we are
22   going to have it our way, that this
23   is a cooperative effort to draft
24   these documents.
25      I understand that you may want
```

```
                                    61
 1           GOLDMAN
 2   to get beyond the handwritten
 3   changes who wrote what but it's not
 4   a question of Drew or the 30(b)(6)
 5   witness not knowing that or not
 6   wanting to tell you that.  It's
 7   just that without draft, you know,
 8   track changes and so forth, I don't
 9   think that's possible.  So I just
10   want to -- you know, you got seven
11   hours, hopefully you won't use them
12   all, but I don't want us to get too
13   bogged down on this.  Drew is going
14   to give you the same answer on
15   every single one of those.
16      Q.  And that may be the way it
17   has to go.
18      A.  And I'm here for you for
19   seven hours.  I hope I don't eat any
20   more chocolate chip muffins though.
21      Q.  Can you read the next
22   sentence for me?
23      A.  "Substantial capital would
24   also be required for a competing
25   organization to attract the talent
```

```
                                              62
 1                GOLDMAN
 2   necessary to stage a successful
 3   event while good matchmaking from a
 4   deep roster of talented fighters
 5   under contract is essential."
 6       Q.  Does that reflect the
 7   contents of Deutsche Bank's
 8   conversations with Zuffa over what
 9   is required for a competing
10   organization to attract the talent
11   necessary to stage a successful
12   event?
13       A.  That would have been --
14   that sentence would have been
15   derived from conversations with the
16   company, materials that they had
17   sent us and our own interpretation
18   of the before two items.
19       Q.  Was Zuffa provided with a
20   draft of this document containing
21   that sentence prior to publishing it
22   to lenders?
23       A.  I will stipulate that they
24   were provided every single sentence
25   in this document before it was
```

```
                                              63
 1                GOLDMAN
 2   provided to lenders.
 3       Q.  Did Zuffa tell Deutsche
 4   Bank that that content was
 5   inaccurate?
 6       A.  They did not tell me
 7   anything was inaccurate when we got
 8   to a final version of the document.
 9   In intervening documents they may
10   have provided comments and I would
11   assume that all those comments were
12   made but it's certainly possible
13   that something slipped.
14       Q.  Could you read the next
15   sentence or, excuse me, can you read
16   the first sentence of the last
17   paragraph on the page?
18       A.  "In summary, to effectively
19   compete with the UFC a competitor
20   would need proper infrastructure,
21   substantial content to market
22   upcoming fights, effective
23   television distribution, a deep
24   lineup of marquis fighters, adequate
25   resources to satisfy the cost of a
```

```
                                              64
 1                GOLDMAN
 2   UFC level production."
 3       Q.  Does that summarize the
 4   contents of Deutsche Bank's
 5   conversations with Zuffa on that
 6   subject?
 7       A.  That sentence would have
 8   been a combination, once again, of
 9   materials we had have received,
10   discussions with the company and our
11   own interpretation of both.
12       Q.  Can you read the next
13   sentence?
14       A.  "Even if one assumes there
15   was market demand for an MMA
16   promoter equal to the UFC in the
17   United States, management believes
18   that its current distribution model
19   existing fan base, long-term fighter
20   agreements and 14-year brand
21   building head start effectively
22   locks up the top position within MMA
23   for decades to come."
24       Q.  Did Zuffa tell Deutsche
25   Bank that its current distribution
```

```
                                              65
 1                GOLDMAN
 2   model existing fan base long-term
 3   fighter agreements and 14-year brand
 4   building head start effectively
 5   locked up the top position within
 6   MMA for decades to come?
 7       A.  It says management
 8   believes.  So on that I would say
 9   yes.  But, once again, Deutsche Bank
10   may have been involved in
11   interpreting the text and actually
12   writing it like this.
13       Q.  But Zuffa did not correct
14   it?
15       A.  Once again, nothing here
16   was made to be known to us that it
17   was inaccurate after the document
18   was finalized.
19       Q.  Can you turn to the page
20   ending 6750?
21       A.  Yes.
22       Q.  Do you see toward the
23   bottom of the page where it says,
24   "The company has solidified"?
25       A.  Yes.
```

