# Exhibit 31

Deposition of Dana F. White
(August 9, 2017) – Vol. 1 (excerpted)

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON      )
FITCH, on behalf of              )
themselves and all others        )
similarly situated,              )
                                 )
          Plaintiffs,            )
                                 )
     vs.                         )   Case No.
                                 )   2:15-cv-01045-RFB-(PAL)
                                 )
ZUFFA, LLC, d/b/a Ultimate       )
Fighting Championship and        )
UFC,                             )
                                 )
          Defendant.             )
_____)


HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DANA F. WHITE

MORNING AND AFTERNOON SESSIONS

LAS VEGAS, NEVADA

AUGUST 9, 2017

9:30 a.m.


REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 51036-A

138

DANA WHITE - HIGHLY CONFIDENTIAL

1  and stuff like that.

2      Q.  All right.  And did you at that time, at

3  the time that you were quoted as saying, this in the

4  Baltimore Sun article, anticipate that the WEC would

5  be competitors with the UFC in some way?

6      A.  Well, I guess we would be out in the

7  marketplace competing for sponsors.

8      Q.  Okay.  And how about for fighter talent to

9  the extent that there was overlap between weight

10  classes?

11      A.  Yeah, there really wasn't any overlap.

12  There was a couple here and there, but yeah.

13      Q.  Okay.  And nevertheless, you know, you

14  expected that the UFC would compete with the WEC for

15  sponsors, correct?

16      A.  Yep.

17      Q.  Okay.  And so you -- and then, you

18  continued to operate -- the UFC continued to operate

19  WEC for some time, correct?

20      A.  Right.

21      Q.  And is it correct that by mid-2009, the WEC

22  was the leader in the MMA promotion industry in the

23  bantamweight and featherweight weight classes?

24      A.  That what was?

139

DANA WHITE - HIGHLY CONFIDENTIAL

1

2      Q.  That the WEC was, you know, kind of the top

3  promotion for bantamweight and featherweight classes?

4      A.  I don't know if they were the top

5  promotion, but they had -- they had those guys.

6      Q.  And how would you characterize the quality

7  of the WEC's 135 and 145 weight classes?

8      A.  Yeah, they were really the only guys --

9  it's much like Invicta.  Like Invicta focuses on

10  women, and these guys had smaller weight classes.

11      So like I said, people said it couldn't be

12  done, I wanted to do it.

13      Q.  And you did, right?

14      A.  Yes.

15      Q.  And is it correct that the WEC was -- that

16  the UFC viewed the WEC as a feeder league for

17  younger, less experienced, lighter weight, and less

18  well-known fighters that would eventually move to the

19  UFC?

20      A.  Well, they focused on smaller weight

21  classes, which we didn't have.

22      But yeah, I'm not going to say we never got

23  somebody from the WEC, but they mostly focused on the

24  smaller weight classes.

25      But pretty much, every organization

140

DANA WHITE - HIGHLY CONFIDENTIAL

1

2  fighters have come from.  I mean, even Bellator and

3  organizations like that, they get their talent from

4  somewhere else.  Same thing.

5      Q.  So, but is it correct that at the time that

6  the UFC acquired the WEC, it viewed it as a promotion

7  that would feed fighters to it?

8      A.  I view everybody --

9      MR. ISAACSON:  Objection to form.

10      THE WITNESS:  -- as a feeder -- oh, sorry.

11  BY MR. DELL'ANGELO:

12      Q.  Go ahead.

13      A.  I view everybody as a feeder league, and

14  Bellator sees everybody as a feeder league.  When

15  it's your promotion, you see everybody else as a

16  feeder league.

17      Q.  So my question is:  As of the time that

18  UFC acquired the WEC in 2006 whether or not the UFC

19  viewed WEC as a feeder league?

20      A.  It viewed everybody as a feeder league.

21      Q.  Okay.  And then, the UFC merged the WEC

22  into the UFC in October of 2010, correct?

23      A.  I don't know the exact date, but yes, we

24  eventually did.

25      Q.  Okay.  And why did the UFC merge -- well,

141

DANA WHITE - HIGHLY CONFIDENTIAL

1

2  the UFC -- withdraw that.

3      The UFC merged the WEC into the UFC because

4  it wanted the lighter weight classes that the WEC

5  had; is that correct?

6      A.  Correct.

7      Q.  And then -- and in doing so, the UFC

8  acquired Urijah Faber, right?

9      A.  Correct.

10      Q.  Okay.  And he went on to become -- to be

11  inducted into the UFC Hall of Fame, right?

12      A.  Correct.

13      Q.  And he was also featured -- Faber was

14  featured -- do you know if he was featured in two

15  main events in the WEC?

16      A.  Yes, pay-per-view.

17      Q.  And I think you said that the UFC also

18  acquired the WFA, correct?

19      A.  Correct.

20      Q.  And the WFA was also an MMA promoter?

21      A.  Yes.

22      Q.  And is it correct that the UFC acquired the

23  WFA in 2006?

24      A.  I don't know the exact date, but yes, we

25  did acquire it.

36  (Pages 138 to 141)

DANA WHITE - HIGHLY CONFIDENTIAL

1  Q. And is it correct that at the time the UFC
2  acquired the WFA, it didn't view the WFA as
3  competition?
4  A. Yeah, I -- yeah.
5  Q. You never -- the WFA nevertheless had
6  something that the UFC wanted or needed, correct?
7  A. Never had something that we wanted or
8  needed?
9  Q. Nevertheless had. So let me withdraw that.
10  Is it correct that the UFC acquired the WFA
11  because the WFA had something that the UFC wanted or
12  needed?
13  MR. ISAACSON: Objection to form.
14  THE WITNESS: Well, it's kind of -- kind of
15  a weird deal. It was actually a really good friend
16  that was involved. He was our jujitsu coach that was
17  involved in the WFA, and the WFA was run by a guy who
18  had a real shady past, so we had to hand it over to
19  two lawyers.
20  BY MR. DELL'ANGELO:
21  Q. All right. So did the UFC acquire the WFA
22  to acquire Lyoto Machida's contract?
23  A. Correct.
24  Q. And did it also acquire the WFA to acquire

DANA WHITE - HIGHLY CONFIDENTIAL

1  Quinton "Rampage" Jackson's contract?
2  A. Correct.
3  Q. As you sit here today, are there any other
4  reasons that you can think of that the UFC acquired
5  the WFA that you're prepared to testify about?
6  A. Because they were begging us to buy it.
7  Q. Anything else?
8  A. No.
9  (Exhibit 32 was marked for
10  identification by the reporter.)
11  BY MR. DELL'ANGELO:
12  Q. Let me show you what I'm marking as
13  Exhibit 32 to the deposition, Mr. White.
14  Exhibit 32 begins at ZFL-1240584. It's
15  entitled "Zuffa, LLC's Intangible Asset Treatment
16  Discussion Memo."
17  Do you see at the beginning of this
18  document, Mr. White, it says that:
19  "The following discussion examines
20  the nature of the various and
21  tangible assets that were acquired
22  by Zuffa in connection with its
23  purchase and rehabilitation of The
24  Ultimate Fighter Championship brand

DANA WHITE - HIGHLY CONFIDENTIAL

1  and the company's rationale for
2  their classification and accounting
3  treatment."
4  Do you see that?
5  A. Yes.
6  Q. Would you turn to the page that has 1240589
7  at the bottom, and it's the sixth page of the
8  document. At the top, it has the header "Purchase of
9  WEC."
10  Just let me know when you're there.
11  A. "Purchase of WEC." Yep.
12  Q. And regarding the WEC, if you look about
13  halfway down, there's a sentence that says, "The WEC
14  would also serve."
15  Do you see that?
16  A. Yes.
17  Q. Would you read that sentence, please.
18  A. "The WEC would also serve as a
19  Second tier of minor league feeder
20  platform where young, less
21  experienced, lighter weight and less
22  well-known fighters could gain
23  public awareness before developing
24  to the point where they can move up

DANA WHITE - HIGHLY CONFIDENTIAL

1  the UFC level of competition."
2  Q. Do you have any reason to disagree with
3  that statement?
4  A. No.
5  Q. Okay. And then, would you go to the next
6  page, please. You'll see the heading "Purchase of
7  WFA"?
8  A. Yep.
9  Q. Okay. And three lines down, at the end of
10  that line, the sentence begins, "The purpose."
11  Do you see that?
12  A. "The purpose."
13  Q. Okay. Would you read that sentence and the
14  sentence that follows it, please.
15  A. "The purpose of Zuffa's
16  Acquisition of the small and little
17  known WFA was a defensive strategy
18  to eliminate a second-tier
19  competitive brand operating in the
20  Las Vegas market."
21  Keep going?
22  Q. Yes, please.
23  A. "As part of the acquisition,
24  Zuffa secured noncompete covenants

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

146

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    from the WFA's two principal owners
3    for a period of seven years each.
4    The portion of the total purchase
5    price specifically assigned to the
6    noncompete covenant in the purchase
7    agreement was 500,000 for each
8    principal.  As such, the total
9    purchase price was allocated into
10   the following three categories."
11   Q.  All right.  That's fine, actually.  Thank
12   you.
13      So that first sentence that you read, "The
14   purpose of Zuffa's acquisition of the small and
15   little known WFA was a defensive strategy to
16   eliminate a second-tier competitive brand operating
17   in the Las Vegas market," any reason to disagree with
18   that statement?
19   A.  Yes.  I don't know who wrote this.
20   Q.  Do you know what it was used for?
21   A.  No.
22   Q.  Do you have an understanding that Zuffa
23   needed to establish for purposes of tax treatment
24   certain reasons surrounding their acquisitions and
25   how the intangible assets acquired in connection with

147

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    WEC and WFA acquisitions would be treated?
3       MR. ISAACSON:  Objection to form.
4       THE WITNESS:  Okay.
5    BY MR. DELL'ANGELO:
6    Q.  Did you know that is --
7    A.  No.
8    Q.  -- my question.
9    A.  Okay.
10   Q.  So do you know whether or not the
11   statements made in this document were -- what Zuffa
12   used to justify for purposes of calculating the
13   intangible assets, do you know if these were the
14   justifications that Zuffa used?
15      MR. ISAACSON:  Objection to form.
16      THE WITNESS:  Yeah, I don't know.  This is
17   the first time I've ever seen this.
18   BY MR. DELL'ANGELO:
19   Q.  And then, if you stay on that same page,
20   page 7 under "Purchase of WFA," there's a heading
21   two-thirds, about three-quarters of the way down,
22   "Determining Factors."
23      Do you see that?
24   A.  Yes.
25   Q.  Okay.  And then, if you go four lines down,

148

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    at the end of the line, there's a sentence that
3    begins, "The reason."
4    Q.  Do you see that?
5    A.  Yeah.
6    Q.  Okay.  Would you read just that sentence
7    that begins, "The reason."
8    A.  Yeah.
9       "The reason for the acquisition
10      was to control the WFA brand and
11      prevent it from competing with the
12      WEC and UFC."
13   Q.  Okay.  Do you disagree with that
14   statement --
15   A.  I do.
16   Q.  Let me finish my question.
17      Do you disagree with that statement in
18   Zuffa, LLC's intangible asset treatment discussion
19   memo?
20   A.  I do.
21   Q.  And so, if Zuffa used the statements with
22   which you disagree under the heading "Purchase of
23   WFA" to justify to the IRS the basis of its
24   intangible asset treatment in connection with the
25   purchase of the WFA, would they be incorrect, in your

149

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    view?
3       MR. ISAACSON:  Objection to form,
4    foundation.
5       THE WITNESS:  I'm assuming you have to say
6    something other than a convicted felon owned the
7    company, and he took -- he asked two lawyers to take
8    it over for him so that the business could be run,
9    and the two lawyers didn't want to put money into it
10   anymore.
11      I'm assuming it's probably better than
12   writing that.  I don't know.
13   BY MR. DELL'ANGELO:
14   Q.  Okay.  Is it your understanding that the
15   basis for the tax treatment that Zuffa would state in
16   connection with its treatment of intangible assets
17   should be accurate?
18      MR. ISAACSON:  Objection.
19      THE WITNESS:  Should be -- I have no idea.
20   BY MR. DELL'ANGELO:
21   Q.  You don't know?
22   A.  I have nothing to do with this, so I
23   couldn't honestly answer that question.
24   Q.  Well, my question is more general as to
25   whether or not you believe that the UFC should be

38 (Pages 146 to 149)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

---

150

DANA WHITE - HIGHLY CONFIDENTIAL

1
2   making accurate statements with respect to the basis
3   for the treatment of intangible assets that it
4   acquired from the WFA?
5       A.  Well, I don't know --
6           MR. ISAACSON:  Objection to form.
7           THE WITNESS:  I'm sorry.
8   BY MR. DELL'ANGELO:
9       Q.  No, I'm not asking you about this
10  statement.
11          I'm just asking you generally, right, if
12  it's your belief that the UFC should make accurate
13  statements?
14      A.  Well, I don't know what that guy was told
15  from somebody -- I don't know what this guy was
16  writing and what his -- what he believed to be
17  accurate when he wrote this.
18      Q.  But --
19      A.  But I was the guy that was actually
20  involved and in the middle of this thing.
21      Q.  So you didn't communicate anything to the
22  IRS or UFC's accountants what the basis for the tax
23  treatment was in connection with the WFA acquisition,
24  right?
25      A.  No.

