# Exhibit 32

Deposition of Dana F. White
(August 9, 2017) – Vol. 2 (excerpted)

**REDACTED**

280

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON     )
FITCH, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
            Plaintiffs,          )
                                )
       vs.                       )   Case No.
                                )   2:15-cv-01045-RFB-(PAL)
                                )
ZUFFA, LLC, d/b/a Ultimate      )
Fighting Championship and       )
UFC,                            )
                                )
            Defendant.           )
_____)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DANA F. WHITE

AFTERNOON AND EVENING SESSIONS

LAS VEGAS, NEVADA

AUGUST 9, 2017

4:01 P.M.

REPORTED BY:
MICHELLE R. FERREYRA, CCR No. 876
JOB NO. 51036-B

285

I N D E X (Continued)

Exhibit 79  Dana White, Wanderlei Silva    358
was paid $9.7 by the UFC, by
Nate Wilcox, September 27, 2014

Exhibit 80  Portuguese article from Globo    360

Exhibit 81  Video excerpt from    361
September 11, 2013 from UFC
Tonight Interview

Exhibit 82  Excel spreadsheet    363

Exhibit 83  News article from the    394
Las Vegas Sun

Exhibit 84  MMA Junkie article    403

Exhibit 85  Two-page article dated    405
June 10, 2012 from Damen Martin

Exhibit 86  July 2, 2013 video from    406
UFC 162 Post-fight Scrum in
Las Vegas, Nevada

Exhibit 87  Excerpt from April 16, 2014    408
Tough Nation's Finale Post-fight
Media Scrum in Quebec City,
Quebec, Canada

Exhibit 88  Video excerpt dated May 11, 2014    410
UFC Fight Night 40, Post-fight
Scrum in Cincinnati, Ohio

Exhibit 89  Excerpt from February 19, 2015    412
from the gathering at
Banff, Canada

Exhibit 90  Video excerpt from    413
February 2, 2010 from UFC 108
Post-fight Media Scrum in
Las Vegas

Exhibit 91  Video excerpt from September 21,    417
2011 taken from the UFC 135
Pre-fight Scrum in Denver, Colorado

286

I N D E X (Continued)

Exhibit 92  Article taken from TMZ from    421
March 6, 2017

Exhibit 93  Article from MMA Junkie,    423

Exhibit 94  Two-page e-mail series,    442
WME_ZUFFA_001417791

Exhibit 95  Video excerpt from    448
March 14, 2014 from the
UFC 171 Pre-fight Scrum in
Dallas, Texas

Exhibit 96  Video Excerpt from    451
April 16, 2014 Tough Nation
Finale Post-fight Scrum in
Quebec City, Canada

287

LAS VEGAS, NEVADA, WEDNESDAY, AUGUST 9, 2017;
4:01 P.M.
-O0O-

VIDEOGRAPHER:  The time is approximately
4:01 p.m.  Let the record reflect Michelle Ferreyra is
now the court reporter.  We are back on the record.

(Exhibit 61 marked.)

EXAMINATION
BY MR. DELL'ANGELO:
   Q.  Mr. White, I'm going to hand you what I have
marked as Exhibit 61 to the deposition.  Exhibit 61 is
from FoxSports dated December 12, 2013 by Damen Martin.
Before we took our break, we were talking about
Invicta.  Do you recall that?
   A.  Yes.
   Q.  Okay.  You're quoted at the bottom here
as -- do you see that quote, that it's in kind of a
larger font there --
   A.  Yes.
   Q.  -- okay, at the bottom?  And it says, "The
girls who go into Invicta can now look and say, Jesus,
we're going it fight in the UFC some day."  Do you see

288

DANA WHITE - HIGHLY CONFIDENTIAL
that?
   A.  Yes.
   Q.  Did you say that?
   A.  I don't remember saying it, but, yeah.  I'm
sure I did.
   Q.  Okay.  Any reason to believe that that's not
accurate, that statement?
   A.  No.
   Q.  Okay.  And what is that?  What do you take
that to mean, that statement?
   A.  It means that I -- I was the guy that said
women would never fight in the UFC.  And when
women -- you know, when I did decide to do it, it
be -- it was huge.  It became very big.  And, you know,
I'm sure a lot of these women that were in this
division thought they would never fight in the UFC.
   Q.  So it's a big deal to get -- have female
fighters in the UFC?
   A.  It became a big deal, yeah.
   Q.  And it's certainly a big deal for the female
fighters as well; right?
   A.  Absolutely.
   Q.  Okay.  And -- and that became an important
part of your business, the UFC's business?

3 (Pages 285 to 288)

289

DANA WHITE - HIGHLY CONFIDENTIAL

1
2    A.  Correct.
3    Q.  It actually it lead to the rise of champions
4  like Rhonda Rousey; right?
5    A.  Yeah.
6    Q.  And she became a big star; right?
7    A.  Huge star.
8    Q.  Okay.  So would you flip to the second page
9  of the document, please, at the top.  You appear to be
10  quoted again.  Do you see that at the beginning of Bad
11  As?  Do you see that language?
12    A.  Yes.
13    Q.  But would you first read -- read that first
14  sentence there aloud?
15    A.  Aloud?
16    Q.  Yeah.
17    A.  "As bad as people don't want to believe it,
18  they don't want to hear it, meaning the other owners of
19  other mixed martial arts organizations, that's why they
20  are -- that's why they all are -- they all are the AAA
21  to the UFC."
22    Q.  Okay.  Any reason to believe that you did not
23  say that in December of 2013?
24    A.  No.
25    Q.  Okay.  And you believed that to be true at

290

DANA WHITE - HIGHLY CONFIDENTIAL

1
2  that time?
3    A.  I believe it to be true today.
4    Q.  Okay.  And would that include World Series of
5  Fighting?
6    A.  Yes.
7    Q.  Okay.  And the -- the World Series of
8  Fighting hasn't promoted any events in the
9  United States; right?
10    A.  Yes.
11    Q.  Oh, I'm sorry.
12    A.  They're from the United States.
13    Q.  Withdraw that.  I was thinking of something
14  different.  Thank you.
15    A.  They're -- they're actually from Vegas.
16    Q.  Yeah.
17    The World Series of Fighting has released
18  some of its fighters to the UFC; right?
19    A.  Yes.  We have signed guys from their
20  organization?
21    Q.  What about Jessica Aguilar, she was released
22  to the UFC; right?
23    A.  I don't know.
24    Q.  Okay.  Mr. White, let me hand you another
25  compilation of text messages that were produced in this

291

DANA WHITE - HIGHLY CONFIDENTIAL

1
2  litigation.  I'm marking them as Exhibit 62.
3    (Exhibit 62 marked.)
4  BY MR. DELL'ANGELO:
5    Q.  Exhibit 62 begins with 2699687.
6    A.  I'm sorry, 62?
7    Q.  Yes.
8    A.  Oh, no.  No page.
9    Q.  I'm just identifying the exhibit number --
10    A.  Okay.
11    Q.  -- for the record, Mr. White.  And I -- I
12  will tell you that it's my understanding that the
13  compilation of text messages at Exhibit 62 were taken
14  from your -- one of your devices, Mr. White.
15    A.  Okay.
16    Q.  So would you turn to page 78 of Exhibit 62,
17  line 1600.
18    A.  Tell me the page again.
19    Q.  7-8, 78.
20    A.  Okay.
21    Q.  Are you at page 78?
22    A.  Yeah.
23    Q.  Okay.  And would you go to line 1600, please.
24    A.  Yes.
25    Q.  And see in that first text message dated

292

DANA WHITE - HIGHLY CONFIDENTIAL

1
2  May 13, 2015?  Do you see that?
3    A.  Yes.
4    Q.  And that refers to Jessica Aguilar.  Do you
5  see that?
6    A.  Yes.
7    Q.  Okay.  And Jessica Aguilar was eventually
8  released to the UFC; right?
9    A.  Okay, yeah.
10    Q.  Okay.  And if you look at the last text
11  message, it wrote 1671.  It's saying that -- the text
12  message says:  "We're going to release Jessica only to
13  you guys, and we don't want any money."  Do you see
14  that?
15    A.  I didn't see that one.  Where's that one?
16    Q.  Line 1671.  I think you need to get -- sorry.
17  That's on page 81; so you need to keep flipping.  So
18  are you on line 1671 of page 78?
19    A.  Yes.
20    Q.  Okay.  Do you see --
21    A.  "We're going to release Jessica only to you
22  guys, and we don't want any money."
23    Q.  Right.  And so was Jessica Aguilar eventually
24  released to the UFC from World Series of Fighting?
25    A.  Yes.

4 (Pages 289 to 292)

293

1    DANA WHITE - HIGHLY CONFIDENTIAL
2       Q.  Okay.  And did UFC pay World Series of
3    Fighting any money for releasing Jessica Aguilar to the
4    UFC?
5       A.  That -- that I don't know.
6       Q.  And do you know who Aliyah Delageez is?
7       A.  Yeah.
8       Q.  And that's Ms. Aguilar's fighter agent or
9    manager; is that right?
10      A.  Yes.
11      Q.  Okay.  You can put that document aside.
12   Thank you.
13          Are you aware of a fight promotion by the
14   name of ONE FC?
15      A.  It -- just so you know, so when he says we're
16   not going to -- you don't have to pay us any money, she
17   gets paid to fight.  That's not she's fighting for
18   free.
19      Q.  I understand that.
20      A.  Okay.
21      Q.  What I was trying to -- to determine is that
22   the UFC wasn't paying World Series of Fighting any
23   money for the -- World Series of Fighting releasing
24   Ms. Aguilar to the UFC?
25      A.  Right.

294

1    DANA WHITE - HIGHLY CONFIDENTIAL
2       Q.  So Ms. Aguilar -- Ms. Aguilar still gets paid
3    to fight --
4       A.  We -- we --
5       Q.  -- but you didn't get a payment to World
6    Series of Fighting?
7       A.  We don't know.  Yeah.  It's weird that he
8    said that.  I don't even know what that means.
9       Q.  Right.  Did you understand that Ms. Aguilar
10   was under contract with World Series Of Fighting at
11   that time?
12      A.  Yes.  But guys and girls that we acquire all
13   are, unless their contract is up.  But that's normal.
14      Q.  So are you familiar with a fight promotion
15   ONE FC?
16      A.  Yes.
17      Q.  Okay.
18      A.  Very familiar.
19      Q.  Is it correct that ONE FC only promotes MMA
20   bouts in Asia?
21      A.  Yes.
22      Q.  Okay.  And when did you -- well, let's -- I'm
23   going to play another video excerpt for you.
24          (Exhibit 63 marked.)
25      \\

295

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    BY MR. DELL'ANGELO:
3       Q.  This is taken from an August 23, 2014 UFC
4    Fight Night 48 Post-Night Scrum in Macau, China.  So if
5    you would direct your attention to the video screen.
6          MR. ISAACSON:  I will object to the use of
7    this video in questions on the basis of completeness.
8          (Video clip playing.)
9          REPORTER:  One more thing.  There's a couple
10   of ONE FC.  You got RUFF, a little tiny one, but
11   they're doing good work.  And a couple others, Kunlun
12   and some others.  A lot of times, UFC has bought out
13   their competitors, and it really helped out and did a
14   lot, like Strikeforce.  Do you guys have plans like
15   that?  Is that how you think over there?
16          MR. DANA WHITE:  No.  You know, to have -- to
17   have grassroots companies like that is great for us.
18   You have to have it.  I mean, we -- we need
19   organizations like that around for the guys to get
20   experience, get fights under their belt, make some
21   money, and -- and -- and start to consider making this
22   a career.  So having small organizations out there is a
23   great thing.  It's out a -- you know, I love it.
24   BY MR. DELL'ANGELO:
25      Q.  So, Mr. White, in August --

296

1    DANA WHITE - HIGHLY CONFIDENTIAL
2          MR. ISAACSON:  I am just going to raise an
3    objection, that because parts of that were hard to hear
4    I don't think the court reporter's able to create a
5    transcript of it.  So --
6    BY MR. DELL'ANGELO:
7       Q.  Mr. White, in August of 2014, did you view
8    ONE FC as a -- as a grassroots promotion?
9       A.  Yes.
10      Q.  Okay.  And but you, nevertheless, thought
11   that having a smaller promotion, like ONE FC out there
12   at the time, was a -- was a good thing for the UFC;
13   right?
14      A.  I will tell you what -- I will tell you what
15   drives me crazy, what cracks me up, is we're trying to
16   get into Asia; so we have been working on Asia for a
17   long time.  And every time I do interviews over there,
18   they say, "Are you guys like ONE FC?  Is that what you
19   are."  Yeah.  Yeah.  So it's owned by a billionaire.
20   And every time I do interviews in Asia, they ask if the
21   UFC is like ONE FC.  What are you guys, like ONE FC?
22   Yeah, no.  We're like the UFC, but yeah.  They're not a
23   minor grassroots organization.  They're a monster.
24      Q.  In Asia?
25      A.  Yeah.

