# Exhibit 42

## ZFL-0872351

**REDACTED**

**To:** Joe Silva[jsilva@ufc.com]; Sean Shelby[sshelby@ufc.com]
**From:** Dan Farmer
**Sent:** Thur 1/15/2015 6:18:42 PM
**Importance:** High
**Subject:** Re: Fighter may be under contract
**Received:** Thur 1/15/2015 6:18:43 PM

Ok, good to hear.

Dan

**From:** Joe Silva <jsilva@ufc.com>
**Date:** Thursday, January 15, 2015 at 10:17 AM
**To:** Dan Farmer <dfarmer@ufc.com>, Sean Shelby <sshelby@ufc.com>
**Subject:** Re: Fighter may be under contract

==Jungle Fight promoter Wallid Ismael has always been very easy to work with. He wants us to take his guys.==
Joe

**From:** Dan Farmer <dfarmer@ufc.com>
**Date:** Thursday, January 15, 2015 at 1:15 PM
**To:** Joe Silva <jsilva@ufc.com>, Sean Shelby <sshelby@ufc.com>
**Subject:** FW: Fighter may be under contract

FYI....

**From:** Jamie Campione <jcampione@pilgrimstudios.com>
**Date:** Thursday, January 15, 2015 at 8:27 AM
**To:** Mayra De Leon <mdeleon@ufc.com>
**Cc:** Dan Farmer <dfarmer@ufc.com>, Trevor Landolt <tllandolt@gmail.com>
**Subject:** Re: Fighter may be under contract

copy we will look into it. NO biggie.
Thanks for the heads up.

Jamie

On Jan 15, 2015, at 5:51 AM, Mayra De Leon wrote:

> Hi! Cesar Arzamendia Gonzalez said he fought with Jungle FC a year ago and he doesn't remember if he signed a contract or not.
>
>
> Thanks,
>
> MAYRA DE LEON | EVENT COORDINATOR
>
> PO Box 26959 | Las Vegas, NV 89126
> http://twitter.com/ufc   http://facebook.com/UFC

CONFIDENTIAL                                                                                      ZFL-0872351

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

CONFIDENTIAL                                                                                                                                    ZFL-0872352