# Exhibit 43

## ZFL-0990908

**REDACTED**

| | |
|---|---|
| **To:** | Lawrence Epstein[lepstein@ufc.com] |
| **Cc:** | Kirk Hendrick[khendrick@ufc.com] |
| **From:** | Michael Mersch |
| **Sent:** | Thur 5/29/2014 2:18:15 PM |
| **Importance:** | Normal |
| **Subject:** | Re: Jon jones |
| **Received:** | Thur 5/29/2014 2:18:16 PM |

I've communicated the offer to Malki in writing and given him a 3 day deadline until Sunday at 5 p.m. to let us know one way or the other.

On 5/29/14, 10:21 AM, "Lawrence Epstein" <lepstein@ufc.com> wrote:

>Yes.
>
>Ike Lawrence Epstein
>Senior Executive Vice President and Chief Operating Officer
>Zuffa, LLC dba Ultimate Fighting Championship(UFC)
>2960 West Sahara Avenue
>Las Vegas, Nevada 89102
>
>
>Lepstein@ufc.com
>
>> On May 29, 2014, at 3:15 PM, "Michael Mersch" <mmersch@ufc.com> wrote:
>>
>> And the target date on that is Aug 30 in Las Vegas?
>>
>> I¹ll handle.
>>
>>> On 5/29/14, 4:27 AM, "Lawrence Epstein" <lepstein@ufc.com> wrote:
>>>
>>> ==We need to send him a letter formally offering the Gustafson fight and giving him a specific deadline to accept or reject. When he says no we need to extend him.== Will one of you guys handle?  Thanks.
>>>
>>> Ike Lawrence Epstein
>>> Senior Executive Vice President and Chief Operating Officer
>>> Zuffa, LLC dba Ultimate Fighting Championship(UFC)
>>> 2960 West Sahara Avenue
>>> Las Vegas, Nevada 89102
>>>
>>>
>>> Lepstein@ufc.com
>>

CONFIDENTIAL
ZFL-0990908