# Exhibit 51

ZFL-1421551

**To:** Dana White[dwhite@ufc.com]; Lorenzo Fertitta[lfertitta@ufc.com]
**From:** Joe Silva
**Sent:** Tue 4/20/2010 11:58:14 PM
**Importance:** Normal
**Subject:** Re: Nate Diaz
**Received:** Tue 4/20/2010 11:58:16 PM

I lowballed them on purpose the first offer knowing they would turn it down. How about I come back with 29+29 32+32 35+35 38+38.
If they turn it down I put him in a prelim against a really tough guy for his last fight.
Joe

Sent from my Verizon Wireless Phone

----- Reply message -----
From: "Lorenzo Fertitta" <lfertitta@ufc.com>
Date: Tue, Apr 20, 2010 7:39 PM
Subject: Nate Diaz
To: "Joe Silva" <jsilva@ufc.com>, "Dana White" <dwhite@ufc.com>

So I guess we will hang tight at the numbered offered. He should be willing to take less money from us. Plus strike force probably made that offer before shit hit the fan on saturday. He has got 5 structured bonuses in last 8 fights plus discretionary totaling 250k which he certainly won't get in strike force.

Sent via BlackBerry by AT&T

**From:** Joe Silva <jsilva@ufc.com>
**Date:** Tue, 20 Apr 2010 14:52:45 -0700
**To:** Dana White<dwhite@ufc.com>; Lorenzo Fertitta<lfertitta@ufc.com>
**Subject:** FW: Nate Diaz

> Do we let Strikeforce pay him $48,000 + $48,000 or do we give them what they want?
> He was making 24+24.
>  I offered 27+27  30+30  33+33  36+36.

**From:** Cesar Gracie [mailto:cesargracie1@yahoo.com]
**Sent:** Tuesday, April 20, 2010 4:34 PM
**To:** Joe Silva
**Subject:** Nate Diaz

33 + 33
36+36
39+39

1 year contract 42 + 42 if you can get him another fight in that year.

These numbers are substantially less than what Strikeforce will offer. They saw his last fight at 24 + 24 and alluded that he would be making twice as much with them. Nathan has instructed me that he would like to remain with the UFC and yes I am aware of the generous bonuses Dana has given Nathan.

Regards,
Cesar