# Exhibit 53

ZFL-1484034

**To:** John Mulkey[JohnMulkey@ufc.com]
**From:** Stephen Tecci
**Sent:** Thur 8/1/2013 9:46:19 PM
**Importance:** Normal
**Subject:** RE: can you update those 3 charts for total events, ppv and non-ppv?
**Received:** Thur 8/1/2013 9:46:20 PM

Event Charts All.pdf
Event Charts Non PPV.pdf
Event Charts PPV.pdf

See attached.

---

**From:** John Mulkey
**Sent:** Thursday, August 01, 2013 12:31 PM
**To:** Stephen Tecci
**Subject:** RE: can you update those 3 charts for total events, ppv and non-ppv?

You can exclude wec and strikeforce unless that takes a lot of time.

---

**From:** Stephen Tecci
**Sent:** Thursday, August 01, 2013 12:20 PM
**To:** John Mulkey
**Subject:** RE: can you update those 3 charts for total events, ppv and non-ppv?

FOR TOTAL & NON-PPV INCLUDE WEC & STRIKFORCE?

---

**From:** John Mulkey
**Sent:** Thursday, August 01, 2013 12:07 PM
**To:** Stephen Tecci
**Subject:** can you update those 3 charts for total events, ppv and non-ppv?

CONFIDENTIAL                                                                                                                    ZFL-1484034







CONFIDENTIAL   ZFL-1484035







CONFIDENTIAL                                                                                                           ZFL-1484036







CONFIDENTIAL
ZFL-1484037