# Exhibit 54

ZFL-1501599

| | |
|---|---|
| **To:** | Marshall Zelaznik[mzelaznik@ufc.com]; Sean Shelby[sshelby@ufc.com] |
| **From:** | Mark Fischer |
| **Sent:** | Fri 10/21/2011 11:05:22 AM |
| **Importance:** | Normal |
| **Subject:** | Fwd: ONE Fighting Championship |
| **Received:** | Fri 10/21/2011 11:05:24 AM |

ONEFC Press Release October 24 2011.pdf

this is interesting

Begin forwarded message:

> **From:** Victor Cui <v.cui@onefc.com>
> **Date:** October 21, 2011 5:44:57 PM GMT+08:00
> **To:** Mark Fischer <mfischer@ufc.com>
> **Subject: ONE Fighting Championship**
>
> Hi Mark,
> How are you and I hope work, life and business are doing well – I can't believe how quickly the last few months have flown by since we spoke.  It's been a very exciting period and as you may have heard the ONE FC event in September at the indoor stadium was a complete sell out.  Our sponsorship and partnerships continue to grow quickly, I'm lucky that there has been such a huge interest in ONE FC and in MMA throughout the region.
>
> I've always appreciated our discussions and I want to confidentially share with you in advance a DRAFT press release about our partnerships that we will be distributing next week.
>
> ==Unlike other organizations, ONE FC has no intent on competing with UFC and I am always open to any initiatives you may have in mind.  I believe that ONE FC is well positioned to be a feeder organization to UFC and if you have an interest in any of our fighters, I would be more than willing to offer them to UFC and support you in as many ways possible.==
>
> With our hectic schedules, we're now long overdue for another Indian dinner to catch up!  I will also give you a quick phone call later this evening and let's make plans to meet soon.
>
> Victor

CONFIDENTIAL                                                                                                                                              ZFL-1501599