# Exhibit 55

ZFL-1872579

**REDACTED**

| From | To | Time Stamp (Device time –8:00) | Text |
|---|---|---|---|
| ▮ | Dana White ▮ | 2/25/2014 7:06:43 PM | We gotta keep taking these fuckers oxygen till they tap out.  We have sacrificed too much to let anyone get traction now |

CONFIDENTIAL
ZFL-1872579