# Exhibit 57

## ZFL-1874637

**REDACTED**

| From | To | Time Stamp (Device time –8:00) | Text |
|---|---|---|---|
| Joe Silva - ▮ | ▮ | 5/10/2013 11:35:28 AM | Since I did not receive your other text I wanted to make sure I did not miss any more. If you can't get Roy to do that deal tell him instead he can fight Dos Santos June 15 in Winnipeg on his last fight for 24+24. If he turns that fight down it allows us to extend his contract. |

CONFIDENTIAL
ZFL-1874637