# Exhibit 58

ZFL-1897652 (excerpted)

**REDACTED**

| From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|
| █████ | Ed Soares <█████> | 1/10/2013 1:49:13 PM | Ball is in your court.  Where are we with Anderson? |
| Joe Silva <█████> | █████ | 1/10/2014 12:05:20 PM | Shogun good to go March 23 in Brazil against Phil Davis? |
| █████ | Joe Silva <█████> | 1/10/2014 12:36:45 PM | I'm sending you email |
| Lawrence Epstein <█████> | █████ | 1/10/2014 4:50:17 PM | Can we get Iyoto to coach. |
| █████ | Tracy Long <█████> | 1/11/2013 2:38:16 PM | How many fight left with Barnett |
| Tracy Long <+█████> | █████ | 1/11/2013 3:04:32 PM | He is fighting his last fight. |
| █████ | Tracy Long <█████> | 1/11/2013 4:18:46 PM | How many left for Cain |
| Tracy Long <█████> | █████ | 1/11/2013 4:19:51 PM | 3 |
| █████ | Joe Silva <█████> | 1/11/2014 2:53:21 PM | What's the last offer you gave to Travis Browne |
| Joe Silva <█████> | █████ | 1/11/2014 2:53:52 PM | 50 + 50<br>75 + 75<br>100 + 100<br>125 + 125<br>150 + 150<br>175 + 175<br>200 + 200<br>225 + 225<br>250 + 250<br><br>PPV   championship defense<br>$1.00 for 200K-400K<br>$2.00 for 400K-600K<br>$2.50 for in excess of 600K |
| █████ | Tara Connell <█████> | 1/11/2014 3:39:26 PM | What has JDS comp been the last few fights |
| █████ | Tara Connell <█████> | 1/11/2014 3:44:21 PM | Werdum too |
| Tara Connell <█████> | █████ | 1/11/2014 3:51:28 PM | Just emailed jds. Werdum next |
| Tara Connell <█████> | █████ | 1/11/2014 3:55:44 PM | Werdum emailed as well. |
| █████ | Tara Connell <█████> | 1/11/2014 3:57:38 PM | Do you know wedums next fight |
| Tara Connell <█████> | █████ | 1/11/2014 3:57:52 PM | Heard he might be fighting Travis Browne on the Orlando card April 19th. |
| █████ | Tara Connell <█████> | 1/11/2014 3:59:16 PM | I mean money |
| Tara Connell <█████> | █████ | 1/11/2014 4:05:07 PM | Show 125k win 50k. No LOA. Ppv championship defense. |
| █████ | █████ <█████> | 1/11/2014 4:16:40 PM | Cain? |
| Tara Connell <█████> | █████ | 1/11/2014 4:23:02 PM | Cain's next fight - show 400k; LOA 600k plus Ppv. |
| █████ | Tara Connell <█████> | 1/11/2014 4:24:35 PM | What was Weidman 200+200 plus ppv? |
| Tara Connell <█████> | █████ | 1/11/2014 4:39:07 PM |   Yep. I can do it now Watcha need ? |

Page 1 of 178

CONFIDENTIAL

ZFL-1897652

| From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|
| Dana White < > | | 2/24/2014 7:05:09 PM | I hope vegas |
| | Dana White < > | 2/24/2014 7:06:05 PM | Rousey/Carano main<br>Chael/Wand co main<br>July 4 |
| Dana White < > | | 2/24/2014 7:06:37 PM | In vegas boss |
| Dana White < > | | 2/24/2014 7:09:03 PM | No weidman vs vitor? I think we need that |
| | Dana White < > | 2/24/2014 7:09:28 PM | That is scheduled for Memorial Day weekend |
| | Joe Silva < > | 2/24/2014 7:18:22 AM | No those are not the terms we did not match the bellator offer |
| | Joe Silva < > | 2/24/2014 7:19:18 AM | Ours was deemed a better offer due to our history of ppv and him on tuf |
| Joe Silva < > | | 2/24/2014 7:19:28 AM | Good for us actual money-wise but tough perception-wise in that people think we gave him want he wanted and now others will demand the same. |
| | Joe Silva < > | 2/24/2014 7:29:23 AM | Who is still on one fight besides Ellenberger |
| Joe Silva < > | | 2/24/2014 7:33:37 AM | Munoz. Both have same manager.<br>Carmont<br>Rich Franklin<br>Wanderlei<br>Jacare<br>Tiequan Zhang |
| Dana White < > | | 2/24/2014 8:26:51 AM | i have 1 more FYI for u. I'm reaching out to Gina Corano to c if she would like to fight Ronda. Thats a HUGE fight. |
| Acupuncture Mulkey < > | | 2/25/2014 4:30:18 PM | Monster signs w bellator. |
| Dana White < > | | 2/25/2014 7:00:04 PM | ==Bro, u know i love u to fukn death as it is but what u pulled off this week with Melendez and "other dude" is fukn BAD ASS! Fukn cut throat nasty busines== |
| Dana White < > | | 2/25/2014 7:00:06 PM | ==s like u see in movies!! Good shit homie, CONGRATS== |
| | Dana White < > | 2/25/2014 7:06:43 PM | ==We gotta keep taking these fuckers oxygen till they tap out. We have== |
| Dana White | | 2/25/2014 7:20:19 PM | ==I agree! U r 100% correct and i LOVE IT== |
| | | 2/25/2014 8:43:15 AM | Hi Lorenzo: does nick Diaz have fights left on his UFC deal? Any shot of him getting the Hendricks lawler winner? |
| | Tracy Long < > | 2/25/2014 9:11:06 AM | How many fights does nick Diaz have left |
| | | 2/25/2014 9:16:46 AM | When he retired we suspended his agreement. He was on his 4th fight. So 5 fights left (8 fight deal) |
| | | 2/25/2014 9:18:02 AM | He's under a long term deal. I don't know what he wants to do. He lost his last fight to GSP. |
| Lawrence Epstein < > | | 2/26/2013 11:53:47 AM | Can't cut Hendo. |
| | Lawrence Epstein < > | 2/26/2013 11:54:06 AM | Why no cut clause |
| Lawrence Epstein < > | | 2/26/2013 11:58:01 AM | 2 fights left. Did a 4 fight deal with no termination for loss. We wanted a longer deal but he refused and wanted no cut. We were planning on him fighting for a title against jones. He wasn't going to sign if the fights weren't guaranteed. |

CONFIDENTIAL                                                                                           ZFL-1897726