# Exhibit 63

ZFL-2277058 (excerpted)

# Q4 2010
# Zuffa Financial Review



Confidential

# Fighter Compensation
## For the Twelve Months ended December 31, 2010





Confidential

ZFL-2277069