# Exhibit 64

ZFL-2279086 (excerpted)



Confidential

ZFL-2279086





Confidential                                                                                                                                    ZFL-2279091