# Exhibit 67

ZFL-2463304 (excerpted)



# Confidential Information Memorandum
## Explosion Entertainment, LLC - Operator of Strikeforce
### *Prepared by Inner Circle Sports LLC*

INNER CIRCLE SPORTS LLC
GLOBAL ADVISING, FINANCING & INVESTING

i

percentage of revenue than in many other professional sports.  Lastly, Strikeforce has been able to produce relevant, profitable events with very lean overhead, employing only [xx] full-time staff.

*4. Opportunity to Provide a Counterweight to the UFC*

Despite the success and growth of the UFC, there remains a significant opportunity for a competing organization to thrive due to both the overall MMA industry growth and the challenges facing the UFC in maintaining their market share.  While several organizations have previously tried to position themselves the clear number two promotion, none proved successful given the fragmented nature of the market.  As 2009 saw the folding and/or acquisition of many of these organizations, Strikeforce has emerged as the world's second most prominent promotion, with sufficient size and assets to maintain and improve its position.  ~~Creating opportunity is the fact that the UFC has tenuous relationships with several key MMA constituents, including fighters, sponsors, fans and network broadcasters.~~  As a result, the MMA industry is prepared for an organization to challenge the UFC's market leadership.  Through its understanding of the sports' fan base and relationships with fighters, distribution partners and sponsors, Strikeforce has begun to capitalize on these opportunities.

*5. Strong Management and Ownership Expertise*

Strikeforce's Founder and CEO, Scott Coker, who currently owns a 50% stake in the Company, has [25] years of experience promoting martial arts events and has built a very strong reputation throughout the MMA industry.  Through his extensive relationship network across key MMA constituents, Mr. Coker is uniquely qualified to drive Strikeforce's future growth.  SVSE, which owns the remaining 50% of Strikeforce, has owned the San Jose Sharks, a professional hockey team that plays in the NHL, since 2002 and has operated the city-owned HP Pavilion at San Jose, a 19,000 seat sports and entertainment arena, for the same period.  Many SVSE executives have significant experience with the Sharks which predates the current ownership group.  SVSE has a track record of organizing a wide variety of successful, profitable live events, including hockey games, concerts, tennis tournaments, professional boxing events, family shows and numerous others.  The business relationship between Strikeforce and SVSE allows the Company to tap into and utilize a broad array of experience, expertise and relationships in order to facilitate its rapid growth.   SVSE's resources and expertise that are of particular benefit to Strikeforce include the following categories: event presentation/facilities management, marketing/advertising, finance/human resources, ticket sales and media relations.

*6. Capital Raise Helps Mitigate Risk Factors*

Strikeforce intends to use much of the proceeds from the proposed capital raise to mitigate any potential risk factors.  The Company is preparing to further invest in its fighter pool to ensure that it retains key current talent and adds exciting up-and-coming and free agent fighters.  Additionally, the Company intends to invest in marketing and branding activities that will drive increased fan awareness and in organizational development and expansion efforts that will help the Company build deeper relationships across the set of MMA constituents.  All of these actions will further solidify Strikeforce's position as a premier MMA promotion and will create a virtuous cycle in which the Company becomes increasingly more attractive to fighters, looking for top opponents and broad exposure, and to sponsors, media and fans, looking for the most compelling MMA talent and matchups.



**Strikeforce Overview**

**4.1 History**

Strikeforce was founded in 1985 as a regional kickboxing organization by San Jose-based martial arts instructor Scott Coker, just 21 years old at the time.  *[need more info on Scott's bio and K-1 partnerships and ties with ESPN, MGM and Japan]*  In 2005, Strikeforce partnered with Silicon Valley Sports & Entertainment ("SVSE"), owner of the San Jose Sharks and HP Pavilion, to co-promote a kickboxing event at the HP Pavilion.  Following the rising popularlity of MMA and the transition of many kickboxers to the sport, Strikeforce promoted its first MMA event in March 2006.  The event, also held at the HP Pavilion and the first sanctioned MMA event in California, was headlined by veterans Frank Shamrock and Cesar Gracie and drew a then-record attendance for MMA in the U.S. of 18,265.  The paid attendance of 17,465 for the event remains a U.S. MMA record.  In May 2008, SVSE purchased a 50% stake in Strikeforce, cementing the partnership between the two organizations.

Following the success of its inaugural event, Strikeforce continued to promote MMA events in and around California, including two invite-only events at the Playboy Mansion.  The promotion held its first event outside of California in Tacoma, WA in February 2008 and has followed with 16 events in California and four other major events outside of California: Denver, CO (October 2008), St. Louis, MO (June 2009), Chicago, IL (November 2009) and  Miami, FL (January 2010).  In early 2008, Strikeforce became the first MMA promotion featured on U.S. network television, airing a weekly late-night highlights show on NBC.  In addition, in August 2009 Strikeforce became the first major promotion to headline an MMA event with a women's bout, drawing an average television audience on Showtime of over 575,000 and peaking with over 850,000.  The most recent event in Miami drew an impressive 517,000 on Showtime, while the Chicago event was the promotion's first to be televised on CBS and drew a peak audience of nearly 5.5 million.



Underpinning this success has been several transformational events that have allowed Strikeforce to quickly accelerate its growth.  In February 2009, Strikeforce purchased the assets, including the video library and many fighter contracts, from ProElite, owner of the defunct EliteXC promotion.  Strikeforce gained access to a significant amount of top-tier talent, including Gina Carano, Nick Diaz, Jake Shields and Robbie Lawler.  This transaction also opened the door for Strikeforce to partner with CBS and Showtime for television distribution, as both organizations had formerly been engaged with EliteXC.



Secondly, in August 2009, Strikeforce signed formal alliances with the Russian promotion M-1 Global and Japanese promotion Dream.  The agreement with M-1 coincided with Strikeforce signing two M-1 superstars: Fedor Emelianenko, considered by many to be the world's best MMA fighter, and Gegard Mousasi, renowned kickboxer and current Strikeforce light heavyweight champion.  The alliance with Dream allows for the sharing of talent between the organizations, creating international exposure for many top Strikeforce fighters and granting Strikeforce access to some of the world's most talented international fighters.

The transformations of 2009 leave Strikeforce as one of the most credible and talent-laden MMA organizations in the world.  In addition to a deep roster of men's talent, Strikeforce boasts far-and-away the most talented and compelling women's division in the world.  Strikeforce also has a strong distribution relationship with Showtime, and its partnership with CBS makes it the only MMA promotion that airs on network television in the U.S.  As a result of this partnership, several key Strikeforce fighters will be featured on primetime episodes of hit shows *NCIS: LA* and *Entertainment Tonight* in the spring of 2010, further enhancing the Company's brand visibility. Additionally, the selection of Strikeforce as the main promotion in Electronic Arts' forthcoming MMA video game will also continue to increase brand awareness among the target fan base.  Lastly, Strikeforce's relationship with other MMA promotions, as well as most of the world's best MMA gyms, ensures that it will continue to promote high-caliber events.



