# Exhibit 69

ZFL-2469208

**To:** Shannon Knapp[sknapp@strikeforce.com]
**From:** cokeriec@aol.com
**Sent:** Fri 7/24/2009 10:44:48 PM
**Importance:** Normal
**Subject:** Re: goldenboy (marquez vs mayweather)
**Received:** Fri 7/24/2009 10:44:59 PM

you can be princess mma!  lol
things always have a way of working themselves out the way they are suppose to.
no worries,
sc

> Lol! Great analogy! Can I be princess mma?...lol
>
> I would have never thought Todd would have done the deal without telling M-1

-----Original Message-----
From: Shannon Knapp <sknapp@strikeforce.com>
To: cokeriec@aol.com
Sent: Sat, Jul 25, 2009 12:42 am
Subject: Re: goldenboy (marquez vs mayweather)

Lol! Great analogy! Can I be princess mma?...lol

I would have never thought Todd would have done the deal without telling M-1

----- Original Message -----
From: cokeriec@aol.com <cokeriec@aol.com>
To: Shannon Knapp
Sent: Fri Jul 24 15:26:43 2009
Subject: Re: goldenboy (marquez vs mayweather)

lol.  tell apy that affliction took the easy way out.  now its ufc and strikeforce.
if we cant battle these guys,  its over for the mma industry.  ufc will be the only one left.
we re the last chance otherwise fighters purses will go down if ufc is the only one.
we re luke skywalker and ufc is darth  vader and the death star!  lol
you might as well tell bob cook now
keep digging on the affliction-ufc deal points!
sc


    Apy is on his way to beat Tom up...lol I hear he is super mad.

    This is a bad deal and has made me sick. I hate betrayal. I will find out
more.
    Let me see what I can find out on Horodecki. Bob and I are working on
    strategies.


-----Original Message-----
From: Shannon Knapp <sknapp@strikeforce.com>
To: cokeriec@aol.com
Sent: Sat, Jul 25, 2009 12:21 am
Subject: Re: Fwd: goldenboy (marquez vs mayweather)


Apy is on his way to beat Tom up...lol I hear he is super mad.

This is a bad deal and has made me sick. I hate betrayal. I will find out more.
Let me see what I can find out on Horodecki. Bob and I are working on
strategies.


----- Original Message -----
From: cokeriec@aol.com <cokeriec@aol.com>
To: Shannon Knapp

CONFIDENTIAL                                                                                    ZFL-2469208

```
Sent: Fri Jul 24 15:17:22 2009
Subject: Fwd: goldenboy (marquez vs mayweather)
```

what a difference two weeks makes! lol

```
-----Original Message-----
From: Todd Beard <todd@remetee.com>
To: Chris Lisk <lisk@afflictionclothing.com>
Cc: Bruce Binkow <bruce@goldenboyllc.com>; tom atencio <tom@afflictionclothing.com>;
Eric Foss <eric@afflictionclothing.com>; clifton chason <clif@afflictionclothing.com>;
Larry Beard <larry@afflictionclothing.com>; Donald Trump Jr.
<djtjr@trumporg.com>; Pamela Rogers <pamela@pamelarogerspr.com>; Bob Trieger
<bobtfcp@hotmail.com>; Tracy Hess <tracy@afflictionclothing.com>; Courtney Dubar
<courtney@massiveinc.com>; Gary Brody (AOL) <garyjbrody@aol.com>; Jeff
<jeffebrody@aol.com>; Rob Otto <rob@afflictionclothing.com>; Roy Englebrecht
<boxing77@aol.com>; Fedor Emelianenko <vadim@mixfight.ru>; Steven Bash
<bashlaw@gmail.com>; Mike Bassiri <mb@bassirilaw.com>; Joost Raimond
<joost.raimond.m1@gmail.com>
Sent: Wed, Jul 1, 2009 5:56 am
Subject: goldenboy (marquez vs mayweather)
```

hey everyone,

goldenboy, has been very generous, and offered affliction to be the official

event sponsor for the mayweather vs marquez (huge pay per view),

the fight is scheduled for september 19th!

here is the great news (as if thats not enough), the UFC has a pay

per view scheduled the same night!

so i can put this in perspective (for non boxing fans), no matter who is on

the card for UFC, marquez vs mayweather will handily win the pay per view

battle! not to mention, UFC has never gone head to head with a big boxing

event!

the trade off for this opportunity is that goldenboy would like us to help promote

this event with our retailers, by creating 3 event tee's that will have event

hangtags promoting fight, and whatever else we can do to melt down the

ufc in the media (they are going to lose it, this will be a media blitz)!

not to mention, this will be a great promotional vehicle for trilogy!

all idea's for marketing are welcome!

eric, we will need 3 styles asap (for approval)

tom and tracy, please get a contract to goldenboy for royalties!

everyone this is very confidential,

please do not mention to anyone

until finalized!

thanks

todd
=

CONFIDENTIAL                                                                                                              ZFL-2469209