# Exhibit 77

## ZFL-2544572

**REDACTED**

**To:** Lorenzo Fertitta[lfertitta@ufc.com]
**Cc:** Dana White Jr[danawhitejr@ufc.com]; Lawrence Epstein[lepstein@ufc.com]
**From:** Joe Silva
**Sent:** Thur 4/2/2015 3:02:32 PM
**Importance:** Normal
**Subject:** Re: Phil Davis/Bellator
**Received:** Thur 4/2/2015 3:02:33 PM

53+53.
Too much.
No one wants to see him fight.
He is extremely boring.
All he can do is hold people down.
Joe

---

**From:** Lorenzo Fertitta <lfertitta@ufc.com>
**Date:** Thursday, April 2, 2015 at 11:00 AM
**To:** Joe Silva <jsilva@ufc.com>
**Cc:** Dana White <danawhitejr@ufc.com>, Lawrence Epstein <lepstein@ufc.com>
**Subject:** Re: Phil Davis/Bellator

What were we paying him

Sent from my iPhone

On Apr 1, 2015, at 10:45 PM, Joe Silva <jsilva@ufc.com> wrote:

Thanks,
Joe
Sent from my iPhone

Begin forwarded message:

> **From:** bob <crazybobcook@hotmail.com>
> **Date:** April 2, 2015 at 1:44:08 AM EDT
> **To:** Joe Silva <jsilva@ufc.com>, Reed Harris <rharris@ufc.com>
> **Subject: Fwd: Phil Davis/Bellator**
>
> Not sure who to send to with Mersch gone this offer is for Phil from Bellator as per his matching period
>
> Bob Cook
> *Principal*
> 5 River Park Place West #203
> Fresno, CA 93720
> [redacted]
>
> *Sports Entertainment Management*
>
> Begin forwarded message:
>
> **From:** "Chou, Richard" <rich@bellator.com>
> **Date:** April 1, 2015 at 10:10:18 PM PDT

CONFIDENTIAL                                                                                                           ZFL-2544572

**To:** Bob Cook <crazybobcook@hotmail.com>
**Subject:** Phil Davis/Bellator

Hey Bob,

Here is our offer for Phil Davis:

6 fights 24 months
65/65 up by 3/3
$50k signing bonus
$50k yearly bonus each term year or upon completion of 3 fights
$50k champ bonus only as champ including title fight
-Gate Participation bonus: Over $1.2 million = 5% payable to fighter so long as he is on the main TV card
-Fighter gets merchandise booth to sell his merchandise at any event he is fighting on
-Fighter can participate in Premier Boxing Championship and Glory Kickboxing

-Ratings escalator bonus:
P18-49
1.0 $50K
1.5 $75K
2.0 $100K
2.5 $150K
3.0 $200K
Rating has to be a average of the entire fight and not just the peak. Only applies to tent pole events.

-No sponsor tax, fighter is allowed to have his own sponsors so long as they don't conflict with existing Bellator sponsors.

Let me know if you have any questions.

Thanks,
Rich



Rich Chou • VP of Talent Relations • Bellator MMA
2600 Colorado Avenue • Santa Monica, CA 90404
• BELLATOR.COM • Facebook • Twitter

This communication, including any attachments, is intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained herein is strictly prohibited and may be illegal. This is not a research report, nor a product of any research department. Bellator Sport Worldwide, LLC and its affiliates reserve the right to monitor, review and archive the content of all electronic messages sent and/or received by any of its employees.

<image001.png>

CONFIDENTIAL                                                          ZFL-2544573