# Exhibit 78

ZFL-2700585 (excerpted)



CONSULTING. OUTSOURCING. INVESTMENTS.



# Fighter Pay Assessment
## Summary Market Analysis
September 3, 2014

**DRAFT – 9/03/14**

**Cathy Shepard, CCP**
**Brant Shelor**
**Patrick Ro**
**Max Chambers**
Los Angeles



# Aggregate Athlete Compensation as a Percentage of Annual Revenue

## UFC's athlete pay as a % of revenue is above other event-based organizations, well below team-based ones, and in between the 25th %ile and median of the overall comparator group



MERCER

10