# Exhibit 79

ZFL-2757165

**REDACTED**

**To:** Tracy Long[tlong@ufc.com]
**From:** Michael Mersch
**Sent:** Thur 10/11/2012 8:04:25 PM
**Importance:** Normal
**Subject:** Re: Nate Diaz - Superseding Promotional Agreement, Ratification, UFC on Fox Bout Agreement
**Received:** Thur 10/11/2012 8:04:26 PM

cool

---

**From:** Tracy Long <tlong@ufc.com>
**Date:** Thursday, October 11, 2012 4:55 PM
**To:** Michael Mersch <mmersch@ufc.com>
**Subject:** RE: Nate Diaz - Superseding Promotional Agreement, Ratification, UFC on Fox Bout Agreement

Dana texted me the e-mail address yesterday and then called me. He said it was Nate's lawyer. Dana said to send him the 6-fight Promo. He said to just cross off the 8 fight and make it 6 fight so that he knew that we were reducing. I told him how about if I modify and explain in the e-mail, as I did below, that we changed it to 6 fights and he lost the two highest compensation amounts in each level. Dana said he told the lawyer (who by the way I do not have any information, other than an e-mail address that Dana texted to me, that Nate had 3 choices:

1. Fight under his previous agreement at 45 + 45
2. Sign the modified 6-fight Agreement and Bout Agreement
3. He gets pulled and Anthony Pettis gets a shot at the Title

That is what I did. Dana then called me at home last night to be sure I sent before he called the lawyer again.

That is all I know.


**TRACY LONG | LEGAL AFFAIRS MANAGER**
 & EXECUTIVE ASSISTANT TO IKE LAWRENCE EPSTEIN, EVP & GC
 & EXECUTIVE ASSISTANT TO MICHAEL MERSCH, SVP & AGC
ULTIMATE FIGHTING CHAMPIONSHIP
PO Box 26959 | Las Vegas, NV 89126

http://twitter.com/ufc   http://facebook.com/UFC

---

**From:** Michael Mersch
**Sent:** Thursday, October 11, 2012 12:51 PM
**To:** Tracy Long
**Subject:** FW: Nate Diaz - Superseding Promotional Agreement, Ratification, UFC on Fox Bout Agreement

What's up with this? Who is jdt@lawgm.com?

---

**From:** Tracy Long <tlong@ufc.com>
**Date:** Wednesday, October 10, 2012 9:52 PM
**To:** "jdt@lawgm.com" <jdt@lawgm.com>
**Cc:** Michael Mersch <mmersch@ufc.com>
**Subject:** Nate Diaz - Superseding Promotional Agreement, Ratification, UFC on Fox Bout Agreement

Attached please find Nate Diaz's Superseding Corporate Promotional Agreement, Ratification and Bout Agreement for UFC on Fox. The original deal, which was agreed to, was for 8 fights and that is what was sent. Per Dana, we have modified the Agreement to 6 fights.

Please note that the previously sent 8-fight Agreement ran to $100,000 to show and $100,000 to win (if winner of the first Bout under the Agreement) or $95,000 to show and $95,000 to win (if not declared the winner of the first Bout under the Agreement). Now the two tiers max out at $90,000 to show and $90,000 to win (if winner of the first Bout) OR $85,000 to show and $85,000 to win (if not declared the winner of the first Bout).

If you have any questions, please do not hesitate to contact myself or Michael Mersch (mmersch@ufc.com).

CONFIDENTIAL                                                                                                                 ZFL-2757165

**UFC**
**TRACY LONG | LEGAL AFFAIRS MANAGER**
  **& EXECUTIVE ASSISTANT TO IKE LAWRENCE EPSTEIN, EVP & GC**
  **& EXECUTIVE ASSISTANT TO MICHAEL MERSCH, SVP & AGC**

ULTIMATE FIGHTING CHAMPIONSHIP
PO Box 26959 | Las Vegas, NV 89126

http://twitter.com/ufc  http://facebook.com/UFC

CONFIDENTIAL                                                                                                                                                     ZFL-2757166