# Exhibit 81

ZFL-12535916

**REDACTED**

**To:** John Mulkey[JohnMulkey@ufc.com]
**From:** Kirk Hendrick
**Sent:** Thur 11/21/2013 3:08:24 AM
**Importance:** Normal
**Subject:** Re: Invicta
**Received:** Thur 11/21/2013 3:08:26 AM

I think Lorenzo and Dana are trying to help her out and trying to keep the women's minor league intact.

On Nov 20, 2013, at 6:09 PM, "John Mulkey" <JohnMulkey@ufc.com> wrote:

> This feels like a way for her to monetize an asset that will be worthless the moment she shuts her doors, which she probably knows is in a few weeks. Do we really need the aggravation in the meantime?
>
> -from the peanut (allergy) gallery
>
> ---
> **From:** Denitza Batchvarova
> **Sent:** Wednesday, November 20, 2013 1:41 PM
> **To:** Kirk Hendrick
> **Cc:** Sean Shelby; Lawrence Epstein; Michael Mersch; Nakisa Bidarian; Tim Bellamy; John Mulkey
> **Subject:** Re: Invicta
>
> We would need to discuss among us what is the best way to execute the transaction.
> I do not intend to discuss transaction specifics with her tomorrow. My idea was to get the diligence items we are still missing. And once we're know how we want to structure the deal, we'll propose that to her.
>
> We should set up a meeting internally to discuss next steps.
>
>
> -------- Original message --------
> From: Kirk Hendrick <khendrick@ufc.com>
> Date: 11/20/2013 1:32 PM (GMT-08:00)
> To: Denitza Batchvarova <dbatchvarova@ufc.com>
> Cc: Sean Shelby <sshelby@ufc.com>,Lawrence Epstein <lepstein@ufc.com>,Michael Mersch <mmersch@ufc.com>,Nakisa Bidarian <nbidarian@ufc.com>,Tim Bellamy <tbellamy@ufc.com>
> Subject: Re: Invicta
>
>
> To clarify:
> Would we be proposing to pay a fee to Invicta for the right to assume (and thereafter pay for) all of the fighter contracts in the 115lbs division?
> And Invicta would have to rep and warrant that upon payment (or within X number of days) all contracts would be assigned to Zuffa without any contingencies from the fighters?
>
> Also, please note that it is always preferable for us to have UFC fighters execute our UFC promotional and bout agreements.
>
> Finally, we will need to decide if all of the fighters must pass a physical and sign our UFC Code of Conduct before being allowed to compete in the UFC.
>
> On Nov 20, 2013, at 1:13 PM, "Denitza Batchvarova" <dbatchvarova@ufc.com> wrote:
>
>> All,
>>
>> Dana spoke with Shannon yesterday and said she's feeling better about the idea of us buying the 115 division.
>> I reached out to her and we have scheduled a call for tomorrow at 11am.

CONFIDENTIAL                                                                                                    ZFL-12535916

I am still working under the assumption that our goal is to buy the 115 division from her, so when I talk to her tomorrow I will ask for all contracts with the fighters in that division.

Please let me know if plans have changed.

If anyone else wants to join the call, please let me know.

I imagine we would have to come to an agreement relatively soon (over the next week or so) given her event is Dec 7th.

Thank you,
Deni

---

**From:** Sean Shelby
**Sent:** Friday, November 15, 2013 7:54 AM
**To:** Denitza Batchvarova
**Cc:** Lawrence Epstein; Michael Mersch; Nakisa Bidarian
**Subject:** Re: Invicta

Shannon and I have a call set up for this morning. I'll share any new info as I receive it.
On Nov 15, 2013, at 7:06 AM, "Denitza Batchvarova" <dbatchvarova@ufc.com> wrote:

> All,
> I emailed Shannon and her General Counsel on Wednesday right after we met asking for the number of fights remaining on the contracts and compensation (if they are willing to share) for all of their fighters. I haven't heard back from them yet. I sent them a check-in email today as well.
>
> Will keep you posted if I hear from them. Sean, let me know if you were able to get a hold of that information already.
>
> Regards,
> Deni
>
> Denitza Batchvarova
> Senior Director, Investment and Strategy
> **Ultimate Fighting Championship**