# Exhibit 89

ZUF-00284193



UFC PRESIDENT DANA WHITE RENDERED IN TEXT FROM SOME OF HIS OWN TWEETS FROM JANUARY TO AUGUST 2010

1 UFC MAGAZINE October • November 2010

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11

ZUF-00284193

# THE TWITTER Q&A

# DANA WHITE

## FOR THE FANS BY THE FANS

We conducted our first fan Q&A with **Dana White** entirely through Twitter. You guys had questions for the UFC prez; here are the answers.

By SETH KELLY   Illustration by STEVE YEE



In February this year, Dana White hit a major milestone, passing 1 million followers on Twitter. It's an impressive feat that speaks to the passion of the UFC fan base. It also adds another layer of access to the UFC. No other sport sees the kind of interaction between the participants and the spectators. And that was before social media services like Twitter turned your BlackBerry into a device that can basically text 1-million-plus people at a time. Today fans have access to everyone from rising prospects to reigning champions. And, as you can see, you guys have access to Dana White. We asked the fans to send in their questions and, after a couple of days sifting through the responses, threw the questions at Dana. Here's what he had to say.

**@WHY4TT: Do you think the lack of willingness for UFC fighters to fight their teammates will hurt the UFC in the future?**
**Dana White:** It drives me crazy when guys start talking about who they will and will not fight. Back when we did less shows, we only allowed one fighter from a camp per weight class in each show. If we did that now that would deny a lot of fighters opportunities, so if they want to stay in the UFC, they are going to have to fight whoever makes sense. ⮕

2

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11

ZUF-00284194





**Q** **@DJCHRISPY:** How would you have handled the **Pacquiao vs. Mayweather** situation if both guys were UFC fighters?

**A** That kind of stuff never would have happened in the UFC. They had a chance to put on a **great fight that the fans wanted, and they blew it.** If they were both in the UFC, there's no way that fight doesn't happen. It's that simple.

**@jd3uc3: Whose fighting style do you think is the best? Who is changing the game with the way they fight?**
I can tell you that guys like Jon Jones and Junior dos Santos present a lot of problems for opponents. Chael Sonnen showed what an elite wrestler can do against Anderson Silva, right up until he got submitted. The thing is that the game is still evolving. Now we've got guys coming in like Rory McDonald and John Hathaway who don't come from a specific fighting style like wrestling or Muay Thai. We're looking at the next generation of pure MMA fighters.

**@transitshawn: Would you ever set up a UFC fight based on fans voting on Twitter?**
There are so many factors that go into making a fight. No one really understands that (VP of talent relations and matchmaker) Joe Silva has one of the hardest jobs in the UFC when it comes to putting on consistently exciting fights and finding challengers for our champions. I'm not sure if deciding a bout by fan votes would be totally fair to the fighters involved. I'm never going to say never, but I don't see that happening.

**@Swolepenguin: Will I ever see Jon Jones versus Anderson Silva in this lifetime?**
It depends on how long you live. I don't know, man. As of now Anderson says he is happy staying at 185. And he's got to worry about a rematch with Chael Sonnen before moving around weight classes again. Jon Jones is a big 205er. He's also very young and could possibly move up to heavyweight.

**@stonerjack: What's the hardest part of your job? How tough is it cutting fighters you like?**
Constantly being on the road away from my family is the worst part, but it's followed very closely by having to let go of fighters. It's never easy, and it's not some-

**Q** **@hmKuldell:** How can we get a better scoring system and less **mysterious judging** in MMA?

**A** Let me say this loud and clear: The UFC has no control over the judging, the selection of the judges, or the referees. Zero. Every official in and around the Octagon is **under the jurisdiction of the local athletic commission.** We work very hard to try and improve the situation. It would help if fans reached out to their state commissioners and started the process. Nothing would make me happier.

thing I take lightly. These guys sacrifice so much to their sport, it's incredible.

**@theJackal24: Do you think the sport will ever make it into the Olympics?**
I don't see why it shouldn't make the Olympics. Judo, tae kwon do, boxing, and wrestling are all Olympic sports, and they are all elements of mixed martial arts. I'm not focusing on getting MMA into the Olympics, but I hope it happens. It's something I'd like to see.

