# Exhibit 91

ZUF-00325418

| | |
|---|---|
| **From:** | Joe Silva |
| **Sent:** | Monday, January 03, 2011 5:51 AM |
| **To:** | D F. W; Dana White; Lorenzo Fertitta; Brad Smuckler; John Mulkey |
| **Subject:** | Bonuses and Cuts |

UFC 125 Jan 1 Las Vegas MGM
Lightweight Bout
Antonio McKee VS Jacob Volkmann
1st 2 rounds okay. Last round sucked.
McKee 3K  Volkmann 3K

Welterweight Bout
Greg Soto VS Daniel Roberts
Good one round fight. Roberts had 2nd best sub of night.
Soto 3K Roberts 7K

Featherweight Bout
Diego Nunes VS Mike Brown
Awesome fight. Absolute war.
Nunes 10K Mike Brown 10K

Middleweight Bout
Brad Tavares VS Phil Baroni
Good one round fight.
Baroni 5K Tavares 5K

Featherweight Bout
Dustin Poirier VS Josh Grispi
Good fight. Great win for Poirier
Poirier 5K Grispi 3K

Lightweight Bout
Jeremy Stephens VS Marcus Davis
Not as good as I hoped until finish.
Stephens KO of Night. Davis 5K

Main Card
Lightweight Bout
Takanori Gomi VS Clay Guida
Unusual but interesting fight. Great win for Clay.
Gomi 5K Guida Sub of Night

Welterweight Bout
Dong Hyun Kim VS Nate Diaz
Good fight. 2 more rounds and Diaz might have pulled it off.
Kim 10K Diaz 7K

Swing Bout
Light Heavyweight Bout
Thiago Silva VS Brandon Vera
Silva looked great. Brandon great standing, horrible on ground.
Silva 10K  Vera 5K

1

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00325418

```
Middleweight Bout
Brian Stann VS Chris Leben
Great one round Co-Main
Stann 20K Leben 15k

UFC Lightweight Title
Gray Maynard VS Frank Edgar
Awesome fight rightfully scored a draw.
Won fight of the night and both guys were also given their win bonuses.
Anything extra for the champ defending his title in the main event?

Cuts:
Antonio McKee: Lost debut. I usually give debuts a send chance but it wasn't exciting and I
have way too many guys under contract.
Greg Soto: 1-2 in UFC
Phil Baroni: Lost last 3 fights. Now 13-13 in MMA. Should really hang it up.
Marcus Davis: 1-4 in last 5 fights. Had Stephens rocked but chose to wrestle him.
Brandon Vera: Lost last 3 fights. MMA record now 11-6. Has not been the same since his legal
battle with his manager.

I need to cut around 5 guys a show.
If I cut 5 guys a show and don't sign anyone new for 10 shows I STILL have too many guys
under contract.
Joe
```

**Contains Highly Confidential Business Information**
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00325419