# Exhibit 93

## ZUF-00395941

**REDACTED**

| | |
|---|---|
| **From:** | Edward Muncey |
| **Sent:** | Thursday, May 13, 2010 6:35 PM |
| **To:** | 'James A. Pitaro' |
| **Cc:** | Dana White |
| **Subject:** | RE: UFC & Yahoo! Sports |

Geez, If only I read my own notes. So sorry.

http://www.usatoday.com/sports/default.htm
http://deportes.univision.com/

---

**From:** James A. Pitaro [mailto:jpitaro@yahoo-inc.com]
**Sent:** Thursday, May 13, 2010 6:32 PM
**To:** Edward Muncey
**Cc:** Dana White
**Subject:** Re: UFC & Yahoo! Sports

Thanks guys. Appreciate it. I got it. Question: are there others that have made the name change we made?

---

**From**: Edward Muncey
**To**: James A. Pitaro
**Cc**: Dana White
**Sent**: Thu May 13 18:09:16 2010
**Subject**: UFC & Yahoo! Sports

Hello Jimmy,

Dana asked me to put together a few bullet points for you that reinforces why Yahoo is recognizing the UFC brand as the eminent entity in the sport of MMA.

- Like the other major sports properties (e.g. NFL, MLB, NBA, NHL) in their respective categories, the UFC has no close 2nd place.
    - The WEC has the second most audience reach and viewership around the world compared to any other MMA organization, yet that is not the name of the category inside Yahoo! Sports.
- As the NFL is the defining brand of Football, the UFC is the defining brand of mixed martial arts
- No other organization has come close to taking a formal leadership role in developing the sport of MMA as compared to the UFC……from regulation, enforcement of rules and policies, opening new regions around the world, and driving economic impact
- The UFC is a year-round, global partner of Yahoo with 14 high profile PPV events and 16 additional televised events (e.g. UFN's, TUF Finale's, WEC).
- The UFC is a content machine for Yahoo Sports, distributing content to Yahoo every week, year-round.
- Number of fighters under agreement: 300+
- UFC is a global brand, providing relevant content to Yahoo Users all over the planet.
- UFC has a 17-year History
- UFC is a professionally managed and controlled organization from the ground up (ie. Fighter relations, event operations, broadcast, distribution)

1

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11         ZUF-00395941

- UFC has complete brand control and ownership rights of the content produced and distributed worldwide; thus protecting the integrity of the content, the brand, and the sport.
- In any business sector where a company has proven success on an ongoing basis due to a well run operation, the fly-by-night entities will come and go.  UFC is a long term business, with long term plans, strategies, and objectives that will carry the brand far beyond our lifetimes.
- The Ultimate Fighter reality show, will soon begin its 12th season
  - It's become a tremendous medium to help educate the general consumer and create awareness of the sport of mixed martial arts
  - After 11 seasons of The Ultimate Fighter, the show enjoys continued growth in ratings when most other reality shows find themselves losing share.
- High volume of programming around the world
  - 50-60 programming hours per month in the U.S. alone
- MMA is our core business, it's in our DNA.  We know it better than anyone else and live it and breathe it every single day, and we run our business with the integrity you would expect of any professional sports organization.

I'm happy to provide you with more detailed information as you please.

All the best to you,
Edward


Edward Muncey
VP, New Media & Technology
Zuffa, LLC
The Ultimate Fighting Championship®
2960 W. Sahara Ave.
Las Vegas, NV 89102



emuncey@ufc.com

---

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11           ZUF-00395942