# Exhibit 95

CG-UFC-00000005 (excerpted)

**RAINE**

# FountainVest
As of 06/15/2016

| Item | Diligence Request | Follow-Up Requests / Commentary | Status | Data Room Location | Formal Response |
|---|---|---|---|---|---|
| 1 | Fox renewal / how Fox might play into the consortium, if at all | | Complete | | The Fox contract ends in 2018, and UFC will have full flexibility to negotiate a new contract with content distributors. The media rights value increase is based on the phenomenal ratings performance of UFC's content currently on Fox and precedent sports media rights renewals for other major leagues (NBA, NHL, NFL, etc.) and expected competition for the rights; see teaser page 8. We would note that the UFC is currently significantly under monetizing the value of its rights when compared to other major sports leagues.<br><br>Currently and as per the NDA, each potential buyer group is only permitted to review the opportunity independently. As the process develops Raine can facilitate introductions between parties where appropriate. |
| 2 | Tax status and how that might be impacted by the acquisition | | Complete | | Currently, Zuffa, the 100% owner of the UFC, is a limited liability company.<br><br>An acquisition would result in a significant step-up of tax-basis that would create a large tax-asset for the buyer. Each buyer will have to determine the exact value of this tax-asset and what other tax implications the acquisition will have upon the Company. We should discuss this point in more detailed on a call. |

**RAINE**

## FountainVest
As of 06/15/2016

| Item | Diligence Request | Follow-Up Requests / Commentary | Status | Data Room Location | Formal Response |
|---|---|---|---|---|---|
| 195 | Number and revenue contribution of sponsorship entered at beginning of the year vs in the middle of year. | Please explain why 2015 was low compared with other years. | To update | | The Company begins every calendar year with ~50% of sponsorship revenue contracted. The remaining inventory is either open for sale or under renewal discussions.<br>Please see below for amounts that were contracted at the start of the respective calendar years (note that final sponsorship amount is included in the financial summary already provided).<br><br>2012: $28.4mm<br>2013: $29.7mm<br>2014: $28.7mm<br>2015: $7.5mm<br>2016: $24.9mm |
| 196 | List of valuable countries not covered currently for sponsorship revenue, and indicate the reason of current blank. | | Incomplete | | |
| 197 | Licensing revenue by partner for FY12-14, 15Q1 and 16Q1. | | Incomplete | | |
| 198 | Unit of consumer products sold for each event | | Incomplete | | |
| 199 | Cost by athletes, production, marketing and others of 15Q1 and 16Q1 | We would like to have the breakdown that consistent with mgt report. (Already requested in an email) | To update | 2.4.27.1 | 2.4.27.1 IS Side-by-Side 2014-2016 |
| 200 | Athlete cost by compensation (split PPV and non PPV) and other details of 15Q1 and 16Q1 | We would like to have the breakdown that consistent with mgt report. (Already requested in an email) | To update | 2.4.27.1 | 2.4.27.1 IS Side-by-Side 2014-2016 |
| 201 | Athlete cost by event by fighter, showing purse, win bonus, PPV share, sponsorship, etc) | | Complete | 2.4.1.1<br>1.1.9 | 2.4.1.1 Event PLs have breakout of figher comp and sponsorship payments by event<br>1.1.9 Top five athlete detailed fighter comp by event |
| 202 | Active athlete of FY12-FY15, 15Q1 and 16Q1, showing bouts of each | The FY07-FY09 acitve fighers in file 1.1.10 are bigger than the response in Item 137. Please explain the reason. | To update | 1.1.10 | 1.1.10 Annual bouts per athlete Quarterly not being provided |
| 203 | Athlete turnover rate of FY12-FY15, 15Q1 and 16Q1 | | Complete | 1.1.10 | 1.1.10 Annual bouts per athlete for data on an annual basis of athletes under contract at year end.<br><br>UFC does not look at athlete turnover rate as it is not a relevant metric. |
| 204 | ==Athlete retention rate for fighter who have 3/5 wins in his/her first 5/7 bouts, or other analysis angle management used.== | | Complete | | ==Management does not have this analysis as thye do not view it as relevant. Reminder that no athlete has left the UFC that the Company wanted to retain.== |