# Exhibit 96

DB-ZUFFA-00006237 (excerpted)

CONFIDENTIAL



# Zuffa, LLC d/b/a Ultimate Fighting® Championship®

**Confidential information memorandum**
Public Version

US$510 million senior secured credit facilities
US$60 million revolving credit facility
US$450 million first lien term loan

February 2013

*Joint Lead Arrangers*

  

CONFIDENTIAL                                                                                                          DB-ZUFFA-00006237



### Business overview

Zuffa is a global, vertically-integrated sports and media company that owns and operates the Ultimate Fighting Championship, the world's premier mixed martial arts organization. UFC is the most recognized brand in MMA and is synonymous with the sport in many parts of the world. UFC produces more than 30 live events annually that are hosted in countries across the world. In 2012, UFC produced over 400 hours of original programming including over 150 hours of live sports programming. The Company generates the majority of its revenues by monetizing its content through multiple distribution platforms, event ticket sales, sponsorship, merchandise and licensing. In addition, ancillary brand extensions include an internationally distributed magazine, UFC GYM®, UFC Fight Club, and UFC Fan Expo®.

UFC programming is broadcast in over 145 countries to nearly 800 million TV households worldwide, in 28 different languages. UFC has been the largest pay-per-view event provider in the world since 2007. In 2012, UFC burst into the U.S. mainstream with a landmark $814 million seven-year broadcast agreement with FOX Sports Media Group. In 2013, UFC entered into multi-year $280+ million content rights agreements with TV Globo (in aggregate) and Globosat to air its content in Brazil, adding to the dozens of worldwide content rights agreements already in place. UFC also connects with tens of millions of fans through its website, UFC.com, and social media sites such as Facebook and Twitter.

Zuffa is headquartered in Las Vegas and has offices in Los Angeles, Toronto, London, Beijing, and soon to be in Sao Paolo.

### History, acquisitions and global expansion

The Ultimate Fighting Championship brand promoted its first event in 1993. The purpose of the original UFC competition was to establish which martial art would prove most dominant. The competition had no weight classes and limited rules akin to the "no holds barred" style competitions popular in Brazil at the time ("Vale Tudo"). The events were positioned as entertainment and fans were predominantly "spectacle seekers". The unregulated nature of the competition, while successful at first, eventually led to a deterioration of the public perception of UFC, associating the brand with "human cockfighting" and a "blood sport". The increasing bad publicity of the sport and the brand led to regulatory authorities banning the sport of mixed martial arts in a number of states and the loss of all cable pay-per-view distribution rights. The niche nature of the sport led UFC to a near bankruptcy in late 2000.

In January 2001, Zuffa, LLC, a newly formed entity owned by Frank Fertitta III, Lorenzo Fertitta and Dana White, acquired the Ultimate Fighting Championship brand and assets. Leveraging the Fertittas' relationships in the entertainment industry, Lorenzo Fertitta's experience as a member of the Nevada Athletic Commission and Dana White's strong relationships with several popular MMA fighters including Chuck Liddell and Tito Ortiz, the new owners endeavored to solidify UFC as the preeminent promoter in the MMA industry.

CONFIDENTIAL                                                                                                                DB-ZUFFA-00006276