# Exhibit 98

DB-ZUFFA-00006528 (excerpted)

# Loan Screening Committee Memorandum

- Strictly Confidential -

| | | | |
|---|---|---|---|
| Client | **ZUFFA LLC / UFC** | LSC Date | **1/30/13** |
| Sector | REGLL | | |
| Country | UNITED STATES OF AMERICA | CIB Tiering | Category 2 |

| | | | | |
|---|---|---|---|---|
| Presenting SCE | AMISH BAROT | CRM Officer | DAVID REID | |
| IBC&A / Country Banker | | | | |
| IBC&A / Industry Banker | | CRM Approval | ☐ No | ☐ Yes |
| CBC / CMTS Banker | | | | |
| GLG Lead | KAVAN BRANDON | Internal Rating | iBB- | |
| | | S&P Rating | BB | |
| Presented to iCC | ☐ No  X Yes | Moody's Rating | Ba3 | |
| Closing in 30 Days | ☐ No  X Yes | Fitch Rating | NA | |

| | | | |
|---|---|---|---|
| **Lending Request** | €20.45mn | OrgID | 6976047 |
| | | Group / OrgID | 6976047 |

| | | | | | |
|---|---|---|---|---|---|
| New Loan | | Bridge | | | |
| Amendment | | Underwriting | | Irrevocable Future Loan Sale Agreement | ☐ No  ☐ Yes |
| Renewal | Limit unchanged | | | | |
| | Limit increase | X | | Transaction supported by IBC&A Country / Industry Banker* | ☐ No  ☐ Yes |
| | Limit decrease | | | *Only applicable for Western Europe and CEEMA | |

**Transaction Summary**

| Facility Type | Underwriting (LCY mn) | Underwriting (€ mn) | Final Hold (LCY mn) | Final Hold (€ mn) | Tenor (Years) | Margin (bps) | Up-Front (bps) |
|---|---|---|---|---|---|---|---|
| New 5-Year RCF | $27mn | €20.45mn | $27mn | €20.45mn | 5 | 275 | 50 bps |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | $27mn | €20.45mn | $27mn | €20.45mn | | | |

**Transaction Description:**

Zuffa LLC ("Zuffa" or "UFC" or the "Company") has approached Deutsche Bank Securities Inc. ("DB"), to renew their existing $50 million revolving credit facility. The Company has engaged DB as a Joint-Lead Arrangers to arrange a $510 million senior secured credit facility (the "Credit Facilities"). The Credit Facilities will consist of a $60 million 5-year revolver (the "Revolver") and a $450 million 7-year term loan (the "Term Loan"). Proceeds from the transaction will be used to refinance the Company's existing $465 million of indebtedness, pay fees and expenses and for general corporate purposes.

DB currently has a $25 million commitment to Zuffa's existing $50 million Revolver. As a part of the upsize to $60 million, Zuffa has asked DB to nominally increase commitment by $2 million to $27 million. DB's participation in the new facility will further reinforce our position as the "go to" bank for Zuffa and secure a meaningful role in any transaction going forward.

Zuffa is the world's largest promoter of the sport of mixed martial arts ("MMA"), with a diversified stream of revenue generated by the popularity of its premium media content. Zuffa generates the majority of its revenues from its primary brand, the Ultimate Fighting Championship ("UFC"), which it purchased in January 2001 from Semaphore Entertainment Group ("SEG"). Under the current ownership, Zuffa has built the UFC into an international brand that, in many instances, has become synonymous with the growing sport of MMA.

**LEMG Assessment:**

| | | | | Total | p.a. |
|---|---|---|---|---|---|
| Loan Deliverable into CDS | X No | ☐ Yes | Original Transaction Shortfall | 1.34 | 0.27 |
| Loan to be Fair Valued | X No | ☐ Yes | Loan Sale Discount | 25% | 50% |
| First Day Loss | €0 | | SF After Loan Sale Discount | 1.34 | 0.27 |
| LEMG Rating | BB- | | Remaining Shortfall | 0.00 | 0.00 |
| LEMG Limits < Threshold | X No | ☐ Yes | **Total Shortfall** | 1.34 | 0.27 |
| Treasury Cost (exp/unexp Util) | 70 bps / 6 bps | | | | |
| LEMG Pricing | See below | | | | |

**Business description**

Zuffa is the world's largest promoter of the sport of mixed martial arts, with a diversified stream of revenue generated by the popularity of its premium media content. Zuffa owns four of the largest, most profitable and well recognized MMA brands in the world: the Ultimate Fighting Championship ("UFC"), World Extreme Cagefighting ("WEC"), PRIDE Fighting Championships ("Pride" and Strikeforce. Among Zuffa's four MMA brands, UFC holds the dominant market position within the sport and hosted over 200 live events in over 60 cities in 11 countries. Zuffa generates the majority of its revenues from its primary brand, the Ultimate Fighting Championship, which it purchased in January 2001 from Semaphore Entertainment Group. The UFC, under prior owners, promoted the first MMA event in 1993. Under Zuffa's ownership since January 2001, the UFC has established itself as the largest and the most recognizable promoter globally in the industry through strategic marketing, efforts for broader and consistent rules and regulations, and exposure on cable television. Currently, the UFC is watched in over 800 million homes, across 145 countries and territories, and in 30 different foreign languages.  Zuffa owns Strikeforce, a rival MMA promotion which it acquired in March 2011 and since merged with UFC. Zuffa also owns and operates World Extreme Cagefighting, which it purchased in October 2006 and merged with its UFC brand in October 2010, and PRIDE Fighting Championships, which it purchased in May 2007 and subsequently absorbed into the UFC in October 2007. Zuffa produces and promotes live and taped MMA content that is distributed through a variety of channels globally.

The UFC organization is regulated in 45 of the 47 states with athletic commissions, recognized by the world's most prestigious sports regulatory bodies including the California, Florida, Illinois, Massachusetts, Nevada, New Jersey, Ohio, Tennessee, Texas and Pennsylvania State Athletic Commissions. The UFC organization strives for the highest levels of safety and quality in all aspects of the sport.

**Overview of Zuffa's brands**



**Business strategy**

**Business growth strategy**

| Talent recruitment, development and retention | Content growth and promotion | Revenue generation and expansion |
|---|---|---|
| ■ *The Ultimate Fighter*<br>■ Long-term exclusive contracts<br>■ Elite matchmaking<br>■ Premium platform to maximize ancillary revenues for fighters | ■ Full control/ownership of content<br>■ Free televised events to build upcoming PPV events<br>■ Website/Internet streaming<br>■ Development of athlete fan base | ■ Talent, brand and content promotion generate demand<br>■ MMA regulatory expansion efforts<br>■ Worldwide expansion led by television exposure |

LSC Memo, Version 3, 4th Aug 2011                                                      7

For internal use only

**CONFIDENTIAL**                                                                    DB-ZUFFA-00006534