# Exhibit 99

DB-ZUFFA-00006631 (excerpted)



Drew Goldman to start at podium with management team at the table

Key highlights:

1. Go over what UFC / Zuffa is
2. What the Company does
3. Explosive popularity and growth of business
4. Explain calculated near-term and long-term growth strategy
5. Other

CONFIDENTIAL                                                            DB-ZUFFA-00006631



Drew Goldman / Jane Bushey and John to discuss

Key highlights:

1. Size of First Lien Term Loan
2. Unfunded revolver
3. Uses for Dividend to owners
4. $75 million senior secured revolver with Well's Fargo, partially drawn today, will be fully drawn upon closing of PRIDE. PRIDE was our closest competitor headquartered in Tokyo.