# Exhibit 100

DB-ZUFFA-00006712 (excerpted)

**Strictly private and confidential**



# Ultimate Fighting® Championship®

## Confidential Information Memorandum

**$300,000,000 Senior Secured Credit Facilities**

$25,000,000 Revolving Credit Facility
$275,000,000 First Lien Term Loan Facility

May 2007



A Passion to Perform.





| | |
|---|---|
| **Investment highlights** | **Section 2** |

*High barriers to entry*

Over the past year, the UFC has achieved unprecedented scale in the MMA world through internal growth, strategic marketing and timely acquisitions. The UFC is able to secure long-term exclusive contracts with the world's best MMA fighters because of its ability to pay fighters more than competing organizations as well as offer fighters significantly more exposure that they can monetize through better sponsorship agreements, appearance fees and merchandising opportunities. As the UFC continues to grow both domestically and internationally, management believes rival organizations will face an increasingly difficult environment to replicate the UFC's success in retaining fighters and maintaining production quality.

UFC has a long history in the United States dating back to 1993 and is the most profitable brand of MMA in the United States. It took the UFC significant time and resources to be able to offer the multitude of both live and taped content currently offered. UFC has produced 75 UFC PPV events (41 since Zuffa purchased the brand) and has a content library larger than any of its competitors. Its library of past events also allows the Company to more effectively market upcoming fights, a benefit that start-up promoters lack. The Company's lengthy track record has enabled it to secure favorable, long-term distribution contracts with companies such as iN DEMAND, DirecTV and EchoStar that provide the Company with reliable outlets to distribute and market its PPV content. Additionally, the Company's pending acquisition of PRIDE Fighting Championships will strengthen the Company's presence in Asia and provide for additional sales of over ten years of PRIDE media content from its library of live and taped events.

The UFC currently reaches fans in over 150 countries, territories and jurisdictions primarily through its pay-per-view events and weekly television offerings on Spike TV, which is available in over 92 million homes in the United States. The regular exposure on cable television is utilized to promote upcoming UFC PPV events in a very cost effective manner. Management has worked for over six years to build the infrastructure necessary to distribute the UFC's content. It is very unlikely that a competing organization would have the ability to replicate the UFC's distribution network without spending substantial resources over a multi-year period.

In order for a competing MMA organization to generate revenues comparable to the UFC, the organization must be willing to invest significant capital in order to build the distribution network required to promote and broadcast major events, as well as create or acquire sufficient content to effectively market such events. Substantial capital would also be required for a competing organization to attract the talent necessary to stage a successful event, while good matchmaking from a deep roster of talented fighters under contract is essential. Furthermore, the UFC has a dedicated team of employees that specialize in producing, marketing and editing premium MMA content. Any organization intent on building a promotion to directly rival the UFC would likely be immediately unprofitable and would face great pressure from the UFC over talent needed to provide superior content.

In summary, to effectively compete with the UFC, a competitor would need proper infrastructure, substantial content to market upcoming fights, effective television distribution, a deep line-up of marquee fighters and adequate resources to satisfy the costs of a UFC-level production. Even if one assumes there was market demand for a MMA promoter equal to the UFC in the United States, management believes that its current distribution model, existing fan base, long-term fighter agreements and 14-year brand building head start effectively locks up the top position within MMA for decades to come.



| Ultimate Fighting Championship overview | Section 4 |
|---|---|

**Business Strategy**

The UFC has developed a successful strategy for growing its platform and promoting its brand that has enabled it to differentiate itself from other MMA organizations and assume a leading position in the industry. This strategy involves a careful, long-term approach to selecting and developing its athletes followed by a thoroughly planned multi-pronged distribution of free content to consumers. The result has allowed UFC to generate high demand for pay-per-view and live events and attain a broad and loyal fan base.

The UFC's branding, trademarks and infrastructure have made it difficult for competing organizations to replicate its content. Frequently, events hosted by competing organizations take place in boxing rings and do not match the UFC in terms of arena intensity and production quality. Moreover, the UFC's ability to attract the world's most talented MMA fighters gives it a premier "major league" MMA platform.



| Talent recruitment and development | Content growth and promotion | Revenue generation and expansion |
|---|---|---|
| ■ *The Ultimate Fighter*<br>■ Aggressive lateral hiring from and acquisition of competitors<br>■ Long-term exclusive contracts<br>■ Elite matchmaking | ■ Full control/ownership of content<br>■ Free televised events to build upcoming PPV events<br>■ Website/Internet streaming<br>■ Development of athlete fan base | ■ Talent and content promotion generate demand<br>■ Controlled number of live events<br>■ MMA awareness efforts<br>■ Support for MMA regulation |

*Talent recruitment and development*

As the preeminent MMA brand in the industry, UFC believes that it attracts the best MMA athletes. The Company has over 170 athletes under contract (excluding PRIDE) and continually seeks to add the best MMA fighters to its franchise from both internal search efforts and from competing organizations. Through *The Ultimate Fighter*, the UFC has been able to recruit over 60 top-tier athletes that sign 3-year contracts to remain with the Company following the series. UFC athlete contracts are designed to retain talent within the Company. Most contracts are one to two years in length with an exclusivity clause that prevents fighters from moving to different MMA organizations while under contract and with negotiation and matching rights after the agreement expires. Additionally, contracts typically give the UFC the right to release athletes after one or two fights on the basis of poor performance, providing the Company increased flexibility. Furthermore, the UFC typically has the right to retain athletes who hold a championship title in any weight class at the expiration of their contract for one additional year, thereby ensuring that the Company continues to benefit from such a fighter's potential popularity through additional promotions and events. The UFC's complete control and ownership of its content also discourages competing organizations from soliciting UFC fighters by restricting their ability to market prior fights for promotional purposes. Notably, only one marquee fighter has ever defected from the UFC to a competing MMA organization and that individual later returned to compete in the UFC.