# Exhibit 101

DB-ZUFFA-00014046 (excerpted)

Strictly private and confidential



# Ultimate Fighting® Championship®

## Confidential Information Memorandum

**$300,000,000 Senior Secured Credit Facilities**

$25,000,000 Revolving Credit Facility
$275,000,000 First Lien Term Loan Facility

May 2007



A Passion to Perform.

Deutsche Bank /

Confidential                                                                                           DB-ZUFFA-00014046

**Business Strategy**

The UFC has developed a successful strategy for growing its platform and promoting its brand that has enabled it to differentiate itself from other MMA organizations and assume a leading position in the industry. This strategy involves a careful, long-term approach to selecting and developing its athletes followed by a thoroughly planned multi-pronged distribution of free content to consumers. The result has allowed UFC to generate high demand for pay-per-view and live events and attain a broad and loyal fan base.

The UFC's branding, trademarks and infrastructure have made it difficult for competing organizations to replicate its content. Frequently, events hosted by competing organizations take place in boxing rings and do not match the UFC in terms of arena intensity and production quality. Moreover, the UFC's ability to attract the world's most talented MMA fighters gives it a premier "major league" MMA platform.

| Talent recruitment and development | Content growth and promotion | Revenue generation and expansion |
|---|---|---|
| - *The Ultimate Fighter*<br>- Aggressive lateral hiring from and acquisition of competitors<br>- Long-term exclusive contracts<br>- Elite matchmaking | - Full control/ownership of content<br>- Free televised events to build upcoming PPV events<br>- Website/Internet streaming<br>- Development of athlete fan base | - Talent and content promotion generate demand<br>- Controlled number of live events<br>- MMA awareness efforts<br>- Support for MMA regulation |

*Talent recruitment and development*

As the preeminent MMA brand in the industry, UFC believes that it attracts the best MMA athletes. The Company has over 170 athletes under contract (excluding PRIDE) and continually seeks to add the best MMA fighters to its franchise from both internal search efforts and from competing organizations. Through *The Ultimate Fighter*, the UFC has been able to recruit over 60 top-tier athletes that sign 3-year contracts to remain with the Company following the series. UFC athlete contracts are designed to retain talent within the Company. Most contracts are one to two years in length with an exclusivity clause that prevents fighters from moving to different MMA organizations while under contract and with negotiation and matching rights after the agreement expires. Additionally, contracts typically give the UFC the right to release athletes after one or two fights on the basis of poor performance, providing the Company increased flexibility. Furthermore, the UFC typically has the right to retain athletes who hold a championship title in any weight class at the expiration of their contract for one additional year, thereby ensuring that the Company continues to benefit from such a fighter's potential popularity through additional promotions and events. The UFC's complete control and ownership of its content also discourages competing organizations from soliciting UFC fighters by restricting their ability to market prior fights for promotional purposes. ==Notably, only one marquee fighter has ever defected from the UFC to a competing MMA organization and that individual later returned to compete in the UFC.==

Confidential | DB-ZUFFA-00014085