# Exhibit 103

DB-ZUFFA-00024678 (excerpted)



**Ultimate Fighting® Championship®**

Public Lender Presentation
October 2009

Confidential
DB-ZUFFA-00024678

# Scalable Business Model Supported by Robust U.S. PPV & Tremendous International Growth Potential

- #1 worldwide pay-per-view event provider since 2006
- ==Price increases have shown inelastic demand characteristics, even during economic slow down==
- Less than 2% of buys generated outside of North America (WWE is over 30%)
- Potential to generate more buys in 2009 than WWE and HBO Boxing combined



**Worldwide PPV Buys (in 000's)**

| Year | Buys |
|---|---|
| 2001 | 146 |
| 2002 | 284 |
| 2003 | 265 |
| 2004 | 388 |
| 2005 | 1,097 |
| 2006 | 5,077 |
| 2007 | 5,278 |
| 2008 | 5,986 |
| 2009E | 6,793 |

2001 - 2009E 62% CAGR

Note: Reflects buys attributed to events in each calendar year. May not precisely match reporting period buys due to prior period adjustments.

Confidential                                                                                                                          DB-ZUFFA-00024690