# Exhibit 111

MDYS ZFF 000103 (excerpted)



# Ultimate Fighting® Championship®

Presentation to Moody's
May 9, 2007

CONFIDENTIAL



Top fighters attracted to UFC

Top 10 Fighters Under Contract by Weight Class

Number of fighters

Note: Top ten fighters as determined by MMAWeekly World MMA Rankings, as of 4/25/2007

UFC   Pride   Other (various)

Heavyweight: 7, 3

Light Heavyweight: 3, 7

Middleweight: 3, 4, 3

Welterweight: 8, 2

Lightweight: 1, 7, 2

CONFIDENTIAL

MDYS ZFF 000140