# Exhibit 112

RAINE0000019 (excerpted)





# 8  Unique and Difficult to Replicate Business Model 

**UFC has become the largest, most recognized and most profitable brand in combat sports**

### Unique and Difficult to Replicate Business Model

- Top combat sport organization with an unparalleled content library with over 10,000 hours of content and approximately 400 hours of new content produced annually

- **Difficult to replicate distribution model and currently no competitors on a domestic or global basis**

- Over 425 fighters are under multi-fight exclusive contracts, with marquee fighters having longer-term contracts

- Platform offers fighters unmatched earnings potential and superior opportunities to monetize their personal brand with sponsorship and licensing deals

- Partnership with leading media companies in Brazil – exclusive relationship with Globo for MMA content and only international MMA organization broadcast on Globosat

Highly Confidential                                                                                                           RAINE0000065