# Exhibit 117

WME_ZUFFA_00005368 (excerpted)

| League / Team / Sport | National Football League | Major League Baseball | National Basketball Association | National Hockey League | Major League Soccer | English Premier League | Formula One | Man Utd | Ultimate Fighting Championship | | Boxing (see detail, Mayweather v. Pacquio) | Golf Men's (see detail) | Golf Women's (see detail) | Tennis Men's (see details) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Size/Season | 32 teams, 8 divisions, 16 games | 30 teams, 6 divisions, 162 games | 30 teams, 6 divisions, 82 games | 30 teams, 6 divisions, 82 games | 16 teams, 2 conferences, 30 games | 20 teams, 38 games, bottom 3 relegated | 13 teams, 19 Grand Prix races | N/A | Total Revenue | Events Revenue | | | | |
| Teams | 32 | 30 | 30 | 30 | 16 | 20 | 13 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Avg Team Revenue | $237 | $194 | $126 | $94 | $13 | $289 | $131 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Total Revenue (in $mm) | $7,584 | $5,820 | $3,780 | $2,820 | $208 | $5,780 | $1,697 | £395 | $609 | $267 | $600 | $30 | $22 | |
| | | | | | | | | | | | | | | |
| Avg Compensation | $2.1 | $4.2 | $4.6 | $2.6 | $0.3 | $3.8 | N/A | $8.0 | N/A | N/A | N/A | N/A | N/A | N/A |
| Total Players | 1684 | 898 | 448 | 753 | 517 | 500 | N/A | 22 | N/A | N/A | N/A | N/A | N/A | N/A |
| Implied Total Compensation | $3,555 | $3,741 | $2,050 | $1,969 | $158 | $1,911 | $899 | £179 | $113 | $99 | $375 | $11 | $7 | N/A |
| % of Total Revenue | 46.9% | 64.3% | 54.2% | 69.8% | 76.0% | 33.1% | 53.0% | 45.2% | [18.6%] | [36.9%] | 62.5% | 35.9% | 32.3% | 23.5% |
| % of pre-share / comp EBITDA | N/A | N/A | N/A | N/A | N/A | N/A | 67% | 60% | 37% | 29% | N/A | N/A | N/A | N/A |
| Top Paid Player | Joe Flacco | Clayton Kershaw | Lebron James | Sidney Crosby | Kaka | Wayne Rooney | N/A | Wayne Rooney | [Conor McGregor] | [Conor McGregor] | Mayweather | N/A | N/A | N/A |
| Annual Salary | $22.1 | $32.0 | $23.0 | $12.0 | $7.2 | £14 | N/A | £14 | [10] | [10] | $375.0 | N/A | N/A | N/A |
| % of Avg Team Revenue | 9% | 16% | 18% | 13% | 55% | 5% | N/A | 3% | N/A | N/A | N/A | N/A | N/A | N/A |
| % of League Revenue | 0.3% | 0.5% | 0.6% | 0.4% | 3.4% | 0.2% | N/A | 0.2% | [1.6%] | [3.7%] | 62.5% | 6.3% | 5.9% | N/A |

Note:

| | National Football League | Major League Baseball | National Basketball Association | National Hockey League | Major League Soccer | English Premier League |
|---|---|---|---|---|---|---|
| Top Team -- Avg Player Compensation | $2.3 | $8.0 | $6.2 | $3.3 | $0.9 | $8.6 |
| % of Total League Revenue | 0.0% | 0.1% | 0.2% | 0.1% | 0.4% | 0.1% |
| Team | Miami Dolphins | LA Dodgers | Brooklyn Nets | NY Rangers | Toronto FC | Man City |