# Exhibit 120

## Z.E._006755 (excerpted)

**REDACTED**

## Body Fitness Magazine Feature Article with Chuck Liddell

mlackner9@comcast.net
**Sent:** Wednesday, January 17, 2007 5:08 PM
**To:** jervislcole@yahoo.com
**Cc:** dsz@zinkinlaw.com

Mr. Jervis Cole,

Hello, my name is Mike Lackner, and I am a staff member of Body Fitness Magazine, which is distributed all over England, Spain, France, and Mexico (our English website is www.bodyfitness-uk.com). Our magazine is one of the largest fitness magazines in Europe, and although we specialize in Bodybuilding and Fitness, we thought it would be great for the magazine to get an interview with UFC Champion Chuck Liddell. Our readers are involved in all types of fitness related activities, and it would be educational for them to discover what types of physical training an advanced athlete such as a mixed martial arts fighter must endure. Obviously, who would be better than Chuck Liddell to interview for such an article? The article would also give Mr. Liddell exposure to our European audience, and we would definitely make sure we mentioned his website and any other things he wanted in the article.

I will be at the Arnold Classic Weekend in Columbus, Ohio...and I know that the UFC is normally in attendance, so I thought that weekend would be an opportue time to arrange a 15 or 20 minute interview with Mr. Liddell if he will be in attendance. If Mr. Liddell will not be there, I could easily call him and perform a phone interview.

Please let me know if this can be arranged, and I appreciate your time and consideration.

Cordially,

Michael A. Lackner
www.bodyfitness-uk.com
www.musclemag-es.com

mlackner9@comcast.net

# Trish

**From:** jsilva <jsilva@ufc.tv>
**Sent:** Friday, April 28, 2006 3:22 PM
**To:** 'bob cook'
**Subject:** RE: the guys

I am willing to jump Fitch up to the 8-10-12 but it does not change for a title fight.
A title fight is an opportunity for him, not the other way around.
If he becomes the champ it makes him more valuable, not just fighting for it.
==Plus you know I would renegotiate with him before giving him a title fight to make sure he is tied up.==
Paul is getting paid very well.
You know I have taken good care of him.
He fought 1 really tough guy and got KO'd in 15 seconds.
We hand picked Aldana for him to get him back on the winning track.
I did it on the last fight of his deal, not trying to get him beat on his last fight and being done with him.
I thought you guys realized that and it wouldn't be a problem.
If I knew it was going to be like this I would have got him someone tougher.
My fault.
I can offer him 14+14 17+17 and 20+20 in addition to his current sponsorship.
This is very fair. You know that no one expects him to ever be the champ right now.
Hopefully he can change that perception but that is what it is now so the money is very fair.
If one of these new shows is willing to pay more fine, but there is no telling how long they will be around.


-----Original Message-----
From: bob cook [mailto:crazybobcook@hotmail.com]
Sent: Friday, April 28, 2006 6:06 PM
To: jsilva@ufc.tv
Subject: RE: the guys

I spoke with Fitch and he would like to take that fight in June. We would like to be able to fight for 8+8 10+10 12+12 and if he fight for the title in those 3 fight X 2 on the show and win. We anticipate all of his fights to

be top level competition.

In regards to Paul I have not shopped him. I have been using the last period

of time to gather information in order to get a ball park idea of what the market rate would be for him. He and I both want to stay with the UFC but I do not want to under sell him. I feel his currant offer is below where he should be.

Koschek is looking to forward to hearing from us


>From: "jsilva" <jsilva@ufc.tv>
>To: "'bob cook'" <crazybobcook@hotmail.com>
>Subject: RE: the guys
>Date: Tue, 25 Apr 2006 15:27:45 -0400

Z.E._007332

```
>
>I will try to find a fight for Koscheck soon.
>I was thinking about doing Fitch VS Thiago Alves on June 28.
>Hard to find guys who will fight Fitch. He's a tough guy.
>I'd like to do a 3 fight deal for Fitch 6+6 8+8 10+10.
>I'd also like to sign up Paul to more fights though I am wary from an
>interview with him I read.
>I think that we have treated Paul very well.
>We got him the sponsorship and I have worked with you on finding
>suitable opponents for him.
>Hopefully with the way he has been treated he is not just looking to
>jump to the highest bidder.
>
>
>-----Original Message-----
>From: bob cook [mailto:crazybobcook@hotmail.com]
>Sent: Tuesday, April 25, 2006 2:13 PM
>To: Jsilva@ufc.tv
>Subject: the guys
>
>  Koscheck wanted to let you know that ▮▮▮▮ is healthy and would
>like to fight as soon as possible. When is the next date? Do you have
>any ideas on a
>
>possible opponent?
>
>What are your plans for Jon Fitch?
>
>
```

Z.E._007333