# Exhibit 123

## Hendrick 30(b)(6) Ex. 24 (ZFL-2642993)

**REDACTED**

**To:**     Lawrence Epstein[lepstein@ufc.com]; Kirk Hendrick[khendrick@ufc.com]; Dana White[dwhite@ufc.com]
**Cc:**     Michael Mersch[mmersch@ufc.com]
**From:**   Joe Silva
**Sent:**   Sun 1/27/2008 6:30:41 PM
**Importance:**   Normal
**Subject:**  FW: Andrei
**Received:**   Sun 1/27/2008 6:30:51 PM

---

**From:** leo.khorolinsky1@wachoviasec.com [mailto:leo.khorolinsky1@wachoviasec.com]
**Sent:** Sunday, January 27, 2008 12:04 PM
**To:** Joe Silva
**Subject:** RE: Andrei

Hello Joe,

I am glad we spoke this morning about the March 1 Bout Agreement.   As
discussed, we need to revise Section 8 of the Bout Agreement and the
"Bout Date" definition in the Term Sheet to state that if the fight does
not take place on March 1 (for any reason other than a delay caused by
Andrei), UFC will not be entitled to reschedule the fight during the six
month rescheduling period and Andrei's obligations under the
Promotional and Ancillary Rights Agreement will be deemed fulfilled.  As
you are aware, as of March 1, it will have been almost a year since
Andrei's last fight (as compared to the prior 12 month period in which
he fought 4 times).   It is extremely damaging to Andrei's career to be
shelved for such a long period of time and he can't sign an agreement
that could conceivably result in an additional 6 months without a fight.
Please make the appropriate revisions and resend the agreement to us for
our attorney's review.  Alternatively, let me know if you would like our
attorneys to provide the revised version.  Thank you for your understanding.

Sincerely,

Leo Khorlinsky, CIMA
Associate Vice President - Investments,
Quantum Portfolio Manager
FKS Financial Management Consulting Group
of Wachovia Securities, LLC
500 Lake Cook Road, Suite 100
Deerfield, IL 60015
847-405-7383 - Office
1-800-323-8230 - Toll Free
847-405-7390 - Fax

leo.khorolinsky@wachoviasec.com

The information is not warranted as to completeness or accuracy, nor
does it serve as an official record of your account. Your official
Trade Confirmation and/or Client Account Statement are the official
records of your account.

Further, since the confidentiality of Internet e-mail cannot be
guaranteed, please do not include private or confidential information

CONFIDENTIAL

**EXHIBIT: 24**
WIT: K HENDRICK
DATE: 11/29/16
Kendall Heath, CCR, CSR

ZFL-2642993

ZFL-2642993

(passwords, account numbers, social security numbers, etc.), or
instructions requiring your authorization (orders, address changes,
fund transfers, etc.) in your e-mail communications to us.

If you do not wish to receive advertising messages from Wachovia,
please use the following link to unsubscribe:

https://www.wachovia.com/email/unsubscribe

This action will not affect communications from your financial advisor
concerning your account with Wachovia Securities or the delivery of
email subscriptions or other emails that do not constitute advertising
messages.

Wachovia Securities is the trade name used by two separate, registered
broker-dealers and non bank affiliates of Wachovia Corporation providing
certain retail securities brokerage services:

Wachovia Securities, LLC, Member NYSE/SIPC,
and Wachovia Securities Financial Network, LLC, Member FINRA/SIPC.

CONFIDENTIAL

ZFL-2642994