# Exhibit 125

J. Silva Ex. 11 (ZFL-0822197)

**REDACTED**

**To:** Kevin Patrick[kevin@victorycombatsports.com]
**Cc:** buckeyewrestler88@gmail.com[buckeyewrestler88@gmail.com]
**From:** Joe Silva
**Sent:** Wed 10/22/2014 6:11:31 PM
**Importance:** Normal
**Subject:** Re: Patrick Walsh
**Received:** Wed 10/22/2014 6:11:32 PM

Thanks
Joe

---

**From:** Kevin Patrick <kevin@victorycombatsports.com>
**Organization:** Victory Combat Sports
**Date:** Wednesday, October 22, 2014 at 1:14 PM
**To:** Joe Silva <jsilva@ufc.com>
**Cc:** Patrick Walsh <buckeyewrestler88@gmail.com>
**Subject:** Re: Patrick Walsh

Hello Joe - I hope this finds you well.

Sorry I haven't updated you in awhile, my son was born two weeks ago- so things have been a bit hectic. Jiu jitsu will start as soon as possible- so I'll let you know when to keep him on your radar!

Pat is making great progress on both his weight and his cardio. He has dropped from close to 240 to 225 now. His weight loss has primarily been from increased cardio workouts (as opposed to dieting). It seems all of his weight loss so far has been fat weight- so he has retained his power. We agree with you that middleweight is the ideal weight-class for him. He will be strong there, and shouldn't be undersized height or reach-wise. With his increased focus on cardio workouts he should also be able to provide the UFC and fans with a high-output for all 15 minutes and very exciting fights.

We are continuing to prepare for your next offer at middleweight, and will be ready. We remain open to a light heavyweight match-up if someone falls out and you have a spot to fill though.

Best Regards,

Kevin

--
Kevin P. Lillis
Victory Combat Sports
CEO & Managing Partner
Kevin@VictoryCombatSports.com

On 2014-09-08 21:56, Joe Silva wrote:

> He won't be fighting on that card.
> I have to fill the cards with fighters who are willing to fight the opponents offered them.
> He had a fight available but refused it so he will fight later. Probably around February.
> Joe
>   From: Kevin Patrick <kevin@victorycombatsports.com>
>   Date: Monday, September 8, 2014 at 11:53 PM

Silva
Exhibit 11
6, 7 /2017    KLR

CONFIDENTIAL                                                                                                    ZFL-0822197

To: Joe Silva <jsilva@ufc.com>
Cc: Patrick Walsh <buckeyewrestler88@gmail.com>
Subject: Re: Patrick Walsh
Thank you Joe. If there is anyone else for that card you think might work, please let us know.
Best Regards,
Kevin
Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
FROM: Joe Silva
SENT: Monday, September 8, 2014 11:52 PM
TO: Kevin Patrick
CC: buckeyewrestler88@gmail.com
SUBJECT: Re: Patrick Walsh
We will be sending you a contract extension for turning down the fight.
Thanks,
Joe

From: Kevin Patrick <kevin@victorycombatsports.com>
Organization: Victory Combat Sports
Date: Monday, September 8, 2014 at 11:49 PM
To: Joe Silva <jsilva@ufc.com>
Cc: Patrick Walsh <buckeyewrestler88@gmail.com>
Subject: Fwd: Patrick Walsh
Hello Mr. Silva:
I'm Kevin Lillis and am managing Pat Walsh. I am the CEO of Victory Combat Sports as well, a regional promotion in the northeast (which I hope will become a steady feeder to, but is not and will never be a competitor to the UFC). I only mention Victory as I have been match-making MMA and Muay Thai fights for over five years. My hope is that you will find me straight-forward and easy to deal with as a result
of my experience matching up fights and trying to keep them as balanced
as I can.
We didn't get to speak after your offer of a match-up with Daniel Kelly-
but wanted to make sure you knew we really appreciated that. Daniel Kelly would have been a great match-up for Pat. As I believe Pat told you, he has been really focusing on his strength and conditioning program, is walking around at around 235 lbs with less body fat than he
had when he was on the show. We would never want to risk not making weight (especially this early in Pat's UFC career) so were unable to take a middleweight fight so soon.To be clear- we would love this fight
in the future, or with another suitable MW match-up- but would like to give Pat enough time to get down there. A middleweight match-up in particular that we would really like is Eddie Gordon. In addition, I believe that's one with a lot of angles that can be built on (Eddie giving Pat such a hard time about training with BJ's team on TUF, Eddie
being from NY while Pat is from Boston, etc...)
For Cummins- we unfortunately feel this is the worst "proto-type" for Pat (Walsh)'s career right now. Similar to the fight with Cory- it hit a
wrestling stalemate. Pat has a well-developed submission game, and is great in transition but he was unable to showcase those at all. Pat has
been working extensively on his striking, but for now I don't want him taking a fight where the only aspect of his game a casual fan will

CONFIDENTIAL                                                                          ZFL-0822198

really be able to see if his still-developing striking. As mentioned above- Pat has a great submission game, he's extremely strong, has great
wrestling- but if his wrestling is neutralized (and therefore he can't really get it to the canvas to work his submission game)- fans won't really be able to see that. This is a fight I think we'd definitely be comfortable with in the future as Pat's striking game is improving by leaps and bounds, but for now I am going to have to pass on the opportunity. Similar to the situation with Eddie- we specifically think
someone like Matt Van Buren would be a great match-up and one that already has a lot of the build up from the show- but we'd be very open to fighting most of the guys at LHW so long as the next few fights aren't against other elite level wrestlers (that we think would make for
an ugly match-up) like Cummins and Cory Anderson.
Please let me know if you have any questions or comments. I am always available at this e-mail address or you can call me (or text me)at

Best Regards,
Kevin
--
Kevin P. Lillis
Victory Combat Sports
CEO & Managing Partner
Kevin@VictoryCombatSports.com

-------- Original Message --------
Subject: Fwd: Patrick Walsh
Date: 2014-09-08 19:41
From: buckeyewrestler88@gmail.com
To: Kevin <kevin@victorycombatsports.com>
Sent from my iPhone
Begin forwarded message:

> FROM: Joe Silva <jsilva@ufc.com>
> DATE: September 8, 2014 at 9:32:58 PM EDT
> TO: "buckeyewrestler88@gmail.com" <buckeyewrestler88@gmail.com>
> SUBJECT: PATRICK WALSH
>
> Fox 13 December 13 Phoenix, AZ
> Light Heavyweight Bout
> Patrick Walsh VS Patrick Cummins
> ------------------------
> The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity
> named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.
> Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

--
Kevin Patrick Lillis
Victory Combat Sports
CEO & Managing Partner
Kevin@VictoryCombatSports.com

------------------------

   The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.
   Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

--
Kevin Patrick Lillis
Victory Combat Sports
CEO & Managing Partner
Kevin@VictoryCombatSports.com

CONFIDENTIAL

ZFL-0822200