# Exhibit 135

## White Ex. 36

**PUBLIC COPY**



**Dana White** @danawhite · 14 Oct 2012
OUCH @patriots
180    211    42

**Ray Linden** @RBL78 · 14 Oct 2012
@danawhite @Patriots HAHAHA Good! Dummy!
1    1

**Dana White** @danawhite    Following

Replying to @RBL78

# @RBL78 pride is dead dummy! I killed em!!!

1:21 PM - 14 Oct 2012

23 Retweets  8 Likes

12    23    8

Tweet your reply

**Naim Ukperaj** @naimukp · 14 Oct 2012
Replying to @danawhite
@danawhite Lmfaoooo gooooood one #PrideIsDead
1

**Dana White** @danawhite · 14 Oct 2012
@naimukp pride never die geek talkin shit
3    4    1

**Naim Ukperaj** @naimukp · 14 Oct 2012
@danawhite lmao it's ok, you got him man #DanaKilledPride #UFC

**Ray Linden** @RBL78 · 14 Oct 2012
Replying to @danawhite
@danawhite UFC will be dead soon if you keep oversaturating the product with lackluster cards, dummy!
3

**Dana White** @danawhite · 14 Oct 2012
@RBL78 oh ok. Hold ur breath waiting for that one fuck nuts
4    7    28

Tweet unavailable

**Ray Linden** @RBL78 · 14 Oct 2012
Replying to @flyin_crane42



PUBLIC COPY