# Exhibit 137

White Ex. 117 (ZFL-0000221) (excerpted)

# COMBINED FINANCIAL STATEMENTS

Zuffa
Years Ended December 31, 2013 and 2012
With Report of Independent Auditors



**EY**
Building a better
working world

CONFIDENTIAL



Δ π EXHIBIT 117
Deponent Dana White
Date 8/10/17  Rptr MKF
WWW.DEPOBOOK.COM

ZFL-0000221

Zuffa

Combined Statements of Members' Deficit
(amounts in thousands)

|  | Accumulated Deficit | Accumulated Other Comprehensive Income | Total Members' Deficit | Noncontrolling Interest | Total |
|---|---|---|---|---|---|
| Balance as of December 31, 2011 | $ (431,981) $ | (96) $ | (432,077) $ | (400) $ | (432,477) |
| Distributions | (68,042) | – | (68,042) | – | (68,042) |
| Cash contributions | 1,800 | – | 1,800 | – | 1,800 |
| Non-cash contributions | 82,443 | – | 82,443 | – | 82,443 |
| Changes in receivables from members | (131) | – | (131) | – | (131) |
| Noncontrolling interest |  |  |  |  |  |
| Comprehensive income: |  |  |  |  |  |
| Net income | 31,123 | – | 31,123 | (762) | 30,361 |
| Foreign currency translation adjustments | – | (393) | (393) | – | (393) |
| Total comprehensive income |  |  | 30,730 | (762) | 29,968 |
| Balance as of December 31, 2012 | (384,788) | (489) | (385,277) | (1,162) | (386,439) |
| Distributions | (72,122) | – | (72,122) | – | (72,122) |
| Cash Contributions | 2,876 | – | 2,876 | – | 2,876 |
| Non-cash contributions | 23,547 | – | 23,547 | – | 23,547 |
| Changes in receivables from members | 131 | – | 131 | – | 131 |
| Comprehensive income: |  |  |  |  |  |
| Net income | 84,788 | – | 84,788 | (148) | 84,640 |
| Foreign currency translation adjustments | – | (71) | (71) | – | (71) |
| Total comprehensive income |  |  | 84,717 | (148) | 84,569 |
| Acquisition of noncontrolling membership interests | – | – | (1,310) | 1,310 | – |
| Balance as of December 31, 2013 | $ (345,568) $ | (560) $ | (347,438) $ | – $ | (347,438) |

*The accompanying notes are an integral part of these combined financial statements.*

5