# Exhibit 140

Peter Carroll, *ACB confirms cancellation of three events due to 'organizational and financial problems,' MMAFighting.com (Jul. 30, 2018)*, available at https://www.mmafighting.com/2018/7/30/17629554/acb-confirms-cancellation-of-three-events-due-to-organizational-and-financial-problems

PUBLIC COPY



Published By

NEWS    LATEST NEWS

11

# ACB confirms cancellation of three events due to 'organizational and financial problems'

By Peter Carroll | @PetesyCarroll | Jul 30, 2018, 10:00am EDT



ACB

ACB has finally broken its silence regarding the cancellation of its last two scheduled events — ACB 89 in Cyprus and ACB 90 in Kazan — and the cancellation of the originally titled ACB 92 in Sweden, which was scheduled to take place on Aug. 25.

The news comes three weeks after ACB announced the cancellation of ACB 91 in London because of "technical issues". The event was supposed to be hosting the return of UK MMA legend, Brad Pickett.

PUBLIC COPY

**PUBLIC COPY**

In a statement posted to the promotion's official Instagram page, "organizational and financial problems" were cited as the reason's that the shows have not taken place. The post also outlined that the promotion is hoping to put on two more shows before the end of 2018 and a full schedule of events in 2019.

Several fighters who are contracted to the promotion have been given no assurances about ACB's future, MMA Fighting has learned.

To conclude the statement, ACB urged its fans not to believe "the gossips," and insisted that the difficult situation the promotion is in will only make it stronger.

# LATEST FROM OUR PARTNERS



Biggest Disappointments in UFC History
Biggest Busts in UFC History
Dirtiest Moments in MMA History
Best Fighters in Women's MMA History
Top 10 Greatest Title Reigns in UFC History
UFC Fighters Who Would Make Great WWE Stars

# LATEST FROM MMA WAREHOUSE



Khabib Nurmagomedov The Eagle Shirt
UFC Team Conor McGregor Shirt
UFC Team Khabib Bear Shirt
UFC Essential Pullover Hoodie
Roots of Fight Iron Mike Tyson Brownsville Shirt
Rose Namajunas Thug Rose Fists Shirt
UFC Legacy Series Francis Ngannou Walkout Jersey
**More:** Apparel Accessories Gloves Sale

PUBLIC COPY