CLARK HILL PLLC
Crane M. Pomerantz
Nevada Bar No. 14103
Email:  cpomerantz@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 697-7545
Facsimile:  (702) 862-8400

Co-Counsel for the *Le* Class and Attorneys
for Individual and Representative Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, AND KYLE KINGSBURY, on behalf of themselves and all others similarly situated, | Case No. 2:15-cv-01045-RFB-BNW |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP AND UFC, | |
| Defendants. | |
| KAJAN JOHNSON AND CLARENCE DOLLAWAY, on behalf of themselves and all others similarly situated, | Case No. 2:21-cv-1189-RFB-BNW |
| Plaintiffs, | |
| v. | |
| ZUFFA, LLC (D/B/A ULTIMATE FIGHTING CHAMPIONSHIP AND UFC) AND ENDEAVOR GROUP HOLDINGS, INC., | |
| Defendants. | |

1

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that CRANE POMERANTZ, ESQ. of the law firm Clark Hill PLLC, hereby enters an appearance as co-counsel for the record for the *Le* Class and Attorneys for Individual and Representative Plaintiffs.  All pleadings and documents should be served upon counsel at 1700 S. Pavilion Center Drive, Las Vegas, NV 89169, cpomerantz@clarkhill.com.

Dated this 4th day of December, 2023.


CLARK HILL PLLC

*/s/ Crane Pomerantz*
Crane M. Pomerantz, Esq.
Nevada Bar No. 14103
1700 S. Pavilion Center Drive
Las Vegas, NV 89169
Telephone: (702) 697-7545/Fax: (702) 778-9709

1

**CERTIFICATE OF SERVICE**

2         I hereby certify that I am an employee of Clark Hill, and that on this 4th day of December,

3 2023, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be

4 electronically filed with the Clerk of the Court by submitting the document(s) listed above to the

5 electronic filing and service system at the United States District court (CM/ECF), District of

6 Nevada.  CM/ECF will provide copies to all counsel of record registered to receive CM/ECF

7 notification.

8

9                              */s/  Jamie Soquena*
                              An Employee of Clark Hill

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28