| | | |
|---|---|---|
| 1 | ERIC L. CRAMER (*Pro hac vice*) | CHRISTOPHER S. YATES (*Pro hac vice*) |
| | BERGER MONTAGUE PC | chris.yates@lw.com |
| 2 | 1818 Market Street, Suite 3600 | LATHAM & WATKINS LLP |
| | Philadelphia, PA 19103 | 505 Montgomery Street, Suite 2000 |
| 3 | Telephone: (215) 875-3000 | San Francisco, CA 94111 |
| | Facsimile: (215) 875-4604 | |
| 4 | ecramer@bm.net | WILLIAM A. ISAACSON (*Pro hac vice*) |
| | | wisaacson@paulweiss.com |
| 5 | JOSEPH R. SAVERI (*Pro hac vice*) | JESSICA PHILLIPS (*Pro hac vice*) |
| | JOSEPH SAVERI LAW FIRM, LLP | jphillips@paulweiss.com |
| 6 | 601 California Street, Suite 1200 | PAUL, WEISS, RIFKIND, WHARTON& |
| | San Francisco, California 94108 | GARRISON LLP |
| 7 | Telephone: (415) 500-6800 | 2001 K Street, NW |
| | Facsimile: (415) 395-9940 | Washington, DC 20006 |
| 8 | jsaveri@saverilawfirm.com | |
| 9 | RICHARD A. KOFFMAN (*Pro hac vice*) | DONALD J. CAMPBELL |
| | COHEN MILSTEIN SELLERS & TOLL, | J. COLBY WILLIAMS |
| 10 | PLLC | CAMPBELL & WILLIAMS |
| | 1100 New York Ave., N.W., Suite 500, East | 710 South Seventh Street, Ste. A |
| 11 | Tower | Las Vegas, NV 89101 |
| | Washington, DC 20005 | Telephone: (702) 382-5222 |
| 12 | Telephone: (202) 408-4600 | Facsimile: (702) 382-0540 |
| | Facsimile: (202) 408 4699 | Email: djc@cwlawlv.com |
| 13 | rkoffman@cohenmilstein.com | Email: jcw@cwlawlv.com |
| 14 | *Co-Lead Counsel for the Le Class and* | *Attorneys for Defendant Zuffa, LLC* |
| | *Attorneys for All Individual and* | |
| 15 | *Representative Plaintiffs* | [Additional Counsel Listed on Signature Page] |
| 16 | [Additional Counsel Listed on Signature Page] | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, | No.: 2:15-cv-01045-RFB |
| | **JOINT STIPULATED PRE-TRIAL SCHEDULE [PROPOSED]** |
| Plaintiffs. | |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

Pursuant to the Court's November 17, 2023 Order, counsel for the Parties have met and conferred and submit the accompanying proposed pre-trial schedule, including proposed deadlines for trial briefs and pre-trial motions *in limine*. *See* Minutes of Proceedings, ECF No. 922. The Parties' conference included a discussion regarding a potential date for a pre-trial hearing addressing exhibits and expert testimony anticipated to be used at trial, as specified in Point 3 of the Court's Order, *see id.*, but the Parties request additional guidance from the Court for potential dates on which the Court would like that hearing to occur.

| Date | Event |
|---|---|
| **Wed., January 31** | Parties exchange initial witness lists and deposition designations |
| **Wed., January 31** | Parties exchange exhibit lists |
| **Fri., February 2** | Parties exchange exhibits |
| **Fri., February 2** | Parties exchange lists of motions in limine each side plans to raise in advance of proposed February 5 meet and confer |
| **Mon. February 5** | Meet and confer regarding motions in limine |
| **Fri., February 9** | Motions in limine due.<br>With good cause shown, Parties may file a small number of additional motions in limine after meeting and conferring concerning any issues that only become evident following this deadline; this deadline does not foreclose later resolving objections about specific exhibits or deposition designations (which will be handled per the dates below) |
| **Mon., February 19** | Parties exchange fact stipulations |
| **Wed., February 21** | Parties exchange deposition counters, deposition objections, and witness objections |
| **Wed., February 21** | Parties exchange exhibit list objections and rebuttal exhibit lists and exhibits |
| **Wed., February 28** | Trial briefs / memoranda of law due; and responses to proposed fact stipulations due |
| **Wed., February 28** | Parties exchange responses to objections to exhibit list and objections to rebuttal exhibits |
| **Fri., February 23** | Opposition to motions in limine due |
| **Mon., March 4** | Parties exchange responsive fact stipulations |
| **Tues., March 5** | Parties exchange objections to deposition counters, responses to objections to affirmative deposition designations, and deposition counter-counters |
| **Wed., March 6** | Parties exchange responses to objections to rebuttal exhibits |
| **TBD** | Parties submit disputed issues regarding deposition designations and exhibits to the Court for resolution in the Court's preferred format<br><br>Parties submit joint pre-trial order per Local Rule 16-3(b) |

