WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, NV 89101

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT ZUFFA, LLC'S RENEWED MOTIONS TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS DR. HAL J. SINGER, DR. ANDREW ZIMBALIST, AND GUY A. DAVIS** |

# APPENDIX OF EXHIBITS

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa"), submits this Appendix of Exhibits in Support of Defendant Zuffa, LLC's Renewed Motion to Exclude the Testimony of Plaintiffs' Expert Guy A. Davis, Renewed Motion to Exclude the Testimony of Dr. Andrew Zimbalist, and Renewed Motion To Exclude Certain Opinions of Dr. Hal J. Singer.

The exhibits noted below are attached as exhibits to the Declaration of William A. Isaacson in Support of Defendant Zuffa, LLC's Renewed Motions to Exclude the Testimony Plaintiffs' Experts Dr. Hal J. Singer, Dr. Andrew Zimbalist, and Guy A. Davis.

| Exhibit | Description | Date |
|---|---|---|
| 1 | Expert Opening Report of Guy A. Davis | 08/31/2017 |
| 2 | Transcript Excerpts from First Deposition of Guy A. Davis | 09/19/2017 |
| 3 | Expert "Rebuttal" Report of Guy A. Davis | 01/12/2018 |
| 4 | Transcript Excerpts from Second Deposition of Guy A. Davis | 01/30/2018 |
| 5 | Expert Opposition Report of Elizabeth K. Davis | 10/27/2017 |
| 6 | Expert Report of Andrew Zimbalist | 08/30/2017 |
| 7 | First Deposition of Andrew Zimbalist | 09/25/2017 |
| 8 | Herbert Hovenkamp, Federal Antitrust Policy (2nd ed. 1999) | 1999 |
| 9 | Errata to Expert Report of Andrew Zimbalist | 09/19/2017 |
| 10 | Expert Rebuttal Report of Andrew Zimbalist | 12/26/2017 |
| 11 | Daniel Rubinfeld, Research Handbook on the Economics of Antitrust Law | 11/21/2009 |
| 12 | Phillip Areeda, Herbert Hovenkamp, Roger D. Blair, & Christine Piette Durrance, Antitrust Law (4th ed. 2014), Volume IIA | 2014 |

| | | | |
|---|---|---|---|
| 1 | 13 | Expert Report of Roger D. Blair | 11/15/2017 |
| 2 | 14 | Second Deposition of Andrew Zimbalist | 01/26/2018 |
| 3 | 15 | Andrew Zimbalist, There's more than meets the eye in determining players' salary shares, Sports Business Journal | 03/10/2008 |
| 4 | 16 | GBP000001 (Golden Boy Promotions Profit & Loss - 2015) | 2015 |
| 5 | 17 | GBP000002 (Golden Boy Promotions Profit & Loss - 2016) | 2016 |
| 6 | 18 | Exhibit 3 to Sbardellati Declaration (Backup to Zimbalist Table 2-E) | 01/06/2017 |
| 7 | 19 | Order, *In re Google Play Store Antitrust Litigation*, No. 20-5761 (N.D. Cal.), ECF No. 457 | 09/13/2023 |
| 8 | 20 | Letter, U.S. Supreme Court | 04/24/2023 |
| 9 | 21 | Expert Report of Robert H. Topel | 10/27/2017 |
| 10 | 22 | Professor Robert H. Topel's Reply to the Supplemental Expert Report of Hal J. Singer | 05/07/2018 |
| 11 | 23 | Expert Report of Paul Oyer | 10/27/2017 |
| 12 | 24 | Expert Report of Hal J. Singer | 08/31/2017 |
| 13 | 25 | Supplemental Expert Report of Hal J. Singer | 04/03/2018 |
| 14 | 26 | Transcript Excerpts from Deposition of Hal J. Singer | 09/27/2017 |
| 15 | 27 | Declaration of Gregory K. Leonard | 12/01/2023 |
| 16 | 28 | SCImago Journal & Country Rank (accessed Nov. 30, 2023) | 11/30/2023 |
| 17 | 29 | WorldCat, Journal of Business and Economics (accessed Dec. 1, 2023) | 12/01/2023 |
| 18 | 30 | Academic Star Publishing Webpage, FAQ (accessed Nov. 30, 2023) | 11/30/2023 |

Dated: December 8, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *William A. Isaacson*
    William A. Isaacson

*Attorney for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

APPENDIX OF EXHIBITS TO ZUFFA'S RENEWED MOTIONS TO EXCLUDE PLS.' EXPERTS