# EXHIBIT 1

**08/31/2017 - Expert Opening Report of Guy A. Davis**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| _____ | ) |
| Cung Le, Nathan Quarry, Jon Fitch, Brandon | ) |
| Vera, Luis Javier Vazquez, and Kyle | ) |
| Kingsbury, on behalf of themselves and all | ) |
| others similarly situated, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
|  | ) |
| Zuffa, LLC, d/b/a Ultimate Fighting | ) |
| Championship and UFC, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
| _____ | ) |

EXPERT REPORT OF

GUY A. DAVIS, CPA, CIRA, CDBV, CFE

Pursuant to Rule 26
of the Federal Rules of Civil Procedure

_____

August 31, 2017

# TABLE OF CONTENTS

PAGE

A.   Qualifications ………………………………………………………………..   5

B.   Assignment …………………………………………………………………   8

C.   Factual Background – History of Zuffa, LLC and the UFC ……….……………….   11

D.   Summary of Calculations and Opinions …………….……………………………   16

E.   Analysis and Findings ……………………………………………………….   20

    E.1   Historical Sources of Capital
    E.2   Historical Uses of Capital
    E.3   Value Conferred to Equity Holders
    E.4   Value Conferred to Fighters
    E.5   Zuffa's Financial Capacity to Enhance Compensation to Fighters
    E.6   Zuffa's Accounting Treatment of Intangible Assets

F.   Conclusion…………………………………………………………………   37

G.   Documents and Information Relied Upon………………………………………...   39

H.   Expert's Compensation ………………………………………………………   41

# LIST OF EXHIBITS

|  | Exhibit |
|---|---|
| Income Statement and EBITDA Calculation | 1 |
| Zuffa, LLC Debt Profile | 2 |
| Zuffa, LLC Debt Amortization Schedule for Debt Financed Distributions | 3 |
| Fight-Related Compensation | 4 |
| Fighter Benefits | 5 |
| Documents and Information Relied Upon | 6 |
| Resume and Testimony Experience of Guy A. Davis, CPA, CIRA, CDBV, CFE | 7 |

*SECTION A*

# QUALIFICATIONS

## A.    Qualifications

1)    I, Guy A. Davis, am a Managing Director in the Restructuring and Litigation Services practice ("RLS") of Protiviti Inc., an international risk-management consulting firm with more than 70 offices in over 20 countries and over 3,700 employees.  I was a co-founder of PENTA Advisory Services, LLC ("PENTA"), the predecessor entity to Protiviti's RLS practice, and currently lead Protiviti's Richmond, Virginia office.

2)    Over the past 28 years, I have performed a variety of forensic accounting and financial consulting services in bankruptcies, distressed environments, and other contexts, including in areas such as operations management, asset liquidation, debt restructuring, asset recovery, fraud investigation, and financial analysis.  I have prepared plans of reorganization, business valuations, liquidation analyses, preference and fraudulent conveyance analyses, cash flow projections, and other related analyses typically required by debtors and creditors in insolvency or distressed situations.  I have also served as acting Chief Financial Officer of debtor organizations, court-approved Chief Liquidation Officer, claims and disbursing agent, and as accountant to Chapter 7 and Chapter 11 trustees, creditor committees, and equity committees.  I have also testified as an expert witness in multiple U.S. District, Bankruptcy, and state courts across the country.

3)    During this time, I have served as a financial advisor and/or expert witness in many litigation matters, including fraudulent conveyance, preference recovery, breach of contract, D&O liability, accounting malpractice, patent infringement and reasonable royalty, employment dispute, Ponzi scheme, shareholder dispute, franchise termination, regulatory compliance, marital dissolution, and tax fraud.  I have provided these services on behalf of corporations, partnerships, governmental agencies, individuals, class action plaintiffs, sureties, and financial institutions.

4)    I have performed numerous business valuations for use in bankruptcy, estate planning, the purchase and sale of businesses, litigation matters, and loan collateral analysis.  I have also assisted clients in raising debt and equity capital and purchasing or selling portions or all of a business enterprise.  These services included developing comprehensive business plans, developing and evaluating financial analysis of economic returns, assessing management compatibility and operational synergies, evaluating stock versus asset transactions, and representing potential lenders and investors.

5)     My financial consulting and valuation experience spans a broad range of industries, including, but not limited to, financial services, resort and hospitality, health care, professional sports, retail, banking, communications, wholesale distribution food service, equipment manufacturing, furniture rental, electric and nuclear power generation, insurance, pharmaceutical manufacturing, equipment leasing, steel fabrication, ship repair, heavy highway construction, and mining.

6)     I am a Certified Public Accountant (CPA), a Certified Insolvency and Restructuring Advisor (CIRA), a Certified Fraud Examiner (CFE), and hold a Certification in Distressed Business Valuation (CDBV).  I have a Masters Degree in Business Administration from Loyola College in Maryland and a Bachelors of Science in Business Administration (cum laude) from the University of Richmond with a concentration in Finance.

7)     In 2007, I was inducted as a fellow into the American College of Bankruptcy (the "College"), an honorary association of bankruptcy and insolvency professionals, including distinguished judges, attorneys, law professors, U.S. trustees, and financial advisors.  Nominees for induction to the College are invited to join based on the highest standards of professionalism and service to the profession.

8)     I co-authored the Bankruptcy Tax and Accounting section of the Virginia CLE and the Virginia Law Foundation's Bankruptcy Practice in Virginia publication.  I also authored and presented "Mark-to-Market Accounting and FASB 157 – The Impact on the Current Financial Crisis" for the American College of Bankruptcy 2009 Annual Meeting in Washington D.C.  Over the past 15 years, I have taught several continuing education courses to accountants and attorneys on the topics of bankruptcy, accounting, solvency, valuation, and forecasting techniques.  A more detailed description of my experience and qualifications and a listing of my trial and deposition testimony experience are provided as Exhibit 7.

*SECTION B*

# ASSIGNMENT

## B.  Assignment

9)  Counsel for the Class Plaintiffs[1] have engaged Protiviti to provide financial advisory and litigation support services under my direction in connection with the above-captioned litigation.  Specifically, Class Counsel have given Protiviti the following assignments:

*#1:  Sources of Capital* – For the periods (a) from 2005 to the present, and (b) during the Class Period,[2] calculate defendant Zuffa, LLC's ("Zuffa") aggregate sources of capital, including, without limitation, proceeds received from operations (earnings before interest, taxes, depreciation, and amortization, or "EBITDA"), debt financing, sale of equity, and Zuffa investors.

*#2:  Uses of Capital* - For the periods (a) from 2005 to the present, and (b) during the Class Period, calculate Zuffa's uses of capital, including amounts Zuffa used to fund, *inter alia*, distributions to Zuffa equity holders, debt, interest payments, capital expenditures, acquisitions, and working capital requirements.

*#3:  Value to Equity Holders*  - For the periods (a) from 2005 to the present, and (b) during the Class Period, analyze Zuffa's financial records to determine the aggregate amount Zuffa paid to, or the value of benefits Zuffa conferred upon, Zuffa equity holders.

*#4:  Value to Fighters* - For the periods (a) from 2005 to the present, and (b) during the Class Period, analyze Zuffa's financial records to determine the aggregate amount Zuffa paid to, or the value of benefits Zuffa conferred upon, its Bout Class[3] and Identity Class[4] fighters.

---

[1] Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Class Plaintiffs" or "Plaintiffs").
[2] The Class Period technically spans from December 16, 2010 until the anticompetitive scheme alleged in the Consolidated Class Action Complaint ceases.  However, due to data limitations, analyses of the Class Period in this report are limited to the period ending December 31, 2016.
[3] All persons who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States during the Class Period.  The Bout Class excludes all persons who are not residents or citizens of the United States unless the UFC paid such persons for competing in a bout fought in the United States.
[4] Identity Class includes each and every UFC fighter whose identity was expropriated or exploited by the UFC, including in UFC licensed merchandise and/or UFC promotional materials, during the Class Period in the United States.

*#5:*   *Financial Capacity* - For the periods (a) from 2005 to the present, and (b) during the Class Period, determine whether Zuffa, under the direction of its owners, board of directors, and/or senior management, had the financial capacity to pay more compensation to its fighters than the actual amounts paid.

*#6:*   *Acquisition Accounting* - Determine if Zuffa's accounting treatment for non-compete agreements related to acquisitions from 2001 to 2011 is consistent with the recommended accounting treatment set forth in Zuffa's 2007 Intangible Asset Treatment Discussion Memorandum ("Intangible Asset Memo").[5]

---

[5] The Intangible Asset Memo is a document that we understand was likely prepared by Zuffa in 2007. It examines the nature of the various intangible assets that Zuffa acquired in connection with its purchase of the UFC brand, World Extreme Cagefighting ("WEC"), and the World Fighting Alliance ("WFA").

SECTION C

## FACTUAL BACKGROUND -
## HISTORY OF ZUFFA, LLC AND THE UFC

## C.     Factual Background – History of Zuffa, LLC and the UFC

10)     In 1993, Robert Meyrowitz formed the Ultimate Fighting Championship ("UFC"), which, at the time, was a "no holds barred," unregulated fighting competition viewed by many as uncivilized and barbaric.  At one time it was outlawed in thirty-six states.[6]

11)     In 2001, Lorenzo and Frank Fertitta, owners of the Station casinos in Summerlin, Nevada, purchased the UFC through their company, Zuffa, LLC, for $2 million.  They retained Dana White to promote the fighters and the brand, and granted him a 10% equity interest in Zuffa.

12)     From 2001 to 2005, Frank and Lorenzo Fertitta invested approximately $36.4 million in Zuffa.[7] After several years of modest revenue increases and operating losses, in 2006 Zuffa generated $180 million in revenue and earned $77 million in EBITDA (see Exhibit 1).

13)     Beginning in 2006, Zuffa purchased several MMA organizations, including World Extreme Cagefighting ("WEC"), World Fighting Alliance ("WFA"), Pride Fighting Championship ("Pride"), Affliction, and Strikeforce Mixed Martial Arts.[8]  According to the Intangible Asset Memo, Zuffa purchased WEC and WFA solely to acquire their intangible assets, including non-compete agreements and the WEC brand.[9]

14)     Between 2006 and 2016, Zuffa's annual revenues increased to $703 million, a compound annual growth rate of 14.6%.  During the same time period, its EBITDA ranged from $38 million to $202 million per year (see Exhibit 1).

---

[6] Matt Connelly, *New York To Legalize MMA: Why It Took So Long, And What It Means Going Forward.* Forbes, Mar. 23, 2016 (https://www.forbes.com/sites/mattconnolly/2016/03/23/new-york-to-legalize-mma-why-it-took-so-long-and-what-it-means-going-forward/print/).
[7] Zuffa LLC Capital Contribution Summary as of 12/31/13 (ZFL-1062702, "Contributions" tab) and Houlihan Lokey's Zuffa Valuation as of March 31, 2006 (ZFL-1677117).
[8] Per Zuffa LLC's audited financial statements.
[9] Zuffa LLC Intangible Asset Treatment Discussion Memo (ZLF-1240584).

15) During this time period, Zuffa entered into several lending arrangements.  Most of the proceeds were used to refinance existing debt.

    a) In 2006, Zuffa obtained a $15 million revolving line of credit (the "2006 Revolver") to fund its working capital needs.[10]

    b) In 2007, Zuffa borrowed $350 million (the "2007 Facility"), consisting of a $325 million term loan ("2007 Term Loan") and a $25 million revolving line of credit (the "2007 Revolver").  Zuffa distributed $250 million of the term loan proceeds to Lorenzo Fertitta, Frank Fertitta, and Dana White (collectively, the "Original Equity Holders"), and used the remainder to purchase Pride (Dream Stage Entertainment, Inc.) and refinance the 2006 Revolver.[11]

    c) In 2009, Zuffa entered into a new $100 million term loan agreement (the "2009 Term Loan"), and distributed $70 million (combined with the $250 million distribution of 2007 Term Loan proceeds, the "Debt-Financed Distributions") to Original Equity Holders. Zuffa used the remaining $30 million, in part, to repay the outstanding 2007 Revolver.[12]

    d) In 2012, Zuffa entered into a new $60 million term loan ("2012 Term Loan"), $49 million of which Zuffa used to repay the outstanding 2007 Revolver.[13]

    e) In 2013, Zuffa refinanced the 2007 Revolver and the 2007, 2009, and 2012 Term Loans with:

        a) a $450 million term loan (the "2013 Term Loan") and
        b) a new $60 million revolving line of credit (the "2013 Revolver" and collectively with the 2013 Term Loan, the "2013 Facility").[14]

    f) In 2014, Zuffa refinanced the 2013 Term Loan with a new $479 million term loan ("2014 Term Loan").[15]

---

[10] Zuffa LLC's 2006 and 2007 audited financial statements (ZFL 0000169-187 and ZFL 0000113-135).
[11] Zuffa LLC's 2007 audited financial statements (ZFL 0000113-135).
[12] Zuffa LLC's 2009 audited financial statements (ZFL 0000007-30).
[13] Zuffa LLC's 2012 audited financial statements (ZFL 0000188-220).  Per Zuffa's internally prepared debt amortization schedule (ZFL 1062702).
[14] Zuffa LLC's 2013 audited financial statements (ZFL 0000221-255).
[15] Zuffa LLC's 2014 audited financial statements (ZFL 0000136-168).

16)     See Exhibit 2 for a profile of each of the aforementioned loans.

17)     In 2009, due to Zuffa's growth, investors became interested in purchasing some or all of Zuffa's equity.[16]  Effective December 31, 2009, Flash Entertainment, a live events and entertainment organization based in the United Arab Emirates, with support from January Capital (collectively, with Flash Entertainment, "January Capital"), purchased 10% of Zuffa's equity for $175 million (the "January Capital Investment").[17]  Zuffa received these proceeds in early 2010 and distributed 98.1% of the proceeds ($172 million) to the Original Equity Holders.

18)     Zuffa made distributions to the Original Equity Holders every year from 2005 to 2015 in amounts ranging from $9 million to $306 million.[18]  For six consecutive years, from 2007 to 2012, Zuffa distributed more to Original Equity Holders and January Capital than it reported in annual net income.[19]  In fact, the 2007 distribution ($286 million) was not only greater than the reported net income ($13 million), it was also greater than Zuffa's earned revenue ($226 million) for that year. As stated previously, the 2007 distribution was financed by the 2007 Term Loan Zuffa had procured earlier in the year. During the Class Period (through December 31, 2015), Zuffa made a total of $370 million in distributions to the Original Equity Holders and January Capital.

19)     In addition to cash dividends, Zuffa conferred significant benefits upon the Original Equity Holders, including, *e.g.*, the use of several leased corporate jets[20] and the ongoing payment of interest on the Debt-Financed Distributions.  Specifically between 2005 and 2016, Zuffa provided $217 million of benefits to the Original Equity Holders, including $129 million during the Class Period, as further explained in Sections D and E of this report.

---

[16]  Scott Hamm, *Online interest in UFC skyrockets while NASCAR, NFL and NHL fall.* Neilsen, Jul. 8, 2009 (http://www.nielsen.com/us/en/insights/news/2009/online-interest-in-ufc-skyrockets-while-nascar-nfl-and-nhl-fall-2.html).
[17]  Zuffa LLC's 2009 audited financial statements (ZFL 0000007-30) and *Abu-Dhabi-owned Flash Entertainment buys 10 percent of UFC's parent company.* MMA Junkie, Jan. 12, 2010 (http://mmajunkie.com/2010/01/abu-dhabi-owned-flash-entertainment-buys-10-percent-of-ufcs-parent-company).
[18]  We have not received information about distributions to equity in 2016.
[19]  In total, in eight of the eleven years during the period from 2005 to 2015, Zuffa's distributions to shareholders were greater than the company's reported net income.  Zuffa's distributions to shareholders were greater than the company's reported net income a minimum of three times during the Class Period.
[20]  Zuffa's corporate jets were leased from Fertitta controlled entities.

