# EXHIBIT 7

# First Deposition of Andrew Zimbalist

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

- - - - - - - - - - - - - - - - - - - x

Cung Le, Nathan Quarry, John Fitch

Brandon Vera, Luis Javier Vazquez,

and Kyle Kingsbury on behalf of

themselves and all others

similarly situated,         Case No.

    Plaintiffs,   2:15-cv-01045-RFB(PAL)

  V.

Zuffa, LLC, d/b/a Ultimate,

Fighting Campionship and UFC,

    Defendants.

- - - - - - - - - - - - - - - - - - - x

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

ANDREW ZIMBALIST, Ph.D.

Northampton, Massachusetts


Magna Legal Services     Reported By:

(866) 624-6221       MaryJo O'Connor, RMR/CSR

Www.MagnaLS.com      Job No:  345726



```
                                              Page 2
 1
 2
 3
 4
 5
 6           Monday, September 25, 2017
 7                  8:42 a.m.
 8
 9       VIDEOTAPED DEPOSITION of ANDREW
10   ZIMBALIST, Ph.D., held at Hotel
11   Northampton, 36 King Street, Northampton,
12   Massachusetts, pursuant to notice, before
13   MaryJo O'Connor, Registered Merit Reporter,
14   Certified Court Reporter, and Notary Public
15   in and for the Commonwealth of
16   Massachusetts.
17
18
19
20
21
22
23
24
25
```

```
                                              Page 4
 1   A P P E A R A N C E S, Cont.
 2
 3   ATTORNEYS FOR PLAINTIFFS:
 4     COHEN MILSTEIN
 5     1100 New York Avenue, NW
 6     Suite 500, West Tower
 7     Washington, D.C. 20005
 8     (202)408-4600
 9     BY:  DANIEL H. SILVERMAN, ESQ.
10          dsilverman@cohenmilstein.com
11
12
13   ATTORNEYS FOR DEFENDANT ZUFFA, LLC, d/b/a
14   ULTIMATE FIGHTING CHAMPIONSHIP and UFC:
15     BOIES SCHILLER FLEXNER LLP
16     1401 New York Avenue, NW
17     11th Floor
18     Washington, D.C. 20005
19     (202) 237-2727
20     BY:  WILLIAM A. ISAACSON, ESQ.
21          wisaacson@bsfllp.com
22          RORY L. SKAGGS, ESQ.
23          rskaggs@bsfllp.com
24
25   ALSO PRESENT: Luc-Bernard Val, Videographer
```

```
                                              Page 3
 1   A P P E A R A N C E S:
 2
 3   ATTORNEYS FOR PLAINTIFFS:
 4     BERGER & MONTAGUE, P.C.
 5     1622 Locust Street
 6     Philadelphia, Pennsylvania 19103
 7     (215)875-3000
 8     BY:  ERIC L. CRAMER, ESQ.
 9          ecramer@bm.net
10
11
12   ATTORNEYS FOR PLAINTIFFS:
13     JOSEPH SAVERI LAW FIRM
14     2130 Fulton Street
15     San Francisco, California 94117
16     (415)422-6223
17     BY:  JOSHUA P. DAVIS, ESQ.
18          davisj@usfca.edu
19
20
21
22
23
24
25
```

```
                                              Page 5
 1   ---------------I N D E X-------------------
 2
     WITNESS           EXAMINATION BY  PAGE
 3
     ANDREW ZIMBALIST     MR. ISAACSON      9
 4
 5
 6   ---------------EXHIBITS-------------------
 7   ZIMBALIST EXHIBIT                    PAGE
 8   Exhibit 1
 9   Document entitled "Expert Report
10   of Andrew Zimbalist in Cung Le, et al
11   v. Zuffa, LLC"......................   7
12   Exhibit 2
13   Document entitled "Errata to the
14   Expert Report of Andrew Zimbalist in
15   Cung Le, et al, v. Zuffa, LLC".......  7
16   Exhibit 3
17   Document entitled "Consolidated
18   Amended Antitrust Class Action
19   Complaint"...........................  12
20   Exhibit 4
21   Exhibit 3, "Analysis of Revenues of
22   Expenses on an Event-by Event,
23   Boxer-by-Boxer Basis"................ 245
24
25
```



Page 42

```
 1   don't remember exactly how it came out, but       09:43:48
 2   Zuffa in, say, two years ago had at least         09:43:51
 3   90 percent of the top 15 fighters in the          09:43:56
 4   weight classes that I looked at.  So it was       09:43:59
 5   somewhere along those lines.                      09:44:02
 6          Obviously, prior to the                    09:44:03
 7   acquisition of Strikeforce in 2011, they          09:44:05
 8   had somewhat of a lower share, but it was         09:44:08
 9   always a dominant share, at least in the          09:44:10
10   class period.                                     09:44:15
11       Q.   When you're referring to metrics         09:44:15
12   that identify top fighters, are you               09:44:17
13   referring to published rankings?                  09:44:19
14       A.   Yes.                                     09:44:21
15       Q.   And your report does not do any          09:44:24
16   actual work on identify who are the top           09:44:25
17   fighters and who are not?                         09:44:28
18       A.   That's correct.                          09:44:30
19       Q.   And when you say "a large share,"        09:44:32
20   do you count that large share by the number       09:44:37
21   of fighters, that is by counting the              09:44:39
22   individuals?  90 percent would be nine out        09:44:43
23   of ten of the individual fighters?                09:44:45
24       A.   As opposed to weighting them by          09:44:47
25   the --                                            09:44:49
```

Page 43

```
 1       Q.   Weighting by anything.                   09:44:50
 2       A.   Yes.  I'm talking about a                09:44:51
 3   straight headcount.                               09:44:53
 4       Q.   Now, I asked -- one more                 09:44:55
 5   assumption I want to check on.  Are you           09:45:22
 6   assuming that the challenged conduct as a         09:45:23
 7   whole is in violation of the antitrust            09:45:25
 8   laws?                                             09:45:28
 9          MR. CRAMER:  For which purpose?            09:45:30
10          MR. ISAACSON:  For purposes of             09:45:31
11      estimating damages.                            09:45:32
12       A.   I think the answer is yes.               09:45:34
13       Q.   In Paragraph 4 you talk about            09:45:55
14   your assignment in this case.  "Counsel for       09:46:00
15   Plaintiffs have asked me to determine."  In      09:46:04
16   (a) it says, "whether the challenged              09:46:08
17   conduct is anticompetitive in character and       09:46:11
18   thus would have anticompetitive effects if       09:46:13
19   engaged in an entity with monopoly or             09:46:16
20   monopsony power."                                 09:46:19
21          I want to know what you mean by            09:46:21
22   "anticompetitive character."  Is that             09:46:25
23   different from saying it's anticompetitive?      09:46:29
24       A.   So I'm not doing a liability             09:46:31
25   report here.  I was not asked to define          09:46:33
```

Page 44

```
 1   "market."  I was not asked to do                  09:46:35
 2   cross elasticity of demand or snip tests.         09:46:39
 3   I've done no formal analysis of market            09:46:43
 4   power here.                                       09:46:48
 5          And so I'm -- when I say                   09:46:49
 6   "anticompetitive in character," I mean if a       09:46:54
 7   company that had market power engaged in          09:46:57
 8   this behavior, would it have                      09:47:00
 9   anticompetitive effects.                          09:47:04
10       Q.   All right.  And does your report        09:47:15
11   do any analysis of the extent of the              09:47:17
12   anticompetitive effects from the challenged      09:47:21
13   conduct assuming that Zuffa had market           09:47:26
14   power?                                            09:47:29
15       A.   Does it do any analysis?  Say            09:47:29
16   that again?                                       09:47:32
17       Q.   Of the extent of the                     09:47:34
18   anticompetitive effect.                           09:47:36
19          MR. CRAMER:  Other than the                09:47:37
20      damages analysis?  Or are you                  09:47:38
21      including that?                                09:47:40
22       Q.   Well, is there an analysis of an        09:47:41
23   anticompetitive effect in your report other      09:47:51
24   than the damages analysis?                        09:47:54
25       A.   So I'm not clear what you're             09:48:02
```

Page 45

```
 1   driving at.  I have a discussion and              09:48:03
 2   analysis of how the individual exclusionary      09:48:06
 3   clauses impact the market and how it             09:48:12
 4   forecloses the market.  And then on the          09:48:15
 5   basis of that, I do an empirical damage          09:48:20
 6   estimate.                                         09:48:23
 7          So when you said have I done any          09:48:24
 8   analysis of the effect, I'm not sure what        09:48:30
 9   you're...                                         09:48:32
10       Q.   In your view, the damages in this      09:48:33
11   case would be an anticompetitive effect         09:48:35
12   that flowed from the challenged conduct in      09:48:38
13   this case if that conduct were true and if      09:48:40
14   Zuffa had market power, correct?                 09:48:42
15       A.   Yes.  Yes.                               09:48:45
16       Q.   Is there any other                       09:48:46
17   anticompetitive effect that you have             09:48:49
18   measured or quantified that flows from the      09:48:51
19   alleged exclusionary conduct in this case       09:48:54
20   assuming that Zuffa had market power?           09:49:02
21       A.   Not that I have quantified, no.        09:49:04
22       Q.   When you say "anticompetitive in       09:49:05
23   character" in your report, would it mean        09:49:09
24   the same thing if you just said                  09:49:11
25   "anticompetitive"?                               09:49:13
```

Page 70

```
 1   to the absence of labor market competition.      10:19:36
 2          So the comparators that I'm              10:19:43
 3   looking at are comparators that have more       10:19:45
 4   competitive labor markets to see what           10:19:49
 5   happens to the labor share when the labor       10:19:51
 6   markets are more competitive.                   10:19:53
 7          And I'm not particularly looking         10:19:57
 8   for a comparison of clauses from a Zuffa        10:20:00
 9   contract to an NBA contract or from the         10:20:03
10   Zuffa contract to a boxing contract.  I'm       10:20:05
11   looking at whether or not there is a basis      10:20:09
12   structurally for being able to assert and       10:20:12
13   to know that there is competitive behavior      10:20:14
14   going on.                                       10:20:18
15       Q.  So I'm trying to understand what        10:20:24
16   you're saying.  I hate the phrase, but          10:20:26
17   you're familiar with the phrase the             10:20:29
18   "but-for world"?                                10:20:30
19       A.  I've heard it before.                   10:20:32
20       Q.  Yes.  And for purposes of               10:20:33
21   estimating damages in your but-for world,       10:20:35
22   is the challenged conduct not happening?        10:20:38
23          And by "the challenged conduct,"         10:20:42
24   I mean as you've defined it today in this       10:20:44
25   deposition.                                     10:20:46
```

