# EXHIBIT 16

# GBP000001

# Golden Boy Promotions Profit & Loss - 2015

# Golden Boy Promotions
## Profit & Loss
### All Transactions

|  | INC<br>TOTAL | LLC<br>TOTAL | 2015<br>Total |
|---|---:|---:|---:|
| **Income** | | | |
| Total 4000 · Income - Boxing Shows | 4,046,449.50 | 33,669,354.49 | 37,715,803.99 |
| Total 4030 · Sponsorship Income | 1,095,475.00 | 1,302,508.30 | 2,397,983.30 |
| **Total Income** | 5,141,924.50 | 34,971,862.79 | 40,113,787.29 |
| **Cost of Goods Sold** | | | |
| Total 5000 · Fighters | 2,278,150.00 | 9,335,810.46 | 11,613,960.46 |
| **Total Net Income/Loss** | **2,863,774.50** | **25,636,052.33** | **28,499,826.83** |

ATTORNEY'S EYES ONLY - SUBJECT TO PROTECTIVE ORDER