# EXHIBIT 17

## GBP000002

## Golden Boy Promotions Profit & Loss - 2016

# Golden Boy Promotions
## Profit & Loss
### All Transactions

|  | GBP INC<br>TOTAL | GBP LLC<br>TOTAL | 2016<br>Total |
|---|---:|---:|---:|
| **Income** | | | |
| Total 4000 · Income - Boxing Shows | 4,612,916.37 | 47,202,355.27 | 51,815,271.64 |
| Total 4030 · Sponsorship Income | 1,707,985.29 | 1,672,000.00 | 3,379,985.29 |
| **Total Income** | **6,320,901.66** | **48,874,355.27** | **55,195,256.93** |
| **Cost of Goods Sold** | | | |
| Total 5000 · Fighters | 3,290,165.90 | 4,510,200.00 | 7,800,365.90 |
| **Total Net Income/Loss** | **3,030,735.76** | **44,364,155.27** | **47,394,891.03** |

Page 1 of 1

ATTORNEY'S EYES ONLY - SUBJECT TO PROTECTIVE ORDER

GBP000002