# EXHIBIT 28
SCImago Journal & Country Rank

# SJR

Scimago Journ Enter Journal Title, ISSN or Publisher Name

Home    Journal Rankings    Country Rankings    Viz Tools    Help    About Us

journal of business and economics

1 - 14 of 14

### Journal of Economics and Business

United States
Elsevier Inc.

### Journal of Business Economics and Management

Lithuania
Vilnius Gediminas Technical University

### Journal of Asian Finance, Economics and Business

South Korea
Korea Distribution Science Association (KODISA)

### European Journal of Management and Business Economics

United Kingdom
Emerald Group Publishing Ltd.

### Journal of Industrial and Business Economics

Switzerland
Springer International Publishing AG

### International Journal of Economics and Business Administration

Greece
International Strategic Management Association

### South East European Journal of Economics and Business

Bosnia and Herzegovina
School of Economics and Business in Sarajevo

### Asian Journal of Business and Accounting

Malaysia
Faculty of Business and Economics, University of Malaya

### International Journal of Health Economics and Management

United States
Springer Science + Business Media

European Journal of Government and Economics

Spain
University of Coruna, Faculty of Economics and Business

International Journal of Economics and Business Research

Switzerland
Inderscience Publishers

International Journal of Business Research

Russian Federation
International Academy of Business and Economics

Indian Journal of Economics and Business

India
Ashwin Anokha Publications and Distributors

Journal of International Business and Economics

Russian Federation
International Academy of Business and Economics

1 - 14 of 14

Developed by:        Powered by:

    

Follow us on @ScimagoJR

Scimago Lab, Copyright 2007-2022. Data Source: Scopus®

EST MODUS IN REBUS
Horatio (Satire 1,1,106)

Cookie settings

Cookie policy