# EXHIBIT 29

WorldCat, Journal of Business & Economics





## Journal of business and economics

📘 **Print Book**, English, 2012-
**Publisher:** Academic Star Publishing Company, New York, 2012-

**Genre:**
Periodicals

**Physical Description:**
volumes illustrations 29 cm

**ISSN:**
2155-7950

**OCLC Number / Unique Identifier:**
953673111

**Subjects:**
Gestion d'entreprise Périodiques
Industrial management
Industrial management Periodicals
Periodicals

### Perpustakaan Universiti Utara Malaysia
Perpustakaan Sultanah Bahiyah
Sintok, Kedah, Malaysia