# EXHIBIT 30
FAQ, Academic Star
Publishing

 **Academic Star Publishing Company**

Search keywords

Home    Journals    Books    Conferences    Submission Online    Download    Contact Us    FAQ

### Journals by Title

Journal of Modern Civil Engineering

Modern Chemistry and Chemical Engineering

Modern Agricultural Science and Technology

Modern Environmental Science and Engineering

Journal of Business and Economics

### Journals by Subject

Economics

Humanities

Life Sciences

Medicine

Social Sciences

Mathematics and Physical Sciences

Technology and Engineering

### Information & Services

How to register a membership site

For Librarians

For Agents

For Authors

For Societies and Members

For Personal Customers

Corporate Services

**FAQ**

## For Authors

Core values: Guangzhou love Bosch help

Guang'ai Bosch, from the earliest Buddhist creed and its meaning for administering all life with compassion: the so-called mercy, hope and help relief the suffering of others, to be happy. Compassion want others to be happy, the Tsz line is to help others to be happy; compassion want others to relieve pain, sad line is to help others to relieve pain. The Buddhism requirements for life, without taking into account the good and evil, regardless of humans and animals, should lend compassion. Bad things should be tolerance and forgiveness, to help them with compassion, probation them, so that good deeds become a kind of generation, bear good fruit.

Social work itself is a kind of professional help and solve social problems. It helps the society of the poor, the infirm, the physically and mentally disabled, and other unfortunate; prevention and resolution of financial hardship or poor lifestyle and social problems caused; carry out community service, improve the social function, improve the level of social welfare and social life quality of personal and social harmony, promote social stability and development.

Therefore, Guang'ai Bosch value exactly coincides with the concept of public service and social work "helping people to help themselves".

(B) The purpose of the institutions

Abide by the Constitution, laws, regulations and national policy, abide by social morality, adhere to the "people-oriented, self-reliance," the concept of social work professional method for the elderly, children, youth, migrant workers, women and other groups to provide appropriate services for the community organizations to provide professional supervision and project management, and build a happy home, to promote community development, building a harmonious society.

Service vision: to get everyone through our professional services, with dignity, with hope, feel the warmth, can be developed.

(C) organizational goals

Provide quality social work services, the popularity of the social work knowledge, cultivate excellent social workers to actively promote the development of social work, contribute the greatest force for building a harmonious society.

    

Home | Journals | Books | Conferences | Submission Online | Download | Contact Us | FAQ

Copyright 2013 - 2022 Academic Star Publishing Company



# Academic Star Publishing Company

Search keywords

Home        Journals        Books        Conferences        Submission Online        Download        Contact Us        FAQ

**Journals by Title**

Journal of Modern Civil Engineering

Modern Chemistry and Chemical Engineering

Modern Agricultural Science and Technology

Modern Environmental Science and Engineering

Journal of Business and Economics

**Journals by Subject**

Economics

Humanities

Life Sciences

Medicine

Social Sciences

Mathematics and Physical Sciences

Technology and Engineering

**Information & Services**

How to register a membership site

For Librarians

For Agents

For Authors

For Societies and Members

For Personal Customers

Corporate Services

**FAQ**

## Rights & Permissions

Core values: Guangzhou love Bosch help

Guang'ai Bosch, from the earliest Buddhist creed and its meaning for administering all life with compassion: the so-called mercy, hope and help relief the suffering of others, to be happy. Compassion want others to be happy, the Tsz line is to help others to be happy; compassion want others to relieve pain, sad line is to help others to relieve pain. The Buddhism requirements for life, without taking into account the good and evil, regardless of humans and animals, should lend compassion. Bad things should be tolerance and forgiveness, to help them with compassion, probation them, so that good deeds become a kind of generation, bear good fruit.

Social work itself is a kind of professional help and solve social problems. It helps the society of the poor, the infirm, the physically and mentally disabled, and other unfortunate; prevention and resolution of financial hardship or poor lifestyle and social problems caused; carry out community service, improve the social function, improve the level of social welfare and social life quality of personal and social harmony, promote social stability and development.

