Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

*Co-Lead Counsel for the Bout Class and Attorneys for Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>**Defendant.** | No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' REQUEST PURSUANT TO LR IA 6-1 FOR AN ORDER SHORTENING TIME TO RULE ON PLAINTIFFS' MOTION TO STRIKE DEFENDANT ZUFFA, LLC'S: (A) DUPLICATIVE AND UNTIMELY MOTIONS TO EXCLUDE THE EXPERT OPINIONS OF PLAINTIFFS' EXPERTS HAL J. SINGER, PH.D., ANDREW ZIMBALIST, PH.D., AND GUY A. DAVIS (ECF NOS. 929, 930, 931); AND (B) SUBMISSION OF AN UNTIMELY EXPERT DISCLOSURE (ECF 929, EX. 27)** |

Case No.: 2:15-cv-01045-RFB-BNW

PLAINTIFFS' REQUEST TO SHORTEN TIME TO RULE ON THEIR MOTION TO STRIKE DEFENDANT ZUFFA, LLC'S: (A) DUPLICATIVE AND UNTIMELY MOTIONS TO EXCLUDE THE EXPERT OPINIONS OF PLAINTIFFS' EXPERTS HAL J. SINGER, PH.D., ANDREW ZIMBALIST, PH.D., AND GUY A. DAVIS (ECF NOS. 929, 930, 931); AND (B) SUBMISSION OF AN UNTIMELY EXPERT DISCLOSURE (ECF 929, EX. 27)

Local Rule IA 6-1 permits a party to seek an order shortening time where good cause exists. The Rule requires counsel or a party to submit a declaration detailing the circumstances that constitute good cause. *Id.* The Rule further requires the requesting party to notify the Courtroom Administrator for the assigned Judge that a request for an order has been filed. *Id.* Counsel for Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") hereby submit the following Declaration of Eric L. Cramer in support of Plaintiffs' request for an order shortening the time to rule on Plaintiffs' Motion to Strike Defendant Zuffa, LLC's: (A) Duplicative and Untimely Motions to Exclude the Experts Hal J. Singer, Ph.D., Andrew Zimbalist, Ph.D., and Guy A. Davis (ECF NOS. 929, 930, 931); and (B) Submission of an Untimely Expert Disclosure (ECF 929, EX. 27) ("Motion to Strike").

## DECLARATION OF ERIC L. CRAMER

I, Eric L. Cramer, declare as follows:

1. I am one of the Court appointed counsel for the Bout Class in the above-captioned litigation. I am knowledgeable about the facts set forth below.

2. Defendant Zuffa, LLC ("Zuffa") just filed a set of motions (the "Late Motions") to exclude the testimony of three (out of four) of Plaintiffs' experts under *Daubert* and Fed. R. Civ. P. 702: Dr. Singer (ECF No. 929), Dr. Zimbalist (ECF No. 931), and Mr. Guy Davis (ECF No. 930). Zuffa supported its Late Motion relating to Dr. Singer with a late and unauthorized expert disclosure from a fourth defense economist: the Declaration of Gregory K. Leonard, dated December 1, 2023. *See* ECF 929, Ex. 27. Plaintiffs have filed a motion to strike all three of the Late Motions and the late Leonard Declaration because Zuffa filed them *six years* after the Court-imposed deadlines; because the parties already long-ago briefed Zuffa's 2018 versions of each of these motions; and because the Court has already *adjudicated and denied* two out of three of the Late Motions in its Class Order (*see* ECF 839 at 12-13). As set forth in Plaintiffs' Motion to Strike, Zuffa offers no legitimate justification for its untimely and unauthorized filings and new and untimely expert disclosure on the eve of trial.

