| | |
|---|---|
| WILLIAM A. ISAACSON (*Pro hac vice*) | CHRISTOPHER S. YATES (*Pro hac vice*) |
| wisaacson@paulweiss.com | chris.yates@lw.com |
| JESSICA PHILLIPS (*Pro hac vice*) | LATHAM & WATKINS LLP |
| jphillips@paulweiss.com | 505 Montgomery Street, Suite 2000 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | San Francisco, CA 94111 |
| 2001 K Street, NW | SEAN M. BERKOWITZ (*Pro hac vice*) |
| Washington, DC 20006 | sean.berkowitz@lw.com |
| | LATHAM & WATKINS LLP |
| DONALD J. CAMPBELL (No. 1216) | 330 North Wabash Ave, Suite 2800 |
| djc@campbellandwilliams.com | Chicago, IL 60611 |
| J. COLBY WILLIAMS (No. 5549) | |
| jcw@campbellandwilliams.com | LAURA R. WASHINGTON (*Pro hac vice*) |
| CAMPBELL & WILLIAMS | laura.washington@lw.com |
| 700 South 7th Street | LATHAM & WATKINS LLP |
| Las Vegas, NV 89101 | 10250 Constellation Blvd, Suite 1100 |
| | Los Angeles, CA 90067 |

*Attorneys for Defendant Zuffa, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFFS' REQUEST PURSUANT TO LR IA 6-1 FOR AN ORDER SHORTENING TIME TO RULE ON PLAINTIFFS' MOTION TO STRIKE** |

Plaintiffs filed their Request For An Order Shortening Time To Rule On Plaintiffs' Motion to Strike, ECF No. 934 ("Request"), without conferring with counsel for Defendant Zuffa, LLC ("Zuffa") about a potential amended schedule for Zuffa's response to Plaintiffs' Motion to Strike Defendant's *Daubert* Motions and the Expert Declaration of Dr. Gregory K. Leonard, ECF No. 933 ("Motion to Strike"). Had Plaintiffs conferred with Zuffa, they would have learned that Zuffa intends to file its opposition to the Motion to Strike on December 14, 2023, only three days after Plaintiffs filed it. Zuffa does not oppose a shortened time for resolution of the Motion to Strike after Zuffa has had an opportunity to respond. To the extent Plaintiffs suggest that Zuffa should have no opportunity to respond to the Motion to Strike, Zuffa objects to and opposes that plainly prejudice request.

In light of this proffer, Plaintiffs' Request (ECF No. 934) should be denied as moot.

Dated: December 11, 2023

Respectfully Submitted,

*/s/ Christopher S. Yates*

| | |
|---|---|
| WILLIAM A. ISAACSON (*Pro hac vice*) <br> wisaacson@paulweiss.com <br> JESSICA PHILLIPS (*Pro hac vice*) <br> jphillips@paulweiss.com <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006 <br><br> BRETTE M. TANNENBAUM (*Pro hac vice*) <br> btannenbaum@paulweiss.com <br> YOTAM BARKAI (*Pro hac vice*) <br> ybarkai@paulweiss.com <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019 <br><br> DONALD J. CAMPBELL (No. 1216) <br> djc@campbellandwilliams.com <br> J. COLBY WILLIAMS (No. 5549) <br> jcw@campbellandwilliams.com <br> CAMPBELL & WILLIAMS <br> 700 South 7th Street <br> Las Vegas, Nevada 89101 | CHRISTOPHER S. YATES (*Pro hac vice*) <br> chris.yates@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br><br> SEAN M. BERKOWITZ (*Pro hac vice*) <br> sean.berkowitz@lw.com <br> LATHAM & WATKINS LLP <br> 330 North Wabash Ave, Suite 2800 <br> Chicago, IL 60611 <br><br> LAURA WASHINGTON (*Pro hac vice*) <br> laura.washington@lw.com <br> LATHAM & WATKINS LLP <br> 10250 Constellation Blvd, Suite 1100 <br> Los Angeles, CA 90067 <br><br> DAVID L. JOHNSON (*Pro hac vice*) <br> david.johnson@lw.com <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, D.C. 20004 <br><br> *Attorneys for Defendant Zuffa, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Response to Plaintiffs' Request Pursuant to LR IA 6-1 for an Order Shortening Time to Rule on Plaintiffs' Motion to Strike was served on December 11, 2023, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ Christopher S. Yates
Christopher S. Yates of
LATHAM & WATKINS LLP