| | |
|---|---|
| ERIC L. CRAMER (*Pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>ecramer@bm.net | WILLIAM A. ISAACSON (*Pro hac vice*)<br>wisaacson@paulweiss.com<br>JESSICA PHILLIPS (*Pro hac vice*)<br>jphillips@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON&<br>GARRISON LLP<br>2001 K Street, NW Washington,<br>DC 20006 |
| JOSEPH R. SAVERI (*Pro hac vice*)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1200<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile:  (415)  395-9940<br>jsaveri@saverilawfirm.com | CHRISTOPHER S. YATES (*Pro hac vice*)<br>chris.yates@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| RICHARD A. KOFFMAN (*Pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W., Suite 500, East Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408 4699<br>rkoffman@cohenmilstein.com | DONALD J. CAMPBELL<br>J. COLBY WILLIAMS<br>CAMPBELL & WILLIAMS<br>710 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>Telephone: (702) 382-5222<br>Facsimile:   (702)  382-0540<br>Email:     djc@cwlawlv.com<br>Email: jcw@cwlawlv.com |
| *Co-Lead Counsel for the Le Class and Attorneys for All Individual and Representative Plaintiffs* | *Attorneys for Defendant Zuffa, LLC* |
| [Additional Counsel Listed on Signature Page] | [Additional Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-(BNW)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE UNSEALED RECORD**<br><br>**(Second Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules IA 6-1 and 26-3 of this Court, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa," and collectively with Plaintiffs, the "Parties"), hereby jointly submit this motion for an extension of time to file the supplemental unsealed record.

On August 21, 2023, the Court ordered the Parties to jointly file the unsealed record, except for personal identifying information and medical information, no later than October 31, 2023. *See* Aug. 21, 2023 Hr'g Tr. at 34-37, ECF No. 846; ECF No. 847.  The Court granted the Parties' first request to extend the deadline to December 15, 2023.  ECF No. 891.  The Parties respectfully move the Court to extend the deadline to December 22, 2023.  This is the Parties' second motion for an extension of time to file the unsealed record.

The Parties continue to meet and confer regarding the joint unsealing, have made significant progress since the first extension request, and, pursuant to LRs IA 6-1 and 26-3, have good cause for their request for an extension.  As the Court acknowledged in the August 21, 2023, hearing, the process of reviewing the entire voluminous record is a "difficult process because of the amount of discovery" that occurred in this case. Aug. 21, 2023 Hr'g Tr. 35:1-2.  Good cause exists due to the large size and age of the record in this case, and also—as the Court stated—the importance of submitting a thorough and complete record that appropriately balances "the public interest as it relates these records," on the one hand, with the importance of safeguarding individuals' "personal-identifying information" and "medical information," on the other hand.  *Id*. 34:11-25.  These factors, as well as the Parties' attention to other pressing aspects of this case—including Zuffa's October 24, 2023 motion for summary judgment, ECF Nos. 878-880, and December 8, 2023 motions to exclude Dr. Hal J. Singer, Guy A. Davis, and Dr. Andrew Zimbalist,

1  ECF Nos. 929-931, and Plaintiffs' motion to strike, ECF No. 933—weigh heavily in favor of
2  granting the Parties' joint motion for an extension of time to file the unsealed record.

