| | |
|---|---|
| ERIC L. CRAMER (*Pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>ecramer@bm.net<br><br>JOSEPH R. SAVERI (*Pro hac vice*)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1200<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile:  (415)  395-9940<br>jsaveri@saverilawfirm.com<br><br>RICHARD A. KOFFMAN (*Pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W., Suite 500, East Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408 4699<br>rkoffman@cohenmilstein.com<br><br>*Co-Lead Counsel for the Le Class and Attorneys for All Individual and Representative Plaintiffs*<br><br>[Additional Counsel Listed on Signature Page] | WILLIAM A. ISAACSON (*Pro hac vice*)<br>wisaacson@paulweiss.com<br>JESSICA PHILLIPS (*Pro hac vice*)<br>jphillips@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON& GARRISON LLP<br>2001 K Street, NW Washington, DC 20006<br><br>CHRISTOPHER S. YATES (*Pro hac vice*)<br>chris.yates@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br><br><br>DONALD J. CAMPBELL<br>J. COLBY WILLIAMS<br>CAMPBELL & WILLIAMS<br>710 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>Telephone: (702) 382-5222<br>Facsimile:  (702)  382-0540<br>Email:    djc@cwlawlv.com<br>Email: jcw@cwlawlv.com<br><br>*Attorneys for Defendant Zuffa, LLC*<br><br>[Additional Counsel Listed on Signature Page] |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE UNSEALED RECORD** |

[PROPOSED] ORDER GRANTING JOINT AGREED MOTION FOR EXTENSION OF TIME TO FILE UNSEALED *LE* RECORD

1
2
3
4
5     Before this Court is the Parties' Joint Motion for Extension of Time to File Unsealed Record, filed by Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("*Le* Plaintiffs") (collectively "the Parties").

6
7
8
9
10    The Court finds that good cause exists and that a modification of the December 15, 2023 deadline previously set by the Court is appropriate. Therefore, the new operative deadline for the Parties to jointly file the unsealed record, exception for personal identifying information and medical information, is no later than December 22, 2023.

11
12    IT IS SO ORDERED.

13
14    DATED: _____, 2023                    By: _____

15
16                                             Hon. Richard F. Boulware, II
                                               UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT AGREED MOTION FOR EXTENSION OF
TIME TO FILE UNSEALED *LE* RECORD