| | | |
|---|---|---|
| 1 | ERIC L. CRAMER (*Pro hac vice*) | WILLIAM A. ISAACSON (*Pro hac vice*) |
| 2 | BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600 | wisaacson@paulweiss.com<br>JESSICA PHILLIPS (*Pro hac vice*) |
| 3 | Philadelphia, PA 19103<br>Telephone: (215) 875-3000 | jphillips@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON& |
| 4 | Facsimile: (215) 875-4604<br>ecramer@bm.net | GARRISON LLP<br>2001 K Street, NW Washington, |
| 5 | JOSEPH R. SAVERI (*Pro hac vice*) | DC 20006 |
| 6 | JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1200 | CHRISTOPHER S. YATES (*Pro hac vice*) |
| 7 | San Francisco, California 94108<br>Telephone: (415) 500-6800 | chris.yates@lw.com<br>LATHAM & WATKINS LLP |
| 8 | Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 9 | RICHARD A. KOFFMAN (*Pro hac vice*) | |
| 10 | COHEN MILSTEIN SELLERS & TOLL,<br>PLLC | DONALD J. CAMPBELL<br>J. COLBY WILLIAMS |
| 11 | 1100 New York Ave., N.W., Suite 500, East<br>Tower | CAMPBELL & WILLIAMS<br>710 South Seventh Street, Ste. A |
| 12 | Washington, DC 20005<br>Telephone: (202) 408-4600 | Las Vegas, NV 89101<br>Telephone: (702) 382-5222 |
| 13 | Facsimile: (202) 408 4699<br>rkoffman@cohenmilstein.com | Facsimile:  (702) 382-0540<br>Email:   djc@cwlawlv.com<br>Email: jcw@cwlawlv.com |
| 14 | *Co-Lead Counsel for the Le Class and* | |
| 15 | *Attorneys for All Individual and*<br>*Representative Plaintiffs* | *Attorneys for Defendant Zuffa, LLC* |
| 16 | [Additional Counsel Listed on Signature<br>Page] | [Additional Counsel Listed on Signature<br>Page] |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, | No.: 2:15-cv-01045-RFB-(BNW) |
| | | **JOINT MOTION FOR EXTENSION OF TIME TO FILE UNSEALED RECORD** |
| 23 | Plaintiffs, | **(Second Request)** |
| 24 | v. | |
| 25 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 26 | Defendant. | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules IA 6-1 and 26-3 of this Court, Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") and Defendant Zuffa, LLC ("Zuffa," and collectively with Plaintiffs, the "Parties"), hereby jointly submit this motion for an extension of time to file the supplemental unsealed record.

On August 21, 2023, the Court ordered the Parties to jointly file the unsealed record, except for personal identifying information and medical information, no later than October 31, 2023. *See* Aug. 21, 2023 Hr'g Tr. at 34-37, ECF No. 846; ECF No. 847. The Court granted the Parties' first request to extend the deadline to December 15, 2023. ECF No. 891. The Parties respectfully move the Court to extend the deadline to December 22, 2023. This is the Parties' second motion for an extension of time to file the unsealed record.

The Parties continue to meet and confer regarding the joint unsealing, have made significant progress since the first extension request, and, pursuant to LRs IA 6-1 and 26-3, have good cause for their request for an extension. As the Court acknowledged in the August 21, 2023, hearing, the process of reviewing the entire voluminous record is a "difficult process because of the amount of discovery" that occurred in this case. Aug. 21, 2023 Hr'g Tr. 35:1-2. Good cause exists due to the large size and age of the record in this case, and also—as the Court stated—the importance of submitting a thorough and complete record that appropriately balances "the public interest as it relates these records," on the one hand, with the importance of safeguarding individuals' "personal-identifying information" and "medical information," on the other hand. *Id*. 34:11-25. These factors, as well as the Parties' attention to other pressing aspects of this case—including Zuffa's October 24, 2023 motion for summary judgment, ECF Nos. 878-880, and December 8, 2023 motions to exclude Dr. Hal J. Singer, Guy A. Davis, and Dr. Andrew Zimbalist,

1  ECF Nos. 929-931, and Plaintiffs' motion to strike, ECF No. 933—weigh heavily in favor of
2  granting the Parties' joint motion for an extension of time to file the unsealed record.

