WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, NV 89101

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

*Attorneys for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**ZUFFA, LLC'S MOTION TO SEAL ECF NO. 879-70** |

1    Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Local Rule 10-5(b), and Section 14.3 of the Revised Stipulation and Protective Order issued by this Court on February 10, 2016 (ECF No. 217), Zuffa, LLC ("Zuffa") hereby moves this Court for leave to lodge Exhibit 70 to the Motion for Summary Judgment by Defendant Zuffa, LLC (ECF No. 879-70) under seal.

The original exhibit filed at ECF No. 879-70 is an unredacted version of the expert report of Dr. Hal J. Singer.  The unredacted version contains references to a document that was previously clawed back by non-party Deutsche Bank on the basis of privilege.  *See* ECF No. 727.  "Courts generally accept attorney-client privilege and the work-product doctrine as a 'compelling reason' justifying a motion to seal." *See Allstate Ins. Co.* v. *Belsky*, 2023 WL 5275203, at *3 (D. Nev. Aug. 16, 2023) (quoting *In re Anthem, Inc. Data Breach Litig.*, 2018 WL 3067783, at *3 (N.D. Cal. Mar. 16, 2018) and finding "compelling reasons" to seal "a contractual agreement between two third parties" that was "marked privileged").

Along with this motion, Zuffa filed a Notice of Corrected Image/Document that attached a corrected version of Exhibit 70 that cures the deficiency in the original version and redacts information related to the Deutsche Bank document.

Zuffa now asks the Court to seal the earlier version of the exhibit (ECF No. 879-70) in order to protect the confidential information.  Zuffa has conferred with counsel for Plaintiffs, and they do not oppose this motion.

DATED this twenty-first day of December, 2023.

| | | |
|---|---|---|
| 1 | Dated: December 21, 2023 | Respectfully Submitted, |
| 2 | | |
| 3 | CHRISTOPHER S. YATES (*Pro hac vice*) | */s/ William A. Isaacson* |
| | chris.yates@lw.com | WILLIAM A. ISAACSON (*Pro hac vice*) |
| 4 | LATHAM & WATKINS LLP | wisaacson@paulweiss.com |
| | 505 Montgomery Street, Suite 2000 | JESSICA PHILLIPS (*Pro hac vice*) |
| 5 | San Francisco, CA 94111 | jphillips@paulweiss.com |
| | Tel: (415) 395-8095 | PAUL, WEISS, RIFKIND, WHARTON & |
| 6 | | GARRISON LLP |
| 7 | SEAN M. BERKOWITZ (*Pro hac vice*) | 2001 K Street, NW |
| | sean.berkowitz@lw.com | Washington, DC 20006 |
| 8 | LATHAM & WATKINS LLP | |
| | 330 North Wabash Ave, Suite 2800 | BRETTE M. TANNENBAUM (*Pro hac vice)* |
| 9 | Chicago, IL 60611 | btannenbaum@paulweiss.com |
| 10 | | YOTAM BARKAI (*Pro hac vice*) |
| | LAURA WASHINGTON (*Pro hac vice*) | ybarkai@paulweiss.com |
| 11 | laura.washington@lw.com | PAUL, WEISS, RIFKIND, WHARTON & |
| | LATHAM & WATKINS LLP | GARRISON LLP |
| 12 | 10250 Constellation Blvd, Suite 1100 | 1285 Avenue of the Americas |
| | Los Angeles, CA 90067 | New York, NY 10019 |
| 13 | | |
| 14 | DAVID L. JOHNSON (*Pro hac vice*) | |
| | david.johnson@lw.com | DONALD J. CAMPBELL (No. 1216) |
| 15 | LATHAM & WATKINS LLP | djc@campbellandwilliams.com |
| | 555 Eleventh Street NW, Suite 1000 | J. COLBY WILLIAMS (No. 5549) |
| 16 | Washington, D.C. 20004 | jcw@campbellandwilliams.com |
| 17 | | CAMPBELL & WILLIAMS |
| | | 700 South 7th Street |
| 18 | | Las Vegas, Nevada 89101 |
| | | Tel: (702) 382-5222 |
| 19 | | |
| 20 | | *Attorneys for Defendant* Zuffa, *LLC, d/b/a Ultimate Fighting Championship and UFC* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **Zuffa, LLC's Motion to Seal ECF No. 879-70** was served on December 21, 2023 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

                                                                                 /s/ *William A. Isaacson*
                                                                                  William A. Isaacson