| | |
|---|---|
| ERIC L. CRAMER (*pro hac vice*) <br> BERGER MONTAGUE PC <br> 1818 Market Street, Suite 3600 <br> Philadelphia, PA 19103 <br> Telephone: (215) 875-3000 <br> Facsimile: (215) 875-4604 <br> ecramer@bm.net <br><br> JOSEPH R. SAVERI (*pro hac vice*) <br> JOSEPH SAVERI LAW FIRM, LLP <br> 601 California Street, Suite 1200 <br> San Francisco, California 94108 <br> Telephone: (415) 500-6800 <br> Facsimile: (415) 395-9940 <br> jsaveri@saverilawfirm.com <br><br> RICHARD A. KOFFMAN (*pro hac vice*) <br> COHEN MILSTEIN SELLERS & TOLL, PLLC <br> 1100 New York Ave., N.W., <br> Suite 500, East Tower <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> Facsimile: (202) 408 4699 <br> rkoffman@cohenmilstein.com <br><br> *Counsel for the Class and Attorneys for All Individual and Representative Plaintiffs* <br><br> [Additional Counsel Listed on Signature Page] | CHRISTOPHER S. YATES (*Pro hac vice*) <br> chris.yates@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br><br> WILLIAM A. ISAACSON (*Pro hac vice*) <br> wisaacson@paulweiss.com <br> JESSICA PHILLIPS (*Pro hac vice*) <br> jphillips@paulweiss.com <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006 <br><br> DONALD J. CAMPBELL <br> J. COLBY WILLIAMS <br> CAMPBELL & WILLIAMS <br> 710 South Seventh Street, Ste. A <br> Las Vegas, NV 89101 <br> Telephone: (702) 382-5222 <br> Facsimile: (702) 382-0540 <br> Email: djc@cwlawlv.com <br> Email: jcw@cwlawlv.com <br><br> *Attorneys for Defendant Zuffa, LLC* <br><br> [Additional Counsel Listed on Signature Page] |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | No.: 2:15-cv-01045-RFB-BNW <br><br> **JOINT MOTION TO UNSEAL RECORD DOCUMENTS** |

1. Pursuant to the Order entered by the Court, ECF No. 847 ("Order Re Sealed Documents" or the "Order"), Plaintiffs and Defendant Zuffa, LLC (collectively, the "Parties") respectfully submit this joint motion to unseal portions of the filed record.

2. On August 21, 2023, after the Court informed the Parties that it intended to unseal the record in this action except for personally identifying information and medical information, the Court ordered the parties to "jointly file the record with the proposed redactions and to file any motion requesting additional redactions apart from those concerning the personal identifying information described above." ECF No. 847.

3. In accordance with the Court's Order, the Parties have reviewed the full sealed record and identified 444 sealed documents that do not contain personally identifying information and which may be unsealed in full in accordance with the Order Re Sealed Documents. These documents are set forth by docket entry in the attached spreadsheet. *See* Exhibit A. The Parties thus request that the Court fully unseal all materials identified as no longer requiring any redactions in Exhibit A.

Respectfully submitted,

DATED: December 22, 2023

By: ___/s/ Christopher K.L. Young___

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
Christopher K. L. Young (pro hac vice)
Itak Moradi (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

By: ___/s/ William A. Isaacson___

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

| | | |
|---|---|---|
| 1 | Eric L. Cramer (admitted pro hac vice) | BRETTE M. TANNENBAUM (*Pro hac vice*) |
| 2 | Michael Dell'Angelo (admitted pro hac vice) | btannenbaum@paulweiss.com |
|  | Patrick F. Madden (admitted pro hac vice) | YOTAM BARKAI (*Pro hac vice*) |
| 3 | Najah Jacobs (admitted pro hac vice) | ybarkai@paulweiss.com |
|  | BERGER MONTAGUE PC | PAUL, WEISS, RIFKIND, WHARTON & |
| 4 | 1818 Market St., Suite 3600 | GARRISON LLP |
|  | Philadelphia, PA 19103 | 1285 Avenue of the Americas |
| 5 | Telephone: +1 (215) 875-3000 | New York, NY 10019 |

(Rendering as prose for clarity:)

1  Eric L. Cramer (admitted pro hac vice)
   Michael Dell'Angelo (admitted pro hac vice)
2  Patrick F. Madden (admitted pro hac vice)
3  Najah Jacobs (admitted pro hac vice)
   BERGER MONTAGUE PC
4  1818 Market St., Suite 3600
   Philadelphia, PA 19103
5  Telephone: +1 (215) 875-3000
   Email: ecramer@bm.net
6  Email: mdellangelo@bm.net
7  Email: pmadden@bm.net
   Email: njacobs@bm.net
8
   Joshua P. Davis (admitted *pro hac vice*)
9  BERGER MONTAGUE PC
   505 Montgomery Street, Suite 625
10 San Francisco, CA 94111
   Telephone: +1 (415) 906-0684
11 Email: jdavis@bm.net
12
   Richard A. Koffman (*pro hac vice*)
13 Benjamin Brown (*pro hac vice*)
   Daniel H. Silverman (*pro hac vice*)
14 COHEN MILSTEIN SELLERS & TOLL, PLLC
15 1100 New York Ave., N.W., Suite 500 East, Tower
   Washington, DC 20005
16 Telephone: +1 (202) 408-4600
   Facsimile: +1 (202) 408-4699
17 Email: rkoffman@cohenmilstein.com
   Email: bbrown@cohenmilstein.com
18 Email: dsilverman@cohenmilstein.com
19
   *Co-Lead Counsel for the Class and Attorneys for*
20 *Individual and Representative Plaintiffs*
21 Don Springmeyer (Bar No. 1021)
   KEMP JONES, LLP
22 3800 Howard Hughes Parkway, 17th Floor
   Las Vegas, Nevada 89169
23 Telephone: + 1 (702) 385-6000
   Facsimile: + 1 (702) 385-6001
24 Email: dspringmeyer@kempjones.com
25 *Liaison Counsel for the Class and Attorneys for*
   *Individual and Representative Plaintiffs*
26
27
28

Right column:

BRETTE M. TANNENBAUM (*Pro hac vice*)
btannenbaum@paulweiss.com
YOTAM BARKAI (*Pro hac vice*)
ybarkai@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

DAVID L. JOHNSON (*Pro hac vice*)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Zuffa, LLC*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

Crane Pomerantz (Bar No. 14103)
CLARK HILL PLC
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Motion to Unseal Record Documents of previously sealed docket entries that do not contain personally identifying information and for which no additional redactions are proposed was served on December 22, 2023, via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

/s/ *Christopher K. L. Young* _____
Christopher K. L. Young