| | **Exhibit A to Joint Motion to Unseal Record Documents** | | | |
|---|---|---|---|---|
| | Filing Date | ECF No. | Bates Number(s) | Description |
| 1 | 2/19/2016 | 218-07 | COX-0072901 | Joint Status Report Exhibit G |
| 2 | 2/19/2016 | 218-08 | COX-0001451 | Joint Status Report Exhibit H |
| 3 | 2/19/2016 | 218-09 | LFERTITTA00034503 | Joint Status Report Exhibit I |
| 4 | 4/11/2016 | 231-002 | | Lynch Decl Exh A |
| 5 | 4/11/2016 | 231-003 | | Lynch Decl Exh B |
| 6 | 4/11/2016 | 231-004 | | Lynch Decl Exh C |
| 7 | 4/11/2016 | 231-005 | | Lynch Decl Exh D |
| 8 | 4/11/2016 | 231-012 | | Zuffa's Opp to Ps Mtn to Challenge Privilege Designations |
| 9 | 4/29/2016 | 244 | | Joint Status Report |
| 10 | 4/29/2016 | 244-5 | MZelaznikLT-00025833 | JSR Ex. 4 |
| 11 | 4/29/2016 | 244-6 | KHendrick00040651 | JSR Ex. 5 |
| 12 | 4/29/2016 | 244-7 | | JSR Ex. 6 |
| 13 | 4/29/2016 | 244-8 | JSILVA00003855 | JSR Ex. 7 |
| 14 | 4/29/2016 | 244-9 | JSILVA00026915 | JSR Ex. 8 |
| 15 | 4/29/2016 | 244-10 | JSILVA00022022 | JSR Ex. 9 |
| 16 | 4/29/2016 | 244-11 | KHENDRICK00091114 | JSR Ex. 10 |
| 17 | 4/29/2016 | 244-12 | MMERSCH00081719 | JSR Ex. 11 |
| 18 | 4/29/2016 | 244-13 | KHENDRICK00120249 | JSR Ex. 12 |
| 19 | 4/29/2016 | 244-14 | KHENDRICK00057742 | JSR Ex. 13 |
| 20 | 4/29/2016 | 244-15 | KHENDRICK00133949 | JSR Ex. 14 |
| 21 | 4/29/2016 | 244-16 | LEpstein00094219 | JSR Ex. 15 |
| 22 | 4/29/2016 | 244-18 | ZFL-0801077 | JSR Ex. 17 |
| 23 | 8/31/2016 | 282 | | Ps Mtn to Challenge Work Product Designation |
| 24 | 8/31/2016 | 282-002 | | Rayhill Exh 1 |
| 25 | 8/31/2016 | 282-003 | | Rayhill Exh 2 |
| 26 | 8/31/2016 | 282-004 | | Rayhill Exh 3 |
| 27 | 8/31/2016 | 282-008 | | Rayhill Exh 7 |
| 28 | 8/31/2016 | 282-010 | | Rayhill Exh 9 |
| 29 | 9/1/2016 | 286 | | Corrected Motion Challenging Privilege of ZFL Docs |
| 30 | 9/19/2016 | 294 | | Zuffa's Opp to Ps Mtn to Challenge Work Product Designation |
| 31 | 9/19/2016 | 294-001 | | Decl of William H Campbell ISO Zuffa's Opp to Ps Mtn to Challenge Work Product Designation |
| 32 | 9/19/2016 | 294-002 | | Decl of Kirk D Hendrick ISO Zuffa's Opp to Ps Mtn to Challenge Work Product Designation |
| 33 | 9/19/2016 | 294-003 | | Decl of Stacey K Grigsby ISO Zuffa's Opp to Ps Mtn to Challenge Work Product Designation |
| 34 | 9/19/2016 | 294-005 | | Grigsby Decl Exh B |
| 35 | 9/19/2016 | 294-006 | | Grigsby Decl Exh C |
| 36 | 9/19/2016 | 294-007 | | Grigsby Decl Exh D |

| | | | | |
|---|---|---|---|---|
| 37 | 9/19/2016 | 294-008 | | Grigsby Decl Exh E |
| 38 | 9/19/2016 | 294-009 | | Grigsby Decl Exh F |
| 39 | 9/19/2016 | 294-010 | | Grigsby Decl Exh G |
| 40 | 9/19/2016 | 294-011 | | Grigsby Decl Exh H |
| 41 | 9/19/2016 | 294-012 | | Grigsby Decl Exh I |
| 42 | 9/26/2016 | 300 | | Ps Reply ISO Mtn to Challenge WP Designation |
| 43 | 9/26/2016 | 300-005 | ZFL-0895314 | January 2015 Presentation |
| 44 | 2/16/2018 | 300-005 | ZFL-0895314 | January 2015 Presentation |
| 45 | 9/27/2016 | 0303-1 | | Rayhill Decl ISO Ps Reply Brief ISO Mtn to Challenge WP Designation |
| 46 | 9/27/2016 | 0303-2 | | Rayhill Decl Exh 1 |
