IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　　　　Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER RE JOINT MOTION TO UNSEAL RECORD DOCUMENTS** |

　　Before the Court is Plaintiffs' and Defendant Zuffa, LLC's (collectively, the "Parties") Joint Motion to Unseal Record Documents ("Joint Motion").

　　Having considered the papers submitted, IT IS HEREBY ORDERED that the Court will fully unseal all previously sealed docket entries that do not contain personally identifying information and for which no additional redactions are proposed, as set forth in Exhibit A to the Parties' Joint Motion.

DATED: _____　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard F. Boulware, II
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE