Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

*Co-Lead Counsel for the Bout Class and Attorneys*
*for Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendants.** | **No.: 2:15-cv-01045-RFB-BNW**<br><br>**PLAINTIFFS' STATEMENT REGARDING INJUNCTIVE RELIEF** |

Plaintiffs submit the following statement regarding certification of the bout class for the remedy of injunctive relief.

The Court's Order regarding Class Certification found that three of the named Plaintiffs had standing to seek injunctive relief (Le, Fitch, and Vera). *See* ECF 839 at 73-74. The Court nevertheless declined to certify the bout class for injunctive relief purposes under Fed. R. Civ. P. 23(b)(2) or 23(b)(3), stating, "Because Plaintiffs do not specifically address the 23(b)(2) requirements or the nature of their requested injunctive relief in their motion for class certification, the Court declines to certify the class under Rule 23(b)(2), at this stage. Instead, the Court will hold a status conference after the issuance of this Order and will potentially allow parties to supplement the motion, for the Court to have a fulsome discussion about whether certification of the class for the purposes of injunctive relief is appropriate here." *Id*.

At a November 21, 2023 status conference, the Court ruled that if Plaintiffs intended to seek injunctive relief, they would be limited to the existing discovery record, which concluded in 2017. *See* Nov. 21, 2023 Hearing Tr., ECF No. 923, at 62. The Court stated further that if Plaintiffs were to succeed in any subsequent motion for additional discovery with respect to injunctive relief in the *Le* case, the Court would continue the trial set to begin on April 8, 2024. Because Plaintiffs are eager to try this case as scheduled, and given that the bulk of the members of the bout class in *Le* are retired from professional MMA competitions, Plaintiffs will not be seeking additional discovery with respect to the propriety of injunctive relief in *Le*.

Accordingly, Plaintiffs will not seek certification of a class for purposes of seeking injunctive relief in this matter. Instead, at an appropriate time, Plaintiffs will seek certification of a bout class in *Johnson v. Zuffa*, 2:21-cv-01189-RFB-BNW, for both damages and injunctive relief purposes. Plaintiffs in *Johnson v. Zuffa* allege that all of the contracts Zuffa has with

PLAINTIFFS' STATEMENT REGARDING INJUNCTIVE RELIEF

fighters -- past, present, and future -- are part of its anticompetitive scheme to harm rivals, enhance monopsony power, and suppress fighter pay. To the extent any anti-competitive provision of any fighter contract from the past, present, or future continues to be enforced (or will be enforced going forward), it would contribute to foreclosure of competition. Thus, Plaintiffs in *Johnson* expect to seek injunctive relief that would force the UFC to curtail the restrictive nature of all of its fighter contracts, whether the fighters are in the *Johnson* Class, the *Le* Class, or not in any class (because they will fight only in the future). Given the scope of the injunctive relief the *Johnson* Plaintiffs will be seeking, class members in *Le* whose MMA fighting careers remain active, or who are otherwise restrained by a "retirement clause" in their UFC contracts, would stand to benefit from such relief.


DATED: December 22, 2023                    Respectfully Submitted,

                                            By:     */s/ Eric L. Cramer*

                                            Eric L. Cramer (admitted *pro hac vice*)
                                            Michael Dell'Angelo (admitted *pro hac vice*)
                                            Patrick F. Madden (admitted *pro hac vice*)
                                            Najah Jacobs (admitted *pro hac vice*)
                                            BERGER MONTAGUE PC
                                            1818 Market St., Suite 3600
                                            Philadelphia, PA 19103
                                            Telephone: +1 (215) 875-3000
                                            Email: ecramer@bm.net
                                            Email: mdellangelo@bm.net
                                            Email: pmadden@bm.net
                                            Email: njacobs@bm.net


                                            Joshua P. Davis (admitted *pro hac vice*)
                                            BERGER MONTAGUE PC
                                            505 Montgomery Street, Suite 625
                                            San Francisco, CA 94111
                                            Telephone: +1 (415) 906-0684
                                            Email: jdavis@bm.net

2

Richard A. Koffman (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Daniel Silverman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Christopher K. L. Young (*pro hac vice*)
Itak Moradi (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverulawfirm.com
Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Class and Attorneys for*
*Individual and Representative Plaintiffs*

PLAINTIFFS' STATEMENT REGARDING INJUNCTIVE RELIEF

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for
Individual and Representative Plaintiffs*


Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com


Crane Pomerantz (Bar No. 14103)
CLARK HILL PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Facsimile: +1 (702) 778-9709
cpomerantz@clarkhill.com

*Counsel for the Class and Attorneys for Individual and
Representative Plaintiffs*

Case No.: 2:15-cv-01045-RFB-BNW

PLAINTIFFS' STATEMENT REGARDING INJUNCTIVE RELIEF

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that the foregoing Plaintiffs' Statement Regarding Injunctive Relief was served on December 22, 2023, via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.


                                 */s/ Eric L. Cramer*
                                 Eric L. Cramer

Case No.: 2:15-cv-01045-RFB-BNW

PLAINTIFFS' STATEMENT REGARDING INJUNCTIVE RELIEF