| | |
|---|---|
| ERIC L. CRAMER (*pro hac vice*) <br> BERGER MONTAGUE PC <br> 1818 Market Street, Suite 3600 <br> Philadelphia, PA 19103 <br> Telephone: (215) 875-3000 <br> Facsimile: (215) 875-4604 <br> ecramer@bm.net <br><br> JOSEPH R. SAVERI (*pro hac vice*) <br> JOSEPH SAVERI LAW FIRM, LLP <br> 601 California Street, Suite 1200 <br> San Francisco, California 94108 <br> Telephone: (415) 500-6800 <br> Facsimile: (415) 395-9940 <br> jsaveri@saverilawfirm.com <br><br> RICHARD A. KOFFMAN (*pro hac vice*) <br> COHEN MILSTEIN SELLERS & TOLL, PLLC <br> 1100 New York Ave., N.W., <br> Suite 500, East Tower <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> Facsimile: (202) 408 4699 <br> rkoffman@cohenmilstein.com <br><br> *Counsel for the Class and Attorneys for All Individual and Representative Plaintiffs* <br><br> [Additional Counsel Listed on Signature Page] | CHRISTOPHER S. YATES (*Pro hac vice*) <br> chris.yates@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br><br> WILLIAM A. ISAACSON (*Pro hac vice*) <br> wisaacson@paulweiss.com <br> JESSICA PHILLIPS (*Pro hac vice*) <br> jphillips@paulweiss.com <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006 <br><br> DONALD J. CAMPBELL <br> J. COLBY WILLIAMS <br> CAMPBELL & WILLIAMS <br> 710 South Seventh Street, Ste. A <br> Las Vegas, NV 89101 <br> Telephone: (702) 382-5222 <br> Facsimile: (702) 382-0540 <br> Email: djc@cwlawlv.com <br> Email: jcw@cwlawlv.com <br><br> *Attorneys for Defendant Zuffa, LLC* <br><br> [Additional Counsel Listed on Signature Page] |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | No.: 2:15-cv-01045-RFB-BNW <br><br> **JOINT MOTION TO PARTIALLY UNSEAL RECORD DOCUMENTS CONTAINING PERSONALLY IDENTIFYING INFORMATION** |

Pursuant to the Order entered by the Court, ECF No. 847 ("Order Re Sealed Documents" or the "Order"), Plaintiffs and Defendant Zuffa, LLC (collectively, the "Parties") respectfully submit this joint motion to amend the sealing of portions of the filed record containing personally identifying information.

On August 21, 2023, after the Court informed the Parties that it intended to unseal the record in this action except for personally identifying information and medical information, the Court ordered the parties to "jointly file the record with the proposed redactions and to file any motion requesting additional redactions apart from those concerning the personal identifying information described above." ECF No. 847.

In accordance with the Court's Order, the Parties have reviewed the full sealed record and identified 162 documents previously filed under seal that contain personally identifying information and require further redactions before they may be unsealed. These documents are set forth by docket entry in the attached spreadsheet. *See* Exhibit A.

Attached as Exhibits 1-163[1] to this motion are true and accurate copies of each docket entry listed in Exhibit A with all personally identifying information redacted. When the Court unseals the record in this action, the Parties submit that these 162 documents may replace the current sealed versions on the public docket.

---

[1] Exhibit 42 is intentionally left blank.

Respectfully submitted,

DATED: December 22, 2023

By: ___*/s/ Christopher K.L. Young*___

Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Christopher K. L. Young (*pro hac vice*)
Itak Moradi (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

By: ___*/s/ William A. Isaacson*___

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006

BRETTE M. TANNENBAUM (*Pro hac vice*)
btannenbaum@paulweiss.com
YOTAM BARKAI (*Pro hac vice*)
ybarkai@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

| | |
|---|---|
| Richard A. Koffman (*pro hac vice*) <br> Benjamin Brown (*pro hac vice*) <br> Daniel H. Silverman (*pro hac vice*) <br> COHEN MILSTEIN SELLERS & TOLL, PLLC <br> 1100 New York Ave., N.W., Suite 500 East, Tower <br> Washington, DC 20005 <br> Telephone: +1 (202) 408-4600 <br> Facsimile: +1 (202) 408-4699 <br> Email: rkoffman@cohenmilstein.com <br> Email: bbrown@cohenmilstein.com <br> Email: dsilverman@cohenmilstein.com <br><br> *Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs* | DAVID L. JOHNSON (*Pro hac vice*) <br> david.johnson@lw.com <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, D.C. 20004 <br><br> DONLD J. CAMPBELL (No. 1216) <br> djc@campbellandwilliams.com <br> J. COLBY WILLIAMS (No. 5549) <br> jcw@campbellandwilliams.com <br> CAMPBELL & WILLIAMS <br> 700 South 7th Street <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant Zuffa, LLC* |

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

Crane Pomerantz (Bar No. 14103)
CLARK HILL PLC
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Motion to Partially Unseal Record Documents Containing Personally Identifying Information was served on December 22, 2023, via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

/s/ *Christopher K. L. Young*
Christopher K. L. Young