| | | | **Exhibit A to Joint Motion to Partially Unseal Record Documents Containing PII** | | | |
|---|---|---|---|---|---|---|
| | Filing Date | ECF No. | Bates Number(s) | Description | Redacted Page Number(s) | Information Redacted |
| 1 | 5/13/2016 | 256-4 | | Exh B | | Phone numbers |
| 2 | 5/13/2016 | 256-5 | | Exh C | | Phone numbers |
| 3 | 5/13/2016 | 256-6 | | Exh D | | Phone numbers |
| 4 | 5/13/2016 | 256-7 | | Exh E | | Phone numbers |
| 5 | 8/31/2016 | 282-006 | | Rayhill Exh 5 | | Phone numbers |
| 6 | 9/19/2016 | 294-004 | | Grigsby Decl Exh A | | Phone numbers |
| 7 | 9/19/2016 | 294-013 | | Grigsby Decl Exh J | | Phone numbers |
| 8 | 9/19/2016 | 294-014 | | Grigsby Decl Exh K | | Phone numbers |
| 9 | 9/19/2016 | 294-015 | | Grigsby Decl Exh L | | Phone numbers |
| 10 | 9/27/2016 | 0303-6 | | Rayhill Decl Exh 5 | | Phone numbers |
| 11 | 12/15/2016 | 320-003 | ZFL-1014045 | Rayhill Decl Exh 2 | | Phone numbers |
| 12 | 12/15/2016 | 320-004 | ZFL-1014047 | Rayhill Decl Exh 3 | | Phone numbers |
| 13 | 12/15/2016 | 320-005 | ZFL-1014049 | Rayhill Decl Exh 4 | | Phone numbers |
| 14 | 12/15/2016 | 320-007 | ZFL-1014078 | Rayhill Decl Exh 6 | | Phone numbers |
| 15 | 12/15/2016 | 320-008 | ZFL-1014102 | Rayhill Decl Exh 7 | | Phone numbers |
| 16 | 12/15/2016 | 320-009 | ZFL-1014103 | Rayhill Decl Exh 8 | | Phone numbers |
| 17 | 12/15/2016 | 320-010 | ZFL-1845329 | Rayhill Decl Exh 9 | | Phone numbers |
| 18 | 12/15/2016 | 320-011 | ZFL-1845332 | Rayhill Decl Exh 10 | | Phone numbers |
| 19 | 12/15/2016 | 320-012 | ZFL-1845335 | Rayhill Decl Exh 11 | | Phone numbers |
| 20 | 12/15/2016 | 320-013 | ZFL-1845337 | Rayhill Decl Exh 12 | | Phone numbers |
| 21 | 12/15/2016 | 320-018 | ZFL-1014051 | Rayhill Decl Exh 17 | | Phone numbers |
| 22 | 12/15/2016 | 320-020 | ZFL-1845329 | Rayhill Decl Exh 19 | | Phone numbers |
| 23 | 1/3/2017 | 329-003 | | Exh B | | Phone numbers |
| 24 | 1/3/2017 | 329-004 | | Exh C | | Phone numbers |
| 25 | 1/10/2017 | 334-003 | ZFL-0989346 | Exh 2 | | Phone numbers |
| 26 | 1/10/2017 | 334-004 | ZUF-00157681 | Exh 3 | | Phone numbers |
| 27 | 1/10/2017 | 334-005 | ZFL-1845373 | Exh 4 | | Phone numbers |
| 28 | 2/1/2017 | 347-003 | LEPLAINTIFFS-0048763 | Exh A | 779, 781 | Phone numbers and PII |
| 29 | 2/1/2017 | 347-004 | LEPLAINTIFFS-0048947 | Exh B | 952, 953 | Phone numbers and PII |
| 30 | 2/1/2017 | 347-005 | ZFL-0390586 | Exh C | 590 | PII |
| 31 | 2/1/2017 | 347-006 | ZFL-0003037 | Exh D | 050, 052, 066, 068 | Phone numbers and PII |
| 32 | 2/1/2017 | 347-008 | ZFL-0003087 | Exh F | 101, 104 | Phone numbers and PII |
