# EXHIBIT 4

-

# REDACTED VERSION OF ECF NO. 256-7

# EXHIBIT E

# Email Regarding Final Agreement

**To:** Lawrence Epstein[lepstein@ufc.com]
**From:** Sam Awad
**Sent:** Mon 2/24/2014 4:17:41 AM
**Importance:** Normal
**Subject:** Fwd: Gilbert updated documents
**Received:** Mon 2/24/2014 4:18:03 AM

Sam Awad
Cell: ▮▮▮▮▮▮▮▮
Begin forwarded message:

**From:** Sam Awad <samawadlaw@gmail.com>
**Date:** February 23, 2014 at 6:21:11 PM PST
**To:** "Fonseca, Mike" <mike.fonseca@caa.com>, "Balelo, Nez" <NBalelo@caa.com>, "Nahra, Joe" <joe.nahra@caa.com>, plepage@lb3i.com
**Cc:** Rodolphe <rbeaulieu@lb3i.com>, gil melendez <melendezgil@hotmail.com>
**Subject: Fwd: Gilbert updated documents**

Hi Guys -
Please find attached the final agreements that were completed today with the UFC. I will be checking them to ensure they are the same version as our last redline that was sent to them. They agreed all changes to the document that were provided by Phil with the exception of tickets - which will remain at 6. The UFC is asking whether we can alert Bellator tonight. I will forward the proposed UFC PR schedule and talking points by separate mail. They would like us to limit the communication to Bellator to the fact that Gil has signed with the UFC and the offer was superior to the Bellator offer. They did not want us to state that anything regarding matching.

After confirming that the document is the correct version, Gil will sign tonight around 8:30pm and I will forward the signed copies to the UFC with copy to Rod and Phil.

Rod and I are happy to discuss any comments. Thanks.

Best regards.

---------- Forwarded message ----------
From: **Michael Mersch** <mmersch@ufc.com>
Date: Sun, Feb 23, 2014 at 4:43 PM
Subject: Gilbert updated documents
To: "samawadlaw@gmail.com" <samawadlaw@gmail.com>, "rbeaulieu@LB3i.com" <rbeaulieu@lb3i.com>
Cc: Kirk Hendrick <khendrick@ufc.com>, Lawrence Epstein <lepstein@ufc.com>, Michael Mersch <mmersch@ufc.com>

Gentlemen,

Attached please find 3 docuements:

1) A redline copy showing changes made from the previous version
2) A clean execution copy of the Promotional Agreement
3) A clean execution copy of the LOA

CONFIDENTIAL

ZFL-0945634

Please have Gilbert sign and return the clean copies as soon as possible and feel free to contact Kirk, Lawrence or myself if you have any questions.

&lt;image001.png&gt;

**MICHAEL MERSCH | SVP, BUSINESS & LEGAL AFFAIRS AND ASSISTANT GENERAL COUNSEL**
&lt;image002.png&gt;
2960 West Sahara Avenue | Las Vegas, NV 89102

mmersch@ufc.com | mike@ufc.com

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

&lt;Melendez_Gilbert_redline_2_23_14.pdf&gt;

&lt;Melendez_Gilbert_Promotional Agreement_10_fights_2_23_14.pdf&gt;

&lt;Melendez_Gilbert_LOA_2_23_14.pdf&gt;

CONFIDENTIAL                                                                                                                                    ZFL-0945635