# EXHIBIT 9
-
# REDACTED VERSION OF ECF NO. 294-15

# EXHIBIT L

# Follow-up Email from Mercer to Zuffa executives

**To:** Lawrence Epstein[lepstein@ufc.com]; Lorenzo Fertitta[lfertitta@ufc.com]
**Cc:** Ro, Patrick[Patrick.Ro@mercer.com]; Levine, Howard[Howard.Levine@mercer.com]; Rheinberger, Paul[Paul.Rheinberger@mercer.com]
**From:** Shepard, Cathy
**Sent:** Wed 8/21/2013 3:19:29 AM
**Importance:** Normal
**Subject:** FW: UFC - Fighter Pay & Benefits Proposal
**Received:** Wed 8/21/2013 3:19:42 AM
20130808 UFC Fighter Pay Review v3.pdf

Hi Lorenzo and Lawrence,

I hope you are both doing well and had safe travels. We wanted to check in with you and see if you had a change to review the Fighter pay proposal sent in our previous message below. Please let us know if you have any questions and/or would like to schedule a call to discuss the proposed work steps, timing and budget in further details.

Thank you,

**Cathy**

Catherine A. Shepard, CCP,

---

**From:** Shepard, Cathy
**Sent:** Thursday, August 08, 2013 6:33 PM
**To:** Lorenzo Fertitta (lfertitta@ufc.com); Ike Lawrence Epstein (lepstein@ufc.com)
**Cc:** Levine, Howard; Ro, Patrick; Slade, Tom; Rheinberger, Paul
**Subject:** UFC - Fighter Pay & Benefits Proposal
**Sensitivity:** Confidential

Hi Lorenzo and Lawrence,

Per your request, attached is a proposal Howard Levine, our sports expert, and I put together regarding designing a compensation and benefits approach for your Fighters.

Our approach would be to gather as much public and anecdotal information as possible regarding base, incentives and benefits for similar "talent" (to be defined by you), study your historical compensation and benefits practices for the past three years, propose an approach, then model the cost based on your two-year history and your upcoming year projected results.

We would be glad to discuss alternative approaches that you feel may better meet your needs, timing and budget.

Once you've reviewed this please drop me an email or give me a call. I'm working outside the US for the next week and a half, but will be following email and voicemail.

Thank you for the opportunity to continue our relationship with the UFC.

All the best,

**Cathy**

Catherine A. Shepard, CCP, Principal - Talent
**MERCER**
**Talent. Health. Retirement. Investments.**
777 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017

www.mercer.com | Mercer (US)

---

This e-mail and any attachments may be confidential, proprietary or legally privileged. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient,

please delete or destroy the e-mail message and any attachments or copies and notify the sender of the erroneous delivery by return e-mail. To the extent that this message or its attachments were sent without encryption, we can not guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

The information contained in this document (including any attachments) is not intended by Mercer to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code that may be imposed on the taxpayer.

CONFIDENTIAL

ZFL-1007378