# EXHIBIT 10
# -
# REDACTED VERSION OF ECF NO. 303-6

# EXHIBIT 5

**Kevin Rayhill**

---

**From:** Lauren Fisher [redacted]
**Sent:** Wednesday, September 14, 2016 11:19 AM
**To:** Kevin Rayhill
**Cc:** Joseph Saveri; Matthew Weiler
**Subject:** Re: Le et al. v. Zuffa, LLC, Case No 2:15-cv-01045-RFB-PAL

Hi Mr. Rayhill. After investigating the matter, we went ahead and pulled the article containing references to the protected material. I trust this resolves the matter to your satisfaction.

Very truly yours,
Lauren Fisher

--
**Lauren Fisher |** Chief Legal Officer | ([redacted]
1201 Connecticut Ave. NW, Floor 11 | Washington, DC 20036

Vox Media is The Verge, Vox.com, SB Nation,
Polygon, Eater, Racked, Curbed, and Recode

On Mon, Sep 12, 2016 at 7:49 PM, Kevin Rayhill <krayhill@saverilawfirm.com> wrote:

Dear Ms. Fisher,

Please see the attached correspondence.

Sincerely,

Kevin E. Rayhill

t [redacted]

f [redacted]

krayhill@saverilawfirm.com

JOSEPH SAVERI

LAW FIRM

555 Montgomery Street, Suite 1210

San Francisco, CA 94111

--

**Lauren Fisher |** Chief Legal Officer | [redacted]
1201 Connecticut Ave. NW, Floor 11 | Washington, DC 20036

Vox Media is The Verge, Vox.com, SB Nation,
Polygon, Eater, Racked, Curbed, and Recode