# EXHIBIT 15
# -
# REDACTED VERSION OF
# ECF NO. 320-8

# EXHIBIT 7

**To:**      Lorenzo Fertitta[lfertitta@ufc.com]
**From:**    Tracy Long
**Sent:**    Tue 10/23/2012 8:22:00 PM
**Importance:**      Normal
**Subject:**  RE: "STRIKEFORCE" / Ronda Rousey - Promotional and Ancillary Rights Agreement
**Received:**        Tue 10/23/2012 8:22:01 PM

Sure.

**UFC**
TRACY LONG | LEGAL AFFAIRS MANAGER
 & EXECUTIVE ASSISTANT TO IKE LAWRENCE EPSTEIN, EVP & GC
 & EXECUTIVE ASSISTANT TO MICHAEL MERSCH, SVP & AGC
ULTIMATE FIGHTING CHAMPIONSHIP
PO Box 26959 | Las Vegas, NV 89126
█████████ |█████████ |
http://twitter.com/ufc   http://facebook.com/UFC

---

**From:** Lorenzo Fertitta
**Sent:** Tuesday, October 23, 2012 1:21 PM
**To:** Tracy Long
**Subject:** Fwd: "STRIKEFORCE" / Ronda Rousey - Promotional and Ancillary Rights Agreement

Can you look at these notes and organize the relevant points in a memo for me by tomorrow.

Sent from my iPhone
 Begin forwarded message:

> **From:** Dave Feldman <dave@bhdrl.com>
> **Date:** October 22, 2012, 9:38:21 PM EDT
> **To:** "'Lfertitta@ufc.com'" <Lfertitta@ufc.com>
> **Cc:** 'Darin Harvey' <darin@fighttribemma.com>
> **Subject: FW: "STRIKEFORCE" / Ronda Rousey - Promotional and Ancillary Rights Agreement**
>
> Hi Lorenzo, thank you for your patience, but we did want to be sure we had discussed and reviewed our notes with Ronda and her manager before sending to you.

Attached please find our notes and comments on the new Promotional and Ancillary Rights Agreement, dated as of October 1, 2012. Please review and revise to the extent acceptable to UFC. Of course, should you wish to discuss any of our notes, of have any trouble reading our comments, please let me know and happy to go through it with you.

In the meantime, we look forward to receiving a revised, redlined version of the Agreement at your convenience.

Best regards, Dave

David B. Feldman, Esq.
Bloom Hergott Diemer Rosenthal LaViolette
Feldman Schenkman & Goodman, LLP
150 S. Rodeo Drive, Third Floor
Beverly Hills, CA  90212
████████████████████

Email: dave@bhdrl.com

CONFIDENTIAL                                                    ZFL-1014102