# EXHIBIT 16
-
# REDACTED VERSION OF ECF NO. 320-9

# EXHIBIT 8

**To:** Tracy Long[tlong@ufc.com]
**From:** Lorenzo Fertitta
**Sent:** Tue 10/23/2012 8:20:58 PM
**Importance:** Normal
**Subject:** Fwd: "STRIKEFORCE" / Ronda Rousey - Promotional and Ancillary Rights Agreement
**Received:** Tue 10/23/2012 8:20:59 PM
DOC353.PDF
ATT00001.htm

Can you look at these notes and organize the relevant points in a memo for me by tomorrow.

Sent from my iPhone

Begin forwarded message:

**From:** Dave Feldman <dave@bhdrl.com>
**Date:** October 22, 2012, 9:38:21 PM EDT
**To:** "'Lfertitta@ufc.com'" <Lfertitta@ufc.com>
**Cc:** 'Darin Harvey' <darin@fighttribemma.com>
**Subject: FW: "STRIKEFORCE" / Ronda Rousey - Promotional and Ancillary Rights Agreement**

Hi Lorenzo, thank you for your patience, but we did want to be sure we had discussed and reviewed our notes with Ronda and her manager before sending to you.

Attached please find our notes and comments on the new Promotional and Ancillary Rights Agreement, dated as of October 1, 2012. Please review and revise to the extent acceptable to UFC. Of course, should you wish to discuss any of our notes, of have any trouble reading our comments, please let me know and happy to go through it with you.

In the meantime, we look forward to receiving a revised, redlined version of the Agreement at your convenience.

Best regards, Dave

David B. Feldman, Esq.
Bloom Hergott Diemer Rosenthal LaViolette
Feldman Schenkman & Goodman, LLP
150 S. Rodeo Drive, Third Floor
Beverly Hills, CA  90212

Email: dave@bhdrl.com