# EXHIBIT 22
-
# REDACTED VERSION OF ECF NO. 320-20

# EXHIBIT 19

**To:** Kirk Hendrick[khendrick@ufc.com]; Lawrence Epstein[lepstein@ufc.com]
**Cc:** Lorenzo Fertitta[lfertitta@ufc.com]
**From:** Randy Klein
**Sent:** Wed 12/24/2008 7:28:53 PM
**Importance:** Normal
**Subject:** RE: UFC letting MMA Elite back in the Octagon
**Received:** Wed 12/24/2008 7:28:54 PM

Kirk,

I agree with you. Everything we do now is setting new precedent but I'm confident over time, we'll figure out a model and strategy where everyone can co-exist. Lawrence, I have a call into you to discuss delivering the right message to the licensees.

Randy

**Randy Klein**
**Vice President Licensing and Merchandising**
**UFC- Ultimate Fighting Championship**
**P.O. Box 26959**
**Las Vegas, Nevada 89126▮59**

**32131 Lindero Canyon Road #212**
**Westlake Village, CA 91361**

---

**From:** Kirk Hendrick
**Sent:** Wednesday, December 24, 2008 11:18 AM
**To:** Lawrence Epstein; Randy Klein
**Cc:** Lorenzo Fertitta
**Subject:** RE: UFC letting MMA Elite back in the Octagon

I agree. This is a very complicated issue that we are working through with fighters, sponsors, licensees, retailers, etc.
At this point, Lawrence's #3 is the best option we have.
Randy, your job is to be sure that our licensees know that we are protecting them and the UFC brand.
As Lawrence mentions, we need to get on the phone so that you can properly deliver that message to the licensees.

---

**From:** Lawrence Epstein
**Sent:** Wednesday, December 24, 2008 10:57 AM
**To:** Randy Klein
**Cc:** Kirk Hendrick; Lorenzo Fertitta
**Subject:** RE: UFC letting MMA Elite back in the Octagon

CONFIDENTIAL                                                                                                                ZFL-1845329

**From:** Randy Klein
**Sent:** Wednesday, December 24, 2008 9:32 AM
**To:** Lawrence Epstein
**Subject:** UFC letting MMA Elite back in the Octagon

Lawrence,

Just saw this article and Chad and I are receiving calls from our licensees confused about our support of MMA Elite



Randy

Browse > Home / Apparel, Featured, UFC, sponsorships / Cage Fighter Nearing Re-Entry Into Octagon

# Cage Fighter Nearing Re-Entry Into Octagon

December 23, 2008

Conspicuous in their display during last night's Countdown to UFC 92 was the Cage Fighter clothing brand. Cage Fighter is the best known of the brands from MMA clothier MMA Authentics. In a well publicized falling out with MMA Authentics, Cage Fighter and its' sister brands were banned from the Octagon and any UFC related events. The dispute centered on MMA Authentics MMA Elite brand beating out the UFC for shelf space at Wal Mart. The prominent display of the brand during Countdown is the latest sign of a lessening in tensions between the UFC and the clothing brand.

Despite being banned from the Octagon, the lines of communication between the fight promotion and the clothing company have remained open. MMAPayot.com has learned negotiations heated up between the two in consultations in and around the TUF 8 Finale card and have been heavy since. A deal between the two seems imminent, with negotiations already being in place for several athletes to possibly wear Cage Fighter into the Ring for UFC 92, including Rampage Jackson.

MMAPayout.com has also learned Cage Fighter/ MMA Authentics is trying to lock up exclusive lifestyle apparel rights for UFC. The TapouT brand would still be a cornerstone of the UFC's apparel strategy, with the co-existence of TapouT and Cage Fighter merely being a case of semantics. The terms of the possible deal are unknown, but a similar deal between the UFC and TapouT for exclusive promotional rights is rumored to involve the UFC taking profit participation points from TapouT.

Written by Robert Joyner · Filed Under Apparel, Featured, UFC, sponsorships

Tagged:

Randy Klein
Vice President Licensing and Merchandising
UFC- Ultimate Fighting Championship
P.O. Box 26959
Las Vegas, Nevada 89126-0959

████████████████

████████████ (cell)
32131 Lindero Canyon Road #212
Westlake Village, CA 91361
████████████████████████

████████████

CONFIDENTIAL

ZFL-1845331