# EXHIBIT 24

-

# REDACTED VERSION OF ECF NO. 329-4

# EXHIBIT C

# 2008 e-mail between Ike Lawrence Epstein and Michael DiSabato of MMA Authentics

## Tracy Hyman

| | |
|---|---|
| **From:** | Lawrence Epstein |
| **Sent:** | Friday, November 28, 2008 10:49 AM |
| **To:** | Tracy Hyman |
| **Subject:** | FW: MMA Authentics proposal |
| **Attachments:** | Proposed Partnership with MMA Authentics & UFC.doc |

Please save in the MMA Elite file.

**From:** M DiSabato [mailto:mdisabato@mmaauthentics.com]
**Sent:** Monday, November 03, 2008 4:55 PM
**To:** Lawrence Epstein
**Cc:** Dana White; Lorenzo Fertitta; levitt@hawaii.rr.com; Sylvan Bednar
**Subject:** MMA Authentics proposal

Ike

Thank you again for the ability to share the following proposal with you regarding our interested in developing a licensing and sponsorship relationship with the UFC®. To follow is a breakdown of the major points of the attached proposal:

- Three year licensing and sponsorship agreement (with one year option) between the UFC and MMA Authentic brands
- UFC earns percentage override on all businesses generated by MMA Authentics, including sales on MMA Elite, Cage Fighter, MMA Authentics, and Familia Gladiatoria
- UFC grants MMA Authentics exclusive licensing rights to UFC branded product at Wal-Mart
- Minimum guarantee against royalty payments over three year period — $3,000,000 paid quarterly beginning April 2009
- Estimated revenue to UFC based on sales projections included in attached proposal — over $7,000,000 over three years
- UFC officially endorses MMA Authentics brands as official fight brands of the UFC — UFC promotional inventory shared with MMA Authentics during the length of the licensing and sponsorship relationship

Realizing the demands on your time, I plan to call you tomorrow to explore a time this week to answer questions and explore a time to meet in person either in Florida this week (if you are there for WEC event) or in Vegas later this week/early next week . We will be accessible and available all week and at your convenience to work to put a long term deal in place which is mutually beneficial to both parties. Thank you again for your time and consideration

Michael H. DiSabato
MMA Authentics
576 Georgesville Road
Columbus, OH 43228



12/1/2008

CONFIDENTIAL                                                                ZFL-1153898

"Gold Medals are not really made of gold. They are made of sweat, determination and a rare to find alloy called guts." Dan Gable, Olympic Gold Medalist, Wrestling, Munich 1972

"Leadership is not a position, it is an action." Russ Hellickson, Olympic Silver Medalist, Wrestling, Montreal 1976

"What is not to love about Chuck Liddell!" ESPN The Magazine, Cover May 2007

"Remember success is a journey, not a destination. Have faith in your ability." Bruce Lee

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.549 / Virus Database: 270.8.5/1764 - Release Date: 11/3/2008 7:46 AM

12/1/2008

CONFIDENTIAL

ZFL-1153899