# EXHIBIT 25
-
# REDACTED VERSION OF ECF NO. 334-3

# EXHIBIT 2
ZFL-0989346

...

**To:** Lawrence Epstein[lepstein@ufc.com]; Kirk Hendrick[khendrick@ufc.com]; Lorenzo Fertitta[lfertitta@ufc.com]
**From:** Michael Mersch
**Sent:** Tue 8/5/2014 6:19:58 PM
**Importance:** Normal
**Subject:** FW: Mark Hunt New Deal
**Received:** Tue 8/5/2014 6:20:00 PM

Mark Hunt Current Deal:

Hunt is on his 3rd fight of a 6-fight Agreement. 85+85, 90+90, 95+95, 100+100. (Was at $160K flat for first bout but if he lost any fight, he dropped to 85+85, increasing by 5K for win. Championship defense PPV. Lost first fight to JDS and dropped to 85+85. Second fight was against Antonio Silva (Draw).

Other deal point for new deal noted below which is what was sent to him on or about July 10, 2014.

**UFC**
**TRACY LONG | DIRECTOR, ATHLETE RELATIONS**
ULTIMATE FIGHTING CHAMPIONSHIP
PO Box 26959 | Las Vegas, NV 89126

http://twitter.com/ufc  http://facebook.com/UFC

**From:** Michael Mersch
**Sent:** Tuesday, July 08, 2014 4:53 PM
**To:** Tracy Long
**Subject:** RE: Mark Hunt New Deal

That is what Dana wanted to offer to him. For reference, it's the same deal Roy Nelson has less 2 fights.

**From:** Tracy Long
**Sent:** Tuesday, July 08, 2014 4:50 PM
**To:** Michael Mersch
**Subject:** RE: Mark Hunt New Deal

Please confirm:

6 fights/30 months
200 + 50
225 + 50
250 + 50
275 + 50
300 + 50
325 + 50

Challenging for or defending
500 flat

Loses title, reverts to first section, first compensation.

Standard PPV for championship defense

(Pull out 100 from show money in first section and 300 from second section and put into LOA).

**UFC**
**TRACY LONG | DIRECTOR, ATHLETE RELATIONS**
ULTIMATE FIGHTING CHAMPIONSHIP
PO Box 26959 | Las Vegas, NV 89126

http://twitter.com/ufc  http://facebook.com/UFC

**From:** Michael Mersch
**Sent:** Tuesday, July 08, 2014 3:26 PM

**To:** Tracy Long
**Subject:** Mark Hunt New Deal
**Importance:** High

Can you do a new 6 fight deal for Mark Hunt that is the same as Roy Nelson's without the first two fights?

**UFC**
**MICHAEL MERSCH** | SVP, BUSINESS & LEGAL AFFAIRS AND ASSISTANT GENERAL COUNSEL
ULTIMATE FIGHTING CHAMPIONSHIP
2960 West Sahara Avenue | Las Vegas, NV 89102

mmersch@ufc.com | mike@ufc.com

CONFIDENTIAL