# EXHIBIT 26

-

# REDACTED VERSION OF ECF NO. 334-4

# EXHIBIT 3
ZUF-00157681

| | |
|---|---|
| From: | Lawrence Epstein |
| Sent: | Tuesday, January 27, 2009 12:34 PM |
| To: | Lorenzo Fertitta; Kirk Hendrick; John Mulkey |
| Subject: | Fw: Fw: silverstar |

FYI

Ike Lawrence Epstein
Executive Vice President and General Counsel
Zuffa, LLC dba The Ultimate Fighting Championship
2960 West Sahara Avenue, Suite 100
Las Vegas, Nevada 89102



lepstein@ufc.com
www.ufc.com

This email and any of the attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any of the attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at ▓▓▓▓▓▓▓▓ and permanently delete the original copy and any copy of any email, any printout thereof.

---

**From**: Vince Petronzio
**Date**: Tue, 27 Jan 2009 12:21:12 -0800
**To**: <lepstein@ufc.com>
**Subject**: Re: Fw: silverstar

Lawrence,

Thanks for taking our phone call this morning.

As discussed, Silver Star has over invested in the upcoming GSP sponsorship to the point of losing money. In short, we are over leveraged in this upcoming event and sponsorship.

We appreciate your proposal below, and given our meeting yesterday, understand the perspective of the UFC for access. However, it would be difficult for Silver Star to accomplish given the extremely short time frame and company's present cash resources.

But, we do want to show the UFC good faith, and send a clear message of Silver Star's desire to work as partners on this and upcoming events.

Accordingly, we propose the following:

1

(1) For UFC 94 and subsequent event access:

a. pay Zuffa, LLC a per unit royalty of 5% (five percent) of the wholesale price for each Endorsed Product sold;

b. royalties due Zuffa would accrue when Silver Star receives payment for the Endorsed Product sold;

c. Zuffa, would receive payment within thirty (30) days of the end of each calendar quarter, for all royalties that have accrued during that calendar quarter;

(2) Include Merchandising at UFC sponsored events: we believe there is a win-win benefit in providing Silver Star the ability to sell "partnered" merchandise (e.g. GSP Ts) at each event given our proposed relationship; both Silver Star and Zuffa would benefit from the increased exposure and units sold at the event;

(3) Retroactive agreement: As mentioned by Luke during the call, Silver Star has sold approximately 8,500 GSP Ts at this point, and the agreement would be retroactive to include those Ts. Our goal is to ultimately sell far in excess of 50,000 units of each product through our distribution channels, and Zuffa would directly benefit from those sales.

Lawrence, in closing, it is Silver Star's strong desire in the future to be both a major sponsor with the UFC as well as a possible design partner under the UFC brand. And, as agreed, we want to move quickly and take the necessary initial steps to reach that point.

We look forward to your reply to our proposal above.

Vince Petronzio

PS: Luke couldn't resist one last request: he also requested 2 free tickets to each event!

-----Original Message-----
From: "Ike Lawrence Epstein" <lepstein@ufc.com>

Date: Tue, 27 Jan 2009 04:29:14
To: Luke Burrett<luke@buysilverstar.com>
Subject: Re: silverstar

Thanks for taking the time to meet with me today. After discussing the matter with our team this afternoon we feel a fair price for access to possibly our biggest event of the year is $50,000. As far as a longer term proposal goes, I will try to get you a proposal shortly. Obviously we need to deal with the short term issue first, so I

2

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00157682

wanted to give you an indication of our position on this weekend's event asap. Thanks and if you have any questions, please give me a call.

------Original Message------
From: Luke Burrett
To: Ike Lawrence Epstein
Sent: Jan 26, 2009 5:51 PM
Subject: silverstar

Lawrence, just wanted to say thank you for taking the time to sit down with us today! It was a pleasure meeting you i hope we can figure out a nice game plan that can benefit both party's! We are loyal to your organization and can bring allot to the table. Thank You     Luke  p.s give me sizes for you guys and i will send a box of product out

--
Luke T Burrett
Silver Star Distribution Company Inc.
981 Calle Negocio #100
San Clemente Ca, 92673

www.buysilverstar.com <http://www.buysilverstar.com>

Ike Lawrence Epstein
Executive Vice President and General Counsel
Zuffa, LLC dba The Ultimate Fighting Championship
2960 West Sahara Avenue, Suite 100
Las Vegas, Nevada 89102

lepstein@ufc.com
www.ufc.com

This email and any of the attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any of the attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (702)588-5544 and permanently delete the original copy and any copy of any email, any printout thereof.

--
Vince M. Petronzio
Silver Star Distribution Company, Inc.

3

Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00157683