# EXHIBIT 27

-

# REDACTED VERSION OF ECF NO. 334-5

# EXHIBIT 4
ZFL-1845373

**To:** Lorenzo Fertitta[lfertitta@ufc.com]; Dana Blackberry[dana@ufc.com]; Kirk Hendrick[khendrick@ufc.com]; 'JOHN MULKEY'[jmulkey@ufc.com]
**From:** Lawrence Epstein
**Sent:** Tue 12/9/2008 12:17:34 AM
**Importance:** Normal
**Subject:** Champs
**Received:** Tue 12/9/2008 12:17:35 AM

Just had an interesting conversation with Rubin Hanan at Champs. What follows are the highlights:

1. They are cancelling all agreements with Cage Fighter and Affliction, but will still sell Xtreme Couture, but position it as a lifestyle not MMA brand;
2. Going forward they will only sell Tapout and its affiliate brands(Hitman), UFC and WEC;
3. Says there is lots of deep discounting going on with UFC and Tapout product at stores like Marshalls that he believes is hurting our respective brands;
4. Ed Hardy brand is showing signs of collapse and he believes that Affliction could be next;
5. Wants to keep working with us on exclusive WEC and UFC product;
6. Wants to revisit a sponsorship deal after Feb 1, but all of the other aspects of the deal should be negotiated now and we can figure out money when they have more funding;
7. Will get back to me on the BJ/GSP shirts, but believes the low order number was due to regional ordering for Hawaii and Vegas only;

I spoke with Kirk on this, but we really need to look at Tapout and their relationship with their "affiliated brands" like Hitman. It is clear to me that at least with Champs, Tapout is leveraging its existing relationships to promote a new brand that we have no ownership in. I am concerned that we as shareholders in Tapout may be financing this without any upside.

Ike Lawrence Epstein
Executive Vice President and General Counsel
Zuffa, LLC dba The Ultimate Fighting Championship
2960 West Sahara Avenue, Suite 100
Las Vegas, Nevada 89102

lepstein@ufc.com
www.ufc.com

This email and any of the attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any of the attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (702)588-5544 and permanently delete the original copy and any copy of any email, any printout thereof.