# EXHIBIT 33
-
# REDACTED VERSION OF ECF NO. 347-12

# EXHIBIT J

# October 2010 letter from L. Fertitta and D. White to Quarry re payment for UFC Undisputed 2010



October 20, 2010

Nate Quarry

Dear Nate:

As you may recall, the Exclusive Promotional and Ancillary Rights Agreement between you and Zuffa, LLC dba Ultimate Fighting Championship ("Zuffa") dated October 13, 2008 (the "Agreement") granted to Zuffa, among other things, the non-exclusive right to use your Identity (as defined in the Agreement) in connection with video games.

Enclosed please find a check in the amount of $625.00 (the "Non-Exclusivity Payment"). This check is provided as a gesture of good will by Zuffa and by your acceptance of said Non-Exclusivity Payment, you will thereby affirm the grant of rights and other agreements made by you in the Promotional Agreement as of the date of receipt of such Non-Exclusive Payment.

The enclosed amount is being delivered to you as a bonus payment and Zuffa has not deducted any amounts due for Federal, State or local taxes. You will receive a Form 1099 from Zuffa in connection with this payment and any and all Federal, State, local or other taxes due with respect to this payment shall be your sole responsibility. You should consult with your personal tax advisor regarding these matters.

Thank you once again for your contribution to the success of the UFC and for being a part of our family.

Very truly yours,

Lorenzo Fertitta
Chief Executive Officer and
Chairman of the Board

Dana White
President

cc:   Ike Lawrence Epstein, Executive Vice President and General Counsel

1

CONFIDENTIAL

ZFL-0003197