# EXHIBIT 40

-

# REDACTED VERSION OF ECF NO. 443-17

# Exhibit 16 - UNREDACTED LODGED UNDER SEAL

**To:** lorenzo.fertitta@stationcasinos.com[lorenzo.fertitta@stationcasinos.com]; Kirk Hendrick[khendrick@ufc.com]; D F. W[dfw@ufc.com]
**From:** Lawrence Epstein
**Sent:** Mon 11/8/2010 12:05:40 AM
**Importance:** Normal
**Subject:** Fw: Bellator news
**Received:** Mon 11/8/2010 12:05:40 AM

FYI
Ike Lawrence Epstein
Executive Vice President and General Counsel
Zuffa, LLC dba Ultimate Fighting Championship(UFC)
2960 West Sahara Ave.
Las Vegas, NV 89102

Lepstein@ufc.com

---

**From:** Donald Campbell <djc@campbellandwilliams.com>
**To:** Michael Mersch; Colby Williams <jcw@campbellandwilliams.com>; Lawrence Epstein
**Sent:** Sun Nov 07 12:56:53 2010
**Subject:** Re: Bellator news

Redacted

----- Original Message -----
From: Michael Mersch <mmersch@ufc.com>
To: Donald Campbell; Colby Williams; Lawrence Epstein <lepstein@ufc.com>
Sent: Sun Nov 07 12:49:51 2010
Subject: Fw: Bellator news

Redacted

----- Original Message -----
From: ceo@kodynasty.com <ceo@kodynasty.com>
To: Justin E. Klein <jklein@ssbb.com>; Michael Mersch
Sent: Sun Nov 07 12:38:57 2010
Subject: Bellator news

Article on middleeasy.com

I really wish I wasn't the bearer of bad news. Bellator has kept me thoroughly entertained since the summer of 2009. However, things with Bellator are starting to 'hit the fan'. As of this morning, Bellator does not have a television deal to air their season four tournament scheduled for the beginning of 2011. Negotiations with G4 supposedly fell through around the time DirecTV decided to drop the channel from their lineup.
Each Bellator show costs the organization around $400,000. A fee of $65,000 is paid to NBC (similar to what the IFL did) to broadcast regionally in hopes that NBC will pick up the program for a national time slot. They make roughly around $20,000 from sponsors per show which still leaves them in a substantial hole that gets deeper with every week of Bellator broadcasts.
The hedge fund investing in Bellator understood they would take a loss when the organization was created, but with season three wrapping up, they are just not happy with the financial results thus far.
Bjorn Rebney has given away a substantial portion of his share in Bellator away to investors solely for them not to 'pull the plug' on Bellator.
Hence, one of the reasons why Bjorn has been pushing for an Eddie Alvarez vs. Gilbert Melendez fight is to not only garnish interest for Bellator, but if Eddie defeats Gilbert, Bjorn can then use that as leverage for his investors.
Despite some rumors, Fedor is not fighting on New Year's Eve. Not a chance.


K.O.  Dynasty Sports Mgt.
Mickey Dubberly
C.E.O

www.KOdynasty.com

Confidentiality Notice:
The information contained in this email message and any attachments hereto constitutes confidential and proprietary information and trade secrets of KO Dynasty Sports Management  and/or its affiliates. You are hereby instructed to treat all such information as confidential and to not disclose, access or use any such information other than solely in connection with your business with, and for the benefit ofKO Dynasty Sports Management, its affiliates and subsidiaries.
The information contained in this email message and any attachments hereto is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any disseminiation, distribution or copy of this communication is strictly prohibited. If this message contains non-public personal information about any consumer or customer of the senders organization or intended recipient, you are further prohibited under penalty of law from using or disclosing the information to any third party by provisions of the federal Gramm-Leach-Bliley act. If you have received this communication in error, please notify us immediately by replying to this email and delete or discard the message. Thank You.



The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

CONFIDENTIAL                                                                                                                                  ZFL-1021816