# EXHIBIT 42

-

# INTENTIONALLY LEFT BLANK