# EXHIBIT 43
# -
# REDACTED VERSION OF
# ECF NO. 443-20

# Exhibit 19 - UNREDACTED LODGED UNDER SEAL

Message

| | |
|---|---|
| **From**: | Hunter Campbell [whc@campbellandwilliams.com] |
| **Sent**: | 12/31/2014 6:36:47 AM |
| **To**: | Nakisa Bidarian [nbidarian@ufc.com] |
| **Subject**: | Re: Follow up |

Let's do 2 on Monday. Talk with you then. Happy New Year buddy.

Sent from my Verizon 4G LTE Smartphone

----- Reply message -----
From: "Nakisa Bidarian" <nbidarian@ufc.com>
To: "Hunter Campbell" <whc@campbellandwilliams.com>
Cc: "Denitza Batchvarova" <dbatchvarova@ufc.com>, "Kirk Hendrick" <khendrick@ufc.com>
Subject: Follow up
Date: Tue, Dec 30, 2014 10:58 AM

Thanks Hunter.  We are happy to help.

Please let us know if there are times that work between 1230 and 3 on Friday or 2 and 4 on Monday.

Have a happy new year.

On Dec 24, 2014, at 9:36 AM, Hunter Campbell <whc@campbellandwilliams.com> wrote:

Nakisa,

Thank you for following up on the series of issues I asked you and your team to explore further during our meeting last week. However, I had a discussion with Kirk yesterday afternoon as it concerned some of the additional information I requested from him during our meeting and he was able to provide me with everything I requested. As a result, there a few more topics I would like your team to look at for me, so please let me know when you have time for a call.

As I believe I previously mentioned, for well over a year now, my law firm has been preparing this study in order for us (my firm) to better understand certain components of the UFC's business we believe are important to our representation of the company.  Consequently, I would like to bring this project to a close within the next month or so.

Thank you for your attention to this matter, and I look forward to speaking with you soon.

- Wm. Hunter Campbell, Esq.

Campbell & Williams
700 South Seventh Street
Las Vegas, Nevada 89101



email: whc@campbellandwilliams.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege and/or may be attorney work product.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

**From:** Nakisa Bidarian <nbidarian@ufc.com>
**Sent:** Tuesday, December 23, 2014 4:38 PM
**To:** Hunter Campbell
**Cc:** Denitza Batchvarova; Kirk Hendrick
**Subject:** Follow up

Hunter,

Good meeting you last week.

Deni and I would like to follow up with you on the Mercer work. Specifically we want to discuss:

- Providing additional data regarding fighter compensation we have (Sponsorship & Monster money)
- Any additional information they need from us
- Developing talking points regarding the takeaways from the research
- Discussing the revenue estimates for the leagues vs. UFC (should the total comp be looked at as % of league + team revenue; can we get the team data officially)
- Timing on the boxing compensation analysis they are working on
o Anything we can help with
- Timing on the growth in compensation analysis they are working on
o Anything we can help with
- Minimum compensation at other leagues – how is that set?
o Do we amend the comp structure at the bottom? (this is more of an internal analysis and discussion)

Let us know if there is a time that works tomorrow before lunch, next Monday/Tuesday or after new year.

Thanks
Nakisa

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

**Nakisa Bidarian**
**Executive Vice President**
**Strategy & Business Ventures**

*ULTIMATE FIGHTING CHAMPIONSHIP*

PO Box 26959 | Las Vegas, NV 89126
| **nbidarian@ufc.com**

CONFIDENTIAL