# EXHIBIT 44
-
# REDACTED VERSION OF ECF NO. 443-21

# Exhibit 20 - UNREDACTED LODGED UNDER SEAL

Message

**From:** Hunter Campbell [whc@campbellandwilliams.com]
**Sent:** 4/22/2014 12:21:54 AM
**To:** Ro, Patrick [Patrick.Ro@mercer.com]
**CC:** Shelor, Brant [Brant.Shelor@mercer.com]; Chambers, Max [Max.Chambers@mercer.com]
**Subject:** RE: UFC-Mercer: Fighter Pay Check-in

Good Evening Patrick,

The initial review of the analysis will be with me directly. In terms of milestones, there isn't anything we are working towards at this time. As I mentioned on our call, in terms of timing, I'm ready to review a preliminary analysis as soon as you have it ready. The priority however, is (1) staying on budget, and (2) your team taking as much time as necessary to produce the best product possible.

I'm open to a status update call as well if you believe it's necessary.

Thanks, and please let me know if you need anything further at this point in time. All the best,

-Wm. Hunter Campbell, Esq.

Campbell & Williams
700 South Seventh Street
Las Vegas, Nevada 89101

email: whc@campbellandwilliams.com
website: www.campbellandwilliams.com

---

**From:** Ro, Patrick <Patrick.Ro@mercer.com>
**Sent:** Friday, April 18, 2014 4:38 PM
**To:** Hunter Campbell
**Cc:** Shelor, Brant; Chambers, Max
**Subject:** RE: UFC-Mercer: Fighter Pay Check-in

Hi Hunter,

Hope you've been well. I just wanted to give you a quick status update that we are making good progress on the analysis portion of the fighter pay assessment. We will be further refining the analytics and start to draft out the materials/storyline to pull this together.

In terms of timing, we were wondering if you are working towards any milestones on your end to review the draft materials? Would the initial review be with just you or include members of the UFC?

Thanks,

Patrick

**Patrick Ro**, Senior Associate
Mercer | 777 S. Figueroa Street, Suite 2400 Los Angeles, CA 90017
| patrick.ro@mercer.com
alma.ledon@mercer.com
www.mercer.com | Mercer (US) Inc.

**From:** Hunter Campbell [mailto:whc@campbellandwilliams.com]
**Sent:** Friday, March 21, 2014 11:34 AM
**To:** Ro, Patrick
**Subject:** RE: UFC-Mercer: Fighter Pay Check-in

Let's do 2-3.

-Wm. Hunter Campbell, Esq.

Campbell & Williams

700 South Seventh Street

Las Vegas, Nevada 89101



email: whc@campbellandwilliams.com

website: www.campbellandwilliams.com

---

**From:** Ro, Patrick <Patrick.Ro@mercer.com>
**Sent:** Friday, March 21, 2014 11:32 AM
**To:** Hunter Campbell
**Cc:** Shepard, Cathy; Shelor, Brant
**Subject:** RE: UFC-Mercer: Fighter Pay Check-in

Thanks, Hunter. What times are you available? As of now, we have some availability Monday, at 12-1, 2-3 and 4-5pm, at times PST.

Thank you

Patrick

**Patrick Ro**, Senior Associate
Mercer | 777 S. Figueroa Street, Suite 2400 Los Angeles, CA 90017
| patrick.ro@mercer.com
alma.ledon@mercer.com
www.mercer.com | Mercer (US) Inc.

**From:** Hunter Campbell [mailto:whc@campbellandwilliams.com]
**Sent:** Friday, March 21, 2014 11:26 AM
**To:** Ro, Patrick
**Cc:** Shepard, Cathy
**Subject:** Re: UFC-Mercer: Fighter Pay Check-in

Patrick,

Just spoke with my client. Let's set up a call for Monday, but we are ready to proceed.

-Wm. Hunter Campbell, Esq.

Campbell & Williams

700 South Seventh Street

Las Vegas, Nevada 89101



email: whc@cwlawlv.com

website: www.campbellandwilliams.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

**From:** <Ro>, Patrick <Patrick.Ro@mercer.com>
**Date:** Tuesday, March 18, 2014 at 2:45 PM
**To:** Hunter Campbell <whc@campbellandwilliams.com>
**Subject:** RE: UFC-Mercer: Fighter Pay Check-in

Please see attached.

Patrick

**Patrick Ro**, Senior Associate
Mercer 1777 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017
| patrick.ro@mercer.com
alma.ledon@mercer.com
www.mercer.com | Mercer (US) Inc.

**From:** Hunter Campbell [mailto:whc@campbellandwilliams.com]
**Sent:** Tuesday, March 18, 2014 2:32 PM

CONFIDENTIAL                                                                                                 ZFL-2701755

**To:** Ro, Patrick
**Subject:** Re: UFC-Mercer: Fighter Pay Check-in

Please update it with todays date- so we can keep them in order please. Thank you.

