# EXHIBIT 45

-

# REDACTED VERSION OF ECF NO. 464-9

# EXHIBIT 8

Tracy Long

**From:** Lawrence Epstein
**Sent:** Saturday, April 16, 2011 2:58 PM
**To:** Tracy Long
**Subject:** Fw: Zuffa/Explosion Asset Purchase Agreement -- Version 2

Please save in the Strikeforce file.
------Original Message------

From: Timothy J. Bellamy
To: John Mulkey
Cc: Ike Lawrence Epstein
Cc: Kirk Hendrick
Subject: FW: Zuffa/Explosion Asset Purchase Agreement -- Version 2
Sent: Jan 5, 2011 6:18 PM

[Redacted]

From: Khoa D Do [mailto:kddo@jonesday.com] Sent: Wednesday, January 05, 2011 3:24 AM To: Paschall, C Thomas Cc: Stratton Sclavos; cokeriec@aol.com; cfaas@svse.net; dgralnek@svse.net; Brian Weinstein; Heumann, Steven; Ian Doody; Craig Jacobson; Micheal J Reagan; Erika A Izquierdo; Esther Pun; Kenn Ellner; lepstein@; tbellamy@; Tracy Long; Baronsky, Kenneth; Lim, Grace Subject: Zuffa/Explosion Asset Purchase Agreement -- Version 2

Dear Tom:       Attached please find our comments to the initial draft of the Asset Purchase Agreement.       Please note that this draft is subject to review by Explosion Entertainment. Best, Khoa

Khoa D. Do • Partner
1755 Embarcadero Road • Palo Alto, CA 94303
KDDO@JONESDAY.COM ========== This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

Ike Lawrence Epstein
Executive Vice President and General Counsel Zuffa, LLC dba Ultimate Fighting Championship(UFC) 2960 West Sahara Ave.
Las Vegas, NV 89102

Lepstein@ufc.com

1

CONFIDENTIAL     ZFL-2700730