# EXHIBIT 47

-

# REDACTED VERSION OF ECF NO. 484-16

# EXHIBIT 15

**Message**

| | |
|---|---|
| **From:** | Hunter Campbell [whc@campbellandwilliams.com] |
| **Sent:** | 1/5/2015 4:59:07 PM |
| **To:** | Ro, Patrick [Patrick.Ro@mercer.com] |
| **CC:** | Shelor, Brant [Brant.Shelor@mercer.com]; Shepard, Cathy [Cathy.Shepard@mercer.com]; Chambers, Max [Max.Chambers@mercer.com] |
| **Subject:** | Re: ATTORNEY/CLIENT PRIVELEGED: UFC |

Hello Everyone,

My office is in the process of gathering the boxing data, and I will provide you all with an update when we have it. Thanks.

-Wm. Hunter Campbell, Esq.

Campbell & Williams
700 South Seventh Street
Las Vegas, Nevada 89101

email: whc@campbellandwilliams.com
website: www.campbellandwilliams.com

---

**From:** Ro, Patrick <Patrick.Ro@mercer.com>
**Sent:** Tuesday, December 23, 2014 7:57 PM
**To:** Hunter Campbell
**Cc:** Shelor, Brant; Shepard, Cathy; Chambers, Max
**Subject:** ATTORNEY/CLIENT PRIVELEGED: UFC

Hi Hunter,

Hope you are doing well. I wanted to follow up with you regarding your conversation with Cathy and Brant on the next steps for the Fighter Pay assessment. Specifically, I understand you may have access to boxing purse data for NV, NY, NJ and/or CA. To help us define our methodology for including boxing comp data, we would like to know:

(1) The number of the aforementioned states you had data for and the number of years

(2) Data items available (e.g., boxer pay per show date, broken out by gross purse, licenses, sanction fees, other incidentals, etc)

(3) The format of the data you have access for (e.g. excel, PDF, other)


Please let me know if you have any questions.


Thanks very much,


Patrick


**Patrick Ro**, Senior Associate
**Mercer** | 777 S. Figueroa Street, Suite 2400 Los Angeles, CA 90017
+1 [redacted]                        patrick.ro@mercer.com
Assistant: Alma Ledon | + [redacted]    alma.ledon@mercer.com
www.mercer.com | Mercer (US) Inc.

**From:** Shepard, Cathy
**Sent:** Friday, December 19, 2014 9:16 AM
**To:** Hunter Campbell (whc@campbellandwilliams.com)
**Cc:** Shelor, Brant; Ro, Patrick
**Subject:** UFC
**Importance:** High
**Sensitivity:** Confidential


Hi Hunter, Is there a time we could talk today to debrief re: Wednesday's meeting and next steps? Thanks


All the best,

Happy Holidays! I will be on Holiday from 12/22 – 1/2, so please let me know if you have any year-end needs asap. I will not have regular email/vmail access during much of that time, so if there's something urgent, please reach out to another member of your Mercer team or call my Administrative Assistant, Alma, at [redacted] or alma.ledon@mercer.com.

# Cathy

**Catherine A. Shepard, CCP**, Principal - Talent
**MERCER**

CONFIDENTIAL                                                                                                    ZFL-2701701

**Talent. Health. Retirement. Investments.**
777 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017
Office + ▮▮▮▮ | Fax + ▮▮▮▮  cathy.shepard@mercer.com
Assistant: Alma Ledon | ▮▮▮▮  alma.ledon@mercer.com
www.mercer.com | Mercer (US)

*We help clients around the world advance the health, wealth and performance of their most vital asset – their people.*

---

This e-mail and any attachments may be confidential, proprietary or legally privileged. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the e-mail message and any attachments or copies and notify the sender of the erroneous delivery by return e-mail. To the extent that this message or its attachments were sent without encryption, we can not guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.