# EXHIBIT 53
-
# REDACTED VERSION OF ECF NO. 518-21

# Exhibit 19

Deposition of Joseph Silva

(June 7, 2017)

(excerpted)

FILED UNDER SEAL

FILED UNDER SEAL

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON )
FITCH, on behalf of )
themselves and all others )
similarly situated, )
 )
      Plaintiffs, )
 )
      vs. ) Case No.
 ) 2:15-cv-01045-RFB-(PAL)
 )
ZUFFA, LLC, d/b/a Ultimate )
Fighting Championship and )
UFC, )
 )
      Defendant. )
_____)

VIDEOTAPE DEPOSITION OF JOSEPH SILVA

Richmond, Virginia

June 7, 2017

8:11 a.m.

Reported by:
KIMBERLY L. RIBARIC, RPR, CCR
JOB NO. 50374

**FILED UNDER SEAL**

|  | 98 |  | 100 |
|---|---|---|---|
| 1 | SILVA | 1 | SILVA |
| 2 | A.  Yes. | 2 | Q.  I'm sorry, 25 to 26. |
| 3 | And the problem with something like this, | 3 | And in particular, the text that was sent to |
| 4 | too, is it's not just the Gomi part.  How would I | 4 | you dated 2/27/15 at 18:07.  So at the very bottom of |
| 5 | bring that to Khabib?  I'm looking at Khabib's side | 5 | the page.  And I believe the -- |
| 6 | of it.  He's going, I'm highly ranked, I would like | 6 | MR. ISAACSON:  I'm sorry, bottom of which |
| 7 | to get in position to fight for a title, and beating | 7 | page? |
| 8 | Gomi is not going to help me elevate myself. | 8 | MR. CRAMER:  Bottom of page 25. |
| 9 | Q.  So top fighters, like Khabib, who was | 9 | MR. ISAACSON:  Oh, there.  I see it. |
| 10 | number 4 at the time, he's going to want to fight | 10 | Yeah. |
| 11 | other top fighters in order to get a chance to | 11 | MR. CRAMER:  There's a blank, the blanks |
| 12 | contend for the title; correct? | 12 | are Silva. |
| 13 | MR. ISAACSON:  Objection.  Calls for | 13 | MR. ISAACSON:  Okay. |
| 14 | speculation. | 14 | MR. CRAMER:  I'll represent to you that |
| 15 | A.  Correct. | 15 | the blanks are Silva. |
| 16 | Q.  What ended up happening here, do you | 16 | Q.  And the from is |
| 17 | remember? | 17 | Do you recognize that phone number? |
| 18 | A.  I don't recall.  I don't remember who Gomi | 18 | Is that John Crouch? |
| 19 | went on to fight. | 19 | A.  I don't know. |
| 20 | Q.  And -- and just so I'm clear, one way a | 20 | Q.  Okay.  Who is John Crouch? |
| 21 | fighter can become a contender is by defeating | 21 | A.  John Crouch is a trainer and manager. |
| 22 | higher-ranked opponents? | 22 | Q.  Okay.  We believe it's John Crouch.  If -- |
| 23 | A.  Yes. | 23 | if the context allows you to confirm that for me, |
| 24 | Q.  And so if you keep defeating higher-ranked | 24 | please do. |
| 25 | opponents, eventually you'll be able to fight for the | 25 | So the person who texted to you on 2/27/15 |

|  | 99 |  | 101 |
|---|---|---|---|
| 1 | SILVA | 1 | SILVA |
| 2 | championship; is that right? | 2 | at 18:07 said:  "What did you think of the Ben v. |
| 3 | A.  The -- what -- the one problem with that is | 3 | Tyron match-up." |
| 4 | in a match-up somebody is always going to be ranked | 4 | And you say:  "I like it." |
| 5 | lower. | 5 | And he responded:  "Think we could do five |
| 6 | Q.  Right. | 6 | rounds?  Would like to have some time to wear these |
| 7 | A.  So it's not that you can't still elevate off | 7 | guys down." |
| 8 | a lower, but it's how much lower. | 8 | And you say:  "Probably not.  Only main |
| 9 | Q.  I see.  So if your -- if your goal as a | 9 | events are five rounds and those are i stalky main |
| 10 | fighter is to contend for the title, you -- you do, | 10 | events or the highest ranked, biggest draws |
| 11 | in general, want to continue to fight top-ranked | 11 | available.  We have main events locked in through |
| 12 | opponents; is that right? | 12 | June." |
| 13 | A.  Correct. | 13 | Can you recall that you sent at least the |
| 14 | MR. CRAMER:  Okay.  All right.  I'd like | 14 | last text there, the "probably not"?  Does that sound |
| 15 | to mark as Silva Exhibit 6 the next text | 15 | like you? |
| 16 | compilation. | 16 | A.  Yeah.  I don't dispute it. |
| 17 | (Silva Deposition Exhibit 6 marked for | 17 | Q.  Okay.  And you -- "i stalky" looks like an |
| 18 | identification.) | 18 | i-correct or some kind of -- |
| 19 | Q.  All right.  This is -- this compilation is | 19 | A.  Yeah, it has later on, it says, like, "darn |
| 20 | Bates ZFL-2699690.  And this document was produced by | 20 | auto correct." |
| 21 | Zuffa to us as a compilation of text messages that | 21 | Q.  Yeah.  So what -- what did you think |
| 22 | had been pulled from your phone.  And the interchange | 22 | "i stalky" meant? |
| 23 | I'd like to ask you about is on page 24 to 25 of | 23 | A.  (Reading.)  I'm not sure.  But what I was |
| 24 | Exhibit 6, so 24 of 163. | 24 | telling him, as said in the last sentence, was that |
| 25 | MR. MADDEN:  It's 25 to 26. | 25 | we already had all the main events through that time |

