# EXHIBIT 54
-
# REDACTED VERSION OF ECF NO. 518-29

# Exhibit 27

## ZFL-1376378

# FILED UNDER SEAL

**FILED UNDER SEAL**

| | |
|---|---|
| **To:** | John Mulkey[JohnMulkey@ufc.com] |
| **From:** | Stephen Tesci |
| **Sent:** | Sat 7/19/2014 4:30:50 AM |
| **Importance:** | Normal |
| **Subject:** | RE: Fighter project |
| **Received:** | Sat 7/19/2014 4:30:51 AM |

Not sure if you saw this earlier:
It may be easier for me to do the average number of fights in a career – will that be better?
Perhaps average number of fights and average length of career?

Below is the Average length of time between the First Fight and Last Fight, based on the first year they fought for the UFC.
Fighters with only 1 appearance were given a 0.5 (6 month term w UFC).
New fighters who fought the first time in 2014 were also given a 0.5 for duration.

I.e. Fighters who fought their first fight in 2005 had, on average, a 4.11 year career.
I believe the number drops significantly in 2012 because we started signing local fighters to single fights to perform at local events on the undercard.

Overall, 1993 – 2014 avg time between first and last fight, all fighters, is 2.46 years.

If we count people with only 1 fight as having a 0 year career as opposed to a 6 month (0.5) career, the average drops to 1.88 years per a career. This makes the most sense, b/c average contract is 3 fights which is about 1.5 years.

| **Grand Total** | **1.88** | | **Grand Total** | **2.38** |
|---|---|---|---|---|
| only 1 UFC fight equals 0 year career | | | only 1 UFC fight career = 6 mos Career | |
| **1st Year to fight** | **Avg Years** | | **1st Year to fight** | **Avg Years** |
| 1993 | 3.89 | | 1993 | 4.39 |
| 1994 | 1.10 | | 1994 | 1.60 |
| 1995 | 1.40 | | 1995 | 1.90 |
| 1996 | 1.28 | | 1996 | 1.78 |
| 1997 | 1.98 | | 1997 | 2.48 |
| 1998 | 3.44 | | 1998 | 3.94 |
| 1999 | 1.66 | | 1999 | 2.16 |
| 2000 | 3.18 | | 2000 | 3.68 |
| 2001 | 5.93 | | 2001 | 6.43 |
| 2002 | 2.38 | | 2002 | 2.88 |
| 2003 | 3.95 | | 2003 | 4.45 |
| 2004 | 4.10 | | 2004 | 4.60 |
| 2005 | 3.53 | | 2005 | 4.03 |

CONFIDENTIAL
FILED UNDER SEAL
ZFL-1376378

| Year | Value | | Year | Value |
|---|---|---|---|---|
| 2006 | 2.87 | | 2006 | 3.37 |
| 2007 | 2.64 | | 2007 | 3.14 |
| 2008 | 1.79 | | 2008 | 2.29 |
| 2009 | 2.13 | | 2009 | 2.63 |
| 2010 | 1.82 | | 2010 | 2.32 |
| 2011 | 1.87 | | 2011 | 2.37 |
| 2012 | 1.20 | | 2012 | 1.70 |
| 2013 | 0.61 | | 2013 | 1.11 |
| 2014 | 0.08 | | 2014 | 0.58 |
| **Grand Total** | **1.88** | | **Grand Total** | **2.38** |

**From:** John Mulkey
**Sent:** Friday, July 18, 2014 7:09 PM
**To:** Stephen Tecci
**Subject:** RE: Fighter project

Thinking all fighters.

Sent via the Samsung GALAXY S®4 Active™, an AT&T 4G LTE smartphone

-------- Original message --------
From: Stephen Tecci <stecci@ufc.com>
Date: 07/18/2014 3:05 PM (GMT-08:00)
To: John Mulkey <JohnMulkey@ufc.com>
Subject: Fighter project

Do you want it to include all fighters?
Or non-active fighters?
The number will be much lower if I include current as we have signed so many new fighters lately to one-off fights due for a local performance.



STEPHEN TECCI | FINANCIAL ANALYST
ULTIMATE FIGHTING CHAMPIONSHIP™

http://twitter.com/ufc    http://facebook.com/UFC



CONFIDENTIAL
FILED UNDER SEAL

ZFL-1376379