# EXHIBIT 57
-
# REDACTED VERSION OF ECF NO. 518-44

# Exhibit 42

## 30(b)(6) Deposition of Jeff Quinn Exhibit 3 (excerpted)

## FILED UNDER SEAL

FILED UNDER SEAL

| | From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|---|
| 1 | Kirk Hendrick ███ | Lorenzo Fertitta | 5/21/2012 10:02:40 AM | ████████████████ |
| 2 | Kirk Hendrick ███ | Lorenzo Fertitta | 5/21/2012 1:20:05 PM | NSAC suspended Diaz for 12 months from Feb 4th, and forfeit 30% of purse & bonus. |
| 3 | Joe Silva <██ | Group: +1702982█ +1804402 | 5/26/2012 1:04:42 PM | Rashad says he can't fight until late October or November |
| 4 | Joe Silva <██ | Group: +1702982█ +1804402█ | 5/26/2012 3:37:26 PM | 2 spectacular subs already! |
| 5 | Marshall Zelaznik <███> | +1702769█ | 5/27/2012 12:15:52 PM | An idea. What about faber v barao in Belo? Big picture is globo success they are concerned. Have a good weekend. |
| 6 | Lorenzo Fertitta | Joe Silva <███ | 5/27/2012 1:13:20 PM | An idea. What about faber v barao in Belo? Big picture is globo success they are concerned. Have a good weekend. |
| 7 | +1702769██ | Marshall Zelaznik ██ | 5/27/2012 1:51:18 PM | Working on it |
| 8 | +1702769██ | +1561504██ | 5/27/2012 7:35:55 PM | Thanks.  Did aj miss weight again this weekend? |
| 9 | +1561504██ | +1702769██ | 5/27/2012 7:37:36 PM | No both guys agreed to go catch weight.  Media dragged it out of proportion. They interviewed Titan who agreed and Dave's team. Dave was 190. I told AJ and he finally agreed that 205 could be a good home for him.  He is a tank and doesn't lift a weight |
| 10 | +1561504██ | +1702769██ | 5/27/2012 7:37:36 PM | Originally it was 185. But I asked them to switch. |
| 11 | +1702769██ | +1561504██ | 5/27/2012 7:39:00 PM | I'll call you this week on aj.  Dana still pissed about Belfort fight |
| 12 | +1561504██ | +1702769██ | 5/27/2012 7:41:52 PM | Thanks. Is there a way to patch that up?  He was wrong AJ and he knows it and made a mistake that was horrible but no one ever sat with him to discuss his weight. I got him a psych and nutritionist and he is in a good mental state and knows he was wrong.  He has a big heart and will do what it takes to prove himself |
| 13 | Joe Silva <+██ | Group: +1702982█ +1804402█ | 5/28/2012 10:17:46 AM | They got a hold of Franklin in Singapore. He seems open to it but he wants 24 hours to be sure. He is dealing with some injuries and other things. |
| 14 | +1702769██ | Group: +1702349█ +1702768█ | 5/28/2012 10:53:28 AM | 99k total buys, 62k in HD. |
| 15 | Joe Silva <██ | +1702769██ | 5/29/2012 8:23:28 AM | Did you let Shogun know his opponent is Glover Teixeira? Did you talk to Mike Roberts about Urijah moving to Brazil card? |
| 16 | Joe Silva <██ | +1702769██ | 5/29/2012 3:36:32 PM | Did you let Shogun know his opponent is Glover Teixeira? |
| 17 | Joe Silva <██ | +1702769██ | 5/29/2012 6:29:20 PM | I need to get back to Glover. |
| 18 | +1702769██ | Joe Silva ██ | 5/29/2012 6:31:29 PM | Ive left messages. |
| 19 | +1702769██ | Joe Silva ██ | 5/29/2012 6:33:13 PM | He never turns down fights |
| 20 | Joe Silva ██ | +1702769██ | 5/29/2012 6:33:36 PM | It's a great fight but I don't know how happy Shogun is going to be about it. Glover is tough! |
| 21 | Joe Silva ██ | +1702769██ | 5/29/2012 6:33:36 PM | Franklin is in. Just waiting to hear from Wanderlei. He's in Brazil and his wife is trying to track him down. |
| 22 | +1702769██ | Joe Silva <██ | 5/30/2012 3:04:10 PM | Who do you have for Cung    Lee |
| 23 | +1702769██ | Joe Silva <██ | 5/30/2012 3:05:45 PM | Ok |
| 24 | +1702769██ | Joe Silva <██ | 5/30/2012 3:06:30 PM | Melvin manouff? |
| 25 | Joe Silva ██ | +1702769██ | 5/30/2012 3:06:40 PM | Patrick Cote. On a 4 fight win streak. Will stand and bang. Cung is happy with it. |
| 26 | Joe Silva <██ | +1702769██ | 5/30/2012 3:13:04 PM | He's lost his last 3 fights. Doesn't deserve to be in a UFC prelim. |

