# EXHIBIT 58

-

# REDACTED VERSION OF ECF NO. 534-4

# Exhibit 50

Deposition of Joseph Silva (June 7, 2017) (excerpted)

FILED UNDER SEAL

FILED UNDER SEAL

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
CUNG LE; NATHAN QUARRY, JON    )
FITCH, on behalf of            )
themselves and all others      )
similarly situated,            )
                               )
        Plaintiffs,            )
                               )
        vs.                    )  Case No.
                               )  2:15-cv-01045-RFB-(PAL)
                               )
ZUFFA, LLC, d/b/a Ultimate     )
Fighting Championship and      )
UFC,                           )
                               )
        Defendant.             )
_____)
```

VIDEOTAPE DEPOSITION OF JOSEPH SILVA

Richmond, Virginia

June 7, 2017

8:11 a.m.

Reported by:
KIMBERLY L. RIBARIC, RPR, CCR
JOB NO. 50374

**FILED UNDER SEAL**

```
                                           98                                              100
         SILVA                                           SILVA
 1                                               1
 2    A.  Yes.                                   2    Q.  I'm sorry, 25 to 26.
 3       And the problem with something like this,  3       And in particular, the text that was sent to
 4    too, is it's not just the Gomi part.  How would I  4   you dated 2/27/15 at 18:07.  So at the very bottom of
 5    bring that to Khabib?  I'm looking at Khabib's side  5   the page.  And I believe the --
 6    of it.  He's going, I'm highly ranked, I would like  6       MR. ISAACSON:  I'm sorry, bottom of which
 7    to get in position to fight for a title, and beating  7   page?
 8    Gomi is not going to help me elevate myself.  8       MR. CRAMER:  Bottom of page 25.
 9    Q.  So top fighters, like Khabib, who was   9       MR. ISAACSON:  Oh, there.  I see it.
10    number 4 at the time, he's going to want to fight 10   Yeah.
11    other top fighters in order to get a chance to    11       MR. CRAMER:  There's a blank, the blanks
12    contend for the title; correct?                   12   are Silva.
13       MR. ISAACSON:  Objection.  Calls for           13       MR. ISAACSON:  Okay.
14    speculation.                                      14       MR. CRAMER:  I'll represent to you that
15    A.  Correct.                                      15   the blanks are Silva.
16    Q.  What ended up happening here, do you          16    Q.  And the from is ▮▮▮▮▮▮.
17    remember?                                         17       Do you recognize that phone number?
18    A.  I don't recall.  I don't remember who Gomi    18       Is that John Crouch?
19    went on to fight.                                 19    A.  I don't know.
20    Q.  And -- and just so I'm clear, one way a       20    Q.  Okay.  Who is John Crouch?
21    fighter can become a contender is by defeating    21    A.  John Crouch is a trainer and manager.
22    higher-ranked opponents?                          22    Q.  Okay.  We believe it's John Crouch.  If --
23    A.  Yes.                                          23   if the context allows you to confirm that for me,
24    Q.  And so if you keep defeating higher-ranked    24   please do.
25    opponents, eventually you'll be able to fight for the 25      So the person who texted to you on 2/27/15

                                           99                                              101
         SILVA                                              SILVA
 1                                               1
 2    championship; is that right?                      2   at 18:07 said:  "What did you think of the Ben v.
 3    A.  The -- what -- the one problem with that is   3   Tyron match-up."
 4    in a match-up somebody is always going to be ranked 4      And you say:  "I like it."
 5    lower.                                            5       And he responded:  "Think we could do five
 6    Q.  Right.                                        6   rounds?  Would like to have some time to wear these
 7    A.  So it's not that you can't still elevate off  7   guys down."
 8    a lower, but it's how much lower.                 8       And you say:  "Probably not.  Only main
 9    Q.  I see.  So if your -- if your goal as a       9   events are five rounds and those are i stalky main
10    fighter is to contend for the title, you -- you do, 10 events or the highest ranked, biggest draws
11    in general, want to continue to fight top-ranked 11   available.  We have main events locked in through
12    opponents; is that right?                        12   June."
13    A.  Correct.                                     13       Can you recall that you sent at least the
14       MR. CRAMER:  Okay.  All right.  I'd like      14   last text there, the "probably not"?  Does that sound
15    to mark as Silva Exhibit 6 the next text         15   like you?
16    compilation.                                     16    A.  Yeah.  I don't dispute it.
17       (Silva Deposition Exhibit 6 marked for        17    Q.  Okay.  And you -- "i stalky" looks like an
18    identification.)                                 18   i-correct or some kind of --
19    Q.  All right.  This is -- this compilation is   19    A.  Yeah, it has later on, it says, like, "darn
20    Bates ZFL-2699690.  And this document was produced by 20 auto correct."
21    Zuffa to us as a compilation of text messages that 21   Q.  Yeah.  So what -- what did you think
22    had been pulled from your phone.  And the interchange 22  "i stalky" meant?
23    I'd like to ask you about is on page 24 to 25 of 23    A.  (Reading.)  I'm not sure.  But what I was
24    Exhibit 6, so 24 of 163.                         24   telling him, as said in the last sentence, was that
25       MR. MADDEN:  It's 25 to 26.                   25   we already had all the main events through that time
```

26 (Pages 98 to 101)

**FILED UNDER SEAL**

```
                                              102                                                  104
 1              SILVA                                    1              SILVA
 2   period locked in.                                   2   better-known fighters; is that fair?
 3       Q.  Okay.  So I just want to understand some of 3       A.  Yes.
 4   the context here, if I might.                       4       Q.  All right.  If you turn to -- one second.
 5       A.  Uh-huh.                                     5   All right.  Turn to page 2 of the compilation,
 6       Q.  Is it correct that when selecting -- well,  6   please, Silva Exhibit 6.  And if I could draw your
 7   what are main events?  Let's start there.           7   attention to -- to a text that was sent to you dated
 8       A.  It's the final fight of the show, the       8   January 31st, 2015, at 1:46 p m., sort of in the
 9   most -- the -- the show you're kind of putting the  9   middle of the page.  The blanks, again, are you.  And
10   most promotion and advertising on --               10   this was sent to you by ▇▇▇▇▇▇▇▇.  And I'll
11       Q.  And that's --                             11   represent to you that that is Rob Haydak, Paul
12       A.  -- fight --                               12   Felder's representative.
13       Q.  That's the main fight that you use as the 13       A.  Okay.
14   draw to the event?                                14       Q.  Does that ring a -- is that -- did you know
15       A.  Yes.                                      15   that that was his phone number?
16       Q.  And in those main events, you look to use 16       A.  No.  I don't know any phone number because
17   the biggest drawing fighters; correct?            17   it's cell phones, I just hit the name.
18       A.  That are available at the time, yes.      18       Q.  Exactly.  Okay.  Understood.
19       Q.  That are -- okay.  That are available at the 19          But we believe that that is Rob Haydak.
20   time.  And those include some of the highest-ranked 20      A.  Okay.
21   fighters; correct?                                21       Q.  Who is Paul Felder?
22       A.  Sometimes.                                22       A.  He is a lightweight fighter in the UFC.
23       Q.  Why is it that you seek to populate the main 23     Q.  And Paul Felder is a fighter representative;
24   events with the biggest draws as fighters?        24   is that right?  I'm sorry, Rob Haydak --
25       A.  Because you would like people to buy tickets 25    A.  Rob Haydak is.

