# EXHIBIT 59

-

# REDACTED VERSION OF ECF NO. 534-21

# Exhibit 67

## ZFL-1872579

FILED UNDER SEAL

**FILED UNDER SEAL**

| From | To | Time Stamp (Device time −8:00) | Text |
|---|---|---|---|
| +1702769▮ | Dana White ▮ | 2/25/2014 7:06:43 PM | We gotta keep taking these fuckers oxygen till they tap out. We have sacrificed too much to let anyone get traction now |

CONFIDENTIAL

ZFL-1872579

**FILED UNDER SEAL**