# EXHIBIT 61
-
# REDACTED VERSION OF ECF NO. 534-24

# Exhibit 70

## ZFL-2536695

FILED UNDER SEAL

**FILED UNDER SEAL**

| | |
|---|---|
| **To:** | Joe Silva[jsilva@ufc.com] |
| **Cc:** | Michael Mersch[mmersch@ufc.com] |
| **From:** | Tracy Long |
| **Sent:** | Fri 8/2/2013 10:08:55 PM |
| **Importance:** | Normal |
| **Subject:** | Hector Lombard |
| **Received:** | Fri 8/2/2013 10:08:57 PM |

Lorenzo wants Hector tied up in case he looks good at UFC 166. He wants me to prepare a 3-fight Agreement: 100, 105, 110 (no win bonus) which will supersede his current Agreement, Signing Bonus, Endorsement Agreement.

Lawrence wanted me to run it by you.

**UFC**
**TRACY LONG | LEGAL AFFAIRS MANAGER**
 **& EXECUTIVE ASSISTANT TO IKE LAWRENCE EPSTEIN, EVP & COO**
 **& EXECUTIVE ASSISTANT TO MICHAEL MERSCH, SVP & AGC**
*ULTIMATE FIGHTING CHAMPIONSHIP*
PO Box 26959 | Las Vegas, NV 89126

http://twitter.com/ufc    http://facebook.com/UFC

CONFIDENTIAL
FILED UNDER SEAL

ZFL-2536695