# EXHIBIT 67
-
# REDACTED VERSION OF ECF NO. 540-39

# EXHIBIT 35

# Email between Michael Mersch and athlete representative re: Jason Day vs. Kendall Grove

| | |
|---|---|
| **To:** | Michael Mersch[mmersch@ufc.com] |
| **From:** | Jill Baxter |
| **Sent:** | Mon 3/9/2009 7:32:52 PM |
| **Importance:** | Normal |
| **Subject:** | RE: Jason Day vs. Kendall Grove |
| **Received:** | Mon 3/9/2009 7:32:54 PM |

Michael,

That was a great event. I didn't get to meet you but hope to discuss Kendall future contracts, soon. His current contract extension ends next year and he wants to be with the UFC long term. Let me know when you have time to discuss. Dean was great about the shorts!

Jill McBride Baxter
Attorney/Sports Law



www.jillmcbridebaxter.com

---

Subject: Jason Day vs. Kendall Grove
Date: Tue, 3 Mar 2009 14:30:17 -0800
From: mmersch@ufc.com
To: deanalbrecht@comcast.net; jill@academicgameplan.com; jillbaxter@hotmail.com

Dean and Jill,

Both Jason Day and Kendall have requested to wear white trunks for this weekend. Would you two please try and work out who will wear what color so we don't have any confusion as we get nearer to the fight. I am happy to flip a coin but I thought that, perhaps, you two might be able to work that out amongst yourselves as an alternative.

Let me know if can work it out or if I can assist in any way.

Thanks.

Dean's number is
Jill's number

Emails are included above as well.

Thanks.

Michael P. Mersch
Assistant General Counsel
Zuffa, LLC dba Ultimate Fighting Championship®
2960 West Sahara Avenue, Suite 100
Las Vegas, Nevada 89102

mmersch@ufc.com

---

Express your personality in color! Preview and select themes for Hotmail®. See how.

CONFIDENTIAL                                                                                                                                                      ZFL-2188045