# EXHIBIT 71

-

# REDACTED VERSION OF ECF NO. 540-59

# EXHIBIT 55

# Email between Joe Silva and athlete's representative re: Brad Tavares

**To:** Ali Abdelaziz[ali@wsof.com]
**From:** Joe Silva
**Sent:** Fri 10/24/2014 9:53:56 PM
**Importance:** Normal
**Subject:** Re: Brad Tavares
**Received:** Fri 10/24/2014 9:53:57 PM

OK

**From:** Ali Abdelaziz <ali@wsof.com>
**Date:** Friday, October 24, 2014 at 2:43 PM
**To:** Joe Silva <jsilva@ufc.com>
**Subject:** Re: Brad Tavares

Joe he has been in the UFC for four years now. His UFC record is 7-3. As you know he was under the ultimate fighter contract for a long time. We want him to start at 25/25 28/28 31/31 and 34/34. Respectfully Ali. Thank you.

On Thu, Oct 23, 2014 at 5:08 PM, Joe Silva <jsilva@ufc.com> wrote:

> He is on his last fight at 19+19.
> I'll drop that and give him 22+22 25+25 28+28 and 31+31.
> Joe

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

--
Ali Abdelaziz
**Senior Executive Vice President**
4631 S. Dean Martin Dr, ste 100
Las Vegas, NV 89103

Ali@WSOF.com

CONFIDENTIAL

ZFL-0876450