# EXHIBIT 73
# -
# REDACTED VERSION OF
# ECF NO. 540-74

# EXHIBIT 70

**Email between Michael Mersch and athlete's representative re: Keith Jardine Vitazin**

**To:** alijudo96@yahoo.com[alijudo96@yahoo.com]
**From:** Michael Mersch
**Sent:** Tue 7/10/2012 8:16:38 PM
**Importance:** Normal
**Subject:** Re: Keith Jardine VITAZEN*** URGENT NOT APPROVED!
**Received:** Tue 7/10/2012 8:16:38 PM

Fine.  Approved based on that as a favor to Keith.

---

**From:** Ali <alijudo96@yahoo.com>
**Reply-To:** Ali <alijudo96@yahoo.com>
**Date:** Tuesday, July 10, 2012 1:14 PM
**To:** Michael Mersch <mmersch@ufc.com>
**Subject:** Re: Keith Jardine VITAZEN*** URGENT NOT APPROVED!

Yes is his last fight brother
Sent from my Verizon Wireless BlackBerry

---

**From:** Michael Mersch <mmersch@ufc.com>
**Date:** Tue, 10 Jul 2012 20:13:15 +0000
**To:** Ali<alijudo96@yahoo.com>
**Subject:** Re: Keith Jardine VITAZEN*** URGENT NOT APPROVED!

What do you mean Keith's last fight?  Is he retiring?

---

**From:** Ali <alijudo96@yahoo.com>
**Date:** Tuesday, July 10, 2012 1:08 PM
**To:** Michael Mersch <mmersch@ufc.com>
**Subject:** Re: Keith Jardine VITAZEN*** URGENT NOT APPROVED!

Michael,

Can you PLEASE help me out this 1 time. It's Keith's last fight. His Affliction sponsor messed him up big time. Now we have everything printed already. Can you please, please cut Keith a break this last time.

Ali


On Jul 10, 2012, at 3:12 PM, Michael Mersch <mmersch@ufc.com> wrote:

> Yes.  I agreed to allow them to sponsor fighters for a while but that time is ended now unless they want to pay our fee like every other supplement company wants to.

---

**From:** Ali <alijudo96@yahoo.com>
**Reply-To:** Ali <alijudo96@yahoo.com>
**Date:** Tuesday, July 10, 2012 12:10 PM
**To:** Michael Mersch <mmersch@ufc.com>
**Cc:** Freddy Hernandez <fhernandez@ufc.com>
**Subject:** Re: Keith Jardine VITAZEN*** URGENT NOT APPROVED!

Hi Michael,

Vitazen has sponsored fighters before
: http://www.facebook.com/photo.php?fbid=468346873176334&amp;set=a.336288443048845.8899
0.194587173885640&amp;type=3&amp;theater

http://www.myvitazen.com/family.html

CONFIDENTIAL                                                    ZFL-1489313

They only sell Zen products to relax you & get you in a better mood.

Keith had to back out of Affliction because of that whole situation. Vitazen is basically his only sponsor because Clinch gear is only giving him gear. Vitazen has sponsored many fighters before and their was no issue that's why when I sent out the consent forms yesterday and didn't hear anything negative all day I already printed Keith's shorts & banner.

*Ali Abdelaziz*
**Dominance MMA Management**, President
Website: http://DominanceMma.com/
Mobile: ▮▮▮▮▮▮▮
Facebook:http://www.facebook.com/ali.abdelaziz.56
Twitter: *@AliDominance*

---

**From:** Freddy Hernandez <fhernandez@ufc.com>
**To:** "alijudo96@yahoo.com" <alijudo96@yahoo.com>
**Sent:** Tuesday, July 10, 2012 1:27 PM
**Subject:** RE: Keith Jardine VITAZEN*** URGENT NOT APPROVED!

▮▮▮▮▮▮▮

> **From:** alijudo96@yahoo.com [mailto:alijudo96@yahoo.com]
> **Sent:** Tuesday, July 10, 2012 10:24 AM
> **To:** Freddy Hernandez
> **Subject:** Re: Keith Jardine VITAZEN*** URGENT NOT APPROVED!
>
> Can you give me your phone number ?
> Sent from my Verizon Wireless BlackBerry
>
> > **From:** Freddy Hernandez <fhernandez@ufc.com>
> > **Date:** Tue, 10 Jul 2012 17:21:50 +0000
> > **To:** Alaa Abdelaziz<alijudo96@yahoo.com>
> > **Subject:** RE: Keith Jardine VITAZEN*** URGENT NOT APPROVED!
> >
> > Ali, wanted to inform you that VITAZEN **will not** get approved as it's a supplement store/provider. Only MusclePharm will get approved for this event
> >
> > Unless this sponsor has been approved in the past, please notify for who, and which event so I can make Mike aware of it.
> >
> > Thank you for your attention to this matter,
> >
> > -Freddy
> >
> > > **From:** Alaa Abdelaziz [mailto:alijudo96@yahoo.com]
> > > **Sent:** Monday, July 09, 2012 4:50 PM
> > > **To:** Freddy Hernandez
> > > **Subject:** Re: Keith Jardine (TRX consent)
> > >
> > > Attached is TRX's consent form. I will send you the other 2 asap. Thank you.
> > >
> > > *Ali Abdelaziz*
> > > **Dominance MMA Management**, President
> > > Website: http://DominanceMma.com/

CONFIDENTIAL

Facebook:http://www.facebook.com/ali.abdelaziz.56
Twitter: *@AliDominance*

---

**From:** Freddy Hernandez <fhernandez@ufc.com>
**To:** Alaa Abdelaziz <alijudo96@yahoo.com>
**Sent:** Monday, July 9, 2012 7:01 PM
**Subject:** RE: Keith Jardine

Ali, I will forward this to Mike Mersch who is now out of the office for the rest of the week.

We still need consent & release forms signed before I can give to Mike to approve.

-Freddy

---

**From:** Alaa Abdelaziz [mailto:alijudo96@yahoo.com]
**Sent:** Monday, July 09, 2012 3:57 PM
**To:** Freddy Hernandez
**Subject:** Keith Jardine

# Hi Freddy,

I'm sorry about the delay but for some reason these sponsors wait until the last minute to ok. Attached is Keith's sponsorship request form.Thank you.

*Ali Abdelaziz*
**Dominance MMA Management**, President
Website: http://DominanceMma.com/
▮▮▮▮▮

Facebook:http://www.facebook.com/ali.abdelaziz.56
Twitter: *@AliDominance*

---

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126