# EXHIBIT 74
# -
# REDACTED VERSION OF
# ECF NO. 540-98

# EXHIBIT 94

**Email between Joe Silva and athlete representative re: Kyle kings**

**From:**      Joe Silva <jsilva@ufc.com>
**Sent:**      Thursday, October 29, 2009 8:05 PM
**To:**        'Bob Cook'
**Subject:**   RE: Kyle kings

OK.
He definitely needs more work.
Joe

-----Original Message-----
From: Bob Cook [mailto:crazybobcook@hotmail.com]
Sent: Thursday, October 29, 2009 4:17 PM
To: Joe Silva
Subject: Kyle kings

Don't rush to put Kyle back in I'd like to have another 6 months to get him better if that's ok?

Bob Cook
██████████

Sent from my iPhone


The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126 | 702-221-4780

1

Z.E._001174