# EXHIBIT 89
-
# REDACTED VERSION OF ECF NO. 540-135

# EXHIBIT 131

# Email between Michael Mersch and athlete representative re: Jorge Masvidal

**To:** Tina Vidal[tvidal@pacerco.com]
**From:** Michael Mersch
**Sent:** Thur 2/14/2013 7:42:25 PM
**Importance:** Normal
**Subject:** Re: Jorge Masvidal - Superseding Promotional Agreement, UFC on Fox Bout Agreement, Merchandise Agreement, Fighter Information Form
**Received:** Thur 2/14/2013 7:42:26 PM

Case 2:15-cv-01045-RFB-BNW   Document 948-90   Filed 12/22/23   Page 3 of 6

Being sponsored by UFC apparel exclusively isn't our aim. We obviously have the ability to promote Jorge in many more ways than Affliction but I think we can carve out a situation that works for everyone.

Thank you.

**From:** Tina Vidal-Smith <tvidal@pacerco.com>
**Date:** Thursday, February 14, 2013 7:14 PM
**To:** Michael Mersch <mmersch@ufc.com>
**Subject:** Re: Jorge Masvidal - Superseding Promotional Agreement, UFC on Fox Bout Agreement, Merchandise Agreement, Fighter Information Form

Sounds great. We should be talking to Affliction again within 2-3 weeks so I will keep you posted.
I like the idea of Jorge working with UFC apparel and would even prefer that on an exclusive basis if the opportunity is there. I think it would be great promotion for him to be tied to the UFC apparel brand.

We'll talk more when you get back!

Have a safe trip- Happy Valentine's Day.

Best regards,

Tina Vidal-Smith
Vice President of Business Development
14100 Palmetto Frontage Road, Suite 108
Miami Lakes, FL 33016
(███████████
tvidal@pacerco.com
Twitter: @molonlabemma
Facebook: @ML Management Group


On Feb 14, 2013, at 1:58 PM, Michael Mersch wrote:

> Between you, Affliction and I we should be able to figure out some language that makes everyone happy. When you negotiate with Affliction just mention this to them. I think they will be willing to grant a limited carve out to what i'm sure is an "exclusive" apparel relationship for us and if I need to jump on a call with them to explain our plans I'm happy to. No immediate plans for Jorge on the apparel side of things right now but we'd like to have him sign a merch deal for various other merchandise options.

If you want we can discuss next week.

Thanks.

**From:** Tina Vidal-Smith <tvidal@pacerco.com>
**Date:** Thursday, February 14, 2013 6:40 PM
**To:** Michael Mersch <mmersch@ufc.com>
**Subject:** Re: Jorge Masvidal - Superseding Promotional Agreement, UFC on Fox Bout Agreement, Merchandise Agreement, Fighter Information Form

Affliction and we had one agreement left but we agreed to renegotiate once he got to the UFC.

Best regards,

Tina Vidal-Smith
Vice President of Business Development
14100 Palmetto Frontage Road, Suite 108
Miami Lakes, FL 33016



tvidal@pacerco.com
Twitter:  @molonlabemma
Facebook:  @ML Management Group


On Feb 14, 2013, at 1:29 PM, Michael Mersch wrote:

> Tina,

I'm over in London for the event and in some production meetings at the moment.  We have had other athlete's who have had similar agreements and we can work around them.  I just need to know who the deal is with and when it expires?

Thanks.

MM

**From:** Tina Vidal-Smith <tvidal@pacerco.com>
**Date:** Thursday, February 14, 2013 6:17 PM
**To:** Michael Mersch <mmersch@ufc.com>
**Subject:** Re: Jorge Masvidal - Superseding Promotional Agreement, UFC on Fox Bout Agreement, Merchandise Agreement, Fighter Information Form

Hi Michael,
How are you?  Call me at ▮▮▮▮▮▮▮▮ to discuss.

Just left you a voicemail.

Best regards,

Tina Vidal-Smith
Vice President of Business Development
14100 Palmetto Frontage Road, Suite 108
Miami Lakes, FL 33016



tvidal@pacerco.com
Twitter:  @molonlabemma
Facebook:  @ML Management Group


On Feb 14, 2013, at 1:11 PM, Michael Mersch wrote:

> Who is the apparel deal with?  When does it expire?

**From:** Tina Vidal-Smith <tvidal@pacerco.com>

CONFIDENTIAL                                                                                                                                          ZFL-1367369

**Date:** Thursday, February 14, 2013 5:49 PM
**To:** Tracy Long <tlong@ufc.com>
**Cc:** Jorge Mas Vidal <Gamebred84@yahoo.com>, Michael Mersch <mmersch@ufc.com>, Reed Harris <rharris@ufc.com>
**Subject:** Re: Jorge Masvidal - Superseding Promotional Agreement, UFC on Fox Bout Agreement, Merchandise Agreement, Fighter Information Form

Hi Tracy,

Attached please find the signed Superseding Promotional Agreement and Bout Agreement for Jorge Masvidal.

At this time Jorge is under an exclusive apparel contract that would prevent him from issuing the rights as indicated in the Merchandise Rights Agreement.

If you have any questions or require any additional information please don't hesitate to contact me at ▮

Best regards,

Tina Vidal-Smith
Vice President of Business Development
14100 Palmetto Frontage Road, Suite 108
Miami Lakes, FL 33016
▮

tvidal@pacerco.com
Twitter: @molonlabemma
Facebook: @ML Management Group


On Feb 8, 2013, at 7:13 PM, Tracy Long wrote:

> Attached please find your Superseding Promotional Agreement and Bout Agreement for UFC on Fox, April 20, 2013. Please review, sign and e-mail back or fax to (702) 914-0200. Complete and return the Fighter Information Form so that we can update the information in our system.
>
> In addition, attached please find a Merchandise Rights Agreement (a non-exclusive Agreement and unique opportunity for you to associate your likeness with the UFC brand). If you have any questions regarding the Merchandise Rights Agreement, please feel free to contact myself or Michael Mersch, Assistant General Counsel, at ▮ (mmersch@ufc.com). The executed Agreement can be e-mailed back or faxed to ▮
>
> Thank you.
>
> Tracy
>
> <image001.png>
> **TRACY LONG | LEGAL AFFAIRS MANAGER**
>         **& EXECUTIVE ASSISTANT TO IKE LAWRENCE EPSTEIN, EVP & COO**
>         **& EXECUTIVE ASSISTANT TO MICHAEL MERSCH, SVP & AGC**
> <image002.png>
> PO Box 26959 | Las Vegas, NV 89126
> ▮
>
> <image003.png>http://twitter.com/ufc  <image004.png> http://facebook.com/UFC

The information contained in this electronic mail transmission and any attachments are confidential information intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

<Masvidal_Jorge_Bout Agreement_UFC on Fox 04-20-2013.pdf><Masvidal_Jorge_Promotional Agreement_4_fights_supersede (02-13).pdf><Fighter Information Form - Online compatible.pdf><Masvidal_Jorge_Merchandising Agreement (02-13).pdf>

CONFIDENTIAL

ZFL-1367371