# EXHIBIT 92
# -
# REDACTED VERSION OF
# ECF NO. 540-140

# EXHIBIT 136

## 2015 Athlete Outfitting Policy



ATHLETE
OUTFITTING POLICY
2015

CONFIDENTIAL

ZFL-0535724



# Intro and Welcome from
# Lorenzo Fertitta and Dana White

UFC is universally recognized as the world-wide leader in MMA, the fastest growing sport in the world. We have set the highest standards of discipline, athleticism, training and respect for millions of mixed martial arts fans around the world.

As the organization continues to expand and evolve, we are introducing a newly designed Athlete Outfitting Policy to honor those core principles and provide an iconic look for all of our fighters, corners and senior executives. The unique new look respectfully allows for each fighter's individuality while maintaining a consistent presentation in the Octagon.

The iconic look that will be created by the outfitting policy will elevate the message we communicate as the leaders in the sport. The apparel is built for MMA training and MMA fighting, bringing the newest technology available to our sport.

Included in the policy are guidelines and information to ensure a smooth transition. As we unveil the new look we are committed to the continued evolution of the outfitting, the brand and our sport. We will do everything we can to improve and grow the UFC for the fighters and fans.

We appreciate your support. Thank you for being a part of the UFC organization.

Lorenzo Fertitta
UFC Chairman and CEO

Dana White
UFC President

ZFL-0535725

# Table of Contents

**Overview**...................................................................................................**P. 4**
**Contacts**...................................................................................................**P. 5**
**Designation of Fight Personnel**.......................................................**P. 6**
**Definitions**................................................................................................**P. 6**
**Outfitting Timeline**..............................................................................**P. 6**
**General Requirements and Allowances**........................................**P. 7**
**UFC Fight Short Requirements**.......................................................**P. 7**
**Fighter Compensation**........................................................................**P. 8**
**Non-Compliance, Fines and Penalties**.........................................**P. 8**
**Outfitting Information**
    ▪ Guidelines for Fight Night, Open Workout, Weigh-in..................P. 9
        ▫ Apparel...................................................................................P. 9
        ▫ Headwear................................................................................P. 9
        ▫ Fight gloves............................................................................P. 9
        ▫ Footwear.................................................................................P. 9
        ▫ Mouth guards.........................................................................P. 9
        ▫ Accessories.............................................................................P. 9
        ▫ Ankle/knee sleeves/wraps.....................................................P. 10
        ▫ Headphones............................................................................P. 10
        ▫ Flags.......................................................................................P. 10
        ▫ Training equipment................................................................P. 10
    ▪ Guidelines for Press Conferences...............................................P. 11
    ▪ Guidelines for Other Official UFC Events....................................P. 11
    ▪ Guidelines for Produced Content................................................P. 11
**Product Distribution and Use Schedule**
    ▪ Fight Week.....................................................................................P. 12
        ○ Fighters..................................................................................P. 12
        ○ Corners...................................................................................P. 13
    ▪ *The Ultimate Fighter*....................................................................P. 14
        ○ *The Ultimate Fighter* House..................................................P. 14
        ○ *The Ultimate Fighter* Gym....................................................P. 14
        ○ *The Ultimate Fighter* Finale Fights......................................P. 14
**Approved Brands**...............................................................................**P. 15**
**UFC Sponsorship**...............................................................................**P. 15**
**Trademarks**.........................................................................................**P. 15**
**UFC Fighter Conduct Policy**...........................................................**P. 16**
**Frequently Asked Questions**..........................................................**P. 19**
**Historical letters**..............................................................................**P. 23**

CONFIDENTIAL

ZFL-0535726

# <u>Overview</u>

The Athlete Outfitting Policy establishes guidelines for all fight personnel in order to provide a consistent presentation during official UFC fight week events. This policy ensures that all products worn by fight personnel are produced by UFC licensees and UFC suppliers and comply with the rules and regulations of the Athlete Outfitting Policy.

The Athlete Outfitting Policy is structured to give all fight personnel guidelines as to which products are allowed in the Octagon, the walkout, the weigh-in, the press conferences, Ultimate Media Day, the open workout, UFC produced content and all other official UFC events.  Upon arrival to any UFC event venue, no logos other than those permitted by the policy may be visible on any fight personnel. The Athlete Outfitting Policy applies to all official events that are a part of fight week, including arrival and departure to those events.

All products worn by fight personnel must comply with UFC Athlete Outfitting Policy.

Please be advised that guidelines set forth in this document are not intended to be all-inclusive and that the UFC reserves the right to approve or disapprove, in its sole discretion, any products and/or materials utilizing any UFC licensed mark. Additionally, the UFC reserves the right, in its sole discretion, to change any of the guidelines set forth in this document at any time upon reasonable notice.

CONFIDENTIAL                                                                                     ZFL-0535727

# <u>Contacts</u>

**Tracey Bleczinski**
Sr. Vice President, Consumer Products
Direct:
E-mail:          tbleczinski@ufc.com

**Ember Morr**
Vice President, Consumer Products
Direct:
E-mail:          emorr@ufc.com

**Jay Brunetti**
Equipment Director
Direct:
E-mail:          jbrunetti@ufc.com

**Jered Ferdinand**
Equipment Manager
Direct:
E-mail:          jferdinand@ufc.com

**Tara Weisshaar**
Equipment Manager
Direct:
E-mail:          tweisshaar@ufc.com

**David Crane**
Equipment Manager
Direct:

**Tom Stirrat**
Equipment Coordinator
Direct:

CONFIDENTIAL                                                  ZFL-0535728

## Designation of Fight Personnel

**Fighters** - Independent Contractors who have entered into Promotional and Ancillary Rights Agreements with Zuffa, LLC., and to whom the Athlete Outfitting Policy will apply.

