# EXHIBIT 93

-

# REDACTED VERSION OF ECF NO. 558-21

# Exhibit 19

ZFL-1897652 Excerpt

| From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|
| ▮6097 | Ed Soares <+▮0825> | 1/10/2013 1:49:13 PM | Ball is in your court. Where are we with Anderson? |
| Joe Silva <+▮8700> | ▮6097 | 1/10/2014 12:05:20 PM | Shogun good to go March 23 in Brazil against Phil Davis? |
| ▮6097 | Joe Silva <+▮8700> | 1/10/2014 12:36:45 PM | I'm sending you email |
| Lawrence Epstein <+▮2120> | +▮6097 | 1/10/2014 4:50:17 PM | Can we get lyoto to coach. |
| ▮6097 | Tracy Long <+▮8722> | 1/11/2013 2:38:16 PM | How many fight left with Barnett |
| Tracy Long <+▮8722> | ▮6097 | 1/11/2013 3:04:32 PM | He is fighting his last fight. |
| ▮6097 | Tracy Long <+▮8722> | 1/11/2013 4:18:46 PM | How many left for Cain |
| Tracy Long <+▮8722> | ▮6097 | 1/11/2013 4:19:51 PM | 3 |
| ▮6097 | Joe Silva <+▮8700> | 1/11/2014 2:53:21 PM | What's the last offer you gave to Travis Browne |
| Joe Silva <+▮8700> | +▮6097 | 1/11/2014 2:53:52 PM | 50 + 50<br>75 + 75<br>100 + 100<br>125 + 125<br>150 + 150<br>175 + 175<br>200 + 200<br>225 + 225<br>250 + 250<br><br>PPV    championship defense<br>$1.00 for 200K-400K<br>$2.00 for 400K-600K<br>$2.50 for in excess of 600K |
| ▮6097 | Tara Connell <+▮6074> | 1/11/2014 3:39:26 PM | What has JDS comp been the last few fights |
| +▮6097 | Tara Connell <+▮6074> | 1/11/2014 3:44:21 PM | Werdum too |
| Tara Connell <+▮6074> | +▮6097 | 1/11/2014 3:51:28 PM | Just emailed jds. Werdum next |
| Tara Connell <+▮86074> | +▮6097 | 1/11/2014 3:55:44 PM | Werdum emailed as well. |
| +▮6097 | Tara Connell <+▮6074> | 1/11/2014 3:57:38 PM | Do you know wedums next fight |
| Tara Connell <+▮6074> | +▮6097 | 1/11/2014 3:57:52 PM | Heard he might be fighting Travis Browne on the Orlando card April 19th. |
| +▮6097 | Tara Connell <+▮6074> | 1/11/2014 3:59:16 PM | I mean money |
| Tara Connell <+17027686074> | +▮6097 | 1/11/2014 4:05:07 PM | Show 125k win 50k. No LOA. Ppv championship defense. |
| +▮6097 | Tara Connell <+▮6074> | 1/11/2014 4:16:40 PM | Cain? |
| Tara Connell <+▮6074> | ▮6097 | 1/11/2014 4:23:02 PM | Cain's next fight - show 400k; LOA 600k plus Ppv. |
| ▮6097 | Tara Connell <+▮6074> | 1/11/2014 4:24:35 PM | What was Weidman 200+200 plus ppv? |
| Tara Connell <+▮6074> | +▮6097 | 1/11/2014 4:39:07 PM | Yep. I can do it now Watcha need ? |

Page 1 of 178

| From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|
| Dana White <+        9875> | +        6097 | 2/24/2014 7:05:09 PM | I hope vegas |
| +17027696097 | Dana White <+        9875> | 2/24/2014 7:06:05 PM | Rousey/Carano main<br>Chael/Wand co main<br>July 4 |
| Dana White <+        9875> | +        6097 | 2/24/2014 7:06:37 PM | In vegas boss |
| Dana White <+        9875> | +        6097 | 2/24/2014 7:09:03 PM | No weidman vs vitor? I think we need that |
| +        6097 | Dana White <+        9875> | 2/24/2014 7:09:28 PM | That is scheduled for Memorial Day weekend |
| +        6097 | Joe Silva <+        8700> | 2/24/2014 7:18:22 AM | No those are not the terms we did not match the bellator offer |
| +        6097 | Joe Silva <+        8700> | 2/24/2014 7:19:18 AM | Ours was deemed a better offer due to our history of ppv and him on tuf |
| Joe Silva <+        8700> | +        6097 | 2/24/2014 7:19:28 AM | Good for us actual money-wise but tough perception-wise in that people think we gave him want he wanted and now others will demand the same. |
| +        6097 | Joe Silva <+        8700> | 2/24/2014 7:29:23 AM | Who is still on one fight besides Ellenberger |
| Joe Silva <+        8700> | +        6097 | 2/24/2014 7:33:37 AM | Munoz. Both have same manager.<br>Carmont<br>Rich Franklin<br>Wanderlei<br>Jacare<br>Tiequan Zhang |
| Dana White <+        9875> | +        6097 | 2/24/2014 8:26:51 AM | I have 1 more FYI for u. I'm reaching out to Gina Corano to c if she would like to fight Ronda. Thats a HUGE fight. |
| Acupuncture Mulkey <+        6651> | +        6097 | 2/25/2014 4:30:18 PM | Monster signs w bellator. |
| Dana White <+        9875> | +        6097 | 2/25/2014 7:00:04 PM | Bro, u know i love u to fukn death as it is but what u pulled off this week with Melendez and "other dude" is fukn BAD ASS! Fukn cut throat nasty busines |
| Dana White <+        9875> | +        6097 | 2/25/2014 7:00:06 PM | s like u see in movies!! Good shit homie, CONGRATS |
| +        6097 | Dana White <+        9875> | 2/25/2014 7:06:43 PM | We gotta keep taking these fuckers oxygen till they tap out. We have |
| Dana White <+        9875> | +        6097 | 2/25/2014 7:20:19 PM | I agree! U r 100% correct and i LOVE IT |
| lancepugmire@icloud.com | +        6097 | 2/25/2014 8:43:15 AM | Hi Lorenzo: does nick Diaz have fights left on his UFC deal? Any shot of him getting the Hendricks lawler winner? |
| +        6097 | Tracy Long <+        8722> | 2/25/2014 9:11:06 AM | How many fights does nick Diaz have left |
| Tracy Long <+        8722> | +        6097 | 2/25/2014 9:16:46 AM | When he retired we suspended his agreement. He was on his 4th fight. So 5 fights left (8 fight deal) |
| +        6097 | lancepugmire@icloud.com | 2/25/2014 9:18:02 AM | He's under a long term deal. I don't know what he wants to do. He lost his last fight to GSP. |
| Lawrence Epstein <+        2120> | +        6097 | 2/26/2013 11:53:47 AM | Can't cut Hendo. |
| +        6097 | Lawrence Epstein <+        2120> | 2/26/2013 11:54:06 AM | Why no cut clause |
| Lawrence Epstein <+        2120> | +        6097 | 2/26/2013 11:58:01 AM | 2 fights left. Did a 4 fight deal with no termination for loss. We wanted a longer deal but he refused and wanted no cut. We were planning on him fighting for a title against jones. He wasn't going to sign if the fights weren't guaranteed. |

