# EXHIBIT 94
# -
# REDACTED VERSION OF
# ECF NO. 574-4

# EXHIBIT 3

## Presentation titled "Marketing in Mixed Martial Arts"

## (Filed Under Seal)

# Marketing in Mixed Martial Arts



Information contained in this presentation shall not be shared with any 3rd party without written consent from
Paradigm Sports Management, LLC

© 2013 Paradigm Sports Management, LLC

CONFIDENTIAL

# MARKETING IN SPORTS

























# Sports Marketing

- From 2001-2008 sports events in prime time accounted for approximately 8% of broadcasts.

- In 2009-2010 that number increased to 19.4% Continuing to grow, sports accounted for 20% during the 2010-2011 season.

- In 2009, advertisers spent approx $7.6 billion on sports advertising; over 43,700 hours of events covered.
  - $5.62 on Network TV and $1.97 on Cable TV

- In the era of instant information sports are the only events on TV that are DVR proof



*Source: Nielsen Media Research

© 2013 Paradigm Sports Management, LLC

# The Fastest Growing Sport in the World is



© 2013 Paradigm Sports Management, LLC

ZFL-12449197

# Demographics of Sports

## SEX

|        | USA Pop. | MLB   | NFL   | NBA   | NHL   | MLS   | NASCAR | MMA |
|--------|----------|-------|-------|-------|-------|-------|--------|-----|
| Men    | 49%      | 58.8% | 58.7% | 60.2% | 63.6% | 60.5% | 63.1%  | 78% |
| Women  | 51%      | 41.2% | 41.3% | 39.8% | 36.4% | 39.5% | 36.9%  | 22% |

## AGE

|        | USA Pop. | MLB   | NFL   | NBA   | NHL   | MLS   | NASCAR | MMA |
|--------|----------|-------|-------|-------|-------|-------|--------|-----|
| 18-34  | 30%      | 28%   | 29.6% | 31.9% | 33.4% | 37.8% | 29.4%  | 53% |
| 35-49  | 25%      | 28.8% | 29.1% | 28.9% | 32.1% | 31.8% | 30%    | 28% |
| 49+    | 45%      | 43.1% | 41.3% | 39.2% | 34.4% | 30.4% | 40.6%  | 19% |

*Source: Scarborough Sports Marketing

© 2013 Paradigm Sports Management, LLC



CONFIDENTIAL

# Demographics of Sports

## RACE

|          | USA Pop. | MLB   | NFL   | NBA   | NHL  | MLS   | NASCAR | MMA |
|----------|----------|-------|-------|-------|------|-------|--------|-----|
| White    | 83%      | 84.5% | 83%   | 77.6% | 86%  | 81.9% | 85.7%  | 57% |
| African American | 12% | 10.2% | 11.7% | 16.4% | 8.5% | 11.2% | 9.6%   | 14% |
| Hispanic | 14%      | 11.5% | 10.9% | 13.9% | 9.1% | 23.2% | 9.4%   | 22% |
| Other    | 3%       | 5.3%  | 5.3%  | 6.0%  | 5.5% | 6.9%  | 4.7%   | 7%  |

## INCOME

|         | USA Pop. | MLB   | NFL   | NBA   | NHL   | MLS   | NASCAR | MMA |
|---------|----------|-------|-------|-------|-------|-------|--------|-----|
| < $25K  | 14%      | 10.7% | 11%   | 11.5% | 8.7%  | 11.3% | 12.6%  | 15% |
| $25-35k | 12%      | 10.6% | 11.1% | 11.4% | 8.9%  | 11.2% | 12.4%  | 15% |
| $35-50k | 19%      | 18%   | 18.3% | 18.2% | 16.5% | 16.9% | 19.8%  | 19% |
| $50-75K | 18%      | 18.2% | 18.4% | 17.7% | 18.6% | 16.7  | 19.3%  | 19% |
| $75K +  | 36%      | 42.5% | 41.2% | 41.2% | 47.3% | 43.9% | 35.9%  | 33% |

*Source: Scarborough Sports Marketing

© 2013 Paradigm Sports Management, LLC



# MMA Demo Highlights

|       | Men | Women | <$25K | $25-35K | $35-50K | $50-75K | $75K + |
|-------|-----|-------|-------|---------|---------|---------|--------|
| MMA   | 78% | 22%   | 15%   | 15%     | 19%     | 19%     | 33%    |

|       | 18-24 | 25-35 | 35-49 | 49+ | White | African America | Hispanic | Other |
|-------|-------|-------|-------|-----|-------|-----------------|----------|-------|
| MMA   | 24%   | 29%   | 28%   | 19% | 57%   | 14%             | 22%      | 7%    |

