# EXHIBIT 95

-

# REDACTED VERSION OF ECF NO. 574-8

# EXHIBIT 7

Excerpts of Deposition of Dana White

(Filed Under Seal)

280

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON   )
FITCH, on behalf of           )
themselves and all others     )
similarly situated,           )
                              )
          Plaintiffs,         )
                              )
     vs.                      )  Case No.
                              )  2:15-cv-01045-RFB-(PAL)
                              )
ZUFFA, LLC, d/b/a Ultimate    )
Fighting Championship and     )
UFC,                          )
                              )
          Defendant.          )
_____)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DANA F. WHITE

AFTERNOON AND EVENING SESSIONS

LAS VEGAS, NEVADA

AUGUST 9, 2017

4:01 P.M.

REPORTED BY:
MICHELLE R. FERREYRA, CCR No. 876
JOB NO. 51036-B

**329**

DANA WHITE - HIGHLY CONFIDENTIAL

2  A. He's a UFC fighter.
3  Q. Former UFC?
4  A. Yes.
5  Q. Okay. And is it true, though, that
6  your -- your view was that the fight between Bonnar and
7  Tito literally meant nothing?
8  A. Yes.
9  Q. Okay. Is that because they were at a point
10 in their careers where, you know, they were, you know,
11 not ascending as fighters and the types of fighters
12 that UFC would want in its promotion?
13 A. No. It's my opinion. It's my opinion that
14 it wasn't because I run my business completely
15 different than Bellator runs theirs. I'm good at it
16 and they're not.
17 Q. And what does it mean to stack a card in an
18 MMA bout?
19 A. What does it mean?
20 Q. Yes.
21 A. It means to put on a bunch of great fights on
22 one card.
23 Q. Okay. And so in order to stack a card, you
24 would need a lot of good fighters?
25 A. You need to build talent.

**330**

DANA WHITE - HIGHLY CONFIDENTIAL

2  Q. But if -- if -- if you haven't done that, you
3  can't stack a card; correct?
4  A. Yeah. If you can't build talent, then you
5  can't build stars. Yeah.
6  Q. Well, in -- in theory, your promotion -- you
7  could go out and acquire stars; right? You wouldn't
8  have to build them?
9  A. Yeah. You could go out and acquire stars --
10 Q. Okay.
11 A. -- but we build them.
12 Q. Right.
13 A. That's what we do.
14 Q. But in order to stack a card, you need the
15 talent; right?
16 A. You need to be able to build stars.
17 Q. Well, but I thought you could acquire the
18 talent without building it?
19 A. Well, yeah. I mean, companies like Viacom
20 could go out and acquire any type of talent they want.
21 Q. Right.
22 A. They have billions of dollars, contrary to
23 what you believe.
24 Q. Not -- not withstanding the cash balances
25 that you saw --

**331**

DANA WHITE - HIGHLY CONFIDENTIAL

2  A. Oh, yeah, yeah. Yeah. Listen. The day that
3  Viacom has the same balance sheet as me, that will be
4  the day.
5  Q. I think we're there.
6  A. I would -- yeah.
7  Q. So -- so in order to stack a card, you need
8  talent; right?
9  A. Yeah.
10 Q. Okay.
11 A. In -- in order to stack a card, you -- you
12 need stars. You need to be able to build stars. And
13 if you can build stars -- even if -- even if you're a
14 promotion, you know, that -- that -- that is well
15 established and you have some big names, you only have
16 so many big names. You have to be able to go out and
17 build stars. That's how you can stack a card. You
18 can't stack a card without having a bunch of stars.
19     And there aren't, you know, it's not like,
20 you know, stars are just out there popping up
21 everywhere. You have to be able to know who you think
22 is talented, who you think could possibly be, you know,
23 a world champion or a big fighter some day, then you
24 turn these people into stars.
25 Q. Is -- is it your testimony that you can't

