# EXHIBIT 99
# -
# REDACTED VERSION OF
# ECF NO. 575-1

# EXHIBIT 52

## Excerpts of Deposition of Joe Silva

## (Filed Under Seal)

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON      )
FITCH, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
        Plaintiffs,             )
                                )
    vs.                         )   Case No.
                                )   2:15-cv-01045-RFB-(PAL)
                                )
ZUFFA, LLC, d/b/a Ultimate      )
Fighting Championship and       )
UFC,                            )
                                )
        Defendant.              )
_____)

VIDEOTAPE DEPOSITION OF JOSEPH SILVA

Richmond, Virginia

June 7, 2017

8:11 a.m.

Reported by:
KIMBERLY L. RIBARIC, RPR, CCR
JOB NO. 50374

38

SILVA

1  information memorandum dated May 2007 by Deutsche
2  Bank, it bears the Bates range DB-ZUFFA 6712 through
3  6786.
4         Have you seen this before?
5     A.  No, it does not look familiar to me.
6     Q.  Are you aware that from time to time while
7  you were working with Zuffa, Zuffa sought financing
8  in order to continue its operations?
9     A.  I was not privy to the details.
10    Q.  Okay.  Please turn to page 6725, which I'm
11  looking at the Bates number, that's the little black
12  number at the bottom right-hand side of the page,
13  under the Executive Summary.
14        And I'd just like to draw your attention to
15  the first full paragraph under "Zuffa business
16  overview," in the last sentence of that first
17  paragraph, and just ask you for your opinion of that,
18  the sentence that says:  "The UFC and Pride are the
19  top two MMA brands in the world by most metrics, and
20  management believes that the WEC will be the third by
21  2008."
22        Do you see that?
23    A.  Okay.
24    Q.  And this is dated in or about May 2007.

39

SILVA

1         In your experience and knowledge of the
2  industry at -- at that time, is that an accurate
3  statement?
4         MR. ISAACSON:  Objection.  Form.
5     A.  I don't understand the question.
6     Q.  Do you believe that the statement that I
7  just read to you, the UFC and Pride are the top two
8  MMA brand -- brands in the world -- excuse me -- by
9  most -- by most metrics, and management believes that
10  the WEC will be the third by 2008, do you believe
11  that that's an accurate statement?
12        MR. ISAACSON:  Same objection.
13    A.  I believe that that is what they thought.
14    Q.  Well, do you have a basis to dispute that
15  the UFC and Pride, in or about May 2007, were the top
16  two MMA brands in the world by most metrics?
17    A.  I do not dispute that.
18    Q.  You agree with that?
19    A.  Yes.
20    Q.  And it's fair to say that the UFC bought
21  Pride at some point in 2007 or 2008; is that right?
22    A.  Yes.
23    Q.  Can you turn to Zuffa 6737 in the bottom
24  right.  The last sentence on the page says:  "The

40

SILVA

1  company's recent acquisition of Pride Fighting
2  Championships will further consolidate the vast
3  majority of the world's top fighters under one
4  umbrella and allow the Company to further develop
5  relationships to penetrate its brand in Asia."
6         Do you see that?
7     A.  Uh-huh.
8     Q.  So it's fair to say that this document was
9  written just after Zuffa acquired Pride, is that
10  fair, from the context?
11    A.  Yes.
12    Q.  And would you agree with the -- would you
13  have a basis to disagree with the statement that
14  Zuffa's recent acquisition of Pride would further
15  consolidate the vast majority of the world's top
16  fighters under one umbrella; do you agree with that?
17    A.  It would give us more, yes.
18    Q.  Would -- would you agree that, as a result
19  of Zuffa's acquisition of Pride, Zuffa was able to
20  further consolidate the vast majority of the world's
21  top fighters under its own umbrella?
22        MR. ISAACSON:  Objection to form.
23    A.  Yeah, I would agree that it -- it acquired
24  us more top fighters.

