# EXHIBIT 105
-
# REDACTED VERSION OF ECF NO. 575-11

# EXHIBIT 62

## Emails between Michael Mersch and Neal Tabachnick

## (Filed Under Seal)

| To: | Neal Tabachnick[ntabachnick@wrslawyers.com] |
|---|---|
| Cc: | Joana Belfort(joanabelfort@me.com)[joanabelfort@me.com] |
| From: | Michael Mersch |
| Sent: | Fri 2/14/2014 1:39:47 AM |
| Importance: | Normal |
| Subject: | RE: Vitor |
| Received: | Fri 2/14/2014 1:39:00 AM |

Neal,

Please see responses below in red:

PROMOTIONAL AGREEMENT

*Vitor retains his right to appear in film, television, internet programs and grant any necessary rights in his Identity to do so. (Vitor already retains those rights and there is no language in the agreement to the contrary)

*Vitor retains exclusive right to exploit live and recorded seminars and Martial Arts instructionals, in all media, subject only to Zuffa's right to use Bout footage for the same, provided Vitor is incidental to it, not principally featured. (Vitor already retains those rights, as does Zuffa, and there is no language in the agreement to the contrary)

*Vitor retains exclusive right to exploit gyms with his Fighter Identity, subject only to Zuffa's right to put his picture incidentally on walls of UFC gyms. (Vitor already retains those rights and there is no language in the agreement to the contrary)

*Vitor retains right to trademark his name and any nicknames, and to name websites with such names and nicks. (Vitor already retains those rights and there is no language in the agreement to the contrary)

*Vitor can only grant rights in third parties (eg, corners, trainers) to the extent he controls them. (Zuffa expects its Fighters to behave appropriately and to be able to control the corners and trainers they elect to work with)

*Vitor retains his exclusive life story rights in all media, subject only to Zuffa's right to produce special programs with Bout (pre, during, post) footage. (Vitor already retains those rights and there is no language in the agreement to the contrary)

*Cure right before Vitor deemed in breach. (Please suggest the language you feel would suffice and where you would like it to go.)

SIDE LETTER

*Paragraph 1, line 7: Typo?  I believe the date meant was Nov 14, 2012, not Feb 4, 2014. (We will make that change.)

*Please pay Phenom, not Vitor directly, as default payee. (We will make that change.)

*Paragraph 1, line 6 and paragraph 2, line 5: participates in "reasonable and required" promotional and sponsorship activities (as condition to payment). (We will make that change.)

*Paragraph 4, line 7: Vitor can only grant rights in third parties (eg, corners, trainers) to the extent he controls them. (Zuffa expects its Fighters to behave appropriately and to be able to control the corners and trainers they elect to work with.)

*Paragraph 4: Same language as in the last sentence of paragraph 2.3(f) of the Promotional Agreement, restricting Zuffa from using Fighter's Identity for endorsements without Fighter's prior written consent.  (We will make that change.)

*Cure right before deemed in breach. (Please suggest the language you feel would suffice and where you would like it to go.)

Please direct any responses to me directly.
Thank you.

MM

**UFC**
**MICHAEL MERSCH | SVP, BUSINESS & LEGAL AFFAIRS AND ASSISTANT GENERAL COUNSEL**
ULTIMATE FIGHTING CHAMPIONSHIP
2960 West Sahara Avenue | Las Vegas, NV 89102

CONFIDENTIAL

ZFL-12445923

-----Original Message-----
From: Neal Tabachnick [mailto:ntabachnick@wrslawyers.com]
Sent: Thursday, February 13, 2014 4:57 PM
To: Michael Mersch
Cc: Joana Belfort (joanabelfort@me.com)
Subject: FW: Vitor

fyi

Neal Tabachnick, Esq.
Partner
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd.
9th Floor
Los Angeles, California 90064
PH:
FAX:
E-Mail: ntabachnick@wrslawyers.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail to ntabachnick@wrslawyers.com, and delete the message. Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

-----Original Message-----
From: Neal Tabachnick
Sent: Thursday, February 13, 2014 4:34 PM
To: 'Lawrence Epstein'
Cc: Joana Belfort (joanabelfort@me.com)
Subject: RE: Vitor

Lawrence,

Comments are below. I hadn't sent them to Mike as he'd advised me via email last evening that there was no point in sending comments, as Zuffa does not alter their agreements, which made sending comment pointless. As we discussed, that policy makes sense for all but the sport's greatest luminaries, in which group Vitor is secure. All we're asking for is the basic respect and consideration of our positions, which are extremely light. So thank you for any efforts you can make.

