# EXHIBIT 106

-

# REDACTED VERSION OF ECF NO. 575-12

# EXHIBIT 63

# Emails between Michael Mersch and Jason Genet

# (Filed Under Seal)

**To:** jason@lgsportsmarketing.com[jason@lgsportsmarketing.com]
**Cc:** Tracy Hyman[thyman@ufc.com]
**From:** Michael Mersch
**Sent:** Fri 10/24/2008 12:48:02 PM
**Importance:** Normal
**Subject:** RE: Coors
**Received:** Fri 10/24/2008 12:48:03 PM

Jason,

They can do appearances anywhere they want. We just can't have the by-product of those appearances (Coors for example) find there way into anything having to do with the UFC. That includes press conferences, weighins, the events themselves, the locker rooms etc. Beyond that however, the fighters are free to earn a living though outside of the UFC so long as it doesn't violate any provisions of their contract with Zuffa.

-----Original Message-----
From: Tracy Hyman
Sent: Thursday, October 23, 2008 3:47 PM
To: Michael Mersch
Subject: FW: Coors


Tracy Hyman, Paralegal
Zuffa, LLC dba Ultimate Fighting Championship
█████████ (direct)
█████████ (fax)
thyman@ufc.com

-----Original Message-----
From: Jason Genet [mailto:jason@lgsportsmarketing.com]
Sent: Thursday, October 23, 2008 3:45 PM
To: Tracy Hyman
Subject: Coors

Can fighters do appearances at Coors events?


Jason M. Genet
President
LG Sports Marketing, Inc.

www.LGsportsmarketing.com

Biltmore Center
3131 E. Camelback Road
Suite 200
Phoenix, AZ  85016
█████████  Office
█████████  Cellular (new)
█████████  Fax (new)
LGSOJMG (AOL IM)


"A fanatic is one who can't change his mind and won't change the subject." — Sir Winston Churchill


Disclaimer:
The information contained in this email message is confidential information intended only for the use of the individual or entity named above and may be privileged. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please notify the sender by reply email and delete the original message and any attachments. Thank you.

CONFIDENTIAL                                                                                                                                               ZFL-2429202

CONFIDENTIAL

ZFL-2429203