# EXHIBIT 107
-
# REDACTED VERSION OF ECF NO. 575-15

# EXHIBIT 66

# Email from Michele Fitch to Heidi Seibert

# (Filed Under Seal)

**From:** Michele Fitch <chele.fitch@gmail.com>
**Sent:** Monday, May 14, 2012 7:45 PM
**To:** Heidi Seibert; Heidi Seibert
**Cc:** Jon Fitch; crazybobcook@hotmail.com
**Subject:** Re: Fitch Documentary Premiere

Resending the below...i already have the email addresses for the other "cast" members. We are just missing the email addresses of the names below.  thanks

On Mon, May 7, 2012 at 7:09 PM, Michele Fitch <chele.fitch@gmail.com> wrote:
Hi Heidi,

The documentary is premiering at the San Jose Improv on Monday, June 4.  I'm sending an evite to all the "cast" members to let them know about it and to put them on the guest list.  Fitch asked me to contact you for the email addresses of everyone listed below:

Anthony Keidis
Pat Minihan
Matt Major
Cain Velasquez
Josh Koscheck
Huitz

Please let me know when you get a chance, we would like to send info out within the next week or so.  Thank you!


--
Best Regards,

Michele Fitch

chele.fitch@gmail.com




--
Best Regards,

Michele Fitch

chele.fitch@gmail.com

1