# EXHIBIT 110
-
# REDACTED VERSION OF ECF NO. 575-30

Case 2:15-cv-01045-RFB-BNW   Document 948-111   Filed 12/22/23   Page 2 of 4

# EXHIBIT 81

# Letter from Zuffa to Josh Koscheck

# (Filed Under Seal)



June 15, 2015

Josh Koscheck c/o Bob Cook
Sports Entertainment Management
5 River Park Place West #203
Fresno, CA 93720
crazybobcook@hotmail.com
kos-check@hotmail.com

**RE: Josh Koscheck; Right to Match**

Dear Bob,

Thank you for your email dated June 2, 2015 to Joe Silva regarding the offer for Josh Koscheck to contract for professional MMA bouts with Bellator MMA (hereinafter the "Fighter Offer"). We have reviewed the terms and conditions that you forwarded regarding the Fighter Offer. After consideration, Zuffa, LLC ("Zuffa") has decided to not exercise its right to match the Fighter Offer pursuant to the Promotional and Ancillary Rights Agreement ("Agreement") entered into as of November 22, 2011 by and between Josh and Zuffa.

Without limiting any other right or obligation under the Agreement, this limited specific waiver of Zuffa's matching right to the Fighter Offer is without any effect on the parties' remaining and surviving obligations, as set forth in the Agreement, all of which are expressly reserved.

Please let us know if Josh does not accept the Fighter Offer as we reserve the right to match any other offer, including any changes to the Fighter Offer. Please let Josh know that we wish him the best in his future career.

Sincerely,

Kirk D. Hendrick
Executive Vice President & Chief Legal Officer

CONFIDENTIAL                                                                                                 ZFL-0489704

**Tracy Long**

**From:** Candace Dochtermann
**Sent:** Monday, June 15, 2015 4:31 PM
**To:** crazybobcook@hotmail.com; kos-check@hotmail.com
**Cc:** Kirk Hendrick; Joe Silva; Tracy Long
**Subject:** Correspondence
**Attachments:** 20150615153752277.pdf

Gentlemen

Please see attached correspondence.

Sincerely,

Candace

**UFC**
**CANDACE DOCHTERMANN | EXECUTIVE ASSISTANT**

**KIRK HENDRICK, EXECUTIVE VICE PRESIDENT & CHIEF LEGAL OFFICER**
**JAIME POLLACK, SENIOR VICE PRESIDENT, GLOBAL CONTENT & GENERAL MANAGER, LATIN AMERICA**

*ULTIMATE FIGHTING CHAMPIONSHIP*
PO Box 26959 | Las Vegas, NV 89126

1

CONFIDENTIAL   ZFL-0489705