# EXHIBIT 114
-
# REDACTED VERSION OF ECF NO. 575-55

# EXHIBIT 106

# 2013-2014 UFC Fight Card Changes

# (Filed Under Seal)

| EVENT | LOCATION | DATE | MAIN EVENT | FIGHT CARD CHANGES | INJURY |
|---|---|---|---|---|---|
| FX 7 | Ibirapuera Arena - São Paulo Brazil | 1/19/2013 | Bisping v Belfort | Justin Salas - out of UFC on FX 7 bout against Edson Barboza after suffering an undisclosed injury in training (announced Jan. 2 2013). George Roop - out of UFC on FX 7 bout against Yuri Alcantara after suffering an undisclosed injury in training (announced Jan. 8 2103). | |
| FOX 6 | United Center - Chicago IL | 1/26/2013 | Johnson v Dodson | Buddy Roberts - out of UFC on FOX 6 bout against Michael Kuiper after suffering an undisclosed injury in training and coming down with the flu (announced Jan. 8 2013). | |
| UFC 156 | Mandalay Bay - Las Vegas NV | 2/2/2013 | Aldo v Edgar | Erick Silva - out of UFC 156 bout against Jay Hieron after suffering an undisclosed injury in training (announced Jan. 2 2013). Akira Corassani - out of UFC 156 bout against Robbie Peralta due to illness (announced Jan. 5 2013). | |
| FUEL TV 7 | Wembley Arena - London England | 2/16/2013 | Barao v McDonald | Dennis Siver - out of UFC on FUEL TV 7 bout against Cub Swanson after suffering an undisclosed injury in training (announced Jan. 17 2013). Justin Edwards - out of UFC on FUEL TV 7 bout against Gunnar Nelson after suffering an undisclosed injury in training (announced Jan. 23 2103). | |
| UFC 157 | Honda Center - Anaheim CA | 2/23/2013 | Rousey v Carmouche | Sean Pierson - out of UFC 157 bout against Rick Story after suffering an undisclosed injury in training (announced Feb. 2 2013). Manny Gamburyan - out of UFC 157 bout against Chad Mendes after ▮▮▮ in training (announced Feb. 8 2013). | |
| FUEL TV 8 | Saitama Arena - Tokyo Japan | 3/3/2013 | W. Silva v Stann | | |
| UFC 158 | Bell Centre - Montreal Canada | 3/16/2013 | GSP v Diaz | Rory MacDonald - out of UFC 158 co-main event against Carlos Condit after ▮▮▮ in training (announced Feb. 18 2013). Mitch Gagnon - out of UFC 158 bout against Issei Tamura after suffering an undisclosed injury in training (announced Feb. 19 2013). Johnny Eduardo - out of UFC 158 bout against Yves Jabouin after ▮▮▮ in training (announced Mar. 6 2013). | |
| FUEL TV 9 | Ericsson Globe - Stockholm Sweden | 4/6/2013 | Mousasi v Latifi | Alexander Gustafsson - out of UFC on FUEL TV 9 main event against Gegard Mousasi after ▮▮▮ in training (announced Mar. 31 2013). John Hathaway - out of UFC on FUEL TV 10 bout against Erick Silva after suffering an undisclosed injury in training (announced Apr. 25 2013). | |
| TUF Finale 17 FX | Mandalay Bay - Las Vegas NV | 4/13/2013 | Faber v Jorgensen | | |
| FOX 7 | HP Pavilion - San Jose CA | 4/20/2013 | Henderson v Melendez | Roger Hollett - out of UFC on FX 7 bout against Wagner Prado after ▮▮▮ in training (announced Jan. 8 2013). Clay Guida - out of UFC on FOX 7 bout against Chad Mendes after suffering an undisclosed injury in training (announced Mar. 15 2013). Francisco Rivera - out of UFC on FOX 7 bout against Hugo Viana after suffering an undisclosed injury in training (announced Mar. 22 2013) Dan Hardy - out of UFC on FOX 7 bout against Matt Brown after ▮▮▮ (announced Mar. 22 2013). Jon Tuck - out of UFC on FOX 7 bout against Norman Parke after suffering an undisclosed injury in training (announced Apr. 14 2013). | |
| UFC 159 | Prudential Center - Newark NJ | 4/27/2013 | Jones v Sonnen | Jimmy Hettes - out of UFC 159 bout against Steven Siler after suffering an undisclosed injury in training (announced Mar. 19 2013). Joe Proctor - out of UFC 159 bout against Al Iaquinta after suffering an undisclosed injury in training (announced Apr. 12 2013). Al Iaquinta - out of UFC 159 bout against Joe Proctor after suffering an undisclosed injury in training (announced Apr. 12 2013). Erik Perez - out of UFC 159 bout against Johnny Bedford after ▮▮▮ (announced Apr. 22 2013). Nick Catone - out of UFC 159 bout against James Head after ▮▮▮ (announced Apr. 27 2013). | |
| FX 8 | Jaragua do Sul - Santa Catarina Brazil | 5/19/2013 | Belfort v Rockhold | Manny Gamburyan - out of UFC on FX 8 bout against Hacran Dias after suffering an undisclosed injury in training (announced Mar. 25 2013). CB Dollaway - out of UFC on FX 8 bout against Cezar Ferreira after suffering an undisclosed injury in training (announced Apr. 1 2013). Marcos Vinicius - out of UFC on FX 8 bout against Yuri Alcantara after suffering an undisclosed injury in training (announced Apr. 1 2013) Cezar Ferreira - out of UFC on FX 8 bout against Chris Camozzi after suffering an undisclosed injury in training (announced Apr. 7 2013). Lance Benoist - out of UFC on FX 8 bout against Paulo Thiago after suffering an undisclosed injury in training (announced Apr. 20 2013). Constantinos Philippou - out of UFC on FX 8 bout against Ronaldo Souza after ▮▮▮ in training (announced May 3 2013). | |
| UFC 160 | MGM - Las Vegas NV | 5/25/2013 | Velasquez v Bigfoot | Alistair Overeem - out of UFC 160 co-main event against Junior dos Santos after ▮▮▮ in training (announced Mar. 6 2013). Ryan Bader - out of UFC 160 bout against Glover Teixeira after suffering an undisclosed injury in training (announced Mar. 12 2013). Amir Sadollah - out of UFC 160 bout against Stephen Thompson after suffering an undisclosed injury in training (Announced Apr. 3 2013). Gunnar Nelson - out of UFC 160 bout against Mike Pyle after ▮▮▮ in training (announced Apr. 10 2013). | |
| FUEL TV 10 | Paulo Sarasate Arena - Fortaleza Brazil | 6/8/2013 | Big Nog v Werdum | Santiago Ponzinibbio - out of The Ultimate Fighter Brazil 2 final match against William Macario after ▮▮▮ in his semifinal fight (announced Mar. 7. 2013). Ronny Markes - out of UFC on FUEL TV 10 bout against Derek Brunson due to ▮▮▮ (announced Jun. 7 2103). | |
