# EXHIBIT 121
# -
# REDACTED VERSION OF ECF NO. 596-34

# Exhibit 32

## Deposition of Dana F. White (August 9, 2017) – Vol. 2 (excerpted)

FILED UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CUNG LE; NATHAN QUARRY, JON FITCH, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

ZUFFA, LLC, d/b/a Ultimate Fighting Championship and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-(PAL)

HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DANA F. WHITE

AFTERNOON AND EVENING SESSIONS

LAS VEGAS, NEVADA

AUGUST 9, 2017

4:01 P.M.

REPORTED BY:
MICHELLE R. FERREYRA, CCR No. 876
JOB NO. 51036-B

I N D E X (Continued)

Exhibit 79 Dana White, Wanderlei Silva was paid $9 7 by the UFC, by Nate Wilcox, September 27, 2014 358
Exhibit 80 Portuguese article from Globo 360
Exhibit 81 Video excerpt from September 11, 2013 from UFC Tonight Interview 361
Exhibit 82 Excel spreadsheet 363
Exhibit 83 News article from the Las Vegas Sun 394
Exhibit 84 MMA Junkie article 403
Exhibit 85 Two-page article dated June 10, 2012 from Damen Martin 405
Exhibit 86 July 2, 2013 video from UFC 162 Post-fight Scrum in Las Vegas, Nevada 406
Exhibit 87 Excerpt from April 16, 2014 Tough Nation's Finale Post-fight Media Scrum in Quebec City, Quebec, Canada 408
Exhibit 88 Video excerpt dated May 11, 2014 UFC Fight Night 40, Post-fight Scrum in Cincinnati, Ohio 410
Exhibit 89 Excerpt from February 19, 2015 from the gathering at Banff, Canada 412
Exhibit 90 Video excerpt from February 2, 2010 from UFC 108 Post-fight Media Scrum in Las Vegas 413
Exhibit 91 Video excerpt from September 21, 2011 taken from the UFC 135 Pre-fight Scrum in Denver, Colorado 417

I N D E X (Continued)

Exhibit 92 Article taken from TMZ from March 6, 2017 421
Exhibit 93 Article from MMA Junkie, 423
Exhibit 94 Two-page e-mail series, WME_ZUFFA_001417791 442
Exhibit 95 Video excerpt from March 14, 2014 from the UFC 171 Pre-fight Scrum in Dallas, Texas 448
Exhibit 96 Video Excerpt from April 16, 2014 Tough Nation Finale Post-fight Scrum in Quebec City, Canada 451

LAS VEGAS, NEVADA, WEDNESDAY, AUGUST 9, 2017;
4:01 P.M.
-O0O-

VIDEOGRAPHER: The time is approximately 4:01 p.m. Let the record reflect Michelle Ferreyra is now the court reporter. We are back on the record.

(Exhibit 61 marked.)

EXAMINATION

BY MR. DELL'ANGELO:

**Q. Mr. White, I'm going to hand you what I have marked as Exhibit 61 to the deposition. Exhibit 61 is from FoxSports dated December 12, 2013 by Damen Martin. Before we took our break, we were talking about Invicta. Do you recall that?**

A. Yes.

**Q. Okay. You're quoted at the bottom here as -- do you see that quote, that it's in kind of a larger font there --**

A. Yes.

**Q. -- okay, at the bottom? And it says, "The girls who go into Invicta can now look and say, Jesus, we're going it fight in the UFC some day." Do you see**

**that?**

A. Yes.

**Q. Did you say that?**

A. I don't remember saying it, but, yeah. I'm sure I did.

**Q. Okay. Any reason to believe that that's not accurate, that statement?**

A. No.

**Q. Okay. And what is that? What do you take that to mean, that statement?**

A. It means that I -- I was the guy that said women would never fight in the UFC. And when women -- you know, when I did decide to do it, it be -- it was huge. It became very big. And, you know, I'm sure a lot of these women that were in this division thought they would never fight in the UFC.

**Q. So it's a big deal to get -- have female fighters in the UFC?**

A. It became a big deal, yeah.

**Q. And it's certainly a big deal for the female fighters as well; right?**

A. Absolutely.

**Q. Okay. And -- and that became an important part of your business, the UFC's business?**

FILED UNDER SEAL

289

DANA WHITE - HIGHLY CONFIDENTIAL

A. Correct.

**Q. It actually it lead to the rise of champions like Rhonda Rousey; right?**

A. Yeah.

**Q. And she became a big star; right?**

A. Huge star.

**Q. Okay. So would you flip to the second page of the document, please, at the top. You appear to be quoted again. Do you see that at the beginning of Bad As? Do you see that language?**

A. Yes.

**Q. But would you first read -- read that first sentence there aloud?**

A. Aloud?

**Q. Yeah.**

A. "As bad as people don't want to believe it, they don't want to hear it, meaning the other owners of other mixed martial arts organizations, that's why they are -- that's why they all are -- they all are the AAA to the UFC."

**Q. Okay. Any reason to believe that you did not say that in December of 2013?**

A. No.

**Q. Okay. And you believed that to be true at**

290

DANA WHITE - HIGHLY CONFIDENTIAL

**that time?**

A. I believe it to be true today.

**Q. Okay. And would that include World Series of Fighting?**

A. Yes.

**Q. Okay. And the -- the World Series of Fighting hasn't promoted any events in the United States; right?**

A. Yes.

**Q. Oh, I'm sorry.**

A. They're from the United States.

**Q. Withdraw that. I was thinking of something different. Thank you.**

A. They're -- they're actually from Vegas.

**Q. Yeah.**

**The World Series of Fighting has released some of its fighters to the UFC; right?**

A. Yes. We have signed guys from their organization?

**Q. What about Jessica Aguilar, she was released to the UFC; right?**

A. I don't know.

**Q. Okay. Mr. White, let me hand you another compilation of text messages that were produced in this**

291

DANA WHITE - HIGHLY CONFIDENTIAL

**litigation. I'm marking them as Exhibit 62.**

**(Exhibit 62 marked.)**

**BY MR. DELL'ANGELO:**

**Q. Exhibit 62 begins with 2699687.**

A. I'm sorry, 62?

**Q. Yes.**

A. Oh, no. No page.

**Q. I'm just identifying the exhibit number --**

A. Okay.

**Q. -- for the record, Mr. White. And I -- I will tell you that it's my understanding that the compilation of text messages at Exhibit 62 were taken from your -- one of your devices, Mr. White.**

A. Okay.

**Q. So would you turn to page 78 of Exhibit 62, line 1600.**

A. Tell me the page again.

**Q. 7-8, 78.**

A. Okay.

**Q. Are you at page 78?**

A. Yeah.

**Q. Okay. And would you go to line 1600, please.**

A. Yes.

**Q. And see in that first text message dated**

292

DANA WHITE - HIGHLY CONFIDENTIAL

**May 13, 2015? Do you see that?**

A. Yes.

**Q. And that refers to Jessica Aguilar. Do you see that?**

A. Yes.

**Q. Okay. And Jessica Aguilar was eventually released to the UFC; right?**

A. Okay, yeah.

**Q. Okay. And if you look at the last text message, it wrote 1671. It's saying that -- the text message says: "We're going to release Jessica only to you guys, and we don't want any money." Do you see that?**

A. I didn't see that one. Where's that one?

**Q. Line 1671. I think you need to get -- sorry. That's on page 81; so you need to keep flipping. So are you on line 1671 of page 78?**

A. Yes.

**Q. Okay. Do you see --**

A. "We're going to release Jessica only to you guys, and we don't want any money."

**Q. Right. And so was Jessica Aguilar eventually released to the UFC from World Series of Fighting?**

A. Yes.

FILED UNDER SEAL

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. Okay. And did UFC pay World Series of Fighting any money for releasing Jessica Aguilar to the UFC?**

A. That -- that I don't know.

**Q. And do you know who Aliyah Delageez is?**

A. Yeah.

**Q. And that's Ms. Aguilar's fighter agent or manager; is that right?**

A. Yes.

**Q. Okay. You can put that document aside. Thank you.**

**Are you aware of a fight promotion by the name of ONE FC?**

A. It -- just so you know, so when he says we're not going to -- you don't have to pay us any money, she gets paid to fight. That's not she's fighting for free.

**Q. I understand that.**

A. Okay.

**Q. What I was trying to -- to determine is that the UFC wasn't paying World Series of Fighting any money for the -- World Series of Fighting releasing Ms. Aguilar to the UFC?**

A. Right.

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. So Ms. Aguilar -- Ms. Aguilar still gets paid to fight --**

A. We -- we --

**Q. -- but you didn't get a payment to World Series of Fighting?**

A. We don't know. Yeah. It's weird that he said that. I don't even know what that means.

**Q. Right. Did you understand that Ms. Aguilar was under contract with World Series Of Fighting at that time?**

A. Yes. But guys and girls that we acquire all are, unless their contract is up. But that's normal.

**Q. So are you familiar with a fight promotion ONE FC?**

A. Yes.

**Q. Okay.**

A. Very familiar.

**Q. Is it correct that ONE FC only promotes MMA bouts in Asia?**

A. Yes.

**Q. Okay. And when did you -- well, let's -- I'm going to play another video excerpt for you.**

**(Exhibit 63 marked.)**

\\

**DANA WHITE - HIGHLY CONFIDENTIAL**

**BY MR. DELL'ANGELO:**

**Q. This is taken from an August 23, 2014 UFC Fight Night 48 Post-Night Scrum in Macau, China. So if you would direct your attention to the video screen.**

MR. ISAACSON: I will object to the use of this video in questions on the basis of completeness.

(Video clip playing.)

REPORTER: One more thing. There's a couple of ONE FC. You got RUFF, a little tiny one, but they're doing good work. And a couple others, Kunlun and some others. A lot of times, UFC has bought out their competitors, and it really helped out and did a lot, like Strikeforce. Do you guys have plans like that? Is that how you think over there?

MR. DANA WHITE: No. You know, to have -- to have grassroots companies like that is great for us. You have to have it. I mean, we -- we need organizations like that around for the guys to get experience, get fights under their belt, make some money, and -- and -- and start to consider making this a career. So having small organizations out there is a great thing. It's not a -- you know, I love it.

