# EXHIBIT 127
-
# REDACTED VERSION OF ECF NO. 596-52

# Exhibit 50

ZFL-1404974

**FILED UNDER SEAL**

**To:** Michael Mersch[mmersch@ufc.com]
**From:** Joe Silva
**Sent:** Thur 11/17/2011 3:46:16 PM
**Importance:** Normal
**Subject:** FW: Mark Hunt
**Received:** Thur 11/17/2011 3:46:19 PM

---

**From:** Lorenzo Fertitta [mailto:lfertitta@ufc.com]
**Sent:** Thursday, November 17, 2011 10:38 AM
**To:** Joe Silva
**Subject:** Re: Mark Hunt

Get it done

Lorenzo
On Nov 16, 2011, at 11:55 PM, "Joe Silva" <jsilva@ufc.com> wrote:

---

**From:** Michael Connette [mailto:mike@connettelaw.com]
**Sent:** Thursday, November 17, 2011 12:04 AM
**To:** 'Joe Silva'; 'Michael Mersch'
**Subject:** RE: Mark Hunt

Joe and Michael,

As opposed to an economy airline ticket for the fighter, please provide business class for the fighter only given Mark's size, the distance of 13 hours travel, and other conditions. His prior UFC contract took in to consideration these factors and allowed him business class for all international travel.

Your understanding will be much appreciated.

Michael Connette

---

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** Wednesday, November 16, 2011 11:28 PM
**To:** 'Michael Connette'; 'Michael Mersch'
**Subject:** RE: Mark Hunt

Thank you Michael.
I will lock up an opponent today.
Thanks,
Joe

---

**From:** Michael Connette [mailto:mike@connettelaw.com]
**Sent:** Wednesday, November 16, 2011 7:05 AM
**To:** 'Michael Mersch'; 'Joe Silva'
**Subject:** RE: Mark Hunt

Michael and Joe,

Attached please find a signed promotional agreement.
Mark was impressed with the urgencies you laid out, and accordingly the agreement was signed.
Mark appreciates Joe's offer of the selection of three fighters for the Japan event, but with all due respect Mark will fight any fighter put in front of him in Japan.

Please promptly send the counter signed agreement to this email address.

We look forward to his fight in Japan and continued prosperity with the UFC.

Kind regards,

CONFIDENTIAL
FILED UNDER SEAL

ZFL-1404974

**From:** Michael Mersch [mailto:mmersch@ufc.com]
**Sent:** Wednesday, November 16, 2011 12:36 PM
**To:** mike@connettelaw.com; Joe Silva
**Subject:** Re: Mark Hunt

We need it signed by Mark so tomorrow is fine. Thank you.

**From**: Michael Connette [mailto:mike@connettelaw.com]
**Sent**: Tuesday, November 15, 2011 07:46 PM
**To**: Joe Silva; Michael Mersch
**Subject**: RE: Mark Hunt

Joe, Michael

I have been authorized to sign on Mark's behalf, so if this is acceptable I shall have a signed agreement to you by tonight.
If it is not acceptable, I shall have a signed agreement sent to you by 9 a.m. tomorrow morning or sooner.

Michael Connette

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** Wednesday, November 16, 2011 12:07 PM
**To:** 'Michael Mersch'; mike@connettelaw.com
**Subject:** RE: Mark Hunt

I also have to get Kongo to agree.
He is already under contract so I am waiting on you to sign the contract so we can move to the next stage.
I have to have it done by tomorrow or I will put another match in its place because my visa person says we have to start the process now.
Joe

**From:** Michael Mersch [mailto:mmersch@ufc.com]
**Sent:** Tuesday, November 15, 2011 9:38 PM
**To:** mike@connettelaw.com
**Cc:** Joe Silva
**Subject:** Re: Mark Hunt

Seems like we're splitting hairs here. As soon as we get a signed promotional agreement indicating Mark's intention to continue to fight in the UFC, I will then send you a bout agreement for Japan unless Joe Silva and Dana have already filled that card up. Joe and Dana always reserve the right to $ove fighters around depending on many factors.

However, as of right now, the plan is still to have Mark fight Cheick in Japan.

**From**: Michael Connette [mailto:mike@connettelaw.com]
**Sent**: Tuesday, November 15, 2011 06:43 PM
**To**: Michael Mersch
**Subject**: RE: Mark Hunt

Michael,

Mark has agreed to sign the agreement subject to his being on the Japan card as the opponent of Kongo for February 26, 2011.
Please confirm UFC's acceptance.

Kind regards,

Michael Connette

**From:** Michael Mersch [mailto:mmersch@ufc.com]
**Sent:** Wednesday, November 16, 2011 10:35 AM
**To:** Michael Connette
**Subject:** RE: Mark Hunt

CONFIDENTIAL
FILED UNDER SEAL
ZFL-1404975

Apparently, I wasn't clear in our earlier correspondence either. The agreement is our final and best offer. We are not changing any language. If you believe that detrimental to your client, I'm sure you will advise him accordingly. All I would ask is written confirmation that Mark does not intend to sign it and I'll let my people know.

Alteratively, if Mark wishes to continue his career fighting for the UFC, we welcome him to sign and return the document, as is, in which case I will notify Joe Silva and hopefully there will still be time to get him on the Japan card.

