# EXHIBIT 128
-
# REDACTED VERSION OF ECF NO. 596-57

# Exhibit 55

ZFL-1872579

**FILED UNDER SEAL**

| From | To | Time Stamp (Device time -8:00) | Text |
|---|---|---|---|
| +1702769▮▮▮▮ | Dana White ▮▮▮▮ | 2/25/2014 7:05:43 PM | We gotta keep taking these fuckers oxygen till they tap out. We have sacrificed too much to let anyone get traction now |

CONFIDENTIAL
**FILED UNDER SEAL**

ZFL-1872579