# EXHIBIT 129
-
# REDACTED VERSION OF ECF NO. 596-58

# Exhibit 56

ZFL-1873428

**FILED UNDER SEAL**

| From | To | Time Stamp (Device time −8:00) | Text |
|---|---|---|---|
| Audie Attar <▮> | +1702769▮ | 9/4/2014 10:31:28 AM | Hi Lorenzo, Joe Silva told me to reach out to you and Dana regarding Mike Bisping. He said Mike needs to sign an extension before he books his next fight, because he has 1 fight remaining on his current contract. Please let me know if you're available to meet in the coming weeks. I'd be happy to fly in for the day if need be. Hope you're well. -Audie Attar |

CONFIDENTIAL

ZFL-1873428

FILED UNDER SEAL