# EXHIBIT 133
-
# REDACTED VERSION OF ECF NO. 596-62

# Exhibit 60

ZFL-1911498

**FILED UNDER SEAL**

**To:** Lawrence Epstein[lepstein@ufc.com]; Kirk Hendrick[khendrick@ufc.com]
**From:** John Mulkey
**Sent:** Thur 7/2/2009 9:17:16 PM
**Importance:** Normal
**Subject:** Fw: Spencer Fisher
**Received:** Thur 7/2/2009 9:17:21 PM

Redacted

John Mulkey
CFO
Zuffa, LLC

---

**From:** Sean Shelby
**Date:** Thu, 2 Jul 2009 14:13:35 -0700
**To:** Joe Silva<jsilva@ufc.com>; John Mulkey<JohnMulkey@ufc.com>; Dana White<dwhite@ufc.com>
**Subject:** Spencer Fisher

Joe and I have discussed bringing Spencer Fisher into WEC.

We now own the world at 135 & 145. At 155 we need to get people more excited. Cerrone vs Varner is ultimately the biggest lightweight fight we can do this year and lots of people are talking about it potentially happening. I think I've set it up so it has a good chance of going down in December if Cerrone wins this next fight. We need something else and Spencer fits the mold. He potentially offers us another exciting title fight a little further down the road and people are already accustom to seeing him on PPV when we go that route.

He is at 26+26. To make this a possibility I would need to get him for 5 more fights going up by 2s, but also I need to keep the public perception of his pay at about 10k less on the show side. How can we make this work?

CONFIDENTIAL
FILED UNDER SEAL
ZFL-1911498