# EXHIBIT 134

-

# REDACTED VERSION OF ECF NO. 596-64

# Exhibit 62
ZFL-2193553

**FILED UNDER SEAL**

**To:** 'kmulvey@deweysquare.com'[kmulvey@deweysquare.com]
**From:** Michael Mersch
**Sent:** Sat 7/25/2009 2:03:03 AM
**Importance:** Normal
**Subject:** RE: Affliction
**Received:** Sat 7/25/2009 2:03:00 AM

Any ramifications are good for us. We're going to get most of their fighters (they only have 22 fighters). The primary reason is to make it easier for us to sign Fedor (the crazy Russian heavyweight) so we can match him against Randy and Brock. Looks like we're also going to re-sign Tito Ortiz which should be announced very soon.

Things are looking good. This was a big day for the UFC.

Dana is on the local ESPN radio affiliate right now talking about us coming to Boston "very soon" though so no pressure on you guys. ☺

**From:** Kevin Mulvey [mailto:kmulvey@deweysquare.com]
**Sent:** Friday, July 24, 2009 6:53 PM
**To:** Michael Mersch
**Subject:** Re: Affliction

Wow! Short term/long term ramifications?

**From:** Michael Mersch
**Date:** Fri, 24 Jul 2009 18:15:17 -0700
**To:** kmulvey@deweysquare.com<kmulvey@deweysquare.com>; Joseph Ricca<JRicca@deweysquare.com>
**Subject:** Affliction

Our main rival is done.

http://www.sherdog.com/news/news/affliction-clothing-back-in-ufc-fold-18709

Michael P. Mersch
Assistant General Counsel
Zuffa, LLC
mmersch@ufc.com

     

CONFIDENTIAL
FILED UNDER SEAL

ZFL-2193553