# EXHIBIT 135
-
# REDACTED VERSION OF ECF NO. 596-72

# Exhibit 70

ZFL-2477398

**FILED UNDER SEAL**

**To:** Jackie Poriadjian[jporiadjian@ufc.com]
**From:** Lawrence Epstein
**Sent:** Thur 6/6/2013 2:30:18 AM
**Importance:** Normal
**Subject:** Re: Impact of Mayweather fight - First response
**Received:** Thur 6/6/2013 2:30:19 AM

No way they would do this unless we paid a huge number.

Ike Lawrence Epstein
Executive Vice President and Chief Operating Officer
Zuffa, LLC dba Ultimate Fighting Championship(UFC)
2960 West Sahara Avenue
Las Vegas, Nevada 89102

Lepstein@ufc.com

On Jun 5, 2013, at 7:25 PM, "Jackie Poriadjian" <jporiadjian@ufc.com> wrote:

> Does your BFF espinoza control this?

Sent from my iPhone

On Jun 5, 2013, at 7:23 PM, "Lawrence Epstein" <lepstein@ufc.com> wrote:

> Definitely.

Ike Lawrence Epstein
Executive Vice President and Chief Operating Officer
Zuffa, LLC dba Ultimate Fighting Championship(UFC)
2960 West Sahara Avenue
Las Vegas, Nevada 89102

Lepstein@ufc.com

On Jun 5, 2013, at 7:18 PM, "Lorenzo Fertitta" <lfertitta@ufc.com> wrote:

> Do you think they would let us advertise on the canvas.

Sent from my iPhone

On Jun 5, 2013, at 6:52 PM, "Lawrence Epstein" <lepstein@ufc.com> wrote:

> Still significant. The bigger the boxing event the higher the crossover %.

Ike Lawrence Epstein
Executive Vice President and Chief Operating Officer
Zuffa, LLC dba Ultimate Fighting Championship(UFC)
2960 West Sahara Avenue
Las Vegas, Nevada 89102

CONFIDENTIAL
FILED UNDER SEAL
ZFL-2477398

Lepstein@ufc.com

Begin forwarded message:

**From:** Doug Hartling <dhartling@ufc.com>
**Date:** June 5, 2013, 5:59:15 PM PDT
**To:** Lawrence Epstein <lepstein@ufc.com>, Jackie Poriadjian <jporiadjian@ufc.com>, Kirk Hendrick <khendrick@ufc.com>, John Mulkey <JohnMulkey@ufc.com>
**Cc:** Tara Connell <tconnell@ufc.com>, Brandon Clark <bclark@ufc.com>, Rich Hollis <rhollis@ufc.com>
**Subject:** Impact of Mayweather fight - First response

AT&T u-Verse was the first to respond to our data request. In their opinion, Boxing, at least in this instance, is a non-factor. They found that of the HHs that bought the latest Mayweather fight, only 9.4% purchased a UFC event in the UFC 154 – present window. This indicates a much lower crossover among their subscribers than the latest Crop research shows. Of this group, only 2.3% purchased UFC 160. So I guess you could say that the event did negatively impact possible buyers by 75%, but that pool of possible buyers was extremely small to begin with.

Verizon is looking into this information, as are DirecTV and DISH Network.

Doug

**DOUG HARTLING | DIRECTOR OF PAY-PER-VIEW & VIDEO-ON-DEMAND MARKETING**

PO Box 26959 | Las Vegas, NV 89126



http://twitter.com/ufc    http://facebook.com/UFC



<image002.png>

<image004.png>

<image006.png>

<image008.png>

<image010.jpg>

<ufc.png>

CONFIDENTIAL
FILED UNDER SEAL

ZFL-2477399

<cid3376986117_434374.png>

<cid3376986117_426571.png>

<cid3376986117_478744.png>

<ufc161_banner.png>

CONFIDENTIAL
**FILED UNDER SEAL**

ZFL-2477400