# EXHIBIT 136
-
# REDACTED VERSION OF ECF NO. 596-73

# Exhibit 71

## ZFL-2496215

**FILED UNDER SEAL**

**To:** Michael Mersch[mmersch@ufc.com]
**Cc:** Tracy Long[tlong@ufc.com]
**From:** Joe Silva
**Sent:** Wed 7/11/2012 3:38:27 PM
**Importance:** Normal
**Subject:** Re: Glover Teixeira VS Quinton Jackson
**Received:** Wed 7/11/2012 3:38:27 PM

Not the main event

Joe Silva
Sent from my iPhone

On Jul 11, 2012, at 7:25 AM, "Michael Mersch" <mmersch@ufc.com> wrote:

> Pretty sure it is but confirm with Joe.
>
>
>
> On Jul 11, 2012, at 6:54 AM, "Tracy Long" <tlong@ufc.com> wrote:
>
>> OK.  Thanks.
>>
>> Need to know if this will be the main event?  Jackson gets PPV if main event, "last fight on the card".
>>
>>
>>
>> TRACY LONG | LEGAL AFFAIRS MANAGER
>> & EXECUTIVE ASSISTANT TO IKE LAWRENCE EPSTEIN, EVP & GC
>> & EXECUTIVE ASSISTANT TO MICHAEL MERSCH, SVP & AGC
>>
>> PO Box 26959 | Las Vegas, NV 89126
>>
>> http://twitter.com/ufc    http://facebook.com/UFC
>>
>> -----Original Message-----
>> From: Michael Mersch
>> Sent: Wednesday, July 11, 2012 6:40 AM
>> To: Tracy Long
>> Cc: Joe Silva
>> Subject: Re: Glover Teixeira VS Quinton Jackson
>>
>> Yes
>>
>>
>>
>> On Jul 11, 2012, at 2:53 AM, "Tracy Long" <tlong@ufc.com> wrote:
>>
>>> He is going to fight his last fight?
>>>
>>> Sent from my iPhone
>>>
>>> On Jul 10, 2012, at 11:20 PM, "Joe Silva" <jsilva@ufc.com> wrote:
>>>
>>>> Send him a 6 month extension.
>>>> Thanks,
>>>> Joe
>>>>
>>>> On 7/10/12 7:05 PM, "Tracy Long" <tlong@ufc.com> wrote:
>>>>
>>>>> This is Rampage's last fight.
>>>>>

CONFIDENTIAL
FILED UNDER SEAL

ZFL-2496215

```
>>>>> Quinton was sent an extension letter on March 19, 2012 (█████
>>>>> injury).  He is on his 6th fight of 6-fight Agreement, which
>>>>> presently terminates on October 29, 2012.  He last fought on February 26, 2012.
>>>>>
>>>>> What do you want me to do?
>>>>>
>>>>>
>>>>>
>>>>> -----Original Message-----
>>>>> From: Joe Silva
>>>>> Sent: Sunday, July 08, 2012 8:37 PM
>>>>> To: Heidi Noland; Beth Turnbull; Brad Smuckler; Chris Kartzmark;
>>>>> Craig Borsari; Dana White; Gina Paglione; Jackie Poriadjian; Jaime
>>>>> Pollack; John Mulkey; Kirk Hendrick; Laura Gilbert; Lawrence
>>>>> Epstein; Lorenzo Fertitta; Marshall Zelaznik; Michael Mersch; UFC
>>>>> Public Relations; Peter Dropick; Sean Shelby; Tim O'Toole; Tom
>>>>> Wright; Tracy Long; Donna Marcolini; Tom Gerbasi; D F. W; Zachary
>>>>> Candito
>>>>> Subject: Glover Teixeira VS Quinton Jackson
>>>>>
>>>>> Make sure that this cleared with Jaime Pollock before releasing publicly.
>>>>>
>>>>> UFC 153 Oct 13 Sat Brazil
>>>>> Light Heavyweight Bout
>>>>> Glover Teixeira VS Quinton Jackson
>>>>>
>>>>> Glover Teixeira Manager Ed Soares
>>>>> Quinton Jackson Manager Anthony McGann
>>>>>
>>>>>
>>>>> "Fresh off his impressive UFC debut win over Kyle Kingsbury,
>>>>> explosive light heavyweight Glover Teixeira will next take on former
>>>>> champion Quinton 'Rampage' Jackson at UFC 153 October 13th in Brazil."
>>>>>
>>>>
```

CONFIDENTIAL
FILED UNDER SEAL

ZFL-2496216