# EXHIBIT 138
-
# REDACTED VERSION OF ECF NO. 596-77

# Exhibit 75

ZFL-2535654

**FILED UNDER SEAL**

**To:** Tracy Long[tlong@ufc.com]
**Cc:** Joe Silva[jsilva@ufc.com]; Michael Mersch[mmersch@ufc.com]
**From:** Sean Shelby
**Sent:** Thur 12/30/2010 2:04:01 AM
**Importance:** Normal
**Subject:** Re: Mitchell and Swick off Fight For The Troops
**Received:** Thur 12/30/2010 2:04:03 AM

Wow. I thought I got him. Hang on. Let me get more fights out of him before you send off the bout.

On 12/29/10 6:02 PM, "Tracy Long" <tlong@ufc.com> wrote:

> This is Campuzano's last fight.

Tracy Long, Chief Paralegal
Executive Assistant to Ike Lawrence Epstein
Zuffa, LLC dba Ultimate Fighting Championship (UFC)

tlong@ufc.com
www.ufc.com <http://www.ufc.com>


**From:** Sean Shelby
**Sent:** Wednesday, December 29, 2010 5:00 PM
**To:** Tracy Long
**Subject:** Re: Mitchell and Swick off Fight For The Troops

Bantamweight Bout
Chris Cariaso manager Tim O'Connor
VS
Will Campuzano manager Brad Barnes


On 12/29/10 4:59 PM, "Tracy Long" <tlong@ufc.com> wrote:
Managers?
Tracy Long, Chief Paralegal
Executive Assistant to Ike Lawrence Epstein
Zuffa, LLC dba Ultimate Fighting Championship (UFC)
WEC Productions, LLC (WEC)
                         tlong@ufc.com
www.ufc.com

---

**From**: Sean Shelby
**To**: Joe Silva; Heidi Noland; Beth Turnbull; Chris Kartzmark; Craig Borsari; Dana White; Donna Marcolini; Jennifer Wenk; John Mulkey; Kirk Hendrick; Lorenzo Fertitta; Marshall Zelaznik; Tom Gerbasi; Tim O'Toole; Gina Paglione; Lawrence Epstein; Michael Mersch; Tracy Long
**Sent**: Wed Dec 29 16:52:43 2010
**Subject**: Re: Mitchell and Swick off Fight For The Troops

Replacement Bout...

Bantamweight Bout
Chris Cariaso VS Will Campuzano

PR: Will is a TX native.

CONFIDENTIAL
FILED UNDER SEAL

ZFL-2535654

On 12/29/10 4:25 PM, "Joe Silva" <jsilva@ufc.com> wrote:
David Mitchell and Mike Swick are both injured.
Mitchell ▮▮▮▮▮▮▮▮▮▮ injury and Swick ▮▮▮▮▮▮▮▮▮▮.
Fortunately they were fighting each other.
Sean will replace the fight with a 135 or 145 pound fight.
Joe

**UFC Fight For The Troops** Jan 22 Fort Hood, TX

**TBDweight Bout**
**TBD VS TBD**

Welterweight Bout
Amilcar Alves VS Charlie Brenneman

Lightweight Bout
Willamy "Chiquerim" Freire VS Waylon Lowe

Featherweight Bout
Rani Yahya VS Chan Sung Jung

Welterweight Bout
Mike Guymon VS DaMarques Johnson

Lightweight Bout

Yves Edwards VS Cody McKenzie

Main Card

Lightweight Bout

Matt Wiman VS Cole Miller

Heavyweight Bout
Joey Beltran VS Pat Barry

Featherweight Bout
George Roop VS Mark Hominick

Heavyweight Bout

Tim Hague VS Matt Mitrione

Lightweight Bout

Melvin Guillard VS Evan Dunham

CONFIDENTIAL
FILED UNDER SEAL

ZFL-2535655