# EXHIBIT 139
# -
# REDACTED VERSION OF
# ECF NO. 596-78

# Exhibit 76

ZFL-2536695

**FILED UNDER SEAL**

**To:**     Joe Silva[jsilva@ufc.com]
**Cc:**     Michael Mersch[mmersch@ufc.com]
**From:**   Tracy Long
**Sent:**    Fri 8/2/2013 10:08:55 PM
**Importance:**    Normal
**Subject:**  Hector Lombard
**Received:**     Fri 8/2/2013 10:08:57 PM

Lorenzo wants Hector tied up in case he looks good at UFC 166. He wants me to prepare a 3-fight Agreement: 100, 105, 110 (no win bonus) which will supersede his current Agreement, Signing Bonus, Endorsement Agreement.

Lawrence wanted me to run it by you.

**UFC**
**TRACY LONG | LEGAL AFFAIRS MANAGER**
  **& EXECUTIVE ASSISTANT TO IKE LAWRENCE EPSTEIN, EVP & COO**
  **& EXECUTIVE ASSISTANT TO MICHAEL MERSCH, SVP & AGC**
*ULTIMATE FIGHTING CHAMPIONSHIP*
PO Box 26959   Las Vegas, NV 89126

http://twitter.com/ufc   http://facebook.com/UFC

CONFIDENTIAL
**FILED UNDER SEAL**

ZFL-2536695