# EXHIBIT 146

-

# REDACTED VERSION OF ECF NO. 596-92

# Exhibit 90

ZUF-00296965

**FILED UNDER SEAL**

**From:** Nima Safapour [nsafapour@nlmgsports.com]
**Sent:** Wednesday, August 04, 2010 9:45 AM
**To:** Joe Silva
**Subject:** RE: Vlad's Bout Agreement

Hi Joe.

Thanks for the email.

I just spoke with Vlad. That sounds good. Feel free to send over the promotional agreement/amendment at your convenience.

All the best,

Neems

**NIMA SAFAPOUR, ESQ.**
**CEO**
**NO LIMITS MEDIA GROUP**

*LOVE WHAT YOU DO....DO WHAT YOU LOVE.*

---

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** Wednesday, August 04, 2010 5:01 AM
**To:** nsafapour@nlmgsports.com
**Subject:** RE: Vlad's Bout Agreement

Vladdy is on the last fight of his deal at 31+31
I will drop that and give him a new deal at:
$34,000 + $34,000
$37,000 + $37,000
$40,000 + $40,000
And
$43,000 + $43,000
Joe

---

**From:** Nima Safapour [mailto:nsafapour@nlmgsports.com]
**Sent:** Wednesday, April 28, 2010 1:17 PM
**To:** Joe Silva
**Subject:** Vlad's Bout Agreement

Hi Joe.

I wanted to check in and see if there is an update on Vlad's bout agreement. Do you know if we will we be receiving it before the end of the week?

Thanks very much.

1

FILED UNDER SEAL
Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00296965

Neems

**NIMA SAFAPOUR, ESQ.**
**CEO**
**NO LIMITS MEDIA GROUP**

[redacted]

*LOVE WHAT YOU DO....DO WHAT YOU LOVE.*

---

**From:** Nima Safapour [mailto:nsafapour@nlmgsports.com]
**Sent:** Thursday, April 22, 2010 11:52 AM
**To:** 'Joe Silva'
**Subject:** RE: Hi Joe

Sounds good, Joe. Good luck with the WEC. It is going to be a great show!

Btw, I have a great prospect for the 155 WEC division for you. Lets talk about it once you get back.

All the best,

Neems

**NIMA SAFAPOUR, ESQ.**
**CEO**
**NO LIMITS MEDIA GROUP**

[redacted]

*LOVE WHAT YOU DO....DO WHAT YOU LOVE.*

---

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** Thursday, April 22, 2010 11:38 AM
**To:** nsafapour@nlmgsports.com
**Subject:** Re: Hi Joe

On way to WEC.
Get back to you Monday.
Thanks!
Joe

Sent from my Verizon Wireless Phone

----- Reply message -----
From: "Nima Safapour" <nsafapour@nlmgsports.com>
Date: Thu, Apr 22, 2010 2:05 PM
Subject: Hi Joe
To: "Joe Silva" <jsilva@ufc.com>

---

**From:** Nima Safapour [mailto:nsafapour@nlmgsports.com]
**Sent:** Thursday, April 22, 2010 11:01 AM

2

**To:** 'Joe Silva'
**Subject:** RE: Hi Joe

Hey Joe. We got a green light on the fight. Vladdy and the guys are ready to make this happen. We got a fight on our hands.

Let me know when we can expect the bout agreement.

Thanks.

Neems

**NIMA SAFAPOUR, ESQ.**
**CEO**
**NO LIMITS MEDIA GROUP**

*LOVE WHAT YOU DO….DO WHAT YOU LOVE.*

---

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** Wednesday, April 21, 2010 9:17 PM
**To:** nsafapour@nlmgsports.com
**Subject:** RE: Hi Joe

Thank you.
Joe

---

**From:** nsafapour@nlmgsports.com [mailto:nsafapour@nlmgsports.com]
**Sent:** Thursday, April 22, 2010 12:16 AM
**To:** Joe Silva
**Cc:** nsafapour@nlmgsports.com
**Subject:** Re: Hi Joe

Sounds good, Joe. We will give a great show for the fans. You should have the confirmation before lunch time tomorrow.

