# EXHIBIT 155
-
# REDACTED VERSION OF ECF NO. 596-129

**FILED UNDER SEAL**

# Exhibit 127

J. Silva Ex. 14 (ZFL-0826818)

| | |
|---|---|
| To: | Joe Silva[jsilva@ufc.com]; Dana White Jr[danawhitejr@ufc.com]; Lorenzo Fertitta[lfertitta@ufc.com] |
| From: | Sean Shelby |
| Sent: | Thur 10/9/2014 4:59:00 AM |
| Importance: | Normal |
| Subject: | Re: WSOF Full Fighter Roster |
| Received: | Thur 10/9/2014 4:59:02 AM |

Jessicar Aguilar, Rick Glenn, and Marlon Morias would be 3 that I'd be interested in, in that order. There's nobody that's definitely a must have.

Glenn's management seems to think they are getting out of their contract.
Morias is managed by Ali and is obviously overpaid because of it.

The majority of the lighter guys on the roster I've already passed on picking up.

---

From: Joe Silva <jsilva@ufc.com>
Date: Wed, 8 Oct 2014 18:25:01 -0700
To: Sean Shelby <sshelby@ufc.com>, Dana White Jr <danawhitejr@ufc.com>, Lorenzo Fertitta <lfertitta@ufc.com>
Subject: Re: WSOF Full Fighter Roster

Definitely don't have room on the roster for an influx of new fighters, especially as we keep doing Ultimate Fighter seasons that swells the ranks with non-contender guys and WSOF is where all the fighters that we didn't want or got rid of went.
Tons of boring guys.
Ali seems to have a fetish for them.
Also guys with legal troubles:
This is the guy in their next main event:
Ford is from Edmonton, Alberta and had a troublesome upbringing. On January 6, 2003 when he was 20 years of age, Ford and two other men participated in a home invasion in order to collect a debt. They threatened the home owner at gunpoint, while assaulting the man's wife as she attempted to contact the police. Ford, who nearly cut off two of the man's fingers in the attack, was sentenced to four years in prison.
The only guy they have in my weight classes that I am interested in is Justin Gaethje, undefeated lightweight.
He has his first real test coming up next week when he fights Melvin Guillard.
Joe

---

From: Andrea Fabrizio <afabrizio@ufc.com>
Date: Wednesday, October 8, 2014 at 8:43 PM
To: Joe Silva <jsilva@ufc.com>, Sean Shelby <sshelby@ufc.com>
Subject: FW: WSOF Full Fighter Roster


Besties-

Please see attached WSOF Fighter Roster.

Thanks!

**UFC**
ANDREA M. FABRIZIO|EXECUTIVE ASSISTANT TO DANA WHITE AND CRAIG BORSARI
*ULTIMATE FIGHTING CHAMPIONSHIP*
PO Box 26959 | Las Vegas, NV 89126

http://www.twitter.com/ufc  http://www.facebook.com/UFC

Silva
Exhibit 14
6/7/2017 KLR

CONFIDENTIAL ZFL-0826818

**FILED UNDER SEAL**

CONFIDENTIAL

**FILED UNDER SEAL**

ZFL-0826819