# EXHIBIT 157
-
# REDACTED VERSION OF ECF NO. 596-131

# Exhibit 129

J. Silva Ex. 26 (ZFL-2287140)

**FILED UNDER SEAL**

**To:** 'Wad Alameddine [wad@fight-management.com]
**From:** Joe Silva
**Sent:** Sun 7/26/2009 8:14:39 PM
**Importance:** Normal
**Subject:** RE: Paul Daley.
**Received:** Sun 7/26/2009 8:14:00 PM

We don't.
The UFC deal is exclusive.
I am offering the same money as Affliction which is more than I would have offered if he was not under that deal but UFC contracts are exclusive.
He cannot sign the EA deal if he ever wants to be in the UFC.

---

**From:** Wad Alameddine [mailto:wad@fight-management.com]
**Sent:** Sunday, July 26, 2009 4:12 PM
**To:** Joe Silva
**Subject:** RE: Paul Daley.

So are the exclusivity terms the same?

If so we'd be more than happy to go ahead with things Joe, I was under the impression that the UFC didn't offer these terms.

Wad Alameddine

Email: wad@fight-management.com



---

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** 26 July 2009 21:09
**To:** 'Wad Alameddine'
**Subject:** RE: Paul Daley.

I am offering what Affliction did.
It is more than I would have offered him before.

---

**From:** Wad Alameddine [mailto:wad@fight-management.com]
**Sent:** Sunday, July 26, 2009 4:06 PM
**To:** Joe Silva
**Subject:** RE: Paul Daley.

Hi Joe,

Thanks for the quick response!

We'd be very interested in Paul joining the UFC as it is the premier MMA event in the world.

From talking to Paul I know that at previous times in his 7 year career (before I worked with him) he felt unready to join the UFC because when he does he wants to have the skills and experience to make a massive impact in the welterweight division. Paul is a firm believer in things happening for a reason and feels that Afflictions doors closing on Friday has opened the door to the UFC, which is a door he's very keen to be able to walk through.

As I'm sure you're aware Paul has a fiercely loyal fanbase in the UK and Europe who have always followed and supported him. He's also

Silva
Exhibit 26
6/7/2017    KLR

Confidential     ZFL-2287140
FILED UNDER SEAL

got a very solid set of US fans that he's gained from fights against the likes of Jake Shields, Sam Morgan, Duane Ludwig and John Alessio on CBS, Showtime and HDNet. For some time now his fans have been writing in forums, on message boards and blogs discussing him entering the Octagon to fight in the UFC. We feel he's now got the skills and the maturity to actually compete at this top level of competition and not let himself or the UFC down in doing so.

Knowing that UFC contracts stipulate non-negotiable worldwide exclusivity, I am keen to explore the aspects of a UFC deal that are more flexible. For example, we'd be interested in Paul's payment being in Pounds Sterling (£) rather than in US Dollars ($).

Given he'd now be ineligible to fight for other organisations anywhere in the world like Dream, Sengoku, Strikeforce, M-1 Global and MFC, who are all interested in him; Paul would have his normally high level of activity halved from 6 fights a year to just 3. Because of this we'd be interested in knowing whether a monthly retainer could be introduced into the deal, as we believe some UFC fighters already have this sort of thing in place. We'd also be keen to know what sort of signing bonus Paul would be offered upon joining the organisation.

Please let me know your thoughts on this Joe, and your thoughts on when you'd expect Paul to make his debut as a UFC fighter, he's itching to fight after having the Hieron fight cancelled and is currently in quite literally the best shape of his career.

I look forward to hearing your thoughts and would be happy to give you a call to discuss things further if it's easier for you, otherwise I'll wait to hear back from you on email shortly.

Many thanks,

Wad.

Wad Alameddine

Email: wad@fight-management.com



---

**From:** Joe Silva [mailto:jsilva@ufc.com]
**Sent:** 26 July 2009 17:34
**To:** 'Wad Alameddine'
**Subject:** RE: Nick Osipczak.

I'll pick up Daley.
I'll sign him to a new UFC deal at
$16,000 + $16,000
$18,000 + $18,000
$20,000 + $20,000
And
$22,000 + $22,000

He did not sign the EA videogame deal did he?

Won't know on Nick's opponent for a little while.
Joe

---

**From:** Wad Alameddine [mailto:wad@fight-management.com]
**Sent:** Saturday, July 25, 2009 5:18 PM
**To:** Joe Silva
**Subject:** RE: Nick Osipczak.

Hi Joe,

I hope you're well. I appreciate the WEC information you emailed me mate, very good of you to get this done so quickly.

Confidential ZFL-2287141

**FILED UNDER SEAL**

I wanted to see if you had further thoughts regarding Nick's inclusion in UFC 105 and when we'd know more about this event and opponent. Let me know your thoughts as we have some interesting camps we want Nick to do to ensure he's at his very best to show you event more improvement this time round.

Let me know your thoughts on this Joe, speak to you soon.

Also, I heard rumours that the UFC are looking at buying the contracts of the Affliction fighters, is there any truth in this? As I'm sure you already know, I manage Paul Daley......the new slightly more reformed, less loud-mouthed Paul Daley that is! Hahaha.

I look forward to hearing from you soon buddy,
Wad.


Wad Alameddine

Email: wad@fight-management.com



-----Original Message-----
From: Joe Silva [mailto:jsilva@ufc.com]
Sent: 03 July 2009 18:54
To: 'Wad Alameddine'
Subject: RE: Nick Osipczak.

