# EXHIBIT 158

-

# REDACTED VERSION OF ECF NO. 596-132

# Exhibit 130

J. Silva Ex. 28 (ZFL-0827903)

**FILED UNDER SEAL**

| | |
|---|---|
| To: | Joe Silva[jsilva@ufc.com] |
| Cc: | Dana White Jr[danawhitejr@ufc.com]; Lawrence Epstein[lepstein@ufc.com] |
| From: | Lorenzo Fertitta |
| Sent: | Thur 3/20/2014 2:44:55 AM |
| Importance: | Normal |
| Subject: | Re: Rogerio Nogueira |
| Received: | Thur 3/20/2014 2:44:55 AM |

That's fine. Don't cut nog

Sent from my iPhone

> On Mar 19, 2014, at 7:05 PM, "Joe Silva" <jsilva@ufc.com> wrote:
>
> Rogerio Nogueira has flat out refused to fight Daniel Cormier.
> He says he wants someone easier after his layoff.
> He was jumping up and down to fight Rich Franklin!
> Would love to cut him but he would just end up fighting Rampage in Bellator.
> How about Cormier VS Rafael "Feijao" Cavalcante?
> He's ranked #14.
> Joe
>
> Light Heavyweight
> Champion : Jon Jones Fighting Jon Jones title fight UFC 172 April 26
> Baltimore
> Says he absolutely cannot fight July 6 because his brother is getting
> married on that day.
>
> 1 Alexander Gustafsson just beat Jimi Manuwa March 8 London. Can we get him
> into U.S?
>
> 2 Glover Teixeira Fighting Jon Jones main title fight UFC 172 April 26
> Baltimore
>
> 3 Rashad Evans [redacted]. 6-9 months out.
>
> 4 Phil Davis fighting Anthony Johnson April 26 Baltimore
>
> 5 Daniel Cormier Just won. VS Winner of Phil Davis VS Anthony Johnson or
> winner of Shogun VS Hendo?
>
> 6 Antonio Rogerio Nogueira no fight. Returning soon from injury.
>
> 7 Mauricio Rua fighting Dan Henderson main event Brazil March 23
>
> 8 Dan Henderson fighting Shogun Main Event Brazil March 23
>
> 9 Chael Sonnen Fighting Wanderlei Silva main event TUF Brazil Finale May 31
>
> 10 Ryan Bader Recovering from injury. Return June/July
>
> 11 Jimi Manuwa just lost to Alexander Gustafsson March 8 London
>
> 12 Vitor Belfort Fight Weidman VS Machida winner for title at middleweight?
>
> 13 Gegard Mousasi Fighting Mark Munoz MW Berlin main event May 31?
>
> 14 Rafael Cavalcante waiting on fight
>
> 15 James Te-Huna Dropping to 185. Just had [redacted]. Possible July
> return.
>
>
>

CONFIDENTIAL
FILED UNDER SEAL

Silva
Exhibit 28
6/7/2017  KLR

ZFL-0827903