# EXHIBIT 159
-
# REDACTED VERSION OF ECF NO. 596-133

# Exhibit 131

J. Silva Ex. 29 (ZFL-2497582)

**FILED UNDER SEAL**

```
To:         Joe Silva[jsilva@ufc.com]
Cc:         Sean Shelby[sshelby@ufc.com]
From:       Tracy Long
Sent:       Thur 7/31/2014 3:50:20 PM
Importance:     Normal
Subject:    RE: Strikeforce
Received:       Thur 7/31/2014 3:50:00 PM
```

OK. I have added Cung Le, Robbie Lawler and Nick Diaz. Definitely have termination letter from Coker to Overeem and then our contract was negotiated with Golden Glory.

**UFC**
**TRACY LONG | DIRECTOR, ATHLETE RELATIONS**
*ULTIMATE FIGHTING CHAMPIONSHIP*
PO Box 26959 | Las Vegas, NV 89126

http://twitter.com/ufc   http://facebook.com/UFC

---

**From:** Joe Silva
**Sent:** Thursday, July 31, 2014 8:46 AM
**To:** Tracy Long
**Cc:** Sean Shelby
**Subject:** Re: Strikeforce

No idea.
Not 100% sure why Lorenzo wants this list but my guess is he wants to make sure that fighters with past Strikeforce ties are locked up incase Coker tries to recruit them now that he is at Bellator.
Joe

**From:** Tracy Long <tlong@ufc.com>
**Date:** Thursday, July 31, 2014 at 11:44 AM
**To:** Joe Silva <jsilva@ufc.com>
**Cc:** Sean Shelby <sshelby@ufc.com>
**Subject:** RE: Strikeforce

Added Lawler and Cung Le. I show us signing Nick and Overeem independently of their SF contracts. Is that incorrect?

**UFC**
**TRACY LONG | DIRECTOR, ATHLETE RELATIONS**
*ULTIMATE FIGHTING CHAMPIONSHIP*
PO Box 26959 | Las Vegas, NV 89126

http://twitter.com/ufc   http://facebook.com/UFC

---

**From:** Joe Silva
**Sent:** Thursday, July 31, 2014 8:43 AM
**To:** Tracy Long
**Cc:** Sean Shelby
**Subject:** Re: Strikeforce

Alistair Overeem
Cung Le
Robbie Lawler
Nick Diaz

**From:** Tracy Long <tlong@ufc.com>
**Date:** Thursday, July 31, 2014 at 11:17 AM
**To:** Sean Shelby <sshelby@ufc.com>, Joe Silva <jsilva@ufc.com>
**Subject:** Strikeforce

Lorenzo has asked me to prepare a list of all Strikeforce fighters with comp and fights left. I am not sure if he means anyone still on a

Silva
Exhibit 29
6/7/2017   KLR

CONFIDENTIAL                                                                    ZFL-2497582
**FILED UNDER SEAL**

Forza contract, or just all SF fighters still on UFC roster. This is the list I came up with. Can you look at and tell me if I am missing anyone, or if I need to remove anyone, before I start pulling what their comp is and how many fights left?

| 1 | Adlan | Amagov |
|---|---|---|
| 2 | Josh | Barnett |
| 3 | Maximo Ernis | Blanco Viscaino |
| 4 | Derek | Brunson |
| 5 | Elizabeth | Carmouche |
| 6 | Daniel | Cormier |
| 7 | Antonio Carlos Ribeiro | Da Silva |
| 8 | Alexis | Davis |
| 9 | Germaine | de Randamie |
| 10 | Rafael | Feijao Cavalcante |
| 11 | Carlos Augusto Inocente | Filho |
| 12 | Bobby | Green |
| 13 | Dan | Henderson |
| 14 | Shawn | Jordan |
| 15 | Sarah | Kaufman |
| 16 | Tatsuya | Kawajiri |
| 17 | Tim | Kennedy |
| 18 | Ryan | LaFlare |
| 19 | Lorenz | Larkin |
| 20 | Nate | Marquardt |
| 21 | Jorge | Masvidal |
| 22 | Sara | McMann |
| 23 | Yancy K.G. | Medeiros |

CONFIDENTIAL

FILED UNDER SEAL

ZFL-2497583

| # | First | Last |
|---|---|---|
| 24 | Jordan | Mein |
| 25 | Gilbert | Melendez |
| 26 | Gegard | Mousasi |
| 27 | KJ | Noons |
| 28 | Amanda | Nunes |
| 29 | Luke | Rockhold |
| 30 | Yoel | Romero Palacio |
| 31 | Ronda | Rousey |
| 32 | Tarec | Saffiedine |
| 33 | Trevor Allan | Smith Magula |
| 34 | Ronaldo Jacare | Souza |
| 35 | Ovince | St Preux |
| 36 | Miesha | Tate |
| 37 | Josh | Thomson |
| 38 | Isaac | Vallie-Flagg |
| 39 | Gianpiero | Villante |
| 40 | Fabricio | Werdum |
| 41 | Tyron | Woodley |
| 42 | Cathilee | Zingano |

**UFC**
**TRACY LONG | DIRECTOR, ATHLETE RELATIONS**
ULTIMATE FIGHTING CHAMPIONSHIP
PO Box 26959 | Las Vegas, NV 89126

http://twitter.com/ufc  http://facebook.com/UFC

CONFIDENTIAL                                                    ZFL-2497584
**FILED UNDER SEAL**