# EXHIBIT 160
-
# REDACTED VERSION OF ECF NO. 596-135

# Exhibit 133

J. Silva Ex. 45 (ZFL-2536288)

**FILED UNDER SEAL**

**To:** Michael Mersch[mmersch@ufc.com]; Joe Silva[jsilva@ufc.com]
**From:** Tracy Long
**Sent:** Tue 6/19/2012 12:34:11 AM
**Importance:** Normal
**Subject:** FW: UFC on Fuel Bout Agreement/Cleared to Compete (Wiman)
**Received:** Tue 6/19/2012 12:34:12 AM

**UFC**
TRACY LONG | LEGAL AFFAIRS MANAGER
 & EXECUTIVE ASSISTANT TO IKE LAWRENCE EPSTEIN, EVP & GC
 & EXECUTIVE ASSISTANT TO MICHAEL MERSCH, SVP & AGC
*ULTIMATE FIGHTING CHAMPIONSHIP*
PO Box 26959 | Las Vegas, NV 89126

http://twitter.com/ufc   http://facebook.com/UFC

---

**From:** Matt Wiman [mailto:mattwiman@hotmail.com]
**Sent:** Monday, June 18, 2012 5:31 PM
**To:** Tracy Long
**Subject:** Re: UFC on Fuel Bout Agreement/Cleared to Compete (Wiman)

So all the months im training and waiting patiently are not counted? This is bc there's so many fighters and you all have to honor your contracts?

On Jun 18, 2012, at 6:27 PM, "Tracy Long" <tlong@ufc.com> wrote:

> Joe Silva gave me the time-frame. I believe it is based upon when you last fought and when you will fight. You last fought on October 1, 2011. You are now scheduled to fight on September 29, 2012.
>
> <image001.png>
> TRACY LONG | LEGAL AFFAIRS MANAGER
>  & EXECUTIVE ASSISTANT TO IKE LAWRENCE EPSTEIN, EVP & GC
>  & EXECUTIVE ASSISTANT TO MICHAEL MERSCH, SVP & AGC
> <image002.png>
> PO Box 26959 | Las Vegas, NV 89126
>
> <image003.png>http://twitter.com/ufc  <image004.png> http://facebook.com/UFC
>
> ---
>
> **From:** Matt Wiman [mailto:mattwiman@hotmail.com]
> **Sent:** Monday, June 18, 2012 5:15 PM
> **To:** Tracy Long
> **Subject:** Re: UFC on Fuel Bout Agreement/Cleared to Compete (Wiman)
>
> Hey Tracy, I'm a little confused about my extension ... Can u explain it in simpler terms to me... I was only injured for 2-3 months and the letter states an 8 month extension

Silva
Exhibit 45
6/7/2017    KLR

> On Jun 18, 2012, at 5:37 PM, "Tracy Long" <tlong@ufc.com> wrote:
>
>> Matt,
>>
>> Attached please find your Bout Agreement for UFC on Fuel, September 29, 2012. Please review, sign and e-mail back or fax to [redacted].
>>
>> In addition, attached please find a Notice of Extension of the Term of your Exclusive Promotional and

Ancillary Rights Agreement ("Agreement"). It is being sent to you upon notification that Rafaello has been cleared to compete in professional mixed martial arts events. After careful consideration, Zuffa elects to extend the Term of his Agreement for a period of two (2) months. See attached correspondence.

Thank you.

Tracy

&lt;image001.png&gt;
**TRACY LONG | LEGAL AFFAIRS MANAGER**
**& EXECUTIVE ASSISTANT TO IKE LAWRENCE EPSTEIN, EVP & GC**
**& EXECUTIVE ASSISTANT TO MICHAEL MERSCH, SVP & AGC**

&lt;image002.png&gt;
PO Box 26959 | Las Vegas, NV 89126

&lt;image003.png&gt;http://twitter.com/ufc  &lt;image004.png&gt; http://facebook.com/UFC

---

The information contained in this electronic transmission (email) is confidential information and may be subject to attorney/client privilege. It is intended only for the use of the individual or entity named above. ANY DISTRIBUTION OR COPYING OF THIS MESSAGE IS PROHIBITED, except by the intended recipient. Attempts to intercept this message are in violation of 18 U.S.C.2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

Zuffa, LLC | P.O. Box 26959 | Las Vegas, NV 89126

&lt;Wiman_Matt_Corp Bout Agreement_UFC on Fuel_09-29-12.pdf&gt;
&lt;Wiman_Matt_Cleared to Compete 06-18-12.pdf&gt;

CONFIDENTIAL

**FILED UNDER SEAL**

ZFL-2536289