# EXHIBIT 162

-

# REDACTED VERSION OF ECF NO. 710



**VIA ECF**

August 19, 2019

The Honorable Richard F. Boulware II
United States District Court for the District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd, South
Las Vegas, NV 89101

    Re:    *August 26, 2019 Hearing in Le v. Zuffa, 2:15-cv-01045-RFB-BNW*

Dear Judge Boulware:

    I represent Defendant Zuffa, LLC ("Zuffa") in the above-captioned matter. I write to advise the Court that Joe Silva, who was scheduled to testify on Thursday, August 29, 2019, at the upcoming class certification hearing, ████████████████████████████████████ will not be able to appear at next week's hearing. Assuming that Mr. Silva's recovery proceeds as expected, his physician advises that he should be available to testify in approximately six weeks.

    We have advised Plaintiffs' counsel of Mr. Silva's situation and, as soon as we have more concrete information concerning his availability, will confer with them and the Court's staff about rescheduling Mr. Silva's testimony.

    Given Mr. Silva's inability to appear next Thursday, the parties looked into whether it would be possible to move next Friday's scheduled witnesses—Drs. Zimbalist and Blair—to Thursday, but were unable to arrange that.

    Please let me know if the Court has any questions about this.

    Respectfully submitted,

    */s/ Stacey K. Grigsby*

    Stacey K. Grigsby
    BOIES SCHILLER FLEXNER LLP