# EXHIBIT 163

-

# REDACTED VERSION OF ECF NO. 711



**VIA ECF**

August 19, 2019

The Honorable Richard F. Boulware II
United States District Court for the District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd, South
Las Vegas, NV 89101

    Re:    *August 26, 2019 Hearing in Le v. Zuffa, 2:15-cv-01045-RFB-BNW*

Dear Judge Boulware:

    I represent Defendant Zuffa, LLC ("Zuffa") in the above-captioned matter. I write to advise the Court that Professor Roger Blair, one of the expert witnesses who will testify at the upcoming class certification hearing, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

    Specifically, because Dr. Blair ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Plaintiffs have been aware of this requirement since November 27, 2017, when they were informed of it by email before Dr. Blair's first deposition in this case.

    In addition, Dr. Blair ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

    Please let us know if the Court has any questions or concerns about this.

    Respectfully submitted,

/s/Nicholas Widnell
Nicholas Widnell
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, D.C. 20005
Phone: (202) 237-2727/Fax: (202) 237-6131