IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>         v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER RE JOINT MOTION TO PARTIALLY UNSEAL RECORD DOCUMENTS CONTAINING PERSONALLY IDENTIFYING INFORMATION** |

Before the Court is Plaintiffs' and Defendant Zuffa, LLC's (collectively, the "Parties") Joint Motion to Partially Unseal Record Documents Containing Personally Identifying Information ("Joint Motion").

Having considered the papers submitted, IT IS HEREBY ORDERED that the Court will replace the current public versions of all sealed documents containing personally identifying information, as set forth in Exhibit A to the Parties' Joint Motion, with the redacted versions attached as Exhibits 1-163 to the Joint Motion.

DATED: _____

By: _____
The Honorable Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE