1  ERIC L. CRAMER (*pro hac vice*)
   BERGER MONTAGUE PC
2  1818 Market Street, Suite 3600
   Philadelphia, PA 19103
3  Telephone: (215) 875-3000
   Facsimile: (215) 875-4604
4  ecramer@bm.net

5  JOSEPH R. SAVERI (*pro hac vice*)
   JOSEPH SAVERI LAW FIRM, LLP
6  601 California Street, Suite 1200
   San Francisco, California 94108
7  Telephone: (415) 500-6800
   Facsimile: (415) 395-9940
8  jsaveri@saverilawfirm.com

9  RICHARD A. KOFFMAN (*pro hac vice*)
   COHEN MILSTEIN SELLERS & TOLL, PLLC
10 1100 New York Ave., N.W.,
   Suite 500, East Tower
11 Washington, DC 20005
   Telephone: (202) 408-4600
12 Facsimile: (202) 408 4699
   rkoffman@cohenmilstein.com

13

14 *Counsel for the Class and Attorneys for All
   Individual and Representative Plaintiffs*

15 [Additional Counsel Listed on Signature Page]

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006

DONALD J. CAMPBELL
J. COLBY WILLIAMS
CAMPBELL & WILLIAMS
710 South Seventh Street, Ste. A
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@cwlawlv.com
Email: jcw@cwlawlv.com

*Attorneys for Defendant Zuffa, LLC*

[Additional Counsel Listed on Signature
Page]

16

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

18

| | |
|---|---|
| 19  **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,** | **No.: 2:15-cv-01045-RFB-BNW** |
| 21 | **JOINT MOTION TO CONTINUE TO SEAL PORTIONS OF FILED DOCUMENTS IN THE RECORD** |
| **Plaintiffs,** | |
| 22 | |
| 23  **v.** | |
| **Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,** | |
| 25 | |
| **Defendant.** | |

26

27

28

**JOINT MOTION TO CONTINUE TO SEAL PORTIONS OF FILED DOCUMENTS IN THE RECORD**

Pursuant to the Order entered by the Court, ECF No. 847 ("Order Re Sealed Documents" or the "Order"), Plaintiffs and Defendant Zuffa, LLC (collectively, the "Parties") respectfully submit this joint motion to seal portions of the filed record containing information protected by attorney-client privilege.

On August 21, 2023, after the Court informed the Parties that it intended to unseal the record in this action except for personally identifying information and medical information, the Court ordered the parties to "jointly file the record with the proposed redactions and to file any motion requesting additional redactions apart from those concerning the personal identifying information described above." ECF No. 847.

The Parties have reviewed the full sealed record and identified all documents previously filed under seal that contain personally identifying information that must be sealed pursuant to the Order Re Sealed Documents. *See* Joint Mot. to Partially Unseal Record Docs. Containing Personally Identifying Information. However, the Parties have also identified 14 documents filed under seal on the basis that they contain or refer to material that the Court has deemed protected from disclosure pursuant to the attorney-client privilege. *See* Exhibit A (setting forth by docket entry the 14 documents containing privileged information); *see also* ECF Nos. 264, 270, 353, 359 (finding that the identified documents contain privileged material). In accordance with the Court's Order, the Parties hereby request "additional redactions" to these 14 documents when the Court unseals the record in this action to continue to protect the information the Court has deemed protected from disclosure on the basis of the attorney-client privilege.

To that end, concurrently with this motion, the Parties have filed under seal their proposed continuing redactions to each docket entry containing privileged information. After the Court reviews the Parties' proposed redacted documents, the Parties propose to provide the Court with copies of all such documents with the redactions implemented, subject to any revisions of the Court, at a date set by the Court. The Parties propose that the Court may then replace the current public versions of these documents that require continued redactions with the versions containing the implemented redactions.

