# EXHIBIT A

| | Filing Date | ECF No. | Bates Number(s) | Description | Information Redacted |
|---|---|---|---|---|---|
| | **Exhibit A to Joint Motion to Continue to Seal Portions of Filed Documents in the Record** | | | | |
| 1 | 4/1/2016 | 229 | | Plaintiffs' Motion to Challenge Privilege Designation | Attorney-Client communication redacted per Order ECF 270 |
| 2 | 4/1/2016 | 229-004 | ZUF-00031544 | Weiler Ex. 3 | Attorney-Client communication redacted per Order ECF 270; phone numbers and financial acc't numbers redacted. |
| 3 | 4/11/2016 | 231 | | Zuffa's Opposition to Motion to Challenge Privilege Designation | Attorney-Client communication redacted per Order ECF 270 |
| 4 | 5/6/2016 | 251 | | Plaintiffs' Motion to Challenge Privilege Designation | Attorney-Client communication redacted per Order ECF 270 |
| 5 | 5/6/2016 | 251-2 | | Rayhill Exh 1 | Attorney-Client communication redacted per Order ECF 264 |
| 6 | 5/6/2016 | 251-3 | | Rayhill Exh 2 | Attorney-Client communication redacted per Order ECF 264 |
| 7 | 5/13/2016 | 256 | | Zuffa's Opposition to Motion to Challenge Privilege Designation | Attorney-Client communication redacted per Order ECF 264 |
| 8 | 5/13/2016 | 256-3 | | Exh A | Attorney-Client communication redacted per Order ECF 264 |
| 9 | 12/15/2016 | 320 | | Plaintiffs' Motion to Challenge Attorney-Client Privilege | Attorney-Client communication redacted per Order ECF 353 & 359 |
| 10 | 12/15/2016 | 320-002 | ZFL-0550804 | Rayhill Decl Exh 1 | Attorney-Client communication redacted per Order ECF 353 & 359 |
| 11 | 12/15/2016 | 320-006 | ZFL-1014072 | Rayhill Decl Exh 5 | Attorney-Client communication redacted per Order ECF 353 & 359 |
| 12 | 1/3/2017 | 329 | | Zuffa's Opposition to Motion to Challenge Attorney-Client Privilege | Attorney-Client communication redacted per Order ECF 353 & 359 |
| 13 | 1/10/2017 | 334 | | Ps Reply ISO Motion to Challenge Attorney-Client Privilege | Attorney-Client communication redacted per Order ECF 353 & 359 |
| 14 | 1/11/2017 | 338 | | CORRECTED Ps Reply ISO Motion to Challenge Attorney-Client Privilege | Attorney-Client communication redacted per Order ECF 353 & 359 |