IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>**Defendant.** | No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER RE JOINT MOTION TO CONTINUE TO SEAL PORTIONS OF FILED DOCUMENTS IN THE RECORD** |

Before the Court is Plaintiffs' and Defendant Zuffa, LLC's (collectively, the "Parties") Joint Motion to Continue to Seal Portions of Filed Documents in the Record ("Joint Motion").

Having considered the papers submitted, IT IS HEREBY ORDERED:

1. The Court will replace the current public versions of all sealed documents containing information subject to attorney-client privilege, as set forth in Exhibit A to the Parties' Joint Motion, with redacted versions, proposed versions of which are being filed under seal concurrently with the Joint Motion.

2. On or before _____, 2024, the Parties shall submit final versions of each docket entry containing privileged information and requiring continuing redactions with all proposed redactions implemented.

DATED: _____     By: _____
　　　　　　　　　　　　　　　　　　　　The Honorable Richard F. Boulware, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Case No.: 2:15-cv-01045-RFB-BNW

**[PROPOSED] ORDER RE JOINT MOTION TO SEAL PORTIONS OF FILED DOCUMENTS IN THE RECORD**