WILLIAM A. ISAACSON (*pro hac vice*)
wisaacson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7300
Fax: (202) 223-7420

DONALD J. CAMPBELL #1216
(djc@campbellandwilliams.com)
J. COLBY WILLIAMS #5549
(jcw@campbellandwilliams.com)
CAMPBELL & WILLIAMS
710 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-(BNW) |
| Plaintiffs, | **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT ZUFFA, LLC'S REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

**APPENDIX OF EXHIBITS**

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa"), submits this Appendix of Exhibits in Support of Defendant Zuffa, LLC's Zuffa's Reply in Support of its Renewed Motion for Summary Judgment ("Reply").  The exhibits noted below are attached as exhibits to the Declaration of William A. Isaacson in Support of Defendant Zuffa, LLC's Zuffa's Reply.

| Exhibit | Description |
|---|---|
| 114. | Chart of Full Text of Plaintiffs' CSF and Zuffa's Response |
| 115. | Chart of Undisputed Portions of Zuffa's SUF |
| 116. | Excerpts of the Deposition of Lorenzo J. Fertitta ("Fertitta Dep.") (March 23, 2017) |
| 117. | Letter from the FTC to Zuffa, LLC Closing Investigation into Strikeforce Acquisition (January 25, 2012) |
| 118. | Excerpts of the Deposition of Colin Neville (Raine) ("Neville Dep.") (August 8, 2017) |
| 119. | Deck on Zuffa's business in Brazil (January 2013), RAINE000019 |
| 120. | Excerpts of the Deposition of Prof. Roger D. Blair ("Blair Dep.") (December 8, 2017) |
| 121. | Excerpts of the Second Deposition of Dr. Hal J. Singer (January 23, 2018) |
| 122. | Excerpts of Rule 30(b)(6) Deposition of Ike Lawrence Epstein on Acquisitions ("Acquisitions Dep.") (Dec. 2, 2016) |
| 123. | Excerpts of the Deposition of Michael Mersch (July 14, 2017) |

Dated: December 22, 2023          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


By: /s/ *William A. Isaacson*
    William A. Isaacson

*Attorney for Defendant Zuffa, LLC, d/b/a*
*Ultimate Fighting Championship and UFC*