**CLERK, U.S. DISTRICT COURT**
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

Benjamin Naftalis
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

NIXIE   061   5E 1   0212/19/23
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 89101706934   0060N353190-03807

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERRA, LUIS JAVIER VASQUEZ, and KYLE KINGSBURY, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC D/B/A ULTIMATE FIGHTING CHAMPIONSHIP AND UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE CLASS NOTICE PLAN** |

WHEREAS, on August 9, 2023, this Court issued an order granting in part Plaintiffs' Motion for Class Certification under Fed. R. Civ. P. 23(b)(3) (ECF No. 839) (the "Class Certification Order");

WHEREAS, on November 1, 2023, the Court of Appeals for the Ninth Circuit denied defendant Zuffa, LLC's petition for permission to appeal the Class Certification Order under Fed. R. Civ. P. 23(f);

WHEREAS, pursuant to the Class Certification Order, this Court certified under Fed. R. Civ. P. 23(b)(3) the following class (the "Bout Class"):

> All persons who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States from December 16, 2010 to June 30, 2017. The Bout Class excludes all persons who are not residents or citizens of the United States unless the UFC paid such persons for competing in a bout fought in the United States.