```
1   BENJAMIN NAFTALIS
    LATHAM & WATKINS LLP
2   1270 Avenue of the Americas
    New York, New York 10020
3   Telephone: (212) 906-1200
    Email: benjamin.naftalis@lw.com
4   Counsel for Interested Party
    WME/IMG, LLC
5
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cung le, Nathan Quarry, Jon Fitch, Brandon Vera, luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendants. | Case Number<br>2:15-cv-01045-RFB-BNW<br><br>**MOTION TO WITHDRAW INTERESTED PARTY FROM LITIGATION** |

## MOTION

Now comes Interested Party WME|IMG, LLC ("WME") by and through undersigned attorneys, Latham & Watkins LLP and submits this Motion to Withdraw Interested Party from Litigation in the above referenced matter.

## POINTS AND AUTHORITIES

On August 2, 2019, WME filed Objections to the Public Disclosure of its Confidential Information at the Hearing on Class Certification (docket entry 709).

Latham & Watkins LLP, counsel for WME, continues to represent defendant Zuffa, LLC in the above referenced matter.

As the hearings on class certification were held in August, 2019, and an Order granting in part and denying in part the motion for class certification was entered on August 9, 2023 (docket entry 839) WME is no longer an interested party in the litigation.

Withdrawal of WME as an interested party will not delay any pretrial proceedings, discovery, trial, or any hearing in this litigation.

## CONCLUSION

WME respectfully requests this Court to grant its motion to withdraw as an interested party from this litigation.

DATED this 10th day of January, 2024.

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Benjamin Naftalis
Benjamin Naftalis
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Fax: (212) 715-4864
benjamin.naftalis@lw.com

*Counsel for WME/IMG, LLC*

BENJAMIN NAFTALIS
  (benjamin.naftalis@lw.com)
LATHAM & WATKINS LLP
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile:  (212) (751-4864)

*Counsel for Interested Party*
*WME/IMG, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cung le, Nathan Quarry, Jon Fitch, Brandon Vera, luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendants. | CASE NO. 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW INTERESTED PARTY FROM LITIGATION** |

Pursuant to the motion filed by Latham & Watkins LLP on behalf of WME/IMG, LLC ("WME") to withdraw as an interested party to the above referenced litigation,

IT IS HEREBY ORDERED that WME is withdrawn and is no longer an interested party in this litigation; and

IT IS FURTHER ORDERED that the Clerk of the Court is hereby directed to update the docket to reflect WME's withdrawal and termination from this litigation.

DATED this ___ day of _____, 2024.

_____
United States District Judge

Submitted by:
Benjamin Natalis
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
benjamin.naftalis@lw.com
*Counsel for Interested Party WME/IMG, LLC*