1  BENJAMIN NAFTALIS
   LATHAM & WATKINS LLP
2  1270 Avenue of the Americas
   New York, New York 10020
3  Telephone: (212) 906-1200
   Email: benjamin.naftalis@lw.com
4  *Counsel for Interested Party*
   *WME/IMG, LLC*

5

6          **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**

7

8  Cung le, Nathan Quarry, Jon Fitch,            Case Number
   Brandon Vera, luis Javier Vazquez,         2:15-cv-01045-RFB-BNW
9  and Kyle Kingsbury on behalf of
   themselves and all others similarly       **MOTION TO WITHDRAW**
10 situated,                                 **INTERESTED PARTY FROM**
                                                   **LITIGATION**
11               Plaintiffs,

12       v.

13 Zuffa, LLC d/b/a Ultimate Fighting
   Championship and UFC,
14
                 Defendants.
15

16                    **MOTION**

17       Now comes Interested Party WME|IMG, LLC ("WME") by and through

18 undersigned attorneys, Latham & Watkins LLP and submits this Motion to Withdraw

19 Interested Party from Litigation in the above referenced matter.

20             **POINTS AND AUTHORITIES**

21       On August 2, 2019, WME filed Objections to the Public Disclosure of its

22 Confidential Information at the Hearing on Class Certification (docket entry 709).

23       Latham & Watkins LLP, counsel for WME, continues to represent defendant Zuffa,

24 LLC in the above referenced matter.

25       As the hearings on class certification were held in August, 2019, and an Order

26 granting in part and denying in part the motion for class certification was entered on August

27 9, 2023 (docket entry 839) WME is no longer an interested party in the litigation.

28

1    Withdrawal of WME as an interested party will not delay any pretrial proceedings,

2  discovery, trial, or any hearing in this litigation.

3                              **CONCLUSION**

4    WME respectfully requests this Court to grant its motion to withdraw as an

5  interested party from this litigation.

6

7  DATED this 10th day of January, 2024.

8

9                                        Respectfully submitted,

10

11                                       LATHAM & WATKINS LLP

12                              By: _____
                                          Benjamin Naftalis
13                                        1271 Avenue of the Americas
                                          New York, NY 10020
14                                        Telephone: (212) 906-1200
                                          Fax: (212) 715-4864
15                                        benjamin.naftalis @lw.com

16                                       *Counsel for WME/IMG, LLC*

17

18

19

20

21

22

23

24

25

26

27

28

1  BENJAMIN NAFTALIS
      (benjamin.naftalis@lw.com)
2  LATHAM & WATKINS LLP
   1270 Avenue of the Americas
3  New York, New York 10020
   Telephone: (212) 906-1200
4  Facsimile:  (212) (751-4864)

5  *Counsel for Interested Party*
   *WME/IMG, LLC*

6            **UNITED STATES DISTRICT COURT**
7              **DISTRICT OF NEVADA**

8

9  Cung le, Nathan Quarry, Jon Fitch, Brandon      CASE NO. 2:15-cv-01045-RFB-BNW
   Vera, luis Javier Vazquez, and Kyle
10 Kingsbury on behalf of themselves and all      **ORDER GRANTING MOTION TO**
   others similarly situated,                      **WITHDRAW INTERESTED PARTY**
11                                                 **FROM LITIGATION**
                Plaintiffs,
12
        v.
13
   Zuffa, LLC d/b/a Ultimate Fighting
14 Championship and UFC,

15              Defendants.

16      Pursuant to the motion filed by Latham & Watkins LLP on behalf of WME/IMG, LLC

17 ("WME") to withdraw as an interested party to the above referenced litigation,

18 IT IS HEREBY ORDERED that WME is withdrawn and is no longer an interested party in this

19 litigation; and

20 IT IS FURTHER ORDERED that the Clerk of the Court is hereby directed to update the docket to

21 reflect WME's withdrawal and termination from this litigation.

22 DATED this 11th day of ___January___, 2024.

23

24  _____
    RICHARD F. BOULWARE, II
25  UNITED STATES DISTRICT JUDGE

26

27

28

Order Granting Motion to Withdraw Interested Party From Litigation
Case No. 2:15-cv-01045-RFB-BNW

1  Submitted by:
   Benjamin Natalis
2  LATHAM & WATKINS LLP
   1271 Avenue of the Americas
3  New York, New York 10020
   Tel: (212) 906-1200
4  Fax: (212) 751-4864
   benjamin.naftalis@lw.com
5  *Counsel for Interested Party WME/IMG, LLC*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Motion to Withdraw Interested Party From Litigation
Case No. 2:15-cv-01045-RFB-BNW