ELI J. KAY-OLIPHANT
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Telephone: (202) 929-3530
Email: eli.kay-oliphant@sparacinopllc.com
*Counsel for Interested Party Sparacino PLLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cung le, Nathan Quarry, Jon Fitch, Brandon Vera, luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendants. | Case Number<br>2:15-cv-01045-RFB-BNW<br><br>**MOTION TO WITHDRAW INTERESTED PARTY FROM LITIGATION** |

## MOTION

Now comes Interested Party Sparacino PLLC ("Sparacino") by and through undersigned attorney and submits this Motion to Withdraw Interested Party from Litigation in the above referenced matter.

## POINTS AND AUTHORITIES

On November 24, 2023, Sparacino informed the Court that it had terminated its representation with all remaining absent class members with which it previously engaged. Withdrawal of Sparacino as an interested party will not delay any pretrial proceedings, discovery, trial, or any hearing in this litigation.
.

## **CONCLUSION**

Sparacino respectfully requests this Court to grant its motion to withdraw as an interested party from this litigation.

DATED this 12th day of January, 2024.

         Respectfully submitted,

         Sparacino PLLC

         By: /s/
             ELI J. KAY-OLIPHANT
             SPARACINO PLLC
             1920 L Street, NW, Suite 835
             Washington, D.C. 20036
             Telephone: (202) 929-3530
             Email: eli.kay-oliphant@sparacinopllc.com
             Counsel for Interested Party Sparacino PLLC

ELI J. KAY-OLIPHANT
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Telephone: (202) 929-3530
Email: eli.kay-oliphant@sparacinopllc.com
Counsel for Interested Party Sparacino PLLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cung le, Nathan Quarry, Jon Fitch, Brandon Vera, luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendants. | CASE NO. 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW INTERESTED PARTY FROM LITIGATION** |

Pursuant to the motion filed by Sparacino PLLC to withdraw as an interested party to the above referenced litigation,

IT IS HEREBY ORDERED that Sparacino PLLC is withdrawn and is no longer an interested party in this litigation; and

IT IS FURTHER ORDERED that the Clerk of the Court is hereby directed to update the docket to reflect Sparacino PLLC's withdrawal and termination from this litigation.

DATED this ___ day of _____, 2024.

_____
United States District Judge

Submitted by:
ELI J. KAY-OLIPHANT
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Telephone: (202) 929-3530
Email: eli.kay-oliphant@sparacinopllc.com
Counsel for Interested Party Sparacino PLLC