

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

LAS VEGAS NV 890
12 JAN 2024 PM 5

$000.00

U.S. MARSHALS SERVICE

Benjamin Naftalis
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

RETURN TO SENDER

## Notice of Electronic Filing

The following transaction was entered on 1/11/2024 at 3:51 PM PST and filed on 1/11/2024
**Case Name:**          Le et al v. Zuffa, LLC
**Case Number:**        2:15-cv-01045-RFB-BNW
**Filer:**
**Document Number:** 956

**Docket Text:**
**ORDER granting [954] Motion TO WITHDRAW INTERESTED PARTY FROM LITIGATION. IT IS HEREBY ORDERED that WME is withdrawn and is no longer an interested party in this litigation; and IT IS FURTHER ORDERED that the Clerk of the Court is hereby directed to update the docket to reflect WMEs withdrawal and termination from this litigation. Signed by Judge Richard F. Boulware, II on 1/11/2024.(Copies have been distributed pursuant to the NEF - CAH)**

**2:15-cv-01045-RFB-BNW Notice has been electronically mailed to:**

Brian D Shapiro     brian@brianshapirolaw.com, 6855036420@filings.docketbird.com, bdsesq@yahoo.com, connie@brianshapirolaw.com, kristin@trusteeshapiro.com

Don Springmeyer     d.springmeyer@kempjones.com, c.mixson@kempjones.com, p.mcafee@kempjones.com

Donald J. Campbell     djc@cwlawlv.com, cbb@cwlawlv.com, jcw@cwlawlv.com, jyc@cwlawlv.com, maw@cwlawlv.com, pre@cwlawlv.com, rpr@cwlawlv.com, srm@cwlawlv.com

J Colby Williams     jcw@cwlawlv.com, anr@cwlawlv.com, cbb@cwlawlv.com, jyc@cwlawlv.com, maw@cwlawlv.com, nsh@cwlawlv.com, pre@cwlawlv.com, srm@cwlawlv.com

Eric D. Hone     ehone@hone.law, Jzimmerman@hone.law, adoughty@hone.law, kmorrow@hone.law, lgodfrey@hone.law

Michael C. Dell'Angelo     mdellangelo@bm.net, courtmail@bm.net, csimon@bm.net

David Marroso     dmarroso@omm.com, brookejenkins@omm.com, david-marroso-6320@ecf.pacerpro.com

Ellen T. Noteware     enoteware@bm.net

William A. Isaacson     wisaacson@paulweiss.com, DCrane@paulweiss.com, ahaier@paulweiss.com, jholdip@paulweiss.com, jjolly@paulweiss.com, mao_fednational@paulweiss.com, slee@paulweiss.com

Kevin Rayhill     krayhill@saverilawfirm.com, cforthuber@saverilawfirm.com

Joseph R. Saveri     jsaveri@saverilawfirm.com, agetzell@saverilawfirm.com, ajensen@saverilawfirm.com, dvandemortel@saverilawfirm.com, hhaile@saverilawfirm.com, jday@saverilawfirm.com, rponce@saverilawfirm.com

Benjamin D. Brown     bbrown@cohenmilstein.com

Eric L. Cramer     ecramer@bm.net, sleo@bm.net

Jerome Elwell     Jelwell@warnerangle.com

Patrick F. Madden     pmadden@bm.net, jgionnette@bm.net