1  ERIC L. CRAMER (*pro hac vice*)
   BERGER MONTAGUE PC
2  1818 Market Street, Suite 3600
   Philadelphia, PA 19103
3  Telephone: (215) 875-3000
   Facsimile: (215) 875-4604
4  ecramer@bm.net

5  JOSEPH R. SAVERI (*pro hac vice*)
   JOSEPH SAVERI LAW FIRM, LLP
6  601 California Street, Suite 1200
   San Francisco, California 94108
7  Telephone: (415) 500-6800
   Facsimile: (415) 395-9940
8  jsaveri@saverilawfirm.com

9  BENJAMIN BROWN (*pro hac vice*)
   COHEN MILSTEIN SELLERS & TOLL, PLLC
10 1100 New York Ave., N.W.
   Suite 500, East Tower
11 Washington, DC 20005
   Telephone: (202) 408-4600
12 Facsimile: (202) 408 4699
   bbrown@cohenmilstein.com

*Counsel for the Class and Attorneys for All Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' NOTICE OF: (1) EFFECTUATION OF CLASS NOTICE PLAN, AND (2) NO EXCLUSIONS FROM BOUT CLASS** |

Plaintiffs submit this notice to confirm: (1) the Court's approved plan for distributing notice to members of the certified Bout Class (the "Notice Plan") has been effectuated as required by this Court's November 17, 2023, Order Granting Plaintiffs' Unopposed Motion to Approve Class Notice Plan, ECF No. 921 ("Class Notice Order" or "Order"); and (2) no members of the Bout Class have requested exclusion from the certified Bout Class. The attached Declaration of Plaintiffs' Notice Administrator, Steven Weisbrot, President and CEO of Angeion Group, LLC ("Angeion"),[1] and accompanying exhibits detail the implementation of the Notice Plan and the absence of valid exclusions or objections from Bout Class members.

In the Class Notice Order, the Court approved Plaintiffs' proposed Notice Plan, which entailed: direct long-form notice by First-Class mail and short-form notice by email to all reasonably identifiable Bout Class members of the nature of this action, including the claims and defenses raised therein and Bout Class members' legal rights and options; a comprehensive media campaign, including targeted advertising on social media and paid search advertising on Google; a posted-notice campaign in notable mixed martial arts ("MMA") gyms; and a dedicated website and toll-free telephone hotline where Bout Class members could learn more about the litigation and their legal rights and options. *See* Class Notice Order at 2-3. The Court concluded that Plaintiffs' proposed forms and manner of notice to Bout Class members constituted "the best notice practicable under the circumstances and satisfie[d] the requirements of due process and Rules 23(c)(2) and 23(e)(1) of the Federal Rules of Civil Procedure." *Id.* at 2. The Court appointed Angeion to serve as Notice Administrator for the Bout Class in disseminating the Notice. *Id.*

Pursuant to the approved Notice Plan, members of the Bout Class could request exclusion from the Bout Class no later than "66 days after the date of the Class Notice Order." *Id.* at 4. The last day for members of the Bout Class to request exclusion was therefore January 22, 2024. *See* Weisbrot Decl. ¶ 21. The Class Notice Order further specified:

---

[1] Declaration of Steven Weisbrot of Angeion Group, LLC Re: Implementation of Notice Plan and Report on Exclusions and Objections Received, dated February 5, 2024 ("Weisbrot Declaration").

1  Case No.: 2:15-cv-01045-RFB-BNW
**PLAINTIFFS' NOTICE OF: (1) EFFECTUATION OF CLASS NOTICE PLAN,
AND (2) NO EXCLUSIONS FROM BOUT CLASS**

No later than eighty (80) days after the date of this Order, Plaintiffs shall file a declaration from Angeion confirming that the Notice Plan has been effectuated as required herein, and identifying those Bout Class members, if any, who have (a) requested to be excluded from the Bout Class, and (b) meet the requirements for a valid request for exclusion as set forth in the Notice.

Class Notice Order at 4.

As detailed in the Weisbrot Declaration and accompanying exhibits, each element of the Notice Plan has been effectuated in full compliance with the Class Notice Order, as well as the requirements of due process and Rules 23(c)(2) and 23(e)(1) of the Federal Rules of Civil Procedure. In addition, no Bout Class members have requested exclusion from the Bout Class.

