# Exhibit E

# Notice Administrator Angeion Group Announces Certification of Class of UFC Fighters

NEWS PROVIDED BY
**ANGEION GROUP →**
08 Dec, 2023, 09:00 ET

*Le, et al. v. Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

**If you competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States from December 16, 2010 to June 30, 2017 (the "Class Period"), you could be affected by the Court's Class Certification Decision and Order.**

**Please read this notice carefully.**

*A federal court directed this Notice. This is not an advertisement or a solicitation from a lawyer.*

PHILADELPHIA, Dec. 8, 2023 /PRNewswire/ -- On August 9, 2023, the United States District Court for the District of Nevada issued an order certifying a class of UFC fighters (the "Bout Class") in a class action lawsuit (the "Action") entitled *Cung Le, et al. v. Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*. The Bout Class consists of anyone who fought for the UFC in a mixed martial arts ("MMA") bout taking place or broadcast in the United

States from December 16, 2010 to June 30, 2017. The Bout Class excludes all persons who are not residents or citizens of the United States unless the UFC paid such persons for competing in a bout fought in the United States.

The Plaintiffs in the Action allege that Defendant Zuffa LLC, d/b/a Ultimate Fighting Championship and UFC (the "UFC" or "Defendant") used an anticompetitive scheme to eliminate competition in the market for Elite Professional MMA Fighter services and suppressed compensation for UFC Fighters. Specifically, Plaintiffs allege that Zuffa (a) acquired multiple potential rival MMA promotion companies and locked up the acquired companies' fighters into exclusive contracts with the UFC, (b) entered into long-term exclusive contracts with UFC fighters that effectively blocked the vast majority from fighting for rival MMA promotions, and (c) coerced fighters into remaining locked into long-term exclusive deals with the UFC (the conduct taken together, the "Scheme"). Plaintiffs further allege that, as a result of the Scheme, the UFC artificially suppressed the bout pay of UFC fighters. Plaintiffs seek to obtain from Defendant in this Action money damages to recover for the amount Plaintiffs claim members of the Bout Class were underpaid due to the alleged Scheme. The Plaintiffs are asking for damages of $811 million to $1.6 billion. Plaintiffs also seek injunctive relief to stop the Defendant from continuing to engage in the alleged anticompetitive conduct.

Defendant denies Plaintiffs' claims and any allegation of wrongdoing. Defendant asserts that through its efforts to grow MMA and the UFC, Defendant has consistently increased the number of events that it promotes and the compensation paid to fighters who participate in its MMA bouts. Defendant contends that the conduct at issue was pro-competitive, not anticompetitive: (a) Defendant's acquisitions of other MMA promotion companies helped grow the MMA industry by efficiently allocating resources and did not result in the improper foreclosure of competitors, as evidenced by new market entrants and the continued growth of rival MMA promotion companies; (b) Defendant's exclusive contracts with UFC fighters did not foreclose a substantial share of the market for MMA fighter services and were in fact pro-competitive because they were supported by legitimate business justifications; and (c) Defendant did not "coerce" fighters to sign long-term exclusive contracts with the UFC, but rather hired the best fighters—who want to fight in the UFC—to help its business grow and re-signed those fighters to contracts of greater or

equal value to those offered by other MMA promotions, none of which is anticompetitive. Defendant denies that there are any damages or that injunctive relief is warranted. The Court has not decided which side is correct.

The Court has appointed Berger Montague PC, Joseph Saveri Law Firm, LLP, and Cohen Milstein Sellers & Toll PLLC as Class Counsel to represent the Bout Class, and plaintiffs Cung Le, Jon Fitch, Kyle Kingsbury, Javier Vasquez, and Brandon Vera as class representatives.

The Court has set the case for trial beginning on April 8, 2024.

As authorized by the Court, the Court-appointed notice administrator has begun a plan to distribute notice to the Bout Class. The notice provides important information to members of the Bout Class, including:

- **Who is a member of the Bout Class?** Anyone who fought in a UFC MMA bout that took place or was broadcast in the United States between December 16, 2010 and June 30, 2017. The Bout Class excludes all persons who are not residents or citizens of the United States unless the UFC paid such persons for competing in a bout fought in the United States. If you are a member of the Bout Class, **you do not need to do anything more at this time to remain in the Bout Class**.
- **Am I giving anything up by staying in the Bout Class?** By remaining in the Bout Class, you retain your right to take part in any settlement or judgment, but you will be bound by the outcome of the Action and **will give up your right to file or continue your own lawsuit covering the same or similar claims as in the Action**.
- **Is there money available now?** There is no money available now from the Defendant, or any guarantee that there will be money available in the future. The outcome of the Action against the Defendant is not yet known.
- **Can I file my own lawsuit against the UFC?** If you wish to file your own lawsuit against Zuffa, you must exclude yourself (or "opt out") from the Bout Class in writing by **January 22, 2024**. If you exclude yourself from the Bout Class, you will receive no payment from the Defendant arising out of this Action, even if any monies are collected in this Action as the result of a trial or settlement.

A website has been established that has more information about the Class Action, including important documents from the lawsuit and copies of the notices. Visit www.UFCFighterClassAction.com if you would like to learn more.

Media Contact:

Angeion Group

Shiri Lasman

(215) 563-4116

SOURCE ANGEION GROUP



## PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country    Submit

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.