| | |
|---|---|
| ERIC L. CRAMER (*pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>ecramer@bm.net | CHRISTOPHER S. YATES (*Pro hac vice*)<br>chris.yates@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br><br>WILLIAM A. ISAACSON (*Pro hac vice*)<br>wisaacson@paulweiss.com |
| JOSEPH R. SAVERI (*pro hac vice*)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1200<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>jsaveri@saverilawfirm.com | JESSICA PHILLIPS (*Pro hac vice*)<br>jphillips@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006 |
| RICHARD A. KOFFMAN (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W.,<br>Suite 500, East Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408 4699<br>rkoffman@cohenmilstein.com | DONALD J. CAMPBELL<br>J. COLBY WILLIAMS<br>CAMPBELL & WILLIAMS<br>710 South Seventh Street, Ste. A<br>Las Vegas, NV 89101<br>Telephone: (702) 382-5222<br>Facsimile: (702) 382-0540<br>Email: djc@cwlawlv.com<br>Email: jcw@cwlawlv.com |
| *Counsel for the Class and Attorneys for All Individual and Representative Plaintiffs* | *Attorneys for Defendant Zuffa, LLC* |
| [Additional Counsel Listed on Signature Page] | [Additional Counsel Listed on Signature Page] |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>      Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**JOINT STIPULATED [PROPOSED] PRE-TRIAL SCHEDULE** |

Pursuant to the Court's January 19, 2024 Order (ECF No. 961), the Parties have met and conferred and submit the below proposed pre-trial schedule. The proposed pre-trial schedule includes proposed deadlines for trial briefs and pre-trial motions, and proposed dates for pre-trial status conferences to coordinate and resolve disputes, at which the Court may conduct a pre-trial evidentiary hearing addressing exhibits and expert testimony anticipated to be used at trial. *See id*.

| Date | Event |
|---|---|
| Fri., February 2 | Parties exchange initial witness lists and deposition designations |
| Thur., February 8 | Parties exchange exhibit lists |
| Mon., February 12 | Parties exchange exhibits |
| Mon., February 12 | Parties exchange initial lists of motions in limine each side plans to raise in advance meet and confer. (To the extent that either party may in good faith determine after February 12 that certain additional motions in limine become necessary, each side may add a certain number of additional motions in limine to its respective list after Trial Briefs are filed.) |
| Thur., February 15 | Parties exchange proposed juror questionnaires |
| Fri., February 16 | Parties meet and confer regarding motions in limine |
| Mon., February 19 | Parties exchange objections to proposed juror questionnaires |
| Tues., February 20 | Last day for parties to meet and confer regarding proposed juror questionnaire |
| Wed., February 21 | Parties submit proposed juror questionnaire to Court |
| Thur., February 22 | Parties exchange exhibit list objections, identification of duplicate exhibits, and rebuttal exhibit lists and exhibits |
| Thur., February 22 | Trial Briefs due |
| Fri., February 23 | Parties exchange deposition counters, deposition objections, and witness objections |
| Mon., February 26 | Parties exchange revised lists of motions in limine that each side plans to raise |
| Mon., February 26 | Parties exchange responses to objections to exhibit list, responses to identification of duplicate exhibits, and objections to rebuttal exhibits |
| Mon., February 26 | Parties exchange proposed fact stipulations |
| **Wed., February 26** | Parties meet and confer regarding revised motions in limine |
| **Wed., February 26** | Parties exchange objections to deposition counters, responses to objections to affirmative deposition designations, and deposition counter-counters |
| **Wed., February 26** | Parties exchange responses to objections to rebuttal exhibits |
| **Mon., March 4 @ 9 am**  Pretrial Conference 9:00 a.m. | |

| Date | Event |
|---|---|
| **February 28th by Noon** | Witness lists, joint and disputed exhibit lists, deposition designations, and courtesy flash drives due to Court |
| **February 28th** | Motions in limine **due by Noon** |
| Thur., March 7 | Parties exchange responses to proposed fact stipulations |
| Tues., March 12 | Parties exchange proposed jury instructions and verdict form and voir dire |
| **March 13** | Oppositions to motions in limine due |
| **Mon., April 1** | Parties submit joint pre-trial order per Local Rule 16-3(b) |
| Tues., March 19 | Parties exchange stipulation for addressing exhibit and deposition designations issues at trial, including proposals for exchange of demonstratives and schedule of witnesses to be called |
| *Thur., March 21* | *Potential date for hearing or status conference* |
| *Mon., March 25* | *Potential date for hearing or status conference* |
| *Thur., March 28* | *Potential date for hearing or status conference* |
| Mon., April 1 | Combined proposed jury instructions, verdict form, and voir dire submitted to the Court |
| Fri., April 5 | 1006 summaries due. Parties agree to make a good-faith effort to disclose all 1006 summaries by this date. With good cause shown, Parties may disclose 1006 summaries after this date if the late disclosure was due in whole or material part to information becoming evident only after the disclosure deadline, provided such summaries are disclosed ten (10) calendar days prior to use at trial. Parties reserve their rights to object to a 1006 summary prior to its use at trial. |
| | |
| | |
| **April 5th** | Final witness lists, exhibit lists, and courtesy flash drives due to the Court. Exhibits to the Clerk also due this date, as stated below. |
| **Tues., April 9 @ 9:00 a.m Calendar Call** | |
| **Mon., April 15** | Trial begins |

The proposed scheduling order is adopted by this Court with the changes noted in red. Parties are advised Exhibits must be marked and submitted electronically in accordance with JERS instructions that will be attached to this order.

Dated the 5th day of February, 2024

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

|     |     |     |
| --- | --- | --- |
| 1   | Dated: January 26, 2024 | Respectfully submitted, |
| 2   | By:    */s/ Christopher K.L. Young* | By:    */s/ Christopher S. Yates* |

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
Christopher K. L. Young (pro hac vice)
Itak Moradi (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

Eric L. Cramer (admitted pro hac vice)
Michael Dell'Angelo (admitted pro hac vice)
Patrick F. Madden (admitted pro hac vice)
Najah Jacobs (admitted pro hac vice)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006

BRETTE M. TANNENBAUM (*Pro hac vice*)
btannenbaum@paulweiss.com
YOTAM BARKAI (*Pro hac vice*)
ybarkai@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

DAVID L. JOHNSON (*Pro hac vice*)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

| | | |
|---|---|---|
| 1 | Richard A. Koffman (*pro hac vice*) | DONALD J. CAMPBELL (No. 1216) |
| 2 | Benjamin Brown (*pro hac vice*)<br>Daniel H. Silverman (*pro hac vice*) | djc@campbellandwilliams.com<br>J. COLBY WILLIAMS (No. 5549) |
| 3 | COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W., Suite 500 East, Tower | jcw@campbellandwilliams.com<br>CAMPBELL & WILLIAMS |
| 4 | Washington, DC 20005<br>Telephone: +1 (202) 408-4600 | 700 South 7th Street<br>Las Vegas, Nevada 89101 |
| 5 | Facsimile: +1 (202) 408-4699 | |
| 6 | Email: rkoffman@cohenmilstein.com<br>Email: bbrown@cohenmilstein.com | *Attorneys for Defendant Zuffa, LLC* |
| 7 | Email: dsilverman@cohenmilstein.com | |

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

Crane Pomerantz (Bar No. 14103)
CLARK HILL PLC
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing [Proposed] Joint Stipulated Pre-Trial Schedule was served on January 26, 2024, via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

/s/ *Christopher K.L. Young*
Christopher K.L. Young