1  WILLIAM A. ISAACSON (*Pro hac vice*)    CHRISTOPHER S. YATES (*Pro hac vice*)
   wisaacson@paulweiss.com                  chris.yates@lw.com
2  JESSICA PHILLIPS (*Pro hac vice*)        LATHAM & WATKINS LLP
   jphillips@paulweiss.com                  505 Montgomery Street, Suite 2000
3  PAUL, WEISS, RIFKIND, WHARTON &          San Francisco, CA 94111
4  GARRISON LLP
   2001 K Street, NW                        SEAN M. BERKOWITZ (*Pro hac vice*)
5  Washington, DC 20006                     sean.berkowitz@lw.com
                                            LATHAM & WATKINS LLP
6  DONALD J. CAMPBELL (No. 1216)            330 North Wabash Ave, Suite 2800
7  djc@campbellandwilliams.com              Chicago, IL 60611
   J. COLBY WILLIAMS (No. 5549)
8  jcw@campbellandwilliams.com              LAURA WASHINGTON (*Pro hac vice*)
   CAMPBELL & WILLIAMS                       laura.washington@lw.com
9  700 South 7th Street                     LATHAM & WATKINS LLP
   Las Vegas, NV 89101                      10250 Constellation Blvd, Suite 1100
10                                          Los Angeles, CA 90067

11                                          *Attorneys for Defendant Zuffa, LLC, d/b/a*
12                                          *Ultimate Fighting Championship and UFC*

13

14

15                  **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
16

17

18  Cung Le, Nathan Quarry, Jon Fitch,      Case No.: 2:15-cv-01045-RFB-(BNW)
    Brandon Vera, Luis Javier Vazquez,
19  and Kyle Kingsbury on behalf of         **ZUFFA, LLC'S MOTION**
    themselves and all others similarly     **REGARDING TRIAL CONFLICT**
20  situated,

21          Plaintiffs,

22  v.

23  Zuffa, LLC, d/b/a Ultimate Fighting
    Championship and UFC,
24

25          Defendant.

26

27

28

ZUFFA, LLC'S MOTION REGARDING TRIAL CONFLICT    Case No.: 2:15-cv-01045-RFB-(BNW)

1   Defendant Zuffa, LLC ("Zuffa") respectfully files this motion to ask this Court to address

2   a scheduling conflict of undersigned counsel.

3   The undersigned counsel is also lead trial counsel in a case in the District of Delaware

4   (the "Delaware case") that was filed on January 29, 2015, and has been pending for over nine

5   years. *International Construction Products LLC* v. *Caterpillar Inc.*, C.A. No. 15-108-RGA-SRF

6   (D. Del.).  On May 2, 2023, the Delaware District Court set the Delaware case for trial on April

7   5, 2024.  *Id.*  (ECF No. 532, ¶ 10).  On January 19, 2024, this Court scheduled a four-week trial

8   in *Le* also to begin on April 15, 2024.  (ECF No. 960, Hr'g Tr. at 13-14.)

9   The undersigned counsel notified the Court of this conflict on three separate occasions:

10  first, at an August 21, 2023 case management conference (Hr'g Tr. at 33, ECF No. 846); again in

11  writing in a September 29, 2023 filing (ECF No. 861); and then again, during a November 21,

12  2023 motion hearing (Hr'g Tr. at 64, ECF No. 931).  At the November 21 hearing, this Court

13  orally denied Zuffa's Motion to Reopen Discovery and Amend Scheduling Order (ECF No. 884;

14  ECF No. 931).

15  The undersigned counsel recognizes that this Court already has denied this request.

16  Accordingly, the undersigned counsel has been and continues to prepare for the *Le* trial to

17  commence on the April 15, 2024 trial date set by the Court on January 19, 2024.  And in an

18  effort to avoid the scheduling conflict, the undersigned will also be filing a motion in the

19  Delaware action.  With the Delaware case set for trial on April 5, 2024, it would be impossible

20  for the undersigned counsel to attend pretrial proceedings for both trials, and it would be

21  impossible to effectively prepare to try that case while the undersigned counsel is in trial in this

22  case.  It would be highly prejudicial to Zuffa if it were required to try this matter without the

23  undersigned counsel, its chosen counsel.

24  This Court expressed a willingness to confer with the Honorable Richard G. Andrews—

25  the judge presiding over the Delaware case—to discuss the conflicting trial dates, which would

26  assist the involved parties come to a resolution on this issue.  (Hr'g Tr. at 64, ECF No. 931.)

27  For the foregoing reasons, Defendant Zuffa respectfully requests that the Court strike the

28  trial currently set for April 15, 2024, and enter an Order in the discretion of the Court resetting

ZUFFA, LLC'S MOTION REGARDING TRIAL CONFLICT     Case No.: 2:15-cv-01045-RFB-(BNW)

1 the trial to a date that accommodates all parties and allows undersigned counsel to fully

2 participate in the upcoming *Le* trial.

3       DATED this twentieth day of February, 2024.

4

5 Dated: February 20, 2024                        Respectfully Submitted,

6

7 CHRISTOPHER S. YATES (*Pro hac vice*)      /s/ William A. Isaacson
chris.yates@lw.com                   WILLIAM A. ISAACSON (*Pro hac vice*)

8 LATHAM & WATKINS LLP              wisaacson@paulweiss.com
505 Montgomery Street, Suite 2000       JESSICA PHILLIPS (*Pro hac vice*)

9 San Francisco, CA 94111               jphillips@paulweiss.com
Tel: (415) 395-8095                 PAUL, WEISS, RIFKIND, WHARTON &

10                                  GARRISON LLP

11 SEAN M. BERKOWITZ (*Pro hac vice*)      2001 K Street, NW
sean.berkowitz@lw.com               Washington, DC 20006

12 LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800       BRETTE M. TANNENBAUM (*Pro hac*

13 Chicago, IL 60611                  *vice)*
                                btannenbaum@paulweiss.com

14 LAURA WASHINGTON (*Pro hac vice*)     YOTAM BARKAI (*Pro hac vice*)
laura.washington@lw.com             ybarkai@paulweiss.com

15 LATHAM & WATKINS LLP              PAUL, WEISS, RIFKIND, WHARTON &

16 10250 Constellation Blvd, Suite 1100     GARRISON LLP
Los Angeles, CA 90067             1285 Avenue of the Americas

17                                 New York, NY 10019

18 DAVID L. JOHNSON (*Pro hac vice*)
david.johnson@lw.com              DONALD J. CAMPBELL (No. 1216)

19 LATHAM & WATKINS LLP              djc@campbellandwilliams.com
555 Eleventh Street NW, Suite 1000      J. COLBY WILLIAMS (No. 5549)

20 Washington, D.C. 20004              jcw@campbellandwilliams.com
                                CAMPBELL & WILLIAMS

21                                   700 South 7th Street

22                                   Las Vegas, Nevada 89101
                                Tel: (702) 382-5222

23

24                             *Attorneys for Defendant Zuffa, LLC, d/b/a*
                            *Ultimate Fighting Championship and UFC*

25

26

27

28

- 2 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing Motion Regarding Trial Conflict was served on February 20, 2024 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.


/s/   *William A. Isaacson*
William A. Isaacson

ZUFFA, LLC'S MOTION REGARDING TRIAL CONFLICT     Case No.: 2:15-cv-01045-RFB-(BNW)