WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, NV 89101

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

*Attorneys for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>v.<br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>  Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**[PROPOSED] ORDER GRANTING ZUFFA, LLC'S MOTION REGARDING TRIAL CONFLICT** |

1 **[PROPOSED] ORDER**

2  Before this Court is Defendant's Motion Regarding Trial Conflict. Having fully

3 considered the scheduling conflicts of counsel pertaining to the April 15, 2024 trial date

4 currently scheduled in *Le* v. *Zuffa*, LLC, No. 2:15-cv-01045-RFB-BNW, and compelling reasons

5 having been shown, the Court hereby orders that:

6  The Motion is GRANTED and trial is continued in the discretion of the court for the date

7 of _____.

8

9 IT IS SO ORDERED.

10

11 DATED: _____, 2024          By: _____

12                         Hon. Richard F. Boulware, II
                         UNITED STATES DISTRICT JUDGE
13