Clerk Entries

2:15-cv-01045-RFB-BNW Le et al v. Zuffa, LLC

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 12/18/2023 at 3:4
Case Name: Le et al v. Zuffa, LLC
Case Number: 2:15-cv-01045-RFB-BNW
Filer:
Document Number: 942(No document attached)

**Docket Text:**
NOTICE TO COUNSEL PURSUANT TO LOCAL RUL
comply with completion and filing of the Verified P
form is available on the Court's website - www.nv
for the court's electronic filing system at PACER w
Petition due by 1/1/2024. (no image attached) (CJS

2:15-cv-01045-RFB-BNW Notice has been electronically

Brian D Shapiro    brian@brianshapirolaw.com, 6855036４
connie@brianshapirolaw.com, kristin@trusteeshapiro.com

Don Springmeyer    d.springmeyer@kempjones.com, c.mi

Donald J. Campbell    djc@cwlawlv.com, cbb@cwlawlv.c
maw@cwlawlv.com, pre@cwlawlv.com, rpr@cwlawlv.co

J Colby Williams    jcw@cwlawlv.com, anr@cwlawlv.c
maw@cwlawlv.com, nsh@cwlawlv.com, pre@cwlawlv.

Eric D. Hone    ehone@hone.law, Jzimmerman@hone.law
lgodfrey@hone.law

Michael C. Dell'Angelo    mdellangelo@bm.net, courtmai

David Marroso    dmarroso@omm.com, brookejenkins@o

Ellen T. Noteware    enoteware@bm.net

William A. Isaacson    wisaacson@paulweiss.com, DCran
jholdip@paulweiss.com, jjolly@paulweiss.com, mao_fedn

Kevin Rayhill    krayhill@saverilawfirm.com, cforthuber@

Joseph R. Saveri    jsaveri@saverilawfirm.com, agetzell@
dvandemortel@saverilawfirm.com, hhaile@saverilawfirm.
rponce@saverilawfirm.com





CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
400 SOUTH VIRGINIA ST. ROOM 301
RENO, NEVADA 89501
OFFICIAL BUSINESS

Benjamin Naftalis
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD