Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Ellen T. Noteware (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: enoteware@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

*Co-Lead Counsel for the Bout Class and Attorneys for Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' RESPONSE TO ZUFFA, LLC'S MOTION REGARDING TRIAL CONFLICT** |

Yesterday, Defendant Zuffa, LLC ("Defendant") submitted a motion seeking, yet again, to postpone the long-awaited trial in this matter, based on a purported conflict with a case set for trial in the District of Delaware beginning April 5, 2024. This Court has already denied this request on several occasions, and should do so again, as the purported conflict is illusory and the Delaware trial will be far easier to reschedule than this one.

On February 20, 2024, defense counsel's law firm submitted a letter to the Honorable Richard G. Andrews, who is presiding over the Delaware case. That letter is attached hereto as Exhibit A. The letter notes that opposing counsel in the Delaware case *does not oppose a continuance of that trial*, and counsel in the Delaware case jointly propose two sets of alternative dates in July-August of this year that would work for both sets of counsel. Ex. A hereto, at 1. Moreover, trial in the Delaware case is expected to last "five to seven days." *Id*. A five- to seven-day trial would, of course, be significantly easier to reschedule than the four-week trial anticipated in this matter. Finally, there is a motion for summary judgment pending in the Delaware case that could affect the timing of that trial or obviate the need for trial altogether. *Id*.[1]

For these reasons, and for all the reasons for which this Court previously denied Defendant's repeated requests to postpone the upcoming trial of this matter, Defendant's motion should be denied.

---

[1] The trial date in the Delaware matter does not appear to be a firm date; trial in that matter is set to begin on April 5, 2024, "or as soon thereafter as convenient for the Court." *See* Exhibit B, hereto.

1

Case No.: 2:15-cv-01045-RFB-BNW

Dated: February 21, 2024               Respectfully submitted,

*/s/ Eric L. Cramer*
Eric L. Cramer (*pro hac vice*)
Michael C. Dell'Angelo (*pro hac vice*)
Ellen T. Noteware (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
Najah Jacobs (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: enoteware@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (*pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Richard A. Koffman (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Daniel Silverman (*pro hac vice*)
Daniel L. Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Christopher Young (*pro hac vice*)
Itak Moradi (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr., Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

3

Case No.: 2:15-cv-01045-RFB-BNW

PLAINTIFFS' RESPONSE TO ZUFFA, LLC'S MOTION REGARDING TRIAL CONFLICT

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiffs' Response to Zuffa, LLC's Motion Regarding Trial Conflict was served on February 21, 2024, via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

/s/ *Eric L. Cramer*
Eric L. Cramer