# Exhibit A

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1313 NORTH MARKET STREET, SUITE 806, POST OFFICE BOX 32, WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

2029 CENTURY PARK EAST, SUITE 2000
LOS ANGELES, CALIFORNIA 90067-3006
TELEPHONE: (310) 982-4350

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

WRITER'S DIRECT DIAL NUMBER

(302) 655-4423

WRITER'S DIRECT E-MAIL ADDRESS

mstachel@paulweiss.com

WRITER'S DIRECT FACSIMILE

(302) 397-2682

February 20, 2024

**VIA CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

Re: *International Construction Products LLC* v. *Caterpillar Inc.*, No. 1:15-cv-00108

Dear Judge Andrews:

  We write on behalf of Plaintiff International Construction Products LLC ("ICP") to respectfully request that the Court briefly continue the currently-scheduled <u>April 5, 2024</u> trial date (and corresponding pre-trial deadlines) to a trial during the period June 24-July 3, 2024 or July 22-August 12, 2024, which are available for both parties, subject to the Court's availability. We have conferred with counsel for Defendant Caterpillar Inc. ("Caterpillar"). Caterpillar is prepared to proceed to trial (if necessary after the Court rules on Caterpillar's pending motion for summary judgment) on the Court's existing schedule without modification, but it does not oppose ICP's request for a continuance, so long as Caterpillar's counsel is available on the new date set by the Court, if the Court chooses a different date from those above.

  Your Honor scheduled the trial in this nine-year-old matter, which is anticipated to last five to seven days, to begin <u>on April 5, 2024 (or as soon thereafter as convenient for the Court)</u>. D.I. 532 ¶ 10. The parties' pre-trial submissions are presently due on March 19, and the pre-trial conference is currently scheduled for March 22 (or as soon thereafter as convenient for the Court). *Id.* ¶ 9.

  ICP's lead trial counsel, William Isaacson, now has another court-ordered four-week federal trial scheduled to begin on April 15, 2024. *Le et al.* v. *Zuffa, LLC*, Case No. 2:15-cv-01045-RFB-BNW (D. Nev.) (originally filed in the Northern District of California, Case No. 5:14-cv-05484-EJD). That case also has been pending for almost ten years.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Richard G. Andrews     2

Although Mr. Isaacson repeatedly advised the Honorable Richard F. Boulware II—the judge presiding over the Nevada case—of the trial date in this matter (and did so before Judge Boulware set the trial date in the Nevada case), Judge Boulware determined that the trial in the Nevada matter had to begin in mid-April, even though it overlapped with the trial date for this matter. In entering his order, Judge Boulware offered to speak with Your Honor directly to discuss the conflicting trial dates.

ICP will be substantially prejudiced by anything but a brief adjournment of the trial in this matter. Mr. Isaacson is ICP's chosen trial counsel and has represented ICP for many years. A brief extension of the trial date in this matter would balance those concerns and serve the interests of justice.

### Background

Trial in this case was originally scheduled for February 5, 2024. D.I. 467 ¶ 12. Earlier this year, on May 2, 2023, Your Honor rescheduled the trial in this matter, which is anticipated to last five to seven days, to begin <u>on April 5, 2024</u>. D.I. 532 ¶ 10.

On January 19, 2024, however, Judge Boulware scheduled a four-week trial in the Nevada case to begin <u>on April 15, 2024</u>. Well before Judge Boulware set that trial date, as soon as it became apparent that trial in the Nevada case might be scheduled on overlapping dates with trial in this matter, Mr. Isaacson notified Judge Boulware of the conflict on three separate occasions: first, at an August 21, 2023 case management conference; then, in writing in a September 29, 2023 filing; and then again, during a November 21, 2023 motion hearing. (Ex. 1, Defendants' Notice of Pre-Existing Conflict with Tentative Trial Date; Ex. 2, Excerpt from Transcript of November 21, 2023 Motion Hearing.) Nonetheless, Judge Boulware scheduled the trial in the Nevada case to begin <u>April 15, 2024</u>, and advised that he is "not going to move the trial date." Judge Boulware explained that the Nevada case is older than this case, and that his trial schedule prevents the Nevada case from being scheduled until months later. Judge Boulware noted that he would be "happy to reach out to the Court in [this] case to let the Court know why [he] is not going to move the trial date." (Ex. 2.)

