# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION PRODUCTS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CATERPILLAR INC., et al,<br><br>    Defendants, | Case No. 15-cv-108-RGA-SRF |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE CASE SCHEDULE**

WHEREAS, the Parties agree that a 60-day extension is necessary to complete the remaining Phase II fact discovery and to resolve pending discovery disputes, and such an extension would affect the other existing deadlines and the trial date;

WHEREAS, the parties previously endeavored to complete depositions by May 10, 2023 and agreed to meet and confer in good faith about a deposition schedule once Caterpillar has a reasonable opportunity to review additional documents produced by ICP;

WHEREAS, the parties are still conferring in good faith to resolve potential discovery disputes regarding certain issues, including Caterpillar's questions around ICP's document preservation and production efforts and depositions;

WHEREAS, while the parties and the witnesses do not waive any rights or objections to the notices and/or related subpoenas, the parties agree that the remaining Phase 2 discovery deadlines should be extended to allow the parties to attempt to resolve fact discovery issues and complete fact discovery before proceeding with expert discovery, dispositive motions, and trial;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that each of the remaining case deadlines be extended by 60 days (adjusted, as needed, for weekends and holidays) as follows:

1. On or before **July 10, 2023**, subject to the parties' respective objections and their resolution either through agreement or, if needed, by the Court, the parties shall conduct the remaining fact depositions;[1]

2. On **July 10, 2023**, ICP shall serve its Rule 26(a)(2) disclosure of expert testimony, as it pertains to Phase II.

3. On or before **August 1, 2023**, Caterpillar shall conduct the deposition of ICP's expert with regard to Phase II.

4. On **August 29, 2023**, Caterpillar shall serve its Rule 26(a)(2) disclosure of expert testimony, as it pertains to Phase II.

5. On or before **September 19, 2023**, ICP shall conduct the deposition of Caterpillar's expert with regard to Phase II.

6. On **October 10, 2023**, the parties shall file any further motions for summary judgment.

7. On **November 13, 2023**, the parties shall file any oppositions to any motions for summary judgment filed by another party.

8. On **December 4, 2023**, the parties shall file any replies in further support of any motions for summary judgment they filed.

---

[1] Specifically, the "remaining fact depositions" refers to Caterpillar noticed depositions of International Construction Products LLC ("ICP"), Matt Borum, Leah Joseph, Wes Lee, Eric Teague, Jim Teague, Michelle Teague, Jean Willoughby, John Johnson, Joseph Hanneman, John Taaffe, Joseph Frank, Tim Frank, and third-party Liquidity Services, Inc. This also includes ICP's noticed deposition of Caterpillar.

9. On **March 22, 2024 (or as soon thereafter as convenient for the Court)**, the Court will hold a Rule 16(e) final pretrial conference in Court with counsel beginning at 9:00 a.m. The parties shall file a joint proposed final pretrial order in compliance with Local Rule 16.3(c) no later than 5 p.m. on the third business day before the date of the final pretrial conference. Unless otherwise ordered by the Court, the parties shall comply with the timeframes set forth in Local Rule 16.3(d) for the preparation of the proposed joint final pretrial order.

10. The matter is scheduled for an 8-10 [5-7] day jury trial beginning at 9:30 a.m. on **April 5, 2024 (or as soon thereafter as convenient for the Court)**, with the subsequent trial days beginning at 9:00 a.m. Until the case is submitted to the jury for deliberations, the jury will be excused each day at 4:30 p.m. The trial will be timed, as counsel will be allocated a total number of hours in which to present their respective cases.

11. All other remaining deadlines and terms of the Stipulation and Scheduling Order (D.I. 329) shall remain in effect.

Dated: May 2, 2023

| | |
|---|---|
| OF COUNSEL:<br>Heather S. Choi<br>Paul C. Cuomo<br>BAKER BOTTS L.L.P.<br>700 K St., N.W.<br>Washington, D.C. 20001<br>(202) 639-7700<br>paul.cuomo@bakerbotts.com<br>heather.choi@bakerbotts.com<br><br>Joseph A. Ostoyich<br>Clifford Chance LLP<br>2001 K Street, NW<br>Washington, DC 20006-1001<br>Telephone: (202) 253-9077<br>joseph.ostoyich@cliffordchance.com | */s/ David J. Baldwin*<br>David J. Baldwin (No. 1010)<br>Peter C. McGivney (No. 5779)<br>BERGER HARRIS, LLP<br>1105 N. Market St., 11th Floor<br>(302) 655-1140<br>dbaldwin@bergerharris.com<br>Wilmington, DE 19801<br><br><br><br><br><br>*Attorneys for Defendant Caterpillar Inc.* |
| OF COUNSEL:<br>William A. Isaacson<br>Amy J. Mauser<br>David Cole<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, D.C. 20006-1047<br>(202) 223-7300 | */s/ Matthew D. Stachel*<br>Matthew D. Stachel (No. 5419)<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>500 Delaware Avenue, Suite 200<br>Post Office Box 32<br>Wilmington, DE 19899<br>(302) 655-4410<br>mstachel@paulweiss.com<br><br>*Attorneys for the Plaintiff International Construction Products LLC* |

SO ORDERED this ___ day of May, 2023.

_Richard G. Andrews_
United States District Judge

4