1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Cung Le, Nathan Quarry, Jon Fitch,
Brandon Vera, Luis Javier Vazquz, and Kyle
Kingsbury,

          Plaintiff(s),

      vs.

Zuffa, LLC, d/b/a Ultimate Fighting
Championship and UFC,

          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:15-cv-01045

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Aaron T. Chiu_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Latham & Watkins LLP
(firm name)

with offices at _____505 Montgomery St. Suite 2000_____,
(street address)

_____San Francisco_____, _____California_____, 94111-6538
(city)                  (state)           (zip code)

_____(415) 391-0600_____, _____Aaron.Chiu@lw.com_____.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Zuffa, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____12/06/2012_____, Petitioner has been and presently is a
                                  (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Second Circuit | 08/20/2021 | |
| U.S. Court of Appeals for the Ninth Circuit | 08/01/2013 | |
| U.S. District Court for the Northern District of CA | 06/12/2014 | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California (287788)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                             )
COUNTY OF _____California_____ )

_____Aaron T. Chiu_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___2nd___ day of ___February___, 2024 .

(Please See Attached)
_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
### THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____J. Colby Williams_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____710 South 7th Street_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89101_____,
(city)                (state)              (zip code)

_____(702) 382-5222_____, _____jcw@cwlawlv.com_____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ J. Colby Williams _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

/s/ Riché T. McKnight
_____
(party's signature)

Riché T. McKnight, EVP & General Counsel
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5549                          jcw@cwlawlv.com
_____
Bar number                   Email address

APPROVED:

Dated: this __23__ day of ___February___, 20_24_ .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____
_____
_____
_____
_____
_____

_____     _____
*Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (if any)*

---

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of  San Francisco

SEAN ARTHUR MCGLAMERY
Notary Public - California
San Francisco County
Commission # 2329834
My Comm. Expires Jun 20, 2024

Subscribed and sworn to (or affirmed) before me

on this  2nd  day of  February , 20 24 ,

by           *Date*              *Month*              *Year*

(1)  Aaron T. Chiu
_____

(and (2)_____ ),
                    *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                *Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

━━━━━━━━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━━━━━━━━

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____  Document Date: _____

Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *AARON TUEN FAI CHIU*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that AARON TUEN FAI CHIU, #287788, was on the 6th day of December 2012 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 2nd day of November 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
·T. Ma Deputy Clerk