# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CUNG LE, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>ZUFFA, LLC,<br><br>    Defendant(s). | Case No. 2:15-cv-01045-RFB-BNW<br><br>**Order** |

The parties have informed the Court that they are engaged in private mediation. As such, the settlement conference set in this case is hereby VACATED. The parties must file a joint status report regarding the mediation by March 11, 2024.

IT IS SO ORDERED.

Dated: February 26, 2024

_____
Nancy J. Koppe
United States Magistrate Judge