**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CHUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERRA, LUIS JAVIER VASQUEZ, and KYLE KINGSBURY, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC D/B/A ULTIMATE FIGHTING CHAMPIONSHIP AND UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW<br><br>**ORDER** |

Before the Court is the Motion to Withdraw as an Interested Party from Litigation by Interested Party Sparacino, PLLC (ECF No. 957).

Pursuant to the Motion filed by Sparacino **IT IS HEREBY ORDERED** that Sparacino, PLLC, is WITHDRAWN and is no longer an interested party in this litigation.

**IT IS FURTHER ORDERED** that the Clerk of Court will update the docket to reflect the withdrawal and termination of Sparacino, PLLC, from this litigation.

**DATED:** February 23, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**