| | | |
|---|---|---|
| 1 | ERIC L. CRAMER (*Pro hac vice*) <br> BERGER MONTAGUE PC | CHRISTOPHER S. YATES (*Pro hac vice*) <br> chris.yates@lw.com |
| 2 | 1818 Market Street, Suite 3600 <br> Philadelphia, PA 19103 | LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 |
| 3 | Telephone: (215) 875-3000 <br> Facsimile: (215) 875-4604 | San Francisco, CA 94111 |
| 4 | ecramer@bm.net | WILLIAM A. ISAACSON (*Pro hac vice*) |
| 5 | JOSEPH R. SAVERI (*Pro hac vice*) | wisaacson@paulweiss.com |
| 6 | JOSEPH SAVERI LAW FIRM, LLP <br> 601 California Street, Suite 1200 | JESSICA PHILLIPS (*Pro hac vice*) <br> jphillips@paulweiss.com |
| 7 | San Francisco, California 94108 <br> Telephone: (415) 500-6800 | PAUL, WEISS, RIFKIND, WHARTON& <br> GARRISON LLP |
| 8 | Facsimile: (415) 395-9940 <br> jsaveri@saverilawfirm.com | 2001 K Street, NW <br> Washington, DC 20006 |
| 9 | RICHARD A. KOFFMAN (*Pro hac vice*) | DONALD J. CAMPBELL |
| 10 | COHEN MILSTEIN SELLERS & TOLL, <br> PLLC | J. COLBY WILLIAMS <br> CAMPBELL & WILLIAMS |
| 11 | 1100 New York Ave., N.W., Suite 500, East <br> Tower | 710 South Seventh Street, Ste. A <br> Las Vegas, NV 89101 |
| 12 | Washington, DC 20005 <br> Telephone: (202) 408-4600 | Telephone: (702) 382-5222 <br> Facsimile: (702) 382-0540 |
| 13 | Facsimile: (202) 408 4699 <br> rkoffman@cohenmilstein.com | Email: djc@cwlawlv.com <br> Email: jcw@cwlawlv.com |
| 14 | *Co-Lead Counsel for the Le Class and* | *Attorneys for Defendant Zuffa, LLC* |
| 15 | *Attorneys for All Individual and* <br> *Representative Plaintiffs* | [Additional Counsel Listed on Signature Page] |
| 16 | [Additional Counsel Listed on Signature Page] | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vasquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, | **No.: 2:15-cv-01045-RFB-BNW** |
| 21 | | **STIPULATION REGARDING ZUFFA,** |
| 22 | Plaintiffs, | **LLC'S AMENDED TRIAL BRIEF** |
| 23 | v. | |
| 24 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 25 | | |
| 26 | Defendant. | |

**STIPULATION REGARDING ZUFFA, LLC'S AMENDED TRIAL BRIEF**   CASE NO. 2:21-CV-1189-RFB-BNW

Defendant Zuffa, LLC ("Zuffa") has filed an Amended Trial Brief, Dkt. 983, that makes changes to two sentences in its February 22, 2024 Trial Brief, Dkt. 979. In light of the amended filing, the Parties jointly request that Zuffa's February 22, 2024 Trial Brief, Dkt. 979, be removed from the docket and replaced with Zuffa's Amended Trial Brief, Dkt. 983.

Respectfully Submitted,

By: */s/ Eric L. Cramer*
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
Najah Jacobs (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Richard A. Koffman (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Daniel Silverman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

Joseph R. Saveri (*pro hac vice*)

Dated:  February 27, 2024

By: */s/ Christopher S. Yates*
CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8095

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

DAVID L. JOHNSON (*Pro hac vice*)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

BRETTE M. TANNENBAUM (*Pro hac vice*)

| | | |
|---|---|---|
| 1 | Kevin E. Rayhill (*pro hac vice*) | btannenbaum@paulweiss.com |
| 2 | JOSEPH SAVERI LAW FIRM, INC. | YOTAM BARKAI (*Pro hac vice*) |
| | 601 California St., Suite 1000 | ybarkai@paulweiss.com |
| 3 | San Francisco, CA 94108 | PAUL, WEISS, RIFKIND, WHARTON & |
| | Telephone: +1 (415) 500-6800 | GARRISON LLP |
| 4 | Facsimile: +1 (415) 395-9940 | 1285 Avenue of the Americas |
| | Email: jsaveri@saverilawfirm.com | New York, NY 10019 |
| 5 | Email: krayhill@saverilawfirm.com | |
| 6 | | |
| | *Co-Lead Counsel for the Le Class and* | DONALD J. CAMPBELL (No. 1216) |
| 7 | *Attorneys for Individual and Representative* | djc@campbellandwilliams.com |
| | *Plaintiffs* | J. COLBY WILLIAMS (No. 5549) |
| 8 | | jcw@campbellandwilliams.com |
| | Don Springmeyer (Bar No. 1021) | CAMPBELL & WILLIAMS |
| 9 | KEMP JONES, LLP | 700 South 7th Street |
| | 3800 Howard Hughes Parkway, 17th Floor | Las Vegas, Nevada 89101 |
| 10 | Las Vegas, Nevada 89169 | Tel: (702) 382-5222 |
| 11 | Telephone: + 1 (702) 385-6000 | |
| | Facsimile: + 1 (702) 385-6001 | *Attorneys for Defendants Zuffa, LLC* |
| 12 | Email: dspringmeyer@kempjones.com | |

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (*pro hac vice*)
Jerome K. Elwell (*pro hac vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

2

**STIPULATION REGARDING ZUFFA, LLC'S AMENDED TRIAL BRIEF**  CASE NO.: 2:15-CV-01045-RFB

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Joint Stipulated Pre-Trial Schedule was served on February 27, 2024, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

>  /s/ Christopher S. Yates
>  Christopher S. Yates of
>  LATHAM & WATKINS LLP