| | | |
|---|---|---|
| 1 | ERIC L. CRAMER (*Pro hac vice*)<br>BERGER MONTAGUE PC | CHRISTOPHER S. YATES (*Pro hac vice*)<br>chris.yates@lw.com |
| 2 | 1818 Market Street, Suite 3600<br>Philadelphia, PA 19103 | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000 |
| 3 | Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604 | San Francisco, CA 94111 |
| 4 | ecramer@bm.net | WILLIAM A. ISAACSON (*Pro hac vice*) |
| 5 | JOSEPH R. SAVERI (*Pro hac vice*) | wisaacson@paulweiss.com |
| | JOSEPH SAVERI LAW FIRM, LLP | JESSICA PHILLIPS (*Pro hac vice*) |
| 6 | 601 California Street, Suite 1200<br>San Francisco, California 94108 | jphillips@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON& |
| 7 | Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940 | GARRISON LLP<br>2001 K Street, NW |
| 8 | jsaveri@saverilawfirm.com | Washington, DC 20006 |
| 9 | RICHARD A. KOFFMAN (*Pro hac vice*) | DONALD J. CAMPBELL |
| | COHEN MILSTEIN SELLERS & TOLL, | J. COLBY WILLIAMS |
| 10 | PLLC | CAMPBELL & WILLIAMS |
| | 1100 New York Ave., N.W., Suite 500, East | 710 South Seventh Street, Ste. A |
| 11 | Tower<br>Washington, DC 20005 | Las Vegas, NV 89101<br>Telephone: (702) 382-5222 |
| 12 | Telephone: (202) 408-4600<br>Facsimile: (202) 408 4699 | Facsimile: (702) 382-0540<br>Email: djc@cwlawlv.com |
| 13 | rkoffman@cohenmilstein.com | Email: jcw@cwlawlv.com |
| 14 | *Co-Lead Counsel for the Le Class and* | *Attorneys for Defendant Zuffa, LLC* |
| | *Attorneys for All Individual and* | |
| 15 | *Representative Plaintiffs* | [Additional Counsel Listed on Signature Page] |
| 16 | [Additional Counsel Listed on Signature Page] | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vasquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, | **No.: 2:15-cv-01045-RFB-BNW** |
| 22 | Plaintiffs, | **STIPULATION REGARDING ZUFFA, LLC'S AMENDED TRIAL BRIEF** |
| 23 | v. | |
| 24 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 26 | Defendant. | |

1  Defendant Zuffa, LLC ("Zuffa") has filed an Amended Trial Brief, Dkt. 983, that
2  makes changes to two sentences in its February 22, 2024 Trial Brief, Dkt. 979. In light of the
3  amended filing, the Parties jointly request that Zuffa's February 22, 2024 Trial Brief, Dkt. 979,
4  be removed from the docket and replaced with Zuffa's Amended Trial Brief, Dkt. 983.

| | |
|---|---|
| Respectfully Submitted, | Dated: February 27, 2024 |
| By: /s/ Eric L. Cramer | By: /s/ Christopher S. Yates |
| Eric L. Cramer (admitted *pro hac vice*) | CHRISTOPHER S. YATES (*Pro hac vice*) |
| Michael Dell'Angelo (admitted *pro hac vice*) | chris.yates@lw.com |
| Patrick F. Madden (admitted *pro hac vice*) | LATHAM & WATKINS LLP |
| Najah Jacobs (admitted *pro hac vice*) | 505 Montgomery Street, Suite 2000 |
| BERGER MONTAGUE PC | San Francisco, CA 94111 |
| 1818 Market St., Suite 3600 | Tel: (415) 395-8095 |
| Philadelphia, PA 19103 | |
| Telephone: +1 (215) 875-3000 | SEAN M. BERKOWITZ (*Pro hac vice*) |
| Email: ecramer@bm.net | sean.berkowitz@lw.com |
| Email: mdellangelo@bm.net | LATHAM & WATKINS LLP |
| Email: pmadden@bm.net | 330 North Wabash Ave, Suite 2800 |
| Email: njacobs@bm.net | Chicago, IL 60611 |
| Joshua P. Davis (admitted *pro hac vice*) | LAURA WASHINGTON (*Pro hac vice*) |
| BERGER MONTAGUE PC | laura.washington@lw.com |
| 505 Montgomery Street, Suite 625 | LATHAM & WATKINS LLP |
| San Francisco, CA 94111 | 10250 Constellation Blvd, Suite 1100 |
| Telephone: +1 (415) 906-0684 | Los Angeles, CA 90067 |
| Email: jdavis@bm.net | |
| | DAVID L. JOHNSON (*Pro hac vice*) |
| Richard A. Koffman (*pro hac vice*) | david.johnson@lw.com |
| Benjamin Brown (*pro hac vice*) | LATHAM & WATKINS LLP |
| Daniel Silverman (*pro hac vice*) | 555 Eleventh Street NW, Suite 1000 |
| COHEN MILSTEIN SELLERS & TOLL PLLC | Washington, D.C. 20004 |
| 1100 New York Ave., N.W., Suite 500 East, Tower | WILLIAM A. ISAACSON (*Pro hac vice*) |
| | wisaacson@paulweiss.com |
| Washington, DC 20005 | JESSICA PHILLIPS (*Pro hac vice*) |
| Telephone: +1 (202) 408-4600 | jphillips@paulweiss.com |
| Facsimile: +1 (202) 408-4699 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Email: rkoffman@cohenmilstein.com | |
| Email: bbrown@cohenmilstein.com | 2001 K Street, NW |
| Email: dsilverman@cohenmilstein.com | Washington, DC 20006 |
| Joseph R. Saveri (*pro hac vice*) | BRETTE M. TANNENBAUM (*Pro hac vice*) |

| | | |
|---|---|---|
| 1 | Kevin E. Rayhill (*pro hac vice*) | btannenbaum@paulweiss.com |
| 2 | JOSEPH SAVERI LAW FIRM, INC. | YOTAM BARKAI (*Pro hac vice*) |
| | 601 California St., Suite 1000 | ybarkai@paulweiss.com |
| 3 | San Francisco, CA 94108 | PAUL, WEISS, RIFKIND, WHARTON & |
| | Telephone: +1 (415) 500-6800 | GARRISON LLP |
| 4 | Facsimile: +1 (415) 395-9940 | 1285 Avenue of the Americas |
| | Email: jsaveri@saverilawfirm.com | New York, NY 10019 |
| 5 | Email: krayhill@saverilawfirm.com | |

*Co-Lead Counsel for the Le Class and Attorneys for Individual and Representative Plaintiffs*

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Attorneys for Defendants Zuffa, LLC*

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (*pro hac vice*)
Jerome K. Elwell (*pro hac vice*)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __February 27, 2024__

2

**STIPULATION REGARDING ZUFFA, LLC'S AMENDED TRIAL BRIEF**   CASE NO.: 2:15-CV-01045-RFB

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Joint Stipulated Pre-Trial Schedule was served on February 27, 2024, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/  Christopher S. Yates
Christopher S. Yates of
LATHAM & WATKINS LLP