ERIC L. CRAMER (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

JOSEPH R. SAVERI (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

RICHARD A. KOFFMAN (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W.,
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
rkoffman@cohenmilstein.com

*Counsel for the Class and Attorneys for All Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE NO. 1 TO STRIKE DEFENDANT'S UNTIMELY DISCLOSED WITNESSES FROM DEFENDANT'S WITNESS LIST AND EXCLUDE UNTIMELY WITNESSES FROM TESTIFYING AT TRIAL** |

I, Joseph R. Saveri, Esq., declare and state as follows:

1. I and am the founder of the Joseph Saveri Law Firm, LLP and one of the Court appointed Co-Lead Class Counsel to represent the Bout Class in Le v. Zuffa, LLC, No. 2:15-cv-1045 (D. Nev.). I am a member in good standing of the California bar and have been admitted pro hac vice in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them. I make this declaration pursuant to 28 U.S.C. § 1746.

2. Attached as **Exhibit A** is a true and correct copy Defendant Zuffa, LLC's Preliminary Witness List dated February 2, 2024.

3. Attached as **Exhibit B** is a true and correct copy of Defendant Zuffa, LLC's Rule 26(a)(1) Initial Disclosures served on and dated May 8, 2015.

4. Attached as **Exhibit C** is a true and correct copy of Plaintiffs' Rule 26(a)(1) Initial Disclosures served on and dated May 8, 2015.

5. Attached as **Exhibit D** is a true and correct copy of Defendant Zuffa, LLC's Rule 26(a)(1) Supplemental Disclosures served on and dated December 22, 2023.

6. On February 13, 2024, in response to an email exchange from Plaintiffs' counsel Eric Cramer regarding the thirteen Untimely Witnesses at issue in Plaintiffs' Motion in Limine No. 1, Zuffa's counsel asserted via email: "Zuffa has not 'refused' to disclose the topics for which these witnesses have knowledge, as that information has been disclosed repeatedly, including within initial disclosures filed in 2015, and supplemental disclosures filed in 2023 and 2024.

7. Attached as **Exhibit E** is a true and correct copy of correspondence dated October 28, 2015 from counsel for Defendant Zuffa.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. This Declaration was executed in San Francisco, California on February 29, 2024.

1   Case No.: 2:15-cv-01045-RFB-BNW
DECLARATION IN SUPPORT OF PMIL NO. 1 TO STRIKE DEFENDANT'S UNTIMELY DISCLOSED WITNESSES FROM DEFENDANT'S WITNESS LIST AND EXCLUDE UNTIMELY WITNESSES FROM TESTIFYING AT TRIAL

| | |
|---|---|
| Dated: February 29, 2024 | By:   /s/ Joseph R. Saveri |

                         Joseph R. Saveri (*admitted pro hac vice*)
                         Kevin E. Rayhill (*admitted pro hac vice*)
                         Christopher K. L. Young (*admitted pro hac vice*)
                         Itak Moradi (*admitted pro hac vice*)
                         JOSEPH SAVERI LAW FIRM, LLP
                         601 California St., Suite 1000
                         San Francisco, CA 94108
                         Telephone: +1 (415) 500-6800
                         Facsimile: +1 (415) 395-9940
                         Email: jsaveri@saverilawfirm.com
                         Email: krayhill@saverilawfirm.com
                         Email: cyoung@saverilawfirm.com
                         Email: imoradi@saverilawfirm.com

                         Eric L. Cramer (*admitted pro hac vice*)
                         Michael Dell'Angelo (*admitted pro hac vice*)
                         Patrick F. Madden (*admitted pro hac vice*)
                         Ellen Noteware (*admitted pro hac vice*)
                         Najah Jacobs (*admitted pro hac vice*)
                         BERGER MONTAGUE PC
                         1818 Market St., Suite 3600
                         Philadelphia, PA 19103
                         Telephone: +1 (215) 875-3000
                         Email: ecramer@bm.net
                         Email: mdellangelo@bm.net
                         Email: pmadden@bm.net
                         Email: enoteware@bm.net
                         Email: njacobs@bm.net

                         Joshua P. Davis (admitted *pro hac vice*)
                         BERGER MONTAGUE PC
                         505 Montgomery Street, Suite 625
                         San Francisco, CA 94111
                         Telephone: +1 (415) 906-0684
                         Email: jdavis@bm.net

1
2
Richard A. Koffman (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Daniel H. Silverman (*pro hac vice*)

3
4
5
6
7
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com

8
9
*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

10
11
12
13
Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

14
15
*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

16
17
18
19
20
Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

21
22
23
24
Crane Pomerantz (Bar No. 14103)
CLARK HILL PLC
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

25
26
*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

27
28

DECLARATION IN SUPPORT OF PMIL NO. 1 TO STRIKE DEFENDANT'S UNTIMELY DISCLOSED WITNESSES FROM DEFENDANT'S WITNESS LIST AND EXCLUDE UNTIMELY WITNESSES FROM TESTIFYING AT TRIAL