# EXHIBIT A

| | |
|---|---|
| WILLIAM A. ISAACSON (*Pro hac vice*) | CHRISTOPHER S. YATES (*Pro hac vice*) |
| wisaacson@paulweiss.com | chris.yates@lw.com |
| JESSICA PHILLIPS (*Pro hac vice*) | LATHAM & WATKINS LLP |
| jphillips@paulweiss.com | 505 Montgomery Street, Suite 2000 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | San Francisco, CA 94111 |
| 2001 K Street, NW | SEAN M. BERKOWITZ (*Pro hac vice*) |
| Washington, DC 20006 | sean.berkowitz@lw.com |
| | LATHAM & WATKINS LLP |
| DONALD J. CAMPBELL (No. 1216) | 330 North Wabash Ave, Suite 2800 |
| djc@campbellandwilliams.com | Chicago, IL 60611 |
| J. COLBY WILLIAMS (No. 5549) | |
| jcw@campbellandwilliams.com | LAURA R. WASHINGTON (*Pro hac vice*) |
| CAMPBELL & WILLIAMS | laura.washington@lw.com |
| 700 South 7th Street | LATHAM & WATKINS LLP |
| Las Vegas, NV 89101 | 10250 Constellation Blvd, Suite 1100 |
| | Los Angeles, CA 90067 |

*Attorneys for Defendant Zuffa, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DEFENDANT ZUFFA, LLC'S PRELIMINARY WITNESS LIST** |

Defendant Zuffa, LLC ("Zuffa") submits the following preliminary list of witnesses that it may call at trial. In addition to the below-listed witnesses, Zuffa reserves the right to call any witness listed on Plaintiffs' preliminary witness list. Zuffa also reserves the right to call witnesses not listed for impeachment or rebuttal.

**Fact Witnesses:**

1. Abdelaziz, Ali
2. Aronson, Jeffrey
3. Batchvarova, Denitza
4. Bisping, Michael
5. Borsari, Craig
6. Cerrone, Donald
7. Chandler, Michael
8. Coker, Scott
9. DiBella, Louis John
10. Dropick, Peter
11. Epstein, Ike Lawrence
12. Fertitta, Lorenzo
13. Fitch, Jonathan
14. House, Jason
15. Jones, Josh
16. Kingsbury, Kyle
17. Knapp, Shannon
18. Lambert, Dan
19. Lappen, Jeremy
20. Le, Cung
21. Long, Tracy
22. Margules, Leon
23. Maynard, Mick

24. Otto, Kurt

25. Quarry, Nathan

26. Ratner, Marc

27. Richard, Brent

28. Shelby, Sean

29. Silva, Carlos

30. Silva, Joe

31. Simon, Andrew

32. Soares, Ed

33. Sonnen, Chael

34. Tate, Miesha

35. Vazquez, Javier

36. Vera, Brandon

37. White, Dana

38. Zelaznik, Marshall

**Expert Witnesses:**

1. Blair, Roger

2. Davis, Elizabeth

3. Marks, Richard

4. Oyer, Paul

5. Topel, Robert

| | | |
|---|---|---|
|1| Dated: February 2, 2024 | Respectfully Submitted, |
|2| | |
| | | */s/ Christopher S. Yates* |
|3| WILLIAM A. ISAACSON (*Pro hac vice*) | CHRISTOPHER S. YATES (*Pro hac vice*) |
| | wisaacson@paulweiss.com | chris.yates@lw.com |
|4| JESSICA PHILLIPS (*Pro hac vice*) | LATHAM & WATKINS LLP |
| | jphillips@paulweiss.com | 505 Montgomery Street, Suite 2000 |
|5| PAUL, WEISS, RIFKIND, WHARTON & | San Francisco, CA 94111 |
| | GARRISON LLP | Tel: (415) 395-8095 |
|6| 2001 K Street, NW | |
|7| Washington, DC 20006 | SEAN M. BERKOWITZ (*Pro hac vice*) |
| | | sean.berkowitz@lw.com |
|8| BRETTE M. TANNENBAUM (*Pro hac vice*) | LATHAM & WATKINS LLP |
| | btannenbaum@paulweiss.com | 330 North Wabash Ave, Suite 2800 |
|9| YOTAM BARKAI (*Pro hac vice*) | Chicago, IL 60611 |
| | ybarkai@paulweiss.com | |
|10| PAUL, WEISS, RIFKIND, WHARTON & | LAURA WASHINGTON (*Pro hac vice*) |
|11| GARRISON LLP | laura.washington@lw.com |
| | 1285 Avenue of the Americas | LATHAM & WATKINS LLP |
|12| New York, NY 10019 | 10250 Constellation Blvd, Suite 1100 |
| | | Los Angeles, CA 90067 |
|13| DONALD J. CAMPBELL (No. 1216) | |
| | djc@campbellandwilliams.com | DAVID L. JOHNSON (*Pro hac vice*) |
|14| J. COLBY WILLIAMS (No. 5549) | david.johnson@lw.com |
|15| jcw@campbellandwilliams.com | LATHAM & WATKINS LLP |
| | CAMPBELL & WILLIAMS | 555 Eleventh Street NW, Suite 1000 |
|16| 700 South 7th Street | Washington, D.C. 20004 |
| | Las Vegas, Nevada 89101 | |
|17| Tel: (702) 382-5222 | *Attorneys for Defendant Zuffa, LLC* |

3

Zuffa's Preliminary Witness List                                    No. 2:15-cv-1045-RFB-BNW