# EXHIBIT B

WILLIAM A. ISAACSON (Admitted *Pro Hac Vice*)
(wisaacson@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW, Washington, DC 20015
Telephone: (202) 237-2727; Fax: (202) 237-6131

JOHN F. COVE, JR. #212213
(jcove@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Fax: (510) 874-1460

RICHARD J. POCKER #114441
(rpocker@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800, Las Vegas, NV 89101
Telephone: (702) 382 7300; Fax: (702) 382 2755

DONALD J. CAMPBELL (Admitted *Pro Hac Vice*)
(DJC@campbellandwilliams.com)
J. COLBY WILLIAMS (Admitted *Pro Hac Vice*)
(JCW@campbellandwilliams.com)
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-5222; Fax: (702) 382-0540

*Attorneys for Defendant* Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 5:14-cv-05484 EJD<br><br>**DEFENDANT ZUFFA LLC'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1)** |

| | | |
|---|---|---|
| 1 | Luis Javier Vazquez and Dennis Lloyd Hallman, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05591 EJD |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | | |
| 6 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 7 | | |
| 8 | Defendant. | |
| 9 | Brandon Vera and Pablo Garza, on behalf of themselves and all others similarly situated, | Case No. 5:14-cv-05621 EJD |
| 10 | | |
| 11 | Plaintiffs, | |
| 12 | v. | |
| 13 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 14 | | |
| 15 | Defendant. | |
| 16 | Gabe Ruediger and Mac Danzig, on behalf of themselves and all others similarly situated, | Case No. 5:15-cv-00521 EJD |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 20 | | |
| 21 | Defendant. | |

| | | |
|---|---|---|
| 1 | Kyle Kingsbury and Darren Uyenoyama, on behalf of themselves and all others similarly situated, | Case No. 3:15-cv-01324 EJD |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | | |
| 6 | Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| 7 | | |
| 8 | Defendant. | |

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

# PRELIMINARY STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(a)(1), defendant Zuffa, LLC ("Zuffa") hereby makes the following initial disclosures. Zuffa has made a reasonable and good faith effort to prepare the disclosures set forth herein. However, Zuffa has not completed its review of the evidence in connection with this case. Consequently, other potential witnesses, subjects of information, and/or categories of documents within the scope of these disclosures may be identified as discovery proceeds and as the case develops. Therefore, Zuffa, reserves the right to modify, amend, or supplement these disclosures at a later time as appropriate, and at any time before trial in this matter.

These disclosures are made without waiving: (i) the right to object on the grounds of competency, the attorney-client privilege, attorney work-product protections, undue burden, relevancy, materiality, hearsay or any other proper ground; (ii) the right to object to the production or use of any information, for any purpose, in whole or in part, in any proceeding in this or any other action; or (iii) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

## I. FRCP 26(a)(1)(A)(i): Individuals

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the chart below sets forth (1) the individuals, not including expert witnesses, that Zuffa has identified who are likely to have discoverable information that Zuffa may use to support its denials or defenses; and (2) to the extent reasonably determinable by Zuffa at this time, the subjects of the information about which these individuals may have knowledge. Zuffa has attempted to provide complete information regarding the subjects about which the identified individual has knowledge, but the individual may have knowledge of subjects in addition to, or other than, those listed. References to an individual's employment title refers either to the individual's current or prior title.

