# EXHIBIT D

WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@paulweiss.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, NV 89101

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA R. WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

*Attorneys for Defendant Zuffa, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**DEFENDANT ZUFFA'S SUPPLEMENTAL DISCLOSURE PURSUANT TO RULE 26** |

1    Pursuant to Federal Rules of Civil Procedure 26(a)(1) and 26(e), defendant Zuffa, LLC ("Zuffa") supplements Part I of its May 8, 2015 initial disclosures with the following additional individuals likely to have discoverable information that Zuffa may use to support its denials or defenses, and the subjects of the information about which these individuals may have knowledge. By making this supplemental disclosure, Zuffa in no way represents, concedes, or suggests that the following individuals have not already been made known to the parties during the discovery process or in writing. In addition to the individuals below, Zuffa expressly incorporates into this supplemental disclosure all of the individuals and entities that have been identified in the initial disclosures or other discovery responses of any of the plaintiffs in this action, including all individuals and entities that have been deposed in this action, as individuals or entities likely to have discoverable information.

| INDIVIDUAL | TITLE | CONTACT INFORMATION | SUBJECT MATTER |
|---|---|---|---|
| Jason House | Chief Executive Officer, Iridium Sports Agency | Iridium Sports Agency 432 Dazzling Gold St. Las Vegas, NV 89138 Tel: (725) 229-9152 | Mr. House is likely to have information about competition within the MMA industry, the history of the MMA industry, athletes' negotiations with MMA promoters, and MMA athletes' compensation, contracts, and employment opportunities. |
| Josh Jones | Vice President, Sports Marketing & Entertainment, KHI Management, LLC | KHI Management 6900 Hudspeth Road Harrisburg, NC 28075 jjones@khimanagement.com Tel: (336) 399-1987 | Mr. Jones is likely to have information about competition within the MMA industry, the history of the MMA industry, athletes' negotiations with MMA promoters, and MMA athletes' compensation, contracts, and employment opportunities. |

| INDIVIDUAL | TITLE | CONTACT INFORMATION | SUBJECT MATTER |
|---|---|---|---|
| Dan Lambert | Founder, American Top Team | American Top Team<br>3120 NE 46th Street<br>Ft. Lauderdale, FL 33308<br>Tel: (954) 214-6624 | Mr. Lambert is likely to have information about competition within the MMA industry, the history of the MMA industry, athletes' negotiations with MMA promoters, and MMA athletes' compensation, contracts, and employment opportunities. |
| Michael Bisping | MMA Athlete | Michael Bisping<br>867 S. Blue Vista Circle<br>Anaheim, CA 92808<br>mikethecount@googlemail.com<br>Tel: (714) 307-0436 | Mr. Bisping is likely to have information about his experience as an MMA athlete, including his contract negotiations, compensation, competition within the MMA industry, and employment opportunities. |
| Donald Cerrone | MMA Athlete | Donald Cerrone<br>6 Kalma Lane<br>Edgewood, NM 87015<br>cowboycerrone@mac.com<br>Tel: (303) 522-2224 | Mr. Cerrone is likely to have information about his experience as an MMA athlete, including his contract negotiations, compensation, competition within the MMA industry, and employment opportunities. |
| Michael Chandler | MMA Athlete | Michael Chandler<br>4502 Granny White Pike Apt. 2<br>Nashville, TN 37204<br>Tel: (573) 823-4123 | Mr. Chandler is likely to have information about his experience as an MMA athlete, including his contract negotiations, compensation, competition within the MMA industry, and employment opportunities. |

2

Zuffa's Supp. Rule 26 Disclosure                               No. 2:15-cv-1045-RFB-BNW

| INDIVIDUAL | TITLE | CONTACT INFORMATION | SUBJECT MATTER |
|---|---|---|---|
| Chael Sonnen | MMA Athlete | Chael Sonnen<br>2945 Coeur D'Alene Drive<br>West Linn, OR 97068<br>chael95@juno.com<br>Tel: (503) 656-0580<br>Tel: (503) 901-5219 | Mr. Sonnen is likely to have information about his experience as an MMA athlete, including his contract negotiations, compensation, competition within the MMA industry, and employment opportunities. |
| Miesha Tate | MMA Athlete | Miesha Tate<br>6730 Arville Street<br>Las Vegas, NV 89118<br>mtate@khimanagement.com<br>Tel: (253) 444-8273 | Ms. Tate is likely to have information about her experience as an MMA athlete, including her contract negotiations, compensation, competition within the MMA industry, and employment opportunities. |

3

Zuffa's Supp. Rule 26 Disclosure                                       No. 2:15-cv-1045-RFB-BNW

| | |
|---|---|
| Dated: December 22, 2023 | Respectfully Submitted, |
| | */s/ Christopher S. Yates* |
| WILLIAM A. ISAACSON (*Pro hac vice*) | CHRISTOPHER S. YATES (*Pro hac vice*) |
| wisaacson@paulweiss.com | chris.yates@lw.com |
| JESSICA PHILLIPS (*Pro hac vice*) | LATHAM & WATKINS LLP |
| jphillips@paulweiss.com | 505 Montgomery Street, Suite 2000 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | San Francisco, CA 94111 |
| 2001 K Street, NW | Tel: (415) 395-8095 |
| Washington, DC 20006 | |
| | SEAN M. BERKOWITZ (*Pro hac vice*) |
| | sean.berkowitz@lw.com |
| BRETTE M. TANNENBAUM (*Pro hac vice*) | LATHAM & WATKINS LLP |
| btannenbaum@paulweiss.com | 330 North Wabash Ave, Suite 2800 |
| YOTAM BARKAI (*Pro hac vice*) | Chicago, IL 60611 |
| ybarkai@paulweiss.com | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | LAURA WASHINGTON (*Pro hac vice*) |
| 1285 Avenue of the Americas | laura.washington@lw.com |
| New York, NY 10019 | LATHAM & WATKINS LLP |
| | 10250 Constellation Blvd, Suite 1100 |
| | Los Angeles, CA 90067 |
| DONALD J. CAMPBELL (No. 1216) | |
| djc@campbellandwilliams.com | DAVID L. JOHNSON (*Pro hac vice*) |
| J. COLBY WILLIAMS (No. 5549) | david.johnson@lw.com |
| jcw@campbellandwilliams.com | LATHAM & WATKINS LLP |
| CAMPBELL & WILLIAMS | 555 Eleventh Street NW, Suite 1000 |
| 700 South 7th Street | Washington, D.C. 20004 |
| Las Vegas, Nevada 89101 | |
| Tel: (702) 382-5222 | *Attorneys for Defendant Zuffa, LLC* |

4

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Supplemental Disclosure Pursuant to Rule 26 was served on December 22, 2023, via electronic mail to the following counsel for plaintiffs in this case.

- Eric L. Cramer – ecramer@bm.net
- Michael Dell'Angelo – mdellangelo@bm.net
- Patrick F. Madden – pmadden@bm.net
- Najah Jacobs – njacobs@bm.net
- Joshua P. Davis – jdavis@bm.net
- Julie Pollock – jpollock@bm.net
- Joseph R. Saveri – jsaveri@saverilawfirm.com
- Kevin E. Rayhill – krayhill@saverilawfirm.com
- Benjamin D. Brown – bbrown@cohenmilstein.com
- Richard A. Koffman – rkoffman@cohenmilstein.com
- Daniel H. Silverman – dsilverman@cohenmilstein.com
- Don Springmeyer – dspringmeyer@kempjones.com
- Robert C. Maysey – rmaysey@warnerangle.com
- Jerome K. Elwell – jelwell@warnerangle.com

/s/ Christopher S. Yates
Christopher S. Yates of
LATHAM & WATKINS LLP