# EXHIBIT M

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
Cung Le, Nathan Quarry, Jon Fitch )Case No:   2:15-cv-01045-RFB(PAL)
Brandon Vera, Luis Javier Vazquez,)
and Kyle Kingsbury on behalf of   )
themselves and all others         )
similarly situated,               )
                                  )
          Plaintiff,              )
                                  )
vs.                               )
                                  )
Zuffa, LLC, d/b/a Ultimate        )
Fighting Championship and UFC,    )
                                  )
                                  )
          Defendants.             )
```

VIDEO DEPOSITION OF NATHAN QUARRY

taken at 300 South Fourth Street, Suite 800,

Las Vegas, Nevada 89101, beginning at 9:09 A.M.

and ending at 4:59 P.M. on Friday, September 30, 2016

Reported by:

Sarah Padilla
CCR NO. 929

Job No. 270538                                                  1
Pages 1-297



```
                                                     Page 270
 1   BY MR. ISAACSON:
 2      Q   So bottom line, Exhibit 31 was the terms
 3   of your management agreement with Mr. Aspinwall?
 4      A   Yes.
 5      Q   All right this will be 32.
 6          (Exhibit 32 was marked.)
 7   BY MR. ISAACSON:
 8      Q   32 is Bates stamped Ibarra 24019 through
 9   24029, meaning this is produced from Mr. Ibarra.  On
10   the first page there's an e-mail to you to from
11   Mr. Ibarra dated October 5, 2012.  And there's
12   e-mails, other e-mails in October 2012 throughout
13   this.  The last page just seems to be the -- the
14   last couple pages just seem to be disclaimers.
15          So if I can ask you -- you were discussing
16   in this with your manager some specific events or
17   promotions here.  So please review it, but I would
18   like to find out what the subject matter of this is?
19          MR. CRAMER:  Take your time to take a look
20   at it.
21   BY MR. ISAACSON:
22      Q   I think you'll find if you start at page 8
23   and work your way backwards, that is the substance.
24   Everything else after that is e-mail disclaimers.
                           270
25   And if it helps your memory, this reference is to a
```

```
                                                     Page 271
 1   Kizuna MMA event in Argentina.
 2      A   I believe I was approached by a couple
 3   people that were looking to start some type of MMA
 4   promotion, I think in Argentina called Kizuna.
 5      Q   Did the event in Argentina happen?
 6      A   I don't know.  It didn't happen with me if
 7   it did.  I don't really have any knowledge of that.
 8      Q   Now, on page -- there's a page No. 4 at
 9   the bottom, it's Bates stamped 24022.  There's an
10   e-mail from you on that page that, in the middle
11   talks about, "Gary would undertake the role of Joe
12   Silva."  Do you see that?
13      A   Yes.
14      Q   Now is Gary, Mr. Ibarra?
15      A   Yes.
16      Q   And so that, by undertaking the role of
17   Joe Silva, he would set up the matches; is that
18   right?
19      A   Yes, he would be the one to find the
20   fighters and do the matchups.
21      Q   And you say -- you go on to say later in
22   the paragraph, "They will come calling.  I don't
23   think we'll have too difficult of a time filling the
24   card with talent."  What were you referring to
                           271
25   there?
```

```
                                                     Page 272
 1      A   When you're putting on a low-level show,
 2   you can always find a lot of people to fight.  In
 3   Portland we have the Full Contact Fighting
 4   Federation, which is an amateur show, and in every
 5   card is filled with 12 or 15 fights.  So when you
 6   looking at just a low-level show, it's generally
 7   pretty easy to find fighters to fill that.  You'll
 8   still have exciting fights, they just won't be top
 9   talent.
10      Q   And then on page 2 at the top, you say,
11   "Since this is going to be a partnership between us,
12   I'd like you to continue to run things by me before
13   announcing to the group.  It's the four of us."
14   Who's the group of the four of you?
15      A   This was four years ago.  I don't recall.
16   I think you would have to read through the e-mails
17   to find out everyone's name.  Looks like Martin
18   Wilde, Lucas Lugo, myself, and Gary Ibarra.
19      Q   Earlier in the deposition you used the
20   term "elite."  Do you have a definition of what an
21   elite MMA fighter is?
22      A   Boy, the elite fighters, that's, again,
23   going back to the pornography reference.  I don't
24   know how to explain it, but I know it when I see it.
                           272
25   There's one big difference between run of the mill
```

```
                                                     Page 273
 1   fighters and the elite fighters.  They have the
 2   talent and the drive.
 3          Much like in jujitsu, you have the white
 4   belt, the blue belt, the purple belt, the brown
 5   belt, and the black belt.  The elite jujitsu
 6   practitioners are the black belts.  It's a matter of
 7   the skill level that becomes the elite fighters.
 8      Q   Can you give examples in the UFC of
 9   fighters you consider to be elite?
10      A   Yes.
11      Q   Would you give me a couple examples?
12      A   Boy, I'm terrible at just listing names,
13   but you start with all the champions, all of the
14   contenders, and just work your way down from there.
15      Q   Can you give me examples of fighters in
16   the UFC who you consider to be not elite?
17      A   I think the fighters who are not elite in
18   the UFC, as far as fighting skill, wash out very
19   quickly.  That may be someone who came in through
20   the Ultimate Fighter, made it through for one reason
21   or another, started competing in the UFC and just
22   did not have the skill level to compete at the
23   higher levels.
24          Then you have someone that -- and you have
                           273
25   others that just bring notoriety, such as someone
```

