# EXHIBIT N

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


CUNG LE; NATHAN QUARRY, JON      )
FITCH, on behalf of             )
themselves and all others       )
similarly situated,             )
                                )
            Plaintiffs,          )
                                )
            vs.                  )   Case No.
                                )   2:15-cv-01045-RFB-(PAL)
                                )
ZUFFA, LLC, d/b/a Ultimate       )
Fighting Championship and        )
UFC,                            )
                                )
            Defendant.           )
_____)


HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DANA F. WHITE

MORNING AND AFTERNOON SESSIONS

LAS VEGAS, NEVADA

AUGUST 9, 2017

9:30 a.m.


REPORTED BY:
CYNTHIA K. DuRIVAGE, CSR #451
JOB NO. 51036-A

1              DANA WHITE - HIGHLY CONFIDENTIAL

2       Q.   And when the UFC makes a decision to

3  acquire a competitor, what is the basis for that

4  decision?

5              MR. ISAACSON:   Objection to form.

6  Compound.

7  BY MR. DELL'ANGELO:

8       Q.   Let me withdraw that and ask you a

9  different way.

10       A.   Yeah.

11       Q.   How do you decide when to acquire a

12  competitor of the UFC?

13       A.   Well, most of them -- most of them were for

14  sale.   They were going out of business and they were

15  for sale.

16              And when we looked at them, we wanted --

17  you know, it depended on who they had under contract

18  that would determine whether we were interested or

19  not.

20       Q.   What about their content, is that a

21  consideration as well?

22       A.   Pride.

23              (Exhibit 29 was marked for

24              identification by the reporter.)

25  ///

153

                    DANA WHITE - HIGHLY CONFIDENTIAL

1

2       Q.   Okay.

3       A.   Pride was -- was a money laundering deal

4   for the Yakuza.

5       Q.   How did you learn that news?

6       A.   Because they got kicked off television in

7   Japan because of it.

8       Q.   And that was reported in early 2006?

9       A.   In Japan, yeah.

10      Q.   But it was reported in early 2006, right?

11      A.   I don't know when it was reported.

12      Q.   It was reported before Zuffa's acquisition,

13  though, right, of Pride?

14      A.   I don't know.

15      Q.   Okay.  Pride was kicked off -- lost its

16  television deal in Japan before the UFC acquired it,

17  though, didn't it?

18      A.   Correct.

19      Q.   Okay.  And as of 2006, is it correct that

20  Pride had only promoted MMA events in Japan, right?

21      A.   Well, they did a fight in Vegas too.

22      Q.   Right.  So at some point, you became aware

23  that Pride was going to promote an event in

24  Las Vegas, right?

25      A.   Yeah.  I had done crossover fights with

277

1

2                    CERTIFICATE OF REPORTER

3          I, Cynthia K. DuRivage, a Certified

4     Shorthand Reporter of the State of Nevada, do hereby

5     certify:

6              That the foregoing proceedings were taken

7     before me at the time and place herein set forth;

8     that any witnesses in the foregoing proceedings,

9     prior to testifying, were duly sworn; that a record

10    of the proceedings was made by me using machine

11    shorthand which was thereafter transcribed under my

12    direction; that the foregoing transcript is a true

13    record of the testimony given.

14             I further certify I am neither financially

15    interested in the action nor a relative or employee

16    of any attorney or party to this action.

17             Reading and signing by the witness was

18    requested.

19             IN WITNESS WHEREOF, I have this date

20    subscribed my name.

21    Dated:  August 21st, 2017

22

23

24    _____
                      CYNTHIA K. DuRIVAGE
25                    CCR No. 451