# EXHIBIT O

```
                                                                    1
                    UNITED STATES DISTRICT COURT

                        DISTRICT OF NEVADA


    CUNG LE; NATHAN QUARRY, JON   )
    FITCH, on behalf of           )
    themselves and all others     )
    similarly situated,           )
                                  )
             Plaintiffs,          )
                                  )
         vs.                      ) Case No.
                                  ) 2:15-cv-01045-RFB-(PAL)
                                  )
    ZUFFA, LLC, d/b/a Ultimate    )
    Fighting Championship and     )
    UFC,                          )
                                  )
             Defendant.           )
    _____)



                         CONFIDENTIAL

       VIDEO RECORDED 30(b)(6) DEPOSITION OF ZUFFA, LLC

                  BY IKE LAWRENCE EPSTEIN

                     December 2, 2016

                    LAS VEGAS, NEVADA

                       11:29 A.M.


Reported by:
Sarah Padilla, CCR NO. 929
Job No: 47777
```

IKE LAWRENCE EPSTEIN - CONFIDENTIAL

**Page 86**

1  including the portion not specified in the purchase
2  agreement, was a non-compete component to be
3  classified as non-compete assets."
4      Do you see where it says that?
5  A  Yup.
6  Q  Is that accurate?
7      MS. GRIGSBY: Objection. Again, it's
8  actually -- that's not quite what that sentence
9  says.
10      THE WITNESS: Yeah. I don't know. I'm
11  not an accountant. I'm not a tax expert. This
12  looks like it's talking about allocation of a
13  purchase price over a period of years. And I'm just
14  not expert to answer that type of a question. So I
15  don't know whether it's accurate or not.
16  BY MR. WEILER:
17  Q  Okay. And directing your attention to the
18  second sentence of this paragraph, it says, "The
19  reason for the acquisition was to control the WFA
20  brand and prevent it from competing with the WEC and
21  UFC."
22      Do you see where it says that?
23  A  I do.
24  Q  Is that accurate?
25  A  No.

**Page 87**

1  Q  And what's inaccurate about that
2  statement?
3  A  The entire thing. That's not the reason
4  for the acquisition of the WFA brand. I mean, is it
5  a small, little known brand or is it a competitor?
6  You've got two different characterizations in two
7  different paragraphs in the same page.
8      The WFA was brought to us by Louis Palazzo
9  and Ross Goodman. They put on one or two events.
10  ==The business was failing because they couldn't==
11  ==manage it properly, I assume.== And they wanted to
12  get out of the business. They sold -- they sold
13  some tapes and some fighter contracts and their
14  brand. That's what happened. This was not some
15  grand scheme to take them out of the market.
16  Q  And so --
17  A  They took themselves out of the market.
18  Q  So Zuffa had no intention of taking WFA
19  out of the market?
20  A  No.
21  Q  Go ahead.
22      THE VIDEOGRAPHER: This marks the end of
23  the Media No. 2 of the deposition of Lawrence
24  Epstein. We are off the record at 1:56.
25      (A brief recess was taken.)

**Page 88**

1      THE VIDEOGRAPHER: We are back on the
2  record at 2:05. And this marks the beginning of
3  Media No. 3 of the deposition of Lawrence Epstein.
4  BY MR. WEILER:
5  Q  Did Zuffa acquire an MMA promoter known as
6  Pride?
7  A  Yes.
8  Q  How did Zuffa come to purchase Pride?
9  A  It is a long, long story. To summarize,
10  it actually started years before the deal was done
11  when Pride was the largest mixed martial arts
12  promoter in the world. They had actually approached
13  the UFC -- which had fairly recently been bought by
14  Frank and Lorenzo Fertitta -- about acquiring the
15  UFC or potentially acquiring the right to stage UFC
16  branded events in Japan and other Asian markets.
17      These discussions when on for some period
18  of time. And at some point during those
19  negotiations, I actually went with the Fertittas,
20  Dana White to an event in Japan where we watched
21  Chuck Liddell, who was one of the UFC fighters,
22  fight in a private event. I think that was 2003,
23  but I could be wrong about that. We had a lot of
24  discussions with them on that trip. I don't know if
25  you've ever been involved with negotiations with

**Page 89**

1  Japanese businesses, but it's very challenging.
2  It's a very different negotiating style than what we
3  have here in the United States. So nothing really
4  happened.
5      After some period of time, Pride began to
6  have some serious financial issues. It really
7  started with them being noted in a Japanese
8  publication as having connections with the Yakuza,
9  which is Japanese organized crime. These
10  publications in -- in a fairly well-circulated
11  magazine in Japan resulted in them losing their
12  television distribution deal with Fuji TV. Which
13  was very important to them, both from a monetary
14  standpoint and from a general exposure standpoint.
15  And their business began to really falter.
16      At that point, we had heard -- this is
17  probably in early 2006 or mid-2006 -- that they were
18  thinking about selling the business because they
19  were in financial difficulty. And once again, we
20  began negotiating with them. These negotiations
21  took months and months and months. There were
22  our -- our understanding there were other bidders
23  involved in the process. We ultimately reached a
24  deal sometime in, you know, second quarter of 2007
25  to buy the company. So it is truly something that