# EXHIBIT Z-1 to Z-8

# EXHIBIT Z-1

| Exhibit No. | Date | BegBates | EndBates | Description | Dep. Ex. | Video or Audio? | Length of Video or Audio |
|---|---|---|---|---|---|---|---|
| DX-0111 | | UFC-00000002 | UFC-00000002 | UFC 112 Blood and Sand | | Video | 0:44:24.000 |
| DX-0112 | | UFC-00000004 | UFC-00000004 | We Are Live | | Video | 0:15:04.000 |
| DX-0113 | | UFC-00000005 | UFC-00000005 | Three Guys Three Letters | | Video | 0:27:44.000 |
| DX-0114 | | UFC-00000006 | UFC-00000006 | UFC HOF 2023 Cerrone Speech-ProRes422-Texted copy | | Video | 0:00:23.000 |
| DX-0115 | | UFC-00000007 | UFC-00000007 | DWC506 Malott Contract Intv SM-ProRes422-Textless Split- | | Video | 0:00:56.000 |
| DX-0116 | | UFC-00000010 | UFC-00000010 | HOF GSP Speech-ProRes422-Texted | | Video | 0:01:49.000 |
| DX-0117 | | UFC-00000011 | UFC-00000011 | UFC Hall of Fame Jon Jones Induction-ProRes422-Texted | | Video | 0:01:43.000 |
| DX-0118 | | UFC-00000013 | UFC-00000013 | UFC287 Burns Masvidal Arm Raise and Intv SM-ProRes422-Textless Split- | | Video | 0:00:39.000 |
| DX-0119 | | UFC-00000014 | UFC-00000014 | UFC HOF 2023 Cerrone Speech-ProRes422-Texted | | Video | 0:00:57.000 |
| DX-0120 | | UFC-00000015 | UFC-00000015 | UFC289 Nunes Aldana Arm Raise and Intv SM-ProRes422-Textless Split- | | Video | 0:00:49.000 |
| DX-0121 | | UFC-00000017 | UFC-00000017 | HOF Ronda Rousey-ProRes422-Queen - WRONG VIDEO (same as DX-116) | | Video | 0:01:49.000 |
| DX-0122 | | UFC-00000018 | UFC-00000018 | UFC HOF 2023 Lawler Speech-ProRes422-Texted | | Video | 0:00:43.000 |
| DX-0123 | | UFC-00000019 | UFC-00000019 | UFC 254 Khabib Arm Raise Interview-ProRes422-Textless Split- | | Video | 0:00:23.000 |
| DX-0124 | | UFC-00000023 | UFC-00000023 | FOX22 Faber Retirement-ProRes422-Queen | | Video | 0:00:50.000 |
| DX-0125 | | UFC-00000024 | UFC-00000024 | Lesnar Retires-ProRes422-Queen | | Video | 0:01:56.000 |
| DX-0126 | | UFC-00000025 | UFC-00000025 | Lytle_Wins_Retires-ProRes422-Queen | | Video | 0:05:16.000 |
| DX-0127 | | UFC-00000026 | UFC-00000026 | Munoz Speech and Gloves-ProRes422-Queen | | Video | 0:05:20.000 |
| DX-0128 | | UFC-00000028 | UFC-00000028 | UFC 199 Bisping Rockhold Arm Raise and Intv SM-ProRes422-Textless Split Audio | | Video | 0:02:44.000 |
| DX-0368 | 5/7/2015 | ZFL-0964717 | ZFL-0964719 | Email from I. McLemore to T. Bleczinski re "FYI- on twitter," attaching AOP Media Conference Call audio file | | Audio | 0:34:13.000 |
| DX-0468 | 8/21/2014 | ZFL-12452033 | ZFL-12452034 | Email from Z. Candito to D. White re "UFC MACAO IN HOUSE OPEN BITES," attaching 2014 Dong Hyun Kim v. Tyron Woodley and Cung Le v. Michael Bisping UFC Video | | Video | 0:00:27.000 |
| DX-0469 | 8/22/2014 | ZFL-12452054 | ZFL-12452055 | Email from Z. Candito to D. White, et al. re "UFC MACAO IN HOUSE OPEN BITES," attaching 2014 UFC Fight Night Video: Dong Hyun Kim v. Tyron Woodley and Cung Le v. Michael Bisping | | Video | 0:00:24.000 |
| DX-0470 | 6/7/2012 | ZFL-12452222 | ZFL-12452223 | Email from C. Borsari to L. Fertitta, et al. re "FW: 148 Match-up '300 Times,'" with attachment(s) | | Video | 0:00:30.000 |
| DX-0494 | 4/15/2015 | ZFL-12538162 | ZFL-12538163 | Promo video of UFC 186 | | Video | 0:00:30.000 |
| DX-0495 | 1/6/2015 | ZFL-12539553 | ZFL-12539554 | Email from H. Coreas to R. Greene, et al. re "RE: UFC 183 Takeover Layout and Skin (Job #014628 and #014633)," attaching 2015 UFC 183 Advertisement | | Video | 0:00:37.000 |
| DX-0504 | 12/6/2014 | ZFL-1363756 | ZFL-1363758 | Email from C. Borsari to L. Fertitta re "Fwd: Silva promo," attaching 2015 Anderson Silva UFC Video | | Video | 0:00:30.000 |
| DX-0505 | 12/6/2014 | ZFL-1363759 | ZFL-1363761 | Email from C. Borsari to L. Fertitta re "Fwd: Silva Teaser," with attachment(s) | | Video | 0:00:28.000 |
| DX-0507 | 9/7/2013 | ZFL-1363933 | ZFL-1363934 | Email from C. Kartzmark to L. Fertitta re "UFC 167 GSP vs Hendricks promos," attaching 2013 UFC 167 Advertisement | | Video | 0:00:31.000 |
| DX-0517 | 3/24/2015 | ZFL-1367840 | ZFL-1367841 | Email from C. Kartzmark to D. White re "Revised 187 30-sec promo," attaching UFC 187 Promo video | | Video | 0:00:30.000 |
| DX-0518 | 8/22/2014 | ZFL-1367860 | ZFL-1367861 | Email from Z. Candito to D. White, et al. re "Option 3 – Macao IH Bites," attaching 2014 UFC Fight Night Video: Dong Hyun Kim v. Tyron Woodley and Cung Le v. Michael | | Video | 0:01:47.000 |
| DX-0520 | 8/7/2012 | ZFL-1367986 | ZFL-1367989 | Email from C. Saftler to D. White re "FW: tuf2 3 more cuts," with attachment(s) | | [3] Videos | 0:00:31.000<br>0:00:31.000<br>0:00:31.000 |
| DX-0521 | 8/4/2012 | ZFL-1367990 | ZFL-1367994 | Email from C. Saftler to D. White re "FW: tuf2 spots 2 of 5," with attachment(s) | | [2] Videos | 0:00:31.000<br>0:00:31.000 |
| DX-0522 | 8/22/2013 | ZFL-1368015 | ZFL-1368016 | Email from C. Kartzmark to E. Howard, et al. re "UFC 166 Cain vs JDS III :60 promo," attaching UFC 166 Advertisement | | Video | 0:01:00.000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX-0523 | 8/10/2013 | ZFL-1368023 | ZFL-1368024 | Email from C. Kartzmark to E. Howard, et al. re "FS1 #1 Shogun v Sonnen feature," attaching 2013 UFC Fight Night Video: Shogun v. Sonnen | Video | 0:02:02.000 |
| DX-0524 | 7/26/2012 | ZFL-1368030 | ZFL-1368031 | Email from C. Kartzmark to D. White, et al. re "UFC on Fox 4 feature - Lauzon vs Varner," attaching 2012 Lauzon v. Varner UFC Video | Video | 0:01:43.000 |
| DX-0525 | 6/7/2012 | ZFL-1368037 | ZFL-1368038 | Email from C. Borsari to L. Fertitta, et al. re "FW: 148 Chael 3Reason to Fight2," attaching 2012 UFC 148 Advertisement | Video | 0:00:30.000 |
| DX-0526 | 3/15/2011 | ZFL-1368053 | ZFL-1368054 | Email from C. Borsari to D. White, et al. re "FW: UFC 128 Shogun Teaser," attaching 2011 UFC 128 Advertisement | Video | 0:01:03.000 |
| DX-0532 | 11/9/2015 | ZFL-1396023 | ZFL-1396024 | Email from Z. Candito to C. Borsari re "FW: Yair Rodiguez Slzzle," attaching 2015 Yair "El Pantera" Rodriguez UFC Video | Video | 0:02:04.000 |
| DX-0533 | 6/25/2015 | ZFL-1396155 | ZFL-1396156 | Email from C. Kartzmark to C. Borsari re "UFC 189:30 promo with Mendes," attaching UFC 189 Promo Video | Video | 0:00:30.000 |
| DX-0534 | 5/26/2015 | ZFL-1396196 | ZFL-1396197 | Email from Z. Candito to C. Borsari re "Re: Ronda vs Correia," attaching August 2015 Rousey vs Correia Video | Video | 0:01:44.000 |
| DX-0535 | 1/23/2015 | ZFL-1396359 | ZFL-1396360 | Email from C. Kartzmark to C. Borsar re "Assets for review," attaching Promo Video for Sicilia vs Corisani | Video | 0:01:01.000 |
| DX-0536 | 12/30/2014 | ZFL-1396496 | ZFL-1396497 | Email from C. Borsari to A. Petosa re "Cerrone Instagram," attaching 2015 UFC 182 Advertisement (Cerrone v. Jury) | Video | 0:00:16.000 |
| DX-0537 | 12/19/2014 | ZFL-1396624 | ZFL-1396625 | Email from A. Petosa to C. Borsari, et al. re "RJ Tease," attaching 2014 Quinton Jackson Video | Video | 0:00:49.000 |
| DX-0538 | 12/6/2014 | ZFL-1396651 | ZFL-1396652 | Email from A. Petosa to C. Borsari re " Silva promo," attaching UFC 183 Silva Rise Teaser | Video | 0:00:30.000 |
| DX-0539 | 4/9/2015 | ZFL-1397979 | ZFL-1397980 | Email from H. Coreas to J. Poriadjian, et al. re "UFC 186 Promo - Road To The Octagon 4/12 - FOX," attaching 2015 UFC 186 Advertisement | Video | 0:00:37.000 |
| DX-0540 | 3/18/2015 | ZFL-1398132 | ZFL-1398133 | Email from H. Noland to J. Poriadjian re "FW: FRAM rough cut #7," attaching 2015 Cerrone and Hendricks UFC Video | Video | 0:01:00.000 |
| DX-0541 | 12/17/2014 | ZFL-1398631 | ZFL-1398633 | Email from H. Coreas to J. Poriadjian, et al. re "FS1 Rotation for UFC Fight Night 12/20," attaching 2015 UFC 182 Advertisement | Video | 0:00:30.000 |
| DX-0546 | 4/8/2015 | ZFL-1419481 | ZFL-1419481 | 2015 UFC Road to the Octagon: Ronaldo "Jacare" Souza v. Yoel Romero Video | Video | 0:06:35.000 |
| DX-0547 | 4/8/2015 | ZFL-1419482 | ZFL-1419482 | 2015 UFC Road to the Octagon Video:  Yoel Romero Video | Video | 0:05:01.000 |
| DX-0548 | 4/8/2015 | ZFL-1419483 | ZFL-1419483 | 2015 Max Holloway UFC Video | Video | 0:07:14.000 |
| DX-0549 | 4/8/2015 | ZFL-1419484 | ZFL-1419484 | April 2015 UFC Road to the Octagon Video: Swanson v. Holloway | Video | 0:07:12.000 |
| DX-0550 | 3/2/2010 | ZFL-1421323 | ZFL-1421325 | Email from J. Wenk to B. Johnston, et al. re "Nevada Census Press Conf tomorrow/UFC spot - Ross Miller version," attaching 2010 Nevada Census UFC Video | Video | 0:00:29.000 |
| DX-0555 | 12/11/2011 | ZFL-1425946 | ZFL-1425947 | Email from T. O'Toole to L. Fertitta re "Fw: Brasil Sizzle," attaching 2012 UFC 142 Brazil Press Conference Video | Video | 0:02:15.000 |
| DX-0563 | 5/27/2011 | ZFL-1441311 | ZFL-1441313 | Email from H. Gerber to M. Mossholder, et al. re "Arena Growth," with attachment(s) | Video | 0:00:30.000 |
| DX-0564 | 1/6/2014 | ZFL-1444727 | ZFL-1444727 | January 2014 UFC Video | Video | 0:03:26.000 |
| DX-0565 | 12/11/2014 | ZFL-1444729 | ZFL-1444729 | 2014 UFC Town Hall Video | Video | 0:01:27.000 |
| DX-0566 | 12/3/2014 | ZFL-1444730 | ZFL-1444730 | December 2014 UFC Production Video | Video | 0:01:18.000 |
| DX-0567 | 4/9/2015 | ZFL-1444735 | ZFL-1444735 | April 2015 UFC Promotional Video | Video | 0:00:54.000 |
| DX-0568 | 5/7/2015 | ZFL-1444745 | ZFL-1444745 | 2015 UFC 189 Advertisement Video | Video | 0:01:05.000 |
| DX-0569 | 2/20/2015 | ZFL-1444760 | ZFL-1444760 | 2015 UFC Ulti-Man 5k Video | Video | 0:00:42.000 |
| DX-0572 | 5/4/2012 | ZFL-1458403 | ZFL-1458407 | Email from P. Akkaraju to M. Zelaznik re "Fw: UFC 1 material," with attachment(s) | Video | 0:00:30.000 |
| DX-0727 | 3/16/2010 | ZFL-2587387 | ZFL-2587388 | Email from A. Ebel to K. Culleton re "Strikeforce on CBS :10 Tune-In Teaser," attaching video | Video | 0:00:11.000 |
| DX-0735 | | ZFL-2650708 | ZFL-2650708 | UFC Global Video | Video | 0:02:31.000 |
| DX-0799 | 10/12/2009 | ZUF-00356049 | ZUF-00356050 | Email from D. Hartling to T. Connell re "FW: Revised Branding Spot," attaching Marcus Jones Video | Video | 0:01:00.000 |
| DX-0810 | 10/1/2008 | | | Video Clip from Season 8, Episode 3 of The Ultimate Fighter | Video | 0:00:32.000 |
| DX-0815 | 2/6/2011 | | | Kyle Kingsbury Surprised at Early Ending of UFC 126 Fight, Video | Video | 0:04:54.000 |
| DX-0816 | 3/17/2011 | | | Miyagi Killa, *Mauricio "Shogun" Rua on Sports Science* , YouTube | Video | 0:03:06.000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DX-0827 | 8/23/2012 | | | demro1, *Chael Sonnen Rips Jon Jones on Sportscenter* , YouTube | | Video | 0:05:34.000 |
| DX-0828 | 8/23/2012 | | | ROHBrazil, *Chael Sonnen Interview about Jon Jones Refusal to Fight Him at UFC 151* , YouTube | | Audio | 0:12:54.000 |
| DX-0834 | 4/24/2013 | | | FightLogicTV Interview with K. Kingsbury | | Video | 0:27:51.000 |
| DX-0892 | 10/27/2018 | | | Chael Sonnen, *Should Fighter Pay be Disclosed? Does Anyone Really Care?* , YouTube | | Video | 0:03:43.000 |
| DX-0896 | 4/30/2020 | | | Chael Sonnen, *How I ended up Fighting Jon Jones...* , YouTube | | Video | 0:09:37.000 |
| DX-0897 | 5/22/2020 | | | UFC, *TUF Moments: Miesha Tate Steps in to Coach Against Ronda Rousey* , YouTube | | Video | 0:05:12.000 |
| DX-0898 | 6/11/2020 | | | Chael Sonnen, *Dana White and Fighter Pay* , YouTube | | Video | 0:05:41.000 |
| DX-0899 | 12/13/2020 | | | Tweet by @MMAFighting | | Video | 0:21:59.000 |
| DX-0901 | 6/25/2021 | | | Chael Sonnen, *I was Paid $35,000 to Fight Anderson Silva* , YouTube | | Video | 0:13:01.000 |
| DX-0902 | 5/11/2022 | | | How U Livin J Piven, *Michael Chandler makes SAME money from UFC fight as Bellator! What??* , YouTube | | Video | 0:37:00.000 |
| DX-0903 | 6/17/2022 | | | Chael Sonnen, *Don't ask for a pay raise if you're NOT the main event...* , YouTube | | Video | 0:09:26.000 |
| DX-0904 | 8/19/2022 | | | Chael Sonnen, *UFC Fighter Pay & Sponsorships* , YouTube | | Video | 0:09:45.000 |
| DX-0905 | 12/19/2022 | | | UFC, *Ronda Rousey v. Miesha Tate l UFC Classic In-Depth* , YouTube | | Video | 0:08:11.000 |
| DX-0906 | 3/7/2023 | | | Flagrant, *Chael Sonnen on Jon Jones, Trash Talk & Lebron's Steroid Use* , YouTube | | Video | 2:37:53.000 |
| DX-0907 | 3/22/2023 | | | Lionsgate Movies, *Mojave Diamonds (2023) Official Trailer - Donald "Cowboy" Cerrone, Chael Sonnen* , YouTube | | Video | 0:02:14.000 |
| DX-0908 | 3/22/2023 | | | UFC, *Holly Holm Shocks the World Securing the Head Kick KO Over Ronda Rousey | Moment in UFC History* , YouTube | | Video | 0:01:06.000 |
| | | | | | | **TOTAL TIME** | **9:11:14.000** |

# EXHIBIT Z-2

| Exhibit No. | Date | BegBates | EndBates | Description | Dep. Ex. | Video or Audio? | Length of Video or Audio |
|---|---|---|---|---|---|---|---|
| DX-0540 | 3/18/2015 | ZFL-1398132 | ZFL-1398133 | Email from H. Noland to J. Poriadjian re "FW: FRAM rough cut #7," attaching 2015 Cerrone and Hendricks UFC Video | | Video | 0:01:00.000 |
| DX-0550 | 3/2/2010 | ZFL-1421323 | ZFL-1421325 | Email from J. Wenk to B. Johnston, et al. re "Nevada Census Press Conf tomorrow/UFC spot - Ross Miller version," attaching 2010 Nevada Census UFC Video | | Video | 0:00:29.000 |
| DX-0815 | 2/6/2011 | | | Kyle Kingsbury Surprised at Early Ending of UFC 126 Fight, Video | | Video | 0:04:54.000 |
| DX-0816 | 3/17/2011 | | | Miyagi Killa, *Mauricio "Shogun" Rua on Sports Science* , YouTube | | Video | 0:03:06.000 |
| DX-0827 | 8/23/2012 | | | demro1, *Chael Sonnen Rips Jon Jones on Sportscenter* , YouTube | | Video | 0:05:34.000 |
| DX-0828 | 8/23/2012 | | | ROHBrazil, *Chael Sonnen Interview about Jon Jones Refusal to Fight Him at UFC 151* , YouTube | | Audio | 0:12:54.000 |
| DX-0834 | 4/24/2013 | | | FightLogicTV Interview with K. Kingsbury | | Video | 0:27:51.000 |
| DX-0892 | 10/27/2018 | | | Chael Sonnen, *Should Fighter Pay be Disclosed? Does Anyone Really Care?* , YouTube | | Video | 0:03:43.000 |
| DX-0896 | 4/30/2020 | | | Chael Sonnen, *How I ended up Fighting Jon Jones…* , YouTube | | Video | 0:09:37.000 |
| DX-0899 | 12/13/2020 | | | Tweet by @MMAFighting | | Video | 0:21:59.000 |
| DX-0901 | 6/25/2021 | | | Chael Sonnen, *I was Paid $35,000 to Fight Anderson Silva* , YouTube | | Video | 0:13:01.000 |
| DX-0902 | 5/11/2022 | | | How U Livin J Piven, *Michael Chandler makes SAME money from UFC fight as Bellator! What??* , YouTube | | Video | 0:37:00.000 |
| DX-0903 | 6/17/2022 | | | Chael Sonnen, *Don't ask for a pay raise if you're NOT the main event…* , YouTube | | Video | 0:09:26.000 |
| DX-0904 | 8/19/2022 | | | Chael Sonnen, *UFC Fighter Pay & Sponsorships* , YouTube | | Video | 0:09:45.000 |
| DX-0906 | 3/7/2023 | | | Flagrant, *Chael Sonnen on Jon Jones, Trash Talk & Lebron's Steroid Use* , YouTube | | Video | 2:37:53.000 |

# EXHIBIT Z-3

| Exhibit No. | Date | BegBates | EndBates | Description | Dep. Ex. | Video or Audio? | Length of Video or Audio |
|---|---|---|---|---|---|---|---|
| DX-0111 | | UFC-00000002 | UFC-00000002 | UFC 112 Blood and Sand | | Video | 0:44:24.000 |
| DX-0114 | | UFC-00000006 | UFC-00000006 | UFC HOF 2023 Cerrone Speech-ProRes422-Texted copy | | Video | 0:00:23.000 |
| DX-0116 | | UFC-00000010 | UFC-00000010 | HOF GSP Speech-ProRes422-Texted | | Video | 0:01:49.000 |
| DX-0117 | | UFC-00000011 | UFC-00000011 | UFC Hall of Fame Jon Jones Induction-ProRes422-Texted | | Video | 0:01:43.000 |
| DX-0118 | | UFC-00000013 | UFC-00000013 | UFC287 Burns Masvidal Arm Raise and Intv SM-ProRes422-Textless Split- | | Video | 0:00:39.000 |
| DX-0120 | | UFC-00000015 | UFC-00000015 | UFC289 Nunes Aldana Arm Raise and Intv SM-ProRes422-Textless Split- | | Video | 0:00:49.000 |
| DX-0121 | | UFC-00000017 | UFC-00000017 | HOF Ronda Rousey-ProRes422-Queen - **WRONG VIDEO (same as DX-116)** | | Video | 0:01:49.000 |
| DX-0122 | | UFC-00000018 | UFC-00000018 | UFC HOF 2023 Lawler Speech-ProRes422-Texted | | Video | 0:00:43.000 |
| DX-0123 | | UFC-00000019 | UFC-00000019 | UFC 254 Khabib Arm Raise Interview-ProRes422-Textless Split- | | Video | 0:00:23.000 |
| DX-0124 | | UFC-00000023 | UFC-00000023 | FOX22 Faber Retirement-ProRes422-Queen | | Video | 0:00:50.000 |
| DX-0125 | | UFC-00000024 | UFC-00000024 | Lesnar Retires-ProRes422-Queen | | Video | 0:01:56.000 |
| DX-0126 | | UFC-00000025 | UFC-00000025 | Lytle_Wins_Retires-ProRes422-Queen | | Video | 0:05:16.000 |
| DX-0127 | | UFC-00000026 | UFC-00000026 | Munoz Speech and Gloves-ProRes422-Queen | | Video | 0:05:20.000 |
| DX-0468 | 8/21/2014 | ZFL-12452033 | ZFL-12452034 | Email from Z. Candito to D. White re "UFC MACAO IN HOUSE OPEN BITES," attaching 2014 Dong Hyun Kim v. Tyron Woodley and Cung Le v. Michael Bisping UFC Video | | Video | 0:00:27.000 |
| DX-0469 | 8/22/2014 | ZFL-12452054 | ZFL-12452055 | Email from Z. Candito to D. White, et al. re "UFC MACAO IN HOUSE OPEN BITES," attaching 2014 UFC Fight Night Video: Dong Hyun Kim v. Tyron Woodley and Cung Le v. Michael Bisping | | Video | 0:00:24.000 |
| DX-0494 | 4/15/2015 | ZFL-12538162 | ZFL-12538163 | Promo video of UFC 186 | | Video | 0:00:30.000 |
| DX-0495 | 1/6/2015 | ZFL-12539553 | ZFL-12539554 | Email from H. Coreas to R. Greene, et al. re "RE: UFC 183 Takeover Layout and Skin (Job #014628 and #014633)," attaching 2015 UFC 183 Advertisement | | Video | 0:00:37.000 |
| DX-0504 | 12/6/2014 | ZFL-1363756 | ZFL-1363758 | Email from C. Borsari to L. Fertitta re "Fwd: Silva promo," attaching 2015 Anderson Silva UFC Video | | Video | 0:00:30.000 |
| DX-0505 | 12/6/2014 | ZFL-1363759 | ZFL-1363761 | Email from C. Borsari to L. Fertitta re "Fwd: Silva Teaser," with attachment(s) | | Video | 0:00:28.000 |
| DX-0507 | 9/7/2013 | ZFL-1363933 | ZFL-1363934 | Email from C. Kartzmark to L. Fertitta re "UFC 167 GSP vs Hendricks promos," attaching 2013 UFC 167 Advertisement | | Video | 0:00:31.000 |
| DX-0517 | 3/24/2015 | ZFL-1367840 | ZFL-1367841 | Email from C. Kartzmark to D. White re "Revised 187 30-sec promo," attaching UFC 187 Promo video | | Video | 0:00:30.000 |

| DX-0518 | 8/22/2014 | ZFL-1367860 | ZFL-1367861 | Email from Z. Candito to D. White, et al. re "Option 3 – Macao IH Bites," attaching 2014 UFC Fight Night Video: Dong Hyun Kim v. Tyron Woodley and Cung Le v. Michael | | Video | 0:01:47.000 |
| DX-0520 | 8/7/2012 | ZFL-1367986 | ZFL-1367989 | Email from C. Saftler to D. White re "FW: tuf2 3 more cuts," with attachment(s) | | | 0:00:31.000 |
| | | | | | | | 0:00:31.000 |
| | | | | | | [3] Videos | 0:00:31.000 |
| DX-0521 | 8/4/2012 | ZFL-1367990 | ZFL-1367994 | Email from C. Saftler to D. White re "FW: tuf2 spots 2 of 5," with attachment(s) | | | 0:00:31.000 |
| | | | | | | [2] Videos | 0:00:31.000 |
| DX-0522 | 8/22/2013 | ZFL-1368015 | ZFL-1368016 | Email from C. Kartzmark to E. Howard, et al. re "UFC 166 Cain vs JDS III :60 promo," attaching UFC 166 Advertisement | | Video | 0:01:00.000 |
| DX-0523 | 8/10/2013 | ZFL-1368023 | ZFL-1368024 | Email from C. Kartzmark to E. Howard, et al. re "FS1 #1 Shogun v Sonnen feature," attaching 2013 UFC Fight Night Video: Shogun v. Sonnen | | Video | 0:02:02.000 |
| DX-0524 | 7/26/2012 | ZFL-1368030 | ZFL-1368031 | Email from C. Kartzmark to D. White, et al. re "UFC on Fox 4 feature - Lauzon vs Varner," attaching 2012 Lauzon v. Varner UFC Video | | Video | 0:01:43.000 |
| DX-0526 | 3/15/2011 | ZFL-1368053 | ZFL-1368054 | Email from C. Borsari to D. White, et al. re "FW: UFC 128 Shogun Teaser," attaching 2011 UFC 128 Advertisement | | Video | 0:01:03.000 |
| DX-0532 | 11/9/2015 | ZFL-1396023 | ZFL-1396024 | Email from Z. Candito to C. Borsari re "FW: Yair Rodiguez Slzzle," attaching 2015 Yair "El Pantera" Rodriguez UFC Video | | Video | 0:02:04.000 |
| DX-0533 | 6/25/2015 | ZFL-1396155 | ZFL-1396156 | Email from C. Kartzmark to C. Borsari re "UFC 189:30 promo with Mendes," attaching UFC 189 Promo Video | | Video | 0:00:30.000 |
| DX-0534 | 5/26/2015 | ZFL-1396196 | ZFL-1396197 | Email from Z. Candito to C. Borsari re "Re: Ronda vs Correia," attaching August 2015 Rousey vs Correia Video | | Video | 0:01:44.000 |
| DX-0535 | 1/23/2015 | ZFL-1396359 | ZFL-1396360 | Email from C. Kartzmark to C. Borsar re "Assets for review," attaching Promo Video for Sicilia vs Corisani | | Video | 0:01:01.000 |
| DX-0537 | 12/19/2014 | ZFL-1396624 | ZFL-1396625 | Email from A. Petosa to C. Borsari, et al. re "RJ Tease," attaching 2014 Quinton Jackson Video | | Video | 0:00:49.000 |
| DX-0538 | 12/6/2014 | ZFL-1396651 | ZFL-1396652 | Email from A. Petosa to C. Borsari re " Silva promo," attaching UFC 183 Silva Rise Teaser | | Video | 0:00:30.000 |
| DX-0539 | 4/9/2015 | ZFL-1397979 | ZFL-1397980 | Email from H. Coreas to J. Poriadjian, et al. re "UFC 186 Promo - Road To The Octagon 4/12 - FOX," attaching 2015 UFC 186 Advertisement | | Video | 0:00:37.000 |
| DX-0540 | 3/18/2015 | ZFL-1398132 | ZFL-1398133 | Email from H. Noland to J. Poriadjian re "FW: FRAM rough cut #7," attaching 2015 Cerrone and Hendricks UFC Video | | Video | 0:01:00.000 |
| DX-0541 | 12/17/2014 | ZFL-1398631 | ZFL-1398633 | Email from H. Coreas to J. Poriadjian, et al. re "FS1 Rotation for UFC Fight Night 12/20," attaching 2015 UFC 182 Advertisement | | Video | 0:00:30.000 |
| DX-0546 | 4/8/2015 | ZFL-1419481 | ZFL-1419481 | 2015 UFC Road to the Octagon: Ronaldo "Jacare" Souza v. Yoel Romero Video | | Video | 0:06:35.000 |
| DX-0547 | 4/8/2015 | ZFL-1419482 | ZFL-1419482 | 2015 UFC Road to the Octagon Video:  Yoel Romero Video | | Video | 0:05:01.000 |
| DX-0548 | 4/8/2015 | ZFL-1419483 | ZFL-1419483 | 2015 Max Holloway UFC Video | | Video | 0:07:14.000 |

| DX-0549 | 4/8/2015 | ZFL-1419484 | ZFL-1419484 | April 2015 UFC Road to the Octagon Video: Swanson v. Holloway | | Video | 0:07:12.000 |
|---|---|---|---|---|---|---|---|
| DX-0550 | 3/2/2010 | ZFL-1421323 | ZFL-1421325 | Email from J. Wenk to B. Johnston, et al. re "Nevada Census Press Conf tomorrow/UFC spot - Ross Miller version," attaching 2010 Nevada Census UFC Video | | Video | 0:00:29.000 |
| DX-0555 | 12/11/2011 | ZFL-1425946 | ZFL-1425947 | Email from T. O'Toole to L. Fertitta re "Fw: Brasil Sizzle," attaching 2012 UFC 142 Brazil Press Conference Video | | Video | 0:02:15.000 |
| DX-0563 | 5/27/2011 | ZFL-1441311 | ZFL-1441313 | Email from H. Gerber to M. Mossholder, et al. re "Arena Growth," with attachment(s) | | Video | 0:00:30.000 |
| DX-0564 | 1/6/2014 | ZFL-1444727 | ZFL-1444727 | January 2014 UFC Video | | Video | 0:03:26.000 |
| DX-0565 | 12/11/2014 | ZFL-1444729 | ZFL-1444729 | 2014 UFC Town Hall Video | | Video | 0:01:27.000 |
| DX-0566 | 12/3/2014 | ZFL-1444730 | ZFL-1444730 | December 2014 UFC Production Video | | Video | 0:01:18.000 |
| DX-0567 | 4/9/2015 | ZFL-1444735 | ZFL-1444735 | April 2015 UFC Promotional Video | | Video | 0:00:54.000 |
| DX-0568 | 5/7/2015 | ZFL-1444745 | ZFL-1444745 | 2015 UFC 189 Advertisement Video | | Video | 0:01:05.000 |
| DX-0572 | 5/4/2012 | ZFL-1458403 | ZFL-1458407 | Email from P. Akkaraju to M. Zelaznik re "Fw: UFC 1 material," with attachment(s) | | Video | 0:00:30.000 |
| DX-0727 | 3/16/2010 | ZFL-2587387 | ZFL-2587388 | Email from A. Ebel to K. Culleton re "Strikeforce on CBS :10 Tune-In Teaser," attaching video | | Video | 0:00:11.000 |
| DX-0735 | | ZFL-2650708 | ZFL-2650708 | UFC Global Video | | Video | 0:02:31.000 |
| DX-0735 | | ZFL-2650708 | ZFL-2650708 | UFC Global Video | | Video | 0:02:31.000 |
| DX-0799 | 10/12/2009 | ZUF-00356049 | ZUF-00356050 | Email from D. Hartling to T. Connell re "FW: Revised Branding Spot," attaching Marcus Jones Video | | Video | 0:01:00.000 |
| DX-0816 | 3/17/2011 | | | Miyagi Killa, *Mauricio "Shogun" Rua on Sports Science*, YouTube | | Video | 0:03:06.000 |
| DX-0908 | 3/22/2023 | | | UFC, *Holly Holm Shocks the World Securing the Head Kick KO Over Ronda Rousey | Moment in UFC History*, YouTube | | Video | 0:01:06.000 |

# EXHIBIT Z-4

| Exhibit No. | Date | BegBates | EndBates | Description | Dep. Ex. | Video or Audio? | Length of Video or Audio |
|---|---|---|---|---|---|---|---|
| DX-0114 | | UFC-00000006 | UFC-00000006 | UFC HOF 2023 Cerrone Speech-ProRes422-Texted copy | | Video | 0:00:23.000 |
| DX-0119 | | UFC-00000014 | UFC-00000014 | UFC HOF 2023 Cerrone Speech-ProRes422-Texted | | Video | 0:00:57.000 |
| DX-0128 | | UFC-00000028 | UFC-00000028 | UFC 199 Bisping Rockhold Arm Raise and Intv SM-ProRes422-Textless Split Audio | | Video | 0:02:44.000 |
| DX-0468 | 8/21/2014 | ZFL-12452033 | ZFL-12452034 | Email from Z. Candito to D. White re "UFC MACAO IN HOUSE OPEN BITES," attaching 2014 Dong Hyun Kim v. Tyron Woodley and Cung Le v. Michael Bisping UFC Video | | Video | 0:00:27.000 |
| DX-0469 | 8/22/2014 | ZFL-12452054 | ZFL-12452055 | Email from Z. Candito to D. White, et al. re "UFC MACAO IN HOUSE OPEN BITES," attaching 2014 UFC Fight Night Video: Dong Hyun Kim v. Tyron Woodley and Cung Le v. Michael Bisping | | Video | 0:00:24.000 |
| DX-0470 | 6/7/2012 | ZFL-12452222 | ZFL-12452223 | Email from C. Borsari to L. Fertitta, et al. re "FW: 148 Match-up '300 Times,'" with attachment(s) | | Video | 0:00:30.000 |
| DX-0494 | 4/15/2015 | ZFL-12538162 | ZFL-12538163 | Promo video of UFC 186 | | Video | 0:00:30.000 |
| DX-0518 | 8/22/2014 | ZFL-1367860 | ZFL-1367861 | Email from Z. Candito to D. White, et al. re "Option 3 – Macao IH Bites," attaching 2014 UFC Fight Night Video: Dong Hyun Kim v. Tyron Woodley and Cung Le v. Michael | | Video | 0:01:47.000 |
| DX-0523 | 8/10/2013 | ZFL-1368023 | ZFL-1368024 | Email from C. Kartzmark to E. Howard, et al. re "FS1 #1 Shogun v Sonnen feature," attaching 2013 UFC Fight Night Video: Shogun v. Sonnen | | Video | 0:02:02.000 |
| DX-0525 | 6/7/2012 | ZFL-1368037 | ZFL-1368038 | Email from C. Borsari to L. Fertitta, et al. re "FW: 148 Chael 3Reason to Fight2," attaching 2012 UFC 148 Advertisement | | Video | 0:00:30.000 |
| DX-0536 | 12/30/2014 | ZFL-1396496 | ZFL-1396497 | Email from C. Borsari to A. Petosa re "Cerrone Instagram," attaching 2015 UFC 182 Advertisement (Cerrone v. Jury) | | Video | 0:00:16.000 |
| DX-0540 | 3/18/2015 | ZFL-1398132 | ZFL-1398133 | Email from H. Noland to J. Poriadjian re "FW: FRAM rough cut #7," attaching 2015 Cerrone and Hendricks UFC Video | | Video | 0:01:00.000 |
| DX-0827 | 8/23/2012 | | | demro1, *Chael Sonnen Rips Jon Jones on Sportscenter*, YouTube | | Video | 0:05:34.000 |
| DX-0828 | 8/23/2012 | | | ROHBrazil, *Chael Sonnen Interview about Jon Jones Refusal to Fight Him at UFC 151*, YouTube | | Audio | 0:12:54.000 |
| DX-0892 | 10/27/2018 | | | Chael Sonnen, *Should Fighter Pay be Disclosed? Does Anyone Really Care?*, YouTube | | Video | 0:03:43.000 |
| DX-0896 | 4/30/2020 | | | Chael Sonnen, *How I ended up Fighting Jon Jones...*, YouTube | | Video | 0:09:37.000 |
| DX-0897 | 5/22/2020 | | | UFC, *TUF Moments: Miesha Tate Steps in to Coach Against Ronda Rousey*, YouTube | | Video | 0:05:12.000 |
| DX-0898 | 6/11/2020 | | | Chael Sonnen, *Dana White and Fighter Pay*, YouTube | | Video | 0:05:41.000 |
| DX-0901 | 6/25/2021 | | | Chael Sonnen, *I was Paid $35,000 to Fight Anderson Silva*, YouTube | | Video | 0:13:01.000 |
| DX-0902 | 5/11/2022 | | | How U Livin J Piven, *Michael Chandler makes SAME money from UFC fight as Bellator! What??*, YouTube | | Video | 0:37:00.000 |
| DX-0903 | 6/17/2022 | | | Chael Sonnen, *Don't ask for a pay raise if you're NOT the main event...*, YouTube | | Video | 0:09:26.000 |
| DX-0904 | 8/19/2022 | | | Chael Sonnen, *UFC Fighter Pay & Sponsorships*, YouTube | | Video | 0:09:45.000 |
| DX-0905 | 12/19/2022 | | | UFC, *Ronda Rousey v. Miesha Tate I UFC Classic In-Depth*, YouTube | | Video | 0:08:11.000 |
| DX-0906 | 3/7/2023 | | | Flagrant, *Chael Sonnen on Jon Jones, Trash Talk & Lebron's Steroid Use*, YouTube | | Video | 2:37:53.000 |
| DX-0907 | 3/22/2023 | | | Lionsgate Movies, *Mojave Diamonds (2023) Official Trailer - Donald "Cowboy" Cerrone, Chael Sonnen*, YouTube | | Video | 0:02:14.000 |

# EXHIBIT Z-5

| Exhibit No. | Date | BegBates | EndBates | Description | Video or Audio? | Length of Video or Audio |
|---|---|---|---|---|---|---|
| DX-0111 | | UFC-00000002 | UFC-00000002 | UFC 112 Blood and Sand | Video | 0:44:24.000 |
| DX-0112 | | UFC-00000004 | UFC-00000004 | We Are Live | Video | 0:15:04.000 |
| DX-0113 | | UFC-00000005 | UFC-00000005 | Three Guys Three Letters | Video | 0:27:44.000 |
| DX-0114 | | UFC-00000006 | UFC-00000006 | UFC HOF 2023 Cerrone Speech-ProRes422-Texted copy | Video | 0:00:23.000 |
| DX-0115 | | UFC-00000007 | UFC-00000007 | DWC506 Malott Contract Intv SM-ProRes422-Textless Split- | Video | 0:00:56.000 |
| DX-0116 | | UFC-00000010 | UFC-00000010 | HOF GSP Speech-ProRes422-Texted | Video | 0:01:49.000 |
| DX-0117 | | UFC-00000011 | UFC-00000011 | UFC Hall of Fame Jon Jones Induction-ProRes422-Texted | Video | 0:01:43.000 |
| DX-0118 | | UFC-00000013 | UFC-00000013 | UFC287 Burns Masvidal Arm Raise and Intv SM-ProRes422-Textless Split- | Video | 0:00:39.000 |
| DX-0119 | | UFC-00000014 | UFC-00000014 | UFC HOF 2023 Cerrone Speech-ProRes422-Texted | Video | 0:00:57.000 |
| DX-0120 | | UFC-00000015 | UFC-00000015 | UFC289 Nunes Aldana Arm Raise and Intv SM-ProRes422-Textless Split- | Video | 0:00:49.000 |
| DX-0121 | | UFC-00000017 | UFC-00000017 | HOF Ronda Rousey-ProRes422-Queen - **WRONG VIDEO (same as DX-116)** | Video | 0:01:49.000 |
| DX-0122 | | UFC-00000018 | UFC-00000018 | UFC HOF 2023 Lawler Speech-ProRes422-Texted | Video | 0:00:43.000 |
| DX-0123 | | UFC-00000019 | UFC-00000019 | UFC 254 Khabib Arm Raise Interview-ProRes422-Textless Split- | Video | 0:00:23.000 |
| DX-0124 | | UFC-00000023 | UFC-00000023 | FOX22 Faber Retirement-ProRes422-Queen | Video | 0:00:50.000 |
| DX-0125 | | UFC-00000024 | UFC-00000024 | Lesnar Retires-ProRes422-Queen | Video | 0:01:56.000 |
| DX-0126 | | UFC-00000025 | UFC-00000025 | Lytle_Wins_Retires-ProRes422-Queen | Video | 0:05:16.000 |
| DX-0127 | | UFC-00000026 | UFC-00000026 | Munoz Speech and Gloves-ProRes422-Queen | Video | 0:05:20.000 |
| DX-0128 | | UFC-00000028 | UFC-00000028 | UFC 199 Bisping Rockhold Arm Raise and Intv SM-ProRes422-Textless Split Audio | Video | 0:02:44.000 |

# EXHIBIT Z-6

| Exhibit No. | Date | BegBates | EndBates | Description | Dep. Ex. | Video or Audio? | Length of Video or Audio |
|---|---|---|---|---|---|---|---|
| DX-0810 | 10/1/2008 | | | Video Clip from Season 8, Episode 3 of The Ultimate Fighter | | Video | 0:00:32.000 |
| DX-0815 | 2/6/2011 | | | Kyle Kingsbury Surprised at Early Ending of UFC 126 Fight, Video | | Video | 0:04:54.000 |
| DX-0816 | 3/17/2011 | | | Miyagi Killa, *Mauricio "Shogun" Rua on Sports Science* , YouTube | | Video | 0:03:06.000 |
| DX-0827 | 8/23/2012 | | | demro1, *Chael Sonnen Rips Jon Jones on Sportscenter* , YouTube | | Video | 0:05:34.000 |
| DX-0828 | 8/23/2012 | | | ROHBrazil, *Chael Sonnen Interview about Jon Jones Refusal to Fight Him at UFC 151* , YouTube | | Audio | 0:12:54.000 |
| DX-0834 | 4/24/2013 | | | FightLogicTV Interview with K. Kingsbury | | Video | 0:27:51.000 |
| DX-0892 | 10/27/2018 | | | Chael Sonnen, *Should Fighter Pay be Disclosed? Does Anyone Really Care?* , YouTube | | Video | 0:03:43.000 |
| DX-0896 | 4/30/2020 | | | Chael Sonnen, *How I ended up Fighting Jon Jones…* , YouTube | | Video | 0:09:37.000 |
| DX-0897 | 5/22/2020 | | | UFC, *TUF Moments: Miesha Tate Steps in to Coach Against Ronda Rousey* , YouTube | | Video | 0:05:12.000 |
| DX-0898 | 6/11/2020 | | | Chael Sonnen, *Dana White and Fighter Pay* , YouTube | | Video | 0:05:41.000 |
| DX-0899 | 12/13/2020 | | | Tweet by @MMAFighting | | Video | 0:21:59.000 |
| DX-0901 | 6/25/2021 | | | Chael Sonnen, *I was Paid $35,000 to Fight Anderson Silva* , YouTube | | Video | 0:13:01.000 |
| DX-0902 | 5/11/2022 | | | How U Livin J Piven, *Michael Chandler makes SAME money from UFC fight as Bellator! What??* , YouTube | | Video | 0:37:00.000 |
| DX-0903 | 6/17/2022 | | | Chael Sonnen, *Don't ask for a pay raise if you're NOT the main event…* , YouTube | | Video | 0:09:26.000 |
| DX-0904 | 8/19/2022 | | | Chael Sonnen, *UFC Fighter Pay & Sponsorships* , YouTube | | Video | 0:09:45.000 |
| DX-0905 | 12/19/2022 | | | UFC, *Ronda Rousey v. Miesha Tate l UFC Classic In-Depth* , YouTube | | Video | 0:08:11.000 |
| DX-0906 | 3/7/2023 | | | Flagrant, *Chael Sonnen on Jon Jones, Trash Talk & Lebron's Steroid Use* , YouTube | | Video | 2:37:53.000 |
| DX-0907 | 3/22/2023 | | | Lionsgate Movies, *Mojave Diamonds (2023) Official Trailer - Donald "Cowboy" Cerrone, Chael Sonnen* , YouTube | | Video | 0:02:14.000 |
| DX-0908 | 3/22/2023 | | | UFC, *Holly Holm Shocks the World Securing the Head Kick KO Over Ronda Rousey | Moment in UFC History* , YouTube | | Video | 0:01:06.000 |

# EXHIBIT Z-7

| Exhibit No. | Date | BegBates | EndBates | Description | Dep. Ex. | Video or Audio? | Length of Video or Audio |
|---|---|---|---|---|---|---|---|
| DX-0111 | | UFC-00000002 | UFC-00000002 | UFC 112 Blood and Sand | | Video | 0:44:24.000 |
| DX-0112 | | UFC-00000004 | UFC-00000004 | We Are Live | | Video | 0:15:04.000 |
| DX-0113 | | UFC-00000005 | UFC-00000005 | Three Guys Three Letters | | Video | 0:27:44.000 |

# EXHIBIT Z-8

| Exhibit No. | Date | BegBates | EndBates | Description | Dep. Ex. | Video or Audio? | Length of Video or Audio |
|---|---|---|---|---|---|---|---|
| DX-0114 | | UFC-00000006 | UFC-00000006 | UFC HOF 2023 Cerrone Speech-ProRes422-Texted copy | | Video | 0:00:23.000 |
| DX-0115 | | UFC-00000007 | UFC-00000007 | DWC506 Malott Contract Intv SM-ProRes422-Textless Split- | | Video | 0:00:56.000 |
| DX-0116 | | UFC-00000010 | UFC-00000010 | HOF GSP Speech-ProRes422-Texted | | Video | 0:01:49.000 |
| DX-0117 | | UFC-00000011 | UFC-00000011 | UFC Hall of Fame Jon Jones Induction-ProRes422-Texted | | Video | 0:01:43.000 |
| DX-0118 | | UFC-00000013 | UFC-00000013 | UFC287 Burns Masvidal Arm Raise and Intv SM-ProRes422-Textless Split- | | Video | 0:00:39.000 |
| DX-0119 | | UFC-00000014 | UFC-00000014 | UFC HOF 2023 Cerrone Speech-ProRes422-Texted | | Video | 0:00:57.000 |
| DX-0120 | | UFC-00000015 | UFC-00000015 | UFC289 Nunes Aldana Arm Raise and Intv SM-ProRes422-Textless Split- | | Video | 0:00:49.000 |
| DX-0121 | | UFC-00000017 | UFC-00000017 | HOF Ronda Rousey-ProRes422-Queen - WRONG VIDEO (same as DX-116) | | Video | 0:01:49.000 |
| DX-0122 | | UFC-00000018 | UFC-00000018 | UFC HOF 2023 Lawler Speech-ProRes422-Texted | | Video | 0:00:43.000 |
| DX-0123 | | UFC-00000019 | UFC-00000019 | UFC 254 Khabib Arm Raise Interview-ProRes422-Textless Split- | | Video | 0:00:23.000 |
| DX-0892 | 10/27/2018 | | | Chael Sonnen, *Should Fighter Pay be Disclosed? Does Anyone Really Care?*, YouTube | | Video | 0:03:43.000 |
| DX-0896 | 4/30/2020 | | | Chael Sonnen, *How I ended up Fighting Jon Jones…*, YouTube | | Video | 0:09:37.000 |
| DX-0906 | 3/7/2023 | | | Flagrant, *Chael Sonnen on Jon Jones, Trash Talk & Lebron's Steroid Use*, YouTube | | Video | 2:37:53.000 |
| DX-0907 | 3/22/2023 | | | Lionsgate Movies, *Mojave Diamonds (2023) Official Trailer - Donald "Cowboy" Cerrone, Chael Sonnen*, YouTube | | Video | 0:02:14.000 |