ERIC L. CRAMER (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

JOSEPH R. SAVERI (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com

RICHARD A. KOFFMAN (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
rkoffman@cohenmilstein.com

*Counsel for the Class and Attorneys for All Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' MOTION IN LIMINE NO. 20 TO EXCLUDE REFERENCE TO PURPORTED PAST RELATIONSHIPS BETWEEN PARTIES' COUNSEL AND EXPERT WITNESSES** |

Plaintiffs Cung Le, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs") file this Motion in Limine to exclude reference to purported past relationships between counsel for either Defendant Zuffa, LLC ("Defendant" or "Zuffa") or Plaintiffs and the testimonial expert witnesses under Federal Rules of Evidence 401 and 403.

The Court should exclude argument of or reference to purported past relationships between the parties' counsel and testifying expert witnesses because (1) the evidence is irrelevant to any issue the jury will have to decide and (2) if permitted, will cause confusion, mislead the jury, and unduly prejudice Plaintiffs while providing minimal, if any, probative value.

Evidence that "has any tendency to make a fact more or less probable than it would be without the evidence" is considered relevant. Fed. R. Evid. 401. Even if a specific piece of evidence could qualify as relevant under Federal Rule of Evidence 401, it will be excluded if "its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence." Fed. R. Civ. P. 403. Evidence is unfairly prejudicial if it has an undue tendency to suggest a decision by the jury on an improper basis. *Tennison v. Circus Circus Enters., Inc.*, 244 F.3d 684, 690 (9th Cir. 2001). The central purpose of a motion in limine is to "permit the pre-trial resolution of evidentiary disputes without having to present potentially prejudicial evidence in front of a jury." *HP Tuners, LLC v. Cannata*, No. 318 CV 00527 LRHCSD, 2023 WL 1071782, at *3 (D. Nev. Jan. 27, 2023). Motions in limine are entirely within the discretion of the court. *Diamond X Ranch LLC v. Atl. Richfield Co.*, No. 313 CV 00570 MMDWGC, 2018 WL 2127734, at *1 (D. Nev. May 8, 2018).

Any previous retention between Plaintiffs' counsel and experts retained in this case is irrelevant, as such information has no tendency to make any fact in dispute more or less probable. allowing in such evidence, on the other hand, could mistakenly cause the jury to call into question the validity of the testimonial expert witnesses by creating an inference of a biased witness. Admitting this evidence could allow the jury to draw "perfectly logical—though mistaken—inferences." *United States v. Hitt*, 981 F.2d 422, 424 (9th Cir. 1992). Thus, it would likely "infec[t] the jury's ability to make an unbiased assessment" of relevant evidence. *United States v. Lawrence*, 189 F.3d 838, 843 (9th Cir. 1999).

Because any reference to past relationships between the parties' counsel and retained experts is wholly irrelevant to the merits of Plaintiffs' claims, and because such argument would be likely to distract the jury from assessing this lawsuit on the merits, it should be excluded under Rule 401 and Rule 403.

2

Case No.: 2:15-cv-01045-RFB-BNW

PLAINTIFFS' MOTION IN LIMINE NO. 20 TO EXCLUDE REFERENCE TO PURPORTED PAST RELATIONSHIPS BETWEEN PARTIES' COUNSEL AND EXPERT WITNESSES

Dated: February 29, 2024                     Respectfully submitted,

*/s/ Joseph R. Saveri*
Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Christopher Young (*pro hac vice*)
Itak Moradi (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

*/s/ Eric L. Cramer*
Eric L. Cramer (*pro hac vice*)
Michael C. Dell'Angelo (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
Ellen T. Noteware (*pro hac vice*)
Najah Jacobs (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net
Email: enoteware@bm.net
Email: njacobs@bm.net

Joshua P. Davis (*pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Richard A. Koffman (*pro hac vice*)
Benjamin Brown (*pro hac vice*)
Daniel Silverman (*pro hac vice*)
Daniel L. Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699

Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr.
Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February, 2024 a true and correct copy of PLAINTIFFS' MOTION IN LIMINE NO. 20 TO EXCLUDE REFERENCE TO PURPORTED PAST RELATIONSHIPS BETWEEN PARTIES' COUNSEL AND EXPERT WITNESSES was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

                                                      */s/ Joseph R. Saveri*
                                                      Joseph R. Saveri

5

Case No.: 2:15-cv-01045-RFB-BNW

PLAINTIFFS' MOTION IN LIMINE NO. 20 TO EXCLUDE REFERENCE TO PURPORTED PAST RELATIONSHIPS BETWEEN PARTIES' COUNSEL AND EXPERT WITNESSES