| | |
|---|---|
| WILLIAM A. ISAACSON (*Pro hac vice*) | CHRISTOPHER S. YATES (*Pro hac vice*) |
| wisaacson@paulweiss.com | chris.yates@lw.com |
| KAREN L. DUNN (*Pro hac vice*) | LATHAM & WATKINS LLP |
| ldunn@paulweiss.com | 505 Montgomery Street, Suite 2000 |
| JESSICA PHILLIPS (*Pro hac vice*) | San Francisco, CA 94111 |
| jphillips@paulweiss.com | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | SEAN M. BERKOWITZ (*Pro hac vice*) |
| 2001 K Street, NW | sean.berkowitz@lw.com |
| Washington, DC 20006 | LATHAM & WATKINS LLP |
| | 330 North Wabash Ave, Suite 2800 |
| | Chicago, IL 60611 |
| DONALD J. CAMPBELL (No. 1216) | |
| djc@campbellandwilliams.com | LAURA R. WASHINGTON (*Pro hac vice*) |
| J. COLBY WILLIAMS (No. 5549) | laura.washington@lw.com |
| jcw@campbellandwilliams.com | LATHAM & WATKINS LLP |
| CAMPBELL & WILLIAMS | 10250 Constellation Blvd, Suite 1100 |
| 700 South 7th Street | Los Angeles, CA 90067 |
| Las Vegas, NV 89101 | |

*Attorneys for Defendant Zuffa, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated, | Case No.: 2:15-cv-01045-RFB-BNW |
| Plaintiffs, | **DECLARATION OF DAVID L. JOHNSON IN SUPPORT OF ZUFFA, LLC'S MOTIONS IN LIMINE** |
| v. | |
| Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, | |
| Defendant. | |

I, David L. Johnson, declare as follows:

1. I am a member in good standing of the bar of the State of Virginia and the District of Columbia. I am admitted pro hac vice to practice before this Court. I am an attorney with the law firm Latham & Watkins LLP, counsel for Zuffa, LLC ("Zuffa"), in the above-captioned action in the U.S. District Court for the District of Nevada, *Le v. Zuffa, LLC*, No. 2:15-cv-01045-RFB-(BNW). I make this declaration pursuant to LR 16-3(a) in support of Defendants' Motions *in Limine* Nos. 1-13 ("Motions").

2. On February 12, 2024, pursuant to the Court's pre-trial schedule, Zuffa provided to counsel for plaintiffs a preliminary list of motions *in limine*.

3. On February 16, 2024, I met with counsel for plaintiffs by teleconference, along with additional counsel for Zuffa, and discussed these motions *in limine*. Counsel for plaintiffs and counsel for Zuffa then exchanged writings regarding the parties' proposed motions *in limine* in an effort to narrow disputes for the Court on at least February 21, 23, and 26, 2024. On February 27, 2024, pursuant to the pre-trial schedule, counsel for Zuffa provided counsel for plaintiffs a revised list of motions *in limine* on February 27, 2024, and there were thereafter additional written communications with counsel for plaintiffs regarding these motions.

4. After thorough discussion with counsel for plaintiffs, we were unable to resolve the Motions without Court action.

5. Because the parties could not reach an agreement on these issues, Zuffa's current Motions are necessary.

6. Certain documents attached to this Declaration have had red boxes or yellow highlighting added to them. These markings are intended to indicate materials cited in the Motions referenced above. The true and correct copies of materials attached to this Declaration are subject to the addition of those markings. The exhibits are otherwise unmodified unless stated.

7. Attached hereto as Exhibit 1 is a true and correct excerpt of the first deposition of Hal J. Singer, dated September 27, 2017 in this litigation.

8. Attached hereto as Exhibit 2 is a true and correct excerpt of the deposition of Jon Fitch, taken on February 15, 2017 in this litigation.

9. Attached hereto as Exhibit 3 is a true and correct excerpt of the deposition of Kyle Kingsbury, taken on February 17, 2017 in this litigation.

10. Attached hereto as Exhibit 4 is a true and correct excerpt of the deposition of Javier Vazquez, taken on February 14, 2017 in this litigation.

11. Attached hereto as Exhibit 5 is a true and correct copy of excerpt of the deposition of Nathan Quarry, taken on September 30, 2016 in this litigation.

12. Attached hereto as Exhibit 6 is a true and correct copy of Press Release, Professional Fighters League, Professional Fighters League Acquires Bellator, Creating Global MMA Powerhouse dated Nov. 20, 2023, https://pflmma.com/news/professional-fighters-league-acquires-bellator-in-industry-transformative-deal.

13. Attached hereto as Exhibit 7 is a true and correct excerpt of the deposition of Jeremy Lappen, taken on February 28, 2017 in this litigation.

14. Attached hereto as Exhibit 8 is a true and correct copy of the Order Granting Preliminary Injunction, *Zuffa, LLC v. Couture*, No. 08A555208 (Nev. Dist. Ct., Clark Cnty. Feb. 29, 2008).

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 29th day of February, 2024 in Washington, D.C.

/s/ *David L. Johnson*
David L. Johnson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Declaration of David L. Johnson In Support of Zuffa, LLC's Motions *In Limine* was served on February 29, 2024 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *David L. Johnson*
David L. Johnson of
LATHAM & WATKINS LLP