| | |
|---|---|
| WILLIAM A. ISAACSON (*Pro hac vice*) | CHRISTOPHER S. YATES (*Pro hac vice*) |
| wisaacson@paulweiss.com | chris.yates@lw.com |
| KAREN L. DUNN (*Pro hac vice*) | LATHAM & WATKINS LLP |
| ldunn@paulweiss.com | 505 Montgomery Street, Suite 2000 |
| JESSICA PHILLIPS (*Pro hac vice*) | San Francisco, CA 94111 |
| jphillips@paulweiss.com | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | SEAN M. BERKOWITZ (*Pro hac vice*) |
| 2001 K Street, NW | sean.berkowitz@lw.com |
| Washington, DC 20006 | LATHAM & WATKINS LLP |
| | 330 North Wabash Ave, Suite 2800 |
| DONALD J. CAMPBELL (No. 1216) | Chicago, IL 60611 |
| djc@campbellandwilliams.com | |
| J. COLBY WILLIAMS (No. 5549) | LAURA R. WASHINGTON (*Pro hac vice*) |
| jcw@campbellandwilliams.com | laura.washington@lw.com |
| CAMPBELL & WILLIAMS | LATHAM & WATKINS LLP |
| 700 South 7th Street | 10250 Constellation Blvd, Suite 1100 |
| Las Vegas, NV 89101 | Los Angeles, CA 90067 |

*Attorneys for Defendant Zuffa, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**APPENDIX OF EXHIBITS ATTACHED TO DECLARATION OF DAVID L. JOHNSON IN SUPPORT OF ZUFFA, LLC'S MOTIONS IN LIMINE** |

**APPENDIX OF EXHIBITS**

Pursuant to Local Rule IA 10-3(d), Defendant Zuffa, LLC ("Zuffa"), submits this appendix of exhibits in support of Zuffa's motions *in limine*. The exhibits noted below are attached as exhibits to the Declaration of David L. Johnson Declaration in Support of Zuffa's Motions *in Limine*.

| Exhibit | Description |
|---|---|
| 1. | Excerpts of the Deposition of Dr. Hal J. Singer ("Singer Dep.") (Sept. 27, 2017) |
| 2. | Excerpts of the Deposition of Plaintiff Jon Fitch ("Fitch Dep.") (Feb. 15, 2017) |
| 3. | Excerpts of the Deposition of Plaintiff Kyle Kingsbury ("Kingsbury Dep.") (Feb. 17, 2017) |
| 4. | Excerpts of the Deposition of Plaintiff Javier Vazquez ("Vazquez Dep.") (Feb. 14, 2017) |
| 5. | Excerpts of the Deposition of Nathan Quarry ("Quarry Dep.") (Sept. 30, 2016) |
| 6. | Press Release, Professional Fighters League, *Professional Fighters League Acquires Bellator, Creating Global MMA Powerhouse* (Nov. 20, 2023) |
| 7. | Excerpts of the Deposition of Jeremy Lappen ("Lappen Dep.") (Feb. 28, 2017) |
| 8. | Order Granting Preliminary Injunction, *Zuffa, LLC v. Couture*, No. 08A555208 (Nev. Dist. Ct., Clark Cnty. Feb. 29, 2008) |

Dated: February 29, 2024

LATHAM & WATKINS LLP

/s/ *David L. Johnson*
David L. Johnson

*Attorney for Defendant Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*