# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>      Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTIONS IN LIMINE NOS. 1 TO 20** |

HAVING CONSIDERED PLAINTIFFS' MOTIONS IN LIMINE, the Court hereby orders as follows:

1. PMIL No. 1 to Strike Defendant's Untimely Disclosed Witnesses from Defendant's Witness List and Exclude the Untimely Witnesses from Testifying at Trial

    GRANTED: _____

    DENIED: _____

2. PMIL No 2. to Exclude Expert Testimony, Opinions, and Evidence That Was Not Timely Disclosed

    GRANTED: _____

    DENIED: _____

3. PMIL No. 3 to Exclude Evidence or Reference Relating to Facts, Circumstances, or Events Occurring After June 30, 2017

    GRANTED: _____

    DENIED: _____

4. PMIL No. 4 to Exclude Zuffa's Economists, Including Robert H. Topel, From Offering Unsupported Opinions that Zuffa Would Have Spent Less Money on Promoting Fighters or Bouts Absent the Challenged Conduct Under Fed. R. Evid. 702.

    GRANTED: _____

    DENIED: _____

5. PMIL No. 5 to Exclude the Testimony of Richard Marks Under Fed. R. Evid. 401 and 403

    GRANTED: _____

    DENIED: _____

6. PMIL No. 6 to Exclude Testimony and Argument That Plaintiffs' Experts Failed to Disaggregate Damages

   GRANTED: _____

   DENIED: _____

7. PMIL No. 7 to Exclude Testimony and Argument That Dr. Hal Singer Failed to Appropriately Aggregate Damages

   GRANTED: _____

   DENIED: _____

8. PMIL No. 8 to Exclude Evidence or Argument that the Class or Any Class Member Failed to Mitigate Damages

   GRANTED: _____

   DENIED: _____

9. PMIL No. 9 to Exclude Evidence of or Reference to Plaintiffs' Allegedly Failed Ped Tests at Any Times They Were Not Under Contract with the UFC

   GRANTED: _____

   DENIED: _____

10. PMIL No. 10 to Exclude Evidence of or Reference to Contracts Between Universal Strength Headquarters and Its Employees, or Between Plaintiff Cung Le and Universal Strength Headquarters Employees

    GRANTED: _____

    DENIED: _____

11. PMIL No. 11 to Exclude Evidence of or Reference to Plaintiffs' Non-UFC Businesses

   GRANTED: _____

   DENIED: _____

12. PMIL No. 12 to Exclude Evidence of or Reference to the Proposed Identity Class

   GRANTED: _____

   DENIED: _____

13. PMIL No. 13 to Exclude Evidence of Economic Benefits or Charitable Contributions of Zuffa or the UFC to the Las Vegas Community or Any Other Geographic Region

   GRANTED: _____

   DENIED: _____

14. PMIL No. 14 to Exclude Speculation by Lay Witnesses or Unsubstantiated Opinions of Zuffa's Proposed Experts Regarding the Financial Condition of Promoters that Zuffa Acquired Between 2006 and 2011

   GRANTED: _____

   DENIED: _____

15. PMIL No. 15 to Exclude Evidence of or Reference to Zuffa or UFC Serving as a Business School Case Study, Including Without Limitation Evidence Relating to Proposed Dx-794

   GRANTED: _____

   DENIED: _____

16. PMIL No. 16 to Exclude UFC Video Clips that are (1) Hearsay; (2) Unauthenticated; (3) Lack Sponsoring Witnesses, (4) Were Not Produced in Discovery, (5) are Subject to Exclusion Based on Other Motions in Limine; and, (6) Not Relevant to Any Claim or Defense in This Litigation

GRANTED: _____

DENIED: _____

17. PMIL No. 17 to Exclude Reference or Argument About the Effect of a Verdict in this Case on the Las Vegas Community or Any Other Geographic Region

GRANTED: _____

DENIED: _____

18. PMIL No. 18 to Exclude Evidence Concerning Events, Conduct, or Facts Where Zuffa Objected to and Did Not Produce Discovery Concerning Such Events, Conduct, or Facts

GRANTED: _____

DENIED: _____

19. PMIL No. 19 to Preclude Evidence of or Reference to Regulatory Investigations or Inaction

GRANTED: _____

DENIED: _____

20. PMIL No. 20 to Exclude Reference to Purported Past Relationships Between Parties' Counsel and Expert Witnesses

GRANTED: _____

DENIED: _____

DATED:

The Honorable Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE