| | |
|---|---|
| WILLIAM A. ISAACSON (*Pro hac vice*) | CHRISTOPHER S. YATES (*Pro hac vice*) |
| wisaacson@paulweiss.com | chris.yates@lw.com |
| KAREN L. DUNN (*Pro hac vice*) | LATHAM & WATKINS LLP |
| kdunn@paulweiss.com | 505 Montgomery Street, Suite 2000 |
| JESSICA PHILLIPS (*Pro hac vice*) | San Francisco, CA 94111 |
| jphillips@paulweiss.com | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | SEAN M. BERKOWITZ (*Pro hac vice*) |
| 2001 K Street, NW | sean.berkowitz@lw.com |
| Washington, DC 20006 | LATHAM & WATKINS LLP |
| | 330 North Wabash Ave, Suite 2800 |
| DONALD J. CAMPBELL (No. 1216) | Chicago, IL 60611 |
| djc@campbellandwilliams.com | |
| J. COLBY WILLIAMS (No. 5549) | LAURA R. WASHINGTON (*Pro hac vice*) |
| jcw@campbellandwilliams.com | laura.washington@lw.com |
| CAMPBELL & WILLIAMS | LATHAM & WATKINS LLP |
| 700 South 7th Street | 10250 Constellation Blvd, Suite 1100 |
| Las Vegas, NV 89101 | Los Angeles, CA 90067 |

*Attorneys for Defendant Zuffa, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>　　　Defendant. | Case No.: 2:15-cv-01045-RFB-(BNW)<br><br>**DEFENDANT ZUFFA, LLC'S NOTICE OF MANUAL FILING** |

1    Defendant Zuffa, LLC ("Zuffa"), respectfully submits this Notice of Manual Filing
2    attached hereto as Exhibit A.

Dated: March 4, 2024                                              Respectfully Submitted,

CHRISTOPHER S. YATES (*Pro hac vice*)          /s/ Jessica E. Phillips
chris.yates@lw.com                             WILLIAM A. ISAACSON (*Pro hac vice*)
LATHAM & WATKINS LLP                           wisaacson@paulweiss.com
505 Montgomery Street, Suite 2000              KAREN L. DUNN (*Pro hac vice*)
San Francisco, CA 94111                        kdunn@paulweiss.com
Tel: (415) 395-8095                            JESSICA PHILLIPS (*Pro hac vice*)
                                               jphillips@paulweiss.com
SEAN M. BERKOWITZ (*Pro hac vice*)             PAUL, WEISS, RIFKIND, WHARTON &
sean.berkowitz@lw.com                          GARRISON LLP
LATHAM & WATKINS LLP                           2001 K Street, NW
330 North Wabash Ave, Suite 2800               Washington, DC 20006
Chicago, IL 60611
                                               BRETTE M. TANNENBAUM (*Pro hac vice*)
LAURA R. WASHINGTON (*Pro hac vice*)
laura.washington@lw.com                        btannenbaum@paulweiss.com
LATHAM & WATKINS LLP                           YOTAM BARKAI (*Pro hac vice*)
10250 Constellation Blvd, Suite 1100           ybarkai@paulweiss.com
Los Angeles, CA 90067                          PAUL, WEISS, RIFKIND, WHARTON &
                                               GARRISON LLP
DAVID L. JOHNSON (*Pro hac vice*)              1285 Avenue of the Americas
1avid.johnson@lw.com                           New York, NY 10019
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000             DONALD J. CAMPBELL (No. 1216)
Washington, D.C. 20004                         djc@campbellandwilliams.com
                                               J. COLBY WILLIAMS (No. 5549
                                               jcw@campbellandwilliams.com
                                               CAMPBELL & WILLIAMS
                                               700 South 7th Street
                                               Las Vegas, Nevada 89101
                                               Tel: (702) 382-5222

                                               *Attorneys for Defendant Zuffa, LLC*

ZUFFA'S NOTICE OF MANUAL FILING                                   No. 2:15-cv-01045-RFB-BNW

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Manual Filing was served on March 4, 2024, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Jessica E. Phillips*
Jessica E. Phillips