1  Your name: ROBERT W JOHNSON , PLAINTIFF AND COUNSEL
2  Address: 65 SIDNEY ST : BUFFALO , NY 14211 .
3  
4  Phone Number: 716-445-1734
5  E-mail Address: atemllc2023@gmail./com
6  Pro se

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CUNG LE , NATHAN QUARRY , JON FITCH , BRANDON VERRA , LUIS JAVIER VASQUEZ , KYLE KINGSBURY AND ROBERT W JOHNSON .

Plaintiff,

vs.

ZUFFA , LLC , et al ,

Defendant.

Case Number: 2:15-CV-01045-RFB-BNW
[Name] WHISTLE BLOWER ROBERT W JOHNSON

**NOTICE OF CHANGE OF** *[check box]*:

☒ **ADDRESS**
☒ **PHONE NUMBER**
☒ **EMAIL**

As of *[date of change]* 03/22/2024 ,

my contact information has changed *[check box and fill in]*:

☒ Address: 65 SIDNEY ST : BUFFALO , NY 14211

☒ Phone number: 716-445-1734

☒ Email: atemllc2023@gmail.com

Date: 03/22/2024     Signature: ROBERT W JOHNSON

Printed name: ROBERT W JOHNSON

Pro Se

PAGE ___ OF ___