## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CUNG LE , NATHAN QUARRY , JON FITCH ,   )
BRANDON VERRA , LUIS JAVIER VASQUEZ ,   )
KYLE KINGSBURY AND ROBERT W   JOHNSON , )
      Plaintiff(s),  )
            )
v.           ) Case No.: 2:15-CV-01045-RFB-BNW
            )
ZUFFA , LLC , et al ,      ) **DEFAULT**
            ) WHISTLEBLOWER
      Defendant(s).  )

It appearing from the records in the above-entitled action that Summons issued on the **MARCH 13 , 2024** Complaint **December 16, 2014**
(Original, Amended, etc)      (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

  Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants **ZUFFA , LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP , UFC AND TKO GROUP HOLDINGS , INC .**

in the above-entitled action is hereby entered.

DATED: _____    DEBRA K. KEMPI, CLERK

               By: _____
                   Deputy Clerk