Your Name: ROBERT W JOHNSON
Address: 65 SIDNEY ST
City, State, Zip: BUFFALO, NY 14211
Telephone: 716-445-1734
Email Address: atemllc2023@gmail.com
Self-Represented

# DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| CUNG LE, et al, | CASE NO.: 2:15-CV-01045-RFB-BNW |
| Plaintiff, | DEPT: |
| vs. | WHISTLEBLOWER |
| ZUFFA, LLC, et al, | |
| Defendant. | |

## AFFIDAVIT OF SERVICE
*(this form is to be completed by the person who serves the documents)*

I, (*name of person who served the documents*) ROBERT W JOHNSON, declare (**complete EVERY SECTION below**):

1. I am not a party to or interested in this action and I am over 18 years of age.

2. **What Documents You Served**. I served a copy of the (☒ *check all that apply*)
    - ☒ Complaint for CUNG LE, et al
    - ☒ Summons
    - ☒ Other: ALL ATTACHED MOTIONS HERETO.

3. **Who You Served.** I served the (☒ *check one*)
    - ☒ Plaintiff
    - ☒ Defendant

4. **When You Served.** I personally served the documents on (*date you served the documents*) (*month*) __MARCH__ (*day*) __22__, 20__24__ at the hour of (*time*) ____:____ ☐ a.m. ☐ p.m.

5. **Where You Served.** I personally delivered and left the documents with (☒ *check one*)

   ☒ **The Party to the Case.** I served the documents on the party at the location below. (*complete the details below*)

   __COURT CLERK__
   Name of Person Served

   __333 S LAS VEGAS BLVD__
   Address Where Served

   __LAS VEGAS , NV 89101__
   City, State, Zip Code

   ☐ **A Person Who Lives with the Party.** This is a person of suitable age and discretion who lives with the party. (*complete the details below*)

   _____
   Name of Person Served

   _____
   Address Where Served

   _____
   City, State, Zip Code

6. I am not required to be licensed under Chapter 648 of the Nevada Revised Statutes or another provision of law because I am not engaged in the business of serving legal process within the state of Nevada.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED (*month*) __MARCH__ (*day*) __22__, 20__24__.

Server's Signature: ▶ __ROBERT W JOHNSON__

Server's Printed Name: __ROBERT W JOHNSON__

Residential / Business Address: __65 SIDNEY ST__

City, State, Zip: __BUFFALO,NY 14211__

Server's Phone Number: __7164451734__

CC : BENJAMIN D BROWN
    ERIC L CRAMER
    JOSEPH SAVERI

© 2017 Nevada Supreme Court                                    Affidavit of Service