Joseph R. Saveri (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Itak Moradi (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
   cyoung@saverilawfirm.com
   krayhill@saverilawfirm.com
   imoradi@saverilawfirm.com

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

PLEASE TAKE NOTICE that Joseph Saveri Law Firm, LLP, Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs, has changed its address for service of pleadings and notices in the above-captioned case. The new address of the firm is:

601 California Street, Suite 1505<br>
San Francisco, California 94108

The firm's telephone number, fax number, and email addresses remain the same. Please note that the addresses and contact information for Plaintiffs' other counsel of record remain unchanged.

Dated: May 8, 2024

Respectfully submitted,

By: */s/ Joseph R. Saveri*
Joseph R. Saveri (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Itak Moradi (*pro hac vice*)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com
imoradi@saverilawfirm.com

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on May 8, 2024, via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

    /s/ *Joseph R. Saveri*
    Joseph R. Saveri