# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>        Defendant. | Case No. 2:15-cv-01045-RFB-BNW |
| KAJAN JOHNSON and CLARENCE DOLLAWAY, On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>Zuffa, LLC, TKO OPERATING COMPANY, LLC F/K/A ZUFFA PARENT LLC (D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>        Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PRELIMINARY APPROVAL BRIEF IN EXCESS OF PAGE LIMITS IMPOSED BY LOCAL RULE II 7-3** |

Before this Court is Plaintiffs' Unopposed Motion for Leave to File Preliminary Approval Brief in Excess of Page Limits Imposed by Local Rule II 7-3(b). The Court finds that good cause exists and that a modification to the limits specified in District of Nevada Local Rule 7-3 is appropriate. Therefore, it is ordered that the page limits for the briefing related to Plaintiffs' motion for preliminary approval of the proposed settlement of the above-captioned matters is modified as follows:

| Brief | Current LR 7-3(b) Limit | Proposed Limit |
|---|---|---|
| Plaintiffs' Memorandum of Law In Support of Motion for Preliminary Approval of the Settlement In Both Above Captioned Matters, Provisional Certification of the Proposed *Johnson* Settlement Class, Preliminary Approval of the Plan of Allocation, Approval of the Notice Plan, and Approval of the Proposed Schedule for Completing the Settlement Process | 24 pages | 35 pages |

IT IS SO ORDERED.

DATED: _____, 2024

By: _____
Hon. Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE