**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT NEVADA**

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW |
| KAJAN JOHNSON and CLARENCE DOLLAWAY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC F/K/A ZUFFA PARENT LLC (D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW |

**INDEX OF EXHIBITS TO JOINT DECLARATION OF ERIC L. CRAMER, RICHARD A. KOFFMAN, AND JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT**

Pursuant to Local Civil Rule IA 10-3(d), Plaintiffs submit this Index of Exhibits to the Declaration of Eric L. Cramer, Richard A. Koffman, and Joseph R. Saveri in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement:

| Exhibit Number | Description |
|---|---|
| 1 | Settlement Agreement and its exhibit (April 24, 2024) |
| 2 | Declaration of Professor Eric A. Posner in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement and its exhibit (May 13, 2024) |
| 3 | Plan of Allocation |
| 4 | Declaration of Hal J. Singer, Ph.D. in Support of Plan of Allocation (May 15, 2024) |
| 5 | Declaration of Steven Weisbrot, Esq. of Angeion Group LLC Re the Settlement Notice Plan and its exhibits (May 20, 2024) |

| | | |
|---|---|---|
| 1 | Dated: May 21, 2024 | Respectfully submitted, |
| 2 | | /s/ *Eric L. Cramer* |
| 3 | | Eric L. Cramer (pro hac vice) |
| | | Michael Dell'Angelo (pro hac vice) |
| 4 | | Ellen T. Noteware (pro hac vice) |
| | | Patrick F. Madden (pro hac vice) |
| 5 | | Najah Jacobs (pro hac vice) |
| 6 | | BERGER MONTAGUE PC |
| | | 1818 Market St., Suite 3600 |
| 7 | | Philadelphia, PA 19103 |
| | | Telephone: +1 (215) 875-3000 |
| 8 | | Email: ecramer@bm.net |
| 9 | | Email: mdellangelo@bm.net |
| | | Email: enoteware@bm.net |
| 10 | | Email: pmadden@bm.net |
| | | Email: njacobs@bm.net |
| 11 | | |
| 12 | | Joshua P. Davis (pro hac vice) |
| | | BERGER MONTAGUE PC |
| 13 | | 505 Montgomery Street, Suite 625 |
| | | San Francisco, CA 94111 |
| 14 | | Telephone: +1 (415) 906-0684 |
| 15 | | Email: jdavis@bm.net |
| 16 | | Richard A. Koffman (pro hac vice) |
| | | Benjamin Brown (pro hac vice) |
| 17 | | Daniel Silverman (pro hac vice) |
| | | Daniel L. Gifford (pro hac vice) |
| 18 | | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 19 | | 1100 New York Ave., N.W. |
| 20 | | Suite 500 East, Tower |
| | | Washington, DC 20005 |
| 21 | | Telephone: +1 (202) 408-4600 |
| | | Facsimile: +1 (202) 408-4699 |
| 22 | | Email: rkoffman@cohenmilstein.com |
| | | Email: bbrown@cohenmilstein.com |
| 23 | | Email: dsilverman@cohenmilstein.com |
| 24 | | Email: dgifford@cohenmilstein.com |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2

INDEX OF EXHIBITS TO JOINT DECLARATION OF ERIC L. CRAMER,
RICHARD A. KOFFMAN, AND JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
Christopher Young (pro hac vice)
Itak Moradi (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Le Class, Settlement Class Counsel for the Le Settlement Class and the Johnson Settlement Class and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, Kyle Kingsbury, Kajan Johnson, Clarence Dollaway, and Tristan Connelly*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Le Class, Settlement Class Counsel for the Le Settlement Class and the Johnson Settlement Class and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, Kyle Kingsbury, Kajan Johnson, Clarence Dollaway, and Tristan Connelly*

INDEX OF EXHIBITS TO JOINT DECLARATION OF ERIC L. CRAMER,
RICHARD A. KOFFMAN, AND JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON
     & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr., Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Le Settlement Class and the Johnson Settlement Class and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, Kyle Kingsbury, Kajan Johnson, Clarence Dollaway, and Tristan Connelly*

INDEX OF EXHIBITS TO JOINT DECLARATION OF ERIC L. CRAMER,
RICHARD A. KOFFMAN, AND JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT