# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>       Defendant. | No.: 2:15-cv-01045-RFB-BNW |
| Kajan Johnson, Clarence Dollaway, and Tristan Connelly, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>Zuffa, LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>       Defendants. | No.: 2:21-cv-1189-RFB BNW |

**DECLARATION OF PROFESSOR ERIC A. POSNER IN SUPPORT
OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE
SETTLEMENT IN BOTH ABOVE-CAPTIONED MATTERS**

## I.    INTRODUCTION

1.    I have been asked by the plaintiffs in the above-captioned cases to provide context for the proposed class settlement by explaining the litigation risks faced by plaintiffs when they filed their claim and the significance of the settlement for enforcement of the antitrust laws. My understanding is that the plaintiffs settled these cases for $335 million in addition to certain prospective relief relating to the challenged practices. Below, I explain that antitrust claims

1

Case Nos.: 2:15-cv-1045; 2:21-cv-01189

DECLARATION OF PROFESSOR ERIC A. POSNER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT
IN BOTH ABOVE-CAPTIONED MATTERS

against employers for anticompetitive behavior in labor markets are relatively rare and difficult in comparison to other types of antitrust claims, and that labor-side section 2 claims of this type have been vanishingly rare. As far as I have discovered in my research, *Le v. Zuffa* is the first such claim ever to survive summary judgment, reach class certification, or even survive a motion to dismiss. The settlement will encourage more plaintiffs to bring cases to enforce an important but neglected policy embodied in the antitrust laws—that of ensuring that labor markets, and not just product markets, are competitive.

## II.    QUALIFICATIONS

2.      I am the Kirkland and Ellis Distinguished Service Professor at the University of Chicago Law School. Before joining the Chicago faculty in 1998, I taught at the University of Pennsylvania Law School. I was educated at Yale College and Harvard Law School.

3.      I have extensive academic experience and expertise in antitrust law and its application to labor markets. I have taught classes, given lectures, and written frequently about this topic. In addition to numerous articles on antitrust in labor markets in academic journals, I published a book on the topic in 2021 entitled How Antitrust Failed Workers (Oxford University Press).

4.      I worked on labor and antitrust issues while serving as Counsel to the Assistant Attorney General of the Antitrust Division in the Department of Justice from 2022 to 2023.

5.      I have substantial practical experience in antitrust law. From 2010 to 2016, I was counsel at Boies, Schiller, and Flexner, where I participated in antitrust cases.[1] From 2018 to

---

[1] I recently learned that Boies, Schiller, and Flexner represented Zuffa in this matter during my final years as counsel to the firm. I did not play any role in that litigation and, indeed, I was unaware of the representation at the time.

2

Case Nos.: 2:15-cv-1045; 2:21-cv-01189

DECLARATION OF PROFESSOR ERIC A. POSNER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT
IN BOTH ABOVE-CAPTIONED MATTERS

2022 and from February 2024 to the present, I have been counsel at MoloLamken, where I have litigated antitrust cases. I am a member of the bar of the states of Illinois and Maryland.

6.     I have testified or made presentations on the application of antitrust law to labor markets before the Committee on the Judiciary, Subcommittee on Antitrust, Commercial, and Administrative Law, U.S. House of Representatives; the Federal Trade Commission; the Department of Justice; the National Association of Attorneys General; and various practitioner and academic groups.

7.     I am a member of the American Academy of Arts and Sciences and the Council of the American Law Institute.

8.     My most recent curriculum vitae is appended to this report.

## III.   ANALYSIS

### A.   Background on Labor Antitrust

9.     While the Supreme Court has recognized that antitrust law protects workers from anticompetitive behavior since the 1920s, "labor-side" antitrust cases or "labor antitrust" cases, as they are sometimes called, have been rare.[2] In *Anderson v. Shipowners Association*, the Court held that employees of ship transport companies could bring an antitrust claim against those companies for fixing wages and agreeing not to poach workers.[3] In 2021, in *NCAA v. Alston*, the Court held that student athletes may bring antitrust claims against universities that bought their

---

[2] I use the terms "labor-side antitrust" or "labor antitrust" to refer to antitrust cases in which employees or independent contractors allege that a firm has engaged in anticompetitive actions in a labor market in violation of the antitrust laws. To avoid confusion, I will use the term "worker" to refer to individuals who supply labor to a firm in return for compensation, regardless of whether they are formally classified as employees or independent contractors.

[3] *Anderson v. Shipowners Ass'n*, 272 U.S. 359 (1926).

3

Case Nos.: 2:15-cv-1045; 2:21-cv-01189

DECLARATION OF PROFESSOR ERIC A. POSNER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT
IN BOTH ABOVE-CAPTIONED MATTERS

labor.[4] Along the way, various lower courts also recognized labor-side antitrust claims.[5] But such cases have always been rare. One reason for the relative sparsity of such claims is that, historically, economists and antitrust experts have generally assumed that labor markets were competitive. In addition, labor advocates may have believed that unions should take the lead in protecting workers from abusive employment conditions.[6]

      10.     Developments over the last fifteen years have shattered these assumptions.

      11.     First, as employment data became more available and statistical methods improved, economists learned that labor markets are in fact often highly concentrated.[7] For example, one prominent study found that 60% of labor markets have HHIs greater than 2,500, and a quarter of labor markets have HHIs greater than 7,200—in the latter case, implying thousands of firms that employ more than 80% of the workers in a labor market.[8] Labor markets are also frequently burdened by employer-imposed restraints on labor market competition, including no-poach agreements and covenants not to compete.[9] Recent studies have found that hundreds of franchises used no-poach agreements to restrict mobility of their workers among

---

[4] *Nat'l Collegiate Athletic Ass'n v. Alston*, 141 S. Ct. 2141 (2021).

[5] See, e.g., *Todd v. Exxon Corp.*, 275 F.3d 191 (2d Cir. 2001).

[6] ERIC A. POSNER, HOW ANTITRUST FAILED WORKERS (2021); Eric A. Posner, *The New Labor Antitrust*, ANTITRUST L.J. (forthcoming, 2024), https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4575258.

[7] See, e.g., José Azar, Ioana Marinescu, & Marshall Steinbaum, *Labor Market Concentration*, 57 J. HUM. RES. S167 (2022); David Berger, Kyle Herkenhoff, & Simon Mongey, *Labor Market Power*, 112 AM. ECON. REV. 1147 (2022).

[8] *See* José Azar, Ioana Marinescu, Marshall Steinbaum, & Bledi Taska, *Concentration in US Labor Markets: Evidence from Online Vacancy Data*, 66 LABOR. ECON. 1018 (2020).

[9] See Alan B. Krueger & Orley Ashenfelter, *Theory and Evidence on Employer Collusion in the Franchise Sector*, 57 J. HUM. RES. S324 (2022); Evan Starr, *Consider This: Training, Wages, and the Enforceability of Covenants Not to Compete*, 72 ILR REV. 783 (2019).

Case Nos.: 2:15-cv-1045; 2:21-cv-01189

---

DECLARATION OF PROFESSOR ERIC A. POSNER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT
IN BOTH ABOVE-CAPTIONED MATTERS

franchisees.[10] Thousands of firms overuse covenants not to compete, which cover tens of millions of workers.[11]

12.     Second, whether or not unions adequately protected workers, union membership has declined significantly since the 1950s.[12] This has been due to a variety of factors out of the control of workers, including globalization, technological changes, the advance of union-busting strategies, the growing practice of characterizing workers as "independent contractors," and changes in labor law.[13] As a result, the vast majority of workers lack union representation.

13.     Recent economic research has found that labor market concentration, mergers, no-poach agreements, covenants not to compete, and related restraints on labor market competition are responsible for a range of economic harms—including lower wages, lower economic output, reduced worker mobility, worse job conditions, and reduced innovation.[14] Lower-income workers have been particularly hard-hit by employment restraints, which, in addition to being inefficient, transfer economic surplus from workers to usually wealthier shareholders and other

---

[10] See, e.g., Brian Callaci, Matthew Gibson, Sergio Pinto, Marshall Steinbaum, & Matthew Walsh, *The Effect of No-poaching Restrictions on Worker Earnings in Franchised Industries* (July 2023), ssrn.com/abstract=4155577.

[11] Natarajan Balasubramanian, Evan Starr, & Shotaro Yamaguchi, *Employment Restrictions on Resource Transferability and Value Appropriation from Employees* (2023), papers.ssrn.com/abstract=3814403.

[12] Anna Stansbury & Lawrence H. Summers, *The Declining Worker Power Hypothesis: An Explanation for the Recent Evolution of the American Economy* (Nat'l Bureau of Econ. Rsch., Working Paper No. 27193, 2020).

[13] See *id.*; Posner, *supra* note 6.

[14] See, e.g., Elena Prager & Matt Schmitt, *Employer Consolidation and Wages: Evidence from Hospitals*, 111 AM. ECON. REV 397 (2021) (mergers); Mark K. Meiselbach & Matthew D. Eisenberg, Labor Market Concentration and Employee Health Benefits (unpub., 2023), ssrn.com/abstract=4499203 (impact on health benefits). Additional sources are discussed in Posner, *New Labor Antitrust*, *supra* note 6.

Case Nos.: 2:15-cv-1045; 2:21-cv-01189

DECLARATION OF PROFESSOR ERIC A. POSNER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT
IN BOTH ABOVE-CAPTIONED MATTERS

owners of capital.[15] While unions sometimes ameliorate these impacts, only six percent of private-sector employees are unionized.[16]

14.     Taking note of these developments, the Department of Justice and the Federal Trade Commission ramped up enforcement of the antitrust laws in labor markets. They issued a Human Resources Guidance in 2016 that warned employers that no-poach agreements and other labor restraints were illegal and potentially criminal,[17] updated the Merger Guidelines in 2023 to include a section laying out their approach to evaluating the labor market effects of mergers,[18] began challenging mergers based on labor market effects,[19] and initiated or intervened in labor-side antitrust litigation against employers.[20] The Department of Justice also brought several criminal cases,[21] while the FTC recently issued a rule banning covenants not to compete and related anticompetitive employment restraints.[22]

15.     While this activity has raised the profile of employer abuse in labor markets and spurred private litigation, labor antitrust cases remain rare. There are three reasons for this. First,

---

[15] Ihsaan Bassier, Arindrajit Dube, & Suresh Naidu, *Monopsony in Movers: The Elasticity of Labor Supply to Firm Wage Policies*, 57 J. HUM. RES. S50 (2022) (finding that monopsonistic competition is widespread even in low-wage, high-turnover sectors).

[16] See Paul D. Romero & Julie M. Whittaker, *A Brief Examination of Union Membership Data*, Congressional Research Service Report No. R47596, June 16, 2023.

[17] U.S. DEP'T OF JUST. & FED. TRADE COMM'N, ANTITRUST GUIDANCE FOR HUMAN RESOURCE PROFESSIONALS (2016).

[18] U.S. DEP'T OF JUST. & FED. TRADE COMM'N, MERGER GUIDELINES (2023).

[19] *United States v. Bertelsmann SE & Co. KGaA*, 646 F. Supp. 3d 1, 32 (D.D.C. 2022); *Fed. Trade Comm'n v. Kroger Co.*, No. 3:2024cv00347 (D. Or. filed Feb. 26, 2024).

[20] See, e.g., *Prudential Sec.*, FTC No. 2210026 (2023); *United States v. Cargill Meat Solutions Corp.* et al., 2022 WL 3083615.

[21] See, e.g., *United States v. Jindal*, No. 4:20-cr-00358, 2021 WL 5578687 (E.D. Tex. 2021).

[22] FED. TRADE COMM'N, NON-COMPETE CLAUSE RULE, 89 FR 38342-01 (May 7, 2024).

Case Nos.: 2:15-cv-1045; 2:21-cv-01189

DECLARATION OF PROFESSOR ERIC A. POSNER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT
IN BOTH ABOVE-CAPTIONED MATTERS

there is relatively little precedent that lawyers can use to predict case outcomes so that they can provide guidance to clients and calculate the odds of success in litigation. Second, because employee compensation is relatively hidden as compared to the prices of goods and services, workers often do not know they are underpaid and lawyers have trouble obtaining evidence for class actions. Third, creating classes of workers is sometimes more complex than creating classes of consumers.[23]

16.     The labor antitrust cases that have been brought by private plaintiffs have almost always involved section 1 of the Sherman Act. These are cases in which independent employers collude by fixing wages, agreeing not to poach one another's employees, and engaging in similar activities. Section 1 labor cases are easier to bring than section 2 cases against monopsonists because section 1 cases involve agreements among multiple firms and those agreements are often public and may be per se illegal. The various lawsuits brought against sports leagues for anticompetitive behavior, for example, have benefitted from the public nature of the rules that leagues use to restrain competition.[24]

17.     The current case, *Le v. Zuffa*, is the first section 2 labor antitrust claim that has ever resulted in an opinion, as far as I know,[25] even though labor monopsony is extremely common. See ¶ 11, above.

---

[23] See Posner, *New Labor Antitrust*, *supra* note 6.

[24] *NCAA v. Alston*; *House v. Nat'l Collegiate Athletic Ass'n*, 545 F.3d 804 (N.D. Cal. 2021); *Tennessee v. Nat'l Collegiate Athletic Ass'n*, No. 324CV00033DCLCDCP, 2024 WL 464164 (E.D. Tenn. Feb. 6, 2024); *Smart v. NCAA*, No. 2:22-cv-02125 WBS KJN (E.D.Cal. 2023); *State of Ohio v. Nat'l Collegiate Athletic Ass'n*, No. 1:23-cv-00100 (N.D. W. Va. Dec. 7, 2023).

[25] Posner, *supra* note 6, at 11. I have reviewed and updated my searches of case law databases for this report.

DECLARATION OF PROFESSOR ERIC A. POSNER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT
IN BOTH ABOVE-CAPTIONED MATTERS

18.     By contrast, section 2 cases in product markets are relatively common. Several such cases are among the most important landmarks of antitrust law. Section 2 was the basis of the breakups of Standard Oil in 1911[26] and AT&T in 1982,[27] and the successful government lawsuit against Microsoft twenty years ago.[28] Section 2 cases have recently been brought against Meta, Google, Apple, and Amazon.[29]

19.     The contrast between rare section 2 labor cases and common section 2 product-market cases underlines the pathbreaking nature of *Le v. Zuffa*. The achievement of the significant settlement in this case—involving a payment of $335 million plus prospective relief—will encourage victims of employer monopsony to bring meritorious antitrust lawsuits against employer monopsonies.

**B.     The *Le v. Zuffa* Settlement**

20.     The plaintiff class filed its initial complaint on December 16, 2014, almost ten years ago, well before the modern wave of labor antitrust cases.[30] The Court certified a class[31] and denied the defendant's motion for summary judgment.[32] After considerable investment of time, money, and effort, the parties settled on the eve of trial.

---

[26] *Standard Oil Co. of New Jersey v. United States*, 221 U.S. 1 (1911).

[27] *United States v. AT&T*, 552 F. Supp. 131 (1982).

[28] *United States v. Microsoft Corp.*, 253 F.3d 34 (D.C. Cir. 2001).

[29] *Fed. Trade Comm'n v. Meta Platforms Inc.*, 1:20-cv-03590, (D.D.C. 2020); *United States v. Google LLC*, 1:20-cv-03010 (D.D.C. 2020); *United States v. Google LLC*, No. 1:23-cv-00108 (E.D. Va. 2023); *United States v. Apple Inc.*, 2:24-cv-04055, (D.N.J. 2024); *Fed. Trade Comm'n. v. Amazon.com Inc*, 2:23-cv-01495 (W.D. Wash. 2023).

[30] *Le v. Zuffa, LLC*, No. 2:15-cv-01045-RFB-BNW, 2023 WL 5085064 (D. Nev. Aug. 9, 2023) at ECF No. 1.

[31] *Id*. at ECF No. 839 (certifying class).

[32] *Id*. at ECF No. 959 (denying summary judgment).

Case Nos.: 2:15-cv-1045; 2:21-cv-01189

DECLARATION OF PROFESSOR ERIC A. POSNER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT
IN BOTH ABOVE-CAPTIONED MATTERS

21.    This Court held that plaintiffs properly alleged a section 2 violation of the antitrust laws and showed a genuine dispute of material fact.[33] The plaintiffs had alleged that the defendant had engaged in a variety of anticompetitive actions to achieve a monopsony over the market for Elite Professional Mixed Martial Arts Fighter services in the United States.

22.    In addition to stating a valid claim and demonstrating that there were genuine disputes of material fact as to their allegations, the plaintiffs secured important judicial opinions that will help litigants and future courts adjudicate section 2 labor antitrust cases. As the first opinions in such a case, they provide valuable guidance to future courts and litigants for, among other things, labor market definition, identification of anticompetitive actions in labor markets, the use of data and statistical techniques by experts to determine compensation levels and shares for certain types of workers, and considerations for certifying a class of workers in a labor antitrust case.

23.    The case will also provide valuable guidance for litigants and judges in other labor antitrust cases brought under section 1 of the Sherman Act, section 7 of the Clayton Act,[34] and other provisions of the antitrust laws. Many of the issues addressed by this Court, for example, labor market definition, remain a matter of contention in other areas of antitrust law, and the Court's discussion and resolution of these issues will help courts and litigants navigate the law in future litigation. Indeed, *Le v. Zuffa* was cited for its analysis of labor market definition in *United*

---

[33] *Id*.

[34] For example, adjudication of an important recent merger challenge brought by the FTC under section 7 of the Clayton Act will benefit from the opinions issued by this Court. That case involves allegations that the merger of two large grocery chains will produce anticompetitive effects in multiple labor markets. See *Federal Trade Comm'n, In the Matter of The Kroger Company and Albertsons Companies, Inc.*, Docket No. D-9428 (2024).

Case Nos.: 2:15-cv-1045; 2:21-cv-01189

DECLARATION OF PROFESSOR ERIC A. POSNER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT
IN BOTH ABOVE-CAPTIONED MATTERS

*States v. Bertelsmann*, the first case in which a court blocked a merger because of its impact on labor markets.[35]

### III.   CONCLUSION

24.     Anticompetitive behavior by employers is widespread and labor market concentration is often extreme, but historically the antitrust laws have rarely been used to address these problems. Only in the last ten years has there been a concerted effort to remedy this deficiency. The plaintiffs' challenge to the defendant's labor monopsony in an important sports and entertainment market has played a pioneering role in this effort, particularly in showing how an employer with power in a labor market can be challenged under section 2 of the Sherman Act. The judicial opinions it produced and the settlement for the class members will spur other private plaintiffs to pursue meritorious claims in this important but neglected area of the law.

Executed this 13th of May, 2024 in Germantown, New York.

_____

Eric A. Posner

---

[35] See *Bertelsmann*, 646 F. Supp. 3d at 32 (citing *Le v. Zuffa, LLC*, 216 F. Supp. 3d 1154, 1159, 1165–66 (D. Nev. 2016)).

Case Nos.: 2:15-cv-1045; 2:21-cv-01189

DECLARATION OF PROFESSOR ERIC A. POSNER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT
IN BOTH ABOVE-CAPTIONED MATTERS

# Appendix to the Declaration of Professor Eric A. Posner in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement

# CURRICULUM VITAE

**Eric A. Posner**                                                                                      **May 2024**

| | |
|---|---|
| **Address** | University of Chicago Law School |
| | 1111 E. 60th St. |
| | Chicago, IL 60637 |
| | (773)702-0425 |
| | eposner@uchicago.edu |

## Professional Experience

| | |
|---|---|
| 2013-present | Kirkland & Ellis Distinguished Service Professor of Law, University of Chicago |
| Fall 2016 | Visiting Professor of Law, Columbia Law School |
| 2003-2012 | Kirkland & Ellis Professor of Law, University of Chicago |
| Fall 2008 | Visiting Professor of Law, NYU Law School |
| 1998-2003 | Professor of Law, University of Chicago |
| 1998 | Professor of Law, University of Pennsylvania |
| Fall 1997 | Visiting Assistant Professor of Law, University of Chicago |
| 1993-1998 | Assistant Professor of Law, University of Pennsylvania |
| 1992-1993 | Attorney Adviser, Office of Legal Counsel, U.S. Department of Justice |
| 1991-1992 | Law Clerk, Judge Stephen F. Williams, U.S. Court of Appeals, D.C. Circuit |

## Books

Law and Social Norms: Harvard University Press (2000)
        Japanese edition (Bokutakusha, 2002)
        Chinese edition (China University of Political Science and Law Publishing House, 2005)
        Taiwanese edition (Angle Publishing Company, 2006)
        South Asia edition (Universal Law Publishing Company, 2009)

Chicago Lectures in Law and Economics (editor): Foundation Press (2000)

Cost-Benefit Analysis: Legal, Philosophical, and Economic Perspectives (editor, with Matthew Adler): University of Chicago Press (2001)

The Limits of International Law (with Jack Goldsmith): Oxford University Press (2005)
        Chinese edition (Law Press of Beijing)
        Macedonian edition

New Foundations of Cost-Benefit Analysis (with Matthew Adler): Harvard University Press (2006)
        Arabic edition (Institute of Public Administration, Saudi Arabia, 2010)

Terror in the Balance: Security, Liberty and the Courts (with Adrian Vermeule): Oxford University Press (2007)

Social Norms, Nonlegal Sanctions, and the Law (editor): Edward Elgar (2007)

The Perils of Global Legalism: University of Chicago Press (2009)
        Chinese edition (Law Press China, 2016)

Climate Change Justice (with David Weisbach): Princeton University Press (2010)
        Korean edition (Sogan Hawoo, 2016)

Law and Happiness (editor, with Cass R. Sunstein): University of Chicago Press (2010)

The Economics of Public International Law (editor): Edward Elgar (2010)

The Executive Unbound: After the Madisonian Republic (with Adrian Vermeule): Oxford University Press (2011)
      German edition (Duncker & Humblot, 2014)

Contract Law and Theory: Aspen (2011)
      Second edition (2016)

Economic Foundations of International Law (with Alan Sykes): Harvard University Press (2013)
      Georgian edition (Labyrinth Publishing House, 2014)

The Twilight of Human Rights Law: Oxford University Press (2014)
      Excerpt republished in Harper's, October 2014

Last Resort: The Financial Crisis and the Future of Bailouts: University of Chicago Press (2018)
      Chinese edition (Truth and Wisdom Press, 2022)
      A Financial Times Book of the Year, 2018

Radical Markets: Uprooting Property and Democracy for a Just Society (with E. Glen Weyl): Princeton University Press (2018)
      Korean edition (Bookie Publishing House, forthcoming)
      Japanese edition (Toyo Keizai, forthcoming)
      Chinese edition (Beijing Huazhang Graphics and Information Co. Ltd., forthcoming)
      Spanish edition (Antoni Bosch, 2019)
      Brazilian edition (Companhia das Letras, forthcoming)
      German edition (WBG, 2019 )
      Chinese (complex) edition (Gusa Press, forthcoming)
      Italian edition (LUISS University Press, forthcoming)
      Paperback edition, 2019
      An Economist Book of the Year, 2018

The Demagogue's Playbook: All Points Books (2020)
      Chinese edition (Truth and Wisdom Press)

How Antitrust Failed Workers: Oxford University Press (2021)

**Articles and Book Chapters**

Contract Law in the Welfare State: A Defense of Usury Laws, the Unconscionability Doctrine, and Related Limitations on the Freedom to Contract, 24 J. Legal Stud. 283 (1995)

The Regulation of Groups: The Influence of Legal and Nonlegal Sanctions on Collective Action, 63 U. Chi. L. Rev. 133 (1996)

Law, Economics, and Inefficient Norms, 144 U. Pa. L. Rev. 1697 (1996)

The Legal Regulation of Religious Groups, 2 Legal Theory 33 (1996)

Altruism, Status, and Trust in the Law of Gifts and Gratuitous Promises, 1997 Wisc. L. Rev. 567 (1997)

The Political Economy of the Bankruptcy Reform Act of 1978, 96 Mich. L. Rev. 47 (1997) (reprinted in part in Bankruptcy Anthology (Charles J. Tabb ed. 2001)

The Parol Evidence Rule, the Plain Meaning Rule, and the Principles of Contractual Interpretation, 146 U. Pa. L. Rev. 533 (1998)

Symbols, Signals, and Social Norms in Politics and the Law, 27 J. Legal Stud. 765 (1998) (reprinted in Law and Economics (Nicholas Mercuro ed., Routledge Press, 2007); Foundations of Law and Economics (Robert Cooter & Francesco Parisi, eds., Edward Elgar, 2010))

The Strategic Basis of Principled Behavior: A Critique of the Incommensurability Thesis, 146 U. Pa. L. Rev. 1185 (1998)

The Demand for Human Cloning, in Clones and Clones: Facts and Fantasies About Human Cloning (Martha C. Nussbaum and Cass R. Sunstein, eds.): W.W. Norton (1998) (with Richard A. Posner) (Reprinted, with a postscript, in 27 Hofstra L. Rev. 579 (1999))

A Positive Theory of Chapter 11, 74 NYU Law Rev. 161 (1999) (with Kevin A. Kordana)

The Decline of Formality in Contract Law, in The Fall and Rise of Freedom of Contract (Frank Buckley, ed.): Duke University Press (1999)

Family Law and Social Norms, in The Fall and Rise of Freedom of Contract (Frank Buckley, ed.): Duke University Press (1999)

Shaming White Collar Criminals under the Federal Sentencing Guidelines, 42 J. Law & Econ. 365 (1999) (With Dan M. Kahan)

Arbitration and the Harmonization of International Commercial Law: A Defense of *Mitsubishi*, 39 Va. J. Inter'l Law 647 (1999)

Should Debtors Be Forced into Chapter 13?, 32 Loyola of Los Angeles L. Rev. 965 (1999)

A Theory of Customary International Law, 66 U. Chi. L. Rev. 1113 (1999) (with Jack L. Goldsmith)

Rethinking Cost-Benefit Analysis, 109 Yale L.J. 165 (1999) (with Matthew Adler) (Reprinted in part in Jurisprudence: Contemporary Readings, Narratives, and Problems (Robert Hayman et al., ed., 2d ed. 2002))

Contract Remedies: Foreseeability, Precaution, Causation, and Mitigation, in The Encyclopedia of Law and Economics (Boudewijn Bouckaert and Gerrit De Geest, eds.): Edward Elgar (2000)

A Theory of Contract Law Under Conditions of Radical Judicial Error, 94 Nw. U. L. Rev. 749 (2000)

Understanding the Resemblance Between Modern and Traditional Customary International Law, 40 Va. J. Int'l Law 639 (2000) (with Jack L. Goldsmith), excerpted in Edward M. Wise, International Criminal Law: Cases and Materials (3d ed. 2009)

Implementing Cost-Benefit Analysis When Preferences Are Distorted, 29 J. Legal Stud. 1105 (2000) (with Matthew Adler)

Introduction to the Conference on Cost-Benefit Analysis, 29 J. Legal Stud. 837 (2000) (with Matthew Adler)

Agency Models in Law and Economics, in *Chicago Lectures in Law and Economic* (Eric A. Posner ed., 2000), reprinted in *Game Theory and the Law* (Eric B. Rasmussen ed., 2007)

The Design and Interpretation of Contracts: Why Complexity Matters, 95 Nw. U.L. Rev. 91 (2000) (with Karen Eggleston and Richard Zeckhauser)

Law and Social Norms: The Case of Tax Compliance, 86 Va. L. Rev. 1781 (2000), excerpt reprinted in *Tax Controversies: Practice and Procedure* (forthcoming)

Cost-Benefit Analysis as a Solution to a Principal-Agent Problem, 53 Admin. L. Rev. 289 (2001)

Law and the Emotions, 89 Georgetown L.J. 1977 (2001), reprinted in Law and Neuroscience (Owen D. Jones, Jeffrey D. Schall, and Francis X. Shen, eds., Wolters Kluwer, 2nd ed. forthcoming)

Controlling Agencies with Cost-Benefit Analysis: A Positive Political Theory Perspective, 68 U. Chi. L. Rev. 1137 (2001)

The Law and Economics of Consumer Finance, 4 Amer. Law & Econ. Rev. 162 (2002) (with Richard Hynes)

Legislative Entrenchment: A Reappraisal, 111 Yale L.J. 1665 (2002) (with Adrian Vermeule)

Fear and the Regulatory Model of Counterterrorism, 25 Harv. J.L. & Pub. Pol. 681 (2002)

Controlling Agencies with Net Benefit Accounts: A Thought Experiment, 150 U. Pa. L. Rev. 1473 (2002)

Moral and Legal Rhetoric in International Relations: A Rational Choice Perspective , 31 J. Legal Stud. S115 (2002) (with Jack Goldsmith)

Interring the Nondelegation Doctrine, 69 U. Chi. L. Rev. 1721 (2002) (with Adrian Vermeule), republished in translation, Revista De Direito Administrativo, 282(1), 15–61 (2023)

Economic Analysis of Contract Law After Three Decades: Success or Failure?, 112 Yale L.J. 829 (2003), reprinted in Economics of Contract Law (Douglas Baird ed. 2007) and Law in Society: Nature, Functions and Limits (Robert Hillman ed., forthcoming)

Four Economic Perspectives on American Labor Law and the Problem of Social Conflict, 159 J. Inst'l & Theoretical Econ. 101 (2003)

The Jurisprudence of Greed, 151 U. Pa. L. Rev. 1097 (2003)

International Agreement: A Rational Choice Approach, 44 Va. J. Int'l L. 113 (2003) (with Jack Goldsmith)

Reparations for Slavery and Other Historical Injustices, 103 Colum. L. Rev. 689 (2003) (with Adrian Vermeule)

A Theory of the Laws of War, 70 U. Chi. L. Rev. 297 (2003)

Do States Have a Moral Obligation to Comply with International Law?, 55 Stan. L. Rev. 1901 (2003)

Accommodating Emergencies, 56 Stan. L. Rev. 605 (2003) (with Adrian Vermeule), reprinted in The Constitution in Wartime 55 (Mark Tushnet, editor, 2005)

Transfer Regulations and Cost-Effectiveness Analysis, 53 Duke L.J. 1067 (2003)

Probability Errors: Implications for Tort and Contract Law, 11 Sup. Ct. Econ. Rev. 125 (2004), reprinted in The Law and Economics of Irrational Behavior 456 (Francesco Parisi and Vernon Smith, eds., 2005); and in Law and Economics of Uncertainty (Joshua C. Teitelbaum, ed., forthcoming)

Transitional Justice as Ordinary Justice, 117 Harv. L. Rev. 761 (2004) (with Adrian Vermeule)

The Political Economy of State Bankruptcy Exemptions, 47 J. Law & Econ. 19 (2004) (with Richard Hynes and Anup Malani)

Judicial Independence in International Tribunals, 93 Calif. L. Rev. 1 (2005) (with John Yoo)

Optimal War and *Jus ad Bellum*, 93 Georgetown L.J. 993 (2005) (with Alan Sykes)

International Law and the Disaggregated State, 32 Fla. St. U. L. Rev. 797 (2005)

Dollars and Death, 72 U. Chi. L. Rev. 537 (2005) (with Cass Sunstein)

Is the International Court of Justice Biased?, 34 J. Legal Stud. 599 (2005) (with Miguel de Figueiredo)

Political Trials in Domestic and International Law, 55 Duke L. J. 75 (2005)

Should Coercive Interrogation Be Legal?, 104 Mich. L. Rev. 671 (2006) (with Adrian Vermeule)

Holding Internet Service Providers Accountable, 14 Sup. Ct. Econ. Rev. 221 (2006) (with Douglas Lichtman), reprinted in The Law and Economics of Cybersecurity (Mark F. Grady and Francesco Parisi eds. 2006)

The Decline of the International Court of Justice, in International Conflict Resolution 111 (Stefan Voigt, Max Albert, and Dieter Schmidtchen eds. 2006).

International Law: A Welfarist Approach, 73 U. Chi. L. Rev. 487 (2006)

International Law and the Rise of China, 7 Chi. J. Int'l L. 1 (2006) (with John Yoo)

Emergencies and Democratic Failure, 92 Va. L. Rev. 1091 (2006) (with Adrian Vermeule)

There Are No Penalty Default Rules in Contract Law, 33 Fla. St. U. L. Rev. 563 (2006)

The Law of Other States, 59 Stan. L. Rev. 131 (2006) (with Cass Sunstein), reprinted in *Comparative Constitutional Law*, edited by Mark Tushnet (Edward Elgar, forthcoming)

Chevronizing Foreign Relations, 116 Yale L.J. 1171 (2007) (with Cass Sunstein), reprinted in Curtis A. Bradley, Foreign Relations Law (Edward Elgar, forthcoming)

Signing Statements and Executive Power, 23 Constitutional Commentary 307 (2007) (with Curtis Bradley)

The Second-Order Structure of Immigration Law, 59 Stan. L. Rev. 809 (2007) (with Adam Cox)

Social Norms and Economic Analysis of the Law, in Economic Analysis of Law: A European Perspective (Aristides N. Hatzis ed., 2007)

An Economic Analysis of State and Individual Responsibility Under International Law, 9 Amer. L. & Econ. Rev. 72 (2007) (with Alan Sykes)

The Credible Executive, 74 U. Chi. L. Rev. 865 (2007) (with Adrian Vermeule)

The Case for For-Profit Charities, 93 Va. L. Rev. 2017 (2007) (with Anup Malani)

Timing Rules and Legislative Action, 121 Harv. L. Rev. 543 (2007) (with Jacob Gersen)

Climate Change and International Human Rights Litigation: A Critical Appraisal, 155 U. Pa. L. Rev. 1925 (2007), reprinted in Human Rights and the Environment (Svitlana Kravchenko, John E. Bonine, & Don Anton eds., 2008); Environment and Health: Issues and Implications (L. Lakshmi ed., 2008)

A Critique of the Odious Debt Doctrine, 70 Law & Contemp. Probs. 33 (2007) (with Albert Choi)

The International Protection of Cultural Property: Some Skeptical Observations, 8 Chi. J. Int'l L. 213 (2007)

Constitutional Showdowns, 156 U. Pa. L. Rev. 991 (2008) (with Adrian Vermeule)

Climate Change Justice, 96 Georgetown L.J. 1565 (2008) (with Cass Sunstein), excerpted or reprinted in Cases and Materials on Environmental Law (Daniel A. Farber, ed., forthcoming); Reflecting on Nature: Readings in Environmental Ethics and Philosophy (Lori Gruen, Dale Jamieson, and Christopher Schlottmann eds., 2d ed., Oxford, 2012); Ethics, Environmental Justice and Climate Change (by Paul G. Harris ed., Edward Elgar, forthcoming); The Ethical Life, by Russ Shafer-Landau (Oxford, forthcoming); Introducing Ethics and Contemporary Moral Issues, by Russ Shafer-Landau (Oxford, forthcoming)

Does Political Bias in the Judiciary Matter?: Implications of Judicial Bias Studies for Legal Reform, 75 U. Chi. L. Rev. 853 (2008)

Happiness Research and Cost-Benefit Analysis, 37 J. Legal Stud. S253 (2008) (with Matthew Adler)

Human Welfare, Not Human Rights, 108 Colum. L. Rev. 1758 (2008)

Soft Law: Lessons from Congressional Practice, 61 Stanford L. Rev. 573 (2008) (with Jacob E. Gersen)

Should Greenhouse Gas Permits Be Allocated on a Per Capita Basis?, 97 Calif. L. Rev. 51 (2009) (with Cass R. Sunstein), republished with modifications in Post-Kyoto International Climate Policy 343 (Joseph E. Aldy and Robert N. Stavins, eds. 2010).

Are Judges Overpaid?, 1 J. Legal Analysis 47 (2009) (with Stephen J. Choi and G. Mitu Gulati)

Erga Omnes Norms, Institutionalization, and Constitutionalism in International Law, 165 J. Institutional & Theoretical Econ. 5 (2009)

Judicial Evaluations and Information Forcing: Ranking State High Courts and Their Judges, 58 Duke L.J. 1313 (2009) (with Stephen J. Choi and Mitu Gulati)

Fault in Contract Law, 107 Mich. L. Rev. 1431 (2009), reprinted in Fault in American Contract Law (Omri Ben-Shahar & Ariel Porat eds., 2010)

Crisis Governance in the Administrative State: 9/11 and the Financial Meltdown of 2008, 76 U. Chi. L. Rev. 1613 (2009) (with Adrian Vermeule)

A Loan Modification Approach to the Housing Crisis, 11 Amer. L. & Econ. Rev. 579 (2009) (with Luigi Zingales)

The Rights of Migrants: An Optimal Contract Framework, 84 NYU L. Rev. 1403 (2009) (with Adam B. Cox), reprinted in Immigration and Nationality Law Review (forthcoming); reprinted in Law and Economics of Migration (Howard F. Chang, ed., forthcoming)

Professionals or Politicians?: The Uncertain Empirical Case for an Elected Judiciary, 26 J. Law, Econ., & Org. 290 (2010) (with Stephen Choi and Mitu Gulati)

Against Feasibility Analysis, 77 U. Chicago L. Rev. 657 (2010) (with Jonathan Masur)

Subconstitutionalism, 62 Stanford L. Rev. 1583 (2010) (with Tom Ginsburg)

ProCD v. Zeidenberg and Cognitive Overload in Contractual Bargaining, 77 U. Chicago L. Rev. 1181 (2010)

Economic Foundations of the Law of the Sea, 104 Amer. J. Inter'l L. 569 (2010) (with Alan Sykes)

Divide and Conquer, 2 J. Legal Analysis 417 (2010) (with Kathryn Spier and Adrian Vermeule)

Universal Exceptionalism in International Law, 52 Harv. J. Int'l L. 1 (2011) (with Anu Bradford)

The Limits of Constitutional Convergence, 11 Chicago J. Int'l L. 399 (2011) (with Rosalind Dixon)

The Right to Withdraw in Contract Law, 40 J. Legal Stud. 115 (2011) (with Omri Ben-Shahar)

The Flaws of Foreign Affairs Legalism, 51 Va. J. Int'l L. 507 (2011) (with Daniel Abebe)

Constitutional Possibility and Constitutional Evolution, in Law, Economics and Evolutionary Theory (Peer Zumbansen and Gralf-Peter Calliess eds. 2011)

Judging Women, 8 J. Empirical Legal Stud. 504 (2011) (with Stephen J. Choi, Mitu Gulati, and Mirya Holman)

Pricing Terms in Sovereign Debt Contracts: A Greek Case Study With Implications for the European Crisis Resolution Mechanism, 6 Capital Markets L.J. 163 (2011) (with Stephen J. Choi and Mitu Gulati)

Climate Regulation and the Limits of Cost-Benefit Analysis, 99 California L. Rev. 1557 (2011) (with Jonathan Masur)

Efficient Breach of International Law: Optimal Remedies, "Legalized Noncompliance," and Related Issues, 110 Mich. L. Rev. 243 (2011) (with Alan Sykes)

Deference to The Executive in the United States After September 11: Congress, the Courts, and the Office of Legal Counsel, 35 Harv. J.L. & Pub. Pol'y 213 (2012)

Tyrannophobia, in Comparative Constitutional Design (Tom Ginsburg, ed. 2012) (with Adrian Vermeule)

What Do Federal District Judges Want?: An Analysis of Publications, Citations, and Reversals, 28 J. Law, Econ., & Org. 518 (2012) (with Stephen J. Choi and Mitu Gulati)

The Evolution of Contractual Terms in Sovereign Bonds, 4 J. Legal Analysis 131 (2012) (with Stephen J. Choi and Mitu Gulati)

Unemployment, Regulation, and Cost-Benefit Analysis, 98 Va. L. Rev. 579 (2012) (with Jonathan Masur)

Aggregation and the Law, 122 Yale L.J. 2 (2012) (with Ariel Porat)

Human Rights, the Laws of War, and Reciprocity, 6 L. & Ethics of Human Rights 148 (2012)

Delegation in Immigration Law, 79 U. Chicago L. Rev. 1285 (2012) (with Adam Cox)

International Paretianism: A Defense, 13 Chicago J. Int'l L. 347 (2013) (with David Weisbach)

The Questionable Basis of the Common European Sales Law: The Role of an Optional Instrument in Jurisdictional Competition, 50 Common Market L. Rev. 261 (2013)

The Institutional Structure of Immigration Law, 80 U. Chicago L. Rev. 289 (2013)

Benefit-Cost Analysis for Financial Regulation,  103 Amer. Econ. Rev.: Papers & Proceedings 393 (2013) (with E. Glen Weyl), reprinted in Economics of Financial Law (Geoffrey P. Miller, ed., Edward Elgar, forthcoming)

The Law and Policy of Judicial Retirement: An Empirical Study, 42 J. Legal Stud. 111 (2013) (with Stephen J. Choi and Mitu Gulati)

The Dynamics of Contract Evolution, 88 NYU L. Rev. 1 (2013) (with Stephen J. Choi and Mitu Gulati)

An FDA for Financial Innovation: Applying the Insurable Interest Doctrine to 21st-Century Financial Markets, 107 Northwestern U. L. Rev. 1307 (2013) (with E. Glen Weyl)

International Law and the Limits of Macroeconomic Cooperation, 86 S. Cal. L. Rev. 1025 (2013) (with Alan Sykes)

Inside or Outside the System?, 80 U. Chicago L. Rev. 1743 (2013) (with Adrian Vermeule)

How Well Do Measures of Judicial Ability Predict Judicial Performance?: A Case Study Using Securities Class Actions, 33 Inter'l Rev. L. & Econ. 37 (2013) (with Stephen J. Choi and Mitu Gulati)

Quadratic Voting as Efficient Corporate Governance, 81 U. Chicago L. Rev. 251 (2014) (with E. Glen Weyl)

Voting Rules in International Organizations,15  Chicago J. Int'l L. 195 (2014) (with Alan O. Sykes), reprinted in The Law and Politics of International Organizations (Kenneth W. Abbott, ed., Edward Elgar, forthcoming)

Offsetting Benefits, 100 Va. L. Rev. 1165 (2014) (with Ariel Porat)

Unemployment and Regulatory Policy, in *Does Regulation Kill Jobs?* (edited by Cary Coglianese and Adam M. Finkel, 2014) (with Jonathan Masur)

Benefit-Cost Paradigms in Financial Regulation, 43 J. Legal Stud. S1 (2014) (with E. Glen Weyl)

Altruism Exchanges and the Kidney Shortage, 77 Law & Contemp. Probs. 289 (2014) (with Mitu Gulati & Stephen J. Choi), excerpted in part in The Law of Bioethics: Individual Autonomy and Social Regulation (Marsha Garrison, ed., West Publishing, 3d ed., forthcoming 2015)

Voting Squared: Quadratic Voting in Democratic Politics, 68 Vand. L. Rev. 441 (2015) (with E. Glen Weyl)

Cost-Benefit Analysis of Financial Regulations: A Response to Criticisms, 124 Yale L.J. F. 246 (2015) (with E. Glen Weyl)

The Role of Competence in Promotions from the Lower Federal Courts, 44 J. Legal Stud. S107 (2015) (with Stephen J. Choi and Mitu Gulati)

How Do Bank Regulators Determine Capital-Adequacy Requirements?, 82 U. Chicago L. Rev. 1853 (2015)

An Empirical Study of Political Bias in Legal Scholarship, 44 J. Legal Stud. 277 (2015) (with Adam Chilton)

A Framework for Bailout Regulation, 91 Notre Dame L. Rev. 479 (2015) (with Anthony Casey)

Toward a Pigouvian State, 164 U. Penn. L. Rev. 93 (2015) (with Jonathan Masur)

Institutional Flip-Flops, 94 Tex. L. Rev. 485 (2016) (with Cass Sunstein)

The Law, Economics, and Psychology of Manipulation, 1 J. Marketing Behavior 267 (2016)

Should Human Rights Law Play a Role in Development?, World Bank Econ. Rev. (2016)

The Votes of Other Judges, 105 Georgetown L.J. 159 (2016) (with Adrian Vermeule)

The Influence of History on States' Compliance with Human Rights Obligations, 56 Va. J. Int'l L. 216 (2016) (with Adam Chilton)

The Constitution of the Roman Republic, in Roman Law and Economics (Giuseppe Dari-Mattiacci ed., Oxford University Press, 2020).

Unquantified Benefits, 102 Cornell L. Rev. 87 (2016) (with Jonathan Masur)

Supreme Court Justices' Loyalty to the President, 45 J. Legal Stud. 401 (2016) (with Lee Epstein)

What Legal Authority Does the Fed Need During a Financial Crisis?, 101 Minn. L. Rev. 1529 (2017)

Demystifying Schmitt, in the Oxford Handbook of Carl Schmitt (Jens Meierhenrich & Oliver Simons, eds., 2017) (with Adrian Vermeule)

Martti Koskenniemi on Human Rights: An Empirical Perspective, in The Law of International Lawyers 121 (Wouter Werner, Marieke de Hoon, & Alexi Galan eds. 2017)

Quadratic Election Law, 172 Public Choice 265 (2017) (with Nicholas Stephanopoulos)

Property Is Only Another Name for Monopoly, 9 J. Legal Analysis 51 (2017) (with Glen Weyl)

Moral Commitments in Cost-Benefit Analysis, 103 Va. L. Rev. 1809 (2017) (with Cass R. Sunstein)

A Proposal to Limit the Anticompetitive Power of Institutional Investors, 81 Antitrust L.J. 669 (2017) (with Fiona Scott Morton & Glen Weyl)

Should Regulation Be Countercyclical?, 34 Yale J. Reg. 857 (2018) (with Jonathan S. Masur)

The Dictator's Handbook, U.S. Edition, in Can It Happen Here?: Authoritarianism in America (Cass Sunstein ed., 2018)

Country-Specific Investments and the Rights of Non-Citizens, 57 Va. J. Int'l L. 575 (2018) (with Adam Chilton)

Cost-Benefit Analysis and the Judicial Role, 85 U. Chicago L. Rev. 935 (2018) (with Jonathan Masur)

The Decline of Supreme Court Deference to the President, 166 U. Pa. L. Rev. 829 (2018) (with Lee Epstein)

Presidential Obstruction of Justice, 106 Calif. L. Rev. 1277 (2018) (with Daniel J. Hemel)

The Trump Presidency: A Constitutional Crisis in the United States?, in Constitutional Democracy in Crisis? (Mark A. Grabler, Sanford Levinson, and Mark Tushnet, eds., Oxford University Press, 2018)

A Proposal for Protecting Low-Income Workers from Monopsony and Collusion, Hamilton Project (2018) (with Alan B. Krueger)

Antitrust Remedies for Labor Market Power, 132 Harvard L. Rev. 536 (2018) (with Suresh Naidu and E. Glen Weyl), winner Antitrust Writing Awards, Best Academic Article, 2019

Treaties and Human Rights: The Role of Long-Term Trends, 81 L. & Contemp. Probs. 1 (2018) (with Adam S. Chilton)

A Proposal to Enhance Antitrust Protection Against Labor Market Monopsony, Roosevelt Institute Working Paper (2019) (with Ioana Marinescu)

Norming in Administrative Law, 68 Duke L.J. 1383 (2019) (with Jonathan Masur)

Rule-of-Law Objections to the Lender of Last Resort, in *Constitutions in Times of Financial Crisis* (Tom Ginsburg, Mark D. Rosen, and Georg Vanberg, eds., 2019)

Why Has Antitrust Law Failed Workers?, 104 Cornell L. Rev. 1453 (2020) (with Ioana Marinescu), awarded Jerry S. Cohen Memorial Fund Writing Award for Best Article of 2020 on Labor Antitrust

Antitrust-Plus: Evaluating Additional Policies to Tackle Labor Monopsony, Roosevelt Institute (May 2020) (with Suresh Naidu)

The Antitrust Challenge to Covenants Not to Compete in Employment Contracts, 83 Antitrust L.J. 165 (2020)

Policy Implications of the Common Ownership Debate, 65 Antitrust Bulletin (2021)

Ownership and Rent Stigma: Two Experiments, 7 Behavioral Public Policy 353 (2020) (with Tamar Kricheli-Katz)

Labor Monopsony and European Competition Law, Concurrences, No. 4-2020 (2020) (with Cristina A. Volpin)

Chevronizing Around Cost-Benefit Analysis, 70 Duke Law Journal 1109 (2021) (with Jonathan Masur)

The Economic Basis of the Independent Contractor / Employee Distinction, 100 Texas L. Rev. 353 (2021)

The Boundaries of Normative Law and Economies, 38 Yale J. Reg. 657 (2021)

*The Limits of International Law* Fifteen Years Later, 22 Chicago J. Int'l L. 110 (2021) (with Jack L. Goldsmith)

Labor Monopsony and the Limits of the Law, 57 J. Hum. Resources S284 (2022) (with Suresh Naidu)

The Roberts Court and the Transformation of Constitutional Protections for Religion: A Statistical Portrait, 2022 Sup. Ct. Rev. 315 (forthcoming, 2022) (with Lee Epstein)

Antitrust and Labor Markets: A Reply to Richard Epstein, 15 NYU J. Law & Liberty 389 (2022)

Antitrust and Inequality, 2 Amer. J. L. & Equality 190 (2022) (with Cass R. Sunstein)

Constitutional Challenges to Public Health Orders in Federal Courts during the COVID-19 Pandemic, 102 B.U. L. Rev. 1729 (2022) (with Kenny Mok)

The Political Economy of the Decline of Antitrust Enforcement, 85 Antitrust L.J. 441 (2023) (with Filippo Lancieri and Luigi Zingales)

Horizontal Collusion and Parallel Wage-Setting in Labor Markets, 90 U. Chi. L. Rev. 545 (2023) (with Jonathan Masur), Winner, 2023 Antitrust Writing Awards: Academic Articles, Concerted Practices

The Real Political Question Doctrine, 75 Stanford L. Rev. 1031 (2023) (with Curtis Bradley)

Market Power, Not Consumer Welfare: A Return to the Foundations of Merger Law, Antitrust L.J. (forthcoming)

Enforcement of U.S. Antitrust Law in Labour Markets, J. Antitrust Enforcement (2023)

No-poach Agreements: An Overview of EU and National Case Law, Concurrences (May 4, 2023) (with Cristina Volpin)

Labor Market Traps, Behavioural Public Policy (forthcoming 2024)

**Book Reviews, Comments, Opinion Pieces, Replies, and Other Short Pieces**

Norms, Formalities, and the Statute of Frauds: A Comment, 144 U. Pa. L. Rev. 1971 (1996)

Standards, Rules, and Social Norms, 21 Harv. J.L. & Pub. Policy 101 (1997)

Efficient Norms, in The New Palgrave Dictionary of Economics and the Law (Peter Newman, ed.): Macmillan (1998)

Notes Toward a Theory of Customary International Law, 92 ASIL Proceedings 53 (1998) (with Jack L. Goldsmith)

Law and Regret (Review of *Changing Your Mind* by E. Allan Farnsworth), 98 Mich. L. Rev. 1468 (2000)

Review of *The New Palgrave Dictionary of Economics and the Law*, edited by Peter Newman, 110 Econ J. 824 (2000)

Law and Economics for the Masses (Review of *Law's Order* by David Friedman), Jurist (2000)

Strategies of Constitutional Scholarship (Review of *The Strategic Constitution* by Robert D. Cooter), 26 Law & Social Inquiry 529 (2001)

Review of *The Jurisprudential Foundations of Corporate and Commercial Law*, edited by Jody S. Kraus and Steven D. Walt, 112 Ethics 626 (2002)

Review of *Law and Market Economy*, by Robin Paul Malloy, 18 Economics and Philosophy 183 (2002)

The Signaling Model of Social Norms: Further Thoughts, 36 U. Rich. L. Rev. 465 (2002)

Further Thoughts on Customary International Law, 23 Mich. J. Inter'l L. 191 (2002) (with Jack Goldsmith)

Introduction to a Conference on Rational Choice and International Law, 31 J. Legal Stud. S1 (2002)

Comment on Jean Braucher's Means Testing Consumer Bankruptcy, 7 Fordham J. Corp & Fin. L. 457 (2002)

When Reforming Accounting, Don't Forget Regulation. Policy Matters 02-35, AEI-Brookings Joint Center (August 2002)

Forward to the Japanese Edition of Law and Social Norms (Ota Shozo et al. trans. 2002)

Crimes and Punishment, Wall Street Journal, April 11, 2003, p. A10 (with Adrian Vermeule)

Tobacco Regulation or Litigation? (Review of *Smoke-Filled Rooms* by W. Kip Viscusi), 70 U. Chi. L. Rev. 1141 (2003)

The Nondelegation Doctrine: A Postmortem, 70 U. Chi. L. Rev. 1331 (2003) (with Adrian Vermeule)

The Patriot Act Under Fire, Wall Street Journal, December 9, 2003, p. A10 (with John Yoo)

Bankruptcy Act of 1978, in Major Acts of Congress (Brian K. Landsberg ed., 2003), vol. 1, p. 59

Reign of Terror, Chicago Tribune, January 18, 2004 (with John Yoo)

Evaluating Transfer Regulations, 26 Regulation 42 (2004)

International Court of Hubris, Wall Street Journal, April 7, 2004, p. A18 (with John Yoo)

Bring Back the Baathists, The New York Times, April 28, 2004, p. A23

Emergencies and Political Change: A Reply to Tushnet, 56 Stan. L. Rev. 1593 (2004) (with Adrian Vermeule)

A "Torture" Memo and Its Tortuous Critics, The Wall Street Journal, July 6, 2004, p. A22 (with Adrian Vermeule)

Remarks on the Alien Tort Claims Act and Transitional Justice, 98 Am. Soc'y Int'l L. Proc. 56 (2004)

Transnational Legal Process and the Supreme Court's 2003-2004 Term: Some Skeptical Observations, 12 Tulsa Journal of Comparative and International Law 23 (2004)

Terrorism and the Laws of War, 5 Chi. J. Int'l L. 423 (2005)

Contract Theory, in The Blackwell Guide to the Philosophy of Law and Legal Theory 138 (Martin P. Golding and William A. Edmundson eds. 2005)

Law, in The Encyclopedia of Social Measurement 463 (Kimberly Kempf-Leonard ed. 2005)

All Justice, Too, Is Local, The New York Times, December 30, 2004, p. A23

All Hail...King George?, Foreign Policy Online, http://www.foreignpolicy.com/story/files/story2814.php (March 2005)

The International Court of Justice: Voting and Usage Statistics, ASIL Papers and Proceedings 130 (2005).

Where's the Old Bolton When We Need Him?, Los Angeles Times, April 19, 2005, p. B13 (with John Yoo)

Judicial Clichés On Terrorism, The Washington Post, August 8, 2005, p. A15 (with Adrian Vermeule)

Justice Within Limits, The New York Times, September 26, 2005, p. A20

The Politics of Saddam's Trial, openDemocracy.net, October 31, 2005, republished in German translation as Recht in Verlegenheit, Süddeutsche Zeitung, Nov. 28, 2005, p. 15

Reply to Helfer and Slaughter, 93 Cal. L. Rev. 957 (2005) (with John Yoo)

Sins of the Fatherland, The Boston Globe, March 5, 2006, E4

The New International Law Scholarship, 34 Ga. J. Inter'l & Comp. L. 463 (2006)

A Threat That Belongs Behind Bars, The New York Times, June 25, 2006, s. 4, p. 12

Apply the Golden Rule to al Qaeda?, The Wall Street Journal, July 15, 2006, p. A9

Signing Statements: It's a President's Right, The Boston Globe, August 3, 2006 (with Curtis Bradley)

A Better Way on Detainees, The Washington Post, August 4, 2006, p. A17 (with Jack Goldsmith)

Review of Terrorism and the State: Rethinking the Rules of State Responsibility, by Tal Becker, 121 Pol. Sci. Q. 505 (2006)

The Humanitarian War Myth, The Washington Post, October 1, 2006, p. B7

On Learning from Others, 59 Stan. L. Rev. 1309 (2007) (with Cass Sunstein)

What the Cold War Taught Us, The Wall Street Journal, April 21, 2007, p. A9

Agencies Should Ignore Distant-Future Generations, 74 U. Chi. L. Rev. 139 (2007)

Review of Robert E. Scott and Paul B. Stephan, The Limits of Leviathan: Contract Theory and the Enforcement of International Law, 101 Amer. J. Int'l L. 509 (2007)

The New Race for the Arctic, The Wall Street Journal, August 3, 2007, p. A8

Pay China to Cut Emissions, The Financial Times, August 5, 2007, p. 11 (with Cass Sunstein)

Originalism and Emergencies: A Reply to Lawson, 87 B.U. L. Rev. 313 (2007) (with Adrian Vermeule)

The Great Divide, The New Republic.com, December 20, 2007 http://tnr.com/politics/story.html?id=86d685dd-948a-43db-b496-260027868950 (with Cass Sunstein)

Review of Law without Nations?: Why Constitutional Government Requires Sovereign States, by Jeremy A. Rabkin, 4 Perspectives on Politics 432 (2007)

Out of Commission, Slate, February 13, 2008 (with Jack Goldsmith)

The Ethics of Climate Change, 31 Regulation 14 (2008) (with Cass Sunstein)

Policy by Reflex, Review of Stephen Holmes, The Matador's Cape: America's Reckless Response to Terrorism, 70 Review of Politics 513 (2008)

Diplomacy, Arbitration, and International Courts, in The Role of International Courts (Carl Baudenbacher & Erhard Busek eds., German Law Publishers, 2008)

Review of Benjamin Wittes, *Law and the Long War*, New York Post, July 27, 2008

Does Europe Believe in International Law?, Wall Street Journal, November 25, 2008 (with Jack Goldsmith)

Destructive Technologies Require Us to Reassess Civil Liberties, Boston Review, December 10, 2008

Introduction to the Conference on Law and Happiness, 37 J. Legal Stud. S1 (2008) (with Cass Sunstein)

An Argument Against Legal Extremism, Review of Philip K. Howard, *Life Without Lawyers: Liberating Americans From Too Much Law*, The Daily Beast, February 17, 2009 (with Robert Silver)

The Better, Cheaper Mortgage Fix, Slate, March 2, 2009 (with Luigi Zingales)

New Foundations of Cost–Benefit Analysis: A Reply to Professors Sinden, Kysar, and Driesen, 3 Regulation & Governance 72 (2009) (with Matthew Adler)

Outcomes, Outcomes, Review of Jack M. Balkin & Reva B. Siegel, eds., *The Constitution in 2020*, The New Republic, August 12, 2009, p. 43 (with Adrian Vermeule)

Do Women Make Better Judges?, Slate, October 2, 2009 (with Stephen Choi, Mitu Gulati, and Mirya Holman)

The Decider, Review of Frank J. Colluci, *Justice Kennedy's Jurisprudence: The Full and Necessary Meaning of Liberty*, The New Republic, The Book, January 11, 2010

Executive Decision, Review of Benjamin Kleinerman, *The Discretionary President: The Promise and Peril of Executive Power*, The New Republic, The Book, March 30, 2010

Garzon and the Trouble With International Law, Wall Street Journal, April 14, 2010

The Limits of Limits, Review of Kal Raustiala, *Does the Constitution Follow the Flag?: The Evolution of Territoriality in American Law*, The New Republic, May 5, 2010, p. 36

The Case for Electing Judges in Missouri, Newsweek, May 17, 2010

The Prudent and the Imprudent, Review of Gabriel Schoenfeld, *Necessary Secrets: National Security, the Media, and the Rule of Law*, The New Republic, The Book, May 17, 2010

Europe's Missing Identity, Wall Street Journal, European Edition, June 4, 2010

The Gaza Blockade and International Law, Wall Street Journal, June 4, 2010, p. A19

Echoes of Subprime Ring Out Across Greek Debt Crisis, Financial Times, June 28, 2010 (with Mitu Gulati)

The Four Tops, Review of Noah Feldman, *Scorpions: The Battles and Triumphs of FDR's Great Supreme Court Justices*, The New Republic, The Book, October 14, 2010

POTUS-Phobia, Review of Bruce Ackerman, *The Decline and Fall of the American Republic*, The New Republic November 11, 2010, p. 33

How Not To Solve the European Debt Crisis, Slate, December 2, 2010 (with Mitu Gulati)

14

Introduction, in The Economics of Public International Law (Eric A. Posner, ed.): Edward Elgar (2010)

Evaluating the Effects of International Law: Next Steps, 1 Global Policy 334 (2010),

One Side Now, Review of Erwin Chemerinsky, *The Conservative Assault on the Constitution*, The New Republic, The Book, January 2, 2011

Why Is Originalism So Popular?, The New Republic, January 14, 2011, online

Obama's Cost-Benefit Revolution, The New Republic, January 22, 2011, online

Huck and Jim and Law, Review of Ethan J. Leib, *Friend v. Friend: The Transformation of Friendship and What the Law Has to Do with it*, The New Republic, The Book, February 21, 2011

Dockets of War, The National Interest, March-April 2011

The Court of Literature, Review of Kenji Yoshino, *A Thousand Times More Fair: What Shakespeare's Plays Tell Us About Justice*, The New Republic, The Book, April 14, 2001

The Lying Game, Review of James Stewart, *Tangled Webs: How False Statements are Undermining America: From Martha Stewart to Bernie Madoff*, The New Republic, The Book, May 29, 2011

The Beginning and the End, Review of Elizabeth Price Foley, *The Law of Life and Death*, The New Republic, The Book, June 23, 2011

Libyan Legal Limbo, Slate, June 27, 2011 (with Adrian Vermeule)

Stop Complaining About Harold Koh's Interpretation of the War Powers Act, The New Republic, July 1, 2011

Shooting It Out, Review of Adam Winkler, *Gunfight: The Battle Over the Right to Bear Arms in America*, The New Republic, The Book, July 6, 2011

Obama Should Raise the Debt Ceiling on His Own, The New York Times, July 22, 2011 (with Adrian Vermeule)

Casual with the Court, Review of Kevin J. McMahon, *Nixon's Court: His Challenge to Judicial Liberalism and Its Political Consequences*, The New Republic, The Book, October 24, 2011

Outside the Law, Foreign Policy, October 25, 2011

Liberalism and Concealment, Review of Anita Allen, *Unpopular Privacy: What Must We Hide?*, The New Republic, The Book, December 13, 2011

Newt and His Surprising Liberal Allies, Slate, December 20, 2011

Review of Larry May, *Global Justice and Due Process*, 25 Ethics & Inter'l Aff. 481 (2011)

The Longest Battle, Review of Mary Dudziak, *War Time*, The New Republic, The Book, February 6, 2012

A Minimalist Reparations Regime for the International Criminal Court, Human Rights and International Criminal Law Online Forum, February 2012, reprinted in *Contemporary Issues Facing the International Criminal Court* (Richard H. Steinberg ed., Brill Nijhoff)

15

An FDA for Securities Could Help Avert Crises, Bloomberg, April 2, 2012 (with Glen Weyl)

Not Worth the Gamble, Slate, April 4, 2012 (with Glen Weyl)

How Do We Know?, Review of Jim Manzi, Uncontrolled: The Surprising Payoff of Trial-and-Error for Business, Politics, and Society, The New Republic, The Book, April 25, 2012

How Low Can We Go?, Review of Daniel Gross, Better, Stronger, Faster: The Myth of American Decline ... and the Rise of a New Economy, The New Republic, The Book, May 17, 2012

Transitional Prudence: A Comment on David Dyzenhaus, *Leviathan as a Theory of Transitional Justice*, 51 NOMOS 218 (2012)

Perils and Privileges, Review of Ananda Rose, Showdown in the Sonoran Desert: Religion, Law, and the Immigration Controversy, The New Republic, The Book, June 11, 2012

The Absurd International Criminal Court, Wall Street Journal, June 11, 2012, at A13

The Imperial President of Arizona, Slate, June 26, 2012

Capitalism *Is* Regulation, Review of Edward Conard, Unintended Consequences: Why Everything You've Been Told about the Economy Is Wrong, The New Republic, The Book, July 5, 2012

Some Skeptical Comments on Beth Simmons's Mobilizing for Human Rights, 44 NYU J. Inter'l Law & Politics 819 (2012)

The Other Value of Life, Review of Kenneth R. Feinberg, Who Gets What: Fair Compensation After Tragedy and Financial Upheaval, The New Republic, The Book, July 31, 2012

Assange's London Bunker, Wall Street Journal, August 21, 2012, at A13

The Lincoln Laws, Review of John Fabian Witt, Lincoln's Code, Slate, August 28, 2012

The World Doesn't Love the First Amendment, Slate, September 25, 2012

Overruled: How Conservative Was Chief Justice Rehnquist?, Review of John A. Jenkins, The Partisan: The Life of William Rehnquist, The New Republic, The Book, October 2, 2012

Obama's Drone Dilemma, Slate, October 8, 2012

The Drones Are Coming to Libya, Slate, October 17, 2012

Why Amnesty Should Lose at the Supreme Court, Slate, October 26, 2012

*Citizens United* Is Still Worth Hating, Slate, November 9, 2012

Don't Worry About the Voting Rights Act, Slate, November 20, 2012 (with Nicholas Stephanopoulos)

Is Israel or Hamas Breaking International Law in Gaza?, Slate, November 27, 2012

The War on Terror Will Be Ever With Us, Slate, December 11, 2012

Why the U.S. Shouldn't Sign On to Empty Human Rights Treaties, Slate, December 21, 2012

Against Casino Finance, National Affairs, No. 14, p. 58, Winter 2013 (with Glen Weyl)

The President Has the Power to Raise the Debt Ceiling on His Own, Slate, January 4, 2013

The Danger Lurking Behind the Platinum Coin, Slate, January 10, 2013

How Aaron Swartz's Cause Wins in the End, Slate, January 22, 2013

There's No Such Thing as an Illegal Immigrant, Slate, February 4, 2013

Benefit-Cost Analysis for Financial Regulation, HLS Forum on Corporate Governance and Financial Regulation, February 4, 2013 (with Glen Weyl)

President Obama Can Do Anything He Wants To Fight Terrorism, Slate, February 5, 2013

Ronald Dworkin's Error, Slate, February 19, 2013

The Mother of DNA Databases, Slate, March 5, 2013

Indefinite Articles, Slate, March 19, 2013

The Real Problem With Law Schools, Slate, April 2, 2013

Introduction to Symposium on Immigration Law and Institution Design, 80 U. Chicago L. Rev. 1 (2013) (with Adam B. Cox and Richard A. Epstein)

Fool's Gold, Slate, April 11, 2013

The New Law We Need in Order to Deal With Dzhokhar Tsarnaev, Slate, April 22, 2013

The United States Can't Be the World's Courthouse, Slate, April 24, 2013

President Obama Can Shut Guantanamo Whenever He Wants, Slate, May 2, 2013

Shareholder Democracy Needs People To Pay for Their Votes, Financial Times, May 13, 2013 (with Glen Weyl)

The Killer Robot War Is Coming, Slate, May 15, 2013

Secrets and Scoops, Slate, May 17, 2013 (exchange with Emily Bazelon)

President Ruthless, Slate, May 23, 2013

The Good Way to Buy Votes, Slate, June 5, 2013

Quadratic Vote Buying, Square Root Voting, and Corporate Governance, HLS Forum on Corporate Governance and Financial Regulation, June 6, 2013 (with Glen Weyl)

Secrecy and Freedom, New York Times Room for Debate, June 9, 2013 (exchange with Jameel Jaffer)

Supreme Court 2013: Year in Review, Slate, June 20-27, 2013 (with Emily Bazelon, Walter Dellinger, and Richard Posner)

17

Why Won't Anyone Take Edward Snowden?, Slate, July 3, 2013

Wrong Number, Slate, July 9, 2013

How to Make Poison Pills Palatable, New York Times DealBook, July 17, 2013

Secrets and Scoops, Part 2, Slate, July 22, 2013 (exchange with Emily Bazelon)

The Best Rescue Plan for Detroit, Slate, July 23, 2013

Square Root Voting: A New Approach to Regulation of Chaebol, Keiretsu, and Other Conglomerate Organizations in Asia, The CLS Blue Sky Blog, July 24, 2013 (with E. Glen Weyl and Sang-Seung Yi)

The Virtues of Government Secrecy, Slate, August 5, 2013

Frisk Aversion, Slate, August 21, 2013

The U.S. Has No Legal Basis to Intervene in Syria, Slate, August 28, 2013

Obama Is Only Making His War Powers Mightier, Slate, September 3, 2013

The U.S. Ignores the U.N. Charter Because It's Broken, Slate, September 9, 2013

Assad and the Death of the International Criminal Court, Slate, September 19, 2013

On the Debt Ceiling, at Least, Congress Will Blink, Slate, September 30, 2013

Emergency Powers Let the President Borrow, New York Times Room for Debate, October 2, 2013

Three Ways Obama Could Raise the Debt Ceiling On His Own, The New Republic, online, October 7, 2013

If He Has to, Obama Should Raise the Debt Ceiling Unilaterally, Slate, October 11, 2013 (with Emily Bazelon)

Never Again, Slate, October 16, 2013

A Solution to the Collective Action Problem in Corporate Reorganization, HLS Forum on Corporate Governance and Financial Regulation, October 23, 2013 (with Glen Weyl)

Is the Constitution Written Like the Da Vinci Code?, Slate, October 31, 2013

The Paradox of Secrecy, Review of Rahul Sagar, Secrets and Leaks, The New Republic, November 11, 2013, at p. 52

Keep Spying on Foreigners, NSA, Slate, November 14, 2014

You Can Have Either Climate Justice or a Climate Treaty, Slate, November 19, 2014

Benefit-Cost Paradigms in Financial Regulation, HLS Forum on Corporate Governance and Financial Regulation, November 20, 2013 (with Glen Weyl)

Centrists Should Mourn the Demise of the Filibuster, Slate, November 22, 2013

Bitcoin's Bandwagon Has Never Been More Crowded, The New Republic, online, December 3, 2013

How to Make Sure the Volcker Rule Survives in Court, Bloomberg View, December 10, 2013

Stop Fussing Over Personhood, Slate, December 11, 2013

The NSA's Metadata Program Is Perfectly Constitutional, Slate, December 30, 2013

Forget the Framers, Slate, January 8, 2014

The Case for Cost-Benefit Analysis in Financial Regulation, 36 Regulation 30, Winter 2013-2014

Make Journalists Testify, Slate, January 16, 2014

Let's Make a Deal with Snowden, Slate, January 27, 2014

A Powerful Tool to Use With Caution, New York Times, Room for Debate, January 29, 2014

The Presidency Comes With Executive Power. Deal With It, The New Republic, online, February 3, 2014

Socialized Law Would Be a Massive, Unworkable Nightmare, The New Republic, online, February 4, 2014

Now That Boehner Has Backed Down, Let's Fix The Debt Ceiling For Good, The New Republic, online, February 11, 2014

The Paranoid Libertarian and His Enemy, the Angry Liberal, Slate, February 14, 2014

Why Are China and Japan Inching Toward War Over Five Tiny Islands?, Slate, February 25, 2014

Let Crimea Go, Slate, March 10, 2014

What to Do About Crimea? Nothing, Slate, March 27, 2014

In Defense of GM, Slate, April 10, 2014

The Puzzle of Paying Amy, Slate, April 25, 2014

The U.S. Constitution Is Impossible to Amend, Slate, May 5, 2014

Sorry, America, the New World Order Is Dead, Foreign Policy, May 6, 2014

We All Have the Right to Be Forgotten, Slate, May 14, 2014

China Can Sink All the Boats in the South China Sea, Slate, May 28, 2014

Rappers v. Scotus, Slate, June 12, 2014

Supreme Court 2014: Year in Review, Slate, June 25-July 1, 2014 (with Emily Bazelon, Walter Dellinger, Dahlia Lithwick, Richard Posner, and Larry Tribe)

Boehner's Lawsuit Against Obama Is a Loser, Slate, July 11, 2014

Why and How the Government Should Assess the Costs and Benefits of Financial Regulations, 13 Review of Financial Regulation Studies 4 (Summer 2014) (with E. Glen Weyl)

19

We Don't Need to End "Too Big to Fail," Slate, July 28, 2014

Thomas Piketty Is Wrong: America Will Never Look Like a Jane Austen Novel, The New Republic, July 31, 2014

Obama Is Legally Allowed to Enforce—or Not Enforce—the Law, The New Republic, August 3, 2014

Yes, Obama Can Stop Millions of Deportations, Slate, August 12, 2014

Treaty-ish, Slate, August 28, 2014

Let Scotland Go Free, Slate, September 11, 2014

Obama Can Bomb Pretty Much Anything He Wants To, Slate, September 23, 2014

Eric Holder's Legacy, Slate, September 25, 2014

How Do Bank Regulators Determine Capital Adequacy Requirements?, Harvard Law School Forum on Corporate Governance and Financial Regulation, October 15, 2014.

A Moral Market, Slate, October 17, 2014

Legacy Time, Slate, November 6, 2014

A Radical Solution to Global Income Inequality: Make the U.S. More Like Qatar, The New Republic, November 6, 2014 (with Glen Weyl)

The Human-Rights Charade, The Chronicle of Higher Education, November 17, 2014

The President's Constitutional Authority Is Clear, New York Times Room For Debate, November 18, 2014

Obama's Immigration Plan Is Perfectly Constitutional, Slate, November 20, 2014

Obama's Immigration Order Is a Gift to Future Republican Presidents, The New Republic, November 23, 2014

The Twilight of Human Rights Law, openDemocracy.net, November 25, 2014

Prosecuting Dictators Is Futile, Slate, December 3, 2014

The Case Against Human Rights, The Guardian, December 4, 2014

Why Obama Won't Prosecute Torturers, Slate, December 9, 2014

The Year of the Dictator, Slate, December 22, 2014

Have Human Rights Treaties Failed?, New York Times Room for Debate, December 28, 2014 (with Kenneth Roth)

Why Uber Will—and Should—Be Regulated, Slate, January 5, 2015

Let's Admit It: Human Rights Law Is a Complete Failure, Washington Post, January 14, 2015

Why Do Judges and Politicians Flip-Flop?, Slate, January 26, 2015

Universities Are Right—and Within Their Rights—to Crack Down on Speech and Behavior, Slate, February 12, 2015

Faithfully Executed, Slate, February 19, 2015

Exchanges No One Can Use?, Slate, March 2, 2015

The Silence of the Law, Review of *Scrap of Paper: Breaking and Making International Law During the Great War*, by Isabel V. Hull, New Rambler Review, March 4, 2015

Should Charity Be Logical?, Slate, March 26, 2015

A Terrible Shame, Slate, April 9, 2015

Mutual Funds' Dark Side, Slate, April 16, 2015

Citizenship for Sale, Slate, May 13, 2015

A Fractious Majority, Slate, June 30, 2015

It's Not Donating. It's Selling, Slate, July 29, 2015

The Strangest Campaign Pledge, Slate, August 13, 2015

Trump Is the Only Candidate Talking About a Taboo Subject, Slate, August 25, 2015

The Spectrum of Suffering, Slate, September 8, 2015

Is America Heading Toward Dictatorship?, Slate, October 23, 2015

Bernanke's Biggest Blunder, Slate, October 29, 2015

Has Obama Upheld the Rule of Law, Slate, November 9, 2015

Why Are People So Scared of Syrian Refugees, Slate, November 20, 2015

The Republican-Democratic Divide on Civil Liberties, Slate, December 7, 2015

Potemkin Power?, New Rambler Review, December 9, 2015

ISIS Gives Us No Choice but to Consider Limits on Speech, Slate, December 16, 2015

How Can Banks Get Away With Charging Such High Fees?, Slate, January 7, 2016

Campus Free Speech Problems Are Less Than Meets the Eye, Cato Unbound, January 8, 2016

Warren's Wrong: Bank Rules Need Cost-Benefit Test, BloombergView, February 3, 2016

Ted Cruz Is Not Eligible to Be President, Slate, February 8, 2016

The Tragedy of Antonin Scalia, Slate, February 16, 2014

Merrick Garland Would Shift the Court Decisively Leftward, Slate, March 17, 2016

*What Should We Expect From the Supreme Court's Showdown Over Immigration?*, New York Times Magazine, April 18, 2016 (with Emily Bazelon)

Review of *The Future of Law and Economics: Essays in Reform and Recollection* by Guido Calabresi, 54 J. Econ. Lit. 600 (2016)

Presidential Leadership and the Separation of Powers, Daedalus 35 (summer 2016)

*Citizens Can't Sue the Government for Laws They Don't Like*, The New York Times, May 23, 2016

*And if Elected: What President Trump Could or Couldn't Do*, The New York Times, June 4, 2016

*New York Times Magazine Discussion of the Supreme Court at End of Term*, Part I, June 24, 2016

*New York Times Magazine Discussion of the Supreme Court at End of Term*, Part II, June 27, 2016

*Are There Limits to Trump's Power?*, The New York Times, November 10, 2016

Review of *The Court and The World: American Law and the New Global Realities*, by Stephen Breyer, 126 Yale L.J. 504 (2016)

*A Monopoly Donald Trump Can Pop*, The New York Times, December 7, 2016 (with Glen Weyl and Fiona Scott Morton)

*How Antonin Scalia's Ghost Could Block Donald Trump's Wall*, The New York Times, January 25, 2017 (with Daniel Hemel and Jonathan Masur)

*Gorsuch Must Condemn Trump's Attack on Judge*, The New York Times, February 4, 2017

*Judges v. Trump: Be Careful What You Wish For*, The New York Times, February 15, 2017

Coase Theorem, in Economic Ideas You Should Forget (Bruno S. Frey & David Iselin, eds., 2017)

*The Government Gorsuch Wants to Undo*, The New York Times, April 1, 2017 (with Emily Bazelon)

Introduction, in The Timing of Lawmaking (Frank Fagan & Saul Levmore, eds., 2017)

*Will the Presidency Survive this President?*, The New York Times, May 21, 2017 (with Emily Bazelon)

*The Case for Obstruction Charges*, The New York Times, June 15, 2017 (with Daniel Hemel)

Quadratic Voting and the Public Good: Introduction, 172 Public Choice 1 (2017) (with E. Glen Weyl)

*If Trump Pardons, It Could Be a Crime*, The New York Times, July 21, 2017 (with Daniel Hemel)

*The Obstruction of Justice Case Against Donald Trump*, Slate, July 27, 2017 (with Daniel Hemel)

*A Better Way to Protect Robert Mueller*, The New York Times, August 7, 2017 (with Daniel Hemel)

*Trump Could Be Removed for Political Incompetence—Using the 25th Amendment*, The Washington Post, September 12, 2017

[Why the Trump Team Should Fear the Logan Act](#), The New York Times, December 4, 2017 (with Daniel Hemel)

[The Logan Act and its Limits](#), Lawfare, December 7, 2017 (with Daniel J. Hemel)

[America Is Nowhere Near a Constitutional Crisis](#), Foreign Policy, December 16, 2017

[It's Time to Audit America's Secrets](#), Foreign Policy, February 2, 2018

[Trump Has Plenty of Bark. His Predecessors Had More Bite](#), Washington Post, February 2, 2018

[How Congress Can Protect Mueller](#), The New York Times, February 4, 2018

[Sponsor an Immigrant Yourself](#), Politico, February 13, 2018

[Corporate America Is Suppressing Wages for Many Workers](#), The New York Times, February 28, 2018 (with Alan B. Krueger)

[More and More Companies Have Monopoly Power Over Workers' Wages. That's Killing the Economy](#). Vox, April 6, 2018

[Want Our Personal Data? Pay for It](#), The Wall Street Journal, April 20, 2018 (with E. Glen Weyl)

[The Real Villain Behind Our New Gilded Age](#), The New York Times, May 1, 2018 (with Glen Weyl)

[Neoliberalism and Human Rights](#), Lawfare, May 1, 2018

[How Economists Became So Timid](#), Chronicle, May 7, 2018

[A Radical Proposal for Resolving Cases Like Masterpiece Cakeshop—Outside The Courts](#), Vox, June 4, 2018

[A Radical Proposal for Improving Capitalism](#), Barron's, June 15, 2018 (with E. Glen Weyl)

[If the Supreme Court is Nakedly Political, Can It Be Just?](#), New York Times, July 9, 2018 (with Lee Epstein)

[Who Is Brett Kavanaugh?](#), New York Times, September 3, 2018 (with Emily Bazelon)

[The Far-Reaching Threats of a Conservative Court](#), New York Times, October 23, 2018

[Why the FTC Should Focus on Labor Monopsony](#), Pro-Market, November 5, 2018

[House Democrats Can Constrain Trump. They Can Also Overreach](#), New York Times, November 7, 2018

[Liberty versus Monopoly](#), J. Amer. Affairs, November 20, 2018 (with Glen Weyl)

[Bill Barr Just Argued Himself Out of a Job](#), New York Times, December 21, 2018 (with Daniel Hemel)

[Yes, Bill Barr's Memo Really is Wrong About Obstruction of Justice](#), Lawfare, December 26, 2018 (with Daniel Hemel)

[The President Is Still Subject to Generally Applicable Criminal Laws: A Response to Barr and Goldsmith](#), Lawfare, January 8, 2019 (with Daniel Hemel)

[The Surprising Place Mueller Found Resistance to Trump](#), New York Times, April 23, 2019 (with Daniel Hemel)

Keep Increasing Pressure Against Noncompetes, Law360, May 7, 2019

The Anti-monopoly Backlash Reaches the Supreme Court, The Atlantic, May 15, 2019

What Antitrust Attorneys Need to Know About Labor Monposony, Law360, May 24, 2019

House Democrats Have More Potent Options Than Impeachment, The Atlantic, May 29, 2019

The Administration's Plan to Redefine "Human Rights" Along Conservative Lines, Washington Post, June 14, 2019

The Trouble Starts If Facebook's New Currency Succeeds, The Atlantic, June 25, 2019

Milton Friedman Was Wrong, The Atlantic, August 22, 2019

The Meritocracy Muddle, Project Syndicate, September 13, 2019

The Impeachment Trap, Project Syndicate, October 1, 2019

The Anticompetitive Effects of Covenants Not to Compete, CPI Antitrust Chronicle, January 2020

The Executive Unbound, Pandemic Edition, Lawfare, March 23, 2020

Governors Might Not Be Able to Save Us, but They Can Raise Hell, New York Times, April 2, 2020 (with Emily Bazelon)

Public Health in the Balance: Judicial Review of Pandemic-Related Government Restrictions, Lawfare, April 20, 2020

Cost-Benefit Analysis Supports Continuing the National Shutdown, Regulatory Review, April 20, 2020 (with Jonathan Masur)

The Limits of the World Health Organization, Lawfare, April 21, 2020

You Can Sue to Stop Lockdowns, But You Can't Sue to Get Them, Washington Post, May 4, 2020

Protect the Justice Department From the President, New York Times, May 13, 2020 (with Emily Bazelon)

Why Some Republican Leaders Are Defecting to Biden, Newsweek, July 3, 2020

What Could Trump Do or Not Do in a Second Term?, New York Times, July 13, 2020

Trump Has the Worst Record at the Supreme Court of Any Modern President, Washington Post, July 20, 2020

Climate Change and Human Rights, in Climate Change, Justice and Human Rights 21 (David Ismangil, Karen van der Schaaf, and Lars van Troost, eds., Amnesty International, 2020)

Avoiding the Trump Trap, Project Syndicate, August 10, 2020

How the Religious Right Has Transformed the Supreme Court, New York Times, September 22, 2020

What the U.S. Election Is Really About, Project Syndicate, October 14, 2020

Legal Assaults on Coronavirus Shutdowns Threaten To Undermine the Liberal State, Washington Post, October 15, 2020

Is the Long-Awaited Constitutional Crisis at Hand?, Project Syndicate, October 21, 2020

Biden's Precarious Victory, Project Syndicate, November 6, 2020

Why Prosecuting Trump Is a Very Bad Idea, New York Times, December 3, 2020

America Passed the Trump Stress Test, Project Syndicate, December 7, 2020

The Trump Paradox, Project Syndicate, December 22, 2020

The Effort to Disqualify Trump Is Worth It, Project Syndicate, January 12, 2021

Why Joe Biden Must Not Shy Away From the Full Power of the Presidency, New York Times, January 21, 2021

Why Try Trump?, Project Syndicate, February 20, 2021

Antitrust Is Back in America, Project Syndicate, March 12, 2021

Senator Klobuchar's Antitrust Bill Doesn't Go Far Enough, ProMarket, March 22, 2021

The End of Amateur Hour for the NCAA, Project Syndicate, April 7, 2021

Long Live the Imperial President?, Project Syndicate, May 12, 2021

Biden's Antitrust Revolutionaries, Project Syndicate, June 18, 2021

The Supreme Court's NCAA Ruling Has Huge Implications Outside of Sports, Washington Post, June 22, 2021

The Antitrust War's Opening Salvo, Project Syndicate, July 21, 2021

COVID and the Conservative Economic Crack-up, Project Syndicate, August 24, 2021

In Emergencies, Judges Usually Defer to Politicians. Not during the Pandemic, Washington Post, August 24, 2021

America's Return to Realism, Project Syndicate, September 3, 2021

You Deserve a Bigger Paycheck. Here's How You Might Get It, New York Times, September 23, 2021

The Justices Doth Protest Too Much, Project Syndicate, October 7, 2021

Facebook's Foreign Disasters, Project Syndicate, November 5, 2021

Antitrust's Labor Market Problem, ProMarket, November 8, 2021

The Rise of the Labor-Antitrust Movement, Competition Policy International, November 29, 2021

Introduction to the Conference on Labor Market Power, 90 U. Chicago L. Rev. 261 (2023)

Toward a Market Power Standard for Merger Review, ProMarket, April 7, 2023

The Whig History of the Merger Guidelines, ProMarket, May 31, 2023

The Trump Indictment and America's Political Order, Project Syndicate, June 14, 2023

The Revised Merger Guidelines Will Restore Principle of Competition to Merger Review, ProMarket, July 20, 2023

The Politics of the Trump Trials, Project Syndicate, August 9, 2023

Comment on Merger Guidelines Submitted to DOJ and FTC, August 17, 2023 (with David W. Berger, Thomas Hasenzagl, Kyle F. Herkenhoff, Simon Mongey)

The Role of Consumer Welfare in Merger Enforcement, ProMarket, September 7, 2023

Banning Trump, Project Syndicate, September 18, 2023

The Strange Case of Sam Bankman-Fried, Project Syndicate, October 12, 2023

No-Poach Antitrust Litigation in the United States, Concurrences (November 2023) (with Sarah Roberts)

Review of *The Problem of Twelve: When a Few Financial Institutions Control Everything* by John Coates, Journal of Economic Literature (forthcoming)

The Monopolists Fight Back, Project Syndicate, November 24, 2023

A Trump Dictatorship Won't Happen, Project Syndicate, December 7, 2023

The AI Octopus, Project Syndicate, January 8, 2024

Will Trump Be Disqualified?, Project Syndicate, February 5, 2024

The Future of Work in the AI Era, Project Syndicate, April 11, 2024

What to Look for in Trump's First Trial, Project Syndicate, April 22, 2024

Why Noncompete Clauses Should Be Banned, Project Syndicate, May 3, 2024

The FTC Noncompete Bank Is Legal, ProMarket, May 8, 2024

**Testimony**

Committee on the Judiciary, Subcommittee on Commercial and Administrative Law, U.S. House of Representatives: H.R. 833, The Bankruptcy Reform Act of 1999, March 16, 1999

Committee on the Judiciary, U.S. Senate: Special Counsels and the Separation of Powers, September 26, 2017

Federal Trade Commission, Competition and Consumer Protection in the 21st Century: Labor Markets and Antitrust Policy, October 16, 2018

Federal Trade Commission, Non-Competes in the Workplace: Examining Antitrust and Consumer Protection Issues, January 9, 2020

Committee on the Judiciary, Subcommittee on Antitrust, Commercial, and Administrative Law, U.S. House of Representatives: Reviving Competition, Part 4: 21st Century Antitrust Reforms and the American Worker, September 28, 2021

Department of Justice and Federal Trade Commission Workshop on Draft Merger Guidelines, University of Chicago Law School, November 3, 2023

**Education**

Harvard Law School. J.D., magna cum laude, 1991

Yale University. B.A., M.A. in philosophy, summa cum laude, 1988

**Professional Organizations**

Maryland Bar Association (admitted 1991)

Illinois Bar Association (admitted 2018)

American Law and Economics Association (board member, various times)

American Law Institute

**Grants, Fellowships, and Awards**

John M. Olin fellowship, University of Southern California (3/95)

University Research Foundation grant, University of Pennsylvania (6/96)

Olin Fellow, University of Virginia Law School (9/02)

Simon Visiting Scholar, Florida State University College of Law (3/18/04)

Fellow, American Academy of Arts and Sciences (elected 2010)

Sloan Grant for Conference on Benefit-Cost Analysis and Financial Regulation (2013) (with Glen Weyl)

Economist Book of the Year, for *Radical Markets* (2018)

Financial Times Book of the Year, for *Last Resort* (2018)

Bloomberg 50, for *Radical Markets* (2018)

Antitrust Writing Award, for Antitrust Remedies for Labor Market Power (2019)

American Antitrust Institute Jerry S. Cohen Memorial Fund Writing Award, for Antitrust Remedies for Labor Market Power (2019)

Lawdragon 500 Leading Lawyers in America (2019, 2020)

**Teaching**

Contracts; Secured Transactions; Bankruptcy; Corporate Reorganization; Seminar on Contract Theory; Seminar on Game Theory and the Law; Employment and Labor Law; Public International Law; International Human Rights Law; Foreign Relations Law; International Law Workshop; European Union Law; Seminar on the Financial Crisis of 2008-2009; Banking Law; Financial Regulation; Seminar on the Federal Reserve Board; Seminar on Executive Power; Seminar on Originalism and Its Critics; Corporate Finance

**Other Professional Activities**

Counsel to the Assistant Attorney General, Antitrust Division, Department of Justice (2022-2023)

Counsel, MoloLamken (2018-2021)

Counsel, Boies, Schiller & Flexner (2010-2016)

Cofounder and editor, New Rambler Review (2015-2017)

Member (elected 2014), Council Member (elected 2021); American Law Institute

Columnist, Slate Magazine (2012-2016)

Editor, Journal of Legal Studies (1998-2010)

Adviser, Restatement (Third) of Restitution, American Law Institute

Referee for Journal of Law and Economics, Journal of Economic Literature, Oxford University Press, Harvard University Press, Edward Elgar, Quarterly Journal of Economics, National Science Foundation, Law and Social Inquiry, American Economic Review, Journal of Law, Economics, & Organization, American Law and Economics Review, International Review of Law and Economics, American Journal of Political Science, Law and Society Review, Journal of Policy Analysis and Management, Journal of the European Economics Association, Health Affairs, University of Chicago Press, Canada Council for the Arts, World Politics, Supreme Court Economic Review, Law and Philosophy, Ethics and International Affairs, Institute of Medicine, Israel Science Foundation, Conflict Management and Peace Science, Smith Richardson Foundation, Yale University Press, Hart Publishing, Journal of Peace Research, British Journal of Political Science, National Academy of Sciences, Social Theory and Practice, Politics, Philosophy and Economics, Journal of Global Ethics, Climate Policy, Political Science Quarterly, Journal of Benefit-Cost Analysis, Journal of Legal Analysis, European Journal of International Law

Member, Editorial Board, Law & Social Inquiry (2000-2001)

Member, Board of Directors, American Law and Economics Association (2000-2003; 2013-2016)

Member, Board of University Publications, University of Chicago (2001-2004)

Member, Editorial Board, Review of Law and Economics (2004-)

Member, Oxford University Press Legal Education Advisory Board (2006-)

Member, Editorial Board, Journal of Benefit-Cost Analysis (2009-)

Short-Term Consultant, World Bank (2007)

Participant in Simulated Canada-United States Negotiation Over the Northwest Passage, sponsored by ArcticNet (Ottawa, February 2008)

Member, Faculty Steering Committee, Milton Friedman Institute (2008-2010)

Member, International Advisory Board, the Centre for Law, Economics and Society, University College London (2013-)

Member, Editorial Board, Economic Analysis of Law Review (2014-)

Sympatic Inc., Advisory Board (2019-)

Member, Committee on International Relations, University of Chicago (2003-)