Eric L. Cramer (pro hac vice)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

*Co-Lead Counsel for the Le Class, Settlement*
*Class Counsel for the Le Settlement Class*
*and the Johnson Settlement Class and*
*Attorneys for Individual and Representative*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Brandon Vera, Luis Javier Vazquez, Kyle*
*Kingsbury, Kajan Johnson, Clarence*
*Dollaway, and Tristan Connelly*

William A. Isaacson (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7313
Facsimile: (202) 379-4937
wisaacson@paulweiss.com

*Attorney for Defendants Zuffa, LLC and*
*Endeavor Group Holdings, Inc*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW |
| KAJAN JOHNSON and CLARENCE DOLLAWAY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC F/K/A ZUFFA PARENT LLC (D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br>**JOINT STATUS REPORT** |

1  Pursuant to the Court's Minute Order filed in the *Le* action, dated April 24, 2024 (ECF 1021),

2  the parties hereby provide the Court with the status of both the *Le* and the *Johnson* actions.

3  On May 21, 2024, Plaintiffs filed their Motion for Preliminary Approval of the Settlement in

4  Both Above-Captioned Matters, Provisional Certification of the Proposed *Johnson* Settlement Class,

5  Preliminary Approval of the Plan of Allocation, Approval of the Notice Plan, and Approval of the

6  Proposed Schedule for Completing the Settlement Process and all supporting papers at ECF No. 1024

7  in *Le* and ECF No. 136 in *Johnson.*

8  Plaintiffs look forward to presenting the settlement to the Court during the hearing scheduled on

9  Friday, June 14, 2024.

10

11  Dated: May 24, 2024

12  Respectfully submitted,

13  /s/ William A. Isaacson
    William A. Isaacson (pro hac vice)
14  Jessica Phillips
    PAUL, WEISS, RIFKIND, WHARTON &
15  GARRISON LLP
    2001 K Street, NW
16  Washington, DC 20006
    Telephone: (202) 223-7313
17  wisaacson@paulweiss.com
    jphillips@paulweiss.com
18
    Brette Tannenbaum (pro hac vice)
19  Yotam Barkai (pro hac vice)
    1285 Avenue of the Americas
20  New York, NY 10019
    btannenbaum@paulweiss.com
21  ybarkai@paulweiss.com

22  Christopher S. Yates (pro hac vice)
    LATHAM & WATKINS LLP
23  505 Montgomery Street
    Suite 2000
24  San Francisco, CA 94111
    Tel: (415) 395-8157
25  chris.yates@lw.com

26  Laura R. Washington (pro hac vice)
    LATHAM & WATKINS LLP
27  10250 Constellation Blvd., Suite 1100
    Los Angeles, CA 90067
28  laura.washington@lw.com

/s/ Eric L. Cramer
Eric L. Cramer (pro hac vice)
Michael Dell'Angelo (pro hac vice)
Ellen T. Noteware (pro hac vice)
Patrick F. Madden (pro hac vice)
Najah Jacobs (pro hac vice)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mdellangelo@bm.net
enoteware@bm.net
pmadden@bm.net
njacobs@bm.net

Joshua P. Davis (pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684
jdavis@bm.net

Sean M. Berkowitz (pro hac vice)
LATHAM & WATKINS
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
sean.berkowitz@lw.com

David L. Johnson (pro hac vice)
LATHAM & WATKINS
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
david.johnson@lw.com

Donald J. Campbell #1216
J. Colby Williams #5549
CAMPBELL & WILLIAMS
700 South 7th Street, Las Vegas, NV 89101
Telephone: (702) 382-5222
Fax: (702) 382-0540
djc@campbellandwilliams.com
jcw@campbellandwilliams.com

*Attorneys for Defendants Zuffa, LLC
(d/b/a Ultimate Fighting Championship
and UFC), and Endeavor Group
Holdings, Inc*

Richard A. Koffman (pro hac vice)
Benjamin Brown (pro hac vice)
Daniel Silverman (pro hac vice)
Daniel L. Gifford (pro hac vice)
COHEN MILSTEIN SELLERS
 & TOLL PLLC
1100 New York Ave., N.W.
Suite 500 East, Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
rkoffman@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
dgifford@cohenmilstein.com

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
Christopher Young (pro hac vice)
Itak Moradi (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com
cyoung@saverilawfirm.com
imoradi@saverilawfirm.com

*Co-Lead Counsel for the Le Class, Settlement
Class Counsel for the Le Settlement Class and
the Johnson Settlement Class and Attorneys
for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Brandon
Vera, Luis Javier Vazquez, Kyle Kingsbury,
Kajan Johnson, Clarence Dollaway, and
Tristan Connelly*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
dspringmeyer@kempjones.com

*Liaison Counsel for the Le Class, Settlement
Class Counsel for the Le Settlement Class and
the Johnson Settlement Class and Attorneys
for Individual and Representative Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Brandon
Vera, Luis Javier Vazquez, Kyle Kingsbury,
Kajan Johnson, Clarence Dollaway, and
Tristan Connelly*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON
    & FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 264-7101
Facsimile: (602) 234-0419
rmaysey@warnerangle.com
jelwell@warnerangle.com

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr., Suite 500
Las Vegas, NV 89135
Telephone: (702) 697-7545
cpomerantz@clarkhill.com

*Additional Counsel for the Le Settlement
Class and the Johnson Settlement Class and
Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,
Brandon Vera, Luis Javier Vazquez, Kyle
Kingsbury, Kajan Johnson, Clarence
Dollaway, and Tristan Connelly*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2024, a true and correct copy of the Joint Status Report was served via the U.S. District Court of Nevada's ECF System to all counsel of record who have enrolled in the ECF System.

*/s/ Eric L. Cramer*
Eric L. Cramer
