

ERIC L. CRAMER / *CHAIRMAN*
d 215.875.3009  m 215.327.9583  |  ecramer@bm.net

June 10, 2024

**VIA ECF & EMAIL**

The Honorable Richard F. Boulware, II
United States District Court
District of Nevada
333 Las Vegas Blvd. South
Las Vegas, NV 89101

  Re: *Le, et al. v. Zuffa, LLC*, Case No. 2:15-cv-01045-RFB-BNW;
    *Johnson, et al. v. Zuffa, LLC, et al.,* Case No. 2:21-cv-01189-RFB-BNW

Dear Judge Boulware:

  Plaintiffs respectfully submit the enclosed revised version of the proposed Order re Preliminary Approval of the Settlement to replace the version submitted on May 21, 2024. We are submitting a revised clean version and a redlined version so that the Court can see the proposed minor change, which clarifies that members of the *Johnson* Settlement Class would only be able to opt out of the *Johnson* Settlement Class (and not the *Le* Class). Counsel for Defendants do not object to the revised filing.

  We look forward to addressing any questions the Court might have at the June 14 Status Conference.

          Respectfully submitted,

          */s/ Eric L. Cramer*

          Eric L. Cramer

ELC/sll
Enclosures

cc: All Counsel of Record *(via ECF) (w/encls.)*

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | BERGERMONTAGUE.COM