# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW |
| KAJAN JOHNSON and CLARENCE DOLLAWAY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC F/K/A ZUFFA PARENT LLC (D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW |

**PLAINTIFFS' NOTICE OF MANUAL *IN CAMERA* FILING**

Plaintiffs Cung Le, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury in the above *Le* action and Plaintiffs Kajan Johnson and Clarence Dolloway in the *Johnson* action ("Plaintiffs") submit this Notice of Manual Filing of *in camera* of two spreadsheets: (i) *Le v. Zuffa/Johnson v. Zuffa*: Fighter Allocation Spreadsheet, and (ii) *Le v. Zuffa/Johnson v. Zuffa*: Fighter Event List Spreadsheet.

Dated:  June 24, 2024

                                                 Respectfully submitted,

                                                 */s/ Eric L. Cramer*
                                                 Eric L. Cramer (*pro hac vice*)
                                                 Michael C. Dell'Angelo (*pro hac vice*)
                                                 Ellen T. Noteware (*pro hac vice*)
                                                 Patrick F. Madden (*pro hac vice*)
                                                 Najah Jacobs (*pro hac vice*)
                                                 BERGER MONTAGUE PC
                                                 1818 Market St., Suite 3600
                                                 Philadelphia, PA 19103
                                                 Telephone: +1 (215) 875-3000
                                                 Email: ecramer@bm.net
                                                 Email: mdellangelo@bm.net
                                                 Email: enoteware@bm.net
                                                 Email: pmadden@bm.net
                                                 Email: njacobs@bm.net

                                                 Joshua P. Davis (*pro hac vice*)
                                                 BERGER MONTAGUE PC
                                                 505 Montgomery Street, Suite 625
                                                 San Francisco, CA 94111
                                                 Telephone: +1 (415) 906-0684
                                                 Email: jdavis@bm.net

Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Christopher Young (*pro hac vice*)
Itak Moradi (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Le Class, Settlement Class Counsel for the Le Settlement Class and the Johnson Settlement Class and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, Kyle Kingsbury, Kajan Johnson, Clarence Dollaway, and Tristan Connelly*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Le Class, Settlement Class Counsel for the Le Settlement Class and the Johnson Settlement Class and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, Kyle Kingsbury, Kajan Johnson, Clarence Dollaway, and Tristan Connelly*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr.
Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Le Settlement Class and the Johnson Settlement Class and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, Kyle Kingsbury, Kajan Johnson, Clarence Dollaway, and Tristan Connelly*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2024 a true and correct copy of Plaintiffs' Notice of Manual *In Camera* Filing was served via the U.S. District Court of Nevada's ECF System to all counsel of record who have enrolled in the ECF System.

/s/ *Eric L. Cramer*
Eric L. Cramer