IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW |
| KAJAN JOHNSON and CLARENCE DOLLAWAY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC F/K/A ZUFFA PARENT LLC (D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW |

**PLAINTIFFS' NOTICE OF MANUAL *IN CAMERA* FILING**

Plaintiffs Cung Le, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury in the above *Le* action and Plaintiffs Kajan Johnson and Clarence Dolloway in the *Johnson* action ("Plaintiffs") submit this Notice of Manual Filing of *in camera* of (a) a cover letter with a notice from all parties, and (b) three spreadsheets per the Court's request: (1) *Le v. Zuffa/Johnson v. Zuffa*: *Le* Fighter Allocation Spreadsheet With Alternative Recoveries; (2) *Le v. Zuffa/Johnson v. Zuffa*: *Johnson* Fighter Event List Spreadsheet; and (3) *Le* and *Johnson* Overlapping Fighter Allocation Spreadsheet.

Dated: July 8, 2024

                Respectfully submitted,

                */s/ Eric L. Cramer*
                Eric L. Cramer (*pro hac vice*)
                Michael C. Dell'Angelo (*pro hac vice*)
                Ellen T. Noteware (*pro hac vice*)
                Patrick F. Madden (*pro hac vice*)
                Najah Jacobs (*pro hac vice*)
                BERGER MONTAGUE PC
                1818 Market St., Suite 3600
                Philadelphia, PA 19103
                Telephone: +1 (215) 875-3000
                Email: ecramer@bm.net
                Email: mdellangelo@bm.net
                Email: enoteware@bm.net
                Email: pmadden@bm.net
                Email: njacobs@bm.net

                Joshua P. Davis (*pro hac vice*)
                BERGER MONTAGUE PC
                505 Montgomery Street, Suite 625
                San Francisco, CA 94111
                Telephone: +1 (415) 906-0684
                Email: jdavis@bm.net

1 | Joseph R. Saveri (*pro hac vice*)
2 | Kevin E. Rayhill (*pro hac vice*)
3 | Christopher Young (*pro hac vice*)
4 | Itak Moradi (*pro hac vice*)
5 | JOSEPH SAVERI LAW FIRM, LLP.
6 | 601 California St., Suite 1000
7 | San Francisco, CA 94108
8 | Telephone: +1 (415) 500-6800
9 | Facsimile: +1 (415) 395-9940
10 | Email: jsaveri@saverilawfirm.com
11 | Email: krayhill@saverilawfirm.com
12 | Email: cyoung@saverilawfirm.com
13 | Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Le Class, Settlement Class Counsel for the Le Settlement Class and the Johnson Settlement Class and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, Kyle Kingsbury, Kajan Johnson, Clarence Dollaway, and Tristan Connelly*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Le Class, Settlement Class Counsel for the Le Settlement Class and the Johnson Settlement Class and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, Kyle Kingsbury, Kajan Johnson, Clarence Dollaway, and Tristan Connelly*

Robert C. Maysey (pro hac vice)
Jerome K. Elwell (pro hac vice)
WARNER ANGLE HALLAM JACKSON &
FORMANEK PLC
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: +1 (602) 264-7101
Facsimile: +1 (602) 234-0419
Email: rmaysey@warnerangle.com
Email: jelwell@warnerangle.com

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr.
Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Le Settlement Class and the Johnson Settlement Class and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, Kyle Kingsbury, Kajan Johnson, Clarence Dollaway, and Tristan Connelly*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2024 a true and correct copy of Plaintiffs' Notice of Manual *In Camera* Filing was served via the U.S. District Court of Nevada's ECF System to all counsel of record who have enrolled in the ECF System.

/s/ *Eric L. Cramer*
Eric L. Cramer