1  Joshua P. Davis (*pro hac vice*)
   BERGER MONTAGUE PC
2  505 Montgomery Street, Suite 625
   San Francisco, CA 94111
3  Telephone: (415) 906-0684
   Facsimile: (215) 875-4604
4  jdavis@bm.net

5  *Co-Lead Counsel for the Class and Attorneys for
   Individual and Representative Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>       v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                         Defendant. | Case No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS BY JOSHUA P. DAVIS** |

**TO ALL PARTIES AND THE CLERK OF THE COURT:**

Pursuant to L.R. IA 3-1, the undersigned attorney of record for Plaintiffs files this Notice of Change of Address and requests the Court's docket in the above-captioned matter to be updated accordingly.

PLEASE TAKE NOTICE effective immediately, the address and contact information for Plaintiffs' counsel Joshua P. Davis, Esq., has changed to:

> Joshua P. Davis
> Berger Montague PC
> 505 Montgomery Street, Suite 625
> San Francisco, CA 94111
> Telephone: (415) 906-0684
> Facsimile: (215) 875-4604
> jdavis@bm.net

Please note that the addresses and contact information for Plaintiffs' other counsel of record remain unchanged.

DATED: September 23, 2024                                     Respectfully Submitted,

By: /s/ *Joshua P. Davis*
Joshua P. Davis (*pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 906-0684
Facsimile: (215) 875-4604
jdavis@bm.net

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2024, a true and correct copy of **PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS BY JOSHUA P. DAVIS** was served via the Court's CM/ECF system on all parties or persons requiring notice.

                                                    /s/ *Joshua P. Davis*
                                                    Joshua P. Davis