| | |
|---|---|
| ERIC L. CRAMER (*pro hac vice*) <br> BERGER MONTAGUE PC <br> 1818 Market Street, Suite 3600 <br> Philadelphia, PA 19103 <br> Telephone: (215) 875-3000 <br> Facsimile: (215) 875-4604 <br> ecramer@bm.net <br><br> JOSEPH R. SAVERI (*pro hac vice*) <br> JOSEPH SAVERI LAW FIRM, LLP <br> 601 California Street, Suite 1505 <br> San Francisco, California 94108 <br> Telephone: (415) 500-6800 <br> Facsimile: (415) 395-9940 <br> jsaveri@saverilawfirm.com <br><br> RICHARD A. KOFFMAN (*pro hac vice*) <br> COHEN MILSTEIN SELLERS & TOLL, PLLC <br> 1100 New York Ave., N.W., <br> Suite 500, East Tower <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> Facsimile: (202) 408 4699 <br> rkoffman@cohenmilstein.com <br><br> *Counsel for the Class and Attorneys for All Individual and Representative Plaintiffs* <br><br> [Additional Counsel Listed on Signature Page] | CHRISTOPHER S. YATES (*Pro hac vice*) <br> chris.yates@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br><br> WILLIAM A. ISAACSON (*Pro hac vice*) <br> wisaacson@paulweiss.com <br> JESSICA PHILLIPS (*Pro hac vice*) <br> jphillips@paulweiss.com <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006 <br><br> DONALD J. CAMPBELL <br> J. COLBY WILLIAMS <br> CAMPBELL & WILLIAMS <br> 710 South Seventh Street, Ste. A <br> Las Vegas, NV 89101 <br> Telephone: (702) 382-5222 <br> Facsimile: (702) 382-0540 <br> Email: djc@cwlawlv.com <br> Email: jcw@cwlawlv.com <br><br> *Attorneys for Defendant Zuffa, LLC* <br><br> [Additional Counsel Listed on Signature Page] |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC, <br><br> Defendant. | Case No.: 2:15-cv-01045-RFB-BNW <br><br> **JOINT MOTION FOR THE SCHEDULING OF A STATUS CONFERENCE AND FOR THE ENTRY OF THE PARTIES' [PROPOSED] JOINT PRE-TRIAL SCHEDULE** |

In recognition of the Court's comments at the August 19, 2024 Status Conference that the parties should continue to prepare this case for trial commencing on February 3, 2025, unless and until this Court preliminarily approves a proposed agreed-upon settlement of this case,[1] Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury ("Plaintiffs"), together with Defendant Zuffa, LLC respectfully request that the Court: (1) schedule a status conference in this matter at the Court's convenience; and (2) enter the [PROPOSED] Joint Pre-Trial Schedule, attached hereto as Exhibit A.

## BACKGROUND

At the March 4, 2024 Status Conference the Court identified various issues related to the then upcoming trial that required resolution at future hearings, including an evidentiary hearing concerning any open issues relating to the proposed expert testimony of Plaintiffs' expert Guy Davis and Defendant's expert Richard Marks. *See* 03/04/24 Tr. at 170:25-171:4.

On March 20, 2024, after the parties informed the Court that they had agreed to a proposed settlement, the Court entered a Minute Order vacating and holding all deadlines in this case -- including the trial then-scheduled to commence on April 15, 2024 and all related pretrial deadlines -- in abeyance for 50 days. Dkt. 986, 1013.

On July 30, 2024, this Court issued a Minute Order in which the Court (i) denied preliminary approval of the parties' proposed settlement; (ii) set a tentative trial date of October 28, 2024; and (iii) scheduled a status conference for August 19, 2024. Dkt. 1038.

At the August 19, 2024 Status Conference, after the Court stated that it would reschedule the commencement of trial to February 3, 2025, Plaintiffs raised several issues which the Court discussed at the March 4, 2024 Status Conference, including the need to (i) establish deadlines and hearing dates to resolve various issues in anticipation of the upcoming trial; and (ii) schedule an in-person or Zoom hearing at which the Defendant's expert Mr. Marks and Plaintiffs' expert Mr. Davis could appear to address any open challenges to their anticipated trial testimony. *See*

---

[1] As the parties informed the Court on September 26, 2024, they have agreed on a new proposed settlement of the *Le* case only and that Plaintiffs intend to submit their motion for preliminary approval of that settlement by October 10, 2024, if not earlier.

1

8/19/24 Tr. at 32:9-19. The Court then directed the parties to meet and confer and to propose dates for an evidentiary hearing regarding Messrs. Marks and Davis. *Id.* at 34:6-15.

Plaintiffs had initiated a meet and confer process regarding the outstanding pretrial issues on August 12, 2024, and over the past two weeks, the parties met and conferred and agreed to the proposed pretrial schedule. *See* Exhibit A.

### I. The Parties Request That the Court Set a Status Conference to Address Outstanding Trial Issues

The parties respectfully request that the Court schedule a status conference at its earliest convenience to (i) schedule additional status conferences or hearings as necessary; (ii) address and resolve disputes regarding admissibility of proposed trial exhibits (including, but not limited to the various disputes concerning video clips); (iii) address and resolve outstanding MILs; (iv) address and resolve objections to deposition designations; and (v) finalize pretrial and pre-deliberation jury instructions.

### II. The Court Should Enter the Parties' [PROPOSED] Joint Pre-Trial Schedule, Which Includes Dates for an Evidentiary Hearing on Outstanding Expert Issues

At the August 19, 2024 Status Conference, the Court directed the parties (i) to hold any necessary trial related hearings in the Fall of 2024; and (ii) to propose dates for an evidentiary hearing regarding Marks and Davis. *See* 8/19/24 Tr. at 33:12-34:15.

Following extensive meet and confers, the parties negotiated a [PROPOSED] Joint Pre-Trial Schedule (attached here to as Exhibit A) which establishes an orderly succession of the remaining pretrial deadlines, beginning on October 11, 2024. The parties include in their [PROPOSED] Joint Pre-Trial Schedule a proposal to schedule a hearing concerning the scope of Mr. Marks' testimony on December 16 or 17, 2024.[2] Therefore, the parties respectfully request

---

[2] The parties met and conferred regarding the scope of Mr. Davis' testimony in a series of letters beginning on August 12, 2024. On September 17, 2024, Zuffa accepted Plaintiffs' proposal to limit the scope of Plaintiffs' expert Mr. Davis' testimony. Accordingly, the parties have resolved their dispute concerning Mr. Davis' testimony and, therefore, believe that there is no need for an evidentiary hearing concerning Mr. Davis' testimony.

2

JOINT MOTION FOR THE SCHEDULING OF A STATUS CONFERENCE AND FOR THE ENTRY OF THE PARTIES'
[PROPOSED] JOINT PRE-TRIAL SCHEDULE

that the Court enter the [PROPOSED] Joint Pre-Trial Schedule, subject to any modifications the Court sees fit.

  WHEREFORE, the parties respectfully request that the Court grant the parties' Joint Motion for the Scheduling of a Status Conference and for Entry of a [PROPOSED] Joint Pre-Trial Schedule.

Dated: October 1, 2024

By:/s/ *Michael Dell'Angelo*
Eric L. Cramer (*pro hac vice*)
Michael Dell'Angelo (*pro hac vice*)
Ellen T. Noteware (*pro hac vice*)
Patrick F. Madden (*pro hac vice*)
Najah Jacobs (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: enoteware@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joseph R. Saveri (*pro hac vice*)
Kevin E. Rayhill (*pro hac vice*)
Christopher K. L. Young (*pro hac vice*)
Itak Moradi (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

Joshua P. Davis (*pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net

Respectfully submitted,

By: */s/ Christopher S. Yates*
Christopher S. Yates (*pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

William A. Isaacson (*pro hac vice*)
wisaacson@paulweiss.com
Jessica Phillips (*pro hac vice*)
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006

Brette M. Tannenbaum (*pro hac vice*)
btannenbaum@paulweiss.com
Yotam Barkai (*pro hac vice*)
ybarkai@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

Sean M. Berkowitz (*pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

Laura Washington (*pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

JOINT MOTION FOR THE SCHEDULING OF A STATUS CONFERENCE AND FOR THE ENTRY OF THE PARTIES' [PROPOSED] JOINT PRE-TRIAL SCHEDULE

| | | |
|---|---|---|
| 1 | Richard A. Koffman (*pro hac vice*) | David L. Johnson (*pro hac vice*) |
| 2 | Benjamin Brown (*pro hac vice*)<br>Daniel H. Silverman (*pro hac vice*) | david.johnson@lw.com<br>LATHAM & WATKINS LLP |
| 3 | COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W., Suite 500 East, Tower | 555 Eleventh Street NW, Suite 1505<br>Washington, D.C. 20004 |
| 4 | Washington, DC 20005<br>Telephone: +1 (202) 408-4600 | Donald J. Campbell (No. 1216) |
| 5 | Facsimile: +1 (202) 408-4699 | djc@campbellandwilliams.com |
| 6 | Email: rkoffman@cohenmilstein.com<br>Email: bbrown@cohenmilstein.com | J. Colby Williams (No. 5549)<br>jcw@campbellandwilliams.com |
| 7 | Email: dsilverman@cohenmilstein.com | CAMPBELL & WILLIAMS<br>700 South 7th Street |
| 8 | *Co-Lead Counsel for the Class and Attorneys for* | Las Vegas, Nevada 89101 |
| 9 | *Individual and Representative Plaintiffs* | *Attorneys for Defendant Zuffa, LLC* |

1. Richard A. Koffman (*pro hac vice*)
2. Benjamin Brown (*pro hac vice*)
3. Daniel H. Silverman (*pro hac vice*)
4. COHEN MILSTEIN SELLERS & TOLL, PLLC
5. 1100 New York Ave., N.W., Suite 500 East, Tower
6. Washington, DC 20005
7. Telephone: +1 (202) 408-4600
8. Facsimile: +1 (202) 408-4699
9. Email: rkoffman@cohenmilstein.com
10. Email: bbrown@cohenmilstein.com
11. Email: dsilverman@cohenmilstein.com

*Co-Lead Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Don Springmeyer (Bar No. 1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com

*Liaison Counsel for the Class and Attorneys for Individual and Representative Plaintiffs*

Crane Pomerantz (Bar No. 14103)
CLARK HILL PLC
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Counsel for the Class and Attorneys for Individual and Representative Plaintiffs.*

David L. Johnson (*pro hac vice*)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1505
Washington, D.C. 20004

Donald J. Campbell (No. 1216)
djc@campbellandwilliams.com
J. Colby Williams (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Zuffa, LLC*

4

JOINT MOTION FOR THE SCHEDULING OF A STATUS CONFERENCE AND FOR THE ENTRY OF THE PARTIES' [PROPOSED] JOINT PRE-TRIAL SCHEDULE

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Plaintiffs' Motion for the Scheduling of a Status Conference and for the Entry of the Parties [Proposed] Joint Pre-Trial Schedule was served on October 1, 2024, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo