**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT NEVADA**

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

               Plaintiffs,

    v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

           Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, PRELIMINARY APPROVAL OF THE PLAN OF ALLOCATION, APPROVAL OF THE NOTICE PLAN, AND APPROVAL OF THE PROPOSED SCHEDULE FOR COMPLETING THE SETTLEMENT PROCESS**

Plaintiffs in the action *Le, et al. v. Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC*, Case No. 2:15-cv-01045 (D. Nev.) (the "Action"), on behalf of themselves and the certified Class, hereby move for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure:

1.  Granting preliminary approval under Fed. R. Civ. P. 23(c)(2) and 23(e) of the settlement ("Settlement") between the parties in the Action. Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury brought the Action against one defendant, Zuffa, LLC ("Defendant"). On August 9, 2023, the Court certified the Class (*see* below) and appointed all the plaintiffs in the Action, other than Nathan Quarry, as the class representatives (the "Class Representatives," and together with Mr. Quarry, the "Plaintiffs"). *See* ECF No. 839, at 78-79.[1] The terms and conditions of the Settlement, which include the release and dismissal with prejudice of Plaintiffs' claims against Defendant, are set forth in the parties' September 26, 2024 Settlement Agreement (the "Settlement Agreement" or "SA"), which is attached as Exhibit 1 to the accompanying supplemental joint declaration of Co-Lead Class Counsel (referred to as the "Supp. Joint Decl."). Furthermore, the Settlement, if approved, affects *only* this Action and would *not* resolve any claims being pursued in *Johnson, et al. v. Zuffa, LLC, et al.*, No. 2:21-cv-1189 (D. Nev.), which are expressly carved out from the release in the Settlement Agreement. *See* SA § 10(a) & p.3 ("WHEREAS, this Settlement, if it receives Final Approval, will resolve the Action in full, but will have no effect on the *Johnson* Action, which will be separately litigated").

2.  Reaffirming the Court's finding that the requirements of Fed. R. Civ. P. 23(a) and 23(b)(3) are satisfied for the Class, *see* ECF No. 839, at 79 (defining the Bout Class), including for settlement and judgment purposes. The Class includes all persons who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States from December 16, 2010 to June 30, 2017 (the "Class Period"). *Id.* Excluded from the Class are all persons who are not residents or citizens of the United States unless the UFC paid such persons for competing in a bout fought in the United States. *Id.*

3.  Reaffirming the appointment of Berger Montague PC, Cohen Milstein Sellers & Toll

---

[1] Plaintiff Nathan Quarry was proffered as a class representative for the "Identity Rights Class," which the Court did not certify. *See generally* ECF No. 839 at 75-78.

PLLC, and Joseph Saveri Law Firm, LLP as Co-Lead Class Counsel for the Class under Fed R. Civ. P. 23(g).[2]

4.      Approving the Notice Plan articulated in the accompanying Declaration of Steven Weisbrot, Esq. of Angeion Group LLC re the Settlement Notice Plan (the "Weisbrot Settlement Decl."), attached as Exhibit 4 to the Supp. Joint Decl., and authorizing dissemination of notice of the Settlement to the Class.

5.      Preliminarily approving the Plan of Allocation, attached as Exhibit 2 to the Supp. Joint Decl.

6.      Appointing Angeion Group ("Angeion") as the Claims Administrator for the Class. (The Court previously appointed Angeion as the notice administrator for the Class, *see* ECF No. 921, ¶1.)

7.      Appointing The Huntington National Bank as Escrow Agent.

8.      Approving the Custodian/Escrow Agreement, dated September 26, 2024 (the "Escrow Agreement"), attached as Exhibit A to the Settlement Agreement (which itself is attached as Exhibit 1 to the Supp. Joint Decl.).

9.      Approving the establishment of the *Le v. Zuffa* Settlement Fund under the Settlement Agreement as a qualified settlement fund ("QSF") pursuant to Internal Revenue Code Section 468B and the Treasury Regulations promulgated thereunder.

10.     Staying litigation activity against Defendant on behalf of the Class pending final approval or termination of the Settlement.

11.     Approving the proposed schedule for the Settlement, including setting a date for a final Fairness Hearing.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, supporting Supp. Joint Decl., the Weisbrot Settlement Decl., and all exhibits filed in support of this Motion, Plaintiffs respectfully request that the Court grant this motion and enter the Preliminary Approval Order filed herewith. Defendant supports this motion.

---

[2] Co-Lead Class Counsel together with Kemp Jones, LLP, Clark Hill PLC, and other firms that worked under the direction of Co-Lead Class Counsel on behalf of the Class in the Action are collectively referred to as "Class Counsel."

Dated: October 7, 2024

Respectfully submitted,

/s/ *Eric L. Cramer*
Eric L. Cramer (pro hac vice)
Michael Dell'Angelo (pro hac vice)
Ellen T. Noteware (pro hac vice)
Patrick F. Madden (pro hac vice)
Najah Jacobs (pro hac vice)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: enoteware@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (pro hac vice)
Robert C. Maysey (pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net
Email: rmaysey@bm.net

Richard A. Koffman (pro hac vice)
Benjamin Brown (pro hac vice)
Daniel Silverman (pro hac vice)
Daniel L. Gifford (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL
    PLLC
1100 New York Ave., N.W.
Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
Christopher Young (pro hac vice)
Itak Moradi (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Class and Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Brandon*
*Vera, Luis Javier Vazquez, and Kyle*
*Kingsbury*

Don Springmeyer (Bar No. 1021)
Michael Gayan (Bar No. 11135)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com
Email: m.gayan@kempjones.com

*Liaison Counsel for the Class and Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Brandon*
*Vera, Luis Javier Vazquez, and Kyle*
*Kingsbury*

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr., Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Class and*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Brandon Vera, Luis Javier Vazquez, and Kyle*
*Kingsbury*

4

MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, PRELIMINARY APPROVAL OF THE PLAN OF ALLOCATION, APPROVAL
OF THE NOTICE PLAN, AND APPROVAL OF THE PROPOSED SCHEDULE FOR COMPLETING THE SETTLEMENT PROCESS