**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT NEVADA**

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW |

**INDEX OF EXHIBITS TO JOINT SUPPLEMENTAL DECLARATION OF ERIC L. CRAMER, RICHARD A. KOFFMAN, AND JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT**

Pursuant to Local Civil Rule IA 10-3(d), Plaintiffs submit this Index of Exhibits to the Declaration of Eric L. Cramer, Richard A. Koffman, and Joseph R. Saveri in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement:

| Exhibit Number | Description |
|---|---|
| 1 | Settlement Agreement and its exhibit (September 26, 2024) |
| 2 | Plan of Allocation |
| 3 | Joint Declaration of Eric L. Cramer, Richard A. Koffman, and Joseph R. Saveri in Support of Plaintiffs' Motion for Preliminary Approval, dated May 21, 2024, with Exhibits 2 and 4 *only* |
| 4 | Declaration of Steven Weisbrot, Esq. of Angeion Group LLC Re the Settlement Notice Plan and its exhibits (May 20, 2024) |
| 5 | A true and correct copy of the Declaration of Sean Spencer, dated October 3, 2024. |
| 6 | A true and correct copy of the Declaration of Fernando Bruno, dated October 4, 2024. |
| 7 | A true and correct copy of the Declaration of Iuri Alcantara, dated October 4, 2024. |
| 8 | A true and correct copy of the Declaration of Johnny Eduardo, dated October 4, 2024. |
| 9 | A true and correct copy of the Declaration of Luis Ramos, dated October 4, 2024. |
| 10 | A true and correct copy of the Declaration of Wanderlei Silva, dated October 4, 2024. |
| 11 | A true and correct copy of the Declaration of Cung Le, dated October 4, 2024. |
| 12 | A true and correct copy of the Declaration of Shane Carwin, dated October 6, 2024. |
| 13 | A true and correct copy of the Declaration of John Howard, dated October 4, 2024. |
| 14 | A true and correct copy of the Declaration of Heather Jo Clark, dated October 4, 2024. |
| 15 | A true and correct copy of the Declaration of Todd Duffee, dated October 6, 2024. |
| 16 | A true and correct copy of the Declaration of Jorge Rivera, dated October 4, 2024. |
| 17 | A true and correct copy of the Declaration of Nathan Quarry, dated October 4, 2024. |
| 18 | A true and correct copy of the Declaration of Thales Leites, dated October 4, 2024. |
| 19 | A true and correct copy of the Declaration of Vagner Rocha, dated October 4, 2024. |

| | |
|---|---|
| 20 | A true and correct copy of the Declaration of Ildemar Alcantara, dated October 3, 2024. |
| 21 | A true and correct copy of the Declaration of Mark Bocek, dated October 4, 2024. |
| 22 | A true and correct copy of the Declaration of Ross Pearson, dated October 3, 2024. |
| 23 | A true and correct copy of the Declaration of Ronny Markes, dated October 4, 2024. |
| 24 | A true and correct copy of the Declaration of Williamy Freire, dated October 5, 2024. |
| 25 | A true and correct copy of the Declaration of Joe Stevenson, dated October 4, 2024. |
| 26 | A true and correct copy of the Declaration of Joe Soto, dated October 4, 2024. |
| 27 | A true and correct copy of the Declaration of Cat Zingano, dated October 4, 2024. |
| 28 | A true and correct copy of the Declaration of Fabio Maldonado, dated October 3, 2024. |
| 29 | A true and correct copy of the Declaration of Gray Maynard, dated October 3, 2024. |
| 30 | A true and correct copy of the Declaration of Matt Brown, dated October 4, 2024. |
| 31 | A true and correct copy of the Declaration of Nate Marquardt, dated October 4, 2024. |
| 32 | A true and correct copy of the Declaration of Hacran Dias, dated October 4, 2024. |
| 33 | A true and correct copy of the Declaration of Caio Magalhaes, dated October 3, 2024. |
| 34 | A true and correct copy of the Declaration of Cristiano Marcello, dated October 4, 2024. |
| 35 | A true and correct copy of the Declaration of Daniel Sarafian Gantman, dated October 4, 2024. |
| 36 | A true and correct copy of the Declaration of Amilcar Alves, dated October 3, 2024. |
| 37 | A true and correct copy of the Declaration of Luis Javier Vazquez, dated October 3, 2024. |
| 38 | A true and correct copy of the Declaration of Mike McDonald, dated October 3, 2024. |
| 39 | A true and correct copy of the Declaration of Jamie Varner, dated October 3, 2024. |
| 40 | A true and correct copy of the Declaration of Adriano Martins, dated October 4, 2024. |
| 41 | A true and correct copy of the Declaration of Spencer Fisher, dated October 5, 2024. |
| 42 | A true and correct copy of the Declaration of Jon Fitch, dated October 5, 2024. |

2

INDEX OF EXHIBITS TO JOINT SUPPLEMENTAL DECLARATION OF ERIC L. CRAMER, RICHARD A. KOFFMAN, AND JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT

| 43 | A true and correct copy of the Declaration of Kajan Johnson, dated October 5, 2024. |
|---|---|
| 44 | A true and correct copy of the Declaration of Ed Herman, dated October 4, 2024. |
| 45 | A true and correct copy of the Declaration of John Olav Einemo, dated October 6, 2024. |
| 46 | A true and correct copy of the Declaration of Patrick Cote, dated October 3, 2024. |
| 47 | A true and correct copy of the Declaration of Kevin Casey, dated October 6, 2024. |
| 48 | A true and correct copy of the Declaration of Hugo Viana, dated October 4, 2024. |
| 49 | A true and correct copy of the Declaration of Diego Sanchez, dated October 6, 2024. |
| 50 | A true and correct copy of the Declaration of Leonardo Santos, dated October 6, 2024. |
| 51 | A true and correct copy of the Declaration of Ivan Jorge, dated October 6, 2024. |
| 52 | A true and correct copy of the Declaration of Vinny Magalhaes, dated October 6, 2024. |
| 53 | A true and correct copy of the Declaration of Fabricio Camoes, dated October 6, 2024. |
| 54 | A true and correct copy of the Declaration of Pablo Garza, dated October 6, 2024. |
| 55 | A true and correct copy of the Declaration of Chris Leben, dated October 3, 2024. |
| 56 | A true and correct copy of the Declaration of Sage Northcutt, dated October 3, 2024. |
| 57 | A true and correct copy of the Declaration of Mike Pierce, dated October 4, 2024. |
| 58 | A true and correct copy of the Declaration of Edimilson Souza, dated October 6, 2024. |
| 59 | A true and correct copy of the table, titled Ex-UFC Fighter Declarations In Support of the Settlement. |

| | | |
|---|---|---|
| 1 | Dated: October 7, 2024 | Respectfully submitted, |
| 2 | | /s/ *Eric L. Cramer* |
| 3 | | Eric L. Cramer (pro hac vice) |
| | | Michael Dell'Angelo (pro hac vice) |
| 4 | | Ellen T. Noteware (pro hac vice) |
| | | Patrick F. Madden (pro hac vice) |
| 5 | | Najah Jacobs (pro hac vice) |

BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: enoteware@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (pro hac vice)
Robert Maysey (pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net
Email: rmaysey@bm.net

Richard A. Koffman (pro hac vice)
Benjamin Brown (pro hac vice)
Daniel Silverman (pro hac vice)
Daniel L. Gifford (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL
    PLLC
1100 New York Ave., N.W.
Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

4

INDEX OF EXHIBITS TO JOINT SUPPLEMENTAL DECLARATION OF ERIC L. CRAMER,
RICHARD A. KOFFMAN, AND JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
Christopher Young (pro hac vice)
Itak Moradi (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Le Class and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez,* and *Kyle Kingsbury*

Don Springmeyer (Bar No. 1021)
Michael Gayan (Bar No. 11135)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com
Email: m.gayan@kempjones.com

*Liaison Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr., Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

5
INDEX OF EXHIBITS TO JOINT SUPPLEMENTAL DECLARATION OF ERIC L. CRAMER, RICHARD A. KOFFMAN, AND JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT