# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>              Defendant. | No.: 2:15-cv-01045-RFB-BNW |

**DECLARATION OF SEAN SPENCER**

1. My name is Sean Spencer. I am over the age of 18, and the facts set forth below are based on my personal knowledge and experience.

2. I am a class member in this case. I understand that this case was brought to help recover damages to compensate fighters for their allegedly anti-competitive underpayment by the UFC and injunctive relief to prevent the UFC from underpaying and exploiting its fighters in the future.

3. I also understand that only the damages claims were certified as a class action, and that the injunctive relief claims are no longer a part of this case (although they remain part of the related, later-filed case brought against the UFC by Kajan Johnson, Clarence Dollaway, and Tristan Connelly).

4. I submit this Declaration in support of the proposed $375 million settlement, which I believe is an excellent result for the fighters and should be approved.

5. During the Le Class Period, I fought in 8 UFC bouts.

1

6. While fighting for the UFC, I suffered many significant injuries, including suffering a blunt force, trauma cataract, eye injury that ultimately reduced my vision in my left eye to 5% and required surgery. After the $7,000 eye surgery I returned to the office for my post-op appointment and realized I am also in need of retinal surgery which is also a result of damage I incurred during my fighting career.

7. I have struggled with my mental health for years and endured severe bouts of depression and suicidal ideations that have required lengthy hospital stays, including most recently in January 2024 resulting in thousands of dollars in medical expenses. I still need brain scans read and due to lack of resources and funds I haven't been able to get those scans read. I am alarmed that during my career I have suffered traumatic brain injury (TBI) and am noticing symptoms common with TBI including depression, mood swings, and irritability.  I need urgent medical attention and treatment now including physical therapy, chiropractic therapy, counseling and neurological treatment.  I have not been receiving the necessary care to maintain my health due to the expenses of health care which I cannot afford.

8. In addition to healthcare expenses, I face serious challenges in meeting basic everyday expenses for food, shelter, and transportation. My family has endured times without electricity and other utilities due to my struggles with mental health, and I have not been able to provide the financial support that my eight-year-old and two toddlers need. My wife and I just had our 4th child and it's been extremely challenging to focus on my mental health, my physical health, and especially my financial health to take care of my family properly. My wife deserves better. My family deserves a healthier me and I desperately need help now—not years from now.

9. This would truly be life-changing money for me and for other members of the class. It would put myself and my family on firmer financial footing and it would give me something to show for my career instead of just scars and injuries. It would also allow me to obtain the healthcare I need and keep a roof over my head and food on my table.

10. I understand that the expert economists retained by plaintiffs and the class estimate the damages from the UFC's conduct at roughly 2.5 times the settlement amount, and that the amount of any jury award would be tripled under the antitrust laws. I also realize, however, that the UFC could prevail at trial (or on appeal), resulting in no recovery at all, and that even if the fighters prevailed at trial (and on appeal), the jury could award an amount less than the economists' estimates.

11. I also understand that the UFC has publicly vowed to appeal any trial verdict against it, and that the entry of any judgment in the case and resolution of those appeals could take several years. So even if the fighters won at trial and on appeal, any recovery would likely be delayed for several years.

12. For me, a significant recovery in the near future is much more appealing than the possibility of a larger recovery several years from now, especially in light of the possibility that there would be no recovery at all if this settlement were not approved.

13. I have a deep interest in and concern for the future of the sport of mixed martial arts. I understand that the *Johnson* case contains a claim for injunctive relief, and that that case is not settling at this time. In this way, the current settlement is the best of both worlds. The fighters can recover now for injuries in *Le* going back nearly fourteen years, while also preserving the possibility of obtaining changes to the UFC's business practices going forward.

14. For me, the $375 million settlement currently before the Court and future injunctive relief would be a successful result and victory. It would make a significant difference in my life. It would give me the opportunity to get the care that I need with financial stability during my healing process.

15. I enthusiastically support this settlement, and I sincerely hope for its swift approval.


I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2024.


*/s/ Sean Spencer*
SEAN SPENCER

4