# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | No.: 2:15-cv-01045-RFB-BNW |

**DECLARATION OF CUNG LE**

1. My name is Cung Le. I am over the age of 18, and the facts set forth below are based on my personal knowledge and experience.

2. I, Cung Le, hereby declare my involvement in the class action lawsuit as a Plaintiff in this case, Cung Le vs. Zuffa, UFC LLC. I allowed my name to be used to initiate this case to represent past, current, and future fighters against the UFC because I believed the UFC had treated me and its other fighter's unfairly and illegally, and I wanted to help recover damages to compensate fighters for their underpayment by the UFC and obtain injunctive relief to prevent the UFC from underpaying and exploiting its fighters in the future. Moreover, I joined this lawsuit in 2014, despite having two fights remaining on my UFC contract, which was worth 1.1 million dollars.

3. I understand that only the damage claims were certified as a class action, and that the injunctive relief claims are no longer a part of this case (although they remain part of the related, later-filed case brought against the UFC by Kajan Johnson, Clarence Dollaway, and Tristan Connelly).

1

4. Over the decade that this case has been pending, over the course of ten years, I actively participated in advancing the case, including taking numerous trips to Washington for Congressional support, hours of telephone calls, meetings in New York, and court appearances in Las Vegas. I estimate that I have spent countless hours initiating and supporting the case, attending hearings and meetings, time spent gathering and producing documents, and assisting lawyers with preparation. I attended deposition prep and going to the deposition. My total hours dedicated to the case are substantial, reflecting my unwavering commitment.

5. I submit this Declaration in support of the proposed $375 million settlement, which I believe is an excellent result for the fighters and pray the court approves.

6. I fought for the UFC from 2011 to 2015.

7. Over the course of my UFC career, I fought in 4 bouts. The UFC offered me to sign an extension for another six fights, in addition to the two I had left on my contract, but I chose to advocate for the fighters' rights by joining the case.

8. During my time fighting for the UFC, I endured several serious injuries, including a broken nose, two surgeries on my right arm for ulnar nerve damage, and two surgeries on my left arm for bone spurs and nerve damage. I also suffered cracked ribs, a deep bone bruise in my foot that had me on crutches before a fight, over 250 stitches, two concussions, damage to both eyes—including a broken orbital bone and small facial fractures—and underwent meniscus surgery.

9. My fighting career took a serious toll on my body. To this day, I suffer from numerous injuries; listed below are those which continue to be symptomatic and are still causing impairment in my daily function: 1) bilateral knee post traumatic osteoarthrosis; and

2

bursitis which prohibits movement when flared; 2) bilateral elbow post traumatic osteoarthrosis - on both elbows.  On my right upper extremity from surgeries: I have a large mass lesion along the medial epicondyle, medial region, with severe osteoarthritis. I do not have full range of motion on either arm.  3) Bilateral 1st metatarsophalangeal joint post-traumatic osteoarthrosis in both my feet from my fights which prohibits me from standing for long periods of time or sitting and always is painful. In addition, it limits my ability to wear certain shoes without extreme pain.

10. My current healthcare expenses are a real strain on my budget. In addition to healthcare expenses, I face serious challenges in meeting basic everyday expenses for food, shelter, and transportation. Due to the strain of my current health limiting my everyday activity from working consistently, I've been relying on a friend who, through God's provision, has generously sponsored my essential needs, including food and shelter, while I await the settlement of this case. Without this support, I would likely need to file bankruptcy and apply for disability to manage my basic living and healthcare needs.

11. I understand that the average (mean) recovery from a $375 million settlement, after deduction of attorneys' fees and costs, would be roughly $250,000 per class member.

12. This would truly be life-changing money for me and for other members of the class. It would allow me to pay my outstanding bills and put myself and my family on firmer financial footing. It would also allow me to obtain the healthcare I need and keep a roof over my head and food on my table.

13. I understand that the expert economists retained by plaintiffs and the class estimate the damages from the UFC's conduct at roughly 2.5 times the settlement amount, and that the amount of any jury award would be tripled under the antitrust laws. I also realize,

however, that the UFC could prevail at trial (or on appeal), resulting in no recovery at all, and that even if the fighters prevailed at trial (and on appeal), the jury could award an amount less than the economists' estimates.

14. I also understand that the UFC has publicly vowed to appeal any trial verdict against it, and that the entry of any judgment in the case and resolution of those appeals could take several years. So even if the fighters won at trial and on appeal, any recovery would likely be delayed for several years.

15. For me, a significant recovery in the near future is much more appealing than the possibility of a larger recovery several years from now, especially in light of the possibility that there would be no recovery at all if this settlement were not approved. I pray the court would accept this settlement.

16. I have a deep interest in and concern for the future of the sport of mixed martial arts. I understand that the *Johnson* case contains a claim for injunctive relief, and that that case is not settling at this time. In this way, the current settlement is the best of both worlds. The fighters can recover now for injuries in *Le* going back nearly fourteen years, while also preserving the possibility of obtaining changes to the UFC's business practices going forward.

17. For me, the $375 million settlement currently before the Court would be an enormously successful result. It would make a significant difference in my life and my financial stability.

18. I enthusiastically support this settlement on my own behalf and on behalf of the class I represent, and I sincerely hope for its swift approval as I have remained steadfast in my dedication through my faith in God and the justice system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

10/4 , 2024.

[Name]