# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>Defendant. | No.: 2:15-cv-01045-RFB-BNW |

## DECLARATION OF SHANE CARWIN

1.  My name is Shane Carwin. I am over the age of 18, and the facts set forth below are based on my personal knowledge and experience.

2.  I am a class member in this case. I understand that this case was brought to help recover damages to compensate fighters for their allegedly anti-competitive underpayment by the UFC and injunctive relief to prevent the UFC from underpaying and exploiting its fighters in the future.

3.  I also understand that only the damages claims were certified as a class action, and that the injunctive relief claims are no longer a part of this case (although they remain part of the related, later-filed case brought against the UFC by Kajan Johnson, Clarence Dollaway, and Tristan Connelly).

4.  I submit this Declaration in support of the proposed $375 million settlement, which I believe is an excellent result for the fighters and should be approved.

5.  During the Le Class Period, I fought in 1 UFC bout.

1

6. While fighting for the UFC, I suffered many significant injuries, including concussions. I fear that during my career I have suffered traumatic brain injury (TBI) and am noticing symptoms common with TBI and CTE including addiction, depression, mood swings, and irritability. Cognitive tests conducted at the Cleveland Clinic Lou Ruvo Center for Brain Health and Concussion Legacy Foundation at Boston University (among others) are indicating I have suffered damage to the pre-frontal cortex and left hemisphere. I spend days in bed suffering from bouts of paranoia, fear and anxiety. I have been hospitalized twice to treat addiction and have been part of other medical studies studying TBI. To date, no treatment for CTE has been found.

7. Despite having a degree in engineering from the Colorado School of Mines, I have been unable to maintain adequate focus to hold down an engineering job. I face serious challenges in meeting basic everyday expenses for food, shelter, and transportation and in basic life skills necessary to function.

8. This would truly be life-changing money for me and for other members of the class. These funds would also allow me to obtain the healthcare I need and keep a roof over my head and food on my table. The sad reality is that funds years from now may be of no use to me. I desperately need these funds now.

9. I understand that the expert economists retained by plaintiffs and the class estimate the damages from the UFC's conduct at roughly 2.5 times the settlement amount, and that the amount of any jury award would be tripled under the antitrust laws. I also realize, however, that the UFC could prevail at trial (or on appeal), resulting in no recovery at all, and that even if the fighters prevailed at trial (and on appeal), the jury could award an amount less than the economists' estimates.

10. I also understand that the UFC has publicly vowed to appeal any trial verdict against it, and that the entry of any judgment in the case and resolution of those appeals could take several years. So even if the fighters won at trial and on appeal, any recovery would likely be delayed for several years.

11. For me, a significant recovery in the near future is much more appealing than the possibility of a larger recovery several years from now, especially in light of the possibility that there would be no recovery at all if this settlement were not approved. In my situation, a bird in the hand truly does beat two (or three, or even nine) in the bush.

12. I have a deep interest in and concern for the future of the sport of mixed martial arts. I understand that the *Johnson* case contains a claim for injunctive relief, and that that case is not settling at this time. In this way, the current settlement is the best of both worlds. The fighters can recover now for injuries in *Le* going back nearly fourteen years, while also preserving the possibility of obtaining changes to the UFC's business practices going forward.

13. For me, the $375 million settlement currently before the Court would be an enormously successful result. It would make a significant difference in my life and my financial stability.

14. I enthusiastically support this settlement, and I sincerely hope for its swift approval.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2024.

*/s/ Shane Carwin*
SHANE CARWIN

3