# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                    Defendant. | No.: 2:15-cv-01045-RFB-BNW |

## DECLARATION OF NATHAN QUARRY

1. My name is Nathan Quarry. I am over the age of 18, and the facts set forth below are based on my personal knowledge and experience.

2. I am a named plaintiff in this case. I became a named plaintiff because I believed the UFC had treated me and its other fighters unfairly and illegally, and I wanted to help recover damages to compensate fighters for their underpayment by the UFC and obtain injunctive relief to prevent the UFC from underpaying and exploiting its fighters in the future.

3. I was a proposed class representative for the "Identity Class," for which the Court denied class certification. Nevertheless, I have remained committed to the case and continued to attend meetings, discussions, and mediations with counsel and the "Bout Class" representatives.

4. I understand that only the damages claims were certified as a class action, and that the injunctive relief claims are no longer a part of this case (although they remain part of the related, later-filed case brought against the UFC by Kajan Johnson, Clarence Dollaway, and Tristan Connelly).

1

5. Over the decade that this case has been pending, I have been actively involved in the progress of the case, including scores of meetings with counsel, producing documents, sitting for a deposition, attending Court hearings, and preparing for trial. I also attended three in-person mediation sessions and have been involved in numerous discussions of potential settlements as the case has progressed.

6. I submit this Declaration in support of the proposed $375 million settlement, which I believe is an excellent result for the fighters and should be approved.

7. I fought for the UFC from 2005 to 2010.

8. Over the course of my UFC career, I fought in 10 bouts, none of which was during the Class Period in this case.

9. While fighting for the UFC, I suffered a number of significant injuries, including a broken ankle, broken nose (required rhinoplasty), spinal injuries requiring two spinal fusion surgeries, femoral nerve damage, another broken nose, broken cheekbone, broken septum, and facial nerve damage (facial surgery required the insertion of 13 screws and titanium mesh).

10. My fighting career took a serious toll on my body. To this day, I suffer from extreme sciatica (which will likely require additional back surgeries), nerve damage in my face, and constant joint pain (hips, knees, shoulders, elbows).

11. Without medical insurance provided by the State of Oregon, I would be unable to afford my significant medical expenses. I understand that many class members, whose MMA careers likewise took a toll on their bodies, lack medical insurance.

12. I understand that the average (mean) recovery from a $375 million settlement, after deduction of attorneys' fees and costs, would be roughly $250,000 per class member.

13. This would truly be life-changing money for members of the class, many of whose circumstances I am personally familiar with.

14. I understand that the expert economists retained by plaintiffs and the class estimate the damages from the UFC's conduct at roughly 2.5 times the settlement amount, and that the amount of any jury award would be tripled under the antitrust laws. I also realize, however, that the UFC could prevail at trial (or on appeal), resulting in no recovery at all, and that even if the fighters prevailed at trial (and on appeal), the jury could award an amount less than the economists' estimates.

15. I also understand that the UFC has publicly vowed to appeal any trial verdict against it, and that the entry of any judgment in the case and resolution of those appeals could take several years. So even if the fighters won at trial and on appeal, any recovery would likely be delayed for several years.

16. I have a deep interest in and concern for the future of the sport of mixed martial arts. I understand that the *Johnson* case contains a claim for injunctive relief, and that that case is not settling at this time. In this way, the current settlement is the best of both worlds. The fighters can recover now for injuries in *Le* going back nearly fourteen years, while also preserving the possibility of obtaining changes to the UFC's business practices going forward.

17. I believe the $375 million settlement currently before the Court would represent an enormously successful result.

18. I enthusiastically support this settlement, and I sincerely hope for its swift approval.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2024.

_/s/ Nathan Quarry_
NATHAN QUARRY

4