# EXHIBIT 59

| Ex-UFC Fighter Declarations in Support of the Settlement | Le Bouts | Exhibit # |
|---|---|---|
| SEAN SPENCER | 8 | 5 |
| FERNANDO BRUNO | 2 | 6 |
| IURI ALCANTARA | 15 | 7 |
| JOHNNY EDUARDO | 6 | 8 |
| LUIS RAMOS | 2 | 9 |
| WANDERLEI SILVA | 4 | 10 |
| CUNG LE | 4 | 11 |
| SHANE CARWIN | 1 | 12 |
| JOHN HOWARD | 8 | 13 |
| HEATHER CLARK | 3 | 14 |
| TODD DUFFEE | 3 | 15 |
| JORGE RIVERA | 3 | 16 |
| NATHAN QUARRY | 10 | 17 |
| THALES LEITES | 10 | 18 |
| VAGNER ROCHA | 4 | 19 |
| ILDEMAR ALCANTARA | 7 | 20 |
| MARK BOCEK | 5 | 21 |
| ROSS PEARSON | 19 | 22 |
| RONNY MARKES | 5 | 23 |
| WILLAMY FREIRE | 1 | 24 |
| JOE STEVENSON | 2 | 25 |
| JOE SOTO | 6 | 26 |
| CAT ZINGANO | 4 | 27 |
| FABIO MALDONADO | 10 | 28 |
| GRAY MAYNARD | 9 | 29 |
| MATT BROWN | 15 | 30 |
| NATE MARQUARDT | 11 | 31 |
| HACRAN DIAS | 7 | 32 |
| CAIO MAGALHAES | 7 | 33 |
| CRISTIANO MARCELLO | 4 | 34 |
| DANIEL SARAFIAN GANTMAN | 6 | 35 |
| AMILCAR ALVES | 1 | 36 |
| JAVIER VAZQUEZ | 1 | 37 |
| MICHAEL MCDONALD | 9 | 38 |
| JAMIE VARNER | 7 | 39 |
| ADRIANO MARTINS | 6 | 40 |
| SPENCER FISHER | 1 | 41 |
| JON FITCH | 4 | 42 |
| KAJAN JOHNSON | 3 | 43 |
| ED HERMAN | 10 | 44 |
| JOHN OLAV EINEMO | 2 | 45 |
| PATRICK COTE | 10 | 46 |
| KEVIN CASEY | 7 | 47 |
| HUGO VIANA | 6 | 48 |
| DIEGO SANCHEZ | 11 | 49 |
| LEONARDO SANTOS | 6 | 50 |
| IVAN JORGE | 4 | 51 |
| VINNY MAGALHAES | 3 | 52 |
| FABRICIO CAMOES | 4 | 53 |
| PABLO GARZA | 5 | 54 |
| CHRIS LEBEN | 6 | 55 |
| SAGE NORTHCUTT | 5 | 56 |
| MIKE PIERCE | 10 | 57 |
| EDIMILSON SOUZA | 4 | 58 |

EX 59 - EX-UFC Fighter Declarations ISO Settlement