IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW |

**PLAINTIFFS' NOTICE OF MANUAL *IN CAMERA* FILING**

Plaintiffs Cung Le, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury submit this Notice of Manual Filing *in camera* of a cover letter and its enclosure, a spreadsheet, titled "*Le v. Zuffa*: Revised Le Fighter Allocation Spreadsheet," which provides information showing the increased recovery amounts for Class Members under the augmented proposed settlement relative to the prior proposed settlement.

Dated: October 8, 2024

Respectfully submitted,

/s/ *Eric L. Cramer*
Eric L. Cramer (pro hac vice)
Michael Dell'Angelo (pro hac vice)
Ellen T. Noteware (pro hac vice)
Patrick F. Madden (pro hac vice)
Najah Jacobs (pro hac vice)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: enoteware@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (pro hac vice)
Robert C. Maysey (pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net
Email: rmaysey@bm.net

1
2   Richard A. Koffman (pro hac vice)
    Benjamin Brown (pro hac vice)
3   Daniel Silverman (pro hac vice)
4   Daniel L. Gifford (pro hac vice)
    COHEN MILSTEIN SELLERS
5     & TOLL PLLC
    1100 New York Ave., N.W.
6   Suite 500 East, Tower
    Washington, DC 20005
7   Telephone: +1 (202) 408-4600
8   Facsimile: +1 (202) 408-4699
    Email: rkoffman@cohenmilstein.com
9   Email: bbrown@cohenmilstein.com
    Email: dsilverman@cohenmilstein.com
10  Email: dgifford@cohenmilstein.com
11
    Joseph R. Saveri (pro hac vice)
12  Kevin E. Rayhill (pro hac vice)
    Christopher Young (pro hac vice)
13  Itak Moradi (pro hac vice)
    JOSEPH SAVERI LAW FIRM, LLP
14  601 California St., Suite 1505
    San Francisco, CA 94108
15  Telephone: +1 (415) 500-6800
16  Facsimile: +1 (415) 395-9940
    Email: jsaveri@saverilawfirm.com
17  Email: krayhill@saverilawfirm.com
    Email: cyoung@saverilawfirm.com
18  Email: imoradi@saverilawfirm.com
19
    *Co-Lead Counsel for the Class and Plaintiffs*
20  *Cung Le, Nathan Quarry, Jon Fitch, Brandon*
    *Vera, Luis Javier Vazquez, and Kyle*
21  *Kingsbury*

22
23
24
25
26
27
28

Don Springmeyer (Bar No. 1021)
Michael Gayan (Bar No. 11135)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com
Email: m.gayan@kempjones.com

*Liaison Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr., Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2024 a true and correct copy of Plaintiffs' Notice of Manual *In Camera* Filing was served via the U.S. District Court of Nevada's ECF System to all counsel of record who have enrolled in the ECF System.

/s/ *Eric L. Cramer*
Eric L. Cramer