Eric L. Cramer (admitted *pro hac vice*)
BERGER|MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

*Co-Lead Counsel for the Le Class and*
*Attorney for Individual and Representative Plaintiffs*

[Additional Counsel Listed on Signature Page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>    Defendant. | Case No.: 2:15-cv-01045-RFB-PAL<br><br>**SUPPLEMENTAL DECLARATION OF ERIC L. CRAMER, ESQ. IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT** |

Case No.: 2:15-cv-01045-RFB-BNW

I, Eric L. Cramer, Esq., declare and state as follows:

1. I am Chairman of the law firm of Berger Montague PC, and one of the Court appointed Co-Lead Class Counsel to represent the Bout Class in *Le v. Zuffa, LLC*, No. 2:15-cv-1045 (D. Nev.). I am a member in good standing of the State Bars of Pennsylvania and New York and have been admitted pro hac vice in this Court. I am over 18 years of age and have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. I make this supplemental declaration in further support of Plaintiffs' Motion for Preliminary Approval, filed on October 7, 2024, at ECF No. 1045.

3. Attached as Exhibit 60 is a true and correct copy of the Declaration of Marcio Alexandre, Jr.

4. Attached as Exhibit 61 is a true and correct copy of the Declaration of Kyle Kingsbury.

5. Attached as Exhibit 62 is a true and correct copy of the Declaration of Claude Patrick.

6. Attached as Exhibit 63 is a true and correct copy of the Declaration of Darren Uyenoyama.

7. Attached as Exhibit 64 is a true and correct copy of the Declaration of Marco Polo Reyes.

8. Attached as Exhibit 65 is a true and correct copy of the Declaration of Julie Kedzie.

9. Attached as Exhibit 66 is a true and correct copy of the Declaration of Clarence Dollaway.

10. Attached as Exhibit 67 is a true and correct copy of the Declaration of Thiago Tavares.

11. Attached as Exhibit 68 is a true and correct copy of the Declaration of Rani Yahya.

12. Attached as Exhibit 69 is a true and correct copy of the Declaration of Nazareno Malegarie.

13. Attached as Exhibit 70 is a true and correct copy of the Declaration of Lyoto Machida.

14. Attached as Exhibit 71 is a true and correct copy of the Declaration of Dileno Lopes.

15. Attached as Exhibit 72 is a true and correct copy of the Declaration of Fabricio Werdum.

16. Attached as Exhibit 73 is a true and correct copy of. the Declaration of Thiago Alves.

SUPPLEMENTAL DECLARATION OF ERIC L. CRAMER, ESQ. IN FURTHER SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT

17. Attached as Exhibit 74 is a true and correct copy of the Declaration of Gleison Tibau.

18. Attached as Exhibit 75 is a true and correct copy of the Declaration of Brandon Vera.

19. Attached as Exhibit 76 is a true and correct copy of the Declaration of Alessio Sakara.

20. Attached as Exhibit 77 is a true and correct copy of the Declaration of Valerie Letourneau.

21. Attached as Exhibit 78 is a true and correct copy of the Declaration of Yair Rodriguez.

22. Attached as Exhibit 79 is a true and correct copy of the Declaration of Mickael Lebout.

23. Attached as Exhibit 80 is a true and correct copy of the Declaration of Jeff Curran.

24. Attached as Exhibit 81 is a true and correct copy of the Declaration of Roger Gracie.

25. Attached as Exhibit 82 is a true and correct copy of the Declaration of Steven Siler.

26. Attached as Exhibit 83 is a true and correct copy of the Declaration of John Alessio.

27. Attached as Exhibit 84 is a true and correct copy of the Declaration of Robert Drysdale.

28. Attached as Exhibit 85 is a true and correct copy of the Declaration of Miguel Torres.

29. Attached as Exhibit 86 is a true and correct copy of the Declaration of Juliana Lima.

30. Attached as Exhibit 87 is a true and correct copy of the Declaration of Efrain Escudero.

31. Attached as Exhibit 88 is a true and correct copy of the Declaration of Bethe Correia.

32. Attached as Exhibit 89 is a true and correct copy of the Declaration of Jorge Lopez.

33. Attached as Exhibit 90 is a true and correct copy of the Declaration of Jessica Aguilar.

34. Attached as Exhibit 91 is a true and correct copy of the Declaration of Junior Assuncao.

35. Attached as Exhibit 92 is a true and correct copy of the Declaration of Michel Prazeres.

36. Attached as Exhibit 93 is a true and correct copy of the Declaration of Vladimir Matyushenko.

37. Attached as Exhibit 94 is a true and correct copy of the Declaration of Pat Healy.

38. Attached as Exhibit 95 is a true and correct copy of the Declaration of Jason Young.

39. Attached as Exhibit 96 is a true and correct copy of the Declaration of Joey Beltran.

40. Attached as Exhibit 97 is a true and correct copy of the Declaration of Damacio Page.

41. Attached as Exhibit 98 is a true and correct copy of the Declaration of Elias Silverio.

42.     Attached as Exhibit 99 is a true and correct copy of the Declaration of Matt Mitrione.

43.     Attached as Exhibit 100 is a true and correct copy of the Declaration of Viviane Pereira.

44.     Attached as Exhibit 101 is a true and correct copy of the Declaration of Mackens Semerzier.

45.     Attached as Exhibit 102 is a true and correct copy of the Declaration of Rodrigo Damm.

46.     Attached as Exhibit 103 is a true and correct copy of the Declaration of Will Brooks.

47.     Attached as Exhibit 104 is a true and correct copy of the Declaration of Alessandro Ricci.

48.     Attached as Exhibit 105 is a true and correct copy of the Declaration of Jussier Formiga.

49.     Attached as Exhibit 106 is a true and correct copy of the Declaration of Antonio McKee.

50.     Attached as Exhibit 107 is a true and correct copy of the Declaration of Matt Grice.

51.     Attached as Exhibit 108 is a true and correct copy of the Declaration of Jeremy Kennedy.

52.     Attached as Exhibit 109 is a true and correct copy of the Declaration of Steven Kennedy.

53.     Attached as Exhibit 110 is a true and correct copy of the Declaration of Yves Jabouin.

54.     Attached as Exhibit 111 is a true and correct copy of the Declaration of Alessandro Gelke.


I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct. This Declaration was executed in Philadelphia, Pennsylvania on October 11, 2024.


                                                            /s/ Eric L. Cramer
                                                            Eric L. Cramer

SUPPLEMENTAL DECLARATION OF ERIC L. CRAMER, ESQ. IN FURTHER SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT