**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT NEVADA**

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

        Plaintiffs,

        v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

        Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**INDEX OF EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF**
**ERIC L. CRAMER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION**
**FOR PRELIMINARY APPROVAL OF THE SETTLEMENT**

Pursuant to Local Civil Rule IA 10-3(d), Plaintiffs submit this Index of Exhibits to the Supplemental Declaration of Eric L. Cramer in Further Support of Plaintiffs' Motion for Preliminary Approval of the Settlement:

| Exhibit Number | Description |
|---|---|
| 60 | A true and correct copy of the Declaration of Marcio Alexandre, Jr., dated October 7, 2024. |
| 61 | A true and correct copy of the Declaration of Kyle Kingsbury dated October 9, 2024. |
| 62 | A true and correct copy of the Declaration of Claude Patrick, dated October 10, 2024. |
| 63 | A true and correct copy of the Declaration of Darren Uyenoyama, dated October 10, 2024. |
| 64 | A true and correct copy of the Declaration of Marco Polo Reyes, dated October Marco Polo Reyes, dated October 10, 2024. |
| 65 | A true and correct copy of the Declaration of Julie Kedzie, dated October 9, 2024. |
| 66 | A true and correct copy of the Declaration of Clarence Dollaway, dated October 6, 2024. |
| 67 | A true and correct copy of the Declaration of Thiago Tavares, dated October 9, 2024. |
| 68 | A true and correct copy of the Declaration of Rani Yahya, dated October 9, 2024. |
| 69 | A true and correct copy of the Declaration of Nazareno Malegarie, dated October 8, 2024. |
| 70 | A true and correct copy of the Declaration of Lyoto Machida, dated October 5, 2024. |
| 71 | A true and correct copy of the Declaration of Dileno Lopes, dated October 7, 2024. |
| 72 | A true and correct copy of the Declaration of Fabricio Werdum, dated October 7, 2024. |
| 73 | A true and correct copy of the Declaration of Thiago Alves, dated October 7, 2024. |
| 74 | A true and correct copy of the Declaration of Gleison Tibau, dated October 7, 2024. |
| 75 | A true and correct copy of the Declaration of Brandon Vera, dated October 6, 2024. |
| 76 | A true and correct copy of the Declaration of Alessio Sakara, dated October 6, 2024. |
| 77 | A true and correct copy of the Declaration of Valerie Letourneau, dated October 9, 2024. |
| 78 | A true and correct copy of the Declaration of Yair Rodriguez, dated October 9, 2024. |
| 79 | A true and correct copy of the Declaration of Mickael Lebout, dated October 10, 2024. |

INDEX OF EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF
ERIC L. CRAMER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF THE SETTLEMENT

| 80 | A true and correct copy of the Declaration of Jeff Curran, dated October 10, 2024. |
| 81 | A true and correct copy of the Declaration of Roger Gracie, dated October 10, 2024. |
| 82 | A true and correct copy of the Declaration of Steven Siler, dated October 10, 2024. |
| 83 | A true and correct copy of the Declaration of John Alessio, dated October 10, 2024. |
| 84 | A true and correct copy of the Declaration of Robert Drysdale, dated October 10, 2024. |
| 85 | A true and correct copy of the Declaration of Miguel Torres, dated October 10, 2024. |
| 86 | A true and correct copy of the Declaration of Juliana Lima, dated October 8, 2024. |
| 87 | A true and correct copy of the Declaration of Efrain Escudero, dated October 6, 2024. |
| 88 | A true and correct copy of the Declaration of Bethe Correia, dated October 9, 2024. |
| 89 | A true and correct copy of the Declaration of Jorge Lopez, dated October 10, 2024. |
| 90 | A true and correct copy of the Declaration of Jessica Aguilar, dated October 7, 2024. |
| 91 | A true and correct copy of the Declaration of Junior Assuncao, dated October 9, 2024. |
| 92 | A true and correct copy of the Declaration of Michel Prazeres, dated October 10, 2024. |
| 93 | A true and correct copy of the Declaration of Vladimir Matyushenko, dated October 10, 2024. |
| 94 | A true and correct copy of the Declaration of Pat Healy, dated October 10, 2024. |
| 95 | A true and correct copy of the Declaration of Jason Young, dated October 10, 2024. |
| 96 | A true and correct copy of the Declaration of Joey Beltran, dated October 10, 2024. |
| 97 | A true and correct copy of the Declaration of Damacio Page, dated October 10, 2024. |
| 98 | A true and correct copy of the Declaration of Elias Silverio, dated October 10, 2024. |
| 99 | A true and correct copy of the Declaration of Matt Mitrione, dated October 10, 2024. |
| 100 | A true and correct copy of the Declaration of Viviane Pereira, dated October 10, 2024. |
| 101 | A true and correct copy of the Declaration of Mackens Semerzier, dated October 10, 2024. |
| 102 | A true and correct copy of the Declaration of Rodrigo Damm, dated October 10, 2024. |

2

INDEX OF EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF
ERIC L. CRAMER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF THE SETTLEMENT

| 103 | A true and correct copy of the Declaration of Will Brooks, dated October 10, 2024. |
| 104 | A true and correct copy of the Declaration of Alessandro Ricci, dated October 10, 2024. |
| 105 | A true and correct copy of the Declaration of Jussier Formiga, dated October 10, 2024. |
| 106 | A true and correct copy of the Declaration of Antonio McKee, dated October 10, 2024. |
| 107 | A true and correct copy of the Declaration of Matt Grice, dated October 10, 2024. |
| 108 | A true and correct copy of the Declaration of Jeremy Kennedy, dated October 10, 2024. |
| 109 | A true and correct copy of the Declaration of Steven Kennedy, dated October 11, 2024. |
| 110 | A true and correct copy of the Declaration of Yves Jabouin, dated October 10, 2024. |
| 111 | A true and correct copy of the Declaration of Alessandro Gelke, dated October 10, 2024. |

3

INDEX OF EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF
ERIC L. CRAMER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF THE SETTLEMENT

Dated: October 11, 2024

Respectfully submitted,

/s/ *Eric L. Cramer*

Eric L. Cramer (pro hac vice)
Michael Dell'Angelo (pro hac vice)
Ellen T. Noteware (pro hac vice)
Patrick F. Madden (pro hac vice)
Najah Jacobs (pro hac vice)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: enoteware@bm.net
Email: pmadden@bm.net
Email: njacobs@bm.net

Joshua P. Davis (pro hac vice)
Robert Maysey (pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net
Email: rmaysey@bm.net

Richard A. Koffman (pro hac vice)
Benjamin Brown (pro hac vice)
Daniel Silverman (pro hac vice)
Daniel L. Gifford (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL
    PLLC
1100 New York Ave., N.W.
Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

INDEX OF EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF
ERIC L. CRAMER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF THE SETTLEMENT

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
Christopher Young (pro hac vice)
Itak Moradi (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Le Class and
Attorneys for Individual and Representative
Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,
Brandon Vera, Luis Javier Vazquez,* and *Kyle
Kingsbury*

Don Springmeyer (Bar No. 1021)
Michael Gayan (Bar No. 11135)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com
Email: m.gayan@kempjones.com

*Liaison Counsel for the Class and Plaintiffs
Cung Le, Nathan Quarry, Jon Fitch, Brandon
Vera, Luis Javier Vazquez, and Kyle
Kingsbury*

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr., Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Class and
Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,
Brandon Vera, Luis Javier Vazquez, and Kyle
Kingsbury*

5

INDEX OF EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF
ERIC L. CRAMER IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF THE SETTLEMENT