# EXHIBIT 75

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                    Defendant. | No.: 2:15-cv-01045-RFB-BNW |

## <u>DECLARATION OF BRANDON VERA</u>

1. My name is Brandon Vera. I am over the age of 18, and the facts set forth below are based on my personal knowledge and experience.

2. I got involved in this case to represent past, current, and future fighters against the UFC because I believe the UFC has treated me and its other fighter's unfairly and illegally, and I wanted to help recover damages to compensate fighters for their underpayment by the UFC and to obtain injunctive relief to prevent the UFC from underpaying and exploiting its fighters in the future.

3. I understand that only the damage claims were certified as a class action, and that the injunctive relief claims are no longer a part of this case (although they remain part of the related, later-filed case brought against the UFC by Kajan Johnson, Clarence Dollaway, and Tristan Connelly).

4. Over the decade that this case has been pending, I actively participated in advancing the case, including taking numerous trips to Washington for Congressional support, hours of telephone calls, meetings in New York, and court appearances in Las Vegas. I have spent

1

hundreds of hours initiating and supporting the case, attending hearings and meetings, gathering and producing documents, and assisting lawyers with preparation. I attended deposition prep sessions and was deposed. My time spent on this important case reflect my unwavering commitment to the cause.

5. I submit this Declaration in support of the proposed $375 million settlement, which I believe is an excellent result for the fighters and pray the court approves.

6. During the Le Class Period, I fought in 4 bouts in the UFC.

7. Following my career competing at the top level, I endured significant wear and tear on my body and am bothered daily by sciatica and lower back pain.

8. The funds received from this settlement will allow me to obtain physical therapy and medical treatment that me and my family have deferred as we are not currently insured..

9. This would truly be life-changing money for me and for other members of the class. These funds would enable me to pay off a FEMA loan obtained to repair damage to our home in Guam caused by Typhoon Mawar.  These funds would allow me to pay my outstanding bills and put myself and my family on much firmer financial footing.

10. I understand that the expert economists retained by plaintiffs and the class estimate the damages from the UFC's conduct at roughly 2.5 times the settlement amount, and that the amount of any jury award would be tripled under the antitrust laws. I also realize, however, that the UFC could prevail at trial (or on appeal), resulting in no recovery at all, and that even if the fighters prevailed at trial (and on appeal), the jury could award an amount less than the economists' estimates.

11. I also understand that the UFC has publicly vowed to appeal any trial verdict against it, and that the entry of any judgment in the case and resolution of those appeals could take

several years. So even if the fighters won at trial and on appeal, any recovery would likely be delayed for several years.

12. For me, a significant recovery in the near future is much more appealing than the possibility of a larger recovery several years from now, especially in light of the possibility that there would be no recovery at all if this settlement were not approved. I pray the court would accept this settlement.

13. I have a deep interest in and concern for the future of the sport of mixed martial arts. I understand that the *Johnson* case contains a claim for injunctive relief, and that that case is not settling at this time. In this way, the current settlement is the best of both worlds. The fighters can recover now for injuries in *Le* going back nearly fourteen years, while also preserving the possibility of obtaining changes to the UFC's business practices going forward.

14. For me, the $375 million settlement currently before the Court would be an enormously successful result. It would make a significant difference in my life and my financial stability.

15. I enthusiastically support this settlement on my own behalf and on behalf of the class I represent, and I sincerely hope for its swift approval.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2024.

*/s/ Brandon Vera*
BRANDON VERA

3