# EXHIBIT 85

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br><br>        v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>                 Defendant. | No.: 2:15-cv-01045-RFB-BNW |

**DECLARATION OF MIGUEL TORRES**

1.  My name is Miguel Torres. I am over the age of 18, and the facts set forth below are based on my personal knowledge and experience.

2.  I am a class member in this case. I understand that this case was brought to help recover damages to compensate fighters for their allegedly anti-competitive underpayment by the UFC and injunctive relief to prevent the UFC from underpaying and exploiting its fighters in the future.

3.  I also understand that only the damages claims were certified as a class action, and that the injunctive relief claims are no longer a part of this case (although they remain part of the related, later-filed case brought against the UFC by Kajan Johnson, Clarence Dollaway, and Tristan Connelly).

4.  I submit this Declaration in support of the proposed $375 million settlement, which I believe is an excellent result for the fighters and should be approved.

5.  During the Le Class Period, I fought in 4 UFC bouts.

1

6.  I started my MMA career to help me pay for college.  Throughout my UFC fight career, I was going into debt and borrowing money from family to fund fight camps and then paying off this debt with my purses.  As a result of this debt, I and other peers frequently take fights while injured to pay off the debt from training camp that was already incurred. I was never ahead financially during my entire fighting career with the UFC.

7.  While fighting for the UFC and during my MMA career, I suffered many significant injuries including a torn ACL and MCL in my right knee, a broken right hand which I set myself, a broken left hand which I set myself, broken fingers, broken toes, torn ligaments in my ankle which I taped, a cracked rib, a torn bursa in my elbow which punctured the skin and after being drained multiple times, became infected with staph, and multiple concussions. After I tore my bursa in my elbow and became infected with staph, I was pressured by Dana White to take a fight against Joseph Benevidez with a title shot on the line despite not being able to use my right arm, train cardio, or spar for 2 months. During that Benevidez fight my forehead was split open requiring 15 stitches that night to close the gash and additional surgery to properly repair it.  For the entire duration of my fighting career, I did not have insurance. I fear that during my career I have suffered traumatic brain injury (TBI) and am noticing symptoms common with TBI including anxiety, depression, irritability, occasional headaches, insomnia, sensitivity to light, quick to anger, and mood swings.

8.  This would truly be life-changing money for me and for other members of the class. The funds received from this settlement will allow me to pay off debt incurred on my gym Torres Martial Arts Academy and to provide for my three children.

9.  I understand that the expert economists retained by plaintiffs and the class estimate the damages from the UFC's conduct at roughly 2.5 times the settlement amount, and that the amount of any jury award would be tripled under the antitrust laws. I also realize, however, that the UFC could prevail at trial (or on appeal), resulting in no recovery at all, and that even if the fighters prevailed at trial (and on appeal), the jury could award an amount less than the economists' estimates.

10. I also understand that the UFC has publicly vowed to appeal any trial verdict against it, and that the entry of any judgment in the case and resolution of those appeals could take several years. So even if the fighters won at trial and on appeal, any recovery would likely be delayed for several years.

11. For me, a significant recovery in the near future is much more appealing than the possibility of a larger recovery several years from now, especially in light of the possibility that there would be no recovery at all if this settlement were not approved.

12. I have a deep interest in and concern for the future of the sport of mixed martial arts. I understand that the *Johnson* case contains a claim for injunctive relief, and that that case is not settling at this time. In this way, the current settlement is the best of both worlds. The fighters can recover now for injuries in *Le* going back nearly fourteen years, while also preserving the possibility of obtaining changes to the UFC's business practices going forward.

13. For me, the $375 million settlement currently before the Court would be an enormously successful result. It would make a significant difference in my life and my financial stability.

14. I enthusiastically support this settlement, and I sincerely hope for its swift approval.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2024.

/s/ Miguel Torres
MIGUEL TORRES