# EXHIBIT 95

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>            Defendant. | No.: 2:15-cv-01045-RFB-BNW |

## <u>DECLARATION OF JASON YOUNG</u>

1.  My name is Jason Young. I am over the age of 18, and the facts set forth below are based on my personal knowledge and experience.

2.  I am a class member in this case. I understand that this case was brought to help recover damages to compensate fighters for their allegedly anti-competitive underpayment by the UFC and injunctive relief to prevent the UFC from underpaying and exploiting its fighters in the future.

3.  I also understand that only the damages claims were certified as a class action, and that the injunctive relief claims are no longer a part of this case (although they remain part of the related, later-filed case brought against the UFC by Kajan Johnson, Clarence Dollaway, and Tristan Connelly).

4.  I submit this Declaration in support of the proposed $375 million settlement, which I believe is an excellent result for the fighters and should be approved.

5.  During the Le Class Period, I fought in 4 UFC bouts.

1

6.      Fighting for the UFC was supposed to be the pinnacle of my career, a dream come true for any MMA athlete. But the reality was far from glamorous. The constant struggle with debt and financial insecurity overshadowed the joy and excitement of stepping into the cage to compete. It was disheartening to realize that even at the highest level of the sport, financial stability was elusive. The pressure to perform, pay off debts, and provide for my family weighed heavily on me throughout my UFC career, making it a challenging and often thankless pursuit. In addition to the financial burden from fight camps, I also had the responsibility of providing for my family. The pressure to support my family only added to the stress of constantly being in debt. I remember a particularly difficult time when my wife went into labor with our first child on the night of a fight against Dustin Poirier. The financial strain was at its peak, and the added emotional burden only made the situation more challenging. Despite all my efforts and sacrifices in the octagon, I was never able to get ahead financially during my time with the UFC.

7.  After sustaining multiple concussions and a serious neck injury during my time fighting for the UFC, I have become increasingly concerned about my long-term health. The symptoms of traumatic brain injury (TBI) are starting to manifest themselves in my daily life, and it's a frightening realization. Memory loss, depression, anxiety, and insomnia have become constant companions, reminding me of the toll that my fighting career has taken on both my body and mind. It's a difficult reality to come to terms with, knowing that the sport I dedicated my life to has left me with lasting consequences that I may never fully recover from. The release from the UFC only exacerbated my feelings of depression and hopelessness. I had poured everything I had into mastering my craft and competing at the highest level, only to find myself without a platform to continue doing

what I loved. The sudden loss of purpose and identity was a heavy burden to bear, and I struggled to find a new path forward. The uncertainty of my future and the fear of what may come of my health left me feeling lost and abandoned, with no clear direction to turn to for solace or support.

8. Funds from this settlement would help me recover some of the costs incurred from fighting, allowing me to invest in my future and create a stable environment for my family. These funds would not only provide financial relief but also give me the opportunity to secure a better future for my children, ensuring that they have the necessary support and resources that I have fought so hard to secure for them. This settlement would be a step towards building a legacy that will benefit generations to come.

9. I understand that the expert economists retained by plaintiffs and the class estimate the damages from the UFC's conduct at roughly 2.5 times the settlement amount, and that the amount of any jury award would be tripled under the antitrust laws. I also realize, however, that the UFC could prevail at trial (or on appeal), resulting in no recovery at all, and that even if the fighters prevailed at trial (and on appeal), the jury could award an amount less than the economists' estimates.

10. I also understand that the UFC has publicly vowed to appeal any trial verdict against it, and that the entry of any judgment in the case and resolution of those appeals could take several years. So even if the fighters won at trial and on appeal, any recovery would likely be delayed for several years.

11. For me, a significant recovery in the near future is much more appealing than the possibility of a larger recovery several years from now, especially in light of the

3

possibility that there would be no recovery at all if this settlement were not approved. In my situation, a bird in the hand truly does beat two (or three, or even nine) in the bush.

12. I have a deep interest in and concern for the future of the sport of mixed martial arts. I understand that the *Johnson* case contains a claim for injunctive relief, and that that case is not settling at this time. In this way, the current settlement is the best of both worlds. The fighters can recover now for injuries in *Le* going back nearly fourteen years, while also preserving the possibility of obtaining changes to the UFC's business practices going forward.

13. For me, the $375 million settlement currently before the Court would be an enormously successful result. It would make a significant difference in my life and my financial stability.

14. I enthusiastically support this settlement, and I sincerely hope for its swift approval.


I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2024.


*/s/ Jason Young*
JASON YOUNG

4