# EXHIBIT 111

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,<br><br>   Defendant. | No.: 2:15-cv-01045-RFB-BNW |

**<u>DECLARATION OF ALESSANDRO GELKE</u>**

1. My name is Alessandro Gelke. I am over the age of 18, and the facts set forth below are based on my personal knowledge and experience.

2. I have been in  manager in the combat sports industry for more than 22 years. I understand that this case was brought to help recover damages to compensate fighters for their allegedly anti-competitive underpayment by the UFC and injunctive relief to prevent the UFC from underpaying and exploiting its fighters in the future.

3. I also understand that only the damages claims were certified as a class action, and that the injunctive relief claims are no longer a part of this case (although they remain part of the related, later-filed case brought against the UFC by Kajan Johnson, Clarence Dollaway, and Tristan Connelly).

4. I submit this Declaration in support of the proposed $375 million settlement. This class of fighters badly needs that money for their medical needs, to support their families, and to cover living expensesliving expenses.

1

5. I know many of these fighters in the class, some of whom are no longer living. For example, former UFC fighter Marco Polo Reyes is broke and living in an MMA gym in Tijuana. His settlement would allow him to buy a home and take care of his family. Polo and many fighters have continued fighting even though they know they are well past their prime because they need to provide for their family. This settlement will help ensure these fighters don't continue to fight long past the time they should have retired and badly risk their health.

6. Many former UFC fighters are in horrible health such as Spencer Fisher. Spencer has been declared permanently disabled, has neurological damage and has issues with his balance. A settlement will help ensure he gets the proper medication and care he needs now.

7. Some former UFC fighters are no longer with us such as Evan Tanner, and class members Stephan Bonnar, and Tim Hague. All three greatly struggled financially and physically shortly after their UFC careers were over. Tim Hague continued boxing and was killed in the ring at age 34. Evan Tanner died at 37 years old after going to the desert and dying of heat exposure. Bonnar struggled with an addiction to pain pills. He ultimately died of an accidental overdose at age 45.

8. This would truly be life-changing money for many class members and will assist many class members in providing for day-to-day living expenses and basic necessities.

9. I don't want to hear of any more former UFC fighters dying before this settlement reaches them. Of course, many more changes are needed so UFC fighters are treated fairly. Right now, this Le class needs that money right away. The other problems will be addressed by the Johnson class and bringing the Ali Act to MMA.

2

10. I enthusiastically support this settlement, and I sincerely hope for its swift approval.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2024.

/s/ Alessandro Gelke
ALESSANDRO GELKE