# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NEVADA

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

       Plaintiffs,

      v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

       Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE ADDITIONAL CLASS MEMBER DECLARATIONS IN SUPPORT OF THE SETTLEMENT**

Before this Court is Plaintiffs' Motion for Leave to File Additional Class Member Declarations In Support of the Settlement (the "Motion") (ECF No. 1047). Having considered the papers and arguments of counsel, the Court finds that good cause exists, pursuant to District of Nevada Local Rule 7-2(g), for filing on the record the additional declarations in support of the proposed Settlement (*see* ECF No. 1045) that are submitted with Plaintiffs' Motion. Therefore, the Court hereby **ORDERS** that the Motion is **GRANTED**.

DATED: _____, 2024

By: _____
Hon. Richard F. Boulware, II
UNITED STATES DISTRICT JUDGE