IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS OF COUNSEL** |
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC F/K/A ZUFFA PARENT LLC (D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>Defendants. | Case No. 2:21-cv-01189-RFB-BNW |

**PLEASE TAKE NOTICE** that ROBERT C. MAYSEY, Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon *V*era, Luis Javier Vazquez, and Kyle Kingsbury in the above captioned *Le* action, and Counsel for the Proposed Class and Attorney for All Individual and Representative Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly in the above captioned *Johnson* action, is no longer affiliated with Warner Angle Hallam Jackson & Formanek,

PLC, and notices the Clerk of the Court and the parties in this action of the following firm association and address change:

>BERGER MONTAGUE PC
>505 Montgomery Street
>Suite 625
>San Francisco, CA 94111
>(415) 906-0684
>Email: rmaysey@bm.net

All pleadings, papers, documents, and evidentiary material required to be electronically delivered or mailed should be served upon counsel at the address provided herewith. Please updated your service lists accordingly.

DATED this 21st day of October, 2024.

BERGER MONTAGUE PC

By:  /s/ Robert C. Maysey
Robert C. Maysey
505 Montgomery Street
Suite 625
San Francisco, CA 94111
415-906-0684
Email: rmaysey@bm.net

*Co-Lead Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

and

*Counsel for the Proposed Class and Attorney for All Individual and Representative Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly*