**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING        TOKYO
HONG KONG      TORONTO
LONDON         WASHINGTON, DC
LOS ANGELES    WILMINGTON
SAN FRANCISCO

December 19, 2024

**By ECF**

The Honorable Richard F. Boulware, II
United States District Judge
U.S. District Court for the District of Nevada
333 Las Vegas Boulevard South
Las Vegas, NV 89101

Re:   *Cung Le, et al. v. Zuffa, LLC*, Case No. 15-cv-01045 (D. Nev.)

Dear Judge Boulware:

We write on behalf of Defendant Zuffa, LLC ("Zuffa"). As required by the Class Action Fairness Act of 2005 ("CAFA"), on October 16, 2024, Zuffa provided notice of the proposed settlement of the above-captioned action by mailing the materials identified by 28 U.S.C. § 1715(b) to the appropriate state and federal officials.[1] On December 11 or 12, 2024, the package that was mailed to the Attorney General of Wisconsin was returned to the New York mail room of our firm. *See* Ex. A (Affidavit of Service) ¶¶ 2-3.

Our mail room notified us of the returned package on December 16, 2024. On the same day, we caused the package to be re-mailed to the Attorney General of Wisconsin. *See id.* ¶¶ 4-5.

Please contact us if you have any questions or would like any additional information.

Respectfully submitted,

*/s/ William A. Isaacson*
William A. Isaacson

*Attorney for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC LLC*


cc:   Counsel of Record (*via ECF*)

---

[1] Zuffa also complied with this requirement when the parties' original settlement agreement was filed with the court in May 2024.