IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>　　　　　Defendant. | Case No. 2:15-cv-01045-RFB-BNW |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
FOR REIMBURSEMENT OF EXPENSES, AND FOR
<u>SERVICE AWARDS FOR THE CLASS REPRESENTATIVES</u>**

Plaintiffs in the action *Le, et al. v. Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC,* Case No. 2:15-cv-01045 (D. Nev.) (the "Action"), on behalf of themselves and the certified Class, hereby move for an order pursuant to Rule 23(h) of the Federal Rules of Civil Procedure:

1. Granting Class Counsel's request for an award of attorneys' fees in the amount of 30.72% of the gross $375 million *Le v. Zuffa* Settlement Fund (*i.e.*, an award of $115.2 million) plus accrued interest.[1]

2. Granting Class Counsel's request for reimbursement of their reasonable litigation expenses incurred in the prosecution of the Action, totaling $9,572,685.17.

3. Granting Class Counsel's request for service awards for the five Class Representatives[2] in the amount of $250,000 for each Class Representative.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, supporting Joint Declaration,[3] and all exhibits filed in support of this Motion, Plaintiffs respectfully request that the Court grant this motion and enter the proposed Order filed herewith.

---

[1] Unless otherwise defined herein, all capitalized terms have the same meanings set forth in the September 26, 2024 Settlement Agreement, attached as Exhibit 1 to the Joint Supplemental Declaration of Eric L. Cramer, Richard Koffman, and Joseph R. Saveri in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement (filed on October 7, 2024). *See* ECF Nos. 1045-2 (the declaration), 1045-4 (the Settlement Agreement).

[2] For clarity, the *Le* Class Representatives are Cung Le, Jon Fitch, Kyle Kingsbury, Brandon Vera, and Javier Vazquez. Plaintiff Nathan Quarry was proffered as a class representative for the "Identity Rights Class," which the Court did not certify. *See generally* ECF No. 839 at 75-78.

[3] The term "Joint Declaration" refers Joint Declaration of Eric L. Cramer, Richard A. Koffman, and Joseph R. Saveri in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, for Reimbursement of Expenses, and for Service Awards for the Class Representatives (the "Joint Decl."), dated December 20, 2024, filed concurrently with this motion.

| | |
|---|---|
| Dated: December 20, 2024 | Respectfully submitted, |
| | /s/ *Eric L. Cramer* |
| | Eric L. Cramer (pro hac vice) |
| | Michael Dell'Angelo (pro hac vice) |
| | Patrick F. Madden (pro hac vice) |
| | BERGER MONTAGUE PC |
| | 1818 Market St., Suite 3600 |
| | Philadelphia, PA 19103 |
| | Telephone: +1 (215) 875-3000 |
| | Email: ecramer@bm.net |
| | Email: mdellangelo@bm.net |
| | Email: pmadden@bm.net |
| | |
| | Joshua P. Davis (pro hac vice) |
| | Robert C. Maysey (pro hac vice) |
| | BERGER MONTAGUE PC |
| | 505 Montgomery Street, Suite 625 |
| | San Francisco, CA 94111 |
| | Telephone: +1 (415) 906-0684 |
| | Email: jdavis@bm.net |
| | Email: rmaysey@bm.net |
| | |
| | Richard A. Koffman (pro hac vice) |
| | Benjamin Brown (pro hac vice) |
| | Daniel Silverman (pro hac vice) |
| | Daniel L. Gifford (pro hac vice) |
| | COHEN MILSTEIN SELLERS & TOLL PLLC |
| | 1100 New York Ave., N.W. |
| | Suite 500 East, Tower |
| | Washington, DC 20005 |
| | Telephone: +1 (202) 408-4600 |
| | Facsimile: +1 (202) 408-4699 |
| | Email: rkoffman@cohenmilstein.com |
| | Email: bbrown@cohenmilstein.com |
| | Email: dsilverman@cohenmilstein.com |
| | Email: dgifford@cohenmilstein.com |

2

PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
Christopher Young (pro hac vice)
Itak Moradi (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

Don Springmeyer (Bar No. 1021)
Michael Gayan (Bar No. 11135)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com
Email: m.gayan@kempjones.com

*Liaison Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr., Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

3

PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES,
AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES