# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT NEVADA**

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

　　　　　　Plaintiffs,

　　　v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

　　　　　　Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

I, Eric L. Cramer, declare as follows:

1.　　　I am the Chairman of the law firm Berger Montague PC and Co-Chair of the firm's antitrust department. I submit this declaration in support of Plaintiffs' Motion for an Award of Attorneys' Fees, for Reimbursement of Expenses, and for Service Awards for the Class Representatives in connection with the services rendered, and costs and expenses incurred, in *Le, et al. v. Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*, Case No. 2:15-cv-01045 (D. Nev.) (the "Action"). I am fully familiar with this Action, and have personal knowledge of the matters set forth in, and attached to, this Declaration.

2.　　　My firm served as Co-Lead Class Counsel for Plaintiffs in the Action. The schedule attached as Exhibit A is a true and correct summary identifying the attorneys, paralegals, and other professional staff who have worked on this Action; the number of hours each of those individuals

worked; each of their current hourly billing rates; and their respective lodestar values at current rates. The schedule attached as Exhibit A sets forth my firm's total hours and lodestar at current rates from inception of the case through and including October 31, 2024. This schedule was prepared from contemporaneous, daily time records prepared and maintained by my firm. In connection with representing the Plaintiffs in the Action, my firm did the following:

(1) Conducted an extensive initial case investigation and prepared pleadings, including the Consolidated Amended Complaint;

(2) Briefed a consolidated opposition to motions to dismiss and an opposition to a motion to transfer, as well as negotiating a stipulation to stay discovery pending the resolution of these motions;

(3) Organized and ran monthly meetings to develop and implement litigation strategy, discovery tasks, and monitoring progress on assigned tasks;

(4) Negotiated and drafted a protocol for a stipulation governing the production of electronically stored information ("ESI"), and negotiated and briefed certain issues concerning the Protective Order;

(5) Lead the drafting, proposing, and advocacy for the overall case schedule, including its many amendments over time;

(6) Lead the effort to ensure that Defendant and certain third parties preserved relevant ESI, including social media posts, which ultimately preserved (via a third party) a significant volume of critical documents that Defendant did not retain (and believed was destroyed);

(7) Drafted and served extensive written discovery requests and responses;

(8) Led the negotiations with Defendant on custodians, ESI sources, search terms, and the temporal scope of Defendant's document and data productions, including (i) participating in numerous status conferences to litigate issues regarding the scope of Defendant's

2

DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

document production, and (ii) retaining and supervising an expert on document search processes who prepared two reports addressing Defendant's search terms;

(9)  Managed a team of attorneys to efficiently and effectively review and analyze more than 775,000 documents, comprising more than 3 million pages, as well as the analysis of tens of thousands of text messages produced by Defendant;

(10)  Managed discovery subpoenas issued to over 50 third parties to obtain hundreds of thousands of additional pages of documents, which included litigating issues concerning the production of responsive documents with five of these third parties;

(11)  Litigated Defendant's assertions of the attorney-client privilege and work production doctrines, which included negotiations to resolve some privilege assertions and motions to compel where the parties did not reach a resolution;

(12)  Prepared for important fact depositions in this case by (a) identifying key documents to be used at each deposition, (b) drafting extensive deposition outlines, (c) reviewing publicly available information, including hundreds of hours of videos, interviews, podcasts and other materials featuring witnesses or related matters, and (d) coordinating deposition strategy and questioning with other Co-Lead Class Counsel, experts, and the Plaintiffs;

(13)  Prepared for and took twelve depositions of Defendant and third parties, and assisted in the preparation of three additional depositions;

(14)  Led the effort to conduct a comprehensive search of publicly available materials for relevant evidence, which included (i) identifying and reviewing thousands of hours of video clips (and transcripts of video clips) of interviews with Defendant's employees and personnel from other MMA promoters, and (ii) pursuing efforts to lay a foundation to authenticate these materials for use at summary judgment and trial;

3

Case No.: 2:15-cv-01045-RFB-BNW

(15)   Assisted the Plaintiffs in responding to requests for the production of documents, interrogatories, deposition preparation, defending Plaintiffs at their depositions, coordinating with Plaintiffs for their participation at court hearings and conferences, working with Plaintiffs in their preparation for and participation in mediation sessions, assisting Plaintiffs with preparation for trial, and participating in regular teleconferences with Plaintiffs to discuss case developments;

(16)   Obtained the production of structured data in consultation with Plaintiffs' three economic experts, including participating in meet and confer sessions with Defendant about structured data;

(17)   Worked with Plaintiffs' expert economists and the forensic accounting expert to prepare Plaintiffs' case for class certification, summary judgment, and trial;

(18)   Worked extensively with each of Plaintiffs' three economic experts (Hal J. Singer, Ph.D., Professor Andrew Zimbalist, and Professor Alan Manning) and the forensic accounting expert (Guy Davis), who collectively submitted nine reports;

(19)   Worked with Plaintiffs' three economic experts to prepare for their depositions, which included two depositions of Dr. Singer, two depositions of Prof. Zimbalist, and one deposition of Prof. Manning, as well as assisting other Co-Lead Class Counsel with preparing Mr. Davis for his deposition;

(20)   Analyzed the reports submitted by each of Defendant's five proffered experts, and either took or assisted in deposing each of them;

(21)   Successfully opposed as untimely a sixth expert proffered by Defendant;

(22)   Briefed Plaintiffs' motion for class certification, and prepared for and argued the motion for class certification (including taking direct testimony from Plaintiffs' experts and cross-examining defense experts), during a seven day evidentiary hearing held in August and September 2019;

4

Case No.: 2:15-cv-01045-RFB-BNW

(23) Briefed, argued, and successfully opposed Defendant's *Daubert* motions (and renewed *Daubert* motions) to exclude all of Plaintiffs' experts;

(24) Briefed and successfully opposed Defendant's petition to appeal the Court's class certification ruling, pursuant to Rule 23(f) of the Federal Rules of Civil Procedure;

(25) Prepared and oversaw a notice plan to the Class, including emergency motion practice involving improper solicitations of Class Members by a third party;

(26) Briefed and successfully opposed three summary judgment motions submitted by Defendant at different times;

(27) Prepared for trial, which included identifying and preparing witness lists and deposition designations, reviewing publicly available videos for use at trial, preparing exhibit lists, drafting and arguing motions *in limine*, preparing a jury questionnaire, submitting trial briefs, negotiating with Defendant on proposed stipulations of fact, preparing trial presentations, preparing experts for trial, preparing exhibits for trial, preparing direct and cross examinations, and working with Plaintiffs to prepare for trial, as well as successfully opposing Defendant's motions to reopen discovery prior to trial;

(28) Participated in mediation sessions and negotiated the Settlement (as well as the Prior Settlement), drafted and negotiated the term sheets and long-form settlement agreements, and worked on all of the steps necessary to obtain approval for the Settlement, including briefing and arguing preliminary approval of the Settlement, and overseeing the notice to the Class about the Settlement;

(29) Oversaw the development of the allocation plan for proposed distribution of the net settlement funds to members of the Class;

(30) Communicated with Class Members about the case; and

5

Case No.: 2:15-cv-01045-RFB-BNW

DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

(31)  Managed, financed, and oversaw the various Supporting Counsel (their attorneys, paralegals, and staff), experts, and other professionals who assisted Co-Lead Class Counsel with the above tasks over the ten-year course of this litigation.

3.      The lodestar amount reflected in Exhibit A reflects 30,291.80 hours of work and amounts to $29,754,454.50 at current rates. It reflects work performed by attorneys and professional staff at my firm for the benefit of the *Le* Class. It excludes time for work in *Johnson, et al. v. Zuffa, LLC, et al.*, No. 2:21-cv-1189 (D. Nev.). The hourly rates for the attorneys and professional staff in my firm reflected in Exhibit A are the usual and customary hourly rates used by my firm for the professionals in question on other cases, matters, and/or clients. My firm's work on this case was performed on a wholly contingent basis.

4.      My firm has expended a total of $622,466.69 in unreimbursed costs and expenses in connection with the prosecution of the Action from inception of the case through and including October 31, 2024. These expenses are set forth in the Schedule attached as Exhibit B and are reflected on the books and records of my firm. They were incurred on behalf of the *Le* Class by my firm, were authorized by Co-Lead Class Counsel, and have not been reimbursed. My firm also, and in addition to the unreimbursed costs set forth just above, contributed $2,180,000.00 to the litigation fund escrow account, which was used for the benefit of the Class, including for expert costs, document storage costs, and other important items. All told, my firm invested $2,802,466.69 in unreimbursed costs to litigate this case.

Case No.: 2:15-cv-01045-RFB-BNW

DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

5.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2024, in Philadelphia, Pennsylvania.

/s/ Eric L. Cramer
Eric L. Cramer

7

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA**

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

        Plaintiffs,

        v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

        Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**EXHIBIT A TO THE DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS <u>FOR THE CLASS REPRESENTATIVES</u>**

**Reported Total Hours and Lodestar**
Inception through October 31, 2024

| NAME | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Cramer, Eric | CH | 6,515.40 | 1,390.00 | $9,056,406.00 |
| Madden, Patrick | S | 7,245.10 | 925.00 | $6,701,717.50 |
| Dell'Angelo, Michael | S | 4,381.80 | 1,290.00 | $5,652,522.00 |
| Davis, Joshua Paul | S | 919.60 | 1,325.00 | $1,218,470.00 |
| Noteware, Ellen | S | 851.50 | 1,100.00 | $936,650.00 |
| Caplan, Zachary | S | 12.70 | 900.00 | $11,430.00 |
| Goodwin, Charles P | S | 16.70 | 590.00 | $9,853.00 |
| Paul, Russell | S | 4.70 | 1,050.00 | $4,935.00 |
| Curley, Andrew | S | 4.60 | 980.00 | $4,508.00 |
| Coslett, Caitlin | S | 0.60 | 975.00 | $585.00 |
| Wallin, Michaela Louise | S | 0.70 | 825.00 | $577.50 |
| Cantor, Gary | S | 0.60 | 875.00 | $525.00 |
| Bland, Paul | S | 0.30 | 1,350.00 | $405.00 |
| Carson, Shanon | S | 0.30 | 1,190.00 | $357.00 |
| Langer, David | SC | 702.30 | 870.00 | $611,001.00 |
| Petty, Kerri R | SC | 96.50 | 725.00 | $69,962.50 |
| Simons, Daniel C. | SC | 7.60 | 660.00 | $5,016.00 |

A-1

| NAME | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Lechtzin, Eric | SC | 5.50 | 680.00 | $3,740.00 |
| Schwartz, Richard D | SC | 2.70 | 850.00 | $2,295.00 |
| Maysey, Robert | OC | 426.40 | 750.00 | $319,800.00 |
| Lambiras, Jon | OC | 7.50 | 860.00 | $6,450.00 |
| Twersky, Martin | OC | 4.80 | 890.00 | $4,272.00 |
| Kahana, Peter | OC | 1.80 | 900.00 | $1,620.00 |
| Montague, Jr., H Laddie | OC | 0.30 | 1,500.00 | $450.00 |
| Davidoff, Merrill | OC | 0.30 | 1,200.00 | $360.00 |
| Suter, Mark | A | 4,294.90 | 575.00 | $2,469,567.50 |
| Jacobs, Najah | A | 857.70 | 650.00 | $557,505.00 |
| Pollock, Julie A | A | 110.20 | 595.00 | $65,569.00 |
| Ripley, Josh | A | 134.20 | 480.00 | $64,416.00 |
| Summers, Matthew | A | 25.70 | 635.00 | $16,319.50 |
| Hollinger, J. Taylor | A | 23.60 | 595.00 | $14,042.00 |
| Gibboney, Kyla J | A | 17.10 | 720.00 | $12,312.00 |
| Boman, Laurel | A | 3.80 | 605.00 | $2,299.00 |
| Seigel, Jessica | LC | 9.90 | 400.00 | $3,960.00 |
| Leo, Susan | PL | 889.80 | 450.00 | $400,410.00 |
| Brandy, Max | PL | 474.50 | 430.00 | $204,035.00 |
| Matteo, Shawn L. | PL | 334.20 | 330.00 | $110,286.00 |
| Ginis, Haroula | PL | 90.60 | 440.00 | $39,864.00 |
| York, Mary | PL | 56.00 | 450.00 | $25,200.00 |
| Willett, Michelle | PL | 55.60 | 405.00 | $22,518.00 |
| Rider-Ivers, Sunshine | PL | 79.20 | 265.00 | $20,988.00 |
| Green, Ruben | PL | 49.50 | 400.00 | $19,800.00 |
| Werwinski, Diane | PL | 39.60 | 440.00 | $17,424.00 |
| Stein, Mark R. | PL | 43.70 | 345.00 | $15,076.50 |
| Choe, Caroline J | PL | 24.30 | 440.00 | $10,692.00 |
| Rowe, Connor Scott | PL | 16.70 | 425.00 | $7,097.50 |
| Hibray, Jean | PL | 9.00 | 450.00 | $4,050.00 |
| Ebbesen, Anne N. | PL | 9.20 | 340.00 | $3,128.00 |
| Filbert, David | PL | 6.30 | 450.00 | $2,835.00 |
| Principato, Michelle R. | PL | 7.50 | 240.00 | $1,800.00 |
| Stires, Tamara X | PL | 4.00 | 425.00 | $1,700.00 |
| Gebo, Rachel | PL | 2.10 | 445.00 | $934.50 |
| Edward, Carlene X | PL | 1.60 | 150.00 | $240.00 |
| Gore, Lynee S. | SA | 249.60 | 840.00 | $209,664.00 |
| Edwards-Smith, Sandra E. | SA | 250.50 | 810.00 | $202,905.00 |
| Badad, David M. | SA | 248.20 | 740.00 | $183,668.00 |
| Baker, Tifanee B. | SA | 219.00 | 720.00 | $157,680.00 |
| Canton, Tayler R. | SA | 193.30 | 650.00 | $125,645.00 |
| Cadet, Denzel RB | SA | 168.00 | 650.00 | $109,200.00 |
| Kemler, Kathrin | SA | 4.40 | 425.00 | $1,870.00 |
| Magnus, Eleanor | LA | 6.10 | 285.00 | $1,738.50 |
| Simon, Connie | LA | 3.30 | 285.00 | $940.50 |
| Hickman, Angela M. | LA | 2.50 | 200.00 | $500.00 |

A-2

| NAME | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Kabacinski, Jeffrey R. | LA | 3.10 | 150.00 | $465.00 |
| Gionnette, Julie | LA | 1.50 | 285.00 | $427.50 |
| Keenan, Kimberly | LA | 0.50 | 155.00 | $77.50 |
| Fox, Barry J. | IT | 37.40 | 400.00 | $14,960.00 |
| Rajendran, Arun | IT | 5.80 | 200.00 | $1,160.00 |
| McCollum, Sandy | IT | 8.20 | 100.00 | $820.00 |
| Fox, Trevor X | IT | 1.10 | 75.00 | $82.50 |
| Freda, Scott C | C | 8.50 | 550.00 | $4,675.00 |
| **TOTAL** | | **30,291.80** | | **$29,754,454.50** |

**Role Legend**

| | |
|---|---|
| CH | Chairman |
| S | Shareholder |
| SC | Senior Counsel |
| OC | Of Counsel |
| C | Counsel |
| A | Associate |
| LC | Law Clerk |
| PL | Paralegal |
| SA | Staff Attorney |
| LA | Legal Assistant |
| IT | Information Technology Specialist |
| C | Consultant |

A-3

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA**

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**EXHIBIT B TO THE DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS <u>FOR THE CLASS REPRESENTATIVES</u>**

**Reported Expenses on Behalf of Plaintiffs**
Inception through October 31, 2024

| Category | Amount |
|---|---:|
| Photocopying | $135,356.98 |
| Service of Process | 0.00 |
| Computer Research | $52,701.96 |
| Court Fees (filings, etc.) | $2,496.98 |
| Court Reports/Transcripts | $54.98 |
| Telephone/Fax | $2,569.72 |
| Postage | $451.74 |
| Overnight Delivery/Messengers | $8,910.65 |
| Expert Fees | $23,212.25 |
| Witness/Service Fees | 0.00 |
| Travel: Air Transportation, Ground Travel, Meals, Lodging, etc. | $352,013.26 |
| Database Hosting Services | $26,131.08 |
| Co-Counsel Fees | 0.00 |
| Outside Contractor | $15,035.00 |
| Publication | $3,472.10 |
| Miscellaneous | $59.99 |
| **Total** | **$622,466.69** |

B-1