# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT NEVADA**

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

          Plaintiffs,

      v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

          Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**DECLARATION OF DANIEL H. SILVERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR <u>SERVICE AWARDS FOR THE CLASS REPRESENTATIVES</u>**

I, Daniel H. Silverman, declare as follows:

      1.      I am a Partner at the law firm Cohen Milstein Sellers & Toll PLLC.  I submit this declaration in support of Plaintiffs' motion for an award of attorneys' fees and expenses in connection with the services rendered, and costs and expenses incurred, in *Le, et al. v. Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*, Case No. 2:15-cv-01045 (D. Nev.)  (the "Action"). I am fully familiar with this Action, and have personal knowledge of the matters set forth in, and attached to, this Declaration.

      2.      My firm served as Co-Lead Class Counsel for Plaintiffs in the Action. The schedule attached as Exhibit A is a true and correct summary identifying the attorneys, paralegals, and other professional staff who have worked on this Action, the number of hours each of those individuals worked, their current hourly billing rates, and their respective lodestar values at current rates. The

schedule attached as Exhibit A sets forth my firm's total hours and lodestar at current rates from inception of the case through and including October 31, 2024. This schedule was prepared from contemporaneous, daily time records prepared and maintained by my firm. In connection with representing the Plaintiffs in the Action, my firm did the following:

- initiated an investigation of the MMA industry in conjunction with Warner Angle;

- prepared for and was the primary examiner at the depositions of Denitza Batchvarova (Zuffa), Peter Dropick (Zuffa 30(b)(6)), Ike Lawrence Epstein (Zuffa 30(b)(6)), Michael Mossholder (Zuffa 30(b)(6)), Michael Pine (Zuffa), Jeffrey Aronson (Titan FC), Louis DiBella (DiBella Entertainment), and Leon Margules (Warriors Boxing Promotion), including identifying key documents to be used and drafting extensive deposition outlines; was the supporting examiner at the depositions of Dana White (Zuffa) and Robert Arum (Top Rank, Inc.);

- was the primary defender at the deposition of Plaintiff Brandon Vera, and the supporting firm defending the depositions of Plaintiff Kyle Kingsbury and Javier Vasquez, and also helped prepare those plaintiffs for their depositions by reviewing their document production and preparing outlines to address the likely areas of questioning;

- led the search for a sports economist, ultimately retaining Prof. Andrew Zimbalist to perform the work;

- took the lead in working with Prof. Zimbalist to prepare his opening and rebuttal reports, identifying key materials in support of his opinions, including, without limitation, record evidence and publicly available materials concerning other sports leagues and organizations, as well as consulting with Prof. Zimbalist on Cohen Milstein's depositions of boxing promoters and collection of public materials concerning those promoters, and working with Prof. Zimbalist to respond to defense expert Roger Blair's critiques of Prof. Zimbalist's work;

- took the lead in preparing Prof. Zimbalist for both of his depositions, and supported the defense of those depositions;

- assisted expert witness Guy Davis to finalize his expert report;

- helped prepare Guy Davis for his two depositions and defended both depositions;

- helped prepare expert witness Dr. Manning for his deposition and supported the defense of that deposition;

- assisted expert witnesses Dr. Hal Singer and Prof. Zimbalist in the drafting of their expert reports by collecting the relevant evidence for their review, working closely with them to develop their impact and damages models;

- helped prepare Dr. Singer for his two depositions and supported the defense of those depositions;

2

- prepared for and were the primary examiners at the depositions of Zuffa's experts Roger Blair and Elizabeth Kroger Davis;

- took the lead in drafting the opposition to the motion to exclude the testimony of Guy Davis;

- helped prepare for the evidentiary hearing on Plaintiffs' Motion for Class Certification ("Evidentiary Hearing") and took the lead on responding to Zuffa's objections to Plaintiffs' proposed exhibits;

- took the lead preparing the direct examination of Dr. Zimbalist and put on his testimony at the Evidentiary Hearing, took the lead preparing the cross examination of defense expert Roger Blair, and crossed him at the Evidentiary Hearing, and assisted in the preparation of Dr. Singer's direct examination for the Evidentiary Hearing;

- assisted in the drafting of a supplemental brief in support of Plaintiffs' Motion for Class Certification;

- led the briefing opposing Sparacino's motion for sanctions against Co-Lead Class Counsel, prepared an affirmative motion seeking an Order prohibiting Sparacino from continuing solicitations of absent class members and to remedy past allegedly improper solicitations, and argued these motions before the Court;

- contributed to the drafting of Plaintiffs' opposition to Zuffa's second motion for summary judgment, and helped to lead Plaintiffs' opposition to Zuffa's renewed motion for summary judgment;

- undertook responsibility for review of the deposition transcripts to identify the witnesses most relevant to trial and noted initial deposition designations for many potential witnesses;

- assisted in objecting to Zuffa's deposition designations where appropriate and responding to Zuffa's objections to Plaintiffs deposition designations;

- helped monitor, preserve, and search for videos and statements of UFC executives to generate nearly 100 relevant clips for potential use at trial;

- helped prepare Plaintiffs' trial exhibit list, as well as prepare objections to Zuffa's exhibit list, and responses to Zuffa's objections to Plaintiffs' exhibit list;

- took the lead in drafting multiple motions *in limine* and opposing several of Zuffa's motions *in limine*;

- took the lead in preparing Prof. Andrew Zimbalist for his direct and cross examinations at trial;

- commenced preparations for the direct examination of Guy Davis at trial;

- prepared direct and/or cross examinations for several fact witnesses at trial;

- prepared the cross examination of defense expert witness Roger Blair;

3

Case No.: 2:15-cv-01045-RFB-BNW

- prepared and finalized trial themes, presentations, and arguments, including testing them with mock juries;

- actively participated in all case mediations and interfaced with clients regarding mediation and settlement strategy.

3.    The lodestar amount reflected in Exhibit A reflects 21053.5 hours of work and amounts to $15,015,368.75. It reflects work performed by attorneys and professional staff at, or affiliated with, my firm for the benefit of the Le Class. It excludes time for work in *Johnson, et al. v. Zuffa, LLC, et al.*, No. 2:21-cv-1189 (D. Nev.). The hourly rates for the attorneys and professional staff in my firm reflected in Exhibit A are the usual and customary hourly rates used by my firm for the professionals in question on other cases, matters, and/or clients. My firm's work on this case was performed on a wholly contingent basis.

4.    My firm has expended a total of $168,248.18 in unreimbursed costs and expenses in connection with the prosecution of the Action from inception of the case through and including October 31, 2024. These expenses are set forth in the Schedule attached as Exhibit B and are reflected on the books and records of my firm. They were incurred on behalf of the *Le* Class by my firm, were authorized by Co-Lead Counsel, and have not been reimbursed. My firm also contributed $1,925,000 to the litigation fund escrow account.

5.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 18, 2024, in Boston, MA.

*/s/ Daniel H. Silverman____*
Daniel H. Silverman

4

Case No.: 2:15-cv-01045-RFB-BNW

DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA**

CUNG LE, NATHAN QUARRY, JON FITCH,
BRANDON VERA, LUIS JAVIER
VAZQUEZ, and KYLE KINGSBURY, On
Behalf of Themselves and All Others Similarly
Situated,

        Plaintiffs,

        v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING
CHAMPIONSHIP and UFC,

        Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**EXHIBIT A TO THE DECLARATION OF DANIEL H. SILVERMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT
OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

**Reported Total Hours and Lodestar**
Inception through October 31, 2024

| NAME | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Abetti, Jonathan | L | 7.25 | $ 300.00 | $ 2,175.00 |
| Axelrod, Matt | P | 8 | $ 715.00 | $ 5,720.00 |
| Bournazian, Thea | O | 13.25 | $ 450.00 | $ 5,962.50 |
| Bracken, John, A. (Capped Rate) | S | 1,584.00 | $ 325.00 | $ 514,800.00 |
| Bracken, John, A. (Uncapped Rate) | S | 586.75 | $ 655.00 | $ 384,321.25 |
| Brown, Benjamin, D. | P | 1,127.50 | $ 1,240.00 | $ 1,398,100.00 |
| Campbell, Maya | L | 241.75 | $ 290.00 | $ 70,107.50 |
| Clarke, Suzanne | O | 109 | $ 710.00 | $ 77,390.00 |
| Clayton, Jay | L | 13.25 | $ 300.00 | $ 3,975.00 |
| Cobbs, Robert | P | 97.75 | $ 895.00 | $ 87,486.25 |
| Cooke, William | L | 2.25 | $ 250.00 | $ 562.50 |
| Copenhaver, Carl (Capped Rate) | C | 1,918.00 | $ 325.00 | $ 623,350.00 |
| Copenhaver, Carl (Uncapped Rate) | C | 1,185.75 | $ 405.00 | $ 480,228.75 |
| Cormier, Christopher, J. | P | 5 | $ 710.00 | $ 3,550.00 |
| Dickstein, Nathaniel | L | 10.5 | $ 335.00 | $ 3,517.50 |

2

| Name | Role | Hours | Rate | Total |
|---|---|---|---|---|
| Dominguez, Manuel | P | 91.25 | $ 1,235.00 | $ 112,693.75 |
| Dubner, Jeffrey, B. | A | 1.5 | $ 530.00 | $ 795.00 |
| Gates, Madeleine | O | 185.75 | $ 485.00 | $ 90,088.75 |
| Gevarter, Laura | A | 287.5 | $ 570.00 | $ 163,875.00 |
| Gifford, Daniel | A | 774.75 | $ 655.00 | $ 507,461.25 |
| Griffis, Kathryn | C | 1,568.75 | $ 300.00 | $ 470,625.00 |
| Gutierrez, Alicia, R. | S | 77 | $ 420.00 | $ 32,340.00 |
| Guzman, Anna | L | 4.5 | $ 380.00 | $ 1,710.00 |
| Hafiz, Hiba | A | 855.25 | $ 475.00 | $ 406,243.75 |
| Hill, Jordan, V. | L | 1 | $ 260.00 | $ 260.00 |
| Johnson, Brent | P | 12 | $ 1,135.00 | $ 13,620.00 |
| Kiremerwa, Sentamu | L | 0.5 | $ 260.00 | $ 130.00 |
| Kitzman, Tracey | C | 170.5 | $ 690.00 | $ 117,645.00 |
| Koffman, Richard, A. | P | 3,651.75 | $ 1,280.00 | $ 4,674,240.00 |
| Levens, Emmy | P | 22 | $ 920.00 | $ 20,240.00 |
| McCuaig, Daniel | P | 2 | $ 1,155.00 | $ 2,310.00 |
| Miller, Brooke A. | L | 4 | $ 380.00 | $ 1,520.00 |
| Mogck, Edward | L | 4.25 | $ 260.00 | $ 1,105.00 |
| Noronha, Alex | L | 27.5 | $ 310.00 | $ 8,525.00 |
| Nugent, Victoria, S. | P | 0.25 | $ 980.00 | $ 245.00 |
| Prince, Joshua | S | 32.25 | $ 575.00 | $ 18,543.75 |
| Robertson , Sharon | P | 0.5 | $ 1,040.00 | $ 520.00 |
| Ruan, Matthew, W. | C | 85 | $ 790.00 | $ 67,150.00 |
| Sapperstein, Ethan | S | 1,877.25 | $ 325.00 | $ 610,106.25 |
| Silverman, Daniel | P | 3,925.50 | $ 965.00 | $ 3,788,107.50 |
| Small, Daniel | P | 37.25 | $ 1,365.00 | $ 50,846.25 |
| Sosler, Evan | S | 16 | $ 425.00 | $ 6,800.00 |
| Szemanski, Ali | L | 1.75 | $ 270.00 | $ 472.50 |
| Taggart, Megan | S | 19.5 | $ 300.00 | $ 5,850.00 |
| Threadgill, Saul | L | 83.5 | $ 350.00 | $ 29,225.00 |
| Toll, Steven, J. | P | 6.5 | $ 1,320.00 | $ 8,580.00 |
| Twigg, Andrew | O | 100 | $ 515.00 | $ 51,500.00 |
| Uuganbayar, Boloroo | A | 150.75 | $ 380.00 | $ 57,285.00 |
| Vike, Marit | L | 20 | $ 335.00 | $ 6,700.00 |
| Weiner, Jessica | A | 45.75 | $ 585.00 | $ 26,763.75 |
| **TOTAL** | | **21053.50** | | **$ 15,015,368.75** |

**Role Legend**

P     Partner
C     Counsel/Senior Counsel/Of Counsel
      Of Counsel
A     Associate/Senior Associate
S     Staff Attorney/Contract Attorney
L     Paralegal
O     Other Staff

# EXHIBIT B

DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NEVADA

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

        Plaintiffs,

      v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

        Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**EXHIBIT B TO THE DECLARATION OF DANIEL H. SILVERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

**Reported Expenses on Behalf of Plaintiffs**
Inception through October 31, 2024

| Category | Amount |
|---|---|
| Copying (in house) | $36.57 |
| Court Costs/Filing Fees | $2,045.63 |
| Computer Research | $17,441.01 |
| Delivery/Courier | $1,349.06 |
| Expert Witness Fees | $8,937.62 |
| Mailing/Postage | $10.04 |
| Service of Process | $4,194.00 |
| Telephone | $2,411.00 |
| Travel:  Airfare/Train | $43,019.01 |
| Travel:  Car rental/taxi/parking | $9,329.79 |
| Travel:  Lodging | $48,090.10 |
| Travel:  Meals | $21,613.01 |
| Lexus | $7,329.01 |
| Books/magazines | $127.86 |
| Conference Room Rental/Meeting | $2,314.47 |
| **Total** | **$168,248.18** |