# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT NEVADA**

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**DECLARATION OF DON SPRINGMEYER IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

I, Don Springmeyer, declare as follows:

1.      I am the senior counsel of the law firm Kemp Jones, LLP, personally in charge of, most knowledgeable about, and responsible for all aspects of the attorney work and time entries posted for the *Le v. Zuffa* litigation, and personally in charge of, most knowledgeable about, and responsible for all aspects of the costs and expenses posted for the *Le v. Zuffa* litigation.

2.      My firm served as counsel for Plaintiffs in *Le, et al. v. Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*, Case No. 2:15-cv-01045 (D. Nev.) (the "Action"), working under the direction of Co-Lead Class Counsel. The schedule attached as Exhibit A is a true and correct summary identifying the attorneys, paralegals, and other professional staff who have worked on this Action, the number of hours each of those individuals worked, their current hourly billing rates, and their respective lodestar values at current rates. The schedule attached as Exhibit A sets forth my firm's total hours and lodestar

at current rates from inception of the case through and including October 31, 2024. This schedule was prepared from contemporaneous, daily time records prepared and maintained by my firm. In connection with representing the Plaintiffs in the Action, my firm did the following:

- Received, reviewed, digested, assisted in drafting, and/or supervised filings and related materials for compliance with the District of Nevada's Local Rules and to provide input and edits to the same, including but not limited to: sealing/unsealing documents, Pro Hac Vice applications, the withdrawal counsel, the solicitation of class members, motions regarding supplemental authorities, motions for status conferences, motions to reset deadlines, motions for summary judgment, motions for class certification, a Federal Rule of Civil Procedure 23(f) Petition, motions to reopen discovery and/or amend scheduling orders, Class Notice programs, motions to consolidate, an ESI Protocol, a Protective Order, motions to strike, *Daubert* motions, a jury questionnaire, amended Initial Disclosures, motions in limine, and motions for preliminary approval of class settlements, among others;
- Received, reviewed, and digested Minute Orders, Orders, and other communications from the Court and its staff in order to provide guidance for Plaintiffs' Counsel and to monitor the progress of the Action;
- Communicated with Plaintiffs' Counsel by various methods, reviewed and participated in drafting relevant documents, and advised Plaintiffs' Counsel in connection with various matters including the Scott + Scott solicitation of class members and Dana White's comments regarding the Court;
- Reviewed and digested Ninth Circuit and District of Nevada opinions relevant to and issued during the pendency of the Action in order to advise and assist Plaintiffs' Counsel;
- Prepared for, travelled to, and participated in various hearings before the Court;
- Prepared for and participated in conferences between Plaintiffs' Counsel and the Department of Justice;
- Monitored, digested, and communicated with Plaintiffs' Counsel regarding press releases and other public discourse regarding the Action;
- Monitored, digested, and communicated with Plaintiffs' Counsel regarding Minute Orders and Orders from the Court regarding proposed class settlements;
- Reviewed, researched, and drafted memorandums and other communications to Plaintiffs' Counsel regarding the District of Nevada's Local Rules, voir dire and jury selection in the District of Nevada, Class Notices in the District of Nevada, pre-trial matters, executing on a judgment and bonding an appeal in the District of Nevada and Ninth Circuit, similarities and differences between Nevada and Federal Rules of Evidence, and potential voir dire questions;
- Traveled to or virtually attended and participated in Plaintiffs' Counsel team meetings, trial preparations meetings, jury focus group sessions, the preparation session for Plaintiffs' expert Hal Singer, and mock jury proceedings;
- Obtained, reviewed, advised on, and circulated hearing transcripts;
- Reviewed, digested, and discussed potential materials and exhibits to be used at trial with Plaintiffs' Counsel;
- Reviewed, digested, and discussed Defendant's List of Exhibits for Trial, List of Motions in Limine, and Trial Brief;

2

Case No.: 2:15-cv-01045-RFB-BNW

DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

- Reviewed, digested relevant materials, and discussed with Plaintiffs' Counsel the potential testimony of Jeff Quinn at trial.

3. The lodestar amount reflected in Exhibit A is for work performed by attorneys and professional staff at, or affiliated with, my firm for the benefit of the *Le* Class. It excludes time for work in *Johnson, et al. v. Zuffa, LLC, et al.*, No. 2:21-cv-1189 (D. Nev.). The hourly rates for the attorneys and professional staff in my firm reflected in Exhibit A are the usual and customary hourly rates used by my firm for the professionals in question on other cases, matters, and/or clients. My firm's work on this case was performed on a wholly contingent basis.

4. My firm has expended a total of $11,276.94 in unreimbursed costs and expenses in connection with the prosecution of the Action from inception of the case through and including October 31, 2024. These expenses are set forth in the Schedule attached as Exhibit B and are reflected on the books and records of my firm. They were incurred on behalf of the *Le* Class by my firm, were authorized by Co-Lead Counsel, and have not been reimbursed. My firm also contributed $57,500.00 to the litigation fund escrow account.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 19, 2024, in Phillips, Wisconsin.


_/s/ Don Springmeyer_____
Don Springmeyer

3

Case No.: 2:15-cv-01045-RFB-BNW

DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NEVADA

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**EXHIBIT A TO THE DECLARATION OF DON SPRINGMEYER IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES,**
**AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

**Reported Total Hours and Lodestar**
Inception through October 31, 2024

| NAME | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Don Springmeyer | C | 284.00 | $750.00 | $213,000.00 |
| Michael Gayan | P | 22.70 | $550.00 | $12,485.00 |
| Joseph Laurita | A | 76.40 | $325.00 | $24,830.00 |
| Chad Aronson | A | 6.20 | $350.00 | $2,170.00 |
| Nicole McLeod | L | 1.60 | $225.00 | $360.00 |
| Lexi Anderson | L | 1.50 | $225.00 | $337.50 |
| J. Randall Jones | P | 2.60 | $750.00 | $1,950.00 |
| Mona Kaveh | P | 0.40 | $500.00 | $200.00 |
| **TOTAL** | | **395.40** | | **$255,332.50** |

**Role Legend**

P    Partner

C    Senior Counsel

A    Associate

L    Paralegal

DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

# EXHIBIT B

DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT NEVADA

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**EXHIBIT B TO THE DECLARATION OF DON SPRINGMEYER IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES,**
**AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

**Reported Expenses on Behalf of Plaintiffs**
Inception through October 31, 2024

| Category | Amount |
|---|---|
| Photocopying | $5.50 |
| Delivery/Courier | $120.00 |
| Computer Research | $5,775.67 |
| Printing/Binding | $2,481.21 |
| Court Reports/Transcripts | $80.40 |
| Mailing/Postage | $1.76 |
| Travel: Air Transportation, Ground Travel, Meals, Lodging, etc. | $2,461.88 |
| Miscellaneous | $350.52 |
| **Total** | **$11,276.94** |

4