# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA**

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW |

**DECLARATION OF CRANE M. POMERANTZ, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR
SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

I, Crane M. Pomerantz, declare as follows:

1.      I am a Member of the law firm Clark Hill PLC. I submit this declaration in support of Plaintiffs' motion for an award of attorneys' fees and expenses in connection with the services rendered, and costs and expenses incurred, in *Le, et al. v. Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC*, Case No. 2:15-cv-01045 (D. Nev.) (the "Action"). I am fully familiar with this Action, and have personal knowledge of the matters set forth in, and attached to, this Declaration.

2.      My firm served as counsel for Plaintiffs in the Action, working under the direction of Co-Lead Class Counsel. The schedule attached as Exhibit A is a true and correct summary identifying the attorneys, paralegals, and other professional staff who have worked on this Action, the number of hours each of those individuals worked, their current hourly billing rates, and their respective lodestar values at current rates. The schedule attached as Exhibit A sets forth my firm's total hours and lodestar

at current rates from inception of the case through and including October 31, 2024. This schedule was prepared from contemporaneous, daily time records prepared and maintained by my firm. My firm was retained to serve as co-trial counsel in this matter, towards that end, we: assisted in the preparation of witness and exhibit lists, witness direct and cross examinations (including identifying key documents to be used as exhibits), witness preparation (including, specifically multiple meetings with the named plaintiffs), opening and closing arguments, and spent considerable time conferring with co-counsel on matters impacting trial strategy.

3.      The lodestar amount reflected in Exhibit A is for work performed by attorneys and professional staff at, or affiliated with, my firm for the benefit of the *Le* Class. It excludes time for work in *Johnson, et al. v. Zuffa, LLC, et al.*, No. 2:21-cv-1189 (D. Nev.). The hourly rates for the attorneys and professional staff in my firm reflected in Exhibit A are the usual and customary hourly rates used by my firm for the professionals in question on other cases, matters, and/or clients. My firm's work on this case was performed on a wholly contingent basis.

4.      My firm has not incurred any costs or expenses in connection with the prosecution of the Action and did not contribute to the litigation fund escrow account.

5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 18, 2024, in Las Vegas, NV.

_____
Crane M. Pomerantz

2

Case No.: 2:15-cv-01045-RFB-BNW

DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA**

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**EXHIBIT A TO THE DECLARATION OF [INSERT] IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

**Reported Total Hours and Lodestar**
Inception through October 31, 2024

| NAME | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Crane Pomerantz | S | 206.60 | 800 | $165,280.00 |
| Austin Barnum | A | 4.9 | 385 | $1886.50 |
| Clarissa Reyes | PL | .40 | 300 | $120.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTAL** |  | **211.90** |  | **$167,286.50** |

**Role Legend**

CH    Chairman
S     Shareholder
SC    Senior Counsel
OC    Of Counsel
C     Counsel
A     Associate
LC    Law Clerk

2

PL    Paralegal
CA    Contract Attorney

3

# EXHIBIT B

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NEVADA

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

Defendant.

Case No. 2:15-cv-01045-RFB-BNW

**EXHIBIT B TO THE DECLARATION OF [INSERT] IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

**Reported Expenses on Behalf of Plaintiffs**
Inception through October 31, 2024

| Category | Amount |
|---|---|
| Photocopying | N/A |
| Service of Process | N/A |
| Computer Research | N/A |
| Court Fees (filings, etc.) | N/A |
| Court Reports/Transcripts | N/A |
| Telephone/Fax | N/A |
| Postage | N/A |
| Overnight Delivery/Messengers | N/A |
| Expert Fees | N/A |
| Witness/Service Fees | N/A |
| Travel: Air Transportation, Ground Travel, Meals, Lodging, etc. | N/A |
| Database Hosting Services | N/A |
| Co-Counsel Fees | N/A |
| Outside Contractor | N/A |
| Publication | N/A |
| Miscellaneous | N/A |
| **Total** | -- |

5

DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, FOR REMIBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES