Name of the Action: *Le, et al. v. Zuffa, LLC*, Case No. 2:15-cv-01045

Carla Lomeli (Formerly Esparza) residing at 10792 Bronco Cir, Santa Ana, CA, 92705

Proof of Inclusion in the class: Sherdog fight record is attached

Statement of Objections:

1.) I object to the request for attorney fees. In The Notice of Class Action Settlement pg 13, document states, "As to attorneys fees, Class Counsel will request (a) up to one third of $301.5 million, and (b) up to one fifth of $73.5 million of the Le v. Zuffa Settlement Fund (plus any accrued interest)." There has been 100,000 hours of professional time invested in almost 10 years of litigation. I request that the additional settlement of $40 million that was reached in the very short period of time between denial of preliminary approval on July 31st, 2024 and new settlement date September 26, 2024 pay attorney fees in a proportionate percentage according to the hours of professional time put in during this time period vs the time it took to reach the initial settlement.

2.) I object to the money in the Le vs Zuffa Settlement Fund being used to pay for Nathan Quarry to settle his individual Identity Rights Claim as it was not relevant to the success of the case. I instead ask that the costs for this litigation be taken from the allotted attorney fees and expenses.

3.) I do not intend to appear at the Fairness Hearing.

_____
Signature

Carla Lomeli (Formerly Esparza)
Print Name

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

        JAN 2 2 2025

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```





**United States**

Redondo Beach, California 

## Carla Esparza

### *"Cookie Monster"*



AGE  **37** / Oct 10, 1987
HEIGHT **5'1"** / 154.94 cm
WEIGHT **115 lbs** / 52.16 kg
ASSOCIATION
Team Oyama

CLASS
Strawweight
Wins 19
KO / TKO
4
//////////
21%
SUBMISSIONS
4
//////////
21%
DECISIONS
11
//////////
58%
Losses 8
KO / TKO
2
//////////
25%
SUBMISSIONS
2
//////////
25%

We use cookies on this site so we can serve up content and advertising that's relevant to you. You can learn more and control how cookies are used by clicking Cookie Settings. By using our website, you're agreeing to its use of cookies. Privacy and Cookie Policy.

**Accept Cookies**   Cookie Settings

| Result | Fighter | Event | Method/Referee | R | Time |
|---|---|---|---|---|---|
| loss | Tecia Pennington | UFC 307 - Pereira vs. Rountree<br>Oct / 05 / 2024 | Decision (Unanimous)<br>Tyler Tomlinson<br>VIEW PLAY-BY-PLAY | 3 | 5:00 |
| loss | Weili Zhang | UFC 281 - Adesanya vs. Pereira<br>Nov / 12 / 2022 | Submission (Rear-Naked Choke)<br>Keith Peterson<br>VIEW PLAY-BY-PLAY | 2 | 1:05 |
| win | Rose Namajunas | UFC 274 - Oliveira vs. Gaethje<br>May / 07 / 2022 | Decision (Split)<br>Keith Peterson<br>VIEW PLAY-BY-PLAY | 5 | 5:00 |
| win | Xiaonan Yan | UFC Fight Night 188 - Font vs. Garbrandt<br>May / 22 / 2021 | TKO (Punches)<br>Keith Peterson<br>VIEW PLAY-BY-PLAY | 2 | 2:58 |
| win | Marina Rodriguez | UFC on ESPN 14 - Whittaker vs. Till<br>Jul / 25 / 2020 | Decision (Split)<br>Rich Mitchell<br>VIEW PLAY-BY-PLAY | 3 | 5:00 |
| win | Michelle Waterson-Gomez | UFC 249 - Ferguson vs. Gaethje<br>May / 09 / 2020 | Decision (Split)<br>Dan Miragliotta<br>VIEW PLAY-BY-PLAY | 3 | 5:00 |
| win | Alexa Grasso | UFC Fight Night 159 - Rodriguez vs. Stephens<br>Sep / 21 / 2019 | Decision (Majority)<br>Jason Herzog<br>VIEW PLAY-BY-PLAY | 3 | 5:00 |
| win | Virna Jandiroba | UFC Fight Night 150 - Jacare vs. Hermansson<br>Apr / 27 / 2019 | Decision (Unanimous)<br>Alan Abeles<br>VIEW PLAY-BY-PLAY | 3 | 5:00 |
| loss | Tatiana Suarez | UFC 228 - Woodley vs. Till<br>Sep / 08 / 2018 | TKO (Punches)<br>Kerry Hatley<br>VIEW PLAY-BY-PLAY | 3 | 4:33 |
| loss | Claudia Gadelha | UFC 225 - Whittaker vs. Romero 2<br>Jun / 09 / 2018 | Decision (Split)<br>Rob Madrigal<br>VIEW PLAY-BY-PLAY | 3 | 5:00 |
| win | Cynthia Calvillo | UFC 219 - Cyborg vs. Holm<br>Dec / 30 / 2017 | Decision (Unanimous)<br>Chris Tognoni<br>VIEW PLAY-BY-PLAY | 3 | 5:00 |
| win | Maryna Moroz | UFC Fight Night 112 - Chiesa vs. Lee<br>Jun / 25 / 2017 | Decision (Unanimous)<br>Mario Yamasaki<br>VIEW PLAY-BY-PLAY | 3 | 5:00 |
| loss | Randa Markos | UFC Fight Night 105 - Lewis vs. Browne<br>Feb / 19 / 2017 | Decision (Split)<br>Keith Peterson<br>VIEW PLAY-BY-PLAY | 3 | 5:00 |
| win | Juliana Lima | UFC 197 - Jones vs. St. Preux<br>Apr / 23 / 2016 | Decision (Unanimous)<br>John McCarthy<br>VIEW PLAY-BY-PLAY | 3 | 5:00 |
| loss | Joanna Jedrzejczyk | UFC 185 - Pettis vs. dos Anjos<br>Mar / 14 / 2015 | KO (Punches)<br>Don Turnage<br>VIEW PLAY-BY-PLAY | 2 | 4:17 |
| win | Rose Namajunas | UFC - The Ultimate Fighter 20 Finale<br>Dec / 12 / 2014 | Submission (Rear-Naked Choke)<br>Yves Lavigne<br>VIEW PLAY-BY-PLAY | 3 | 1:26 |
| win | Bec Rawlings | Invicta FC 4 - Esparza vs. Hyatt<br>Jan / 05 / 2013 | Decision (Unanimous)<br>John McCarthy | 5 | 5:00 |
| win | Lynn Alvarez | Invicta FC 3 - Penne vs. Sugiyama<br>Oct / 06 / 2012 | TKO (Punches)<br>Rob Hinds | 1 | 2:53 |
| win | Sarah Schneider | Invicta FC 2 - Baszler vs. McMann<br>Jul / 28 / 2012 | TKO (Punches)<br>John McCarthy | 2 | 4:28 |
| win | Felice Herrig | XFC 15 - Tribute<br>Dec / 02 / 2011 | Decision (Unanimous)<br>Chris Adams | 3 | 5:00 |
| loss | Jessica Aguilar | BFC - Bellator Fighting Championships 46<br>Jun / 25 / 2011 | Decision (Split)<br>Troy Waugh<br>VIEW PLAY-BY-PLAY | 3 | 5:00 |
| win | Yadira Anzaldua | ECSC - Friday Night Fights 3<br>Apr / 15 / 2011 | Submission (Rear-Naked Choke)<br>Stan Saavedra | 1 | 0:53 |
| win | Nina Nunes | Crowbar MMA - Winter Brawl<br>Dec / 10 / 2010 | Decision (Split)<br>Daniel Grimestad | 3 | 5:00 |
| loss | Megumi Fujii | BFC - Bellator Fighting Championships 24<br>Aug / 12 / 2010 | Submission (Armbar)<br>Troy Waugh<br>VIEW PLAY-BY-PLAY | 2 | 0:57 |
| | | NMFF / RMBB - Ladies Night: Clash of the Titans 8 | Submission (Rear-Naked Choke) | | |

We use cookies on this site so we can serve up content and advertising that's relevant to you. You can find out more and control how cookies are used by clicking Cookie Settings. By using our website, you're agreeing to the use of cookies. Privacy and Cookie Policy.  Accept Cookies  Cookie Settings

| | Cassie Trost | RITC 3 - Respect in the Cage 3<br>Feb / 19 / 2010 | TKO (Punches)<br>Nelson Hamilton | 1 | 0:48 |

### FIGHT HISTORY - PRO EXHIBITION

| Result | Fighter | Event | Method/Referee | R | Time |
|---|---|---|---|---|---|
| win | Jessica Penne | UFC - The Ultimate Fighter Season 20 Semifinals<br>Aug / 14 / 2014 | Decision (Unanimous)<br>Jason Herzog | 3 | 5:00 |
| win | Tecia Pennington | UFC - The Ultimate Fighter Season 20 Quarterfinals, Day 2<br>Aug / 06 / 2014 | Decision (Majority)<br>Herb Dean | 2 | 5:00 |
| win | Angela Hill | UFC - The Ultimate Fighter Season 20 Opening Round, Day 4<br>Jul / 18 / 2014 | Submission (Rear-Naked Choke)<br>Chris Tognoni | 1 | 3:41 |

Related Videos













We use cookies so that we can serve up content and advertising that's relevant to you. You can find out more and control how cookies are used by clicking Cookie Settings. By using our website, you're agreeing to the use of cookies. Privacy and Cookie Policy

Accept Cookies   Cookie Settings