IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR FINAL APPROVAL OF THE SETTLEMENT IN EXCESS OF PAGE LIMITS
IMPOSED BY LOCAL RULE II 7-3**

Before this Court is Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' Memorandum of Law In Support of Motion for Final Approval of the Settlement In Excess of Page Limits Imposed By Local Rule II 7-3. The Court finds that good cause exists and that a modification to the limits specified in District of Nevada Local Rule 7-3 is appropriate. Therefore, it is ordered that the page limits for the briefing related to Plaintiffs' Motion for Final Approval of the Settlement in the above-captioned matter is modified as follows:

| Brief | Current LR 7-3(b) Limit | Proposed Limit |
|---|---|---|
| Plaintiffs' Memorandum of Law In Support of Motion for Final Approval of the Settlement | 24 pages | 40 pages |

**IT IS SO ORDERED.**

**DATED:** January 29, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**