**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

January 29, 2025

**By ECF**

The Honorable Richard F. Boulware, II
United States District Judge
U.S. District Court for the District of Nevada
333 Las Vegas Boulevard South
Las Vegas, NV 89101

Re:  *Cung Le, et al. v. Zuffa, LLC*, Case No. 15-cv-01045 (D. Nev.)

Dear Judge Boulware:

We write on behalf of Defendant Zuffa, LLC ("Zuffa").  As previously stated in my letter dated December 19, 2024 (Dkt. 1054), Zuffa complied with its requirements under the Class Action Fairness Act of 2005 by mailing the materials identified by 28 U.S.C. § 1715(b) to the appropriate state and federal officials on October 16, 2024.  However, as described in the same letter, the package of materials mailed to the Attorney General of Wisconsin was returned to the New York mail room of our firm on December 11 or 12, 2024.  *See* Dkt. 1054.  We re-mailed those materials on December 16, 2024.  *See id.*

On January 23, 2025, the package of materials mailed to the Attorney General of Wisconsin was again returned to the New York mail room of our firm.  *See* Ex. A (Affidavit of Service) ¶ 2.  We were notified of the returned mailing on January 27, 2025.  After investigating the cause of the issue, we caused the materials to again be re-mailed to the Attorney General of Wisconsin on January 29, 2025.  *See* Ex. A ¶¶ 4-7.

Please contact us if you have any questions or would like any additional information.

Respectfully submitted,

*/s/ William A. Isaacson*
William A. Isaacson

*Attorney for Defendant Zuffa, LLC, d/b/a
Ultimate Fighting Championship and UFC LLC*

cc:   Counsel of Record (*via ECF*)