# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NEVADA

CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,

        Plaintiffs,

    v.

ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,

        Defendant.

Case No. 2:15-cv-01045-RFB-BNW

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE SETTLEMENT

Plaintiffs in the action *Le, et al. v. Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC*, Case No. 2:15-cv-01045 (D. Nev.) (the "Action"), on behalf of themselves and the certified Class, hereby move for an order:

1.      Granting final approval of the Settlement Agreement pursuant to Federal Rule of Civil Procedure 23(e).[1]

2.      Approving the Plan of Allocation,[2] which provides a fair and reasonable method of determining each Class Member's allocated share of the Net *Le v. Zuffa* Settlement Fund, including a schedule for the claims process.

3.      Entering a Final Judgment and Order terminating the litigation between Plaintiffs and Defendant.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, supporting Declaration of Bach-Viet Nguyen of Angeion Group, LLC re Implementation of Settlement Notice Plan and Report on Objection Received, all exhibits filed in support of this Motion, and all other submissions filed in support of the Settlement, Plaintiffs respectfully request that the Court grant this Motion and enter the proposed Final Judgment and Order filed herewith.

---

[1] Unless otherwise defined herein, all capitalized terms have the same meanings set forth in the September 26, 2024 Settlement Agreement, attached as Exhibit 1 to the Joint Supplemental Declaration of Eric L. Cramer, Richard Koffman, and Joseph R. Saveri in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement (filed on October 7, 2024). *See* ECF Nos. 1045-2 (the declaration), 1045-4 (the Settlement Agreement).

[2] The Plan of Allocation is attached as Exhibit 2 to the October 2024 Decl. *See* ECF No. 1045-5.

Dated: January 30, 2025

Respectfully submitted,

/s/ *Eric L. Cramer*
Eric L. Cramer (pro hac vice)
Michael Dell'Angelo (pro hac vice)
Patrick F. Madden (pro hac vice)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net

Joshua P. Davis (pro hac vice)
Robert C. Maysey (pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net
Email: rmaysey@bm.net

Richard A. Koffman (pro hac vice)
Benjamin Brown (pro hac vice)
Daniel Silverman (pro hac vice)
Daniel L. Gifford (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL
    PLLC
1100 New York Ave., N.W.
Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
Christopher Young (pro hac vice)
Itak Moradi (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Class and Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Brandon*
*Vera, Luis Javier Vazquez, and Kyle*
*Kingsbury*

Don Springmeyer (Bar No. 1021)
Michael Gayan (Bar No. 11135)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com
Email: m.gayan@kempjones.com

*Liaison Counsel for the Class and Plaintiffs*
*Cung Le, Nathan Quarry, Jon Fitch, Brandon*
*Vera, Luis Javier Vazquez, and Kyle*
*Kingsbury*

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr., Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Class and*
*Plaintiffs Cung Le, Nathan Quarry, Jon Fitch,*
*Brandon Vera, Luis Javier Vazquez, and Kyle*
*Kingsbury*