Name of the Action: *Le, et al. v. Zuffa, LLC*, Case No. 2:15-cv-01045

Carla Lomeli (Formerly Esparza) residence not added for security purposes

Proof of Inclusion in the class: Sherdog fight record is attached

Amended Statement of Objections:

My name is Carla Lomeli (formerly Esparza). I am a member of the Class certified in the above captioned case. I previously submitted a letter to the Court objecting to two aspects of the Settlement. It was docketed at ECF 1056.

My objection to attorney fees stands. My intention is to have my words heard by Judge Boulware, without causing further delay. I believe it is in the interest of the class to complete this Class Action Settlement in a timely manner. I would like the settlement to be approved in full without delay.

Upon reflection, I would like to withdraw the second part of my objection relating to the settlement of Nathan Quarry's claim. I no longer have any opposition to that aspect of the settlement.

As I said in my objection statement, I do not intend to appear at the final approval hearing tomorrow. Notwithstanding my objection, I do urge the Court to approve the Settlement without delay.

Respectfully,

Carla Lomeli (Formerly Esparza)

_____
Signature

_____
Print Name: Carla Lomeli (Esparza)

FEB 05 2025