Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bergermontague.com
Email: mdellangelo@bergermontague.com
Email: pmadden@bergermontague.com

*Counsel for Plaintiffs and the Class*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>ZUFFA, LLC, d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>DEFENDANT. | No.: 2:15-cv-01045-RFB-BNW<br><br>**PLAINTIFFS' MOTION TO WITHDRAW ELLEN T. NOTEWARE AS COUNSEL OF RECORD** |

Pursuant to Local Rule IA 11-6(b), Plaintiffs respectfully move the Court to withdraw Ellen T. Noteware as counsel of record for Plaintiffs. Ms. Noteware is no longer affiliated with the law firm Berger Montague PC. Berger Montague PC and its co-counsel will continue to serve as attorneys for Plaintiffs, and Plaintiffs have already been notified of Ms. Noteware's withdrawal.

For these reasons, Plaintiffs respectfully request that the Court enter an order withdrawing Ms. Noteware as counsel of record for Plaintiffs.

DATED: June 12, 2025

Respectfully Submitted,

By: */s/ Eric L. Cramer*
Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bergermontague.com
Email: mdellangelo@bergermontague.com
Email: pmadden@bergermontague.com

Joshua P. Davis (admitted *pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bergermontague.com

*Counsel for Plaintiffs and the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2025 a true and correct copy of **PLAINTIFFS' MOTION TO WITHDRAW ELLEN T. NOTEWARE AS COUNSEL OF RECORD** was served via the District Court of Nevada's ECF system to all counsel of record who have enrolled in this ECF system.

By: */s/ Eric L. Cramer*
Eric L. Cramer

Eric L. Cramer (admitted *pro hac vice*)
Michael Dell'Angelo (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bergermontague.com
Email: mdellangelo@bergermontague.com
Email: pmadden@bergermontague.com

*Counsel for Plaintiffs and the Class*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>ZUFFA, LLC, d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>DEFENDANT. | No.: 2:15-cv-01045-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW ELLEN T. NOTEWARE AS COUNSEL OF RECORD** |

Plaintiffs' motion to withdraw Ellen T. Noteware as counsel of record in the above captioned matter is GRANTED. The Clerk of the Court is ordered to remove Ms. Noteware's name from the docket in this case.

DATED: \_\_\_\_June 26\_\_\_\_, 2025

_____
Magistrate Judge Brenda Weksler