IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA

| | |
|---|---|
| CUNG LE, NATHAN QUARRY, JON FITCH, BRANDON VERA, LUIS JAVIER VAZQUEZ, and KYLE KINGSBURY, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC, D/B/A ULTIMATE FIGHTING CHAMPIONSHIP and UFC,<br><br>Defendant. | Case No. 2:15-cv-01045-RFB-BNW |

**PLAINTIFFS' NOTICE OF FILING OF THE
CLAIMS ADMINISTRATOR'S REPORT ON THE STATUS
<u>OF PROCESSING CLASS MEMBER CLAIMS</u>**

Plaintiffs Cung Le, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury respectfully submit this Notice of Filing of the report by the Claims Administrator, Angeion Group LLC ("Angeion"),[1] on the status of processing Class Member claim submissions. *See* Exhibit 1 (Declaration of Bach-Viet Nguyen of Angeion Group, LLC re Final Report to the Court Regarding Distribution of the Net Settlement Fund, dated September 2, 2025 ("Administrator's Report" or "Report")).

The Administrator's Report is submitted as required by the Court's Final Judgment and Order Approving Class Action Settlement ("Final Judgment"), ECF No. 1064, ¶ 13(c) (March 3, 2025). The Report describes the process for issuing and reviewing claims. It identifies a total of 1,088 valid and timely-filed claims (which includes one late-filed claim that Co-Lead Class Counsel recommend should be accepted and therefore included in the forthcoming distribution). *See* Administrator's Report ¶¶ 5-13 & n.1. In particular, Angeion states that its review of the submitted claims determined that **no** claims were rejected as deficient or improper. *See id.* ¶¶ 12, 18. As a result, **just over 97%** of the approximately 1,121 Class Members submitted valid claims, and therefore will receive a distribution as part of this Settlement.

The Administrator's Report also provides a preliminary determination regarding the allocation of the Net *Le v. Zuffa* Settlement Fund (as defined in the Plan of Allocation, ECF No. 1045-5) to Claimants. *See id.* ¶¶ 14-16. Co-Lead Class Counsel and Angeion expect to begin the distribution of the Net *Le v. Zuffa* Settlement Fund on or about September 30, 2025, consistent with the Final Judgment ¶ 13(c). Co-Lead Class Counsel will submit a motion to distribute the Net *Le v. Zuffa* Settlement Fund no later than September 19, 2025 after permitting Angeion time to complete several administrative tasks that will facilitate the distribution process (for example, setting up a portal on the Settlement website (www.UFCFighterClassAction.com) that will permit Claimants to elect the manner in which they would like to receive their Settlement distribution payment (*e.g.*, by check or via wire instructions)).

---

[1] Angeion was appointed as the Claims Administrator for the Settlement pursuant to the Order Granting Plaintiffs' Unopposed Motion to Approve Class Notice Plan, at ¶ 1 (ECF No. 921), and the Order Preliminarily Approving Settlement, Preliminarily Approving the Plan of Allocation, Approving the Notice Plan, and Approving the Proposed Schedule for Completing the Settlement Process (the "Preliminary Approval Order"), at ¶ 9 (ECF No. 1053).

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 2, 2025 | Respectfully submitted, |
| 3 | | /s/ *Eric L. Cramer* |
| 4 | | Eric L. Cramer (pro hac vice) |
| | | Michael Dell'Angelo (pro hac vice) |
| 5 | | Patrick F. Madden (pro hac vice) |
| 6 | | BERGER MONTAGUE PC |
| | | 1818 Market St., Suite 3600 |
| 7 | | Philadelphia, PA 19103 |
| | | Telephone: +1 (215) 875-3000 |
| 8 | | Email: ecramer@bm.net |
| | | Email: mdellangelo@bm.net |
| 9 | | Email: pmadden@bm.net |

Dated: September 2, 2025

Respectfully submitted,

/s/ *Eric L. Cramer*
Eric L. Cramer (pro hac vice)
Michael Dell'Angelo (pro hac vice)
Patrick F. Madden (pro hac vice)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net

Joshua P. Davis (pro hac vice)
Robert C. Maysey (pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: +1 (415) 906-0684
Email: jdavis@bm.net
Email: rmaysey@bm.net

Richard A. Koffman (pro hac vice)
Benjamin Brown (pro hac vice)
Daniel Silverman (pro hac vice)
Daniel L. Gifford (pro hac vice)
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Ave., N.W.
Suite 500 East, Tower
Washington, DC 20005
Telephone: +1 (202) 408-4600
Facsimile: +1 (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: bbrown@cohenmilstein.com
Email: dsilverman@cohenmilstein.com
Email: dgifford@cohenmilstein.com

Joseph R. Saveri (pro hac vice)
Kevin E. Rayhill (pro hac vice)
Christopher Young (pro hac vice)
Itak Moradi (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California St., Suite 1505
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com
Email: imoradi@saverilawfirm.com

*Co-Lead Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

Don Springmeyer (Bar No. 1021)
Michael Gayan (Bar No. 11135)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: + 1 (702) 385-6000
Facsimile: + 1 (702) 385-6001
Email: dspringmeyer@kempjones.com
Email: m.gayan@kempjones.com

*Liaison Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

Crane M. Pomerantz
CLARK HILL PLC
1700 Pavilion Center Dr., Suite 500
Las Vegas, NV 89135
Telephone: +1 (702) 697-7545
Email: cpomerantz@clarkhill.com

*Additional Counsel for the Class and Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, a true and correct copy of Plaintiffs' Notice of the Claims Administrator's Report on the Status of Processing Class Member Claims was served via the U.S. District Court of Nevada's ECF System to all counsel of record who have enrolled in the ECF System.

/s/ *Eric L. Cramer*
Eric L. Cramer