# Exhibit B

From:      Class Action Administrator

To:          [Class Member email address]

Subject:  Submit Your Claim Form – Class Action Settlement – *Le, et al. v. Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC*

---

Notice ID:  <<00ID>>

# Notice of Claim Form Submission Deadline

**We are sending you this notice to alert you that the period for Class Members to submit a Claim Form to participate in the $375 million class action settlement (described below) has begun. If you are a member of the Class (defined below), you may submit a Claim Form by accessing the online portal identified in this notice. Alternatively, Class Members may complete a Claim Form that is being sent by mail and is then returned to the Settlement Administrator by following the instructions in the Claim Form.**

**Your Claim Form must be received by <u>the Settlement Administrator no later than June 16, 2025</u> to be deemed timely. Late or untimely submitted Claim Forms will not be accepted.**

*This is not junk mail, an advertisement, or a solicitation from a lawyer.*

As described in the prior notice sent to Class Members, as well as in various publications and other sources of news, on March 3, 2025, the Honorable Richard F. Boulware, II of the United States District Court for the District of Nevada (the "Court"), entered an order approving the $375 million settlement (the "Settlement") between the parties in the class action captioned *Le, et al. v. Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC*, Case No. 2:15-cv-01045 (D. Nev.) (the "Action").

The Settlement is for the benefit of MMA fighters who are members of the Class that the Court certified on August 9, 2023. The Class includes all persons (referred to as "Class Members") who competed in one or more live professional UFC-promoted MMA bouts taking place or broadcast in the United States from December 16, 2010 to June 30, 2017 (the "Class Period"). The Class excludes all persons who are not residents or citizens of the United States unless the UFC paid such persons for competing in a bout fought in the United States. Pursuant to a Court Order dated November 17, 2023, notice was sent to members of the Class regarding the pendency of the Action. That notice provided Class Members the right to exclude themselves from the Class. The deadline to request exclusion from the Class has already passed.

# We are sending you this notice because our records indicate that you are a Class Member and that you have fought in qualifying bouts during the Class Period.

**An online portal has been established for Class Members to submit their Claim Forms. You can log in at www.UFCFighterClassAction.com/submit-claim and complete your personalized Claim Form by utilizing the following credentials:**

    Notice ID:  <<00ID>>
    Confirmation Code: <<Confirmation Code>>

---

**The deadline to submit your Claim Form is <u>June 16, 2025</u>. This means that the Settlement Administrator <u>must receive</u> your Claim Form no later than June 16, 2025. Claim Forms received after June 16, 2025 are deemed untimely and will not be accepted.**

---

**Please note:** Some companies or people may offer to help you file your Claim Form in exchange for a portion of your recovery from the Settlement. Sometimes these companies make it seem like you must use them to file a Claim Form. While you may choose to use such companies or obtain assistance from someone, you should know that such companies can be expensive, and that you do not need to use such companies or pay someone else to file a claim in this case. You can file with the Settlement Administrator on your own, **free of charge**. Additionally, **you are entitled to contact the Settlement Administrator or Co-Lead Class Counsel for assistance with understanding and filing your Claim Form at no cost to you.**

If you are a Class Member, you must submit a valid and timely Claim Form in order participate in the distribution from the *Le v. Zuffa* Settlement Fund. The Claim Form is a document that contains the information needed to determine what distribution amount each Class Member will receive as part of the Plan of Allocation. The Claim Form includes the deadline for timely submission and instructions on how to submit the Claim Form. Those Class Members who submit Claim Forms are called Claimants. The Plan of Allocation determines how the Net *Le v. Zuffa* Settlement Fund will be distributed among the Claimants. You may view the Plan of Allocation on the settlement website at the following link: <<DIRECT LINK TO PLAN OF ALLOCATION>>.

For additional information and to submit your claim online, visit **www.UFCFighterClassAction.com** or call toll-free **1-866-955-5564.** You may also write to the Class Action Administrator by mail: **UFC Fighter Class Action**, c/o Class Action Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, or email: info@UFCFighterClassAction.com.

*Unsubscribe*

3