# Exhibit C

| | |
|---|---|
| TO: | <<Claimant Email>> |
| FROM: | Info@UFCFighterClassAction.com |
| SUBJECT: | Notice of Claim Status – *Le, et al. v. Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC* |

**NOTICE OF CLAIM STATUS**

Notice ID:            <<00ID>>
Confirmation Code:    <<Confirmation Code>>

Dear <<Full Name>>,

We write concerning the Claim Form you submitted as part of the claim submission process for the settlement in the class action lawsuit *Le, et al. v. Zuffa, LLC d/b/a Ultimate Fighting Championship and UFC*, Case No. 2:15-cv-01045 (D. Nev.). We have reviewed your Claim Form, including the additional information you provided, and we have made the following determination regarding your claim:

| | |
|---|---|
| Accepted Event Compensation Amount: | <<Event Compensation>> |
| Accepted Number of Bouts Fought: | <<Number of Bouts>> |

- **Explanation of Accepted Amounts:** <<Insert Review Note>>

The amount of your *pro rata* distribution from the settlement fund will be calculated using the above Event Compensation Amount and Number of Bouts information for your claim. If you disagree with the above determination, you must respond by **<<Notice Date+28 Days>>**. You can submit your response online at www.UFCFighterClassAction.com by entering the Notice ID and Confirmation code previously provided to you (also found above), or by emailing the Settlement Administrator at Info@UFCFighterClassAction.com.

Please visit www.UFCFighterClassAction.com for more information and to view or download copies of the Final Approval Order, Settlement Agreement, and other Settlement-related materials. If you have any questions about this Notice, please contact the Settlement Administrator at 1-866-955-5564 or Info@UFCFighterClassAction.com.

Regards,
UFC Fighter Class Action Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Phone: 1-866-955-5564
Email: Info@UFCFighterClassAction.com