```
                                    66
        GOLDMAN
 1
 2     Q.  Can you read those two
 3  sentences?
 4     A.  "The company has solidified
 5  itself as the premier venue for MMA
 6  in the world.  Through its continued
 7  success UFC is able to positively
 8  position itself against competing
 9  MMA organizations due to its unique
10  ability to."
11       Would you like me to read the
12  bullets or no?
13     Q.  Can you read the last
14  bullet?
15     A.  "Maintain high barriers to
16  entry."
17     Q.  What is the source of that
18  statement?
19     A.  While maintaining high
20  barriers to entry is a very common
21  phrase that we use in many books
22  like this across many different
23  industries.  So if anyone has some
24  type of competitive advantage we
25  like to say that they have high
```

```
                                    67
        GOLDMAN
 1
 2  barriers to entry.
 3     Q.  Did Zuffa have a
 4  competitive advantage that yielded
 5  high barriers to entry?
 6     A.  Almost every company that
 7  we work with has enough working for
 8  it that we can say that there are
 9  high barriers to entry.
10     Q.  What did Zuffa do to
11  maintain high barriers to entry?
12     A.  They operated their
13  business.  They did so successfully.
14     Q.  How does that maintain high
15  barriers to entry?
16     A.  Once again, it's a very
17  common phrase that we use for gaming
18  companies, we use for hotel
19  companies, we can always find a way
20  for a company to have high barriers
21  to entry.  Almost -- not exclusively
22  we can find some way.
23     Q.  But this sentence says that
24  Zuffa has a unique ability to
25  maintain high barriers to entry, not
```

```
                                    68
        GOLDMAN
 1
 2  just that it has it.  So I'm trying
 3  to get clarity as to what the unique
 4  ability to maintain high barriers to
 5  entry means.
 6     A.  Once again, unique
 7  barriers, unique ability to maintain
 8  its high barriers to entry, it's a
 9  very common marketing phrase that
10  you'll see in a lot of documents
11  like this.  Even in some companies
12  that work in commodity type
13  businesses someone will still have
14  something that they can claim gives
15  them a high barrier to entry.
16     MR. TOMBACK:  Can we take a
17  very short, a real three-minute
18  break, just a four-minute break?
19     MR. MADDEN:  Yes.
20     THE VIDEOGRAPHER:  The time is
21  10:39 a.m. and we are off the
22  record.
23     (Whereupon, there is a recess
24  in the proceedings.)
25     THE VIDEOGRAPHER:  The time is
```

```
                                    69
        GOLDMAN
 1
 2  10:44 a.m. and we are back on the
 3  record.
 4     Q.  Just to close out our
 5  discussion about high barriers to
 6  entry in 6750, this document, as we
 7  went over a couple minutes ago, has
 8  specific ideas that are referred to
 9  as high barriers to entry.  Is that
10  what this phrase "high barriers to
11  entry" refers to?
12     A.  I mean I -- we will need to
13  see as we go through the document
14  but I would think so.
15     Q.  It was before what we went
16  through?
17     A.  Then yes.  Then would then
18  refer back to that.
19     Q.  Turn the page to the
20  business strategy page ending 6751.
21  About halfway down the page there's
22  a section titled Talent Recruitment
23  and Development.
24     A.  Um-hmm.
25     Q.  Can you read the first two
```

                                18 (Pages 66 to 69)

Page 70

```
 1              GOLDMAN
 2   sentences?
 3       A.  "As the preeminent" -- "As
 4   the preeminent MMA brand in the
 5   industry UFC believes that it
 6   attracts the best MMA athletes.  The
 7   company has over 170 athletes under
 8   contract, excluding PRIDE,
 9   continually seeks to add to the best
10   MMA fighters to its franchise from
11   both internal search efforts and
12   from competing organizations."
13       Q.  Did Zuffa tell Deutsche
14   Bank that it continually seeks to
15   add the best MMA fighters from
16   competing organizations?
17       A.  Yes.
18       Q.  If you will skip a sentence
19   and read where it says "UFC
20   athlete."
21       A.  "UFC athlete contracts are
22   designed to retain talent within the
23   company."
24       Q.  What does that mean?
25       A.  Anyone who signs a
```

Page 71

```
 1              GOLDMAN
 2   contract, you know, obviously has
 3   obligations to stay within a
 4   company.  So like any organization
 5   they look for, you know, best
 6   performers and they sign those to
 7   contracts.
 8       Q.  Can you read the next
 9   sentence?
10       A.  "Most contracts are one to
11   two years in length with an
12   exclusivity clause that prevents
13   fighters from moving to different
14   MMA organizations while under
15   contract and with negotiation and
16   matching rights after the agreement
17   expires."
18       Q.  Did Zuffa tell Deutsche
19   Bank that the exclusivity clause
20   that prevents fighters from moving
21   to different MMA organizations while
22   under contract and with negotiation
23   and matching rights after the
24   agreement expires is part of how the
25   contracts are designed to retain
```

Page 72

```
 1              GOLDMAN
 2   talent within the company?
 3       A.  Yes.
 4       Q.  And then can you read the
 5   sentence, it's another sentence
 6   later, "Furthermore"?
 7       A.  "Furthermore, the UFC
 8   typically has the right to retain
 9   athletes who hold a championship
10   title in any weight class at the
11   expiration of their contract for one
12   additional year thereby ensuring the
13   company continues to benefit from
14   such a fighter's potential
15   popularity through additional
16   promotions and events."
17       Q.  Did Zuffa tell Deutsche
18   Bank that that clause, the ability
19   to retain champions for an
20   additional year after their contract
21   expires was part of how the
22   contracts were designed to retain
23   talent with the company?
24       A.  Yes.
25       Q.  Turning to the next page.
```

Page 73

```
 1              GOLDMAN
 2   Can you read the sentence that
 3   begins "Recently"?
 4       A.  "Recently Zuffa has
 5   acquired the assets of several
 6   competing MMA brands including
 7   PRIDE, WEC and WFA."
 8       Q.  Can you read the sentence
 9   after that?
10       A.  "Each acquisition had
11   unique offensive and defensive
12   purposes at the time.  However, both
13   the WFA and PRIDE pending
14   transactions resulted in Zuffa's
15   roster of elite fighters expanding
16   significantly."
17       Q.  Did Zuffa tell Deutsche
18   Bank that the acquisition of the WFA
19   and PRIDE resulted in its roster of
20   elite fighters expanding
21   significantly?
22       A.  I think, once again, it
23   would have been in combination of
24   discussions with the company,
25   materials that they provided and our
```

```
                                              74
 1              GOLDMAN
 2   own interpretation.
 3        Are we done with this one?
 4      Q.  Yes.  You can put that
 5   aside.
 6      A.  Make a pile for you.
 7      Q.  You are going to be handed
 8   what's getting marked as Exhibits 4
 9   and 5.
10         (Exhibit 4, E-mail, Bates DB
11      Zuffa 00033564, marked for
12      identification, as of this date.)
13         (Exhibit 5, Attachment to
14      Exhibit 4, Bates DB Zuffa 00033565
15      to 00033574, marked for
16      identification, as of this date.)
17         MR. TOMBACK:  64 is 4?
18      Q.  You've been handed what's
19   been marked Exhibits 4 and 5.
20   Exhibit 4 is a one-page e-mail DB
21   Zuffa 00033564.  Exhibit 5 is the
22   attachment to Exhibit 4 and it's DB
23   Zuffa 00033565 to DB Zuffa 00033574.
24         Exhibit 4 is an e-mail from
25   John Mulkey to Amish Barot dated
```

```
                                              75
 1              GOLDMAN
 2   May 2, 2007, at 12:45 a.m.  The
 3   subject line is "forward edits to
 4   exec summary."
 5      A.  Um-hmm.
 6      Q.  Does Exhibit 5 reflect the
 7   handwritten edits of Zuffa's CFO
 8   John Mulkey as they were sent to
 9   Deutsche Bank on May 2, 2007?
10      A.  I don't know John's
11   handwriting so I assume those are
12   his edits per what he wrote on
13   Exhibit 4.
14      Q.  Is it fair to say that
15   Exhibit 5 is edits provided by Zuffa
16   to Deutsche Bank --
17      A.  Yes.
18      Q.  -- to the May 2007
19   Confidential Information Memorandum?
20      A.  Yes.
21      Q.  If you could turn to the
22   page of Exhibit 5, 33567.
23      A.  Yep.
24      Q.  In the break under the
25   Zuffa business overview there's a
```

```
                                              76
 1              GOLDMAN
 2   sentence that says the UFC and
 3   PRIDE.  Can you read that?
 4      A.  "The UFC and PRIDE brands
 5   are the top two MMA promoters in the
 6   world by any metric and management
 7   believes that the WEC will be the
 8   third by 2008."
 9      Q.  Is it your understanding
10   that that sentence is an edit
11   provided or is a statement by Zuffa
12   provided to Deutsche Bank?
13      A.  Yes.
14      Q.  You can put those aside.
15         (Exhibit 6, E-mail, Bates DB
16      Zuffa 00028782, marked for
17      identification, as of this date.)
18         (Exhibit 7, Attachment to
19      Exhibit 6, Bates DB Zuffa 00028783
20      through 00028812, marked for
21      identification, as of this date.)
22      Q.  You've been handed beans
23   marked Exhibits 6 and 7.  Exhibit 6
24   is a single page e-mail DB Zuffa
25   00028782.  It is from
```

```
                                              77
 1              GOLDMAN
 2   scanner@UFC.com dated Monday,
 3   May 21, 2007.  It was sent to Eric
 4   Singer and Amish Barot.  Subject
 5   line "more bank book edits."
 6         Exhibit 7 is the attachment to
 7   Exhibit 6.  It begins DB Zuffa
 8   00028783 and it ends DB Zuffa
 9   00028812.
10         Who is Eric Singer?
11      A.  He was a very junior banker
12   on my team.
13      Q.  And he worked on the 2007
14   loan for Zuffa?
15      A.  Yes.
16      Q.  Is it your understanding
17   that Exhibit 7 are edits provided by
18   Zuffa to the May 2007 CIM?
19      A.  Per the e-mail, yes.
20      Q.  If we can go to the page
21   ending 28788 of Exhibit 7.
22      A.  Um-hmm.
23      Q.  This is the page referring
24   to investment highlights with the
25   column on the left being Highlights
```

20 (Pages 74 to 77)

```
                                   114
 1               GOLDMAN
 2   and development"?
 3      A.  I do.
 4      Q.  Can you read the third
 5   sentence for me?
 6      A.  Beginning with "Most
 7   contracts"?  "Most contracts are two
 8   years in length."
 9      Q.  I'm sorry, that's the
10   fourth sentence.  "UFC athlete
11   contracts."
12      A.  "UFC athlete contracts is
13   assigned to retain talent within the
14   company."
15      Q.  In connection with the 2009
16   loan did Deutsche Bank confirm --
17   strike that.
18       Does that sentence reflect the
19   same information that Deutsche Bank
20   had in 2007?
21      A.  The sentence is the same so
22   yes.
23      Q.  Would Deutsche Bank have
24   confirmed that it was still the case
25   prior to including it in the
```

```
                                   115
 1               GOLDMAN
 2   Confidential Information Memorandum?
 3      A.  Honestly, probably not.  It
 4   probably would have been duped and
 5   revised and just put in.
 6      Q.  But Zuffa would have had
 7   the opportunity to change it if it
 8   had changed from their perspective?
 9      A.  Yes.
10      Q.  Can you read the next
11   sentence?
12      A.  "Most contracts are two
13   years in length with an exclusivity
14   clause that prevents fighters from
15   moving to different MMA
16   organizations while under contract
17   and with negotiation and matching
18   rights after the agreement expires."
19      Q.  What do you understand
20   negotiation and matching rights to
21   refer to?
22      A.  I don't know what
23   negotiating rights are but matching
24   rights obviously would be to match,
25   you know, a competing offer.
```

```
                                   116
 1               GOLDMAN
 2      Q.  And is the inclusion of
 3   that sentence to the extent it's the
 4   same as the sentence in the May 2007
 5   CIM, does it have the same purpose
 6   here?
 7      A.  I don't know about the
 8   purpose but it's the same sentence
 9   so whatever the interpretation of
10   the sentence is it's the same in
11   this document.
12      Q.  And Zuffa did not ever tell
13   Deutsche Bank that this sentence was
14   inaccurate in the October 2009
15   Confidential Information Memorandum?
16      A.  Unless you have some
17   document that shows edits, no.
18      Q.  Can you read the next
19   sentence?
20      A.  "Additionally, contracts
21   typically give the UFC the right to
22   release athletes after one or two
23   fights on the basis of poor
24   performance providing the company
25   increased flexibility."
```

```
                                   117
 1               GOLDMAN
 2      Q.  Did Zuffa tell Deutsche
 3   Bank that it generally had the right
 4   to release fighters after one or two
 5   losses on the basis of poor
 6   performance?
 7      A.  They would have had to have
 8   because we wouldn't have known that
 9   otherwise.  There might have been
10   other reasons also for release,
11   maybe, you know, poor health or an
12   injury or something else.  I
13   don't -- I don't know.  But this
14   talks about poor performance.
15      Q.  Can you read the last
16   sentence in that paragraph?
17      A.  "The UFC's complete control
18   and ownership of its content also
19   discourages competing organizations
20   from soliciting UFC fighters by
21   restricting their ability to market
22   prior fights for promotional
23   purposes."
24      Q.  Did Zuffa tell Deutsche
25   Bank in 2009 that its complete
```

30 (Pages 114 to 117)

```
                                              118
 1              GOLDMAN
 2     control and ownership of its content
 3     discourages competing organizations
 4     from soliciting their fighters?
 5          A.   Once again, the fact that
 6     UFC owns and has full control and
 7     ownership of their contents could
 8     have led us to the interpretation
 9     that, you know, other organizations
10     couldn't solicit their fighters.  So
11     if could have been that they had
12     that in discussions.  It could have
13     been that they just provided us with
14     material and we made the, you know,
15     made the assumption.
16          Q.   So either Deutsche Bank or
17     Zuffa made that conclusion?
18          A.   Correct.
19          Q.   And that's how it ended up
20     in this document?
21          A.   Correct.
22          Q.   And Zuffa had the
23     opportunity to edit it and did not?
24          A.   Correct.
25          Q.   Turn to the page ending
```

```
                                              119
 1              GOLDMAN
 2     56936.
 3          A.   Um-hmm.
 4          Q.   The last sentence on the
 5     page, can you read that?
 6          A.   "This dramatic growth in
 7     pay per view by revenue."
 8          Q.   The next sentence.
 9          A.   Sorry.  "Price increases
10     have shown inelastic demand
11     characteristics even during the
12     economic slowdown."
13          Q.   What does that mean?
14          A.   That means that -- that
15     UFC, because of the brand, has been
16     able to increase the cost to
17     consumers for their pay per view
18     buys and that regardless of economic
19     conditions, that they have been able
20     to continue to increase pricing.
21          Q.   Did Zuffa tell Deutsche
22     Bank in 2009 that it that raised pay
23     per view prices without seeing
24     reduced demand?
25          A.   Well, they would have
```

```
                                              120
 1              GOLDMAN
 2     provided us data that showed that.
 3          Q.   And Zuffa had the
 4     opportunity to edit this sentence
 5     and did not?
 6          A.   That's correct.
 7          Q.   Can you turn to the page
 8     ending 56943.  Again, this is within
 9     the section titled Company Overview.
10     The subsection is titled
11     Competition.  Can you read the first
12     sentence?
13          A.   "To effectively compete
14     with the UFC a competitor would need
15     proper infrastructure, substantial
16     content to market upcoming fights,
17     effective television distribution, a
18     deep lineup of marquis fighters and"
19     an adequate -- "and adequate
20     resources to satisfy the cost of a
21     UFC level production."
22          Q.   Do you know whether that
23     reflects information that Zuffa
24     provided to Deutsche Bank in 2009?
25          A.   I can't -- I guess.  I
```

```
                                              121
 1              GOLDMAN
 2     don't know.  You know, Deutsche Bank
 3     may have made that statement based
 4     on all the information that we had
 5     so it's hard for me to say exactly
 6     where the statement generated from.
 7          Q.   Can you read the first
 8     sentence of the second paragraph?
 9          A.   "In order for a competing
10     MMA organization to generate
11     revenues comparable to the UFC, the
12     organization must be willing to
13     invest significant capital in order
14     to build the distribution network
15     required to promote and broadcast
16     major events as well as create or
17     acquire sufficient content to
18     effectively market such events."
19          Q.   What's the source of that
20     information?
21          A.   That would have been
22     Deutsche Bank's, you know,
23     discussions with the company, any
24     materials it received and our own
25     understanding, interpretation of
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

```
                                    122
1           GOLDMAN
2    UFC, its brand and the business.
3        Q.  Can you read last sentence?
4        A.  "Further, the UFC" --
5    sorry.  "Any organization intent on
6    building a promotion to directly
7    arrival the UFC would likely be
8    immediately challenged to build and
9    maintain the infrastructure of
10   employees and fighters on a
11   profitable basis."
12       Q.  What is the source of that
13   information?
14       A.  It could either be Deutsche
15   Bank's interpretation given all the
16   information that it had or could
17   have been in conjunction with
18   discussions with the company.
19       Q.  And was Zuffa provided the
20   opportunity to edit this section
21   prior to its finalization?
22       A.  Yes, they would have --
23   they would have with the entire
24   document in case you want to
25   stipulate that.
```

```
                                    123
1           GOLDMAN
2        MR. TOMBACK:  As previously
3    offered.
4        THE WITNESS:  Keep offering.
5        A.  Are we done with that one?
6        Q.  We are.
7        (Exhibit 15, E-mail, Bates DB
8    Zuffa 00056706 through Zuffa
9    00056707, marked for
10   identification, as of this date.)
11       (Exhibit 16, Attachment to
12   Exhibit 15, Bates DB Zuffa 00056708
13   through 00056714, marked for
14   identification, as of this date.)
15       Q.  You've been handed what's
16   been marked Exhibits 15 and 16.
17       Exhibit 15 is an e-mail with
18   the Bates number DB Zuffa 00056706
19   ending DB Zuffa 00056707.  The top
20   e-mail is from Ryan Corning to
21   Ludwig Diaz, Joseph Devine, Amit
22   Sripathi and Benjamin Schuri dated
23   October 2, 2009.  Subject line FW:
24   FW:.
25       Based on this e-mail is it
```

```
                                    124
1           GOLDMAN
2    your understanding that Exhibit 16,
3    which is the attachment to that
4    e-mail, contains comments from John
5    Mulkey?
6        A.  Yes.
7        Q.  Exhibit 31, attachment to
8    that e-mail is Bates numbers DB
9    Zuffa 00056708.  Exhibit 31.
10       MS. GRIGSBY:  Yeah.  For the
11   record you just said Exhibit 31.
12       MR. MADDEN:  I'm sorry.
13       Q.  Exhibit 16 is the
14   attachment to that e-mail, Bates
15   number DB Zuffa 00056708 and it ends
16   DB Zuffa 00056714.
17       Turning to the page ending
18   56711, do you see where it says
19   "Since its inception in 1997 PRIDE
20   has held" --
21       A.  Sorry, what page is it?
22       Q.  Ending 56711.
23       A.  Um-hmm.
24       Q.  Do you see where it says,
25   "Since its inception in 1997 PRIDE
```

```
                                    125
1           GOLDMAN
2    has held over 60 MMA events"?  It's
3    in the last bullet of the overview.
4        A.  Yes.
5        Q.  And do you see where the
6    handwritten edits add that PRIDE was
7    widely considered to be -- widely
8    considered the second most
9    recognized MMA brand worldwide when
10   acquired?
11       A.  Yes.
12       Q.  Is it your understanding
13   that that's Zuffa's statement?
14       A.  Yes.
15       Q.  On the page ending 56714
16   under Investment Highlights.  Do you
17   see the highlight entry high
18   barriers to entry -- the highlights
19   box, high barriers to entry?
20       A.  Yes.
21       Q.  And Zuffa made edits to the
22   rationale bullets; is that right?
23       A.  Yes.
24       Q.  What was the edit to the
25   second bullet?
```

### Page 126

GOLDMAN

A. It read "Difficult to replicate domestic and international distribution model" and they removed "and international."

Q. So now it says "Difficult to replicate domestic distribution model"?

A. Correct.

Q. What was the edit to the third bullet?

A. "Vast majority of top fighters under long-term exclusive contracts." And it now reads "Vast majority of top fighters under multi fight exclusive contracts."

Q. Can you read the edit to the fourth bullet?

A. "UFC platform offers fighters superior opportunities to monetize their potential, insert in sponsorship and licensing royalties."

Q. And it's your understanding that each of those edits was made by

### Page 127

GOLDMAN

Zuffa?

A. Yes.

Q. You can put that aside.

(Exhibit 17, E-mail, Bates DB Zuffa 00043106, marked for identification, as of this date.)

(Exhibit 18, Zuffa edits October 2009 Confidential Information Memorandum, Bates DB Zuffa 00043107 ending DB Zuffa 00043126, marked for identification, as of this date.)

Q. You've been handed what's been marked Exhibit 17 and 18. Exhibit 17 is a one-page e-mail Bates numbered DB Zuffa 00043106. It is an e-mail from John Mulkey to Amit Sripathi, Ryan Corning, Benjamin Schuri and Ludwig Diaz. The subject line is set of edits.

And the attachment is a document Bates numbered DB Zuffa 00043107 ending DB Zuffa 00043126. Is it your understanding that

### Page 128

GOLDMAN

Exhibit 18 is the handwritten edits of Zuffa to the October 9th -- or the October 2009 Confidential Information Memorandum?

A. Yes.

Q. Turning to the page ending 43116. These are Zuffa's -- in reviewing this page are these Zuffa's edits to the section on high barriers to entry?

A. Yes.

Q. Can you read the handwritten paragraph at the very bottom of the page?

A. "The company believes that the recognition of the UFC brand name is in many ways synonymous with the sport of MMA largely because of the first mover advantage. Such advantage, coupled with strategic business decisions during Zuffa" --

Q. I think that says ownership?

A. -- "ownership," thank you,

### Page 129

GOLDMAN

"have resulted in a market" pressure maybe --

Q. Presence.

A. -- "presence that the company believes would be very difficult to recreate."

Q. Is it your understanding that that is Zuffa's statement?

A. Yes.

Q. You can put that aside.

(Exhibit 19, E-mail, Bates DB Zuffa 00043566, marked for identification, as of this date.)

(Exhibit 20, Attachment to Exhibit 9, Bates DB Zuffa 00043567 through 00043576, marked for identification, as of this date.)

Q. You've been handed what's been marked Exhibits 19 and 20. Exhibit 19 is a one-page e-mail from John Mulkey to Ludwig Diaz, Benjamin Schuri, Amit Sripathi, Ryan Corning, and it's dated Sunday, October 4th, 2009, at 8:16 p.m. The subject line