---

151

DANA WHITE - HIGHLY CONFIDENTIAL

1
2       Q.  Okay.  And so, you don't know if the basis
3   articulated by the company or its accountants was
4   accurate, correct?
5       A.  What's the question?
6       Q.  So is it fair to say, then, that you don't
7   know if whatever basis the UFC articulated or its
8   accountants articulated for the treatment of
9   intangible assets associated with the purchase of WFA
10  was accurate?
11      A.  Correct.  I can only tell you what I know.
12      Q.  Okay.  And one thing I want to be clear,
13  though, is it your view that regardless of what the
14  reason for the acquisition of the WFA is that Zuffa
15  and its accountants should be making accurate
16  statements to reflect the basis for the acquisition
17  in connection with the treatment of intangible
18  assets?
19          MR. ISAACSON:  Objection to form.
20  BY MR. DELL'ANGELO:
21      Q.  That is, you should be telling the truth,
22  right?
23      A.  Yeah.
24      Q.  Okay.
25      A.  Well, I knew the truth.

---

152

DANA WHITE - HIGHLY CONFIDENTIAL

1
2       Q.  Right, and your --
3       A.  I knew the truth, but nobody else knew the
4   truth.
5       Q.  Okay.  And your testimony is the statements
6   on page 7 in connection with the WFA are not
7   consistent with what you believed the truth to be at
8   the time, correct?
9       A.  Correct.  The Mayor's son and Louis Palazzo
10  wanted out of this business.
11      Q.  Okay.  Pride fighting championships was
12  another MMA promotion that the UFC purchased, right?
13      A.  What's the question?
14      Q.  Pride fighting championships was another
15  MMA promotion that the UFC purchased?
16      A.  Correct.
17      Q.  Okay.  And at the time that the UFC
18  purchased Pride, is it correct that Pride was the
19  largest MMA competitor to the UFC?
20      A.  They were -- they were the ones that I
21  respected the most.
22      Q.  In March of 2006, would you say that Pride
23  was the largest competitor to the UFC?
24      A.  They were the ones that I respected the
25  most.

---

153

DANA WHITE - HIGHLY CONFIDENTIAL

1
2       Q.  Okay.
3       A.  Pride was -- was a money laundering deal
4   for the Yakuza.
5       Q.  How did you learn that news?
6       A.  Because they got kicked off television in
7   Japan because of it.
8       Q.  And that was reported in early 2006?
9       A.  In Japan, yeah.
10      Q.  But it was reported in early 2006, right?
11      A.  I don't know when it was reported.
12      Q.  It was reported before Zuffa's acquisition,
13  though, right, of Pride?
14      A.  I don't know.
15      Q.  Okay.  Pride was kicked off -- lost its
16  television deal in Japan before the UFC acquired it,
17  though, didn't it?
18      A.  Correct.
19      Q.  Okay.  And as of 2006, is it correct that
20  Pride had only promoted MMA events in Japan, right?
21      A.  Well, they did a fight in Vegas too.
22      Q.  Right.  So at some point, you became aware
23  that Pride was going to promote an event in
24  Las Vegas, right?
25      A.  Yeah.  I had done crossover fights with

---

39  (Pages 150 to 153)

154

1          DANA WHITE - HIGHLY CONFIDENTIAL
2     those guys, so yeah.
3          Q.   When you say, "crossover," do you mean
4     co-promote?
5          A.   No.  We never co-promoted, but I had done a
6     deal with Pride where they could use Chuck Liddell
7     and Ricco Rodriguez, and they were supposed to in
8     return give me Wanderlei Silva and Sakuraba.
9          Q.   And in response to Zuffa learning that
10    Pride was considering holding an event in Las Vegas,
11    isn't it true that the UFC decided to hold an event
12    to hurt Pride at the gate and on its PPV, that is,
13    pay-per-view?
14         A.   I don't remember.
15         Q.   If it did, would that be called
16    counterprogramming?
17         A.   Absolutely.
18         Q.   Do you recall whether or not UFC attempted
19    to counterprogram Pride's debut event, MMA event, in
20    the United States?
21         A.   What's the question again?
22         Q.   The question is whether -- do you recall
23    whether or not the UFC attempted to counterprogram
24    Pride's debut MMA event in the United States?
25         A.   I don't remember.

155

1          DANA WHITE - HIGHLY CONFIDENTIAL
2          (Exhibit 33 was marked for
3          identification by the reporter.)
4     BY MR. DELL'ANGELO:
5          Q.   I'm handing you what I've marked as
6     Exhibit 33.
7          Exhibit 33 is a one-page series of emails
8     stamped ZFL-2467721.
9          I think we talked about Craig Borsari a
10    little bit earlier today, correct?
11         A.   Yes.
12         Q.   Okay.  If you look in the middle of the
13    page, there's an email from Craig Borsari to
14    Chris Blechschmidt, Dana White, and Kirk Hendrick.
15         Do you see that?
16         A.   Yes.
17         Q.   And it's dated June 4, 2006, correct?
18         A.   Yes.
19         Q.   Okay.  Any reason to believe that you
20    didn't receive this email in or around June 4, 2006?
21         A.   No.
22         Q.   And the subject line is, "Things to
23    consider regarding October 14th PPV."
24         Do you see that?
25         A.   Yes.

156

1          DANA WHITE - HIGHLY CONFIDENTIAL
2          Q.   And PPV refers to pay-per-view?
3          A.   Yes.
4          Q.   The second sentence of this email says:
5          "However, at the same time, us
6          choosing to hold an event in Vegas
7          on October 14th is going to hurt
8          Pride both at the gate and on PPV.
9          Although our numbers will likely
10         fall off a bit, this move will
11         definitely make Pride's debut in
12         America less successful than they
13         probably estimated."
14         Do you see that?
15         A.   Yes.
16         Q.   Does this refresh your recollection as to
17    whether or not the UFC considered holding an event to
18    hurt Pride both at the gate and on PPV in connection
19    with Pride's debut in the United States?
20         A.   Yeah.  I don't remember it, but yes.  I
21    couldn't tell you who fought or where it was or any
22    of that.
23         Q.   And in fact, do you know if the Pride
24    ultimately held its event in Las Vegas?
25         A.   They did.

157

1          DANA WHITE - HIGHLY CONFIDENTIAL
2          Q.   Okay.  And isn't it true that the UFC also
3     held UFC 64 on October 14th in Las Vegas?
4          A.   I don't know.  Did we?
5          Q.   Let's take a look.
6          (Exhibit 34 was marked for
7          identification by the reporter.)
8     BY MR. DELL'ANGELO:
9          Q.   Mr. White, I'm handing you what I've marked
10    as Exhibit 34.
11         A.   Okay.
12         Q.   Which is a three-page printout from the UFC
13    website in color that has the fight card for UFC 64,
14    Saturday, October 14th.
15         Do you have that before you?
16         A.   Yes.
17         Q.   And it was headlined by Rich Franklin
18    versus Anderson Silva?
19         A.   Yes.
20         Q.   Does that refresh your recollection as to
21    whether or not the UFC held an event on October 14th,
22    UFC 64?
23         A.   It doesn't, but we did.
24         Q.   Do you have any reason to believe that the
25    UFC didn't hold UFC 64 on October 14th, 2014?

40  (Pages 154 to 157)

158

1          DANA WHITE - HIGHLY CONFIDENTIAL
2      A.  No.
3      Q.  Okay.  You can set that aside.
4          (Exhibit 35 was marked for
5      identification by the reporter.)
6  BY MR. DELL'ANGELO:
7      Q.  Mr. White, I have marked and am handing you
8  what has been marked as Exhibit 35 to the litigation.
9          Exhibit 35 is a transcript produced by
10  Zuffa in the litigation beginning at ZUF-00110189.
11          Do you have Exhibit 35, Mr. White?
12      A.  Yes.
13      Q.  Okay.  Do you see at the top, it indicates
14  that you're the moderator on March 27, 2007.
15          Do you see that?
16      A.  Yes.
17      Q.  Do you recall moderating a call regarding
18  the UFC's purchase of Pride in March of 2007?
19      A.  No.
20      Q.  Do you have any reason to believe that the
21  transcript provided by your attorneys in this case,
22  produced by UFC via your attorneys in this case --
23  well, let me withdraw that.
24          If you look down at the -- let me just ask
25  you, you recall that the UFC purchased Pride in March

159

1          DANA WHITE - HIGHLY CONFIDENTIAL
2  of 2007?
3      A.  Yes.
4      Q.  And if you look down at the bottom of the
5  first page of Exhibit 35.  You're asked a question by
6  Neil Davidson.
7          Do you see that?
8      A.  Yes.
9      Q.  And it says:
10          "Yes.  Good morning, Dana.  I
11      wonder if you could just summarize
12      the business transactions taking
13      place and then also to explain to us
14      what will be the -- what will be the
15      entities Pride and UFC after
16      this --" sorry "-- after this and
17      their separation and their
18      connections."
19          Do you see that?
20      A.  Yes.
21      Q.  Okay.  What was your answer, as reflected
22  in Exhibit 35?
23      A.  "Well, they're going to be
24      Completely separate.  The UFC will
25      run separately from Pride.  Most of

160

1          DANA WHITE - HIGHLY CONFIDENTIAL
2      the employees are still in place at
3      Pride, and we're going to continue
4      to run them as competitors in two
5      separate entities."
6      Q.  Okay.  And at the time that the UFC
7  acquired Pride, was its -- is it correct that the UFC
8  intended to run Pride and the UFC as competitors to
9  one another?
10      A.  Yes.
11      Q.  Okay.  And at the time of the acquisition,
12  did you believe that the UFC and Pride had all the
13  best MMA fighters in the world?
14      A.  Not all of them, but most, yes.
15      Q.  Okay.  Most?
16      A.  Yes, most.
17      Q.  And if you turn to page 8 of the document.
18          MR. ISAACSON:  Is this 8 in the upper
19  right-hand corner?
20          MR. DELL'ANGELO:  Yes, it is.
21  BY MR. DELL'ANGELO:
22      Q.  Do you see at the bottom of the page there,
23  there's also a quote attributed to you.
24      A.  Okay.
25      Q.  And if you look at the very last line,

161

1          DANA WHITE - HIGHLY CONFIDENTIAL
2  there's a sentence that begins, "You know."
3          Do you see that?
4      A.  Yep.
5      Q.  And if you read that -- would you just read
6  that one sentence, please.
7      A.  "You know what?"
8      Q.  Yes.
9      A.  "It's one of those things that,
10      In my opinion, another reason that
11      this is so great.  I think when
12      fighters fight, obviously money is
13      great and the fame and everything
14      that goes along with it, but at the
15      end of the day, it's about your
16      legacy.  You know Pride and the UFC
17      have the best fighters in the world
18      in all different weight classes.
19      Finally, we're going to be able to
20      see who's the best fighter in the
21      world, and I think you know whoever
22      wins that fight will be looked at as
23      the best heavyweight, best light
24      heavyweight, best middleweight in
25      the world and possibly one of the

41 (Pages 158 to 161)

162

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    pound-for-pound greatest of all
3    times.  So I think that's what is
4    really going to come out of this.
5    The fans win, both organizations
6    win, and the fighters win at the end
7    of the day."
8    **Q.  Okay.  Do you have any reason to believe**
9    **that that wasn't true as of March 27, 2007?**
10   A.  I'm a promoter.  I'm never going to go out
11   there and say, you know what, when we put these two
12   companies together, we'll have the most mediocre guys
13   in the world.  You know, that's what I do.
14   There were obviously many guys outside of
15   the UFC that were great fighters too and that we
16   probably wanted at the time too.
17   **Q.  So are you saying that the statements that**
18   **you make as a promoter in your capacity as president**
19   **of the UFC are not necessarily statements that we can**
20   **attribute as being completely truthful?**
21   A.  I'm a fight promoter.  My job is to sell
22   you fights.  My job is to make you not take your wife
23   out on Saturday night, not go to a movie, or whatever
24   else you might want to do on Saturday night.  My job
25   is to make you stay home and watch the UFC.

163

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    **Q.  So my question to you is whether or not**
3    **that means that at least some of the statements that**
4    **you make publicly are not statements that can be**
5    **taken as entirely accurate on face value; is that**
6    **correct?**
7    A.  I'm a promoter, and I sell fights for a
8    living.
9    **Q.  Okay.  So are you not going to answer the**
10   **question?**
11   A.  That's the answer.
12   **Q.  The answer is?**
13   A.  I'm a promoter and I sell fights for a
14   living.
15   Are you seriously asking me if I would go
16   out and say, hey, when this thing happens, it's going
17   to be the most mediocre thing to ever, you know.
18   **Q.  What I'm asking you is if when you go out**
19   **and you talk about the MMA industry and the UFC if**
20   **the things that you say are true?**
21   MR. ISAACSON:  Objection to form.
22   THE WITNESS:  I sell fights for a living.
23   I mean, that's the best way that I can explain it to
24   you, you know.
25   It's what -- it's what I believe, you know.

164

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    It's no different than what Bellator says, you know,
3    hey, watch the best fighters in the world, watch the
4    best fights, all the greatest champions ever are
5    going to fight.
6    Do I believe that's true?  No, I don't
7    believe that's true.
8    I believe that what I say is true, and he
9    believes what he says is true, and the list goes on
10   and on.
11   BY MR. DELL'ANGELO:
12   **Q.  Okay.  That's fine.**
13   A.  It's an opinion.  And I'm selling fights.
14   I'm trying to make you stay home Saturday night and
15   buy a pay-per-view.
16   **Q.  This is what I wanted to be clear about it,**
17   **and I think you said it, but let's be clear, is that**
18   **your testimony is that the things that you say as a**
19   **fight promoter are things that you believe to be**
20   **true, correct?**
21   A.  It's my opinion.
22   **Q.  But you nevertheless believe them to be**
23   **true, correct?**
24   MR. ISAACSON:  Objection to form.  You're
25   asking him if his opinion is true?

165

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    BY MR. DELL'ANGELO:
3    **Q.  I'm asking if the statements that you made**
4    **publicly as a fight promoter on behalf of the UFC are**
5    **statements that you believe to be true?**
6    MR. ISAACSON:  Objection.  Asked and
7    answered.
8    THE WITNESS:  You're a smart man.  I'm a
9    promoter.  I promote fights.  I sell fights for a
10   living, as do other promoters.
11   And you know, everybody believes that they
12   have the best fighters in the world, and that's --
13   nobody is ever going to go out and say, you know, we
14   got some guys that are really good and we got some
15   guys that are all right, we got some mediocre guys,
16   we have some guys.
17   Everything.  Conor McGregor literally said
18   I had these T-shirts made that said the biggest fight
19   in combat sports history for him and Mayweather.  And
20   Conor said, "You say that for every one of my fights,
21   so this is the biggest one, right?"  And I said,
22   "Till the next one."
23   BY MR. DELL'ANGELO:
24   **Q.  So you understand that your deposition is**
25   **being videotaped today, right?**

42 (Pages 162 to 165)

166

1      DANA WHITE - HIGHLY CONFIDENTIAL
2      A.  I do.
3      Q.  Okay.  You understand that -- do you
4  understand that this video may be shown to the jury
5  at some point?
6      A.  I do.
7      Q.  Do you think that the jury is entitled to a
8  straight answer to the question of whether or not the
9  statements that you make publicly as an MMA promoter
10  are truthful?
11      A.  I am very --
12      MR. ISAACSON:  Objection --
13      THE WITNESS:  Oops, I'm sorry.
14      MR. ISAACSON:  -- it's argumentative.
15      THE WITNESS:  I am very confident that the
16  jury knows that I sell fights for a living and I'm a
17  fight promoter.  And I am confident that you may not
18  be understanding this, but I am confident that they
19  will, yes.
20  BY MR. DELL'ANGELO:
21      Q.  Would you go back to Exhibit 27.
22      MR. ISAACSON:  Actually, it's 12:50.  The
23  food is here.
24      MR. DELL'ANGELO:  Okay.  I've got just a
25  couple more questions on this subject, and then,

167

1      DANA WHITE - HIGHLY CONFIDENTIAL
2  we'll wrap up for lunch.
3      MR. ISAACSON:  All right.
4  BY MR. DELL'ANGELO:
5      Q.  Would you go back to Exhibit 27, please,
6  and just turn to page 5 of the document.
7      Actually, I understand that you guys want to get
8  to lunch.  Let's skip that.  Let me show you one last
9  document, Mr. White.
10      A.  So don't take 7 -- 27?
11      Q.  Yes.  You can put that aside.  I'll try to
12  expedite this for you.
13      Isn't it true that at some point after the
14  UFC acquired Pride, it shut Pride down?
15      A.  Yes.
16      Q.  Okay.  And after the UFC acquired Pride,
17  Pride never actually put on any MMA bouts, correct?
18      A.  Yes.
19      (Exhibit 36 was marked for
20      identification by the reporter.)
21  BY MR. DELL'ANGELO:
22      Q.  I'm handing you what I've marked as
23  Exhibit 36 to the deposition.
24      Exhibit 36 is a one-page document that
25  contains a printout of tweets.

168

1      DANA WHITE - HIGHLY CONFIDENTIAL
2      Mr. White, is your -- was your Twitter
3  handle in October of 2012 at Dana White?
4      A.  Yes.
5      Q.  And in the middle of the page, there
6  appears to be a tweet from you to at RBL78.
7      Do you see that?
8      A.  Yes.
9      Q.  Okay.  And would you read your tweet,
10  please.
11      A.  "Pride is dead, dummy.  I killed them."
12      Q.  And did you write that?
13      A.  I did.
14      MR. DELL'ANGELO:  Okay.  We can break for
15  lunch.
16      THE VIDEOGRAPHER:  The time is
17  approximately 12:53 p.m.
18      We are going off the record.
19      (A luncheon recess was taken from
20      12:53 p.m. to 1:40 p.m.)
21      THE VIDEOGRAPHER:  The time is 1:40 p.m. we
22  are back on the record.
23  ///
24  ///
25  ///

169

1      DANA WHITE - HIGHLY CONFIDENTIAL
2      EXAMINATION (RESUMED)
3  BY MR. DELL'ANGELO:
4      Q.  Mr. White, the IFL was an MMA promoter at
5  one time?
6      A.  Yes.
7      Q.  And did the IFL compete against UFC?
8      A.  Yes.
9      Q.  Was the IFL -- if you recall, earlier this
10  morning, you talked with competitors that you had
11  competed against because they had said something
12  negative about the UFC.
13      Am I characterizing that fairly?
14      A.  Yes.
15      Q.  Was the IFL one of those competitors?
16      A.  So the IFL literally -- so before they were
17  up and running, they came in and had talked to three
18  of my employees at one time, went and toured
19  everything, went backstage, saw how we run the show.
20      Then Keith Evans, one of the guys would
21  worked for me, let me know that he was leaving, and
22  when he left, he stole everything off everybody's
23  computers and went to the IFL, and we sued them for
24  that.
25      Q.  So did you interpret IFL was falling in the

43 (Pages 166 to 169)

170

1     DANA WHITE - HIGHLY CONFIDENTIAL
2  category of targeting the UFC in such a way --
3     A.  Yes.
4     Q.  And that was in such a way that the UFC
5  would then target the IFL as a competitor that would
6  compete against, as you've testified?
7     MR. ISAACSON:  Objection to form.
8     THE WITNESS:  Yes, we competed against the
9  IFL.
10 BY MR. DELL'ANGELO:
11    Q.  And there was litigation between the IFL
12 and the UFC, correct?
13    A.  Yes.
14    Q.  And the IFL sued not only the UFC but you
15 personally as well, correct?
16    A.  Oh, I don't remember that.
17    (Exhibit 37 was marked for
18    identification by the reporter.)
19 BY MR. DELL'ANGELO:
20    Q.  I'm handing you what I have marked as
21 Exhibit 37 to the deposition.
22    Exhibit 37 is a complaint, International
23 Fight League, Inc. versus Zuffa, LLC dba Ultimate
24 Fighting Championship and Dana White, individually
25 and in his capacity as president of Zuffa, LLC.  It's

171

1     DANA WHITE - HIGHLY CONFIDENTIAL
2  Silva action number 06-CV-0880, southern district of
3  New York, dated February 3, 2006.
4     Do you have Exhibit 37, Mr. White?
5     A.  Yes.
6     Q.  Okay.  Does that refresh your recollection
7  as to whether or not --
8     A.  No.
9     Q.  -- the International Fight League sued you?
10    A.  I didn't remember this, and norm this now.
11    Q.  Even looking at the document doesn't remind
12 you that you were sued by the IFL?
13    A.  No, it doesn't.
14    Q.  Okay.  So would you take a look at
15 paragraph 20 of the complaint that's on page 6.
16    I understand that you don't recall having
17 been sued by the IFL, but you now have what I will
18 represent to you is a copy of the complaint by when
19 the IFL sued you.
20    Would you read paragraph 20, please.
21    A.  "On or about January 29th
22    2006 and as negotiations between FSN
23    and plaintiff drew to a close,
24    defendant UFC, though White and
25    other UFC representatives contacted

172

1     DANA WHITE - HIGHLY CONFIDENTIAL
2  FSN and falsely informed FSN that
3  IFL had illegally hired away two
4  former Zuffa employees, that IFL had
5  stolen and was wrongfully using
6  confidential and/or proprietary
7  information from Zuffa, including
8  business and marketing plans, and
9  that IFL representatives had gauged
10 unauthorized access to the inner
11 television trailer production
12 workings of a UFC sponsored fight."
13    Q.  So that's one of the allegations in the IFL
14 complaint against you.
15    Do you deny those allegations?
16    A.  No.  That's true.
17    Q.  Okay.  And --
18    A.  I don't know if I talked to FSN about it.
19 I don't know if that's true.
20    Q.  So let's clarify.  What part is true?
21    A.  That these guys had gone back and done
22 that.  What I just told you five minutes ago.
23    Q.  Okay.  So but the portion about you
24 contacting FSN, you're not sure about?
25    A.  You're talking 2006.

173

1     DANA WHITE - HIGHLY CONFIDENTIAL
2     Q.  I'm just asking --
3     A.  No, no.  I'm saying you're talking 2006.
4     Q.  Yep.
5     A.  I'm trying to get a TV deal.  What power I
6  do have with any network.  Can I just pick up the
7  phone and call FSN?  Who do I call at FSN?  Who do I
8  talk to?  Who do I let know that this happened?  No.
9  That's --
10    Q.  It's fair to say that you don't recall?
11    A.  No.  It's fair to say that that never
12 happened.
13    Q.  So somebody is not telling the truth,
14 right?
15    A.  Right.
16    Q.  Either the allegation is wrong or you're
17 wrong, right?
18    A.  Well, apparently -- I didn't even remember
19 being sued, so apparently I was right because there's
20 no way I lost this litigation or I'd remember that.
21    Q.  Do you remember the outcome of the
22 litigation?
23    A.  I don't.
24    Q.  Okay.  Let's take a turn to paragraph 31.
25    Read paragraph 31, please.?

44 (Pages 170 to 173)

186

DANA WHITE - HIGHLY CONFIDENTIAL

1    A.  Correct.

2    Q.  Let me hand you what the I've marked as

3  Exhibit 41.  Please take a look at that.

4       For the record, Exhibit 41 is at tow

5  deposition Exhibit 14 from this litigation, dated

6  February 6, 2017.  It begins at ZFL-2677499 and has a

7  cover letter from Eric D. Hone and Kirk Hendrick,

8  dated October 26, 2006.

9       Do you recall seek this before, Mr. White?

10    A.  No.

11    Q.  Would you look at the second page of the

12  document beginning on 2677500.

13    A.  Okay.

14    Q.  Would you just take a look at the first

15  paragraph there and tell me if that refreshes your

16  recollection of the litigation by IFL against Zuffa

17  and you and the litigation against Zuffa against IFL

18  was settled?

19    A.  I remember that we sued them.  I don't

20  remember them counter suing us.

21    Q.  My question is if this document refreshes

22  your recollection that the litigation was -- that

23  both cases were settled?

24    A.  If both cases were what?

---

187

DANA WHITE - HIGHLY CONFIDENTIAL

1    Q.  Were settled.

2    A.  No.

3    Q.  So as you sit here today, you still think

4  you won that litigation?

5    A.  Yes.

6    Q.  But you don't know what winning meant in

7  that context?

8    A.  From what I remember, they had to pay us,

9  they paid us or agreed to pay us.

10    Q.  Okay.  You can set that aside.

11       Are you familiar with the former MMA

12  promoter EliteXC?

13    A.  Is there a time when you thought of EliteXC

14  as a low level promoter that didn't compete with the

15  UFC?

16    A.  EliteXC, yeah.  Yeah, I who they are.  I

17  was mistaking them for somebody else at first.  It's

18  a T-shirt company.

19    Q.  Are you thinking of Affliction?

20    A.  No.  Different one.

21    Q.  All right.  So focusing on Elite X E?

22    A.  EliteXC, they were a publicly traded

23  company, right?  Maybe it's not the one I'm thinking

---

188

DANA WHITE - HIGHLY CONFIDENTIAL

1  of, then.  There's been many.

2       (Exhibit 42 was marked for

3       identification by the reporter.)

4       MR. DELL'ANGELO:  All right.  Why don't we

5  mark as Exhibit 42 a video clip that I'll play from

6  September 23, 2007.  It's a UFC 76 post fight press

7  conference in Anaheim, California.

8       MR. ISAACSON:  Is this an excerpt?

9       MR. DELL'ANGELO:  Yes, it is.

10       MR. ISAACSON:  I'll object on the grounds

11  of completeness to the use of this exhibit in

12  question.

13       (Video clip played.)

14       UNIDENTIFIED SPEAKER:  Can I get your

15  thoughts on, say, Bodog and EliteXC and how you feel

16  they stack up --

17       DANA WHITE:  They suck.

18       (Laughter.)

19       DANA WHITE:  You know, I'll be honest.  I

20  think that, you know, I'm not impressed with any

21  newcomer.  But I'll tell you what.  The last -- the

22  last ProElite show looked better than any of the

23  other ones they had done --

24       THE REPORTER:  I can't hear it.

---

189

DANA WHITE - HIGHLY CONFIDENTIAL

1       DANA WHITE:  I actually saw the end -- at

2  the end of it, I saw the Robbie Lawlor -- the Lawlor

3  fight.  But again, you're talking about the lower

4  level, the lower tier, Robbie Lawlor.  I like Robbie

5  Lawlor.  I'm the one that brought him into the UFC,

6  and he's not in the UFC because he lost three in a

7  row.  And Ninja wasn't even ranked, and he has a

8  title.  So, you know, you're talking about lower,

9  lower, lower level.  I mean, if you picked all those

10  shows, you know, to be a No. 2, they're so far,

11  No. 2, it's not even funny.  And I'm just being

12  honest now.  I'm not being a wise-ass.

13       UNIDENTIFIED SPEAKER:  So you don't feel

14  there's competition (inaudible)?

15       DANA WHITE:  No.  Competition?  No.

16  Competition?  No.  Not at all.  I think there are --

17  they're necessary.  We need those shows because, you

18  know, fighters are getting paid, fighters are

19  fighting and getting experience and guys are going to

20  come up and fight in the UFC some day.

21       UNIDENTIFIED SPEAKER:  So you look at them

22  more as like developmental leagues?

23       DANA WHITE:  Huh?

24       UNIDENTIFIED SPEAKER:  You look at them

---

48  (Pages 186 to 189)

190

1          DANA WHITE - HIGHLY CONFIDENTIAL
2   more as like developmental leagues?
3          DANA WHITE:  Yeah, they're like the
4   Triple A.
5          (End of video clip.)
6   BY MR. DELL'ANGELO:
7      Q.  Were you able to hear at the beginning of
8   that, Mr. White, that you were asked, can I have your
9   thoughts on Bodog and EliteXC.
10     A.  Yes.
11     Q.  So was that you depicted in the video?
12     A.  Yes.
13     Q.  And did you say that?
14     A.  A younger me.
15         MR. ISAACSON:  I'll object to did you say
16  that because we haven't said what "that" is.  And I'm
17  going to object to the use of this on the additional
18  grounds that I can't hear some of it, the court
19  reporter can't make an accurate transcript of it, and
20  I don't know what the witness can hear of it.  We can
21  obviously hear some parts of it.
22         MR. DELL'ANGELO:  Again, please.
23         MR. ISAACSON:  You didn't make that clear
24  because people don't know who aren't here what can be
25  heard and what can't be heard.

191

1          DANA WHITE - HIGHLY CONFIDENTIAL
2   BY MR. DELL'ANGELO:
3      Q.  So Mr. White, the statements that you made
4   in that video, were they statements that you believed
5   to be true at the time?
6          MR. ISAACSON:  I object to the question
7   because the statements can't be heard.
8          MR. DELL'ANGELO:  I believe the witness
9   testified he was able to hear them, right?
10         MR. ISAACSON:  He did not testify he could
11  hear all the statements.
12  BY MR. DELL'ANGELO:
13     Q.  Were you able to hear your statements in
14  the video?
15     A.  I think I did.
16     Q.  Okay.  And to the extent --
17     A.  I don't know if I missed anything.
18     Q.  To the extent that you believe you did, are
19  they statements that you believed to be true about
20  EliteXC?
21         MR. ISAACSON:  Object to the form of the
22  question.  We won't know what he heard or did not
23  hear.
24         THE WITNESS:  And what specifically are you
25  asking about?  What did I say about EliteXC that you

192

1          DANA WHITE - HIGHLY CONFIDENTIAL
2   are asking me?
3          MR. DELL'ANGELO:  I will withdraw the
4   question.
5          (Exhibit 43 was marked for
6          identification by the reporter.)
7   BY MR. DELL'ANGELO:
8      Q.  Here's Exhibit 43.  Would you take a look
9   at that, please.
10         Exhibit 43 is a May 29, 2008 article
11  entitled "UFC has fight on hands CBS event latest
12  challenge to MMA leader" by Beau Dior in USA Today."
13         Do you have Exhibit 4, Mr. White?
14     A.  Yes.
15     Q.  And if you look down at the second
16  paragraph, it refers to Kimbo Slice?
17     A.  Yep.
18     Q.  Kimbo Slice is a former MMA fighter,
19  correct?
20     A.  Yes.
21     Q.  And 2011, it goes on to say that he
22  competes in Elite Xtreme Combat.
23         Do you see that?
24     A.  Yes.
25     Q.  You can take a minute to read this, but I

193

1          DANA WHITE - HIGHLY CONFIDENTIAL
2   would direct your attention to the quote a few lines
3   down where you're quoted as saying "Whether they like
4   it or not, they're the farm league," UFC president
5   Dana White says."
6          Do you see that?
7      A.  Yes.
8      Q.  And did you say in May of 2009 that EliteXC
9   was a farm league?
10     A.  It says I said it.
11     Q.  Okay.  Do you have any reason to disagree
12  that in May of 2008, you viewed the UFC as a farm
13  league?
14     A.  No.
15         (Exhibit 44 was marked for
16         identification by the reporter.)
17  BY MR. DELL'ANGELO:
18     Q.  I'm handing you what I've marked as
19  Exhibit 44, Mr. White.  There you go.
20         Exhibit 44 is an article from ESPN.com,
21  dated July 6, 2007, titled "White not worried about
22  the competition."
23     A.  Yes.
24     Q.  All right.  And if you look toward the
25  bottom of the page, do you see, the very last line,

49 (Pages 190 to 193)

194

1         DANA WHITE - HIGHLY CONFIDENTIAL
2    it says, "ESPN The Magazine" on the first page?
3         A.  Yes.
4         Q.  Then if you go up, it says, "ESPN the
5    magazine" again.  Then it follows, "do you watch
6    other shows."
7         Do you see that?
8         A.  Yes.
9         Q.  Then go up one more.  "ESPN The Magazine
10   how do you feel."
11        Do see that?
12        A.  Yes.
13        Q.  Okay.  It says:
14            "ESPN The Magazine:  How do you
15            feel about the IFL, Bodog, EliteXC
16            and the other competition popping
17            up?"
18        Do you see that?
19        A.  Yes.
20        Q.  Would you read your answer, please.
21        A.   "It's good for us.  I don't
22   Look at those guys as competition at
23   all.  They're nowhere near the
24   league that we're in.  I need shows
25   like this.  They're the feeder

195

1            DANA WHITE - HIGHLY CONFIDENTIAL
2    leagues.  All the guys who fight in
3    those shows aspire to be in the UFC
4    some day.  They're creating all the
5    UFC talent of tomorrow."
6         Q.  Did you say that in July of 2007?
7         A.  I don't know.
8         Q.  Any reason that you disagree that that
9    was -- well, withdraw that.
10        Was that true in July of 2007?
11        MR. ISAACSON:  Objection to form.
12        THE WITNESS:  Any reason not to believe it
13   was true?
14   BY MR. DELL'ANGELO:
15        Q.  Withdraw again.
16        Yeah.  Do you believe that was true in July
17   of 2007?
18        MR. ISAACSON:  Objection to form.
19        THE WITNESS:  Should I said I'm horrified
20   and terrified of all this competition?
21   BY MR. DELL'ANGELO:
22        Q.  I'm just asking for the truth, Mr. White.
23        A.  It's the truth.
24        MR. ISAACSON:  Objection to form.
25        THE WITNESS:  The truth is I should have

196

1         DANA WHITE - HIGHLY CONFIDENTIAL
2    said I'm totally scared of all these guys and I'm
3    worried about them because you are talking about IFL
4    who those guys had a lot of money, and the guy from
5    Bodog, another criminal, but he had a lot of money.
6    BY MR. DELL'ANGELO:
7         Q.  Just so I'm clear, are you saying that take
8    the time in 2007 that you were scared about EliteXC
9    and Bodog as competing promotions to the UFC?
10        A.  Well, you're insane if you don't worry
11   about your competition.  You absolutely have to worry
12   about your competition.
13        Q.  And so, was EliteXC and Bodog competition
14   that you were concerned about in 2007?
15        A.  Yeah.  So Bodog, this guy had nothing but
16   cash.  The guy lived on an island somewhere, Calvin
17   Ayre, who was doing illegal gaming and was offering
18   guys huge money just to fly out and hang out with him
19   on the island.  And yeah, you got to.  You got to
20   worry about that.
21        Q.  So you were legitimately concerned about
22   Bodog as a competitor as well?
23        A.  Definitely.
24        Q.  They're not in business anymore, right?
25        Let me withdraw that.  They're not in the

197

1         DANA WHITE - HIGHLY CONFIDENTIAL
2    MMA promotion business, correct?
3         A.  I'm not sure, but I think he's in prison,
4    so yeah, it would be pretty tough for him to be in
5    business.
6         Q.  I'm asking about the business itself.  Do
7    you know if Bodog is still promoting MMA events?
8         A.  I don't think so.  I don't know, though.
9         Q.  Okay.
10        A.  He could be.  I think he's in prison.
11        Q.  Affliction entertainment, is that an MMA
12   promotion created by Affliction clothing?
13        A.  Yes.
14        Q.  And was Affliction clothing in the business
15   of sponsoring MMA fighters?
16        A.  Yes.
17        Q.  And did Affliction clothing ever sponsor
18   fighters in the UFC?
19        A.  Yes.
20        Q.  And did Affliction clothing sponsor UFC
21   fighters at the time that Affliction Entertainment
22   was promoting MMA events?
23        A.  Yes.
24        Q.  And when did you first learn that
25   Affliction was going to start promoting MMA events?

198

DANA WHITE - HIGHLY CONFIDENTIAL
1
2    A.  I don't remember.
3    Q.  And is it true that there came a time when
4  the UFC banned Affliction from sponsoring UFC
5  fighters?
6    A.  I don't know exactly when, but I believe
7  so, yes.
8        (Exhibit 45 was marked for
9        identification by the reporter.)
10  BY MR. DELL'ANGELO:
11    Q.  I'm going to show you -- do you recall
12  meeting with a representative of Affliction about
13  shutting down Affliction's MMA promotion?
14    A.  No.  I don't really -- one of the owners of
15  Affliction used to call and threaten my life every
16  day, yeah.
17    Q.  Do you recall ever meeting with a lawyer
18  for Affliction about having Affliction shut down
19  their MMA promotion?
20    A.  No.  Todd Beard.  I couldn't remember his
21  name.  Todd Beard.
22    Q.  Let me show you what I've marked as
23  Exhibit 45.
24        For the record, Exhibit 5 is afternoon
25  article from Bloody Elbow by Nate Wilcox, dated

199

DANA WHITE - HIGHLY CONFIDENTIAL
1
2  July 24, 2009 that includes quotes attributed to Dana
3  White.
4        And do you know Ken Iole?
5    A.  Kevin Iole, yes.
6    Q.  And who Kevin Iole?
7    A.  Well, I laugh every time you say Bloody
8  Elbow, but Kevin Iole is a legit reporter.
9        MR. ISAACSON:  So this seems to be a
10  publication of some sort of excerpt, so I will object
11  to the use of this document on completeness grounds.
12        MR. DELL'ANGELO:  Okay.
13        THE WITNESS:  It's not from a real -- it's
14  not a legitimate news source.
15  BY MR. DELL'ANGELO:
16    Q.  If you look at the second page, it
17  attributes -- it says that you said:
18        "White said an Affliction attorney
19        flew to Las Vegas only days after
20        UFC 100 and offered to fold and turn
21        its contracts over to the UFC if the
22        UFC would remove its ban on its
23        fighters wearing Affliction
24        T-shirts."
25        Do you see that?

200

DANA WHITE - HIGHLY CONFIDENTIAL
1
2    A.  Yes.
3    Q.  Do you deny that the UFC told he flicks
4  that it would remove its ban on UFC fighters wearing
5  Affliction T-shirts if Affliction would stop
6  promoting MMA events?
7    A.  I don't remember that.
8        MR. ISAACSON:  Objection to form.
9        THE WITNESS:  Oh, I'm sorry.
10        No, I don't remember that.  I don't
11  remember that.
12        (Exhibit 46 was marked for
13        identification by the reporter.)
14  BY MR. DELL'ANGELO:
15    Q.  I'm handing you what I've marked as
16  Exhibit 46 to the deposition.
17        Exhibit 46 is a one-page email ZFL-2674805
18  from Kirk Hendrick to you, Dana White, Lorenzo
19  Fertitta, and Lawrence Epstein and John Mulkey.
20        Do you have Exhibit 46?
21    A.  I do.
22    Q.  And do you have any reason to believe that
23  you didn't receive Exhibit 46 on or about
24  September 29, 2008?
25    A.  No.

201

DANA WHITE - HIGHLY CONFIDENTIAL
1
2    Q.  And who is Kirk Hendrick in September of
3  2008?
4    A.  Kirk was the -- was our head of legal and
5  our COO.
6    Q.  And if you see, that is a draft letter from
7  Mr. Hendrick that he's sending to you, among others.
8  Do you see that?
9    A.  Actually, he was the COO, and Lawrence was
10  the general counsel then.
11    Q.  And do you see the draft letter that
12  Mr. Hendrick is sending in the email at Exhibit 46?
13    A.  Yes.
14    Q.  Okay.  And he's referring to Tom.  Do you
15  know who Tom is?
16    A.  Yeah, Tom Atencio.
17    Q.  He was running Affliction at the time?
18    A.  Yes.
19    Q.  And he's also referring to Courtney.  Do
20  you recall who that is?
21    A.  No.
22    Q.  Would you take a look at the second
23  sentence, it says:
24        "During the meeting, Affliction
25        expressed interest in exiting the

51  (Pages 198 to 201)

210

DANA WHITE - HIGHLY CONFIDENTIAL
1
2     A.  Yes.  I have nicknames.
3     Q.  Did you call -- there came a time when the
4  UFC acquired Strikeforce, right?
5     A.  Right.
6     Q.  And after the UFC acquired Strikeforce, did
7  you stop calling Strikeforce Strike Farse?
8     A.  I did.
9     Q.  Did you hear yourself call Strikeforce a
10  tiny little regional show with nobody in it?
11     A.  Yes.
12     Q.  Is that something that you believed to be
13  true in August of 2009?
14     A.  I don't know what I believed in August of,
15  you know, 2009, but yeah, I said it.
16     Q.  Okay.  Was there a -- was there a time when
17  you believed that Strikeforce was a tiny little
18  regional show with nobody in it?
19     A.  Is there a time that I believed that?
20     Q.  Yes.
21     A.  Apparently.
22     Q.  Well, as you sit here today, do you know
23  whether or not you believed that at some point?
24     A.  I've done a zillion of those interviews.  I
25  don't know what I believed at the time when I said

211

DANA WHITE - HIGHLY CONFIDENTIAL
1
2  it, but I said it.
3     Q.  All right.  And there came a time when
4  Strikeforce was trying to become more than a tiny
5  little regional show, right?
6     A.  I don't know what their intentions were
7  when they were building their business.
8     Q.  All right.  I'm going to play you another
9  video clip taken from the same August 6, 2009 UFC 101
10  prefight press conference in Philadelphia, which is
11  an excerpt, which we will mark as Exhibit 48.
12     (Exhibit 48 was marked for
13     identification by the reporter.)
14     MR. ISAACSON:  Object to the use of this
15  exhibit on completeness grounds.
16  BY MR. DELL'ANGELO:
17     Q.  Mr. White, would you direct your attention
18  to the video monitor and watch the clip we're to
19  play.
20     A.  Yes.
21     (Video clip played.)
22     DANA WHITE:  Strikeforce probably isn't
23  even the deal that he had with Affliction.  You know
24  what I mean?  They have no money.  They have no
25  money.

212

DANA WHITE - HIGHLY CONFIDENTIAL
1
2     (End of video clip.)
3     MR. KOFFMAN:  Sorry, I think I played the
4  wrong one.
5     MR. DELL'ANGELO:  All right.
6     (Video clip played.)
7     UNIDENTIFIED SPEAKER:  You've always spoken
8  highly about Strikeforce, but are the gloves off now?
9  They're having a conference call with Fedor at the
10  very same time as your press conference.  Are you
11  going to look upon Strikeforce as benignly?  You
12  always say when people come at you, you're there.  Do
13  they come at you now?
14     DANA WHITE:  You just answered your own
15  question.  They should have stayed the way they were.
16     UNIDENTIFIED SPEAKER:  So are you going to
17  do the same things you did with Affliction and
18  counterprogram?
19     DANA WHITE:  We'll see what happens.  If
20  they want to fight anymore, we'll fight.  We know how
21  that goes, and you know how it ends.
22     MR. ISAACSON:  So I'll object because the
23  questioner was inaudible at times, so the court
24  reporter is unable to create a transcript.
25     MR. DELL'ANGELO:  I'm not really sure how

213

DANA WHITE - HIGHLY CONFIDENTIAL
1
2  you can know that but...
3     MR. ISAACSON:  Because she's typed into the
4  transcript "I cannot hear."
5     MR. DELL'ANGELO:  Okay.  You have the
6  Livenote, I don't.  So now we know.
7  BY MR. DELL'ANGELO:
8     Q.  Mr. White, in the video that was just
9  played, you were asked a question about Strikeforce,
10  and you said that they should have stayed the way
11  they were.
12     Were you able to hear that part?
13     A.  Yes.
14     Q.  And what did you mean that Strikeforce
15  should have stayed the way they were?
16     A.  I don't know.  But boy, was I wrong, that
17  they didn't have any money.  They lost 30-something
18  million dollars, so I guess I was wrong on that one.
19  They had money.
20     Q.  You ultimately acquired them, though,
21  right?
22     A.  Yes.
23     Q.  And did you acquire them because they had
24  something that the UFC wanted?
25     A.  Yes.

54 (Pages 210 to 213)

214

1    DANA WHITE - HIGHLY CONFIDENTIAL
2        Q.   And what was it that Strikeforce wanted
3    that the -- sorry.  Withdraw that.
4            What is it that the UFC wanted that
5    Strikeforce had when it acquired them?
6        A.   Women, we were interested in some of the
7    fighters.
8        Q.   Okay.  And what fighters were those?
9        A.   Robbie Lawlor, which is funny because from
10   the other video I said Robbie Lawlor had lost three
11   in a row.  Robbie Lawlor ended up becoming a world
12   champion for us.
13           And Daniel Cormier, Luke Rockhold.  You
14   know, they had a lot of really good fighters we were
15   interested in.
16       Q.   Any others that you can think of?
17       A.   Not off the top of my head, no.
18       Q.   So you gave me --
19       A.   Those are the ones that stand out.
20           Oh, and they had Ronda Rousey.  They had
21   Ronda Rousey too.
22       Q.   So you've given knee Cormier, Lawlor,
23   Rousey, and Rockhold, right?
24       A.   Yes.
25       Q.   And Dan Cormier and -- Dan Cormier, Robbie

215

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    Lawlor, Ronda Rousey, Luke Rockhold, all of whom the
3    UFC acquired from Strikeforce, went on to become
4    champions in the UFC, didn't they?
5        A.   Yes.
6        Q.   Okay.  And the UFC also acquired Fabricio
7    Werdum from Strikeforce, right?
8        A.   Werdum, yes.
9        Q.   And he went on to become a champion --
10       A.   Yes.
11       Q.   -- in the UFC, correct?
12       A.   Yes.
13       Q.   And Strikeforce also -- sorry, withdraw
14   that.
15           UFC also acquired Miesha Tate from
16   Strikeforce, right?
17       A.   I didn't think of that.  Miesha Tate, yes.
18       Q.   And she went on to become a champion in the
19   UFC?
20       A.   Yes.
21       Q.   What about Tyron Woodley, did UFC acquire
22   Tyrone Woodley from Strikeforce?
23       A.   Yes.
24       Q.   And he went on to become a champion in the
25   UFC as well, right?

216

1        DANA WHITE - HIGHLY CONFIDENTIAL
2        A.   That's a good -- yes.
3        Q.   Isn't it also true that the UFC acquired
4    Alistair Overeem from Strikeforce?
5        A.   I didn't know that, but yes.
6        Q.   Did Alistair Overeem go on to become a
7    championship contender in the UFC?
8        A.   Yes.
9        Q.   And what about Dan Henderson, did
10   Strikeforce acquire Dan Henderson -- sorry, withdraw
11   that.
12           Did the UFC acquire Dan Henderson from
13   Strikeforce?
14       A.   Yes.
15       Q.   And Mr. Henderson went on to be a UFC
16   championship contender as well, right?
17       A.   Yes.
18       Q.   What about Jake Shields, did UFC acquire
19   Jake Shields from Strikeforce?
20       A.   Yes.
21       Q.   And Mr. Shields went on to be a UFC
22   contender as well, didn't he?
23       A.   Yes.
24       Q.   What about Gilbert Melendez, did the UFC
25   acquire Gilbert Melendez from Strikeforce?

217

1        DANA WHITE - HIGHLY CONFIDENTIAL
2        A.   Yes.
3        Q.   And Mr. Melendez went on to be a
4    championship contender as well, didn't he?
5        A.   Yes.
6        Q.   And Yoel Romero, did the UFC acquire
7    promoting Romero?
8        A.   I didn't remember that he came from there.
9        Q.   But is it correct that Mr. Romero came from
10   Strikeforce to the UFC?
11       A.   I guess so, yeah.  I didn't remember that.
12   Yeah.
13       Q.   Okay.  I understand that.
14           Do you recall that --
15           MR. ISAACSON:  I don't think I'm being
16   difficult here to say he really needs your testimony
17   as to what you know, and we don't think he's
18   misleading you with these questions, but it doesn't
19   actually help him to say I agree with you because
20   you're saying it.
21           And I think I'm being helpful with this
22   comment.
23           So if you actually don't know, tell him.
24           THE WITNESS:  Okay.  I don't know about Gil
25   Romero, no.

55 (Pages 214 to 217)

218

DANA WHITE - HIGHLY CONFIDENTIAL

1   BY MR. DELL'ANGELO:

2       Q.  So just so be clear, your testimony is that

3   you don't recall if the UFC acquired Yoel Romero from

4   Strikeforce, correct?

5       A.  Yes.

6       Q.  Just so we're clear, I want your testimony

7   to be clear as well.

8       A.  Okay.

9       Q.  So if there's something I'm asking you that

10  you're not clear on or you don't know the answer,

11  just let me know, and we'll try to get it cleared up.

12      Now about Nick Diaz?

13      A.  Yes.

14      Q.  Did the UFC acquire Nick Diaz from

15  Strikeforce?

16      A.  Yes.

17      Q.  And Mr. Diaz went on to become a

18  championship contender in the UFC as well, correct?

19      A.  I think he fought for a title before he

20  went to Strikeforce.  But yeah, he's a very popular,

21  famous fighter, yes.

22      Q.  I'm going to give you a list of fighters,

23  and can you tell me if they're also all fighters that

24  the UFC acquired from Strikeforce?

219

DANA WHITE - HIGHLY CONFIDENTIAL

1       Paul Daley, did UFC get him from

2   Strikeforce?

3       A.  I don't -- I don't remember where we got

4   him.

5       Q.  Okay.  How about Lorenz Larkin, do you

6   recall if the UFC acquired Mr. Larkin from

7   Strikeforce?

8       A.  I don't.

9       Q.  How about Josh Thompson?

10      A.  Yes.

11      Q.  Josh Thompson was acquired from

12  Strikeforce?

13      A.  Yes.

14      Q.  Okay.  How about Ronaldo Souza?

15      A.  Jacare, yes.

16      Q.  How about Tim Kennedy?

17      A.  Yes.

18      Q.  UFC acquired Tim Kennedy from Strikeforce?

19      A.  Yes.

20      Q.  And Antonio Silva --

21      A.  Yes.

22      Q.  -- the UFC acquired Mr. Silva from

23  Strikeforce?

24      A.  Yes.

220

DANA WHITE - HIGHLY CONFIDENTIAL

1       Q.  And Josh Barnett, the UFC also acquired

2   Josh Barnett from Strikeforce, correct?

3       A.  Yes.

4       Q.  And Gegard Mousasi?

5       A.  Mousasi, yes.

6       Q.  Mousasi.  Also acquired by the UFC from

7   Strikeforce, correct?

8       A.  Yes.

9       Q.  And Rafael Cavalcante, also acquired by the

10  UFC from Strikeforce; is that correct?

11      A.  Yes.

12      Q.  And those fighters, Cavalcante, Mousasi,

13  Souza, Thompson, Larkin, Kennedy, Silva, Barnett,

14  Larkin, Daley, all popular fighters in the UFC?

15      A.  Yes.

16      Q.  And have achieved some meaningful level of

17  success even if they didn't become champions in the

18  UFC?

19      A.  Yeah.  What is crazy is you just laid out

20  for me how horrible they were at promoting.  There's

21  amazing.

22      Q.  Because they actually had a lot of great

23  fighters -- that is, Strikeforce actually had a lot

24  of great fighters when the UFC acquired them, right?

221

DANA WHITE - HIGHLY CONFIDENTIAL

1       A.  Yeah.  If you can't turn those guys into

2   stars and run your business, you should probably get

3   into another line of work.

4       Q.  Was there a concern at UFC that sponsors

5   might be sponsoring -- well, let me withdraw that.

6       Was there a concern at the UFC that

7   sponsors were sponsoring fighters in Strikeforce

8   which would as a result provide those Strikeforce

9   fighters with a revenue stream?

10      MR. ISAACSON:  Objection to form.

11      THE WITNESS:  Was there a concern that

12  sponsors sponsoring Strikeforce would give them a

13  stream of revenue?

14  BY MR. DELL'ANGELO:

15      Q.  Yeah.  Let me ask it a different way, so

16  I'll withdraw the question.

17      Do you recall a concern at the UFC that

18  when -- that if sponsors sponsored a Strikeforce

19  fighter that by doing so, they would be providing

20  Strikeforce fighters with revenue?

21      A.  No.  I can't control who sponsors want to

22  sponsor.

23      I mean, for Bellator right now, Bellator

24  has Dave and busters.  We've never had Dave and

56  (Pages 218 to 221)

222

DANA WHITE - HIGHLY CONFIDENTIAL

1  busters.  And they have other sponsors that we don't
2  have either.  I can't control who sponsors what.
3      Q.  Were you aware that there came a time in
4  mid-2010 when the UFC would not allow sponsors to
5  sponsor UFC fighters if they also sponsored
6  Strikeforce fighters?
7      A.  I don't know.  I don't know the answer to
8  that.
9      Q.  Do you know who Stratton Sclavos is?
10     A.  Stratton Sclavos?  No.
11     Q.  Do you recall participating in
12  conversations with anybody at Strikeforce or silicon
13  valley sports entertainment about the UFC's potential
14  acquisition of Strikeforce?
15         MR. ISAACSON:  Objection to form.
16         THE WITNESS:  There was -- I think you just
17  asked him if he was talking to anybody at Strikeforce
18  about acquiring Strikeforce.
19         MR. DELL'ANGELO:  Well, yeah.
20         MR. ISAACSON:  Okay.
21  BY MR. DELL'ANGELO:
22     Q.  So do you recall speaking to anybody
23  involved with Strikeforce or Silicon Valley Sports &
24  Entertainment about the UFC acquiring Strikeforce?

223

DANA WHITE - HIGHLY CONFIDENTIAL

1      A.  There was a conference call.
2      Q.  Okay.
3      A.  I don't know who was on the phone or who
4  was involved in it.
5      Q.  Okay.  Do you recall participating in such
6  a conference call?
7      A.  Yes.
8      Q.  Okay.  What do you recall about the
9  conference call?
10     A.  They had called and were interested in us
11  purchasing Strikeforce for the number started
12  something crazy like 35 or $37 million.
13     Q.  And what did the UFC ultimately pay for
14  Strikeforce?
15     A.  I don't remember exactly, but I know it was
16  in the -- in the low 30s.
17     Q.  It was pretty close though that 35
18  million-dollar number that you just characterized as
19  crazy?
20     A.  I thought it was 32, but yeah, I wouldn't
21  be surprised to hear it was more.
22     Q.  You wouldn't be surprised to hear it was
23  more than what?
24     A.  32.

224

DANA WHITE - HIGHLY CONFIDENTIAL

1         (Exhibit 49 was marked for
2         identification by the reporter.)
3  BY MR. DELL'ANGELO:
4      Q.  Mr. White, I'm handing you what I've marked
5  as Exhibit 49 to the deposition.
6         Exhibit 49 is April August 5th, 2010
7  article from the San Jose Mercury News, byline Mark
8  Emmons, E-m-m-o-n-s.
9         Mr. White, would you look at the second
10  page of the document, please.  About three-quarters
11  of the way down the page, there is a quote of you
12  that begins with, "They're a lower league."
13         Do you see that?
14     A.  What paragraph is it?
15     Q.  It is the fifth from the -- if you're
16  counting from the bottom, it's the fifth one up.
17     A.  Yes.
18     Q.  Okay.  Would you read that, please.
19     A.  "They're a lower league, he
20         said.  There's a million
21         Strikeforces out there, which is a
22         good thing.  We need somebody to
23         bring along talent.  Nobody's dream
24         growing up is to fight in

225

DANA WHITE - HIGHLY CONFIDENTIAL

1         Strikeforce.  Everybody wants to
2         fight in the UFC, and Strikeforce is
3         one of the steppingstones that helps
4         you get there."
5      Q.  Did you say that?
6      A.  I don't remember saying it, but --
7      Q.  Do you believe it's true?
8      A.  Do you believe that I said that?
9      Q.  Do you believe that that statement was true
10  in August of 2010?
11     A.  Not if you look at the roster they had, no.
12     Q.  And why is that?
13     A.  Because their roster was incredible if you
14  look at what everybody has done in Strikeforce.  It's
15  just, these guys don't know how to promote.  It's not
16  what they're good at.
17     Q.  Now, in January of 2011, isn't it correct
18  that the UFC had too many fighters on its roster?
19     A.  According to who?
20     Q.  Well, how about according to you?
21     A.  Okay.  According to me, we had too many
22  fighters on the roster.
23     Q.  I'm asking if in January of 2011, you
24  believed that the UFC had too many fighters on its

57 (Pages 222 to 225)

226

1          DANA WHITE - HIGHLY CONFIDENTIAL
2    roster?
3          A.  I have no idea.
4             (Exhibit 50 was marked for
5             identification by the reporter.)
6    BY MR. DELL'ANGELO:
7          Q.  Let me show you what I've marked as
8    Exhibit 50.  It's a two-page email chain,
9    ZUF-00325418 from Joe Silva to you, Lorenzo Fertitta,
10   Brad Smuckler and John Mulkey, subject line bonus and
11   cuts.
12             Do you have Exhibit 50?
13             And I know we mentioned -- do you have
14   Exhibit 50?
15         A.  Yeah.
16         Q.  And I know we mentioned Mr. Silva earlier
17   today, but to confirm, he was the UFC's chief
18   matchmaker in January of 2011; is that correct?
19         A.  Correct.
20         Q.  Okay.  And if you look at the last line of
21   the email from Mr. Silva on the second page, he says:
22             "If I cut five guys a show and
23             don't sign anyone new for ten shows,
24             I STILL have too many guys under
25             contract."

227

1          DANA WHITE - HIGHLY CONFIDENTIAL
2             And "still" is in all caps.  Do you see
3    that?
4          A.  Yes.
5          Q.  Do you have any reason to believe that you
6    didn't receive Mr. Silva's email in January ever 2011
7    indicating that he believed that even if he cut five
8    guys a show for ten shows, he'd still have too many
9    guys under contract?
10         A.  You said according to me.  It wasn't
11   according to me, it was according to Joe Silva.
12         Q.  I'm now asking about this document.
13         A.  Okay.  Well, that's Joe Silva.  Joe Silva
14   believed we should have never done more than five
15   shows a year.  Joe Silva believed that there wasn't a
16   good enough good talent to move into other countries.
17   He believed that certain countries, like England and
18   other places, didn't have -- Joe Silva is not a
19   businessman, Joe Silva is a matchmaker.
20             So if Joe Silva had his way, we'd still be
21   doing five events a year and a lot of other things.
22         Q.  In February of 2011, about a month after
23   the email that I just showed you in Exhibit 50, what
24   was -- what was your view of where the UFC stood
25   relative to other MMA promotions?

228

1          DANA WHITE - HIGHLY CONFIDENTIAL
2          A.  In 2011, what did I think -- where do I
3    think the UFC stood compared to other promotions?
4          Q.  Correct.
5          A.  I don't know what I thought in 2011.
6          Q.  Do you recall what Joe Silva told you he
7    thought?
8          A.  No.
9             (Exhibit 51 was marked for
10            identification by the reporter.)
11   BY MR. DELL'ANGELO:
12         Q.  Let me show you Exhibit 51.
13            Exhibit 1 is an email from Joe Silva to
14   you, Lorenzo Fertitta, and Sean Shelby at
15   ZUF-0085896.  And the subject line is, "We own MMA."
16            Do you recall this email?
17         A.  No.
18         Q.  And this appears to be rankings by various
19   weight divisions of MMA fighters in February of
20   2011 -- excuse me -- as of January 2011, correct?
21         A.  Yes.
22         Q.  And do you at the top, Mr. Silva gives a
23   break down of the number of fighters that the UFC has
24   out of the top 25 and out of the top 10?
25         A.  Yep.

229

1          DANA WHITE - HIGHLY CONFIDENTIAL
2          Q.  Okay.  And let's go through these.  Would
3    you look at the heavyweight MMA rankings on the first
4    page.
5          A.  Yes.
6          Q.  Okay.  If you look down to rank, down to
7    No. 17, right, isn't it correct that the UFC or
8    Strikeforce had all of the top 17 fighters, noting
9    that Fedor Emelianenko at rank 3 was M-1
10   Global/Strikeforce?
11         A.  What's the question?
12         Q.  Just is it correct, based on this document,
13   that the UFC and Strikeforce had the top 17
14   heavyweight MMA fighters as of January 2011?
15         A.  Yes.
16         Q.  Then let's go to the next page and look at
17   light heavyweight MMA.
18            Is it true based on this that the UFC and
19   Strikeforce had the top 21 light heavyweight fighters
20   as of January 27, 2011?
21         A.  Yes.
22         Q.  And if you look at that, if you continue
23   down to 25, it's also true, is it not, that there was
24   only one fighter that was ranked in the top 25 of the
25   lightweight division, and that's No. 2, Trevor

58 (Pages 226 to 229)

230

DANA WHITE - HIGHLY CONFIDENTIAL

1  Prangley, who was not in either Strikeforce or the
2  UFC, correct?
3       A.  Right.
4       Q.  And then, let's go further down the page to
5  middle weight MMA, which continues on to page 898.
6       You see that through the first 20 top
7  ranked middleweight MMA fighters, there's only one,
8  No. 13, Hector Lombard, and a second one, 18, Mamed
9  Khalidov, who were not in Strikeforce or the UFC at
10 that time, correct?
11      A.  Um-hmm.
12      Q.  And that's a "Yes"?
13      A.  Yes.
14      Q.  Okay.  And so, let's continue on to
15 welterweight, a little further down the page.
16      Is it correct that the UFC and Strikeforce
17 had all the top 16 ranked well terms negotiated
18 weights as of January 27, 2001?
19      A.  Yes.
20      Q.  And if you look at those rankings, it's
21 also true, is it not, that there's only two fighters,
22 No. 17 and No. 18, Jay Hieron and Ben Askren, who
23 were not in either the UFC or Strikeforce at the
24 time, correct?

231

DANA WHITE - HIGHLY CONFIDENTIAL

1       A.  Yes.
2       Q.  And then, if you look at the next page,
3  lightweight MMA, go down to, say, the first 19 top
4  ranked lightweight MMA fighters.
5       There are only three, right, No. 4, Eddie
6  Alvarez; No, 5, Aoki, and No. 8, Kawajiri, who were
7  not under contract with the UFC or Strikeforce at the
8  time, correct?
9       A.  There's four out of the top 10.
10      Q.  I'm sorry.  We missed -- which one did we
11 miss?
12      A.  No. 8.  Four in the top 10.
13      Q.  So as I count it, there are three in the
14 top 10 who are not in the UFC or Strikeforce,
15 correct?  That's Alvarez --
16      A.  You have Strikeforce, Bellator, K-1, and
17 two guys from K-1 are in the top 10.
18      Q.  But my question is --
19      A.  Oh, Strikeforce, okay.
20      Q.  How many fighters are in Strikeforce or the
21 UFC?
22      A.  Right.
23      Q.  So in the top 10, 7 of the top 10 in the
24 lightweight MMA division are from Strikeforce or UFC,

232

DANA WHITE - HIGHLY CONFIDENTIAL

1  correct?
2       A.  Yes.
3       Q.  Okay.  17 of the top 25 are in UFC or
4  Strikeforce, right?
5       A.  Yes.
6       Q.  And we could go on.
7       Feather weight, UFC has 6 of the top so,
8  right?
9       A.  Yeah.
10      Q.  And in bantamweight, the UFC had 9 of the
11 top 10, right?
12      A.  Yes.
13      Q.  And those bantamweight and featherweight
14 divisions, they primarily came from the WEC, right?
15      A.  Yes.
16      Q.  And then, so with respect to the
17 heavyweight MMA division, the light heavyweight MMA
18 division, the middleweight MMA, the welterweight, and
19 the lightweight, based on these rankings from
20 January 2011, would you agree that the overwhelming
21 majority of top ranked fighters were either in the
22 UFC or Strikeforce?
23      MR. ISAACSON:  Objection to form.
24      THE WITNESS:  What's the question?

233

DANA WHITE - HIGHLY CONFIDENTIAL

1  BY MR. DELL'ANGELO:
2       Q.  Yeah.  So my question is, based on
3  Exhibit 51, would you agree that for the heavyweight
4  MMA division, the light heavyweight MMA division, the
5  middleweight MMA division, the welterweight MMA
6  division, and the lightweight MMA division, the
7  overwhelming majority of top ranked fighters came
8  from either the UFC or Strikeforce?
9       MR. ISAACSON:  Objection to form.
10      THE WITNESS:  These are opinions.  These
11 are opinions of I don't know who, but consensus
12 rankings post education January 27th.  These are
13 opinions.
14      I don't agree with a lot of these, but yes,
15 according to this guy's opinion, yes.
16 BY MR. DELL'ANGELO:
17      Q.  And it was just about a month later that
18 the UFC acquired Strikeforce, right?
19      A.  Right.  And Strikeforce called us.  It's
20 not like we called Strikeforce trying acquire them
21 because we thought they had most of the top fighters
22 in the world.  They called us.
23      MR. DELL'ANGELO:  Move to strike everything
24 after "right" as nonresponsive.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

234

1          DANA WHITE - HIGHLY CONFIDENTIAL
2          Okay.  So I'd like to mark as Exhibit 52 a
3    video excerpt from March 18th, 2012 interview at
4    Inside MMA Newark, New Jersey.
5          (Exhibit 52 was marked for
6          identification by the reporter.)
7    BY MR. DELL'ANGELO:
8          Q.  Would you take a look at the video monitor,
9    Mr. White.
10         MR. ISAACSON:  I'll object to --
11         THE WITNESS:  Yes.
12         MR. ISAACSON:  -- questions based on this
13   exhibit based on completeness.
14         (Video clip played.)
15         UNIDENTIFIED SPEAKER:  All right.  So is
16   there any -- on a personal note, is there any feeling
17   of not so much gratitude but you won sort of not the
18   battle, but you won the war when it comes to your all
19   your competitors?
20         DANA WHITE:  Yeah.  I guess I'm proud of
21   what the UFC has become and things that we've
22   accomplished.  And the guys that were competitors,
23   the be honest with you, you know, listen, I'll say
24   the same thing I said two weeks ago.  I never saw
25   Strikeforce as a competitor:  I'll say it now, and I

235

1          DANA WHITE - HIGHLY CONFIDENTIAL
2    said it then.
3          And Scott Coker never acted like a
4    competitor with me.  You know, he never came out --
5    am I pleased about all the people, you know, that the
6    organizations we've crushed before them?  Absolutely.
7    Yeah, the ones that came out and wanted to fight and
8    wanted to make a fight out of it absolutely?  I'm
9    100 percent happy about that.
10         (End video clip.)
11   BY MR. DELL'ANGELO:
12         Q.  Mr. White, is that you depicted on that
13   video?
14         A.  Yes.
15         Q.  And did you say that?
16         A.  Yes.
17         Q.  You said that following --
18         MR. ISAACSON:  Objection to form.
19   BY MR. DELL'ANGELO:
20         Q.  You said what was depicted on the video
21   after the UFC's acquisition of Strikeforce?
22         A.  Yes.
23         MR. ISAACSON:  Objection to form.
24   BY MR. DELL'ANGELO:
25         Q.  And there came a time not long after the

236

1          DANA WHITE - HIGHLY CONFIDENTIAL
2    March 2012 excerpt that we just saw that the UFC shut
3    down Strikeforce, right?
4          A.  Yes.
5          Q.  And the UFC shut down Strikeforce in
6    December of 2012, correct?
7          A.  I don't know.
8          (Exhibit 53 was marked for
9          identification by the reporter.)
10   BY MR. DELL'ANGELO:
11         Q.  Let me show you what I'm marking as Exhibit
12   53, Mr. White.
13         Exhibit 53 is a document entitled
14   "Strikeforce Impairment Memo" produced by Zuffa in
15   the litigation bearing Bates stamp ZFL-2656127, dated
16   March 4th, 2013.
17         Do you recognize the letterhead there,
18   Mr. White, on Exhibit 53?
19         A.  Yes.
20         Q.  Okay.  And what is that letterhead?
21         A.  The UFC letterhead.
22         Q.  So would you look at the first page of the
23   document, do you see the section entitled
24   "Background"?
25         So on the first page of the document, do

237

1          DANA WHITE - HIGHLY CONFIDENTIAL
2    you see where it says, "Strikeforce Impairment Memo"?
3          A.  Yes.
4          Q.  And just under that, it says, "Background"?
5          A.  Yes.  Okay.
6          Q.  And if you read down seven lines, there's
7    is a sentence that begins, "On December 22, 2012."
8          Do you see that?
9          A.  Yes.
10         Q.  And it says:
11         "On December 22, 2012, Showtime
12         and Zuffa, LLC, the company, or
13         Zuffa, announced the final
14         Strikeforce event would occur in
15         January 2013.  The Showtime
16         agreement would end, and fighters on
17         the roster of Strikeforce would be
18         an associated into the UFC or
19         released."
20         Do you see that?
21         A.  Yes.
22         Q.  Okay.  Does that refresh your recollection
23   as to when the UFC ceased Strikeforce operations?
24         A.  Yes.
25         Q.  Okay.  And when was that?

60 (Pages 234 to 237)

238

DANA WHITE - HIGHLY CONFIDENTIAL

1  A.  January 2013.
2     Q.  Okay.  And as a result of the UFC ceasing
3  Strikeforce operations, it absorbed Strikeforce
4  fighters or released those whom it didn't absorb into
5  the UFC, correct?
6     A.  Yes.
7     Q.  And the Strikeforce acquisition was very
8  beneficial to the UFC, wasn't it?
9     A.  Was it beneficial?
10    Q.  Yeah.
11    A.  We've turned everything we've done into
12 success.
13    Q.  And the Strikeforce acquisition enabled the
14 UFC to put on some really massive fights, right?
15    A.  Yeah --
16    MR. ISAACSON:  Objection.
17    THE WITNESS:  I wasn't out looking to
18 acquire Strikeforce.  Strikeforce called us.
19 BY MR. DELL'ANGELO:
20    Q.  My question -- move to strike as
21 nonresponsive.
22    My question to you is:  Did the UFC's of
23 Strikeforce allow the UFC to put on massive fights?
24    MR. ISAACSON:  Objection to form.

239

DANA WHITE - HIGHLY CONFIDENTIAL

1     THE WITNESS:  Yes.
2  BY MR. DELL'ANGELO:
3     Q.  Okay.
4     A.  They called us to acquire them, we didn't
5  call them.
6     Q.  Okay.  I move to strike as nonresponsive
7  everything after "Yes."
8     So is it also true that as a result of the
9  UFC's acquisition of Strikeforce that the UFC has
10 been able to generate substantial revenue?
11    A.  Yes.  Because we turned all those guys that
12 they couldn't turn into stars into stars.
13    MR. DELL'ANGELO:  Move to strike everything
14 after "Yes" as nonresponsive.
15    MR. ISAACSON:  Just so you understand, when
16 he makes a motion, that doesn't mean it's granted.
17    THE WITNESS:  Got it.
18    MR. ISAACSON:  So don't worry about that.
19    THE WITNESS:  I'm not worried.  It's funny.
20 BY MR. DELL'ANGELO:
21    Q.  So I'd like to play another video for you.
22 It's an excerpt taken from that same April 8th, 2013
23 Global Speaker Series that you did at the Stanford
24 Graduate School Of Business in Stanford, California.

240

DANA WHITE - HIGHLY CONFIDENTIAL

1  I will mark this as Exhibit 54.
2     (Exhibit 54 was marked for
3     identification by the reporter.)
4     MR. ISAACSON:  I'll object to the use of
5  this exhibit in question on the grounds of
6  completeness.  You said before what the date of this
7  was.
8     (Video clip played.)
9     DANA WHITE:  We saw some value there.
10 Library?  Well, I mean, just look at what's happened
11 with Diaz, the fight that we did with Diaz, just one
12 guy.  If you look at what we paid for Strikeforce and
13 one guy what we did with that fight, and if you look
14 at the purchase of Pride, the library, you've got to
15 see that all over TV, we're doing the Best of Pride
16 and all this stuff.
17    And then, you see -- because I saw
18 somebody -- I keep talking about the internet.  The
19 internet drives me crazy.
20    So they're saying, you know, it was the
21 most expensive fight library in history.  You're an
22 idiot, the guy who wrote that.
23    If you look at the talent that we've had
24 from Pride and how many fights we've done, huge,

241

DANA WHITE - HIGHLY CONFIDENTIAL

1  massive fights that have made tons of revenue and
2  helped build our library, Pride and Strikeforce were
3  both great purchases, and so was the WEC.
4     (End of video clip.)
5  BY MR. DELL'ANGELO:
6     Q.  Mr. White, was that you on the video?
7     A.  Yes.
8     Q.  Were you able to hear yourself okay?
9     A.  Yes.
10    Q.  Okay.  And did you say what you heard
11 depicted on the video that I played just now?
12    A.  Yes.
13    Q.  Okay.  And is what you said on the video
14 clip that I just played, was that true at the time
15 that you said it in April of 2013?
16    A.  Yes.
17    MR. ISAACSON:  Objection, compound.
18 BY MR. DELL'ANGELO:
19    Q.  Pro Elite was also an MMA promotion,
20 correct?
21    A.  Yes.
22    Q.  And the UFC never sought to acquire Pro
23 Elite, right?
24    A.  We never sought to acquire anybody that

61  (Pages 238 to 241)

242

DANA WHITE - HIGHLY CONFIDENTIAL

1  didn't come and ask us to buy 'em.
2
3    Q.  Regardless of the reason, isn't it true
4  that the UFC never sought to acquire Pro Elite?
5    A.  I don't know.  I don't really -- there's so
6  many different names out there, I don't know exactly
7  who Pro Elite is.
8    Q.  Just to be clear, are you aware of any
9  efforts -- well, let me withdraw that.
10     Did you ever undertake any efforts to
11 attempt to acquire Pro Elite?
12   A.  I don't know.
13   Q.  Do you recall saying that Pro Elite was
14 essentially a feeder league to the UFC?
15   A.  I've said everybody was a feeder league to
16 the UFC.
17   Q.  Okay.  And do you, therefore, agree that
18 Pro Elite was a feeder league to the UFC?
19   A.  That's how I looked at 'em.  That was my
20 opinion.
21   Q.  And in fact, the UFC -- withdraw that.
22     In fact, Pro Elite has made it clear that
23 it is not trying to compete with the UFC, right?
24   A.  I don't know.  I don't even remember which
25 one they are.

243

DANA WHITE - HIGHLY CONFIDENTIAL

1
2    Q.  Have they just not made your radar?
3    A.  They might have made my radar at some
4  point, but I don't remember them.
5    Q.  And would it be fair to say that you,
6  therefore -- do you even know if they're still in
7  business?
8    A.  I do not.  Are they?
9    Q.  Pardon?
10   A.  Are they?
11   Q.  Okay.  Do you know who Paul Feller is?
12   A.  I do not.
13   Q.  Would it be fair to say that if the UFC, to
14 the best of your knowledge, didn't attempt to acquire
15 Pro Elite, Pro Elite didn't have anything that the
16 UFC wanted?
17     MR. ISAACSON:  Objection to form.
18     THE WITNESS:  I don't know.  I don't know
19 who they are.  I don't even remember them.
20 BY MR. DELL'ANGELO:
21   Q.  Earlier today, when you mentioned Shannon
22 Napp, I think you said that she's involved with an
23 MMA promotion by the name of Invicta; is that
24 correct?
25   A.  Correct.

244

DANA WHITE - HIGHLY CONFIDENTIAL

1
2    Q.  Was Invicta ever a competitor of the UFC?
3    A.  When you -- when you talk about
4  competitors, I would consider somebody a competitor
5  who came out and challenged me, came out and said the
6  UFC is going down, we're going to do this, that, and
7  everything else.  That was when you got on my radar
8  and said let's compete.
9    Q.  To the best of your knowledge, did Invicta
10 ever put on or promote MMA bouts that competed with
11 bouts that the UFC promoted?
12   A.  Yes.  I would say yes.
13   Q.  Okay.
14   A.  Invicta is a very successful promotion.
15   Q.  And isn't it true that by early 2013, the
16 UFC and Invicta were collaborating on MMA promotion
17 is?
18   A.  I don't think we were collaborating.  I
19 went and made them an offer to buy their 115 pound
20 weight division.
21   Q.  Okay.  And did you make the purchase?
22   A.  Yes.
23   Q.  And Invicta also shared talent, fighter
24 talent, with the UFC, right?
25   A.  They didn't share.  I mean, they -- if we

245

DANA WHITE - HIGHLY CONFIDENTIAL

1  were interested in a -- in a fighter, we could -- we
2  would sign them.
3
4    Q.  And so, UFC signed away -- is it correct
5  that Invicta signed some of its talent to UFC?
6    A.  That we signed some of their talent?
7    Q.  Yes.
8    A.  Yes.
9    Q.  And UFC also helped to make some certain
10 Invicta promotions possible, isn't it?
11   A.  To make them possible?
12   Q.  Yes.
13   A.  What do you mean?
14   Q.  Make it possible for Invicta to promote
15 mixed martial arts bouts.
16   A.  We made it possible for them to promote
17 bouts financially?
18   Q.  Let me show you --
19     MR. ISAACSON:  The record should reflect
20 that when he said we made it -- he asked that as a
21 question.
22 BY MR. DELL'ANGELO:
23   Q.  -- what I've marked as Exhibit 55 to the
24 deposition.
25 ///

62 (Pages 242 to 245)

246

1      DANA WHITE - HIGHLY CONFIDENTIAL
2          (Exhibit 55 was marked for
3          identification by the reporter.)
4   BY MR. DELL'ANGELO:
5      Q.  Exhibit 55 is a two-page email, Bates
6   ZFL-1006180.  The bottom email in the chain is from
7   Shannon Knapp to df@ufc.com, dated December 6, 2013,
8   subject:  Re thanks.
9          So the email address, dfw@ufc.com, is that
10  one of your email addresses that you used at the UFC?
11     A.  Yes.
12     Q.  Do you have any reason to believe that you
13  didn't receive this email from Shannon Knapp at the
14  bottom of the page on December 6, 2013?
15     A.  No.
16     Q.  In fact, if you look at the top of the
17  page, it looks like you responded to Ms. Knapp.  "You
18  got it."
19          Do you see that?
20     A.  No, she did.  She said that.  I said,
21  "Thank you, and kick some ass this weekend."
22     Q.  And she responded you, "Got it --"
23     A.  Right.
24     Q.  -- with a little emoji face right there.
25          So if you look down there at the first

247

1       DANA WHITE - HIGHLY CONFIDENTIAL
2   email on there chain, the second paragraph from
3   Ms. Knapp to you and Lorenzo Fertitta says:
4          "I will continue to 100 percent
5          support you both, your promotion and
6          all your athletes.  I really do
7          appreciate you both."
8          Do you see that?
9      A.  Yes.
10     Q.  And just above that, she says:
11         "I really appreciate what you did
12         for me and how you made this event
13         possible.  I won't forget."
14         Do you see that?
15     A.  Yes.
16     Q.  Do you know what event Ms. Knapp was
17  thanking you and Mr. Fertitta for making possible?
18     A.  I do not.  And I also don't know what we
19  did for her.
20         MR. DELL'ANGELO:  Let's play another video
21  excerpt, dated February 16, 2013.  It's from UFC on
22  Fuel TV 7, post fights from London, England.
23         MR. ISAACSON:  I'll object to the use of
24  the exhibit in question on the grounds of
25  completeness.

248

1       DANA WHITE - HIGHLY CONFIDENTIAL
2          (Exhibit 56 was marked for
3          identification by the reporter.)
4          (Video clip played.)
5          DANA WHITE:  So we were going to sign her.
6   We were going to sign her to a contact, and then, we
7   were going to have her fight in Invicta, which means
8   we pay all the bills for her to fight in Invicta.
9   Instead, she'd be under a UFC contract with all the
10  perks and benefits of being a UFC fighter and would
11  fight in Invicta, though.
12         (End of video clip.)
13  BY MR. DELL'ANGELO:
14     Q.  Were you able to hear that video,
15  Mr. White?
16     A.  Yes.
17     Q.  Did that refer to Cyborg, do you know?
18     A.  I don't know.  I was going to ask you.
19     Q.  All right.  There came a time that the UFC
20  entered into a historic deal with Invicta, correct?
21         MR. ISAACSON:  Objection to form.
22         THE WITNESS:  I don't know.  What is the
23  deal?
24  BY MR. DELL'ANGELO:
25     Q.  It's for the Invicta fights appearing on

249

1       DANA WHITE - HIGHLY CONFIDENTIAL
2   Fight Pass.
3      A.  Okay.  Yeah.  Yeah.
4      Q.  Are you aware that -- you know --
5      A.  Why was it historic?
6      Q.  Do you know who Marshall Zelaznik is?
7      A.  Yes.
8      Q.  Who is Marshall Zelaznik?
9      A.  He ran -- well, he did acquisitions for us
10  and did TV deals and things like that.
11     Q.  And he was in charge of Fight Pass at the
12  UFC, or he was in charge of the content?
13     A.  Yeah, content.
14     Q.  Okay.  Let me show you what I'm marking as
15  Exhibit 57.
16         (Exhibit 57 was marked for
17         identification by the reporter.)
18  BY MR. DELL'ANGELO:
19     Q.  I'll show you what I'm marking as
20  Exhibit 57.  It's a printout from the UFC.com
21  website, dated June 5th, 2014, entitled "UFC Fight
22  Pass Signs Historic Content Deal With Invicta FC
23  UFC."
24     A.  Yep.
25     Q.  So I'll represent to you, Mr. White, that

63 (Pages 246 to 249)