5 (Pages 293 to 296)

297

DANA WHITE - HIGHLY CONFIDENTIAL
1
2    Q.  And they don't promote events in the
3    United States; right?
4        A.  No.  Nobody knows what the UFC is in Asia.
5    They all know ONE FC.
6        Q.  What's your basis for saying that?  Have you
7    spoken to everybody in Asia?
8        A.  Pretty much.  Everybody that you can do an
9    interview with, yes.  Everybody that you can do an
10   inter with -- interview with that's worth doing an
11   interview with in Asia always asks me if we're like the
12   ONE FC.
13       Q.  You promote events in Asia; right?
14       A.  Yes.
15       Q.  Okay.  And would you promote events in Asia
16   if nobody knew who UFC is?
17       A.  Nobody does know who UFC is.  I'm working on
18   that.
19       Q.  Okay.  But you -- so you, nevertheless,
20   continue to promote events there; right?
21       A.  We do continue.  Because I'm going to
22   continue until they know what the UFC is.
23       Q.  All right.  So Bellator is also an MMA
24   promotion in the United States; right?
25       A.  Yes.

298

DANA WHITE - HIGHLY CONFIDENTIAL
1
2        Q.  Okay.  Let me show you --
3        MR. DELL'ANGELO:  93, please.
4    BY MR. DELL'ANGELO:
5        Q.  Do you recall a time -- well, let's just back
6    up.
7        There was a time when Bjorn Rebney ran
8    Bellator; right?
9        A.  Bjork, yes.
10       Q.  Okay.  Did you say Bjork?
11       A.  Yes.
12       Q.  Is that -- is that a pejorative or is that
13   his name?  Do I have it wrong?
14       A.  That's what I like to call him.
15       Q.  So just for the -- for the purposes of our
16   testimony, I'm going to refer to him as Mr. Rebney.
17   Okay?
18       A.  Okay.
19       Q.  Okay.  You can refer to him as Bjork if you
20   wish.  I'll understand that Bjork means Mr. Rebney.
21       A.  Got it.
22       Q.  Okay.  Do you recall a time when you were
23   told that Mr. Rebney was prepared to get rid of
24   matching rights provisions in its contracts if the UFC
25   would do the same?

299

DANA WHITE - HIGHLY CONFIDENTIAL
1
2        A.  No.
3        Q.  If in 2012, the UFC -- sorry.
4        If in 2012, Bellator would have removed
5    matching rights provisions in its contracts, would the
6    UFC have done the same?
7        A.  Probably not, no.
8        Q.  All right.  So I'm going to play another
9    video for you, Mr. White.  This is an excerpt taken
10   from a January 10, 2013 -- let me withdraw that.
11       This is an excerpt taken from the
12   January 2013 interview with MiddleEasy.com.  Let me
13   direct your attention to the video screen.
14       MR. ISAACSON:  I don't think you have given
15   us a number.
16       MR. DELL'ANGELO:  Sorry.  It's -- we will
17   mark it as Exhibit 64.
18       (Exhibit 64 marked.)
19       MR. ISAACSON:  All right.  And because it's
20   an excerpt, I will object to questions on this on the
21   grounds of completeness.
22       (Video clip playing.)
23       MR. DANA WHITE:  You see the thing, the
24   Bellator thing, I have never said a bad word about
25   them, ever.  They're a smaller organization that's out

300

DANA WHITE - HIGHLY CONFIDENTIAL
1
2    there.  You know, we need smaller promotions.
3    It's -- it's not a bad thing.
4    BY MR. DELL'ANGELO:
5        Q.  Okay.  In January of 2013, Mr. White, did you
6    believe that Bellator was a smaller organization?
7        A.  Yes.
8        Q.  And were you able to -- to hear the audio on
9    that video?
10       A.  Yes.
11       Q.  Okay.  Do you -- did you -- is that you
12   appearing in that video?
13       A.  That is me.
14       Q.  Okay.  You -- you said that, what you heard
15   there?
16       A.  Yes.
17       Q.  Did you have any trouble hearing it?
18       A.  That's me, yes.
19       Q.  Okay.  All right.  I'm going to play you
20   another video excerpt from a February 1, 2013 UFC 156
21   Pre-fight Scrum in Las Vegas, Nevada, which I will mark
22   as Exhibit 65.  Mr. White, if you could direct your
23   attention to the video screen and watch this excerpt,
24   please.
25       (Exhibit 65 marked.)

6 (Pages 297 to 300)

301

**DANA WHITE - HIGHLY CONFIDENTIAL**

1   MR. ISAACSON:  I will object to questions
2   based on this video on the grounds of completeness.
3       (Video clip playing.)
4       MR. DANA WHITE:  It's like Dave Meltzer
5   writes that story, right?  The fight's in Southern
6   California, $750,000 in ticket sales, we still got four
7   or five fights before that fight, have not started
8   promoting that fight yet, 750.
9       Now, Bellator comes out, right, and they do
10  their first show.  And everybody's going -- pasting
11  Spike's press release all over the fucking place.
12  "It's a home run.  This fucking thing was awesome.  He
13  did this."  They sold 2400 fucking tickets in Southern
14  California.  If that's a fucking home run, holy shit.
15  What did I hit at 750,000?  They sold 2400 tickets, and
16  I'm reading around about what a home run that event
17  was.  Are you fucking shittin' me?
18  BY MR. DELL'ANGELO:
19      Q.  Mr. White, was that you in video excerpt
20  marked as Exhibit 65 that you just saw there?
21      A.  Yes.
22      Q.  Okay.  And did you say that --
23      A.  Yes.
24      Q.  -- what you heard there?

302

**DANA WHITE - HIGHLY CONFIDENTIAL**

1       A.  Yeah.
2       Q.  Okay.  Is it fair to say that in February of
3   2013, you were not impressed with Bellator's
4   performance as an MMA promotion?
5       A.  You can say that.
6       Q.  Okay.  All right.  That's -- that's a yes?
7       A.  Yes.
8       Q.  All right.  And let me play you another
9   excerpt from February 16, 2013 taken in London, England
10  at UFC FUEL TV 7 Post-fight Media Scrum.
11      A.  Okay.
12      MR. ISAACSON:  I will object to the use of
13  the video on the grounds -- as to questions on the
14  grounds of completeness.
15      (Exhibit 66 marked.)
16      (Video clip playing.)
17      REPORTER:  Are you not worried they might be
18  able to use -- leverage all of those resources to
19  help -- you know, to rival you guys.
20      MR. DANA WHITE:  They better start.  They're
21  doing fucking 700,000 viewers, and the numbers are
22  dropping like fucking flies.  They better start
23  leveraging something quick.
24      But they built the UFC.  You know that,

303

**DANA WHITE - HIGHLY CONFIDENTIAL**

1   right?  Philippe Dauman said he built the UFC.
2   Philippe Dauman is the pompous, arrogant guy who runs
3   Viacom who claims he built the UFC.  Well, whatever you
4   did building the UFC, brother, you better start doing
5   it again because things aren't looking good over there.
6   BY MR. DELL'ANGELO:
7       Q.  Okay.  So, Mr. White, was that you in the
8   video that we just saw at Exhibit 66?
9       A.  Yes.
10      Q.  Okay.  Were you able to hear that okay?
11      A.  Yes.
12      Q.  Okay.  And did you -- did you say what
13  was -- what you heard in the video there?
14      A.  Yes.
15      Q.  Okay.  And were -- were you referring in part
16  to Bellator in that video?
17      A.  Yes.
18      Q.  Okay.  And were you suggesting that, you
19  know, Bellator and Viacom better start doing something
20  to improve Bellator's performance?
21      A.  I'm suggesting that they're very bad at what
22  they do, yes.
23      Q.  Okay.  So would you go back to Exhibit 11
24  that was the text compilation from Mr. Fertitta that

304

**DANA WHITE - HIGHLY CONFIDENTIAL**

1   was produced in the litigation we have now looked at
2   several times today.  Let me know when you have that.
3       A.  I have it.
4       Q.  Great.  Would you turn to page 38, please.
5       A.  (Witness complies.)
6       Q.  Let me know when you get to page 38,
7   Mr. White.
8       A.  I'm on 38.
9       Q.  Okay.  Great.
10      Would you direct your attention to rows 804
11  through 810 on page 38 of Exhibit 11.
12      A.  Yeah.
13      Q.  Do you see the first text there is from Joe
14  Silva in a group text, including you at your 75 number?
15      A.  Yes.
16      Q.  Okay.  And Mr. Silva appears to be -- this is
17  a January -- sorry, a July 31, 2013 text message?
18      A.  Yes.
19      Q.  Okay.  And Mr. Silva is referring to Tito
20  versus Rampage.  Do you see that?
21      A.  Yes.
22      Q.  Okay.  And was that a fight that was promoted
23  by Bellator?
24      A.  I don't think they ever fought.  But, yeah,

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

305

DANA WHITE - HIGHLY CONFIDENTIAL

1        DANA WHITE - HIGHLY CONFIDENTIAL
2  they're with Bellator.
3      Q.  Okay.
4      A.  I don't think they ever fought.
5      Q.  And in 2013 -- well, back up.
6          Tito, do you understand that to refer Tito
7  Ortiz?
8      A.  Yes.
9      Q.  Okay.  And he formally fought with the UFC;
10 right?
11     A.  Correct.
12     Q.  Okay.  And he's not with the UFC any more;
13 right?
14     A.  Yes.
15     Q.  And Rampage, does that refer to Quinton
16 Rampage Jackson?
17     A.  Yes.
18     Q.  Okay.  And I think he was one of the fighters
19 that you testified earlier this morning the UFC had
20 acquired from Strikeforce.
21     A.  Correct?
22     Q.  Do you recall that?
23         Okay.  And --
24     A.  No WFA.
25     Q.  WFA.  Thank you.  You are right.

306

1        DANA WHITE - HIGHLY CONFIDENTIAL
2          So at this time in 2013, Quinton Rampage
3  Jackson was no longer fighting for the UFC; right?
4      A.  Right.
5      Q.  And if you look down a few more lines at
6  row 806, Mr. Silva indicates that -- he says, "Two guys
7  who both lost their last three UFC fights."  Right?
8      A.  Right.
9      Q.  Is that consistent with your recollection,
10 that Mr. Ortiz and Mr. Jackson both lost their last UFC
11 fights?
12     A.  I don't know the exact numbers --
13     Q.  Okay.
14     A.  -- but makes sense.
15     Q.  They -- they were ultimately at this time not
16 with the UFC because they were not performing well as
17 fighters; correct?
18     A.  Correct.
19     Q.  Okay.  And in the last line there at row 810,
20 do you see that?
21     A.  Yep.
22     Q.  And there's a text from the number ending in
23 97.  I will represent to you that that's Mr. Fertitta's
24 phone number.  Do you see you're part of the group text
25 at your 75 number; right?

307

DANA WHITE - HIGHLY CONFIDENTIAL

1        DANA WHITE - HIGHLY CONFIDENTIAL
2      A.  Yes.
3      Q.  Okay.  And Mr. Fertitta writes, "I thought
4  they don't take UFC castoffs."  Do you see that?
5      A.  Yes.
6      Q.  Okay.  What did you understand Mr. Fertitta
7  to be saying there?
8      A.  That Bellator had come out and said, "We
9  won't take UFC castoffs."
10     Q.  All right.  And -- but nevertheless, UFC
11 viewed Mr. Ortiz and Mr. Jackson as essentially
12 castoffs?
13     A.  That's -- that's Scott Coker's MO.  Scott
14 Coker doesn't build anybody, right?  He doesn't turn
15 anybody into stars.  He just takes old names and
16 recycles them.  He's a -- he -- he's a very, very bad
17 promoter.
18     Q.  Okay.
19     A.  Very bad at what he does.
20     Q.  All right.  And that's a -- that's -- you're
21 saying that -- I just want to understand you.  Because
22 Mr. Coker's been in several different promotions;
23 right?
24     A.  Right.
25     Q.  Okay.

308

1          DANA WHITE - HIGHLY CONFIDENTIAL
2      A.  All failures.
3      Q.  Right.  Is it your -- not withstanding the
4  fact that the UFC got some -- I think as you testified
5  earlier, some really great fighters from Mr. Coker's
6  Strikeforce promotion; right?
7      A.  That we turned into stars.  When you have
8  Rhonda Rousey and you can't turn her into a star, you
9  should probably go open a restaurant or something.
10     Q.  And so -- and so is it your testimony that at
11 Bellator, Mr. Coker is continuing to essentially
12 recycle has-been fighters?  Is that --
13     A.  Well, no.  He -- he recycles big names.
14     Q.  Right.
15     A.  That's what he does.  Rampage Jackson is a
16 huge name.  Tito Ortiz is a huge name.  And -- and
17 basically, he re -- you know, takes guys with big names
18 and puts on fights with them instead of turning guys
19 into stars, even when he has a roster packed with
20 stars, and one of them include Rhonda Rousey.
21     Q.  Well, Rhonda Rousey wasn't a star at the time
22 that she was fighting under contract with Strikeforce;
23 right?
24     A.  Till I turned her into a star.
25     Q.  Right.  But the point is, she wasn't a star



DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

309

1    DANA WHITE - HIGHLY CONFIDENTIAL
2  at Strikeforce; correct?
3    A.  Yeah, no.
4    Q.  Okay.  So -- and at this time in 2013 --
5    A.  I just for the record, I turned her into a
6  star immediately when she got to the UFC --
7    Q.  Okay.
8    A.  -- her first fight.
9    MR. DELL'ANGELO:  Move to strike as
10  nonresponsive.
11    THE WITNESS:  Yeah.
12    MR. DELL'ANGELO:  There's no question
13  pending.
14    THE WITNESS:  All right.
15  BY MR. DELL'ANGELO:
16    Q.  So in 2013 -- in mid-2013, Tito Ortiz and
17  Rampage Jackson were effectively UFC has-beens; is that
18  right?
19    A.  If -- if that's the way you want to look at
20  it, yeah.  They were guys -- they were guys who lost
21  three fights in a row in the UFC.
22    Q.  Right.  But they were -- they were not really
23  UFC kind of level fighters any more; right?
24    A.  According to me, yeah.  And according to Joe
25  Silva, yes.

310

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    Q.  Okay.  In fact, if you -- and likewise, UFC
3  doesn't take rejects from Bellator; right?
4    A.  We have taken guys from Bellator.
5    Q.  I'm asking if you have taken rejects from
6  Bellator?
7    A.  Define reject.
8    Q.  So let's -- let me play a video clip for you
9  from August 22, 2013 from the UFC Fight Night 27
10  Post-fight Scrum in Indianapolis, Indiana.  This would
11  be Exhibit 67.
12    (Exhibit 67 marked.)
13    (Video clip playing.)
14    MR. DANA WHITE:  You want to go, go.  If you
15  don't want to be here, why would we want you here.  And
16  then what are they doing if Eddie Alvarez loses, what
17  do they think?  He's going to come and sign a deal with
18  the UFC?  No.  We actually -- we really don't take
19  their rejects.  We really don't.
20    REPORTER:  You wouldn't take him?
21    MR. DANA WHITE:  No.  If Eddie loses -- if
22  Eddie loses, why would we bring him to the UFC?
23  BY MR. DELL'ANGELO:
24    Q.  Okay.  Were you able to see the video at
25  Exhibit 67, Mr. White?

311

1    DANA WHITE - HIGHLY CONFIDENTIAL
2    MR. ISAACSON:  I will object to the use of
3  the video in questions on the grounds of completeness.
4  BY MR. DELL'ANGELO:
5    Q.  Were you able to see the video at Exhibit 67,
6  Mr. White?
7    A.  Yes.
8    Q.  And were you able to hear it okay?
9    A.  Yes.
10    Q.  Okay.  And did you say that, what you heard
11  in the video?
12    A.  Yes.
13    Q.  Okay.  And did they -- to whom you were
14  referring in the video, was that Bellator?
15    A.  Yes.
16    Q.  Okay.  And in the -- in your statement there,
17  you said, "We really don't take their rejects."  Did
18  you hear that part?
19    A.  Yes.
20    Q.  Okay.  What did you mean by that?
21    A.  Well, I -- I just said it.  I said, "If -- if
22  somebody loses, we're not going to bring them to the
23  UFC."  But Eddie Alvarez wasn't undefeated either.
24    Q.  But -- but the -- the larger point is that if
25  somebody loses in Bellator, it's not someone -- that's

312

1    DANA WHITE - HIGHLY CONFIDENTIAL
2  not -- that's a fighter that UFC is not interested in
3  signing; right?
4    A.  Right.  So if he had lost the fight, we're
5  not signing somebody straight off a loss.  Yes.
6    Q.  In fact, he would have to win a number of
7  fights, or sike as the case may be, in another promotion
8  before UFC would be willing to --
9    A.  Exactly.
10    Q.  -- sign them; correct?
11    A.  That -- yeah.  That is the standard that we
12  have set for our organization.
13    Q.  Okay.  Let's look at -- I'm going to mark
14  another video for you.  It's taken from -- it's an
15  excerpt taken from a September 29, 2013 UFC 168 Media
16  Scrum in Rio de Janeiro, Brazil, which we will mark as
17  Exhibit 68.
18    (Exhibit 68 marked.)
19    MR. ISAACSON:  This is September 29th what
20  year?
21    MR. DELL'ANGELO:  2013.
22    (Video clip playing.)
23    REPORTER:  Is there any chance like the UFC
24  ends up buying Bellator in a couple of years?
25    MR. DANA WHITE:  There's nothing there.

9  (Pages 309 to 312)

313

1         DANA WHITE - HIGHLY CONFIDENTIAL
2  There's nothing there that -- if you look at any of the
3  companies that we ended up buying in the past, there
4  was value.  There's no value to that company
5  whatsoever.
6         If you look at Pride, look at all the
7  contracts we got from Pride and all the guys that came
8  over and the big fights we made.  Look at the Pride
9  library.  Amazing library with some of the most
10 talented fighters of all times.
11        When we bought the WFA, we bought them
12 because Rampage had a contract with them; so we bought
13 his contract.  When we bought Strikeforce, we bought
14 their library, and we ended up getting -- I mean, just
15 the fights we had with Nick Diaz alone was worth buying
16 that company.  Do you know what I mean?
17 There's -- there was no value with that other -- with
18 the other company.
19        MR. ISAACSON:  So I will object to the use of
20 the video in questions on grounds of completeness, and
21 because the question in the video was not intelligible.
22 BY MR. DELL'ANGELO:
23    Q.  Mr. White, were you able to see the video
24 that we played as Exhibit 68?
25    A.  Yes.

314

1         DANA WHITE - HIGHLY CONFIDENTIAL
2    Q.  Okay.  Were you able to hear it okay?
3    A.  Yes.
4    Q.  Okay.
5    A.  I couldn't understand what the interviewer
6  was saying, like if it --
7    Q.  Did -- did you understand your statement?
8    A.  Yes.
9    Q.  Okay.  And you were able to hear it okay?
10   A.  Yes.
11   Q.  All right.  And did you say what it is that
12 you heard and that you were saying -- depicted as
13 saying in that video?
14   A.  Yes.
15   Q.  Okay.
16   A.  I also didn't know what company they were
17 talking about where there was no value.
18   Q.  Okay.  All right.  Why don't -- why don't we
19 play it again and see if you can hear it better.  I
20 will represent to you that the text of the question is:
21 Is there any chance that the UFC ends up trying to buy
22 Bellator in a couple of years?
23   A.  Okay.  I'm good with that.
24   Q.  Well, we will -- we will play it again and
25 see if you can -- see if you can hear it.

315

1         DANA WHITE - HIGHLY CONFIDENTIAL
2    MR. KOFFMAN:  Do you want me to turn up the
3  volume?
4    MR. DELL'ANGELO:  Yeah.  Let's do that.
5         (Video clip playing.)
6    REPORTER:  Is there any chance like the UFC
7  ends up buying Bellator?
8    MR. DANA WHITE:  There's nothing there.
9  There's nothing there that -- if you look at any of the
10 companies that we ended up buying in the past, there
11 was value.  There's no value --
12 BY MR. DELL'ANGELO:
13   Q.  Okay.  Were -- were you able to hear that
14 clear?
15   A.  Yes.
16   Q.  All right.
17   A.  Yes.
18   Q.  All right.
19   A.  What year was that?
20   Q.  That was in September of 2013.  It was at the
21 Media Scrum in connection with the UFC 168 in Rio de
22 Janeiro.
23   A.  Got it.
24   Q.  So in -- in September of 2013, was it your
25 view that there was nothing of value to acquire of

316

1         DANA WHITE - HIGHLY CONFIDENTIAL
2  Bellator?
3    A.  Yeah.  Yeah.  Bellator felt the same way
4  about the UFC.  That's -- that's how you talk 'em,
5  about the competition.
6    Q.  All right.  So let me show you another
7  document.  And in late 2013, did you believe -- well,
8  were you aware that Ben Askren was an MMA fighter?
9    A.  Yes.
10   Q.  And who is Ben Askren fighting for at the
11 time?
12   A.  Bellator.  No, no, no.  ONE FC.  ONE FC.
13 Oh, no.  He fought for Bellator too.  I don't know.
14 What year?
15   Q.  2013.
16   A.  I don't know.
17   Q.  Okay.
18   A.  So he was either with Bellator or ONE FC.
19   Q.  Okay.  So why don't we play -- why don't we
20 play an excerpt of a November 30, 2013 video taken from
21 the Tough 18 Finale Prefight Interview with MMA Junkie
22 in Las Vegas.  And --
23        (Exhibit 69 marked.)
24        (Video clip playing.)
25   MR. DANA WHITE:  You know, I -- I wasn't even

10  (Pages 313 to 316)

317

DANA WHITE - HIGHLY CONFIDENTIAL

1  going to say this because it just sounds like I'm
2  always just (beeping) on, you know, those guys. But
3  it's -- it's not true. There's no competition for him
4  over at -- at Bellator. There's competition for him at
5  World Series of Fighting. You know, this kid
6  will -- will probably sign with them. I don't know. I
7  mean, they've got to come to an agreement and deal.
8  But if he does, there's -- there's actual competition
9  for him there.
10     MR. ISAACSON: So I will object to the use of
11  the video in questions on the grounds of completeness,
12  including that whoever he's talking to or whatever he's
13  responding to is not part of the video.
14  BY MR. DELL'ANGELO:
15     Q. Okay. Do -- do you remember talking about
16  Ben Askren as a -- not having competition at Bellator?
17     A. I don't remember it, but --
18     Q. Okay.
19     A. Yeah.
20     Q. And you thought Ben Askren was a -- is it
21  correct that you didn't believe -- or sorry.
22     Is it correct that you believe that there
23  wasn't competition for Ben Askren at World Series of
24  Fighting?

318

DANA WHITE - HIGHLY CONFIDENTIAL

1     A. There was?
2     Q. That there -- that there -- that -- is it
3  correct that you believed that Ben Askren -- that there
4  wasn't competition at World Series of Fighting?
5     A. No. I said there was competition.
6     Q. Okay.
7     A. I said there wasn't at Bellator.
8     Q. Okay.
9     A. I said there was competition at -- at --
10     Q. So you believe that there may have been
11  competition for Ben Askren at World Series of Fighting,
12  but not at Bellator in late 2013; is that correct?
13     A. Yeah. Apparently, yes.
14     Q. Okay. And then -- but you, nevertheless,
15  thought that Ben Askren was a boring fighter; right?
16     A. Hm.
17     Well, just for the record, just so you know,
18  did you know that I tried to sign Ben Askren?
19     Q. My question to you was whether or not you
20  thought Ben Askren was a boring fighter?
21     A. And the answer's yes. And I said to you, do
22  you know that I tried to sign him?
23     MR. DELL'ANGELO: Can I have Tab 179, please.
24     THE WITNESS: Is that a no? ONE FC outbid me

319

DANA WHITE - HIGHLY CONFIDENTIAL

1  and paid him more money.
2     MR. DELL'ANGELO: Okay. Move to strike
3  everything after yes as nonresponsive.
4     THE WITNESS: He doesn't want to hear the
5  good stuff.
6  BY MR. DELL'ANGELO:
7     Q. Do you recall Tweeting about Ben Askren?
8     A. Yes.
9     Q. Okay. And do you recall Tweeting that Ben
10  Askren makes Fitch look like Wanderlei Silva?
11     A. Yeah.
12     Q. Do you recall Tweeting that, "When Ben
13  As -- when Ambien can't sleep, it takes Ben Askren, the
14  most boring fighter in MMA history, I would rather
15  watch flies fuck"?
16     A. Yeah.
17     Q. Okay.
18     A. Ben Askren is a genius. Ben Askren started
19  a -- a public beef with me that -- that I jumped right
20  into, and, you know, he became pretty popular over here
21  in the United States. He's a smart kid.
22     MR. DELL'ANGELO: Okay. Move to strike
23  everything after yes as nonresponsive.
24     \\

320

DANA WHITE - HIGHLY CONFIDENTIAL

1  BY MR. DELL'ANGELO:
2     Q. We're going to play another video for you,
3  Mr. White. It's an excerpt taken from an April 23,
4  2014 interview on ESPN First Take. We will mark that
5  as Exhibit 70 to the deposition.
6     MR. HUNTER CAMPBELL: We're on 69?
7     MR. DELL'ANGELO: I think 69 was the Tough 18
8  Finale video from 11/13, wasn't it?
9     MR. HUNTER CAMPBELL: We're on 69.
10     MR. KOFFMAN: 69 should have been the Tough
11  Finale.
12     MR. DELL'ANGELO: Yeah.
13  BY MR. DELL'ANGELO:
14     Q. So we're going to mark as -- regardless,
15  we're going to as Exhibit 70 an excerpt from an
16  April 23, 2014 interview that you did on ESPN First
17  Take. Would you take a look at the monitor, please.
18     A. Yes.
19         (Exhibit 70 marked.)
20         (Video clip playing.)
21     STEPHEN A. SMITH: But I guess what I'm
22  asking is: How is it that you're able to give people
23  the fights that they want to see, but in another
24  pugilistic sport, we have to -- the promoters are

333

DANA WHITE - HIGHLY CONFIDENTIAL

1  DANA WHITE - HIGHLY CONFIDENTIAL
2  was available to everybody.
3      Q.  Are -- are you not understanding the
4  question?  Because the question is:  Is it possible to
5  stack a card by acquiring fighters rather than building
6  them?
7      A.  I answered the question.
8      Q.  I don't think you did.
9      A.  I answered the question.
10         MR. ISAACSON:  That wasn't your last
11  question, and his answer was to your last question.
12  BY MR. DELL'ANGELO:
13     Q.  So then -- then let's -- let's see if we get
14  this clear.  Is it possible for an MMA promotor to
15  stack a card without building -- without that MMA
16  promotor building the talent themself?
17     A.  I don't understand the question.
18         Do you want to know what's even crazier?
19  Four years ago, Strikeforce had Rhonda Rousey.
20         MR. ISAACSON:  I'm going to -- I'm going to
21  strike your answer.  Let him --
22         THE WITNESS:  All right.  I will stop.  I'm
23  getting crazy over here.  I drank an energy drink.
24  BY MR. DELL'ANGELO:
25     Q.  So it was your view in December of 2014 that

334

1  DANA WHITE - HIGHLY CONFIDENTIAL
2  Bellator didn't have fighters to stack a card with?
3      A.  They did.  Absolutely did.
4      Q.  So take a look at Exhibit 11, please.  Would
5  you take a look at Exhibit 11, please?
6      A.  Oh, okay.  Okay.
7      Q.  Would you go to page 155.
8      A.  Yeah.
9      Q.  Okay.  Would you take a look at row 3446,
10  please.
11     A.  Yeah.
12     Q.  Okay.  That's a text from your ███ -- or your
13  ██ number; right?
14     A.  Yes.
15     Q.  Okay.  And that's to Mr. Fertitta's ███
16  number; correct?
17     A.  Okay.
18     Q.  Okay?  And it's dated December 8, 2014;
19  correct?
20     A.  Yes.
21     Q.  Okay.  And you're indicating in that text
22  that you spoke to somebody who did play-for-play for
23  Bellator; correct?
24     A.  I'm reading it right now.  Yeah.
25     Q.  Okay.  So this text message refers to

335

1  DANA WHITE - HIGHLY CONFIDENTIAL
2  Bellator?
3      A.  Yeah.
4      Q.  Okay.  And you ask, "What the hell do they
5  have to stack -- stack them with?"
6      A.  Yeah.
7      Q.  Do you see that?
8      A.  Right.
9      Q.  Okay.  And are you -- are you saying that you
10  believed, at the time you sent this text, that Bellator
11  didn't have the fighters to stack a card with?
12     A.  Yeah.  I -- I -- I love the competitive
13  spirit here, that I -- that I should quit because I
14  can't compete with the way they're going to stack their
15  cards.  I love that.  That -- that's what I'm all
16  about, number one.
17         Number two, yeah.  They could stack their
18  cards if they built talent.
19     Q.  Right.
20     A.  But they're not good at it.
21     Q.  And --
22     A.  They're -- they're really not good at it.
23     Q.  And in December of 2014, you believed that
24  they hadn't developed the talent to stack their cards
25  with; right?

336

1  DANA WHITE - HIGHLY CONFIDENTIAL
2      A.  Yeah.  In my opinion, they had not, yes.
3      Q.  Okay.  So --
4      A.  My opinion obviously was not the same as this
5  guy's opinion.
6      Q.  Right.  And so let's take a look -- well, are
7  you familiar with the term "legend fights" in MMA?
8      A.  Legend fights?
9      Q.  Yeah.
10     A.  Okay.
11     Q.  No.  I'm asking if you are familiar with the
12  term?
13     A.  I'm not familiar.
14     Q.  Okay.  Are you family with the term "a freak
15  show fight"?
16     A.  Eh, I mean, freak show, that -- that's what I
17  call some of the fights.
18     Q.  Okay.  What's a freak show fight?
19     A.  So when I built this business, right,
20  I -- I -- I set standards.  So I was a huge boxing fan
21  growing up.  Okay?  And I hated everything that boxing
22  did.  Loved the sport, but hated everything they did.
23  So I had a vision in my mind of how I would do it and
24  how I would change everything from the live event to
25  the fights to how it's produced on television,

15 (Pages 333 to 336)

337

DANA WHITE - HIGHLY CONFIDENTIAL

1  everything.  That's my opinion.  Okay?
2      So I went out -- with my opinion, I went out
3  and looked at people that I thought were talented and
4  built talent and did all this stuff, and that's my
5  opinion.
6      Now, if I look at some of these fights that
7  other people do, you know, when -- when I see a fight
8  that I don't like and I wouldn't do it my -- that's not
9  what I would do, I call it a freak show.
10     **Q.  Okay.  And it was your -- was it your view**
11  **that Bellator couldn't generate strong ratings unless**
12  **it was putting on freak shows?**
13     A.  Yes.  In what I would determine to be a freak
14  show, yes.
15     **Q.  All right.  So we talked a little bit**
16  **earlier, do you recall, about the number of fighters**
17  **that UFC had under contract and whether or not at**
18  **various times there may have been too many fighters**
19  **under contract.  Do you recall that?**
20     A.  No.  That's a Joe Silva thing.  There's too
21  many fighters under contract is a Joe Silva thing.
22     **Q.  Let's take a look --**
23     A.  The matchmaking is a number games for those
24  guys.  If we can't get somebody at a certain amount of

338

DANA WHITE - HIGHLY CONFIDENTIAL

1  fights, they have to be paid for not fighting.
2      **Q.  Okay.  I'm going to mark as Exhibit 72 an**
3  **excerpt of a video from February 22, 2013 from the UFC**
4  **157 Pre-fight Media Scrum in Anaheim, California.**
5  **Mr. White, would direct your attention to the monitor.**
6           (Exhibit 72 marked.)
7           (Video clip playing.)
8      REPORTER:  So how long is the rope, then, for
9  a guy like Urijah Faber?
10     MR. DANA WHITE:  Yeah.  Could be Saturday.
11  You never know.  There's over 100 guys.  We're heavy.
12  BY MR. DELL'ANGELO:
13     **Q.  Is that you in the video, Mr. White?**
14     A.  Yes.
15     **Q.  Okay.  And were you able to hear it okay?**
16     A.  Yes.
17     **Q.  And did you -- did you say that?**
18     A.  Yes.
19     **Q.  Okay.  And so in February of 2013, you said**
20  **that the -- you were 100 guys heavy.  Did that mean you**
21  **had too many -- 100 guys too many on the roster at that**
22  **time?**
23     A.  According to Joe Silva, yes.
24     **Q.  Okay.  So your -- the information that you're**

339

DANA WHITE - HIGHLY CONFIDENTIAL

1  conveying in the video is not your belief, but your
2  testimony now is that that's Mr. Silva's belief?
3      A.  Correct.
4      **Q.  Okay.**
5      MR. ISAACSON:  Whoa, whoa.  I will -- I
6  neglected my objection, which I believe it was a
7  continuing one, but the -- I object to questions based
8  on the video on the grounds of completeness.
9  BY MR. DELL'ANGELO:
10     **Q.  Okay.  Let's play -- I'm going to mark**
11  **another video as Exhibit 73.  Exhibit 73 is an excerpt**
12  **from the same February 22, 2013 UFC 157 Pre-fight Media**
13  **Scrum in Anaheim, California.**
14     MR. ISAACSON:  I repeat my objection to the
15  excerpts.
16     MR. DELL'ANGELO:  Yep.
17           (Exhibit 73 marked.)
18           (Video clip playing.)
19     REPORTER:  I think what some people have a
20  problem with is just the fact that, you know, like
21  Leonard Garcia and Dan Hardy were defending themselves
22  on Twitter yesterday cause fans were saying, you know,
23  "Oh, you guys still have a job.  You guys keep losing."
24  Can you just -- I think that all of us -- and you talk

340

DANA WHITE - HIGHLY CONFIDENTIAL

1  about the bubble.  We can say, Well, there are some
2  fighters who are in the UFC primarily, and they're
3  great fighters, but for entertainment value.
4      MR. DANA WHITE:  That's not true.  So the
5  question -- here's the question.  Any fucking -- look
6  at any sport, anybody who owns a team or a league or
7  anything like that, when you look at Urijah -- I
8  have -- here -- here's another fact.  We have
9  470-something guys under contract.  Okay?  We have over
10  100 guys too many.  We have over 100 guys too many on
11  the roster right now.
12  BY MR. DELL'ANGELO:
13     **Q.  Okay.  So, Mr. White, was that you depicted**
14  **on the video?**
15     A.  Yes.
16     **Q.  Okay.  And were you able to hear it okay?**
17     A.  Yes.
18     **Q.  And you said that UFC has 470-something guys**
19  **under contract; correct?**
20     A.  Correct.
21     **Q.  Okay.  And you also said that there were 100**
22  **guys too many on the roster at that time?**
23     A.  Yes.
24     MR. DELL'ANGELO:  Okay.  I'm going to mark

16  (Pages 337 to 340)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

341

1         DANA WHITE - HIGHLY CONFIDENTIAL
2   another video as Exhibit 74.  It's taken -- it's an
3   excerpt from an October 19, 2013 UFC 166 Post-fight
4   Media Scrum in Houston, Texas.
5             (Exhibit 74 marked.)
6             (Video clip playing.)
7         MR. DANA WHITE:  I kept telling you guys our
8   roster is too full.  Guys have to get fights.  And it's
9   like every time after a show and we cut a guy, they're
10  like, Fuck you, Dana White.  You're an idiot.  This
11  guy -- da, da, da.  Shut the fuck up.  Let us run our
12  business.  Look.  The roster's too full.
13  BY MR. DELL'ANGELO:
14      Q.  Mr. White, is that you depicted in the video?
15          MR. ISAACSON:  I'm objecting on the grounds
16  of completeness.
17          MR. DELL'ANGELO:  Okay.
18          MR. ISAACSON:  In addition, that seems to be
19  cut off at the beginning and the end.
20  BY MR. DELL'ANGELO:
21      Q.  Okay.  Mr. White, was that you depicted in
22  the video?
23      A.  Yes.
24      Q.  Okay.  And were you able to hear it okay?
25      A.  Yes.

342

1         DANA WHITE - HIGHLY CONFIDENTIAL
2      Q.  Okay.  And did you again say in October of
3   2013 that the roster was too full at the UFC?
4      A.  Yes.
5      Q.  Okay.  All right.
6      A.  So to expand on that -- Joe Silva was --
7      Q.  There's not a question pending.
8      A.  No, you don't want to hear this one?
9      Q.  No.  There's just not a pending question.
10     A.  Got it.
11     Q.  So I'm going to mark as Exhibit 75 a video
12  from September 2013 from the UFC Tonight interview.
13          (Exhibit 75 marked.)
14          (Video clip playing.)
15          MR. DANA WHITE:  Those guys signed him, and
16  now they won't give him a fight until January?  If you
17  sign a -- if you sign a contract with the UFC, I owe
18  you three fights in a year.  If you don't fight those
19  three fights in a year because of me, I still have to
20  pay you your money.
21  BY MR. DELL'ANGELO:
22     Q.  Mr. White --
23          MR. ISAACSON:  I will repeat my objection.
24          MR. DELL'ANGELO:  Yeah.
25  \\

343

1         DANA WHITE - HIGHLY CONFIDENTIAL
2   BY MR. DELL'ANGELO:
3      Q.  Mr. White, were -- was that you depicted in
4   the video?
5      A.  Yes.
6      Q.  And were you able to see it okay?
7      A.  Yes.
8      Q.  And you heard it okay?
9      A.  Yes.
10     Q.  Okay.  Is it correct that in the UFC, if UFC
11  signs a fighter, it's obligated to give the fighter
12  three fights a year?
13     A.  Yes.
14     Q.  Okay.  And is it also true -- is it correct
15  that if the UFC doesn't give the fighter three fights
16  per year, UFC's still obligated to compensate the
17  fighter in some way?
18     A.  Absolutely.  Not in some way.  He gets his
19  full purse.
20     Q.  And isn't it correct that even as late as
21  December of 2014, Mr. Shelby was also telling you that
22  the UFC's roster had at least 100 more fighters on it
23  than the UFC needed?
24     A.  Yes.
25     Q.  All right.  Fighter purses are -- in MMA are

344

1         DANA WHITE - HIGHLY CONFIDENTIAL
2   reported publicly; right?
3      A.  Yes.
4      Q.  But the fighter purse doesn't reflect
5   necessarily the full amount that a fighter's paid; is
6   that correct?
7      A.  Correct.
8      Q.  And that's because, at least at the UFC,
9   fighters are sometimes compensated with bonuses or
10  other forms of payment that are not part of their fight
11  purse; correct?
12     A.  Correct.
13     Q.  Okay.  And you're familiar with boxing;
14  correct?
15     A.  Yes.
16     Q.  And you've promoted boxing matches in the
17  past; right?
18     A.  No.
19     Q.  Or you're -- you're promoting one now; right?
20     A.  Yes.
21     Q.  And you have represented boxers in the past;
22  right?
23     A.  Yes.
24     Q.  You represented Tito Ortiz when he was a
25  boxer; right?

17 (Pages 341 to 344)

345

DANA WHITE - HIGHLY CONFIDENTIAL

1    A.  No.  Tito didn't box.
2    Q.  Okay.
3    A.  He was -- there was -- there was a kid named
4  Derek Harmon who fought Roy Jones, Jr.
5    Q.  And you represented him?
6    A.  Yes.
7    Q.  Okay.  You are promoting a fairly notable
8  boxing match right now; right?
9    A.  Yes.
10    Q.  Okay.  Upcoming?
11    A.  The biggest ever in combat sports history.
12    Q.  According to the t-shirts you had printed up?
13    A.  That's right.  That's right.
14    Q.  So is it correct that in boxing, the types of
15  bonuses that the UFC pays the conformed part of a
16  fighter's compensation would also have to be disclosed
17  publicly?
18    A.  Ask me that question again.
19    Q.  Sure.  Is it correct that in boxing, a
20  fighter's total compensation has to be disclosed
21  publicly?
22    A.  I don't know.  I don't know the answer to
23  that.
24    Q.  Are you familiar with something called the

346

DANA WHITE - HIGHLY CONFIDENTIAL

1  Ali Act?
2    A.  I -- I know it, but I don't know it.
3    Q.  Oh, you don't -- you are aware of it, is that
4  what you're saying?
5    A.  I'm aware of it, but I don't know it.
6    Q.  Okay.
7    A.  If you asked me to break it down for you, I
8  couldn't.
9    Q.  Okay.  That's fair.
10    And renegotiation is a regular part of your
11  business at UFC; right, renegotiating fighter
12  contracts?
13    A.  Yes.  Yes.
14    Q.  Okay.  And -- and does the UFC typically seek
15  to renegotiate -- well, let me withdraw that.
16    With respect to fighters that the UFC wants
17  to keep under contract, does the UFC typically seek to
18  renegotiate with a fighter before the fighter's
19  contract has been completed, meaning they've fought all
20  their bouts?
21    A.  It depends.  It's -- it goes both ways.
22  There's -- there's some we do, and there's some that
23  run go out and we negotiate.  It's up to the fighter.
24    Q.  Isn't true, though, that the UFC typically

347

DANA WHITE - HIGHLY CONFIDENTIAL

1  tries to negotiate with a fighter before the fighter's
2  contract expires?
3    A.  Both ways.
4    Q.  So I'm going to mark as Exhibit 76 an excerpt
5  of a video taken on December 29, 2016 from a UFC 207
6  Pre-fight Scrum in Las Vegas, Nevada.
7    (Exhibit 76 marked.)
8    (Video clip playing.)
9    MR. DANA WHITE:  You honor your deal, you
10  know, or you at least get to a point, you know, because
11  most guys never make it to the end of a UFC contract.
12  They will get within three fights, and then we want to
13  sit back down and start talking, right, to keep them.
14  BY MR. DELL'ANGELO:
15    Q.  Mr. White --
16    MR. ISAACSON:  I will object on the grounds
17  of completeness --
18  BY MR. DELL'ANGELO:
19    Q.  Mr. White --
20    MR. ISAACSON:  -- especially that the
21  question and the answer are not present.
22  BY MR. DELL'ANGELO:
23    Q.  Okay.  Mr. White, were you able to see the
24  video at Exhibit 76?

348

DANA WHITE - HIGHLY CONFIDENTIAL

1    A.  Yes.
2    Q.  Okay.  And were you able to hear it okay?
3    A.  Yes.
4    Q.  Okay.  And you indicated that a -- a fighter
5  will get within three fights, and then "we will to sit
6  back down with them and start talking, right, to keep
7  them."  Did you hear that part?
8    A.  Yes.
9    Q.  Okay.  And were you referring to
10  renegotiating the fighter's contract when they got
11  close to the end of the contract?
12    A.  Yes.
13    Q.  Okay.  You also believe the fighter pay
14  should not be public; right?
15    A.  It's up to the fighter.
16    Q.  There are certainly fighters whom you believe
17  should accept less money to fight in the UFC than to
18  fight for another promotion; right?
19    A.  Depends.  I mean, it's -- listen.  If you are
20  coming from another promotion and, you know, you are
21  getting paid a lot of money.
22    I will give you an example.  Robbie Lawler,
23  with whom I have a great relationship with and like
24  very much, was getting paid big money at Strikeforce,

18 (Pages 345 to 348)

349

DANA WHITE - HIGHLY CONFIDENTIAL

1  and he didn't want to be there anymore.  And he's like,
2  "I want to come back to the UFC."  And I'm like, "Kid,
3  I can't pay you what they're paying you.  I can't do
4  it.  Love you, but can't do it."  I'm running a
5  business.
6      Q.  And so from your perspective, Mr. Lawler
7  should have been willing to accept less money to fight
8  for the UFC; right?
9      A.  No.  In my opinion, Mr. Lawler was extremely
10  overpaid, and that's the type of stuff that makes you
11  go out of business and get in the hole $33 million.
12      Q.  Okay.  Nevertheless, he -- he would have had
13  to accept less money to fight for the UFC; right?
14      A.  Yeah.  I couldn't afford to pay him that.
15      Q.  Okay.  And what are the circumstances that
16  you understand Mr. Silva will lowball a fighter when
17  making a -- an offer to them?
18      MR. ISAACSON:  Objection to form.
19      THE WITNESS:  Well, he -- he -- Joe Silva is
20  the negotiator.  He's negotiating a deal.  When you
21  negotiate any deal, whether it's for a law firm to work
22  there or whatever, you come in at a number that you
23  feel you can pay the guy.  And, normally, you know, the
24  way that -- it all depends on the way you negotiate.
25

350

DANA WHITE - HIGHLY CONFIDENTIAL

1  Silva negotiates low because he knows he's going to end
2  up at that number that the fighter wants to be at, and
3  not higher than that.
4  BY MR. DELL'ANGELO:
5      Q.  Mr. -- do you recall Mr. Silva ever telling
6  you that -- well, let's just get one thing clear.
7  What -- what's your understanding of the term "lowball"
8  in a contract negotiation?
9      A.  What he's saying by lowballing is I'm going
10  to go below the number that -- that I know that they
11  want to be so we don't end up at a higher number than
12  where they want to be.
13      Q.  And is -- isn't it true that Mr. Silva has
14  told that you he will lowball a fighter knowing that
15  they will turn the offer down?
16      A.  Oh, I don't know.
17      MR. DELL'ANGELO:  Okay.  113, please.
18      (Exhibit 77 marked.)
19  BY MR. DELL'ANGELO:
20      Q.  Mr. White, I am handing you what I have
21  marked as Exhibit 77 to the deposition.  Exhibit 77 is
22  a one-page e-mail at ZFL-1421551.  Do you have that
23  Exhibit 77, Mr. White?
24      A.  Yes.
25

351

DANA WHITE - HIGHLY CONFIDENTIAL

1      Q.  All right.  And can you look at the bottom of
2  Exhibit 77.  It's an e-mail from Joe Silva to you and
3  Lorenzo Fertitta dated April 20, 2010; right?
4      A.  Uh-huh.
5      Q.  And it's regarding Nate Diaz?
6      A.  Yes.
7      Q.  Nate Diaz is an MMA fighter?
8      A.  Yes.
9      Q.  Okay.  And is it correct that around this
10  time, April of 2010, UFC was in negotiations with
11  Mr. Diaz?
12      A.  Yes.
13      Q.  Okay.  If you look at the e-mail at the very
14  top of the page --
15      A.  Yeah.
16      Q.  -- from Joe Silva to you and Lorenzo
17  Fertitta, dated April 20 of 2010, Mr. Silva writes to
18  you:  "I lowballed him on purpose the first offer,
19  knowing they would turn it down."  Do you see that?
20      A.  Uh-huh.
21      Q.  Okay.  Does that refresh your recollection
22  that Mr. Silva would lowball a fighter, knowing that
23  they will turn the offer down?
24      A.  That's exactly what I just told you.
25

352

DANA WHITE - HIGHLY CONFIDENTIAL

1      Q.  Okay.  And then if you look at the last
2  sentence, Mr. Silva says:  "If they turn it down, I put
3  them in a prelim against a really tough guy for his
4  last fight."  Do you see that?
5      A.  Yeah.
6      Q.  Okay.  So is it your understanding that
7  Mr. Silva will put a fighter in a tough fight in a
8  prelim if he turns down an offer?
9      A.  Every -- every fight in the UFC is a tough
10  fight.  There's no easy fights in the UFC.
11      Q.  And Mr. Silva has told you that this is the
12  sort of thing that he does; right?  That he will pit
13  fighters against really tough opponents if he doesn't
14  like how the fighters behave?
15      A.  Well --
16      MR. ISAACSON:  Objection to form.
17      THE WITNESS:  If you -- first of all,
18  everybody is tough in the UFC.  There -- there's no
19  fighter in the UFC -- they're there because they're all
20  tough.  And you put them on a prelim -- when he says,
21  "I will put him on a prelim," that's on Fox.  So
22  there's actually more eyeballs on Fox sometimes than
23  the pay-per-view.  Do you know what I mean?  Sometimes
24  the pay-per-view will pull higher numbers than -- than

19 (Pages 349 to 352)

353

DANA WHITE - HIGHLY CONFIDENTIAL

1  Fox.  But for the most part, that's a good place to be.
2  That's where we highlight guys and -- and where they
3  go.  And if you beat who Joe -- you know, to Joe Silva
4  is a tough guy and -- to him and his mind, and now you
5  are a free agent, well, you know exactly where you are
6  at then.  You -- you have nothing but leverage in
7  negotiating power.
8  BY MR. DELL'ANGELO:
9      Q.  If you lose, you have less leverage; right?
10      A.  Well, that's the sport.
11      Q.  Okay.  And --
12      A.  Any sport.
13      Q.  Isn't it true that Joe Silva will put a
14  fighter in a particularly tough fight if he -- if the
15  fighter turns a fight down?
16      A.  They're all tough fights.
17      MR. ISAACSON:  Objection to form.
18      THE WITNESS:  They're all tough fights.
19  There are -- there are no easy fights in the UFC.
20  BY MR. DELL'ANGELO:
21      Q.  I'm going to mark -- some are harder than
22  others, though; right?
23      A.  Let me tell you what.  You ask me and Joe
24  Silva, Shawn Shelby, any of the matchmakers who's going

354

DANA WHITE - HIGHLY CONFIDENTIAL

1  to win this Saturday?  Yeah.  Guess what the answer is?
2  We're almost always wrong on who's going to win.
3      Q.  Okay.  Let me --
4      A.  So there's no such thing as that.
5      Q.  Let me mark as Exhibit 78 an excerpt of a
6  video from February 16, 2013 on UFC on FUEL TV 7 the
7  Post-fight Media Scrum in London, England.
8          (Exhibit 78 marked.)
9          (Video clip playing.)
10      MR. DANA WHITE:  I can tell you this, man,
11  you fucking call Joe Silva and turn down a fight, you
12  might as well just say fucking rip up my contract.
13  Yeah.  He's a -- yeah.  He's a -- he's a mean little
14  fucker.  You don't call Joe Silva and tell him you
15  don't want to fucking fight anybody.  You might as well
16  just take the fight because -- because it's going to be
17  worse if you do.  You might as well just do it.  Fuck
18  it.  All right.  I will fight him.
19  BY MR. DELL'ANGELO:
20      Q.  Okay.  Mr. White, was that you --
21      MR. ISAACSON:  I will object to the use of
22  the video on completeness grounds.
23  BY MR. DELL'ANGELO:
24      Q.  Mr. White, was that you depicted in the video

355

DANA WHITE - HIGHLY CONFIDENTIAL

1  that we just played at Exhibit 78?
2      A.  Yes.
3      Q.  And were you able to hear it okay?
4      A.  Yes.
5      Q.  Okay.  And did you say that?
6      A.  Yes.
7      Q.  Okay.  And is it true that Mr. -- that if you
8  turn down a fight that Mr. Silva offers, it will -- it
9  will be worse for the fighter?
10      A.  We're in the fight business.  That's what we
11  do.  We put on fights, we sell fights.  Yes.  If you
12  call and say to him, Hey, listen.  I don't want to
13  fight.  You know, Joe Silva is -- that's the business
14  we're in.  You have to fight.  What are you -- what are
15  you going to -- you're in the UFC, you're in the fight
16  business, and you're saying you don't want to fight?
17  Yeah.
18      Q.  So it -- it will be worse for the fighter if
19  they turn down the fight; is that correct?
20      A.  Yeah.  He's mean and nasty.  That's why.
21      Q.  Okay.  We -- we were talking a minute
22  about -- about fighter pay.  Has the UFC taken steps to
23  keep fighter -- total fighter compensation secret from
24  other fighters?  That is --

356

DANA WHITE - HIGHLY CONFIDENTIAL

1      A.  Every -- every guy's contract -- first of
2  all, none of these fighters want their pay out in the
3  open.  I don't know if I've ever had a fighter that
4  said, "Hey, let's put my -- put my pay out there."
5      And do we -- do we work to keep away from
6  people?  You know, I would -- I would have to say I
7  don't remember any instances.  But, yeah, we
8  probably -- we have probably done it, yeah.
9      Q.  There were certainly times when it would be
10  problematic for the UFC if other fighters found out
11  what a particular fighter was making; right?
12      A.  Say that again.
13      Q.  There are instances, are there not, where it
14  would have been problematic for the UFC if fighters
15  found out what another fighter was making?
16      MR. ISAACSON:  Objection to form.
17      THE WITNESS:  There would be --
18  BY MR. DELL'ANGELO:
19      Q.  Let's -- I will withdraw the question.  Let's
20  take a specific example.
21      A.  Yeah.
22      Q.  You were concerned at the UFC, were you not,
23  that if fighters found out what Kimbo Slice was being
24  paid by the UFC that other fighters would be unhappy;

20  (Pages 353 to 356)

357

DANA WHITE - HIGHLY CONFIDENTIAL

1  correct?
2      A.  Yeah.
3      Q.  Okay.
4      A.  Yeah.  It just happened recently again too.
5  We had some guy that was -- that was paid a certain
6  amount of money and never -- oh, the professional
7  wrestler that we brought in.  Not Brock, the other one.
8      Q.  CM Punk?
9      A.  Huh?
10     Q.  CM Punk?
11     A.  CM Punk.  Oh, yeah.  People went crazy when
12  they saw what he got paid.
13     Q.  Other fighters?
14     A.  Even the women.  Yes.
15     Q.  UFC fighters, that is?
16     A.  Yes.
17     Q.  Okay.  And so it has -- it has been a concern
18  from time to time with the UFC, such that the UFC
19  doesn't want fighters to know what other fighters are
20  making; right?
21     A.  All the -- all the fighters know what other
22  fighters are making.  They all talk.  They all talk.
23  They all know.  Even guys who say they don't want their
24  number out there, they tell.  They tell the other

358

DANA WHITE - HIGHLY CONFIDENTIAL

1  fighters.
2      Q.  You sometimes put their numbers out there;
3  right?
4      A.  Me?
5      Q.  Yeah.
6      A.  Well, I -- the only way that I would ever
7  another fighter -- a fighter's number out there that
8  didn't want it out there is if he lied about what he
9  was being paid.
10     Q.  And --
11     A.  If he lied about what he was being
12  paid -- for example, Randy Couture.  Randy Couture went
13  out there and completely lied about what he made.  And
14  I said what he said isn't true.  He made "X."
15     Q.  What about Wanderlei Silva?
16     A.  He must have lied too if I put it out there.
17     Q.  Okay.  And do you know if -- if you put it
18  out there, that is what Wanderlei Silva was paid?
19     A.  No.  I don't even know what Wanderlei Silva
20  was paid.
21         MR. DELL'ANGELO:  May I have 144, please?
22  BY MR. DELL'ANGELO:
23     Q.  So when you -- when you do disclose fighter
24  pay publicly, do you make an effort to make sure that

359

DANA WHITE - HIGHLY CONFIDENTIAL

1  you're getting it right?  That is, the numbers that
2  you're disclosing, do you make an effort to make sure
3  that you're --
4      A.  Yeah.  Well, I read the number somewhere.  I
5  got it -- I got it from accounting.  And understand,
6  when I -- when I put a number out, it's a total of
7  everything.  Bonuses, you know, to date what he's been
8  paid in the UFC.
9      Q.  Sure.  So --
10         (Exhibit 79 marked.)
11  BY MR. DELL'ANGELO:
12     Q.  Here's what we have marked as Exhibit 79.
13  Exhibit 79 is a document entitled Dana White, Wanderlei
14  Silva was paid $9.7 by the UFC by Nate Wilcox,
15  September 27, 2014.  Do you recall saying publicly that
16  Wanderlei Silva was paid 9.7 million by the UFC?
17     A.  No.  I don't remember the -- the number or
18  whatever.
19         MR. ISAACSON:  I will object to the document
20  on the grounds of completeness --
21  BY MR. DELL'ANGELO:
22     Q.  Yeah.  The question is whether or not --
23         MR. ISAACSON:  Let me finish my objection,
24  whether it be a excerpt from some other publication.

360

DANA WHITE - HIGHLY CONFIDENTIAL

1         THE WITNESS:  That's right.  This is Bloody
2  Elbow again.  It's not an actual interview with me.
3  BY MR. DELL'ANGELO:
4      Q.  So just so we're clear, you don't recall, as
5  you sit here today, saying that Wanderlei Silva made
6  $9.7 million; is that --
7      A.  Correct.
8      Q.  Okay.
9      A.  And the source is Bloody Elbow.
10  That's -- who doesn't even do interviews.  They
11  actually take stuff from other people.  You guys have
12  got to stop reading this website.
13     Q.  So you -- your view is that the quote of you
14  may be unreliable; is that correct?
15     A.  Bloody Elbow?
16     Q.  Yeah.
17     A.  I think it speaks for itself.
18     Q.  Okay.  How about Matt Riddle, do you recall
19  disclosing his pay publicly?
20     A.  Oh, and they're saying it's from Brazil.
21  This story was from Brazil, which was in Portuguese.
22  And a sophisticated website like Bloody Elbow is giving
23  the accurate --
24     Q.  I take it you don't read Portuguese; right?

21 (Pages 357 to 360)

385

DANA WHITE - HIGHLY CONFIDENTIAL

1
2     A.  Okay.  Which number?
3     Q.  Page 41.
4     A.  Okay.
5     Q.  Okay.  And let's go down -- I want you to
6  look at row 1054.
7     A.  Okay.
8     Q.  And that's an August 7, 2014 text message
9  from Lorenzo Fertitta to you at your ▮ number; right?
10    A.  Yes.
11    Q.  Okay.  And that's several days after the
12  August 5, 2014 text messages that we looked at a few
13  minutes ago in this same Exhibit 60, as well as
14  Exhibit 11; right?
15    A.  Okay.
16    Q.  You -- would you agree with that?
17    A.  What was the question?
18    Q.  Just that the August 7, 2014 text message at
19  row 1054 of Exhibit 60 is a couple of days after the
20  August 5, 2017 (sic) text messages that we looked at in
21  the same Exhibit 60 a few minutes ago, as well as an
22  Exhibit 11?
23    A.  Okay.
24    Q.  Okay.  And Mr. Fertitta indicates to you
25  that -- essentially, you still haven't resolved things

386

DANA WHITE - HIGHLY CONFIDENTIAL

1
2  with Mark Hunt; right?
3     MR. ISAACSON:  Which line are you at now?
4     THE WITNESS:  10 --
5  BY MR. DELL'ANGELO:
6     Q.  1054.  Right?  Is that right?
7     A.  Yes.  Yes.
8     Q.  Okay.  And in 1057 you say, "Okay.  Yeah.
9  He's a fuckhead."  Right?
10    A.  Yeah.
11    Q.  In 1058, what do you tell Mr. Fertitta to do
12  with Mr. Hunt?
13    A.  "Bury that fucker."
14    Q.  Right.  And --
15    A.  It means sue him.
16    Q.  Okay.  And let's take a look back at
17  Exhibit 11.  That's the Lorenzo Fertitta text
18  compilation.  Mr. White?
19    A.  I'm sorry, what?
20    Q.  Could you -- could you look back at
21  Exhibit 11, please?  That's the Lorenzo Fertitta
22  compilation.
23    A.  Yeah.  All right.
24    Q.  All right.  And would you go to page 92,
25  please.  All right.  And would you -- you're there?

387

DANA WHITE - HIGHLY CONFIDENTIAL

1
2     A.  Yes.
3     Q.  Okay.  Would you take a look at row 273,
4  please.
5     A.  Yeah.
6     Q.  Okay.  27 -- row 273 is a text message from
7  your ▮ number to Mr. Fertitta's number May 29, 2014;
8  correct?
9     A.  Yes.
10    Q.  Okay.  And you ask, "What's up with Jones?
11  Did he straighten up or is he still being a scumbag?"
12  Do you see that?
13    A.  Yeah.
14    Q.  Okay.  Who is the Jones that you're referring
15  to there?
16    A.  Jon Jones.
17    Q.  Okay.  And Mr. Fertitta responds, "Still a
18  douche, but we're inching closer.  Haven't moved on
19  money, but sent the letter with an ultimatum."
20  Correct?
21    A.  Yeah.
22    Q.  Okay.  And then what's your response?
23    A.  "Awesome.  Fuck that punk, Lorenzo.  He needs
24  to know we don't need him or he will fuck us over more
25  than he already does."

388

DANA WHITE - HIGHLY CONFIDENTIAL

1
2     Q.  Okay.  So you wanted Mr. Fertitta to let
3  Mr. Jones know that the UFC didn't need him?
4     A.  Yeah.
5     Q.  Okay.
6     A.  So he wouldn't continue to fuck us over like
7  he already does.
8     Q.  Right.  And be a scumbag in negotiations?
9     A.  No.  Do you know Jon Jones' history?  Just to
10  be a scumbag in life.
11    Q.  So you were -- you were -- were you asking in
12  row 27 -- sorry, 2073, if Mr. Jones was still a scumbag
13  in life?
14    A.  I don't know.
15    Q.  Okay.
16    A.  But, yeah.  I mean, you could get pretty much
17  every guy who works for me to testify that, yes, I was
18  not happy with Jon Jones' life choices.
19    Q.  Right.  All right.  And ultimately, your view
20  was, though, that in -- as part of the negotiation with
21  Mr. Jones, he needed to understand that the UFC didn't
22  really need him; right?
23    A.  Yeah.  You don't need a guy that keeps doing
24  what this guy's doing.
25    Q.  Right.  You can set that aside.

DANA WHITE - HIGHLY CONFIDENTIAL

2  A.  Huh?
3  Q.  Oh, you can set that exhibit aside.  I'm done
4  with that exhibit.
5  A.  Oh.
6  Q.  Thank you.  You can set it aside.
7  MR. DELL'ANGELO:  Can we take a quick comfort
8  break?
9  MR. ISAACSON:  Sure.
10  MR. DELL'ANGELO:  Okay.  Let's go off the
11  record.
12  VIDEOGRAPHER:  The time is approximately
13  5:52 p.m.  We are going off the record.
14  (A short break was taken.)
15  VIDEOGRAPHER:  The time is 6:13 p.m.  We are
16  back on the record.
17  BY MR. DELL'ANGELO:
18  Q.  Okay.  Mr. White, Zuffa's contracts with
19  fighters typically include what's referred to as a
20  right-to-match clause; is that correct?
21  A.  Correct.
22  Q.  Okay.  And what's a right-to-match clause?
23  A.  It means that if they go out and -- and shop
24  around the market, we have the right to match it,
25  whatever -- whatever their offer is.

DANA WHITE - HIGHLY CONFIDENTIAL

2  Q.  And -- but if Zuffa renegotiates a
3  contract -- well, let me withdraw that.
4  When it is your understanding that the
5  right-to-match period becomes open?
6  A.  So there's a certain amount of time that the
7  fighter can go out and shop in the open market, and
8  then when he gets an offer that he's happy with, he
9  brings it back, and we have the right to match it or
10  let him go.
11  Q.  All right.  Now the fighter -- the fighter
12  can't go out and shop, as you say, until he's actually
13  completed his contract; right?
14  A.  Right.
15  Q.  Meaning --
16  A.  Right.
17  Q.  -- he has to fight all -- or she -- has to
18  fight all of the fights on the original contract?
19  A.  Correct.
20  Q.  Okay.  And so is it correct that if Zuffa
21  renegotiates a contract with a fighter before a fighter
22  has completed his or her contract, the right to match
23  period never opens up?
24  A.  Yeah.  They never go to the open market.
25  Q.  Okay.  And you've said that -- that it's

DANA WHITE - HIGHLY CONFIDENTIAL

2  during the right-to-match period, that's when a fighter
3  truly finds out what he or she is worth; right?
4  A.  Correct.
5  Q.  Oh, and it -- isn't it also true that after
6  the last fight under a fighter's contract, Zuffa has a
7  90-day exclusive negotiation period?
8  A.  Correct.
9  Q.  Okay.  So just to make sure we have all this
10  together, during the course of the contract, when a
11  fighter still has fight on his or her contract, he
12  can't -- or she can't -- negotiate with another MMA
13  promotion; right?
14  A.  Correct.
15  Q.  And if a fighter fights all of the fights
16  under his or her contract, at that point, the fighter
17  still can't go out and entertain offers from other MMA
18  promotors until that 90-day -- until 90 days
19  expire; right?
20  A.  Right.
21  Q.  Okay.
22  A.  That -- that's typical business.  I have the
23  same thing -- our deal is up with Fox.  We've been
24  sitting around and can't talk to anybody until the
25  negotiation period is over.

DANA WHITE - HIGHLY CONFIDENTIAL

2  Q.  I understand.  I just want to make sure that
3  we have kind of a common understanding in the testimony
4  about how the -- the contracts generally work for
5  fighters.
6  A.  Got it.
7  Q.  And -- okay.
8  And so, you know, I asked you a few minutes
9  ago if it's -- if it's when -- if you said that that's
10  when the contract is up and a fighter goes out and
11  tries to get -- get bids under that right to match
12  period, if that, from your perspective, is when the
13  fighter truly finds out what the fighter is worth.  Do
14  you recall that?
15  A.  Yes.
16  Q.  Okay.  And you -- you agree that a fighter
17  only really finds out what he or she is truly worth
18  during that right-to-match period?
19  A.  Not -- not the right-to-match, when they go
20  out and try to negotiate.
21  Q.  With another MMA promotion?
22  A.  Correct.
23  Q.  Okay.  And so before that, the fighter -- is
24  it correct, then, that the fighter doesn't truly know
25  what they're -- what they're worth because they've been

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

393

DANA WHITE - HIGHLY CONFIDENTIAL
1    on the open market?
2    A.  They know what they're worth.  They know what
3    they want.  You know, it's not about -- not necessarily
4    about what you're worth.  It's what you want.  If what
5    you want I don't agree with what you want, you go out
6    into the open market and you -- you find out if
7    somebody else will give it to you.
8    Q.  Right.  But what -- what someone wants isn't
9    necessarily what they're going to get; right?
10   A.  Yeah.  We just had a recent situation where a
11   guy was unhappy with his pay.  And -- it was Aljamain
12   Sterling; so he decided to go through the process and
13   went to free agency.  He went out there and shopped
14   around and talked to everybody and wasn't happy with
15   the results.  So we ended up doing a deal with him.
16       And then there's the complete opposite.  We
17   just had a case with Gegard Mousasi who, you know, we
18   couldn't come to terms, and he was already the highest
19   paid guy, other than the champion in the division.  He
20   went out and shopped around and was very happy with his
21   situation and ended up going to Bellator.
22   Q.  Okay.  Is it correct that a number of
23   fighters have complained publicly about their UFC
24   fighter compensation?

394

DANA WHITE - HIGHLY CONFIDENTIAL
1    A.  Yes.
2    MR. ISAACSON:  Objection to form.
3    BY MR. DELL'ANGELO:
4    Q.  And does that include Cowboy Cerrone, who we
5    talked about a little earlier today?
6    A.  Yes.
7    Q.  Okay.  And Barrao?
8    A.  Who?
9    Q.  I don't know if I -- maybe I'm not
10   pronouncing it correctly.  Barrao?
11   A.  Who?
12   Q.  Barrao, B-a-r-r-a-o.
13   A.  Is it Barrao?
14   Q.  Barrao.  Okay.
15   A.  Handom Barrao?
16   Q.  Yeah.
17   A.  I didn't know that.
18   Q.  Okay.  How about Demetrius Johnson?
19   A.  Oh, yeah.
20   Q.  Okay.  Tim Kennedy?
21   A.  Yeah.
22   Q.  Okay.  Jon Cholish?
23   A.  Who?
24   Q.  Jon Cholish?

395

DANA WHITE - HIGHLY CONFIDENTIAL
1    A.  I don't even know who that is.
2    Q.  Okay.
3    A.  So he shouldn't be complaining at all.
4    Q.  All right.  Why is that?  Because you don't
5    know who he is?
6    A.  I don't even know who he is.  If I don't know
7    who you are, holy --
8    MR. DELL'ANGELO:  All right.  Can you find
9    38, please?
10       (Exhibit 83 marked.)
11   BY MR. DELL'ANGELO:
12   Q.  I'm marking and handing to you, Mr. White,
13   what I have marked as Exhibit 82.  Would take a look at
14   that.
15   MR. DELL'ANGELO:  Is that Exhibit 83?
16   MR. KOFFMAN:  No.  We already have
17   Exhibit 82.  83.
18   MR. DELL'ANGELO:  I'm sorry.
19   BY MR. DELL'ANGELO:
20   Q.  Mr. White, can I have your copy back?  I
21   mismarked it.  It should be Exhibit 83.  All right.
22       Mr. White, I'm handing you what I have
23   remarked as Exhibit 83.  Exhibit 83 is a July 1, 2013
24   e-mail -- sorry, news article from the Las Vegas Sun.

396

DANA WHITE - HIGHLY CONFIDENTIAL
1    Take a moment to look at that, Mr. White.  Just for the
2    record, the by line is Case Keefer.  So if you look at
3    the middle of the page, the middle of the second page,
4    there's a bolded section that says, "White responds to
5    Tim Kennedy."  And the first sentence under there says,
6    "White was set off on the fighter pay rant after a
7    reporter asked about recent comments made by UFC
8    middleweight Tim Kennedy."  Do you see that?
9    A.  Yes.
10   Q.  Does that refresh your recollection that Tim
11   Kennedy complained about his fighter pay?
12   A.  No.  Tim Kennedy -- Kennedy complains about
13   everything; so --
14   Q.  All right.  But you don't recall if he
15   complained about his pay?
16   A.  That doesn't surprise me.  There isn't one
17   thing he doesn't complain about.
18   Q.  And you see you're quoted there saying that,
19   "He should then go be a garbage man" --
20   A.  Yeah.
21   Q.  -- "if he's not happy"?
22   A.  I think he said that garbagemen make more
23   money than -- than UFC fighters do.  I said, "Then go
24   be a garbageman."  Nobody's making you fight.

30  (Pages 393 to 396)

397

DANA WHITE - HIGHLY CONFIDENTIAL

1
2    Q.  Right.  Is that what you saw as the sort of
3    best alternative for Mr. Kennedy at that time?
4        MR. ISAACSON:  Objection.  Argumentative.
5        THE WITNESS:  If -- if that's what you're
6    claiming, that garbagemen make more than UFC fighters
7    do, then -- who -- who's making you fight?  Nobody's
8    making you fight.
9        And the other thing is nobody made you sign a
10   UFC contract.  You sat down, you had a lawyer, you had
11   representation, and when you signed the -- the
12   contract, you were thrilled.
13       MR. DELL'ANGELO:  Move to strike as
14   nonresponsive.
15   BY MR. DELL'ANGELO:
16       Q.  All right.  It could be -- when a fighter
17   gets injured, is the UFC obligated to pay the fighter?
18       A.  We are the only fight organization in the
19   history of the world that has health insurance for
20   fighters.
21       Q.  Okay.  But does the UFC fight -- UFC pay the
22   fighter for -- well, first of all, that wasn't always
23   true; right?  There was a time when UFC did not have
24   fighter health insurance?
25       A.  Go -- go open a yogurt stand and say, Hey, I

398

DANA WHITE - HIGHLY CONFIDENTIAL

1
2    want to -- I want to get health insurance for -- for my
3    employees and see how hard it is and how much it costs.
4    Now go in there and say, Hey, I have 500 Ultimate
5    Fighters, and I would like to get a policy on these
6    guys.  Yeah -- no.  We didn't always have it.  It
7    was -- it was a long process, a lot of work, and
8    obviously a lot of money.
9        Q.  The -- the point is it wasn't always the case
10   that UFC offered health insurance for its fighters;
11   right?
12       A.  Yeah.
13       Q.  Okay.  And if a -- if a fighter's injured,
14   UFC is not required to pay the fighter his fighter
15   purse; right?
16       A.  No.
17       Q.  Okay.  And --
18       A.  We're the only guys in the world that do it,
19   though.
20       Q.  You pay the fighter the fighter purse?
21       A.  Correct.
22       Q.  Even if they're injured?
23       A.  Yeah.  When they get injured before a fight,
24   yeah.  We're the only people on earth throughout
25   history that actually do it.

399

DANA WHITE - HIGHLY CONFIDENTIAL

1
2    Q.  In the combat sports business?
3        A.  100 percent.
4        Q.  Okay.  Are you saying that in no other
5    sport --
6        A.  No.
7        Q.  -- athletes --
8        A.  I'm saying in fight business.
9        Q.  Okay.
10       A.  In the fight business, there's never been a
11   promotor in the history of people punching each other
12   in the face where the promoter pays the fighter for not
13   fighting.
14       Q.  And when did the UFC start doing that?
15       A.  I don't know.  But it's been a long time.
16       Q.  And the -- do you recall when the UFC
17   instituted the health insurance that you're referring
18   to?
19       A.  No.  I -- I don't -- I don't remember when it
20   was done, but I know we can find out for you.
21       Q.  And -- and isn't it true that the health
22   insurance only applies to injuries incurred during a
23   bout?
24       A.  No.  So the health insurance is for them if
25   they get hurt training or, you know, however else in

400

DANA WHITE - HIGHLY CONFIDENTIAL

1
2    life they get hurt.  We cover all expenses of them
3    getting hurt in a fight.
4        Q.  In a fight?
5        A.  Right.
6        Q.  Right.  But what I'm trying to understand is
7    does it cover if the fighter gets injured in training?
8        A.  Yeah -- no.  No.  The health insurance does.
9        Q.  Well, that's what I'm -- that's what I'm
10   trying just to be clear about.  Is it your testimony
11   the health insurance covers a fighter if the fighter
12   gets injured in training?
13       A.  Correct.
14       Q.  Okay.  And does the health insurance cover
15   the fighter if the fighter gets injured in some
16   activity that has nothing to do with mixed martial
17   arts?
18       A.  I believe so.
19       Q.  Okay.
20       A.  I -- don't quote me on that one.  I don't
21   know.  But --
22       Q.  Okay.  So --
23       A.  Listen.  We structured the best policy we
24   could possibly get with an insurance company for
25   500 Ultimate Fighters.

31 (Pages 397 to 400)

445

DANA WHITE - HIGHLY CONFIDENTIAL

1    intellectual property, and other trademarks and things
2    like that?
3    A.   Correct.
4    Q.   Okay.  Not withstanding the fact that the
5    e-mail indicates that he was asking to make it
6    independent of the UFC and about his training camp?
7    A.   Right.
8    Q.   Okay.
9    A.   And it says right here:  "His fight manager
10   spoke with Dana White directly, who had no problem with
11   the behind-the-scenes production that would not be
12   released without" -- behind the scenes over at his
13   camp, not all the stuff including the UFC, which is
14   exactly what they were asking for.
15   Q.   Right.  And you -- you were not okay with
16   him, however, doing a behind-the-scenes documentary?
17   A.   Correct.
18   Q.   Okay.  You weren't okay with him doing a
19   documentary just about his training camp, were you?
20   A.   No.
21   Q.   So you were okay with him doing a documentary
22   about his training camp?
23   A.   Correct.
24   Q.   Okay.  You didn't -- you didn't say that in

446

DANA WHITE - HIGHLY CONFIDENTIAL

1    here, though; right?
2    A.   Yeah.  Because that's not what they came to
3    me with.
4    Q.   You're saying --
5    A.   This is completely not what -- what they came
6    to me with.  If he wanted to do a documentary about his
7    training camp and what he's doing, la-da-da, what do I
8    care?  It doesn't affect me at all.
9    Q.   Right.  Does the UFC compete with -- well,
10   let me withdraw that.
11   Do you know what the WWE is?
12   A.   Yes.
13   Q.   That's the World -- World Wrestling?
14   A.   Yes.
15   Q.   Okay.  Does UFC compete with WWE?
16   A.   It's -- no.  I don't think so.
17   MR. ISAACSON:  Could -- I think you should
18   define compete with for who?  I mean, eyeballs,
19   fighters, you know, et cetera.  So -- so I object to
20   form.
21   BY MR. DELL'ANGELO:
22   Q.   Have --
23   A.   They did when we were on TV.  They're -- I
24   mean, when they're on TV.  They're not on TV anymore.

447

DANA WHITE - HIGHLY CONFIDENTIAL

1    But I will tell you a story.  So we were supposed to do
2    it --
3    Q.   Just so you know --
4    A.   Well, no.  You asked me whether we compete or
5    not.
6    Q.   Yeah.
7    A.   We -- we were doing a deal with NBC.  Before
8    we went to Fox, we were right there.  The only thing
9    is, I wanted the Ultimate Fighter on USA Network,
10   right?  They said, "We can't do it without asking Vince
11   McMahon for permission."  I was like, What?  Vince
12   McMahon can tell you what and where?  They said, "Vince
13   said no."  So me and Lorenzo jumped on a plane and flew
14   out to Vince and said, "Well, Why can't we be on USA
15   Network?"  And he's like, "Do you know why?  Because I
16   don't want you on USA Network.  That's why."  So I
17   guess I would say yes.
18   Q.   You would say yes what?
19   A.   That we do compete with the WWE.  They kicked
20   us off a -- a network.  That's why we ended up with
21   Fox.
22   Q.   And when -- when did -- is that really your
23   testimony?  You ended up on Fox because the WE -- the
24   WWE --

448

DANA WHITE - HIGHLY CONFIDENTIAL

1    A.   100 percent.  Bring Vince McMahon in here and
2    put him under oath.
3    Q.   Okay.
4    A.   Bring the -- bring the head guy from NBC in
5    here and put him under oath.
6    Q.   Is it -- I just want to be clear about
7    something about your view about competing with the WWE.
8    Are you saying that -- are you now saying that the UFC
9    does compete with the WWE?
10   A.   Did I or did I not just tell you that you that
11   Vince McMahon kicked us off a network?
12   Q.   So you interpret that as competing with the
13   WWE?
14   A.   We had a deal done with NBC.  The last thing
15   that was pending was I wanted the Ultimate Fighter on
16   USA Network, and Vince McMahon said, "You're not going
17   on USA Network."
18   Q.   And when was that?
19   A.   Right before we did the Fox deal.
20   Q.   And when was the Fox deal?
21   A.   I don't know.  Seven years ago, I guess,
22   right?  I mean, we're -- the deal's up right now; so
23   it's probably seven years ago.
24   Q.   So approximately 2000 --

43 (Pages 445 to 448)

449

DANA WHITE - HIGHLY CONFIDENTIAL

1

2   A.   Whatever.

3   Q.   Excuse me, 2010?

4   A.   Yeah, maybe.  I don't know.  When

5   it -- whenever we left Spike and were looking for a new

6   deal, which I think was a seven-year deal with -- with

7   Fox, it was supposed to be with NBC.

8   Q.   And so it was -- it was certainly before

9   2014; right?

10   A.   I don't know.

11   Q.   Okay.

12   A.   But I'm glad you said that, reminded me of

13   that.

14   Q.   Yeah.  He has done a good job of coaching

15   you.

16   (Exhibit 95 marked.)

17   MR. DELL'ANGELO:  Let's mark an excerpt as

18   Exhibit 95.  This is an excerpt from March 14, 2014

19   from the UFC 171 Pre-fight Scrum in Dallas, Texas.

20   (Video clip playing.)

21   REPORTER:  Since the launch, people have been

22   comparing Fight Pass to the WWE network.  And, you

23   know, is that a fair comparison?  Do you look at it as

24   something you should compare with or is that a totally

25   different thing?

450

DANA WHITE - HIGHLY CONFIDENTIAL

1

2   MR. DANA WHITE:  Is it competition?  No.  I

3   mean, there's people that watch WWE, and there's people

4   that watch UFC.  You know, I don't care what the WWE's

5   doing.  It doesn't matter.  Good for them; I hope they

6   hit a home run, and it's -- it's very successful for

7   them.  What we're doing is completely different than

8   from what they're doing.  And, you know, you're always

9   going to have people who are going to bitch, but Fight

10   Pass has been a massive home run for us.  Huge home

11   run.

12   MR. ISAACSON:  I object to the use of the

13   excerpt as a basis for questions on the grounds of

14   completeness.

15   BY MR. DELL'ANGELO:

16   Q.   So, Mr. White, were you able to see that

17   video?

18   A.   Yep.

19   Q.   Were you able to hear it okay?

20   A.   Yes.

21   Q.   And you were depicted in that video?

22   A.   Yes.

23   Q.   Okay.  Did you make the statements in that

24   video?

25   A.   I did.

451

DANA WHITE - HIGHLY CONFIDENTIAL

1

2   Q.   Okay.  Were they -- you believe they were

3   true at the time you made them?

4   A.   Yes.

5   Q.   Do you believe that they're still true?

6   A.   No.

7   Q.   What -- what part's not true?

8   A.   Well, I just explained to you about him

9   kicking us off the -- off NBC --

10   Q.   But that was --

11   A.   -- so we had to leave and go to Fox.

12   Q.   But that was in 2000, though; right?

13   A.   And since then -- I don't know when it was.

14   And since then, you know, he's interested in a lot of

15   our people now.  You know, Rhonda Rousey was on there.

16   They're definitely interested in Conor McGregor.  We

17   have gone back and forth with Brock Lesnar.  So, yeah.

18   I would -- I would say we are in competition.

19   Q.   Now?

20   A.   Yes.

21   Q.   But in 2014, your view was that you weren't?

22   A.   Whatever I was thinking then, I don't know

23   time.  I can't tell you what I was thinking in that

24   interview.  But A lot of things change in business.

25   MR. DELL'ANGELO:  So let me -- I would like

452

DANA WHITE - HIGHLY CONFIDENTIAL

1

2   to mark as Exhibit 96 the video clip from April 16,

3   2014 of -- taken from -- it's an excerpt from

4   April -- sorry, 16, 2014 Tough Nations Finale

5   Post-fight Scrum in Quebec City, Canada.

6   (Exhibit 96 marked.)

7   (Video clip playing.)

8   REPORTER:  When it comes to Direct TV, like

9   4/16/2014 just advertising space, for instance, would

10   more of that now benefit you when it comes to promoting

11   pay-per-views with WWE not being a focal point for

12   Direct TV?

13   MR. DANA WHITE:  I -- I don't think whether

14   WWE is on there or off there it affects us one way or

15   another.  I've always said we're two completely

16   different markets.  We're, you know -- you know, is

17   there some crossover?  Sure.  There is in boxing too.

18   But I don't think with Vince being on Direct TV or

19   being off Direct -- or Direct TV it -- it helps or

20   hurts our business one way or the other.

21   BY MR. DELL'ANGELO:

22   Q.   Mr. White, is it correct that in --

23   MR. ISAACSON:  I will object to the use of

24   the video on the grounds of completeness.

25   \\\

44  (Pages 449 to 452)

453

DANA WHITE - HIGHLY CONFIDENTIAL

BY MR. DELL'ANGELO:

Q. Were you able to see the video, Mr. White?

A. Yes.

Q. Okay. It was played as Exhibit 96. And were you depicted in that video?

A. Yes.

Q. Okay. Did you make the statements that you heard after the question was asked?

A. Yeah.

Q. And did you believe those statements to be true at the time they were made?

A. Yes.

Q. Okay. And I believe you said that you've always said that the UFC and the WWE were two completely different markets; correct?

A. Right.

Q. Okay. And is -- is it your testimony that you believe there's come a time when you -- where that is no longer true?

A. Yeah.

Q. Okay. And are you saying that was in 2010 when Mr. McMahon wouldn't allow UFC to be on a particular network?

A. I don't know the exact date of that. But

454

DANA WHITE - HIGHLY CONFIDENTIAL

that happened, and there's been a lot of things that have happened between the WWE and UFC since then.

Q. And -- and you understand the clip that I -- I played was from 2014; right?

A. Uh-huh.

Q. Okay. So that's four years after you're saying Mr. McMahon --

A. Well, a lot of things have happened between me and Mr. McMahon --

Q. Right.

A. -- and Triple H and --

Q. Okay. Mr. White, do you know currently what percentage of the UFC's total gross revenues are paid to fighters?

A. I do not.

Q. Okay. Do you know at any time what percentage of the UFC's total gross revenues were paid to fighters?

A. I don't. Lorenzo would know that.

Q. Lorenzo has spoken about that publicly; right?

A. Yes.

Q. Okay. And what do you understand that -- and when you refer to "Lorenzo," you're referring to

455

DANA WHITE - HIGHLY CONFIDENTIAL

Lorenzo White -- or excuse me, Lorenzo Fertitta; right?

A. My husband, yeah.

Q. Okay. We're -- we're learning so many new things about today.

A. Yeah.

Q. Okay. When you're referring to Lorenzo, you're referring to Lorenzo Fertitta; right?

A. Yes.

Q. Okay. What is -- and what do you understand Mr. Fertitta has said publicly about the percentage of revenue that the UFC pays to fighters?

A. I don't know.

MR. ISAACSON: Objection. Calls for hearsay.

THE WITNESS: I don't -- you should ask him those questions. I don't know.

BY MR. DELL'ANGELO:

Q. Do you recall having defended statements that Mr. Fertitta has made about the percentage of revenue that the UFC paid to its fighters?

A. Yeah. But I bet you when I said it, I said, Hey, Lorenzo pointed this whole thing out. If Lorenzo knows, then I don't know.

It's just when we were talking about that lawsuit, when I clam up and I say, Yeah, you should

456

DANA WHITE - HIGHLY CONFIDENTIAL

probably talk to the lawyers about that because I don't know what I'm talking about.

MR. DELL'ANGELO: Well, Counsel, I'm going to transition at 7:30; so I'm going to suggest that we transition until tomorrow.

MR. ISAACSON: Where are we at? How much time do we have to go?

VIDEOGRAPHER: Would you like to go off the record now or I can -- I can tell you we were nine minutes short of the mark of making it eight hours.

MR. DELL'ANGELO: Okay. So we have about two hours left.

VIDEOGRAPHER: So we have two hours and nine minutes.

MR. ISAACSON: All right. Let's take a break.

VIDEOGRAPHER: This concludes Volume I of the videotaped deposition of Dana White. The time is approximately 7:25 p.m. We are going off the record.

(Thereupon, the videotaped deposition concluded at 7:25 p.m.)

45 (Pages 453 to 456)