**@BiggBDogg: With the success of the UFC does the UFC plan on creating a "minor league" so that guy who are not up to TUF level can be bred into star athletes?**
All the other shows out there act as minor leagues for the UFC. Guys get their experience and build their confidence in the other shows, and if they are successful enough we bring them into the UFC. It's as simple as that.

**@Lordcoup: Would the UFC ever consider a pride grand prix style tournament for a UFC title?**
Tournaments are cool on paper. But in reality, fighters always end up getting injured and dropping out, or it's not fair because one guy had an easy match, while another guy has a war that goes the distance, and then they have to fight each other.

**@e3jeremey: What do you think it will take to fix the decline of MMA in Japan right now and would you bring the UFC there?**
I want to get the UFC in Japan. When we bought PRIDE in 2007 we had every intention of keeping it going. We had a

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11
ZUF-00284195









vision for the Super Bowl of MMA between UFC and PRIDE champs. Obviously that didn't work out. It's going to take a while, but I believe one day we will hold UFCs in Japan and be very successful there. It's just going to take time.

**@Lisa_Noelle_: Do you think if MMA were a high school sport there would be less violence in the schools?**
Any sport with the right supervision and coaching is good for kids. If MMA became a regular gym class, I think it would definitely make kids less violent. With a couple of exceptions, nearly every UFC fighter I know is a mellow guy outside the cage. They've got nothing to prove, because they know what they can do.

**@Mikey_Vega: If Huerta was still a UFC fighter would you still have been as OK with him beating up a guy in the street for hitting a girl?**
I do not condone fighting in public, but I will say the guy who hit that girl had it coming.

**Q @MMACuda: What are your thoughts on the double weigh in issue?**

**A** I don't like the idea. Fighters know their bodies and how **to properly cut weight.** Throw in another weigh-in and you're going to have guys competing who didn't have the time to properly rehydrate.

**@jd3uc3: You were quoted saying Anderson Silva was the best pound-for-pound fighter in the UFC. Given recent issues, is that still true to you?**
I may not have always liked Anderson's performances, but there has never been any doubting his talent. Chael Sonnen just beat him up for nearly five full rounds in Oakland, but even with a broken rib Anderson came back and finished him. That's what great fighters do. He is the pound-for-pound best.

**@rfilsinger: If there is one rule change you could make what would it be?**
I've said it before that I am good with knees to the head of a grounded opponent. But we're still in the process of sanctioning every state. That's got to happen before we try to make any big changes to the unified rules. Overall I really think the rules are fine. I would like to see the level of refereeing and judging improve, which I am sure will happen in time.

**Q @headstomp31: Do you miss seeing more single-discipline** fighter matchups in MMA?

**A** Absolutely not. It's hard for me to watch those old fights. They made an impact, but they also dug the sport into a hole that was pretty damn tough to get out of. Saying the sport has evolved doesn't give proper credit to the athletes. **I don't want to see a karate guy take on a sumo.** I want to see guys who have the entire skill set to compete.

**@tinygirl88: Do you think that the UFC will ever be open to a female fighting division?**
I have a lot of respect for female MMA fighters, but right now the talent pool is too shallow. If there comes a day when the talent pool is decent enough for us to create a quality division, we'll do it.

**@steffpugh: Who do you think is the best replacement for you after you retire?**
I don't know anyone crazy enough to want to do this job! It would have to be someone with a tremendous passion for this sport and the ability to get by on four hours of sleep a night!

**@lazjuarez: How many times after the buy-out of SEG did you question the sports survival and acceptance?**
I never gave up on this sport. Now, there were some times when things looked pretty bleak, but we pulled through the dark days. There is no doubt in my mind that one day this will be the biggest sport in the world.

**@Vee_Mo: In your opinion, what makes a successful and great fighter?**
For me it's heart. There are a lot of guys who excel when things are going their way but crumble at the first sign of adversity. The guy who never quits, who never stops trying to win, no matter how bad things seem, that is the guy with the potential to be great.

---

*Fans who had a question used in this story will each receive a signed copy of* UFC *Magazine's premiere issue. The grand prize, travel and tickets for two to a UFC event in 2011, goes to @hmKuldell.*

UFC 4

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11

ZUF-00284196