| Date | Event |
|---|---|
| **Tues., March 12** | Parties exchange proposed jury instructions and verdict form and voir dire |
| **Tues., March 19** | Parties exchange stipulation for addressing exhibit and deposition designations issues at trial, including proposals for exchange of demonstratives and schedule of witnesses to be called |
| **Fri., March 29** | 1006 summaries due. Parties agree to make a good-faith effort to disclose all 1006 summaries by this date.  With good cause shown, Parties may disclose 1006 summaries after this date if the late disclosure was due in whole or material part to information becoming evident only after the disclosure deadline, provided such summaries are disclosed ten (10) calendar days prior to use at trial.  Parties reserve their rights to object to a 1006 summary prior to its use at trial. |
| **Mon., April 1** | Combined proposed jury instructions, verdict form, and voir dire submitted to the Court |
| **Thurs., April 4** | Witness lists, exhibit lists, hard copy exhibits, and courtesy DVD due to the Court |
| **TBD** | Pretrial conference |
| **Mon., April 8** | Trial begins |

| | | |
|---|---|---|
| 1 | Respectfully Submitted, | Dated: December 4, 2023 |
| 2 | By: /s/ Eric L. Cramer | By: /s/ Christopher S. Yates |

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Richard A. Koffman (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Daniel Silverman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8095

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

DAVID L. JOHNSON (*Pro hac vice*)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

BRETTE M. TANNENBAUM (*Pro hac vice*)
btannenbaum@paulweiss.com
YOTAM BARKAI (*Pro hac vice*)
ybarkai@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

2

| | | |
|---|---|---|
| 1 | *Co-Lead Counsel for the Le Class and Attorneys for Individual and Representative Plaintiffs* | DONALD J. CAMPBELL (No. 1216) djc@campbellandwilliams.com |
| 2 | | J. COLBY WILLIAMS (No. 5549) jcw@campbellandwilliams.com |
| 3 | Don Springmeyer (Bar No. 1021) | CAMPBELL & WILLIAMS |
| 4 | KEMP JONES, LLP 3800 Howard Hughes Parkway, 17th Floor | 700 South 7th Street Las Vegas, Nevada 89101 |
| 5 | Las Vegas, Nevada 89169 | Tel: (702) 382-5222 |
| 6 | Telephone: + 1 (702) 385-6000 Facsimile: + 1 (702) 385-6001 | *Attorneys for Defendants Zuffa, LLC* |
| 7 | Email: dspringmeyer@kempjones.com | |

1. *Co-Lead Counsel for the Le Class and Attorneys for Individual and Representative Plaintiffs*

   Don Springmeyer (Bar No. 1021)
   KEMP JONES, LLP
   3800 Howard Hughes Parkway, 17th Floor
   Las Vegas, Nevada 89169
   Telephone: + 1 (702) 385-6000
   Facsimile: + 1 (702) 385-6001
   Email: dspringmeyer@kempjones.com

   *Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

   Robert C. Maysey (*pro hac vice*)
   Jerome K. Elwell (*pro hac vice*)
   WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
   2555 E. Camelback Road, Suite 800
   Phoenix, AZ 85016
   Telephone: +1 (602) 264-7101
   Facsimile: +1 (602) 234-0419
   Email: rmaysey@warnerangle.com
   Email: jelwell@warnerangle.com

   *Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

   DONALD J. CAMPBELL (No. 1216)
   djc@campbellandwilliams.com
   J. COLBY WILLIAMS (No. 5549)
   jcw@campbellandwilliams.com
   CAMPBELL & WILLIAMS
   700 South 7th Street
   Las Vegas, Nevada 89101
   Tel: (702) 382-5222

   *Attorneys for Defendants Zuffa, LLC*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Stipulated Pre-Trial Schedule was served on December 4, 2023, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Christopher S. Yates
Christopher S. Yates of
LATHAM & WATKINS LLP