20)   In June 2016, Original Equity Holders and January Capital (collectively the "Sellers") sold their membership interests in Zuffa to WME|IMG for $4.025 billion.  Under the terms of the sale, the Sellers received:

    a)   a cash payment of $3.45 billion;

    b)   a roll-over 19% equity in the new UFC under WME|IMG's control valued at $325 million;[21] and,

    c)   potential earn-out payments based on 2017 and 2018 financial performance totaling $250 million.

21)   The UFC continues to operate today under the direction of Dana White and WME|IMG ownership and is the largest MMA promoter in North America.

---

[21] Securities Purchase Agreement and Disclosure Schedules (RAINE 0016835-17717) and Goldman Sachs Offering Memorandum (ZFL 2649918-89; Bidarian Deposition Exhibit 12).

*Section D*

# Summary of Calculations and Opinions

# D.    Summary of Calculations and Opinions

22)    I have completed the assignment set out in Section B above with the assistance of my colleagues and staff, and have derived the following calculations and opinions:

*#1: Sources of Capital* - From 2005 through 2016,[22] Zuffa had four sources of capital:  (i) cash from operations (EBITDA), (ii) debt proceeds from third party lenders, (iii) proceeds from the January Capital Investment, and (iv) equity contributions, totaling $1.95 billion (excluding proceeds from the WME-IMG sale).  Of this amount, $872 million was generated during the Class Period (as shown below):

**Table 1:  Sources of Capital**
*$ in 000s*

|  | Pre-Class Period Jan. 1, 2005 - Dec. 15, 2010 |  | Class Period Dec. 16, 2010 - Dec. 31, 2016 |  | Total Period Jan. 1, 2005 - Dec. 31, 2016 |  |
|---|---|---|---|---|---|---|
| EBITDA | $ | 476,534 | $ | 773,654 | $ | 1,250,187 |
| Debt Financing [1] |  | 425,000 |  | 94,000 |  | 519,000 |
| Sale of Equity |  | 175,741 |  | - |  | 175,741 |
| Equity Contributions |  | 3,148 |  | 4,676 |  | 7,824 |
| Total Sources of Capital | $ | 1,080,423 | $ | 872,330 | $ | 1,952,752 |

[1]  Excludes refinancing proceeds of $895 million.  See Table 5.

*#2: Uses of Capital* - From 2005 through 2016 and during the Class Period, Zuffa used the majority of its capital to fund stockholder distributions and pay principal and interest on the debt incurred, in large part, to make distributions to shareholders as illustrated below:

---

[22] Our analysis incorporates Zuffa's financial data through December 31, 2016 unless otherwise indicated.  The 2017 financial data provided was incomplete.

**Table 2:  Uses of Capital**
*$ in 000s*

| | Pre-Class Distributions Jan. 1, 2005 - Dec. 15, 2010 | | Class Period Dec. 16, 2010 - Dec. 31, 2016 | | Total Period Jan. 1, 2005 - Dec. 31, 2016 | |
|---|---:|---|---:|---|---:|---|
| Shareholder Distributions | $ | 868,920 | $ | 370,240 | $ | 1,239,159 |
| Principal Payments | | 11,563 | | 28,898 | | 40,460 |
| Interest Payments | | 57,544 | | 110,781 | | 168,325 |
| Capital Expenditures | | 23,415 | | 48,490 | | 71,905 |
| Corporate Transactions | | 67,978 | | 147,747 | | 215,725 |
| Working Capital / Other | | 51,004 | | 166,175 | | 217,179 |
| Total Uses of Capital | $ | 1,080,423 | $ | 872,330 | $ | 1,952,752 |

*#3:* *Value to Equity Holders* - From 2005 to 2016,[23] Zuffa distributed more than $1.45 billion in dividends and other value to the Original Equity Holders and January Capital, of which $499 million was paid during the Class Period.  In addition, the Original Equity Holders and January Capital collectively received approximately $3.77 billion from the sale of Zuffa to WME|IMG in 2016.  The total value received by the Original Equity Holders and January Capital (combined) from 2005 to 2016 was approximately $5.23 billion as illustrated below:

**Table 3:  Summary of Value to Equity**
*$ in 000s*

| | Pre-Class Distributions Jan. 1, 2005 - Dec. 15, 2010 | | Class Period Dec. 16, 2010 - Dec. 31, 2016 | | | | Total Period Jan. 1, 2005 - Dec. 31, 2016 | |
|---|---:|---|---:|---|---:|---|---:|---|
| | | | Distributions | | WME Proceeds | | | |
| Lorenzo Fertitta | $ | 387,338 | $ | 150,269 | $ | 1,526,620 | $ | 2,064,227 |
| Frank Fertitta | | 387,355 | | 150,269 | | 1,526,620 | | 2,064,245 |
| Dana White | | 82,028 | | 33,393 | | 339,249 | | 454,671 |
| January Capital | | 12,198 | | 36,308 | | 376,943 | | 425,449 |
| | | 868,920 | | 370,240 | | 3,769,432 [1] | | 5,008,592 |
| Other Value Conferred | | 88,789 | | 128,883 | | - | | 217,672 |
| | $ | 957,709 | $ | 499,122 | $ | 3,769,432 | $ | 5,226,263 |

[1]  Excludes $5.6 million paid to Zuffa Pipco I, LLC, an employee stock ownership plan created by Zuffa in 2013.

[23] We do not have available to us information about distributions to equity in 2016 prior to the WME|IMG sale.

*#4: Value to Fighters* - From 2005 to 2016, Zuffa distributed approximately $846 million in compensation and other benefits to 1,556 fighters, including $575 million paid to 1,177 fighters during the Class Period, as illustrated below:

**Table 4: Summary of Value to Fighters**
*$ in 000s*

| | Pre-Class Period<br>Jan. 1, 2005 -<br>Dec. 15, 2010 | Class Period<br>Dec. 16, 2010 -<br>Dec. 31, 2016 | Total Period<br>Jan. 1, 2005 -<br>Dec. 31, 2016 |
|---|---|---|---|
| Bout Class Compensation | $ 246,624 | $ 514,481 | $ 761,104 |
| Identity Class Licenses and Royalties [1] | 1,805 | 18,169 | 19,975 |
| Other Fighter Benefits | 23,002 | 41,858 | 64,860 |
| | $ 271,431 | $ 574,508 | $ 845,939 |

[1]   Identity Class data not provided prior to 2009.

*#5: Financial Capacity* - From 2005 to 2016, and at all times during the Class Period, Zuffa had the financial wherewithal to pay its fighters substantially more than the amounts it actually paid. Zuffa's exceptional revenue growth, profit margins, and borrowing capacity afforded management and equity holders the ability to forgo a portion of their discretionary distributions, excessive aviation expenses, and management fees to pay fighters a higher compensation. This hypothetical shift to increased fighter compensation would have had no impact on Zuffa's ability to honor its financial obligations to its non-fighter employees or third-party creditors. Zuffa also had the financial wherewithal to borrow funds to increase compensation paid to fighters.

*#6: Acquisition Accounting* -   Zuffa's accounting treatment for the non-compete intangible assets acquired in the WEC, WFA, Pride, and Strikeforce acquisitions is consistent with the recommended accounting treatment set forth in the Intangible Asset Memo.

SECTION E

ANALYSIS AND FINDINGS

# E.    Analysis and Findings

23)    To complete our assignment, Protiviti, under my direction, reviewed several documents produced in discovery, including Zuffa's audited financial statements, internal profit and loss reports, compensation and shareholder distribution workpapers, debt amortization schedules, and other accounting and financial documents.   We also reviewed deposition transcripts, select e-mail correspondence, and confidential offering memorandums, as well as conducted independent research.  A detailed list of our documents relied upon is included in Exhibit 6 to this report.

24)    The narrative and tables below provide a description of the analyses performed and the foundation of my conclusions.

## E.1    Historical Sources of Capital

25)    Zuffa's three main sources of capital leading up to the 2016 sale of Zuffa's stock to WME|IMG were:  (a) cash flow from operations earned each year (EBITDA), (b) debt proceeds from third party lenders, and (c) proceeds from the January Capital Investment:

   a)    Cash from Operations (EBITDA)
         Cash from operations, or EBITDA, is a widely used measure of the cash a company internally generates that is available to service debt, invest in capital assets, and make distributions to shareholders. The computation of EBITDA starts with the reported net income of the company and adjusts that amount by adding back interest expense, tax expense, depreciation, amortization, and other non-recurring expenses, if any.

         Zuffa consistently generated significant EBITDA each year as illustrated in Exhibits 1 and 1a.  From 2005 to 2016, Zuffa generated aggregate EBITDA of $1.25 billion. During the Class Period through December 31, 2016, Zuffa generated aggregate EBITDA of $774 million.

b) <u>Debt Financing</u>

As discussed earlier, Zuffa entered into multiple debt financings from 2005 to 2016, most of which Zuffa used to repay or refinance existing debt.  In total, the net term debt proceeds after refinancing were $519 million, as illustrated below.

**Table 5:  Uses of Term Debt**
*$ in 000s*

| Year | Total Term Proceeds | | Refinance | Revolver Repay/(Borrow) | Distributions to Equity | Acquisitions | Working Cap/ Other |
|---|---|---|---|---|---|---|---|
| | | | | Uses of Each Debt Issuance | | | |
| 2007 | $  325,000 | $        - | $   15,000 | $ 250,000 | $    56,378 | $     3,622 |
| 2009 | 100,000 | | - | 24,500 | 70,000 | - | 5,500 |
| 2012 | 60,000 | | - | 49,000 | - | - | 11,000 |
| 2013 | 450,000 [1] | 450,000 | (13,425) | - | - | 13,425 |
| 2014 | 479,500 [2] | 445,500 | 27,000 | - | - | 7,000 |
| Total | 1,414,500 | 895,500 | 102,075 | 320,000 | 56,378 | 40,547 |
| Less   Refinance | (895,500) | (895,500) | - | - | - | - |
| Net Debt Financing | $  519,000 | $        - | $  102,075 | $  320,000 | $   56,378 | $   40,547 |

[1] Proceeds of $450 million from the term loan and a portion of the $28 5 million revolver draw were used to refinance 2007, 2009, and 2012 term debt ($463 4 million)
[2] In 2014, the 2013 debt was refinanced at a lower rate (4 5% to 3 75%), saving 75 basis points

c) <u>January Capital Investment</u>

In December 2009, January Capital and Zuffa consummated the January Capital Investment, a transaction wherein January Capital received a 10% equity interest in Zuffa in exchange for $175.7 million.[24]  Zuffa received $175.5 million in January 2010 and the remaining $271,000 in April 2010.[25]

26)     Zuffa received other immaterial equity contributions during the relevant time period which, when added to the aforementioned sources, results in total sources of capital of $1.95 billion, of which $872 million was generated during the Class Period, as illustrated below.

---

[24] Zuffa LLC's 2009 audited financial statements (ZFL 0000007-30).
[25] Zuffa LLC's 2009 audited financial statements (ZFL 0000007-30) and Zuffa's internally prepared Debt Financed Distributions excel file (ZFL 1062702).

**Table 6:  Sources of Capital**
*$ in 000s*

| | Pre-Class Period Jan. 1, 2005 - Dec. 15, 2010 | Class Period Dec. 16, 2010 - Dec. 31, 2016 | Total Period Jan. 1, 2005 - Dec. 31, 2016 |
|---|---|---|---|
| EBITDA | $     476,534 | $     773,654 | $     1,250,187 |
| Debt Financing  [1] | 425,000 | 94,000 | 519,000 |
| Sale of Equity | 175,741 | - | 175,741 |
| Equity Contributions | 3,148 | 4,676 | 7,824 |
| Total Sources of Capital | $     1,080,423 | $     872,330 | $     1,952,752 |

[1]  Excludes refinancing proceeds of $895 million.  See Table 5.

# E.2    Historical Uses of Capital

27)    From 2005 through 2016, Zuffa used the capital it received for a variety of purposes including, but not limited to, funding stockholder distributions, paying principal and interest on the debt incurred, in large part, to make dividend distributions to the Original Equity Holders, and acquiring other MMA organizations.   Specifically, the uses of capital for the Class Period and the total period analyzed are as follows:

**Table 7:  Uses of Capital**
*$ in 000s*

| | Pre-Class Distributions Jan. 1, 2005 - Dec. 15, 2010 | Class Period Dec. 16, 2010 - Dec. 31, 2016 | Total Period Jan. 1, 2005 - Dec. 31, 2016 |
|---|---|---|---|
| Shareholder Distributions | | | |
|    Lorenzo Fertitta | $     387,338 | $     150,269 | $     537,607 |
|    Frank Fertitta | 387,355 | 150,269 | 537,625 |
|    Dana White | 82,028 | 33,393 | 115,422 |
|    January Capital | 12,198 | 36,308 | 48,506 |
| | 868,920 | 370,240 | 1,239,159 |
| Principal Payments | 11,563 | 28,898 | 40,460 |
| Interest Payments | 57,544 | 110,781 | 168,325 |
| Capital Expenditures | 23,415 | 48,490 | 71,905 |
| Corporate Transactions | 67,978 | 147,747 | 215,725 |
| Working Capital / Other | 51,004 | 166,175 | 217,179 |
| Total Uses of Capital | $     1,080,423 | $     872,330 | $     1,952,752 |

28) As illustrated above, during the Class Period and the total period analyzed, a majority of Zuffa's capital was used to make shareholder distributions and to service the debt incurred, in large part, to make dividend distributions.

## E.3    Value to Zuffa Equity Holders

29) From 2005 to 2016, Zuffa made distributions to equity holders in the form of direct cash disbursements (dividends) and other conferred value (benefits).

<u>Cash Distributions to Zuffa Equity Holders</u>

30) As previously illustrated on Table 2, Zuffa paid $1.2 billion of cash dividends to Zuffa shareholders from 2005 to 2015, and $370 million during the Class Period (through December 31, 2015). Zuffa made its first equity distribution to the Original Equity Holders in 2005 in the amount of $9.1 million. In that same year, Zuffa reported only $6.3 million in net income and received equity contributions of $3.1 million. From 2006 forward, Zuffa adopted a very aggressive dividend policy as evidenced by its cash distributions to the Original Equity Holders and January Capital, together ranging from $44 million to $306 million annually.

31) The distributions Zuffa made to the Original Equity Holders and January Capital (combined) were based on the percentage ownership each shareholder held in Zuffa at the time of the distribution. Originally, the Fertittas, or entities controlled by them, owned 90% of Zuffa's stock and Dana White owned 10%. In December 2009, January Capital acquired 10% of Zuffa's stock which proportionately diluted Original Equity Holders' ownership, as follows:

**Table 8:  Zuffa Ownership History**

|  | Zuffa Original Ownership | After 2009 Jan. Cap. Investment |
|---|---|---|
| Lorenzo Fertitta | 45.0% | 40.5% |
| Frank Fertitta | 45.0% | 40.5% |
| Dana White | 10.0% | 9.0% |
| January Capital | 0.0% | 10.0% |
|  | 100.0% | 100.0% |

32)     From 2005 through 2015,[26] Zuffa's distributions to shareholders were as follows:

**Table 9: Distributions to Equity**
*$ in 000s*

| | L. Fertitta | F. Fertitta | D. White | January Capital | Total |
|---|---|---|---|---|---|
| **Pre-Class Period** | | | | | |
| 2005 | $ 4,550 | $ 4,550 | $ - | $ - | $ 9,100 |
| 2006 | 30,093 | 30,093 | 3,650 | - | 63,836 |
| 2007 | 128,585 | 128,585 | 28,575 | - | 285,744 |
| 2008 | 32,716 | 32,716 | 7,270 | - | 72,703 |
| 2009 | 64,873 | 64,891 | 14,418 | - | 144,182 |
| Jan.1-Dec.15 (2010) | 126,521 | 126,521 | 28,116 | 12,198 | 293,355 |
| | 387,338 | 387,355 | 82,028 | 12,198 | 868,920 |
| **Class Period** | | | | | |
| Dec.16-31 (2010) | 5,099 | 5,099 | 1,133 | 1,169 | 12,500 |
| 2011 | 39,349 | 39,349 | 8,744 | 9,716 | 97,158 |
| 2012 | 27,856 | 27,860 | 6,190 | 6,136 | 68,042 |
| 2013 | 29,196 | 29,192 | 6,488 | 7,245 | 72,121 |
| 2014 | 17,953 | 17,953 | 3,990 | 4,433 | 44,329 |
| 2015 | 30,816 | 30,816 | 6,848 | 7,609 | 76,089 |
| | 150,269 | 150,269 | 33,393 | 36,308 | 370,240 |
| **Total Period** | $ 537,607 | $ 537,625 | $ 115,422 | $ 48,506 | $ 1,239,159 [1] |

[1]  Excludes $8K distributed to Zuffa PIPCO 1, LLC, an employee stock ownership plan created by Zuffa in 2013.

33)     Notably, Zuffa's cumulative net income from 2005 to 2015 was insufficient to fund the distributions Zuffa paid to the Original Equity Holders and January Capital.  As previously mentioned, Zuffa financed $320 million of distributions made to shareholders using loan proceeds obtained in 2007 and 2009.  Zuffa also distributed virtually all ($172 million) of the 2010 January Capital proceeds to the Original Equity Holders.  The balance of the distributions Zuffa paid to the Original Equity Holders ($745 million) was funded by Zuffa's operating cash flow.

---

[26] We do not currently have information on distributions to the Original Equity Holders or January Capital in 2016.

<u>Other Value Conferred to Zuffa Equity Holders</u>

34)     In addition to the cash distributions, Zuffa also conferred value to the Original Equity Holders by funding:

    a)  interest payments on the Debt-Financed Distributions;
    b)  excessive aviation expenses; and,
    c)  management fees to the Fertittas or their related entities.

*Interest Payments*

35)     As discussed earlier, Zuffa borrowed $425 million in 2007 and 2009 in order to, in part, make the Debt-Financed Distributions ($320 million) to the Original Equity Holders.  In subsequent years, Zuffa paid interest on Debt Financed Distributions and any new loans that refinanced the original borrowings.  The interest payments from 2007 to 2016 related to the Debt Financed Distributions were approximately $116 million, which includes $72 million paid during the Class Period, as illustrated below.  See also <u>Exhibit 3</u> for a detailed debt amortization schedule.

**Table 10:  Interest Payments on Debt-Financed Distributions**
*$ in 000s*

| Year | Allocated Term Loan Interest | | | | |
| | 2007 | 2009 | 2013 | 2014 | Total |
|---|---|---|---|---|---|
| **Pre-Class Period** | | | | | |
| 2005 | $        - | $        - | $        - | $        - | $        - |
| 2006 | - | - | - | - | - |
| 2007 | 10,206 | - | - | - | 10,206 |
| 2008 | 15,328 | - | - | - | 15,328 |
| 2009 | 6,182 | 1,220 | - | - | 7,402 |
| Jan.1-Dec.15 (2010) | 5,316 | 5,362 | - | - | 10,678 |
| | 37,031 | 6,582 | - | - | 43,614 |
| **Class Period** | | | | | |
| Dec.16-31 (2010) | 492 | 501 | - | - | 994 |
| 2011 | 5,869 | 5,815 | - | - | 11,684 |
| 2012 | 5,639 | 5,814 | - | - | 11,452 |
| 2013 | 834 | 888 | 12,460 | - | 14,181 |
| 2014 | - | - | 2,888 | 8,854 | 11,742 |
| 2015 | - | - | - | 11,130 | 11,130 |
| 2016 | - | - | - | 11,017 | 11,017 |
| | 12,834 | 13,018 | 15,347 | 31,001 | 72,200 |
| **Total Period** | $   49,865 | $   19,600 | $   15,347 | $   31,001 | $  115,814 |

*Aviation Expenses*

36)     Zuffa paid an average of $9 million per year from 2005 to 2016 to lease several corporate jets from entities controlled by the Fertittas.  In total, Zuffa paid $109 million in aviation expenses, including $63 million during the Class Period, for five corporate jets, including three Gulfstream jets (models GIII, GIV, G-IV-II), a Bombardier Global Express jet, and a Boeing Business Jet.  These corporate jets were almost exclusively used by the Original Equity Holders for business and personal travel.[27]

37)     In preparing its 2016 offering memorandum related to the sale of Zuffa to WME|IMG, Goldman Sachs (the investment banker engaged to sell Zuffa) prepared a pro forma income statement to allow investors to consider Zuffa's normalized earning capacity in the hands of an independent owner, free of excessive related-party transactions.  In preparing this analysis, Goldman Sachs reduced Zuffa's actual aviation expense by between $5 million and $8 million, implying a normal level of aviation expense of between $1.2 and $1.8 million per year.[28]  Accordingly, I have calculated the excessive value provided to the Original Equity Holders from 2005 to 2016 to be approximately $91 million, and $54 million during the Class Period, based on a normalized aviation expense of $1.5 million per year.

---

[27] Fertitta compilation exhibit (ZFL2699693) at rows 499-504.  See also Brent Richards deposition at p 226:14 noting that T&E in Exhibit 4, page 2, (WME_Zuffa_00001672-1673), refers to WME's belief that it could eliminate $5m of travel and expenses from the company, that "the execs travelled lavishly," and that cost savings was a driver of the acquisition.
[28] Goldman Sachs Confidential Information Memorandum, p. 68.  $1.45 Billion Senior Secured Credit Facilities (ZFL-2649918).

**Table 11: Aviation Expenses**
*$ in 000s*

| Year | Total Aviation Expense | [1] | Goldman Sachs Addback | [2] | Necessary Aviation Expense | Excess Aviation Expense |
|------|------------------------|-----|------------------------|-----|---------------------------|------------------------|
| **Pre-Class Period** | | | | | | |
| 2005 | $      2,358 | | | | $      1,500 | $         858 |
| 2006 | 4,955 | | | | 1,500 | 3,455 |
| 2007 | 6,633 | | | | 1,500 | 5,133 |
| 2008 | 8,031 | | | | 1,500 | 6,531 |
| 2009 | 11,720 | | | | 1,500 | 10,220 |
| Jan.1-Dec.15 (2010) | 12,023 | | | | 1,434 | 10,589 |
| | 45,721 | | | | 8,934 | 36,786 |
| **Class Period** | | | | | | |
| Dec.16-31 (2010) | 551 | | | | 66 | 485 |
| 2011 | 11,527 | | | | 1,500 | 10,027 |
| 2012 | 13,834 | | | | 1,500 | 12,334 |
| 2013 | 14,863 | | | | 1,500 | 13,363 |
| 2014 | 9,280 | | 8,000 | | 1,280 | 8,000 |
| 2015 | 6,843 | | 5,000 | | 1,843 | 5,000 |
| 2016 | 6,441 | | | | 1,500 | 4,941 |
| | 63,338 | | | | 9,189 | 54,149 |
| **Total Period** | $   109,059 | | | | $    18,123 | $    90,936 |

[1]  Per internal financial statements.

[2]  Available for 2014 and 2015 only (ZFL-2649918.00069).

*Management Fees*

38)     Zuffa paid a management fee to the Fertittas, or their management company, from 2005 through 2015.[29]  The payments ranged from $500,000 to $2.7 million per year and total $10.9 million. During the Class Period, Zuffa paid total management fees of $2.5 million, or $500 thousand per year.  These fees are separate from the salary and bonuses paid to Dana White (President), Lorenzo Fertitta (CEO), and other Zuffa executives.

---

[29] Management fee data for the months preceding the sale to WME|IMG were not produced.

Total Other Value Conferred to Equity Holders

39) In total, Zuffa conferred other value from 2005 to 2016 of approximately $217 million, including $129 million during the Class Period, to the Original Equity Holders in addition to the cash distributions.

**Table 12: Other Value to Equity**
*$ in 000s*

| Year | Interest Payments | Aviation Expense | Management Fee | Total |
|---|---|---|---|---|
| Pre-Class Period | | | | |
| 2005 | $ - | $ 858 | $ - | $ 858 |
| 2006 | - | 3,455 | 1,000 | 4,455 |
| 2007 | 10,206 | 5,133 | 2,435 | 17,774 |
| 2008 | 15,328 | 6,531 | 2,748 | 24,607 |
| 2009 | 7,402 | 10,220 | 1,493 | 19,115 |
| Jan.1-Dec.15 (2010) | 10,678 | 10,589 | 713 | 21,980 |
| | 43,614 | 36,786 | 8,389 | 88,789 |
| Class Period | | | | |
| Dec.16-31 (2010) | 994 | 485 | 33 | 1,512 |
| 2011 | 11,684 | 10,027 | 500 | 22,211 |
| 2012 | 11,452 | 12,334 | 500 | 24,286 |
| 2013 | 14,181 | 13,363 | 500 | 28,044 |
| 2014 | 11,742 | 8,000 | 500 | 20,242 |
| 2015 | 11,130 | 5,000 | 500 | 16,630 |
| 2016 | 11,017 | 4,941 | - | 15,958 |
| | 72,200 | 54,149 | 2,533 | 128,883 |
| Total Period | $ 115,814 | $ 90,936 | $ 10,922 | $ 217,672 |

WME|IMG Sale Proceeds

40) As previously discussed, in June 2016 WME|IMG purchased the stock of Zuffa for $4.025 billion. Under the terms of the stock purchase agreement, the Original Equity Holders and January Capital received:

a) a cash payment of $3.45 billion;
b) a roll-over 19% equity in the new UFC under WME|IMG's control valued at $325 million; and,
c) potential earnout payments based on 2017 and 2018 financial performance totaling $250 million.

41) It is presently unknown whether the milestones for the $250 million earnout for 2017 and 2018 will be met.  Therefore, we conservatively ascribe no value to that component of the sale.  Consequently, we have included only the $3.77 billion in cash and equity in our calculation of value to equity holders.[30]

Total Value Conferred to Equity Holders

42) In aggregate, from 2005 to 2016, the Original Equity Holders and January Capital received more than $5.22 billion.  Of this total amount, the Original Equity Holders and January Capital received $4.27 billion during the Class Period as shown in the table below.

**Table 13:  Total Value to Equity**
*$ in 000s*

| | Pre-Class Period<br>Jan. 1, 2005 -<br>Dec. 15, 2010 | Class Period<br>Dec. 16, 2010 -<br>Dec. 31, 2016 | Total Period<br>Jan. 1, 2005 -<br>Dec. 31, 2016 |
|---|---|---|---|
| Cash Distributions | $  868,920 | $   370,240 | $1,239,159 |
| Other Value | 88,789 | 128,883 | 217,672 |
| Sales Proceeds from WME | - | 3,769,432 | 3,769,432 |
| | $  957,709 | $4,268,555 | $5,226,263 |

## E.4    Compensation and Benefits Paid to Fighters

43) Zuffa paid its fighters primarily for participating in UFC-promoted live MMA events ("Bout Related Compensation").  Zuffa also paid royalties and license fees to certain current and/or former fighters for the use of fighters' names or likenesses in connection with UFC licensed merchandise or UFC promotional material ("UFC Identity Payments").  Our analysis of fighter compensation addresses each compensation type separately.

Bout Related Compensation

44) From 2005 to 2016, Zuffa contracted with 1,556 fighters to compete in UFC-sponsored live MMA events, including 1,177 fighters during the Class Period.  Each event typically featured seven to

---

[30] Excludes payment of $5.6 million to Zuffa Pipco 1, LLC, an employee stock ownership plan created by Zuffa in 2013.

twelve bouts and culminated with the Main Card bout (or bouts) in which top fighters in the division would compete, often for the division title.

45)     In most instances, each fighter would be paid an amount to "show" and the winner would receive additional compensation as part of the purse.  In certain instances, Zuffa paid fighters other (or alternative) amounts for what it characterized as the "Knockout of the Night," "Fight of the Night," "Submission of the Night," and "Performance of the Night" or attaining Pay-per-View revenue thresholds.  During the Class Period, "show" compensation paid per fighter was as low as $750 per fight.  The median "show" compensation during the Class Period was $14,000 per fight.

46)     Under my direction, Protiviti conducted an investigation of the Bout Related Compensation paid by Zuffa to its fighters from 2005 to 2016 and isolated payments made to the Bout Class during the Class Period.  The results of our investigation are as follows:

**Table 14:  Bout Related Compensation**
*$ in 000s*

| Year | Number of Fighters | Show | Win | Performance/ Discretionary | Letter of Agreement / Signing Bonus | PPV | Total |
|---|---|---|---|---|---|---|---|
| **Pre-Class Period** | | | | | | | |
| 2005 | 102 | $ 2,072 | $ 969 | $ 47 | $ - | $ 519 | $ 3,606 |
| 2006 | 174 | 5,334 | 1,685 | 6,770 | 4,700 | 8,333 | 26,821 |
| 2007 | 270 | 9,491 | 2,831 | 7,958 | 13,496 | 8,233 | 42,008 |
| 2008 | 301 | 11,226 | 5,106 | 8,971 | 8,243 | 10,108 | 43,653 |
| 2009 | 333 | 14,177 | 5,823 | 12,056 | 15,403 | 7,719 | 55,177 |
| Jan.1-Dec.15 (2010) | 340 | 17,346 | 6,650 | 14,612 | 27,921 | 8,830 | 75,359 |
| | | 59,644 | 23,063 | 50,413 | 69,763 | 43,740 | 246,624 |
| **Class Period** | | | | | | | |
| Dec.16-31 (2010) | 22 | 210 | 103 | 50 | - | - | 363 |
| 2011 | 485 | 22,314 | 7,322 | 13,563 | 23,674 | 4,871 | 71,745 |
| 2012 | 449 | 20,954 | 7,471 | 17,578 | 12,830 | 4,236 | 63,069 |
| 2013 | 452 | 27,321 | 8,921 | 15,984 | 23,700 | 7,300 | 83,226 |
| 2014 | 565 | 24,454 | 10,849 | 19,540 | 6,102 | 1,253 | 62,198 |
| 2015 | 576 | 35,073 | 12,086 | 20,706 | 16,631 | 12,802 | 97,298 |
| 2016 | 555 | 59,553 | 13,146 | 14,467 | 21,185 | 28,233 | 136,583 |
| | | 189,878 | 59,897 | 101,887 | 104,122 | 58,696 | 514,481 |
| | | $ 249,522 | $ 82,961 | $ 152,301 | $ 173,885 | $ 102,436 | $ 761,104 |

47)     The compensation statistics above include all fighters with whom the UFC contracted directly and those that were acquired by acquisition of other MMA promoters.  A more detailed statistical analysis of the UFC fighters is provided in Exhibit 4.

<u>UFC Identity Payments</u>

48)   Zuffa made UFC Identity Payments periodically throughout each calendar year to certain fighters, or their related agency or company, for event sponsorships, video game sales and merchandise sales that incorporated the name or likeness of the UFC fighter.  Under my direction, Protiviti conducted an investigation to determine the aggregate amount of UFC Identity Payments Zuffa made from 2009 to 2016 and isolated the UFC Identity Payments made during the Class Period.[31]  The results of our analysis are as follows:

**Table 15:  UFC Identity Payments**
*$ in 000s*

| Year | Number of Fighters | Sponsorship | Video Games | Merchandise | Outfitting | Total |
|------|------|------|------|------|------|------|
| Pre-Class Period | | | | | | |
| 2009 | 69 | $        7 | $      638 | $      34 | $        - | $      678 |
| Jan.1-Dec.15 (2010) | 108 | 127 | 170 | 830 | - | 1,127 |
| | | 134 | 808 | 864 | - | 1,805 |
| | | | | | | |
| Class Period | | | | | | |
| Dec.16-31 (2010) | 2 | - | 18 | 13 | - | 31 |
| 2011 | 74 | 20 | - | 300 | - | 320 |
| 2012 | 183 | 1,118 | 1,021 | 240 | - | 2,380 |
| 2013 | 108 | 799 | 12 | 79 | - | 889 |
| 2014 | 113 | 585 | 3 | 55 | - | 643 |
| 2015 | 492 | 1,047 | 815 | 92 | 2,919 | 4,873 |
| 2016 | 587 | 1,771 | 7 | 345 | 6,911 | 9,034 |
| | | 5,340 | 1,876 | 1,123 | 9,830 | 18,169 |
| | | | | | | |
| | | $   5,474 | $   2,684 | $   1,987 | $   9,830 | $ 19,975 |

<u>Other Value Conferred by Zuffa to UFC Fighters</u>

49)   To be conservative, Protiviti's analysis also included an investigation to determine the amount Zuffa paid for products or services that may have, at least in part, conferred some benefit to fighters (the "Fighter Benefits").  We determined all such amounts in Zuffa's accounting records were incorporated into 18 expense categories.  These accounts captured expenses such as medical, insurance, and other fighter costs.  We also determined that the 18 expense categories included the UFC Identity Payments (discussed above).  Therefore, to compute the Fighter Benefit amounts, we deducted the specific UFC Identity Payments from the total pool of fighter expenses reported in

---

[31] At this time, we have only received information on UFC Identity Payments from 2009 to 2015.  The analysis will be updated should we be provided the UFC Identity Payments data for 2016.

the 18 expense categories.   From 2005 to 2016, Zuffa paid total Fighter Benefits of $65 million, including $42 million paid during the Class Period (see Exhibit 5).

Total Direct Payments and Value Conferred to Fighters

50)   In aggregate, from 2005 to 2016, and during the Class Period, Zuffa paid the following amounts, or conferred the following benefits, directly to its UFC fighters.

**Table 16:  Summary of Value to Fighters**
*$ in 000s*

| | Pre-Class Period<br>Jan. 1, 2005 -<br>Dec. 15, 2010 | Class Period<br>Dec. 16, 2010 -<br>Dec. 31, 2016 | Total Period<br>Jan. 1, 2005 -<br>Dec. 31, 2016 |
|---|---|---|---|
| Bout Class Compensation | $  246,624 | $  514,481 | $  761,104 |
| Identity Class Licenses and Royalties [1] | 1,805 | 18,169 | 19,975 |
| Other Fighter Benefits | 23,002 | 41,858 | 64,860 |
| | $  271,431 | $  574,508 | $  845,939 |

[1]   Identity Class data not provided prior to 2009.

## E.5   Zuffa's Financial Capacity to Enhance Compensation to Fighters

51)   From 2005 to 2016, and at all times during the Class Period, Zuffa had the financial wherewithal to pay its fighters substantially more than the amounts actually paid.  Zuffa's exceptional revenue growth, profit margins, and borrowing capacity afforded management and equity holders the ability to forgo all or a portion of their discretionary distributions, excessive aviation expenses, and management fees to pay fighters more.  This hypothetical shift to enhanced fighter compensation would have had no impact on Zuffa's ability to honor its financial obligations.  Furthermore, Zuffa had the financial wherewithal to borrow funds to increase the compensation paid to fighters.

**Table 17:  Discretionary Distributions**



Discretionary Distributions
Equity Disbursements v Fighter Payments
2005 - 2016

Zuffa LLC
Equity Holders

- F. Fertitta
- L. Fertitta
- D. White
- Jan. Capital
*(after 2009)*

$1,457 million
Dist'n to Equity
*(excludes 2016 dist'n)*

1,556 total fighters

$846 million
Fighter Pmnts

# E.6   Zuffa's Accounting Treatment of Intangible Assets

52)   Beginning in 2001, Zuffa acquired several organizations that were directly or indirectly related to MMA fight promotion.  In five of Zuffa's acquisitions, including its acquisition of the UFC, Zuffa allocated all or a portion of the purchase price to an intangible asset designed to capture the value of the non-compete agreements executed by the sellers in connection with the transactions.  Generally, non-compete agreements prohibit the principals of selling organizations from engaging in practices that would compete with the buyer.  The principals of the MMA organizations acquired by Zuffa signed non-compete agreements with terms ranging from three to seven years.  Specifically, the relevant acquisition history is summarized in the following table:

**Table 18:  Intangible Asset Summary**
*$ in 000s*

| Year | Company Acquired | Purchase Price | Non-Compete Agreement Amount Allocated | Term |
|------|------------------|----------------|----------------------------------------|------|
| 2001 | UFC | $  2,000 | $    250 | 5 Years |
| 2006 | World Extreme Cagefighting | 1,500 | 125 | 3 Years |
|      |                            |       | 125 | 5 Years |
| 2006 | World Fighting Alliance | 3,200 | 3,200 | 7 Years |
| 2007 | Pride Fighting Championship | 56,378 | 9,000 | 7 Years |
| 2011 | Strikeforce Mixed Martial Arts | 34,800 | 250 | 3 Years |

53) In 2007, it is our understanding that Zuffa more than likely prepared the Intangible Asset Memo, which provides the rationale for the accounting treatment of Zuffa's acquisition activity through December 31, 2006. The memo clarifies the nature of the acquired assets (tangible and intangible) and explains why, for example, in 2006, 100% of the World Fighting Alliance acquisition was allocated to a non-compete intangible asset.

> *"The purpose of Zuffa's acquisition of the small and little known WFA was a defensive strategy to eliminate a second tier competitive brand operating in the Las Vegas market...."*

> *"The company believes that it is appropriate that the entire WFA purchase price, including the portion not specified in the purchase agreement as a non-compete component be classified as non-compete assets and amortized over a period of 7 years consistent with the term of the specified non-compete covenants. The reason for the acquisition was to control the WFA brand and prevent it from competing with the WEC and UFC. Zuffa has no current intention of exploiting the WFA brand or conducting events in connection with the brand in the future. In the case of the WFA acquisition, there was no transfer of tangible personal property, they had no ongoing TV and/or home video distribution contracts, and there was no meaningful value attributable to any of the fighter contracts that the WFA held prior to the purchase."*

54) Zuffa recorded the value of the acquired non-compete agreements on its balance sheet and amortized these balances over the life of the non-compete agreements.[32]

55) I compared the recommended accounting treatment of the acquired non-compete agreements as set forth in the Intangible Asset Memo[33] with the financial statements prepared by Zuffa from 2004 to 2015 (and audited by Ernst & Young) and determined that Zuffa's accounting treatment was consistent with the recommendations set forth in the Intangible Asset Memo. I further noted that

---

[32] Except for the Pride non-compete agreement. On December 31, 2008, Zuffa concluded that the Pride non-compete agreement was impaired and recorded an impairment charge of $6.9 million, or the remaining net carrying value of the agreement.
[33] Intangible Asset Memo, *supra* note 9.

Ernst & Young made no adjustments to Zuffa's accounting treatment of the acquired non-compete intangible assets or their subsequent amortization.[34]

---

[34] Zuffa LLC's annual audit reports for 2006 (ZFL 0000169-87), 2007 (ZFL 0000113-135), 2008 (ZFL 0000064-87), 2009 (ZFL 0000007-30), 2010 (ZFL 00000880112), 2011 (ZFL 0000031-63), 2012 (ZFL 0000188-220), 2013 (ZFL 0000221-255), 2014 (ZFL 0000136-168), and 2015 (RAINE 0016846-80).

SECTION F

CONCLUSION

## F.    Conclusion

56)    From 2005 to 2016, and at all times during the Class Period, Zuffa was a profitable company with favorable operating margins and a substantial ability to produce cash.  Its operational success made it an attractive target for both the lending and investing communities.  The Original Equity Holders consistently adopted a very aggressive dividend policy, which effectively swept the company's cash flow and, in some instances, its net loan proceeds to them.  The stark contrast between the value Original Equity Holders elected to confer to themselves and the total compensation paid to fighters establishes that Zuffa had the capacity to pay its fighters substantially more than the actual amounts paid.

*Section G*

# Documents Relied Upon

## G.    Documents Relied Upon

57)    A listing of the documents and information relied upon to form the opinions contained herein is provided in <u>Exhibit 6</u>.

*Section H*

# EXPERT'S COMPENSATION

## H.    Expert's Compensation

58)    I am compensated based on the time incurred at an hourly rate of $725 per hour.  Protiviti charges between $210 and $640 per hour for other consultants who worked on this report.  Our fees are not contingent on the outcome of this case or any other litigation matter.

59)    I reserve the right to supplement this report if information is brought to my attention between the date of this report and trial that is relevant to my conclusions.

Dated:  August 31, 2017

Guy A. Davis, CPA, CIRA, CDBV, CFE

*EXHIBIT 1*

# Income Statement and EBITDA Calculation

Exhibit 1

Cung Le, et al. vs. UFC
Income Statement and EBITDA Calculation
*$ in 000s*

| | 2005 | 2006 | 2007 | 2008 | 2009 | Allocated 01/01/10 - 12/15/10 | Pre-Class Period |
|---|---|---|---|---|---|---|---|
| | | | Audited | | | | |
| Net Revenues | $ 48,332 | $ 179,696 | $ 226,444 | $ 274,574 | $ 329,365 | $ 421,626 | $ 1,480,038 |
| Cost of Revenues | 32,260 | 82,109 | 128,264 | 128,797 | 150,018 | 190,296 | 711,744 |
| Gross Profit | 16,071 | 97,587 | 98,180 | 145,777 | 179,346 | 231,331 | 768,293 |
| SG&A Expenses | 7,062 | 14,193 | 40,446 | 36,740 | 44,804 | 65,504 | 208,749 |
| Aviation Expenses | 2,358 | 4,955 | 6,633 | 8,031 | 11,720 | 12,023 | 45,721 |
| Management Fees | - | 1,000 | 2,435 | 2,748 | 1,493 | 713 | 8,389 |
| Impairment Loss | - | - | 3,500 | 6,964 | - | - | 10,464 |
| Gain on Legal Settlement | - | - | - | - | (2,434) | - | (2,434) |
| Depreciation and Amortization | 383 | 621 | 2,783 | 3,878 | 3,142 | 3,390 | 14,197 |
| | 9,803 | 20,769 | 55,797 | 58,362 | 58,724 | 81,630 | 285,086 |
| Operating Income (Loss) | 6,268 | 76,818 | 42,383 | 87,415 | 120,622 | 149,701 | 483,207 |
| Interest Expense, net | - | 424 | 13,474 | 22,463 | 24,532 | 24,902 | 85,796 |
| Decrease in Swap Fair Value | - | - | 10,138 | 21,912 | (8,441) | 1,367 | 24,976 |
| Foreign Witholding Tax | - | 1,089 | 5,531 | 4,871 | 3,440 | 6,006 | 20,936 |
| Investments Losses - Debt transaction | - | - | - | - | 1,162 | 2,762 | 3,924 |
| Acquisition / Restructuring Cost | - | - | - | - | - | - | - |
| Other Expense, net | - | 13 | 31 | 72 | 614 | 190 | 920 |
| Net Income (Loss) from Continuing Ops | 6,268 | 75,292 | 13,209 | 38,098 | 99,314 | 114,473 | 346,654 |
| Net Loss from Discontinued Operations | - | - | - | - | - | - | - |
| Net Income Attributable to Zuffa | 6,268 | 75,292 | 13,209 | 38,098 | 99,314 | 114,473 | 346,654 |
| EBITDA Calculation: | | | | | | | |
| Net Income | 6,268 | 75,292 | 13,209 | 38,098 | 99,314 | 114,473 | 346,654 |
| Interest | - | 424 | 13,474 | 22,463 | 24,532 | 24,902 | 85,796 |
| Tax | - | 1,102 | 5,561 | 4,942 | 4,054 | 6,196 | 21,856 |
| Depreciation and Amortization | 383 | 621 | 2,783 | 3,878 | 3,142 | 3,390 | 14,197 |
| Impairment Loss | - | - | 3,500 | 6,964 | (2,434) | - | 8,030 |
| Acquisition / Restructuring Cost | - | - | - | - | - | - | - |
| EBITDA | $ 6,651 | $ 77,439 | $ 38,528 | $ 76,346 | $ 128,608 | $ 148,961 | $ 476,534 |

Exhibit 1a

Cung Le, et al. vs. UFC
Income Statement and EBITDA Calculation
*$ in 000s*

| | Allocated 12/16/10 - 12/31/10 | 2011 | 2012 | 2013 | 2014 | 2015 | Unaudited 2016 | Class Period | Total 2005-2016 |
|---|---|---|---|---|---|---|---|---|---|
| Net Revenues | $ 19,330 | $ 436,680 | $ 466,303 | $ 514,639 | $ 449,008 | $ 608,629 | $ 702,510 | $ 3,197,098 | $ 4,677,136 |
| Cost of Revenues | 8,724 | 206,540 | 281,468 | 249,969 | 285,755 | 342,116 | 359,050 | 1,733,622 | 2,445,367 |
| Gross Profit | 10,605 | 230,140 | 184,835 | 264,670 | 163,253 | 266,513 | 343,459 | 1,463,476 | 2,231,769 |
| SG&A Expenses | 3,003 | 79,791 | 99,267 | 105,877 | 72,803 | 93,580 | 132,590 | 586,912 | 795,661 |
| Aviation Expenses | 551 | 11,527 | 13,834 | 14,863 | 9,280 | 6,843 | 6,441 | 63,338 | 109,059 |
| Management Fees | 33 | 500 | 500 | 500 | 500 | 500 | - | 2,533 | 10,922 |
| Impairment Loss | - | - | 4,488 | - | - | - | - | 4,488 | 14,952 |
| Gain on Legal Settlement | - | - | - | - | - | - | - | - | (2,434) |
| Depreciation and Amortization | 155 | 4,800 | 5,918 | 6,252 | 6,713 | 7,784 | 92,668 | 124,290 | 138,487 |
| | 3,742 | 96,618 | 124,007 | 127,492 | 89,296 | 108,707 | 231,699 | 781,561 | 1,066,647 |
| Operating Income (Loss) | 6,863 | 133,522 | 60,828 | 137,178 | 73,957 | 157,806 | 111,760 | 681,914 | 1,165,122 |
| Interest Expense, net | 1,142 | 23,426 | 27,866 | 25,347 | 22,797 | 21,767 | 72,629 | 194,974 | 280,770 |
| Decrease in Swap Fair Value | 63 | 4,229 | (3,614) | (2,744) | (1,365) | (1,473) | (1,442) | (6,346) | 18,631 |
| Foreign Witholding Tax | 275 | 7,047 | 3,786 | 15,381 | 13,040 | 11,939 | - | 51,468 | 72,404 |
| Investments Losses - Debt transaction | 127 | 2,979 | 2,401 | 8,545 | 7,339 | 6,891 | 3,651 | 31,933 | 35,857 |
| Acquisition / Restructuring Cost | - | - | (762) | (148) | - | - | 105,907 | 104,997 | 104,997 |
| Other Expense, net | 9 | (119) | 28 | 11 | 71 | 180 | 16,136 | 16,316 | 17,236 |
| Net Income (Loss) from Continuing Ops | 5,248 | 95,960 | 31,123 | 90,786 | 32,075 | 118,502 | (85,122) | 288,572 | 635,227 |
| Net Loss from Discontinued Operations | - | - | - | (5,998) | (5,454) | - | - | (11,452) | (11,452) |
| Net Income Attributable to Zuffa | 5,248 | 95,960 | 31,123 | 84,788 | 26,621 | 118,502 | (85,122) | 277,120 | 623,775 |
| **EBITDA Calculation:** | | | | | | | | | |
| Net Income | 5,248 | 95,960 | 31,123 | 84,788 | 26,621 | 118,502 | (85,122) | 277,120 | 623,775 |
| Interest | 1,142 | 23,426 | 27,866 | 25,347 | 22,797 | 21,767 | 72,629 | 194,974 | 280,770 |
| Tax | 284 | 6,928 | 3,814 | 15,392 | 13,111 | 12,119 | 16,136 | 67,784 | 89,640 |
| Depreciation and Amortization | 155 | 4,800 | 5,918 | 6,252 | 6,713 | 7,784 | 92,668 | 124,290 | 138,487 |
| Impairment Loss | - | - | 4,488 | - | - | - | - | 4,488 | 12,518 |
| Acquisition / Restructuring Cost | - | - | (762) | (148) | - | - | 105,907 | 104,997 | 104,997 |
| EBITDA | $ 6,829 | $ 131,114 | $ 72,447 | $ 131,631 | $ 69,242 | $ 160,172 | $ 202,218 | $ 773,654 | $ 1,250,187 |

*EXHIBIT 2*

# Zuffa, LLC Debt Profile

Exhibit 2

Cung Le, et al. vs. Zuffa, LLC
Zuffa, LLC Debt Profile

| | | Loan Date | Maturity | Proceeds ($ in millions) | Rate | Purpose | Other Notes |
|---|---|---|---|---|---|---|---|
| #1 | Revolver | 06/19/07 | 06/19/12 | $ 25 | P + 0.75% | Repay revolver | Original revolver drawn for Pride acquisition |
| | Term Loan | 06/19/07 | 06/19/15 | 325 | L + 2.00% | Dividend to Equity | Secured by substantially all assets |
| | | | | | | Purchase Dream Stage | Quarterly principal payments on term loan of 0.25% |
| | | | | | | | Revolver maturity extended three years in Feb. 2012 |
| #2 | Term Loan | 10/13/09 | 06/19/15 | 100 | L +2.00% | Repay revolver | Issued at 3% discount |
| | | | | | | Dividend to Equity | Quarterly principal payments of 0.25% |
| | | | | | | | Add-on facility to #1 |
| #3 | Term Loan | 06/07/12 | 06/19/15 | 60 | L +2.00% | Unknown / working capital | Quarterly principal payments of 0.25% |
| | | | | | | | Add-on facility to # 1 and 2 |
| #4 | Revolver | 02/25/13 | 02/25/18 | 60 | L + 2.50% | Refinance revolver | Quarterly principal payments of 0.25% |
| | Term Loan | 02/25/13 | 02/25/20 | 450 | L + 3.50% | Refinance term loans | Issued at 0.5% discount |
| #5 | Term Loan | 03/18/14 | 02/25/20 | 479 | L + 3.00% | Refinance term loan | Quarterly principal payments of 0.25% |
| | | | | $ 1,499 | | | |

Sources:  Zuffa LLC's audited financial statements and offering memorandums.

*EXHIBIT 3*

# Zuffa, LLC Debt Amortization Schedule for Debt Financed Distributions

Exhibit 3

Cung Le, et al. vs. Zuffa, LLC
Zuffa, LLC Debt Amorztion Schedule for Debt Financed Distributions
*$ in 000s*

| Month | New Borrowing | Beginning Balance | Payment | | Implied Interest Rate | Ending Balance |
|---|---|---|---|---|---|---|
| | | | Principal | Interest | | |
| Jan-07 | $        - | $        - | $        - | $        - | 0.000% | $        - |
| Feb-07 | - | - | - | - | 0.000% | - |
| Mar-07 | - | - | - | - | 0.000% | - |
| Apr-07 | - | - | - | - | 0.000% | - |
| May-07 | - | - | - | - | 0.000% | - |
| Jun-07 | 250,000 | - | - | 795 | 3.818% | 250,000 |
| Jul-07 | - | 250,000 | - | 1,588 | 7.621% | 250,000 |
| Aug-07 | - | 250,000 | - | 1,651 | 7.923% | 250,000 |
| Sep-07 | - | 250,000 | 625 | 1,556 | 7.468% | 249,375 |
| Oct-07 | - | 249,375 | - | 1,419 | 6.830% | 249,375 |
| Nov-07 | - | 249,375 | - | 1,554 | 7.477% | 249,375 |
| Dec-07 | - | 249,375 | 625 | 1,643 | 7.908% | 248,750 |
| | | | | 10,206 | | |
| Jan-08 | - | 248,750 | - | 1,537 | 7.413% | 248,750 |
| Feb-08 | - | 248,750 | - | 1,389 | 6.700% | 248,750 |
| Mar-08 | - | 248,750 | 625 | 1,393 | 6.718% | 248,125 |
| Apr-08 | - | 248,125 | - | 1,445 | 6.989% | 248,125 |
| May-08 | - | 248,125 | - | 1,424 | 6.888% | 248,125 |
| Jun-08 | - | 248,125 | 625 | 1,365 | 6.604% | 247,500 |
| Jul-08 | - | 247,500 | - | 1,418 | 6.873% | 247,500 |
| Aug-08 | - | 247,500 | - | 1,416 | 6.864% | 247,500 |
| Sep-08 | - | 247,500 | 625 | 994 | 4.820% | 246,875 |
| Oct-08 | - | 246,875 | - | 1,165 | 5.662% | 246,875 |
| Nov-08 | - | 246,875 | - | 1,093 | 5.310% | 246,875 |
| Dec-08 | - | 246,875 | 625 | 690 | 3.354% | 246,250 |
| | | | | 15,328 | | |

Exhibit 3

Cung Le, et al. vs. Zuffa, LLC
Zuffa, LLC Debt Amorztion Schedule for Debt Financed Distributions
*$ in 000s*

| Month | New Borrowing | Beginning Balance | Payment Principal | Payment Interest | Implied Interest Rate | Ending Balance |
|---|---|---|---|---|---|---|
| Jan-09 | $      - | $  246,250 | $      - | $      538 | 2.623% | $  246,250 |
| Feb-09 | - | 246,250 | - | 480 | 2.340% | 246,250 |
| Mar-09 | - | 246,250 | 625 | 554 | 2.700% | 245,625 |
| Apr-09 | - | 245,625 | - | 535 | 2.613% | 245,625 |
| May-09 | - | 245,625 | - | 537 | 2.623% | 245,625 |
| Jun-09 | - | 245,625 | 625 | 497 | 2.427% | 245,000 |
| Jul-09 | - | 245,000 | - | 512 | 2.507% | 245,000 |
| Aug-09 | - | 245,000 | - | 510 | 2.498% | 245,000 |
| Sep-09 | - | 245,000 | 625 | 483 | 2.365% | 244,375 |
| Oct-09 | 70,000 | 244,375 | - | 774 | 2.956% | 314,375 |
| Nov-09 | - | 314,375 | - | 978 | 3.735% | 314,375 |
| Dec-09 | - | 314,375 | 800 | 1,003 | 3.830% | 313,575 |
|  |  |  |  | 7,402 |  |  |
| Jan-10 | - | 313,575 | - | 846 | 3.237% | 313,575 |
| Feb-10 | - | 313,575 | - | 910 | 3.484% | 313,575 |
| Mar-10 | - | 313,575 | 800 | 1,001 | 3.831% | 312,775 |
| Apr-10 | - | 312,775 | - | 969 | 3.716% | 312,775 |
| May-10 | - | 312,775 | - | 1,002 | 3.844% | 312,775 |
| Jun-10 | - | 312,775 | 800 | 994 | 3.813% | 311,975 |
| Jul-10 | - | 311,975 | - | 1,025 | 3.941% | 311,975 |
| Aug-10 | - | 311,975 | - | 1,009 | 3.881% | 311,975 |
| Sep-10 | - | 311,975 | 800 | 968 | 3.725% | 311,175 |
| Oct-10 | - | 311,175 | - | 994 | 3.833% | 311,175 |
| Nov-10 | - | 311,175 | - | 960 | 3.704% | 311,175 |
| Dec-10 [1] | - | 311,175 | 800 | 994 | 3.833% | 310,375 |
|  |  |  |  | 11,672 |  |  |

Exhibit 3

Cung Le, et al. vs. Zuffa, LLC
Zuffa, LLC Debt Amorztion Schedule for Debt Financed Distributions
*$ in 000s*

| Month | New Borrowing | Beginning Balance | Payment Principal | Interest | Implied Interest Rate | Ending Balance |
|---|---|---|---|---|---|---|
| Jan-11 | $    - | $  310,375 | $     - | $    992 | 3.834% | $  310,375 |
| Feb-11 | - | 310,375 | - | 958 | 3.704% | 310,375 |
| Mar-11 | - | 310,375 | 800 | 989 | 3.824% | 309,575 |
| Apr-11 | - | 309,575 | - | 956 | 3.706% | 309,575 |
| May-11 | - | 309,575 | - | 956 | 3.706% | 309,575 |
| Jun-11 | - | 309,575 | 800 | 947 | 3.670% | 308,775 |
| Jul-11 | - | 308,775 | - | 974 | 3.785% | 308,775 |
| Aug-11 | - | 308,775 | - | 991 | 3.852% | 308,775 |
| Sep-11 | - | 308,775 | 800 | 921 | 3.581% | 307,975 |
| Oct-11 | - | 307,975 | - | 1,024 | 3.992% | 307,975 |
| Nov-11 | - | 307,975 | - | 989 | 3.853% | 307,975 |
| Dec-11 | - | 307,975 | 800 | 987 | 3.844% | 307,175 |
| | | | | 11,684 | | |
| Jan-12 | - | 307,175 | - | 982 | 3.836% | 307,175 |
| Feb-12 | - | 307,175 | - | 922 | 3.604% | 307,175 |
| Mar-12 | - | 307,175 | 800 | 969 | 3.786% | 306,375 |
| Apr-12 | - | 306,375 | - | 984 | 3.854% | 306,375 |
| May-12 | - | 306,375 | - | 967 | 3.787% | 306,375 |
| Jun-12 | - | 306,375 | 800 | 938 | 3.672% | 305,575 |
| Jul-12 | - | 305,575 | - | 964 | 3.788% | 305,575 |
| Aug-12 | - | 305,575 | - | 964 | 3.786% | 305,575 |
| Sep-12 | - | 305,575 | 800 | 904 | 3.551% | 304,775 |
| Oct-12 | - | 304,775 | - | 962 | 3.788% | 304,775 |
| Nov-12 | - | 304,775 | - | 933 | 3.674% | 304,775 |
| Dec-12 | - | 304,775 | 800 | 962 | 3.788% | 303,975 |
| | | | | 11,452 | | |

Exhibit 3

Cung Le, et al. vs. Zuffa, LLC
Zuffa, LLC Debt Amorztion Schedule for Debt Financed Distributions
*$ in 000s*

| Month | New Borrowing | Beginning Balance | Payment Principal | Payment Interest | Implied Interest Rate | Ending Balance |
|---|---|---|---|---|---|---|
| Jan-13 | $ - | $ 303,975 | $ - | $ 960 | 3.789% | $ 303,975 |
| Feb-13 | - | 303,975 | | 950 | 3.749% | 303,975 |
| Mar-13 | - | 303,975 | 760 | 1,536 | 6.064% | 303,215 |
| Apr-13 | - | 303,215 | - | 1,199 | 4.744% | 303,215 |
| May-13 | - | 303,215 | - | 1,227 | 4.855% | 303,215 |
| Jun-13 | - | 303,215 | 760 | 1,170 | 4.631% | 302,455 |
| Jul-13 | - | 302,455 | - | 1,219 | 4.838% | 302,455 |
| Aug-13 | - | 302,455 | - | 1,219 | 4.838% | 302,455 |
| Sep-13 | - | 302,455 | 760 | 1,181 | 4.687% | 301,695 |
| Oct-13 | - | 301,695 | - | 1,216 | 4.838% | 301,695 |
| Nov-13 | - | 301,695 | - | 1,120 | 4.456% | 301,695 |
| Dec-13 | - | 301,695 | 760 | 1,183 | 4.706% | 300,935 |
| | | | | 14,181 | | |
| Jan-14 | - | 300,935 | - | 1,129 | 4.500% | 300,935 |
| Feb-14 | - | 300,935 | - | 1,129 | 4.500% | 300,935 |
| Mar-14 | - | 300,935 | 752 | 1,064 | 4.241% | 300,183 |
| Apr-14 | - | 300,183 | - | 938 | 3.750% | 300,183 |
| May-14 | - | 300,183 | - | 938 | 3.750% | 300,183 |
| Jun-14 | - | 300,183 | 752 | 938 | 3.750% | 299,431 |
| Jul-14 | - | 299,431 | - | 936 | 3.750% | 299,431 |
| Aug-14 | - | 299,431 | - | 936 | 3.750% | 299,431 |
| Sep-14 | - | 299,431 | 752 | 936 | 3.750% | 298,678 |
| Oct-14 | - | 298,678 | - | 933 | 3.750% | 298,678 |
| Nov-14 | - | 298,678 | - | 933 | 3.750% | 298,678 |
| Dec-14 | - | 298,678 | 752 | 933 | 3.750% | 297,926 |
| | | | | 11,742 | | |

Exhibit 3

Cung Le, et al. vs. Zuffa, LLC
Zuffa, LLC Debt Amorztion Schedule for Debt Financed Distributions
*$ in 000s*

| Month | New Borrowing | Beginning Balance | Payment | | Implied Interest Rate | Ending Balance |
|---|---|---|---|---|---|---|
| | | | Principal | Interest | | |
| Jan-15 | $        - | $   297,926 | $         - | $      931 | 3.750% | $   297,926 |
| Feb-15 | - | 297,926 | - | 931 | 3.750% | 297,926 |
| Mar-15 | - | 297,926 | 752 | 931 | 3.750% | 297,174 |
| Apr-15 | - | 297,174 | - | 929 | 3.750% | 297,174 |
| May-15 | - | 297,174 | - | 929 | 3.750% | 297,174 |
| Jun-15 | - | 297,174 | 752 | 929 | 3.750% | 296,421 |
| Jul-15 | - | 296,421 | - | 926 | 3.750% | 296,421 |
| Aug-15 | - | 296,421 | - | 926 | 3.750% | 296,421 |
| Sep-15 | - | 296,421 | 752 | 926 | 3.750% | 295,669 |
| Oct-15 | - | 295,669 | - | 924 | 3.750% | 295,669 |
| Nov-15 | - | 295,669 | - | 924 | 3.750% | 295,669 |
| Dec-15 | - | 295,669 | 752 | 924 | 3.750% | 294,917 |
| | | | | 11,130 | | |
| Jan-16 | - | 294,917 | - | 922 | 3.750% | 294,917 |
| Feb-16 | - | 294,917 | - | 922 | 3.750% | 294,917 |
| Mar-16 | - | 294,917 | 752 | 922 | 3.750% | 294,164 |
| Apr-16 | - | 294,164 | - | 919 | 3.750% | 294,164 |
| May-16 | - | 294,164 | - | 919 | 3.750% | 294,164 |
| Jun-16 | - | 294,164 | 752 | 919 | 3.750% | 293,412 |
| Jul-16 | - | 293,412 | - | 917 | 3.750% | 293,412 |
| Aug-16 | - | 293,412 | - | 917 | 3.750% | 293,412 |
| Sep-16 | - | 293,412 | 752 | 917 | 3.750% | 292,660 |
| Oct-16 | - | 292,660 | - | 915 | 3.750% | 292,660 |
| Nov-16 | - | 292,660 | - | 915 | 3.750% | 292,660 |
| Dec-16 | - | 292,660 | 752 | 915 | 3.750% | 291,907 |
| | | | | 11,017 | | |
| | | | | $   115,814 | | |

[1] Included in Class Period.

*EXHIBIT 4*

# Fight-Related Compensation

Exhibit 4

Cung Le, et al. vs Zuffa, LLC
Fight-Related Compensation
*$ in 000s*

| Year | Number of Fighters | Total Fight Related Compensation | Mean | High | Median | Low |
|------|------|------|------|------|------|------|
| **Pre-Class Period** | | | | | | |
| 2005 | 102 | $ 3,606 | $ 35 | $ 599 | $ 8 | $ 2 |
| 2006 | 174 | 26,821 | 154 | 5,544 | 16 | 2 |
| 2007 | 270 | 42,008 | 156 | 9,635 | 22 | 2 |
| 2008 | 301 | 43,653 | 145 | 3,563 | 28 | 2 |
| 2009 | 333 | 55,177 | 166 | 6,270 | 38 | 2 |
| Jan.1-Dec.15 (2010) | 340 | 75,359 | 222 | 6,201 | 46 | 3 |
| | | 246,624 | | | | |
| | | | | | | |
| **Class Period** | | | | | | |
| Dec.16-31 (2010) | 22 | 363 | | | | |
| 2011 | 485 | 71,745 | 148 | 4,506 | 33 | 1 |
| 2012 | 449 | 63,069 | 140 | 4,825 | 48 | 2 |
| 2013 | 452 | 83,226 | 184 | 7,672 | 47 | 6 |
| 2014 | 565 | 62,198 | 110 | 1,935 | 48 | 8 |
| 2015 | 576 | 97,298 | 169 | 8,577 | 45 | 6 |
| 2016 | 555 | 136,583 | 246 | 18,004 | 57 | 10 |
| | | 514,481 | | | | |
| | | | | | | |
| | | $ 761,104 | | | | |

*EXHIBIT 5*

# Fighter Benefits

Exhibit 5

Cung Le, et al. vs Zuffa, LLC
Fighter Benefits
*$ in 000s*

| | 2005 | 2006 | 2007 | 2008 | 2009 | 01/01/10 - 12/15/10 | Pre-Class Period |
|---|---|---|---|---|---|---|---|
| **PPV / Content Expense** | | | | | | | |
| Fighter Sponsorship | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Fighter Costs | - | 1,590 | 261 | 328 | 345 | 567 | 3,092 |
| Medical | - | 289 | 83 | 143 | 322 | 4,247 | 5,084 |
| Participant Insurance | - | 142 | 269 | 351 | 439 | 501 | 1,702 |
| | | | | | | | |
| **Live / Taped TV Expense** | - | - | - | - | - | - | |
| Other Fighter Costs | - | 164 | 524 | 752 | 625 | 583 | 2,648 |
| Medical | - | 132 | 202 | 183 | 194 | 234 | 945 |
| Participant Insurance | - | 104 | 265 | 359 | 348 | 378 | 1,455 |
| | | | | | | | |
| **Merchandise / Consumer Product Exp.** | - | - | - | - | - | - | |
| Fighter Royalty | - | - | - | - | 901 | 1,158 | 2,059 |
| Other Fighter Costs | - | - | - | - | - | - | - |
| Fighter Sponsorship | - | - | - | - | - | - | - |
| Fighter Exposure Fee | - | - | - | - | - | - | - |
| | | | | | | | |
| **General & Administrative Expense** | - | - | - | - | - | - | |
| Fighter Bonus | - | - | 1,379 | 160 | 388 | 746 | 2,672 |
| Other Fighter Costs | - | 945 | 481 | 158 | 192 | 173 | 1,949 |
| Medical | - | - | - | - | - | - | - |
| Participant Insurance | - | - | - | - | - | - | - |
| | | | | | | | |
| **Sponsorship Expense** | - | - | - | - | - | - | |
| Fighter Sponsorship | - | - | - | - | - | - | - |
| Other Fighter Costs | - | - | - | - | - | - | - |
| Fighter Exposure Fee | - | - | - | - | - | - | - |
| | | | | | | | |
| Total Fighter Benefits and Identity Class | 3,201 | 3,368 | 3,463 | 2,435 | 3,754 | 8,588 | 24,807 |
| | | | | | | | |
| Less:  Identity Class Payments | - | - | - | - | 678 | 1,127 | 1,805 |
| | | | | | | | |
| Total Fighter Benefits | $ 3,201 [1] | $ 3,368 | $ 3,463 | $ 2,435 | $ 3,075 | $ 7,461 | $ 23,002 |

Source: internal income statements.
[1] 2005 fighter benefit data was not provided and is assumed to be the average of the 2004 and 2006 actual expenses.

Exhibit 5a

Cung Le, et al. vs Zuffa, LLC
Fighter Benefits
*$ in 000s*

| | 12/16/10 - 12/31/10 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Class Period | Total 2005-2016 |
|---|---|---|---|---|---|---|---|---|---|
| **PPV / Content Expense** | | | | | | | | | |
| Fighter Sponsorship | $ - | $ - | $ 712 | $ 26 | $ 2 | $ 4 | $ - | $ 744 | $ 744 |
| Other Fighter Costs | 26 | 642 | 262 | 279 | 3,256 | 2,916 | 2,429 | 9,810 | 12,902 |
| Medical | 195 | 392 | 532 | 280 | 1,942 | 1,595 | 2,062 | 6,997 | 12,081 |
| Participant Insurance | 23 | 521 | 444 | 504 | 2,590 | 2,440 | 2,246 | 8,768 | 10,470 |
| **Live / Taped TV Expense** | | - | - | | | | | | |
| Other Fighter Costs | 27 | 1,039 | 692 | 1,495 | - | 2 | 1 | 3,256 | 5,904 |
| Medical | 11 | 331 | 534 | 623 | 1 | 17 | - | 1,517 | 2,462 |
| Participant Insurance | 17 | 576 | 713 | 804 | | | | 2,110 | 3,565 |
| **Merchandise / Consumer Product Exp.** | | - | - | - | | - | - | | |
| Fighter Royalty | 53 | 457 | 918 | 63 | 143 | 1,204 | 327 | 3,164 | 5,224 |
| Other Fighter Costs | - | 9 | 11 | 14 | 3 | 135 | 144 | 315 | 315 |
| Fighter Sponsorship | - | 25 | 400 | 766 | 33 | - | 5 | 1,228 | 1,228 |
| Fighter Exposure Fee | - | - | - | - | - | 1,584 | 3,511 | 5,095 | 5,095 |
| **General & Administrative Expense** | | - | - | - | - | - | - | | |
| Fighter Bonus | 34 | 981 | 104 | 68 | 62 | 1 | - | 1,251 | 3,923 |
| Other Fighter Costs | 8 | 473 | 1,070 | 593 | (92) | 80 | 2 | 2,134 | 4,083 |
| Medical | - | - | - | 242 | 86 | 67 | - | 395 | 395 |
| Participant Insurance | - | 310 | 833 | 902 | - | - | - | 2,044 | 2,044 |
| **Sponsorship Expense** | | - | - | - | | | | | |
| Fighter Sponsorship | - | - | - | - | 579 | 1,272 | 1,587 | 3,438 | 3,438 |
| Other Fighter Costs | - | - | - | - | 16 | 29 | 8 | 53 | 53 |
| Fighter Exposure Fee | - | - | - | - | - | 1,584 | 3,509 | 5,093 | 5,093 |
| **Total Fighter Benefits and Identity Class** | 394 | 5,755 | 7,224 | 6,658 | 8,623 | 14,103 | 17,270 | 60,028 | 84,835 |
| Less:  Identity Class Payments | 31 | 320 | 2,380 | 889 | 643 | 4,873 | 9,034 | 18,169 | 19,975 |
| **Total Fighter Benefits** | $ 362 | $ 5,435 | $ 4,844 | $ 5,769 | $ 7,981 | $ 9,230 | $ 8,237 | $ 41,858 | $ 64,860 |

Source: internal income statements.

*EXHIBIT 6*

# Documents Relied Upon

Exhibit 6

Cung Le, et al. vs. Zuffa, LLC
Documents Relied Upon

| Category | Document | Description | Bates Number Beginning | Bates Number Ending |
|---|---|---|---|---|
| **I.   Pleadings** | 1 | Zuffa Consolidated Amended Antitrust Class Action Complaint | N/A | N/A |
| | 2 | Protective Order | N/A | N/A |
| **II.   Securities / Valuation / Accounting Documents** | | | | |
| | 3 | Securities Purchase Agreement (July 8, 2016) | RAINE0017417 | RAINE0017717 |
| | 4 | Disclosure Schedules to Securi ies Purchase Agreement | RAINE0016835 | RAINE0017416 |
| | 5 | Goldman Sachs Confidential Information Memorandum for $1.45 billion Senior Secured Credit Facili ies | ZFL-2649918 | ZFL-2649989 |
| | 6 | Deutsche Bank Confiden ial Information Memorandum for $300 million Senior Secured Credit Facilities (May 2007) | DB-ZUFFA-00006712 | DB-ZUFFA-00006786 |
| | 7 | Deutsche Bank Confiden ial Information Memorandum for $100 million Incremental Term Loan (October 2009) | ZFL-2509465 | ZFL-2649518 |
| | 8 | Leveraged Finance Credit Report January 2013 | DB-ZUFFA-00006389 | DB-ZUFFA-00006457 |
| | 9 | Deutsche Bank Confiden ial Information Memorandum $510 million Senior Secured Credit Facilities | DB-ZUFFA-00006237 | DB-ZUFFA-00006313 |
| | 10 | RAINE0018791 (Follow-up question list from CMC 03.31.16) | RAINE0018791 | RAINE0018809 |
| | 11 | Zuffa LLC Intangible Asset Treatment Discussion Memo | ZFL-1240584 | ZFL-1240591 |
| | 12 | Houlihan Lokey Howard & Zukin, Zuffa, LLC Valua ion (March 31, 2006) | ZFL-1677117 | ZFL-1677189 |
| **III.   Depositions** | | | | |
| | 13 | Nakisa Bidarian (May 7, 2017) deposition transcript and exhibits | N/A | N/A |
| | 14 | John Hertig (April 27, 2017) deposition transcript and exhibits | N/A | N/A |
| | 15 | John Mulkey (April 19, 2017) deposition transcript and exhibits | N/A | N/A |
| | 16 | Lorenzo Fertitta (March 23, 2017) deposition transcript and exhibits | N/A | N/A |
| | 17 | Brent Richards (July 20, 2017) deposi ion transcript and exhibits | N/A | N/A |
| | 18 | Fertitta compilation exhibit | ZFL-2699693 | N/A |
| **IV.   Zuffa Audited Financial Statements** | | | | |
| | 19 | Audited financial statements 2004, 2005 & 2006 | ZFL-0000169 | ZFL-0000187 |
| | 20 | Audited financial statements 2006 & 2007 | ZFL-0000113 | ZFL-0000135 |
| | 21 | Audited financial statements 2007 & 2008 | ZFL-0000064 | ZFL-0000087 |
| | 22 | Audited financial statements 2008 & 2009 | ZFL-0000007 | ZFL-0000030 |
| | 23 | Audited financial statements 2009 & 2010 | ZFL-0000088 | ZFL-0000112 |
| | 24 | Audited financial statements 2010 & 2011 | ZFL-0000031 | ZFL-0000063 |
| | 25 | Audited financial statements 2011 & 2012 | ZFL-0000188 | ZFL-0000220 |
| | 26 | Audited financial statements 2012 & 2013 | ZFL-0000221 | ZFL-0000255 |
| | 27 | Audited financial statements 2013 & 2014 | ZFL-0000136 | ZFL-0000 l 68 |
| | 28 | Audited financial statements 2014 & 2015 | RAINE0016847 | RAINE0016880 |
| **V.   Zuffa Internal Financial Statements** | | | | |
| | 29 | Consolidated P&L 2004 Monthly | ZFL-1053223 | N/A |
| | 30 | Consolidated P&L 2006 YTD | ZFL-1381761 | N/A |
| | 31 | Consolidated P&L 2005 Monthly | ZFL-1472224 | N/A |
| | 32 | Consolidated P&L 2007 YTD | ZFL-1514712 | N/A |
| | 33 | Consolidated P&L 2007 Company | ZFL-1514713 | N/A |
| | 34 | Consolidated P&L 2008 YTD | ZFL-1514769 | N/A |
| | 35 | Consolidated P&L 2008 Company | ZFL-1514770 | N/A |
| | 36 | Consolidated P&L 2009 Company | ZFL-1514804 | N/A |
| | 37 | Consolidated P&L 2010 YTD | ZFL-1514836 | N/A |
| | 38 | Consolidated P&L 2010 Company | ZFL-1514837 | N/A |
| | 39 | Consolidated P&L 2011 Company | ZFL-1514870 | N/A |
| | 40 | Consolidated P&L 2012 YTD | ZFL-1514900 | N/A |
| | 41 | Consolidated P&L 2012 YTD2 | ZFL-1514901 | N/A |
| | 42 | Consolidated P&L 2013 Company | ZFL-1514933 | N/A |
| | 43 | Consolidated P&L 2014 Company YTD | ZFL-1514944 | N/A |
| | 44 | Consolidated P&L 2015 (Nov) Company | ZFL-1514966 | N/A |

Exhibit 6

Cung Le, et al. vs. Zuffa, LLC
Documents Relied Upon

| | | | Bates Number | |
|---|---|---|---|---|
| Category | Document | Description | Beginning | Ending |
| V. Zuffa Internal Financial Statements (cont.) | | | | |
| | 45 | Consolidated P&L 2001-2005 Monthly | ZFL-1674096 | N/A |
| | 46 | Consolidated P&L 2015-2016 Company YTD | ZFL-2764799 | N/A |
| VI. Other Zuffa Documents | | | | |
| a. Bout Class Compensation | | | | |
| | 47 | zfl-0000003 | ZFL-0000003 | N/A |
| | 48 | ZFL-2458186 (Explosion 2009 IS) | ZFL-2458186 | N/A |
| | 49 | zfl-2603701 (Comp Data) | ZFL-2603701 | N/A |
| | 50 | ZFL-2764800 (Comp Data) | ZFL-2764800 | N/A |
| b. Identity Class Compensation | | | | |
| | 51 | JDE Athlete Payments 2010-2015 | ZFL-2603704 | N/A |
| | 52 | Athlete Royalty Rev and Payment | ZFL-2650184 | N/A |
| | 53 | Athlete Royalty Rev and Payment | ZFL-2650185 | N/A |
| | 54 | Athlete Royalty Rev and Payment 2014-2016 | ZFL-2650186 | N/A |
| | 55 | 2015 Sponsor Payments | ZFL-2650188 | N/A |
| | 56 | 2009-2012 all Athlete Payments | ZFL-2650189 | N/A |
| | 57 | Athlete Payments 2009-2015 | ZFL-2679053 | N/A |
| c. Zuffa Employee Pay | | | | |
| | 58 | ZFL-1062702 2014-02-06 Debt Financed Distributions | ZFL-1062702 | N/A |
| | 59 | ZUF-00096950-RECOVERED (Employee compensation) | ZUF-00096950 | N/A |
| d. Event Level Financials | | | | |
| | 60 | zfl-2603702 (Named UFC 2006-2015) | ZFL-2603702 | N/A |
| | 61 | ZFL-2650187 (2010-2015 All Zuffa Events) | ZFL-2650187 | N/A |
| | 62 | ZFL-2764797 (2006-2016 Numbered UFC Events) | ZFL-2764797 | N/A |
| | 63 | ZFL-2764798 (2010-2016 All Zuffa Events) | ZFL-2764798 | N/A |
| e. Event Revenues | | | | |
| | 64 | ZFL-0000267 | ZFL-0000267 | N/A |
| | 65 | ZFL-0000268 | ZFL-0000268 | N/A |
| | 66 | ZFL-0000366 | ZFL-0000366 | N/A |
| | 67 | ZFL-0000368 | ZFL-0000368 | N/A |
| | 68 | ZFL-0000370 | ZFL-0000370 | N/A |
| | 69 | ZFL-0000372 | ZFL-0000372 | N/A |
| | 70 | ZFL-0000379 | ZFL-0000379 | N/A |
| | 71 | ZFL-0000380 | ZFL-0000380 | N/A |
| | 72 | ZFL-0000381 | ZFL-0000381 | N/A |
| | 73 | ZFL-0000382 | ZFL-0000382 | N/A |
| | 74 | ZFL-0000383 | ZFL-0000383 | N/A |
| | 75 | ZFL-0000385 | ZFL-0000385 | N/A |
| | 76 | ZFL-0000386 | ZFL-0000386 | N/A |
| | 77 | ZFL-0000387 | ZFL-0000387 | N/A |
| | 78 | ZFL-0000389 | ZFL-0000389 | N/A |
| | 79 | ZFL-0000390 | ZFL-0000390 | N/A |
| | 80 | ZFL-0000391 | ZFL-0000391 | N/A |
| | 81 | ZFL-0000392 | ZFL-0000392 | N/A |
| | 82 | ZFL-0000394 | ZFL-0000394 | N/A |
| | 83 | ZFL-0000395 | ZFL-0000395 | N/A |

Exhibit 6

Cung Le, et al. vs. Zuffa, LLC
Documents Relied Upon

| Category | Document | Description | Beginning | Ending |
|---|---|---|---|---|
| | | | Bates Number | |
| e.  Event Revenues (cont.) | 84 | ZFL-0000396 | ZFL-0000396 | N/A |
| | 85 | ZFL-0000398 | ZFL-0000398 | N/A |
| | 86 | ZFL-0000399 | ZFL-0000399 | N/A |
| | 87 | ZFL-0000400 | ZFL-0000400 | N/A |
| | 88 | ZFL-0000401 | ZFL-0000401 | N/A |
| | 89 | ZFL-0000402 | ZFL-0000402 | N/A |
| | 90 | ZFL-0000403 | ZFL-0000403 | N/A |
| | 91 | ZFL-0000405 | ZFL-0000405 | N/A |
| | 92 | ZFL-0000406 | ZFL-0000406 | N/A |
| | 93 | ZFL-0000407 | ZFL-0000407 | N/A |
| | 94 | ZFL-0000409 | ZFL-0000409 | N/A |
| | 95 | ZFL-0000411 | ZFL-0000411 | N/A |
| | 96 | ZFL-0000412 | ZFL-0000412 | N/A |
| | 97 | ZFL-0000413 | ZFL-0000413 | N/A |
| | 98 | ZFL-0000414 | ZFL-0000414 | N/A |
| | 99 | ZFL-0003919 | ZFL-0003919 | N/A |
| | 100 | ZFL-0003920 | ZFL-0003920 | N/A |
| | 101 | ZFL-0003921 | ZFL-0003921 | N/A |
| | 102 | ZFL-0003935 | ZFL-0003935 | N/A |
| | 103 | ZFL-0003936 | ZFL-0003936 | N/A |
| | 104 | ZFL-0003937 | ZFL-0003937 | N/A |
| | 105 | ZFL-0003938 | ZFL-0003938 | N/A |
| | 106 | ZFL-0003939 | ZFL-0003939 | N/A |
| | 107 | ZFL-0003940 | ZFL-0003940 | N/A |
| | 108 | ZFL-0003941 | ZFL-0003941 | N/A |
| | 109 | ZFL-0003942 | ZFL-0003942 | N/A |
| | 110 | ZFL-0003943 | ZFL-0003943 | N/A |
| | 111 | ZFL-0003944 | ZFL-0003944 | N/A |
| | 112 | ZFL-0003945 | ZFL-0003945 | N/A |
| | 113 | ZFL-0003947 | ZFL-0003947 | N/A |
| | 114 | ZFL-0003948 | ZFL-0003948 | N/A |
| | 115 | ZFL-0003950 | ZFL-0003950 | N/A |
| | 116 | ZFL-0003952 | ZFL-0003952 | N/A |
| | 117 | ZFL-0003953 | ZFL-0003953 | N/A |
| | 118 | ZFL-0003954 | ZFL-0003954 | N/A |
| | 119 | ZFL-0003955 | ZFL-0003955 | N/A |
| | 120 | ZFL-0003956 | ZFL-0003956 | N/A |
| | 121 | ZFL-0003957 | ZFL-0003957 | N/A |
| | 122 | ZFL-0003958 | ZFL-0003958 | N/A |
| | 123 | ZFL-0003959 | ZFL-0003959 | N/A |
| | 124 | ZFL-0003960 | ZFL-0003960 | N/A |
| | 125 | ZFL-0003961 | ZFL-0003961 | N/A |
| | 126 | ZFL-0003962 | ZFL-0003962 | N/A |
| | 127 | ZFL-0003963 | ZFL-0003963 | N/A |
| | 128 | ZFL-0003964 | ZFL-0003964 | N/A |
| | 129 | ZFL-0003967 | ZFL-0003967 | N/A |
| | 130 | ZFL-0003968 | ZFL-0003968 | N/A |
| | 131 | ZFL-0003969 | ZFL-0003969 | N/A |
| | 132 | ZFL-0003970 | ZFL-0003970 | N/A |
| | 133 | ZFL-0003971 | ZFL-0003971 | N/A |
| | 134 | ZFL-0003972 | ZFL-0003972 | N/A |
| | 135 | ZFL-1001247 | ZFL-1001247 | N/A |

Exhibit 6

Cung Le, et al. vs. Zuffa, LLC
Documents Relied Upon

| Category | Document | Description | Bates Number | |
|---|---|---|---|---|
| | | | Beginning | Ending |
| e.  Event Revenues (cont.) | 136 | ZFL-1033792 | ZFL-1033792 | N/A |
| | 137 | ZFL-1054660 | ZFL-1054660 | N/A |
| | 138 | ZFL-1057706 | ZFL-1057706 | N/A |
| | 139 | ZFL-1058009 | ZFL-1058009 | N/A |
| | 140 | ZFL-1059000 | ZFL-1059000 | N/A |
| | 141 | ZFL-1062695 | ZFL-1062695 | N/A |
| | 142 | ZFL-1062696 | ZFL-1062696 | N/A |
| | 143 | ZFL-1067456 | ZFL-1067456 | N/A |
| | 144 | ZFL-1069206 | ZFL-1069206 | N/A |
| | 145 | ZFL-1084339 | ZFL-1084339 | N/A |
| | 146 | ZFL-1085025 | ZFL-1085025 | N/A |
| | 147 | ZFL-1085026 | ZFL-1085026 | N/A |
| | 148 | ZFL-1085224 | ZFL-1085224 | N/A |
| | 149 | ZFL-1088470 | ZFL-1088470 | N/A |
| | 150 | ZFL-1089628 | ZFL-1089628 | N/A |
| | 151 | ZUF-00031995 | ZUF-00031995 | N/A |
| | 152 | ZUF-00032038 | ZUF-00032038 | N/A |
| | 153 | ZUF-00032039 | ZUF-00032039 | N/A |
| | 154 | ZUF-00032040 | ZUF-00032040 | N/A |
| | 155 | ZUF-00032043 | ZUF-00032043 | N/A |
| | 156 | ZUF-00032044 | ZUF-00032044 | N/A |
| | 157 | ZUF-00033614 | ZUF-00033614 | N/A |
| | 158 | ZUF-00033634 | ZUF-00033634 | N/A |
| | 159 | ZUF-00034210 | ZUF-00034210 | N/A |
| | 160 | ZUF-00104686 | ZUF-00104686 | N/A |
| | 161 | ZUF-00106621 | ZUF-00106621 | N/A |
| | 162 | ZUF-00106849 | ZUF-00106849 | N/A |
| | 163 | ZUF-00106854 | ZUF-00106854 | N/A |
| | 164 | ZUF-00106855 | ZUF-00106855 | N/A |
| | 165 | ZUF-00106856 | ZUF-00106856 | N/A |
| | 166 | ZUF-00107338 | ZUF-00107338 | N/A |
| | 167 | ZUF-00107654 | ZUF-00107654 | N/A |
| | 168 | ZUF-00107655 | ZUF-00107655 | N/A |
| | 169 | ZUF-00107826 | ZUF-00107826 | N/A |
| | 170 | ZUF-00107827 | ZUF-00107827 | N/A |
| | 171 | ZUF-00107937 | ZUF-00107937 | N/A |
| | 172 | ZUF-00108002 | ZUF-00108002 | N/A |
| | 173 | ZUF-00108003 | ZUF-00108003 | N/A |
| | 174 | ZUF-00108654 | ZUF-00108654 | N/A |
| | 175 | ZUF-00109209 | ZUF-00109209 | N/A |
| | 176 | ZUF-00109743 | ZUF-00109743 | N/A |
| | 177 | ZUF-00111368 | ZUF-00111368 | N/A |
| | 178 | ZUF-00111369 | ZUF-00111369 | N/A |
| | 179 | ZUF-00268691 | ZUF-00268691 | N/A |
| f.  Strikeforce Revenues | | | | |
| | 180 | ZFL-1472338 Explosion Ent Perf Analysis 2009-2011 | ZFL-1472338 | N/A |
| | 181 | ZFL-2458186 (Explosion 2009 IS) | ZFL-2458186 | N/A |

Exhibit 6

Cung Le, et al. vs. Zuffa, LLC
Documents Relied Upon

| Category | Document | Description | Bates Number | |
|---|---|---|---|---|
| | | | Beginning | Ending |
| g.  PPV Exemplar Contracts | | | | |
| | | Quintron Jackson: | | |
| | 182 | ZFL-0108084 | ZFL-0108084 | ZFL-0108093 |
| | 183 | ZFL-0357812 | ZFL-0357812 | ZFL-0357820 |
| | 184 | ZFL-0360737 | ZFL-0360737 | ZFL-0360745 |
| | | Ronda Rousey: | | |
| | 185 | ZFL-0313388 | ZFL-0313388 | ZFL-0313590 |
| | 186 | ZFL-0379019 | ZFL-0379019 | ZFL-0379028 |
| | 187 | ZFL-0387495 | ZFL-0387495 | ZFL-0387504 |
| | | Tito Ortiz: | | |
| | 188 | ZFL-0306658 | ZFL-0306658 | ZFL-0306822 |
| | 189 | ZFL-0359721 | ZFL-0359721 | ZFL-0359729 |
| | 190 | ZFL-0370265 | ZFL-0370265 | ZFL-0370272 |
| VII.  Independent Research | | | | |
| | 191 | Abu Dhabi-owned Flash Entertainment buys 10 percent of UFC's parent company, MMAJunkie (Jan. 12, 2010) http://mmajunkie.com/2010/01/abu-dhabi-owned-flash-entertainment-buys-10-percent-of-ufcs-parent-company | N/A | N/A |
| | 192 | Scott Hamm, Online interest in UFC skyrockets while NASCAR, NFL and NHL fall, Nielson (Jul. 8, 2009) http://www.nielsen.com/us/en/insights/news/2009/online-interest-in-ufc-skyrockets-while-nascar-nfl-and-nhl-fall.html | N/A | N/A |
| | 193 | Matt Connelly, New York To Legalize MMA: Why It Took So Long, And What It Means Going Forward, Forbes (Mar. 23, 2016), https://www.forbes.com/sites/mattconnolly/2016/03/23/new-york-to-legalize-mma-why-it-took-so-long-and-what-it-means-going-forward/ | N/A | N/A |

*EXHIBIT 7*

## Resume and Testimony of Guy A. Davis, CPA, CIRA, CDBV, CFE

# Guy A. Davis
**Managing Director**
Richmond



| | |
|---|---|
| Direct: | ▮ |
| Fax: | ▮ |
| E-Mail: | ▮ |

## AREAS OF EXPERTISE

- Corporate Restructuring & Recovery
- Litigation & Financial Investigation

## CLIENTS SERVED

- Best Products Co., Inc.
- Alpha Natural Resources
- Fas Mart Convenience Stores
- Heilig Meyers Inc.
- Samsung
- MF Global
- Circuit City
- Adelphia
- LandAmerica
- GE Commercial Credit
- HealthSouth
- Dominion Resources
- Gen Re

## EDUCATION

- B.S., University of Richmond
- MBA, Loyola College
- American College of Bankruptcy Fellow
- Certified Public Accountant
- Certified Insolvency & Restructuring Advisor
- Certified Distressed Business Appraiser (CDBV)
- Certified Fraud Examiner

## PROFESSIONAL MEMBERSHIPS

- American College of Bankruptcy Fellows
- American Institute of Certified Public Accounts
- Association of Certified Fraud Examiners
- Association of Insolvency & Restructuring Advisors
- Virginia Society of Certified Public Accountants

## BACKGROUND

Guy A. Davis is a Managing Director with Protiviti Inc. and manages the firm's Richmond, Virginia office. He has nearly 28 years of accounting, finance and consulting experience in the areas of corporate restructuring, commercial litigation, financial investigations, and valuation.

## PROFESSIONAL EXPERIENCE

*Corporate Restructuring* - Mr. Davis has performed a variety of financial advisory and fiduciary services to bankrupt or distressed entities, their lenders and unsecured creditors including: operations management, asset liquidation, debt restructuring, asset recovery, fraud investigation, solvency analyses, and business valuation. He has served as acting CFO of debtor organizations, Chief Liquidation Officer, court approved claims and disbursing agent, and accountant to chapter 7 trustees. He has also testified as an expert witness in U.S. district, bankruptcy, and circuit courts across the country. His services have been provided to corporations and estates in the sub-prime mortgage, health care, energy, broker dealer, manufacturing, retail, insurance, furniture rental, equipment leasing, steel fabrication, ship repair, heavy highway construction, mining, and hospitality industries.

*Litigation, Financial Damages Analysis* - Mr. Davis has prepared research and analysis to determine compensatory and punitive damages related to several litigation matters involving patent infringement and reasonable royalty, breach of contract, employment disputes, negligence, franchise termination, fraudulent conveyance, and marital dissolution. He has qualified as financial expert and/or has provided testimony on behalf of corporations, individuals, class action plaintiffs and defendants, sureties and financial institutions.

*Business Valuation* - Mr. Davis has performed numerous business valuations for use in bankruptcy, estate planning, purchase and sale of business, litigation matters and loan collateral analysis. These valuations were for hotels, restaurants, printing companies, medical practices, construction contractors, distributors, manufacturers, retailers and others. His significant valuation experience includes:

- Valuation of MF Global, an international Futures Commission Merchant and broker-dealer operating in 70 exchanges around the world.
- Valuation of HealthSouth, the nation's largest operator of rehabilitation hospitals.
- Valuation of K-Mart, a multi-billion dollar general merchandise retailer.

*Merger, Acquisition and Business Formation* - Mr. Davis has assisted several clients in purchasing, selling or forming an equity interest in privately held businesses. These services included development of comprehensive business plans, evaluation and financial analysis of economic returns, assessment of management compatibility and operational synergies, evaluation of stock versus asset purchases and the tax ramifications of the transaction, and presentation to potential lenders and private placement investors.

© 2016 Protiviti Inc.
CONFIDENTIAL: An Equal Opportunity Employer M/F/D/V.
This document is for your company's internal use only and may not be copied nor distributed to another third party.



## Guy A. Davis
Managing Director
Richmond

Direct:
Fax:
E-Mail:

---

### PAPERS, PUBLICATIONS AND PRESENTATIONS

- "Everything's Changed – What's Next in Bankruptcy Reporting" - co-author and panel member for the Association of Insolvency Restructuring Advisors at the National Conference of Bankruptcy Judges, October 28, 2016, San Francisco.

- "Preference Defense from a Financial Advisor's Perspective" - co-author and panel member for the Credit Research Foundation's Credit and Accounts Receivable Forum and Expo, August 9, 2016 Chicago, IL.

- "Bankruptcy Tax and Accounting Issues – Supplement" (Copyright 2016) for Virginia CLE and the Virginia Law Foundation (co-author). Bankruptcy Practice in Virginia.

- "Proposed Fee Guidelines for Financial Advisors in Large Chapter 11 matters." Co-author and panel member for the Association of Insolvency Restructuring Advisors at the National Conference of Bankruptcy Judges, October 10, 2014. Chicago, Il.

- "A Financial Advisor's Role in Chapter 7 Bankruptcies" for the Journal of The National Association of Bankruptcy Trustees, NAB Talk Fall 2013 Volume 29 Issue 3.

- "A Comparative Analysis of Chapter 11, Receiverships and Assignments of the Benefit of Creditors" for the National Conference of Bankruptcy Judges Joint Program of the Association of Insolvency & Restructuring Advisors and the American College of Bankruptcy. October 26, 2012. San Diego, CA.

- "The *Daubert* Challenge: Plan Confirmation and Solvency Valuation Experts" Mid-Atlantic Institute on Bankruptcy and Reorganization, September 2012.

- "Control Premiums: Exploring the Complexities of a Seemingly Simple Concept" AIRA Journal Volume 24, Number 4 October/November 2010.

- "Bankruptcy Tax and Accounting Issues – Supplement" (Copyright 2010) for Virginia CLE and the Virginia Law Foundation (co-author). Bankruptcy Practice in Virginia.

- "Surf's Up on Fresh Start Accounting" – co-author, AIRA Bankruptcy & Restructuring Conference, June 11, 2010.

- "Mark-to-Market Accounting and FASB 157 – The Impact on the Current Financial Crisis" for the American College of Bankruptcy Annual Meeting, March 28, 2009, Washington D.C.

- "Bankruptcy Tax and Accounting Issues – Supplement" (Copyright 2008) for Virginia CLE and the Virginia Law Foundation (co-author). Bankruptcy Practice in Virginia.

© 2016 Protiviti Inc.
CONFIDENTIAL: An Equal Opportunity Employer M/F/D/V.
This document is for your company's internal use only and may not be copied nor distributed to another third party.

## Guy A. Davis
Managing Director
Richmond



Direct:
Fax:
E-Mail:

- "Bankruptcy Tax and Accounting Issues – Supplement" (Copyright 2005) for Virginia CLE and the Virginia Law Foundation (co-author).  Bankruptcy Practice in Virginia.

- "Bankruptcy Tax and Accounting Issues" (Copyright 2004) for Virginia CLE and the Virginia Law Foundation (co-author).  Bankruptcy Practice in Virginia.

- "Selection of the Restructuring Platform" (Copyright 2003) for Bankruptcy Law News, and Corporate Corridors

- "Regional Trends in Bankruptcy Filings" (Copyright 1997) for Bankruptcy Law News, Vol. XII, No. 3.

- "Bankruptcy Survey - C. W. Amos & Company's financial database on area bankruptcies provides valuable information for both lenders and creditors.  Here are some highlights..." (1995) co-authored with Debora A. Pavlik for the Richmond Ventures Magazine

- "Inventory Management and the Economic Order Quantity (EOQ)" (1991) prepared for the Notes and Footnotes Publication distributed to over 3,500 Maryland corporations by C. W. Amos & Company.

- "Choosing from a Vast Selection of Legal Time and Billing Software" (1990) prepared for The Daily Record, a Maryland daily business and legal news publication.

© 2016 Protiviti Inc.
CONFIDENTIAL: An Equal Opportunity Employer M/F/D/V.
This document is for your company's internal use only and may not be copied nor distributed to another third party.

GUY A. DAVIS, CPA, CIRA, CDBV, CFE
TESTIMONY, AFFIDAVITS AND EXPERT REPORTS
2005 – PRESENT
(*our client* **bold/underlined**)

- Arbitration Testimony and Declaration in the matter between **The United Mine Workers of America 1974 Pension Plan and Trust** and Peabody Energy Corporation Case No.: 01-16-0001-2286 American Arbitration Association.  Civil Action No. 1:15-cv-01138 The U.S. District Court for the District of Columbia O*ur client: Plantiff.*

- Declaration in Support of the **Objection of the Official Committee of Unsecured Creditors** to Certain Aspects of the Adequate Protection Offered by Debtors to Pre-Petition Lenders and Second Lien Noteholders and Certain Other Rights and Protections Granted to Same in **Alpha Natural Resources** Case No 15-33896, U.S. Bankruptcy Court of the Eastern District of Virginia. (declaration filed in 2015) *Our client: Creditors' Committee.*

- Expert Report in Dr. Thomas B. Leecost v. **Capital Division, Inc.,** Case No. CL1400547000, Circuit Court for the City of Richmond (report filed in April 2016). *Our client: Defendant.*

- Deposition Testimony and Expert Report in **MF Global Holdings, Ltd. Investment Litigation (Litigation Trustee and Customer Class),** Joseph DeAngelis v. Jon S. Corzine et al. Case No. 11-8766 (VM), U.S. District Court Southern District of New York. *Our client: Plaintiff*

- Expert and Rebuttal Report in **MF Global Holdings, Ltd., as Plan Administrator** v. PriceWaterhouseCoopers LLP. Civil Action No. CV-14-2197 (VM), U.S. District Court Southern District of New York. *Our client: Plaintiff*

- Trial Testimony and Expert Report in **Dominion Virginia Power** v. Bransen Energy, Inc., Case No. 3:14CV538-JRS, U.S. District Court Eastern District of Virginia (trial testimony and report filed in 2015). *Our client: Plaintiff.*

- Expert Report in Sharon E. Madere v. **Christian & Barton, LLP, et al.,** Case No. CL14-2805, Circuit Court for the City of Richmond (report filed in 2015). *Our client: Defendant*.

- Deposition Testimony and Expert Report in General Medicine, P.C. v. **HealthSouth Corporation,** Circuit Court of Jefferson County, Alabama Civil Division (report filed in 2014). *Our client:  Defendant*.

- Deposition Testimony and Expert Report in **Official Committee of Unsecured Creditors, by and on behalf of MS Grand, Inc. and its bankruptcy estate** v. Home Depot U.S.A., Inc., Case No. 12-01475, U.S. Bankruptcy Court for the Eastern District of Virginia (deposition testimony given and report filed in 2014). *Our client:  Plaintiff*.

GUY A. DAVIS, CPA, CIRA, CDBV, CFE
TESTIMONY, AFFIDAVITS AND EXPERT REPORTS
2005 – PRESENT
(*our client* **bold/underlined**)
*Continued*

- Expert Report in **Official Committee of Unsecured Creditors, by and on behalf of MS Grand, Inc. and its bankruptcy estate** v. Northern Illinois Gas Company, Case No. 12-01480, U.S. Bankruptcy Court for the Eastern District of Virginia (report filed in 2014). *Our client: Plaintiff.*

- Expert Report in **Official Committee of Unsecured Creditors, by and on behalf of Min Sik Kang and Man Sun Kang and their bankruptcy estates** v. Yeon K. Han, et al., Case No. 12-01496, U.S. Bankruptcy Court for the Eastern District of Virginia (report filed in 2014).  *Our client:  Plaintiff.*

- Declaration **In re: Atari, Inc., et. al.,** Case No. 13-10176, U.S. Bankruptcy Court Southern District of New York (declaration filed 2013).  *Our Client: Debtor.*

- Declaration and expert report **In re: Glebe, Inc.,** Case No. 10-71553, U.S. Bankruptcy Court Western District of Virginia (declaration and expert report filed in 2012).  *Our Client: Debtor.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **Breakwater Marine, L.L.P.,** Case No. 11-04702, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012).  *Our client:  Defendant.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **Daniel Lindsay,** Case No. 11-04671, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012).  *Our client:  Defendant.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **Irwin L. Jacobs,** Case No. 11-04672, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012).  *Our client:  Defendant.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **Jacobs Management Corporation,** Case No. 11-04676, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012).  *Our client:  Defendant.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **Operation Bass, Inc.,** Case Nos. 11-04715, 11-04673, 11-04722, 11-24695, 11-04716, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012).  *Our client:  Defendant.*

- Expert Report in Charles W. Reis, Chapter 7 Trustee v. **VEC Technology, LLC**, Case Nos. 11-03390, 11-03391, 11-04723, 11-04720, U.S. Bankruptcy Court for the District of Minnesota (report filed in 2012).  *Our client:  Defendant*.

- Expert Report in **Virginia Power Energy Marketing, Inc.** v. EQT Energy, LLC, Case No. 3:11-cv-630-REP, U.S. District Court for the Eastern District of Virginia (report filed in 2012).  *Our client:  Plaintiff.*

GUY A. DAVIS, CPA, CIRA, CDBV, CFE
TESTIMONY, AFFIDAVITS AND EXPERT REPORTS
2005 – PRESENT
(*our client* **bold/underlined**)
*Continued*

- Expert Report in Official Committee of Unsecured Creditors, on behalf of the bankruptcy estates of **Jevic Holding Corp.**, et al., v. The CIT Group/Business Credit, Inc., Case No. 08-51903, U.S. Bankruptcy Court for the District of Delaware (report filed in 2012). *Our client:  Plaintiff.*

- Declarations **In re: Howrey LLP**, Case No. 11-31376, U.S. Bankruptcy Court Northern District of California (declarations filed 2011).  *Our Client: Debtor.*

- Deposition Testimony and Expert Report in **Akshay K. Dave** v. Pikeville Energy Group, Gary Richard and Banner Industries, Inc., Case No. CL10-3530, Circuit Court of the City of Richmond, Virginia (deposition testimony and report filed in 2011).  *Our client: Plaintiff.*

- Expert Report in **Storehouse, Inc., Debtor**, Case No. 06-11144, U.S. Bankruptcy Court for the Eastern District of Virginia (report filed in 2011).

- Expert Report in **Penny Plate, Inc., Penny Plate Canada, Inc.**, Case No. 092684, Circuit Court of the County of Henrico (report filed in 2011).  *Our client:  Defendants.*

- Affidavit and Expert Report in Adelphia Communications Corp., et al. v. **Prestige Communications of NC, Inc., Jonathan J. Oscher, Lorraine Oscher McClain, Robert F. Buckfelder, et al.**, Case No. 04-03293, U.S. District Court Southern District of New York (affidavit and report filed in 2010).  *Our client:  Defendants.*

- Trial and Deposition Testimony and Expert Report in John W ("Jack") Teitz, as Trustee of Estate of Buffalo Coal Company, Inc. v. **The Virginia Electric and Power Company, Inc.**, Case Nos. 08-00038 and 08-00041, U.S. Bankruptcy Court for the Northern District of West Virginia (trial and deposition testimony given and report filed in 2009). *Our client:  Defendant.*

- Trial and Deposition Testimony and Expert Report in H. Lynden Graham, as Trustee of the Estate of United Energy Coal, Inc. v. **The Virginia Electric and Power Company, Inc.**, Case No. 08-AP-0045, U.S. Bankruptcy Court for the Northern District of West Virginia (trial and deposition testimony given and report filed in 2009).  *Our client: Defendant.*

- Appraisal of 100% Membership Interest in **CSX IP, LLC** (report filed in 2009).

- Expert Report in First NLC, Inc. v. **NLC Holding Corp., FNLC Financial Services, Inc., Blue Boy Limited Partnership, NSH Ventures II, L.P., and Friedman Billing Ramsey Group, Inc.**, Case No. 08-10632-BKC, U.S. Bankruptcy Court for the Southern District of Florida, West Palm Beach Division (report filed in 2008).  *Our client: Defendants.*

GUY A. DAVIS, CPA, CIRA, CDBV, CFE
TESTIMONY, AFFIDAVITS AND EXPERT REPORTS
2005 – PRESENT
(*our client* **bold/underlined**)
*Continued*

- Expert Report in **Amp'd Mobile, Inc.** v. Merrill Lynch, Pierce, Fenner & Smith, Inc., Case No. 08-50272, U.S. Bankruptcy Court for the District of Delaware, (report filed in 2008). *Our client: Plaintiff.*

- Expert Report in Corinthian Mortgage Corporation d/b/a SouthBanc Mortgage, v. **Choicepoint Precision Marketing, LLC**, Case No. 1:07cv832 JCC/TRJ, U.S. District Court for the Eastern District of Virginia, Alexandria Division (report filed in 2008). *Our client: Defendants.*

- Expert Report in Leila Meyerson, et al. vs. **Allen McGee, Michael Wallace, Lloyd Goldman, Wilfred Posluns, Radiology Corporation of America, Inc.**, Case No. 07-80339-CIV-Middlebrook/Johnson, U.S. District Court for the Southern District of Florida (report filed in 2008). *Our client: Defendant.*

- Expert Report in Hancock Fabrics, Inc. v. **S.C. Diamond Associates, L.P.**, et al., Case No. 07-10353, U.S. Bankruptcy Court for the District of Delaware (report filed in 2008). *Our client: Defendants.*

- Expert Report in Corinthian Mortgage Corporation d/b/a Southbanc Mortgage v. Summit Financial, LLC, (**Chubb & Son, Inc.**) et al., Case No. 187513, Circuit Court of Fairfax County (report filed in 2007). *Our client: Defendants.*

- Expert Report **In re: The Rowe Companies, et. al.,** Case No. 06-11142, U.S. Bankruptcy Court for the Eastern District of Virginia (expert report filed in 2007). *Our client: Debtor.*

- Trial Testimony and Expert Report in Jonathan F. Johnson v. **SuperValu, Inc. and Richfood, Inc.**, Case No. L5785-4, Circuit Court of the City of Richmond in the State of Virginia (jury trial testimony given and report filed in 2007). *Our client: Defendants.*

- Expert Report in **Erie Power Technologies, Inc.** v. Aalborg Industries A/S et al., Case No. 04-282E (SJM), U.S. District Court for the Western District of Pennsylvania (report filed in 2006). *Our client: Plaintiff.*

- Deposition Testimony and Expert Report in **William Kaye, as Trustee of The Murray Liquidation Trust** vs. Various Defendants, Case No. 04-13611, U.S. Bankruptcy Court Middle District of Tennessee, Nashville Division (deposition testimony and expert report filed in 2006). *Our client: Plaintiff.*

- Deposition Testimony and Expert Report of **William Kaye, as Liquidating Trustee of The Gadzooks Creditors' Trust** v. Fashion Avenue Knits, Inc. and Rosenthal & Rosenthal, Inc. et al., U.S. Bankruptcy Court Northern District of Texas, Dallas Division (deposition and expert report filed in 2006). *Our client: Plaintiff.*

GUY A. DAVIS, CPA, CIRA, CDBV, CFE
TESTIMONY, AFFIDAVITS AND EXPERT REPORTS
2005 – PRESENT
(*our client* **bold/underlined**)
*Continued*

- Affidavit in Marla Reynolds, Liquidating Trustee of the **Git-n-Go** Creditors' Trust v. Ron Ford, et al., Case No. CJ-2006-00648, District Court in and for Tulsa County State of Oklahoma (affidavit filed in 2006). *Our client:  Plaintiff*.

- Expert Report in The Official Committee of Unsecured Creditors of Pillowtex Corporation vs. **Xymid LLC**, Case No. 05-30238, U.S. Bankruptcy Court District of Delaware (report filed in 2006). *Our client:  Defendant*.

- Expert Report in DVI, Inc., et al. v. **ADAC Laboratories and Philips Medical Systems and Royal Philips Electronics**, Case No. 05-52301 (JKC), U.S. Bankruptcy Court District of Delaware (report filed in 2006). *Our client:  Defendant*.

- Expert Report in DVI, Inc., et al. v. **Hitachi Medical Systems America, Inc.**, Case No. 05-52301 (MFW), U.S. Bankruptcy Court District of Delaware (report filed in 2006). *Our client:  Defendant*.

- Expert Report in **Orion Enterprises of Virginia, Inc.** v. Carolyn Dozier, Ronald Dozier, and The Party of Five Limited Partnership, Case No. 06-70302-SCS, U.S. Bankruptcy Court for the Eastern District of Virginia (report filed in 2006). *Our client:  Plaintiff*.

- Expert Report in **Thor Norfolk Hotel, LLC** v. Jonathan Nehmer & Associates, Inc., Case No. 13 110 Y 00726 05, American Arbitration Association New York City (report filed in 2005). *Our client:  Claimant*.

- Deposition Testimony and Expert Report of **Herbert C. Broadfoot, II, in his capacity as Ch. 7 Trustee for Nationwide Warehouse & Storage, LLC, et al.** v. Howard I. Belford, U.S. Bankruptcy Court for the Northern District of Georgia, Atlanta Division (deposition testimony and expert report filed in 2005). *Our client:  Plaintiff*.

- Trial and Deposition Testimony and Expert Report in Official Committee of Unsecured Creditors of Heilig-Meyers Company, et al., v. **Wachovia Bank, NA, et al.**, Case No. 00-34533, U.S. Bankruptcy Court for the Eastern District of Virginia (report filed in 2005). *Our client:  Defendant*.