Page 71

```
 1         MR. CRAMER:  Objection to form.          10:20:47
 2         Go ahead.                                10:20:48
 3       A.  The challenged conduct in Zuffa         10:20:48
 4   leads to the absence of competition in the      10:20:49
 5   labor market.  I'm looking in a but-for         10:20:51
 6   world where there is competition in the         10:20:55
 7   labor market.                                   10:21:01
 8       Q.  I think I understand you, but I'm       10:21:02
 9   going to go over it again to make sure.         10:21:04
10          Have you assumed that the                10:21:06
11   challenged conduct, as you've defined it in    10:21:18
12   this case, leads to reduced competition?        10:21:22
13       A.  Well, I've either concluded that        10:21:26
14   or I've assumed it, but it's part of my         10:21:32
15   analysis.                                       10:21:35
16       Q.  Well, I want to -- I appreciate         10:21:36
17   you telling me either assumed it or             10:21:39
18   concluded it.  But does your report assume      10:21:42
19   that the challenged conduct led to reduced      10:21:44
20   competition?                                    10:21:47
21       A.  Yes.                                    10:21:48
22       Q.  And for purposes of damages, are        10:21:48
23   you comparing a world with more competition    10:21:57
24   to one with less competition?                   10:22:00
25       A.  Yes.                                    10:22:02
```

Page 72

```
 1       Q.  And any conduct that led to             10:22:02
 2   reduced competition when if you use your        10:22:19
 3   damages method would reach the same damages    10:22:29
 4   result, correct?                                10:22:33
 5         MR. CRAMER:  Objection to form.          10:22:34
 6       A.  Any conduct that led to the             10:22:39
 7   absence of competition in the Zuffa labor       10:22:42
 8   market would lead to the same --                10:22:46
 9       Q.  I've been using the term "reduced       10:22:49
10   competition" as opposed to "absence of          10:22:53
11   competition."  If they're -- but I will --      10:22:55
12   if you want, we'll go over that                 10:22:57
13   distinction.                                    10:23:00
14          But are you assuming that the            10:23:01
15   challenged conduct in this case led to an       10:23:07
16   absence of competition and not just reduced     10:23:10
17   competition?                                    10:23:12
18       A.  If not complete absence, pretty         10:23:13
19   close to it.                                    10:23:25
20       Q.  All right.  Would any conduct --        10:23:27
21   if you assume -- let's start over.              10:23:31
22          If I apply your damages method           10:23:36
23   where I compare a world with reduced            10:23:42
24   competition to one with more competition,       10:23:45
25   if I am estimating damages from anything        10:23:48
```

Page 73

```
 1   that reduce competition, I'd reach the same    10:23:56
 2   damages result; is that right?                  10:23:59
 3         MR. CRAMER:  Objection to form.          10:24:00
 4       A.  I think that's fair.                    10:24:01
 5       Q.  All right.  So if would could           10:24:07
 6   look at Page 81, which has your Table 4.        10:24:20
 7       A.  Would you prefer to look at the         10:24:32
 8   errata that has the updated version?            10:24:34
 9       Q.  Yes, I was about to say.  And I         10:24:37
10   understand that it's been slightly modified    10:24:38
11   by the errata.  Sure, let's look at the         10:24:40
12   errata.  Exhibit 2 Table 4-E.                   10:24:44
13          And the damages amount is the            10:25:01
14   $972.2 million in the lower right-hand          10:25:04
15   corner, correct?                                10:25:05
16       A.  Yes.                                    10:25:06
17       Q.  And that's obtained by comparing        10:25:06
18   a world with more competition to less           10:25:11
19   competition; is that correct?                   10:25:15
20       A.  Several worlds with more                10:25:15
21   competition, yes.                               10:25:18
22       Q.  And by "several worlds," you mean       10:25:18
23   NFL, NHL, NBA, MLB, boxing?                     10:25:23
24       A.  Correct.                                10:25:25
25       Q.  But there is actually one world         10:25:25
```

Page 142

```
 1      A.  I've explained some of the            12:56:24
 2   reasons for which it's conservative.         12:56:26
 3      Q.  And you've explained why it's         12:56:28
 4   conservative in your report.                 12:56:30
 5      A.  Yes.                                  12:56:31
 6      Q.  And, however, as to that              12:56:31
 7   $970 million --                              12:56:34
 8      A.  Yes.                                  12:56:36
 9      Q.  -- right, you are attributing all     12:56:36
10   of that amount, that all of that             12:56:39
11   difference, to what you have assumed to be   12:56:44
12   anticompetitive acts of Zuffa, correct?      12:56:46
13      A.  That's correct.                       12:56:49
14      Q.  And you have not tried to inject      12:56:50
15   into your analysis what would be the effect  12:56:53
16   of considering any other explanation or      12:56:56
17   variable for that $970 million difference?   12:57:00
18      A.  Such as?                              12:57:03
19      Q.  Anything.                             12:57:05
20          MR. CRAMER:  Objection to form.       12:57:05
21      A.  That's correct.                       12:57:06
22      Q.  In speaking mathematically, if        12:57:08
23   there was a second variable or explanation   12:57:22
24   for that difference, let's call it X.  If    12:57:26
25   you compared Zuffa and the five other        12:57:33
```

Page 143

```
 1   sports and attributed all of the             12:57:39
 2   $970 million to X and said nothing was from  12:57:44
 3   anticompetitive conduct, by definition X     12:57:49
 4   would have caused all of the $970 million    12:57:52
 5   in damages.                                  12:57:55
 6          MR. CRAMER:  Objection to form.       12:57:57
 7      Q.  That's the way the model works,       12:57:57
 8   right?                                       12:57:59
 9      A.  Well, not exactly.  One would         12:58:00
10   have to identify the presence of X in the    12:58:04
11   five comparators and the absence of X in     12:58:09
12   Zuffa, and I haven't done that and you       12:58:13
13   haven't done that.  So I can't say that we   12:58:15
14   would attribute the difference to X.         12:58:19
15          But what is true is that the five     12:58:22
16   comparators have considerably more           12:58:25
17   competition in their labor markets and       12:58:28
18   Zuffa doesn't have it.                       12:58:31
19          So you would have to produce for      12:58:32
20   me a variable where it was present in the    12:58:34
21   five comparators but it's not present in     12:58:39
22   Zuffa.  And then I would say, fine; that     12:58:42
23   variable, maybe along with the degree of     12:58:46
24   competition, together are causing the        12:58:49
25   underpayment of the Zuffa fighters.          12:58:53
```

Page 144

```
 1      Q.  If there was another explanation,     12:58:55
 2   we'll call it X, that was the cause of some  12:58:58
 3   or all of the difference between the five    12:59:04
 4   sports leagues and Zuffa, some or all of     12:59:08
 5   that $970 million, and anticompetitive       12:59:12
 6   acts -- I know I got to start the question   12:59:17
 7   over because I want to include               12:59:20
 8   anticompetitive acts.                        12:59:23
 9          If there was another explanation      12:59:24
10   called X that was the cause of some of the   12:59:26
11   difference between the five sports leagues   12:59:28
12   and Zuffa -- we're talking about the share   12:59:29
13   of labor costs -- and some was caused by     12:59:31
14   anticompetitive acts, your damages model     12:59:35
15   would not be able to estimate the amount of  12:59:40
16   damages due to the anticompetitive acts; is  12:59:42
17   that correct?                                12:59:44
18      A.  And you're postulating, even          12:59:44
19   though you didn't explicitly say it, that    12:59:47
20   this variable X is present in the five       12:59:50
21   comparators and is not present --            12:59:52
22      Q.  Correct.                              12:59:54
23      A.  -- in Zuffa.                          12:59:55
24          Then you're right, yes.               01:00:02
25      Q.  If X was present in four of the       01:00:03
```

Page 145

```
 1   five comparators, would your damages model   01:00:06
 2   be able to estimate -- and so there were     01:00:14
 3   some damages caused by anticompetitive       01:00:16
 4   acts, some damages caused by X, and X was    01:00:18
 5   not present in four of the --                01:00:23
 6      A.  In one.                               01:00:25
 7      Q.  Right.                                01:00:26
 8          -- and not present in one,            01:00:26
 9   right -- thank you -- your model would not   01:00:28
10   be able to estimate damages; is that         01:00:33
11   correct?                                     01:00:35
12      A.  Well, look, if we're traveling        01:00:35
13   down this hypothetical road, I would more    01:00:37
14   than likely not throw out the fifth          01:00:39
15   comparator where X wasn't present.  And      01:00:41
16   also if I was trying to do this where I was  01:00:45
17   trying to segregate out the partial          01:00:47
18   influence of different variables, I          01:00:51
19   probably would be doing a year-by-year       01:00:53
20   analysis and doing multiple regression.  I   01:00:55
21   wouldn't be using this model.                01:00:58
22      Q.  If X was present in only one of       01:01:00
23   the comparators, and X contributed to the    01:01:08
24   difference between Zuffa and the five        01:01:13
25   sports, and anticompetitive acts             01:01:17
```

Page 146

```
 1   contributed to the difference, would you be    01:01:20
 2   able to estimate aggregate damages?            01:01:22
 3        A.  I'd throw out the one and I'd         01:01:24
 4   have four comparators that didn't have         01:01:26
 5   that.                                          01:01:29
 6        Q.  I must be saying this wrong,          01:01:29
 7   because you'd have to throw out four under     01:01:31
 8   my example.                                    01:01:34
 9        A.  Oh, I would?                          01:01:34
10        Q.  Yes.                                  01:01:37
11        A.  Okay, so in you're saying --          01:01:37
12   okay, in your -- what you want me to do        01:01:39
13   over and above is to estimate the influence    01:01:41
14   of X.                                          01:01:43
15        Q.  Right.                                01:01:43
16        A.  And I only have one comparator in     01:01:44
17   the world that where X is present --           01:01:45
18        Q.  Yes.                                  01:01:48
19        A.  -- and Zuffa doesn't have X.  And     01:01:49
20   you want me to estimate damages with a         01:01:52
21   sample of one?                                 01:01:54
22        Q.  Yes.                                  01:01:55
23        A.  I'm not taking the case.              01:01:55
24        Q.  Okay.  And the sample of one          01:01:56
25   would be one of your five sports.  That's      01:01:59
```

Page 147

```
 1   what we're referring to in this context.       01:02:02
 2        A.  That's what I understood you to       01:02:04
 3   be referring to.                               01:02:06
 4        Q.  All right.  When you have it,         01:02:07
 5   your estimate of damages, would that be        01:02:21
 6   also be called a yardstick analysis?           01:02:25
 7        A.  I guess you could call it that,       01:02:26
 8   if you want to call it that.                   01:02:28
 9        Q.  Is there another name in your         01:02:30
10   field that you would call it?                  01:02:32
11        A.  A comparator analysis.                01:02:33
12        Q.  All right.  Now, within your          01:02:36
13   field --                                       01:02:40
14        A.  Benchmark analysis.                   01:02:40
15        Q.  Benchmark, all right.                 01:02:41
16            Within your field, are there          01:02:43
17   standards for estimating the effect of         01:02:46
18   alleged anticompetitive conduct in             01:02:52
19   estimating damages?                            01:02:52
20        A.  I have to ask you to repeat that,     01:02:52
21   because I was getting --                       01:03:10
22        Q.  I'm going to ask the question         01:03:10
23   over.  Don't worry about it.                   01:03:10
24        A.  Thank you.  Sorry about that.         01:03:10
25        Q.  Are there standards in your -- so     01:03:14
```

Page 148

```
 1   you selected as a yardstick or benchmark       01:03:17
 2   for purposes of determining damages in an      01:03:20
 3   antitrust case the five sports comparisons     01:03:24
 4   that are in your report, correct?              01:03:29
 5        A.  Yes.                                  01:03:30
 6        Q.  Now, is there a literature in         01:03:31
 7   your field that set standards for how you      01:03:35
 8   go about selecting benchmarks or yardsticks    01:03:38
 9   in this circumstance?                          01:03:41
10            MR. CRAMER:  Objection to form.       01:03:43
11        A.  A literature that details the         01:03:46
12   best way to select yardsticks?                 01:03:51
13        Q.  That sets standards for setting       01:03:53
14   yardsticks.                                    01:03:55
15            MR. CRAMER:  Objection to the         01:03:56
16   extent it calls for a legal                    01:03:57
17   conclusion.  But you can answer, if            01:03:58
18   you understand the question.                   01:04:00
19        A.  I'm not sure there is a broad         01:04:07
20   literature.  There are certain standards       01:04:08
21   where you try to take benchmarks that have     01:04:10
22   as much basic in common with the thing         01:04:13
23   you're comparing it to.                        01:04:19
24        Q.  All right.  If --                     01:04:21
25        A.  And it varies with one important     01:04:22
```

Page 149

```
 1   characteristic.                                01:04:25
 2        Q.  All right.  If I wanted to            01:04:28
 3   determine how an economist for purposes of     01:04:32
 4   estimating damages using a yardstick or        01:04:35
 5   benchmark in an antitrust case should go       01:04:38
 6   about selecting an appropriate yardstick or    01:04:45
 7   benchmark, where would I look?                 01:04:48
 8        A.  You're asking me for the name of      01:04:51
 9   an article or articles or a book?  I can't     01:04:53
10   give that to you as I sit here.                01:04:56
11            You're talking about an antitrust    01:04:59
12   case rather than in general.  You look for     01:05:01
13   industries that have competition in the        01:05:04
14   area that you're trying to identify that       01:05:06
15   have -- at the same time have as much in       01:05:11
16   common with the enterprise or the industry    01:05:14
17   that you're comparing it to.                   01:05:16
18        Q.  All right.  Now, you say there        01:05:22
19   would have to be as much in common.  Is        01:05:30
20   there a field of study that I would look       01:05:34
21   to, a type of article, a type of study?        01:05:37
22            How do I go about determining         01:05:43
23   what are the standards for an economist in     01:05:45
24   choosing a yardstick or benchmark in a         01:05:47
25   situation such as this?                        01:05:51
```

Page 150

```
 1      A.  I can't point you to any journal      01:05:51
 2   article.                                     01:05:54
 3      Q.  In picking a yardstick, would you     01:05:55
 4   agree with the statement that you should     01:06:07
 5   identify a firm or firms that are similar    01:06:09
 6   to Zuffa in all respects except for the      01:06:14
 7   impact of the alleged antitrust violation?   01:06:18
 8      A.  I believe that, as I said a           01:06:22
 9   moment ago, that you try to pick             01:06:26
10   comparators that have as much in common      01:06:29
11   with the base enterprise or industry as      01:06:32
12   possible but vary in the important respect   01:06:34
13   that you're trying to identify.              01:06:38
14      Q.  So what you have said is slightly     01:06:43
15   different than what I said, and I want to    01:06:45
16   explore that.                                01:06:47
17         So you're using the phrase "as         01:06:48
18   much in common," and I'm using "similar in   01:06:51
19   all respects except for the impact of the    01:06:54
20   alleged antitrust violation," right?         01:06:56
21      A.  Okay.                                 01:06:58
22      Q.  Is it the appropriate standard        01:06:58
23   that you should identify a firm or firms     01:07:05
24   that are similar to Zuffa in all respects    01:07:07
25   except for the impact of the alleged         01:07:09
```

Page 151

```
 1   antitrust violation?                         01:07:11
 2         MR. CRAMER:  Objection.  Asked         01:07:13
 3      and answered.  Also object to the         01:07:13
 4      extent it calls for a legal               01:07:16
 5      conclusion.  But asked and answered,      01:07:17
 6      and form.                                 01:07:18
 7      A.  If you're asking me --                01:07:19
 8      Q.  My question is --                     01:07:21
 9      A.  If you're asking me wouldn't it       01:07:22
10   be desirable to have everything exactly the  01:07:24
11   same except the level of competition, I      01:07:26
12   would say yes.                               01:07:28
13         We're doing the real world, not a      01:07:29
14   laboratory experiment here, and so you try   01:07:32
15   to find as much as possible in common        01:07:34
16   except for the variable that you're trying   01:07:36
17   to identify the impact of.  That's what I    01:07:38
18   believe.                                     01:07:40
19         Now, if you want to use just           01:07:40
20   boxing at the 62.2 percent, which is a low   01:07:43
21   percentage, because I didn't consider some   01:07:46
22   higher percentage information, if you want   01:07:49
23   to use just boxing, I'll come out with       01:07:52
24   larger.  And they're not identical in other  01:07:55
25   respects, but they're very similar.          01:07:58
```

Page 152

```
 1      Q.  But you've already told me,           01:08:00
 2   however, you would not do a benchmark        01:08:00
 3   analysis.  You wouldn't even have taken the  01:08:04
 4   case if you're doing a benchmark analysis    01:08:05
 5   based on only one of the sports.             01:08:07
 6      A.  No, you were talking about            01:08:08
 7   identifying multiple variables of            01:08:10
 8   influence.                                   01:08:12
 9      Q.  All right.  Am I correct that if      01:08:12
10   you were doing a benchmark analysis based    01:08:13
11   on only one of the five sports, you would    01:08:18
12   have declined to do that analysis?           01:08:21
13      A.  No.  Again, the context in which      01:08:23
14   you asked me that was you wanted me to       01:08:25
15   produce a methodology and be able to         01:08:29
16   separate out various causal influences on    01:08:31
17   the share being paid to labor.               01:08:34
18         If I had boxing data for enough        01:08:37
19   years, I could do a multiple regression      01:08:40
20   analysis that might have enough data in it   01:08:44
21   and might enable me to make a different      01:08:46
22   kind of an estimate.  Which to my mind it's  01:08:49
23   always preferable to have more data and, in  01:08:51
24   this case, to have more sports, more         01:08:55
25   comparators, than fewer comparators.         01:08:58
```

Page 153

```
 1      Q.  Would you have taken the case if      01:09:02
 2   you were asked to do a benchmark analysis    01:09:04
 3   based on a comparison to boxing with the     01:09:06
 4   data you have?                               01:09:08
 5         MR. CRAMER:  Incomplete                01:09:11
 6      hypothetical.  Form.                      01:09:13
 7      A.  So if I knew what I know today in     01:09:14
 8   terms of the amount of boxing data that I    01:09:19
 9   have --                                      01:09:22
10      Q.  Yes.                                  01:09:22
11      A.  -- and I was back in last             01:09:22
12   December when I was approached about         01:09:24
13   working on this case, would I have taken     01:09:26
14   the case?                                    01:09:28
15      Q.  Correct.                              01:09:29
16      A.  I would have to think about it.       01:09:29
17      Q.  Now, going back to -- I               01:09:30
18   understand you've told me what would be      01:09:41
19   desirable -- it would be desirable to have   01:09:44
20   everything exactly the same.  That's not my  01:09:46
21   question.                                    01:09:48
22         In the standards of your               01:09:48
23   profession as an economist conducting a      01:09:50
24   yardstick analysis, do you agree that using  01:09:52
25   a yardstick approach you should attempt to   01:09:56
```

Page 154

```
 1   identify a firm or firms that are similar      01:09:59
 2   to Zuffa in all respects except for the        01:10:01
 3   impact of the antitrust violations?            01:10:04
 4        MR. CRAMER:  Asked and answered           01:10:06
 5   several times.  Form.  Objection.              01:10:07
 6        A.  What I think -- what I would look     01:10:12
 7   for is comparators that are as similar as      01:10:14
 8   possible.  I'd first look for the ones that    01:10:16
 9   were similar in all respects.  And if I        01:10:20
10   didn't find ones that are identical, I         01:10:23
11   would use them potentially if I felt like      01:10:26
12   those areas in which they were different       01:10:28
13   was not polluting the estimate that I was      01:10:30
14   making.                                        01:10:33
15        Q.  And have you done any empirical       01:10:38
16   testing in this case to determine whether      01:10:43
17   any of the differences between the five        01:10:46
18   sports and Zuffa potentially pollute the       01:10:47
19   estimate that you have made?                   01:10:51
20        A.  Have I done any empirical?  Yes,      01:10:53
21   I did.                                         01:10:55
22        Q.  Okay.  What empirical testing did     01:10:56
23   you do?                                        01:10:59
24        A.  Well, Zuffa, as you know, or I        01:10:59
25   hope you know, in many documents that it       01:11:01
```

Page 155

```
 1   commissioned and in statements that            01:11:07
 2   Mr. Fertitta made and I believe that           01:11:09
 3   Mr. Hendrick made -- I'm not certain about     01:11:14
 4   him, but other people made -- they're quite    01:11:17
 5   happy to compare Zuffa with -- the Zuffa       01:11:19
 6   labor share with the share in team sports      01:11:24
 7   and the share in bullfighting and the share    01:11:27
 8   in tennis and the share in golf.  They had     01:11:33
 9   a study done by Mercer where all of these      01:11:35
10   comparators are included.                      01:11:38
11        Mr. Fertitta at one point said            01:11:40
12   that it was appropriate to make the            01:11:42
13   comparison and that Zuffa did quite well in    01:11:43
14   the comparison.                                01:11:46
15        So this methodology that you're           01:11:48
16   objecting to is something that Zuffa has       01:11:52
17   invited upon itself in various studies and     01:11:56
18   statements that its made over time.            01:11:59
19        Q.  I understand that you're saying       01:12:02
20   that Zuffa has done comparisons between the    01:12:03
21   sports and decided that they were              01:12:07
22   appropriate, but that's not quite my           01:12:08
23   question.                                      01:12:11
24        I'm talking about -- you talked           01:12:11
25   about how the differences between the fact     01:12:14
```

Page 156

```
 1   that it could potentially pollute the          01:12:15
 2   differences between the five sports and        01:12:18
 3   Zuffa.                                         01:12:20
 4        Did you do any empirical testing          01:12:21
 5   to determine whether any differences           01:12:24
 6   between those sports do pollute the            01:12:27
 7   estimate that you've made?                     01:12:30
 8        A.  Yes, I did.                           01:12:31
 9        Q.  And that was just looking at          01:12:32
10   Zuffa's statements where they compared         01:12:34
11   themselves to other sports?                    01:12:36
12        A.  No.                                   01:12:37
13        Q.  Okay.  What empirical testing did     01:12:38
14   you do?                                        01:12:40
15        A.  So Mr. Fertitta initially said,       01:12:40
16   you know, "We're doing very well relative      01:12:42
17   to baseball and football and basketball."      01:12:44
18   And then somebody pointed out to him that      01:12:48
19   they weren't.  And so he now had a new         01:12:51
20   explanation.  And the explanation he gave      01:12:53
21   is that we spent $90 million a year on         01:12:54
22   television, media production costs.            01:12:56
23        And so I fairly extensively               01:12:59
24   analyzed that, and I compared it to            01:13:00
25   baseball and made comments also about some     01:13:01
```

Page 157

```
 1   of the other sports.                           01:13:03
 2        Q.  So one factor you looked at to        01:13:04
 3   determine whether it would pollute the         01:13:07
 4   comparison is the fact that Zuffa took on      01:13:09
 5   the television production costs?               01:13:13
 6        A.  Which is the only factor Zuffa        01:13:16
 7   itself referenced in terms of understanding    01:13:18
 8   the difference in labor costs, or the share    01:13:20
 9   of labor costs.                                01:13:22
10        Q.  Did you look at any other             01:13:23
11   differences that would pollute the             01:13:28
12   comparison between the other sports as a       01:13:29
13   yardstick and Zuffa?                           01:13:31
14        A.  As I sit here today, I can't          01:13:32
15   think of anything off the top of my head.      01:13:46
16   There might be in my report, but I can't       01:13:48
17   think of anything.                             01:13:50
18        Q.  Do I understand your testimony        01:13:50
19   correctly that ideally in using a              01:13:51
20   yardstick, you would like to identify a        01:13:56
21   firm that's similar to Zuffa in all            01:13:59
22   respects but for the impact of the             01:14:01
23   antitrust violation.  But absent that, you     01:14:03
24   will have looked to firms that have as much    01:14:07
25   in common as you can find?                     01:14:09
```

Magna Legal Services

Page 158

```
 1      A.  As similar as possible.  And          01:14:11
 2  also, then, to try to adjust for any things   01:14:13
 3  that are not common.                          01:14:16
 4      Q.  Is there any literature in your       01:14:16
 5  field, any textbook, anything that you can    01:14:20
 6  point to that says the appropriate way        01:14:25
 7  to select a yardstick or benchmark is to      01:14:28
 8  find firms that are as similar as possible?   01:14:31
 9      A.  As I said before, I cannot cite       01:14:33
10  today any literature or specific journal      01:14:37
11  articles.                                     01:14:43
12      Q.  In selecting yardstick firms,         01:14:43
13  should you look at --                         01:14:46
14      A.  Let me add something, because I'm     01:14:47
15  not responding with specific journal          01:14:51
16  articles.  I have been involved in academic   01:14:53
17  exercises and I've been involved in expert    01:14:59
18  testimony in other cases where the standard   01:15:01
19  of seeking comparators as similar as          01:15:03
20  possible and then making adjustments is       01:15:07
21  practiced.  And I believe it's practiced      01:15:09
22  widely.                                       01:15:11
23      Q.  Can you identify any other areas      01:15:12
24  where the standard of seeking comparators     01:15:15
25  as similar as possible as opposed to          01:15:17
```

Page 159

```
 1  similar in all respects except for the        01:15:20
 2  conduct at issue --                           01:15:24
 3      A.  It's done all the time in real        01:15:25
 4  estate.                                       01:15:28
 5      Q.  All right.  And when you say          01:15:28
 6  "It's done ... in real estate," what are      01:15:29
 7  you referring to?                             01:15:34
 8      A.  Well, it's done when assessors or     01:15:34
 9  appraisers evaluate the value of a house.     01:15:37
10  They look at two houses.  Hopefully,          01:15:40
11  they're in the same neighborhood.  Even       01:15:43
12  though they're in the same neighborhood,      01:15:45
13  one might be closer to a main street, one     01:15:47
14  is a little bit further from the main         01:15:47
15  street, They make an adjustment for that.     01:15:50
16  One has five bathrooms, one as four           01:15:50
17  bathrooms.  They make an adjustment for       01:15:53
18  that.                                         01:15:54
19          But you're talking about, you         01:15:55
20  know, family houses in the same               01:15:56
21  neighborhood and they have different          01:16:00
22  values.  So you control for all of these      01:16:02
23  different things, even though they're not     01:16:04
24  identical.                                    01:16:06
25          I was involved earlier this year      01:16:06
```

Page 160

```
 1  in a case in San Francisco where the          01:16:08
 2  appraisers in the City of San Francisco,      01:16:11
 3  the appraiser board, was trying to            01:16:14
 4  determine what the appropriate possessory     01:16:16
 5  interest tax to be levied on the Giants,      01:16:20
 6  San Francisco Giants, was for AT&T Park.      01:16:24
 7          And the analysis that was done by     01:16:28
 8  the appraisers hired by the Giants was        01:16:31
 9  precisely that:  They were looking at the     01:16:34
10  parcel in China Basin where AT&T Park sits,   01:16:36
11  and comparing it to other lots that were      01:16:48
12  either on the bay or near the bay and had     01:16:50
13  different -- had differential access to the   01:16:52
14  downtown district, the business district.     01:16:56
15          So you do this all the time, and      01:16:58
16  it's -- in reality, we're not dealing with    01:17:01
17  laboratories.  We're dealing with real        01:17:04
18  things and they don't usually resemble each   01:17:06
19  other exactly in all variables but one.       01:17:09
20      Q.  And you don't consider the five       01:17:15
21  sports to resemble each other exactly in      01:17:17
22  all variables, except the one of the          01:17:19
23  alleged anticompetitive act?                  01:17:23
24      A.  They don't resemble in all            01:17:24
25  variables, except one.  And the one that I    01:17:26
```

Page 161

```
 1  spent time looking at is the one that Zuffa   01:17:28
 2  suggested was the one that made it            01:17:29
 3  different.                                    01:17:30
 4      Q.  And you've used the example of        01:17:30
 5  appraising the value of a house.  Also I      01:17:35
 6  guess you were appraising -- I'm not sure     01:17:37
 7  what you were appraising in San Francisco,    01:17:44
 8  but there was another appraisal.              01:17:46
 9          Do you consider the method of         01:17:49
10  damages analysis you've used here to be       01:17:50
11  analogous or the same as an appraisal on      01:17:53
12  real estate?                                  01:17:56
13      A.  Excuse me.  You're asking me          01:17:57
14  about the practice and the discipline with    01:17:58
15  regard to using -- identifying comparators    01:18:00
16  and the legitimacy of using those             01:18:03
17  comparators with some base enterprise in      01:18:05
18  order to derive an estimate of an impact.     01:18:09
19  And I'm giving you examples, multiple         01:18:11
20  examples, of ways that's done all the         01:18:14
21  time.                                         01:18:16
22      Q.  And so in doing your -- but the       01:18:17
23  examples you're using were real estate        01:18:21
24  appraisals, either in relationship to         01:18:24
25  houses or a stadium; is that right?           01:18:27
```

Page 162

```
 1      A.  That's correct.                   01:18:29
 2      Q.  And in choosing a yardstick in    01:18:30
 3  this case -- let me say there are standards  01:18:36
 4  for the appraisals of real property or    01:18:40
 5  stadiums, right?                          01:18:43
 6      A.  Yes.                              01:18:44
 7      Q.  Would you consider yourself -- do 01:18:45
 8  you believe that you should follow those  01:18:52
 9  standards in estimating -- in picking a   01:18:54
10  yardstick in this case?                   01:18:56
11      A.  I think that I've followed those  01:18:58
12  standards and I've described that already. 01:18:59
13      Q.  And those standards for a real    01:19:01
14  estate appraisal or a stadium appraisal,  01:19:05
15  where would those be set forth?           01:19:09
16      A.  There are real estate handbooks,  01:19:11
17  appraisers' handbooks.                    01:19:13
18      Q.  And those are handbooks that      01:19:13
19  you're familiar with?                     01:19:14
20      A.  In part.  I've read them.  I      01:19:15
21  didn't do the analysis I was just         01:19:17
22  describing for China Basin and AT&T Park. 01:19:19
23  I didn't do it.  They were working on the 01:19:23
24  same side of the case as I was.  There were 01:19:24
25  real estate appraisers who were doing that. 01:19:28
```

Page 163

```
 1      Q.  And you wouldn't consider         01:19:30
 2  yourself as an expert in appraisals, I    01:19:31
 3  assume?                                   01:19:34
 4      A.  No, but you asked me if I was     01:19:34
 5  familiar with those handbooks.            01:19:36
 6      Q.  And is there anything within the  01:19:37
 7  field of economics that is -- you told me 01:19:40
 8  that there were standards for appraisals. 01:19:45
 9      Is there anything within the          01:19:47
10  field of economics or damages analysis that 01:19:48
11  you could point to that would establish any 01:19:51
12  standards for selecting a yardstick?      01:19:53
13      A.  So we -- it's done all the time   01:19:55
14  with multiple regression analysis.  You   01:19:57
15  have control variables that try to control 01:19:59
16  for the differences in sets of data or in 01:20:01
17  outcomes.  There is no presumption that   01:20:09
18  there is -- that you're able to control all 01:20:13
19  the other variables.  All you're trying to 01:20:15
20  do is estimate the impact that, including 01:20:18
21  those variables, would have on the        01:20:21
22  coefficient that you're looking at.       01:20:22
23      But, again, this is not a             01:20:24
24  laboratory where you can set the          01:20:28
25  temperature at 98 degrees and you can put 01:20:29
```

Page 164

```
 1  so much acidity in the bowl, and so on and 01:20:33
 2  so forth.  This is the real world, and you 01:20:37
 3  do the best you can to control for the    01:20:39
 4  influences that are out there.            01:20:41
 5      Q.  All right.  So in the field of    01:20:46
 6  economics, there is a literature and a    01:20:47
 7  discussion and a field that discusses how 01:20:50
 8  to appropriately conduct a multiple       01:20:54
 9  regression analysis.  Do you agree with   01:20:58
10  that?                                     01:21:00
11      A.  Yes.                              01:21:00
12      Q.  In the field of economics,        01:21:03
13  however, you can't point me to any        01:21:04
14  literature discussion or anything else in 01:21:07
15  the field that discusses how to           01:21:08
16  appropriately select a yardstick for an   01:21:10
17  analysis such as you've conducted; is that 01:21:15
18  right?                                    01:21:17
19      MR. CRAMER:  Asked and answered.      01:21:17
20  I'm sorry.                                01:21:17
21      THE WITNESS:  I'm sorry, what did     01:21:22
22  you say?                                  01:21:22
23      MR. CRAMER:  I wasn't sure if he      01:21:23
24  was done.                                 01:21:25
25      MR. ISAACSON:  I'm done.              01:21:26
```

Page 165

```
 1      MR. CRAMER:  Asked and answered.      01:21:29
 2  Go ahead.                                 01:21:29
 3      A.  Yes.  I believe I answered that   01:21:29
 4  question at least once.                   01:21:31
 5      Q.  I just want to make sure I have   01:21:37
 6  it right.  I apologize if sometimes we're
 7  having a discussion and --
 8      THE WITNESS:  Madam Court
 9  Reporter, are you able to --
10      Q.  I can read it back I think.
11      In the field of economics --         01:21:37
12      A.  No, no.  I want her to read back  01:21:39
13  my answer.                                01:21:40
14      Q.  Your answer was -- you haven't    01:21:41
15  answered this question.  You said, "I     01:21:46
16  answered that question at least once."    01:21:47
17      MR. CRAMER:  Earlier in the           01:21:49
18  deposition.  You asked it about ten       01:21:50
19  or fifteen minutes ago.                   01:21:51
20      Q.  Okay.  Let's just see if we can   01:21:52
21  get this.                                 01:21:54
22      In the field of economics, you        01:21:55
23  can't point me to any literature or       01:21:56
24  discussion or anything else in the field  01:21:58
25  that discusses how to appropriately select 01:21:59
```

Page 166

```
 1   a yardstick for an analysis such as you've    01:22:02
 2   conducted; is that right?                     01:22:05
 3         MR. CRAMER:  Same objections.           01:22:06
 4      A.  I think I said before at least         01:22:07
 5   once, and I'll say it again, that I cannot    01:22:10
 6   point you to any journal article that would   01:22:12
 7   identify a methodology for selecting          01:22:15
 8   yardsticks.                                   01:22:17
 9      Q.  When you select, when you're           01:22:18
10   comparing firms as yardsticks, should you     01:22:22
11   look at the quantity and quality of the       01:22:24
12   sales and marketing organizations of the      01:22:27
13   businesses?                                   01:22:28
14      A.  When you're comparing firms about      01:22:28
15   what?                                         01:22:33
16      Q.  As a potential yardstick.              01:22:34
17      A.  No, no.  You're comparing firms        01:22:35
18   along what variable?  What are you trying     01:22:37
19   to discern?                                   01:22:40
20      Q.  So you talked about how you want       01:22:40
21   the firms to be as comparable --              01:22:42
22      A.  Right.                                 01:22:42
23      Q.  -- as possible.                        01:22:44
24      A.  Okay.                                  01:22:45
25      Q.  All right.  Is one factor which        01:22:46
```

Page 167

```
 1   you should look at the respective quantity    01:22:47
 2   and quality of the sales and marketing of     01:22:51
 3   the businesses you're going to compare?       01:22:54
 4      A.  Probably.  But you haven't told        01:22:56
 5   me what you're trying to find out about the   01:22:58
 6   firms.  Say it's profitability, for           01:23:00
 7   instance?                                     01:23:03
 8      Q.  Right.                                 01:23:03
 9      A.  Well, surely you'd want to look        01:23:03
10   at quality of management.                     01:23:05
11      Q.  If you're looking at firms to          01:23:06
12   determine whether the differences between     01:23:08
13   them is solely due to the effect of alleged   01:23:09
14   anticompetitive conduct, should you also      01:23:14
15   look at their respective sales and            01:23:16
16   marketing efforts?                            01:23:19
17         MR. CRAMER:  Incomplete                 01:23:20
18   hypothetical.  Objection.                     01:23:21
19      A.  Yeah, I think it's incomplete,         01:23:23
20   but I'll go along with you.  Probably it      01:23:25
21   would be a good idea to look at that.         01:23:27
22      Q.  In making that comparison, should      01:23:29
23   you look at the respective capitalization     01:23:31
24   of the businesses?                            01:23:33
25      A.  Okay.  So you're positing that we      01:23:34
```

Page 168

```
 1   want to see the differential behavior         01:23:40
 2   between the firms in terms of antitrust       01:23:47
 3   issues you're saying?                         01:23:49
 4      Q.  If you look at firms to determine      01:23:50
 5   whether the difference between them is        01:23:51
 6   solely due to the effect of alleged           01:23:53
 7   anticompetitive conduct, should you compare   01:23:54
 8   the capitalizations of the firms?             01:23:55
 9         MR. CRAMER:  Objection to form.         01:23:56
10      A.  And you're looking at these firms      01:23:58
11   in order to see what outcomes?                01:24:01
12         There is a hypothesis that says         01:24:07
13   these firms have different behavior, they     01:24:09
14   have different outcomes because of the        01:24:13
15   degree to which they might impinge on         01:24:15
16   antitrust laws.  Is that what you're --       01:24:17
17      Q.  Or, in your terms, of whether          01:24:19
18   they've engaged in the anticompetitive        01:24:21
19   conduct.                                      01:24:23
20      A.  It's -- you really have to give        01:24:25
21   me more of that picture to respond to you.    01:24:28
22      Q.  Well, if you're taking two firms       01:24:29
23   and you're deciding whether to compare        01:24:34
24   them, determine whether a comparison is       01:24:36
25   appropriate to determine whether the          01:24:39
```

Page 169

```
 1   difference between them is solely due to      01:24:41
 2   anticompetitive conduct by one, can you       01:24:44
 3   tell me factors that you should consider in   01:24:47
 4   determining whether that comparison is --     01:24:50
 5      A.  And so -- right.  So what I --         01:24:52
 6      Q.  Let me finish.                         01:24:54
 7      A.  Okay.                                  01:24:54
 8      Q.  If you're taking two firms and         01:25:12
 9   you're deciding whether to compare them and   01:25:14
10   determine whether a comparison is             01:25:16
11   appropriate to see whether the difference     01:25:18
12   between them is solely due to                 01:25:20
13   anticompetitive conduct by one, can you       01:25:22
14   tell me the factors you should consider in    01:25:24
15   determining whether that comparison is        01:25:26
16   appropriate?                                  01:25:27
17         MR. CRAMER:  Objection to form.         01:25:28
18       Are you asking in this hypothetical       01:25:28
19       -- what are you trying to determine       01:25:31
20       in this hypothetical about the            01:25:33
21       differences between the firms?            01:25:34
22       Because I don't think he's...             01:25:36
23      Q.  All right.  When you're looking        01:25:38
24   at whether to choose a firm as a yardstick    01:25:41
25   and your purpose of using this yardstick is   01:25:46
```

MAGNA LEGAL SERVICES

Page 170

```
 1  to determine whether a comparison with the      01:25:49
 2  yardstick to another firm is solely due         01:25:51
 3  anticompetitive conduct by the other firm,      01:25:59
 4  what factor should you consider to              01:26:01
 5  determine whether that's an appropriate         01:26:02
 6  yardstick?                                      01:26:04
 7      A.  I'm sorry, and --                       01:26:04
 8         MR. CRAMER:  And a yardstick to          01:26:05
 9  determine what?                                 01:26:06
10         THE WITNESS:  Right.                     01:26:07
11         MR. CRAMER:  I don't think he's          01:26:07
12  following your hypothetical.                    01:26:09
13         MR. ISAACSON:  Well, he hasn't           01:26:10
14  said that.                                      01:26:12
15      A.  So we have -- we're engaging in         01:26:12
16  this exercise to compare these two firms,       01:26:15
17  because one of the firms presumably has         01:26:19
18  done something; maybe their prices are much     01:26:21
19  higher, maybe their output is much lower,       01:26:23
20  maybe there is a quality of output              01:26:26
21  question.                                       01:26:29
22         So I'm trying to ask you, what is        01:26:29
23  it that we're trying to explain?  And you       01:26:31
24  said one of the variables we're using,          01:26:33
25  we're trying to explain something, whatever     01:26:34
```

Page 171

```
 1  it is.  One of the variables we're looking      01:26:36
 2  at is anticompetitive behavior, right?          01:26:38
 3      Q.  Right.  Let me see if I can help        01:26:42
 4  you out with this.                              01:26:43
 5      A.  Okay.                                   01:26:44
 6      Q.  In this case, you compared some         01:26:45
 7  other firms --                                  01:26:47
 8      A.  Right.                                  01:26:48
 9      Q.  -- to Zuffa --                          01:26:48
10      A.  Right.                                  01:26:50
11      Q.  -- to determine whether --              01:26:50
12      A.  Right.                                  01:26:52
13      Q.  -- and you concluded that the           01:26:52
14  differences between those firms --              01:26:54
15      A.  Right.                                  01:26:56
16      Q.  -- were due to --                       01:26:56
17      A.  Now can I look at --                    01:26:57
18      Q.  -- were due to the alleged              01:26:58
19  anticompetitive conduct by Zuffa, correct?      01:27:02
20      A.  Correct.                                01:27:03
21      Q.  And you decided that it was             01:27:04
22  appropriate to compare those other firms        01:27:07
23  and decide that the only difference between    01:27:10
24  those firms was due to the alleged              01:27:13
25  anticompetitive conduct, correct?               01:27:15
```

Page 172

```
 1      A.  Yes.                                    01:27:18
 2      Q.  In deciding whether that                01:27:18
 3  comparison to other firms is appropriate --     01:27:23
 4      A.  Right.                                  01:27:25
 5      Q.  -- what factors should you look         01:27:26
 6  at to determine whether that's an               01:27:30
 7  appropriate comparison?                         01:27:34
 8      A.  And you were suggesting based           01:27:36
 9  upon your incomplete hypothetical that the      01:27:38
10  quality of management is one thing that I       01:27:40
11  should be looking at; is that correct?  Is      01:27:42
12  that where we're --                             01:27:45
13      Q.  Where we --                             01:27:46
14      A.  I'm trying to cut to the chase --       01:27:47
15      Q.  I'm asking you --                       01:27:49
16      A.  -- because you're asking vague          01:27:51
17  broad questions.                                01:27:54
18      Q.  I'm asking you within the               01:27:54
19  standards of your field --                      01:27:57
20      A.  Right.                                  01:27:57
21      Q.  -- in selecting a yardstick --          01:27:57
22      A.  Right.                                  01:27:59
23      Q.  -- where you're comparing it to         01:27:59
24  Zuffa, what are the things you should look      01:28:01
25  at to determine whether it's an appropriate     01:28:05
```

Page 173

```
 1  yardstick?                                      01:28:08
 2      A.  Look at anticompetitive behavior        01:28:08
 3  in the two leagues or in the comparator         01:28:16
 4  group and Zuffa, look at the factor that        01:28:20
 5  Zuffa says distinguishes it from the other      01:28:23
 6  league.                                         01:28:26
 7         The notion that I should look at         01:28:30
 8  quality of management is problematic for        01:28:31
 9  several reasons.                                01:28:34
10      Q.  I just want to --                       01:28:36
11         MR. CRAMER:  Were you done with          01:28:37
12  your answer?                                    01:28:38
13      A.  I'm not done.                           01:28:39
14      Q.  I will let him, but for purposes        01:28:40
15  of my question to save time, I'm trying to      01:28:41
16  ask him what it is you think was                01:28:45
17  appropriate -- what you should consider.        01:28:46
18         You told me the comparison of the        01:28:48
19  anticompetitive conduct and you told me         01:28:50
20  Zuffa's explanation of the production,          01:28:52
21  correct?                                        01:28:53
22      A.  Right.                                  01:28:53
23         MR. CRAMER:  Zuffa's what?               01:28:54
24      Q.  That Zuffa handles TV production.       01:28:56
25  He said it's that.  Okay?                       01:29:00
```



44 (Pages 170 to 173)

Page 206

```
 1   at?  What would you want to study to         02:01:06
 2   determine whether it was an appropriate      02:01:07
 3   comparison?                                  02:01:09
 4       MR. CRAMER:  Same objection.  He         02:01:09
 5   already answered.                            02:01:10
 6       A.  So there are capital costs for       02:01:11
 7   the physical studios, there are              02:01:16
 8   transportation cost, there are insurance     02:01:19
 9   costs, there are administrative costs.  I    02:01:21
10   would like to study those, the size of them  02:01:24
11   and how they vary before I would throw this  02:01:27
12   into the hopper as a comparator.             02:01:30
13       Q.  What would you be looking at to      02:01:35
14   determine with respect to those costs to     02:01:37
15   determine whether the comparison was valid?  02:01:39
16       A.  I would want to look at the share    02:01:41
17   of those costs as a share of total revenue.  02:01:43
18       Q.  So would you be looking at           02:01:48
19   whether the share of those costs was, for    02:01:50
20   example, higher than the share of similar    02:01:52
21   cost for Zuffa or less?  I'm trying to       02:01:56
22   understand what you're looking for.          02:01:58
23       MR. CRAMER:  Asked and answered.         02:01:59
24   Objection.                                   02:02:00
25       A.  I would look at the relative         02:02:00
```

Page 207

```
 1   shares relative to Zuffa, relative to the    02:02:03
 2   other comparators.                           02:02:05
 3       Q.  Is there anything else you would     02:02:07
 4   be looking at to determine whether it was    02:02:17
 5   an appropriate comparison other than the     02:02:19
 6   share of costs that were paid by the movie   02:02:21
 7   studios?                                     02:02:29
 8       A.  Yeah.  I'd want to look at risk.     02:02:29
 9   I'd want to look at the variability of       02:02:32
10   revenue across projects.                     02:02:34
11       Q.  Why would the variability of         02:02:45
12   revenue across projects be relevant to you   02:02:48
13   in comparing two firms as yardsticks?        02:02:51
14       A.  Because other things being equal,    02:02:54
15   you would expect two industries that were    02:02:56
16   otherwise identical where one of them had    02:02:58
17   more risk in it than the other, that in      02:02:59
18   order to attract capital, the industry that  02:03:02
19   had more risk would demand a higher rate of  02:03:04
20   return.  And a higher rate of return would   02:03:07
21   mean there was less money available to pay   02:03:09
22   labor in general.                            02:03:11
23       Q.  And you said I want to look at       02:03:13
24   risk, I want to look at the variability of   02:03:15
25   revenue across projects.  And I asked you    02:03:18
```

Page 208

```
 1   about variability of revenue.  You just      02:03:20
 2   answered risk.                               02:03:20
 3       Are those interchangeable for            02:03:22
 4   purposes of this discussion?                 02:03:24
 5       A.  Risk and variability of revenue?     02:03:25
 6       Q.  Yes.                                 02:03:28
 7       A.  Interchangeable, no.  But very       02:03:28
 8   similar.  Overlapping.  Substantial          02:03:31
 9   overlapping.                                 02:03:34
10       Q.  So you would want to look at in      02:03:35
11   determining whether to compare the firms,    02:03:37
12   you would want to look at the overall risk   02:03:39
13   profile, and that would include the          02:03:41
14   variability of revenue across projects?      02:03:43
15       A.  Yes.                                 02:03:45
16       Q.  Are there any other factors that     02:03:46
17   you would want to investigate or study to    02:03:53
18   determine whether the comparison to the      02:03:55
19   movie industry was appropriate?              02:03:57
20       A.  Yeah.                                02:03:57
21       Q.  You've mentioned share of cost --    02:03:59
22       A.  There might be.  I can't think of    02:04:01
23   any as I sit here.                           02:04:02
24       Q.  You've got to let me finish the      02:04:03
25   question.                                    02:04:06
```

Page 209

```
 1       Now, you've --                           02:04:23
 2       MR. CRAMER:  Maybe we should take        02:04:23
 3   a break.                                     02:04:25
 4       MR. ISAACSON:  Yeah, we've been          02:04:25
 5   going for over an hour.                      02:04:27
 6       VIDEO TECHNICIAN:  Off the record        02:04:28
 7   at 2:04 p.m.                                 02:04:32
 8       (Proceedings recessed at                 02:04:34
 9   2:04 p.m., and reconvened at 2:20            02:04:34
10   p.m.)                                        02:21:13
11       VIDEO TECHNICIAN:  We're back on         02:21:13
12   the record at 2:20 p.m.                      02:21:16
13   BY MR. ISAACSON:                             02:21:18
14       Q.  We've discussed before that in       02:21:18
15   estimating damages and comparing to a        02:21:28
16   yardstick, you compared the percentage of    02:21:30
17   revenues paid to athletes or fighters        02:21:33
18   between other sports and Zuffa.  And it's    02:21:37
19   your -- now across industries and in the     02:21:44
20   economics literature is there data or        02:21:59
21   studies with the percentage of revenues      02:22:03
22   that are paid to labor, whether those labor  02:22:05
23   are employees or contractors in a            02:22:07
24   competitive industry?                        02:22:10
25       MR. DAVIS:  Objection to form.           02:22:15
```

Page 218

```
1   were antitrust cases?                    02:30:17
2       A.  I'm not sure offhand.  Maybe     02:30:20
3   five.                                    02:30:22
4       Q.  Can you tell me any case where   02:30:22
5   you previously estimated damages by      02:30:27
6   comparing firms based on the percentage of 02:30:29
7   revenues they paid to labor?             02:30:31
8           MR. CRAMER:  Objection to form.  02:30:34
9       A.  I'm not sure as I sit here that  02:30:34
10  I've estimated damages to labor at all in 02:30:43
11  an antitrust case.  I might have, but I  02:30:49
12  don't recall off the top of my head.     02:30:52
13      Q.  Can you identify to me any       02:30:53
14  published literature in your field that has 02:30:55
15  either looked at the issue of damages or 02:31:01
16  the anticompetitive effect of conduct by 02:31:03
17  comparing firms based on the percentage of 02:31:08
18  revenue paid to labor?                   02:31:10
19      A.  Can you repeat the question?     02:31:13
20      Q.  Sure.  Can you identify to me any 02:31:14
21  published literature in your field that has 02:31:17
22  looked at the issue of damages or the    02:31:20
23  anticompetitive effect of conduct by     02:31:22
24  comparing firms based on the percentage of 02:31:23
25  revenue paid to labor?                   02:31:25
```

Page 219

```
1           MR. CRAMER:  Objection to form.  02:31:26
2       A.  All right.  Not as I sit here    02:31:27
3   today, I can't.                          02:31:30
4       Q.  Are you aware of any             02:31:30
5   peer-reviewed literature anywhere that has 02:31:41
6   determined or studied the anticompetitive 02:31:45
7   effect of conduct by comparing firms based 02:31:50
8   on the percentage of revenues paid to    02:31:54
9   labor?                                   02:31:56
10      A.  I'm aware of literature,         02:31:58
11  peer-reviewed literature, that looks at the 02:32:01
12  effect of monopsony on labor share.      02:32:04
13      Q.  And what is that literature?     02:32:11
14      A.  Well, there is something called  02:32:13
15  the Journal of Sports Economics.  It's had 02:32:17
16  a bunch of articles on that.             02:32:20
17          There is a seminal article that  02:32:22
18  was done by Jerry Scully in the American 02:32:24
19  Economic Review in 1972.  There is a book 02:32:27
20  that was edited by Roger Noll called     02:32:29
21  "Government in the Sports Business."  Did I 02:32:34
22  say it was published by Brookings?  That's 02:32:36
23  also rather old.                         02:32:40
24          There is a Journal of Sport      02:32:42
25  Management, The International Journal of 02:32:46
```

Page 220

```
1   Sports Management, that's had some articles 02:32:49
2   related to that.                         02:32:51
3           So I'm aware of the literature   02:32:52
4   that's available on monopsony and empirical 02:32:54
5   estimates of its impact in the sports    02:33:00
6   field.                                   02:33:03
7       Q.  So are you aware of any          02:33:03
8   peer-reviewed literature that is -- that 02:33:05
9   looks at the effect of monopsony on the  02:33:08
10  share of revenue paid to labor outside of 02:33:11
11  the sports industry?                     02:33:14
12      A.  I think I answered that already. 02:33:15
13  I can't cite you any such literature today. 02:33:17
14      Q.  Within the field of sports       02:33:21
15  economics that you mentioned, had there  02:33:29
16  been any -- well, let me start over.     02:33:38
17          You mentioned multiple regression 02:33:40
18  analysis earlier.  That's an established 02:33:44
19  method within the field of economics for 02:33:47
20  determining the potential of             02:33:51
21  anticompetitive effect of conduct, correct? 02:33:53
22      A.  Yes.                             02:33:57
23      Q.  Okay.  And that's not limited to 02:33:57
24  the sports industry, correct?            02:34:02
25      A.  Correct.                         02:34:04
```

Page 221

```
1       Q.  And that method has been, for    02:34:05
2   example, subject to testing to determine 02:34:10
3   whether it's a reliable method of -- if  02:34:14
4   performed well of determining an         02:34:20
5   anticompetitive effect.  Do you agree with 02:34:24
6   that?                                    02:34:26
7       A.  That it is a reliable method for 02:34:29
8   determining anticompetitive effect?  Is  02:34:33
9   that what you're --                      02:34:35
10      Q.  Yes.  And that's been determined 02:34:36
11  by testing in the field.                 02:34:38
12      A.  It's been determined to be what? 02:34:39
13      Q.  If performed correctly, a        02:34:41
14  reliable method of determining --        02:34:43
15      A.  Oh, yes.                         02:34:45
16      Q.  And that's been determined by    02:34:45
17  substantial testing in the economics     02:34:47
18  literature.                              02:34:48
19      A.  So it's been determined by       02:34:52
20  testing that econometric testing is      02:34:53
21  reliable?  So what does that mean, it's  02:34:56
22  been determined by testing that econometric 02:34:58
23  evidence --                              02:35:02
24      Q.  Meaning it's been tested for     02:35:02
25  accuracy across different models, for    02:35:04
```

Page 222

```
 1   example.                         02:35:06
 2       A. Okay. Yes.                02:35:06
 3       Q. And that's all true of a  02:35:08
 4   regression model?                02:35:09
 5       A. Yes.                      02:35:11
 6       Q. Has there been any testing done  02:35:11
 7   within the sports industry of whether a  02:35:14
 8   comparison of the percentage of revenues  02:35:19
 9   paid to labor by a sports business is a  02:35:22
10   reliable or valid means of evaluating an  02:35:25
11   anticompetitive effect?          02:35:30
12       A. As I sit here today, I can't  02:35:31
13   think of any such literature.    02:35:34
14       Q. If you wanted to test the  02:35:35
15   validity or reliability of looking at the  02:35:43
16   percentage of revenue paid to labor by a  02:35:48
17   firm as a method for assessing   02:35:52
18   anticompetitive impact, how would you go  02:35:57
19   about testing it?                02:36:00
20           MR. CRAMER: Objection to form.  02:36:00
21       A. Can you repeat the question?  02:36:01
22       Q. Sure. Suppose I wanted to test  02:36:07
23   the validity -- suppose you wanted to test,  02:36:08
24   which would be more valid, suppose you  02:36:11
25   wanted to test the validity or reliability  02:36:13
```

Page 223

```
 1   of looking at the percentage of revenue  02:36:15
 2   paid to labor by a firm as a method for  02:36:17
 3   assessing anticompetitive impact, how would  02:36:19
 4   you go about that testing process?  02:36:21
 5       A. This is one firm in a particular  02:36:23
 6   industry. And what data do I have at my  02:36:26
 7   disposal?                        02:36:29
 8       Q. So I'm not being clear in my  02:36:31
 9   question if you're asking about the data.  02:36:33
10           I'm positing a world where you  02:36:36
11   have good data; all right?       02:36:38
12       A. Okay, we have good data. Yeah.  02:36:40
13       Q. And you want to know whether  02:36:42
14   looking at the percentage of revenue paid  02:36:44
15   to labor as opposed to, for example, the  02:36:47
16   actual salaries or rate of salary increase.  02:36:52
17   If you want to know whether the percentage  02:36:59
18   of revenue is a valid method for looking at  02:37:01
19   whether there has been an anticompetitive  02:37:04
20   impact, how would you go about testing  02:37:06
21   that?                            02:37:08
22       A. I want to find out if the    02:37:09
23   percentage of revenue paid in a particular  02:37:16
24   firm has an anticompetitive impact?  02:37:20
25       Q. You want to know whether that is  02:37:23
```

Page 224

```
 1   an accurate and reliable method of  02:37:24
 2   determining whether there is an  02:37:27
 3   anticompetitive impact.          02:37:28
 4       A. Wow. Um, so -- and I'm looking  02:37:29
 5   at one firm in one industry?     02:37:34
 6       Q. I'm talking about the method as  02:37:38
 7   opposed to the firm.             02:37:40
 8       A. But that's -- if you're asking me  02:37:43
 9   to design an econometric model for you, I  02:37:46
10   have to know what you're talking about. I  02:37:51
11   have to know the parameters of what you're  02:37:52
12   talking about.                   02:37:54
13           Clearly, one of the things that  02:37:55
14   one would be trying to set up here is you'd  02:37:56
15   have to have some independent index of  02:37:59
16   anticompetitive behavior. Maybe it would  02:38:01
17   be percent price increases over the course  02:38:06
18   of the past year. And you would look at  02:38:07
19   whether or not -- or if -- you might look  02:38:14
20   at the percent increase in wages. You  02:38:17
21   would expect to find that wage increases  02:38:20
22   would be smaller.                02:38:26
23           So you would look at a number of  02:38:28
24   firms in a number of industries, and the  02:38:30
25   independent variables would be the percent  02:38:34
```

Page 225

```
 1   of revenue that's paid to labor and then  02:38:37
 2   you'd have some criterion that was the  02:38:38
 3   dependent variable, that would maybe it  02:38:44
 4   would be price increases, maybe it would be  02:38:48
 5   something else, that would be a proxy for  02:38:49
 6   anticompetitive behavior, and you'd see  02:38:52
 7   what the relationship is.        02:38:54
 8       Q. That econometric model that you  02:38:58
 9   just described, that was a regression  02:39:01
10   analysis?                        02:39:03
11       A. It could be, yeah.         02:39:04
12       Q. One way of testing, rather, of  02:39:14
13   looking at percentage of revenues paid to  02:39:16
14   labor as a comparison between firms as a  02:39:17
15   valid method of assessing anticompetitive  02:39:20
16   impact would be to engage in a regression  02:39:26
17   analysis; is that correct?       02:39:29
18       A. It could be.              02:39:31
19       Q. And a regression analysis would  02:39:32
20   be an established, well-accepted method of  02:39:38
21   determining the effect of anticompetitive  02:39:42
22   behavior?                        02:39:44
23       A. I think there is a lot of  02:39:44
24   controversy, frankly, in this application.  02:39:46
25   But, yes, it has been used very widely.  02:39:48
```

Page 226

```
 1      Q.  And if you conducted a regression
 2   analysis of the anticompetitive effect of a
 3   restriction on labor pay and the only
 4   variable was the anticompetitive
 5   restriction, what would be the problems
 6   with that?
 7          MR. CRAMER:  Objection to form.
 8      Incomplete hypothetical.  Asked and
 9      answered for that matter.
10      A.  I'm not sure what you're asking.
11   But what one does when you use regression
12   analysis is generally using multiple
13   regression analysis.  You want a control
14   for other variables.  And you would have --
15   you'd have your desired variables in there
16   along with the regression variable --
17   excuse me -- along with the control
18   variables.
19          I haven't done a regression
20   analysis in this case.  There is another
21   expert report that uses that methodology.
22   I've used a different methodology.  And I
23   feel like I have successfully controlled
24   for most of the outside influences that
25   would allow me to make a clean inference
```

Page 227

```
 1   about the impact that the level of
 2   competition on the labor market has had on
 3   the labor share.
 4      Q.  When you say when you "have
 5   controlled for most of the outside
 6   influences," you have not done that
 7   actually within your model, correct?
 8          MR. CRAMER:  Objection to form.
 9      A.  Not within the model itself.  But
10   as I explained to you earlier, Zuffa
11   pointed out the one variable that they
12   thought made their case special.  And I did
13   account for that.  I discussed that.
14          Other variables that we have
15   talked about today I don't think have a
16   decided inference on that question about
17   the riskiness of the investment and
18   questions about overall management quality.
19          I don't think that Zuffa stands
20   out in those regards, and Zuffa itself
21   didn't argue that it stood out in those
22   regards.
23      Q.  And why did you choose to compare
24   the percentage of revenues paid to the five
25   other sports and UFC fighters as compared
```

Page 228

```
 1   -- as opposed to the percentage of net
 2   profits after costs?
 3      A.  Well, I don't have, and I don't
 4   know that anybody has data on what you're
 5   calling net profits.  Do you mean net
 6   income by the way?  What are you talking
 7   about?
 8      Q.  You said net income.
 9      A.  Yeah.  So net income deducts
10   interest.  And we know, I think it's very
11   clearly in the record here, that Zuffa has
12   had very large interest costs because of
13   these massive loans they've taken out of
14   hundreds of millions of dollars in order to
15   pay dividends to the Fertittas and to Dana
16   White.  And so they get taken out and
17   they're reduced net income.
18          I would have to have parallel
19   data, similar data, for these other
20   industries.  But it's all proprietary and
21   it's not available to me.
22          I actually have a good deal of
23   data for baseball, but I can't use it.  I
24   don't have it for the other sports.
25      Q.  All right.  Now, if a firm
```

Page 229

```
 1   engages in conduct with anticompetitive
 2   effects in a relative market and has
 3   monopsony power and it pays less than
 4   52 percent of its revenues to the labor
 5   force, is the proper way to measure damages
 6   in all cases there to compare the
 7   52 percent to what that monopsony is
 8   paying?
 9          MR. CRAMER:  Objection to form.
10      A.  I think that was compound and
11   long and confusing.  I'm not sure what
12   you're asking me.
13      Q.  All right.  I'd ask you to look
14   at Paragraph 106 -- no, wait.  Actually
15   before we do that, as an economist, I want
16   to ask you if you agree with a couple of
17   statements.
18          Do you agree with this statement
19   "There are well recognized economic
20   benefits to exclusive deal arrangements
21   including the enhancement of interbrand
22   competition."
23      A.  Possible.  Yes.  I know that
24   there is some literature on that, and some
25   argumentation around that, and I suspect
```

Page 234

```
 1        A.  Yes.  So, as I said, MLS went       02:48:56
 2   through a court case in 1999, and the        02:48:58
 3   District Court decided that it was a single  02:49:01
 4   entity.  And they do all of their hiring,    02:49:03
 5   except Beckham exception players, through    02:49:10
 6   the central office.                          02:49:15
 7        That is to say, there is a fellow       02:49:16
 8   sitting in their office, their headquarters  02:49:18
 9   in New York City, who hires all the players  02:49:20
10   and then allocates them to the teams,        02:49:24
11   except for the Beckham exception players.    02:49:26
12        So it's basically a monopsony,          02:49:30
13   maybe slightly modified at the edges.  It    02:49:36
14   would be an inappropriate benchmark for      02:49:39
15   seeing what would happen in Zuffa if there   02:49:41
16   were competitive labor markets because       02:49:44
17   there are not competitive labor markets in   02:49:45
18   MLS.                                         02:49:47
19        I think you asked me about tennis       02:49:49
20   and golf as well?                            02:49:50
21        Q.  I also want to know why didn't      02:49:52
22   you use professional tennis as a benchmark?  02:49:54
23        A.  So I'll answer that with respect    02:49:57
24   to men's tennis.  And if you want to ask me  02:50:02
25   about women's tennis afterwards, you can.    02:50:05
```

Page 235

```
 1        Men's tennis is governed by the         02:50:09
 2   Association of Tennis Professionals, or      02:50:11
 3   ATP.  They set the rules.  They set the      02:50:14
 4   prize money.  They collaborate with the      02:50:17
 5   grand slams.  And if you want to be -- if    02:50:19
 6   you want to participate in the grand slams,  02:50:24
 7   if you want to be recognized in the major    02:50:27
 8   tournaments, if you want to be nationally    02:50:29
 9   and internationally ranked, you play in the  02:50:31
10   ATP tournaments.  They, too, are a single    02:50:34
11   employer.                                    02:50:37
12        Q.  Does the Men's Tennis Association   02:50:39
13   have anything to do with determining --      02:50:50
14   what are the constraints that the men's      02:50:56
15   tennis -- the ATP puts on the percentage of  02:50:58
16   revenue that's paid to the men's tennis      02:51:01
17   players?                                     02:51:05
18        A.  They apply no such constraint.      02:51:05
19        Q.  I have the same questions about     02:51:08
20   professional women's tennis.  How --         02:51:11
21        A.  Okay.  However, if I could, what    02:51:13
22   they set is the prize money, the purse.      02:51:16
23   And each tournament has an expected          02:51:18
24   revenue.  So implicitly they're ballparking  02:51:21
25   a share, but that's not what their policy    02:51:26
```

Page 236

```
 1   addresses.  Their policy addresses the       02:51:29
 2   amount that they pay.                        02:51:31
 3        In terms of women's tennis, it's        02:51:32
 4   largely the same situation.  It's run by     02:51:33
 5   the WTA.  And that also coordinates          02:51:36
 6   activity with the Tennis Association of      02:51:39
 7   England, Tennis Association of France and    02:51:43
 8   Tennis Association of Australia for the      02:51:47
 9   grand slams.  It's a single employer.        02:51:49
10        Q.  Why didn't you use NASCAR as a      02:51:51
11   potential benchmark?                         02:51:55
12        A.  NASCAR is a monopoly in the         02:51:57
13   stockcar racing industry.  It is the sole    02:52:03
14   sanctioning body.  It also owns -- the       02:52:08
15   people who own NASCAR, which is the France   02:52:11
16   family, also own the International Speedway  02:52:16
17   Corporation, which owns most of the tracks   02:52:19
18   that NASCAR races on.  And they, again, get  02:52:21
19   to set prices.                               02:52:24
20        Q.  And why didn't you use any firms    02:52:34
21   outside of sports as a benchmark?            02:52:37
22        A.  I was looking for benchmarks and    02:52:43
23   comparators that had as much similarity as   02:52:46
24   possible with Zuffa, with MMA.               02:52:49
25        Q.  And why would, for example, the     02:52:55
```

Page 237

```
 1   Major League Baseball have more              02:53:04
 2   similarities to Zuffa than every other firm  02:53:07
 3   outside of sports?  Is it just because it's  02:53:11
 4   a sport?                                     02:53:14
 5        A.  No.  Their revenue streams are      02:53:15
 6   similar to each other.  They're selling      02:53:18
 7   tickets, they're selling media rights and    02:53:21
 8   television rights.  They're selling          02:53:25
 9   sponsorships.  They have to cover on the     02:53:28
10   cost side.  They have to cover the cost of   02:53:29
11   their athletic talent.  They have to either  02:53:31
12   rent or pay for in another way the           02:53:35
13   facilities that they're playing in.  They    02:53:37
14   have to pay in one measure or another for    02:53:38
15   the travel of the athletes.                  02:53:40
16        But the structure and the nature        02:53:42
17   of the items that are involved on the        02:53:44
18   revenue side and the cost side are very      02:53:46
19   similar.                                     02:53:48
20        Q.  So why didn't you include any       02:53:48
21   firms outside of sports that sell tickets    02:53:50
22   and media rights?                            02:53:53
23        A.  Well, one of the reasons I didn't   02:53:55
24   look further, other than to have a footnote  02:54:02
25   about the movie industry, which you were     02:54:05
```

Page 238

```
 1   kind enough to notice, is because I'm a            02:54:09
 2   sports economist and I understand the              02:54:11
 3   supports industry and I might have gone out        02:54:13
 4   and looked for Showcase Cinemas, for               02:54:15
 5   instance.  They sell tickets.  They don't          02:54:19
 6   sell television rights, but they sell              02:54:21
 7   tickets.                                           02:54:24
 8          So I might have tried to find               02:54:24
 9   some of those firms, but I don't know a            02:54:26
10   great deal about them.  And I felt                 02:54:28
11   comfortable with the nature of what happens        02:54:29
12   in the sports leagues and the team sports          02:54:34
13   leagues and in boxing to say that it's             02:54:36
14   sufficiently similar and that I can account       02:54:38
15   for and understand any differences with            02:54:41
16   Zuffa.  And so I chose them.                       02:54:43
17      Q.  Is it fair to say that because of           02:54:46
18   your background and knowledge with sports          02:54:48
19   economics that you didn't investigate as           02:54:56
20   potential yardsticks firms that were out --        02:54:58
21   that were not in the sports industry?              02:55:02
22          MR. CRAMER:  Objection to form.             02:55:04
23      A.  Part of the story is gaining                02:55:06
24   access to information.  The sports industry       02:55:09
25   has an enormous amount that's written about        02:55:11
```

Page 239

```
 1   it in detail.  There are agencies out there        02:55:14
 2   and magazines out there and reporters out          02:55:18
 3   there like Forbes and like Spotcast, Spot          02:55:19
 4   Track rather, that make it their business          02:55:23
 5   to gather information from teams and               02:55:25
 6   assemble data.                                     02:55:27
 7          I also have contact with the                02:55:31
 8   leagues and the labor associations, with           02:55:33
 9   the commissioner's offices.  I was able to         02:55:36
10   gather additional data from them.                  02:55:39
11          What I always do when I do legal            02:55:42
12   consulting, when I do expert work is to try        02:55:47
13   to limit the amount of wasted time that I          02:55:50
14   engage in.  And I felt, A, that it's the           02:55:52
15   sports industry and has the same basic             02:55:56
16   revenue sources and the same nature of             02:55:59
17   costs.                                             02:56:02
18          B, that I understand it.  And I             02:56:02
19   understand some of the nuances of these            02:56:05
20   industries.                                        02:56:07
21          And, C, that I had much better              02:56:08
22   access to the data that I would need.  So          02:56:11
23   that it made little sense in my mind for me        02:56:14
24   to go out fishing for some other industries       02:56:18
25   that might have similar structures, revenue        02:56:20
```

Page 240

```
 1   and cost structures, where I didn't                02:56:22
 2   understand the nuances as well and where I         02:56:25
 3   wouldn't necessarily get access to data.           02:56:27
 4      Q.  You've answered this question,              02:56:29
 5   but that was such a long answer that need          02:56:32
 6   to get it down to that last part.                  02:56:34
 7          You said you didn't go fishing,             02:56:37
 8   because of the knowledge you already had           02:56:40
 9   about the sports industry.  You didn't             02:56:42
10   investigate the firms that would have been        02:56:44
11   potential yardsticks outside of the sports        02:56:46
12   industry; is that correct?                         02:56:48
13          MR. CRAMER:  Objection to form.             02:56:48
14      Asked and answered.  He gave you the            02:56:50
15   answer.  If you'd like him to restate              02:56:51
16   it, you can.                                       02:56:53
17          MR. ISAACSON:  I would like him             02:56:54
18   to answer the question I just gave.                02:56:57
19      A.  Yes, so I agree with part of your           02:56:59
20   answer, but you misstated or you                   02:57:01
21   understated my response.  As a part of it          02:57:02
22   had to do with similarity and a part of it         02:57:04
23   had to do with access to information.              02:57:07
24      Q.  Is there some reason from the               02:57:09
25   point of view of economics that assuming a        02:57:13
```

Page 241

```
 1   software company is in a competitive               02:57:17
 2   industry and assuming a sports company is          02:57:19
 3   in a competitive industry, that the                02:57:22
 4   percentage of revenue paid to labor would          02:57:25
 5   be different?                                      02:57:29
 6      A.  It has to do with the technology            02:57:30
 7   of the production process.  Right?  I mean,        02:57:33
 8   some production processes are very capital         02:57:37
 9   intensive and some are very labor                  02:57:40
10   intensive.  Sports are very labor                  02:57:42
11   intensive, as a general matter.                    02:57:44
12          So I'd want to be comparing it to           02:57:45
13   industries that are similar in the sense           02:57:50
14   that they're labor intensive.  Software            02:57:51
15   companies are probably pretty capital              02:57:53
16   intensive.  You wouldn't expect the same           02:57:55
17   kind of labor share.                               02:57:58
18          The labor share is determined by            02:57:59
19   the productivity of the labor times the            02:58:01
20   number of laborers.  Productivity of labor         02:58:05
21   is much higher when it's more capital              02:58:08
22   intensive.                                         02:58:10
23      Q.  Can I ask you to look at                    02:58:11
24   Paragraph 91 of your report?                       02:58:17
25      A.  I'm there.                                  02:58:34
```