Therefore, Guang'ai Bosch value exactly coincides with the concept of public service and social work "helping people to help themselves".

(B) The purpose of the institutions

Abide by the Constitution, laws, regulations and national policy, abide by social morality, adhere to the "people-oriented, self-reliance," the concept of social work professional method for the elderly, children, youth, migrant workers, women and other groups to provide appropriate services for the community organizations to provide professional supervision and project management, and build a happy home, to promote community development, building a harmonious society.

Service vision: to get everyone through our professional services, with dignity, with hope, feel the warmth, can be developed.

(C) organizational goals

Provide quality social work services, the popularity of the social work knowledge, cultivate excellent social workers to actively promote the development of social work, contribute the greatest force for building a harmonious society.

    

Home  |  Journals  |  Books  |  Conferences  |  Submission Online  |  Download  |  Contact Us  |  FAQ

Copyright 2013 - 2022 Academic Star Publishing Company


# Academic Star Publishing Company

Search keywords

Home     Journals     Books     Conferences     Submission Online     Download     Contact Us     FAQ

**Journals by Title**

Journal of Modern Civil Engineering

Modern Chemistry and Chemical Engineering

Modern Agricultural Science and Technology

Modern Environmental Science and Engineering

Journal of Business and Economics

**Journals by Subject**

Economics

Humanities

Life Sciences

Medicine

Social Sciences

Mathematics and Physical Sciences

Technology and Engineering

**Information & Services**

How to register a membership site

For Librarians

For Agents

For Authors

For Societies and Members

For Personal Customers

Corporate Services

**FAQ**

## For Agents

Core values: Guangzhou love Bosch help

Guang'ai Bosch, from the earliest Buddhist creed and its meaning for administering all life with compassion: the so-called mercy, hope and help relief the suffering of others, to be happy. Compassion want others to be happy, the Tsz line is to help others to be happy; compassion want others to relieve pain, sad line is to help others to relieve pain. The Buddhism requirements for life, without taking into account the good and evil, regardless of humans and animals, should lend compassion. Bad things should be tolerance and forgiveness, to help them with compassion, probation them, so that good deeds become a kind of generation, bear good fruit.

Social work itself is a kind of professional help and solve social problems. It helps the society of the poor, the infirm, the physically and mentally disabled, and other unfortunate; prevention and resolution of financial hardship or poor lifestyle and social problems caused; carry out community service, improve the social function, improve the level of social welfare and social life quality of personal and social harmony, promote social stability and development.

Therefore, Guang'ai Bosch value exactly coincides with the concept of public service and social work "helping people to help themselves".

(B) The purpose of the institutions

Abide by the Constitution, laws, regulations and national policy, abide by social morality, adhere to the "people-oriented, self-reliance," the concept of social work professional method for the elderly, children, youth, migrant workers, women and other groups to provide appropriate services for the community organizations to provide professional supervision and project management, and build a happy home, to promote community development, building a harmonious society.

Service vision: to get everyone through our professional services, with dignity, with hope, feel the warmth, can be developed.

(C) organizational goals

Provide quality social work services, the popularity of the social work knowledge, cultivate excellent social workers to actively promote the development of social work, contribute the greatest force for building a harmonious society.

    

Copyright 2013 - 2022 Academic Star Publishing Company

www.academicstar.us/ArticleShow.asp?ArtID=379



# Academic Star Publishing Company

Search keywords

Home      Journals      Books      Conferences      Submission Online      Download      Contact Us      FAQ

**Journals by Title**

Journal of Modern Civil Engineering

Modern Chemistry and Chemical Engineering

Modern Agricultural Science and Technology

Modern Environmental Science and Engineering

Journal of Business and Economics

**Journals by Subject**

Economics

Humanities

Life Sciences

Medicine

Social Sciences

Mathematics and Physical Sciences

Technology and Engineering

**Information & Services**

How to register a membership site

For Librarians

For Agents

For Authors

For Societies and Members

For Personal Customers

Corporate Services

**FAQ**

## For Librarians

Core values: Guangzhou love Bosch help

Guang'ai Bosch, from the earliest Buddhist creed and its meaning for administering all life with compassion: the so-called mercy, hope and help relief the suffering of others, to be happy. Compassion want others to be happy, the Tsz line is to help others to be happy; compassion want others to relieve pain, sad line is to help others to relieve pain. The Buddhism requirements for life, without taking into account the good and evil, regardless of humans and animals, should lend compassion. Bad things should be tolerance and forgiveness, to help them with compassion, probation them, so that good deeds become a kind of generation, bear good fruit.

Social work itself is a kind of professional help and solve social problems. It helps the society of the poor, the infirm, the physically and mentally disabled, and other unfortunate; prevention and resolution of financial hardship or poor lifestyle and social problems caused; carry out community service, improve the social function, improve the level of social welfare and social life quality of personal and social harmony, promote social stability and development.

Therefore, Guang'ai Bosch value exactly coincides with the concept of public service and social work "helping people to help themselves".

(B) The purpose of the institutions

Abide by the Constitution, laws, regulations and national policy, abide by social morality, adhere to the "people-oriented, self-reliance," the concept of social work professional method for the elderly, children, youth, migrant workers, women and other groups to provide appropriate services for the community organizations to provide professional supervision and project management, and build a happy home, to promote community development, building a harmonious society.

Service vision: to get everyone through our professional services, with dignity, with hope, feel the warmth, can be developed.

(C) organizational goals

Provide quality social work services, the popularity of the social work knowledge, cultivate excellent social workers to actively promote the development of social work, contribute the greatest force for building a harmonious society.

    

Copyright 2013 - 2022 Academic Star Publishing Company



# Academic Star Publishing Company

Search keywords

Home          Journals          Books          Conferences          Submission Online          Download          Contact Us          FAQ

Journals by Title

Journal of Modern Civil Engineering

Modern Chemistry and Chemical Engineering

Modern Agricultural Science and Technology

Modern Environmental Science and Engineering

Journal of Business and Economics

Journals by Subject

Economics

Humanities

Life Sciences

Medicine

Social Sciences

Mathematics and Physical Sciences

Technology and Engineering

Information & Services

How to register a membership site

For Librarians

For Agents

For Authors

For Societies and Members

For Personal Customers

Corporate Services

FAQ

## For Societies and Members

Core values: Guangzhou love Bosch help

Guang'ai Bosch, from the earliest Buddhist creed and its meaning for administering all life with compassion: the so-called mercy, hope and help relief the suffering of others, to be happy. Compassion want others to be happy, the Tsz line is to help others to be happy; compassion want others to relieve pain, sad line is to help others to relieve pain. The Buddhism requirements for life, without taking into account the good and evil, regardless of humans and animals, should lend compassion. Bad things should be tolerance and forgiveness, to help them with compassion, probation them, so that good deeds become a kind of generation, bear good fruit.

Social work itself is a kind of professional help and solve social problems. It helps the society of the poor, the infirm, the physically and mentally disabled, and other unfortunate; prevention and resolution of financial hardship or poor lifestyle and social problems caused; carry out community service, improve the social function, improve the level of social welfare and social life quality of personal and social harmony, promote social stability and development.

Therefore, Guang'ai Bosch value exactly coincides with the concept of public service and social work "helping people to help themselves".

(B) The purpose of the institutions

Abide by the Constitution, laws, regulations and national policy, abide by social morality, adhere to the "people-oriented, self-reliance," the concept of social work professional method for the elderly, children, youth, migrant workers, women and other groups to provide appropriate services for the community organizations to provide professional supervision and project management, and build a happy home, to promote community development, building a harmonious society.

Service vision: to get everyone through our professional services, with dignity, with hope, feel the warmth, can be developed.

(C) organizational goals

Provide quality social work services, the popularity of the social work knowledge, cultivate excellent social workers to actively promote the development of social work, contribute the greatest force for building a harmonious society.

    

Home  |  Journals  |  Books  |  Conferences  |  Submission Online  |  Download  |  Contact Us  |  FAQ

Copyright 2013 - 2022 Academic Star Publishing Company