1

Case No.: 2:15-cv-01045-RFB-BNW

PLAINTIFFS' REQUEST TO SHORTEN TIME TO RULE ON THEIR MOTION TO STRIKE DEFENDANT ZUFFA, LLC'S: (A) DUPLICATIVE AND UNTIMELY MOTIONS TO EXCLUDE THE EXPERT OPINIONS OF PLAINTIFFS' EXPERTS HAL J. SINGER, PH.D., ANDREW ZIMBALIST, PH.D., AND GUY A. DAVIS (ECF NOS. 929, 930, 931); AND (B) SUBMISSION OF AN UNTIMELY EXPERT DISCLOSURE (ECF 929, EX. 27)

3.	The matter is urgent because the deadline to respond to Zuffa's three out-of-time, unauthorized, already briefed (based on earlier and different versions of these motions) and already decided motions is December 22, 2023. In other words, the relief Plaintiffs are requesting on their Motion to Strike would become moot absent a shortening of time on the Motion to Strike. Because the Court has scheduled trial in this case to begin on April 8, 2024, Plaintiffs believe the time of the parties and the Court would be better and more efficiently spent on preparing for trial, rather than briefing motions that never should have been filed, and responding to an expert report served six years late.

4.	I state the foregoing under penalty of perjury.

DATED: December 11, 2023					By:	*/s/ Eric L. Cramer*

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

2

Case No.: 2:15-cv-01045-RFB-BNW

Richard A. Koffman (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Daniel Silverman (*pro hac vice* forthcoming)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Christopher K. L. Young (*pro hac vice*)
Itak Moradi (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

3

Case No.: 2:15-cv-01045-RFB-BNW
PLAINTIFFS' REQUEST TO SHORTEN TIME TO RULE ON THEIR MOTION TO STRIKE DEFENDANT ZUFFA, LLC'S: (A) DUPLICATIVE AND UNTIMELY MOTIONS TO EXCLUDE THE EXPERT OPINIONS OF PLAINTIFFS' EXPERTS HAL J. SINGER, PH.D., ANDREW ZIMBALIST, PH.D., AND GUY A. DAVIS (ECF NOS. 929, 930, 931); AND (B) SUBMISSION OF AN UNTIMELY EXPERT DISCLOSURE (ECF 929, EX. 27)

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

Crane Pomerantz (Bar No. 14103)
CLARK HILL PLC
1700 S. Pavilion Center Drive
Suite 500
Las Vega, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

4

Case No.: 2:15-cv-01045-RFB-BNW
PLAINTIFFS' REQUEST TO SHORTEN TIME TO RULE ON THEIR MOTION TO STRIKE DEFENDANT ZUFFA, LLC'S: (A) DUPLICATIVE AND UNTIMELY MOTIONS TO EXCLUDE THE EXPERT OPINIONS OF PLAINTIFFS' EXPERTS HAL J. SINGER, PH.D., ANDREW ZIMBALIST, PH.D., AND GUY A. DAVIS (ECF NOS. 929, 930, 931); AND (B) SUBMISSION OF AN UNTIMELY EXPERT DISCLOSURE (ECF 929, EX. 27)

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2023 true and correct copies of PLAINTIFFS' REQUEST PURSUANT TO LR IA 6-1 FOR AN ORDER SHORTENING TIME TO RULE ON PLAINTIFFS' MOTION TO STRIKE DEFENDANT ZUFFA, LLC'S: (A) DUPLICATIVE AND UNTIMELY MOTIONS TO EXCLUDE THE EXPERT OPINIONS OF PLAINTIFFS' EXPERTS HAL J. SINGER, PH.D., ANDREW ZIMBALIST, PH.D., AND GUY A. DAVIS (ECF NOS. 929, 930, 931); AND (B) SUBMISSION OF AN UNTIMELY EXPERT DISCLOSURE (ECF 929, EX. 27) were served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

*/s/ Eric L. Cramer*
Eric L. Cramer

5

Case No.: 2:15-cv-01045-RFB-BNW

PLAINTIFFS' REQUEST TO SHORTEN TIME TO RULE ON THEIR MOTION TO STRIKE DEFENDANT ZUFFA, LLC'S: (A) DUPLICATIVE AND UNTIMELY MOTIONS TO EXCLUDE THE EXPERT OPINIONS OF PLAINTIFFS' EXPERTS HAL J. SINGER, PH.D., ANDREW ZIMBALIST, PH.D., AND GUY A. DAVIS (ECF NOS. 929, 930, 931); AND (B) SUBMISSION OF AN UNTIMELY EXPERT DISCLOSURE (ECF 929, EX. 27)