2

| | | |
|---|---|---|
| 1 | Respectfully Submitted, | Dated:  December 15, 2023 |
| 2 | By: /s/ *Eric L. Cramer* | By: /s/ *William A. Isaacson* |
| 3 | Eric L. Cramer (admitted *pro hac vice*) | WILLIAM A. ISAACSON (*Pro hac vice*) |
|   | Michael Dell'Angelo (admitted *pro hac vice*) | wisaacson@paulweiss.com |
| 4 | Patrick F. Madden (admitted *pro hac vice*) | JESSICA PHILLIPS (*Pro hac vice*) |
|   | Najah Jacobs (admitted *pro hac vice*) | jphillips@paulweiss.com |
| 5 | BERGER MONTAGUE PC | PAUL, WEISS, RIFKIND, WHARTON & |
| 6 | 1818 Market St., Suite 3600 | GARRISON LLP |
|   | Philadelphia, PA 19103 | 2001 K Street, NW |
| 7 | Telephone: +1 (215) 875-3000 | Washington, DC 20006 |
|   | Email: ecramer@bm.net | |
| 8 | Email: mdellangelo@bm.net | BRETTE M. TANNENBAUM (*Pro hac vice*) |
|   | Email: pmadden@bm.net | btannenbaum@paulweiss.com |
| 9 | Email: njacobs@bm.net | YOTAM BARKAI (*Pro hac vice*) |
|   | | ybarkai@paulweiss.com |
| 10 | Joshua P. Davis (admitted *pro hac vice*) | PAUL, WEISS, RIFKIND, WHARTON & |
| 11 | BERGER MONTAGUE PC | GARRISON LLP |
|    | 505 Montgomery Street, Suite 625 | 1285 Avenue of the Americas |
| 12 | San Francisco, CA 94111 | New York, NY 10019 |
|    | Telephone: +1 (415) 906-0684 | |
| 13 | Email: jdavis@bm.net | CHRISTOPHER S. YATES (*Pro hac vice*) |
|    | | chris.yates@lw.com |
| 14 | Richard A. Koffman (*pro hac vice*) | LATHAM & WATKINS LLP |
| 15 | Benjamin Brown (*pro hac vice*) | 505 Montgomery Street, Suite 2000 |
|    | Daniel Silverman (*pro hac vice*) | San Francisco, CA 94111 |
| 16 | COHEN MILSTEIN SELLERS & TOLL PLLC | Tel: (415) 395-8095 |
| 17 | 1100 New York Ave., N.W., Suite 500 East, Tower | SEAN M. BERKOWITZ (*Pro hac vice*) |
| 18 | Washington, DC 20005 | sean.berkowitz@lw.com |
|    |  | LATHAM & WATKINS LLP |
| 19 | Telephone: +1 (202) 408-4600 | 330 North Wabash Ave, Suite 2800 |
|    | Facsimile: +1 (202) 408-4699 | Chicago, IL 60611 |
| 20 | Email: rkoffman@cohenmilstein.com | |
|    | Email: bbrown@cohenmilstein.com | LAURA WASHINGTON (*Pro hac vice*) |
| 21 | Email: dsilverman@cohenmilstein.com | laura.washington@lw.com |
| 22 | | LATHAM & WATKINS LLP |
|    | Joseph R. Saveri (*pro hac vice*) | 10250 Constellation Blvd, Suite 1100 |
| 23 | Kevin E. Rayhill (*pro hac vice*) | Los Angeles, CA 90067 |
|    | JOSEPH SAVERI LAW FIRM, INC. | |
| 24 | 601 California St., Suite 1000 | DAVID L. JOHNSON (*Pro hac vice*) |
|    | San Francisco, CA 94108 | david.johnson@lw.com |
| 25 | Telephone: +1 (415) 500-6800 | LATHAM & WATKINS LLP |
| 26 | Facsimile: +1 (415) 395-9940 | 555 Eleventh Street NW, Suite 1000 |
|    | Email: jsaveri@saverilawfirm.com | Washington, D.C. 20004 |
| 27 | Email: krayhill@saverilawfirm.com | |
| 28 | | |

3

| | | |
|---|---|---|
| 1 | | |
| 2 | *Co-Lead Counsel for the Le Class and Attorneys for Individual and Representative Plaintiffs* | DONALD J. CAMPBELL (No. 1216) djc@campbellandwilliams.com |
| 3 | | J. COLBY WILLIAMS (No. 5549) jcw@campbellandwilliams.com |
| 4 | Don Springmeyer (Bar No. 1021) | CAMPBELL & WILLIAMS |
| 5 | KEMP JONES, LLP | 700 South 7th Street |
| 6 | 3800 Howard Hughes Parkway, 17th Floor Las Vegas, Nevada 89169 | Las Vegas, Nevada 89101 Tel: (702) 382-5222 |
| 7 | Telephone: + 1 (702) 385-6000 Facsimile: + 1 (702) 385-6001 | *Attorneys for Defendants Zuffa, LLC* |
| 8 | Email: dspringmeyer@kempjones.com | |

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (*pro hac vice*)
Jerome K. Elwell (*pro hac vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Parties' Joint Motion for Extension of Time to File Unsealed Record was served on December 15, 2023, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Dated:  December 15, 2023                     /s/ *William A. Isaacson*
                                              William A. Isaacson