| | | |
|---|---|---|
| 1 | Respectfully Submitted, | Dated:  December 15, 2023 |
| 2 | By: /s/ *Eric L. Cramer* | By: /s/ *William A. Isaacson* |
| 3 | Eric L. Cramer (admitted *pro hac vice*) | WILLIAM A. ISAACSON (*Pro hac vice*) |
|   | Michael Dell'Angelo (admitted *pro hac vice*) | wisaacson@paulweiss.com |
| 4 | Patrick F. Madden (admitted *pro hac vice*) | JESSICA PHILLIPS (*Pro hac vice*) |
|   | Najah Jacobs (admitted *pro hac vice*) | jphillips@paulweiss.com |
| 5 | BERGER MONTAGUE PC | PAUL, WEISS, RIFKIND, WHARTON & |
| 6 | 1818 Market St., Suite 3600 | GARRISON LLP |
|   | Philadelphia, PA 19103 | 2001 K Street, NW |
| 7 | Telephone: +1 (215) 875-3000 | Washington, DC 20006 |
|   | Email: ecramer@bm.net | |
| 8 | Email: mdellangelo@bm.net | BRETTE M. TANNENBAUM (*Pro hac vice*) |
|   | Email: pmadden@bm.net | btannenbaum@paulweiss.com |
| 9 | Email: njacobs@bm.net | YOTAM BARKAI (*Pro hac vice*) |
| 10 | | ybarkai@paulweiss.com |
|    | Joshua P. Davis (admitted *pro hac vice*) | PAUL, WEISS, RIFKIND, WHARTON & |
| 11 | BERGER MONTAGUE PC | GARRISON LLP |
|    | 505 Montgomery Street, Suite 625 | 1285 Avenue of the Americas |
| 12 | San Francisco, CA 94111 | New York, NY 10019 |
|    | Telephone: +1 (415) 906-0684 | |
| 13 | Email: jdavis@bm.net | CHRISTOPHER S. YATES (*Pro hac vice*) |
| 14 | | chris.yates@lw.com |
|    | Richard A. Koffman (*pro hac vice*) | LATHAM & WATKINS LLP |
| 15 | Benjamin Brown (*pro hac vice*) | 505 Montgomery Street, Suite 2000 |
|    | Daniel Silverman (*pro hac vice*) | San Francisco, CA 94111 |
| 16 | COHEN MILSTEIN SELLERS & TOLL PLLC | Tel: (415) 395-8095 |
| 17 | 1100 New York Ave., N.W., Suite 500 East, Tower | SEAN M. BERKOWITZ (*Pro hac vice*) |
| 18 | | sean.berkowitz@lw.com |
|    | Washington, DC 20005 | LATHAM & WATKINS LLP |
| 19 | Telephone: +1 (202) 408-4600 | 330 North Wabash Ave, Suite 2800 |
|    | Facsimile: +1 (202) 408-4699 | Chicago, IL 60611 |
| 20 | Email: rkoffman@cohenmilstein.com | |
|    | Email: bbrown@cohenmilstein.com | LAURA WASHINGTON (*Pro hac vice*) |
| 21 | Email: dsilverman@cohenmilstein.com | laura.washington@lw.com |
| 22 | | LATHAM & WATKINS LLP |
|    | Joseph R. Saveri (*pro hac vice*) | 10250 Constellation Blvd, Suite 1100 |
| 23 | Kevin E. Rayhill (*pro hac vice*) | Los Angeles, CA 90067 |
|    | JOSEPH SAVERI LAW FIRM, INC. | |
| 24 | 601 California St., Suite 1000 | DAVID L. JOHNSON (*Pro hac vice*) |
|    | San Francisco, CA 94108 | david.johnson@lw.com |
| 25 | Telephone: +1 (415) 500-6800 | LATHAM & WATKINS LLP |
|    | Facsimile: +1 (415) 395-9940 | 555 Eleventh Street NW, Suite 1000 |
| 26 | Email: jsaveri@saverilawfirm.com | Washington, D.C. 20004 |
| 27 | Email: krayhill@saverilawfirm.com | |
| 28 | | |

3

*Co-Lead Counsel for the Le Class and Attorneys for Individual and Representative Plaintiffs*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (*pro hac vice*)
Jerome K. Elwell (*pro hac vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222

*Attorneys for Defendants Zuffa, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Parties' Joint Motion for Extension of Time to File Unsealed Record was served on December 15, 2023, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Dated:  December 15, 2023              /s/ *William A. Isaacson*
                                       William A. Isaacson

5

ERIC L. CRAMER (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

JOSEPH R. SAVERI (*Pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1200
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

RICHARD A. KOFFMAN (*Pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
rkoffman@cohenmilstein.com

*Co-Lead Counsel for the Le Class and Attorneys for All Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON& GARRISON LLP
2001 K Street, NW Washington, DC 20006

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

DONALD J. CAMPBELL
J. COLBY WILLIAMS
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@cwlawlv.com
Email: jcw@cwlawlv.com

*Attorneys for Defendant Zuffa, LLC*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW) <br><br> **[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE UNSEALED RECORD** |

[PROPOSED] ORDER GRANTING JOINT AGREED MOTION FOR EXTENSION OF
TIME TO FILE UNSEALED *LE* RECORD

Before this Court is the Parties' Joint Motion for Extension of Time to File Unsealed Record, filed by Defendant Zuffa, LLC ("Zuffa"), and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("*Le* Plaintiffs") (collectively "the Parties").

The Court finds that good cause exists and that a modification of the December 15, 2023 deadline previously set by the Court is appropriate. Therefore, the new operative deadline for the Parties to jointly file the unsealed record, exception for personal identifying information and medical information, is no later than December 22, 2023.

IT IS SO ORDERED.

DATED:  Dec. 15 , 2023                  By: _____

                                                                Hon. Richard F. Boulware, II
                                                                UNITED STATES DISTRICT JUDGE