| 47 | 9/27/2016 | 0303-3 | | Rayhill Decl Exh 2 |
| 48 | 9/27/2016 | 0303-4 | | Rayhill Decl Exh 3 |
| 49 | 9/27/2016 | 0303-7 | | Rayhill Decl Exh 6 |
| 50 | 10/12/2016 | 307 | | Ps Opp to D's MTSeal Ps Reply ISO Mtn to Challenge |
| 51 | 10/12/2016 | 307-003 | | Weiler Decl Exh 2 |
| 52 | 1/3/2017 | 328-001 | | Grigsby Decl ISO Zuffa's Opp to Ps Mtn to Challenge Atty-Client Privilege |
| 53 | 1/3/2017 | 328-002 | | Epstein Deck Exh A |
| 54 | 1/3/2017 | 328-005 | | Appx to Zuffa's Opp to Ps Mtn to Challenge Atty-Client Privilege |
| 55 | 1/10/2017 | 336-002 | ZFL-1006013 | Exh 1 |
| 56 | 2/1/2017 | 347 | | Zuffa's MPSJ re Quarry |
| 57 | 2/1/2017 | 347-001 | | Stmt of Undisputed Material Facts ISO Zuffa's MPSJ re Quarry |
| 58 | 2/1/2017 | 347-007 | ZFL-0003206 | Exh E |
| 59 | 2/1/2017 | 347-010 | ZFL-1066550 | Exh H |
| 60 | 2/1/2017 | 347-011 | | Exh I |
| 61 | 2/1/2017 | 347-013 | | Exh K |
| 62 | 3/24/2017 | 365 | | Ps Opp to Zuffa's MPSJ re Quarry |
| 63 | 3/24/2017 | 365-006 | | Weiler Decl Exh 3 |
| 64 | 3/24/2017 | 365-007 | ZFL-0916383 | Weiler Decl Exh 4 |
| 65 | 3/24/2017 | 365-009 | | Weiler Decl Exh 6 |
| 66 | 3/24/2017 | 365-018 | ZFL-1236217 | Weiler Decl Exh 15 |
| 67 | 3/24/2017 | 365-022 | | Weiler Decl Exh 19 |
| 68 | 5/1/2017 | 388-001 | | Zuffa's Reply to Ps Separate Stmt of Undisputed Material Facts ISO Opp to Zuffa's MPSJ re Quarry |
| 69 | 5/24/2017 | 409-002 | | Appx of Exhs ISO Zuffa's Opp to Ps MTC D to Produce Log of Communications for White |
| 70 | 5/24/2017 | 409-003 | | Exh A |
| 71 | 5/24/2017 | 409-005 | | Exh C |
| 72 | 5/24/2017 | 409-009 | | Lynch Decl Exh G |
| 73 | 5/24/2017 | 409-010 | | White Decl Exh H |
| 74 | 5/24/2017 | 409-011 | | Bryce Exh I |
| 75 | 5/31/2017 | 419 | | Mot to Seal Motion to Extend Depos |
| 76 | 6/20/2017 | 433 | | Ps Emergency Mtn for Ltr of Req for Docs from Group One Holdings |
| 77 | 6/20/2017 | 433-004 | | Rayhill Decl Exh 2 |
| 78 | 6/20/2017 | 433-009 | ZFL-1471125 | Rayhill Decl Exh 7 |
| 79 | 6/20/2017 | 433-010 | | Rayhill Decl Exh 8 |

| | | | | |
|---|---|---|---|---|
| 80 | 6/30/2017 | 443 | | Ps Emergency MTC Prod of Docs Withheld on Privilege Grounds and for Other Relief |
| 81 | | 443-002 | | Weiler Decl Exh 1 |
| 82 | 6/30/2017 | 443-002 | | Weiler Decl Exh 1 |
| 83 | 6/30/2017 | 443-005 | | Weiler Decl Exh 4 |
| 84 | 6/30/2017 | 443-006 | | Weiler Decl Exh 5 |
| 85 | 6/30/2017 | 443-008 | | Weiler Decl Exh 7 |
| 86 | 6/30/2017 | 443-015 | ZFL-2606831 | Weiler Decl Exh 14 |
| 87 | 6/30/2017 | 443-016 | ZFL-2633056 | Weiler Decl Exh 15 |
| 88 | 6/30/2017 | 443-019 | ZFL-1824837 | Weiler Decl Exh 18 |
| 89 | 6/30/2017 | 445-10 | ZFL-1824835 | Weiler Decl Exh 17 |
| 90 | 7/14/2017 | 458-001 | | Exh 2 |
| 91 | 7/14/2017 | 458-002 | | Exh 16 |
| 92 | 7/24/2017 | 464-007 | | Saveri Decl Exh 6 |
| 93 | 7/24/2017 | 464-008 | | Saveri Decl Exh 7 |
| 94 | 7/24/2017 | 464-010 | | Saveri Decl Exh 9 |
| 95 | 8/31/2017 | 484 | | Ps Reply ISO MTC Prod of Docs |
| 96 | 8/31/2017 | 484-003 | | Maysey Decl Exh 2 |
| 97 | 8/31/2017 | 484-004 | | Maysey Decl Exh 3 |
| 98 | 8/31/2017 | 484-005 | | Maysey Decl Exh 4 |
| 99 | 8/31/2017 | 484-006 | | Maysey Decl Exh 5 |
| 100 | 8/31/2017 | 484-007 | | Maysey Decl Exh 6 |
| 101 | 8/31/2017 | 484-008 | | Maysey Decl Exh 7 |
| 102 | 8/31/2017 | 484-009 | | Maysey Decl Exh 8 |
| 103 | 8/31/2017 | 484-010 | | Maysey Decl Exh 9 |
| 104 | 8/31/2017 | 484-011 | | Maysey Decl Exh 10 |
| 105 | 8/31/2017 | 484-012 | | Maysey Decl Exh 11 |
| 106 | 8/31/2017 | 484-014 | ZFL-2700612 | Maysey Decl Exh 13 |
| 107 | 8/31/2017 | 484-015 | ZFL-2700510 | Maysey Decl Exh 14 |
| 108 | 2/16/2018 | 517 | | Zuffa, LLC's Motion to Exclude the Testimony of Plaintiffs' Expert Guy A. Davis |
| 109 | 2/16/2018 | 517-04 | | Davis-Widnell Ex. 2 |
| 110 | 2/16/2018 | 517-06 | | Davis-Widnell Ex. 4 |
| 111 | 2/16/2018 | 518 | | Plaintiffs' Motion for Class Certification |
| 112 | 2/16/2018 | 518-06 | | Ex. 4 |
| 113 | 2/16/2018 | 518-10 | | Ex. 8 |
| 114 | 2/16/2018 | 518-11 | | Ex. 9 |
| 115 | 2/16/2018 | 518-12 | | Ex. 10 |
| 116 | 2/16/2018 | 518-13 | | Ex. 11 |
| 117 | 2/16/2018 | 518-15 | | Ex. 13 |
| 118 | 2/16/2018 | 518-18 | | Ex. 16 |
| 119 | 2/16/2018 | 518-19 | | Ex. 17 |
| 120 | 2/16/2018 | 518-20 | | Ex. 18 |
| 121 | 2/16/2018 | 518-22 | | Ex. 20 |
| 122 | 2/16/2018 | 518-23 | | Ex. 21 |
| 123 | 2/16/2018 | 518-25 | | Ex. 23 |
| 124 | 2/16/2018 | 518-26 | | Ex. 24 |
| 125 | 2/16/2018 | 518-27 | | Ex. 25 |
| 126 | 2/16/2018 | 518-28 | ZFL-1240584 | Ex. 26 |

| | | | | |
|---|---|---|---|---|
| 127 | 2/16/2018 | 518-30 | ZFL-1384297 (excerpted) | Ex. 28 |
| 128 | 2/16/2018 | 518-31 | ZFL-1391183 | Ex. 29 |
| 129 | 2/16/2018 | 518-32 | ZFL-1421551 | Ex. 30 |
| 130 | 2/16/2018 | 518-33 | ZFL-2469208 | Ex. 31 |
| 131 | 2/16/2018 | 518-34 | ZFL-12543287 | Ex. 32 |
| 132 | 2/16/2018 | 518-36 | ZUF-00122280 | Ex. 34 |
| 133 | 2/16/2018 | 518-37 | ZUF-00162329 (excerpted) | Ex. 35 |
| 134 | 2/16/2018 | 518-39 | ZUF-00336384 | Ex. 37 |
| 135 | 2/16/2018 | 518-40 | DB-ZUFFA-00006389 (excerpted) | Ex. 38 |
| 136 | 2/16/2018 | 518-41 | DB-ZUFFA-00006712 (excerpted) | Ex. 39 |
| 137 | 2/16/2018 | 518-42 | RAINE0020633 (excerpted) | Ex. 40 |
| 138 | 2/16/2018 | 518-43 | WME_ZUFFA_00001150 (excerpted) | Ex. 41 |
| 139 | 2/16/2018 | 518-50 | | Ex. 48 |
| 140 | 2/16/2018 | 522 | | Zuffa, LLC's Motion to Exclude the Testimony of Dr. Andrew Zimbalist |
| 141 | 2/16/2018 | 522-4 | | Ex. 2 |
| 142 | 2/16/2018 | 522-6 | | Ex. 4 |
| 143 | 2/16/2018 | 522-11 | | Ex. 9 |
| 144 | 2/16/2018 | 522-13 | GBP000003 | Ex. 11 |
| 145 | 2/16/2018 | 522-14 | GBP000001 | Ex. 12 |
| 146 | 2/16/2018 | 522-15 | GBP000002 | Ex. 13 |
| 147 | 2/16/2018 | 522-16 | | Ex. 14 |
| 148 | 2/16/2018 | 524 | | Zuffa, LLC's Motion to Exclude the Testimony of Dr. Hal Singer |
| 149 | 2/16/2018 | 524-6 | | Ex. 4 |
| 150 | 2/16/2018 | 524-30 | ZUF-00122280 | Ex. 28 |
| 151 | 2/16/2018 | 524-32 | ZFL-1224424 | Ex. 30 |
| 152 | 2/16/2018 | 524-34 | ZUF-00156469 | Ex. 32 |
| 153 | 2/16/2018 | 524-35 | | Ex. 33 |
| 154 | 2/16/2018 | 524-36 | | Ex. 34 |
| 155 | 2/16/2018 | 524-37 | GBP000003 | Ex. 35 |
| 156 | 2/16/2018 | 524-38 | | Ex. 36 |
| 157 | 4/6/2018 | 534 | | Plaintiffs' Consolidated Brief in Opposition to Zuffa's Daubert Motion |
| 158 | 4/6/2018 | 534-3 | | Ex. 49 |
| 159 | 4/6/2018 | 534-5 | | Ex. 51 |
| 160 | 4/6/2018 | 534-6 | | Ex. 52 |
| 161 | 4/6/2018 | 534-7 | | Ex. 53 |
| 162 | 4/6/2018 | 534-8 | | Ex. 54 |
| 163 | 4/6/2018 | 534-9 | | Ex. 55 |
| 164 | 4/6/2018 | 534-10 | | Ex. 56 |
| 165 | 4/6/2018 | 534-11 | | Ex. 57 |

| # | Date | Doc | Bates | Description |
|---|---|---|---|---|
| 166 | 4/6/2018 | 534-13 | | Ex. 59 |
| 167 | 4/6/2018 | 534-16 | ZFL-0557588 (excerpted) | Ex. 62 |
| 168 | 4/6/2018 | 534-17 | ZFL-1055607 (excerpted) | Ex. 63 |
| 169 | 4/6/2018 | 534-18 | ZFL-1070290 (excerpted) | Ex. 64 |
| 170 | 4/6/2018 | 534-19 | ZFL-1081154 | Ex. 65 |
| 171 | 4/6/2018 | 534-20 | ZFL-1425511 | Ex. 66 |
| 172 | 4/6/2018 | 534-22 | ZFL-2279086 (excerpted) | Ex. 68 |
| 173 | 4/6/2018 | 534-25 | WME_ZUFFA_00005368 (excerpted) | Ex. 71 |
| 174 | 4/6/2018 | 534-39 | ZFL-1484034-37 | Ex. 85 |
| 175 | 4/6/2018 | 535 | | Plaintiffs' Brief in Opposition to Defendant Zuffa, LLC's Motion to Exclude the Testimony of Guy A. Davis |
| 176 | 4/6/2018 | 540 | | Zuffa LLCs Opp to Ps Mtn for Class Certification |
| 177 | 4/6/2018 | 540-005 | | Ex. 1 |
| 178 | 4/6/2018 | 540-006 | | Ex. 2 |
| 179 | 4/6/2018 | 540-007 | | Ex. 3 |
| 180 | 4/6/2018 | 540-008 | | Ex. 4 |
| 181 | 4/6/2018 | 540-009 | | Ex. 5 |
| 182 | 4/6/2018 | 540-010 | | Ex. 6 |
| 183 | 4/6/2018 | 540-011 | | Ex. 7 |
| 184 | 4/6/2018 | 540-012 | | Ex. 8 |
| 185 | 4/6/2018 | 540-014 | | Ex. 10 |
| 186 | 4/6/2018 | 540-015 | | Ex. 11 |
| 187 | 4/6/2018 | 540-025 | | Ex. 21 |
| 188 | 4/6/2018 | 540-026 | | Ex. 22 |
| 189 | 4/6/2018 | 540-027 | | Ex. 23 |
| 190 | 4/6/2018 | 540-028 | | Ex. 24 |
| 191 | 4/6/2018 | 540-029 | | Ex. 25 |
| 192 | 4/6/2018 | 540-030 | | Ex. 26 |
| 193 | 4/6/2018 | 540-032 | | Ex. 28 |
| 194 | 4/6/2018 | 540-033 | ZFL-0818070 | Ex. 29 |
| 195 | 4/6/2018 | 540-034 | ZFL-0823267 | Ex. 30 |
| 196 | 4/6/2018 | 540-035 | ZFL-0822937 | Ex. 31 |
| 197 | 4/6/2018 | 540-036 | ZFL-0823286 | Ex. 32 |
| 198 | 4/6/2018 | 540-037 | ZFL-0467079 | Ex. 33 |
| 199 | 4/6/2018 | 540-042 | | Ex. 38 |
| 200 | 4/6/2018 | 540-046 | | Ex. 42 |
| 201 | 4/6/2018 | 540-047 | | Ex. 43 |
| 202 | 4/6/2018 | 540-048 | | Ex. 44 |
| 203 | 4/6/2018 | 540-053 | | Ex. 49 |
| 204 | 4/6/2018 | 540-054 | | Ex. 50 |
| 205 | 4/6/2018 | 540-055 | ZFL-1212124 | Ex. 51 |
| 206 | 4/6/2018 | 540-056 | | Ex. 52 |
| 207 | 4/6/2018 | 540-057 | ZFL-1004962 | Ex. 53 |
| 208 | 4/6/2018 | 540-058 | ZFL-0504035 | Ex. 54 |

| | | | | |
|---|---|---|---|---|
| 209 | 4/6/2018 | 540-060 | | Ex. 56 |
| 210 | 4/6/2018 | 540-061 | ZFL-0003676 | Ex. 57 |
| 211 | 4/6/2018 | 540-063 | ZFL-0532059 | Ex. 59 |
| 212 | 4/6/2018 | 540-064 | ZFL-2679837 | Ex. 60 |
| 213 | 4/6/2018 | 540-065 | | Ex. 61 |
| 214 | 4/6/2018 | 540-068 | | Ex. 64 |
| 215 | 4/6/2018 | 540-069 | ZFL-1037856 | Ex. 65 |
| 216 | 4/6/2018 | 540-070 | | Ex. 66 |
| 217 | 4/6/2018 | 540-072 | | Ex. 68 |
| 218 | 4/6/2018 | 540-073 | ZFL-2535445 | Ex. 69 |
| 219 | 4/6/2018 | 540-075 | ZFL-0661259 | Ex. 71 |
| 220 | 4/6/2018 | 540-076 | | Ex. 72 |
| 221 | 4/6/2018 | 540-078 | ZFL-2640268 | Ex. 74 |
| 222 | 4/6/2018 | 540-079 | ZFL-2534954 | Ex. 75 |
| 223 | 4/6/2018 | 540-080 | ZFL-0899197 | Ex. 76 |
| 224 | 4/6/2018 | 540-081 | ZFL-0424398 | Ex. 77 |
| 225 | 4/6/2018 | 540-082 | ZFL-0127052 | Ex. 78 |
| 226 | 4/6/2018 | 540-083 | ZFL-0827820 | Ex. 79 |
| 227 | 4/6/2018 | 540-084 | | Ex. 80 |
| 228 | 4/6/2018 | 540-085 | ZFL-0895314 | Ex. 81 |
| 229 | 4/6/2018 | 540-086 | ZFL-1363950 | Ex. 82 |
| 230 | 4/6/2018 | 540-087 | ZFL-1078501 | Ex. 83 |
| 231 | 4/6/2018 | 540-088 | ZFL-1009217 | Ex. 84 |
| 232 | 4/6/2018 | 540-089 | | Ex. 85 |
| 233 | 4/6/2018 | 540-090 | ZFL-0997899 | Ex. 86 |
| 234 | 4/6/2018 | 540-091 | | Ex. 87 |
| 235 | 4/6/2018 | 540-092 | | Ex. 88 |
| 236 | 4/6/2018 | 540-093 | | Ex. 89 |
| 237 | 4/6/2018 | 540-094 | ZFL-2196373 | Ex. 90 |
| 238 | 4/6/2018 | 540-095 | ZFL-2197579 | Ex. 91 |
| 239 | 4/6/2018 | 540-096 | | Ex. 92 |
| 240 | 4/6/2018 | 540-097 | ZFL-0018632 | Ex. 93 |
| 241 | 4/6/2018 | 540-099 | ZFL-0112231 | Ex. 95 |
| 242 | 4/6/2018 | 540-100 | ZFL-0130536 | Ex. 96 |
| 243 | 4/6/2018 | 540-101 | ZFL-2681281 | Ex. 97 |
| 244 | 4/6/2018 | 540-109 | ZFL-0107575 | Ex. 105 |
| 245 | 4/6/2018 | 540-113 | ZFL-2764800 | Ex. 109 |
| 246 | 4/6/2018 | 540-114 | ZFL-0809032 | Ex. 110 |
| 247 | 4/6/2018 | 540-115 | ZFL-0825858 | Ex. 11 |
| 248 | 4/6/2018 | 540-116 | ZFL-0454501 | Ex. 112 |
| 249 | 4/6/2018 | 540-118 | ZFL-0394006 | Ex. 114 |
| 250 | 4/6/2018 | 540-119 | ZFL-0107754 | Ex. 115 |
| 251 | 4/6/2018 | 540-120 | ZFL-0218256 | Ex. 116 |
| 252 | 4/6/2018 | 540-121 | ZFL-0218256 | Ex. 117 |
| 253 | 4/6/2018 | 540-122 | ZFL-0945521 | Ex. 118 |
| 254 | 4/6/2018 | 540-123 | ZFL-2764800 | Ex. 119 |
| 255 | 4/6/2018 | 540-124 | ZFL-2764800 | Exh 120 |
| 256 | 4/6/2018 | 540-125 | ZFL-2764800 | Exh 121 |
| 257 | 4/6/2018 | 540-126 | ZFL-2764800 | Ex. 122 |

| # | Date | Doc | Bates | Description |
|---|------|-----|-------|-------------|
| 258 | 4/6/2018 | 540-127 | ZFL-2284413 | Ex. 123 |
| 259 | 4/6/2018 | 540-128 | ZFL-1003278 | Ex. 124 |
| 260 | 4/6/2018 | 540-129 | ZFL-2425059 | Ex. 125 |
| 261 | 4/6/2018 | 540-130 | | Ex. 126 |
| 262 | 4/6/2018 | 540-131 | ZFL-0223914 | Ex. 127 |
| 263 | 4/6/2018 | 540-138 | ZFL-2611339 | Ex. 134 |
| 264 | 4/6/2018 | 540-139 | ZFL-1057452 | Ex. 135 |
| 265 | 4/6/2018 | 540-141 | | Ex. 137 |
| 266 | 5/7/2018 | 547 | | Zuffa's Reply in Support of Motion to Exclude the Testimony of Plaintiffs' Expert Guy A. Davis |
| 267 | 5/7/2018 | 547-2 | | Davis Reply Ex. 1 Kroger Davis Depo. Excerpts |
| 268 | 5/7/2018 | 549 | | Zuffa's Reply in Support of Motion to Exclude the Testimony of Dr. Andrew Zimbalist |
| 269 | 5/7/2018 | 551 | | Zuffa's Reply in Support of Motion to Exclude the Testimony of Dr. Hal Singer |
| 270 | 5/7/2018 | 551-3 | | Ex. 37 |
| 271 | 5/7/2018 | 551-4 | | Ex. 38 |
| 272 | 5/7/2018 | 551-7 | | Ex. 41 |
| 273 | 5/7/2018 | 551-9 | | Ex. 43 |
| 274 | 5/30/2018 | 554 | | Plaintiffs' Reply in Support of Class Certification |
| 275 | 5/30/2018 | 554-3 | | Ex. 86 |
| 276 | 5/30/2018 | 554-4 | | Ex. 87 |
| 277 | 5/30/2018 | 554-5 | | Ex. 88 |
| 278 | 6/18/2018 | 558 | | Ps Opp to Zuffa Motion to Seal Portions of Ps Reply ISO Ps Mtn for Class Cert and Related Materials (ECF No. 557) |
| 279 | 6/18/2018 | 558-03 | | Chart Comparing Zuffa's Requests to Seal and Corresponding Text from Plaintiffs' Reply |
| 280 | 6/18/2018 | 558-020 | ZFL-1484034 | Ex. 18 |
| 281 | 6/19/2018 | 561 | | Ps Corrected Opp to Zuffa Motion to Seal Portions of Ps Reply ISO Ps Motion for Class Certification and Related Materials (EFC No. 557) |
| 282 | 6/26/2018 | 565 | | Zuffa, LLCs Reply ISO its Mtn to Seal Ps Reply ISO Ps Mtn to Certify Class and Related Materials (ECF No. 554) |
| 283 | 6/26/2018 | 565-004 | | Ex. 2 |
| 284 | 6/26/2018 | 565-005 | | Ex. 3 |
| 285 | 6/26/2018 | 565-009 | | Ex. 7 |
| 286 | 6/29/2018 | 566 | | Joint Mtn Re Zuffa, LLCs MTSeal Zuffa, LLCs Reply ISO Zuffa LLCs MTSeal Ps Reply ISO Ps Mtn to Certify Class and Related Materials (EFC No. 554) |
| 287 | 7/30/2018 | 573 | | Zuffa's Motion for Summary Judgment |
| 288 | 7/30/2018 | 574-05 | | Ex. 4 |
| 289 | 7/30/2018 | 574-06 | ZFL-1807982 | Ex. 5 |
| 290 | 7/30/2018 | 574-07 | ZFL-1454433 | Ex. 6 |
| 291 | 7/30/2018 | 574-09 | | 8 |
| 292 | 7/30/2018 | 574-10 | | Ex. 9 |
| 293 | 7/30/2018 | 574-13 | | Ex. 12 |
| 294 | 7/30/2018 | 574-15 | | Ex. 14 |
| 295 | 7/30/2018 | 574-16 | | 15 |
| 296 | 7/30/2018 | 574-17 | | Ex. 16 |
| 297 | 7/30/2018 | 574-23 | | Ex. 22 |

| # | Date | Doc | Bates | Description |
|---|------|-----|-------|-------------|
| 298 | 7/30/2018 | 574-47 | ZFL-0994011 | Ex. 46 |
| 299 | 7/30/2018 | 574-49 | | Ex. 48 |
| 300 | 7/30/2018 | 574-51 | | Ex. 50 |
| 301 | 7/30/2018 | 575 | | Ex. 51 |
| 302 | 7/30/2018 | 575-05 | | Ex. 56 |
| 303 | 7/30/2018 | 575-07 | ZFL-0551556 | Ex. 58 |
| 304 | 7/30/2018 | 575-10 | SBPCL00002311 | Ex. 61 |
| 305 | 7/30/2018 | 575-14 | | Ex. 65 |
| 306 | 7/30/2018 | 575-27 | | Ex. 78 |
| 307 | 7/30/2018 | 575-28 | | Ex. 79 |
| 308 | 7/30/2018 | 575-31 | ZFL-0500960 | Ex. 82 |
| 309 | 7/30/2018 | 575-37 | | Ex. 88 |
| 310 | 7/30/2018 | 575-44 | | Ex. 95 |
| 311 | 7/30/2018 | 575-50 | ZFL-1472338 | Ex. 101 |
| 312 | 7/30/2018 | 575-53 | ZFL-0387086 | Ex. 104 |
| 313 | 7/30/2018 | 575-54 | | Ex. 105 |
| 314 | 7/30/2018 | 575-56 | | Ex. 107 |
| 315 | 7/30/2018 | 575-60 | | Ex. 111 |
| 316 | 7/30/2018 | 575-61 | | Ex. 112 |
| 317 | 8/13/2018 | 581 | | Ps Opp to Zuffa MTS MSJ |
| 318 | 8/13/2018 | 581-003 | | Ex. 1 |
| 319 | 9/21/2018 | 596 | | Plaintiffs' Response in Opposition to Zuffa's Motion for Summary Judgment |
| 320 | 9/21/2018 | 596-05 | | Ex. 3 |
| 321 | 9/21/2018 | 596-06 | | Ex. 4 |
| 322 | 9/21/2018 | 596-08 | | Ex. 6 |
| 323 | 9/21/2018 | 596-11 | | Ex. 9 |
| 324 | 9/21/2018 | 596-12 | | Ex. 10 |
| 325 | 9/21/2018 | 596-14 | | Ex. 12 |
| 326 | 9/21/2018 | 596-15 | | Ex. 13 |
| 327 | 9/21/2018 | 596-16 | | Ex. 14 |
| 328 | 9/21/2018 | 596-17 | | Ex. 15 |
| 329 | 9/21/2018 | 596-20 | | Ex. 18 |
| 330 | 9/21/2018 | 596-23 | | Ex. 21 |
| 331 | 9/21/2018 | 596-24 | | Ex. 22 |
| 332 | 9/21/2018 | 596-25 | | Ex. 23 |
| 333 | 9/21/2018 | 596-26 | | Ex. 24 |
| 334 | 9/21/2018 | 596-27 | | Ex. 25 |
| 335 | 9/21/2018 | 596-28 | | Ex. 26 |
| 336 | 9/21/2018 | 596-29 | | Ex. 27 |
| 337 | 9/21/2018 | 596-30 | | Ex. 28 |
| 338 | 9/21/2018 | 596-32 | | Ex. 30 |
| 339 | 9/21/2018 | 596-33 | | Ex. 31 |
| 340 | 9/21/2018 | 596-35 | | Ex. 33 |
| 341 | 9/21/2018 | 596-36 | | Ex. 34 |
| 342 | 9/21/2018 | 596-38 | | Ex. 36 |
| 343 | 9/21/2018 | 596-39 | | Ex. 37 |
| 344 | 9/21/2018 | 596-46 | ZFL-1055607 (excerpted) | Ex. 44 |

| | | | | |
|---|---|---|---|---|
| 345 | 9/21/2018 | 596-47 | ZFL-1081154 | Ex. 45 |
| 346 | 9/21/2018 | 596-49 | ZFL-1240584 | Ex. 47 |
| 347 | 9/21/2018 | 596-50 | ZFL-1384297 (excerpted) | Ex. 48 |
| 348 | 9/21/2018 | 596-51 | ZFL-1391183 | Ex. 49 |
| 349 | 9/21/2018 | 596-53 | ZFL-1421551 | Ex. 51 |
| 350 | 9/21/2018 | 596-54 | ZFL-1472158 (excerpted) | Ex. 52 |
| 351 | 9/21/2018 | 596-55 | ZFL-1484034 | Ex. 53 |
| 352 | 9/21/2018 | 596-56 | ZFL-1501599 | Ex. 54 |
| 353 | 9/21/2018 | 596-63 | ZFL-2020850 | Ex. 61 |
| 354 | 9/21/2018 | 596-65 | ZFL-2277058 (excerpted) | Ex. 63 |
| 355 | 9/21/2018 | 596-66 | ZFL-2279086 (excerpted) | Ex. 64 |
| 356 | 9/21/2018 | 596-67 | ZFL-2283306 | Ex. 65 |
| 357 | 9/21/2018 | 596-68 | ZFL-2461790 | Ex. 66 |
| 358 | 9/21/2018 | 596-69 | ZFL-2463304 (excerpted) | Ex. 67 |
| 359 | 9/21/2018 | 596-70 | ZFL-2469204 | Ex. 68 |
| 360 | 9/21/2018 | 596-71 | ZFL-2469208 | Ex. 69 |
| 361 | 9/21/2018 | 596-75 | ZFL-2528642 | Ex. 73 |
| 362 | 9/21/2018 | 596-76 | ZFL-2528842 | Ex. 74 |
| 363 | 9/21/2018 | 596-80 | ZFL-2700585 (excerpted) | Ex. 78 |
| 364 | 9/21/2018 | 596-84 | ZFL-12543287 | Ex. 82 |
| 365 | 9/21/2018 | 596-87 | ZUF-00108798 (excerpted) | Ex. 85 |
| 366 | 9/21/2018 | 596-88 | ZUF-00111415 (excerpted) | Ex. 86 |
| 367 | 9/21/2018 | 596-89 | ZUF-00154095 | Ex. 87 |
| 368 | 9/21/2018 | 596-90 | ZUF-00162329 (excerpted) | Ex. 88 |
| 369 | 9/21/2018 | 596-91 | ZUF-00284193 | Ex. 89 |
| 370 | 9/21/2018 | 596-93 | ZUF-00325418 | Ex. 91 |
| 371 | 9/21/2018 | 596-94 | ZUF-00336384 | Ex. 92 |
| 372 | 9/21/2018 | 596-96 | ZUF-00395952 | Ex. 94 |
| 373 | 9/21/2018 | 596-97 | CG-UFC-00000005 (excerpted) | Ex. 95 |
| 374 | 9/21/2018 | 596-98 | DB-ZUFFA-00006237 (excerpted) | Ex. 96 |
| 375 | 9/21/2018 | 596-99 | DB-ZUFFA-00006389 (excerpted) | Ex. 97 |
| 376 | 9/21/2018 | 596-100 | DB-ZUFFA-00006528 (excerpted) | Ex. 98 |

| | | | | |
|---|---|---|---|---|
| 377 | 9/21/2018 | 596-101 | DB-ZUFFA-00006631 (excerpted) | Ex. 99 |
| 378 | 9/21/2018 | 596-102 | DB-ZUFFA-00006712 (excerpted) | Ex. 100 |
| 379 | 9/21/2018 | 596-103 | DB-ZUFFA-00014046 (excerpted) | Ex. 101 |
| 380 | 9/21/2018 | 596-104 | DB-ZUFFA-00020303 | Ex. 102 |
| 381 | 9/21/2018 | 596-105 | DB-ZUFFA-00024678 (excerpted) | Ex. 103 |
| 382 | 9/21/2018 | 596-106 | DB-ZUFFA-00056900 (excerpted) | Ex. 104 |
| 383 | 9/21/2018 | 596-107 | DB-ZUFFA-00057908 (excerpted) | Ex. 105 |
| 384 | 9/21/2018 | 596-108 | MDYS ZFF 000005 | Ex. 106 |
| 385 | 9/21/2018 | 596-109 | MDYS ZFF 000039 | Ex. 107 |
| 386 | 9/21/2018 | 596-110 | MDYS ZFF 000058 | Ex. 108 |
| 387 | 9/21/2018 | 596-111 | MDYS ZFF 000074 | Ex. 109 |
| 388 | 9/21/2018 | 596-112 | MDYS ZFF 000082 | Ex. 110 |
| 389 | 9/21/2018 | 596-113 | MDYS ZFF 000103 (excerpted) | Ex. 111 |
| 390 | 9/21/2018 | 596-114 | RAINE0000019 (excerpted) | Ex. 112 |
| 391 | 9/21/2018 | 596-115 | RAINE0018791 (excerpted) | Ex. 113 |
| 392 | 9/21/2018 | 596-116 | RAINE0020542 (excerpted) | Ex. 114 |
| 393 | 9/21/2018 | 596-117 | RAINE0020633 (excerpted) | Ex. 115 |
| 394 | 9/21/2018 | 596-118 | WME_ZUFFA_00001150 (excerpted) | Ex. 116 |
| 395 | 9/21/2018 | 596-119 | WME_ZUFFA_00005368 (excerpted) | Ex. 117 |
| 396 | 9/21/2018 | 596-124 | Hendrick 30(b)(6) Ex. 2 (excerpted) | Ex. 122 |
| 397 | 9/21/2018 | 596-134 | ZFL-0977248 | Ex. 132 |
| 398 | 9/21/2018 | 596-139 | ZFL-0000221 | Ex. 137 |
| 399 | 9/21/2018 | 596-140 | | Ex. 138 |
| 400 | 10/17/2018 | 604 | | Ps' Opp to Zuffa Motion to Seal Ps' Opp to Zuffa MSJ |
| 401 | 11/2/2018 | 611 | | Zuffa's Reply ISO MSJ |
| 402 | 11/16/2018 | 619 | | Ps' Opp to Zuffa Motion to Seal Zuffa's Reply ISO MSJ |
| 403 | 11/16/2018 | 619-002 | | Exh 1 |
| 404 | 1/9/2019 | 633 | | Ps' Stmt Re Rule 23 Standards |
| 405 | 1/23/2019 | 639 | | Ps' Resp. to Zuffa's Brief Re: Treatment of Protected Materials |

| | | | | |
|---|---|---|---|---|
| 406 | 4/12/2019 | 656 | | Exhibit A |
| 407 | 4/12/2019 | 656 | | Exhibit B |
| 408 | 4/12/2019 | 656 | | Exhibit C |
| 409 | 4/12/2019 | 656 | | Exhibit D |
| 410 | 4/12/2019 | 656 | | Exhibit E |
| 411 | 4/12/2019 | 656 | | Exhibit F |
| 412 | 4/12/2019 | 656 | | Joint Statement re Experts |
| 413 | 6/14/2019 | 658 | | Ps' Objections to Proposal to Introduce Summary Exhibits |
| 414 | 6/14/2019 | 658-009 | | Exhibit 7 |
| 415 | 6/14/2019 | 658-010 | | Exhibit 8 |
| 416 | 6/14/2019 | 658-011 | | Exhibit 9 |
| 417 | 6/14/2019 | 658-012 | | Exhibit 10 |
| 418 | 6/14/2019 | 658-013 | | Exhibit 11 |
| 419 | 6/14/2019 | 658-014 | | Exhibit 12 |
| 420 | 6/14/2019 | 658-015 | | Exhibit 13 |
| 421 | 6/14/2019 | 658-016 | | Exhibit 14 |
| 422 | 6/14/2019 | 658-017 | | Exhibit 15 |
| 423 | 6/14/2019 | 658-018 | | Exhibit 16 |
| 424 | 6/14/2019 | 658-019 | | Exhibit 17 |
| 425 | 6/14/2019 | 658-020 | | Exhibit 18 |
| 426 | 6/15/2019 | 664-007 | | Exhibit 3 |
| 427 | 6/15/2019 | 664-008 | | Exhibit 4 |
| 428 | 6/15/2019 | 664-019 | | Exhibit 15 |
| 429 | 6/15/2019 | 664-023 | | Exhibit 19 |
| 430 | 6/28/2019 | 674 | | Ps' Resp. to Objections to Exhibit List Docs. |
| 431 | 6/28/2019 | 675 | | Ps' Opp to Motion to Seal Exhibits |
| 432 | 6/28/2019 | 676 | | Ps' Opp to Third-Party Objection Letters |
| 433 | 6/28/2019 | 677 | | Ps' Opp to Third-Party Objection Letters |
| 434 | 6/28/2019 | 683-007 | | Exhibit 3 |
| 435 | 6/28/2019 | 683-021 | | Exhibit 17 |
| 436 | 7/12/2019 | 696-003 | | Exhibit A |
| 437 | 7/12/2019 | 696-004 | | Exhibit B |
| 438 | 7/12/2019 | 696-005 | | Exhibit C |
| 439 | 7/12/2019 | 696-006 | | Exhibit D |
| 440 | 7/12/2019 | 696-007 | | Exhibit E |
| 441 | 7/12/2019 | 696-008 | | Exhibit F |
| 442 | 7/12/2019 | 696-009 | | Exhibit G |
| 443 | 7/12/2019 | 696-010 | | Exhibit H |
| 444 | 10/7/2019 | 754-1 | ZFL-2677898 | Evidentiary Hrg. Exhibit 17 |