| 33 | 2/1/2017 | 347-012 | ZFL·0003197 | Exh J | | Phone numbers and PII |
| 34 | 3/24/2017 | 365-017 | ZFL-1843874 | Weiler Decl Exh 14 | | Phone numbers |
| 35 | 3/24/2017 | 365-021 | ZFL-2490106 | Weiler Decl Exh 18 | | Phone numbers |
| 36 | 5/9/2017 | 397 | | Ps Mem. ISO Mot. Compel | 17, 21 | Phone numbers |
| 37 | 5/24/2017 | 409-004 | | Exh B | | Phone numbers |
| 38 | 5/24/2017 | 409-008 | | Exh F | | Phone numbers |
| 39 | 6/30/2017 | 443-003 | | Weiler Decl Exh 2 | | Phone numbers |
| 40 | 6/30/2017 | 443-017 | | Weiler Decl Exh 16 | | Phone numbers |
| 41 | 6/30/2017 | 443-018 | | Weiler Decl Exh 17 | | Phone numbers |
| 42 | Intentionally left blank | | | | | |
| 43 | 6/30/2017 | 443-020 | ZFL-2701711 | Weiler Decl Exh 19 | | Phone numbers |
| 44 | 6/30/2017 | 443-021 | ZFL-2701752 | Weiler Decl Exh 20 | | Phone numbers |
| 45 | 7/24/2017 | 464-009 | ZFL-2700730 | Saveri Decl Exh 8 | | Phone numbers |
| 46 | 8/31/2017 | 484-013 | ZFL-2701627 | Maysey Decl Exh 12 | | Phone numbers |

| # | Date | Doc | Bates | Exhibit | Page | Type |
|---|---|---|---|---|---|---|
| 47 | 8/31/2017 | 484-016 | ZFL-2701700 | Maysey Decl Exh 15 | | Phone numbers |
| 48 | 2/16/2018 | 518-03 | | Ex. 1 | p. 186 | Phone number |
| 49 | 2/16/2018 | 518-04 | | Ex. 2 | | Phone number |
| 50 | 2/16/2018 | 518-05 | | Ex. 3 | p. 95 | Phone number |
| 51 | 2/16/2018 | 518-08 | | Ex. 6 | | Phone number |
| 52 | 2/16/2018 | 518-09 | | Ex. 7 | | Phone number |
| 53 | 2/16/2018 | 518-21 | | Ex. 19 | pp. 3, 4, 7, 16 | Phone numbers and medical information |
| 54 | 2/16/2018 | 518-29 | ZFL-1376378 | Ex. 27 | | Phone numbers |
| 55 | 2/16/2018 | 518-35 | ZUF-00031544 | Ex. 33 | | Phone numbers |
| 56 | 2/16/2018 | 518-38 | ZUF-00296703 | Ex. 36 | | Medical information |
| 57 | 2/16/2018 | 518-44 | | Ex. 42 | | Phone numbers |
| 58 | 4/6/2018 | 534-4 | | Ex. 50 | pp. 3, 4, 10, 19 | Phone numbers and medical information |
| 59 | 4/6/2018 | 534-21 | ZFL-1872579 | Ex. 67 | | Phone numbers |
| 60 | 4/6/2018 | 534-23 | ZFL-2497585 | Ex. 69 | | Phone numbers |
| 61 | 4/6/2018 | 534-24 | ZFL-2536695 | Ex. 70 | | Phone number |
| 62 | 4/6/2018 | 534-38 | ZUF-00113209 | Ex. 84 | p. 10 | Phone number |
| 63 | 4/6/2018 | 540-013 | | Exh 9 | | Medical |
| 64 | 4/6/2018 | 540-020 | | Exh 16 | | Medical |
| 65 | 4/6/2018 | 540-023 | | Exh 19 | | Phone numbers |
| 66 | 4/6/2018 | 540-024 | | Exh 20 | | Phone numbers |
| 67 | 4/6/2018 | 540-039 | ZFL-2188045 | Exh 35 | 1 | Phone numbers |
| 68 | 4/6/2018 | 540-049 | LEPLAINTI FFS-0042863 | Exh 45 | 18, 22 | Phone numbers |
| 69 | 4/6/2018 | 540-050 | Z.E._002623 | Exh 46 | 16, 18 | Phone number and PII |
| 70 | 4/6/2018 | 540-051 | Z.E._002594 | Exh 47 | 17, 19 | PII |
| 71 | 4/6/2018 | 540-059 | ZFL-0876450 | Exh 55 | 1 | Phone numbers |
| 72 | 4/6/2018 | 540-071 | ZFL-0493435 | Exh 67 | 18 | Account numbers and phone numbers |
| 73 | 4/6/2018 | 540-074 | ZFL-1489313 | Exh 70 | 1-4 | Phone numbers |
| 74 | 4/6/2018 | 540-098 | Z.E._001174 | Exh 94 | 1 | Phone numbers |
| 75 | 4/6/2018 | 540-102 | ZFL-0001960 | Exh 98 | 18 | Phone numbers |
| 76 | 4/6/2018 | 540-103 | ZFL-2655937 | Exh 99 | 19 | Phone numbers |
| 77 | 4/6/2018 | 540-104 | ZFL-0133858 | Exh 100 | 18 | Phone numbers |
| 78 | 4/6/2018 | 540-105 | ZFL-0200442 | Exh 101 | 17 | Phone numbers |
| 79 | 4/6/2018 | 540-106 | ZFL-0158480 | Exh 102 | 22 | Phone numbers |
| 80 | 4/6/2018 | 540-107 | ZFL-0154198 | Exh 103 | 22 | Phone numbers |
| 81 | 4/6/2018 | 540-108 | ZFL-2655805 | Exh 104 | 24 | Phone numbers |
| 82 | 4/6/2018 | 540-110 | ZFL-0 146240 | Exh 106 | 20 | Phone numbers |
| 83 | 4/6/2018 | 540-111 | ZFL-0393668 | Exh 107 | 23 | Phone numbers |
| 84 | 4/6/2018 | 540-112 | ZFL-0039043 | Exh 108 | 20 | Phone numbers |
| 85 | 4/6/2018 | 540-117 | ZFL-2681122 | Exh 113 | 20 | Phone numbers |
| 86 | 4/6/2018 | 540-132 | ZFL-0177190 | Exh 128 | 18, 23 | Phone numbers |
| 87 | 4/6/2018 | 540-133 | ZFL-0492672 | Exh 129 | 7 | Phone numbers |
| 88 | 4/6/2018 | 540-134 | ZFL-0477077 | Exh 130 | 5 | Phone numbers |
| 89 | 4/6/2018 | 540-135 | ZFL-1367368 | Exh 131 | | Phone numbers |
| 90 | 4/6/2018 | 540-136 | ZFL-0246 190 | Exh 132 | 6 | Phone numbers |
| 91 | 4/6/2018 | 540-137 | ZFL-1560180 | Exh 133 | 1, 11, 14 | Bank account information |

| # | Date | Doc | Bates | Exhibit | Pages | PII Type |
|---|---|---|---|---|---|---|
| 92 | 4/6/2018 | 540-140 | ZFL-0535724 | Exh 136 | 6 | Phone numbers |
| 93 | 6/18/2018 | 558-021 | ZFL-1897652 | Exh 19 | | Phone numbers |
| 94 | 7/30/2018 | 574-04 | ZFL-12449194 | Exh 3 | | Phone number |
| 95 | 7/30/2018 | 574-08 | | Exh 7 | | Phone number |
| 96 | 7/30/2018 | 574-19 | | Exh 18 | p. 3 | Medical information |
| 97 | 7/30/2018 | 574-48 | ZFL-0522826 | Ex. 47 | p. 19, 24; existing PII redactions on p. 21 | Phone numbers |
| 98 | 7/30/2018 | 574-50 | | Exh 49 | p. 180 | Phone number |
| 99 | 7/30/2018 | 575-01 | | Exh 52 | p. 9 | Phone number |
| 100 | 7/30/2018 | 575-02 | ZFL-0105053 | Exh 53 | pp. 24, 27 | Phone numbers, address, SSN, passport number |
| 101 | 7/30/2018 | 575-03 | ZFL-0414108 | Ex. 54 | p. 16, existing PII redaction on p. 18 | Phone numbers |
| 102 | 7/30/2018 | 575-04 | ZFL-0504184 | Ex. 55 | pp. 19, 24; existing PII redaction on p. 21 | Phone numbers |
| 103 | 7/30/2018 | 575-08 | LEPLAINTIFFS-0042859 | Ex. 59 | pp. 2, 26, 30; existing PII redaction on p. 8 | Phone numbers, home addresses |
| 104 | 7/30/2018 | 575-09 | Z.E._002617 | Ex. 60 | 2, 5; existing PII redactions on p. 5, 6 | Phone numbers, home address |
| 105 | 7/30/2018 | 575-11 | ZFL-12445923 | Ex. 62 | | Phone number |
| 106 | 7/30/2018 | 575-12 | ZFL-2429202 | Ex. 63 | | Phone number |
| 107 | 7/30/2018 | 575-15 | Z.E. 001891 | Ex. 66 | | Phone number |
| 108 | 7/30/2018 | 575-19 | | Ex. 70 | | Phone number |
| 109 | 7/30/2018 | 575-29 | | Ex. 80 | p. 44 | Phone numbers, home address |
| 110 | 7/30/2018 | 575-30 | ZFL-0489704 | Ex. 81 | | Phone number |
| 111 | 7/30/2018 | 575-33 | ZFL-2252819 | Ex. 84 | | Phone number |
| 112 | 7/30/2018 | 575-39 | Z.E._002623 | Ex. 90 | pp. 16, 18; existing PII redaction on p. 18 | Phone number, home address, passport no. |
| 113 | 7/30/2018 | 575-52 | ZFL-2699696 | Ex. 103 | | Phone number |
| 114 | 7/30/2018 | 575-55 | ZFL-0921215 | Ex. 106 | | Medical information |
| 115 | 9/21/2018 | 596-03 | | Ex. 1 | p. 186 | Phone number |
| 116 | 9/21/2018 | 596-04 | | Ex. 2 | p. 180 | Phone number |
| 117 | 9/21/2018 | 596-07 | | Ex. 5 | p. 95 | Phone number/home address |
| 118 | 9/21/2018 | 596-10 | | Ex. 8 | pp. 66-68 | Phone number |
| 119 | 9/21/2018 | 596-22 | | Ex. 20 | pp. 12, 13, 14 | Medical information |

| | | | | | | |
|---|---|---|---|---|---|---|
| 120 | 9/21/2018 | 596-31 | | Ex. 29 | pp. 12, 13, 14, 23, 32, 47, 48, 75, 86 | Phone numbers and medical information |
| 121 | 9/21/2018 | 596-34 | | Ex. 32 | pp. 12, 19 | Phone numbers |
| 122 | 9/21/2018 | 596-42 | ZFL-0827903 | Ex. 40 | | Medical information |
| 123 | 9/21/2018 | 596-43 | ZFL-0872344 | Ex. 41 | | Phone number |
| 124 | 9/21/2018 | 596-44 | ZFL-0872351 | Ex. 42 | | Phone number |
| 125 | 9/21/2018 | 596-45 | ZFL-0990908 | Ex. 43 | | Phone number |
| 126 | 9/21/2018 | 596-48 | ZFL-1096310 | Ex. 46 | | Phone number |
| 127 | 9/21/2018 | 596-52 | ZFL-1404974 | Ex. 50 | | Phone number |
| 128 | 9/21/2018 | 596-57 | ZFL-1872579 | Ex. 55 | | Phone number |
| 129 | 9/21/2018 | 596-58 | ZFL-1873428 | Ex. 56 | | Phone number |
| 130 | 9/21/2018 | 596-59 | ZFL-1874637 | Ex. 57 | | Phone number |
| 131 | 9/21/2018 | 596-60 | ZFL-1897652 (excerpted) | Ex. 58 | | Phone number |
| 132 | 9/21/2018 | 596-61 | ZFL-1904802 | Ex. 59 | | Phone number |
| 133 | 9/21/2018 | 596-62 | ZFL-1911498 | Ex. 60 | | Phone number |
| 134 | 9/21/2018 | 596-64 | ZFL-2193553 | Ex. 62 | | Phone number |
| 135 | 9/21/2018 | 596-72 | ZFL-2477398 | Ex. 70 | | Phone number |
| 136 | 9/21/2018 | 596-73 | ZFL-2496215 | Ex. 71 | | Phone number and medical information |
| 137 | 9/21/2018 | 596-74 | ZFL-2497585 | Ex. 72 | | Phone number |
| 138 | 9/21/2018 | 596-77 | ZFL-2535654 | Ex. 75 | | Phone number and medical information |
| 139 | 9/21/2018 | 596-78 | ZFL-2536695 | Ex. 76 | | Phone number |
| 140 | 9/21/2018 | 596-79 | ZFL-2544572 | Ex. 77 | | Phone number |
| 141 | 9/21/2018 | 596-81 | ZFL-2757165 | Ex. 79 | | Phone number |
| 142 | 9/21/2018 | 596-82 | ZFL-2764805 | Ex. 80 | | Phone number |
| 143 | 9/21/2018 | 596-83 | ZFL-12535916 | Ex. 81 | | Phone number |
| 144 | 9/21/2018 | 596-85 | ZUF-00031544 | Ex. 83 | | Phone number and account numbers |
| 145 | 9/21/2018 | 596-86 | ZUF-00085896 | Ex. 84 | | Medical information |
| 146 | 9/21/2018 | 596-92 | ZUF-00296965 | Ex. 90 | | Phone number |
| 147 | 9/21/2018 | 596-95 | ZUF-00395941 | Ex. 93 | | Phone number |
| 148 | 9/21/2018 | 596-120 | WME_ZUFFA_00013978 | Ex. 118 | | Phone number |
| 149 | 9/21/2018 | 596-121 | WME_ZUFFA_00031950 | Ex. 119 | p. 12 | Phone number |
| 150 | 9/21/2018 | 596-122 | Z.E._006755 (excerpted) | Ex. 120 | | Phone number and medical information |
| 151 | 9/21/2018 | 596-125 | Hendrick 30(b)(6) Ex. 24 (ZFL-2642993) | Ex. 123 | | Phone number |
| 152 | 9/21/2018 | 596-126 | J. Silva Ex. 8 (ZUF-00296713) | Ex. 124 | | Phone number and medical information |
| 153 | 9/21/2018 | 596-127 | J. Silva Ex. 11 (ZFL-0822197) | Ex. 125 | | Phone number |

| | | | | | | |
|---|---|---|---|---|---|---|
| 154 | 9/21/2018 | 596-128 | J. Silva Ex. 12 (ZUF-00085896) | Ex. 126 | | Medical information |
| 155 | 9/21/2018 | 596-129 | J. Silva Ex. 14 (ZFL-0826818) | Ex. 127 | | Phone number |
| 156 | 9/21/2018 | 596-130 | J. Silva Ex. 16 (ZFL-1012702) | Ex. 128 | | Medical information |
| 157 | 9/21/2018 | 596-131 | J. Silva Ex. 26 (ZFL-2287140) | Ex. 129 | | Phone number |
| 158 | 9/21/2018 | 596-132 | J. Silva Ex. 28 (ZFL-0827903) | Ex. 130 | | Medical information |
| 159 | 9/21/2018 | 596-133 | J. Silva Ex. 29 (ZFL-2497582) | Ex. 131 | | Phone number |
| 160 | 9/21/2018 | 596-135 | J. Silva Ex. 45 (ZFL-2536288) | Ex. 133 | | Phone number |
| 161 | 9/21/2018 | 596-136 | Quinn Ex. 3 (ZFL-2699678) (excerpted) | Ex. 134 | | Phone numbers and medical information |
| 162 | 8/2/2019 | 710 | | Notice Regarding August 26, 2019 Hearing | | Medical information |
| 163 | 8/2/2019 | 711 | | Notice Regarding August 26, 2019 Hearing | | Medical information |