-Wm. Hunter Campbell, Esq.

Campbell & Williams

700 South Seventh Street

Las Vegas, Nevada 89101



email: whc@cwlawlv.com

website: www.campbellandwilliams.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

**From:** <Ro>, Patrick <Patrick.Ro@mercer.com>
**Date:** Tuesday, March 18, 2014 at 2:28 PM
**To:** Hunter Campbell <whc@campbellandwilliams.com>
**Subject:** RE: UFC-Mercer: Fighter Pay Check-in

Hunter,

Attached is the most recent version of the fighter pay assessment methodology.

Thanks,

Patrick

**Patrick Ro**, Senior Associate
Mercer | 777 S. Figueroa Street, Suite 2400 Los Angeles, CA 90017
| patrick.ro@mercer.com
alma.ledon@mercer.com
www.mercer.com | Mercer (US) Inc.

**From:** Hunter Campbell [mailto:whc@campbellandwilliams.com]
**Sent:** Tuesday, March 18, 2014 2:24 PM
**To:** Ro, Patrick
**Subject:** Re: UFC-Mercer: Fighter Pay Check-in

Will you please send me the last updated proposal you compiled? I spoke with Kirk last week and wanted to run through it with Lawrence this week to confirm we are on track with the objective of the Company.  Thanks.

-Wm. Hunter Campbell, Esq.

Campbell & Williams

700 South Seventh Street

Las Vegas, Nevada 89101



email: whc@cwlawlv.com

website: www.campbellandwilliams.com

CONFIDENTIAL                                    ZFL-2701757

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

From: <Ro>, Patrick <Patrick.Ro@mercer.com>
Date: Tuesday, March 18, 2014 at 2:20 PM
To: Hunter Campbell <whc@campbellandwilliams.com>
Cc: "Shepard, Cathy" <Cathy.Shepard@mercer.com>, "Shelor, Brant" <Brant.Shelor@mercer.com>
Subject: RE: UFC-Mercer: Fighter Pay Check-in

Hi Hunter,

I hope you are doing well. It's been a while since we last spoke, so I just wanted to check in with you regarding the status of the Fighter Pay engagement. Please let me know if you would like to set up a quick call to catch up.

Thank you,

Patrick

Patrick Ro, Senior Associate
Mercer | 777 S. Figueroa Street, Suite 2400 Los Angeles, CA 90017
patrick.ro@mercer.com
| alma.ledon@mercer.com
www.mercer.com | Mercer (US) Inc.

-----Original Appointment-----
From: Ro, Patrick
Sent: Wednesday, January 29, 2014 8:17 PM
To: Shepard, Cathy; Shelor, Brant; 'Hunter Campbell (whc@campbellandwilliams.com)'; Chambers, Max; Slade, Tom
Subject: UFC-Mercer: Fighter Pay Check-in
When: Thursday, January 30, 2014 3:45 PM-4:15 PM (UTC-08:00) Pacific Time (US & Canada).
Where: Dial in: 877 451 3701; passcode: 2133462281#

CONFIDENTIAL                                                                                       ZFL-2701758

Updating to start 15 minutes earlier.

================================

Patrick and Cathy:

Following a lengthy conversation with Chief Legal Officer and EVP Kirk Hendrick, I would like to schedule a call with both of you to discuss the "revised" proposal. I'm in NYC at the moment, so tomorrow mid-afternoon PST will probably be best for me.

-Wm. Hunter Campbell, Esq.

---

JOIN THE MEETING (guest instructions)

Let us call you.

- If you are in one of the locations below and are using a PC or Wi-Fi-connected tablet, you may join the meeting online. After you click the link, enter your name and choose Dial Me Now. Specify your country/region and telephone number, and then press Dial Me and Join. The conferencing system will call you and join the web conference* (if the host has started one).

    **Available in** Argentina, Australia, Canada, China, Croatia, Czech Republic, Hong Kong, India, Indonesia, Korea, Malaysia, Mexico, Russia, Singapore, Slovakia, South Africa, Taiwan, Thailand, Turkey, UK, US, and US Virgin Islands.

Or choose one of the following to dial into the meeting.

- Use your BlackBerry or iPhone. Choose your location and your phone will dial the conference.

Dial the phone number and conference ID **2133462281**#. Join the web conference* if applicable.

| | |
|---|---|
| Argentina - 0800 555 7437 | Japan - 0120 994 953 or 81 3 4503 6074 |
| Australia - 1800 354 797 | Korea - 080 84 00290 |
| Belgium - 0800 78 129 or 0289 48 262 | Mexico - 01 800 926 9595 |
| Bermuda - 1 877 452 0834 | Mexico City 15541703992 |
| Brazil - 0800 762 1058 or 0800 047 4846 | Netherlands - 0800 0249604 or 020 7946541 |
| Rio de Janeiro 2139587008 | New Zealand - 0800 880351 |
| Brazil Sao Paulo 1139584367 | |
| | Norway - 800 57 370 or 02 10 33 974 |
| Canada - 877 451 3701 or +1 206 607 6466 | Peru - 0800 54814 |
| Cayman Islands - 1 877 239 2838 | Philippines - 1800 89086426 |
| Chile - 123 0020 0849 | Poland - 00 800 121 41 09 or 22 307 01 23 |
| China - 800 870 0089 or 400 686 0049 | Portugal - 800 788 209 or 308 800 903 |
| Colombia - 01 800 518 1665 | |
| | Puerto Rico - 877 460 8623 |
| Czech Republic - 800 700 814 or 228 882 155 | Singapore - 800 120 5823 or 65 6304 4112 |
| Denmark - 80 88 15 41 or 32 72 75 51 | South Africa - 0800 983 355 or 021 427 3049 |
| Finland - 0800 773 815 or 09 23 195 174 | Spain - 800 600 513, 800 600 514 or 93 545 2647 |
| France - 08 05 11 95 15 or 01 70 37 55 03 | Sweden - 020 088 3291 or 08 5051 2707 |
| Germany - 080 0589 1890 or 069 2443 2129 | |
| | Switzerland - 0800 001 191, 0800 920 027 or 022 595 475 |
| Hong Kong - 800 905 906 or 85230186753 | Thailand - 00 1800 658 140 |
| Hungary - 06 800 18871 or 01 778 9274 | Bangkok 6621056136 |

CONFIDENTIAL                                                      ZFL-2701760

| | |
|---|---|
| India - 000800 6103229 or 000800 1008173 (more...) | UAE - 800035702956 |
| Ireland - 1800 936 767 or 01 526 9487 | UK - 0808 238 9877, 0844 338 7427 or 020 3433 3520 |
| Italy -800 146022 or 02 0066 1915 | US - 877 451 3701 or +1 206 607 6466 |

Complete global list of phone numbers.

### HOST THE MEETING (moderator instructions)

- To start a meeting, click the Unified Meeting icon in your PC's notification area and choose *Start Meeting*.

- Alternatively, choose one of the dial-in options above. To enable leader-only keypad commands, be sure to enter your leader PIN when you join.

### GET HELP OR PROVIDE FEEDBACK

- For technical assistance during a conference call, press **\*0** for an operator to join your call or **00** to speak privately with an operator. For assistance at other times, call the InterCall service desk.

CONFIDENTIAL

- If you experience service quality issues that do not require immediate assistance from an operator, please provide feedback online. It is important to send details within 24 hours, which allows InterCall to research the problem and make necessary improvements.

- For reference guides and a schedule of instructor-led training visit mmc.conferencing.com.

\* Most web conferences are view-only, with the host sharing his or her screen. To share your computer screen, you must install software before you join the web conference. The screen-sharing software is currently available for Windows XP, Vista and 7.

The installation is *not* needed to view another person's screen, only to share yours. Technical details...

Clients and guests: Download and install the software; when prompted, choose *I am a participant* (not a moderator).

Marsh & McLennan Companies colleagues: If you have an InterCall account, the software is already installed on your computer.

JOIN THE MEETING (guest instructions)

Let us call you.

- If you are in one of the locations below and are using a PC or Wi-Fi-connected tablet, you may join the meeting online. After you click the link, enter your name and choose Dial Me Now. Specify your country/region and telephone number, and then press Dial Me and Join. The conferencing system will call you and join the web conference\* (if the host has started one).

    **Available in** Argentina, Australia, Canada, China, Croatia, Czech Republic, Hong Kong, India, Indonesia, Korea, Malaysia, Mexico, Russia, Singapore, Slovakia, South Africa, Taiwan, Thailand, Turkey, UK, US, and US Virgin Islands.

CONFIDENTIAL

Or choose one of the following to dial into the meeting.

- <u>Use your BlackBerry or iPhone</u>. Choose your location and your phone will dial the conference.

- Dial the phone number and conference ID **2133462281#**. <u>Join the web conference</u>* if applicable.

| | |
|---|---|
| Argentina - 0800 555 7437 | Japan - 0120 994 953 or 81 3 4503 6074 |
| Australia - 1800 354 797 | Korea - 080 84 00290 |
| Belgium - 0800 78 129 or 0289 48 262 | Mexico - 01 800 926 9595 |
| Bermuda - 1 877 452 0834 | Mexico City 15541703992 |
| Brazil - 0800 762 1058 or 0800 047 4846 | Netherlands - 0800 0249604 or 020 7946541 |
| Rio de Janeiro 2139587008 | New Zealand - 0800 880351 |
| Brazil Sao Paulo 1139584367 | |
| | Norway - 800 57 370 or 02 10 33 974 |
| Canada - 877 451 3701 or +1 206 607 6466 | Peru - 0800 54814 |
| Cayman Islands - 1 877 239 2838 | Philippines - 1800 89086426 |
| Chile - 123 0020 0849 | Poland - 00 800 121 41 09 or 22 307 01 23 |
| China - 800 870 0089 or 400 686 0049 | Portugal - 800 788 209 or 308 800 903 |
| Colombia - 01 800 518 1665 | |
| | Puerto Rico - 877 460 8623 |
| Czech Republic - 800 700 814 or 228 882 155 | Singapore - 800 120 5823 or 65 6304 4112 |
| Denmark - 80 88 15 41 or 32 72 75 51 | South Africa - 0800 983 355 or 021 427 3049 |
| Finland - 0800 773 815 or 09 23 195 174 | Spain - 800 600 513, 800 600 514 or 93 545 2647 |

CONFIDENTIAL

| | |
|---|---|
| France - 08 05 11 95 15 or 01 70 37 55 03 | Sweden - 020 088 3291 or 08 5051 2707 |
| Germany - 080 0589 1890 or 069 2443 2129 | |
| | Switzerland - 0800 001 191, 0800 920 027 or 022 595 4753 |
| Hong Kong - 800 905 906 or 85230186753 | Thailand - 00 1800 658 140 |
| Hungary - 06 800 18871 or 01 778 9274 | Bangkok 6621056136 |
| India - 000800 6103229 or 000800 1008173 (more...) | UAE - 800035702956 |
| Ireland - 1800 936 767 or 01 526 9487 | UK - 0808 238 9877, 0844 338 7427 or 020 3433 3520 |
| Italy -800 146022 or 02 0066 1915 | US - 877 451 3701 or +1 206 607 6466 |

Complete global list of phone numbers.

---

HOST THE MEETING (moderator instructions)

- To start a meeting, click the Unified Meeting icon in your PC's notification area and choose *Start Meeting*.

- Alternatively, choose one of the dial-in options above. To enable leader-only keypad commands, be sure to enter your leader PIN when you join.

CONFIDENTIAL                                                          ZFL-2701764

**GET HELP OR PROVIDE FEEDBACK**

- For technical assistance during a conference call, press ***0** for an operator to join your call or **00** to speak privately with an operator. For assistance at other times, call the InterCall service desk.

- If you experience service quality issues that do not require immediate assistance from an operator, please provide feedback online. It is important to send details within 24 hours, which allows InterCall to research the problem and make necessary improvements.

- For reference guides and a schedule of instructor-led training visit mmc.conferencing.com.

\* Most web conferences are view-only, with the host sharing his or her screen. To share your computer screen, you must install software before you join the web conference. The screen-sharing software is currently available for Windows XP, Vista and 7.

The installation is *not* needed to view another person's screen, only to share yours. Technical details...

Clients and guests: Download and install the software; when prompted, choose *I am a participant* (not a moderator).

Marsh & McLennan Companies colleagues: If you have an InterCall account, the software is already installed on your computer.

This e-mail and any attachments may be confidential, proprietary or legally privileged. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the e-mail message and any attachments or copies and notify the sender of the erroneous delivery by return e-mail. To the extent that this message or its attachments

were sent without encryption, we can not guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

The information contained in this document (including any attachments) is not intended by Mercer to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code that may be imposed on the taxpayer.

---

This e-mail and any attachments may be confidential, proprietary or legally privileged. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the e-mail message and any attachments or copies and notify the sender of the erroneous delivery by return e-mail. To the extent that this message or its attachments were sent without encryption, we can not guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

The information contained in this document (including any attachments) is not intended by Mercer to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code that may be imposed on the taxpayer.

---

This e-mail and any attachments may be confidential, proprietary or legally privileged. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the e-mail message and any attachments or copies and notify the sender of the erroneous delivery by return e-mail. To the extent that this message or its attachments were sent without encryption, we can not guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

The information contained in this document (including any attachments) is not intended by Mercer to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code that may be imposed on the taxpayer.

---

This e-mail and any attachments may be confidential, proprietary or legally privileged. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the e-mail message and any attachments or copies and notify the sender of the erroneous delivery by return e-mail. To the extent that this message or its attachments

were sent without encryption, we can not guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

The information contained in this document (including any attachments) is not intended by Mercer to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code that may be imposed on the taxpayer.

---

This e-mail and any attachments may be confidential, proprietary or legally privileged. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the e-mail message and any attachments or copies and notify the sender of the erroneous delivery by return e-mail. To the extent that this message or its attachments were sent without encryption, we can not guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

The information contained in this document (including any attachments) is not intended by Mercer to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code that may be imposed on the taxpayer.