**FILED UNDER SEAL**

```
                                          102
 1                SILVA
 2   period locked in.
 3       Q.  Okay.  So I just want to understand some of
 4   the context here, if I might.
 5       A.  Uh-huh.
 6       Q.  Is it correct that when selecting -- well,
 7   what are main events?  Let's start there.
 8       A.  It's the final fight of the show, the
 9   most -- the -- the show you're kind of putting the
10   most promotion and advertising on --
11       Q.  And that's --
12       A.  -- fight --
13       Q.  That's the main fight that you use as the
14   draw to the event?
15       A.  Yes.
16       Q.  And in those main events, you look to use
17   the biggest drawing fighters; correct?
18       A.  That are available at the time, yes.
19       Q.  That are -- okay.  That are available at the
20   time.  And those include some of the highest-ranked
21   fighters; correct?
22       A.  Sometimes.
23       Q.  Why is it that you seek to populate the main
24   events with the biggest draws as fighters?
25       A.  Because you would like people to buy tickets
```

```
                                          103
 1                SILVA
 2   to it, to tune in on TV to watch it.  And they're
 3   going to want to see the biggest stars that you have.
 4       Q.  And if you have an event that doesn't have a
 5   top level, headlining match-up, that could hurt the
 6   ability of the event to attract an audience; is that
 7   fair?
 8       A.  It is.  And that does happen.  As I said,
 9   it's about what's available.  You may want a bigger
10   fight for a card, but if people are injured or get
11   married or whatever -- you have to work with what you
12   have.
13       Q.  And you'd like to have -- as a matchmaker,
14   you'd like to have the -- a complete stable of
15   top-level fighters that are available to fight so you
16   can create headlining events; correct?
17           MR. ISAACSON:  Objection.  Objection to
18       form.
19       A.  That would be ideal.
20       Q.  Okay.  And you would not headline an MMA
21   event at the UFC with two lesser-known or
22   lower-ranked fighters if you could help it; correct?
23       A.  If you could help it.
24       Q.  And that's because that kind of event would
25   not draw as much fan interest as one with
```

```
                                          104
 1                SILVA
 2   better-known fighters; is that fair?
 3       A.  Yes.
 4       Q.  All right.  If you turn to -- one second.
 5   All right.  Turn to page 2 of the compilation,
 6   please, Silva Exhibit 6.  And if I could draw your
 7   attention to -- to a text that was sent to you dated
 8   January 31st, 2015, at 1:46 p m., sort of in the
 9   middle of the page.  The blanks, again, are you.  And
10   this was sent to you by ▓▓▓▓▓▓▓▓▓▓▓▓▓  And I'll
11   represent to you that that is Rob Haydak, Paul
12   Felder's representative.
13       A.  Okay.
14       Q.  Does that ring a -- is that -- did you know
15   that that was his phone number?
16       A.  No.  I don't know any phone number because
17   it's cell phones, I just hit the name.
18       Q.  Exactly.  Okay.  Understood.
19           But we believe that that is Rob Haydak.
20       A.  Okay.
21       Q.  Who is Paul Felder?
22       A.  He is a lightweight fighter in the UFC.
23       Q.  And Paul Felder is a fighter representative;
24   is that right?  I'm sorry, Rob Haydak --
25       A.  Rob Haydak is.
```

```
                                          105
 1                SILVA
 2       Q.  -- is a fighter representative?
 3       A.  Yes.
 4       Q.  Okay.  And he's someone who you've dealt
 5   with from time to time --
 6       A.  Yes.
 7       Q.  -- or you did when you were at UFC?
 8           Okay.  And he asks:  "Do you still need
 9   someone for Thatch?"
10           And you answer:  "Who do you have?"
11           And then there are -- I'd like you to -- you
12   say:  "Jonavin Webb 7 and 0."
13           And then he says:  "If you need me for Feb
14   am there."
15           And you say --
16       A.  I think that's somebody else.
17       Q.  Somebody else.  Different one.
18           So let's go to C -- I think your answer here
19   is:  "CFFC champ.  Teammate with Felder."
20           This is from -- I'm sorry.  This is from
21   Haydak to you.
22       A.  Uh-huh.
23       Q.  He says, CFS -- "CFFC champ." --
24       A.  Uh-huh.
25       Q.  -- "Teammate with Felder.  Trains with
```

27 (Pages 102 to 105)

**FILED UNDER SEAL**

```
                                    106                                              108
 1              SILVA                             1              SILVA
 2   Cerrone.  Very tough."                       2   that's popular with fans and that's well known; is
 3          "It's a main event.  I need a name guy, 3   that fair?
 4   preferably one who has fought in the UFC."   4          MR. ISAACSON:  Objection to form.
 5          I'm sorry, I skipped over.  So he says: 5      A.  That's -- ideally it's always a sliding
 6   "CFFC champ.  Teammate with Felder.  Trains with 6   scale, as maybe my text will show.  I go, this is
 7   Cerrone.  Very tough."                       7   what I'm looking for; and as time is going by, it's,
 8          And then you respond:  "It's a main event. 8   okay, well, what's the next step down.  What's the
 9   I need a name guy, preferably one who has fought in 9   next step down.  You do the best that you can.  You
10   the UFC."                                   10   have your ideal for it, but then you quite often have
11          Do you see that?                     11   to settle for less.
12      A.  Yes.                                 12      Q.  And you prefer name guys who've fought in
13      Q.  Okay.  What is CFFC?                 13   the UFC for main events because they tend to be
14      A.  It's a promotion, fighting promotion. 14   people who are proven and high-quality fighters; is
15      Q.  And --                               15   that fair?
16      A.  Like cage fighting -- fighting championship, 16          MR. ISAACSON:  Objection to form.
17   something like that.                        17      A.  They at least have a name awareness from UFC
18      Q.  Okay.  So it's a promotion.          18   fans.  They go, I know who this guy is.
19          And Mr. Haydak is -- is offering to you a 19      Q.  And so those fighters who have a UFC
20   fighter who was one of Felder's teammates who trains 20   pedigree will generate more fan interest?
21   with Cerrone for the fight.  Is that what was going 21      A.  It's not only that.  It's also that people
22   on?                                         22   know, as I had brought up earlier, that competing in
23      A.  Yes.  He's trying to establish his pedigree. 23   your first UFC, even for high-level guys, tends to be
24      Q.  I see.  Says, he's very tough.       24   a difficult thing.  They have what the commentators
25          And then -- and that -- and then you say to 25   term "the UFC jitters."  For somebody like Quinton

                                    107                                              109
 1              SILVA                             1              SILVA
 2   him:  "It's a main event.  I need a name guy, 2   "Rampage" Jackson, who competed in Pride in front of
 3   preferably one who has fought in the UFC."   3   huge crowds, still his first UFC he said he had UFC
 4          What were you trying to convey to    4   jitters and it's hard.
 5   Mr. Haydak?                                  5          So it's a tough situation to put somebody
 6      A.  That ideally in the situation what I was 6   into for the first UFC.  It's like, hey, you're not
 7   looking for is somebody who people were familiar with 7   just making your UFC debut, you're in the main event.
 8   since this was the main event.               8   It's more rounds that you may not be used to.  It's a
 9      Q.  And why did you -- why were you telling him 9   tough thing.  So you would prefer not to do that.
10   that you wanted preferably someone who had fought in 10      Q.  So you don't want to take someone who has
11   the UFC?                                    11   fought in another promotion and may have been
12      A.  So that fans would have that name    12   successful in that other promotion, but -- and -- and
13   recognition, why is this guy in the main event? 13   stick them directly in a main event where they would
14      Q.  And it was your -- you were trying to convey 14   potentially be jittery if they were fighting for
15   that more likely a name guy is going to be someone 15   the --
16   who has a pedigree where he was already established 16      A.  It's happened.  And there are some who've
17   in the UFC?                                 17   done well, but there's also some who've complained.
18      A.  Yes.  If you're going to be a main event of 18   There's some who are like, wow, that was -- turned
19   the UFC, it would make sense that you most likely 19   out to be an issue.  But they would have sworn
20   already fought in the UFC.                  20   beforehand that it was not going to be an issue.  But
21      Q.  Okay.  And it's fair to say that in  21   you don't know till you're there.
22   selecting main events, you -- you need a name guy, 22          But what I like to do is give people the
23   generally; is that right?                   23   best chance to succeed.  I'm not trying to get
24      A.  As best as you can do.               24   anybody to win, but I'm trying to give them the best
25      Q.  And a name guy generally means a fighter 25   chance to do as well as they can.
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**FILED UNDER SEAL**

```
                                      182                                          184
 1              SILVA                                  1              SILVA
 2      Q.  And so one of the things you do as a -- as  2      Q.  It's in the -- would you agree that it would
 3  the senior VP of talent is you look out at other MMA 3  be in the interest of fighters to be able to test
 4  promotions and you look for people who you think    4  free agency just to see if they could get a -- a
 5  might be ready for the UFC; right?                  5  counteroffer?
 6      A.  Yes.                                        6          MR. ISAACSON:  Objection.  Calls for
 7      Q.  And then you seek to recruit those people to 7      opinion.  Form.
 8  the UFC, is that right, if -- if they're ready?     8      A.  Yeah, I think our contracts have provisions
 9      A.  Well, I don't -- I'm always very cautious   9  for that at the end of the contract.
10  not to interfere with somebody's contract.         10      Q.  You're referring to the right to match
11  Generally, if -- if somebody becomes available,    11  provision?
12  they'll reach out to me.                           12      A.  That's just -- the contracts don't last
13      Q.  I see.  Okay.  So if someone at another    13  forever, so you will eventually -- if that's your
14  promotion becomes available because their end of   14  choice, you will, and fighters have, gone to free
15  their -- their contract has ended, then they'll    15  agency.
16  contact you; and if they're someone that is, you   16      Q.  So the contracts don't last forever.  It's
17  believe, of UFC caliber, you might engage in       17  fair to say that at the end of the term of a contract
18  negotiations?                                      18  that it's your understanding that Zuffa has a 90-day
19      A.  Yes.  I think the -- fighters will want to 19  exclusive negotiation period?
20  test free agency, so they may contact Bellator, they 20     A.  Yes.
21  may contact me, but they're not going to do it until 21     Q.  All right.  And during that period, Zuffa is
22  they're able to; or every now and then they wouldn't, 22 the only one who can bid on the services of that
23  and I would remind them, get back to me when you   23  fighter; is that correct?
24  legally can.                                       24      A.  That is my understanding.
25      Q.  Right.                                     25      Q.  And then there is a year period called the

                                      183                                          185
 1              SILVA                                   1              SILVA
 2      A.  I don't want to talk to you till you're free 2  right-to-match period; is that your understanding?
 3  to talk to me.                                      3      A.  Yes.
 4      Q.  Right.  When you use the term "free agency," 4      Q.  And during that period, the fighter is able
 5  what did you mean?                                  5  to field offers from other promotions, but Zuffa has
 6      A.  Just that they want to see the other offers 6  the right to match that offer; is that right?
 7  that are out there.  They might choose to stay with 7      A.  That is correct.
 8  the World Series, or if they find a better offer from 8     Q.  And if Zuffa matches that offer, then that
 9  the UFC or from Bellator or from whoever else.      9  fighter is obliged to then re-sign with Zuffa; is
10          And every now and then you'll get one from 10  that right?
11  1FC or from KSW that is not of the norm, but they  11      A.  I believe so.
12  just decide I like that guy and we're going to bid on 12     Q.  So during that 15-month period, if there's a
13  him.  But you won't know until you put feelers out 13  fighter that Zuffa wants to keep, it has the option
14  there.                                             14  of keeping him as long as Zuffa matches any offer
15      Q.  And from the fighter's perspective, some of 15  during that right-to-match period; correct?
16  them want to test free agency so that they can have a 16     A.  Yes.
17  number of different promotions bidding for their   17      Q.  Would you agree with me that 15 months is a
18  services; is that right?                           18  long time in an MMA fighter's career, especially
19          MR. ISAACSON:  Objection.  Calls for       19  during the peak of a MMA fighter's career?
20      speculation.                                   20          MR. ISAACSON:  Objection to form.
21      A.  Yeah, I would say that some do.  Some --   21      A.  No, in that if you -- if the idea is that
22  some feel reassured just to -- you know, just sign me 22 you want to see how you can get the best deal, you
23  up where I'm now, this is where I'm happy.  And some 23 are getting that best deal within that, if we have
24  go, no, I'm interested in seeing what other people 24  the right to match.  If it's after the 90-day
25  have to say.                                       25  exclusive period, and another promotion says, we can
```

47 (Pages 182 to 185)

**FILED UNDER SEAL**

|  | 186 |  | 188 |
|---|---|---|---|
| 1 | SILVA | 1 | SILVA |

Page 186:

1  SILVA
2  give you this much money, we either have to give them
3  as much money or we have to let them go.
4     Q.  Let me ask it this way.  Would you agree
5  with me that if there was a UFC fighter who no longer
6  wanted to fight with the UFC for some reason and the
7  UFC was determined to match any offer, that that
8  fighter, in order to get out from under the contract,
9  would need to wait the 90 days of the exclusive
10 negotiation period and then the 12 months of the
11 right to match; correct?
12    A.  That's my understanding.
13    Q.  All right.  And -- and waiting 15 months
14 without fighting is a long time in a fighter's
15 career; correct?
16       MR. ISAACSON:  Objection to form.
17    A.  Depends on the fighter.
18    Q.  Well, fighters are independent contractors;
19 correct?
20    A.  Yes.
21    Q.  And they -- they pay -- in general, they pay
22 for their own health insurance; correct?
23    A.  We have a form of health insurance, yeah.
24    Q.  But that health insurance doesn't cover
25 their families, for example; right?

Page 187:

1  SILVA
2     A.  No.
3     Q.  And that they have to pay for their trainer;
4  right?
5     A.  Generally the trainers will take a
6  percentage from their purse.  So if they're not
7  getting a purse, then no.
8     Q.  The trainers aren't paid by the UFC;
9  correct?
10    A.  No.
11    Q.  Correct, they're not paid by the UFC?
12    A.  Correct.
13    Q.  UFC doesn't pay fighters' trainers directly;
14 correct?
15    A.  Correct.
16    Q.  And the fighters, in general, pay for their
17 own meals while they're training; correct?
18    A.  Correct.
19    Q.  And their own travel while they're training;
20 correct?
21    A.  Correct.
22    Q.  When you said that the world's -- when you
23 said that Gaethje's first real test coming up was
24 Melvin Guillard, is it fair to say that the World
25 Series of Fighting didn't have a lot of other

Page 188:

1  SILVA
2  fighters in the lightweight class that would be able
3  to give Gaethje an appropriate test?
4     A.  No.  I think -- as I stated earlier, I
5  think -- he was in the lightweight division, which I
6  think is the deepest division in the world.
7     Q.  Uh-huh.
8     A.  I think that pretty much everybody has a
9  decent one, but then to truly stand out -- it's not
10 that you're not good, but you're just amongst the
11 best.
12       The worst lightweight that I have is pretty
13 darn good.  They're not getting by just on their
14 size.  There's so many, just to be in at all you --
15 you must be at -- at a high level of talent.
16       So it -- it's not that they didn't have good
17 ones, but they did not generally have as many
18 recognized people.  With them competing amongst
19 themselves, not as many had yet stood out, where
20 Melvin Guillard was simply a known quantity.
21    Q.  Because he had been at the UFC?
22    A.  He'd been at the UFC, but he'd also fought
23 in other shows around the world too.
24    Q.  Right.
25    A.  He's -- he's a veteran and he'd been around

Page 189:

1  SILVA
2  and you knew of him, so he -- he made for a good
3  measuring stick.
4     Q.  And the World Series of Fighting at that
5  time, in the lightweight division, may have had a lot
6  of other talented fighters, but it didn't have a lot
7  of other known quantities like Melvin Guillard;
8  correct?
9     A.  Correct.
10    Q.  All right.  Back to Exhibit 4, which is one
11 of these -- here -- one of these text message
12 compilations.
13       Turn to page 39 of Exhibit 4.  All right.
14 I'd like -- this is from -- this is the compilation
15 of text messages that was produced to us by Zuffa
16 that I think came from Dana White's phones, and I'm
17 referring to a series of texts from November 11th,
18 2014.  And there is a text at 2:30:24 that I'd like
19 to refer to, from you to ▮▮▮▮▮▮▮▮
20    A.  Uh-huh.
21    Q.  Is that Dana White?
22    A.  I believe so.
23    Q.  Okay.  So you say to Dana White on
24 November 14, 2014, at 2:30 in the afternoon:  "Melvin
25 Guillard missed weight for his WSOF title fight.  Now

**FILED UNDER SEAL**

```
                                                    190
 1                     SILVA
 2   non title and supposedly Gaethje demanded 50 percent
 3   of his purse and got it."
 4          And then White says, "Where is the fight" --
 5       A.  Tampa, Florida.
 6       Q.  And Tampa, Florida.
 7          And then there's an e-mail [sic] that --
 8   that you send to White that says:  "In the press
 9   conference the day before he said he is an A level
10   fighter fighting in a B level show.  Never was the
11   smartest guy."
12          Do you see that?
13       A.  Yes.
14       Q.  What did you mean when you said that Gaethje
15   said he was an A-level fighter fighting in a B-level
16   show?
17       A.  I don't think I was talking about Gaethje, I
18   think I was talking about Melvin Guillard.
19       Q.  Okay.  Guillard.  So what did you mean when
20   you said --
21       A.  I thought he was being disrespectful to the
22   promotion that he's fighting in.
23       Q.  I see.  So he was disrespecting World
24   Series.
25       A.  Right.  It's like they're giving you a shot
```

```
                                                    191
 1                     SILVA
 2   and paying you good money, and you're publicly saying
 3   they're a B-level show, that doesn't seem very smart.
 4       Q.  I see.  So he was publicly dissing the World
 5   Series of Fighters --
 6       A.  Yeah, who was giving them -- him a world
 7   title shot and -- and promoting him.  I -- it was
 8   boggling to me.  But Melvin -- he would be a nice
 9   guy, but he was a troubled guy.  And that's just what
10   I was saying.  It's like a -- what's this kid doing.
11       Q.  Thank you.  You can put that aside.
12          All right.  Let's turn back to Exhibit 13,
13   page 275.  And 13 is the compilation of text messages
14   from Sean Shelby, and these are texts that were sent
15   7/31/13.  275.
16          All right.  So the first message that I want
17   to ask -- to show you is July 31st, 2013, at 1650, or
18   4:50.  Yeah, so 4:50.  Tito versus Rampage.  So it's
19   the one that says, "Tito versus Rampage."
20       A.  Uh-huh.
21       Q.  And this is you saying to Shelby:  "Tito
22   versus Rampage.  We might as well just close up shop
23   now."
24          And then -- and then you -- and then
25   somebody else says:  "Good thing Rampage went to
```

```
                                                    192
 1                     SILVA
 2   Bellator so he wouldn't have to fight wrestlers like
 3   in the UFC."
 4       A.  Uh-huh.
 5       Q.  And then Silva -- and then you say -- Shelby
 6   says:  "LOL.  I just love how Bellator is a
 7   tournament based organi... Wait.  What's going on?"
 8          And then you say:  "2 guys who both lost
 9   their last 3 UFC fights."
10          And then Shelby says:  "Headlining a
11   pay-per-view with two guys combined losing 9 of their
12   last 10 fights."
13          And then Shelby says:  "Sorry last three a
14   piece they total zero and six, 0 and 6."
15          And then Shelby says:  "They tried to throw
16   a curve ball but it went into the stands."
17          And you say to Shelby:  "Dana is going to
18   have fun smashing that matchup publicly."
19          Do you see that?
20       A.  Yeah.
21       Q.  And then -- and then Shelby says to you:
22   "Bellator throws a curve ball... Into the stands.  In
23   Bellator there is no matchmaking, except in their
24   'was relevant 5 years ago' division."
25          And Shelby then says to you:  "It's almost
```

```
                                                    193
 1                     SILVA
 2   too easy."
 3          Do you see that?
 4       A.  Yes.
 5       Q.  All right.  So both of you are communicating
 6   about a Bellator show that had just -- that was about
 7   to occur; is that right?
 8       A.  Yes.
 9       Q.  And that show was going to be headlined by
10   Tito and Rampage?
11       A.  Yes.
12       Q.  Tito who?
13       A.  Ortiz.
14       Q.  Tito Ortiz.  And Rampage Jackson?
15       A.  Correct.
16       Q.  Were both of those fighters who used to be
17   in the UFC?
18       A.  Yes.
19       Q.  Okay.  And Rampage went from the UFC to --
20   oh, sorry.
21          Rampage went from the UFC to Bellator; is
22   that right?
23       A.  Yes.
24       Q.  Okay.  And you were saying it's a good thing
25   Rampage went to Bellator so he wouldn't have to fight
```

**FILED UNDER SEAL**

366

SILVA

run, it's like, how would I justify that to the other fighter. He could point that out and I'd have to go, you have a point there.

Q. Right. And in general, you believed you had to adhere as closely as possible to the structure of -- of compensation so that you didn't confront the next guy, saying why did you overpay this guy, I'm better than him; is that fair?

MR. ISAACSON: Objection. Misstates his testimony. Objection to form.

Q. I didn't mean to misstate. So if I said something you didn't agree with, let me know.

A. I think anytime that you try to renegotiate, you're going to give your point of view, the manager's job is to give their point of view, and you try to work it out.

For me, I like being able to justify. I don't -- I'm not saying here's just random numbers, accept them unquestioningly. It's like, here's my rationale for it, and it's a rationale that I'm also going to have to apply to other people who are involved in this as well.

Q. Right. Your compensation system isn't -- isn't random; that would be a problem for you,

367

SILVA

wouldn't it?

A. Yes.

Q. When you say "everyone knows what everyone makes," what do you mean by that?

A. That if I was to increase Bang's contract -- most of the managers out there -- quite a few of the managers anyways, they do research, they're looking at what's being posted that the -- what these guys are making. So if somebody was to see in his next fight the disparity in what he got paid this time as opposed to last time, they -- just red flags would go up.

It's like, wait, how, after coming off of two losses and a questionable decision, did his pay jump up that much, that people look and research that.

Q. Right. And so if you were to jump someone's pay up above what a comparable person believes they should be paid, that would cause you problems with other fighters; right?

MR. ISAACSON: Objection. Form. You're being vague.

A. Yeah, I think that I want to reward performance and be able to justify the -- the numbers

368

SILVA

that I'm offering them. And if you're not performing as well, it would make sense that your compensation would be below those who are performing well.

Q. In your experience, fighters want to know they are being treated -- or you want to be able to tell fighters that they're being treated fairly relative to other fighters at similar skill levels and records; right?

MR. ISAACSON: Objection. Misstates the testimony.

Q. I'm asking. Is that right?

A. I would like people to believe that I am dealing with them fairly.

Q. And one way you -- you convey to them, the managers and fighters that you're negotiating with, that you're dealing with them fairly is to honestly tell them where you believe they fit, their compensation fits, relative to other fighters at their level; correct?

MR. ISAACSON: Objection to "their level."

Q. Is that right?

A. That's correct.

Q. And you negotiated with hundreds of fighters during your career at the UFC; correct?

369

SILVA

A. Probably more than a thousand, I would think.

Q. And you experienced often fighters or their representatives trying to negotiate, as you just said, using compensation levels of other fighters they believed were similar to their guy; right?

A. Right. And that can be where you can have a difference of opinion of where I'm going, I think that he is similar to this guy, this guy, they can counter and go, we don't see him as similar to that guy, we see him as similar to this guy.

So then that's -- it's still -- it's a matter of opinion. I try to present what I think I -- are the facts I have to back up my argument. But sometimes in -- there have been times where a outlier has been pointed out to me, where I'll go, this is what I think is fair because this is what other guys -- and they'll make a case of, wait a sec now, look what he did here, this is outside of that, and I've gone, you've actually got a point, I'll up it.

It's not rare because I usually do my homework pretty well on these. But there has been occasions like, I missed out on that, you are

93 (Pages 366 to 369)

**FILED UNDER SEAL**

                                                                    370
1                    SILVA
2      correct, I would not want to hurt my credibility by
3      acting like what they have in black and white is not
4      true.
5          Q.  So if you -- if they brought to you like
6      what you have described as an outlier, where some
7      fighter may have diverted from what you thought they
8      should have gotten based on their background and
9      their skill level, you'd -- you'd certainly --
10     sometimes you would hear it from the fighters or
11     their representatives about that outlier; right?
12         A.  Yes.
13         Q.  And if, by creating that outlier, that
14     sometimes causes other fight -- you have to then
15     raise the compensation then of some other fighters
16     because you made that one mistake; is that right?
17         A.  Well -- well, you'd have to -- one, I don't
18     know I'd say it was a mistake.  And it's -- it's a
19     matter of opinion.  And that I did deals, Sean did
20     deals, Dana did deals, Lorenzo did deals, and
21     everybody's judgment is different.  So you have to
22     weigh those in.  So that's all people who are getting
23     deals in the UFC.
24             But a manager's job is to negotiate the best
25     deal that they can.  And my job is to try to

                                                                    371
1                    SILVA
2      negotiate a deal that I thought was fair.
3          Q.  So if -- if, for example, Shelby had been --
4      had been systematically kind of paying fighters a bit
5      more than you did or Dana was systematically paying
6      comparable fighters a little bit more than you did,
7      you then might feel pressure then to kind of pay
8      fighters more because you would be hearing from reps
9      about comparables from Dana or Shelby; is that right?
10         A.  I'm sure it would be brought up.
11         Q.  So if -- if there are some -- if one of the
12     three of you are kind of raising the level per
13     equivalent fighter, that's going to put pressure on
14     that third person to kind of raise as well?
15         A.  I don't think it's pressure in that me and
16     Sean did the vast majority of deals, and me and Sean
17     were in constant communication every day and knew
18     what each other were doing.  So it's not like I was
19     going, Sean, what are you doing here?  We knew.  But
20     we would still, on our own, choose to, let's move
21     people up, we feel like it's time to do it.
22             So Dana and Lorenzo did do deals, but they
23     did, like I said, maybe 10, 15 percent of deals.
24         Q.  Yeah, if you turn to the first page of this
25     document, Bean says:  "Can you meet me in the middle?

                                                                    372
1                    SILVA
2      You said 16, I asked for 18.  Could you agree to 17?"
3             He says that towards the bottom.
4          A.  Uh-huh.
5          Q.  And then you say on December 9, 2010:  "Not
6      trying to be a dick but no.  Everyone knows what
7      everyone makes.  Our purses are public.  I have to
8      justify everyone's pay to everyone else."
9             Do you see that?
10         A.  Yes.
11         Q.  What did you mean by that, "I have to
12     justify everyone's pay to everyone else"?
13         A.  I feel it was important in my job to
14     actually engage with people and not just dictate to
15     them.  So if somebody was going to say, what about
16     this guy, I would have to engage that and not go, too
17     bad.
18         Q.  Right.
19         A.  I'd have to go, okay, you've got a point,
20     let's try and figure this out.  So, yeah, I'm just
21     making him aware of that.
22         Q.  Right.  And so you wanted to make sure that
23     you did your best to try to make sure that comparable
24     fighters with comparable records are getting paid
25     comparable amounts; is that fair?

                                                                    373
1                    SILVA
2             MR. ISAACSON:  Objection.  Form.
3          A.  Yeah, that was my goal.
4          Q.  And one of the reasons why you did that is
5      because you had to justify everyone's pay to everyone
6      else, and if you -- if you were doing this poorly or
7      inefficiently, you'd constantly have fighters
8      demanding more money, they'd say, hey, wait, you paid
9      this guy this much and that guy that much, and you
10     wouldn't be able to justify to them if -- if you
11     hadn't been doing this well; is that right?
12         A.  It would just seem unfair to give somebody
13     something that somebody else, equally deserving,
14     didn't get.
15         Q.  And you attempted, at least in your mind, to
16     be fair, to impose a sense of equity between the
17     different fighters; correct?
18         A.  I did.
19         Q.  All right.  You can put that document aside.
20            MR. CRAMER:  Like to mark the next
21     document as Silva Exhibit 38.
22            (Silva Deposition Exhibit 38 marked for
23            identification.)
24         Q.  Silva 38 is a series of e-mails bearing the
25     Bates range ZFL-2641095 through 1099.  The one at the

**FILED UNDER SEAL**

                                                                    374
1              SILVA
2    top is from Kim Lynch to Mr. Silva and Mr. Mersch,
3    dated October 16, 2007, regarding Ricardo Almeida.
4          Who is Ricardo Almeida?
5       A.  He was a UFC fighter.
6       Q.  All right.  And Ally Almeida is his wife?
7       A.  Was his wife.
8       Q.  Was his wife, okay.
9          And she was his representative at the time?
10      A.  Yes.
11      Q.  Okay.  Turn to page 2 of the document.  I'd
12   like to draw your attention to the e-mail in the
13   middle of the page from you to Ally Almeida.
14         Do you see that?
15      A.  Yes.
16      Q.  Dated Wednesday, October 10, 2007.
17         This is an e-mail that you sent to
18   Ms. Almeida; is that right?
19      A.  Yes.
20      Q.  Okay.  And you wrote a little bit into the
21   e-mail:  "As I have" -- "as I said, I have 200
22   fighters under contract and our purses are public.  I
23   have to justify to all my other fighters what I pay
24   out.  There are people under contract to me now that
25   are not making as much as I offered Ricardo and they

                                                                    375
1              SILVA
2    are better known to our fans and have more UFC fights
3    then he does."
4          Do you see that?
5       A.  Yes.
6       Q.  So what did you mean?
7       A.  That I was explaining to her that I thought
8    the offer for him was very good, out of the normal, I
9    would have to justify that as it is, which was going
10   to be an uphill battle, but yet she wanted even more
11   than that.
12      Q.  And this was one of the ways that you told
13   her you're not going to give her more, is by saying
14   he's already out of the normal; right?
15      A.  Yes.
16      Q.  Okay.  You say there a little bit above the
17   part that I read:  "If I am building fighters I need
18   to know that they are going to be with me for a
19   while."
20         What did you mean by that?
21      A.  Well, that you're investing in the fighter
22   and putting time in getting people to know who they
23   are.  And if they just fought one fight, then you
24   don't know, are they coming back again.  That's not
25   as good an investment.

                                                                    376
1              SILVA
2       Q.  It's a better investment for the UFC if they
3    have fighters locked up under longer term deals than
4    shorter term deals?
5       A.  Well, and also with -- if you're insisting
6    on that you want a higher than normal amount of
7    money, if I go, well, if I normally do four fights,
8    how do I justify giving you more than I would for a
9    four-fight deal, well, you committed to six fights,
10   so that's worth more money to me.  You're giving me
11   something, I'm giving you something.  And to anybody
12   who disputes that, I have something I can explain.
13      Q.  Okay.  All right.  Please turn to page 29 of
14   Exhibit Silva 20.  It's one of these phone -- here it
15   is.  I'll pull it out for you.  It's a text message
16   compilation.
17      A.  Thank you.  What page?
18      Q.  Exhibit 20, and turn to page --
19         MR. MADDEN:  29.
20      Q.  -- 29.
21         So this is from the text message compilation
22   that Zuffa produced to us from Lorenzo Fertitta.  And
23   on page 29 is a series of texts that begin on
24   October 4, 2013, at 2:20:59 p.m.  Yeah.  Okay.  So
25   2:20:59 p.m., there's a text from the 702 number to a

                                                                    377
1              SILVA
2    group, that includes several people.  Do you see
3    that?
4       A.  Yes.
5       Q.  And then it says:  "What's the situation
6    with Schaub?"
7          And then you respond to this group:  "He
8    fought the last fight on his TUF deal.  I offered him
9    new deal and they balked, saying they wanted to talk
10   to you guys about it.  He's not top ten and he wants
11   more than top ten guys like Stipe and Travis Browne
12   are making."
13         And then someone says:  "What's the
14   difference in numbers."
15         And you say:  "He was making 18 plus 18, and
16   I offered 21/21, 24/24, 27/27, and 30/30."
17         And you say also:  "Stipe is making 20/20
18   for the next fight -- for next fight.  He beat the
19   crap out of Roy Nelson.  Schaub got knocked out by
20   Nelson."
21         Do you see that?
22      A.  Yes.
23      Q.  Do you recall who this conversation was
24   with?  Was Lorenzo a part of this?
25      A.  I'm sure he was.

**FILED UNDER SEAL**

                                                                    378
SILVA

Q. So I think it's Lorenzo and Shelby.
And Schaub was a UFC fighter; is that right?
A. Correct.
Q. And in your opinion, he was asking to be paid more than fighters who were highly ranked than him?
A. That I thought had accomplished more than he had.
Q. And so because he was asking to be paid sort of out of the level that you thought should be paid to comparable fighters, you were saying that he should not get the amount that he asked for; is that right?
A. Yes. That was my opinion.
Q. What ended up happening, do you know?
A. I think that he ended up signing a new deal and fighting after that, but I -- I'd have to look. There was a time when he was not -- ended up not fighting for us, but I don't recall if it was at the end of this or not. I don't recall --
Q. Okay.
A. -- the time frame.
Q. All right. You can put that aside.
And I believe you testified that the

                                                                    379
SILVA

standard Zuffa contract was for four bouts, but that you typically renegotiated before the last fight?
A. Yes.
Q. Okay. And is it fair to say that fighters rarely fought out the last fight in their contract without negotiating a new contract?
A. No, it would happen. More times than not they would want a new deal. But they -- there were certainly -- there's lots of examples of people who just, no, I'm going to do it.
Even Roy Nelson in that aforementioned fight with Stipe, that was his last fight under contract. He lost to Stipe and they still signed him to a new deal.
Q. And when you -- you're describing your -- your practice of negotiating after the third fight before the last fight in a contract. Was that an informal Zuffa policy, to your understanding, or that's just something that you did, that was just your practice?
A. I think it was kind of informal. But there's an -- that you have a bunch of shows that you're doing, and there's constant dropouts, so speed became paramount, and if somebody is already under

                                                                    380
SILVA

contract, it's just faster to put them back in there quickly than if you're starting from scratch. So you just always knew. It's like, as many of those guys that you have like that, the better to -- to keep the shows moving smoothly.
Q. Was it your -- were you aware whether Shelby also in -- was -- strike that.
Was it your understanding that Shelby also had a practice of negotiating after the third fight of a four-fight deal?
A. I think we were somewhat similar. I think, for Sean's might have been a little bit different because before I retired, we were both matchmakers but I was doing more fights than he was. So he had less spots on the show, so he had to have even tighter rein over the amount of fighters that he had. So he might have been more willing to just have fighters fight out their deal because we were concerned about making sure not to have too many under contract. And he had less spots to play with on a show than I did.
Q. I see.
Who is Ryan Parsons?
A. He's an MMA manager.

                                                                    381
SILVA

Q. And was he a representative for Patrick Cummins?
A. Yes.
MR. CRAMER: All right. I'd like to mark as Silva Exhibit 39 the next document.
(Silva Deposition Exhibit 39 marked for identification.)
Q. So at the top of this -- this e-mail is dated May 5th, 2015, the one at the top. This -- this is a one-page document with two e-mails with the Bates number ZFL-0977248. And there's an e-mail from you to Mr. Parsons.
Did you send that e-mail?
A. Yes.
Q. Okay. And you write: "I'm not" -- "I'm not locking him into a long term deal."
And you say: "It's just a 4 fight deal and I always renegotiate before the last fight just like I am doing now. So 3 fights and we talk again."
Do you see that?
A. Yes.
Q. So this is an instance of you enacting your practice of negotiating before the last fight; is that right?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**FILED UNDER SEAL**

```
                              394
 1              SILVA
 2   The Ultimate Fighter, so the fight was already
 3   promised.  The fight's out, but yet if he chose to,
 4   Serra could choose to let his old contract just
 5   expire and have no obligation to do that fight.
 6       Q.  You say:  "It's always a bad position for us
 7   to be in counting on that new agreement while time is
 8   ticking away on the old one."
 9          Is what you meant there that you'd rather
10   have a new agreement executed before the old one
11   expires?
12       A.  Well, if -- when it's a situation where you
13   have an already announced fight, which was here,
14   that's definitely not a good situation.  You --
15   you're not going to possibly deliver on something you
16   promised publicly.
17       Q.  So Zuffa doesn't want to be embarrassed by
18   publicly promising a fight and then not having the
19   fight happen?
20       A.  Yes.
21       Q.  Is it also the case, though, that one of the
22   reasons why you try -- it's your practice to try to
23   negotiate with a fighter after the third fight in a
24   four-fight deal, is to not be in a situation where a
25   contract is expiring without a new one having been
```

```
                              395
 1              SILVA
 2   signed?
 3       A.  That's not as much of a problem unless we
 4   didn't get them their number of fights.  Then we
 5   would have to pay them for whatever unfulfilled.  If
 6   it expired and there were still fights left on their
 7   contract, we would be responsible to still pay them
 8   for the fights we did not get them before expiration.
 9       Q.  All right.  You can put that document aside.
10          MR. CRAMER:  All right.  I'd like to mark
11   as the next document Silva Exhibit 42.
12          (Silva Deposition Exhibit 42 marked for
13          identification.)
14       Q.  Silva 42 is a November 2011 e-mail exchange
15   between Michael Mersch and Michael Connette, it bears
16   the Bates range ZFL-1404974 through 4978.
17          I believe I asked you this before, but
18   Connette was a representative for UFC fighter Mark
19   Hunt; is that right?
20       A.  Yeah.  I believe it's Connette.
21       Q.  Connette.  So Connette was a representative
22   for Hunt?
23       A.  Yes.
24       Q.  Turn to the bottom of the third page of this
25   series of e-mails.  There's an e-mail from Mersch to
```

```
                              396
 1              SILVA
 2   Connette dated November 16, 2011.
 3       A.  Uh-huh.
 4       Q.  And Mersch says in the second paragraph:
 5   "Before someone fights for a UFC championship we
 6   would likely have them locked into a longer term
 7   deal.  Additionally, if a fighter is successful under
 8   a 4 fight deal, we typically negotiate a new
 9   agreement after the 3rd fight so he never will see
10   the end of his contract and, assuming the fighter is
11   successful, or at least competitive, that is the
12   process that will continue thereafter."
13          Do you see that?
14       A.  Yes.
15       Q.  Is -- is Mr. Mersch accurately describing
16   the practice at Zuffa with regard to renegotiating
17   contracts after the third fight and before the fourth
18   fight?
19       A.  That's not how I would put it.
20       Q.  So Mersch puts it differently than you
21   would?
22       A.  Yes.
23       Q.  All right.  You can put that document aside.
24          MR. CRAMER:  I'd like to mark the next
25   document as Silva Exhibit 43.
```

```
                              397
 1              SILVA
 2          (Silva Deposition Exhibit 43 marked for
 3          identification.)
 4       Q.  Silva 43 is a one-page series of e-mails
 5   dated [sic] ZFL-14121551.  The e-mail at the bottom
 6   of the page is from Cesar Gracie dated Tuesday,
 7   April 20, 2010.  It's to Mr. Silva, and the subject
 8   is Nick Diaz.
 9          Do you see that?
10       A.  Yes.
11       Q.  And you received that e-mail?
12       A.  Yes.
13       Q.  And Nick Diaz was a UFC fighter?
14       A.  Yes.
15       Q.  And you were making -- I'm sorry.
16          And Mr. Gracie, on behalf of Nick Diaz, was
17   negotiating with you for a new contract; is that
18   right?
19       A.  Yes.
20       Q.  And he requests 33/33, 36/36, and 39/39, or
21   alternatively a one-year contract at 42/42.
22          Do you see that?
23       A.  No.  He's saying he wants the -- the three
24   fights he doesn't think we can get him more than a
25   year, so it would be that much for a year.  But if
```

**FILED UNDER SEAL**

|  | 398 |  | 400 |
|---|---|---|---|
| 1 | SILVA | 1 | SILVA |
| 2 | you could get him a fourth fight, we'd do that at 42 | 2 | comeback, and then you say: "If they turn it down I |
| 3 | plus 42. | 3 | put him in a prelim against a really tough guy for |
| 4 | Q. I see. | 4 | his last fight." |
| 5 | A. That's what he's saying. | 5 | Do you see that? |
| 6 | Q. I see. | 6 | A. Yes. |
| 7 | And then he says: "These numbers are | 7 | Q. So you're saying that if Diaz turns down the |
| 8 | substantially less than what Strikeforce will offer." | 8 | offer which was being made before Diaz's last fight, |
| 9 | Do you see that? | 9 | you were going to put him at a really bad position on |
| 10 | A. Yes, that's what he's saying. | 10 | a card against a tough fight -- tough guy? |
| 11 | Q. And then you say to White and Fertitta right | 11 | A. It's not in a bad position on the card. |
| 12 | above that -- you forward the below e-mail on | 12 | Everybody has to -- if you want to fight in a show, |
| 13 | April 20th, 2010, you say: "Do we let Strikeforce | 13 | you only have so many positions, so you're going to |
| 14 | pay him 48,000 plus 48,000" -- excuse me -- "or do we | 14 | be somewhere. But I'm -- am I going to give that |
| 15 | give them what they want? He was making 24 plus 24. | 15 | spotlight more to somebody who I'm already building |
| 16 | I offered 27/27, 30/30, 33/33, 36/36." | 16 | their next fight or somebody fighting their last |
| 17 | Do you see that? | 17 | fight. You have to make that choice. |
| 18 | A. Yes. Yeah. | 18 | If he agreed to sign the deal, I still have |
| 19 | Q. And then Mr. Fertitta responds to you on | 19 | to decide where to put him. That they still could be |
| 20 | April 20 at 7:39 p.m., he says: "So I guess we will | 20 | in the prelims. On a Pay-Per-View, you only have 5 |
| 21 | hang tight at the number offered. He should be | 21 | main hard fights out of 13. So outside of those 5 |
| 22 | willing to take less money from us." | 22 | bout -- main fight -- bout fights, the rest are |
| 23 | Do you see that? | 23 | prelims. The majority of fights are prelims. To go, |
| 24 | A. Yes. | 24 | you're going to put him in a really bad position, |
| 25 | Q. Do you have an understanding about why | 25 | doesn't make sense. |

|  | 399 |  | 401 |
|---|---|---|---|
| 1 | SILVA | 1 | SILVA |
| 2 | Mr. Fertitta thought that Mr. Diaz would be willing | 2 | Q. Well, you say -- you're offering him a deal |
| 3 | to take less money from the UFC than from | 3 | before the last fight, and he has the option at this |
| 4 | Strikeforce? | 4 | point to take the deal or fight that last fight under |
| 5 | A. Well, he explains it in the next -- | 5 | the old contract; and you say if he does, he turns it |
| 6 | MR. ISAACSON: Objection. Calls for | 6 | down -- |
| 7 | speculation. | 7 | A. Uh-huh. |
| 8 | A. Explains it in the next sentence. | 8 | Q. -- you'll put him in a prelim against a |
| 9 | Q. What was it? What does he say? | 9 | really tough guy for his last fight; right? |
| 10 | A. Says: He got five structured bonuses in his | 10 | A. Right. Which he's only fought really tough |
| 11 | last eight fights plus discretionary totaling | 11 | guys. So what I'm specifying is this. Won't be on |
| 12 | $250,000, which he won't get in Strikeforce. | 12 | the main card, because we have no commitment from him |
| 13 | So he's saying he made bonus money in | 13 | for future, and -- but letting him know, just because |
| 14 | addition over the -- what he would have got in | 14 | it's not on the main card, he's still going to fight |
| 15 | Strikeforce. | 15 | a real guy. It's not like, oh, it's a prelim, he's |
| 16 | Q. I see. So Strikeforce might guarantee him | 16 | going to fight somebody unworthy. It's like, no, |
| 17 | more, but -- | 17 | he's going to fight somebody really tough. And if |
| 18 | A. Right. | 18 | you look at his record before and after, he's always |
| 19 | Q. -- but in the UFC, you'll have the | 19 | fought really tough guys. |
| 20 | opportunity to get discretionary bonuses? | 20 | Q. So in exchange for Diaz not giving you and |
| 21 | A. And he had a history of making. | 21 | the UFC a commitment to -- to re-up on a new |
| 22 | Q. Okay. And then you respond to White and | 22 | contract, you're going to -- you're going to put him |
| 23 | Fertitta on April 20, 2010: "I lowballed them on | 23 | in a prelim and still give him a tough guy, is that |
| 24 | purpose the first offer knowing they would turn it | 24 | right, to fight? |
| 25 | down. How about I come back with" -- and you list a | 25 | A. He's only ever fought tough guys even when |

**FILED UNDER SEAL**

```
                                    402                                          404
 1            SILVA                                 1            SILVA
 2   he fought in the prelims before, so, yes, it would    2   everything's fine, he's not on his last fight, he's
 3   not be different or unusual.                   3   just on his regular one, some cards are very good and
 4       Q.  And so your testimony here today, under    4   you are agonizing over who goes where, who gets those
 5   oath, is that when you said, if they turn it down, I   5   main card slots or not.  And that Sean has fighters
 6   put him in a prelim against a really tough guy for    6   of his and he wants to get them face time, make them
 7   his fight, you did not mean that that would be in a   7   seem important and put there, so I'm trying to take
 8   sense punitive for him turning down the deal?    8   his needs into consideration.  Who does Dana think is
 9       A.  It's not punitive.                     9   main-card worthy.  Who does Lorenzo.
10       Q.  Is your testimony also that if he accepted   10        There's a lot that goes into it.  So we
11   the deal, you would still put him in a prelim against   11   have -- but we have shown that in the past there's
12   a really tough guy for his last fight?         12   people who are in this situation still ended up main
13       A.  No.  Then he'd fight a really tough guy, but   13   card, and there's ones who didn't.  It just depends
14   most likely be featured, because we have future   14   on the situation.
15   fights with him to promote him.                15       Q.  But all things being equal, you'd more
16       Q.  So fighters -- it's fair to say that a   16   likely give someone a better position on a card if
17   fighter who was offered a deal before their last   17   they agree to commit to more fights and to a --
18   fight, reasonably anticipate that if they don't   18   another contract than if they don't; right?
19   accept that deal before their last fight, they would   19       A.  If they're name -- name worthy enough to be
20   be in a worse position than if they accept the deal,   20   on the main card.
21   not just because they get paid less money for that   21       Q.  Right.  So if --
22   last fight, but also because their not giving Zuffa a   22       A.  And somewhere on the bubble.
23   commitment meant that Zuffa was not going to give   23       Q.  So someone who's name worthy enough to be on
24   them a favored position on a card; is that fair?   24   the main card, all things being equal, you'd give
25       A.  No.  It just depends on the circumstance.   25   them the better position relative to others if they

                                    403                                          405
 1            SILVA                                 1            SILVA
 2   That was this particular circumstance.  As with the    2   agreed to commit to another contract than if they
 3   Roy Nelson circumstance, he still fought, might have    3   didn't agree; correct?
 4   been a co-main event.  It just depends on the    4       A.  Depending on the card.
 5   circumstance of the card.                      5       Q.  Depending on the card.
 6        On this particular card, it was a strong    6        But all things equal.  So everything's
 7   card.  On the one that Roy Nelson was, it was not a    7   equal.  What --
 8   strong card, so it's like, well, there is still    8       A.  Anytime everything's equal, anything that's
 9   space.  We're not going to be punitive and cut off    9   unequal makes the difference.
10   our nose to spite our face and put him on a prelim on   10       Q.  Right.  And so this is something that would
11   a card that's not as strong.                   11   make the difference; right?
12        On this particular card, it was a strong   12        So everything's equal.  And the only thing
13   card, and it's like, yeah, it's not hurting us for   13   you know now is that this guy's main card worthy and
14   him to be -- he'd be the main event of the prelims,   14   he has agreed to re-up, versus, it's the same
15   which is still a good position, that's a fight that   15   situation, main card worthy where he's not agreed to
16   would be on FS1 and seen by over a million people.   16   re-up.  You'd more likely give the main card in a
17   And then you still could get that -- that they   17   better position to the guy who has agreed to re-up as
18   advertise that, so you still could get promotion out   18   opposed to the one who hasn't; right?
19   of it.  But it's like, am I going to put him over the   19       A.  Yes.
20   other five guys on a strong card with no commitment   20       Q.  All right.  You can put that document aside.
21   to him.  It's like, I'd rather use that time on the   21        By the way, did you tell Mr. Diaz or his
22   guys that I do.                                22   representative that if they did not re-sign a new
23       Q.  Have a commitment on --               23   contract what position they would get on the card?
24       A.  And you alway -- and each one, you still   24       A.  I don't recall.
25   have to make that choice.  Even when he -- if   25       Q.  Was it the case that sometimes you, in the
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**FILED UNDER SEAL**

```
                                                            406
 1                          SILVA
 2    course of negotiating with a fighter after their
 3    third fight and before the fourth fight, you would
 4    tell the representative, well, as an incentive to
 5    re-sign, we not only will pay you more but we'll give
 6    you a better position on a card for --
 7       A.   Absolutely not.
 8       Q.   Okay.
 9       A.   Because I didn't have the authority to do
10    that.  And the card order would change constantly up
11    to the last minute.
12            So there were times where quite often it was
13    left to my general discretion what the order of the
14    card would be, but then Dana -- so I might even let
15    somebody know, this is it, I've got no opposition, so
16    this is there, but then Dana would go, no, I want --
17    I want this this way.  And then I'd have to go back
18    and tell the person that could be very disappointed,
19    so I stopped telling people, because I knew it -- it
20    could change at any time.
21            Especially with dropouts, which happen every
22    show.  It's very rare that we ever have a show where
23    there's not dropouts, which reshuffles the lineup.
24            So at any time your card position can
25    change.  So I went out of my way not to.  And
```

```
                                                            407
 1                          SILVA
 2    honestly, very few people asked.
 3            You'd have people ask if they were the main
 4    event.  Because in a nontitle main event fight,
 5    especially, it's a five-round fight as opposed to a
 6    three-round fight.  So there was very concrete reason
 7    why they would want to know that.
 8            But in general, I did not -- for a while I
 9    think maybe people were just curious.  Well, where am
10    I, when I could tell my family when they can expect
11    to see my fight.  And -- and there just came a time,
12    it's like it's changed enough times, like, I
13    really -- I can't commit.  This is what it is for the
14    moment, but it's subject to change.
15       Q.   Okay.  I'd like to ask you about injury
16    extensions.  We talked a little bit about that.
17       A.   Yeah.
18       Q.   If you found out after the fact that a
19    fighter had been injured, but the fighter never
20    turned down a fight and never told you beforehand
21    that he was injured, is it your understanding that
22    you could extend their agreement for the period of
23    injury?
24       A.   No.
25       Q.   So you don't know of any instance where
```

```
                                                            408
 1                          SILVA
 2    Zuffa extended a fighter's contract even though that
 3    fighter never turned down a fight based on injury?
 4       A.   No.  Well, you wouldn't have to turn down a
 5    fight, though, if you just let us know you're injured
 6    and can't fight.  There would be no point in me
 7    offering you a fight.  If you call me up today and
 8    go, hey, I just let -- letting you know I broke my
 9    arm, I'm not going to be available to fight; for me
10    to call you the next day and offer you a fight would
11    be silly.
12       Q.   I see.  So if someone informs you that they
13    are injured and can't fight, then you give them an
14    injury extension?
15       A.   Exactly.
16       Q.   Okay.
17            MR. CRAMER:  I'd like to mark the next
18       document as Silva Exhibit 44.
19            (Silva Deposition Exhibit 44 marked for
20            identification.)
21       Q.   So the Bates number was cut off in part.
22    This is a one-page series of two e-mails with the
23    Bates number COX-0041232.  And this is Silva 44.
24            Okay.  This is a November 2012 e-mail
25    exchange between you and Monte Cox.  At the bottom of
```

```
                                                            409
 1                          SILVA
 2    the page on November 13, 2012, Mr. Cox sends you an
 3    e-mail with the subject, "Why are we getting an
 4    injury extension for Rich?"
 5            And that refers to Rich Franklin; is that
 6    right?
 7       A.   Yes.
 8       Q.   He was a UFC champion?
 9       A.   Yes.
10       Q.   And Clare Wetton --
11       A.   Uh-huh.
12       Q.   -- who is she?
13       A.   She works in our Europe office.
14       Q.   All right.  So she works in your Europe
15    office.  And on November 10, 2012, sends to you --
16    you and some others, an e-mail, "Subject: Rich
17    Franklin," "Importance: High," and says:  "Rich
18    Franklin has ███████████████████
19    ████████"
20            And then Silva -- you say to Cox in response
21    to his question why -- why are we getting an injury
22    extension letter for Rich, you say:  "They generate
23    them automatically when a fighter is injured after a
24    fight."
25            Do you see that?
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**FILED UNDER SEAL**