ZFL-2699678

FILED UNDER SEAL

Δ π EXHIBIT 3
Deponent ___Quinn___
Date 7/27/17 Rptr ___
WWW.DEPOBOOK.COM

| | From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|---|
| 1450 | Lawrence Epstein ███ | +1702769██ | 2/23/2014 8:08:32 AM | Hi Lawrence - Just off a conference call with the team and CAA's lawyer and we have all agreed to move forward with the UFC deal. They had some minor twe |
| 1451 | Lawrence Epstein ███ | +1702769██ | 2/23/2014 8:09:07 AM | From Sam. |
| 1452 | +1702769██ | Lawrence Epstein <███ | 2/23/2014 9:44:39 AM | Great let's get that sig |
| 1453 | Dana White <███ | +1702769██ | 2/23/2014 12:51:10 PM | Thanks so much Dana. I appreciate you guys getting me a fight. I needed to compete. I told Lorenzo Friday whatever u guys need from me just let me know. |
| 1454 | Dana White ███ | +1702769██ | 2/23/2014 2:53:54 PM | Olives is amazing! Thanks |
| 1455 | Dana White ███ | +1702769██ | 2/23/2014 3:03:40 PM | Another thing about Ronda that people have been pointing out to me today. Did u notice she didnt wear any sponsors she wore a UFC top. She is AWESOME! |
| 1456 | +1702769██ | Dana White <███ | 2/23/2014 3:12:09 PM | Ya |
| 1457 | +1702769██ | Dana White <███ | 2/23/2014 3:13:05 PM | That's prob WME too they only want her with big brands |
| 1458 | Dana White <███ | +1702769██ | 2/23/2014 3:14:04 PM | Makes sense |
| 1459 | +1702769██ | Group: +1702349██  +1702281██ +1702768██  +1702686██ | 2/23/2014 4:45:49 PM | 82k buys dtv 56k HD |
| 1460 | +1702769██ | Dana White <███ | 2/23/2014 4:46:54 PM | Looking back Cain/JDS did 75k |
| 1461 | Dana White <███ | +1702769██ | 2/23/2014 4:47:32 PM | Crazy and she beats Jones too |
| 1462 | +1702769██ | Dana White <███ | 2/23/2014 4:48:26 PM | Low to mid 3's |
| 1463 | Dana White <███ | +1702769██ | 2/23/2014 4:49:27 PM | Cool, we pulled that fight out of our ass. |
| 1464 | +1702769██ | Group: +1702349██  +1702281██ +1702768██  +1702686██ | 2/23/2014 7:03:05 PM | We need a strategy to get Ronda on the cover of SI for her next fight |
| 1465 | +1702769██ | Group: +1702982██  +1702544██ | 2/23/2014 7:11:02 PM | Craig, i was hitting ari up about getting Ronda a cosmetics deal.  If she was a maybeline, revlon, cover girl, etc would be big.  Need a sales/sizzle with hot sexy shots, fight footage, interviews to send out.  He spoke to rob Perelman today. |
| 1466 | +1702769██ | Group: +1702982██  +1702544██ | 2/23/2014 7:11:05 PM | Ron perleman |
| 1467 | Jackie Poriadjian <███ | Group: +1702349██  +1702281██ +1702768██  +1702686██ | 2/23/2014 7:11:58 PM | We will start working on it now |
| 1468 | Craig Borsari <███ | Group: +1702982██  +1702544██ | 2/23/2014 7:12:54 PM | Got it.  Will put team on it in the morning. |
| 1469 | Lawrence Epstein ███ | +1702769██ | 2/23/2014 8:22:24 PM | CAA is the leak. According to the caa agent bjorn wished gil the best. Doesn't sound like any lawsuits will be flying. |
| 1470 | Jackie Poriadjian ███ | Group: +1702281██  +1702686██ | 2/23/2014 9:01:16 PM | Phenomenal response from fans on announcement |
| 1471 | +1702769██ | +1561504██ | 2/23/2014 9:26:00 PM | Told we would get Gil |
| 1472 | +1561504██ | +1702769██ | 2/24/2014 3:41:52 AM | That is great news. it's a great statement also to Bellator. Congrats!! |
| 1473 | +1702769██ | Joe Silva <██ | 2/24/2014 7:18:22 AM | No those are not the terms we did not match the bellator offer |
| 1474 | +1702769██ | Joe Silva <██ | 2/24/2014 7:19:18 AM | Ours was deemed a better offer due to our history of ppv and him on tuf |
| 1475 | Joe Silva <██ | +1702769██ | 2/24/2014 7:19:28 AM | Good for us actual money-wise but tough perception-wise in that people think we gave him want he wanted and now others will demand the same. |
| 1476 | +1702769██ | Joe Silva ██ | 2/24/2014 7:29:23 AM | Who is still on one fight besides Ellenberger |

FILED UNDER SEAL

| | From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|---|
| 1477 | Joe Silva < ███ | +1702769 ██ | 2/24/2014 7:33:37 AM | Munoz. Both have same manager. Carmont Rich Franklin Wanderlei Jacare Tiequan Zhang |
| 1478 | Dana White < ███ | +1702769 ██ | 2/24/2014 8:26:51 AM | I have 1 more FYI for u. I'm reaching out to Gina Corano to c if she would like to fight Ronda. Thats a HUGE fight. |
| 1479 | Dana White ███ | +1702769 | 2/24/2014 2:30:13 PM | Jimmy fukn Manuwa is on his way to the FUKN hospital!! |
| 1480 | Dana White ███ | +1702769 | 2/24/2014 3:53:31 PM | Wandy just pulled out of TUF Finale with an injury! |
| 1481 | Dana White ███ | +1702769 | 2/24/2014 3:54:12 PM | Here we fukn go |
| 1482 | Joe Silva <██ | +1702769 | 2/24/2014 4:55:28 PM | We are not messing with Pat Barry, are we? I told him I would cut him loose so he could return to kickboxing. He is 4-7 in his last 11. He's a really nice guy and a bad MMA fighter. |
| 1483 | +1702769 ██ | Joe Silva < ███ | 2/24/2014 4:56:39 PM | That's fine with me |
| 1484 | Dana White <█ | +1702769 ██ | 2/24/2014 6:53:59 PM | I  have little injures. . I need time to healing  and make my  body stronger to start  training in higher  speed /better performance .3 more weeks will b |
| 1485 | Dana White <█ | +1702769 | 2/24/2014 6:54:12 PM | e ok boss |
| 1486 | +1702769 ██ | Dana White < █ | 2/24/2014 6:57:22 PM | He's negotiating for money remember the ppv thing |
| 1487 | Dana White ██ | +1702769 | 2/24/2014 6:58:32 PM | Yes but i don't think so i think he is afraid to lose this fight |
| 1488 | +1702769 ██ | Dana White < █ | 2/24/2014 7:01:03 PM | In brazil? |
| 1489 | Dana White ██ | +1702769 | 2/24/2014 7:05:09 PM | I hope vegas |
| 1490 | +1702769 ██ | Dana White < ██ | 2/24/2014 7:06:05 PM | Rousey/Carano main Chael/Wand co main July 4 |
| 1491 | Dana White < ██ | +1702769 | 2/24/2014 7:06:37 PM | In vegas boss |
| 1492 | Dana White < ██ | +1702769 | 2/24/2014 7:09:03 PM | No weidman vs vitor? I think we need that |
| 1493 | +1702769 ██ | Dana White < ██ | 2/24/2014 7:09:28 PM | That is scheduled for Memorial Day weekend |
| 1494 | lancepugmire@icloud.com | +1702769 ██ | 2/25/2014 8:43:15 AM | Hi Lorenzo: does nick Diaz have fights left on his UFC deal? Any shot of him getting the Hendricks lawler winner? |
| 1495 | +1702769 ██ | Tracy Long < ██ | 2/25/2014 9:11:06 AM | How many fights does nick Diaz have left |
| 1496 | Tracy Long < ██ | +1702769 ██ | 2/25/2014 9:16:46 AM | When he retired we suspended his agreement. He was on his 4th fight. So 5 fights left (8 fight deal) |
| 1497 | +1702769 ██ | lancepugmire@icloud.com | 2/25/2014 9:18:02 AM | He's under a long term deal.  I don't know what he wants to do.  He lost his last fight to GSP. |
| 1498 | Acupuncture Mulkey | +1702769 ██ | 2/25/2014 4:30:18 PM | Monster signs w bellator. |
| 1499 | Dana White < ██ | +1702769 ██ | 2/25/2014 7:00:04 PM | Bro, u know i love u to fukn death as it is but what u pulled off this week with Melendez and "other dude" is fukn BAD ASS! Fukn cut throat nasty busines |
| 1500 | Dana White < ██ | +1702769 ██ | 2/25/2014 7:00:06 PM | s like u see in movies!! Good shit homie, CONGRATS |
| 1501 | +1702769 ██ | Dana White ██ | 2/25/2014 7:06:43 PM | We gotta keep taking these fuckers oxygen till they tap out.  We have sacrificed too much to let anyone get traction now |
| 1502 | Dana White < ██ | +1702769 ██ | 2/25/2014 7:20:19 PM | I agree! U r 100% correct and i LOVE IT |

FILED UNDER SEAL

| | From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|---|
| 1503 | Acupuncture Mulkey <████████> | +1702769█ | 2/26/2014 8:04:04 AM | Buzz me on the way to the gym if you get a free moment will help me close out the g3 deal |
| 1504 | +1702769█ | Acupuncture Mulkey <████████ | 2/26/2014 8:20:49 AM | Have someone do some research on Gina caranos comp for her last five fights |
| 1505 | Acupuncture Mulkey <█ | +1702769█ | 2/26/2014 8:23:07 AM | Okay we will pull cyborg too |
| 1506 | +1702769█ | Acupuncture Mulkey ████████ | 2/26/2014 8:23:45 AM | I'm trying to lock up Gina |
| 1507 | Acupuncture Mulkey <████████> | +1702769█ | 2/26/2014 8:24:09 AM | Exciting stuff |
| 1508 | +170276█ | Dana White <████████ | 2/26/2014 10:45:50 AM | I pulled Gina's strikeforce contract she only made 125k for last fight.  See if she can meet up this evening in la and maybe we can lock her down. |
| 1509 | Dana White <████ | +1702769█ | 2/26/2014 11:45:11 AM | I got Gina. |
| 1510 | +1702769█ | Tara Connell ██ | 2/26/2014 1:13:16 PM | Can you text me Ronda comp info in UFC |
| 1511 | Tara Connell <█ | +1702769█ | 2/26/2014 1:20:52 PM | 157 $568k, 168 $1.7m, 170 $278k plus Mulk has a note of 300k disc.  Sending you her comp sheet with Mulk's notes |
| 1512 | +1702769█ | Tara Connell █ | 2/26/2014 2:17:57 PM | How many fights left with Nate Diaz? |
| 1513 | Tara Connell ██ | +1702769█ | 2/26/2014 2:19:38 PM | 5 left on an 8 fight deal. |
| 1514 | Acupuncture Mulkey █ | +1702769█ | 2/26/2014 3:02:35 PM | 18.4 at 500k.  20.6 at 600k.  Assumes globo opts in. |
| 1515 | +1702769█ | DFW <█ | 2/26/2014 3:20:59 PM | Any news on Gina |
| 1516 | Dana White █ | +1702769█ | 2/26/2014 3:57:23 PM | Hi Dana, this is Mick with Legacy. I am currently battling the Texas commission about pro mma being 3 or 5 minute rounds. Essentially if they choose to m |
| 1517 | Dana White █ | +1702769█ | 2/26/2014 3:57:27 PM | ake all of your fights in Dallas next month three minute rounds they can do so without any explanation whatsoever other than they are boxing people and d |
| 1518 | Dana White █ | +1702769█ | 2/26/2014 3:57:32 PM | oing it in the name of "safety". I can explain much better in a conversation or even an email if your interested. They may not screw with you because you |
| 1519 | Dana White <█ | +1702769█ | 2/26/2014 3:57:36 PM | r the UFC but they absolutely can if they want to.  I haven't heard back for you last few texts so I am sending to your iphone also just in case. Thank y |
| 1520 | Dana White <█ | +1702769█ | 2/26/2014 3:57:41 PM | ou |
| 1521 | +1702769█ | Coops <█ | 2/26/2014 5:38:08 PM | Find out what Ronda's win and show money is asap |
| 1522 | Coops █ | +1702769█ | 2/26/2014 5:44:32 PM | Fight this past weekend: 55+55<br>Next fight: 60+60 |
| 1523 | +1702769█ | Dana White <█ | 2/26/2014 8:48:45 PM | We gotta get wand in the boat |
| 1524 | Dana White <█ | +1702769█ | 2/26/2014 8:51:24 PM | Yup 2 morrow |
| 1525 | Nakisa Bidarian █ | +1702769█ | 2/27/2014 8:54:42 AM | Reebok agreed to $100K for Hendricks fight on march 15 |
| 1526 | Nakisa Bidarian █ | +1702769█ | 2/27/2014 8:55:00 AM | For the exposure fee |
| 1527 | Dana White <█ | +1702769█ | 2/27/2014 11:16:26 AM | From Tracy:  Serra retired.  He would be at  85+85.  Hughes fought his last fought.  He was at: 100+100 (with LOA of  1,633,000.00 if he wins or  1,733, |
| 1528 | Dana White █ | +1702769█ | 2/27/2014 11:16:28 AM | 000.00 if he loses) so essentially either way he gets  1,833,000.00 show money. |

FILED UNDER SEAL