                                              103                                                  105
 1              SILVA                                    1              SILVA
 2   to it, to tune in on TV to watch it.  And they're   2       Q.  -- is a fighter representative?
 3   going to want to see the biggest stars that you have. 3     A.  Yes.
 4       Q.  And if you have an event that doesn't have a 4       Q.  Okay.  And he's someone who you've dealt
 5   top level, headlining match-up, that could hurt the 5   with from time to time --
 6   ability of the event to attract an audience; is that 6      A.  Yes.
 7   fair?                                              7        Q.  -- or you did when you were at UFC?
 8       A.  It is.  And that does happen.  As I said,  8          Okay.  And he asks:  "Do you still need
 9   it's about what's available.  You may want a bigger 9    someone for Thatch?"
10   fight for a card, but if people are injured or get 10          And you answer:  "Who do you have?"
11   married or whatever -- you have to work with what you 11        And then there are -- I'd like you to -- you
12   have.                                            12    say:  "Jonavin Webb 7 and 0."
13       Q.  And you'd like to have -- as a matchmaker, 13          And then he says:  "If you need me for Feb
14   you'd like to have the -- a complete stable of    14   am there."
15   top-level fighters that are available to fight so you 15       And you say --
16   can create headlining events; correct?            16      A.  I think that's somebody else.
17         MR. ISAACSON:  Objection.  Objection to     17       Q.  Somebody else.  Different one.
18      form.                                          18          So let's go to C -- I think your answer here
19       A.  That would be ideal.                      19   is:  "CFFC champ.  Teammate with Felder."
20       Q.  Okay.  And you would not headline an MMA  20          This is from -- I'm sorry.  This is from
21   event at the UFC with two lesser-known or         21   Haydak to you.
22   lower-ranked fighters if you could help it; correct? 22     A.  Uh-huh.
23       A.  If you could help it.                     23      Q.  He says, CFS -- "CFFC champ." --
24       Q.  And that's because that kind of event would 24    A.  Uh-huh.
25   not draw as much fan interest as one with         25       Q.  -- "Teammate with Felder.  Trains with
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**FILED UNDER SEAL**

```
                                    106                                          108
 1              SILVA                            1              SILVA
 2   Cerrone.  Very tough."                      2   that's popular with fans and that's well known; is
 3          "It's a main event.  I need a name guy, 3   that fair?
 4   preferably one who has fought in the UFC."   4       MR. ISAACSON:  Objection to form.
 5          I'm sorry, I skipped over.  So he says: 5    A.  That's -- ideally it's always a sliding
 6   "CFFC champ.  Teammate with Felder.  Trains with 6   scale, as maybe my text will show.  I go, this is
 7   Cerrone.  Very tough."                      7   what I'm looking for; and as time is going by, it's,
 8          And then you respond:  "It's a main event. 8   okay, well, what's the next step down.  What's the
 9   I need a name guy, preferably one who has fought in 9   next step down.  You do the best that you can.  You
10   the UFC."                                  10   have your ideal for it, but then you quite often have
11          Do you see that?                    11   to settle for less.
12       A.  Yes.                               12       Q.  And you prefer name guys who've fought in
13       Q.  Okay.  What is CFFC?               13   the UFC for main events because they tend to be
14       A.  It's a promotion, fighting promotion. 14   people who are proven and high-quality fighters; is
15       Q.  And --                             15   that fair?
16       A.  Like cage fighting -- fighting championship, 16       MR. ISAACSON:  Objection to form.
17   something like that.                       17       A.  They at least have a name awareness from UFC
18       Q.  Okay.  So it's a promotion.        18   fans.  They go, I know who this guy is.
19          And Mr. Haydak is -- is offering to you a 19       Q.  And so those fighters who have a UFC
20   fighter who was one of Felder's teammates who trains 20   pedigree will generate more fan interest?
21   with Cerrone for the fight.  Is that what was going 21       A.  It's not only that.  It's also that people
22   on?                                        22   know, as I had brought up earlier, that competing in
23       A.  Yes.  He's trying to establish his pedigree. 23   your first UFC, even for high-level guys, tends to be
24       Q.  I see.  Says, he's very tough.     24   a difficult thing.  They have what the commentators
25          And then -- and that -- and then you say to 25   term "the UFC jitters."  For somebody like Quinton

                                    107                                          109
 1              SILVA                            1              SILVA
 2   him:  "It's a main event.  I need a name guy, 2   "Rampage" Jackson, who competed in Pride in front of
 3   preferably one who has fought in the UFC."  3   huge crowds, still his first UFC he said he had UFC
 4          What were you trying to convey to    4   jitters and it's hard.
 5   Mr. Haydak?                                  5          So it's a tough situation to put somebody
 6       A.  That ideally in the situation what I was 6   into for the first UFC.  It's like, hey, you're not
 7   looking for is somebody who people were familiar with 7   just making your UFC debut, you're in the main event.
 8   since this was the main event.              8   It's more rounds that you may not be used to.  It's a
 9       Q.  And why did you -- why were you telling him 9   tough thing.  So you would prefer not to do that.
10   that you wanted preferably someone who had fought in 10       Q.  So you don't want to take someone who has
11   the UFC?                                   11   fought in another promotion and may have been
12       A.  So that fans would have that name  12   successful in that other promotion, but -- and -- and
13   recognition, why is this guy in the main event? 13   stick them directly in a main event where they would
14       Q.  And it was your -- you were trying to convey 14   potentially be jittery if they were fighting for
15   that more likely a name guy is going to be someone 15   the --
16   who has a pedigree where he was already established 16       A.  It's happened.  And there are some who've
17   in the UFC?                                17   done well, but there's also some who've complained.
18       A.  Yes.  If you're going to be a main event of 18   There's some who are like, wow, that was -- turned
19   the UFC, it would make sense that you most likely 19   out to be an issue.  But they would have sworn
20   already fought in the UFC.                 20   beforehand that it was not going to be an issue.  But
21       Q.  Okay.  And it's fair to say that in 21   you don't know till you're there.
22   selecting main events, you -- you need a name guy, 22          But what I like to do is give people the
23   generally; is that right?                  23   best chance to succeed.  I'm not trying to get
24       A.  As best as you can do.             24   anybody to win, but I'm trying to give them the best
25       Q.  And a name guy generally means a fighter 25   chance to do as well as they can.
```

28 (Pages 106 to 109)

**FILED UNDER SEAL**

```
                                                        158                                                          160
 1            SILVA                                             1            SILVA
 2     A.  Yes.                                                 2   right?
 3     Q.  And those were the consensus MMA rankings of         3     A.  Yes.
 4  fighters at the time; is that right?                        4     Q.  Okay.  And then this says -- now, did you
 5     A.  Correct.                                             5  write this compiling the rankings and --
 6     Q.  And these were the rankings that you and             6     A.  No.
 7  other MMA organizations used in -- in ranking               7     Q.  No.  Oh this was from --
 8  fighters; is that right?                                    8     A.  That's just -- that's copied off their web
 9     A.  Well, it's an example of what I used for the         9  site.  Just, I cut and pasted the whole thing, down
10  purpose of this e-mail.  What I think anybody would        10  the rankings.
11  use -- this is -- not everybody is going to use the        11     Q.  Okay.  And part of what you cut and pasted
12  consensus if the consensus doesn't benefit them.           12  from the web site was language that said, "These
13     Q.  Okay.                                               13  world MMA rankings are the most accurate reflection
14     A.  If you are Strikeforce and one of the               14  of how the top fighters in MMA across all promotions
15  web sites had your fighters ranked higher, I'm sure        15  like UFC, WEC, Affliction and Dream are viewed by the
16  you go, that is most credible poll.  This is one I         16  experts who cover the sport."
17  just grabbed in general, and it supported -- this was      17        Do you see that?
18  an e-mail that I sent most likely because my bosses        18     A.  Yeah.
19  like to bust my chops and just say, like, are you          19     Q.  Is -- do you have a basis to disagree with
20  doing your job, are you going out there, are you           20  that?
21  trying to get the best talent, are you working hard,       21     A.  There are certainly people who did.  There
22  are you doing this and that.  So it's in response to       22  was a different ranking system called FightMetric who
23  something like that.  It's like, look, look how many       23  pointed out, saying that they found this system very
24  good guys that I have gone out and gotten.                 24  flawed and that they went with a system that was
25     Q.  So you're showing your boss how successful          25  statistical based rather than polling journalists.

                                                        159                                                          161
 1            SILVA                                             1            SILVA
 2  you and Shelby have been in getting the top fighters        2  So you could subscribe to their model.
 3  in the sport; is that right?                                3        I don't know scientifically which one is
 4     A.  Getting a lot of them, yes.  As I put,               4  better.  In the end, it's all opinion.  If it wasn't,
 5  detailed out, we certainly didn't have all of them,         5  all the web sites would be unanimous, and they
 6  but in each weight class we had good representation         6  weren't.  That's why they had to crunch them together
 7  in every weight class.                                      7  and see what was the average.  But you didn't have
 8     Q.  And the -- after the list of heavyweight,            8  every web site in agreement, yes, this is the precise
 9  lightweight, et cetera, it says:  "Compiling the            9  ranking.  This is just an average.
10  rankings of twenty top mixed martial arts web sites,       10     Q.  It was an average of 20 of the top web
11  the USA Today/SB Nation Consensus MMA Rankings             11  sites?
12  present the top 25 fighters in MMA for the seven           12     A.  Yes.
13  major weight classes."                                     13     Q.  Okay.  And you also said that there's
14        Do you see that?                                     14  another ranking system out there called FightMetrics?
15     A.  Yes.                                                15     A.  Yes.
16     Q.  So this was the consensus rankings of the           16     Q.  And they have a database of fighters?
17  top 20 web sites; is that right?                           17     A.  Yes.
18     A.  Does it say -- does it say top 20?  I'm not         18     Q.  And they do a statistical ranking?
19  sure how they're ranking that.                             19     A.  Correct.  Yes.  They didn't base theirs off
20     Q.  Says compiling the rankings of 20 top mixed         20  of opinions of journalists.  They based it on what
21  martial arts web sites.                                    21  they claim are just cold, hard statistics, and that
22     A.  Yeah, that's their claim.                           22  they felt that was a better measure.
23     Q.  That's their claim.                                 23        There were some things that I liked better
24        And you were using this evidence, this               24  in theirs and there's some things that didn't make
25  information, to tout your success to your bosses;          25  sense to me.  But that was the same with this kind of
```

**FILED UNDER SEAL**

```
                                                          162
 1                    SILVA
 2    poll too.  There was ones like, hmm, that seems high
 3    or that seems low, so -- but it's two different ways.
 4    I think it's just an imperfect science, but it gives
 5    you a decent general view.
 6        Q.  So this compilation gives one a decent
 7    general view of the relative ranking of the top
 8    fighters, and FightMetrics gives you a decent
 9    relative view of the relative rankings of the top
10    fighters; is that fair?
11            MR. ISAACSON:  Objection to form.
12        A.  Yeah, it would just -- because their results
13    differ, I -- I do -- it would be hard to say -- how
14    can you say they're both accurate when they come with
15    different results.  But I understand what they're
16    trying to do.  And to shoot back at my bosses and
17    thump my chest, this is the one that helped me do
18    that.
19        Q.  But you wouldn't -- you wouldn't disagree if
20    someone used FightMetrics as a -- as a basis for
21    evaluating fighters, that that was one at least
22    potentially reliable way to evaluate and rank
23    fighters; correct?
24            MR. ISAACSON:  Objection to form.
25        A.  Yeah.  And people have come to me, if there
```

```
                                                          163
 1                    SILVA
 2    was a fighter who was on FightMetric that, say, was
 3    not recognized as high as the other, certainly their
 4    manager is going, no, this is very credible.
 5        Q.  And you would -- you would think, well,
 6    that's some evidence that that fighter has some
 7    credible argument --
 8        A.  But mostly I would default to my own.  It's
 9    like, I've seen them fight and this is my opinion,
10    which my opinion could be wrong, but it's my opinion.
11        Q.  Is it fair to say that FightMetrics was used
12    by some people in the industry as a basis for
13    evaluating fighters?
14        A.  Yes.  It was used by -- if they didn't have
15    visitors and users, I'm sure they would have gone
16    away.  They've been around for a long time.
17        Q.  And who were the types of entities or people
18    in the industry that used FightMetrics to evaluate
19    fighters?
20        A.  I think there are some people who, just fans
21    of a statistical model, that idea appealed to them.
22    There's other people who feel like no, there's a lot
23    of gray areas and other factors that -- that you
24    should take into account.  But it's just -- it's a
25    difference of philosophy on it.  And I -- I'm
```

```
                                                          164
 1                    SILVA
 2    guessing that somewhere in between the two you could
 3    probably get something closer.
 4            But in the end, it doesn't mean much other
 5    than -- you certainly know the -- these guys have
 6    achieved certain things, but I've seen so many where
 7    this guy is consensus number one and then he gets
 8    crushed in his next fight.  It's like what did
 9    that --
10        Q.  Right.
11        A.  -- mean that he was.  And it doesn't even
12    mean that they are wrong, he was at that moment, but
13    maybe that was his peak moment and it changed.  So
14    it's useful for some things.
15            It was useful for me when they're going, are
16    you out there working your butt off trying to find us
17    the best talent.  It's like, yes, I am, this
18    represented I'm trying to -- to do as well as I can.
19        Q.  Okay.  And what this information showed, as
20    is summarized at the top, was that the UFC had 15 out
21    of the top 25 heavyweights?
22        A.  Yes.
23            MR. ISAACSON:  Objection.  Time frame.
24        Q.  In February 2011?
25        A.  Yes, at the time.
```

```
                                                          165
 1                    SILVA
 2        Q.  At the time.
 3            And in February 2011, it had six out of the
 4    top ten heavyweights; is that right?
 5        A.  Yes.
 6        Q.  And then for the light heavyweights, the UFC
 7    had 19 out of the top 25 lightweight -- light
 8    heavyweights; is that right?
 9        A.  Yes.
10        Q.  And nine out of the top ten; is that right?
11        A.  Yes.
12        Q.  And in 2011, UFC had 18 out of 25 of the top
13    middleweights; is that right?
14        A.  Yes.
15        Q.  And 8 out of the top 10 middleweights; is
16    that right?
17        A.  Yep.
18        Q.  And it had 21 out of the 25 top
19    welterweights; isn't that right?
20        A.  Yes.
21        Q.  And the UFC had 8 out of the top 10
22    welterweights; isn't that right?
23        A.  Yes.
24        Q.  And UFC had 17 out of the top 25
25    lightweights; isn't that right?
```

**FILED UNDER SEAL**

```
                                          166
 1                SILVA
 2      A.  Yes.
 3      Q.  And 6 out of the top 10 lightweights;
 4  correct?
 5      A.  Yes.
 6      Q.  And it had 14 out of the top 25
 7  featherweights; correct?
 8      A.  Yes.
 9      Q.  And 6 out of the top 10 featherweights;
10  correct?
11      A.  Yes.
12      Q.  And bantamweights, it had 17 out of the top
13  25; correct?
14      A.  Yes.
15      Q.  And 9 out of the top 10; correct?
16      A.  Yes.
17      Q.  All right.  Now, it's fair to say if you
18  look at the list below, that this list was only
19  counting as part of the UFC, fighters who were --
20  that -- at that time fighting with the UFC; correct?
21          In other words, it didn't count Strikeforce
22  fighters as part of the UFC for the purposes of these
23  numbers that I just read to you?
24          So for example, look at heavyweight MMA,
25  you'll see, at the bottom of the page, number one is
```

```
                                          167
 1                SILVA
 2  Cain Velasquez, but if you look at 7, it says
 3  Alistair Overeem, Strikeforce.
 4      A.  Uh-huh.  I don't -- I'm not clear on time
 5  frame.  Like, so, did we have Strikeforce, had we
 6  acquired them at that -- that time.
 7      Q.  Whether or not you did, as of --
 8      A.  No, it does matter.  If we had acquired them
 9  when I said that we have, then that would included.
10      Q.  Okay.
11      A.  If we had not acquired them, then it would
12  not include that.
13      Q.  Okay.  Fair -- fair enough.  I understand.
14          So in order -- at -- if at this time, in
15  January 27, 2011, or shortly thereafter, the UFC had
16  or was about to acquire Strikeforce, then the correct
17  number that the UFC had of the top 25 heavyweights
18  would be 21 out of the top 25; correct?
19          You add the 15 out of the top 25 that --
20  that's UFC, and then you add 6 Strikeforce, Werdum,
21  Overeem, Silva, Barnett, Rogers; correct?
22      A.  But we had not acquired it yet.
23      Q.  Right.  But I'm just saying if -- if you
24  had --
25      A.  Well, also that would be a later date, which
```

```
                                          168
 1                SILVA
 2  would change the rankings.
 3      Q.  It would change the rankings.
 4          But you would agree that if you take the UFC
 5  and you add Strikeforce, that would mean that the UFC
 6  and Strikeforce together, in January 27, 2011, had 21
 7  of the top 25 heavyweights; correct?
 8      A.  No.
 9      Q.  Yes?
10      A.  If we would have acquired them at the date
11  that this came out, then yes, we would have that
12  many.
13      Q.  So if you -- let me just ask it this way.
14  If you add the UFC to the Strikeforce fighters for
15  heavyweights, UFC plus Strikeforce gives you 21 out
16  of the top 25 heavyweights; correct?
17      A.  You would have to count them up.  I'm not
18  doing that.
19      Q.  Well, UFC world heavyweight, 15 out of 25,
20  right, at the top?
21      A.  Uh-huh.
22      Q.  And if you look at the bottom of the page,
23  there's six Strikeforce fighters; right?
24      A.  Okay.
25      Q.  So you add 15 plus 6, equals 21; right?
```

```
                                          169
 1                SILVA
 2      A.  Yeah.
 3      Q.  So UFC plus Strikeforce, in January of 2011,
 4  would give you 21 of the top 25 heavyweights;
 5  correct?  Would give UFC plus Strikeforce 21 of the
 6  top 25 heavyweights?
 7      A.  Yes, except that that's still theoretical.
 8  Mike Russow, who's ranked number 23 here, could have
 9  dropped off of that.  He's low on it.  Within a month
10  he could lose a fight and not be on there, so that
11  would alter your number.
12      Q.  Yeah.  I understand that.
13      A.  Same with Stefan Struve.  Same with John
14  Madsen.
15          We also have -- of those top 25, we have the
16  lowest ranked gays on there.  And with one loss or
17  one win from somebody in another organization, they'd
18  get pushed out of that.
19          So that's not necessarily -- even then after
20  that we acquire Strikeforce doesn't mean that we have
21  that many of the top.
22      Q.  I -- I understand.
23          I'm just talking about as of January 2011,
24  if you add Strikeforce and UFC fighters, Strikeforce
25  plus UFC in January of 2011, gives the Strikeforce
```

43 (Pages 166 to 169)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**FILED UNDER SEAL**

**Page 182**

SILVA

Q. And so one of the things you do as a -- as the senior VP of talent is you look out at other MMA promotions and you look for people who you think might be ready for the UFC; right?

A. Yes.

Q. And then you seek to recruit those people to the UFC, is that right, if -- if they're ready?

A. Well, I don't -- I'm always very cautious not to interfere with somebody's contract. Generally, if -- if somebody becomes available, they'll reach out to me.

Q. I see. Okay. So if someone at another promotion becomes available because their end of their -- their contract has ended, then they'll contact you; and if they're someone that is, you believe, of UFC caliber, you might engage in negotiations?

A. Yes. I think the -- fighters will want to test free agency, so they may contact Bellator, they may contact me, but they're not going to do it until they're able to; or every now and then they wouldn't, and I would remind them, get back to me when you legally can.

Q. Right.

**Page 183**

SILVA

A. I don't want to talk to you till you're free to talk to me.

Q. Right. When you use the term "free agency," what did you mean?

A. Just that they want to see the other offers that are out there. They might choose to stay with the World Series, or if they find a better offer from the UFC or from Bellator or from whoever else.

And every now and then you'll get one from 1FC or from KSW that is not of the norm, but they just decide I like that guy and we're going to bid on him. But you won't know until you put feelers out there.

Q. And from the fighter's perspective, some of them want to test free agency so that they can have a number of different promotions bidding for their services; is that right?

MR. ISAACSON: Objection. Calls for speculation.

A. Yeah, I would say that some do. Some -- some feel reassured just to -- you know, just sign me up where I'm now, this is where I'm happy. And some go, no, I'm interested in seeing what other people have to say.

**Page 184**

SILVA

Q. It's in the -- would you agree that it would be in the interest of fighters to be able to test free agency just to see if they could get a -- a counteroffer?

MR. ISAACSON: Objection. Calls for opinion. Form.

A. Yeah, I think our contracts have provisions for that at the end of the contract.

Q. You're referring to the right to match provision?

A. That's just -- the contracts don't last forever, so you will eventually -- if that's your choice, you will, and fighters have, gone to free agency.

Q. So the contracts don't last forever. It's fair to say that at the end of the term of a contract that it's your understanding that Zuffa has a 90-day exclusive negotiation period?

A. Yes.

Q. All right. And during that period, Zuffa is the only one who can bid on the services of that fighter; is that correct?

A. That is my understanding.

Q. And then there is a year period called the

**Page 185**

SILVA

right-to-match period; is that your understanding?

A. Yes.

Q. And during that period, the fighter is able to field offers from other promotions, but Zuffa has the right to match that offer; is that right?

A. That is correct.

Q. And if Zuffa matches that offer, then that fighter is obliged to then re-sign with Zuffa; is that right?

A. I believe so.

Q. So during that 15-month period, if there's a fighter that Zuffa wants to keep, it has the option of keeping him as long as Zuffa matches any offer during that right-to-match period; correct?

A. Yes.

Q. Would you agree with me that 15 months is a long time in an MMA fighter's career, especially during the peak of a MMA fighter's career?

MR. ISAACSON: Objection to form.

A. No, in that if you -- if the idea is that you want to see how you can get the best deal, you are getting that best deal within that, if we have the right to match. If it's after the 90-day exclusive period, and another promotion says, we can

**FILED UNDER SEAL**

```
                                                   186
 1                    SILVA
 2   give you this much money, we either have to give them
 3   as much money or we have to let them go.
 4       Q.  Let me ask it this way.  Would you agree
 5   with me that if there was a UFC fighter who no longer
 6   wanted to fight with the UFC for some reason and the
 7   UFC was determined to match any offer, that that
 8   fighter, in order to get out from under the contract,
 9   would need to wait the 90 days of the exclusive
10   negotiation period and then the 12 months of the
11   right to match; correct?
12       A.  That's my understanding.
13       Q.  All right.  And -- and waiting 15 months
14   without fighting is a long time in a fighter's
15   career; correct?
16           MR. ISAACSON:  Objection to form.
17       A.  Depends on the fighter.
18       Q.  Well, fighters are independent contractors;
19   correct?
20       A.  Yes.
21       Q.  And they -- they pay -- in general, they pay
22   for their own health insurance; correct?
23       A.  We have a form of health insurance, yeah.
24       Q.  But that health insurance doesn't cover
25   their families, for example; right?
```

```
                                                   187
 1                    SILVA
 2       A.  No.
 3       Q.  And that they have to pay for their trainer;
 4   right?
 5       A.  Generally the trainers will take a
 6   percentage from their purse.  So if they're not
 7   getting a purse, then no.
 8       Q.  The trainers aren't paid by the UFC;
 9   correct?
10       A.  No.
11       Q.  Correct, they're not paid by the UFC?
12       A.  Correct.
13       Q.  UFC doesn't pay fighters' trainers directly;
14   correct?
15       A.  Correct.
16       Q.  And the fighters, in general, pay for their
17   own meals while they're training; correct?
18       A.  Correct.
19       Q.  And their own travel while they're training;
20   correct?
21       A.  Correct.
22       Q.  When you said that the world's -- when you
23   said that Gaethje's first real test coming up was
24   Melvin Guillard, is it fair to say that the World
25   Series of Fighting didn't have a lot of other
```

```
                                                   188
 1                    SILVA
 2   fighters in the lightweight class that would be able
 3   to give Gaethje an appropriate test?
 4       A.  No.  I think -- as I stated earlier, I
 5   think -- he was in the lightweight division, which I
 6   think is the deepest division in the world.
 7       Q.  Uh-huh.
 8       A.  I think that pretty much everybody has a
 9   decent one, but then to truly stand out -- it's not
10   that you're not good, but you're just amongst the
11   best.
12           The worst lightweight that I have is pretty
13   darn good.  They're not getting by just on their
14   size.  There's so many, just to be in at all you --
15   you must be at -- at a high level of talent.
16           So it -- it's not that they didn't have good
17   ones, but they did not generally have as many
18   recognized people.  With them competing amongst
19   themselves, not as many had yet stood out, where
20   Melvin Guillard was simply a known quantity.
21       Q.  Because he had been at the UFC?
22       A.  He'd been at the UFC, but he'd also fought
23   in other shows around the world too.
24       Q.  Right.
25       A.  He's -- he's a veteran and he'd been around
```

```
                                                   189
 1                    SILVA
 2   and you knew of him, so he -- he made for a good
 3   measuring stick.
 4       Q.  And the World Series of Fighting at that
 5   time, in the lightweight division, may have had a lot
 6   of other talented fighters, but it didn't have a lot
 7   of other known quantities like Melvin Guillard;
 8   correct?
 9       A.  Correct.
10       Q.  All right.  Back to Exhibit 4, which is one
11   of these -- here -- one of these text message
12   compilations.
13           Turn to page 39 of Exhibit 4.  All right.
14   I'd like -- this is from -- this is the compilation
15   of text messages that was produced to us by Zuffa
16   that I think came from Dana White's phones, and I'm
17   referring to a series of texts from November 11th,
18   2014.  And there is a text at 2:30:24 that I'd like
19   to refer to, from you to ███████████.
20       A.  Uh-huh.
21       Q.  Is that Dana White?
22       A.  I believe so.
23       Q.  Okay.  So you say to Dana White on
24   November 14, 2014, at 2:30 in the afternoon: "Melvin
25   Guillard missed weight for his WSOF title fight.  Now
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**FILED UNDER SEAL**

```
                                                    190
 1                       SILVA
 2   non title and supposedly Gaethje demanded 50 percent
 3   of his purse and got it."
 4          And then White says, "Where is the fight" --
 5       A.  Tampa, Florida.
 6       Q.  And Tampa, Florida.
 7          And then there's an e-mail [sic] that --
 8   that you send to White that says:  "In the press
 9   conference the day before he said he is an A level
10   fighter fighting in a B level show.  Never was the
11   smartest guy."
12          Do you see that?
13       A.  Yes.
14       Q.  What did you mean when you said that Gaethje
15   said he was an A-level fighter fighting in a B-level
16   show?
17       A.  I don't think I was talking about Gaethje, I
18   think I was talking about Melvin Guillard.
19       Q.  Okay.  Guillard.  So what did you mean when
20   you said --
21       A.  I thought he was being disrespectful to the
22   promotion that he's fighting in.
23       Q.  I see.  So he was disrespecting World
24   Series.
25       A.  Right.  It's like they're giving you a shot
```

```
                                                    191
 1                       SILVA
 2   and paying you good money, and you're publicly saying
 3   they're a B-level show, that doesn't seem very smart.
 4       Q.  I see.  So he was publicly dissing the World
 5   Series of Fighters --
 6       A.  Yeah, who was giving them -- him a world
 7   title shot and -- and promoting him.  I -- it was
 8   boggling to me.  But Melvin -- he would be a nice
 9   guy, but he was a troubled guy.  And that's just what
10   I was saying.  It's like a -- what's this kid doing.
11       Q.  Thank you.  You can put that aside.
12          All right.  Let's turn back to Exhibit 13,
13   page 275.  And 13 is the compilation of text messages
14   from Sean Shelby, and these are texts that were sent
15   7/31/13.  275.
16          All right.  So the first message that I want
17   to ask -- to show you is July 31st, 2013, at 1650, or
18   4:50.  Yeah, so 4:50.  Tito versus Rampage.  So it's
19   the one that says, "Tito versus Rampage."
20       A.  Uh-huh.
21       Q.  And this is you saying to Shelby:  "Tito
22   versus Rampage.  We might as well just close up shop
23   now."
24          And then -- and then you -- and then
25   somebody else says:  "Good thing Rampage went to
```

```
                                                    192
 1                       SILVA
 2   Bellator so he wouldn't have to fight wrestlers like
 3   in the UFC."
 4       A.  Uh-huh.
 5       Q.  And then Silva -- and then you say -- Shelby
 6   says:  "LOL.  I just love how Bellator is a
 7   tournament based organi... Wait.  What's going on?"
 8          And then you say:  "2 guys who both lost
 9   their last 3 UFC fights."
10          And then Shelby says:  "Headlining a
11   pay-per-view with two guys combined losing 9 of their
12   last 10 fights."
13          And then Shelby says:  "Sorry last three a
14   piece they total zero and six, 0 and 6."
15          And then Shelby says:  "They tried to throw
16   a curve ball but it went into the stands."
17          And you say to Shelby:  "Dana is going to
18   have fun smashing that matchup publicly."
19          Do you see that?
20       A.  Yeah.
21       Q.  And then -- and then Shelby says to you:
22   "Bellator throws a curve ball... Into the stands.  In
23   Bellator there is no matchmaking, except in their
24   'was relevant 5 years ago' division."
25          And Shelby then says to you:  "It's almost
```

```
                                                    193
 1                       SILVA
 2   too easy."
 3          Do you see that?
 4       A.  Yes.
 5       Q.  All right.  So both of you are communicating
 6   about a Bellator show that had just -- that was about
 7   to occur; is that right?
 8       A.  Yes.
 9       Q.  And that show was going to be headlined by
10   Tito and Rampage?
11       A.  Yes.
12       Q.  Tito who?
13       A.  Ortiz.
14       Q.  Tito Ortiz.  And Rampage Jackson?
15       A.  Correct.
16       Q.  Were both of those fighters who used to be
17   in the UFC?
18       A.  Yes.
19       Q.  Okay.  And Rampage went from the UFC to --
20   oh, sorry.
21          Rampage went from the UFC to Bellator; is
22   that right?
23       A.  Yes.
24       Q.  Okay.  And you were saying it's a good thing
25   Rampage went to Bellator so he wouldn't have to fight
```

**FILED UNDER SEAL**

```
                                    366
 1              SILVA
 2  run, it's like, how would I justify that to the other
 3  fighter.  He could point that out and I'd have to go,
 4  you have a point there.
 5      Q.  Right.  And in general, you believed you had
 6  to adhere as closely as possible to the structure
 7  of -- of compensation so that you didn't confront the
 8  next guy, saying why did you overpay this guy, I'm
 9  better than him; is that fair?
10          MR. ISAACSON:  Objection.  Misstates his
11      testimony.  Objection to form.
12      Q.  I didn't mean to misstate.  So if I said
13  something you didn't agree with, let me know.
14      A.  I think anytime that you try to renegotiate,
15  you're going to give your point of view, the
16  manager's job is to give their point of view, and you
17  try to work it out.
18          For me, I like being able to justify.  I
19  don't -- I'm not saying here's just random numbers,
20  accept them unquestioningly.  It's like, here's my
21  rationale for it, and it's a rationale that I'm also
22  going to have to apply to other people who are
23  involved in this as well.
24      Q.  Right.  Your compensation system isn't --
25  isn't random; that would be a problem for you,
```

```
                                    367
 1              SILVA
 2  wouldn't it?
 3      A.  Yes.
 4      Q.  When you say "everyone knows what everyone
 5  makes," what do you mean by that?
 6      A.  That if I was to increase Bang's contract --
 7  most of the managers out there -- quite a few of the
 8  managers anyways, they do research, they're looking
 9  at what's being posted that the -- what these guys
10  are making.  So if somebody was to see in his next
11  fight the disparity in what he got paid this time as
12  opposed to last time, they -- just red flags would go
13  up.
14          It's like, wait, how, after coming off of
15  two losses and a questionable decision, did his pay
16  jump up that much, that people look and research
17  that.
18      Q.  Right.  And so if you were to jump someone's
19  pay up above what a comparable person believes they
20  should be paid, that would cause you problems with
21  other fighters; right?
22          MR. ISAACSON:  Objection.  Form.  You're
23      being vague.
24      A.  Yeah, I think that I want to reward
25  performance and be able to justify the -- the numbers
```

```
                                    368
 1              SILVA
 2  that I'm offering them.  And if you're not performing
 3  as well, it would make sense that your compensation
 4  would be below those who are performing well.
 5      Q.  In your experience, fighters want to know
 6  they are being treated -- or you want to be able to
 7  tell fighters that they're being treated fairly
 8  relative to other fighters at similar skill levels
 9  and records; right?
10          MR. ISAACSON:  Objection.  Misstates the
11      testimony.
12      Q.  I'm asking.  Is that right?
13      A.  I would like people to believe that I am
14  dealing with them fairly.
15      Q.  And one way you -- you convey to them, the
16  managers and fighters that you're negotiating with,
17  that you're dealing with them fairly is to honestly
18  tell them where you believe they fit, their
19  compensation fits, relative to other fighters at
20  their level; correct?
21          MR. ISAACSON:  Objection to "their level."
22      Q.  Is that right?
23      A.  That's correct.
24      Q.  And you negotiated with hundreds of fighters
25  during your career at the UFC; correct?
```

```
                                    369
 1              SILVA
 2      A.  Probably more than a thousand, I would
 3  think.
 4      Q.  And you experienced often fighters or their
 5  representatives trying to negotiate, as you just
 6  said, using compensation levels of other fighters
 7  they believed were similar to their guy; right?
 8      A.  Right.  And that can be where you can have a
 9  difference of opinion of where I'm going, I think
10  that he is similar to this guy, this guy, they can
11  counter and go, we don't see him as similar to that
12  guy, we see him as similar to this guy.
13          So then that's -- it's still -- it's a
14  matter of opinion.  I try to present what I think
15  I -- are the facts I have to back up my argument.
16  But sometimes in -- there have been times where a
17  outlier has been pointed out to me, where I'll go,
18  this is what I think is fair because this is what
19  other guys -- and they'll make a case of, wait a sec
20  now, look what he did here, this is outside of that,
21  and I've gone, you've actually got a point, I'll up
22  it.
23          It's not rare because I usually do my
24  homework pretty well on these.  But there has been
25  occasions like, I missed out on that, you are
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

**FILED UNDER SEAL**

370

SILVA

correct, I would not want to hurt my credibility by acting like what they have in black and white is not true.

Q. So if you -- if they brought to you like what you have described as an outlier, where some fighter may have diverted from what you thought they should have gotten based on their background and their skill level, you'd -- you'd certainly -- sometimes you would hear it from the fighters or their representatives about that outlier; right?

A. Yes.

Q. And if, by creating that outlier, that sometimes causes other fight -- you have to then raise the compensation then of some other fighters because you made that one mistake; is that right?

A. Well -- well, you'd have to -- one, I don't know I'd say it was a mistake. And it's -- it's a matter of opinion. And that I did deals, Sean did deals, Dana did deals, Lorenzo did deals, and everybody's judgment is different. So you have to weigh those in. So that's all people who are getting deals in the UFC.

But a manager's job is to negotiate the best deal that they can. And my job is to try to

371

SILVA

negotiate a deal that I thought was fair.

Q. So if -- if, for example, Shelby had been -- had been systematically kind of paying fighters a bit more than you did or Dana was systematically paying comparable fighters a little bit more than you did, you then might feel pressure then to kind of pay fighters more because you would be hearing from reps about comparables from Dana or Shelby; is that right?

A. I'm sure it would be brought up.

Q. So if -- if there are some -- if one of the three of you are kind of raising the level per equivalent fighter, that's going to put pressure on that third person to kind of raise as well?

A. I don't think it's pressure in that me and Sean did the vast majority of deals, and me and Sean were in constant communication every day and knew what each other were doing. So it's not like I was going, Sean, what are you doing here? We knew. But we would still, on our own, choose to, let's move people up, we feel like it's time to do it.

So Dana and Lorenzo did do deals, but they did, like I said, maybe 10, 15 percent of deals.

Q. Yeah, if you turn to the first page of this document, Bean says: "Can you meet me in the middle?

372

SILVA

You said 16, I asked for 18. Could you agree to 17?"

He says that towards the bottom.

A. Uh-huh.

Q. And then you say on December 9, 2010: "Not trying to be a dick but no. Everyone knows what everyone makes. Our purses are public. I have to justify everyone's pay to everyone else."

Do you see that?

A. Yes.

Q. What did you mean by that, "I have to justify everyone's pay to everyone else"?

A. I feel it was important in my job to actually engage with people and not just dictate to them. So if somebody was going to say, what about this guy, I would have to engage that and not go, too bad.

Q. Right.

A. I'd have to go, okay, you've got a point, let's try and figure this out. So, yeah, I'm just making him aware of that.

Q. Right. And so you wanted to make sure that you did your best to try to make sure that comparable fighters with comparable records are getting paid comparable amounts; is that fair?

373

SILVA

MR. ISAACSON: Objection. Form.

A. Yeah, that was my goal.

Q. And one of the reasons why you did that is because you had to justify everyone's pay to everyone else, and if you -- if you were doing this poorly or inefficiently, you'd constantly have fighters demanding more money, they'd say, hey, wait, you paid this guy this much and that guy that much, and you wouldn't be able to justify to them if -- if you hadn't been doing this well; is that right?

A. It would just seem unfair to give somebody something that somebody else, equally deserving, didn't get.

Q. And you attempted, at least in your mind, to be fair, to impose a sense of equity between the different fighters; correct?

A. I did.

Q. All right. You can put that document aside.

MR. CRAMER: Like to mark the next document as Silva Exhibit 38.

(Silva Deposition Exhibit 38 marked for identification.)

Q. Silva 38 is a series of e-mails bearing the Bates range ZFL-2641095 through 1099. The one at the

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**FILED UNDER SEAL**

```
                                    374                                          376
 1              SILVA                                1              SILVA
 2    top is from Kim Lynch to Mr. Silva and Mr. Mersch,    2       Q.  It's a better investment for the UFC if they
 3    dated October 16, 2007, regarding Ricardo Almeida.    3    have fighters locked up under longer term deals than
 4        Who is Ricardo Almeida?                    4    shorter term deals?
 5       A.  He was a UFC fighter.                   5       A.  Well, and also with -- if you're insisting
 6       Q.  All right.  And Ally Almeida is his wife?   6    on that you want a higher than normal amount of
 7       A.  Was his wife.                           7    money, if I go, well, if I normally do four fights,
 8       Q.  Was his wife, okay.                     8    how do I justify giving you more than I would for a
 9        And she was his representative at the time?   9    four-fight deal, well, you committed to six fights,
10       A.  Yes.                                   10    so that's worth more money to me.  You're giving me
11       Q.  Okay.  Turn to page 2 of the document.  I'd 11    something, I'm giving you something.  And to anybody
12    like to draw your attention to the e-mail in the  12    who disputes that, I have something I can explain.
13    middle of the page from you to Ally Almeida.   13       Q.  Okay.  All right.  Please turn to page 29 of
14        Do you see that?                          14    Exhibit Silva 20.  It's one of these phone -- here it
15       A.  Yes.                                   15    is.  I'll pull it out for you.  It's a text message
16       Q.  Dated Wednesday, October 10, 2007.     16    compilation.
17        This is an e-mail that you sent to        17       A.  Thank you.  What page?
18    Ms. Almeida; is that right?                   18       Q.  Exhibit 20, and turn to page --
19       A.  Yes.                                   19           MR. MADDEN:  29.
20       Q.  Okay.  And you wrote a little bit into the 20       Q.  -- 29.
21    e-mail:  "As I have" -- "as I said, I have 200 21        So this is from the text message compilation
22    fighters under contract and our purses are public. I 22    that Zuffa produced to us from Lorenzo Fertitta.  And
23    have to justify to all my other fighters what I pay 23    on page 29 is a series of texts that begin on
24    out.  There are people under contract to me now that 24    October 4, 2013, at 2:20:59 p.m.  Yeah.  Okay.  So
25    are not making as much as I offered Ricardo and they 25    2:20:59 p.m., there's a text from the 702 number to a

                                    375                                          377
 1              SILVA                                1              SILVA
 2    are better known to our fans and have more UFC fights  2    group, that includes several people.  Do you see
 3    then he does."                                 3    that?
 4        Do you see that?                           4       A.  Yes.
 5       A.  Yes.                                    5       Q.  And then it says:  "What's the situation
 6       Q.  So what did you mean?                   6    with Schaub?"
 7       A.  That I was explaining to her that I thought  7        And then you respond to this group:  "He
 8    the offer for him was very good, out of the normal, I  8    fought the last fight on his TUF deal.  I offered him
 9    would have to justify that as it is, which was going  9    new deal and they balked, saying they wanted to talk
10    to be an uphill battle, but yet she wanted even more 10    to you guys about it.  He's not top ten and he wants
11    than that.                                    11    more than top ten guys like Stipe and Travis Browne
12       Q.  And this was one of the ways that you told 12    are making."
13    her you're not going to give her more, is by saying 13        And then someone says:  "What's the
14    he's already out of the normal; right?        14    difference in numbers."
15       A.  Yes.                                   15        And you say:  "He was making 18 plus 18, and
16       Q.  Okay.  You say there a little bit above the 16    I offered 21/21, 24/24, 27/27, and 30/30."
17    part that I read:  "If I am building fighters I need 17        And you say also:  "Stipe is making 20/20
18    to know that they are going to be with me for a 18    for the next fight -- for next fight.  He beat the
19    while."                                       19    crap out of Roy Nelson.  Schaub got knocked out by
20        What did you mean by that?                20    Nelson."
21       A.  Well, that you're investing in the fighter 21        Do you see that?
22    and putting time in getting people to know who they 22       A.  Yes.
23    are.  And if they just fought one fight, then you 23       Q.  Do you recall who this conversation was
24    don't know, are they coming back again.  That's not 24    with?  Was Lorenzo a part of this?
25    as good an investment.                        25       A.  I'm sure he was.
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**FILED UNDER SEAL**

```
                                                  378                                                        380
 1           SILVA                                         1           SILVA
 2      Q.  So I think it's Lorenzo and Shelby.            2   contract, it's just faster to put them back in there
 3          And Schaub was a UFC fighter; is that right?   3   quickly than if you're starting from scratch.  So you
 4      A.  Correct.                                       4   just always knew.  It's like, as many of those guys
 5      Q.  And in your opinion, he was asking to be       5   that you have like that, the better to -- to keep the
 6   paid more than fighters who were highly ranked than   6   shows moving smoothly.
 7   him?                                                  7      Q.  Was it your -- were you aware whether Shelby
 8      A.  That I thought had accomplished more than he   8   also in -- was -- strike that.
 9   had.                                                  9          Was it your understanding that Shelby also
10      Q.  And so because he was asking to be paid sort  10   had a practice of negotiating after the third fight
11   of out of the level that you thought should be paid  11   of a four-fight deal?
12   to comparable fighters, you were saying that he      12      A.  I think we were somewhat similar.  I think,
13   should not get the amount that he asked for; is that 13   for Sean's might have been a little bit different
14   right?                                               14   because before I retired, we were both matchmakers
15      A.  Yes.  That was my opinion.                    15   but I was doing more fights than he was.  So he had
16      Q.  What ended up happening, do you know?         16   less spots on the show, so he had to have even
17      A.  I think that he ended up signing a new deal   17   tighter rein over the amount of fighters that he had.
18   and fighting after that, but I -- I'd have to look.  18   So he might have been more willing to just have
19   There was a time when he was not -- ended up not     19   fighters fight out their deal because we were
20   fighting for us, but I don't recall if it was at the 20   concerned about making sure not to have too many
21   end of this or not.  I don't recall --               21   under contract.  And he had less spots to play with
22      Q.  Okay.                                         22   on a show than I did.
23      A.  -- the time frame.                            23      Q.  I see.
24      Q.  All right.  You can put that aside.           24          Who is Ryan Parsons?
25          And I believe you testified that the          25      A.  He's an MMA manager.

                                                  379                                                        381
 1           SILVA                                         1           SILVA
 2   standard Zuffa contract was for four bouts, but that  2      Q.  And was he a representative for Patrick
 3   you typically renegotiated before the last fight?     3   Cummins?
 4      A.  Yes.                                           4      A.  Yes.
 5      Q.  Okay.  And is it fair to say that fighters     5          MR. CRAMER:  All right.  I'd like to mark
 6   rarely fought out the last fight in their contract    6   as Silva Exhibit 39 the next document.
 7   without negotiating a new contract?                   7          (Silva Deposition Exhibit 39 marked for
 8      A.  No, it would happen.  More times than not     8          identification.)
 9   they would want a new deal.  But they -- there        9      Q.  So at the top of this -- this e-mail is
10   were certainly -- there's lots of examples of people 10   dated May 5th, 2015, the one at the top.  This --
11   who just, no, I'm going to do it.                    11   this is a one-page document with two e-mails with the
12          Even Roy Nelson in that aforementioned fight  12   Bates number ZFL-0977248.  And there's an e-mail from
13   with Stipe, that was his last fight under contract.  13   you to Mr. Parsons.
14   He lost to Stipe and they still signed him to a new  14          Did you send that e-mail?
15   deal.                                                15      A.  Yes.
16      Q.  And when you -- you're describing your --    16      Q.  Okay.  And you write:  "I'm not" -- "I'm not
17   your practice of negotiating after the third fight   17   locking him into a long term deal."
18   before the last fight in a contract.  Was that an    18          And you say:  "It's just a 4 fight deal and
19   informal Zuffa policy, to your understanding, or     19   I always renegotiate before the last fight just like
20   that's just something that you did, that was just    20   I am doing now.  So 3 fights and we talk again."
21   your practice?                                       21          Do you see that?
22      A.  I think it was kind of informal.  But         22      A.  Yes.
23   there's an -- that you have a bunch of shows that    23      Q.  So this is an instance of you enacting your
24   you're doing, and there's constant dropouts, so speed 24   practice of negotiating before the last fight; is
25   became paramount, and if somebody is already under   25   that right?
```

**FILED UNDER SEAL**

394

SILVA

The Ultimate Fighter, so the fight was already promised. The fight's out, but yet if he chose to, Serra could choose to let his old contract just expire and have no obligation to do that fight.

Q. You say: "It's always a bad position for us to be in counting on that new agreement while time is ticking away on the old one."

Is what you meant there that you'd rather have a new agreement executed before the old one expires?

A. Well, if -- when it's a situation where you have an already announced fight, which was here, that's definitely not a good situation. You -- you're not going to possibly deliver on something you promised publicly.

Q. So Zuffa doesn't want to be embarrassed by publicly promising a fight and then not having the fight happen?

A. Yes.

Q. Is it also the case, though, that one of the reasons why you try -- it's your practice to try to negotiate with a fighter after the third fight in a four-fight deal, is to not be in a situation where a contract is expiring without a new one having been

395

SILVA

signed?

A. That's not as much of a problem unless we didn't get them their number of fights. Then we would have to pay them for whatever unfulfilled. If it expired and there were still fights left on their contract, we would be responsible to still pay them for the fights we did not get them before expiration.

Q. All right. You can put that document aside.

MR. CRAMER: All right. I'd like to mark as the next document Silva Exhibit 42.

(Silva Deposition Exhibit 42 marked for identification.)

Q. Silva 42 is a November 2011 e-mail exchange between Michael Mersch and Michael Connette, it bears the Bates range ZFL-1404974 through 4978.

I believe I asked you this before, but Connette was a representative for UFC fighter Mark Hunt; is that right?

A. Yeah. I believe it's Connette.

Q. Connette. So Connette was a representative for Hunt?

A. Yes.

Q. Turn to the bottom of the third page of this series of e-mails. There's an e-mail from Mersch to

396

SILVA

Connette dated November 16, 2011.

A. Uh-huh.

Q. And Mersch says in the second paragraph: "Before someone fights for a UFC championship we would likely have them locked into a longer term deal. Additionally, if a fighter is successful under a 4 fight deal, we typically negotiate a new agreement after the 3rd fight so he never will see the end of his contract and, assuming the fighter is successful, or at least competitive, that is the process that will continue thereafter."

Do you see that?

A. Yes.

Q. Is -- is Mr. Mersch accurately describing the practice at Zuffa with regard to renegotiating contracts after the third fight and before the fourth fight?

A. That's not how I would put it.

Q. So Mersch puts it differently than you would?

A. Yes.

Q. All right. You can put that document aside.

MR. CRAMER: I'd like to mark the next document as Silva Exhibit 43.

397

SILVA

(Silva Deposition Exhibit 43 marked for identification.)

Q. Silva 43 is a one-page series of e-mails dated [sic] ZFL-14121551. The e-mail at the bottom of the page is from Cesar Gracie dated Tuesday, April 20, 2010. It's to Mr. Silva, and the subject is Nick Diaz.

Do you see that?

A. Yes.

Q. And you received that e-mail?

A. Yes.

Q. And Nick Diaz was a UFC fighter?

A. Yes.

Q. And you were making -- I'm sorry.

And Mr. Gracie, on behalf of Nick Diaz, was negotiating with you for a new contract; is that right?

A. Yes.

Q. And he requests 33/33, 36/36, and 39/39, or alternatively a one-year contract at 42/42.

Do you see that?

A. No. He's saying he wants the -- the three fights he doesn't think we can get him more than a year, so it would be that much for a year. But if

```
                                                    398
 1                    SILVA
 2   you could get him a fourth fight, we'd do that at 42
 3   plus 42.
 4         Q.  I see.
 5         A.  That's what he's saying.
 6         Q.  I see.
 7             And then he says:  "These numbers are
 8   substantially less than what Strikeforce will offer."
 9             Do you see that?
10         A.  Yes, that's what he's saying.
11         Q.  And then you say to White and Fertitta right
12   above that -- you forward the below e-mail on
13   April 20th, 2010, you say:  "Do we let Strikeforce
14   pay him 48,000 plus 48,000" -- excuse me -- "or do we
15   give them what they want?  He was making 24 plus 24.
16   I offered 27/27, 30/30, 33/33, 36/36."
17             Do you see that?
18         A.  Yes.  Yeah.
19         Q.  And then Mr. Fertitta responds to you on
20   April 20 at 7:39 p.m., he says:  "So I guess we will
21   hang tight at the number offered.  He should be
22   willing to take less money from us."
23             Do you see that?
24         A.  Yes.
25         Q.  Do you have an understanding about why
```

```
                                                    399
 1                    SILVA
 2   Mr. Fertitta thought that Mr. Diaz would be willing
 3   to take less money from the UFC than from
 4   Strikeforce?
 5         A.  Well, he explains it in the next --
 6             MR. ISAACSON:  Objection.  Calls for
 7   speculation.
 8         A.  Explains it in the next sentence.
 9         Q.  What was it?  What does he say?
10         A.  Says:  He got five structured bonuses in his
11   last eight fights plus discretionary totaling
12   $250,000, which he won't get in Strikeforce.
13             So he's saying he made bonus money in
14   addition over the -- what he would have got in
15   Strikeforce.
16         Q.  I see.  So Strikeforce might guarantee him
17   more, but --
18         A.  Right.
19         Q.  -- but in the UFC, you'll have the
20   opportunity to get discretionary bonuses?
21         A.  And he had a history of making.
22         Q.  Okay.  And then you respond to White and
23   Fertitta on April 20, 2010:  "I lowballed them on
24   purpose the first offer knowing they would turn it
25   down.  How about I come back with" -- and you list a
```

```
                                                    400
 1                    SILVA
 2   comeback, and then you say:  "If they turn it down I
 3   put him in a prelim against a really tough guy for
 4   his last fight."
 5             Do you see that?
 6         A.  Yes.
 7         Q.  So you're saying that if Diaz turns down the
 8   offer which was being made before Diaz's last fight,
 9   you were going to put him at a really bad position on
10   a card against a tough fight -- tough guy?
11         A.  It's not in a bad position on the card.
12   Everybody has to -- if you want to fight in a show,
13   you only have so many positions, so you're going to
14   be somewhere.  But I'm -- am I going to give that
15   spotlight more to somebody who I'm already building
16   their next fight or somebody fighting their last
17   fight.  You have to make that choice.
18             If he agreed to sign the deal, I still have
19   to decide where to put him.  That they still could be
20   in the prelims.  On a Pay-Per-View, you only have 5
21   main hard fights out of 13.  So outside of those 5
22   bout -- main fight -- bout fights, the rest are
23   prelims.  The majority of fights are prelims.  To go,
24   you're going to put him in a really bad position,
25   doesn't make sense.
```

```
                                                    401
 1                    SILVA
 2         Q.  Well, you say -- you're offering him a deal
 3   before the last fight, and he has the option at this
 4   point to take the deal or fight that last fight under
 5   the old contract; and you say if he does, he turns it
 6   down --
 7         A.  Uh-huh.
 8         Q.  -- you'll put him in a prelim against a
 9   really tough guy for his last fight; right?
10         A.  Right.  Which he's only fought really tough
11   guys.  So what I'm specifying is this.  Won't be on
12   the main card, because we have no commitment from him
13   for future, and -- but letting him know, just because
14   it's not on the main card, he's still going to fight
15   a real guy.  It's not like, oh, it's a prelim, he's
16   going to fight somebody unworthy.  It's like, no,
17   he's going to fight somebody really tough.  And if
18   you look at his record before and after, he's always
19   fought really tough guys.
20         Q.  So in exchange for Diaz not giving you and
21   the UFC a commitment to -- to re-up on a new
22   contract, you're going to -- you're going to put him
23   in a prelim and still give him a tough guy, is that
24   right, to fight?
25         A.  He's only ever fought tough guys even when
```

101 (Pages 398 to 401)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**FILED UNDER SEAL**

```
                              402                                         404
 1              SILVA                         1              SILVA
 2   he fought in the prelims before, so, yes, it would    2   everything's fine, he's not on his last fight, he's
 3   not be different or unusual.                          3   just on his regular one, some cards are very good and
 4       Q.  And so your testimony here today, under       4   you are agonizing over who goes where, who gets those
 5   oath, is that when you said, if they turn it down, I  5   main card slots or not.  And that Sean has fighters
 6   put him in a prelim against a really tough guy for    6   of his and he wants to get them face time, make them
 7   his fight, you did not mean that that would be in a   7   seem important and put there, so I'm trying to take
 8   sense punitive for him turning down the deal?         8   his needs into consideration.  Who does Dana think is
 9       A.  It's not punitive.                            9   main-card worthy.  Who does Lorenzo.
10       Q.  Is your testimony also that if he accepted  10         There's a lot that goes into it.  So we
11   the deal, you would still put him in a prelim against 11   have -- but we have shown that in the past there's
12   a really tough guy for his last fight?              12   people who are in this situation still ended up main
13       A.  No.  Then he'd fight a really tough guy, but 13   card, and there's ones who didn't.  It just depends
14   most likely be featured, because we have future     14   on the situation.
15   fights with him to promote him.                     15       Q.  But all things being equal, you'd more
16       Q.  So fighters -- it's fair to say that a      16   likely give someone a better position on a card if
17   fighter who was offered a deal before their last    17   they agree to commit to more fights and to a --
18   fight, reasonably anticipate that if they don't     18   another contract than if they don't; right?
19   accept that deal before their last fight, they would 19       A.  If they're name -- name worthy enough to be
20   be in a worse position than if they accept the deal, 20   on the main card.
21   not just because they get paid less money for that  21       Q.  Right.  So if --
22   last fight, but also because their not giving Zuffa a 22       A.  And somewhere on the bubble.
23   commitment meant that Zuffa was not going to give   23       Q.  So someone who's name worthy enough to be on
24   them a favored position on a card; is that fair?    24   the main card, all things being equal, you'd give
25       A.  No.  It just depends on the circumstance.   25   them the better position relative to others if they

                              403                                         405
 1              SILVA                         1              SILVA
 2   That was this particular circumstance.  As with the   2   agreed to commit to another contract than if they
 3   Roy Nelson circumstance, he still fought, might have  3   didn't agree; correct?
 4   been a co-main event.  It just depends on the         4       A.  Depending on the card.
 5   circumstance of the card.                             5       Q.  Depending on the card.
 6         On this particular card, it was a strong        6         But all things equal.  So everything's
 7   card.  On the one that Roy Nelson was, it was not a   7   equal.  What --
 8   strong card, so it's like, well, there is still       8       A.  Anytime everything's equal, anything that's
 9   space.  We're not going to be punitive and cut off    9   unequal makes the difference.
10   our nose to spite our face and put him on a prelim on 10       Q.  Right.  And so this is something that would
11   a card that's not as strong.                         11   make the difference; right?
12         On this particular card, it was a strong       12         So everything's equal.  And the only thing
13   card, and it's like, yeah, it's not hurting us for   13   you know now is that this guy's main card worthy and
14   him to be -- he'd be the main event of the prelims,  14   he has agreed to re-up, versus, it's the same
15   which is still a good position, that's a fight that  15   situation, main card worthy where he's not agreed to
16   would be on FS1 and seen by over a million people.   16   re-up.  You'd more likely give the main card in a
17   And then you still could get that -- that they       17   better position to the guy who has agreed to re-up as
18   advertise that, so you still could get promotion out 18   opposed to the one who hasn't; right?
19   of it.  But it's like, am I going to put him over the 19       A.  Yes.
20   other five guys on a strong card with no commitment  20       Q.  All right.  You can put that document aside.
21   to him.  It's like, I'd rather use that time on the  21         By the way, did you tell Mr. Diaz or his
22   guys that I do.                                      22   representative that if they did not re-sign a new
23       Q.  Have a commitment on --                      23   contract what position they would get on the card?
24       A.  And you alway -- and each one, you still     24       A.  I don't recall.
25   have to make that choice.  Even when he -- if        25       Q.  Was it the case that sometimes you, in the
```

102 (Pages 402 to 405)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

**FILED UNDER SEAL**

406

1  SILVA
2  course of negotiating with a fighter after their
3  third fight and before the fourth fight, you would
4  tell the representative, well, as an incentive to
5  re-sign, we not only will pay you more but we'll give
6  you a better position on a card for --
7      A.  Absolutely not.
8      Q.  Okay.
9      A.  Because I didn't have the authority to do
10 that.  And the card order would change constantly up
11 to the last minute.
12     So there were times where quite often it was
13 left to my general discretion what the order of the
14 card would be, but then Dana -- so I might even let
15 somebody know, this is it, I've got no opposition, so
16 this is there, but then Dana would go, no, I want --
17 I want this this way.  And then I'd have to go back
18 and tell the person that could be very disappointed,
19 so I stopped telling people, because I knew it -- it
20 could change at any time.
21     Especially with dropouts, which happen every
22 show.  It's very rare that we ever have a show where
23 there's not dropouts, which reshuffles the lineup.
24     So at any time your card position can
25 change.  So I went out of my way not to.  And

407

1  SILVA
2  honestly, very few people asked.
3      You'd have people ask if they were the main
4  event.  Because in a nontitle main event fight,
5  especially, it's a five-round fight as opposed to a
6  three-round fight.  So there was very concrete reason
7  why they would want to know that.
8      But in general, I did not -- for a while I
9  think maybe people were just curious.  Well, where am
10 I, when I could tell my family when they can expect
11 to see my fight.  And -- and there just came a time,
12 it's like it's changed enough times, like, I
13 really -- I can't commit.  This is what it is for the
14 moment, but it's subject to change.
15     Q.  Okay.  I'd like to ask you about injury
16 extensions.  We talked a little bit about that.
17     A.  Yeah.
18     Q.  If you found out after the fact that a
19 fighter had been injured, but the fighter never
20 turned down a fight and never told you beforehand
21 that he was injured, is it your understanding that
22 you could extend their agreement for the period of
23 injury?
24     A.  No.
25     Q.  So you don't know of any instance where

408

1  SILVA
2  Zuffa extended a fighter's contract even though that
3  fighter never turned down a fight based on injury?
4      A.  No.  Well, you wouldn't have to turn down a
5  fight, though, if you just let us know you're injured
6  and can't fight.  There would be no point in me
7  offering you a fight.  If you call me up today and
8  go, hey, I just let -- letting you know I broke my
9  arm, I'm not going to be available to fight; for me
10 to call you the next day and offer you a fight would
11 be silly.
12     Q.  I see.  So if someone informs you that they
13 are injured and can't fight, then you give them an
14 injury extension?
15     A.  Exactly.
16     Q.  Okay.
17     MR. CRAMER:  I'd like to mark the next
18 document as Silva Exhibit 44.
19     (Silva Deposition Exhibit 44 marked for
20 identification.)
21     Q.  So the Bates number was cut off in part.
22 This is a one-page series of two e-mails with the
23 Bates number COX-0041232.  And this is Silva 44.
24     Okay.  This is a November 2012 e-mail
25 exchange between you and Monte Cox.  At the bottom of

409

1  SILVA
2  the page on November 13, 2012, Mr. Cox sends you an
3  e-mail with the subject, "Why are we getting an
4  injury extension for Rich?"
5      And that refers to Rich Franklin; is that
6  right?
7      A.  Yes.
8      Q.  He was a UFC champion?
9      A.  Yes.
10     Q.  And Clare Wetton --
11     A.  Uh-huh.
12     Q.  -- who is she?
13     A.  She works in our Europe office.
14     Q.  All right.  So she works in your Europe
15 office.  And on November 10, 2012, sends to you --
16 you and some others, an e-mail, "Subject: Rich
17 Franklin," "Importance: High," and says:  "Rich
18 Franklin has ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮"
20     And then Silva -- you say to Cox in response
21 to his question why -- why are we getting an injury
22 extension letter for Rich, you say:  "They generate
23 them automatically when a fighter is injured after a
24 fight."
25     Do you see that?

103 (Pages 406 to 409)

**FILED UNDER SEAL**