**Corners** - Trainers, coaches, teammates or anyone else present at UFC events and designated to accompany the fighter during the weigh-in, walkout and fight. For the purpose of the UFC Athlete Outfitting Policy, fighters are limited to 4 corners for championship bouts and main events and 3 corners for non-championship bouts.

**UFC Senior Executives-** Chairman and Chief Executive Officer of Zuffa, LLC., and the President of Zuffa, LLC.

## Definitions

**Fight week gear bag** - bag containing the preapproved product for fighters and corners at the start of fight week including but not limited to shorts, sweat pants, sweatshirts/hoodies, t-shirts, hats, shoes, socks, underwear (including sports bras for women).

**Fight night product kit** - the pieces compromising the fight night product kit include but are not limited to the fight short, walk out shirt, walk out hoodie, fight sports bra (women), fight tank (women), hat, shoes, socks, underwear.

**Unbranded** - defined as product without any visible logos or trademarks including but not limited to commercially identifiable patterns and designs or distinct visual DNA.

## Outfitting Timeline

**Annual outfitting specifications**
Questionnaires sent to fighters for outfitting input regarding short styles, etc.
Mandatory informational sessions held at fight weeks between January and July 2015.

**Prior to fight week**
Fight agreed upon with matchmaker and fight short color selected.
Fight short style and design selected with Equipment Department.
UFC Equipment Department customizes fight shorts and walkout attire with fighters' names.

**Fight Week**
Upon check-in at the hotel:
- Fighters receive attire for the open workouts, Ultimate Media Day, weigh-in and press conferences (if applicable)
- Corners receive attire for the open workouts and weigh-in

Upon arrival to the event venue for the fight:
- Fighters receive attire for the walkout and fight
- Corners receive attire for the walkout and fight

7/14/2015
6 of 24

CONFIDENTIAL

ZFL-0535729

# General Requirements and Allowances

- All fight week gear bags and fight night product kits supplied to each fighter for use during fight week for in the Octagon, the walkout, the weigh-in, the press conferences, Ultimate Media Day, the open workout, UFC produced content and other official UFC events must be approved by the UFC and distributed through the UFC Equipment Department.

- All fight personnel are expected to wear product provided in their fight week gear bag and fight night product kits during open workout, weigh-in, walkout and in the Octagon.

- All fight personnel may wear Reebok product, UFC only product or non-branded business or business casual attire for Ultimate Media day, press conferences and other official UFC events.

- **Fight week gear bags for the official UFC events will be provided at check in upon arrival to the hotel.**

- **Fight night product kits will be available at the arena upon arrival to the event venue.**

- Upon arrival to any UFC event venue no logos other than those permitted by the policy may be visible on any fight personnel.

- All Fighters are expected to select and return one apparel piece worn during the walkout or fight to the UFC equipment team. The piece returned must be worn for walkout or the fight and may be one of the following: shorts, hoodie, shirt or gloves. All other product provided in the fight week gear bag and fight night product kit may be kept by the fighters and corners at the end of the fight.

- **Arrival/Departure Rule** The Athlete Outfitting Policy is effective at all fight week events including arrival and departure. If a fighter elects to arrive at an event venue in non-branded apparel, as detailed in the policy, other than the product provided in the fight week gear bag then the fighter is expected to immediately change into the provided apparel, headwear and (if you chose to wear them), headphones upon arrival at the UFC event venue.

# UFC Fight Short Requirements

- Amongst fighters that are ranked, the higher ranked fighter may select their fight short color first. The opponent will be required to select a fight short from the options of the contrasting color.

- Amongst fighters that are not ranked the red corner will select their fight short color first and the opponent will be required to select a fight short from the options of the contrasting color.

- When applicable, all fight short colors must be confirmed with the matchmaker upon agreement of the fight. All fighters must fight in shorts with enough color contrast as to be distinguishable on television.

- All fighters must be in UFC garments supplied by the UFC Equipment Department and manufactured by Reebok.

- Shorts must be either Vale Tudo, board short style, gladiator or skort, no bikini or other style shorts will be permitted in the Octagon.

- Male fighters shall wear a groin protector of their own selection, of a type approved by the Commission.

- Please note that the fight short color selection effects the color of the entire kit.

CONFIDENTIAL                                                    ZFL-0535730

## __Fighter Compensation__

- Fighters are paid for complying with the Athlete Outfitting Policy for the entire fight week.
- Fighters are paid by UFC within 10 business days of their fight.
- Fighters are paid based on the UFC fighter pay scale communicated under separate cover, please refer to the letter dated May 6, 2015.

## __Non-Compliance, Fines and Penalties__

- Fighters and corners are required to wear the product provided in their fight week gear bag and fight night product kit.
- If the products provided in the fight week gear bag and fight night product kit for fight week events and the fight are lost or not brought for the event, fighters will be responsible for replacement costs.
- Each fighter that does not wear the provided products or whose corners do not wear the provided products for each fight week event or the fight will be subject to penalties, fines and may be removed from the fight.
- Penalties and fines will be assessed by the UFC and will be based on the individual infraction.
- Mutilating, altering or otherwise marking on any product provided by the UFC is strictly prohibited and subject to penalties and/or fines.
- Penalties and fines will also apply to infractions of all other rules regarding sponsors and outfitting partners.

CONFIDENTIAL

ZFL-0535731

# Outfitting Information

- The UFC logo may not be covered or obstructed in any way by any piece of the garment.

- All individuals are prohibited from removing, covering, mutilating, altering or blackening out any Reebok, Sponsor or UFC logos appearing on shorts, t-shirts, sweatshirts, hats and shoes.

- No logos may be added to any product provided by the UFC in the fight week gear bag or fight night product kit for the Octagon, the walkout, the weigh-in, the press conferences, Ultimate Media Day, the open workout, UFC produced content and other official UFC events.

- Commercially identifiable logos are not permitted, this includes but is not limited to logos on/in the following categories: apparel, headwear, haircuts, body hair sculpting, tattoos, spray tans and sun tans.

- All fighters, corners and senior executives are required to follow outfitting guidelines for fight night, open workout, weigh-in, press conferences, other UFC official events and UFC produced content.

## Guidelines for Fight Night, Open Workout, Weigh-in

### Apparel
- All fight personnel must wear apparel provided exclusively by Reebok.

### Headwear
- All fight personnel must wear headwear provided exclusively by Reebok.

### Fight Gloves
- All event gloves will be supplied by UFC.

- Gloves for competition must be new and in good condition.

- All fight gloves will be distributed by the Commission or the UFC Equipment Department.

- Fighters and fighter personnel are prohibited from removing, mutilating, altering, covering or blackening out any logos appearing on fight gloves.

### Footwear
- Footwear includes but is not limited to: athletic and athletic-inspired footwear, sneakers and slides.

- Fight night, open workout and weigh-in footwear worn by fighters and corners must be supplied by Reebok and distributed by the UFC Equipment Department only.

### Mouth guards
- Mouth guards may not have any commercially identifiable logos or trademarks other than UFC logos and trademarks. Fighters' names, nicknames, country flags, state flags and other non-branded designs are permitted.

### Accessories
- Accessories include but are not limited to: socks, headbands and athletic bags.

- Accessories worn by fighters and corners must be supplied by Reebok.

- Towels used in the Octagon must be provided by the UFC Equipment Department.

CONFIDENTIAL                                                                                              ZFL-0535732

**Ankle/Knee Sleeves/Wraps**

- Ankle, knee sleeves/wraps that bear the corporate name, marks, logos and/or other commercial identification of a supplier or other third party are prohibited.

- All ankle, knee sleeves/wraps must be generic in nature and approved by the Athletic Commission/Referees.

**Headphones**

- Octagon headphones by Monster are approved to be worn by fighters and corners for all UFC events, including but not limited to UFC fight week official events including fight night, UFC produced content and other official UFC events

- Headphones other than Octagon by Monster are prohibited for all UFC fight week official events, including fight night, UFC produced content and other official UFC events

- Each fighter will be provided with a pair of Monster headphones and the fighter is responsible for bringing the headphones to each fight throughout the year.

## Flags

- Country flags are permitted during walk out and post-fight celebration
  - o   Country flags may not be any larger than 4' X 6'

- State, province, other territories and any other logo flags(commercial or not) are prohibited unless otherwise noted in the policy

- Country, state, province and other territorial flags may be used on mouthpieces

## Training Equipment

- Gloves, mitts, bags, shields, etc. used for open workouts may be those regularly used by the fighter

7/14/2015
10 of 24

CONFIDENTIAL

ZFL-0535733

## Guidelines for Press Conferences

Press conferences are defined here as all UFC press conferences including but not limited to pre-fight, post-fight and on sale press conferences

- Fighters and corners may wear the following for UFC press conferences:
    - UFC branded apparel
    - UFC and Reebok branded apparel and footwear
    - Reebok branded apparel and footwear
    - Business attire and shoes with no visible logos or trademarks
    - Business casual attire and shoes with no visible logos or trademarks
    - Accessories and headwear must be unbranded or branded with UFC partners

## Guidelines for Other Official UFC Events

- Fighters and corners may wear the following for other UFC official events:
    - UFC branded apparel
    - UFC and Reebok branded apparel and footwear
    - Reebok branded apparel and footwear
    - Business attire and shoes with no visible logos or trademarks
    - Business casual attire and shoes with no visible logos or trademarks
    - Accessories and headwear must be unbranded or branded with UFC partners

## Guidelines for UFC Produced Content

- All UFC produced content including but not limited to the following:
    - *Road to the Octagon*
    - *Embedded*
    - *UFC Tonight*
    - *UFC Countdown*
    - *UFC Ultimate Insider*
    - *The Ultimate Fighter* series (international and domestic)
    - UFC event and non-event commercial, advertisement and promotional materials
- For all UFC produced content, fighters, corners and guests wear the product from the following list:
    - UFC branded apparel
    - UFC and Reebok branded apparel and footwear
    - Reebok branded apparel and footwear
    - Business attire with no visible logos or trademarks
    - Business casual attire with no visible logos or trademarks
    - Accessories and headwear must be unbranded or branded with UFC partners
- ❖ The primary participant/subject in any UFC production, must wear the product provided for the production, if applicable. Otherwise product must be unbranded product for all UFC productions.
- ❖ Secondary participants are not subject to the outfitting guidelines, e.g., a training partner of the fighter being filmed is not subject to the outfitting guidelines
- ❖ Detailed information regarding the items provided for The Ultimate Fighter production can be found in the Product Distribution and Use Schedule section
- ❖ Please direct any questions regarding the products permitted on set of any UFC production to the Consumer Products Department

CONFIDENTIAL                                                                              ZFL-0535734

# <u>Product Distribution and Use Schedule</u>

## Fight Week

All fighters and corners must wear UFC/Reebok apparel in the Octagon, the walkout, the weigh-in, the press conferences, Ultimate Media Day and the open workout. The Arrival/Departure rule also requires proper attire on fighters and corners upon arrival to any UFC event venue until after departure of any UFC event venue.

### <u>Fighters</u>

**Arrival/check in at the hotel**, pick up the fight week gear bag including:

- Gym bag (1)
- Hoodie (1)
- T-shirt (1)
- Workout shorts (1)
- Weigh-in short (1)
- Walkout sweat pants (1)
- Sports bra (long length available), women only (3)
- Weigh-in t-shirt (1)
- Walkout hoodie (1)
- Weigh-in hat (1)
- Underwear (3)
- Socks (2)
- Shoes (1)

**Open workout**, wear items from the following list (if applicable):

- Hoodie
- T-shirt
- Workout shorts
- Sports bra, women only
- Underwear
- Socks
- Shoes

**Press Conference/Ultimate Media Day,** wear the following attire:

- UFC/Reebok apparel and accessories
- Reebok apparel, footwear and accessories
- UFC only product apparel and accessories
- Business or casual attire provided it does not have any visible logos or trademarks

**Weigh-in,** wear items from the following list:

- Weigh-in short
- Walkout sweat pants
- Weigh-in sports bra, women only
- Weigh-in t-shirt
- Walkout hoodie
- Weigh-in hat
- Underwear
- Socks
- Shoes

**Fight night product kit** will be provided in the locker room when you arrive for the fight and will include the following:

**Walkout, fighter must wear:**

- Fight shorts
- Walkout shirt
- Fight sports bra, women only
- Underwear
- Shoes
- Walkout hoodie (optional)
- Walkout hat (optional)
- Fight tank, women only (optional)
- Walkout sweatpants (optional)

**Fight, fighter must wear:**

- Fight shorts
- Fight sports bra, women only
- Underwear
- Fight tank, women only (optional)

**Post-fight, fighter must wear:**

- Fight shorts
- Fight sports bra, women only
- Walkout shirt
- Walkout hat (optional)
- Underwear
- Fight tank, women only (optional)

CONFIDENTIAL                                                                                                                      ZFL-0535735

## Corners

**Arrival/check in at the hotel**, pick up the fight week gear bag including:

- Gym bag (1)
- Hoodie (1)
- T-shirt (1)
- Workout shorts (1)
- Weigh-in short (1)
- Walkout sweat pants (1)
- Weigh-in t-shirt (1)
- Walkout hoodie (1)
- Weigh-in hat (1)
- Socks (3)
- Shoes (1)

**Open workout,** wear items from the following list (if applicable):

- Hoodie
- T-shirt
- Workout shorts
- Socks
- Shoes

**Press Conference/Ultimate Media Day,** wear the following attire:

- UFC/Reebok apparel and accessories
- Reebok apparel, footwear and accessories
- UFC only product apparel and accessories
- Business or casual attire provided it does not have any visible logos or trademarks

**Weigh-in,** wear items from the following list:

- Weigh-in short
- Walkout sweat pants
- Weigh-in t-shirt
- Walkout hoodie
- Weigh-in hat
- Socks
- Shoes

**Fight night product kit** will be provided in the locker room when you arrive for the fight and will include the following:

**Walkout, Fight and Post-fight corners must wear:**

- Walkout sweatpants
- Walkout shirt
- Underwear
- Shoes
- Walkout hat (optional)
- Walkout hoodie (optional)

CONFIDENTIAL                                                                     ZFL-0535736

## *The Ultimate Fighter*

**_The Ultimate Fighter_ House**
- ➤ The following items will be provided for fighters:
  - o   Sweatshirts
  - o   T-shirts/tanks
  - o   Sweat pants
  - o   Shorts
  - o   Hats
  - o   Socks
  - o   Underwear
  - o   Gym bag
  - o   Swimwear, if applicable
  - o   Athletic shoes
- ➤ Fighters may wear their own loungewear and casual attire provided there are no visible logos or trademarks other than Reebok or UFC.

**_The Ultimate Fighter_ Gym**
- ➤ The following items will be provided for fighters:
  - o   Team jersey
  - o   Fight shorts
  - o   Sweatshirts
  - o   Rash guards
  - o   T-shirts/tanks
  - o   Bra tops, (women only)
  - o   Compression pants
  - o   Sweat pants
  - o   Shorts
  - o   Hats
  - o   Socks
  - o   Underwear
  - o   Gym bag
  - o   Athletic shoes
- ➤ The following items will be provided for coaching staff:
  - o   Team jersey
  - o   Fight shorts
  - o   Sweatshirts
  - o   Rash guards
  - o   T-shirts/tanks
  - o   Bra tops, (women only)
  - o   Compression pants
  - o   Sweat pants
  - o   Shorts
  - o   Hats
  - o   Socks
  - o   Underwear
  - o   Gym bag
  - o   Athletic shoes
- ➤ Fighters and coaches may not wear any product not provided by the production in the gym.

**_The Ultimate Fighter_ Finale Fights**
- ➤ Fighters and corners must wear the product provided for the fight and walkout.
- ➤ The following items will be provided for fighters:
  - o   Fight shorts
  - o   Fight bra, (women only)
  - o   Walkout pants
  - o   Walkout top
  - o   Walkout sweatshirt
  - o   Walkout hat
  - o   Athletic shoes
- ➤ The following items will be provided for corners:
  - o   Walkout pants/shorts
  - o   Walkout top
  - o   Walkout sweatshirt
  - o   Walkout hat
  - o   Athletic shoes

CONFIDENTIAL                                                                                                    ZFL-0535737

## Approved Brands

**Reebok:**
Fights shorts of all styles including but not limited to Vale Tudos and board shorts
T-shirts, including but not limited to walkout shirts
Sweatshirts, including but not limited to walkout hoodies
Sweatpants
Bra tops
Accessories, including but not limited to socks, headbands and athletic bags
Workout shorts, including but not limited to mesh shorts
Headwear
Footwear

**Century:**
Gloves

**UFC or unbranded:**
Towels, weigh-in
Towels, in Octagon
Mouth guards, not provided by UFC

**Octagon by Monster:**
Headphones

## UFC Sponsorship

UFC reserves the right to place a sponsor logo on the product provided in the fight week gear bag and fight night product kit. The sponsor will be determined by the UFC. No other sponsors are permitted on the product provided in the fight week gear bag and fight night product kit.

## Trademarks

"Ultimate Fighting Championship," "Ultimate Fighting," "UFC," "The Ultimate Fighter," "Submission," "As Real As It Gets", "The Octagon" and   the eight -sided cage design are registered trademarks, trademarks, trade dress or service marks owned exclusively by Zuffa, LLC in the United States and other jurisdictions. All other marks referenced herein may be the property of Zuffa, LLC or other respective owners.

CONFIDENTIAL                                                                      ZFL-0535738

## UFC Fighter Conduct Policy

As provided in the Promotional and Ancillary Rights Agreement entered into between each UFC fighter and Zuffa, LLC ("Zuffa" or "UFC"), fighters shall conduct themselves in accordance with commonly accepted standards of decency, social conventions and morals, and fighters will not commit any act or become involved in any situation or occurrence or make any statement which will reflect negatively upon or bring disrepute, contempt, scandal, ridicule, or disdain to the fighter or the UFC.

This contractual provision reflects the UFC's broad requirement that its contracted fighters act in a legal, ethical, and responsible manner and avoid conduct detrimental to the integrity of the UFC organization.

The following Conduct Policy ("Policy") details the standards of conduct each fighter is required to meet and the process by which misconduct may result in disciplinary measures.


### Standards of Conduct:

This Policy applies to all fighters under contract with UFC or its affiliate organizations.

As the UFC's highest profile independent contractors and as ambassadors of the sport of mixed martial arts, UFC fighters are held to a high standard by the UFC, the media and the public. Responsible conduct advances the interests of the sport and the fighters. Conversely, irresponsible conduct by a fighter tarnishes the reputation of both the affected fighter and the UFC and undermines the positive image set by other fighters.

While criminal activity by a UFC fighter is clearly detrimental to the reputation of the UFC and therefore subjects the fighter to discipline, other conduct can also result in disciplinary action.

Discipline may be imposed for misconduct, which includes without limitation, the following examples:

- Criminal offenses inclu ding, but not limited to, those involving: the use or threat of violence; domestic violence and other forms of partner abuse; theft and other property crimes; sex offenses; obstruction or resisting arrest; disorderly conduct; fraud; racketeering; and money laundering;

- Criminal offenses relating to performance -enhancing and prohibited substances, or substance abuse;

- Unlawful possession of a gun or other weapon;

- Conduct, including but not limited to assault, stalking, bullying or domestic violence, that imposes inherent danger to the safety or wellbeing of another person;

- Violent, threatening or harassing behavior;

- Derogatory or offensive conduct, including without limitation insulting language, symbols, or actions about a person's ethnic background, heritage,        color, race, national origin, age, religion, disability, gender or sexual orientation;

- Inappropriate physical, verbal, and online behavior (such as inappropriate statements made via e-mail, text messaging or social networks);

CONFIDENTIAL                                                                                    ZFL-0535739

- Conduct that undermines or pu   ts at risk the organization or promotion of a UFC event, including without limitation, failure to deliver, engage in or otherwise execute any and all promotional responsibilities, or failure to return in a timely manner the accurate and complete documents       or information for immigration, licensing, medical, tax or athletic commission purposes;

- Failure to adhere to the UFC Athlete Outfitting Policy; and

- Conduct that undermines or puts at risk the integrity and reputation of the UFC and its partners.

**Disciplinary Process:**

Upon discovery of potential fighter misconduct, which may include allegations, arrest, or other formal or informal charges of misconduct, UFC will direct an investigation, which may include interviews and information-gathering from medical experts, law enforcement officers and other relevant professionals. In the case of potential fighter misconduct relating to violent conduct or domestic violence, the fighter may be referred to a third party for a required evaluation.  As appropriate, the affected fighter and/or his/her designee will also have the opportunity to provide information on the conduct at issue. Upon conclusion of the investigation, UFC will have full authority to impose disciplinary measures on the fighter as warranted in its sole discretion.

Discipline may take the form of fines, suspension, and cessation of service and may include conditions to be satisfied prior to the resolution of the incident. Such discipline may also include suspension for a short period, suspension until resolution of legal charges, or termination of contract.

Determination of the appropriate discipline for an incident will be based on the nature of the misconduct and other relevant factors.

Immediate disciplinary measures may be imposed, provided that following a full investigation of the incident, UFC may review the measures and make appropriate adjustments. Unless the incident involves significant harm, a first offense will generally not result in immediate disciplinary measure until an investigation has been completed. Previous violations of this Policy may be taken into consideration in making disciplinary determinations and may result in immediate disciplinary action. Misconduct occurring prior to a fighter's provision of service to UFC may also be considered.

**Appeal Process:**

**Notice**: Following the imposition of disciplinary measures by UFC, the affected fighter shall have the option to appeal the determination solely through binding arbitration ("Arbitration") administered by JAMS.

In order to file an appeal, a fighter must complete both of the following two steps **within thirty (30) calendar days following the disciplinary determination**:

(i) notify the UFC Legal Department (via the contact information in the Contact Information section below); and

(ii) file a Demand for Arbitration with JAMS.

**Appeal**: The Arbitration will be conducted in accordance with the JAMS Comprehensive Arbitration Rules & Procedures effective as of the commencement of the Arbitration ("Rules"). The language of the Arbitration will be English. The Arbitration will be governed

CONFIDENTIAL

ZFL-0535740

and determined by the laws of the State of Nevada without regard to conflict of laws principles. The Arbitration will be resolved by a single arbitrator appointed in accordance with the Rules ("Arbitrator"). The Arbitration will be held in Las Vegas, Nevada at a location selected by the Arbitrator. The Arbitration proceedings and the resolution thereof will be completely confidential, subject only to such disclosures as required by law. The Arbitration will be the sole and exclusive venue of appeal with respect to the subject matter of the arbitrated dispute.

**Evaluation, Counseling and Treatment:**

Fighters who engage in misconduct, including domestic violence, may be required to undergo clinical evaluation. Based on the results of such evaluation, participation in an education program, counseling or other treatment as recommended by a health professional may be required. While evaluation and treatment are not considered disciplinary measures, failure to comply with an evaluation and treatment process may constitute a separate basis for discipline.

**Voluntary Evaluation, Counseling and Treatment Assistance:**

Fighters are encouraged to consult with the UFC Legal Department via the contact information (in the Contact Information section) below to obtain access to education, counseling, treatment, programs and resources that may assist in preventing misconduct.

**Reporting of Incidents:**

UFC must be notified immediately of any incident that constitutes fighter misconduct by contacting the UFC Legal Department (via the contact information in the Contact Information below). Failure to report an incident will constitute conduct detrimental to the integrity of the UFC and will be taken into consideration in making disciplinary determination under this Policy.

**Contact Information:**

Please contact Tracy Long of the UFC Legal Department **via email at tlong@ufc.com or telephone at (702) 588-5509** regarding this Policy, including without limitation, to report an incident, seek voluntary treatment or appeal a disciplinary determination.

CONFIDENTIAL

ZFL-0535741

# Frequently Asked Questions January 2015

**1.   Why is UFC implementing this new policy?**

UFC has partnered with Reebok, a major global footwear and sports apparel brand, to create a unique, iconic and consistent look for our athletes, reflective of their dedication, athletic superiority and determination. This partnership will create long-term value for UFC athletes and their brands by elevating and further professionalizing the events and the sport in general. This is another major step in UFC's maniacal pursuit of excellence.

**2.   When will this new policy start?**

The new policy will start the week of July 6, 2015, which coincides with International Fight Week (IFW) in Las Vegas, Nevada.

**3.   How does this benefit the athletes?**

The new policy will provide several benefits to the athletes, including but not limited to:
   a.   Associating every athlete with a global athletic footwear and apparel brand
   b.   High quality performance apparel specifically developed, tested and produced for MMA athletes
   c.   Elevating the visual identity of UFC athletes to be on par with other global mainstream sports
   d.   A guaranteed income for each fight, eliminating the burden of seeking sponsors on a per event basis
   e.   The opportunity to generate royalty income from the new athlete-specific products created through this program

**4.   When will athletes' sponsors no longer be permitted to have exposure on athlete apparel?**

Athletes' sponsors will no longer be permitted to have exposure on athlete apparel during UFC fight week official events including fight night, UFC produced content or other official UFC events beginning the week of July 6, 2015, which coincides with International Fight Week (IFW) in Las Vegas, Nevada.

**5.   Are athletes' sponsors permitted during UFC fight week official events including fight night, UFC produced content, and other official UFC events?**

Athlete sponsors are not permitted during UFC fight week official events including fight night, UFC produced content, or other official UFC events.  Athletes can retain their existing sponsors, however those sponsors are no longer permitted to have exposure within UFC fight week official events including fight night, UFC produced content, or other official UFC events.

**6.   Can athletes continue to have sponsors outside of official events?**

Yes, athletes can have apparel and non-apparel sponsors outside of UFC fight week official events including fight night, UFC produced content, or other official UFC events. Existing or prospective apparel and non-apparel sponsors can use the athlete's name and likeness, but may not use UFC trademarks unless they have a direct commercial relationship with UFC.

**7.   Will sponsor banners be permitted for the walkout and inside the Octagon?**

Sponsor banners will no longer be permitted for the walkout or inside the Octagon beginning with the UFC event on July 11, 2015, which coincides with International Fight Week (IFW) in Las Vegas, Nevada.

CONFIDENTIAL                                                                                    ZFL-0535742

**8.   How will athletes get their fight night product kit and fight week gear bag?**

The UFC equipment team will distribute the fight night product kit and fight week gear bag. The fight night product kit will be provided to the athletes upon arrival at the event venue on the day of the fight. All other fight week product will be provided upon check-in at the UFC office at the host hotel. New fight week gear bags and fight night product kits will be provided to all athletes and their corners for each fight week.

**9.   Will the fight night product kit have options for the athletes?**

Yes, there will be options on product styles, colors and fight night short silhouettes including board shorts, vale tudos and skorts which will be selected in advance of fight week.

**10.  What will corners have to wear?**

Corners will also be provided fight week and fight night gear and will be required to comply with the outfitting policy. For additional information please refer to the 2015 UFC Athlete Outfitting Policy.

**11.  What if an athlete's shorts need to be altered or don't fit properly?**

The UFC equipment team will work with the athletes to gather proper measurements, and will have the capability to alter fight shorts prior to fight week.

**12.  Who will be at the events to manage the outfitting and work with the athletes?**

A team of UFC equipment managers will coordinate all athletes' and corners' outfitting during fight week.

**13.  What pieces are included in the fight night product kit and fight week gear bag?**

Fight night product kit for male fighters:
a. Fight shorts
b. Fight gloves
c. Walk-out jersey
d. Walk-out hoodie
e. Hat
f. Underwear
g. Socks
h. Shoes

Fight night product kit for female fighters:
a. Fight shorts or skort
b. Sports bra (long length available)
c. Fight gloves
d. Walk-out jersey and/or tank top
e. Walk-out hoodie
f. Hat
g. Underwear
h. Socks
i. Shoes

Fight week gear bag for male fighters:
a. Bottoms
b. Tops, tees, fleece
c. Headwear
d. Underwear
e. Socks
f. Shoes

Fight week gear bag for female fighters:
a. Bottoms
b. Tops, tees, fleece
c. Headwear
d. Sports bra (long length available)
e. Underwear
f. Socks
g. Shoes

CONFIDENTIAL

ZFL-0535743

**14. Which fight week events will require official gear?**

Every UFC fight week event will require official gear. This includes, but is not limited to the events listed below. The official gear requirements are further detailed in the 2015 UFC Athlete Outfitting Policy.
   a.  Open workout
   b.  Ultimate Media Day
   c.  Press conferences
   d.  Weigh-in
   e.  Fight night, including walkout and in Octagon
   f.  Other official UFC events

**15. Can athletes wear a suit to the UFC Press Conferences?**

Yes, athletes may wear suits and other business casual apparel for the UFC Press Conferences as long as the product is unbranded and there are no visible logos, trademarks, commercially identifiable patterns and designs or distinct visual DNA.

**16. What happens if athletes don't wear the required apparel provided by the UFC?**

Athletes are required to comply with the 2015 UFC Outfitting Policy. While we anticipate full compliance with the new outfitting policy, please refer to the 2015 UFC Athlete Outfitting Policy and UFC Fighter Conduct Policy regarding any non-compliance.

**17. What does the outfitting product look like?**

The outfitting product will be unveiled in the spring of 2015.

**18. What are athletes required to wear for UFC-produced content and features? Does this include equipment?**

Yes, athletes will be required to wear official UFC gear as outlined in the new 2015 UFC Athlete Outfitting Policy. This includes, but is not limited to apparel, footwear, accessories and gloves.

**19. Has the product been developed specifically for MMA?**

Yes, the product has been specifically developed, tested and produced for mixed martial arts athletes. UFC athletes have collaborated, and will continue to have a voice, in on-going product development.

**20. Can athletes and corners keep their fight night product kit and fight week gear after each fight?**

Yes, both the athletes and the corners may keep their product after each fight. Each athlete will be asked to select and return one piece of apparel (shorts, hoodie or shirt) worn during the walkout or fight to the UFC equipment team. UFC will utilize the one fight worn item for charity donations, auctions, and memorabilia sales. Athletes will receive royalty payments pursuant to the individual athlete's merchandise rights agreement for any applicable memorabilia sale proceeds.

**21. Will athletes be compensated under the 2015 UFC Athlete Outfitting Policy?**

Yes, athletes will be compensated. The athlete outfitting compensation is a tiered system based on each athlete's ranking at the time of the weigh-in, irrespective of broadcast type and placement on the fight card.

**22. When will athletes get paid under the 2015 UFC Athlete Outfitting Policy?**

Athletes will be paid by UFC within 10 business days after their fight, subject to confirmation of their compliance with the 2015 UFC Athlete Outfitting Policy.

**23. How much money will UFC be making on this new partnership?**

7/14/2015
21 of 24

ZFL-0535744

UFC will be distributing the vast majority of the revenue received from this partnership to the athletes. UFC is investing in this platform to create long-term value in the brand and its athletes.

**24. What is Fight for Peace?**

Fight for Peace is a non-profit organization, which combines boxing & martial arts with education and personal development in communities affected by crime and violence.  Fight for Peace was founded in 2000 with the aim of providing an alternative to the armed violence and drug trafficking that can affect young residents in favelas in Rio de Janeiro. In November 2007 the Fight for Peace London Academy was established in the borough of Newham. Fight for Peace supports 2,500 young people each year and is now advising a network of charities across the world on how to make similar frontline projects work successfully.

**25. How is the UFC involved with Fight for Peace?**

A percentage of all Reebok/UFC product sales will be donated to Fight for Peace. In addition b  oth Reebok and the UFC are working with Fight for Peace on future projects. One of our first objectives is to establish a larger presence for Fight for Peace in the US and open a gym here that matches the amazing projects in London and Rio.

**26. Who can athletes contact with additional questions?**

For additional questions, athletes should refer to the contact information listed in the 2015 UFC Athlete Outfitting Policy.

UFC will be conducting mandatory informational sessions at event host hotels between January and July 2015 for all athletes. Managers and corners are welcome to attend. These sessions will also be used by the equipment team to gather all necessary measurements and outfitting specifications.

CONFIDENTIAL

ZFL-0535745

Copy of letter sent 1/14/2015



January 14, 2015

Dear First Name-

On December 2, 2014, UFC and Reebok announced a landmark deal for Reebok to outfit all UFC athletes. Reebok will create unique and iconic apparel for all fighters and their corners with the goal of elevating the visual identify of UFC events, UFC fight weeks and UFC productions. This partnership will create long-term value for UFC athletes and their brands, further professionalizing UFC events and the sport of mixed martial arts. In addition, the partnership will give back to local communities by supporting Fight for Peace in its charitable efforts.

The attached 2015 UFC Athlete Outfitting Policy contains all the specifics of this new program, which all athletes must follow beginning with International Fight Week in July 2015. In addition we have included a list of Frequently Asked Questions to further assist you.

We are excited that the vast majority of the revenue from this landmark deal will go to the fighters. Later this year we will be communicating the athlete compensation for the program. In addition to the compensation for adhering to the UFC Athlete Outfitting Policy, fighters will also earn royalty revenue from the sale of the products that use the fighters name and/or likeness. Royalty payments will be made to fighters based on the terms of their UFC Merchandise Rights Agreement. Furthermore, athletes can retain their existing sponsors and secure new sponsors, other than during UFC fight week official events, including fight night, UFC produced content, or other official UFC events.

The new UFC Athlete Outfitting Policy is under the leadership of Nakisa Bidarian, Executive Vice President of Strategy & Business Ventures. The implementation of the new policy will be led by the Consumer Products Department headed by Tracey Bleczinski, Senior Vice President. Ember Morr, Vice President Consumer Products, will oversee the newly formed UFC Equipment Department, which will handle all of the fighters outfitting needs. Tracey and Ember, along with the UFC Equipment Department, will be conducting mandatory UFC Athlete Outfitting Policy informational sessions each fight between January 18, 2015 and June 30, 2015. If you are not fighting but will be attending an event during this time period you are encouraged to contact the team and arrange to participate in one of the sessions. Detailed information regarding the Outfitting Policy informational sessions will be sent to each fighter prior to their fight week. Should you have further questions, the appropriate contact details are available within the new policy.

We thank you for being a part of an exciting new evolution of the UFC.

Lorenzo Fertitta
UFC Chairman and CEO

Dana White
UFC President

Cc:     Managers of UFC Fighters

7/14/2015
23 of 24

CONFIDENTIAL

ZFL-0535746

Copy of letter sent 5/6/2015



May 6, 2015

Dear UFC athletes,

We are pleased to be providing you with the compensation details of the **2015 UFC Athlete Outfitting Policy** ("AOP").

On Monday, April 20, you received a letter explaining a structural change to the AOP compensation. As outlined, you will be compensated for each individual bout based on your tenure with the organization. Each athlete's tenure will be calculated using all bout appearances in UFC, as well as any bout appearances in the World Extreme Cagefighting (WEC) and Strikeforce for the period those organizations were under the Zuffa, LLC ownership umbrella. The AOP compensation will be subject to compliance with the entire Outfitting Policy.

Below is the official breakdown of the tenure and compensation tiers:

| Tenure Tier | Compensation per bout (USD) |
|---|---|
| 1 to 5 bouts | $2,500 |
| 6 to 10 bouts | $5,000 |
| 11 to 15 bouts | $10,000 |
| 16 to 20 bouts | $15,000 |
| 21 bouts and above | $20,000 |
| Title challenger | $30,000 |
| Champion | $40,000 |

Athletes will receive their AOP compensation within 10 business days following their bout. The tenure for each athlete will be calculated as follows: all bout appearances prior to and including the date of the event. For championship bouts, the compensation for the current champion and title challenger will be based on their standing going into the bout.

As previously communicated, beyond the guaranteed AOP compensation, each athlete has the opportunity to generate additional revenue based on the sales of UFC and UFC/Reebok apparel which features the athlete's name and/or likeness. Royalty payments will be made to fighters based on the terms of their UFC Merchandise Rights Agreement.

Furthermore, athletes can, at their discretion, retain their existing sponsors and secure new sponsors outside of UFC fight week official events, UFC produced content or other official UFC events.

As we get closer to International Fight Week in July 2015, when the AOP will take effect, we are even more excited about this landmark evolution. The above outlined compensation structure will result in UFC distributing the vast majority of the revenue generated through the AOP directly to the athletes. We continue to believe the introduction of the official outfitting kits for our athletes is a beneficial investment, which will elevate and create long-term value for you, the UFC brand and the sport.

We thank you for being a part of an exciting new evolution of the UFC.

Lorenzo Fertitta
UFC Chairman and CEO

Dana White
UFC President

7/14/2015
24 of 24

CONFIDENTIAL

ZFL-0535747