CONFIDENTIAL                                                                                                                                                    ZFL-1897726

| From | To | Time stamp (Device time -08:00) | Text |
|---|---|---|---|
| Joe Silva <+...8700> | +...6097 | 5/1/2014 6:16:32 PM | Did you see my email about Jim Miller vs Cowboy? |
| +...6097 | Joe Silva <...8700> | 5/1/2014 6:17:07 PM | Yes but I didn't get a chance to talk to Dana about it |
| Joe Silva <...8700> | ...6097 | 5/1/2014 6:18:40 PM | Got your boy OSP a main card fight June 14 in Vancouver against Ryan Jimmo. He should be favored in that one. |
| +...6097 | Joe Silva <...8700> | 5/1/2014 6:18:52 PM | Good one |
| Joe Silva <+...8700> | +...6097 | 5/10/2013 11:35:28 AM | Since I did not receive your other text I wanted to make sure I did not miss any more. If you can't get Roy to do that deal tell him instead he can fight Dos Santos June 15 in Winnipeg on his last fight for 24+24. If he turns that fight down it allows us to extend his contract. |
| Joe Silva <+...8700> | +...6097 | 5/10/2013 12:18:08 PM | Travis Browne has an injured elbow. |
| Lorenzo Fertitta | Group: ...9875, +...2120, +...2470, +...7376 | 5/10/2013 7:05:56 AM | From Roy's manager "Lorenzo<br>Thank you for your time and efforts you laid out a very interesting offer and while the top has a lot to offer the starting point is just too low. We gonna pass. Maybe given enough time we can figure out a deal that works for everyone. Thank you again. I didn't want to turn into a writer and flood the email if you have time and desire to talk sometimes today I will gladly call you.<br><br>Thank you "<br>I offered 9 fights 125+50 for regular bout, 500 flat for title fight, 500 plus ppv if defending. If ppv does 600k buys he makes 1.1m.<br><br>Very fair offer. I feel like if we counter the 125+50 we start to screw up the pay scale for contenders. |
| Joe Silva <+...8700> | +...6097 | 5/10/2013 7:49:20 AM | Any update? |
| ...6097 | Joe Silva <...8700> | 5/10/2013 7:55:10 AM | Did you get my text. They passed on 125+50, 500 flat for title shot and 500 flat + ppv to defend (which is about 1.2m). |
| Lawrence Epstein <+...2120> | +...6097 | 5/10/2013 7:57:52 AM | Interesting. So he must have some options out there. I bet World Series of fighting. |
| Joe Silva <+...8700> | +...6097 | 5/10/2013 7:57:52 AM | Never got that text. That is crazy. So we are just going to drop the Dos Santos fight off of the card? Cormier has an injured hand and Travis Browne's manager has not been able to track him down. I can see if Pat Barry will do it but that is such a ridiculous mismatch. |
| Acupuncture Mulkey <+...6651> | +...6097 | 5/10/2014 11:40:01 AM | Dana or lorenzo, wanderlei is intimating to tracy when reviewing his bout agmt that he was supposed to get ppv. Was he promised that? |
| ...6097 | Acupuncture Mulkey <+...6651> | 5/10/2014 11:40:45 AM | Yes he gets that |
| Dwhite <+...9720> | +...6097 | 5/10/2014 2:42:25 PM | Bjorn didnt cancel. Eddies replacement is someone named Will Brooks. Bjorn said the card went from "utterly spectacular" to "spectacular." |
| +...6097 | Group: ...8700, ...8364 | 5/12/2014 12:18:00 PM | What's status of Dominic Cruz? |
| Sean Shelby <+...8364> | Group: +...8700, +...8364 | 5/12/2014 12:23:07 PM | We're looking at a late August return. Possibly fighting the winning of Mizugaki and Francisco Rivera who are fighting may 24 |
| +...6097 | Dana White <+...9875> | 5/12/2014 12:23:52 PM | We're looking at a late August return. Possibly fighting the winning of Mizugaki and Francisco Rivera who are fighting may 24 CRUZ |

CONFIDENTIAL                                                                                                                                                 ZFL-1897748