- Over 50% of fans are under 35 years old

- 33% fans w/ household income over $75k/yr

- 22% of demo is Hispanic, 2nd only to MLS

*Source: Scarborough Sports Marketing

© 2013 Paradigm Sports Management, LLC



CONFIDENTIAL

# MMA Demo

- # MMA's young male demo is also tech savvy.
  - ## They are well above the national average for owning high-tech household items and for planning to buy upgrades:

| Household Technology | MMA Fan v National Average: Currently Own | MMA Fans v National Average: Plan to Buy |
|---|---|---|
| | *fan base approximately 31 million | |
| Computer | +8% | +76% |
| Digital Cam | +18% | +52% |
| HDTV | +15% | +68% |
| PDA (Iphone, Android, etc) | +49% | +138% |
| Satellite Radio | +52% | +189% |
| MP3 Player | +44% | +89% |
| Video Game System | +56% | +158% |

*Source: Scarborugh Sports Marketing

© 2013 Paradigm Sports Management, LLC

PARADIGM MMA
MANAGEMENT

CONFIDENTIAL

ZFL-12449201

# MMA Overview and Background

**Nov, 1993**
The UFC is founded

**Oct, 1997**
Pride FC, based in Japan, broadcasts In over 40 countries worldwide

**Jan, 2000**
ZUFFA buys The UFC for $2,000,000

START / 1993 / 1994 / 1997 / 2000

**March, 2006**
CBS & ProElite partner to form EliteXC

**Jan, 2005**
UFC's Ultimate Fighter TV show debuts & peaks at 2.6 million viewers

**April, 2001**
Unified Rules of Mixed Martial Arts created & Nevada sanctions first MMA fights

2006 / 2005 / 2004 / 2001

**2006**
UFC became the highest earning promotion of PPV revenue among MMA, boxing & Pro Wrestling

**Oct, 2011**
Viacom, (parent company for Spike, MTV, VH1, Paramount Pictures, etc.) Buys majority stake

2007 / 2008 / 2011

**Oct, 2007**
UFC buys largest competitor Pride FC & merges the two promotions

**May, 2008**
EliteXC on CBS has 7.281 million Viewers. Highest in MMA history

**March, 2011**
ZUFFA buys Strikeforce, the 2nd largest MMA promotion in the world

**Aug, 2011**
UFC and FOX enter into 7 year $650 million deal. UFC now on FOX, FX & FuelTV

**Nov. 2011**
*USA Today*'s Sports Media Group buys MMA Junkie

© 2013 Paradigm Sports Management, LLC

PARADIGM MMA

CONFIDENTIAL

ZFL-12449202



# The Largest MMA Promotion in the World

© 2013 Paradigm Sports Management, LLC

ZFL-12449203

# UFC & FOX

In July 2011 the UFC and FOX entered into a **7-year** agreement with a total value of **$650 million**.  The deal started in Jan 2012 and FOX is in the midst of vast expansion of their networks surrounding the new UFC programming



© 2013 Paradigm Sports Management, LLC

CONFIDENTIAL

ZFL-12449204

# 31 UFC Events in 2012

- **13 Fights on Pay-per-view**
  - Undercard fights broadcast on FX and Facebook

- **4 Fights on Fox** (Network TV)
  - Undercard fights broadcast on FX and Facebook

- **on F** (Cable TV)
  - Undercard fights broadcast on Fuel TV and Facebook

- **6 Fights on Fuel TV** (Cable TV)
  - Undercard broadcast on Facebook

- 2013: 40 UFC events are projected

© 2013 Paradigm Sports Management, LLC

# Additional UFC Programming

- **TUF: The Ultimate Fighter (Reality Show)**
  - Broadcast on FX

- **UFC Countdown**
  - PPV Event preview show (Similar to ___'s 24/7)
  - Broadcast on FX

- **6 hours of programming per-day on FUEL TV**
  - "UFC Tonight"—UFC's News and Information show
  - "UFC Ultimate Insider"—Behind the Scenes News
  - "UFC Reloaded"—Re-airs past UFC events
  - "UFC Unleashed"—Re-airs past UFC specific fights
  - "UFC Weigh-in show"—pre fight weigh-ins for all UFC events (LIVE)
  - "UFC Pre/Post Fight Show"—Highlights, interviews and analysis (LIVE)

© 2013 Paradigm Sports Management, LLC

# PPV Events and Buys in US Market

| Year | # of PPV Events | Total # of Events | Estimated Total Buys* | Average Buys/Event |
|------|-----------------|-------------------|-----------------------|--------------------|
| 2010 | 15 | 24 | 9,250,000 | 616,500 |
| 2011 | 16 | 27 | 6,790,000 | 424,500 |
| 2012 | 13 | 31** | 5,700,000 | 438,500 |

*Average US PPV Buy is viewed by four people
*Figures do not include bars, restaurants, or other commercial purchases
**In 2012 The UFC had a record 18 events on network or cable TV    (a reflection of the 1st year of the new FOX agreement)

© 2013 Paradigm Sports Management, LLC



CONFIDENTIAL

# US TV Viewership



| Event | Date | Avg. Viewers |
|---|---|---|
| UFC on FOX 1 | 11/12/11 | 5,700,000 |
| UFC on FOX 2 | 1/28/12 | 4,700,000 |
| UFC on FOX 3 | 5/5/12 | 2,250,000 |
| UFC on FOX 4 | 8/4/12 | 2,360,000 |
| UFC on FOX 5 | 12/8/12 | 4,400,000 |
| UFC on FOX 6 | 1/26/13 | 4,200,000 |
| UFC on FOX 7 | 4/20/13 | 3,700,000 |



| Event | Date | Avg. Viewers |
|---|---|---|
| UFC on FX 1 | 1/20/12 | 1,300,000 |
| UFC on FX 2 | 3/2/12 | 1,400,000 |
| UFC on FX 3 | 6/8/12 | 1,100,000 |
| UFC on FX 4 | 6/22/12 | 1,300,000 |
| UFC on FX 5 | 10/5/12 | 972,000 |
| UFC on FX 6 | 12/15/12 | 1,300,000 |
| UFC on FX 7 | 1/19/13 | 1,900,000 |

*Source: Nielsen Media Research &  MMA Manifesto

© 2013 Paradigm Sports Management, LLC



CONFIDENTIAL

ZFL-12449208

# UFC on FOX 7

- Averaged 3.7 million viewers

- Main Event peaked at 4.7 million viewers

- UFC on FOX 7 broadcast was ranked No. 1 overall in the coveted 18-49 demographics



**No promotional help from the NFL on FOX broadcasts that would usually advertise upcoming cards

© 2013 Paradigm Sports Management, LLC

# International Viewership

- MMA is truly a global sport, while TV numbers internationally are harder to come by, below are some numbers from events aired in Brazil during 2012

  - UFC 142 was watched by over 23 million in Brazil

  - The Ultimate Fighter Brazil (TUF) debuted in 2012 on *Globol TV* and had 12 million viewers

  - Bellator 61, (March 16, 2012) was watched by close to 3 million in Brazil.
    - It was the first Bellator event to ever air in that country



© 2013 Paradigm Sports Management, LLC

CONFIDENTIAL

# International Viewership

In addition to its reach on FOX, UFC programming is broadcast in over 150 countries and territories, to nearly one billion homes worldwide, in 22 different languages.



\* UFC can be watched online, by PPV, or broadcasted in highlighted countries

© 2013 Paradigm Sports Management, LLC

CONFIDENTIAL                                                                 ZFL-12449211

# How to Watch

United States, Brazil, Japan, United Kingdom, Germany, France, Australia, Canada, Latin America, Italy, New Zealand, Sweden, Korea)



## -Facebook
-Watch over 2 hours of preliminary bouts for free when you "Like" UFC Facebook page

## -UFC.TV

## -Available on App Store
-Download the UFC.TV app on your iPod, iPad, or iPhone to watch UFC events live.

## -Samsung Apps
-Samsung Smart TVOn your Samsung Smart TV, select and download the free UFC TV app and link to your current UFC TV subscription.

## -Android Market
-Download the UFC.TV app on your Android device to watch UFC events live

CONFIDENTIAL

ZFL-12449212

# Social Media vs. Big Four US Sports

The UFC ranks 2nd behind only the NBA in "likes" on Facebook

| | Facebook "likes" in millions |
|---|---|
| **NBA** | 16.10 |
| **UFC** | 10.20 |
| **NFL** | 7.00 |
| **MLB** | 4.50 |
| **NHL** | 2.66 |





© 2013 Paradigm Sports Management, LLC



CONFIDENTIAL

ZFL-12449213

# Major Active Sponsors in MMA














ZFL-12449214

# News & Media Outlets















CONFIDENTIAL

ZFL-12449215

# Value

Imagine being able to get into the NFL in the 1970's and grow your business through the growth of the NFL.

## That is the opportunity that now exists in MMA.




Viewers were 9% more likely to remember ads during UFC on Fox when compared to the norm of sports programming.




© 2013 Paradigm Sports Management, LLC

PARADIGM MMA

# Fastest Growing Sport in the World



*Source: MMAPayout.com

© 2013 Paradigm Sports Management, LLC

ZFL-12449217

# Methods for Marketing

- ## Fighter Sponsorship

- ## Corporate Sponsorship





© 2013 Paradigm Sports Management, LLC



# Additional Value by Marketing with Athletes

- Leves social media
  - F r

- Pho pearances

- Cor o/Viral Video





© 2013 Paradigm Sports Management, LLC



CONFIDENTIAL



# THANK YOU!

If you have any questions or would like more information about opportunities in MMA please contact **Audie Attar.**

Email:  Audie@ParadigmSM.com

Phone:

CONFIDENTIAL