**332**

DANA WHITE - HIGHLY CONFIDENTIAL

2  stack a card as an MMA promoter unless you -- you, as
3  the MMA promoter, have actually developed the stars
4  yourself?
5  A. Unless you -- yeah. You have to build stars.
6  No.
7  Q. You can't build --
8  A. There's tons of fighters every single
9  weekend. This weekend, there's fights happening all
10 over the world. There's MMA promotors literally all
11 over the world. And there are fights happening every
12 weekend, this week, next weekend, last weekend. These
13 fights are happening. Then what you do is you go out,
14 you know, there's a team at the UFC, there's three of
15 us, who go out, and we look at people.
16     You know, what's crazy? Think about this.
17 Four years ago, Conor McGregor was available to
18 everybody. Bellator, ONE FC, UFC, everybody out there.
19 Do you know who went out -- he was -- he was 7 and 2.
20 Okay? Guy's record was 7 and 2. There's a zillion of
21 them, right? I went and got Conor McGregor. I saw
22 him, I liked his personality, and I turned him into a
23 star, one of the biggest stars on earth right now.
24 Bellator could have done that, ONE FC could have don
25 it, they all could have done it. Four years ago, he

## Page 333

DANA WHITE - HIGHLY CONFIDENTIAL

was available to everybody.

Q. Are -- are you not understanding the question? Because the question is: Is it possible to stack a card by acquiring fighters rather than building them?

A. I answered the question.

Q. I don't think you did.

A. I answered the question.

MR. ISAACSON: That wasn't your last question, and his answer was to your last question.

BY MR. DELL'ANGELO:

Q. So then -- then let's -- let's see if we get this clear. Is it possible for an MMA promotor to stack a card without building -- without that MMA promotor building the talent themself?

A. I don't understand the question.

Do you want to know what's even crazier? Four years ago, Strikeforce had Rhonda Rousey.

MR. ISAACSON: I'm going to -- I'm going to strike your answer. Let him --

THE WITNESS: All right. I will stop. I'm getting crazy over here. I drank an energy drink.

BY MR. DELL'ANGELO:

Q. So it was your view in December of 2014 that

## Page 334

DANA WHITE - HIGHLY CONFIDENTIAL

Bellator didn't have fighters to stack a card with?

A. They did. Absolutely did.

Q. So take a look at Exhibit 11, please. Would you take a look at Exhibit 11, please?

A. Oh, okay. Okay.

Q. Would you go to page 155.

A. Yeah.

Q. Okay. Would you take a look at row 3446, please.

A. Yeah.

Q. Okay. That's a text from your ▇ -- or your ▇ number; right?

A. Yes.

Q. Okay. And that's to Mr. Fertitta's ▇ number; correct?

A. Okay.

Q. Okay? And it's dated December 8, 2014; correct?

A. Yes.

Q. Okay. And you're indicating in that text that you spoke to somebody who did play-for-play for Bellator; correct?

A. I'm reading it right now. Yeah.

Q. Okay. So this text message refers to

## Page 335

DANA WHITE - HIGHLY CONFIDENTIAL

Bellator?

A. Yeah.

Q. Okay. And you ask, "What the hell do they have to stack -- stack them with?"

A. Yeah.

Q. Do you see that?

A. Right.

Q. Okay. And are you -- are you saying that you believed, at the time you sent this text, that Bellator didn't have the fighters to stack a card with?

A. Yeah. I -- I -- I love the competitive spirit here, that I -- that I should quit because I can't compete with the way they're going to stack their cards. I love that. That -- that's what I'm all about, number one.

Number two, yeah. They could stack their cards if they built talent.

Q. Right.

A. But they're not good at it.

Q. And --

A. They're -- they're really not good at it.

Q. And in December of 2014, you believed that they hadn't developed the talent to stack their cards with; right?

## Page 336

DANA WHITE - HIGHLY CONFIDENTIAL

A. Yeah. In my opinion, they had not, yes.

Q. Okay. So --

A. My opinion obviously was not the same as this guy's opinion.

Q. Right. And so let's take a look -- well, are you familiar with the term "legend fights" in MMA?

A. Legend fights?

Q. Yeah.

A. Okay.

Q. No. I'm asking if you are familiar with the term?

A. I'm not familiar.

Q. Okay. Are you family with the term "a freak show fight"?

A. Eh, I mean, freak show, that -- that's what I call some of the fights.

Q. Okay. What's a freak show fight?

A. So when I built this business, right, I -- I -- I set standards. So I was a huge boxing fan growing up. Okay? And I hated everything that boxing did. Loved the sport, but hated everything they did. So I had a vision in my mind of how I would do it and how I would change everything from the live event to the fights to how it's produced on television,

457

```
 1
 2    STATE OF _____ )
 3                             ) :ss
 4    COUNTY OF _____ )
 5
 6
 7         I, DANA F. WHITE, the witness
 8    herein, having read the foregoing
 9    testimony of the pages of this deposition,
10    do hereby certify it to be a true and
11    correct transcript, subject to the
12    corrections, if any, shown on the attached
13    page.
14
15
16              _____
                    DANA F. WHITE
17
18
19
20    Sworn and subscribed to before
21    me, this        day of
22          , 2017.
23
24    _____
25         Notary Public
```

458

```
 1              CERTIFICATE OF REPORTER
 2    STATE OF NEVADA  )
      COUNTY OF CLARK  )
 3         I, Michelle R. Ferreyra, a Certified Court
 4    Reporter licensed by the State of Nevada, do hereby
 5    certify: That I reported the videotaped deposition of
 6    DANA WHITE, commencing on WEDNESDAY, AUGUST 9, 2017
 7    at 4:01 p.m.
 8         That prior to being deposed, the witness was
 9    duly sworn by me to testify to the truth.  That I
10    thereafter transcribed my said stenographic notes into
11    written form, and that the typewritten transcript is a
12    complete, true and accurate transcription of my said
13    stenographic notes, and that a request has been made to
14    review the transcript.
15         I further certify that I am not a relative,
16    employee or independent contractor of counsel or of any
17    of the parties involved in the proceeding, nor a person
18    financially interested in the proceeding, nor do I have
19    any other relationship that may reasonably cause my
20    impartiality to be questioned.
21         IN WITNESS WHEREOF, I have set my hand in my
22    office in the County of Clark, State of Nevada, this
23    21st day of August, 2017.
24
              _____
25         MICHELLE R. FERREYRA, CCR No. 876
```

459

```
 1              INSTRUCTIONS TO WITNESS
 2
 3         Please read your deposition over carefully
 4    and make any necessary corrections. You should state
 5    the reason in the appropriate space on the errata
 6    sheet for any corrections that are made.
 7         After doing so, please sign the errata sheet
 8    and date it.
 9         You are signing same subject to the changes
10    you have noted on the errata sheet, which will be
11    attached to your deposition.
12         It is imperative that you return the original
13    errata sheet to the deposing attorney within thirty
14    (30) days of receipt of the deposition transcript by
15    you. If you fail to do so, the deposition transcript
16    may be deemed to be accurate and may be used in court.
```

460

```
 1                      ERRATA
 2
 3
 4
 5    I wish to make the following changes,
 6    for the following reasons:
 7
 8    PAGE LINE
 9    ___ ___ CHANGE:_____
10    REASON:_____
11    ___ ___ CHANGE:_____
12    REASON:_____
13    ___ ___ CHANGE:_____
14    REASON:_____
15    ___ ___ CHANGE:_____
16    REASON:_____
17    ___ ___ CHANGE:_____
18    REASON:_____
19    ___ ___ CHANGE:_____
20    REASON:_____
21
22    _____  _____
23    WITNESS' SIGNATURE        DATE
```