41

SILVA

1     Q.  Well, in or about 2007, wouldn't you agree
2  that Zuffa, after its acquisition of Pride, had the
3  vast majority of the world's top fighters under its
4  umbrella?
5     A.  I would say we had the most, but not all.
6         As you see that even after that acquisition,
7  we continued to bring in other fighters from other
8  places in the world.  If we'd already acquired all
9  the best fighters, then no more acquisitions would be
10  necessary.
11    Q.  So one of the things that Zuffa tries to do
12  with its acquisitions is acquire top fighters from
13  around the world; is that right?
14    A.  Yes.
15    Q.  Why?
16    A.  Because fans would like to see the best
17  fighters.
18    Q.  Why do fans want to see the best fighters?
19        MR. ISAACSON:  Objection to form.
20    A.  Why do they want to find out who the best
21  basketball player is or baseball player or football
22  player?  That's the appeal of sports.
23    Q.  So one of the things that you tried to do
24  while you were at Zuffa was bring in the big names;

11 (Pages 38 to 41)

42

SILVA

1    is that fair?
2        MR. ISAACSON: Objection. Foundation.
3        A.  No, it --
4        Q.  Well, let me -- let me back -- you weren't
5    finished.  Go ahead.
6        A.  Yeah.  I would not say it's about bringing
7    in the big names, because if you'd only fought in
8    Japan, you were not a big name to anybody in the
9    United States.  What I tried to do was bring in the
10   best talent that I could find, and if -- if they were
11   truly worthy talent, then they -- they hopefully
12   would become big names.
13       Q.  Right.  So you're trying either to bring in
14   big names or create big names?
15       A.  Yes.
16       Q.  Okay.  And, for example, with respect to
17   basketball, it's a star -- would you agree with the
18   statement that it's a star-driven league?
19       MR. ISAACSON: Objection to form.
20   Foundation.
21       Q.  For example, the big stars are what drives
22   people -- LeBron James, Steph Curry, those are the
23   people that drive the vast majority of eyeballs to
24   watch the NBA; correct?

43

SILVA

1        MR. ISAACSON: Objection to form.
2    Foundation.  Calls for opinion.
3        A.  Yeah, I can't speak to basketball.  The only
4    sport that I watch are fighting sports.
5        Q.  But you just named other sports --
6        A.  But there are names that I am aware of.
7        Q.  Right.  And one of the things that you're
8    looking to do in building a roster of talented
9    fighters is to -- is to -- is to find the top
10   fighters in order to put on events that are going to
11   grab eyeballs and attention; correct?
12       A.  Yes.
13       Q.  And this statement doesn't say all of the
14   world's top fighters, it says the vast majority of
15   the world's top fighters, that Deutsche Bank with
16   Zuffa's assistance is -- is putting out there in the
17   world.
18       Would you agree that in or about 2007, after
19   the acquisition of Pride, that Zuffa at that time had
20   the vast majority of the world's top fighters under
21   one umbrella?
22       MR. ISAACSON: Objection to form.
23       A.  Yeah, the hard part of that, I think, is
24   it's just opinion.

44

SILVA

1        There was fighters who came outside of that
2    who beat those fighters, so it could have been some
3    people's opinions that those were the best fighters,
4    but it was not necessarily proven so.
5        Q.  Was it your opinion at the time --
6        A.  No.
7        Q.  -- in 2007 --
8        A.  I tend to be very skeptical.
9        Q.  Okay.  But was it -- but was it the opinion
10   of, say, in your understanding of Dana or Lorenzo
11   Fertitta that in or about 2007 Zuffa had under its
12   umbrella the world's top -- the vast majority of the
13   world's top fighters?
14       MR. ISAACSON: Objection. Form.
15   Foundation.
16       A.  In their opinion, possibly.  You'd have to
17   ask them for their opinion.
18       Q.  Well, they must have told you.
19       Dana must have said, yeah, we have the vast
20   majority of the world's top fighters, at some
21   point --
22       A.  That's not --
23       MR. ISAACSON: Object --
24       A.  -- the kind of thing you would normally --

45

SILVA

1        MR. ISAACSON: Object -- objection.
2    Argumentative.
3        MR. CRAMER: He answered the question.
4    It's fine.
5        Q.  They would -- he wouldn't normally say that
6    to you?
7        A.  It would be kind of strange just to walk
8    through pronouncing that we have the majority of the
9    world's top fighters.
10       Q.  So he might have said that publicly;
11   correct?
12       A.  You'd have to --
13       MR. ISAACSON: Objection. Calls for
14   speculation.
15       Q.  You've never seen Dana White say that the
16   UFC has, in -- in form or substance, the vast
17   majority of the world's top fighters publicly?
18       A.  Dana says a lot of things.
19       Q.  And you've never seen him say that among
20   those things that he says publicly?
21       A.  I don't recall that exact quote.
22       Q.  Not exact quote.
23       In sum or substance, that the UFC has the
24   vast majority of the top MMA talent in the world at

12  (Pages 42 to 45)

118

SILVA

Q. -- and grandmothers, who said to you, I want to be in the UFC, it's my dream to be in the UFC; is that right?

A. That's correct.

Q. And in response to many of those, you said, you're not ready, you need more seasoning before you're -- before you can finally get to the UFC; is that right?

A. That's correct.

Q. Is there some number of wins over a high-level opponent that a fighter needs to have before he or she is ready for the UFC?

A. Well, it's very dependent on a lot of factors. When it comes to -- weight class makes a big difference. That's why I specified in his -- especially at 155 it's hard, because there is a such a wealth of talent at 155.

When we got rid of overlapping weight classes in the WEC, the one weight class that we kept that was the same was 155. There's just so many good ones. Bellator has an excellent 155-pound division now. I -- I haven't seen an organization that does not have a decent 155-pound division. It just seems to be the average size of people. And when you cut

119

SILVA

down, you get in good shape. There's just a ton of talent. So that makes it harder.

There's no lack of talent. Everybody's good. So the bar to get in will be higher.

Where, if you're a heavyweight or a light heavyweight, where it's harder to find super talented big athletes who are not playing professional football or basketball, those are rarer, so the bar may be lower for them.

If you're a lightweight, I might go, I need you to get to 11 and 1 or something for me to seriously look at you. If you're 6 and 0 as a heavyweight and most of your opponents have winning records, you've got a good chance of getting in.

MR. CRAMER: Okay. I'd like to mark as the next document Silva Exhibit 8.

(Silva Deposition Exhibit 8 marked for identification.)

Q. All right. Silva Exhibit 8 is a series of e-mails bearing the Bates range ZUF-00296713 through 717. Turn first to page 3 of the document, and this is a -- at the bottom of page 3 there's an e-mail that you sent to greg@naasf.tv.

A. Uh-huh.

120

SILVA

Q. Do you see that?

A. Yes.

Q. Do you know who Greg is?

A. Yes.

Q. Who is he?

A. He is the former manager of Stipe Miocic.

Q. And that's Greg Kalikas?

A. Yes.

Q. Okay. And Miocic was a UFC champion?

A. Not at the time.

Q. Not at the time.

A. He's currently the champion.

Q. Okay. And this is an e-mail you sent May 9th, 2011, to -- to Mr. Kalikas and you said: "Too many 170s under contract right now. Keep Stipe winning and we'll get him in."

A. Stipe.

Q. Stipe, I'm sorry.

What did you mean by "too many 170s under contract right now"?

A. Well, 170 would be the second most talent-packed division we have. So there was often -- it was very important for us to not have too many people on the roster. We wanted to be able to

121

SILVA

manage it. We wanted to be able to fulfill all our contractual obligations, so you have to limit the amount of people that you sign at any one time.

So at this time, 170 was particularly full. So we had a guy and -- and that was the main reason. Like, I can't -- even if I find your guy interesting, I just don't have any spots. Spots come open like when there's injury dropouts. To maintain a fight for the fighter who didn't get injured, I will now go to other people on the roster, and go, hey, I've got a dropout, fight's only two weeks away from now, can you do it. And if they go, no, I can't make weight in two weeks, I haven't been training, I've got an injury, I go to everybody who is on the roster. If nobody can do it, I still want to get a fight for that other guy, so now that's an opening. Now maybe somebody else -- like, I didn't have a spot before, but a spot has come up, would he like that opportunity.

Q. If you offered a guy on the UFC roster a fight in two weeks and they told you, I can't get ready in that time, I haven't been training, would that then invoke an extension of their contract --

A. No.

31 (Pages 118 to 121)

122

SILVA

Q. -- because they've turned down a fight?

A. No.

Q. Why not?

A. Because it's not reasonable.  It -- to me -- it would have to be -- I expect -- if I have a two-week dropout, I expect a fighter to say no.

Q. Okay.

A. You're asking a lot.

I just made it a personal policy of mine, even if you lost your previous two fights, if you chose to fight late notice and lost for your third time in a row, I was not going to release you, even though it was in my rights to, because you went beyond, you -- to me, that -- that is a risk.  It is hard to -- to take less preparation, and -- and I understand that.

But anytime I ever called, I never put pressure on anybody to fight late notice, because I very much understood.  It's like, this is tough.  The opponent's had more time to prepare than you.

Sometimes you get lucky and maybe he had a training partner who was fighting near that time so he was training a lot and he was in good shape, and they're -- they'll jump at it, and go, yes, I'm ready

123

SILVA

to go, I was hoping that something would open up.  But if they said no, it's like cool, I'm on to the next guy.

Q. So let me just understand.  In your opinion, offering someone a fight with two weeks' notice could be a risk for that fighter if they hadn't been training?

A. Yes.  It's certainly ideal to have more time to train.

Q. And it puts that -- that fighter who gets this late notice at a disadvantage because the person who they are going to be competing against presumably would have been training for a long time, whereas this person might be in the situation of having to train rather quickly; is that fair?

A. I would think that, but there's also been examples where that's been proven to be untrue, where the fighter themselves has actually said it was beneficial to them to have less time, like Michael Bisping when he rematched Luke Rockhold on short notice after losing to him when he had full preparation.  He came off a movie set to be a replacement, and knocked out Luke Rockhold and became the champion, still currently the champion, and he

124

SILVA

credited it -- he said, when I have too long at camp, I accrue more injuries, and I get too much into my head; I always stay in good shape, and it was better for me to have less.

But it was -- for most people, I would think to have more time to prepare would be better.

Q. For most people, you would agree that it is potentially a risk to have them fight on two weeks' notice against someone who has been training for a long time?

MR. ISAACSON:  Objection.

Q. For most people and in general; is that fair?

MR. ISAACSON:  Objection to form.

A. When you say "risk" --

Q. Risk of -- of having a bad fight, risk of being at a disadvantage in that fight.  Is that fair?

A. Yeah, I think --

MR. ISAACSON:  Objection.  Vague.  Compound.

A. Yeah, I think you're giving yourself less time to prepare.  And more time, most times it seemed to be ideal.  But I always noted that, and that's why I was never surprised -- if I called somebody to be a

125

SILVA

late notice replacement and they said no, I was never surprised or upset about it, because I kind of expected that would be the case.

Q. Is it fair to say that under Zuffa's standard contract with fighters, you had the discretion to give the fighter an extension of that contract for turning down a fight even if it was late notice?

A. That was not my understanding.  And I didn't really read the contracts.  If somebody had a legal issue with the contracts, I would refer them to legal department.  The contracts were revised through the years and -- but it was simply my understanding, my feeling personally that you had to have what seemed to be a reasonable amount of time for somebody to prepare if they're going to step into a fight.  And that if it was particularly short notice, it's not reasonable just to insist that they fight.

Q. Okay.  You are aware, though, that there is a provision in Zuffa's contracts with fighters that if fighters turn down fights, Zuffa can extend the term of the contract; correct?

A. I'm aware of that.  But I did not invoke it.

Q. You did not invoke it in -- in your -- your

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

## 190

SILVA

1
2 non title and supposedly Gaethje demanded 50 percent
3 of his purse and got it."
4     And then White says, "Where is the fight" --
5     A.  Tampa, Florida.
6     Q.  And Tampa, Florida.
7     And then there's an e-mail [sic] that --
8 that you send to White that says:  "In the press
9 conference the day before he said he is an A level
10 fighter fighting in a B level show.  Never was the
11 smartest guy."
12     Do you see that?
13     A.  Yes.
14     Q.  What did you mean when you said that Gaethje
15 said he was an A-level fighter fighting in a B-level
16 show?
17     A.  I don't think I was talking about Gaethje, I
18 think I was talking about Melvin Guillard.
19     Q.  Okay.  Guillard.  So what did you mean when
20 you said --
21     A.  I thought he was being disrespectful to the
22 promotion that he's fighting in.
23     Q.  I see.  So he was disrespecting World
24 Series.
25     A.  Right.  It's like they're giving you a shot

## 191

SILVA

1
2 and paying you good money, and you're publicly saying
3 they're a B-level show, that doesn't seem very smart.
4     Q.  I see.  So he was publicly dissing the World
5 Series of Fighters --
6     A.  Yeah, who was giving them -- him a world
7 title shot and -- and promoting him.  I -- it was
8 boggling to me.  But Melvin -- he would be a nice
9 guy, but he was a troubled guy.  And that's just what
10 I was saying.  It's like a -- what's this kid doing.
11     Q.  Thank you.  You can put that aside.
12     All right.  Let's turn back to Exhibit 13,
13 page 275.  And 13 is the compilation of text messages
14 from Sean Shelby, and these are texts that were sent
15 7/31/13.  275.
16     All right.  So the first message that I want
17 to ask -- to show you is July 31st, 2013, at 1650, or
18 4:50.  Yeah, so 4:50.  Tito versus Rampage.  So it's
19 the one that says, "Tito versus Rampage."
20     A.  Uh-huh.
21     Q.  And this is you saying to Shelby:  "Tito
22 versus Rampage.  We might as well just close up shop
23 now."
24     And then -- and then you -- and then
25 somebody else says:  "Good thing Rampage went to

## 192

SILVA

1
2 Bellator so he wouldn't have to fight wrestlers like
3 in the UFC."
4     A.  Uh-huh.
5     Q.  And then Silva -- and then you say -- Shelby
6 says:  "LOL.  I just love how Bellator is a
7 tournament based organi...  Wait.  What's going on?"
8     And then you say:  "2 guys who both lost
9 their last 3 UFC fights."
10     And then Shelby says:  "Headlining a
11 pay-per-view with two guys combined losing 9 of their
12 last 10 fights."
13     And then Shelby says:  "Sorry last three a
14 piece they total zero and six, 0 and 6."
15     And then Shelby says:  "They tried to throw
16 a curve ball but it went into the stands."
17     And you say to Shelby:  "Dana is going to
18 have fun smashing that matchup publicly."
19     Do you see that?
20     A.  Yeah.
21     Q.  And then -- and then Shelby says to you:
22 "Bellator throws a curve ball... Into the stands.  In
23 Bellator there is no matchmaking, except in their
24 'was relevant 5 years ago' division."
25     And Shelby then says to you:  "It's almost

## 193

SILVA

1
2 too easy."
3     Do you see that?
4     A.  Yes.
5     Q.  All right.  So both of you are communicating
6 about a Bellator show that had just -- that was about
7 to occur; is that right?
8     A.  Yes.
9     Q.  And that show was going to be headlined by
10 Tito and Rampage?
11     A.  Yes.
12     Q.  Tito who?
13     A.  Ortiz.
14     Q.  Tito Ortiz.  And Rampage Jackson?
15     A.  Correct.
16     Q.  Were both of those fighters who used to be
17 in the UFC?
18     A.  Yes.
19     Q.  Okay.  And Rampage went from the UFC to --
20 oh, sorry.
21     Rampage went from the UFC to Bellator; is
22 that right?
23     A.  Yes.
24     Q.  Okay.  And you were saying it's a good thing
25 Rampage went to Bellator so he wouldn't have to fight

49 (Pages 190 to 193)

194

SILVA

wrestlers like in the UFC.

What does that mean?

A. That means that Rampage Jackson publicly criticized me for putting him against nothing but wrestlers, which I thought was bizarre because he fought many nonwrestlers, and he was a wrestler himself.

When he got in trouble -- he liked to punch people, but if he got hurt, he then felt free to wrestle them. So that was my point and understanding. It's like, wait, you said you don't like my matchmaking, you fight too many wrestlers, so you go to Bellator to fight a wrestler. That seemed strange.

Q. Okay. So you're pointing out that oddity.

And then Shelby says to you: "LOL, I just love how Bellator is a tournament based organi... Wait. What's going on?"

What was he saying there?

A. The -- this was about -- this was before Scott Coker. This was back when Bjorn Rebney ran it. And they made it a very public point that they were different than the UFC, that they didn't do matchmaking, that everything they did was based on

195

SILVA

tournaments, so the fighters really earned their spots. But this was an obvious break with that philosophy. It's like, they're not in a tournament and you're headlining them over the tournament. What happened to your great philosophy of tournaments were the thing, and -- and that was the most legitimate thing. So once again, just kind of pointing out what we saw as hypocrisy.

Q. I see. So that Rebney was saying he's going to have this new model and it's going to based -- be based on tournaments, not traditional matchmaking?

A. Yes.

Q. And this was -- this particular fight was not a tournament?

A. Correct.

Q. And then you say to Shelby: "These" -- "these 2 guys both lost their last 3 UFC fights," and you're referring to Rampage and Tito?

A. Yes.

Q. And then Shelby says: "Headlining a pay-per-view with two guys combined losing 9 of the last 10 fights."

Again, that's referring to Rampage and Tito?

A. Yes.

196

SILVA

Q. And what -- what were you implying in this conversation about -- about the ability or the -- the -- about use -- Bellator's using this fight to headline a Pay-Per-View with two guys who --

A. Yeah.

Q. -- lost nine out of the last ten fights?

MR. ISAACSON: Objection to form.

Q. I'm sorry. What point were you -- were you two making to each other in this communication?

A. Once again, trying to --

MR. ISAACSON: Objection to form.

Q. You can answer.

A. -- point out hypocrisy in that it's not that that was an unreasonable fight, it actually was a fight that made sense where those guys were in their career, but to have Bjorn Rebney try to degrade us publicly, saying we don't do just match-ups because we think they're cool match-ups, it's about the tournament.

It's like wouldn't even be a problem him having on the show, but by his philosophy shouldn't they be on the show, but it's the tournament, the important thing, the thing that you say is so much a better a format, shouldn't that be your main event.

197

SILVA

Shouldn't that be the important thing, to push the philosophy that you've put out there.

So that's what we are needling them about, was they say this is what they believe, but their actions don't show that.

Q. And -- and were you also communicating to each other that it's -- it's not a winning strategy in the MMA promotion business to headline a Pay-Per-View with two guys who had a combined losing record of nine of the last ten fights?

A. It was not so much that, as that it was going against everything that Bjorn Rebney said. It wasn't about what we thought of it, it's what we thought of how this went exactly against what Bjorn Rebney was publicly saying.

Q. So Shelby says, "they tried to throw a curve ball," which means divert from the tournament system; right?

A. Yes.

Q. But he also says, "then it went into the stands." So they throw this curve ball and it doesn't even work.

A. Well --

MR. ISAACSON: Objection to form.

50 (Pages 194 to 197)

246

SILVA

1   that Strikeforce is promoting are occurring if
2   Strikeforce exists and --
3       A.  Yes.
4       Q.  -- not occurring if Strikeforce doesn't
5   exist; correct?
6       A.  Correct.  But also it could be that some of
7   those Strikeforce fighters are the ones getting
8   fights in the UFC, and it might be a UFC fighter not
9   getting the fight.
10      Q.  Okay.
11          MR. CRAMER:  Like to have the next
12      document marked as Silva Exhibit 21.
13          (Silva Deposition Exhibit 21 marked for
14          identification.)
15      Q.  Silva 21, I believe the Bates number got cut
16  off a little bit, but my understanding is the Bates
17  number is COX-0041416.  I believe this was produced
18  to us by Monte Cox.
19      A.  Uh-huh.
20      Q.  Who is Monte Cox?
21      A.  He's an MMA manager.
22      Q.  You know who he is?
23      A.  Yes.
24      Q.  Okay.  And this is a March 2013 e-mail --

247

SILVA

1   series of e-mails, two e-mails between you and
2   Mr. Cox.
3       So Mr. Cox says to you on March 6, 2013:
4   "Just a reminder that Joe Doerksen lives in
5   Winnipeg" -- excuse me -- "2 of his last 4 fights
6   were nominated for fights of the year in Canada and
7   he won them both, over Luigi Fioravanti and Kalib
8   Starnes.  He is 49 and 16, won 3 of 4."
9       And you respond:  "No space to bring in
10  locals.  Have to cut hundred guys.  Joe."
11      Do you see that?
12      A.  Yes.
13      Q.  What did you mean to convey to Mr. Cox here?
14      A.  For a lot of the managers, they see, and --
15  and quite often it is a -- a benefit to get a fighter
16  in if it's in their hometown.  It's like, oh, it's --
17  he's already there, he's got local fans, maybe we'll
18  get some local press.  So it -- it's a nice thing to
19  do when you have the roster space to do it.
20      As I was telling him, as nice as that might
21  be, my main responsibility was I have all these
22  fighters and -- and I need to get them fights rather
23  than bring in somebody just to be a local attraction.
24      Q.  And you said:  "I have no space.  I have to

248

SILVA

1   cut a hundred guys."
2       What did you mean by that?
3       A.  You have to keep the roster at a manageable
4   number, and it can be hard to predict.  It
5   fluctuates.  And there's times that if you had an
6   acquisition where you had one of these times where
7   everybody seemed to be coming back at once, you just
8   realize, all right, well, this -- we've got to get
9   this under control.
10      Q.  And at this time, in March of 2013, you had
11  in the -- in the range of a hundred guys too many on
12  your roster; is that right?
13      A.  Somewhere in that range, yes.
14      Q.  Do you know whether you cut those guys?
15      A.  I'm sure eventually.  Guys are cut after
16  most shows.
17      Q.  After they lose?
18      A.  Yes.  Usually multiple times.
19      Q.  So if somebody loses multiple times, you --
20  you tend to cut them?
21      A.  Correct.  Because you can't bring somebody
22  new in until somebody old goes.
23      Q.  So at least as of March of 2013, you still
24  had too many fighters under contract; is that right?

249

SILVA

1       A.  Yes.
2       Q.  All right.  Please turn to Exhibit 6, which
3   is the text message compilation.
4           MR. CRAMER:  And before we do that, why
5       don't we go take a break because we're running
6       out of tape time.
7           THE VIDEOGRAPHER:  Off the record at 1:32.
8           (Recess taken at 1:32 p.m., proceedings
9           resumed at 1:38 p.m.)
10          THE VIDEOGRAPHER:  Here begins Media
11      Number 4 in the video-recorded deposition of
12      Joseph Silva.  We're back on the record at
13      1:38 p.m.
14  BY MR. CRAMER:
15      Q.  All right.  I would like to draw your
16  attention to Exhibit 6, Silva Exhibit 6, page 24,
17  which is the -- a compilation of texts, and have you
18  look in particular at the text dated February 26th,
19  2015, at 1:30.
20      And there's a text that someone at ████
21  █████ sent to you saying:  "Any ideas for Colby
22  Covington?"
23      And then you respond at 2:17:  "Nothing yet
24  for Cody.  I have a backlog of guys who need fights

63  (Pages 246 to 249)

482

SILVA

1
2   A.  Did I speak with him?
3   Q.  Yes.
4   A.  Yes.
5   Q.  And did you -- did that conversation concern
6   the subject matter of the deposition?
7       Were you talking about the weather or were
8   you talking about the deposition?
9       A.  I think we were just talking about -- I
10  don't know in detail about this deposition, I don't
11  understand what you're looking --
12  Q.  Did he tell you what he was going to ask you
13  after the break?
14  A.  No.  I did not expect this question at all.
15  I 100 percent did not anticipate this question.
16  Q.  The question before that, did he tell you he
17  was going to ask you that?
18  A.  He had asked me before just if I ever
19  enjoyed fights in other organizations.
20  Q.  All right.  Let me ask you about that.  You
21  said you were asked questions about whether you
22  enjoyed fights in other organizations -- strike that.
23      MR. CRAMER:  I withdraw that question.
24  I'm done.
25      THE VIDEOGRAPHER:  This concludes the

483

SILVA

1
2   videotaped deposition of Joseph Silva.  We're
3   off the record at 6:52.
4       (Time noted:  6:52 p m.)

484

1
2   STATE OF _____ )
3                           ) :ss
4   COUNTY OF _____)
5
6
7       I, JOSEPH SILVA, the witness
8   herein, having read the foregoing
9   testimony of the pages of this deposition,
10  do hereby certify it to be a true and
11  correct transcript, subject to the
12  corrections, if any, shown on the attached
13  page.
14
15
16      _____
17           JOSEPH SILVA
18
19
20  Sworn and subscribed to before me,
21  this _____ day of _____, 2017.
22
23  _____
24  Notary Public
25

485

CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

1
2
3       I, KIMBERLY L  RIBARIC, the officer
4   before whom the foregoing deposition was taken, do
5   hereby certify that the foregoing transcript is a
6   true and correct record of the testimony given; that
7   said testimony was taken by me stenographically and
8   thereafter reduced to typewriting under my direction;
9   that reading and signing was requested; and that I am
10  neither counsel for, related to, nor employed by any
11  of the parties to this case and have no interest,
12  financial or otherwise, in its outcome
13      IN WITNESS WHEREOF, I have hereunto set
14  my hand and affixed my notarial seal this 21st day of
15  June, 2017
16
17
18
19      My commission expires:  August 31, 2020
20
21
22
23
24
25

122  (Pages 482 to 485)

490

```
 1          ---EXHIBITS  CONTINUED---
 2    SILVA DEPOSITION            FOR I D
 3    Exhibit 50  Fighter Bonus Payments      438
              February 2015
 4            Bates ZFL-0819626 through 0819631
 5    Exhibit 51  1/15/10 e-mail from Joe Silva to    448
              Dana White and Lorenzo Fertitta
              Bates ZFL-2443283
 6    Exhibit 52  E-mail exchange beginning 1/29/09   451
              from Joe Silva to Lawrence
 7            Epstein, Jaime Pollack, Lorenzo
              Fertitta and Dana Blackberry
 8            Bates ZFL-2543576
      Exhibit 53  11/24/08 e-mail from Joe Silva   454
 9            to Lorenzo Fertitta and Dana
              Blackberry
10            Bates ZUF-00332586
      Exhibit 54  E-mail exchange beginning       459
11            11/19/11 from Lawrence Epstein
              to Michael Mersch, Sean Shelby
12            and Peter Dropick
              Bates ZFL-2632951 to 2632952
13    Exhibit 55  E-mail exchange beginning       461
              1/27/08 from Joe Silva to
14            Lawrence Epstein, Kirk Hendrick
              and Dana White
15            Bates ZFL-2642993 through 2642994
      Exhibit 56  E-mail exchange beginning 9/22/09  465
16            from Joe Silva to Ariel Helwani
              Bates ZUF-00294337 through 00294338
17    Exhibit 57  Text message               468
              Bates ZFL-1874771
18
19
20
21
22
23
24
25
```

491

```
 1          INSTRUCTIONS TO WITNESS
 2
 3        Please read your deposition over carefully
 4    and make any necessary corrections. You should state
 5    the reason in the appropriate space on the errata
 6    sheet for any corrections that are made.
 7        After doing so, please sign the errata sheet
 8    and date it.
 9        You are signing same subject to the changes
10    you have noted on the errata sheet, which will be
11    attached to your deposition.
12        It is imperative that you return the original
13    errata sheet to the deposing attorney within thirty
14    (30) days of receipt of the deposition transcript by
15    you. If you fail to do so, the deposition transcript
16    may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

492

```
 1              E R R A T A
 2
 3
 4
 5        I wish to make the following changes,
 6    for the following reasons:
 7
 8    PAGE LINE
 9    ___ ___ CHANGE:_____
10    REASON:_____
11    ___ ___ CHANGE:_____
12    REASON:_____
13    ___ ___ CHANGE:_____
14    REASON:_____
15    ___ ___ CHANGE: _____
16    REASON:_____
17    ___ ___ CHANGE: _____
18    REASON:_____
19    ___ ___ CHANGE: _____
20    REASON:_____
21
22    _____     _____
23    WITNESS' SIGNATURE        DATE
24
25
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099