PROMOTIONAL AGREEMENT

*Vitor retains his right to appear in film, television, internet programs and grant any necessary rights in his Identity to do so.

*Vitor retains exclusive right to exploit live and recorded seminars and Martial Arts instructionals, in all media, subject only to Zuffa's right to use Bout footage for the same, provided Vitor is incidental to it, not principally featured.

*Vitor retains exclusive right to exploit gyms with his Fighter Identity, subject only to Zuffa's right to put his picture incidentally on walls of UFC gyms.

*Vitor retains right to trademark his name and any nicknames, and to name websites with such names and nicks.

*Vitor can only grant rights in third parties (eg, corners, trainers) to the extent he controls them.

*Vitor retains his exclusive life story rights in all media, subject only to Zuffa's right to produce special programs with Bout (pre, during, post) footage.

*Cure right before Vitor deemed in breach.

SIDE LETTER

*Paragraph 1, line 7: Typo?  I believe the date meant was Nov 14, 2012, not Feb 4, 2014.

*Please pay Phenom, not Vitor directly, as default payee.

*Paragraph 1, line 6 and paragraph 2, line 5: participates in "reasonable and required" promotional and sponsorship activities (as condition to payment).

*Paragraph 4, line 7: Vitor can only grant rights in third parties (eg, corners, trainers) to the extent he controls them.

*Paragraph 4: Same language as in the last sentence of paragraph 2.3(f) of the Promotional Agreement, restricting Zuffa from using Fighter's Identity for endorsements without Fighter's prior written consent.

*Cure right before deemed in breach.

That's it.  Thank you.

Neal

Neal Tabachnick, Esq.
Partner
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd.
9th Floor
Los Angeles, California 90064
PH:
FAX:
E-Mail:  ntabachnick@wrslawyers.com

This message contains information which may be confidential and privileged.  Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message.  If you have received this message in error, please advise the sender by reply e-mail to ntabachnick@wrslawyers.com, and delete the message.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

-----Original Message-----
From: Lawrence Epstein [mailto:lepstein@ufc.com]
Sent: Thursday, February 13, 2014 4:24 PM
To: Neal Tabachnick
Cc: Joana Belfort (joanabelfort@me.com)
Subject: RE: Vitor

I am completely out of the loop, so please send me a list of outstanding issues.

CONFIDENTIAL                                                                                                                                    ZFL-12445925

-----Original Message-----
From: Neal Tabachnick [mailto:ntabachnick@wrslawyers.com]
Sent: Thursday, February 13, 2014 4:12 PM
To: Lawrence Epstein
Cc: Joana Belfort (joanabelfort@me.com)
Subject: FW: Vitor

Lawrence,

Thanks again for your time and consideration last evening.  Please see below and advise next steps.

We're trying to keep the temperature low and constructive.

Best,

Neal

Neal Tabachnick, Esq.
Partner
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd.
9th Floor
Los Angeles, California 90064
PH:
FAX:
E-Mail:  ntabachnick@wrslawyers.com

This message contains information which may be confidential and privileged.  Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message.  If you have received this message in error, please advise the sender by reply e-mail to ntabachnick@wrslawyers.com, and delete the message.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

-----Original Message-----
From: Michael Mersch [mailto:mmersch@ufc.com]
Sent: Thursday, February 13, 2014 3:50 PM
To: Neal Tabachnick
Cc: joanabelfort@gmail.com
Subject: Vitor

Dana and Lorenzo asking me yet again where his agreement is at as why it isn't signed yet.  Please let me know where we're at.

MM

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126