| UFC 161 | MTS Centre - Winnipeg Canada | 6/15/2013 | Evans v Henderson | T.J. Waldburger - out of UFC 161 bout against Sean Pierson after suffering an undisclosed injury in training (announced May 3 2103). Renan Barao - out of UFC 161 main event against Eddie Wineland after ▮▮▮ in training (announced May 18 2013). Isaac Vallie-Flagg - out of UFC 161 bout against Sam Stout after ▮▮▮ in training (announced May 29 2013) Antonio Rogerio Nogueira - out of UFC 161 co-main event against Mauricio Rua after ▮▮▮ in training (announced Jun. 2 2013). | |
| UFC 162 | MGM - Las Vegas NV | 7/6/2013 | Silva v Weidman | John Makdessi out of UFC 162 bout against Edson Barboza after suffering an undisclosed injury in training (announced May 30 2013). Shane Del Rosario - out of UFC 162 bout against Dave Herman after suffering an undisclosed injury in training (announced May 31 2013). | |
| FOX 8 | Key Arena - Seattle WA | 7/27/2013 | DJ v Moraga | Tarec Saffiedine - out of UFC on FOX 8 bout against Robbie Lawler after suffering an undisclosed injury in training (announced Jun. 4 2013). Matt Mitrione - out of UFC on FOX 8 bout against Brendan Schaub after suffering an undisclosed injury in training (announced Jul. 10 2013). Siyar Bahadurzada - out of UFC on FOX 8 bout against Robbie Lawler after suffering an undisclosed injury in training (announced Jul. 11 2013). Spencer Fisher - out of UFC on FOX 8 bout against Yves Edwards after suffering an undisclosed injury in training (announced Jul. 11 2013). | |
| UFC 163 | HSBC Arena - Rio de Janeiro Brazil | 8/3/2013 | Aldo v Jung | Anthony Pettis - out of UFC 163 main event against Jose Aldo after ▮▮▮ in training (announced Jun. 14 2013). Josh Koscheck - out of UFC 163 bout against Demian Maia after suffering an undisclosed injury in training (announced Jul. 12 2013). Robert Drysdale - out of UFC 163 bout against Ednaldo Oliveira after ▮▮▮ (announced Jul. 17 2013). Phil Harris - out of UFC 163 bout against John Lineker after suffering an undisclosed injury in training (announced Jul. 18 2013). Clint Hester - out of UFC 163 bout against Cezar Ferreira after ▮▮▮ in training (announced Jul. 19 2013). Phil Harris - out of UFC 163 bout against Jose Maria Tome after ▮▮▮ in training (announced Jul. 19 2013). Chan Sung Jung - out for one year due to ▮▮▮ suffered in his UFC 163 loss to Jose Aldo (announced Aug. 21 2013). | |

| Event | Venue | Date | Fight | Notes | |
|---|---|---|---|---|---|
| FS1 #1 | TD Garden - Boston MA | 8/17/2013 | Shogun v Sonnen | **Nick Ring** - out of FS1 #1 bout against Uriah Hall after suffering an undisclosed injury in training (announced Jul. 1 2013). **Thiago Alves** - out of FS1 #1 bout against Matt Brown after suffering an undisclosed injury in training (announced Jul. 3 2013). **Andy Ogle** - out of FS1 #1 bout against Conor McGregor after suffering an undisclosed injury in training (announced Jul. 10 2013). **Josh Samman** - out of FS1 #1 bout against Uriah Hall after suffering an undisclosed injury in training (announced Jul. 17 2013). **Stephan Struve** - sidelined indefinitely due to ▓▓▓ (announced Aug. 20 2013). **Conor McGregor** - out for 10 months due to ▓▓▓ suffered in his FS1 #1 victory over Max Holloway (announced Aug. 22 2013). | |
| FS1 #2 | Bankers Life Fieldhouse - Indianapolis IN | 8/28/2013 | Condit v Kampmann | **Derrick Lewis** - out of UFC FS1 #1 bout against Nandor Guelmino after suffering an undisclosed injury in training (announced Jul. 1 2013). **Paulo Thiago** - out of FS1 #2 bout against Kelvin Gastelum after suffering an undisclosed injury in training (announced Jul. 23 2013). **Sara McMann** - out of FS1 2 bout against Sarah Kaufman after suffering an undisclosed injury in training (announced Aug. 6 2013). **Wanderlei Silva** - sidelined indefinitely with ▓▓▓ suffered in training (announced Aug. 30 2013). | |
| UFC 164 | BMO Harris Bradley Center - Milwaukee WI | 8/31/2013 | B. Henderson v Pettis | **Quinn Mulhern** - out of UFC 164 bout against Ryan Couture after suffering an undisclosed injury in training (announced Jul. 17 2013). **Derek Brunson** - out of UFC 164 bout against Yoel Romero after suffering an undisclosed injury in training (announced Aug.4 2013). **Brian Houston** - out of UFC 164 bout against Yoel Romero after suffering an undisclosed injury in training (announced Aug. 14 2013). | |
| TUF 18 FS1 | | 9/4/2013 | Premiere of TUF 18 | | |
| FS1 #3 | Mineirinho Gymnasium - Belo Horizonte Brazil | 9/4/2013 | Teixeira v Bader | **Godofredo Pepey** - out of FS1 #1 bout against Sam Sicilia after suffering an undisclosed injury in training (announced Jul. 18 2013). **Sam Sicilia** - out of FS1 #3 bout against Felipe Arantes after suffering an undisclosed injury in training (announced Aug. 7 2013). **Kenny Robertson** - out of FS1 #3 bout against Joao Zeferino after suffering an undisclosed injury in training (announced Aug. 7 2013). **Johnny Bedford** - out of FS1 #3 bout against Hugo Viana after suffering an undisclosed injury in training (announced Aug. 14 2013). **Hugo Viana** - out of FS1 #3 bout against Wilson Reis after suffering an undisclosed injury in training (announced Aug. 30 2013). | |
| UFC 165 | Air Canada Centre - Toronto Canada | 9/21/2013 | Jones v Gustafsson | **Mark Bocek** - out of UFC 165 bout against Michael Prazeres after suffering an undisclosed injury in training (announced Aug. 23 2013). | |
| FS1 #4 | Jose Correa Arena - São Paulo Brazil | 10/9/2013 | Maia v Shields | **Rodrigo Damm** - out of FS1 #4 bout against Hacran Dias due to ▓▓▓ (announced Oct. 5 2013). | |
| UFC 166 | Toyota Center - Houston TX | 10/19/2013 | Velasquez v JDS III | **Matt Grice** - out of UFC 166 bout against Jeremy Larsen after being involved in a serious car accident ▓▓▓ (announced Sept. 8 2013). **Estevan Payan** - out of UFC 166 bout against Charles Oliveira after suffering an undisclosed injury in training (announced Sept. 11 2013). **Luke Rockhold** - out of UFC 166 bout against Tim Boetsch after ▓▓▓ in training (announced Sept. 18 2013). **Charles Oliveira** - out of UFC 166 bout against Jeremy Larsen after ▓▓▓ in training (announced Oct. 5 2013). **Cain Velasquez** - forced to ▓▓▓ n his UFC 166 main event against Junior dos Santos (announced Nov. 6 2013). | |
| FS2 #1 | Phones 4u Arena Manchester - Manchester England | 10/26/2013 | Machida v Munoz | **Tom Watson** - out of FS2 #1 bout against Alessio Sakara after suffering an undisclosed injury in training (announced Sept. 15 2013). **Paul Taylor** - out of FS2 #1 bout against Anthony Njokuani after suffering an undisclosed injury in training and subsequently retiring (announced Sept. 20 2013). **Michael Bisping** - out of FS2 #1 main event against Mark Munoz after ▓▓▓ in training (announced Sept. 27 2013). **Magnus Cedenblad** - out of FS2 #1 bout against Alessio Sakara after suffering an undisclosed injury in training (announced Oct. 11 2013). | |
| FS1 #5 | Fight for the Troops - Fort Campbell KY | 11/6/2013 | Kennedy v Natal | Lyoto Machida moved from Main Event to FS2#1 Main Event. Rafael Natal Replaced Machida in Main Event against Kennedy | |
| FS1 #6 | Goiânia Arena - Goiânia Brazil | 11/9/2013 | Belfort v D. Henderson | | |
| UFC 167 | MGM - Las Vegas NV | 11/16/2013 | GSP v Hendricks | **Vaughan Lee** - out of UFC 167 bout against Sergio Pettis after suffering an undisclosed injury in training (announced Nov. 8 2013). | |
| TUF Finale 18 FS1 | Mandalay Bay - Las Vegas NV | 11/30/2013 | | | |
| FS1 #7 | Brisbane Entertainment Centre - Brisbane AUS | 12/7/2013 | Hunt vs Bigfoot | **Aleksandra Albu** - out of FS1 #7 bout against Julie Kedzie after suffering an undisclosed injury in training (announced Nov. 5 2013). | |
| FOX 9 | | 12/14/2013 | | **TJ Grant** - out of UFC on FOX 9 bout against Anthony Pettis after ▓▓▓ in training (announced Sept. 9 2013). **Ian McCall** - out of UFC on FOX 9 bout against Scott Jorgensen at UFC on FOX 9 after suffering an undisclosed injury in training (announced Oct. 25 2013). **Anthony Pettis** - out of UFC on FOX 9 main event against Josh Thomson after ▓▓▓ in training (announced Nov. 10 2013). **Jamie Varner** - out of UFC on FOX 9 bout against Pat Healy after ▓▓▓ in training (announced Nov. 12 2013). **Kelvin Gastelum** - out of UFC on FOX 9 bout against Court McGee after ▓▓▓ in training (announced Nov. 12 2013). **John Moraga** - out of UFC on FOX 9 bout against Darren Uyenoyama after suffering an undisclosed injury in training (announced Nov. 26 2013). **John Dodson** - out of UFC on FOX 9 bout against Scott Jorgensen after suffering an undisclosed injury in training (announced Dec. 3 2013). **Matt Brown** - out of UFC on FOX 9 co-main event bout against Carlos Condit after ▓▓▓ in training (announced Dec. 7 2013). | |
| UFC 168 | MGM - Las Vegas NV | 12/28/2013 | Weidman v Silva II/Rousey v Tate | **Cat Zingano** - out of UFC 168 co-main event against Ronda Rousey after ▓▓▓ n training (announced May 28 2013). **Shane Del Rosario** - out of UFC 168 bout against Guto Inocente after suffering an undisclosed injury in training (announced Nov. 22 2013). **Guto Inocente** - out of UFC 168 bout against Shane Del Rosario after suffering an undisclosed injury in training (announced Nov. 22 2013). **Anderson Silva** - out for six months to nine months after ▓▓▓ in his UFC 168 main event against Chris Weidman (announced Dec. 28 2013). | |

| EVENT | LOCATION | DATE | MAIN EVENT | FIGHT CARD CHANGES | INJURY CATAGORIES |
|---|---|---|---|---|---|
| FIGHT NIGHT ASIA (AFS1) | Marina Bay Sands - Singapore | 1/4/2014 | Saffiedine v Lim | Jake Ellenberger - out of AFS1 bout against Tarec Saffiedine after suffering an undisclosed injury in training (announced Nov. 29 2013). Jake Ellenberger was replaced by Hyun Gyu Lim. Lim's original opponent Kiichi Kunimoto instead faced Luiz Dutra. Bekbulat Magomedov was replaced by Max Holloway. Hacran Dias - out of AFS1 bout against Tatsuya Kawajiri after ▮▮▮▮ during training (announced Dec. 4 2013). Hacran Dias was replaced by Sean Soriano. | Jake Ellenberger - ▮▮▮<br>Bekbulat Magomedov - undisclosed injury<br>Hacran Dias - ▮▮▮ |
| FS1 #8 | The Arena at Gwinnett Center - Atlanta GA | 1/15/2014 | Rockhold v Philippou | Thiago Silva removed from Ovince Saint Preux bout for an undisclosed injury. Adlan Amagov removed from Jason High bout due to injury and was replaced by Beneil Dariush. Jason High was removed from Dariush bout ▮▮▮ and was replaced by Charlie Brenneman. | Thiago Silva - undisclosed injury<br>Adlan Amagov - undisclosed injury<br>Jason High - ▮▮▮ |
| FOX 10 | United Center - Chicago IL | 1/25/2014 | Henderson v Thomson | Jared Rosholt was expected to face promotional newcomer Oleksiy Oliynyk at the event. However Oliynyk was forced out of the bout with an injury and Rosholt was pulled from the card altogether. Pascal Krauss and Adam Khaliev were expected to fight at this event. However both were forced off the card due to undisclosed circumstances. | Oleksiy Oliynyk - undisclosed injury<br>Pascal Krauss - Dealing with some health issues<br>Adam Khaliev - Not Cleared to fight |
| UFC 169 | Prudential Center - Newark NJ | 2/1/2014 | Barao v Faber / Aldo v Lamas | The event was expected to be headlined by the long awaited return of the Bantamweight Champion Dominick Cruz. However on January 6 UFC President Dana White announced that Cruz had ▮▮▮ in training and pulled from the fight. Cruz has also vacated his title making Barao the undisputed bantamweight champion. Stepping up to replace Cruz was Urijah Faber in a rematch of their interim title bout at UFC 149. Chris Cariaso was expected to face Kyoji Horiguchi at the event. However Horiguchi pulled out of the bout citing injury.[10] He was replaced by WEC veteran Danny Martinez. Bobby Green - out of UFC 169 bout against Abel Trujillo after suffering an undisclosed injury in training (announced Dec. 31 2013). | Dominick Cruz - ▮▮▮<br>Kyoji Horiguchi - undisclosed injury<br>Bobby Green - ▮▮▮ |
| FS1 #9 | Arena Jaragua - Jaragua do Sul Brazil | 2/15/2014 | Machida v Mousasi | Returning veteran Nate Loughran was expected to face Erick Silva at the event. However Loughran was forced out of the bout with an injury and was replaced by promotional newcomer Takenori Sato. Zubaira Tuhugov was expected to face Thiago Tavares at this event. However Tavares was forced to pull out due to an undisclosed injury and was replaced by UFC newcomer Douglas Silva de Andrade. Thiago Silva - out of FS1 #9 co-main event bout against Ovince St. Preux after apparently suffering an undisclosed injury in training (announced Nov. 21 2013). | Nate Loughran - undisclosed injury<br>Thiago Tavares - ▮▮▮<br>Thiago Silva - undisclosed injury |
| UFC 170 | Mandalay Bay - Las Vegas NV | 2/22/2014 | Rousey v McMann / Evans v Cormier | A bout between Gilbert Melendez and Khabib Nurmagomedov was briefly linked to this event. The fight was later cancelled. Lucas Martins was expected to face Bryan Caraway at this event. However Caraway pulled out of the bout citing an injury and was replaced by UFC newcomer Aljamain Sterling.[7] Martins ended up also getting injured and was replaced by UFC newcomer Cody Gibson. Francisco Rivera was expected to face Raphael Assunção on this card. However Rivera injured his hand and was forced out of the bout. He was replaced by UFC newcomer Pedro Munhoz. A bout between Rafael dos Anjos and Rustam Khabilov was expected to take place on this card. However the fight was cancelled due to injury. A bout between Rashad Evans and Daniel Cormier was expected to take place on this card. However the fight was removed from this card due to Evans ▮▮▮ during training. He was replaced by undefeated newcomer and Strikeforce veteran Patrick Cummins. | Bryan Caraway - undisclosed injury<br>Lucas Martins - ▮▮▮<br>Francisco Rivera - ▮▮▮<br>Rustam Khabilov - undisclosed injury<br>Rashad Evans - ▮▮▮ |
| FIGHT NIGHT ASIA (AFS2) | Cotai Arena - Venetian Macao P.R. China | 3/1/2014 | Hathaway v Kim | The featherweight final between Guangyou Ning and Jianping Yang was removed from the card due to an injury to Jianping Yang. The bout was rebooked on the UFC Fight Night: Bisping vs. Le card in August 2014. Zak Cummings was expected to fight Alberto Mina but weighed in 8 pounds over. Mina would not agree to compete at a catch weight so the bout was scratched from the event. With the removal of Cummings/Mina from the card the event proceeded with only eight bouts which is the smallest for the organization since UFC 72 in 2007. | Jianping Yang - undisclosed injury<br>Alberto Mina - Couldn't make weight |
| FIGHT NIGHT EMEA (EMEA1) | The O2 Arena - London England | 3/8/2014 | Gustafsson v Manuwa | Antônio Rogério Nogueira would be headlining the event. However just 5 days after the fight was announced news came that Nogueira had to withdraw from the bout due to an injury. Later reports came that said that Nogueira had never agreed to take the fight against Gustafsson at all. Ross Pearson was expected to face Melvin Guillard in a rematch at the event. However Pearson pulled out of the bout citing ▮▮▮ and was replaced by Michael Johnson. Brad Pickett was expected to make his Flyweight debut against Ian McCall on this card. However on February 13 it was announced that McCall had pulled out of the bout and was replaced by promotional newcomer Neil Seery. A bout between Roland Delorme and Davey Grant was cancelled after the weigh in the day before the event due to Grant ▮▮▮ | Antonio Rogerio Nogueira - ▮▮▮<br>Ross Pearson - ▮▮▮<br>Ian McCall - undisclosed injury<br>Davey Grant - ▮▮▮ |
| UFC 171 | American Airlines Center - Dallas TX | 3/15/2014 | Hendricks v Lawler | Julianna Peña was expected to face Jéssica Andrade at this event. However Pena pulled out of the bout citing ▮▮▮ and was replaced by Raquel Pennington. Will Campuzano was expected to face Darrell Montague at this event. However Montague was forced to pull out of the bout citing an injury and was replaced by Justin Scoggins. Thiago Silva was expected to face Ovince St. Preux at this event. However Silva was removed from the bout due to police apprehension and release for multiple counts of aggravated assault. This led to his subsequent release from the promotion. He was replaced by Nikita Krylov. Tor Troeng was expected to face Bubba McDaniel at this event. However Troeng was forced out of the bout due to an injury and was replaced by UFC newcomer Sean Strickland. | Julianna Pena - ▮▮▮<br>Will Campuzano - undisclosed injury<br>Thiago Silva - Police Apprehension<br>Tor Troeng - ▮▮▮ |
| FS1 #10 | Ginasio Nelio Dias - Natal Brazil | 2/23/2014 | Shogun v Henderson II | Gleison Tibau was expected to face Mairbek Taisumov at the event. However Tibau pulled out of the bout citing injury and was replaced by Michel Prazeres. Diego Brandao was expected to face Will Chope at the event and both men weighed in successfully on March 22 for the fight. However after the weigh ins the bout was cancelled when documents were released that showed Chope assaulted and threatened his ex-wife which led to jail time and a dishonorable discharge from the U.S. Airforce. | Gleison Tibau - ▮▮▮<br>Will Chope - Prior domestic assault revealed |

| Event | Venue | Date | Main Event | Notes | Fighter - Reason |
|---|---|---|---|---|---|
| FIGHT NIGHT EMEA (EMEA2) | du Arena - Yas Island, Abu Dhabi, UAE | 4/11/2014 | M.Nogueira v Nelson | A flyweight bout between Alptekin Özkılıç and Dustin Ortiz was expected to take place on this card. However on April 3, the fight was cancelled due to injury to Özkılıç.[4]<br>A middleweight bout between Chris Camozzi and Andrew Craig was expected to take place on this card, however the fight was cancelled on the day of the weigh-in as Craig was ruled out with an illness. Despite the cancellation, the UFC announced that both fighters would receive their show money for the bout.[5] | Alptekin Ozkilic - [redacted]<br>Andrew Craig - Event day illness |
| FS1 #11 | Colisée Pepsi - Quebec City, Canada | 5/16/2014 | Bisping v Kennedy | Steve Bossé was expected to make his UFC debut against Ryan Jimmo at this event. However, Bossé was forced to pull out of the bout citing an injury. He was replaced by UFC newcomer Sean O'Connell.<br>Shayna Baszler was originally scheduled to make her UFC debut on this card against Sarah Kaufman. However, she had to pull out of the bout due to injury and was briefly replaced by Amanda Nunes. Five days later Nunes also pulled out of the bout with [redacted]. Kaufman instead fought Leslie Smith in a rematch from their bout at Invicta FC 5: Penne vs. Waterson which ended in a controversial split decision.<br>Evan Dunham was expected to face Mark Bocek at the event. However, Dunham pulled out of the bout in the week leading up to the event with an undisclosed injury.[14] Bocek instead faced UFC newcomer Mike De La Torre at the event. | Steve Bosse - [redacted]<br>Shayna Baszler - [redacted]<br>Amanda Nunes - [redacted]<br>Evan Dunham - undisclosed injury |
| FOX 11 | Amway Center - Orlando, FL | 4/16/2014 | Werdum v Browne | Estevan Payan was expected to face Sean Soriano at this event. However, Soriano was forced to pull out due to injury and was replaced by Mike Brown. In turn, Brown was forced out of the bout and was replaced by promotional newcomer Alex White.<br>Amanda Nunes was scheduled to face UFC newcomer Alexis Dufresne on this card but the bout was cancelled when Dufresne was injured.<br>Santiago Ponzinibbio was expected to face Jordan Mein at this event. However, Ponzinibbio was removed from the bout and was replaced by Hernani Perpetuo.<br>Caio Magalhães was expected to face Josh Samman at the event. However on April 8, Samman pulled out of the bout citing a hamstring injury and was replaced by promotional newcomer Luke Zachrich. | Sean Soriano - undisclosed injury<br>Mike Brown - [redacted]<br>Alexis Dufresne - [redacted]<br>Santiago Ponzinibbio - [redacted]<br>Josh Samman - [redacted] |
| UFC 172 | Baltimore Arena - Baltimore, MD | 4/26/2014 | Jones v Teixeira | Tarec Saffiedine was originally scheduled to face Jake Ellenberger in a welterweight bout, but withdrew due to [redacted]. As a result, Ellenberger was removed from the card and will now face Robbie Lawler at UFC 173.<br>Just one week before the event Bobby Green suffered an injury and was forced out of the card. Yancy Medeiros, who was supposed to fight Joe Ellenberger, stepped in and faced Green's original opponent Jim Miller. Ellenberger was expected to face returning veteran Vagner Rocha. Subsequently, just days after accepting the bout, Rocha injured himself in the week leading up to the event. With no time to find a suitable replacement Ellenberger was pulled from the card as well. | Tarec Saffiedine - [redacted]<br>Bobby Green - undisclosed injury<br>Vagner Rocha - [redacted] |
| FS1 #12 | US Bank Arena - Cincinnati, OH | 5/10/2014 | E.Silva v Brown | Alexander Yakovlev and Yan Cabral were originally scheduled to face each other in a welterweight bout. However, on April 9 Yakovlev was moved to the The Ultimate Fighter Brazil 3 Finale card as he replaced an injured Mike Pierce against Demian Maia.[3] Cabral instead faced Zak Cummings at the event.[4]<br>William Macario was expected to face Neil Magny at the event. However, Macario was removed from the bout for undisclosed reasons and replaced by returning veteran Tim Means.[5] | William Macario - undisclosed injury |
| UFC 173 | MGM - Las Vegas, NV | 5/24/2014 | Barao v Dillashaw | A Middleweight Championship bout between the current champion Chris Weidman and number one contender Vitor Belfort was scheduled to head line this event. However, on February 27, the Nevada State Athletic Commission officially banned testosterone-replacement therapy (TRT) from combat sports. Belfort [redacted] was forced to withdraw from the bout.<br>The main event was quickly changed as former UFC Light Heavyweight Champion Lyoto Machida agreed to step in to face Chris Weidman for the title in the main event. However, on March 24, the UFC announced that Weidman had [redacted] and that a new headline bout would be found. The Weidman title defense against Machida was moved to UFC 175 in July.<br>After the announcement that Weidman/Machida bout had been moved, a Bantamweight Championship bout between Renan Barão and Raphael Assunção was targeted as the event head liner. However Assunção opted to decline the bout as [redacted] in his last bout at UFC 17[redacted] to resume the proper train ing in advance of the event. Barão instead fought T.J. Dillashaw in the main event. As a result, Dillashaw's original opponent at the event, Takeya Mizugaki, faced Francisco Rivera.<br>The originally scheduled co-main event was Junior dos Santos against Stipe Miocic. However, that bout was moved to The Ultimate Fighter Brazil 3 Finale. Subsequently, the bout between Dan Henderson and Daniel Cormier briefly linked to UFC 173 was moved up to this event to bolster the card.<br>Chris Holdsworth was expected to face Kyung Ho Kang at the event. However, Kang pulled out of the bout and was replaced by Chico Camus.<br>Doo Ho Choi was expected to make his promotional debut at the event against Sam Sicilia. However, Choi was forced out of the bout with an injury and was replaced by UFC newcomer Aaron Phillips.<br>Danny Mitchell was expected to face promotional newcomer Li Jingliang. However, Mitchell pulled out of the bout with an injury. Replacing Mitchell was The Ultimate Fighter: Team Carwin vs. Team Nelson cast member David Michaud. | Vitor Belfort - [redacted]<br>Chris Weidman - [redacted]<br>Raphael Assuncao - [redacted]<br>Kyung Ho Kang - undisclosed injury<br>Danny Mitchell - undisclosed injury |
| FIGHT NIGHT EMEA (EMEA3) | O2 World Berlin - Berlin, Germany | 5/31/2014 | Munoz v Mousasi | Thiago Tavares was expected to face Tom Niinimäki at the event. However Tavares pulled out of the bout [redacted] and was replaced by promotional newcomer Niklas Bäckström. | Thiago Tavares - [redacted] |
| FS1 #13 | Ibirapuera Gymnasium - São Paulo, Brazil | 5/31/2014 | Miocic v Maldanado | The event was expected to be headlined by a light heavyweight bout between the coaches of The Ultimate Fighter: Brazil 3 Chael Sonnen and Wanderlei Silva. The fight was originally scheduled for UFC 173 but later shifted to this card. However, the fight was transferred to July 5, 2014 at UFC 175.<br>A heavyweight bout between Junior dos Santos and Stipe Miočić was also shifted from UFC 173 to headline this card. On May 5, 2014 Dos Santos pulled out of the fight [redacted] and was replaced by Fábio Maldonado.<br>Demian Maia was expected to face Mike Pierce, however Pierce had to pull out of the fight due [redacted]. Maia instead faced UFC newcomer Alexander Yakovlev.<br>Wilson Reis was briefly linked to a bout with Pedro Munoz at the event. However Reis was replaced by promotional newcomer Matt Hobar.<br>Brian Ortega was expected to make his promotional debut against Diego Brandão. However, Brandão pulled out of the bout in the days leading up to the event citing an injury. Due to the late nature of the change, officials did not try to find a replacement and Ortega was pulled from the card as well. | Junior dos Santos - [redacted]<br>Mike Pierce - [redacted]<br>Wilson Reis - undisclosed injury<br>Diego Brandao - undisclosed injury |
| FS1 #14 | Tingley Coliseum - Albuquerque, NM | 6/7/2014 | B.Henderson v Khabilov | Jon Tuck was briefly scheduled to face Yosdenis Cedeno. However, Cedeno pulled out of the bout citing an injury and was replaced by promotional newcomer Jake Lindsey.<br>Patrick Cummins was expected to face Francimar Barroso at this event. However Barroso was forced to pull out due to injury and was replaced by UFC promotional newcomer Roger Narvaez. | Yosdenis Cedeno - undisclosed injury<br>Francimar Barroso - undisclosed injury |

| Event | Venue | Date | Fight | Description | Fighter - Reason |
|---|---|---|---|---|---|
| UFC 174 | Rogers Arena - Vancouver Canada | 6/14/2014 | DJ v Bagautinov | The event was headlined by a UFC Flyweight Championship bout between the current champion Demetrious Johnson and challenger Ali Bagautinov. Subsequent to this event on July 10 the British Columbia Athletic Commission (BCAC) announced that Bagautinov tested positive for erythropoietin (EPO) prior to the title fight. In response the BCAC has suspended him for mixed martial arts competition for one year. Germaine de Randamie was scheduled to face Milana Dudieva at the event. However de Randamie was removed from the card due to an alleged visa issue restricting her travel to Canada. Promotional newcomer Valérie Létourneau was then scheduled to face Dudieva. In turn Dudieva pulled out of the bout as well and was replaced by Elizabeth Phillips. | Germaine de Randamie - Visa issue |
| | | | | | Valerie Letourneau - undisclosed injury |
| FIGHT NIGHT AUS (AUS1) | Vector Arena - Auckland New Zealand | 6/28/2014 | Te Huna v Marquardt | Anthony Perosh was expected to face Gian Villante at the event. However Perosh was forced out of the bout with an injury and was replaced by Sean O'Connell. Claudio Silva was expected to face Neil Magny at the event but was forced out of the bout with an injury and was replaced by promotional newcomer and former Jungle Fight Welterweight Champion Rodrigo de Lima. Richie Vaculik was expected to face Jon Delos Reyes at the event. However Reyes was forced from the bout with an injury and replaced by promotional newcomer Roldan Sangcha-an. | Anthony Perosh - undisclosed injury |
| | | | | | Claudio Silva - undisclosed injury |
| | | | | | Jon Delos Reyes - undisclosed injury |
| FS1 #15 | AT&T Center - San Antonio TX | 6/28/2014 | Swanson v Stephens | Rani Yahya was expected to face Johnny Bedford in a rematch from their bout at UFC Fight Night 39. However Yahya was forced out of the bout and replaced by Cody Gibson. A welterweight bout between Sean Spencer and Luiz Dutra was official for this card but had to be cancelled due to an injury. Myles Jury was scheduled to face Abel Trujillo at the event. However Jury pulled out of the bout with an injury and was replaced briefly by Frank Trevino. Subsequently Trevino's originally scheduled opponent on the card Joe Ellenberger was briefly linked to bouts with newcomers Johnny Case and Bryan Barberena. However Case and Barberena were removed just days after being announced as well and were eventually replaced by another newcomer James Moontasri. Then on June 9 Trevino pulled out of the bout and Trujillo was removed from the card entirely. Ray Borg was scheduled to face Ryan Benoit at the event. However on June 18 it was announced that Benoit had to pull out of the fight due to injury and was replaced by newcomer Shane Howell. | Rani Yahya - undisclosed injury |
| | | | | | Luiz Dutra - undisclosed injury |
| | | | | | Myles Jury - undisclosed injury |
| | | | | | Frank Trevino - undisclosed injury |
| | | | | | Ryan Benoit - ███ |
| UFC 175 | Mandalay Bay - Las Vegas NV | 7/5/2014 | Weidman v Machida / Rousey v Davis | A light heavyweight bout between the coaches of The Ultimate Fighter: Brazil 3 Chael Sonnen and Wanderlei Silva was originally scheduled for UFC 173. However the fight was moved twice - first being on May 31 2014 at The Ultimate Fighter: Brazil 3 Finale and now was expected to be contested on this card. Silva was ultimately pulled from the fight entirely after he failed to submit an application to fight in the state of Nevada as well as his refusal to undergo a random drug test an was replaced by Vitor Belfort. The bout between Sonnen and Belfort was to be contested at middleweight. However Sonnen subsequently failed his random drug test and was removed from the bout and ultimately retired from the sport. The following day it was announced by MMA writer Kevin Iole that Belfort had also been removed from the card due to the inability of the UFC finding him a new opponent. Santiago Ponzinibbio was expected to face Ildemar Alcântara but was forced out of the bout with ███. He was replaced by Kenny Robertson. During the event Stefan Struve ███ and his bout with Matt Mitrione on the pay-per-view was canceled. The first fight of the main card was already happening when the news was revealed on Twitter and it was officially confirmed on the broadcast after the Brimage-Doane fight ended. | Wanderlei Silva - Failed to submit an application to fight in Nevada / Refused to undergo a random drug test |
| | | | | | Chael Sonnen - Failed random drug test |
| | | | | | Santiago Ponzinibbio - ███ |
| | | | | | Stefan Struve - ███ |
| TUF 19 FINALE | Mandalay Bay - Las Vegas NV | 7/6/2014 | Edgar v Penn | | |
| FS1 #16 | Revel Casino - Atlantic City NJ | 7/16/2014 | Cerrone v J. Miller | Rick Story was expected to face John Howard at the event. Howard was forced out of the bout with an injury and replaced by Leonardo Mafra. Jim Alers was expected to face Lucas Martins at the event. Alers pulled out of the bout citing injury and was replaced by Alex White. Leo Kuntz was expected to make his UFC debut against Yosdenis Cedeno at the event. Kuntz was forced from the bout with an injury and replaced by promotional newcomer Jerrod Sanders. | John Howard - undisclosed injury |
| | | | | | Jim Alers - undisclosed injury |
| | | | | | Leo Kuntz - undisclosed injury |
| FIGHT NIGHT EMEA (EMEA4) | The O2 Arena - Dublin Ireland | 7/19/2014 | McGregor v C. Miller | The event was expected to be headlined by a featherweight bout between Conor McGregor and Cole Miller However Miller was forced to pull out due to an injury and was replaced by Diego Brandao. Ryan LaFlare was scheduled to face Gunnar Nelson at the event. However LaFlare was removed from the card (Injured Knee) and replaced by Zak Cummings. Tom Lawlor was expected to face Ilir Latifi at the event but Lawlor pulled out of the bout with an injury and was replaced by promotional newcomer Chris Dempsey. | Cole Miller ███ |
| | | | | | Ryan LaFlare - ███ |
| | | | | | Tom Lawlor - undisclosed injury |
| FOX 12 | SAP Center - San Jose CA | 7/26/2014 | Lawler v Brown | Viscardi Andrade was briefly scheduled to face Andreas Ståhl at the event. However Andrade was replaced on the card by promotional newcomer Gilbert Burns. Michael Johnson was expected to face Josh Thomson at the event. However on July 11 Johnson pulled out of the bout and was replaced by Bobby Green. | Viscardi Andrade - ███ |
| | | | | | Michael Johnson - undisclosed injury |
| UFC 176 | Staples Center Los Angeles CA | | Aldo vs. Mendes II | Entire event cancelled due to injury to Jose Aldo. | Jose Aldo - ███ |
| FS1 #17 | Cross Insurance Center - Bangor ME | 8/16/2014 | Bader v St. Preux | Abel Trujillo was expected to face Ross Pearson On August 4 Trujillo pulled out of the Pearson bout and was replaced by Gray Maynard. In turn Maynard's originally scheduled opponent Fabricio Camões was removed from the card entirely and will be rebooked for a separate event with a new opponent. | Abel Trujillo - ███ |
| FIGHT NIGHT ASIA (AFS3) | Cotai Arena - Venetian Macao - P.R. China | 8/23/2014 | Bisping v Le | Dong Hyun Kim was expected to face Hector Lombard at the event. However Lombard pulled out of the bout and was replaced by Tyron Woodley. Alberto Mina was expected to face Sheldon Westcott at the event. However in the days leading up to the event Westcott pulled out of the bout citing an injury and was replaced by Shinsho Anzai. Lv Zhenhong VS Rocky Lee was removed from the fight card. | Hector Lombard - ███ |
| | | | | | Sheldon Westcott - undisclosed injury |
| FS1 #18 | BOK Center - Tulsa OK | 8/23/2014 | B. Henderson v dos Anjos | Jordan Mein was expected to face Thiago Alves at the event. However Alves pulled out of the bout with an injury and was replaced by Brandon Thatch. Subsequently Thatch also pulled out of the bout with Mein ███. In turn Mein faced Mike Pyle at the event as Pyle's scheduled opponent Demian Maia also pulled out of their bout with ███. Ernest Chavez was expected to face Mirsad Bektic at the event. However Chavez was forced out of the bout with an injury and was replaced by Max Holloway. In | Thiago Alves - ███ |
| | | | | | Brandon Thatch - ███ |
| | | | | | Demian Maia - ███ |

| Event | Venue | Date | Fight | Notes | Fighters |
|---|---|---|---|---|---|
| FS1 #18 | BOK Center - Tulsa OK | 8/23/2014 | B. Henderson v dos Anjos | ...was forced out of the bout with an injury and was replaced by Max Holloway. In turn Bektic pulled out of the bout in the week leading up to the event and was replaced by promotional newcomer Clay Collard. Tim Elliott was expected to face Wilson Reis at the event. However Elliott pulled out of the bout in the days leading up to the event. Reis faced promotional newcomer Joby Sanchez. | Ernest Chavez - undisclosed injury<br><br>Mirsad Bektic - undisclosed injury<br><br>Tim Elliott - undisclosed injury |
| UFC 177 | Sleep Train Arena - Sacramento CA | 8/30/2014 | Dillashaw v Soto | The event was originally planned to take place at the MGM Grand Garden Arena in Las Vegas Nevada with a Light Heavyweight Championship rematch between the current champion Jon Jones and challenger Alexander Gustafsson targeted as the event headliner. However that bout was pushed back a month and scheduled to headline UFC 178. A Bantamweight Championship rematch between current champion T.J. Dillashaw and former champion Renan Barão is now expected to be headlining. Their first fight contested at UFC 173 ended in a fifth round TKO victory for Dillashaw. Demetrious Johnson was expected to defend his Flyweight Title against Chris Cariaso in the co-main event. However on August 12 it was announced that bout would be moved to headline UFC 178 after Jon Jones against Daniel Cormier was delayed due to injury. As a result of the cancellation of UFC 176 bouts between Danny Castillo vs. Tony Ferguson Lorenz Larkin vs. Derek Brunson and Bethe Correia vs. Shayna Baszler were rescheduled for this event. A heavyweight matchup between Ruslan Magomedov and Richard Odoms was official for this event. However Odoms was forced to withdraw and the match was cancelled. Justin Edwards was expected to face Yancy Medeiros at the event. However Edwards pulled out of the bout in the days leading up to the event citing an injury and was replaced by newcomer Damon Jackson. Henry Cejudo pulled from fight card on weigh-in day due to medical reasons. Bout against Scott Jorgensen was canceled Renan Barao pulled from fight card on weigh-in day due to medical reasons. Joe Soto stepped up from prelims to Main Event. Soto's original opponent; Anthony Birchak was pulled from the card. | Alexander Gustafsson -<br><br>Jon Jones -<br><br>Richard Odoms - undisclosed injury<br><br>Justin Edwards -<br><br>Henry Cejudo - Pulled on weigh-in day due to medical reasons<br><br>Renan Barao - Pulled on event day due to medical reasons |
| FS1 #19 | Foxwoods Resort Casino - Ledyard CT | 9/5/2014 | Souza v Mousasi | Initially bantamweight bouts between Dustin Kimura vs. Ian Entwistle and Chris Beal vs. Rob Font were slated for the event. However Entwistle and Font each pulled out of the bouts citing injuries. Subsequently Dustin Kimura will now face Chris Beal. Kimura was injured and replaced by Tateki Matsuda. Andre Fili was expected to face Sean Soriano at the event. However Fili was forced from the bout with an injury and replaced by Chas Skelly. Charles Oliveira removed from fight against Nik Lentz on day of event due to illness. | Ian Entwistle - undisclosed injury<br><br>Rob Font - undisclosed injury<br><br>Dustin Kimura - undisclosed injury<br><br>Andre Fili - undisclosed injury<br><br>Charles Oliveira - removed on event day due to illness. |
| FIGHT NIGHT BRAZIL (BFS1) | Nilson Nelson Gymnasium - Brasilia Brazil | 9/13/2014 | Bigfoot v Arlovski | Paulo Thiago was expected to face Mike Rhodes at the event. However Rhodes was forced out of the bout due to injury and was briefly replaced by returning veteran Joe Riggs. On July 29 it was announced that Riggs had to pull out of the bout due to a gun accident with non-life threatening injuries in his house. On the same day Sean Spencer replaced Riggs as Thiago's new opponent. Santiago Ponzinibbio was expected to face Sérgio Moraes at the event. However Moraes pulled out of the bout [redacted]. He was replaced by Wendell Oliveira. Valérie Létourneau was expected to face Jessica Andrade at the event. However Létourneau pulled out of the bout citing an injury and was replaced by Larissa Pacheco. Lukasz Sajewski is out and being replaced by Efrain Escudero against Leonardo Santos. Escudero's previous opponent; Francisco Trinaldo will now face Leandro Silva. | Mike Rhodes - undisclosed injury<br><br>Joe Riggs - Gun accident<br><br>Sergio Moraes -<br><br>Valerie Letourneau - undisclosed injury<br><br>Lukasz Sajewski - undisclosed injury |
| FIGHT NIGHT ASIA (AFS4) | Saitama Arena - Tokyo Japan | 9/20/2014 | Hunt v Nelson | Tatsuya Kawajiri was briefly linked to a matchup at the event with Darren Elkins but the bout never materialized as Kawajiri was sidelined indefinitely [redacted]. Chris Cariaso was originally scheduled to face Kyoji Horiguchi at the event. However Cariaso was pulled from the bout with Horoguchi in favor of a matchup with current flyweight champion Demetrious Johnson at UFC 177. Horiguchi is now expected to face Jon Delos Reyes. Kyle Noke was expected to face Yoshihiro Akiyama at the event but eventually was forced out of the bout [redacted]. Akiyama is now expected to face Amir Sadollah. Urijah Faber was briefly linked to a bout with Masanori Kanehara at the event. However before the bout was officially announced Faber was removed due to injury and Kanehara will now face Alex Caceres. | Tatsuya Kawajiri -<br><br>Kyle Noke -<br><br>Urijah Faber - |
| UFC 178 | MGM - Las Vegas NV | 9/27/2014 | Johnson v Cariaso | The event was supposed to be headlined by a UFC Light Heavyweight Championship rematch between champion Jon Jones and Alexander Gustafsson. Gustafsson pulled out of the bout [redacted]. He was replaced by Daniel Cormier on July 23. However on August 12 Jones was forced to pull out of the bout against Cormier [redacted]. The fight will now take place at UFC 182. As a result a Flyweight Title fight between Demetrious Johnson and Chris Cariaso was moved from UFC 177 to anchor this card. A lightweight bout between Donald Cerrone and Khabib Nurmagomedov was briefly linked to this event. The pairing was cancelled after Nurmagomedov [redacted] that will sideline him indefinitely. Gustafsson vs Jones canceled due to Gustafsson injury. Jones vs Cormier off due to Jones injury. Bobby Green has been replaced by Eddie Alvarez against Donald Cerrone. | Alexander Gustafsson -<br><br>Jon Jones -<br><br>Khabib Nurmagomedov - |
| FIGHT NIGHT EMEA (EMEA5) | Ericsson Globe - Stockholm Sweden | 10/4/2014 | Nelson vs Story | Akira Corassani was expected to face Chan Sung Jung at the event. However Jung pulled out of the bout [redacted] and was replaced by Max Holloway | Chan Sung Jung - |
| FS1 #20 | Halifax Metro Centre - Halifax Canada | 10/4/2014 | MacDonald v Saffiedine | Ruslan Magomedov is off the card. Patrick Holohan VS Louis Gaudinot has been added to the Main Card. Kailin Curran vs Paige VanZant is off the card. With an injury to Aljamain Sterling Rob Font steps up and takes on Mitch Gagnon | Aljamain Sterling - undisclosed injury |
| UFC 179 | Ginasio do Maracanazinho - Rio de Janeiro Brazil | 10/25/2014 | Aldo v Mendes II | Josh Shockley Injured replaced by Tony Martin | Josh Shockley - undisclosed injury |
| FIGHT NIGHT AUS (AUS2) | Allphones Arena - Sydney AUS | 11/8/2014 | | | |
| FS1 #20 | Sabiazinho Gymnasium - Uberlândia Brazil | 11/8/2014 | | | |
| UFC 180 | Mexico City Arena - Mexico City Mexico | 11/15/2014 | Velasquez v Werdum | | |
| FS1 #22 | USA city TBD | 11/22/2014 | | | |

| Event | Venue | Date | Main Event | | |
|---|---|---|---|---|---|
| UFC 181 | Mandalay Bay - Las Vegas NV | 12/6/2014 | Weidman v Belfort | | |
| TUF 20 FINALE | USA city TBD | 12/12/2014 | | | |
| FOX 13 | US Airways Center - Phoenix AZ | 12/13/2014 | | | |
| FS1 #23 | Brazil city TBD | 12/20/2014 | | | |