BY MR. DELL'ANGELO:

**Q. So, Mr. White, in August --**

**DANA WHITE - HIGHLY CONFIDENTIAL**

MR. ISAACSON: I am just going to raise an objection, that because parts of that were hard to hear I don't think the court reporter's able to create a transcript of it. So --

BY MR. DELL'ANGELO:

**Q. Mr. White, in August of 2014, did you view ONE FC as a -- as a grassroots promotion?**

A. Yes.

**Q. Okay. And but you, nevertheless, thought that having a smaller promotion, like ONE FC out there at the time, was a -- was a good thing for the UFC; right?**

A. I will tell you what -- I will tell you what drives me crazy, what cracks me up, is we're trying to get into Asia; so we have been working on Asia for a long time. And every time I do interviews over there, they say, "Are you guys like ONE FC? Is that what you are." Yeah. Yeah. So it's owned by a billionaire. And every time I do interviews in Asia, they ask if the UFC is like ONE FC. What are you guys, like ONE FC? Yeah, no. We're like the UFC, but yeah. They're not a minor grassroots organization. They're a monster.

**Q. In Asia?**

A. Yeah.

FILED UNDER SEAL

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. And they don't promote events in the United States; right?**

A. No. Nobody knows what the UFC is in Asia. They all know ONE FC.

**Q. What's your basis for saying that? Have you spoken to everybody in Asia?**

A. Pretty much. Everybody that you can do an interview with, yes. Everybody that you can do an inter with -- interview with that's worth doing an interview with in Asia always asks me if we're like the ONE FC.

**Q. You promote events in Asia; right?**

A. Yes.

**Q. Okay. And would you promote events in Asia if nobody knew who UFC is?**

A. Nobody does know who UFC is. I'm working on that.

**Q. Okay. But you -- so you, nevertheless, continue to promote events there; right?**

A. We do continue. Because I'm going to continue until they know what the UFC is.

**Q. All right. So Bellator is also an MMA promotion in the United States; right?**

A. Yes.

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. Okay. Let me show you --**

**MR. DELL'ANGELO: 93, please.**

**BY MR. DELL'ANGELO:**

**Q. Do you recall a time -- well, let's just back up.**

**There was a time when Bjorn Rebney ran Bellator; right?**

A. Bjork, yes.

**Q. Okay. Did you say Bjork?**

A. Yes.

**Q. Is that -- is that a pejorative or is that his name? Do I have it wrong?**

A. That's what I like to call him.

**Q. So just for the -- for the purposes of our testimony, I'm going to refer to him as Mr. Rebney. Okay?**

A. Okay.

**Q. Okay. You can refer to him as Bjork if you wish. I'll understand that Bjork means Mr. Rebney.**

A. Got it.

**Q. Okay. Do you recall a time when you were told that Mr. Rebney was prepared to get rid of matching rights provisions in its contracts if the UFC would do the same?**

**DANA WHITE - HIGHLY CONFIDENTIAL**

A. No.

**Q. If in 2012, the UFC -- sorry.**

**If in 2012, Bellator would have removed matching rights provisions in its contracts, would the UFC have done the same?**

A. Probably not, no.

**Q. All right. So I'm going to play another video for you, Mr. White. This is an excerpt taken from a January 10, 2013 -- let me withdraw that.**

**This is an excerpt taken from the January 2013 interview with MiddleEasy.com. Let me direct your attention to the video screen.**

MR. ISAACSON: I don't think you have given us a number.

MR. DELL'ANGELO: Sorry. It's -- we will mark it as Exhibit 64.

(Exhibit 64 marked.)

MR. ISAACSON: All right. And because it's an excerpt, I will object to questions on this on the grounds of completeness.

(Video clip playing.)

MR. DANA WHITE: You see the thing, the Bellator thing, I have never said a bad word about them, ever. They're a smaller organization that's out

DANA WHITE - HIGHLY CONFIDENTIAL

there. You know, we need smaller promotions. It's -- it's not a bad thing.

BY MR. DELL'ANGELO:

**Q. Okay. In January of 2013, Mr. White, did you believe that Bellator was a smaller organization?**

A. Yes.

**Q. And were you able to -- to hear the audio on that video?**

A. Yes.

**Q. Okay. Do you -- did you -- is that you appearing in that video?**

A. That is me.

**Q. Okay. You -- you said that, what you heard there?**

A. Yes.

**Q. Did you have any trouble hearing it?**

A. That's me, yes.

**Q. Okay. All right. I'm going to play you another video excerpt from a February 1, 2013 UFC 156 Pre-fight Scrum in Las Vegas, Nevada, which I will mark as Exhibit 65. Mr. White, if you could direct your attention to the video screen and watch this excerpt, please.**

**(Exhibit 65 marked.)**

FILED UNDER SEAL

**DANA WHITE - HIGHLY CONFIDENTIAL**

MR. ISAACSON: I will object to questions based on this video on the grounds of completeness.

(Video clip playing.)

MR. DANA WHITE: It's like Dave Meltzer writes that story, right? The fight's in Southern California, $750,000 in ticket sales, we still got four or five fights before that fight, have not started promoting that fight yet, 750.

Now, Bellator comes out, right, and they do their first show. And everybody's going -- pasting Spike's press release all over the fucking place. "It's a home run. This fucking thing was awesome. He did this." They sold 2400 fucking tickets in Southern California. If that's a fucking home run, holy shit. What did I hit at 750,000? They sold 2400 tickets, and I'm reading around about what a home run that event was. Are you fucking shittin' me?

BY MR. DELL'ANGELO:

**Q. Mr. White, was that you in video excerpt marked as Exhibit 65 that you just saw there?**

A. Yes.

**Q. Okay. And did you say that --**

A. Yes.

**Q. -- what you heard there?**

**DANA WHITE - HIGHLY CONFIDENTIAL**

A. Yeah.

**Q. Okay. Is it fair to say that in February of 2013, you were not impressed with Bellator's performance as an MMA promotion?**

A. You can say that.

**Q. Okay. All right. That's -- that's a yes?**

A. Yes.

**Q. All right. And let me play you another excerpt from February 16, 2013 taken in London, England at UFC FUEL TV 7 Post-fight Media Scrum.**

A. Okay.

MR. ISAACSON: I will object to the use of the video on the grounds -- as to questions on the grounds of completeness.

(Exhibit 66 marked.)

(Video clip playing.)

REPORTER: Are you not worried they might be able to use -- leverage all of those resources to help -- you know, to rival you guys.

MR. DANA WHITE: They better start. They're doing fucking 700,000 viewers, and the numbers are dropping like fucking flies. They better start leveraging something quick.

But they built the UFC. You know that,

DANA WHITE - HIGHLY CONFIDENTIAL

right? Philippe Dauman said he built the UFC. Philippe Dauman is the pompous, arrogant guy who runs Viacom who claims he built the UFC. Well, whatever you did building the UFC, brother, you better start doing it again because things aren't looking good over there.

BY MR. DELL'ANGELO:

**Q. Okay. So, Mr. White, was that you in the video that we just saw at Exhibit 66?**

A. Yes.

**Q. Okay. Were you able to hear that okay?**

A. Yes.

**Q. Okay. And did you -- did you say what was -- what you heard in the video there?**

A. Yes.

**Q. Okay. And were -- were you referring in part to Bellator in that video?**

A. Yes.

**Q. Okay. And were you suggesting that, you know, Bellator and Viacom better start doing something to improve Bellator's performance?**

A. I'm suggesting that they're very bad at what they do, yes.

**Q. Okay. So would you go back to Exhibit 11 that was the text compilation from Mr. Fertitta that**

**DANA WHITE - HIGHLY CONFIDENTIAL**

**was produced in the litigation we have now looked at several times today. Let me know when you have that.**

A. I have it.

**Q. Great. Would you turn to page 38, please.**

A. (Witness complies.)

**Q. Let me know when you get to page 38, Mr. White.**

A. I'm on 38.

**Q. Okay. Great.**

**Would you direct your attention to rows 804 through 810 on page 38 of Exhibit 11.**

A. Yeah.

**Q. Do you see the first text there is from Joe Silva in a group text, including you at your 75 number?**

A. Yes.

**Q. Okay. And Mr. Silva appears to be -- this is a January -- sorry, a July 31, 2013 text message?**

A. Yes.

**Q. Okay. And Mr. Silva is referring to Tito versus Rampage. Do you see that?**

A. Yes.

**Q. Okay. And was that a fight that was promoted by Bellator?**

A. I don't think they ever fought. But, yeah,

FILED UNDER SEAL

DANA WHITE - HIGHLY CONFIDENTIAL

they're with Bellator.
**Q. Okay.**
A. I don't think they ever fought.
**Q. And in 2013 -- well, back up.**
**Tito, do you understand that to refer Tito Ortiz?**
A. Yes.
**Q. Okay. And he formally fought with the UFC; right?**
A. Correct.
**Q. Okay. And he's not with the UFC any more; right?**
A. Yes.
**Q. And Rampage, does that refer to Quinton Rampage Jackson?**
A. Yes.
**Q. Okay. And I think he was one of the fighters that you testified earlier this morning the UFC had acquired from Strikeforce.**
A. Correct?
**Q. Do you recall that?**
**Okay. And --**
A. No WFA.
**Q. WFA. Thank you. You are right.**

DANA WHITE - HIGHLY CONFIDENTIAL

**So at this time in 2013, Quinton Rampage Jackson was no longer fighting for the UFC; right?**
A. Right.
**Q. And if you look down a few more lines at row 806, Mr. Silva indicates that -- he says, "Two guys who both lost their last three UFC fights." Right?**
A. Right.
**Q. Is that consistent with your recollection, that Mr. Ortiz and Mr. Jackson both lost their last UFC fights?**
A. I don't know the exact numbers --
**Q. Okay.**
A. -- but makes sense.
**Q. They -- they were ultimately at this time not with the UFC because they were not performing well as fighters; correct?**
A. Correct.
**Q. Okay. And in the last line there at row 810, do you see that?**
A. Yep.
**Q. And there's a text from the number ending in 97. I will represent to you that that's Mr. Fertitta's phone number. Do you see you're part of the group text at your 75 number; right?**

DANA WHITE - HIGHLY CONFIDENTIAL

A. Yes.
**Q. Okay. And Mr. Fertitta writes, "I thought they don't take UFC castoffs." Do you see that?**
A. Yes.
**Q. Okay. What did you understand Mr. Fertitta to be saying there?**
A. That Bellator had come out and said, "We won't take UFC castoffs."
**Q. All right. And -- but nevertheless, UFC viewed Mr. Ortiz and Mr. Jackson as essentially castoffs?**
A. That's -- that's Scott Coker's MO. Scott Coker doesn't build anybody, right? He doesn't turn anybody into stars. He just takes old names and recycles them. He's a -- he -- he's a very, very bad promoter.
**Q. Okay.**
A. Very bad at what he does.
**Q. All right. And that's a -- that's -- you're saying that -- I just want to understand you. Because Mr. Coker's been in several different promotions; right?**
A. Right.
**Q. Okay.**

DANA WHITE - HIGHLY CONFIDENTIAL

A. All failures.
**Q. Right. Is it your -- not withstanding the fact that the UFC got some -- I think as you testified earlier, some really great fighters from Mr. Coker's Strikeforce promotion; right?**
A. That we turned into stars. When you have Rhonda Rousey and you can't turn her into a star, you should probably go open a restaurant or something.
**Q. And so -- and so is it your testimony that at Bellator, Mr. Coker is continuing to essentially recycle has-been fighters? Is that --**
A. Well, no. He -- he recycles big names.
**Q. Right.**
A. That's what he does. Rampage Jackson is a huge name. Tito Ortiz is a huge name. And -- and basically, he re -- you know, takes guys with big names and puts on fights with them instead of turning guys into stars, even when he has a roster packed with stars, and one of them include Rhonda Rousey.
**Q. Well, Rhonda Rousey wasn't a star at the time that she was fighting under contract with Strikeforce; right?**
A. Till I turned her into a star.
**Q. Right. But the point is, she wasn't a star**

FILED UNDER SEAL

**DANA WHITE - HIGHLY CONFIDENTIAL**

**at Strikeforce; correct?**
A. Yeah, no.
**Q. Okay. So -- and at this time in 2013 --**
A. A just for the record, I turned her into a star immediately when she got to the UFC --
**Q. Okay.**
A. -- her first fight.
MR. DELL'ANGELO: Move to strike as nonresponsive.
THE WITNESS: Yeah.
MR. DELL'ANGELO: There's no question pending.
THE WITNESS: All right.
BY MR. DELL'ANGELO:
**Q. So in 2013 -- in mid-2013, Tito Ortiz and Rampage Jackson were effectively UFC has-beens; is that right?**
A. If -- if that's the way you want to look at it, yeah. They were guys -- they were guys who lost three fights in a row in the UFC.
**Q. Right. But they were -- they were not really UFC kind of level fighters any more; right?**
A. According to me, yeah. And according to Joe Silva, yes.

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. Okay. In fact, if you -- and likewise, UFC doesn't take rejects from Bellator; right?**
A. We have taken guys from Bellator.
**Q. I'm asking if you have taken rejects from Bellator?**
A. Define reject.
**Q. So let's -- let me play a video clip for you from August 22, 2013 from the UFC Fight Night 27 Post-fight Scrum in Indianapolis, Indiana. This would be Exhibit 67.**
**(Exhibit 67 marked.)**
**(Video clip playing.)**
MR. DANA WHITE: You want to go, go. If you don't want to be here, why would we want you here. And then what are they doing if Eddie Alvarez loses, what do they think? He's going to come and sign a deal with the UFC? No. We actually -- we really don't take their rejects. We really don't.
REPORTER: You wouldn't take him?
MR. DANA WHITE: No. If Eddie loses -- if Eddie loses, why would we bring him to the UFC?
BY MR. DELL'ANGELO:
**Q. Okay. Were you able to see the video at Exhibit 67, Mr. White?**

**DANA WHITE - HIGHLY CONFIDENTIAL**

MR. ISAACSON: I will object to the use of the video in questions on the grounds of completeness.
BY MR. DELL'ANGELO:
**Q. Were you able to see the video at Exhibit 67, Mr. White?**
A. Yes.
**Q. And were you able to hear it okay?**
A. Yes.
**Q. Okay. And did you say that, what you heard in the video?**
A. Yes.
**Q. Okay. And did they -- to whom you were referring in the video, was that Bellator?**
A. Yes.
**Q. Okay. And in the -- in your statement there, you said, "We really don't take their rejects." Did you hear that part?**
A. Yes.
**Q. Okay. What did you mean by that?**
A. Well, I -- I just said it. I said, "If -- if somebody loses, we're not going to bring them to the UFC." But Eddie Alvarez wasn't undefeated either.
**Q. But -- but the -- the larger point is that if somebody loses in Bellator, it's not someone -- that's**

**DANA WHITE - HIGHLY CONFIDENTIAL**

**not -- that's a fighter that UFC is not interested in signing; right?**
A. Right. So if he had lost the fight, we're not signing somebody straight off a loss. Yes.
**Q. In fact, he would have to win a number of fights, or she as the case may be, in another promotion before UFC would be willing to --**
A. Exactly.
**Q. -- sign them; correct?**
A. That -- yeah. That is the standard that we have set for our organization.
**Q. Okay. Let's look at -- I'm going to mark another video for you. It's taken from -- it's an excerpt taken from a September 29, 2013 UFC 168 Media Scrum in Rio de Janeiro, Brazil, which we will mark as Exhibit 68.**
**(Exhibit 68 marked.)**
MR. ISAACSON: This is September 29th what year?
MR. DELL'ANGELO: 2013.
(Video clip playing.)
REPORTER: Is there any chance like the UFC ends up buying Bellator in a couple of years?
MR. DANA WHITE: There's nothing there.

FILED UNDER SEAL

There's nothing there that -- if you look at any of the companies that we ended up buying in the past, there was value. There's no value to that company whatsoever.

If you look at Pride, look at all the contracts we got from Pride and all the guys that came over and the big fights we made. Look at the Pride library. Amazing library with some of the most talented fighters of all times.

When we bought the WFA, we bought them because Rampage had a contract with them; so we bought his contract. When we bought Strikeforce, we bought their library, and we ended up getting -- I mean, just the fights we had with Nick Diaz alone was worth buying that company. Do you know what I mean? There's -- there was no value with that other -- with the other company.

MR. ISAACSON: So I will object to the use of the video in questions on grounds of completeness, and because the question in the video was not intelligible.

BY MR. DELL'ANGELO:

**Q. Mr. White, were you able to see the video that we played as Exhibit 68?**

A. Yes.

**Q. Okay. Were you able to hear it okay?**

A. Yes.

**Q. Okay.**

A. I couldn't understand what the interviewer was saying, like if it --

**Q. Did -- did you understand your statement?**

A. Yes.

**Q. Okay. And you were able to hear it okay?**

A. Yes.

**Q. All right. And did you say what it is that you heard and that you were saying -- depicted as saying in that video?**

A. Yes.

**Q. Okay.**

A. I also didn't know what company they were talking about where there was no value.

**Q. Okay. All right. Why don't -- why don't we play it again and see if you can hear it better. I will represent to you that the text of the question is: Is there any chance that the UFC ends up trying to buy Bellator in a couple of years?**

A. Okay. I'm good with that.

**Q. Well, we will -- we will play it again and see if you can -- see if you can hear it.**

MR. KOFFMAN: Do you want me to turn up the volume?

MR. DELL'ANGELO: Yeah. Let's do that.

(Video clip playing.)

REPORTER: Is there any chance like the UFC ends up buying Bellator?

MR. DANA WHITE: There's nothing there. There's nothing there that -- if you look at any of the companies that we ended up buying in the past, there was value. There's no value --

BY MR. DELL'ANGELO:

**Q. Okay. Were -- were you able to hear that clear?**

A. Yes.

**Q. All right.**

A. Yes.

**Q. All right.**

A. What year was that?

**Q. That was in September of 2013. It was at the Media Scrum in connection with the UFC 168 in Rio de Janeiro.**

A. Got it.

**Q. So in -- in September of 2013, was it your view that there was nothing of value to acquire of**

**Bellator?**

A. Yeah. Yeah. Bellator felt the same way about the UFC. That's -- that's how you talk 'em, about the competition.

**Q. All right. So let me show you another document. And in late 2013, did you believe -- well, were you aware that Ben Askren was an MMA fighter?**

A. Yes.

**Q. And who is Ben Askren fighting for at the time?**

A. Bellator. No, no, no. ONE FC. ONE FC. Oh, no. He fought for Bellator too. I don't know. What year?

**Q. 2013.**

A. I don't know.

**Q. Okay.**

A. So he was either with Bellator or ONE FC.

**Q. Okay. So why don't we play -- why don't we play an excerpt of a November 30, 2013 video taken from the Tough 18 Finale Prefight Interview with MMA Junkie in Las Vegas. And --**

**(Exhibit 69 marked.)**

**(Video clip playing.)**

MR. DANA WHITE: You know, I -- I wasn't even

FILED UNDER SEAL

317

DANA WHITE - HIGHLY CONFIDENTIAL

going to say this because it just sounds like I'm always just (beeping) on, you know, those guys. But it's -- it's not true. There's no competition for him over at -- at Bellator. There's competition for him at World Series of Fighting. You know, this kid will -- will probably sign with them. I don't know. I mean, they've got to come to an agreement and deal. But if he does, there's -- there's actual competition for him there.

MR. ISAACSON: So I will object to the use of the video in questions on the grounds of completeness, including that whoever he's talking to or whatever he's responding to is not part of the video.

BY MR. DELL'ANGELO:

**Q. Okay. Do -- do you remember talking about Ben Askren as a -- not having competition at Bellator?**

A. I don't remember it, but --

**Q. Okay.**

A. Yeah.

**Q. And you thought Ben Askren was a -- is it correct that you didn't believe -- or sorry.**

**Is it correct that you believe that there wasn't competition for Ben Askren at World Series of Fighting?**

318

**DANA WHITE - HIGHLY CONFIDENTIAL**

A. There was?

**Q. That there -- that there -- that -- is it correct that you believed that Ben Askren -- that there wasn't competition at World Series of Fighting?**

A. No. I said there was competition.

**Q. Okay.**

A. I said there wasn't at Bellator.

**Q. Okay.**

A. I said there was competition at -- at --

**Q. So you believe that there may have been competition for Ben Askren at World Series of Fighting, but not at Bellator in late 2013; is that correct?**

A. Yeah. Apparently, yes.

**Q. Okay. And then -- but you, nevertheless, thought that Ben Askren was a boring fighter; right?**

A. Yeah.

Well, just for the record, just so you know, did you know that I tried to sign Ben Askren?

**Q. My question to you was whether or not you thought Ben Askren was a boring fighter?**

A. And the answer's yes. And I said to you, do you know that I tried to sign him?

MR. DELL'ANGELO: Can I have Tab 179, please.

THE WITNESS: Is that a no? ONE FC outbid me

319

DANA WHITE - HIGHLY CONFIDENTIAL

and paid him more money.

MR. DELL'ANGELO: Okay. Move to strike everything after yes as nonresponsive.

THE WITNESS: He doesn't want to hear the good stuff.

BY MR. DELL'ANGELO:

**Q. Do you recall Tweeting about Ben Askren?**

A. Yes.

**Q. Okay. And do you recall Tweeting that Ben Askren makes Fitch look like Wanderlei Silva?**

A. Yeah.

**Q. Do you recall Tweeting that, "When Ben As -- when Ambien can't sleep, it takes Ben Askren, the most boring fighter in MMA history, I would rather watch flies fuck"?**

A. Yeah.

**Q. Okay.**

A. Ben Askren is a genius. Ben Askren started a -- a public beef with me that -- that I jumped right into, and, you know, he became pretty popular over here in the United States. He's a smart kid.

MR. DELL'ANGELO: Okay. Move to strike everything after yes as nonresponsive.

\\

320

DANA WHITE - HIGHLY CONFIDENTIAL

BY MR. DELL'ANGELO:

**Q. We're going to play another video for you, Mr. White. It's an excerpt taken from an April 23, 2014 interview on ESPN First Take. We will mark that as Exhibit 70 to the deposition.**

MR. HUNTER CAMPBELL: We're on 69?

MR. DELL'ANGELO: I think 69 was the Tough 18 Finale video from 11/13, wasn't it?

MR. HUNTER CAMPBELL: We're on 69.

MR. KOFFMAN: 69 should have been the Tough Finale.

MR. DELL'ANGELO: Yeah.

BY MR. DELL'ANGELO:

**Q. So we're going to mark as -- regardless, we're going to as Exhibit 70 an excerpt from an April 23, 2014 interview that you did on ESPN First Take. Would you take a look at the monitor, please.**

A. Yes.

(Exhibit 70 marked.)

(Video clip playing.)

STEPHEN A. SMITH: But I guess what I'm asking is: How is it that you're able to give people the fights that they want to see, but in another pugilistic sport, we have to -- the promoters are

FILED UNDER SEAL

333

DANA WHITE - HIGHLY CONFIDENTIAL

was available to everybody.

**Q. Are -- are you not understanding the question? Because the question is: Is it possible to stack a card by acquiring fighters rather than building them?**

A. I answered the question.

**Q. I don't think you did.**

A. I answered the question.

MR. ISAACSON: That wasn't your last question, and his answer was to your last question.

BY MR. DELL'ANGELO:

**Q. So then -- then let's -- let's see if we get this clear. Is it possible for an MMA promotor to stack a card without building -- without that MMA promotor building the talent themself?**

A. I don't understand the question.

Do you want to know what's even crazier? Four years ago, Strikeforce had Rhonda Rousey.

MR. ISAACSON: I'm going to -- I'm going to strike your answer. Let him --

THE WITNESS: All right. I will stop. I'm getting crazy over here. I drank an energy drink.

BY MR. DELL'ANGELO:

**Q. So it was your view in December of 2014 that Bellator didn't have fighters to stack a card with?**

334

DANA WHITE - HIGHLY CONFIDENTIAL

A. They did. Absolutely did.

**Q. So take a look at Exhibit 11, please. Would you take a look at Exhibit 11, please?**

A. Oh, okay. Okay.

**Q. Would you go to page 155.**

A. Yeah.

**Q. Okay. Would you take a look at row 3446, please.**

A. Yeah.

**Q. Okay. That's a text from your █ -- or your █ number; right?**

A. Yes.

**Q. Okay. And that's to Mr. Fertitta's █ number; correct?**

A. Okay.

**Q. Okay? And it's dated December 8, 2014; correct?**

A. Yes.

**Q. Okay. And you're indicating in that text that you spoke to somebody who did play-for-play for Bellator; correct?**

A. I'm reading it right now. Yeah.

**Q. Okay. So this text message refers to Bellator?**

335

DANA WHITE - HIGHLY CONFIDENTIAL

A. Yeah.

**Q. Okay. And you ask, "What the hell do they have to stack -- stack them with?"**

A. Yeah.

**Q. Do you see that?**

A. Right.

**Q. Okay. And are you -- are you saying that you believed, at the time you sent this text, that Bellator didn't have the fighters to stack a card with?**

A. Yeah. I -- I -- I love the competitive spirit here, that I -- that I should quit because I can't compete with the way they're going to stack their cards. I love that. That -- that's what I'm all about, number one.

Number two, yeah. They could stack their cards if they built talent.

**Q. Right.**

A. But they're not good at it.

**Q. And --**

A. They're -- they're really not good at it.

**Q. And in December of 2014, you believed that they hadn't developed the talent to stack their cards with; right?**

336

DANA WHITE - HIGHLY CONFIDENTIAL

A. Yeah. In my opinion, they had not, yes.

**Q. Okay. So --**

A. My opinion obviously was not the same as this guy's opinion.

**Q. Right. And so let's take a look -- well, are you familiar with the term "legend fights" in MMA?**

A. Legend fights?

**Q. Yeah.**

A. Okay.

**Q. No. I'm asking if you are familiar with the term?**

A. I'm not familiar.

**Q. Okay. Are you family with the term "a freak show fight"?**

A. Eh, I mean, freak show, that -- that's what I call some of the fights.

**Q. Okay. What's a freak show fight?**

A. So when I built this business, right, I -- I -- I set standards. So I was a huge boxing fan growing up. Okay? And I hated everything that boxing did. Loved the sport, but hated everything they did. So I had a vision in my mind of how I would do it and how I would change everything from the live event to the fights to how it's produced on television,

15 (Pages 333 to 336)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

FILED UNDER SEAL

DANA WHITE - HIGHLY CONFIDENTIAL

everything. That's my opinion. Okay?

So I went out -- with my opinion, I went out and looked at people that I thought were talented and built talent and did all this stuff, and that's my opinion.

Now, if I look at some of these fights that other people do, you know, when -- when I see a fight that I don't like and I wouldn't do it my -- that's not what I would do, I call it a freak show.

**Q. Okay. And it was your -- was it your view that Bellator couldn't generate strong ratings unless it was putting on freak shows?**

A. Yes. In what I would determine to be a freak show, yes.

**Q. All right. So we talked a little bit earlier, do you recall, about the number of fighters that UFC had under contract and whether or not at various times there may have been too many fighters under contract. Do you recall that?**

A. No. That's a Joe Silva thing. There's too many fighters under contract is a Joe Silva thing.

**Q. Let's take a look --**

A. The matchmaking is a number games for those guys. If we can't get somebody at a certain amount of

DANA WHITE - HIGHLY CONFIDENTIAL

fights, they have to be paid for not fighting.

**Q. Okay. I'm going to mark as Exhibit 72 an excerpt of a video from February 22, 2013 from the UFC 157 Pre-fight Media Scrum in Anaheim, California. Mr. White, would direct your attention to the monitor.**

**(Exhibit 72 marked.)**

**(Video clip playing.)**

REPORTER: So how long is the rope, then, for a guy like Urijah Faber?

MR. DANA WHITE: Yeah. Could be Saturday. You never know. There's over 100 guys. We're heavy.

BY MR. DELL'ANGELO:

**Q. Is that you in the video, Mr. White?**

A. Yes.

**Q. Okay. And were you able to hear it okay?**

A. Yes.

**Q. And did you -- did you say that?**

A. Yes.

**Q. Okay. And so in February of 2013, you said that the -- you were 100 guys heavy. Did that mean you had too many -- 100 guys too many on the roster at that time?**

A. According to Joe Silva, yes.

**Q. Okay. So your -- the information that you're**

**DANA WHITE - HIGHLY CONFIDENTIAL**

**conveying in the video is not your belief, but your testimony now is that that's Mr. Silva's belief?**

A. Correct.

**Q. Okay.**

MR. ISAACSON: Whoa, whoa. I will -- I neglected my objection, which I believe it was a continuing one, but the -- I object to questions based on the video on the grounds of completeness.

BY MR. DELL'ANGELO:

**Q. Okay. Let's play -- I'm going to mark another video as Exhibit 73. Exhibit 73 is an excerpt from the same February 22, 2013 UFC 157 Pre-fight Media Scrum in Anaheim, California.**

MR. ISAACSON: I repeat my objection to the excerpts.

MR. DELL'ANGELO: Yep.

(Exhibit 73 marked.)

(Video clip playing.)

REPORTER: I think what some people have a problem with is just the fact that, you know, like Leonard Garcia and Dan Hardy were defending themselves on Twitter yesterday cause fans were saying, you know, "Oh, you guys still have a job. You guys keep losing." Can you just -- I think that all of us -- and you talk

DANA WHITE - HIGHLY CONFIDENTIAL

about the bubble. We can say, Well, there are some fighters who are in the UFC primarily, and they're great fighters, but for entertainment value.

MR. DANA WHITE: That's not true. So the question -- here's the question. Any fucking -- look at any sport, anybody who owns a team or a league or anything like that, when you look at Urijah -- I have -- here -- here's another fact. We have 470-something guys under contract. Okay? We have over 100 guys too many. We have over 100 guys too many on the roster right now.

BY MR. DELL'ANGELO:

**Q. Okay. So, Mr. White, was that you depicted on the video?**

A. Yes.

**Q. Okay. And were you able to hear it okay?**

A. Yes.

**Q. And you said that UFC has 470-something guys under contract; correct?**

A. Correct.

**Q. Okay. And you also said that there were 100 guys too many on the roster at that time?**

A. Yes.

MR. DELL'ANGELO: Okay. I'm going to mark

FILED UNDER SEAL

DANA WHITE - HIGHLY CONFIDENTIAL

another video as Exhibit 74. It's taken -- it's an excerpt from an October 19, 2013 UFC 166 Post-fight Media Scrum in Houston, Texas.

(Exhibit 74 marked.)

(Video clip playing.)

MR. DANA WHITE: I kept telling you guys our roster is too full. Guys have to get fights. And it's like every time after a show and we cut a guy, they're like, Fuck you, Dana White. You're an idiot. This guy -- da, da, da. Shut the fuck up. Let us run our business. Look. The roster's too full.

BY MR. DELL'ANGELO:

**Q. Mr. White, is that you depicted in the video?**

MR. ISAACSON: I'm objecting on the grounds of completeness.

MR. DELL'ANGELO: Okay.

MR. ISAACSON: In addition, that seems to be cut off at the beginning and the end.

BY MR. DELL'ANGELO:

**Q. Okay. Mr. White, was that you depicted in the video?**

A. Yes.

**Q. Okay. And were you able to hear it okay?**

A. Yes.

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. Okay. And did you again say in October of 2013 that the roster was too full at the UFC?**

A. Yes.

**Q. Okay. All right.**

A. So to expand on that -- Joe Silva was --

**Q. There's not a question pending.**

A. No, you don't want to hear this one?

**Q. No. There's just not a pending question.**

A. Got it.

**Q. So I'm going to mark as Exhibit 75 a video from September 2013 from the UFC Tonight interview.**

**(Exhibit 75 marked.)**

**(Video clip playing.)**

MR. DANA WHITE: Those guys signed him, and now they won't give him a fight until January? If you sign a -- if you sign a contract with the UFC, I owe you three fights in a year. If you don't fight those three fights in a year because of me, I still have to pay you your money.

BY MR. DELL'ANGELO:

**Q. Mr. White --**

MR. ISAACSON: I will repeat my objection.

MR. DELL'ANGELO: Yeah.

\\

DANA WHITE - HIGHLY CONFIDENTIAL

BY MR. DELL'ANGELO:

**Q. Mr. White, were -- was that you depicted in the video?**

A. Yes.

**Q. And were you able to see it okay?**

A. Yes.

**Q. And you heard it okay?**

A. Yes.

**Q. Okay. Is it correct that in the UFC, if UFC signs a fighter, it's obligated to give the fighter three fights a year?**

A. Yes.

**Q. Okay. And is it also true -- is it correct that if the UFC doesn't give the fighter three fights per year, UFC's still obligated to compensate the fighter in some way?**

A. Absolutely. Not in some way. He gets his full purse.

**Q. And isn't it correct that even as late as December of 2014, Mr. Shelby was also telling you that the UFC's roster had at least 100 more fighters on it than the UFC needed?**

A. Yes.

**Q. All right. Fighter purses are -- in MMA are**

**DANA WHITE - HIGHLY CONFIDENTIAL**

**reported publicly; right?**

A. Yes.

**Q. Okay. But the fighter purse doesn't reflect necessarily the full amount that a fighter's paid; is that correct?**

A. Correct.

**Q. And that's because, at least at the UFC, fighters are sometimes compensated with bonuses or other forms of payment that are not part of their fight purse; correct?**

A. Correct.

**Q. Okay. And you're familiar with boxing; correct?**

A. Yes.

**Q. And you've promoted boxing matches in the past; right?**

A. No.

**Q. Or you're -- you're promoting one now; right?**

A. Yes.

**Q. And you have represented boxers in the past; right?**

A. Yes.

**Q. You represented Tito Ortiz when he was a boxer; right?**

FILED UNDER SEAL

**DANA WHITE - HIGHLY CONFIDENTIAL**

A. No. Tito didn't box.
**Q. Okay.**
A. He was -- there was -- there was a kid named Derek Harmon who fought Roy Jones, Jr.
**Q. And you represented him?**
A. Yes.
**Q. Okay. You are promoting a fairly notable boxing match right now; right?**
A. Yes.
**Q. Okay. Upcoming?**
A. The biggest ever in combat sports history.
**Q. According to the t-shirts you had printed up?**
A. That's right. That's right.
**Q. So is it correct that in boxing, the types of bonuses that the UFC pays the conformed part of a fighter's compensation would also have to be disclosed publicly?**
A. Ask me that question again.
**Q. Sure. Is it correct that in boxing, a fighter's total compensation has to be disclosed publicly?**
A. I don't know. I don't know the answer to that.
**Q. Are you familiar with something called the**

**DANA WHITE - HIGHLY CONFIDENTIAL**

**Ali Act?**
A. I -- I know it, but I don't know it.
**Q. Oh, you don't -- you are aware of it, is that what you're saying?**
A. I'm aware of it, but I don't know it.
**Q. Okay.**
A. If you asked me to break it down for you, I couldn't.
**Q. Okay. That's fair.**
**And renegotiation is a regular part of your business at UFC; right, renegotiating fighter contracts?**
A. Yes. Yes.
**Q. Okay. And -- and does the UFC typically seek to renegotiate -- well, let me withdraw that.**
**With respect to fighters that the UFC wants to keep under contract, does the UFC typically seek to renegotiate with a fighter before the fighter's contract has been completed, meaning they've fought all their bouts?**
A. It depends. It's -- it goes both ways. There's -- there's some we do, and there's some that run go out and we negotiate. It's up to the fighter.
**Q. Isn't true, though, that the UFC typically**

**DANA WHITE - HIGHLY CONFIDENTIAL**

**tries to negotiate with a fighter before the fighter's contract expires?**
A. Both ways.
**Q. So I'm going to mark as Exhibit 76 an excerpt of a video taken on December 29, 2016 from a UFC 207 Pre-fight Scrum in Las Vegas, Nevada.**
**(Exhibit 76 marked.)**
**(Video clip playing.)**
MR. DANA WHITE: You honor your deal, you know, or you at least get to a point, you know, because most guys never make it to the end of a UFC contract. They will get within three fights, and then we want to sit back down and start talking, right, to keep them.
BY MR. DELL'ANGELO:
**Q. Mr. White --**
MR. ISAACSON: I will object on the grounds of completeness --
BY MR. DELL'ANGELO:
**Q. Mr. White --**
MR. ISAACSON: -- especially that the question and the answer are not present.
BY MR. DELL'ANGELO:
**Q. Okay. Mr. White, were you able to see the video at Exhibit 76?**

**DANA WHITE - HIGHLY CONFIDENTIAL**

A. Yes.
**Q. Okay. And were you able to hear it okay?**
A. Yes.
**Q. Okay. And you indicated that a -- a fighter will get within three fights, and then "we will to sit back down with them and start talking, right, to keep them." Did you hear that part?**
A. Yes.
**Q. Okay. And were you referring to renegotiating the fighter's contract when they got close to the end of the contract?**
A. Yes.
**Q. Okay. You also believe the fighter pay should not be public; right?**
A. It's up to the fighter.
**Q. There are certainly fighters whom you believe should accept less money to fight in the UFC than to fight for another promotion; right?**
A. Depends. I mean, it's -- listen. If you are coming from another promotion and, you know, you are getting paid a lot of money.
I will give you an example. Robbie Lawler, with whom I have a great relationship with and like very much, was getting paid big money at Strikeforce,

FILED UNDER SEAL

349

DANA WHITE - HIGHLY CONFIDENTIAL

and he didn't want to be there anymore. And he's like, "I want to come back to the UFC." And I'm like, "Kid, I can't pay you what they're paying you. I can't do it. Love you, but can't do it." I'm running a business.

**Q. And so from your perspective, Mr. Lawler should have been willing to accept less money to fight for the UFC; right?**

A. No. In my opinion, Mr. Lawler was extremely overpaid, and that's the type of stuff that makes you go out of business and get in the hole $33 million.

**Q. Okay. Nevertheless, he -- he would have had to accept less money to fight for the UFC; right?**

A. Yeah. I couldn't afford to pay him that.

**Q. Okay. And what are the circumstances that you understand Mr. Silva will lowball a fighter when making a -- an offer to them?**

MR. ISAACSON: Objection to form.

THE WITNESS: Well, he -- he -- Joe Silva is the negotiator. He's negotiating a deal. When you negotiate any deal, whether it's for a law firm to work there or whatever, you come in at a number that you feel you can pay the guy. And, normally, you know, the way that -- it all depends on the way you negotiate.

350

DANA WHITE - HIGHLY CONFIDENTIAL

Silva negotiates low because he knows he's going to end up at that number that the fighter wants to be at, and not higher than that.

BY MR. DELL'ANGELO:

**Q. Mr. -- do you recall Mr. Silva ever telling you that -- well, let's just get one thing clear. What -- what's your understanding of the term "lowball" in a contract negotiation?**

A. What he's saying by lowballing is I'm going to go below the number that -- that I know that they want to be so we don't end up at a higher number than where they want to be.

**Q. And is -- isn't it true that Mr. Silva has told that you he will lowball a fighter knowing that they will turn the offer down?**

A. Oh, I don't know.

MR. DELL'ANGELO: Okay. 113, please.

(Exhibit 77 marked.)

BY MR. DELL'ANGELO:

**Q. Mr. White, I am handing you what I have marked as Exhibit 77 to the deposition. Exhibit 77 is a one-page e-mail at ZFL-1421551. Do you have that Exhibit 77, Mr. White?**

A. Yes.

351

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. All right. And can you look at the bottom of Exhibit 77. It's an e-mail from Joe Silva to you and Lorenzo Fertitta dated April 20, 2010; right?**

A. Uh-huh.

**Q. And it's regarding Nate Diaz?**

A. Yes.

**Q. Nate Diaz is an MMA fighter?**

A. Yes.

**Q. Okay. And is it correct that around this time, April of 2010, UFC was in negotiations with Mr. Diaz?**

A. Yes.

**Q. Okay. If you look at the e-mail at the very top of the page --**

A. Yeah.

**Q. -- from Joe Silva to you and Lorenzo Fertitta, dated April 20 of 2010, Mr. Silva writes to you: "I lowballed him on purpose the first offer, knowing they would turn it down." Do you see that?**

A. Uh-huh.

**Q. Okay. Does that refresh your recollection that Mr. Silva would lowball a fighter, knowing that they will turn the offer down?**

A. That's exactly what I just told you.

352

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. Okay. And then if you look at the last sentence, Mr. Silva says: "If they turn it down, I put them in a prelim against a really tough guy for his last fight." Do you see that?**

A. Yeah.

**Q. Okay. So is it your understanding that Mr. Silva will put a fighter in a tough fight in a prelim if he turns down an offer?**

A. Every -- every fight in the UFC is a tough fight. There's no easy fights in the UFC.

**Q. And Mr. Silva has told you that this is the sort of thing that he does; right? That he will pit fighters against really tough opponents if he doesn't like how the fighters behave?**

A. Well --

MR. ISAACSON: Objection to form.

THE WITNESS: If you -- first of all, everybody is tough in the UFC. There -- there's no fighter in the UFC -- they're there because they're all tough. And you put them on a prelim -- when he says, "I will put him on a prelim," that's on Fox. So there's actually more eyeballs on Fox sometimes than the pay-per-view. Do you know what I mean? Sometimes the pay-per-view will pull higher numbers than -- than

FILED UNDER SEAL

353

DANA WHITE - HIGHLY CONFIDENTIAL

Fox. But for the most part, that's a good place to be. That's where we highlight guys and -- and where they go. And if you beat who Joe -- you know, to Joe Silva is a tough guy and -- to him and his mind, and now you are a free agent, well, you know exactly where you are at then. You -- you have nothing but leverage in negotiating power.

BY MR. DELL'ANGELO:

**Q. If you lose, you have less leverage; right?**

A. Well, that's the sport.

**Q. Okay. And --**

A. Any sport.

**Q. Isn't it true that Joe Silva will put a fighter in a particularly tough fight if he -- if the fighter turns a fight down?**

A. They're all tough fights.

MR. ISAACSON: Objection to form.

THE WITNESS: They're all tough fights. There are -- there are no easy fights in the UFC.

BY MR. DELL'ANGELO:

**Q. I'm going to mark -- some are harder than others, though; right?**

A. Let me tell you what. You ask me and Joe Silva, Shawn Shelby, any of the matchmakers who's going

354

DANA WHITE - HIGHLY CONFIDENTIAL

to win this Saturday? Yeah. Guess what the answer is? We're almost always wrong on who's going to win.

**Q. Okay. Let me --**

A. So there's no such thing as that.

**Q. Let me mark as Exhibit 78 an excerpt of a video from February 16, 2013 on UFC on FUEL TV 7 the Post-fight Media Scrum in London, England.**

**(Exhibit 78 marked.)**

**(Video clip playing.)**

MR. DANA WHITE: I can tell you this, man, you fucking call Joe Silva and turn down a fight, you might as well just say fucking rip up my contract. Yeah. He's a -- yeah. He's a -- he's a mean little fucker. You don't call Joe Silva and tell him you don't want to fucking fight anybody. You might as well just take the fight because -- because it's going to be worse if you do. You might as well just do it. Fuck it. All right. I will fight him.

BY MR. DELL'ANGELO:

**Q. Okay. Mr. White, was that you --**

MR. ISAACSON: I will object to the use of the video on completeness grounds.

BY MR. DELL'ANGELO:

**Q. Mr. White, was that you depicted in the video**

355

DANA WHITE - HIGHLY CONFIDENTIAL

**that we just played at Exhibit 78?**

A. Yes.

**Q. And were you able to hear it okay?**

A. Yes.

**Q. Okay. And did you say that?**

A. Yes.

**Q. Okay. And is it true that Mr. -- that if you turn down a fight that Mr. Silva offers, it will -- it will be worse for the fighter?**

A. We're in the fight business. That's what we do. We put on fights, we sell fights. Yes. If you call and say to him, Hey, listen. I don't want to fight. You know, Joe Silva is -- that's the business we're in. You have to fight. What are you -- what are you going to -- you're in the UFC, you're in the fight business, and you're saying you don't want to fight? Yeah.

**Q. So it -- it will be worse for the fighter if they turn down the fight; is that correct?**

A. Yeah. He's mean and nasty. That's why.

**Q. Okay. We -- we were talking a minute about -- about fighter pay. Has the UFC taken steps to keep fighter -- total fighter compensation secret from other fighters? That is --**

356

DANA WHITE - HIGHLY CONFIDENTIAL

A. Every -- every guy's contract -- first of all, none of these fighters want their pay out in the open. I don't know if I've ever had a fighter that said, "Hey, let's put my -- put my pay out there."

And do we -- do we work to keep away from people? You know, I would -- I would have to say I don't remember any instances. But, yeah, we probably -- we have probably done it, yeah.

**Q. There were certainly times when it would be problematic for the UFC if other fighters found out what a particular fighter was making; right?**

A. Say that again.

**Q. There are instances, are there not, where it would have been problematic for the UFC if fighters found out what another fighter was making?**

MR. ISAACSON: Objection to form.

THE WITNESS: There would be --

BY MR. DELL'ANGELO:

**Q. Let's -- I will withdraw the question. Let's take a specific example.**

A. Yeah.

**Q. You were concerned at the UFC, were you not, that if fighters found out what Kimbo Slice was being paid by the UFC that other fighters would be unhappy;**

20 (Pages 353 to 356)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

FILED UNDER SEAL

DANA WHITE - HIGHLY CONFIDENTIAL

**correct?**

A. Yeah.

**Q. Okay.**

A. Yeah. It just happened recently again too. We had some guy that was -- that was paid a certain amount of money and never -- oh, the professional wrestler that we brought in. Not Brock, the other one.

**Q. CM Punk?**

A. Huh?

**Q. CM Punk?**

A. CM Punk. Oh, yeah. People went crazy when they saw what he got paid.

**Q. Other fighters?**

A. Even the women. Yes.

**Q. UFC fighters, that is?**

A. Yes.

**Q. Okay. And so it has -- it has been a concern from time to time with the UFC, such that the UFC doesn't want fighters to know what other fighters are making; right?**

A. All the -- all the fighters know what other fighters are making. They all talk. They all talk. They all know. Even guys who say they don't want their number out there, they tell. They tell the other

DANA WHITE - HIGHLY CONFIDENTIAL

fighters.

**Q. You sometimes put their numbers out there; right?**

A. Me?

**Q. Yeah.**

A. Well, I -- the only way that I would ever another fighter -- a fighter's number out there that didn't want it out there is if he lied about what he was being paid.

**Q. And --**

A. If he lied about what he was being paid -- for example, Randy Couture. Randy Couture went out there and completely lied about what he made. And I said what he said isn't true. He made "X."

**Q. What about Wanderlei Silva?**

A. He must have lied too if I put it out there.

**Q. Okay. And do you know if -- if you put it out there, that is what Wanderlei Silva was paid?**

A. No. I don't even know what Wanderlei Silva was paid.

MR. DELL'ANGELO: May I have 144, please?

BY MR. DELL'ANGELO:

**Q. So when you -- when you do disclose fighter pay publicly, do you make an effort to make sure that**

DANA WHITE - HIGHLY CONFIDENTIAL

**you're getting it right? That is, the numbers that you're disclosing, do you make an effort to make sure that you're --**

A. Yeah. Well, I read the number somewhere. I got it -- I got it from accounting. And understand, when I -- when I put a number out, it's a total of everything. Bonuses, you know, to date what he's been paid in the UFC.

**Q. Sure. So --**

**(Exhibit 79 marked.)**

**BY MR. DELL'ANGELO:**

**Q. Here's what we have marked as Exhibit 79. Exhibit 79 is a document entitled Dana White, Wanderlei Silva was paid $9.7 by the UFC by Nate Wilcox, September 27, 2014. Do you recall saying publicly that Wanderlei Silva was paid 9.7 million by the UFC?**

A. No. I don't remember the -- the number or whatever.

MR. ISAACSON: I will object to the document on the grounds of completeness --

BY MR. DELL'ANGELO:

**Q. Yeah. The question is whether or not --**

MR. ISAACSON: Let me finish my objection, whether it be a excerpt from some other publication.

DANA WHITE - HIGHLY CONFIDENTIAL

THE WITNESS: That's right. This is Bloody Elbow again. It's not an actual interview with me.

BY MR. DELL'ANGELO:

**Q. So just so we're clear, you don't recall, as you sit here today, saying that Wanderlei Silva made $9.7 million; is that --**

A. Correct.

**Q. Okay.**

A. And the source is Bloody Elbow. That's -- who doesn't even do interviews. They actually take stuff from other people. You guys have got to stop reading this website.

**Q. So you -- your view is that the quote of you may be unreliable; is that correct?**

A. Bloody Elbow?

**Q. Yeah.**

A. I think it speaks for itself.

**Q. Okay. How about Matt Riddle, do you recall disclosing his pay publicly?**

A. Oh, and they're saying it's from Brazil. This story was from Brazil, which was in Portuguese. And a sophisticated website like Bloody Elbow is giving the accurate --

**Q. I take it you don't read Portuguese; right?**

FILED UNDER SEAL

385

DANA WHITE - HIGHLY CONFIDENTIAL

A. Okay. Which number?

**Q. Page 41.**

A. Okay.

**Q. Okay. And let's go down -- I want you to look at row 1054.**

A. Okay.

**Q. And that's an August 7, 2014 text message from Lorenzo Fertitta to you at your █ number; right?**

A. Yes.

**Q. Okay. And that's several days after the August 5, 2014 text messages that we looked at a few minutes ago in this same Exhibit 60, as well as Exhibit 11; right?**

A. Okay.

**Q. You -- would you agree with that?**

A. What was the question?

**Q. Just that the August 7, 2014 text message at row 1054 of Exhibit 60 is a couple of days after the August 5, 2017 (sic) text messages that we looked at in the same Exhibit 60 a few minutes ago, as well as an Exhibit 11?**

A. Okay.

**Q. Okay. And Mr. Fertitta indicates to you that -- essentially, you still haven't resolved things**

386

DANA WHITE - HIGHLY CONFIDENTIAL

**with Mark Hunt; right?**

MR. ISAACSON: Which line are you at now?

THE WITNESS: 10 --

BY MR. DELL'ANGELO:

**Q. 1054. Right? Is that right?**

A. Yes. Yes.

**Q. Okay. And in 1057 you say, "Okay. Yeah. He's a fuckhead." Right?**

A. Yeah.

**Q. In 1058, what do you tell Mr. Fertitta to do with Mr. Hunt?**

A. "Bury that fucker."

**Q. Right. And --**

A. It means sue him.

**Q. Okay. And let's take a look back at Exhibit 11. That's the Lorenzo Fertitta text compilation. Mr. White?**

A. I'm sorry, what?

**Q. Could you -- could you look back at Exhibit 11, please? That's the Lorenzo Fertitta compilation.**

A. Yeah. All right.

**Q. All right. And would you go to page 92, please. All right. And would you -- you're there?**

387

DANA WHITE - HIGHLY CONFIDENTIAL

A. Yes.

**Q. Okay. Would you take a look at row 273, please.**

A. Yeah.

**Q. Okay. 27 -- row 273 is a text message from your 875 number to Mr. Fertitta's number May 29, 2014; correct?**

A. Yes.

**Q. Okay. And you ask, "What's up with Jones? Did he straighten up or is he still being a scumbag?" Do you see that?**

A. Yeah.

**Q. Okay. Who is the Jones that you're referring to there?**

A. Jon Jones.

**Q. Okay. And Mr. Fertitta responds, "Still a douche, but we're inching closer. Haven't moved on money, but sent the letter with an ultimatum." Correct?**

A. Yeah.

**Q. Okay. And then what's your response?**

A. "Awesome. Fuck that punk, Lorenzo. He needs to know we don't need him or he will fuck us over more than he already does."

388

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. Okay. So you wanted Mr. Fertitta to let Mr. Jones know that the UFC didn't need him?**

A. Yeah.

**Q. Okay.**

A. So he wouldn't continue to fuck us over like he already does.

**Q. Right. And be a scumbag in negotiations?**

A. No. Do you know Jon Jones' history? Just to be a scumbag in life.

**Q. So you were -- you were -- were you asking in row 27 -- sorry, 2073, if Mr. Jones was still a scumbag in life?**

A. I don't know.

**Q. Okay.**

A. But, yeah. I mean, you could get pretty much every guy who works for me to testify that, yes, I was not happy with Jon Jones' life choices.

**Q. Right. All right. And ultimately, your view was, though, that in -- as part of the negotiation with Mr. Jones, he needed to understand that the UFC didn't really need him; right?**

A. Yeah. You don't need a guy that keeps doing what this guy's doing.

**Q. Right. You can set that aside.**

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

FILED UNDER SEAL

389

DANA WHITE - HIGHLY CONFIDENTIAL

A. Huh?

**Q. Oh, you can set that exhibit aside. I'm done with that exhibit.**

A. Oh.

**Q. Thank you. You can set it aside.**

**MR. DELL'ANGELO: Can we take a quick comfort break?**

MR. ISAACSON: Sure.

MR. DELL'ANGELO: Okay. Let's go off the record.

VIDEOGRAPHER: The time is approximately 5:52 p.m. We are going off the record.

(A short break was taken.)

VIDEOGRAPHER: The time is 6:13 p.m. We are back on the record.

BY MR. DELL'ANGELO:

**Q. Okay. Mr. White, Zuffa's contracts with fighters typically include what's referred to as a right-to-match clause; is that correct?**

A. Correct.

**Q. Okay. And what's a right-to-match clause?**

A. It means that if they go out and -- and shop around the market, we have the right to match it, whatever -- whatever their offer is.

390

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. And -- but if Zuffa renegotiates a contract -- well, let me withdraw that.**

**When it is your understanding that the right-to-match period becomes open?**

A. So there's a certain amount of time that the fighter can go out and shop in the open market. And then when he gets an offer that he's happy with, he brings it back, and we have the right to match it or let him go.

**Q. All right. Now the fighter -- the fighter can't go out and shop, as you say, until he's actually completed his contract; right?**

A. Right.

**Q. Meaning --**

A. Right.

**Q. -- he has to fight all -- or she -- has to fight all of the fights on the original contract?**

A. Correct.

**Q. Okay. And so is it correct that if Zuffa renegotiates a contract with a fighter before a fighter has completed his or her contract, the right to match period never opens up?**

A. Yeah. They never go to the open market.

**Q. Okay. And you've said that -- that it's**

391

DANA WHITE - HIGHLY CONFIDENTIAL

**during the right-to-match period, that's when a fighter truly finds out what he or she is worth; right?**

A. Correct.

**Q. Oh, and it -- isn't it also true that after the last fight under a fighter's contract, Zuffa has a 90-day exclusive negotiation period?**

A. Correct.

**Q. Okay. So just to make sure we have all this together, during the course of the contract, when a fighter still has fight on his or her contract, he can't -- or she can't -- negotiate with another MMA promotion; right?**

A. Correct.

**Q. And if a fighter fights all of the fights under his or her contract, at that point, the fighter still can't go out and entertain offers from other MMA promotors until that 90-day -- until 90 more days expire; right?**

A. Right.

**Q. Okay.**

A. That -- that's typical business. I have the same thing -- our deal is up with Fox. We've been sitting around and can't talk to anybody until the negotiation period is over.

392

DANA WHITE - HIGHLY CONFIDENTIAL

**Q. I understand. I just want to make sure that we have kind of a common understanding in the testimony about how the -- the contracts generally work for fighters.**

A. Got it.

**Q. And -- okay.**

**And so, you know, I asked you a few minutes ago if it's -- if it's when -- if you said that it's when the contract is up and a fighter goes out and tries to get -- get bids under that right to match period, if that, from your perspective, is when the fighter truly finds out what the fighter is worth. Do you recall that?**

A. Yes.

**Q. Okay. And you -- you agree that a fighter only really finds out what he or she is truly worth during that right-to-match period?**

A. Not -- not the right-to-match, when they go out and try to negotiate.

**Q. With another MMA promotion?**

A. Correct.

**Q. Okay. And so before that, the fighter -- is it correct, then, that the fighter doesn't truly know what they're -- what they're worth because they've been**

FILED UNDER SEAL

**on the open market?**

A. They know what they're worth. They know what they want. You know, it's not about -- not necessarily about what you're worth. It's what you want. If what you want I don't agree with what you want, you go out into the open market and you -- you find out if somebody else will give it to you.

**Q. Right. But what -- what someone wants isn't necessarily what they're going to get; right?**

A. Yeah. We just had a recent situation where a guy was unhappy with his pay. And -- it was Aljamain Sterling; so he decided to go through the process and went to free agency. He went out there and shopped around and talked to everybody and wasn't happy with the results. So we ended up doing a deal with him.

And then there's the complete opposite. We just had a case with Gegard Mousasi who, you know, we couldn't come to terms, and he was already the highest paid guy, other than the champion in the division. He went out and shopped around and was very happy with his situation and ended up going to Bellator.

**Q. Okay. Is it correct that a number of fighters have complained publicly about their UFC fighter compensation?**

A. Yes.

MR. ISAACSON: Objection to form.

BY MR. DELL'ANGELO:

**Q. And does that include Cowboy Cerrone, who we talked about a little earlier today?**

A. Yes.

**Q. Okay. And Barrao?**

A. Who?

**Q. I don't know if I -- maybe I'm not pronouncing it correctly. Barrao?**

A. Who?

**Q. Barrao, B-a-r-r-a-o.**

A. Is it Barrao?

**Q. Barrao. Okay.**

A. Handom Barrao?

**Q. Yeah.**

A. I didn't know that.

**Q. Okay. How about Demetrius Johnson?**

A. Oh, yeah.

**Q. Okay. Tim Kennedy?**

A. Yeah.

**Q. Okay. Jon Cholish?**

A. Who?

**Q. Jon Cholish?**

A. I don't even know who that is.

**Q. Okay.**

A. So he shouldn't be complaining at all.

**Q. All right. Why is that? Because you don't know who he is?**

A. I don't even know who he is. If I don't know who you are, holy --

MR. DELL'ANGELO: All right. Can you find 38, please?

(Exhibit 83 marked.)

BY MR. DELL'ANGELO:

**Q. I'm marking and handing to you, Mr. White, what I have marked as Exhibit 82. Would take a look at that.**

**MR. DELL'ANGELO: Is that Exhibit 83?**

MR. KOFFMAN: No. We already have Exhibit 82. 83.

MR. DELL'ANGELO: I'm sorry.

BY MR. DELL'ANGELO:

**Q. Mr. White, can I have your copy back? I mismarked it. It should be Exhibit 83. All right.**

**Mr. White, I'm handing you what I have remarked as Exhibit 83. Exhibit 83 is a July 1, 2013 e-mail -- sorry, news article from the Las Vegas Sun.**

**Take a moment to look at that, Mr. White. Just for the record, the by line is Case Keefer. So if you look at the middle of the page, the middle of the second page, there's a bolded section that says, "White responds to Tim Kennedy." And the first sentence under there says, "White was set off on the fighter pay rant after a reporter asked about recent comments made by UFC middleweight Tim Kennedy." Do you see that?**

A. Yes.

**Q. Does that refresh your recollection that Tim Kennedy complained about his fighter pay?**

A. No. Tim Kennedy -- Kennedy complains about everything; so --

**Q. All right. But you don't recall if he complained about his pay?**

A. That doesn't surprise me. There isn't one thing he doesn't complain about.

**Q. And you see you're quoted there saying that, "He should then go be a garbage man" --**

A. Yeah.

**Q. -- "if he's not happy"?**

A. I think he said that garbagemen make more money than -- than UFC fighters do. I said, "Then go be a garbageman." Nobody's making you fight.

FILED UNDER SEAL

**Q. Right. Is that what you saw as the sort of best alternative for Mr. Kennedy at that time?**

MR. ISAACSON: Objection. Argumentative.

THE WITNESS: If -- if that's what you're claiming, that garbagemen make more than UFC fighters do, then -- who -- who's making you fight? Nobody's making you fight.

And the other thing is nobody made you sign a UFC contract. You sat down, you had a lawyer, you had representation, and when you signed the -- the contract, you were thrilled.

MR. DELL'ANGELO: Move to strike as nonresponsive.

BY MR. DELL'ANGELO:

**Q. All right. It could be -- when a fighter gets injured, is the UFC obligated to pay the fighter?**

A. We are the only fight organization in the history of the world that has health insurance for fighters.

**Q. Okay. But does the UFC fight -- UFC pay the fighter for -- well, first of all, that wasn't always true; right? There was a time when UFC did not have fighter health insurance?**

A. Go -- go open a yogurt stand and say, Hey, I

want to -- I want to get health insurance for -- for my employees and see how hard it is and how much it costs. Now go in there and say, Hey, I have 500 Ultimate Fighters, and I would like to get a policy on these guys. Yeah -- no. We didn't always have it. It was -- it was a long process, a lot of work, and obviously a lot of money.

**Q. The -- the point is it wasn't always the case that UFC offered health insurance for its fighters; right?**

A. Yeah.

**Q. Okay. And if a -- if a fighter's injured, UFC is not required to pay the fighter his fighter purse; right?**

A. No.

**Q. Okay. And --**

A. We're the only guys in the world that do it, though.

**Q. You pay the fighter the fighter purse?**

A. Correct.

**Q. Even if they're injured?**

A. Yeah. When they get injured before a fight, yeah. We're the only people on earth throughout history that actually do it.

**Q. In the combat sports business?**

A. 100 percent.

**Q. Okay. Are you saying that in no other sport --**

A. No.

**Q. -- athletes --**

A. I'm saying in fight business.

**Q. Okay.**

A. In the fight business, there's never been a promotor in the history of people punching each other in the face where the promoter pays the fighter for not fighting.

**Q. And when did the UFC start doing that?**

A. I don't know. But it's been a long time.

**Q. And the -- do you recall when the UFC instituted the health insurance that you're referring to?**

A. No. I -- I don't -- I don't remember when it was done, but I know we can find out for you.

**Q. And -- and isn't it true that the health insurance only applies to injuries incurred during a bout?**

A. No. So the health insurance is for them if they get hurt training or, you know, however else in

life they get hurt. We cover all expenses of them getting hurt in a fight.

**Q. In a fight?**

A. Right.

**Q. Right. But what I'm trying to understand is does it cover if the fighter gets injured in training?**

A. Yeah -- no. No. The health insurance does.

**Q. Well, that's what I'm -- that's what I'm trying just to be clear about. Is it your testimony the health insurance covers a fighter if the fighter gets injured in training?**

A. Correct.

**Q. Okay. And does the health insurance cover the fighter if the fighter gets injured in some activity that has nothing to do with mixed martial arts?**

A. I believe so.

**Q. Okay.**

A. I -- don't quote me on that one. I don't know. But --

**Q. Okay. So --**

A. Listen. We structured the best policy we could possibly get with an insurance company for 500 Ultimate Fighters.

FILED UNDER SEAL

445

DANA WHITE - HIGHLY CONFIDENTIAL

**intellectual property, and other trademarks and things like that?**

A. Correct.

**Q. Okay. Not withstanding the fact that the e-mail indicates that he was asking to make it independent of the UFC and about his training camp?**

A. Right.

**Q. Okay.**

A. And it says right here: "His fight manager spoke with Dana White directly, who had no problem with the behind-the-scenes production that would not be released without" -- behind the scenes over at his camp, not all the stuff including the UFC, which is exactly what they were asking for.

**Q. Right. And you -- you were not okay with him, however, doing a behind-the-scenes documentary?**

A. Correct.

**Q. Okay. You weren't okay with him doing a documentary just about his training camp, were you?**

A. No.

**Q. So you were okay with him doing a documentary about his training camp?**

A. Correct.

**Q. Okay. You didn't -- you didn't say that in**

446

DANA WHITE - HIGHLY CONFIDENTIAL

**here, though; right?**

A. Yeah. Because that's not what they came to me with.

**Q. You're saying --**

A. This is completely not what -- what they came to me with. If he wanted to do a documentary about his training camp and what he's doing, la-da-da, what do I care? It doesn't affect me at all.

**Q. Right. Does the UFC compete with -- well, let me withdraw that.**

**Do you know what the WWE is?**

A. Yes.

**Q. That's the World -- World Wrestling?**

A. Yes.

**Q. Okay. Does UFC compete with WWE?**

A. It's -- no. I don't think so.

MR. ISAACSON: Could -- I think you should define compete with for who? I mean, eyeballs, fighters, you know, et cetera. So -- so I object to form.

BY MR. DELL'ANGELO:

**Q. Have --**

A. They did when we were on TV. They're -- I mean, when they're on TV. They're not on TV anymore.

447

DANA WHITE - HIGHLY CONFIDENTIAL

But I will tell you a story. So we were supposed to do it --

**Q. Just so you know --**

A. Well, no. You asked me whether we compete or not.

**Q. Yeah.**

A. We -- we were doing a deal with NBC. Before we went to Fox, we were right there. The only thing is, I wanted the Ultimate Fighter on USA Network, right? They said, "We can't do it without asking Vince McMahon for permission." I was like, What? Vince McMahon can tell you what and where? They said, "Vince said no." So me and Lorenzo jumped on a plane and flew out to Vince and said, "Well, Why can't we be on USA Network?" And he's like, "Do you know why? Because I don't want you on USA Network. That's why." So I guess I would say yes.

**Q. You would say yes what?**

A. That we do compete with the WWE. They kicked us off a -- a network. That's why we ended up with Fox.

**Q. And when -- when did -- is that really your testimony? You ended up on Fox because the WE -- the WWE --**

448

DANA WHITE - HIGHLY CONFIDENTIAL

A. 100 percent. Bring Vince McMahon in here and put him under oath.

**Q. Okay.**

A. Bring the -- bring the head guy from NBC in here and put him under oath.

**Q. Is it -- I just want to be clear about something about your view about competing with the WWE. Are you saying that -- are you now saying that the UFC does compete with the WWE?**

A. Did I or did I not just tell that you that Vince McMahon kicked us off a network?

**Q. So you interpret that as competing with the WWE?**

A. We had a deal done with NBC. The last thing that was pending was I wanted the Ultimate Fighter on USA Network, and Vince McMahon said, "You're not going on USA Network."

**Q. And when was that?**

A. Right before we did the Fox deal.

**Q. And when was the Fox deal?**

A. I don't know. Seven years ago, I guess, right? I mean, we're -- the deal's up right now; so it's probably seven years ago.

**Q. So approximately 2000 --**

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

FILED UNDER SEAL

A. Whatever.

**Q. Excuse me, 2010?**

A. Yeah, maybe. I don't know. When it -- whenever we left Spike and were looking for a new deal, which I think was a seven-year deal with -- with Fox, it was supposed to be with NBC.

**Q. And so it was -- it was certainly before 2014; right?**

A. I don't know.

**Q. Okay.**

A. But I'm glad you said that, reminded me of that.

**Q. Yeah. He has done a good job of coaching you.**

**(Exhibit 95 marked.)**

**MR. DELL'ANGELO: Let's mark an excerpt as Exhibit 95. This is an excerpt from March 14, 2014 from the UFC 171 Pre-fight Scrum in Dallas, Texas.**

**(Video clip playing.)**

REPORTER: Since the launch, people have been comparing Fight Pass to the WWE network. And, you know, is that a fair comparison? Do you look at it as something you should compare with or is that a totally different thing?

MR. DANA WHITE: Is it competition? No. I mean, there's people that watch WWE, and there's people that watch UFC. You know, I don't care what the WWE's doing. It doesn't matter. Good for them; I hope they hit a home run, and it's -- it's very successful for them. What we're doing is completely different than from what they're doing. And, you know, you're always going to have people who are going to bitch, but Fight Pass has been a massive home run for us. Huge home run.

MR. ISAACSON: I object to the use of the excerpt as a basis for questions on the grounds of completeness.

BY MR. DELL'ANGELO:

**Q. So, Mr. White, were you able to see that video?**

A. Yep.

**Q. Were you able to hear it okay?**

A. Yes.

**Q. And you were depicted in that video?**

A. Yes.

**Q. Okay. Did you make the statements in that video?**

A. I did.

**Q. Okay. Were they -- you believe they were true at the time you made them?**

A. Yes.

**Q. Do you believe that they're still true?**

A. No.

**Q. What -- what part's not true?**

A. Well, I just explained to you about him kicking us off the -- off NBC --

**Q. But that was --**

A. -- so we had to leave and go to Fox.

**Q. But that was in 2000, though; right?**

A. And since then -- I don't know when it was. And since then, you know, he's interested in a lot of our people now. You know, Rhonda Rousey was on there. They're definitely interested in Conor McGregor. We have gone back and forth with Brock Lesnar. So, yeah. I would -- I would say we are in competition.

**Q. Now?**

A. Yes.

**Q. But in 2014, your view was that you weren't?**

A. Whatever I was thinking then, I don't know time. I can't tell you what I was thinking in that interview. But A lot of things change in business.

MR. DELL'ANGELO: So let me -- I would like

to mark as Exhibit 96 the video clip from April 16, 2014 of -- taken from -- it's an excerpt from April -- sorry, 16, 2014 Tough Nations Finale Post-fight Scrum in Quebec City, Canada.

(Exhibit 96 marked.)

(Video clip playing.)

REPORTER: When it comes to Direct TV, like 4/16/2014 just advertising space, for instance, would more of that now benefit you when it comes to promoting pay-per-views with WWE not being a focal point for Direct TV?

MR. DANA WHITE: I -- I don't think whether WWE is on there or off there it affects us one way or another. I've always said we're two completely different markets. We're, you know -- you know, is there some crossover? Sure. There is in boxing too. But I don't think with Vince being on Direct TV or being off Direct -- or Direct TV it -- it helps or hurts our business one way or the other.

BY MR. DELL'ANGELO:

**Q. Mr. White, is it correct that in --**

MR. ISAACSON: I will object to the use of the video on the grounds of completeness.

\\

FILED UNDER SEAL

453

DANA WHITE - HIGHLY CONFIDENTIAL

BY MR. DELL'ANGELO:

**Q. Were you able to see the video, Mr. White?**

A. Yes.

**Q. Okay. It was played as Exhibit 96. And were you depicted in that video?**

A. Yes.

**Q. Okay. Did you make the statements that you heard after the question was asked?**

A. Yeah.

**Q. And did you believe those statements to be true at the time they were made?**

A. Yes.

**Q. Okay. And I believe you said that you've always said that the UFC and the WWE were two completely different markets; correct?**

A. Right.

**Q. Okay. And is -- is it your testimony that you believe there's come a time when you -- where that is no longer true?**

A. Yeah.

**Q. Okay. And are you saying that was in 2010 when Mr. McMahon wouldn't allow UFC to be on a particular network?**

A. I don't know the exact date of that. But

454

DANA WHITE - HIGHLY CONFIDENTIAL

that happened, and there's been a lot of things that have happened between the WWE and UFC since then.

**Q. And -- and you understand the clip that I -- I played was from 2014; right?**

A. Uh-huh.

**Q. Okay. So that's four years after you're saying Mr. McMahon --**

A. Well, a lot of things have happened between me and Mr. McMahon --

**Q. Right.**

A. -- and Triple H and --

**Q. Okay. Mr. White, do you know currently what percentage of the UFC's total gross revenues are paid to fighters?**

A. I do not.

**Q. Okay. Do you know at any time what percentage of the UFC's total gross revenues were paid to fighters?**

A. I don't. Lorenzo would know that.

**Q. Lorenzo has spoken about that publicly; right?**

A. Yes.

**Q. Okay. And what do you understand that -- and when you refer to "Lorenzo," you're referring to**

455

**DANA WHITE - HIGHLY CONFIDENTIAL**

**Lorenzo White -- or excuse me, Lorenzo Fertitta; right?**

A. My husband, yeah.

**Q. Okay. We're -- we're learning so many new things about today.**

A. Yeah.

**Q. Okay. When you're referring to Lorenzo, you're referring to Lorenzo Fertitta; right?**

A. Yes.

**Q. Okay. What is -- and what do you understand Mr. Fertitta has said publicly about the percentage of revenue that the UFC pays to fighters?**

A. I don't know.

MR. ISAACSON: Objection. Calls for hearsay.

THE WITNESS: You should -- you should ask him those questions. I don't know.

BY MR. DELL'ANGELO:

**Q. Do you recall having defended statements that Mr. Fertitta has made about the percentage of revenue that the UFC paid to its fighters?**

A. Yeah. But I bet you when I said it, I said, Hey, Lorenzo pointed this whole thing out. If Lorenzo knows, then I don't know.

It's just when we were talking about that lawsuit, when I clam up and I say, Yeah, you should

456

DANA WHITE - HIGHLY CONFIDENTIAL

probably talk to the lawyers about that because I don't know what I'm talking about.

MR. DELL'ANGELO: Well, Counsel, I'm going to transition at 7:30; so I'm going to suggest that we transition until tomorrow.

MR. ISAACSON: Where are we at? How much time do we have to go?

VIDEOGRAPHER: Would you like to go off the record now or I can -- I can tell you we were nine minutes short of the mark of making it eight hours.

MR. DELL'ANGELO: Okay. So we have about two hours left.

VIDEOGRAPHER: So we have two hours and nine minutes.

MR. ISAACSON: All right. Let's take a break.

VIDEOGRAPHER: This concludes Volume I of the videotaped deposition of Dana White. The time is approximately 7:25 p.m. We are going off the record.

(Thereupon, the videotaped deposition concluded at 7:25 p m.)

FILED UNDER SEAL