---

**From:** Michael Connette [mailto:mike@connettelaw.com]
**Sent:** Tuesday, November 15, 2011 5:37 PM
**To:** Michael Mersch
**Subject:** RE: Mark Hunt

The reference to the spirit of section 7.4 was for the purpose of acknowledging a good faith effort by which the determination of the amount of fight money would not be a lesser amount than an amount in a prior bout. Counter to the proposition, Mark's fight money was halved after winning his last two fights. Hence, to offset such a result, Mark will participate in 4 fights at the agreed amount, but for 1 year, or realistically, 2 fights for 10 months or 3 fights for 1 year, as noted in our prior email.

As you correctly noted, I should have been more clear on the ancillary rights matter. As an example, looking at section 3.4(e), please note the following: "The unrestricted right to use ..... the Identity of Fighter in endorsements of any commercial product or service;" Fighter is without the right to approve the commercial product being endorsed, which is common in most merchandising agreements, and he receives no compensation for it. Mark agreed to the fight money which is directly tied to the Bouts, but did not agree to free, unrestricted merchandising rights unrelated to the Bouts by the use of his Identity. Alarmingly, the UFC apparently may even accelerate the agreement and still continue the free, unrestricted right to merchandise Hunt's Identity without any further compensation to Hunt. The logic leads to a rather absurd result. And there are more examples.

In order to accommodate time constraints and Mark's appearance in the Japan event, let's amend the existing agreement with just the Feb 26th Bout at the agreed terms currently offered by the UFC, with the intent to sign a new agreement with a term of one year. This can be accomplished with one email. Or, we can execute the new agreements in conformance with the concerns above.

Michael Connette

---

**From:** Michael Mersch [mailto:mmersch@ufc.com]
**Sent:** Wednesday, November 16, 2011 8:52 AM
**To:** Michael Connette
**Subject:** RE: Mark Hunt

With respect to 7.4, the "Extension Term" only comes into play should Mark complete all fights AND be the champion. I can tell you in my 5 years with the UFC that has never happened because we don't let that happen.

Before someone fights for a UFC championship we would likely have them locked into a longer terms deal. Additionally, if a fighter is successful under a 4 fight deal, we typically negotiate a new agreement after the 3rd fight so he never will see the end of his contract and, assuming the fighter is successful, or at least competitive, that is the process that will continue thereafter.

Not sure I understood your comment about the ancillary rights but let me know if there is some question related thereto.

We would love to have Marc sign the existing agreement and, if he chooses to do so, we'll get a bout agreement out to him right away for the Japan card.

You can email it to mmersch@ufc.com or fax to [redacted]
Thanks.

---

**From:** Michael Connette [mailto:mike@connettelaw.com]

CONFIDENTIAL
FILED UNDER SEAL

ZFL-1404976

**Sent:** Tuesday, November 15, 2011 3:53 PM
**To:** Michael Mersch
**Subject:** RE: Mark Hunt

Michael,

First, given section 7.4 of the existing agreement, and the fact that Mark's fight money has been halved in contradiction of the spirit of that section, particularly after winning his last two fights, the promotional and bout agreements should be for 2 fights for 10 months, or 3 fights for one year.

Secondly, all ancillary rights should be related or connected to the UFC bouts, pre-bouts, and bout promotions, as noted in the existing agreement.

Mark will sign today the promotional and bout agreements in consideration of the above.

Your consideration is much appreciated.

Michael Connette

---

**From:** Michael Mersch [mailto:mmersch@ufc.com]
**Sent:** Wednesday, November 16, 2011 7:43 AM
**To:** mike@connettelaw.com
**Cc:** Joe Silva
**Subject:** Re: Mark Hunt

Michael,

With all due respect, we cannot do that without signed agreements. Please scan and email me or fax me the signed promotional agreement and I will confirm with Joe we cans till fit him on the Japan card. Obviously he will need to execute a bout agreement as well.

Please let me know so we can move forward on finalizing the Japan card.

Thank you.

MM

---

**From:** Michael Connette [mailto:mike@connettelaw.com]
**Sent:** Tuesday, November 15, 2011 02:52 PM
**To:** Michael Mersch
**Subject:** RE: Mark Hunt

Michael,

Mark will fight for the UFC in Japan against Cheick Kongo.
With few issues, we are confident a final agreement can be achieved.
Please include Mark on the card.

Kind regards,

Michael Connette

---

**From:** Michael Mersch [mailto:mmersch@ufc.com]
**Sent:** Wednesday, November 16, 2011 4:28 AM
**To:** Michael Connette
**Cc:** Joe Silva
**Subject:** FW: Mark Hunt

Michael,

Sorry to rush you but Joe is in the process of finalizing the Japan card today so we really need to know what the status is Mark Hunt? Please advise as soon as possible.

MM

CONFIDENTIAL
FILED UNDER SEAL

ZFL-1404977

**From:** Michael Mersch
**Sent:** Monday, November 14, 2011 5:10 PM
**To:** 'Michael Connette'
**Subject:** Mark Hunt

Michael,

We need to get that agreement back asap if Mark is still interested in fighting with us. Joe Silva is looking to have Mark fight Cheick Kongo in Japan on February 26 but we have a lot of immigration and other paperwork we need to get done right away if that is going to happen so we need to know if he in or out for that.

Please let me know as soon as you can.

Thank you.

<image001.png>
**MICHAEL MERSCH | VP, BUSINESS & LEGAL AFFAIRS AND ASSISTANT GENERAL COUNSEL**
<image002.png>
2960 West Sahara Avenue | Las Vegas, NV 89102

mmersch@ufc.com | mike@ufc.com | legal@ufc.com

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

CONFIDENTIAL
**FILED UNDER SEAL**

ZFL-1404978