Thanks,

Neems

Sent via BlackBerry by AT&T

---

**From:** Joe Silva <jsilva@ufc.com>
**Date:** Wed, 21 Apr 2010 23:50:32 -0400
**To:** <nsafapour@nlmgsports.com>
**Subject:** RE: Hi Joe

Jon is extremely talented and a hot prospect.
That is the kind of fight Vladdy needs to be in now.
His 2 UFC fights have not been exciting against lower level competition.
Now he is here is a respected veteran to show if Jones is the real deal or not.

3

FILED UNDER SEAL
Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11            ZUF-00296967

This is Vladdy's big chance to be in the spotlight and show the world that he is a contender in this weight class and not just
a guy picking up a payday.
If he wants to fight the established big name stars he needs a win like this to get there.
Joe

---

**From:** Nima Safapour [mailto:nsafapour@nlmgsports.com]
**Sent:** Wednesday, April 21, 2010 8:38 PM
**To:** Joe Silva
**Subject:** RE: Hi Joe

Hi Joe.

Thanks for the email. Vlad has never turned down a fight in his entire career. I know him quiet well at this point, it is not even in his nature to do so. In this respect, he is a confident fighter and has a very brave spirit. The question was coming solely from me b/c I thought you had a few different people that you may have considered for Vlad. I appreciate your clarification, and I want to make sure that there is not a misunderstanding as to why I asked the question. It was much more about my due diligence than about Vlad having a position on accepting the fight.

To be frank, I know Vlad is going to take the fight. My job is to make sure that the team has properly discussed how he can most strategically prepare for this challenge. That is the purpose of the meeting tomorrow so that we don't go blind into a situation...especially considering how important of a fight it is.

From a management perspective, I know Jon is currently considered one of the toughest fights in the LHW division. That is the reality of the situation. Those sort of challenges also come with the territory when a fighter is pursuing a title opportunity. What I would like to avoid is giving the market the impression that Vlad is a stepping stone for Jones and/or a gatekeeper for the UFC. Ideally, I would like to capitalize on the value that Vlad brings to the platform as an elite fighter, a pioneer, and a loyal soldier of the UFC. As you know since signing Vlad, he has never asked for anything and he has stepped-up to the plate whenever it was asked of him. It did not matter if it was a fight that he took on 5 weeks notice, or being prepared to step in as an alternate against an undetermined opponent last minute. We will always do what the UFC feels is best. We value our partnership and relationship with the UFC. The only thing I want to avoid is, win or lose, I don't want to see Vlad buried in the preliminary card for his next fight. I want to give him the opportunity to be apart of great fights against Courture, Lil Nog, Tito, or Rich Franklin. In my heart, as both his friend and advisor, I know he has earned his place to be among these guys. These are the most important years in his career, and he has great fights left in him. I just want him to have the opportunity to define his legacy over the course of the next 3-4 years. And when the time comes for him to retire, he wants to retire as a UFC fighter.

I apologize for the long email. I know we have not had enough time during the events to get to know each other. So these emails allow me the opportunity to express my mindset towards some things as we continue to develop our professional relationship.

I will send you the confirmation about the fight immediately after the meeting tomorrow. In the meantime, if you have any questions or suggestions, please feel free to let me know.

Thanks, Joe.

Neems

**NIMA SAFAPOUR, ESQ.**
**CEO**
**NO LIMITS MEDIA GROUP**
▮

4

**FILED UNDER SEAL**
Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00296968

*LOVE WHAT YOU DO....DO WHAT YOU LOVE.*

---

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** Wednesday, April 21, 2010 4:22 PM
**To:** nsafapour@nlmgsports.com
**Subject:** RE: Hi Joe

That is the fight I am offering.
You don't really get multiple choices.
Unless he has some convincing reason for not accepting the fight, like a verifiable injury his contract would be extended and he would have to wait until another show to fight
for turning down a legitimate opponent.
Joe

---

**From:** Nima Safapour [mailto:nsafapour@nlmgsports.com]
**Sent:** Wednesday, April 21, 2010 6:13 PM
**To:** Joe Silva
**Subject:** RE: Hi Joe

Hi Joe.

Just wanted to give you an update. I am meeting the guys tomorrow morning, so we should have an answer for you by the afternoon.

Aside from Jon Jones, who else did you have in mind for Vlad's next fight? I want to make sure to have an answer for him in case he should ask.

Thanks.

Neems

**NIMA SAFAPOUR, ESQ.**
**CEO**
**NO LIMITS MEDIA GROUP**

*LOVE WHAT YOU DO....DO WHAT YOU LOVE.*

---

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** Tuesday, April 20, 2010 4:25 PM
**To:** nsafapour@nlmgsports.com
**Subject:** Re: Hi Joe

Get back to me ASAP.
Thanks,
Joe

Sent from my Verizon Wireless Phone

5

FILED UNDER SEAL
Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11          ZUF-00296969

----- Reply message -----
From: "Nima Safapour" <nsafapour@nlmgsports.com>
Date: Tue, Apr 20, 2010 7:11 PM
Subject: Hi Joe
To: "Joe Silva" <jsilva@ufc.com>

Hi Joe.

Vlad just returned from Belarus last night. Whomever Vlad fights next, it will be a challenge. Therefore, I want to Vlad and the guys to get together and discuss what he will need to have the most productive camp for the next fight. I will make certain to get back to you before the end of the week if that is okay?

Thanks for the quick response.

Nima

**NIMA SAFAPOUR, ESQ.**
**CEO**
**NO LIMITS MEDIA GROUP**

*LOVE WHAT YOU DO....DO WHAT YOU LOVE.*

---

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** Tuesday, April 20, 2010 11:18 AM
**To:** nsafapour@nlmgsports.com
**Subject:** RE: Hi Joe

Randy already has an opponent for his next fight.
I will however give you a high profile fight for Vlad:

<u>UFC on Versus2</u> Salt Lake City, Utah Sunday August 1
Light Heavyweight Bout
Vladimir Matyushenko VS Jon Jones

It would be the main event.
Joe

---

**From:** Nima Safapour [mailto:nsafapour@nlmgsports.com]
**Sent:** Tuesday, April 20, 2010 1:34 AM
**To:** Joe Silva
**Subject:** Hi Joe

Dear Joe:

I know how busy your schedule was this last month so I wanted to wait until UFC 112 was over to reach out to you.

On behalf of the guys and myself, we want to thank you for what you have done for us so far. We are enjoying our growth within the UFC, and we are happy to make a positive contribution whenever we can. The UFC is by far the best fight organization for any management team or athlete to be a part of.

FILED UNDER SEAL
Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11        ZUF-00296970

Vladimir is looking forward to his next fight. He is in a positive place in his career. He considers himself a loyal employee of the UFC, and he will always follow the direction that you feel is best. With that being said, like any fighter, he has certain goals he wants to accomplish before he retires. His ultimate goal is to win the title, but just as important, he wants to be a part of fights that he will always be remembered for. He is a pioneer of the sport, and he has a couple of years left to make great fights. He does not want to lose any opportunity to do so, especially because he can still perform competitively at a high level.

At this time, Vlad has won the last 11 of his 12 fights. He has only lost 4 times in a total of 29 professional fights. Two of the people that he has lost to are currently under contract with the UFC. That was a motivating factor for him when he signed with the organization. Vlad has been pushing for a rematch with Tito, or a rubber match with Lil Nog. Unfortunately, it seems that neither fighter will be available in the near future.

We have discussed it, and we would welcome the opportunity to fight Randy Couture. We believe that if the UFC would support such a match-up, it would have great marketable appeal (i.e.- The Janitor vs. The Natural). Both Randy and Vlad:

- Are former champions (IFL & UFC);
- Both are currently ranked in the same position in the LHW category (i.e.- Sherdog's world rankings have them tied in the LHW category);
- Both fighters have a legacy of being pioneers of the sport; and
- Both guys match-up competitively in skill and experience.

We know that Mark Coleman was offered an opportunity to fight Vlad. I understand why Mark chose to pursue the Randy fight. We feel we can make an exciting fight against Randy that the fans would talk about for years to come. Vlad has never in his career asked for a particular opponent. We just want to be apart of great fights. We respect whatever decision you may make.

I apologize in advance for the length of my email. I know how busy your schedule can be during UFC events. So I felt that this email would be the most convenient way to reach out to you.

Thanks again for your time. I hope to hear from you soon.

Nima


**NIMA SAFAPOUR, ESQ.**
**CEO**
**NO LIMITS MEDIA GROUP**

*LOVE WHAT YOU DO....DO WHAT YOU LOVE.*

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

**FILED UNDER SEAL**
Contains Highly Confidential Business Information
Exempt From Disclosure Under 15 U.S.C. § 57b-2 and 16 C.F.R. §§ 4.10-11        ZUF-00296971