Looking to have him fight UFC 105 Manchester, England November 14

From: Wad Alameddine [mailto:wad@fight-management.com]
Sent: Friday, July 03, 2009 1:47 PM
To: Joe Silva
Subject: RE: Nick Osipczak.

Just things like when you'd want to put it in place so that I have an idea of timescale for Nick, obviously from our position, the sooner the better.


Wad Alameddine

Email: wad@fight-management.com


From: Joe Silva [mailto:jsilva@ufc.com]
Sent: 03 July 2009 18:44
To: 'Wad Alameddine'
Subject: RE: Nick Osipczak.

E-Mail works well with the time difference.
What did you want to discuss about it?


From: Wad Alameddine [mailto:wad@fight-management.com]
Sent: Friday, July 03, 2009 10:53 AM
To: Joe Silva
Subject: RE: Nick Osipczak.

Hi Joe,

Confidential                                                                                                                                  ZFL-2287142
**FILED UNDER SEAL**

I hope the weather is as good over there as it is over here at the moment.

I was wondering when I am able to discuss the contract for Nick with the UFC, is this something you have a set timescale on, or is it alright to do so now. Also, do you prefer to discuss these things via email or over the phone?

Thanks,

Wad.


Wad Alameddine

Email: wad@fight-management.com


---

From: Joe Silva [mailto:jsilva@ufc.com]
Sent: 27 June 2009 05:17
To: 'Wad Alameddine'
Subject: RE: Nick Osipczak.

Hi Wad.
1. He'll likely fight Manchester, England November 14
2. Keep Dean and Jeff active and winning and maybe I can use them in the future.
3. Same with Zikic. I have way too many guys under contract right now so I am not hiring any time soon.
4. My number is ▮▮▮▮▮. Take care.  Joe

From: Wad Alameddine [mailto:wad@fight-management.com]
Sent: Friday, June 26, 2009 8:47 AM
To: Joe Silva
Subject: Nick Osipczak.

Hi Joe,

I hope you enjoyed the TUF Finale at the weekend, I wanted to wait a few days before emailing you as I can imagine you are inundated with calls and emails after every UFC event!

Nick Osipczak
I hope you were impressed by Nick's performance against Frankie, and hope you can see what him training with the rest of my guys (like Dean Amasinger, Paul Daley, etc) has visibly done for him in only a couple of months since he signed with me after the show.

I wanted to ask about your plans for Nick's next fight at the UFC. I can imagine that no definite decision has been made as yet but am sure you have a few thoughts on when this might be. I am aware of two events toward the end of the year in the UK and see these as the most likely for him to compete at, but any thoughts you have on this would be more than welcome at this point so we can plan some trips away etc to improve his skills (for example Holland for striking, Brazil BJJ and the US for wrestling), so any rough ideas would be great.

Other TUF Fighters - Dean & Jeff
I am also very keen to know your thoughts on the other two TUF guys I manage; Dean Amasinger and Jeff Lawson (Jeff only signed with me this week). With more and more shows happening in the UK and Europe I wanted to discuss possible participation of these guys in these domestic UFC shows. I was keen to know what both fighters need to do in order to get on these cards whether it be fighting elsewhere for a period of time, or whether you have already labelled them for the fight cards at these events due to there huge popularity in the UK following the show. Any insight into what Dean

Confidential

**FILED UNDER SEAL**

ZFL-2287143

and Jeff need to do to get back into the UFC would be greatly appreciated. Also another thought for Jeff was the WEC route, is this feasible or of interest if the UFC is very unlikely?

A very talented 185 UK Fighter
I currently manage a very talented and well known UK fighter called James Zikic (16-5-2). James is actually ranked as the UK's Number 1 LHW (205 lbs). He has recently decided to reignite his career at MW and is looking for a big organisation to do it with. James has earned a strong UK and European reputation through countless wars he's fought in the cage. He's, quite literally, fought some phenomenal fighters. His most notable fight was a hard fought bout against the 'Phenom' Vitor Belfort which ended in a very close decision loss. James has also gone the distance and scored his only 2 career draws with UFC veterans Jeremy Horn, and the much bigger Fabricio Werdum. He's also had tough bouts with Cyrille Diabate and beaten Evangelista 'Cyborg' Santos. It'd be great to get your thoughts on him competing for the UFC and adding to your MW division roster as he's not contracted to any organisations currently. Please view his record at www.sherdog.com/fighter/James-Zikic-1767

Having never spoken over the phone Joe it'd be great to be able to do so at some point so that I can introduce myself to you properly. I try and build my business on forming very good relationships with everyone I work with and think it's hard to do so over email. Please let me know if this is possible as I see us working together long-term moving forward as my roster of fighters is continuing to grow and I'm only 10 months into this business.

I look forward to hearing from you shortly and getting your thoughts on all of the areas I've highlighted above.

Warmest regards,

Wad.


Wad Alameddine

Email: wad@fight-management.com


Checked by AVG - www.avg.com
Version: 8.5.375 / Virus Database: 270.12.92/2203 - Release Date: 06/26/09
05:53:00
Checked by AVG - www.avg.com
Version: 8.5.375 / Virus Database: 270.13.2/2214 - Release Date: 07/03/09
05:53:00

Checked by AVG - www.avg.com
Version: 8.5.375 / Virus Database: 270.13.2/2214 - Release Date: 07/03/09 05:53:00

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.392 / Virus Database: 270.13.24/2255 - Release Date: 07/22/09 18:00:00

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.392 / Virus Database: 270.13.24/2255 - Release Date: 07/26/09 11:07:00

Confidential

**FILED UNDER SEAL**

ZFL-2287144