**JOINT MOTION TO CONTINUE TO SEAL PORTIONS OF FILED DOCUMENTS IN THE RECORD**

1    Respectfully submitted,

2    DATED: December 22, 2023

3    By:___/s/ Christopher K. L. Young___          By: ___/s/ William A. Isaacson___

4
                                                  WILLIAM A. ISAACSON (*Pro hac vice*)
5    Joseph R. Saveri (*pro hac vice*)            wisaacson@paulweiss.com
     Kevin E. Rayhill (*pro hac vice*)            JESSICA PHILLIPS (*Pro hac vice*)
6    Christopher K. L. Young (*pro hac vice*)     jphillips@paulweiss.com
     Itak Moradi (*pro hac vice*)                 PAUL, WEISS, RIFKIND, WHARTON &
7    JOSEPH SAVERI LAW FIRM, LLP.                 GARRISON LLP
     601 California St., Suite 1000               2001 K Street, NW
8    San Francisco, CA 94108                      Washington, DC 20006
     Telephone: +1 (415) 500-6800
9    Facsimile: +1 (415) 395-9940                 BRETTE M. TANNENBAUM (*Pro hac vice*)
     Email: jsaveri@saverilawfirm.com             btannenbaum@paulweiss.com
10   Email: krayhill@saverilawfirm.com            YOTAM BARKAI (*Pro hac vice*)
     cyoung@saverilawfirm.com                     ybarkai@paulweiss.com
11   imoradi@saverilawfirm.com                    PAUL, WEISS, RIFKIND, WHARTON &
                                                  GARRISON LLP
12                                                1285 Avenue of the Americas
13   Eric L. Cramer (admitted *pro hac vice*)     New York, NY 10019
     Michael Dell'Angelo (admitted *pro hac vice*)
14   Patrick F. Madden (admitted *pro hac vice*)  CHRISTOPHER S. YATES (*Pro hac vice*)
     Najah Jacobs (admitted *pro hac vice*)       chris.yates@lw.com
15   BERGER MONTAGUE PC                           LATHAM & WATKINS LLP
     1818 Market St., Suite 3600                  505 Montgomery Street, Suite 2000
16   Philadelphia, PA 19103                       San Francisco, CA 94111
     Telephone: +1 (215) 875-3000
17   Email: ecramer@bm.net                        SEAN M. BERKOWITZ (*Pro hac vice*)
     Email: mdellangelo@bm.net                    sean.berkowitz@lw.com
18   Email: pmadden@bm.net                        LATHAM & WATKINS LLP
     Email: njacobs@bm.net                        330 North Wabash Ave, Suite 2800
19                                                Chicago, IL 60611
20   Joshua P. Davis (admitted *pro hac vice*)
     BERGER MONTAGUE PC                           LAURA WASHINGTON (*Pro hac vice*)
21   505 Montgomery Street, Suite 625             laura.washington@lw.com
     San Francisco, CA 94111                      LATHAM & WATKINS LLP
22   Telephone: +1 (415) 906-0684                 10250 Constellation Blvd, Suite 1100
     Email: jdavis@bm.net                         Los Angeles, CA 90067
23
24                                                DAVID L. JOHNSON (*Pro hac vice*)
                                                  david.johnson@lw.com
25                                                LATHAM & WATKINS LLP
                                                  555 Eleventh Street NW, Suite 1000
26                                                Washington, D.C. 20004
27
28

**JOINT MOTION TO CONTINUE TO SEAL PORTIONS OF FILED DOCUMENTS IN THE RECORD**

<div style="float:left">1</div>
<div style="float:left">2</div>

Richard A. Koffman (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Daniel H. Silverman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Class and Attorneys for
Individual and Representative Plaintiffs*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for
Individual and Representative Plaintiffs*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

Crane Pomerantz (Bar No. 14103)
CLARK HILL PLC
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Counsel for the Class and Attorneys for Individual and
Representative Plaintiffs.*

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Zuffa, LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that the foregoing Joint Motion to Continue to Seal Portions of Filed

3  Documents in the Record was served on December 22, 2023, via the District Court of Nevada's

4  ECF system to all counsel of record who have enrolled in this ECF system.

5

6

7                                      /s/  *William A. Isaacson*
                                        William A. Isaacson
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT MOTION TO CONTINUE TO SEAL PORTIONS OF FILED DOCUMENTS IN
THE RECORD**