**First-Class Mail Notice**

On November 18, 2023—the day after the Court issued the Class Notice Order—Class Counsel provided Angeion files containing contact information for Bout Class members (the "Bout Class List"), which included 1,286 unique names, of which 881 had mailing addresses and 933 had email addresses. *See* Weisbrot Decl. ¶ 7. On December 8, 2023, Angeion mailed the Court-approved long-form notice by First-Class mail to the 881 mailing addresses on the Bout Class List. *Id.* ¶ 9, Ex. A. As of January 31, 2024, Angeion received 82 long-form notices returned as undeliverable with no forwarding address. Angeion performed address verification searches and is in the process of remailing 59 long-form notices to identified updated addresses. *Id.* ¶ 10.

**Email Notice**

On December 8, 2023, Angeion emailed the Court-approved short-form notice to the 933 email addresses on the Bout Class List. Of these, 880 were delivered and 56 were identified as undeliverable. Of the 56 Bout Class members whose emails were undeliverable, all but five were successfully mailed long-form notice. Angeion is in the process of locating updated email addresses for the remaining five class members. *Id.* ¶ 11, Ex. B.

**Media Campaign**

On December 8, 2023, Angeion commenced the Court-approved media campaign. Angeion conducted a targeted social media campaign on Facebook, Instagram, and X (formerly Twitter), using Bout Class List email addresses. Angeion also researched and identified verified social media

accounts for 308 of the 353 Bout Class members who did not have email addresses on the Bout Class List and included these accounts in the targeted social media campaign. In addition, Angeion conducted a paid search campaign on Google, which was designed to help drive Bout Class Members who were actively seeking information about this litigation to the dedicated website. *Id.* ¶¶ 14-15. In total, the social media and paid search campaigns generated 1,755,647 impressions. *Id.* ¶ 16, Ex. D.

On December 8, 2023, Angeion distributed a press release regarding this litigation over PR Newswire. *Id.* ¶ 17, Ex. E.

**Posted Notice**

On December 8, 2023, Angeion commenced the Court-approved posted notice campaign. Angeion mailed poster-sized notices to 48 professional MMA gyms with a request to post the notice in a visible area for Bout Class members to view. *Id.* ¶ 12, Ex. C.

**Dedicated Website and Toll-Free Hotline**

On December 8, 2023, Angeion established a website dedicated to this litigation: www.UFCFighterClassAction.com. The website contains general information about the litigation and significant deadlines, downloadable copies of important documents, a list of Frequently Asked Questions, and a Contact Us link through which Bout Class members can email a dedicated email address established for the litigation. *Id.* ¶ 18. Between December 8, 2023, and January 31, 2024, the dedicated website registered 11,658 page views from 10,165 unique visitors, with 4,929 visitors registering for future updates. *Id.* ¶ 19.

On or before December 8, 2023, Angeion established a toll-free hotline dedicated to this litigation. The free hotline is accessible 24 hours a day, 7 days a week, and utilizes an interactive voice response ("IVR") system to provide callers with responses to frequently asked questions and inform Bout Class members of important litigation dates and deadlines. *Id.* ¶ 20.

**Report on Requests for Exclusion from Bout Class**

The Class Notice Order further requires that Plaintiffs and Angeion identify the "Bout Class members, if any, who have (a) requested to be excluded from the Bout Class, and (b) meet the

requirements for a valid request for exclusion as set forth in the Notice." Class Notice Order at 4.

As set forth in the Weisbrot Declaration, Angeion has not received any requests for exclusion from the Bout Class. Weisbrot Decl. ¶ 21. On January 16, 2024, Class Counsel received an email from a former professional MMA fighter named Rory Markham, in which Markham indicated his "mandate to be taken off/opting out of the Le vs. Zuffa class action lawsuit." Plaintiffs' data indicates that Markham is not a member of the Bout Class because he did not fight for the UFC during the Class Period.

DATED: February 5, 2024

Respectfully Submitted,

By: /s/ Eric L. Cramer
Eric L. Cramer (pro hac vice)
Michael Dell'Angelo (pro hac vice)
Patrick F. Madden (pro hac vice)
Najah Jacobs (pro hac vice)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Benjamin Brown (*pro hac vice*)
Richard A. Koffman (*pro hac vice*)
Daniel H. Silverman (*pro hac vice*)
Daniel L. Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W.
Suite 500 East Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Christopher K. L. Young (*pro hac vice*)
Itak Moradi (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com
*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON
 & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

Crane Pomerantz (Bar No. 14103)
CLARK HILL PLC
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiffs' Notice of (1) Effectuation of Class Notice Plan, and (2) No Exclusions from Bout Class was served on February 5, 2024, via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

/s/ Eric L. Cramer
Eric L. Cramer