### Argument

ICP appreciates the complications its requested continuance may cause and apologizes for the resulting inconvenience. Absent the conflict with the Nevada case, ICP would not be requesting a continuance. ICP submits that it is critical that Mr. Isaacson be available to act as its lead trial counsel in this matter. Boies Schiller Flexner LLP ("Boies Schiller") initially represented ICP when it first filed this case, but the lawyers from Boies Schiller who represented ICP are now at different firms. In 2020, when Mr. Isaacson left Boies Schiller to join Paul, Weiss, Rifkind, Wharton & Garrison ("Paul, Weiss"), ICP specifically chose Mr. Isaacson to continue to represent it and to litigate and try this

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Richard G. Andrews										3

action. Mr. Isaacson has been leading this case and is the only Paul, Weiss partner who has worked on the matter, and, in ICP's view, is indispensable to a trial of ICP's claims.

With the Nevada case set for trial <u>on April 15, 2024</u>, it would be impossible for Mr. Isaacson to attend pretrial proceedings for both trials, and it would be impossible to effectively prepare to try that case while he is in trial in this case. It would be highly prejudicial to ICP if it were required to try this matter without Mr. Isaacson, its chosen counsel.

ICP recognizes that there remains the possibility that the Nevada case could be resolved without the need for a trial. Because of that possibility and because ICP has been eager to obtain relief in this matter, which has been pending for more than nine years, ICP had hoped that it would not be necessary to seek to move the trial date in this matter. But, because the pretrial conference in this matter is set for <u>March 22, 2024</u>, and the Nevada case has not yet resolved, ICP is making this request now, rather than waiting, which might be even more disruptive to the Court and the parties.

This Court and other courts in the Third Circuit have previously adjusted trial schedules in light of counsel's conflicts. *E.g.*, *Mitek Systems, Inc.* v. *TIS America Inc.* et al., No. 12-1208-RGA (D. Del. June 26, 2014), ECF Nos. 80, 83 (rescheduling a hearing at the request of counsel in light of counsel's scheduling conflict); *Penneco Pipeline Corp. et al*. v. *K. Petroleum, Inc.*, No. 18-cv-00248 (W.D. Pa. Feb. 12, 2020), ECF Nos. 105, 110 (granting a motion to continue trial where lead counsel had a scheduling conflict); *Eva M. Coronel* v. *Bank of America*, No. 19-cv-08492 (D. N.J. Dec. 27, 2022), ECF No. 276 (same). Counsel for ICP respectfully requests a brief continuance, subject to the Court's availability, due to this unavoidable conflict, so that ICP may be represented at trial by the counsel of its choice, who has long experience with the case and is indispensable.

We are available at the Court's convenience to discuss this request or address any questions Your Honor has.

										Respectfully submitted,

										*/s/ Matthew D. Stachel*

										Matthew D. Stachel (No. 5419)

cc: All Counsel of Record (by CM/ECF)

# EXHIBIT 1

| | |
|---|---|
| 1 | WILLIAM A. ISAACSON *(pro hac vice)* |
| 2 | (wisaacson@paulweiss.com)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 3 | 2001 K Street, NW<br>Washington, DC 20006 |
| 4 | Telephone: (202) 223-7313; Fax: (202) 379-4937 |
| 5 | DONALD J. CAMPBELL #1216<br>(djc@cwlawlv.com) |
| 6 | J. COLBY WILLIAMS #5549<br>(jcw@cwlawlv.com) |
| 7 | CAMPBELL & WILLIAMS<br>710 South 7th Street, Las Vegas, NV 89101 |
| 8 | Telephone: (702) 382-5222; Fax: (702) 382-0540 |
| 9 | *Attorneys for Defendants Zuffa, LLC,*<br>*and Endeavor Group Holdings, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ZUFFA, LLC (d/b/a Ultimate Fighting Championship and UFC),<br><br>Defendants. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DEFENDANTS' NOTICE OF PRE-EXISTING CONFLICT WITH TENTATIVE TRIAL DATE** |

DEFENDANTS' NOTICE OF PRE-EXISTING CONFLICT WITH TENTATIVE TRIAL DATE

|  |  |
|---|---|
| 1 | Defendants Zuffa, LLC, and Endeavor Group Holdings, Inc., respectfully file this notice to bring to the Court's attention undersigned counsel's pre-existing conflict with the tentative trial date recently set in *Le v. Zuffa, LLC*, No. 2:15-cv-01045-RFB-BNW. |

Defendants Zuffa, LLC, and Endeavor Group Holdings, Inc., respectfully file this notice to bring to the Court's attention undersigned counsel's pre-existing conflict with the tentative trial date recently set in *Le v. Zuffa, LLC*, No. 2:15-cv-01045-RFB-BNW.

On September 5, 2023, the Court notified counsel that it had tentatively set the *Le* matter for trial on Monday, April 8, 2024. As previewed during the August 22, 2023, case management conference, the undersigned lead counsel for Defendant Zuffa has a conflict with that trial date. Hr'g Tr. 33 (Aug. 22, 2023), ECF No. 846. By Order dated May 2, 2023, undersigned counsel is scheduled to begin a 5-7 day jury trial in *International Construction Products LLC v. Caterpillar Inc.*, C.A. No. 15-108-RGA-SRF (D. Del.), on Friday, April 5, 2024. Dkt. 532.

In addition, the undersigned counsel has a status conference in *United States of America, et al. v. Google LLC*, C.A. No. 1:23cv0108 (LMB/JFA) (E.D.V.A.), scheduled for March 15, 2024, in which counsel anticipates a multiweek trial will be set for May and/or June 2024. The government has requested a May 2024 trial date.

Dated: September 29, 2023                     Respectfully submitted,

By    */s/ William A. Isaacson*

William A. Isaacson *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

Donald J. Campbell (Nev. Bar No. 1216)
J. Colby Williams (Nev. Bar No. 5549)
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, NV 89101

*Attorneys for Defendants Zuffa, LLC, and Endeavor Group Holdings, Inc.*

- 1 -
DEFENDANTS' NOTICE OF PRE-EXISTING CONFLICT WITH TENTATIVE TRIAL DATE

# EXHIBIT 2

```
                                                            1
                      ─2:15-cv-01045-RFB-BNW─

 1                     UNITED STATES DISTRICT COURT

 2                          DISTRICT OF NEVADA

 3

 4   CUNG LE, et al.,               )
                                    )
 5                 Plaintiffs,      ) Case No. 2:15-cv-01045-RFB-BNW
                                    )
 6        vs.                       ) Las Vegas, Nevada
                                    ) Friday, November 21, 2023
 7   ZUFFA, LLC, d/b/a Ultimate     ) 11:36 a.m.
     Fighting Championship and      )
 8   UFC,                           ) MOTION HEARING
                                    )
 9                 Defendants.      )
     _____   C E R T I F I E D   C O P Y
10

11

12

13               REPORTER'S TRANSCRIPT OF PROCEEDINGS

14           THE HONORABLE RICHARD F. BOULWARE, II,
                   UNITED STATES DISTRICT JUDGE
15

16

17

18

19   APPEARANCES:       See Pages 2 and 3

20

21
     COURT REPORTER:    Patricia L. Ganci, RMR, CRR
22                      United States District Court
                        333 Las Vegas Boulevard South, Room 1334
23                      Las Vegas, Nevada  89101

24
     Proceedings reported by machine shorthand, transcript produced
25   by computer-aided transcription.
```

PATRICIA L. GANCI, RMR, CRR - (702) 385-0670

Case 2:15-cv-01045-RFB-BNW   Document 975-1   Filed 02/21/24   Page 10 of 17

Case 1:16-cv-01158-RGA-SRF Case 2:15-cv-01045-RFB-BNW Document 661-2 Document 928 Filed 02/10/24 Filed 11/21/23 Page 3 Page of 15 10 of PageID 16 #: 33096

2

2:15-cv-01045-RFB-BNW

```
 1  APPEARANCES:
    For the Plaintiffs:
 2
          DON SPRINGMEYER, ESQ.
 3        WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
          3556 E. Russell Road, 2nd Floor
 4        Las Vegas, Nevada 89120
          (702) 341-5200
 5
          ERIC L. CRAMER, ESQ.
 6        PATRICK F. MADDEN, ESQ.
          BERGER & MONTAGUE, P.C.
 7        1818 Market Street, Suite 3600
          Philadelphia, Pennsylvania 19103
 8        (215) 875-3000

 9        JOSEPH R. SAVERI, ESQ.
          THE JOSEPH SAVERI LAW FIRM, INC.
10        555 Montgomery Street, Suite 1210
          San Francisco, California 94111
11        (415) 500-6800

12  For Defendant Zuffa, LLC:

13        J. COLBY WILLIAMS, ESQ.
          CAMPBELL & WILLIAMS
14        700 South 7th Street
          Las Vegas, Nevada 89101
15        (702) 382-5222

16        WILLIAM A. ISAACSON, ESQ.
          JESSICA PHILLIPS, ESQ.
17        PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
          2001 K Street, NW
18        Washington, DC 20006
          (202) 223-7300
19
          CHRISTOPHER S. YATES, ESQ.
20        LATHAM & WATKINS, LLP
          505 Montgomery Street, Suite 2000
21        San Francisco, California 94111
          (415) 395-8157
22

23

24

25
```

PATRICIA L. GANCI, RMR, CRR - (702) 385-0670

64

2:15-cv-01045-RFB-BNW

```
 1  issue a separate written order.  My reasons outlined here today
 2  on the record as well as the reasons that I will include in the
 3  minute order will be the final order of the Court as relates to
 4  these motions.
 5          Any questions, Mr. Cramer, about what the Court has
 6  ordered today?
 7          MR. CRAMER:  No, Your Honor.  Thank you.
 8          THE COURT:  Mr. Yates, any questions about that?
 9          MR. YATES:  No, Your Honor.
10          MR. ISAACSON:  Your Honor, no questions, but just, you
11  know, I had previously informed you I have a trial date on the
12  same -- on the same date.  And there are motions pending in that
13  case.
14          THE COURT:  As I understand it, Mr. Isaacson, that case
15  is not as old as this case.  This case is much older than the
16  case at least that I thought that you had identified.  I'm happy
17  to reach out to the Court in that case to let the Court know why
18  I'm not going to move the trial date, but I don't intend to move
19  the trial date, in part, because of my own trial schedule.  I
20  can't try the case much later without it pushing months later in
21  my own schedule, and so the window that I've given you is the
22  window that I have.  But I'm not going to move the trial date at
23  this point in time.
24          MR. ISAACSON:  All right, Your Honor.
25          THE COURT:  All right.  Mr. Cramer?
```

PATRICIA L. GANCI, RMR, CRR - (702) 385-0670

2:15-cv-01045-RFB-BNW

```
                        --oOo--

              COURT REPORTER'S CERTIFICATE


      I, PATRICIA L. GANCI, Official Court Reporter, United
States District Court, District of Nevada, Las Vegas, Nevada,
certify that the foregoing is a correct transcript from the
record of proceedings in the above-entitled matter.


Date:  November 21, 2023.

                              /s/ Patricia L. Ganci

                              Patricia L. Ganci, RMR, CRR
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION PRODUCTS LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 15-108-RGA-SRF<br>)<br>) |
| CATERPILLAR INC. et al., | )<br>) |
| Defendants. | )<br>)<br>) |

**<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1</u>**

I, Matthew D. Stachel, counsel for plaintiff International Construction Products LLC ("Plaintiff"), hereby certify that on February 13, 14, 16, and 18-20 counsel for Plaintiff, including Delaware counsel, has conferred (including orally) with counsel for defendant Caterpillar Inc., including Delaware counsel, regarding Plaintiff's request for a continuance of the trial currently scheduled for April 5, 2024 (and corresponding pretrial deadlines, including the pretrial conference currently scheduled for March 22, 2024). As noted in the request, Defendant Caterpillar does not oppose ICP's request so long as Caterpillar and its counsel is available on any rescheduled dates.

|  |  |
|---|---|
|  | PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP |
|  |  |
|  | By: */s/ Matthew D. Stachel* |
| OF COUNSEL: | Matthew D. Stachel (No. 5419) |
|  | 1313 North Market Street, Suite 806 |
| William A. Isaacson (*pro hac vice*) | P.O. Box 32 |
| Amy J. Mauser (*pro hac vice*) | Wilmington, DE 19899-0032 |
| David E. Cole (*pro hac vice*) | Tel.: (302) 655-4410 |
| PAUL, WEISS, RIFKIND, | Fax: (302) 655-4420 |
|   WHARTON & GARRISON LLP | mstachel@paulweiss.com |
| 2001 K Street, NW |  |
| Washington, DC 20006-1047 | *Attorneys for Plaintiff* |
| Tel.: (202) 223-7300 |  |
| Fax: (202) 223-7420 |  |
| wisaacson@paulweiss.com |  |
| amauser@paulweiss.com |  |
| dcole@paulweiss.com |  |

Dated:  February 20, 2024

## CERTIFICATION OF WILLIAM A. ISAACSON

I, William A. Isaacson, lead counsel for Plaintiff, International Construction Products, LLC, hereby certify under penalties of perjury as provided by federal law that I have discussed the foregoing request for a continuance of trial and forwarded my client a draft of the request and that my client, International Construction Products, LLC, approves of and has authorized the filing of this request for extension.

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

*Of Counsel*:

By:   */s/ William A. Isaacson*
       William A. Isaacson

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

William A. Isaacson (*pro hac vice*)
Amy J. Mauser (*pro hac vice*)
David E. Cole (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
wisaacson@paulweiss.com
amauser@paulweiss.com
dcole@paulweiss.com

Dated:  February 20, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION PRODUCTS LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>CATERPILLAR INC., et al,<br><br>                Defendants, | Case No. 15-cv-108-RGA-SRF |

**[PROPOSED] ORDER GRANTING UNOPPOSED REQUEST FOR CONTINUANCE**

Upon consideration of Plaintiff International Construction Products LLC's ("ICP") unopposed request for a continuance of the currently-scheduled April 5, 2024 trial date (and corresponding pre-trial deadlines, including the currently-scheduled March 22, 2024 pretrial conference) and all papers submitted in connection therewith, it is **HEREBY ORDERED THIS** ___ day of _____, 2024, that:

1. ICP's request is **GRANTED**.

2. On _____, **2024** (**or as soon thereafter as convenient for the Court**), the Court will hold a Rule 16(e) final pretrial conference in Court with counsel beginning at 9:00 a.m. The parties shall file a joint proposed final pretrial order in compliance with Local Rule 16.3(c) no later than 5 p.m. on the third business day before the date of the final pretrial conference. Unless otherwise ordered by the Court, the parties shall comply with the timeframes set forth in Local Rule 16.3(d) for the preparation of the proposed joint final pretrial order.

3. The matter is scheduled for a 5-7 day jury trial beginning at 9:30 a.m. on _____, **2024** (**or as soon thereafter as convenient for the Court**), with the

1

subsequent trial days beginning at 9:00 a.m.  Until the case is submitted to the jury for deliberations, the jury will be excused each day at 4:30 p.m. The trial will be timed, as counsel will be allocated a total number of hours in which to present their respective cases.

_____
The Hon. Richard G. Andrews
United States District Court Judge