| INDIVIDUAL | TITLE | CONTACT INFORMATION | SUBJECT MATTER |
|---|---|---|---|
| Lorenzo Fertitta | Chairman and Chief Executive Officer, Zuffa, LLC | c/o Boies, Schiller & Flexner LLP<br>1999 Harrison Street<br>Suite 900<br>Oakland, CA 94612<br>Tel:  (510) 874-1000 | Mr. Fertitta is likely to have information about competition, the history of the UFC, Zuffa's business model, and issues related to Zuffa's relationships with fighters, event venues, sponsors, media outlets, and other partners. |
| Dana White | President, Zuffa, LLC | c/o Boies, Schiller & Flexner LLP<br>1999 Harrison Street<br>Suite 900<br>Oakland, CA 94612<br>Tel:  (510) 874-1000 | Mr. White is likely to have information about competition, the history of the UFC, Zuffa's business model, and issues related to Zuffa's relationships with fighters, event venues, sponsors, media outlets, and other partners. |
| Ike Lawrence Epstein | Senior Executive Vice President and Chief Operating Officer, Zuffa, LLC | c/o Boies, Schiller & Flexner LLP<br>1999 Harrison Street<br>Suite 900<br>Oakland, CA 94612<br>Tel:  (510) 874-1000 | Mr. Epstein is likely to have information about competition, the history of the UFC, Zuffa's business model, and issues related to Zuffa's relationships with fighters, event venues, sponsors, media outlets, and other partners. |
| Kirk Hendrick | Executive Vice President and Chief Legal Officer, Zuffa LLC | c/o Boies, Schiller & Flexner LLP<br>1999 Harrison Street<br>Suite 900<br>Oakland, CA 94612<br>Tel:  (510) 874-1000 | Mr. Hendrick is likely to have information about competition, the history of the UFC, Zuffa's business model, and issues related to Zuffa's relationships with fighters, event venues, sponsors, media outlets, and other partners. |

| Peter Dropick | Senior Vice President, Event Development and Operations, Zuffa, LLC | c/o Boies, Schiller & Flexner LLP 1999 Harrison Street Suite 900 Oakland, CA 94612 Tel: (510) 874-1000 | Mr. Dropick is likely to have information about competition, the development of sports entertainment events, and Zuffa LLC's relationships with event venues. |
|---|---|---|---|
| Mike Mossholder | Senior Vice President, Global Marketing Partnerships, Zuffa LLC | c/o Boies, Schiller & Flexner LLP 1999 Harrison Street Suite 900 Oakland, CA 94612 Tel: (510) 874-1000 | Mr. Mossholder is likely to have information about competition and Zuffa's relationships with the UFC's marketing partners. |

Other parties and individuals are also likely to have discoverable information that Zuffa may use to support its defenses. These include the individuals listed below. In addition to those individuals, Zuffa expressly incorporates into these Initial Disclosures all of the individuals and entities that have been identified in the initial disclosures or other discovery responses of any plaintiff in this action as individuals or entities likely to have discoverable information.

| INDIVIDUAL | CONTACT INFORMATION IF KNOWN | SUBJECT MATTER |
|---|---|---|
| Cung Le | c/o Joseph Saveri Law Firm, Inc. 505 Montgomery Street, Suite 625 San Francisco, California 9411 Tel.: (415) 500-6800 | Mr. Le is likely to have information regarding the alleged basis for his claims in this matter. |
| Jon Fitch | c/o Joseph Saveri Law Firm, Inc. 505 Montgomery Street, Suite 625 San Francisco, California 9411 Tel.: (415) 500-6800 | Mr. Fitch is likely to have information regarding the alleged basis for his claims in this matter. |
| Nathan Quarry | c/o Joseph Saveri Law Firm, Inc. 505 Montgomery Street, Suite 625 San Francisco, California 9411 Tel.: (415) 500-6800 | Mr. Quarry is likely to have information regarding the alleged basis for his claims in this matter. |
| Pablo Garza | c/o Joseph Saveri Law Firm, Inc. 505 Montgomery Street, Suite 625 San Francisco, California 9411 Tel.: (415) 500-6800 | Mr. Garza is likely to have information regarding the alleged basis for his claims in this matter. |

| | | |
|---|---|---|
| Luis Javier Vasquez | c/o Joseph Saveri Law Firm, Inc. 505 Montgomery Street, Suite 625 San Francisco, California 9411 Tel.: (415) 500-6800 | Mr. Vasquez is likely to have information regarding the alleged basis for his claims in this matter. |
| Brandon Vera | c/o Joseph Saveri Law Firm, Inc. 505 Montgomery Street, Suite 625 San Francisco, California 9411 Tel.: (415) 500-6800 | Mr. Vera is likely to have information regarding the alleged basis for his claims in this matter. |
| Dennis Hallman | c/o Joseph Saveri Law Firm, Inc. 505 Montgomery Street, Suite 625 San Francisco, California 9411 Tel.: (415) 500-6800 | Mr. Hallman is likely to have information regarding the alleged basis for his claims in this matter. |
| Gabe Ruediger | c/o Joseph Saveri Law Firm, Inc. 505 Montgomery Street, Suite 625 San Francisco, California 9411 Tel.: (415) 500-6800 | Mr. Ruediger is likely to have information regarding the alleged basis for his claims in this matter. |
| Mac Danzig | c/o Joseph Saveri Law Firm, Inc. 505 Montgomery Street, Suite 625 San Francisco, California 9411 Tel.: (415) 500-6800 | Mr. Danzig is likely to have information regarding the alleged basis for his claims in this matter. |
| Kyle Kingsbury | c/o Joseph Saveri Law Firm, Inc. 505 Montgomery Street, Suite 625 San Francisco, California 9411 Tel.: (415) 500-6800 | Mr. Kingsbury is likely to have information regarding the alleged basis for his claims in this matter. |
| Darren Uyenoyama | c/o Joseph Saveri Law Firm, Inc. 505 Montgomery Street, Suite 625 San Francisco, California 9411 Tel.: (415) 500-6800 | Mr. Uyenoyama is likely to have information regarding the alleged basis for his claims in this matter. |
| Gary Ibarra | AMR Group 151 Verde Mesa Drive Danville, CA 94526 | Mr. Ibarra is likely to have information regarding athletes' relationships with Zuffa, other promoters, venues, and sponsors and competition in the industry. |
| Suzanne Le | 1633 Nord Lane San Jose, CA  95125 | Ms. Le is likely to have information regarding Cung Le's relationships with Zuffa, other promoters, venues, and sponsors. |
| Brandon Bittner | Bittner & Hahs, P.C. 4949 S.W. Meadows Road, Suite 260 Lake Oswego, OR 97035 | Mr. Bittner is likely to have information regarding Nathan Quarry's and other athletes' relationships with Zuffa, other promoters, venues, and sponsors and competition in the industry. |

4

Case Nos. 5:14-cv-05484 EJD; 5:14-cv-05591 EJD; 5:14-cv-05621 EJD; 5:15-cv-00521 EJD; 3:15-cv-01324 EJD

| Matt Stansell | 1716 Forest Avenue<br>Carlsbad, CA 92008 | Mr. Stansell is likely to have information regarding athletes' relationships with Zuffa, other promoters, venues, and sponsors, and competition in the industry. |
|---|---|---|
| Bob Cook | 5 River Park Place West<br>Suite 203<br>Fresno, CA 93720 | Mr. Cook is likely to have information regarding athletes' relationships with Zuffa, other promoters, venues, and sponsors, and competition in the industry. |
| Audie Attar | 2203 Watermarke Place<br>Irvine, CA 92612 | Mr. Attar is likely to have information regarding athletes' relationships with Zuffa, other promoters, venues, and sponsors, and competition in the industry. |
| Rose Gracie | c/o Joseph Saveri Law Firm, Inc.<br>505 Montgomery Street, Suite 625<br>San Francisco, California 9411<br>Tel.: (415) 500-6800 | Ms. Gracie is likely to have information regarding Javier Vazquez's relationships with Zuffa, other promoters, venues, and sponsors and competition in the industry. |
| Monte Cox | fiteiowa@aol.com | Mr. Cox is likely to have information regarding athletes' relationships with Zuffa, other promoters, venues, and sponsors, and competition in the industry. |
| Shu Hirata | shu@suckerpunchent.com | Mr. Hirata is likely to have information regarding athletes' relationships with Zuffa, other promoters, venues, and sponsors, and competition in the industry. |
| Jason Genet | Ingrained Media<br>618 Castillo St.<br>Santa Barbara, CA 93101<br>jason@ingrainedmedia.com | Mr. Genet is likely to have information regarding athletes' relationships with Zuffa, other promoters, venues, and sponsors, and competition in the industry. |

| Third Parties | | |
|---|---|---|
| **INDIVIDUAL** | **CONTACT INFORMATION IF KNOWN** | **SUBJECT MATTER** |
| World Series of Fighting | 4631 S. Dean Martin Dr., Ste. 100,<br>Las Vegas, NV 89103<br>702-527-5593 | The World Series of Fighting is likely to have information related to the relevant market definition, access to fighters, venues, sponsors, and television distribution outlets, and competition. |
| Top Rank, Inc. | 748 Pilot Rd.<br>Las Vegas, NV 89119<br>702-732-2717 | Top Rank, Inc. is likely to have information related to the relevant market definition, access to fighters, venues, sponsors, and television distribution outlets, and competition. |
| Wynn Las Vegas | 3131 Las Vegas Blvd. South<br>Las Vegas, NV 89105<br>702-770-2105 | Wynn Las Vegas is likely to have information related to the relevant market definition, access to fighters, venues, sponsors, and television distribution outlets, and competition. |
| Lion Fight Promotions | 7785 Buckwood Ct.<br>Las Vegas, NV 89149<br>702-658-7094 | Lion Fight Promotions is likely to have information related to the relevant market definition, access to fighters, venues, sponsors, and television distribution outlets, and competition. |
| Bellator Sport Worldwide LLC | 5000 Birch Street, Newport Beach, CA 92660<br>949-222-3400 | Bellator is likely to have information related to the relevant market definition, access to fighters, venues, sponsors, and television distribution outlets, and competition. |
| Resurrection Fighting Alliance | c/o Sven E. Bean<br>Chief Operating Officer<br>PO Box 460293<br>Aurora, CO 80046 | Resurrection is likely to have information related to the relevant market definition, access to fighters, venues, sponsors, and television distribution outlets, and competition |
| Titan Fighting Championship, LLC | 2800 Gateway Drive,<br>Pompano Beach, FL 33069 | Titan is likely to have information related to the relevant market definition, access to fighters, venues, sponsors, and television distribution outlets, and competition. |

| Legacy Fighting Championship, LLC | 10380 SW Village Center Dr #315<br>Port Saint Lucie, FL 34987 | Legacy is likely to have information related to the relevant market definition, access to fighters, venues, sponsors, and television distribution outlets, and competition. |
|---|---|---|
| Invicta Fighting Championships LLC | 5360 College Blvd<br>Suite 200<br>Overland Park, KS 66211 | Invicta is likely to have information related to the relevant market definition, access to fighters, venues, sponsors, and television distribution outlets, and competition |
| MGM Grand Hotel & Casino | 3799 Las Vegas Blvd. South<br>Las Vegas, NV 89109<br>702-891-1111 | MGM Grand is likely to have information regarding the relevant market definition, contracts with sports and entertainment promoters, and competition. |
| Mandalay Bay Hotel & Casino | 3950 Las Vegas Blvd. South<br>Las Vegas, NV 89119<br>702-632-7777 | Mandalay Bay is likely to have information regarding the relevant market definition, contracts with sports and entertainment promoters, and competition. |
| Palms Casino Resort | 4321 W. Flamingo Rd.<br>Las Vegas, NV 89103<br>702-942-7777 | The Palms is likely to have information regarding the relevant market definition, contracts with sports and entertainment promoters, and competition. |
| The Hard Rock Hotel & Casino | 4455 Paradise Rd.<br>Las Vegas, NV 89169<br>702-693-5000 | The Hard Rock Hotel & Casino is likely to have information regarding the relevant market definition, contracts with sports and entertainment promoters, and competition. |
| Planet Hollywood Las Vegas Resort & Casino | 3667 Las Vegas Blvd. South<br>Las Vegas, NV 89109<br>866-919-7472 | Planet Hollywood is likely to have information regarding the relevant market definition, contracts with sports and entertainment promoters, and competition. |
| Sam Boyd Stadium | 4505 S. Maryland Pkwy, Box 450003<br>Las Vegas, NV 89154<br>702-895-3761 | Sam Boyd Stadium is likely to have information regarding the relevant market definition, contracts with sports and entertainment promoters, and competition. |
| The Orleans Hotel & Casino | 4500 W. Tropicana Ave.<br>Las Vegas, NV 89103<br>702-365-7111 | The Orleans is likely to have information regarding the relevant market definition, contracts with sports and entertainment promoters, and competition. |

| Thomas & Mack Center | 4505 S. Maryland Pkwy, Box 450003 Las Vegas, NV 89154 702-895-3761 | Thomas & Mack Center is likely to have information regarding the relevant market definition, contracts with sports and entertainment promoters, and competition. |

## II.   FRCP 26(a)(1)(A)(ii): Documents

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Zuffa identifies the following categories and locations of documents as likely to contain information relevant to disputed matters in this case that Zuffa may use to support its claims or defenses, unless solely for impeachment. These disclosures relate solely to documents within Zuffa's possession, custody, or control. The categories below reflect those that Zuffa has identified as of the date of this disclosure and may not reflect all categories of documents in Zuffa's possession, custody, or control. Zuffa reserves the right to supplement or amend these categories. By setting forth this information, Zuffa does not admit the relevance or admissibility of any category or any document in any category; nor does Zuffa acknowledge that any request for documents comprising all or part of any of these categories would be reasonably calculated to lead the discovery of admissible evidence in this case, or that the request is otherwise appropriate. Zuffa expressly reserves the right to object to and/or withhold production of any documents in any of the categories set forth below. These documents are in the form of electronically stored information or hard copy documents. Zuffa reserves the right to use any relevant evidence in support of its claims or defenses, regardless of the categories listed below.

### A.   Categories of documents

- Documents related to competition in the promotion of sports and entertainment events and content.
- Documents related to competition for the services of athletes.
- Documents related to competition for and by sponsors for sports and entertainment events and content.
- Documents related to competition for and by merchandisers for sports and entertainment events and content.

- Documents related to competition for and by media distribution channels for sports and entertainment events and content.
- Documents related to competition for and by physical venues for sports and entertainment events.

### B. Locations of documents

The above categories of documents include Zuffa's electronic and hard-copy documents. The electronic documents are located on the computer systems for Zuffa and on individual media. Documents potentially related to Plaintiffs' complaints are located at Zuffa's headquarters at 2960 West Sahara Avenue Las Vegas, Nevada 89102. Zuffa's investigation is ongoing. If, as the case develops, Zuffa identifies additional documents or categories of documents in its possession, custody or control that supports its position, it will identify them in supplemental disclosures as required under Fed. R. Civ. P. 26(e).

### III. FRCP 26(a)(1)(A)(iii): Damages

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), other than fees and costs to which it may be entitled under applicable law, Zuffa does not seek damages for this matter from Plaintiffs at this time.

### IV. FRCP 26(a)(1)(A)(iv): Insurance

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv), subject to applicable protections under a protective order, Zuffa will make any such agreement(s) available to Plaintiffs.

## V. FRCP 26(g): Certification

Pursuant to Fed. R. Civ. P. 26(g)(1), the undersigned counsel certifies that to the best of its knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, these initial disclosures are complete and correct as of the time Zuffa makes them.

Dated: May 8, 2015        BOIES, SCHILLER & FLEXNER LLP

By: ___/s/ John F. Cove, Jr.___
John F. Cove, Jr.

*Attorneys for Defendant* Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC